# EXHIBIT 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,         )
                                  )
6                Plaintiff,       )
                                  ) Case No.
7           vs.                   ) 5:14-cv-05344-BLF (PSG)
                                  )
8    ARISTA NETWORKS, INC.,       )
                                  )
9                Defendant.       )
     _____)

10

11

12     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14

15     VIDEOTAPED DEPOSITION OF RAMANATHAN KAVASSERI

16               Palo Alto, California

17            Tuesday, February 23, 2016

18                   Volume I

19

20

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 2216982
25   Pages 1 - 195

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1       UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA
 3          SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,   )
                          )
 6      Plaintiff,  )
                      ) Case No.
 7     vs.        ) 5:14-cv-05344-BLF (PSG)
                      )
 8  ARISTA NETWORKS, INC.,   )
                          )
 9      Defendant.  )
    _____)
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF RAMANATHAN
17  KAVASSERI, Volume I, taken on behalf of Defendant,
18  at 601 California Avenue, Palo Alto, California,
19  beginning at 10:09 a.m., and ending at 4:26 p.m., on
20  Tuesday, February 23, 2016, before CARLA SOARES,
21  Certified Shorthand Reporter No. 5908.
22
23
24
25
                                              Page 2
```

```
 1  APPEARANCES (Continued):
 2
 3  For the Witness:
 4      FARELLA BRAUN & MARTEL LLP
 5      BY:  RODERICK M. THOMPSON, Attorney at Law
 6      Russ Building
 7      235 Montgomery Street
 8      San Francisco, California 94104
 9      415.954.4400
10      rthompson@fbm.com
11
12
13  ALSO PRESENT:  Ramon Peraza, Video Operator
14
15           --o0o--
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:
 4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5      BY:  MARK TUNG, Ph.D., Attorney at Law
 6      555 Twin Dolphin Drive, 5th Floor
 7      Redwood Shores, California 94065
 8      650.801.5016
 9      marktung@quinnemanuel.com
10
11
12  For the Defendant:
13      KEKER & VAN NEST LLP
14      BY:  EDUARDO E. SANTACANA, Attorney at Law
15      BY:  RYAN WONG, Attorney at Law
16      633 Battery Street
17      San Francisco, California 94111
18      415.391.5400
19      esantacana@kvn.com
20      rwong@kvn.com
21
22
23
24
25
                                              Page 3
```

```
 1               INDEX
 2  WITNESS
 3  RAMANATHAN KAVASSERI        EXAMINATION
    Volume I
 4
 5      BY MR. SANTACANA        10
 6      BY MR. TUNG             186
 7
 8           EXHIBITS
 9  NUMBER        DESCRIPTION        PAGE
10  Exhibit 325  Ramanathan R. Kavasseri's    22
11      Responses and Objections to
12      Defendant Arista Networks'
13      Subpoena to Testify at a
14      Deposition
15
16  Exhibit 326  LinkedIn page for Ram    24
17      Kavasseri
18
19  Exhibit 327  Document headed "A Simple    52
20      Network Management Protocol,"
21      dated 8/1988,
22      Bates ARISTANDCA00022432 - 2464
23
24  Exhibit 328  Document headed "Event MIB,"    83
25      dated 10/2000
                                              Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

|  | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 329 | Document headed "Commands for | 94 |
|  | which Cisco listed Ramanathan | |
|  | Kavasseri as 'Author/Originator' | |
|  | in Cisco's response to Interrogatory | |
|  | No. 16, Exhibit F (January 12, 2016)" | |
| Exhibit 330 | Document labeled "Ram Kavasseri, | 101 |
|  | Garry Horoupian," dated 2/8/06, | |
|  | Bates CSI-CLI-00682250 - 2314 | |
| Exhibit 331 | Document labeled "Parser Police: | 122 |
|  | Where can we go from here?" | |
|  | Bates CSI-ANI-00031041 - 0032 | |
| Exhibit 332 | Document headed "Hot ICE Product | 129 |
|  | Requirements Document," | |
|  | Bates CSI-CLI-00662062 - 2085 | |
| Exhibit 333 | Document headed "Unprintable | 132 |
|  | File," | |
|  | first page Bates CSI-CLI-00358160 | |

Page 6

REFERENCED EXHIBITS
(Not attached)
Exhibit/Page
92   89

--o0o--

Page 8

|  | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 334 | Document headed "User-based | 149 |
|  | Security Model (USM) for version 3 | |
|  | of the Simple Network Management | |
|  | Protocol (SNMPv3)," dated 1/1998 | |
| Exhibit 335 | Document headed "View-based | 151 |
|  | Access Control Model (VACM) for | |
|  | the Simple Network Management | |
|  | Protocol (SNMP)," dated 1/1998 | |
| Exhibit 336 | Document headed "An Architecture | 154 |
|  | for Describing SNMP Management | |
|  | Frameworks," dated 1/1998 | |
| Exhibit 337 | Document headed "Doc Number | 159 |
|  | ENG-28473," | |
|  | Bates CSI-CLI-00609071 - 9083 | |
| Exhibit 338 | Document entitled "Cisco IOS | 172 |
|  | Network Management Command | |
|  | Reference," dated 10/2009, | |
|  | Bates CSI-CLI-00319765 - 1101 | |

Page 7

Palo Alto, California                    09:21:40

Tuesday, February 23, 2016

10:09 a.m.

P R O C E E D I N G S              09:21:40

THE VIDEO OPERATOR:  Good morning.  We are on the record at 10:09 a.m. on February 23rd, 2016.

This is the videotaped deposition of Mr. Ramanathan Kavasseri.

My name is Ramon Peraza, here with our         10:09:15 court reporter, Carla Soares.  We're here from Veritext Legal Solutions at the request of counsel for the defendant.

This deposition is being held at Wilson Sonsini in Palo Alto.  The caption of this case is      10:09:26 Cisco Systems, Inc., versus Arista Networks, Inc., Case No. 5:14-cv-05344-BLF (PSG).

Please note that audio- and video-recording will take place unless all parties have agreed to go off the record.  Microphones are      10:09:50 sensitive and may pick up whispers or private conversations.

At this time, Counsel, please identify yourselves for the record and state whom you represent.                         10:10:00

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 time you worked at Cisco?                10:59:08 | 1 standard by the IETF and is developed by multiple       11:02:13 |
| 2     A  The definition of "team" here is vague. | 2 vendors, and everybody implements that.  And many |
| 3     Q  Okay.  And I apologize.  I should have | 3 management protocols use it as a standard way of |
| 4 asked you that question. | 4 querying information from devices that are |
| 5         So you said that when you first joined    10:59:20 | 5 networked.                           11:02:36 |
| 6 Cisco, you joined the SNMP team.  What did you mean | 6     Q  Do you know when SNMP was developed as an |
| 7 by that? | 7 industry standard protocol? |
| 8     A  I joined a team whose primary | 8     A  That's -- could you rephrase that |
| 9 responsibility was working to develop and maintain | 9 question, please? |
| 10 the SNMP protocol.                     10:59:34 | 10     Q  Sure.                         11:03:37 |
| 11     Q  Does that team have a name? | 11         Was SNMP an industry standard protocol |
| 12     A  It's so long ago, I don't remember the | 12 when you started working at Cisco? |
| 13 exact name apart from probably that was SNMP. | 13     A  Yes, it was. |
| 14     Q  It probably was not SNMP? | 14     Q  And do you recall when the IETF made it an |
| 15     A  It probably was SNMP for all I know.    10:59:51 | 15 industry standard protocol?             11:03:59 |
| 16     Q  It probably was SNMP? | 16     A  I don't believe that is a true -- I don't |
| 17     A  Yeah. | 17 believe that's a valid question. |
| 18     Q  Did that team have responsibilities other | 18     Q  Okay.  Why is that? |
| 19 than implementing the SNMP protocol? | 19     A  I don't believe the IETF has any control |
| 20     A  Yes.                           10:59:59 | 20 over whether a protocol is industry standard or not.    11:04:15 |
| 21     Q  What other responsibilities did it have? | 21     Q  Okay. |
| 22     A  Its responsibilities included reviewing | 22     A  It defines the protocol, and it's industry |
| 23 extensions to the SNMP protocol submitted by other | 23 standard only after companies pick it up and support |
| 24 protocol teams within Cisco. | 24 it. |
| 25     Q  Did the team have any other          11:00:29 | 25     Q  So SNMP was an industry standard protocol    11:04:25 |
| Page 46 | Page 48 |
| 1 responsibilities other than that?          11:00:30 | 1 because multiple vendors used it?          11:04:28 |
| 2     A  The team was encouraged to participate in | 2     A  Yes, used a compliant version of it. |
| 3 the IETF to define use standards around SNMP and | 3     Q  Okay.  And a compliant version was a |
| 4 network management. | 4 version that complied with the definitions IETF |
| 5     Q  Any other responsibilities?          11:00:47 | 5 provided?                          11:04:41 |
| 6     A  Not that I can recollect easily at this | 6     A  Correct. |
| 7 time. | 7     Q  And IETF stands, just so we have it on the |
| 8     Q  What does SNMP stand for? | 8 record, for Internet engineering task force, |
| 9     A  I better nail this one, right?  Simple | 9 correct? |
| 10 network management protocol.             11:01:17 | 10     A  Yes.                          11:04:51 |
| 11     Q  Okay.  And is it fair to say that you | 11     Q  You said that you were encouraged or your |
| 12 first became familiar with the protocol when you | 12 team was encouraged to participate in IETF, correct? |
| 13 started working at Cisco? | 13     A  Correct. |
| 14     A  That is correct. | 14     Q  Was there a particular group at the IETF |
| 15     Q  Okay.  While you were working at Cisco,    11:01:31 | 15 that you were encouraged to participate in, or       11:05:49 |
| 16 did you become familiar with any other routing | 16 subject area? |
| 17 protocols as part of your work? | 17     A  SNMP. |
| 18     A  Not that I recall right away, but I'm | 18     Q  Yes? |
| 19 pretty sure based on the nature of my work that I | 19     A  Yes. |
| 20 would have interacted with multiple protocols.  The    11:01:52 | 20     Q  SNMP.  Anything else?             11:06:09 |
| 21 specific ones don't jump to mind. | 21     A  Not explicitly encouraged, as far as I |
| 22     Q  Is SNMP an industry standard protocol? | 22 know.  Not discouraged, either.  So very neutral on |
| 23     A  Yes, it is. | 23 that. |
| 24     Q  How do you know that? | 24     Q  How was your team encouraged by Cisco to |
| 25     A  It is a protocol that was defined as a    11:02:11 | 25 participate in the IETF?                 11:06:36 |
| Page 47 | Page 49 |

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 Q Sure.                                    11:37:17
2     The functional specifications that you
3 reviewed when developing SNMP features, would that
4 specification have been written by someone at Cisco?
5 A Yes.                                      11:37:27
6 Q And did you -- were you involved in
7 writing any functional specifications?
8 A Yes, I was.
9 Q Was that for the features that you were
10 implementing?                              11:37:36
11 A Yes, it was. Yes, it was.
12 Q Do you recall right now which functional
13 specifications you may have written?
14 A Not off the top of my head, no.
15 Q Did the GEM methodology involve reviewing   11:37:57
16 IETF documents?
17 A As far as I recall, no.
18 Q Did you review IETF documents when you
19 were implementing SNMP features?
20 A That is a broad question. If the feature   11:38:12
21 had anything specific to do with an IETF document,
22 then yes, I would have had to review the document to
23 make sure I was implementing it correctly, "it"
24 being whatever I was working on.
25 Q Okay. And that is something -- you would   11:38:26

Page 62

1 have reviewed an IETF document relating to a feature   11:38:31
2 you were implementing before you implemented the
3 feature; is that right?
4 A If there was an IETF document associated
5 with what I was working on and I was required to     11:38:41
6 implement part or the whole part of that IETF
7 document, then yes, I would have reviewed that IETF
8 document before I implemented the feature.
9 Q Were there features that you developed at
10 Cisco relating to SNMP that were not defined by an    11:38:56
11 IETF document?
12 A I don't have specifics, but I think that's
13 a fair generalization, that there are parts of
14 our -- the Cisco SNMP implementation that were not
15 described in any part of any IETF document because    11:39:32
16 it was internal to how our product worked at the
17 time.
18 Q So -- okay. When you were developing
19 features related to SNMP at Cisco, did you also
20 review what other vendors were doing?                 11:40:04
21     MR. TUNG: Objection. Vague.
22     THE WITNESS: I do not recall.
23 BY MR. SANTACANA:
24 Q You don't recall either way?
25 A I would like to change my answer to, I     11:40:23

Page 63

1 don't recall the features that I was working on, so   11:40:26
2 I don't recall specifically what I would have done
3 to compare.
4 Q I see.
5     Was it part of your process in developing   11:40:35
6 features to review what other vendors were doing to
7 implement the same features?
8 A Other -- so in the space that we worked
9 with SNMP, vendors contributed to the IETF document
10 so it wasn't as necessary to look at their          11:40:59
11 implementations because they were there telling us
12 what they were trying to build. That was the whole
13 point of building an industry standard.
14     Also, Cisco was on the leading edge of
15 implementing the protocols as they were being        11:41:11
16 developed. In a few cases, we would have the
17 implementations before the protocols were released
18 because we were helping author the protocol.
19     So at that point, looking at other vendors
20 was not possible because they had not done the       11:41:24
21 implementations or released the implementations,
22 which is why I was being very specific in saying, I
23 don't recall the exact features I was working on.
24     But my answer would change depending on
25 what I was working on and depending on whether       11:41:37

Page 64

1 somebody had done something in the field.            11:41:40
2 Q I understand.
3     Who else worked on the team that was
4 implementing SNMP features at Cisco?
5 A I don't remember all the names, but my     11:41:58
6 manager was John Hopprich. My technical lead and
7 mentor, Jeff -- Jeffrey Johnson. I had it for a
8 moment and it went away there. Sandra Durham was
9 one of my peers.
10     Anke Dosedal was also one of my team      11:42:34
11 members. Robert Stewart, who went by the moniker
12 Bob, Bob Stewart, was also one of my peers.
13     Hold on. There's one more. Scott
14 Mordock, M-O-R-D-O-C-K. Now, I can't recall if
15 Scott was on the team when I joined or joined later.  11:43:03
16 He was I think at Cisco when I joined, but I'm not
17 sure at what point he was part of the SNMP team or
18 not. Long time ago.
19     So those are the names that come to mind.
20 Q What was John Hopprich's role on the team?  11:43:23
21 A He was my manager.
22 Q And were the rest of the names, apart from
23 John Hopprich and Jeff Johnson, were they also
24 software engineers?
25 A Yes.                                        11:43:36

Page 65

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Q  If you take a look at the last command in    14:41:36
2  this table, "snmp-server user," do you know whether
3  you authored that command?
4    A  Define what you mean by "authored that
5  command."                                      14:41:55
6    Q  Do you know whether you are the one who
7  came up with the sequence of words that resulted in
8  this command, "snmp-server user"?
9    A  I cannot be definitive about it.
10    Q  Who else do you recall working with on    14:42:07
11  this project that resulted in these eight commands?
12    A  I would probably have reviewed this with
13  my team members.  And so I can't -- the reason I
14  answered the way I did is, I don't know if I came up
15  with the word "user" or somebody else came up with  14:42:25
16  the word "user."  So I'm not sure in hindsight.
17    Q  Did you come up with the term
18  "snmp-server"?
19    A  Absolutely not.
20    Q  Okay.  How do you know that?            14:42:39
21    A  It was there before I joined.
22    Q  It was where?
23    A  It was in the IOS CLI before I joined
24  Cisco.
25    Q  Okay.  And so the addition to that term   14:42:48
                                                   Page 146

1  that was new was the word "user"?            14:42:52
2    A  Yes
3    Q  Okay  And do you know where that word
4  came from?
5    A  The SNMP V3 protocol specification has a   14:43:00
6  definition of roles, if I remember right, and users
7  and groups are in the protocol
8    Q  So the term "user" came from the
9  protocol -- came from the industry standard
10  protocol?                                      14:43:21
11    A  Yes
12        MR TUNG:  Objection  Mischaracterizes
13        THE WITNESS:  It referred to what was in
14  the protocol, yes
15  BY MR  SANTACANA:                            14:43:29
16    Q  And the protocol uses the word "user"?
17    A  I've got to go read the protocol to be
18  absolutely sure
19    Q  Okay
20    A  After this, can we take a break?        14:43:51
21    Q  Of course
22        If you want, we can take a break right
23  now
24    A  Fantastic
25        THE VIDEO OPERATOR:  We are off the record   14:44:01
                                                   Page 147

1  at 2:44 p.m.                                 14:44:02
2        (Recess, 2:44 p.m. - 3:05 p.m.)
3        THE VIDEO OPERATOR:  We are back on the
4  record at 3:05 p.m.
5  BY MR. SANTACANA:                            15:05:39
6    Q  Mr. Kavasseri, we left off talking about
7  the "snmp-server user" command, and you testified
8  that "snmp-server" came from a prior command in IOS
9  at the time?
10    A  No, I said that I don't know how it came   15:05:56
11  about.  It was already there when I joined Cisco.
12    Q  And its inclusion in this command for
13  which you are named the author, it's included there
14  because it was already part of IOS?
15    A  It was a root part of the command to which   15:06:12
16  I added extensions.
17    Q  And the root was in IOS before you started
18  working at Cisco?
19    A  To the best of my knowledge, it was
20  already there before I started.            15:06:23
21    Q  And the term "user" is a term that comes
22  from the SNMP industry standard?
23    A  I'm not sure I'd say it exactly that way.
24  The term "user" relates to parts of the SNMP V3
25  protocol, yes.                                 15:06:48
                                                   Page 148

1    Q  Is that a term that the protocol uses?   15:06:49
2    A  I believe so, but I -- if you have a copy
3  of the reference, I could take a look.
4    Q  Sure.  Of course.
5        THE VIDEO OPERATOR:  Exhibit 334.        15:07:03
6        (Exhibit 334 was marked for identification
7        and is attached hereto.)
8  BY MR. SANTACANA:
9    Q  Exhibit 334 is RFC 2274 titled "User-based
10  Security Model (USM) for version 3 of the Simple   15:07:17
11  Network Management Protocol (SNMP V3)."
12        Do you know, sir, if this is an RFC that
13  you reviewed when you were --
14    A  Yes. Let me -- I'm pretty sure this was
15  an RFC I reviewed because I ended up implementing   15:07:39
16  parts of it.
17    Q  And just to be clear, it's am RFC that you
18  reviewed when you were implementing the eight
19  commands in Exhibit 329?
20    A  Seven.  I'm not sure about "snmp host."   15:07:53
21    Q  Okay.  So this is something you would have
22  reviewed before you proposed those command names?
23    A  Yes, that's correct.
24    Q  And does this document use the term "user"
25  in the same way that the "snmp-server user" command   15:08:13
                                                   Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 uses it?                                    15:08:17 | 1    Q  Is this a document you reviewed when you    15:12:26 |
| 2    A  I would have to read it.  Give me a minute | 2 were preparing to implement the commands in |
| 3 to -- | 3 Exhibit 329? |
| 4       Can you rephrase or repeat the question, | 4    A  I believe it would have been something I |
| 5 please?                                 15:09:11 | 5 reviewed before I implemented the commands       15:12:35 |
| 6    Q  This RFC 2274, does this document use the | 6    Q  And if you flip to page 3 of the document, |
| 7 term "user" the same way that you used the term | 7 under Section 2 1 titled "Groups," the first |
| 8 "user" in "snmp-server user"? | 8 paragraph defines the term "group" as follows: "A |
| 9    A  The document does not define a CLI command | 9 group is a set of zero or more securityModel, |
| 10 or -- so I will -- the term "user" seems to refer to    15:09:39 | 10 securityName tuples on whose behalf SNMP management    15:12:55 |
| 11 the same entity in both cases.  But the document | 11 objects can be accessed   A group defines the access |
| 12 does not tell me there needs to be a command called | 12 rights afforded to all securityNames which belong to |
| 13 "snmp-server user." | 13 that group " |
| 14    Q  I understand. | 14       Does this RFC use the term "group" the |
| 15    A  Okay.                               15:10:09 | 15 same way that you were using it in your "snmp-server    15:13:08 |
| 16    Q  So you did not come up with the term | 16 group" command? |
| 17 "user"? | 17    A  I believe so |
| 18    A  In which context? | 18    Q  What does the "snmp-server group" command |
| 19    Q  In the context of this "snmp-server user" | 19 do? |
| 20 command.                               15:10:32 | 20    A  Actually, even reading this document       15:13:26 |
| 21    A  As I responded earlier, I'm not sure how | 21 probably won't tell me because I need to see all the |
| 22 the term "user" came about, whether it was due to a | 22 help extensions to see what it does |
| 23 group interaction or something I did or something | 23    Q  Okay |
| 24 somebody else did. | 24    A  So it's been a while |
| 25    Q  Okay.  I'd like to direct your attention    15:10:50 | 25    Q  You don't recall what it does?          15:13:34 |
| Page 150 | Page 152 |

| | |
|---|---|
| 1 now to "snmp-server group," which is the next row    15:10:53 | 1    A  No.                               15:13:35 |
| 2 up. | 2    Q  Okay.  Do you recall what "snmp-server |
| 3    A  Yeah. | 3 user" does? |
| 4    Q  As you've testified, "snmp-server" was a | 4    A  I would rather not guess at this point. |
| 5 term that was a root already present in IOS at this    15:11:03 | 5 It's been years since I used these commands.       15:13:45 |
| 6 time; is that correct? | 6       I probably would be able to figure it out |
| 7    A  Yes. | 7 within about 25 minutes of touching the CLI, but |
| 8    Q  The term "group," did that come from IOS | 8 it's really old, old stuff. |
| 9 as well or did it come from somewhere else? | 9    Q  I understand. |
| 10    A  I believe there was a concept of "group"    15:11:20 | 10       I'd like to turn your attention now to the    15:14:14 |
| 11 in this document.  Let me look through it one more | 11 two commands right above that, "snmp-server engineID |
| 12 time. | 12 local" and "snmp-server engineID remote." |
| 13    Q  I think you'll have more luck with this | 13       Did you author those commands? |
| 14 one. | 14    A  I think I have a strong recollection that |
| 15    A  Yeah, there may be a separate document for    15:11:48 | 15 I had more to do with these commands; in part, the    15:14:32 |
| 16 that. | 16 fact that there was the ID which is upper case, |
| 17       (Exhibit 335 was marked for identification | 17 which is usually not what we do in these IOS CLI |
| 18       and is attached hereto.) | 18 commands.  It stands out. |
| 19 BY MR. SANTACANA: | 19    Q  Typically in IOS CLI you weren't |
| 20    Q  Exhibit 335 is RFC 2275 entitled       15:12:02 | 20 accustomed to seeing letters capitalized like they    15:14:52 |
| 21 "View-based Access Control Models (VACM) for the | 21 are in the term "engineID"? |
| 22 Simple Network Management Protocol (SNMP)."  It's | 22    A  Yes. |
| 23 dated January 1998. | 23    Q  Why were they capitalized here? |
| 24       Do you recognize this document, sir? | 24    A  I have no idea why I capitalized them. |
| 25    A  Yes, I do.                          15:12:25 | 25    Q  Okay.                               15:15:07 |
| Page 151 | Page 153 |

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

---

**Page 154**

1     (Exhibit 336 was marked for identification     09:11:58

2     and is attached hereto.)

3   BY MR. SANTACANA:

4     Q   I'm handing you what's been marked as

5   Exhibit 336, which is RFC 2271, dated January 1998.     15:15:10

6   It's titled "An architecture for Describing SNMP

7   Management Frameworks."

8     Do you recognize this document?

9     A   It's been a long time.  And while the view

10   and the user bring immediate memories, this is     15:15:42

11   probably -- this doesn't bring back immediate

12   memories, but I'm sure I read it at some point.

13     Q   Are you sure you read it --

14     A   I soaked in this.

15     Q   I'm sorry to interrupt you.     15:15:54

16     A   Let me -- I assume I read it.  I'm not

17   sure.  It's been a long time ago.

18     Q   Is this a document you would have reviewed

19   prior to implementing the commands in Exhibit 329?

20     A   I would say yes, though there might be     15:16:21

21   other commands that match more to the proxy that's

22   described in the document.

23     Yeah, some of this, yes, I probably would

24   have read to implement it.

25     Q   If you could flip to page -- sorry --     15:16:35

---

**Page 155**

1   page 36.  About a fifth of the way down the page,     15:16:38

2   there's two dashes, and it says, "Textual

3   Conventions used in the SNMP Management

4   Architecture."

5     Do you see that?     15:16:55

6     A   Yeah.

7     Q   What is your understanding as someone who

8   has participated in the IETF process of the phrase

9   "textual conventions used in the SNMP management

10   architecture"?     15:17:12

11     A   It in this case to me would refer to a

12   human-readable string representing a particular data

13   type, and semantics around the use of that

14   particular data type.

15     Q   So this RFC defines semantically what     15:17:55

16   those textual conventions are; is that fair to say?

17     A   It defines textual conventions as they

18   would be used in other MIBs that import from this

19   RFC.

20     Q   Okay.  The first one on this page 36 is     15:18:09

21   titled, without spaces, "SnmpEngineID."

22     Do you see that?

23     A   S capital, E capital, ID capital.  Yes, I

24   do see it.

25     Q   So it's -- the "engineID" is capitalized     15:18:26

---

**Page 156**

1   the same way as the commands in Exhibit 329?     15:18:29

2     A   No, it is not.

3     Q   And that's because the E is capitalized?

4     A   Yes.

5     Q   Okay.  The capital ID that you find     15:18:38

6   memorable in the commands in Exhibit 329 is the same

7   capital ID as on this page 36 of --

8     A   Correct.

9     Q   -- this RFC?

10     A   Correct.     15:18:51

11     Q   Does that refresh your recollection as to

12   why "engineID" is the way it is in Exhibit 329?

13     A   No.

14     Q   Okay.

15     A   Because if ID capitalized is from here,     15:19:03

16   which is I think where you're leading me to, I'm

17   questioning why E is also not capitalized, or S is

18   not capitalized.

19     Q   The term here has no spaces in it; is that

20   right?     15:19:20

21     A   "SnmpEngineID," no, it has no spaces in

22   it.

23     Q   And as a software engineer, would it be

24   fair to say that the reason the E is capitalized

25   here is because there is no space but it's the     15:19:32

---

**Page 157**

1   beginning of a new term?  In other words, it's     15:19:36

2   CamelCase?

3     A   It is CamelCase.

4     Q   But in the Exhibit 329, there's a space,

5   so it's not in CamelCase; is that right?     15:19:45

6     A   Yeah.  But if it was not -- if we were

7   using CamelCase, why isn't E capitalized is the

8   other question, right?

9     Q   Why isn't the E capitalized?

10     A   So in Exhibit 329, it's not pure CamelCase     15:19:56

11   because "engineID," the first E is not capitalized.

12     Q   That's exactly my point.  You didn't use

13   CamelCase in Exhibit 329, in the commands in

14   Exhibit 329.

15     A   In Exhibit 329, I'm not sure how     15:20:15

16   "engineID" came out with a capital ID.  It could

17   be -- yeah.  At this point I'm not sure what the

18   exact origin is.

19     Q   Okay.  In any case, regardless of

20   capitalization, the term "engineID" is not a term     15:20:37

21   that you came up with, right?

22     A   No, it's not a term that I came up with.

23     Q   That's a term --

24     A   Hold on.  I can't definitely answer

25   whether the term "engineID" by itself is a term I     15:20:52

---

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 158

1 came up with for the CLI command or somebody else on   15:20:55
2 my team came up with for the CLI command
3      Q    The -- I'm sorry  I just didn't
4 understand your last answer
5          Did you coin the term "engineID"?   15:21:46
6      A    I am not certain that I coined the term
7 "engineID "
8      Q    Okay  The term appears in this document.
9 right?
10     A    "SnmpEngineID" appears in this document.   15:22:03
11 yes
12     Q    Okay  And you reviewed this document
13 before writing these command names, right?
14     A    Correct
15     Q    The last word in those two commands, the   15:22:19
16 first one, the last word is "local," and the second
17 one, the last word is "remote "
18         Do you know where those terms come from?
19     A    It's been a long time  Am I allowed to
20 look through the document to see if there's anything   15:22:35
21 with "local" and "remote" here?
22     A    Sure
23     A    So the remote engineID, I'm trying to look
24 where in the protocol we talk about SNMP in PROMs
25 because I suspect it has to do with message exchange   15:25:39

Page 159

1 between two configured SNMP devices where one is   15:25:42
2 notifying the other of activity.
3      Q    That would be remote?
4      A    One would be local, one would be remote.
5      Q    And is that a feature that's provided for   15:26:04
6 in the industry standards?
7      A    I believe so. I'm not sure they use
8 remote or message authoritative.  Without being able
9 to grab through -- to search through the document,
10 it's hard for me to tell you exactly where -- or   15:26:18
11 what could have triggered the use of the term
12 "remote."
13         (Exhibit 337 was marked for identification
14         and is attached hereto.)
15         MR. SANTACANA:  Exhibit 337 bears the   15:27:40
16 control numbers CSI-CLI-00609071.  It's titled
17 "Document Number ENG-28473, Revision B."  It lists
18 the witness as the author; project manager, Dale
19 Francisco; project headline, SNMP V3 Design
20 Document.   15:28:05
21     Q    Mr. Kavasseri, do you recognize this
22 document?
23     A    No, it's been so long ago.
24     Q    Okay.  Do you have any reason to doubt
25 that you're the author of this document?   15:28:35

Page 160

1      A    Not at all.  I just don't recognize it   15:28:37
2 looking at it right now because it's been so long
3 ago.
4      Q    What is this document?
5      A    It's a detailed design document for the   15:29:04
6 SNMP V3 implementation that went into IOS.
7      Q    And the design document includes -- strike
8 that.
9         Do you know who the author of this --
10 sorry.  Strike that.   15:29:22
11         Do you know who the audience of this
12 document is?
13     A    Other engineers within the team or related
14 teams who have a need to know about how SNMP was
15 designed so they can maintain it.   15:29:37
16     Q    And so is it fair to say the document
17 includes information about how you intended to
18 implement SNMP V3 including some of the commands
19 that you were proposing?
20     A    Yeah.   15:29:55
21     Q    Take a look at Section 1.4 on the first
22 page.  It begins, "Must allow creation and deletion
23 of SNMP communities, users and groups via both the
24 CLI and SNMP sets."
25         When you wrote "Must allow creation and   15:30:11

Page 161

1 deletion of SNMP communities, users and groups,"   15:30:13
2 what is it that has that requirement?
3      A    Can you repeat the question, please?
4      Q    What is it that you were referring to that
5 requires the -- strike that.   15:30:30
6         You wrote that something must allow the
7 creation and deletion of SNMP communities, users and
8 groups.
9         What is the "something"?
10     A    We were striving for feature parity in   15:30:43
11 configuring SNMP through both the CLI and through
12 SNMP.
13         With SNMP V3, if I recall right, if I
14 recall correctly, one of the nice features was that
15 it allowed for SNMP MIBs that could be used to   15:31:04
16 configure SNMP.
17         So if you did a basic amount of
18 configuration of the CLI, the rest of the
19 configuration you could take care of --
20         MR. THOMPSON:  Mr. Kavasseri, slow --   15:31:18
21         THE WITNESS:  Slow it down?  Yeah.
22         MR. THOMPSON:  Thank you.
23         THE WITNESS:  If you -- what SNMP V3 gave
24 us was the ability to do a seed simple configuration
25 through the command line interface, and then do the   15:31:29

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  rest of the configuration through SNMP directly    15:31:32
2  This was not possible before
3      Because it was not possible before, we had
4  never bothered with creating communities which
5  existed before SNMP V3 through SNMP  So now we    15:31:46
6  needed to add that as a support feature as well
7  BY MR SANTACANA:
8      Q  And the reason you needed to add the
9  ability to create and delete communities, users and
10 groups was because of the features of the industry    15:31:59
11 standard SNMP V3?
12     A  I don't know whether SNMP V3 -- the
13 SNMP V3 talked about users, not communities, if I
14 remember right  I think that's what we referred to
15 in the -- in getting -- things getting tricky    15:32:24
16     Even now we just had it through SNMP, so
17 only the IOS CLI was the point of record  I'm not
18 sure whether I meant here that you could delete
19 stuff through SNMP that was created through the CLI
20 and now the CLI needs to be regenerated or resaved    15:32:38
21 to NV RAM
22     Q  Okay  I think I understand  And it might
23 be clear if you flip to the page that ends in 75,
24 Section 2 7
25     Section 2 7 says, "SNMP V1/V2 versus SNMP    15:33:02

Page 162

1  V3 -- differences, and how things work."    15:33:07
2      And then you have a list of differences
3  and how things work between the old and the new
4  versions of SNMP.
5      The first thing that you wrote was, "In    15:33:18
6  SNMP V3, 'community strings' are called 'users,'"
7  and "users" is in quotation marks.  "Each 'user,'"
8  in quotation marks again, "has an access-policy,
9  which is termed a 'group,'" and the word "group" is
10 also in quotation marks, "i.e., users belong to a    15:33:31
11 group."
12     A  Yep.
13     Q  Does this -- strike that.
14     Does this refresh your recollection as to
15 whether the terms "users" and "group" came from the    15:33:49
16 SNMP standard?
17     A  The term "user" and "group" referred to
18 concepts in the SNMP standard.  Of that, I have no
19 issue with saying that.
20     The reason I hesitate is, we use the term    15:34:19
21 "user," and we could have used VACM user or any
22 other combination of "user."
23     We settled on "user."  I'm not sure that
24 that was because it was directly due to looking at
25 the RFC, or somebody in parser police or within my    15:34:35

Page 163

1  team suggested, "Hey, go with the shortest string."    15:34:39
2      Because when you're talking about the
3  command line, it's all about how many characters you
4  type, or it's a lot to do with how many characters
5  you type.    15:34:51
6      Q  Why is that?
7      A  Well, you could type U and hit "tab," and
8  if there was no other word that started with U, IOS
9  would auto-complete to "user."  So you didn't need
10 to type the whole thing.    15:35:03
11     Q  Okay.  If you turn to the page that ends
12 in 82, this is the end of a list of CLI commands
13 that you're proposing, and this one in particular is
14 the "snmp-server engineID" command.
15     Do you see that?    15:35:28
16     A  Can you repeat that again, please?
17 Just -- I'm slowing down reading stuff already.
18     Q  Of course.  After the first paragraph
19 here, which carries over from the previous page,
20 there's an asterisk, and then there's the    15:35:40
21 "snmp-server engineID" command.
22     A  Yeah.
23     Q  And then below that you describe what the
24 command is and what it's going to do.
25     Do you see that?    15:35:49

Page 164

1      A  Yeah.    15:35:51
2      Q  And then also it shows that local and
3  remote are optional arguments.
4      Do you see that?
5      A  Where does it say local and remote are    15:36:03
6  optional arguments?
7      Q  Directly under "snmp-server engineID," do
8  you see the open bracket, and then it says, "local,"
9  and then there's a vertical line, and then it says,
10 "remote"?    15:36:13
11     A  So --
12     Q  So it indicates that the command
13 "snmp-server engineID" could either take the local
14 argument or the -- parameter, if you will, or the
15 remote.    15:36:27
16     A  No, I don't think that this is an optional
17 argument.  I think there's a typo in this text here.
18     Q  Okay.
19     A  Because if you look at it, the first
20 bracket is an open curly brace.  There is no close    15:36:34
21 curly brace.
22     I assume that -- and again, I could be
23 completely wrong on this.  I assume that the -- if
24 you look at "remote ipaddress udp-port," and then
25 within angle brackets, "port," following that are    15:36:52

Page 165

42 (Pages 162 - 165)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 12 of 122

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 two square brackets. I think the second of those is    15:36:55
2 supposed to be a curly bracket.
3        The reason I say that is just from parser
4 theory, if you have both optional, I'm not sure how
5 a programmatic parser would know what you meant.    15:37:08
6    Q  I see.
7    A  There are two optional paths to go by and
8 a required path at the end.
9    Q  I see. And I think I -- I didn't mean to
10 say "optional." What I meant was that the user has    15:37:23
11 an option between using local and using remote.
12    A  Yeah, that is correct. That seems about
13 right.
14    Q  Okay. But the command itself is
15 "snmp-server engineID"; is that fair to say?    15:37:33
16    A  The root of the command is "snmp-server
17 engineID." I agree.
18    Q  The first thing that you write here under
19 that command is, "For SNMP V3 authentication and
20 privacy to work, each SNMP agent needs to have its    15:37:46
21 own SNMP engine ID."
22    A  Yes.
23    Q  Do you see that?
24        What did you mean by that?
25    A  My recollection is hazy, but my hazy    15:38:03

Page 166

1 recollection tells me that this is the key that is    15:38:05
2 used to encrypt packets going back and forth; i.e.,
3 if you change this key, you may not -- yeah. I
4 don't change the key. I have no idea what happens
5 when you change the key anymore.    15:38:21
6    Q  Okay. You can set that aside.
7        You've mentioned a couple of times that
8 some commands can take the word "no" in front of
9 them.
10    A  Yes.    15:38:41
11    Q  Is that -- you'll see that's not listed in
12 Exhibit 329. Cisco doesn't list it that way. "No"
13 is an optional thing that you can write in front of
14 the command, right?
15    A  "No" is an optional extension to add in    15:38:51
16 front of the command.
17    Q  And was that already the way the IOS CLI
18 worked before you started working at Cisco?
19    A  By my recollection, yes.
20    Q  I'd like to turn your attention now to the    15:39:12
21 top four commands in this list, which all begin with
22 the word "show."
23    A  Yes.
24    Q  The words "show snmp," and then there's
25 another word.    15:39:22

Page 167

1        Did you author these commands?    15:39:30
2    A  I think it's just a safe assumption that I
3 authored the engineID command.
4        Again, I'm going by the fact that it's
5 semi CamelCase and it looks odd, and I'm not sure    15:39:43
6 anybody else in my team would have come up with
7 that.
8        The rest of the commands -- they may all
9 have been group efforts, team efforts. But I -- I'm
10 pretty sure I checked in the files of these    15:39:58
11 commands.
12    Q  Okay. Mr. Kavasseri, you've said a couple
13 times that it may be that you were listed here as
14 the author of the command because you were the
15 person who checked in the files.    15:40:35
16        What do you mean when you say that?
17    A  Every Cisco command -- every IOS CLI
18 command is implemented in a source code file. When
19 somebody finished developing that, they checked the
20 command in.    15:41:02
21        So in this case, if you're referring to --
22 by "author," if you mean the person who checked in
23 the files, then yes, these files were all checked in
24 by me originally. But that does not mean that I was
25 the sole creator of these keywords.    15:41:15

Page 168

1        We have a very collaborative work    15:41:20
2 environment when I was there, and I -- especially
3 with an important feature like SNMP V3, I would
4 think that this was a team effort
5    Q  I just need to go back a second Could    15:41:36
6 you grab Exhibit 336, which is RFC 2271?
7    A  Yeah
8    Q  Could you turn to page 45 of that exhibit?
9    A  Yep
10    Q  This is an acknowledgment section which    15:41:52
11 acknowledges the efforts of the SNMP V3 working
12 group at IETF, and it lists as working group members
13 a number of people who work at a variety of
14 different companies
15    A  Yes    15:42:04
16    Q  Some of those people are Keith McCloghrie,
17 and in parentheses it says, "Cisco Systems"; Bob
18 Stewart, and in parentheses, "Cisco Systems"; and
19 Jeff Johnson in the next section, which is a list of
20 members of an advisory team at the IETF, also at    15:42:19
21 Cisco Systems
22        Did you know all of these people?
23    A  Yes, I did
24    Q  Do you recall Mr McCloghrie, Mr Stewart
25 and Mr Johnson contributing to the SNMP V3 industry    15:42:35

Page 169

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 standard protocol while you were working at Cisco? 15:42:40 | 1    Q  I understand.                    15:45:53 |
| 2      A  I was not in the room for discussions | 2        You've expressed some additional haziness |
| 3 to -- let me rephrase by saying I had very limited | 3 about the command "show snmp host." |
| 4 interactions at the time this document was written. | 4      A  Yes. |
| 5      I know that Jeffrey Johnson was very   15:43:08 | 5      Q  I'm going to apologize in advance for the   15:46:21 |
| 6 involved because he was my mentor, and he would tell | 6 heft of this thing. |
| 7 me that he was working on the RFC draft.  I have no | 7      A  Holy cow. |
| 8 direct evidence of the other two that I can recall. | 8      (Exhibit 338 was marked for identification |
| 9      I will add an addendum that they both were | 9      and is attached hereto.) |
| 10 very respected people, and I'm very sure they did a   15:43:32 | 10 BY MR. SANTACANA:                    15:46:31 |
| 11 lot for these documents.  I just don't have any | 11    Q  Exhibit 338 is titled "Cisco IOS Network |
| 12 direct evidence that I was privy to from a working | 12 Management Command Reference."  It bears control |
| 13 meeting or anything else. | 13 numbers beginning with CSI-CLI-00319765, and it's |
| 14      Q  Okay.  So you can set that aside now. | 14 dated October 2009. |
| 15      Looking back at Exhibit 329, we'd started   15:43:57 | 15      I just want you to flip to the page that   15:47:03 |
| 16 discussing the four "show" commands, "show snmp" | 16 ends in 1060.  The internal page would be NM-1248. |
| 17 commands. | 17      So this page relates to the command |
| 18      "Show" was a term that was already in | 18 "snmp-server host." |
| 19 IOS CLI; is that fair to say? | 19      A  Yes. |
| 20      A  When I joined Cisco -- I've actually never   15:44:11 | 20      Q  Do you recognize that command?   15:47:58 |
| 21 asked the question when "show" was in the command. | 21      A  Yes, now I do. |
| 22 As far as I can tell, it was there when I joined. | 22      Q  Did you author that command? |
| 23      Q  And the reason that you used it here was | 23      A  I will go back to my earlier statement |
| 24 because it was already used in other IOS CLI | 24 that it's highly likely that I checked in the file |
| 25 commands?                    15:44:37 | 25 with this command.  Especially with this command, I |
| Page 170 | Page 172 |

| | |
|---|---|
| 1      A  By the time I implemented these commands,   15:44:38 | 1 am not sure whether I was the original author of the   15:48:24 |
| 2 "show" was the standard way to display information | 2 term "host." |
| 3 from the CLI. | 3      I'm going to say "term" instead of |
| 4      Q  And the term "SNMP," of course, as we've | 4 "command," which you used, because we're talking |
| 5 discussed, is an industry standard protocol; is that   15:44:49 | 5 about an extension to the SNMP server command here.   15:48:32 |
| 6 fair to say? | 6      The reason I say "host" is, if I remember |
| 7      A  In which context?  The term "SNMP" by | 7 right, the previous version, now that I'm reading |
| 8 itself as an acronym is industry standard protocol, | 8 this, we are specifying the target of an event that |
| 9 yes. | 9 is being messaged through SNMP. |
| 10      Q  And then so the first two words in each of   15:45:07 | 10      Previously this event was called a trap.   15:48:58 |
| 11 these commands is "show snmp."  And then we have | 11 Now we're giving you the option of a trap or an |
| 12 "show snmp user" and "show snmp group." | 12 inform. |
| 13      A  Yeah. | 13      So there was some effort to differentiate |
| 14      Q  And the terms "user" and "group" also are | 14 between what was before and what is now the |
| 15 terms that are used in the IETF SNMP documents; is   15:45:21 | 15 acceptable -- accepted way of configuring targets.   15:49:20 |
| 16 that fair to say? | 16      Q  If you look at the page NM-1251, control |
| 17      A  "User" and "group" appear in the -- "snmp | 17 number ends in 1063, this is a command history for |
| 18 user" and "group" appear in the IETF documents. | 18 the command "snmp-server host," and it lists as the |
| 19      Q  And the way that they're used here is the | 19 first release IOS version 10. |
| 20 same way that they're used in those IETF documents?   15:45:33 | 20      Do you see that?                    15:50:04 |
| 21      A  To the best of my knowledge, they refer to | 21      A  "Host"?  I thought that that previous |
| 22 the same things.  But they're not used in the same | 22 version was "enable trap."  Let me double-check. |
| 23 way in that the IETF document does not refer to a | 23 Yeah, this differs from my recollection. |
| 24 CLI command.  In here they're used specifically for | 24      Q  Sorry? |
| 25 CLI commands.                    15:45:52 | 25      A  This differs from my recollection.   15:50:29 |
| Page 171 | Page 173 |

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 dictate whether the SNMP is an industry standard or    16:21:36
2 not?
3        MR. SANTACANA: Same objections.
4        THE WITNESS: I could only offer an
5 opinion on this. And if you would like my opinion,    16:21:45
6 if enough vendors do not implement a particular
7 proposal, I do not believe that proposal should be
8 called a standard.
9        If you can hold for a second, I need to
10 turn the phone off now. Sorry. I turned it on,    16:22:05
11 checking. Sorry. Thank you.
12 BY MR. TUNG:
13    Q  Okay. Can we turn to Exhibit 329?
14    A  I'm going to have nightmares about this.
15    Q  Have you ever done an investigation    16:22:44
16 whether the specific command expressions that appear
17 in Exhibit 329 are used in this exact form in other
18 competitors' CLI?
19    A  Can you repeat that question?
20    Q  Yeah.    16:23:04
21        Have you ever done an investigation
22 whether these specific command expressions that
23 appear in Exhibit 329 appear in Cisco's competitors'
24 CLI?
25    A  I believe I may have gone looking for    16:23:20

Page 190

1 these in at least one competitor's CLI.    16:23:21
2    Q  And did you determine whether any of these
3 command expressions appeared exactly the same way in
4 the competitor's CLI?
5    A  I would prefer to not answer that question    16:23:52
6 because it might impact work product.
7    Q  Okay. So let me rephrase the question.
8        So setting aside any work done at the
9 direction of attorneys, have you investigated
10 whether any command expressions that appear in    16:24:10
11 Exhibit 329 appear identically in a Cisco
12 competitor's CLI?
13    A  To the best of my recollection, I have not
14 investigated this in any other vendors' products.
15    Q  Now expanding the question a little    16:24:31
16 broader, have you investigated whether any of
17 Cisco's CLI command expressions appear in any Cisco
18 competitors' CLI, again, setting aside any work done
19 at the direction of attorneys?
20    A  I want to clarify with my previous answer    16:24:49
21 that's setting aside any work product.
22        Can you repeat the second question again?
23    Q  The second question, I'm going to say,
24 setting aside any work product, any work done for
25 attorneys, have you investigated whether any of    16:24:59

Page 191

1 Cisco's CLI command expressions appear in any of    16:25:03
2 Cisco's competitors' CLI?
3    A  Setting aside work product done for other
4 attorneys, I am -- I cannot recall if I ever
5 investigated whether Cisco's CLI expressions    16:25:20
6 appeared in any other competitor's product.
7    Q  Okay.
8    A  I would also like to make sure I protect
9 myself -- I want to protect myself from perjuring
10 myself here. By saying I cannot recall that does    16:25:41
11 not mean that it did not happen. My memory doesn't
12 bring it up right now.
13        MR. THOMPSON: Don't be concerned. If you
14 don't recall something, that's perfectly fine to say
15 that.    16:25:51
16        THE WITNESS: Okay. All right.
17 BY MR. TUNG:
18    Q  And I think that's really the intent of my
19 question, if you recall any instance in which you
20 have investigated whether a Cisco's competitor's CLI    16:25:57
21 was identical to Cisco's CLI.
22    A  I have not to the best of my recollection
23 at the moment. Nothing comes to mind.
24        MR. TUNG: I have no further questions.
25        MR. SANTACANA: I don't have any.    16:26:16

Page 192

1        THE VIDEO OPERATOR: This is the end of    16:26:19
2 today's deposition of Mr. Ramanathan Kavasseri. We
3 are off the record at 4:26 p.m. The total number of
4 media used was two and it will be retained by
5 Veritext. Thank you.    16:26:28
6        (TIME NOTED: 4:26 p.m.)
7        --o0o--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 193

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2
3
4
5
6
7
8      I, RAMANATHAN KAVASSERI, do hereby declare
9   under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14      EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16      (City)          (State)
17
18
19      _____
20          RAMANATHAN KAVASSERI
21
22
23
24
25
                                    Page 194

1      I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4      That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 3/7/16
23
24      _Carla Soares_
25      CARLA SOARES
        CSR No. 5908
                                    Page 195

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    CISCO SYSTEMS,        )

6    INC.,                 )

7         Plaintiff,       )

8             vs.          ) No. 5:14-cv-05344-BlF (PSG)

9    ARISTA NETWORKS,      )

10   INC.,                 )

11        Defendant.       )

12   _____

13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15        VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16                  Palo Alto, CA

17             Monday, February 1, 2016

18                    Volume I

19

20

21   Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22   CSR No. 11661

23   JOB No. 2224600

24

25   PAGES 1-258

                                        Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1    UNITED STATES DISTRICT COURT | 1         I N D E X |
| 2    NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3        SAN JOSE DIVISION | 3 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER |
| 4 | 4 VIDEO DEPOSITION OF ANTHONY J LI |
| 5 CISCO SYSTEMS,   ) | 5 Volume I |
| 6 INC ,         ) | 6 EXAMINATION BY                    PAGE |
| 7    Plaintiff,  ) | 7 BY MR  WONG                          9 |
| 8      vs      ) No  5:14-cv-05344-BIF (PSG) | 8 BY MR PAK                           191 |
| 9 ARISTA NETWORKS,  ) | 9 |
| 10 INC .         ) | 10 |
| 11   Defendant  ) | 11 |
| 12 _____ | 12 |
| 13 | 13 |
| 14 | 14 |
| 15      CONFIDENTIAL INFORMATION UNDER THE | 15 |
| 16 PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J  LI | 16 |
| 17 taken on behalf of Defendant at WILSON, SONSINI, | 17 |
| 18 GOODRICH & ROSATI, 601 South California Avenue, | 18 |
| 19 Palo Alto, CA 94304, beginning at 9:13 a m  and | 19 |
| 20 ending at 4:17 p m  on Monday, February 1, 2016, | 20 |
| 21 before Susan F  Magee, RPR, CCRR, CLR, Certified | 21 |
| 22 Shorthand Reporter No  11661 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25                              Page 2 | 25                              Page 4 |

| | |
|---|---|
| 1 APPEARANCES: | 1        E X H I B I T S |
| 2 | 2 NUMBER        DESCRIPTION          PAGE |
| 3    For the Plaintiff: | 3 |
| 4    QUINN, EMANUEL, URQUHART & SULLIVAN | 4 Exhibit 136   LinkedIn Profile (8 pages)      12 |
| 5    BY: SEAN PAK, ESQ. | 5 Exhibit 137   RFC Table (3 pages)         90 |
| 6    50 California Street | 6 Exhibit 138   March 1995 RFC 1771, A Border    100 |
| 7    22nd Floor | 7        Gateway Protocol 4 (BGP-4) (57 |
| 8    San Francisco, CA 94111 | 8        pages) |
| 9    (415) 875-6600 | 9 Exhibit 139   December 1995 RFC 1887, An      105 |
| 10   seanpak@quinnemanuel.com | 10       Architecture for IPv6 Unicast |
| 11 | 11       Address Allocation, |
| 12   For the Defendant: | 12       ARISTANDCA00025747-ARISTANDCA |
| 13   KEKER & VAN NEST LLP | 13       00025772 |
| 14   BY: RYAN WONG, ESQ. | 14 Exhibit 140   June 1996 RFC 1966, BGP Route    111 |
| 15      BRIAN L. FERRALL, ESQ. | 15       Reflection, An Alternative to |
| 16   633 Battery Street | 16       Full Mesh IBGP, |
| 17   San Francisco, CA 94111-1809 | 17       ARISTANDCA00025927-ARISTANDCA |
| 18   (415) 773-6682 | 18       00025933 |
| 19   rwong@kvn.com | 19 Exhibit 141   October 2008 RFC 2966,        116 |
| 20   bferrall@kvn.com | 20       Domain-Wide Prefix Distribution |
| 21 | 21       with Two-Level IS-IS (16 pages) |
| 22   The Videographer: | 22 Exhibit 142   August 1996 RFC 1997, BGP      119 |
| 23   JEFREE ANDERSON | 23       Communities Attribute, |
| 24 | 24       ARISTANDCA00026094-ARISTANDCA |
| 25                              Page 3 | 25       00026098                     Page 5 |

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1      E X H I B I T S (continued) | 1    Palo Alto, CA, Monday February 1, 2016 |
| 2 NUMBER        DESCRIPTION           PAGE | 2        9:13 a.m. |
| 3 | 3 |
| 4 Exhibit 143   March 1998 RFC 2281, Cisco Hot   124 | 4        THE VIDEOGRAPHER:  Good morning.  We're on |
| 5          Standby Router Protocol (HSRP), | 5 the record at 9:13 a.m. on February 1st, 2016.  This   09:13:47 |
| 6          ARISTANDCA00026832-ARISTANDCA | 6 is the video recorded deposition of -- so sorry.  Of |
| 7          00026848 | 7 Anthony Li here with our court reporter Susan Magee. |
| 8 Exhibit 144   E-mail String Containing        143 | 8        My name is Jefree Anderson.  We are here |
| 9          9/22/92 E-mail from/to Toni Li, | 9 from Veritext Legal Solutions at the request of |
| 10          TS-00000066 | 10 counsel for the -- defendant or the plaintiff?        09:14:16 |
| 11 Exhibit 145   Procket Networks PRO/8000        163 | 11        MR. WONG:  Defendants. |
| 12          Series Software Introduction | 12        THE VIDEOGRAPHER:  For the defendant.  This |
| 13          (144 pages) | 13 deposition is being held at Wilson Sonsini at |
| 14 Exhibit 146   Procket Networks PRO/8000        164 | 14 601 California Avenue, Palo Alto, California.  The |
| 15          Series IPv6 Routing Protocols | 15 caption of this case is Cisco Systems, Incorporated   09:14:31 |
| 16          (180 pages) | 16 vs. Arista Networks, Incorporated.  The case number |
| 17 Exhibit 147   Procket Networks PRO/8000        164 | 17 is 5:14-cv-05344. |
| 18          Series System Management and | 18        Please note that audio and video recording |
| 19          Operations (604 pages) | 19 will take place unless all parties agree to go off |
| 20 Exhibit 148   Cisco's 6th Supplemental        167 | 20 the record, and microphones are sensitive and may   09:14:53 |
| 21          Response to Interrogatory NO. | 21 pick up whispers, private conversations and cellular |
| 22          16 and Response to | 22 interference; so please be aware of that. |
| 23          Interrogatory No. 19 Amended | 23        Beginning with our noticing attorney, |
| 24          Exhibit F (45 pages) | 24 please state your name and the firm you represent. |
| 25 Exhibit 149   List of Commands (1 page)       169 | 25        MR. WONG:  Ryan Wong from Keker & Van Nest   09:15:05 |
| Page 6 | Page 8 |

| | |
|---|---|
| 1      E X H I B I T S (continued) | 1 for defendant Arista Networks. |
| 2 NUMBER        DESCRIPTION           PAGE | 2        MR. FERRALL:  Brian Ferrall, Keker & Van |
| 3 | 3 Nest, also for Arista. |
| 4 Exhibit 150   1/20/96 E-mail from Toni Li to   183 | 4        MR. PAK:  Sean Pak of Quinn for Cisco. |
| 5          Bill W., CSI-CLI-00746246 | 5        THE VIDEOGRAPHER:  Thank you.        09:15:16 |
| 6 Exhibit 151   CSCdi14533, CSI-CLI-01339850     185 | 6 Will the court reporter please swear in the |
| 7 Exhibit 152   Group of E-mails Containing      239 | 7 witness. |
| 8          2/23/1996 E-mail from Tony Li | 8 |
| 9          to widmer@cisco.com, | 9        ANTHONY J. LI, |
| 10          CSI-CLI-00746331 - | 10 having been administered an oath, was examined and   09:15:19 |
| 11          CSI-CLI-00746347 | 11 testified as follows: |
| 12 | 12 |
| 13 | 13        EXAMINATION BY MR. WONG |
| 14 | 14 |
| 15 | 15    Q.  Good morning, Mr. Li.        09:15:29 |
| 16 | 16    A.  Good morning. |
| 17 | 17    Q.  Please state your full name. |
| 18 | 18    A.  Anthony Joseph Li. |
| 19 | 19    Q.  Do you live in the Bay Area, Mr. Li? |
| 20 | 20    A.  I do.        09:15:36 |
| 21 | 21    ████                                  ████ |
| 22 | 22    ████                                  ████ |
| 23 | 23    ████████ |
| 24 | 24    Q.  Mr. Li, do you understand that are you |
| 25 | 25 testifying here in response to a subpoena in this   09:15:46 |
| Page 7 | Page 9 |

3 (Pages 6 - 9)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  lawsuit?
2      A. I do.
3      Q. Have you seen the subpoena in the lawsuit?
4      A. Yes, I have.
5      Q. Mr. Li, are you represented by an attorney    09:15:55
6  at this deposition?
7      A. No, I am not.
8      Q. Have you been deposed before, Mr. Li?
9      A. Yes, I have.
10     Q. Okay. I'm just going to go over some of    09:16:03
11 the ground rules of a deposition just to refresh how
12 this goes.
13         Mr. Li, do you understand that you are
14 testifying under oath under penalty of perjury?
15     A. I do.                                       09:16:14
16     Q. Do you understand that the testimony that
17 you are providing today is as if you were testifying
18 in court?
19     A. I do.
20     Q. The court reporter is writing down         09:16:21
21 everything that we say, so it's important to give
22 verbal answers to my questions.
23         Do you understand?
24     A. I do.
25     Q. It's also important that we don't speak    09:16:29

Page 10

1  over each other. So I'll do my best to let you
2  finish your answers before I ask the next question
3  and I would ask that you let me finish my next
4  question before you begin your answer.
5      Is that clear?                                09:16:41
6      A. Yes.
7      Q. If there is a question that I ask that you
8  don't understand, please let me know, and I'll try
9  to clarify it, okay?
10     A. Okay.                                       09:16:48
11     Q. Otherwise, if you answer my question, I'll
12 assume that you understood my question.
13     A. Okay.
14     Q. Okay. Is there any reason, Mr. Li, that
15 you can't give full and truthful testimony today?   09:16:57
16     A. No.
17     Q. Mr. Li, I know you're not represented by
18 counsel today. If there is any answer that you
19 provide today that you would like to request to
20 designate confidential under the protective order in  09:17:09
21 this case, please state that on the record.
22     A. Okay.
23         MR. PAK: Mr. Li, I'll also add that, on
24 behalf of Cisco, I'll be making some objections from
25 time to time just to preserve the record. And       09:17:21

Page 11

1  obviously if anything that's confidential to Cisco,
2  I will be designating that as confidential under the
3  protective order.
4          THE WITNESS: Okay.
5          BY MR. WONG: Q. And I will be taking      09:17:31
6  breaks during the day, Mr. Li. I'll try to take a
7  break about every hour.
8          But if you would like to take a break for
9  any reason, just let me know, and I will try to
10 accommodate that, okay?                             09:17:40
11     A. Thank you.
12     Q. Mr. Li, do you maintain a profile on the
13 Web site called LinkedIn?
14     A. I do.
15         MR. WONG: Let's mark this as Exhibit 136,  09:18:01
16 please.
17         (Exhibit 136 was marked for identification
18 by the court reporter and is attached hereto.)
19         BY MR. WONG: Q. Court reporter has marked
20 Exhibit 136.                                        09:18:19
21         Mr. Li, do you have Exhibit 136 in front of
22 you?
23     A. I do.
24     Q. Okay. Do you recognize Exhibit 136?
25     A. This appears to be my profile for LinkedIn.  09:18:25

Page 12

1      Q. Can you please take a moment to look at
2  Exhibit 136 and let me know if the information is
3  up-to-date and accurate.
4      A. It is accurate. It is reasonably
5  up-to-date, but it is not complete.                 09:18:48
6      Q. What is incomplete about the information on
7  Exhibit 136?
8      A. In particular, it is not a complete list of
9  patents and publications.
10     Q. Is there anything else that is incomplete    09:19:01
11 about Exhibit 136?
12     A. I don't believe -- you know, my work
13 history here only goes back to '91.
14     Q. Anything else, Mr. Li?
15     A. No.                                          09:19:21
16     Q. What is your educational background,
17 Mr. Li?
18     A. I have a B.S. in mathematics from
19 Harvey Mudd College and a Ph.D. in computer science
20 from USC.                                           09:19:39
21     Q. When did you receive your B.S. in
22 mathematics from Harvey Mudd?
23     A. '82.
24     Q. And when did you receive your Ph.D. from
25 USC?                                                09:19:49

Page 13

4 (Pages 10 - 13)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1     A. 1990.
2     Q. And the USC you're referring to, that's the
3  University of Southern California; correct?
4     A. Correct.
5     Q. Do you have any other degrees besides the     09:19:58
6  bachelor's degree and your Ph.D.?
7     A. No.
8     Q. Your LinkedIn profile marked as Exhibit 136
9  states that you attended Rutgers University; is that
10  correct?                                           09:20:20
11    A. I spent one year at Rutgers. Did not get a
12  degree there.
13    Q. Was your focus at the University of
14  Southern California on anything in particular?
15    A. I was working on a Ph.D. in computer         09:20:31
16  science in the programming languages area.
17    Q. What programming languages were you working
18  on.
19    A. So it was not a specific language. It was
20  in language theory, and in particular I was working  09:20:47
21  on compiler specifications.
22    Q. What routing protocols, if any, did you
23  learn about as part of obtaining your Ph.D. at USC?
24    A. None; however, as a postdoc at USC, I
25  actually worked on IDPR, Inter-Domain Policy        09:21:13

Page 14

1  Routing.
2     Q. Inter-Domain Policy Routing?
3     A. Correct. Also, while I was assist admin at
4  USC, I was a network administrator, so I had
5  familiarity there with EGP and IGRP.               09:21:41
6     Q. What is EGP?
7     A. Exterior Gateway Protocol.
8     Q. And what is IGRP?
9     A. Interior Gateway Routing Protocol.
10    Q. You mentioned IDPR as part of your postdoc    09:22:06
11  work; correct?
12    A. Correct.
13    Q. Can you describe for me how you worked with
14  IDPR in your postdoc work at USC.
15    A. So I was working for Deborah Estrin, and      09:22:24
16  she was collaborating with Martha Steenstrup of
17  Bolt, Beranek & Newman in Boston. They was a --
18  they had some sort of research contract to develop a
19  routing protocol that supported policy routing.
20    Q. Was IDPR a proprietary standard?             09:22:43
21    A. I have no idea.
22    Q. You said you worked at -- you worked on EGP
23  while as a sys admin at USC; is that correct?
24    A. That's correct.
25    Q. What is EGP?                                  09:23:07

Page 15

1     A. EGP is a routing protocol that allows
2  individual hosts to advertise routing prefixes to
3  the gateways of the then ARPANET or MILNET.
4     Q. Is EGP a standardized routing protocol?
5     A. Yes, it is.                                   09:23:29
6     Q. How do you know that?
7     A. I've read the RFC.
8     Q. What is an RFC, Mr. Li?
9     A. It as a Request For Comments that is a
10  document from the Internet Engineering Task Force,   09:23:41
11  IETF, that they use for standardizing protocols.
12  I'm unaware of the exact standards placement of --
13  or progression of EGP at this time. It's probably
14  moved to historic by now.
15    Q. When you say it's "moved to historic by       09:24:01
16  now," what do you mean by that?
17    A. So the IETF has a progression for
18  standards, and standards that are no longer actively
19  used or recommended are moved to historic to
20  indicate that they are no longer productive.        09:24:19
21    Q. You also mentioned IGRP. Can you describe
22  to me what IGRP is.
23    A. IGRP is Cisco's proprietary classful
24  protocol.
25    Q. When you say Cisco proprietary, what do you   09:24:40

Page 16

1  mean by that?
2     A. Cisco owns the code, has a patent on the --
3  or on the concepts behind the implementation, and as
4  far as I know, has not licensed it with the
5  exception of licensing their whole source code      09:24:58
6  stack.
7     Q. How did you work with EGP while you were a
8  sys admin?
9     A. So I was responsible for maintaining EGP
10  connectivity between USC's site and the ARPANET core  09:25:11
11  gateways.
12    Q. And what was your experience as a sys admin
13  working with IGRP?
14    A. So I was maintaining the Los Nettos Network
15  which was a small regional network in Los Angeles.   09:25:24
16  We used IGRP for routing between the sites and our
17  small network.
18    Q. And what period of time were you a sys
19  admin for USC?
20    A. Approximately 1983 through 1990.             09:25:36
21    Q. Besides IDPR, EGP and IGRP, did you work
22  with any other routing protocols while you were
23  either obtaining your Ph.D. or serving as a postdoc?
24    A. Probably. So I do not recall the details,
25  but I do know that we had also a DECnet network, and  09:26:12

Page 17

5 (Pages 14 - 17)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 I believe that DECnet routing was involved, and that
2 is a -- uses an internal routing protocol that is
3 very simple -- similar to RIP.
4    Q. Now, you said DECnet. What is DECnet?
5    A. DECnet was a proprietary networking stack    09:26:36
6 from Digital Equipment Corporation.
7    Q. So the DEC in DECnet stands for
8 Digital Equipment Corporation?
9    A. Yes.
10    Q. When you say "we also had a DECnet    09:26:56
11 network," who is "we"?
12    A. I was referring to my employers at USC, in
13 particular engineering computer services which then
14 became university computing services.
15    Q. What experience did you have working with    09:27:20
16 the DECnet network at USC?
17    A. Mostly it was frustrating. The DECnet
18 network was interconnecting the router -- the
19 various hosts around the campus, allowing students
20 and faculty to move data around between the various    09:27:36
21 computers.
22    Q. What was the operating system like on the
23 DECnet network?
24    A. So we had multiple systems speaking DECnet.
25 There were many VAXes running the VMS operating    09:27:54

Page 18

1 system. We also had several systems running
2 TOPS-20.
3    Q. You said VAX/VMS. Does that stand for
4 anything?
5    A. VAX is virtual address extension. VMS is    09:28:15
6 virtual memory system.
7    Q. How much experience did you have working
8 with the VAX/VMS operating system?
9    A. I was a system administrator for several
10 years while at USC.    09:28:36
11    Q. And how many years of experience did you
12 have working with the TOPS-20 operating system?
13    A. I was only a user of TOPS-20. I got my
14 first TOPS-20 account in 1982. I probably used
15 that -- well, at least eight years, so . . .    09:29:03
16    Q. So as a user, you used TOPS-20 for
17 approximately eight years?
18    A. Yes.
19    Q. And approximately how many years did you
20 work as a system administer [sic] for the VAX/VMS    09:29:17
21 operating system?
22    A. I'm not certain. I believe it was
23 approximately 1983 through about 1987.
24    Q. Mr. Li, do you know what a command line
25 interface is?    09:29:40

Page 19

1    A. I do.
2    Q. What is a command line interface?
3    A. A command line interface is a means for a
4 user to enter commands typing out names of words and
5 then interacting with a computer by having the    09:29:50
6 computer respond to those words.
7    Q. If I use the term "CLI," will you
8 understand that I'm referring to a command line
9 interface?
10    A. I understand.    09:30:06
11    Q. Did the VAX/VMS operating system have a
12 command line interface?
13    A. It did.
14    Q. Can you describe for me generally how the
15 VAX/VMS command line interface worked.    09:30:17
16    A. It was a very standard command-and-response
17 interface. Predominant were set and show. Change
18 parameters and then display parameters.
19    Q. When you say "very standard
20 command-and-response interface," what do you mean by    09:30:39
21 "very standard"?
22    A. So very similar to other things in the
23 industry.
24    Q. At that time?
25    A. Yes.    09:30:50

Page 20

1    Q. And approximately what time period are we
2 talking about, Mr. Li?
3    A. The first time I saw VMS was '81.
4    Q. You mentioned that set and show commands
5 were predominant in VAX/VMS; correct?    09:31:13
6    A. Mm-hmm.
7    Q. Were there any other commands that you
8 recall from using the VAX/VMS command line
9 interface?
10    A. There were many other commands, and you    09:31:25
11 could easily extend it by adding additional commands
12 to it, so . . .
13    Q. How would you extend it by adding
14 additional commands to it?
15    A. So the entire operating system CLI was    09:31:39
16 built around what was called DCL, digital command
17 language. You so actually write command definitions
18 and add those to the CLI.
19    Q. Were you familiar with digital command
20 language at the time?    09:32:00
21    A. Slightly.
22    Q. Did the show commands in VAX/VMS follow any
23 particular syntax?
24    A. Yes. They typically were invoked by show
25 and then usually an object name and then a set of    09:32:16

Page 21

6 (Pages 18 - 21)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 22 of 122
CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 parameters. The parameters were delineated by a
2 slash and then parameter name. Sometimes there was
3 a value attached with an equal sign and then a value
4 attached to a given parameter. The set commands
5 were pretty much the same way.          09:32:39
6     Q. Now, you said, "typically were invoked" was
7 part of your answer about how show commands worked.
8       Were there any exceptions to the syntax you
9 just described?
10    A. Well, that was very much a generalization,   09:32:58
11 so yes.
12    Q. What was the command syntax like for
13 TOPS-20?
14    A. TOPS-20 had a command syntax that was
15 somewhat similar to VMS. The notable difference was  09:33:22
16 that TOPS-20 allowed for a command completion, and
17 so you could use escape and tab and question mark
18 characters to interact directly with the command
19 line interpreter while you were typing a command
20 line.                          09:33:42
21    Q. What type -- what time period are you
22 talking about here, Mr. Li?
23    A. I am unaware of when TOPS-20 first came
24 out.
25    Q. At what time period were you working with  09:33:54
Page 22

1 TOPS-20?
2     A. Again, I got my first TOPS-20 account in
3 1982.
4     Q. Okay. So these features you just
5 described, command completion, were those in TOPS-20  09:34:05
6 when you first got your account in 1982?
7     A. Yes.
8     Q. What is command completion?
9     A. Command completion is the ability for the
10 command line interpreter to infer from what the user  09:34:25
11 has typed as a partial command and then actually
12 have it type out the rest of the command for the
13 user.
14    Q. Can you give me an example of how command
15 completion would work in a TOPS-20 command line   09:34:41
16 interface.
17    A. Oh, dear. So not accurately.
18 Approximately, you would type a partial command. So
19 for example, if you were to type "SHO," S-H-O, and
20 then complete it, you would get the W and then a   09:34:58
21 space, so you could then enter a parameter.
22       MR. PAK: I'm going to object that this
23 calls for expert testimony. Speculation.
24       BY MR. WONG: Q. Mr. Li, did you use the
25 command -- did you use the command completion   09:35:17
Page 23

1 feature while you were working with TOPS-20?
2     A. Yes.
3     Q. Is the recollection you just described
4 based upon your hands-on experience with TOPS-20?
5     A. Yes, it is.                 09:35:27
6     Q. Now, you said TOPS-20 had a similar syntax
7 to VMS.
8       What was similar about the TOPS-20 command
9 syntax to the VAX/VMA command syntax?
10    A. Again, the general intent of -- or design   09:35:58
11 of the -- in the language was an imperative language
12 where they would design it as verb and then noun,
13 noun. So you would give the command as SHO and then
14 some parameters to go with it.
15       The details of the syntax were definitely   09:36:23
16 different. TOPS-20 in particular never used a slash
17 as a parameter separator.
18    Q. Now, you've used the word "parameter" to
19 describe the syntax for both VAX/VMS and TOPS-20?
20    A. Mm-hmm.                   09:36:46
21    Q. What do you mean by a parameter?
22    A. It's a qualifier or other conditional
23 information about the specific request.
24    Q. Can you give me an example of what would be
25 a command parameter?                09:36:56
Page 24

1     A. For example, if the database of files had a
2 set of file names, you could give a directory
3 command which would show the files in the directory.
4 Then you could also give directory followed by a
5 parameter which would explain -- which would specify  09:37:17
6 some subset of the files that you would like to see.
7     Q. Besides VAX/VMS and TOPS-20, did you have
8 experience with any other command line interfaces?
9     A. Many.
10    Q. Okay. What other command line interfaces    09:37:43
11 do you have experience with, Mr. Li?
12    A. That could take a while. CPM, VMCMS.
13 Let's see. Concurrent CPM, MS-DOS, RSX-11M.
14 Probably many others.
15    Q. Which of those existed prior to 1985?     09:38:15
16    A. All of those.
17    Q. Did any of those exist prior to 1980?
18    A. Yes, very definitely. Let's see. UNIX
19 already existed. There was a CLI there. I believe
20 that CPM predates 1980.              09:38:38
21    Q. And did you work directly with all of the
22 command line interfaces that you just recited?
23    A. Yes.
24    Q. In what capacity did you work with those
25 command line interfaces?              09:39:02
Page 25

7 (Pages 22 - 25)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1   A. That varies. I was a programmer at | 1 accessible to the system administrator. |
| 2 Digital Research working on CPM, so I was a | 2   Q. When you say "privileged," what do you mean |
| 3 developer in that role. Most of the others I was a | 3 by that? |
| 4 user. | 4   A. The system administration and management |
| 5   Q. When were you a programmer at        09:39:12 | 5 commands are -- cannot be executed by a normal user. 09:42:46 |
| 6 Digital Research? | 6   Q. Were there similar separations of command |
| 7   A. So I had two summer internships, the | 7 sets in any of the other operating systems that we |
| 8 summers of 1982 and 1981. | 8 discussed this morning? |
| 9   Q. What was the command -- strike that. | 9   A. Almost all have that kind of separation. |
| 10   Actually, what was the command syntax used   09:39:34 | 10   Q. What -- describe for me the separation in    09:43:08 |
| 11 for CPM? | 11 command sets that existed in TOPS-20. |
| 12   A. Again, it was very similar to use -- what | 12   A. As a user of TOPS-20, I don't recall the |
| 13 was used in TOPS-20 and VMS. Again, verb, noun and | 13 details of the administration commands, so I never |
| 14 qualifiers. | 14 used them. |
| 15   Q. What were some of the verbs that were used   09:39:52 | 15   Q. Were the administration commands in TOPS-20  09:43:25 |
| 16 in the command set for CPM? | 16 accessible to you as a user? |
| 17   A. I'm sorry. I've forgotten. | 17   A. No. |
| 18   Q. Do you recall any of the verbs that were | 18   Q. How were command sets separated in VAX/VMS? |
| 19 used in the command sets for TOPS-20? | 19   A. Again, there were privileged commands that |
| 20   A. Info, show, DIR. I've forgotten most of    09:40:07 | 20 one could use if you were a system administrator.   09:43:46 |
| 21 the others. | 21   Q. Was the term "privileged" a term that you |
| 22   Q. You mentioned MS-DOS as one of the command | 22 came up with, Mr. Li? |
| 23 line interfaces that you had worked with; correct? | 23   A. No. I'm sure that several of -- I've |
| 24   A. Mm-hmm. | 24 picked that up somewhere, but that is commonly used. |
| 25   Q. In what context did you work with MS-DOS?    09:40:30 | 25   Q. That is commonly used to describe what?    09:44:14 |
| Page 26 | Page 28 |
| 1   A. Just as a user. | 1   A. Throughout the industry to indicate that |
| 2   Q. And that was in the early 1980s? | 2 people -- certain administrators have abilities that |
| 3   A. At some point, yes. | 3 are past normal users. |
| 4   Q. You also mentioned UNIX as a system that | 4   Q. Was the term "privileged" commonly used at |
| 5 you have experience with; correct?        09:40:54 | 5 the time that you were working on VAX/VMS?        09:44:30 |
| 6   A. That's correct. | 6     MR. PAK: Objection. Calls for expert |
| 7   Q. In what context did you work with the UNIX | 7 testimony. |
| 8 operating system? | 8     BY MR. WONG: Q. Just to your |
| 9   A. I had access to a UNIX system as a user | 9 recollection, Mr. Li. |
| 10 starting in 1975.                     09:41:03 | 10   A. Yes.                            09:44:40 |
| 11   Q. Do you know how long UNIX has been in | 11   Q. And what facts are you basing that answer |
| 12 existence as an operating system? | 12 on? |
| 13   A. No, I don't. | 13   A. I was a system administrator for a VMS |
| 14   Q. And how many years did you work with the | 14 system. |
| 15 UNIX operating system?                09:41:22 | 15   Q. Did you use the term "privileged" to      09:44:50 |
| 16   A. I've been working with it on and off since | 16 describe commands that were accessible only to |
| 17 1975. | 17 system administrators at the time you were working |
| 18   Q. Can you describe for me how the UNIX CLI | 18 on VAX/VMS? |
| 19 worked? | 19   A. Probably. |
| 20   A. UNIX CLI is, again, a command and        09:42:06 | 20   Q. Was it likely that you were using that    09:45:03 |
| 21 parameters structure with a verb then nouns and | 21 term? |
| 22 qualifiers behind it. | 22   A. Very likely. |
| 23   Q. Were all commands available to a UNIX user? | 23   Q. You mentioned VMCMS. What experience did |
| 24   A. There are commands that are not available | 24 you have working with VMCMS? |
| 25 that they are -- they're privileged and only    09:42:33 | 25   A. So USC maintained, in addition to numerous  09:45:27 |
| Page 27 | Page 29 |

8 (Pages 26 - 29)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 DEC systems, also had several IBM systems. VMCMS is
2 an operating system for IBM mainframes, and USC had
3 one and I had an account on the VM system.
4     Q. And what was the command syntax like for
5 the CLI on VMCMS?                        09:45:55
6     A. I'm sorry. I don't remember.
7     Q. You mentioned RSX-IIM?
8     A. It's 11M.
9     Q. 11M. Sorry.
10     A. This was an operating system for PDP-11s.   09:46:06
11     Q. What are PDP-11s?
12     A. That was a computer built by
13 Digital Equipment Corporation.
14     Q. Do you recall the command syntax of the
15 command line interface used on the RSX-11M?   09:46:25
16     A. No, I'm sorry. I don't.
17     Q. You mentioned that the LinkedIn profile
18 that we marked as Exhibit 136 did not have your full
19 work history?
20     A. Correct.                        09:46:46
21     Q. What work history is missing from your
22 LinkedIn profile?
23     A. In particular the sys admin positions that
24 I mentioned, summer internships predating. There
25 were several of those. Full-time positions that are   09:46:59

Page 30

1 not relevant to my professional experience,
2 particularly while I was in high school.
3     Q. Sure. After you graduated from USC, what
4 did you do then?
5     A. So I -- next fall I went to Rutgers and   09:47:20
6 spent a year there, hated it and immediately
7 transferred to USC.
8     Q. Oh, I'm sorry. My question was after you
9 graduated from USC, what did you do after that?
10     A. After USC? So I graduated in September   09:47:38
11 of 1990. I worked on a postdoc at USC with
12 Deborah Estrin and then took a position at
13 Cisco Systems.
14     Q. Do you know when you started at
15 Cisco Systems?                        09:47:53
16     A. January 14th, 1991.
17     Q. Why did you join Cisco after graduating
18 from USC?
19     A. Lack of a better job.
20     Q. Did you apply elsewhere besides Cisco?   09:48:02
21     A. I did.
22     Q. And describe for me the projects that you
23 worked on while you worked at Cisco starting in
24 1991.
25     A. I worked on a wide, wide variety of   09:48:22

Page 31

1 projects throughout the router. I started off doing
2 mostly maintenance work and answering customer
3 questions. I then had several development projects.
4 My first development project was implementing
5 something called TCP header compression.   09:48:41
6     Q. And after you worked on TCP header
7 compression, what else did you work on while at
8 Cisco?
9     A. I had numerous routing -- small projects
10 within routing extending various interfaces and   09:48:58
11 extending protocols as necessary.
12 My next big project was actually working on
13 BGP, Border Gateway Protocol.
14     BY MR. WONG: Q. You mentioned TCP header
15 expression. What does TCP mean?   09:49:22
16     A. That's Transmission Control Protocol. It's
17 part of the Internet Protocol suite.
18     Q. Is TCP an industry standard?
19     A. It is.
20     Q. Was it an industry standard at the time you   09:49:37
21 worked on it at Cisco?
22     A. It was.
23     Q. What standard-setting body produced the TCP
24 standard?
25     A. That's a difficult question. The TCP   09:49:49

Page 32

1 standard was really a product of -- I guess the
2 ARPANET project, but this actually predates IETF
3 being accepted as a standards-making body, which is
4 a whole book in itself. Great deal of politics
5 behind that. So it was a de facto standard   09:50:16
6 effectively.
7     Q. What do you mean by "de facto standard"?
8     A. Which meant that the industry used it and
9 it was publicly available, everyone was free to
10 adopt it, and yet it did not have the backing of a   09:50:36
11 formal standards body such as the IEEE.
12     MR. PAK: I'll object to this line of
13 questioning as calling for expert testimony.
14     BY MR. WONG: Q. Now, you said that the
15 TCP standard was really a product of ARPANET;   09:51:10
16 correct?
17     A. Correct.
18     Q. What is ARPANET?
19     A. ARPANET was a project from the Defense
20 Department's Advanced Research Projects Agency to   09:51:18
21 build a network for computers that was highly robust
22 and relayed data between computers efficiently.
23     Q. How do you know that, Mr. Li?
24     A. Having worked on it for many, many years
25 and been involved with it as soon as it became   09:51:34

Page 33

9 (Pages 30 - 33)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  available to USC and Rutgers.
2      Q.  And by "it," you mean ARPANET?
3      A.  ARPANET.
4      Q.  You mentioned that TCP was part of an
5  Internet Protocol suite.  Is that what you said?    09:51:47
6      A.  Correct.
7      Q.  Were there any other protocols that were
8  part of the Internet Protocol suite?
9      A.  Many.
10     Q.  Can you list off for me the protocols that    09:51:55
11 you remember being part of the Internet Protocol
12 suite.
13     A.  I'll give you a small set.  HTTP; BGP; RIP,
14 R-I-P; DNS; DHCP.  I could go on, but Susan's
15 fingers are going to fall off.                         09:52:17
16     Q.  You mentioned HTTP.
17         Is HTTP an industry standard?
18     A.  It is.
19     Q.  How do you know that?
20     A.  There is an RFC on it.  I don't know what    09:52:31
21 its exact standard status is but I believe it's at
22 least proposed standard.
23     Q.  And how long has HTTP been an industry
24 standard, to your knowledge?
25         MR. PAK:  Calls for expert testimony.         09:52:49

Page 34

1          THE WITNESS:  Approximately 1992.
2          BY MR. WONG:  Q.  And how do you know that,
3  Mr. Li?
4      A.  I first used a Web browser about that time,
5  and had some involvement in developing a Web server    09:53:02
6  for the Cisco router.
7      Q.  You mentioned BGP?
8      A.  Correct.
9      Q.  What does BGP stand for?
10     A.  Border Gateway Protocol.                       09:53:23
11     Q.  And BGP was part of the Internet Protocol
12 suite?
13     A.  Yes, it was.
14     Q.  Was BGP also an industry standard?
15     A.  It is.                                          09:53:33
16     Q.  And how do you know that, Mr. Li?
17     A.  I helped write the latest RFC on that.
18     Q.  How long has BGP been an industry standard,
19 to your knowledge?
20     A.  BGP?                                            09:53:48
21     Q.  BGP.
22     A.  BGP has been an industry standard since
23 approximately 1993.
24     Q.  And what is the standard-setting body that
25 established BGP as an industry standard?               09:54:02

Page 35

1      A.  IETF.
2      Q.  What does HTTP stand for?
3      A.  Hypertext Transfer Protocol.
4      Q.  You mentioned RIP; correct?
5      A.  Correct.                                       09:54:18
6      Q.  What does -- is that -- is that called RIP
7  by the industry?
8      A.  Normally pronounced that way, yes.
9      Q.  What does RIP stand for?
10     A.  Routing Information Protocol.                  09:54:27
11     Q.  Routing Information Protocol is also part
12 of the Internet Protocol suite you mentioned?
13     A.  It is.
14     Q.  Is Routing Information Protocol an industry
15 standard?                                              09:54:43
16     A.  Yes, it is.
17     Q.  How long has Routing Information Protocol
18 been an industry standard?
19     A.  I don't know when the RFC came out.
20     Q.  And what is the standard-setting body that    09:54:56
21 manages the RIP protocol?
22     A.  IETF.
23     Q.  You mentioned DHCP?
24     A.  Correct.
25     Q.  What does DHCP stand for?                      09:55:09

Page 36

1      A.  Dynamic Host Configuration Protocol.
2      Q.  And is DHCP also an industry standard?
3      A.  It is.
4      Q.  How do you know that, Mr. Li?
5      A.  I've read the RFC.                             09:55:21
6      Q.  What is the standard-setting body that
7  manages DHCP?
8      A.  The IETF.
9      Q.  How long has DHCP been an industry
10 standard, to your knowledge?                           09:55:42
11     A.  Since the early '90s.
12     Q.  And how do you know that, Mr. Li?
13     A.  He read the RFC.
14     Q.  Back in the early '90s?
15     A.  Yes.                                           09:55:51
16     Q.  Why were you -- strike that.
17         Besides HTTP, BGP, RIP and DHCP, are there
18 any other well-known protocols that are part of the
19 Internet Protocol suite?
20     A.  Many.                                          09:56:13
21     Q.  Can you list for me a few more well-known
22 protocols from the Internet Protocol suite?
23     A.  Well, the base protocol is IP, Internet
24 Protocol.  On top of that we have DNS, the Domain
25 Name System.  There's the File Transfer Protocol,     09:56:40

Page 37

10 (Pages 34 - 37)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 FTP; the Simple Mail Transfer Protocol, SMTP; Post
2 Office Protocol, POP; IMAP which is another mail
3 protocol.
4      Q.   And the protocols you just mentioned, are
5 all of them industry standards, to your knowledge?      09:57:04
6      A.   They are.
7      Q.   What standard-setting body manages the
8 Internet Protocol?
9      A.   Internet Engineering Task Force.
10     Q.   And what standard-setting body manages the      09:57:17
11 DNS protocol?
12     A.   IETF.
13     Q.   Is the IETF the standard-setting body for
14 each of the protocols you just mentioned?
15     A.   Yes.      09:57:31
16     Q.   We just went through several acronyms for
17 different industry standard protocols; correct?
18     A.   Yes.
19     Q.   Was "HTTP" a well-known term used in the
20 networking industry at the time that you first      09:58:00
21 started working with it?
22     A.   No, it was not well-known.
23     Q.   When did you start working with HTTP again?
24     A.   Very early '90s. Probably '92, '93 time
25 frame.      09:58:17

Page 38

1      Q.   Did HTTP ever become a well-known acronym
2 in the industry?
3      A.   Yes. It's very well-known.
4      Q.   It's very well-known today?
5      A.   Today.      09:58:27
6      Q.   Do you approximately when HTTP became a
7 well-known acronym, to your knowledge?
8      MR. PAK:   Objection. Calls for expert
9 testimony.
10     THE WITNESS:   Approximately 1995.      09:58:33
11     BY MR. WONG:   Q.   Why do you say 1995,
12 Mr. Li?
13     A.   That's when most people started using the
14 Web.
15     Q.   Let's go back to your description of      09:58:40
16 responsibilities when you were working at Cisco
17 starting in 1991.
18     The last thing you mentioned was that you
19 started working on a BGP project; correct?
20     A.   Correct.      09:59:07
21     Q.   Describe for me what that BGP project
22 entailed.
23     A.   So my starter project on BGP was to upgrade
24 it from BGP Version 2 to Version 3 of the protocol.
25 This involved adding a small mechanism for resolving      09:59:21

Page 39

1 connection collisions.
2      MR. PAK:   At this point I'd like to mark
3 this deposition transcript as confidential
4 information under the protective order.
5      BY MR. WONG:   Q.   And approximately what      09:59:38
6 time period did you work on this starter project on
7 BGP?
8      A.   Approximately 1992.
9      Q.   What were you upgrading from BGP Version 2
10 to BGP Version 3?      09:59:57
11     A.   So the internal implementation of BGP
12 required a change. The version number required
13 changing.
14     Q.   When you say "internal implementation,"
15 what do you mean by that?      10:00:14
16     A.   The code that actually performs the
17 functions inside the router.
18     Q.   And describe for me generally what is the
19 function of a router?
20     A.   Its purpose is to receive packets and      10:00:34
21 decide where they should go and then send them out
22 to the best interface in the network.
23     Q.   When you say the word "interface," what do
24 you mean by "interface"?
25     A.   That is the connection of the router to      10:00:58

Page 40

1 another router via a link of some flavor.
2 Communications channel.
3      Q.   Was "router" a commonly used term at the
4 time that you were working on this BGP project for
5 Cisco?      10:01:17
6      A.   It was. It's also known as a gateway in
7 some circumstances.
8      Q.   Were there any particular routers that your
9 project applied to?
10     A.   In particular it applied to the Cisco AGS      10:01:42
11 Plus and the remainder of Cisco's product line at
12 the time.
13     Q.   After you worked on this BGP project, what
14 else did you do at Cisco?
15     A.   I've worked on many different things. The      10:02:10
16 silicon switch engine, various other routing
17 protocol maintenance tasks, the router called GSR.
18     Q.   And just to be clear, Mr. Li, are we
19 talking about the time period where you first
20 started working at Cisco in 1991?      10:02:37
21     A.   That was just the '91 through '96 time
22 frame.
23     Q.   Now, you mentioned performing various other
24 routing protocol maintenance tasks.
25     What other routing protocols did you work      10:02:54

Page 41

11 (Pages 38 - 41)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 with during this 1991 through 1996 time period at
2 Cisco?
3     A. Everything else in the IP protocol suite
4 within Cisco. This includes RIP, IGRP, EIGRP, EGP,
5 OSPF, IS-IS. I also had my hands in some of the     10:03:14
6 CLNS stack.
7     Q. What is OSPF?
8     A. Open Shortest Path First routing protocol
9 from the IETF.
10     THE REPORTER: Would you mind repeating     10:03:43
11 that. I'm sorry.
12     THE WITNESS: Open Shortest Path First
13 routing protocol from the IETF.
14     THE REPORTER: Thank you.
15     BY MR. WONG: Q. And the RIP and the IGRP     10:03:51
16 you just mentioned, those are the same RIP and IGRP
17 you were discussing earlier today; correct?
18     A. Yes.
19     Q. You mentioned IS-IS.
20     What is IS-IS?     10:04:00
21     A. This is another routing protocol that comes
22 from the ISO protocol stack and the OSI standards
23 body. It supports routing for both CLNP and IP.
24     Q. What is CLNP?
25     A. Connectionless Network Protocol.     10:04:25

Page 42

1     Q. And is that protocol also an industry
2 standard?
3     A. It is.
4     Q. What is the standard-setting body that
5 manages CLNP?     10:04:37
6     A. ISO.
7     Q. What is ISO?
8     A. International Standards Organization.
9 Although that's more formally it's -- the official
10 name is in French, so . . .     10:04:53
11     Q. When you were talking about IS-IS, you
12 mentioned the OSI standards body.
13     Do you remember that?
14     A. That's correct.
15     Q. What is the OSI standards body?     10:05:04
16     A. Open systems -- I don't remember the full
17 expansion. Sorry.
18     Q. Okay. So who was the standard-setting body
19 for IS-IS?
20     A. I believe that was -- falls under ISO which     10:05:20
21 is the child of OSI.
22     Q. And how do you know that, Mr. Li?
23     A. I've read the document.
24     Q. When you say "the document," do you mean
25 the --     10:05:34

Page 43

1     A. The standard -- the standard for IS-IS.
2     MR. PAK: Ryan, when you get a chance, can
3 we take a break? We've been going for about an
4 hour.
5     MR. WONG: Sure. We can take a break now.     10:05:45
6     THE WITNESS: Thank you.
7     THE VIDEOGRAPHER: Going off the record.
8 The time is 10:05.
9     (Recess taken from 10:05 a.m. to
10 10:11 a.m.)     10:11:25
11     THE VIDEOGRAPHER: We're back on the
12 record. The time is 10:11.
13     BY MR. WONG: Q. Mr. Li, you used the
14 acronym BGP to refer to the Border Gateway Protocol;
15 correct?     10:11:46
16     A. Correct.
17     Q. Is BGP a commonly known acronym for Border
18 Gateway Protocol?
19     A. No, not common.
20     Q. Okay. Is it a -- strike that.     10:11:54
21     Why do you use the term "BGP" to refer to
22 the Border Gateway Protocol?
23     A. So that's the acronym that is used within
24 the industry.
25     Q. When you say that's the acronym that's used     10:12:10

Page 44

1 within the industry, you're referring to the BGP
2 acronym; correct?
3     A. Correct.
4     Q. And when you say "the industry," what do
5 you mean by "the industry"?     10:12:21
6     A. Computer network.
7     Q. And how long as BGP been used as an acronym
8 within the computer networking industry, to your
9 knowledge?
10     A. Since BGP was first introduced, which I     10:12:42
11 believe was approximately 1989.
12     Q. Okay. And why do you use the term "RIP" or
13 R-I-P to refer to Router Information Protocol?
14     A. That is the common acronym used for that
15 protocol.     10:13:21
16     Q. In the networking industry?
17     A. In the networking industry.
18     Q. And how long has RIP been a commonly used
19 acronym in the networking industry?
20     A. I don't know.     10:13:30
21     MR. PAK: Objection. Calls for expert
22 testimony.
23     BY MR. WONG: Q. Okay. But to your
24 knowledge, it is a commonly used acronym in the
25 networking industry today?     10:13:39

Page 45

12 (Pages 42 - 45)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1    A. It is. | 1  working for Cisco in 1991? |
| 2    Q. Do you know when you first started using | 2    A. Approximately three. |
| 3  the acronym RIP? | 3    Q. What was your familiarity with the command |
| 4    A. 1991 when I came to Cisco. | 4  line interface on Cisco's routers before you started |
| 5    Q. And did you come up with the acronym RIP?    10:13:48 | 5  working at Cisco in 1991?                    10:16:30 |
| 6    A. No, I did not. | 6    A. So I used Cisco's CLI for those three years |
| 7    Q. Where did you get that acronym from? | 7  between '87 and 1991. |
| 8    A. I heard it from coworkers first. | 8    Q. What level of familiarity -- strike that. |
| 9    Q. And you did not come with the acronym BGP; | 9      Was OSPF a well-known acronym in the |
| 10  correct?                    10:14:07 | 10  networking industry?  Actually, strike that.    10:17:02 |
| 11    A. Correct. | 11      Is OSPF a well-known acronym in the |
| 12    Q. Where did you first hear the acronym BGP? | 12  networking industry? |
| 13    A. From discussions on a Usenet mailing list. | 13    A. Yes, it is very well-known. |
| 14    Q. What is a Usenet mailing list? | 14    Q. And when did you first hear of the acronym |
| 15    A. Usenet was a system for exchanging    10:14:23 | 15  OSPF, Mr. Li?                    10:17:12 |
| 16  messaging in a broadcast fashion, and there were | 16    A. As part of my employment at Cisco. |
| 17  groups within that where people would circulate | 17    Q. Approximately when did you hear -- first |
| 18  messages.  And so there was a discussion of routing | 18  hear of OSPF? |
| 19  protocols, and I heard about it first through that. | 19    A. About 1992. |
| 20    Q. And what time period are you talking about    10:14:45 | 20    Q. Approximately how long has "OSPF" been a    10:17:23 |
| 21  here when you first heard the acronym BGP? | 21  well-known term in the networking industry, to your |
| 22    A. This would be somewhere between about 1985 | 22  knowledge? |
| 23  to 1990. | 23      MR. PAK:  Objection.  Calls for expert |
| 24    Q. So that was before you started working at | 24  testimony. |
| 25  Cisco; correct?                    10:15:01 | 25      THE WITNESS:  I suspect at least 1989.    10:17:32 |
| Page 46 | Page 48 |

| | |
|---|---|
| 1    A. Correct. | 1    BY MR. WONG:  Q. Why do you say that, |
| 2    Q. Is "IGRP" also a commonly used term in the | 2  Mr. Li? |
| 3  networking industry? | 3    A. So there's work started on OSPF early on |
| 4    A. It is. | 4  prior to my joining Cisco and prior to my learning |
| 5    Q. And how long, to your knowledge, has "IGRP"    10:15:17 | 5  about it, and I believe that was about '89.    10:17:44 |
| 6  been a commonly used term in the networking | 6    Q. When you say there was work started on |
| 7  industry? | 7  OSPF, what are you referring to by that? |
| 8      MR. PAK:  Objection.  Calls for expert | 8    A. This is work in the IETF to specify the |
| 9  testimony. | 9  protocol. |
| 10      THE WITNESS:  I recall seeing it very early    10:15:24 | 10    Q. And how did you know that there was work    10:18:02 |
| 11  on.  I first learned about it in 1987. | 11  started on OSPF by the IETF around 1989? |
| 12      BY MR. WONG:  Q. And you did not come up | 12    A. So there was a discussion list about it, |
| 13  with the acronym IGRP; right? | 13  and I looked at some the history of OSPF and looked |
| 14    A. No, I did not. | 14  at the RFC that subsequently came out.  I knew that |
| 15    Q. Do you recall how you first learned about    10:15:38 | 15  folks had been working on it for quite some time.    10:18:33 |
| 16  the acronym IGRP? | 16    Q. Who was participating in the discussion |
| 17    A. So I was asked to administer a Cisco router | 17  list about OSPF at that 1989 time period? |
| 18  in 1987 and was -- did Cisco training and learned | 18    A. I -- |
| 19  about IGRP through that training. | 19      MR. PAK:  Objection.  Calls for |
| 20    Q. And that was before you joined Cisco in    10:15:58 | 20  speculation.                    10:18:48 |
| 21  1991; right? | 21      THE WITNESS:  So John Moy, Milo Medin, |
| 22    A. That's correct.  I was a customer before an | 22  Vince Fuller, Cathy Wittbrodt.  Don't remember the |
| 23  employee. | 23  rest. |
| 24    Q. How many years of experience did you have | 24      BY MR. WONG:  Q. And how do you know those |
| 25  working with Cisco routers before you started    10:16:15 | 25  individuals you just named were part of the    10:19:12 |
| Page 47 | Page 49 |

13 (Pages 46 - 49)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 discussion of OSPF in 1989?
2     A. I subsequently worked with them as part of
3 IETF and learned of their involvement with OSPF.
4     Q. You worked -- strike that.
5         When did you work with those individuals as    10:19:31
6 part of the IETF?
7     A. I started working with them in 1991.
8     Q. What companies, if you recall, did those
9 individuals work for?
10     A. John Moy represented Proteon. Milo Medin    10:19:50
11 worked for NASA. Cathy Wittbrodt was at
12 Energy Sciences Network at -- as part of
13 Lawrence Livermore Labs.
14     Q. Did any other vendors -- strike that.
15         Did any other companies or organizations    10:20:20
16 besides the ones you just mentioned participate in
17 OSPF standardization?
18     MR. PAK: Objection. Calls for
19 speculation. Calls for expert testimony.
20     THE WITNESS: So I'm certain that several    10:20:32
21 others did. The best way to check would be to look
22 at the IETF attendance records.
23     BY MR. WONG: Q. When you say you're
24 certain that several others did, why are you so
25 certain?    10:20:43

Page 50

1     A. The IETF typically has dozens of people
2 operating, working together on any given protocol.
3     Q. And how do you -- how do you know that,
4 Mr. Li?
5     A. So that's -- I started participating in the    10:20:57
6 IETF in 1991, and that's their standard way of
7 working.
8     Q. How many years have you been participating
9 in the IETF since 1991?
10     A. I participated quite consistently and up and    10:21:15
11 through about -- from 1991 to about 1999, and then
12 it's been sporadic since then.
13     Q. When you say the IETF typically has dozens
14 of people working together on any given protocol,
15 are those people from the same company or different    10:21:42
16 companies?
17     MR. PAK: Objection. Calls for
18 speculation. Vague.
19     THE WITNESS: Typically the group --
20 working groups that are working on a protocol draw    10:21:54
21 people from all sorts of different companies and
22 organizations.
23     BY MR. WONG: Q. Can you think of any
24 protocols from the IETF where different
25 organizations did not participate in creating the    10:22:12

Page 51

1 standard?
2     A. Not offhand.
3     Q. Is IS-IS a well-known acronym in the
4 networking industry?
5     A. Largely, no.    10:22:41
6     Q. How do you know the IS-IS acronym?
7     A. I'm part of a small group who've made use
8 of the protocol.
9     Q. Is IS-IS a well-known acronym amongst those
10 who make use of the IS-IS protocol?    10:23:01
11     A. Yes, it is.
12     Q. Why is it a smaller group that makes use of
13 the IS-IS protocol?
14     A. So IS-IS is part of the ISO protocol stack
15 which ended up not having a significant market    10:23:15
16 share, and thus there's a very small user base.
17 Only a very small portion of the I net -- IP
18 networking industry ended up using IS-IS, and so the
19 number of people that use IS-IS for IP routing is
20 very, very small.    10:23:38
21     Q. How long has IS-IS been a well-known
22 acronym amongst those who make use of the IS-IS
23 protocol, to your knowledge?
24     A. At least 1991.
25     Q. And when did -- when did you first hear of    10:23:50

Page 52

1 the IS-IS acronym?
2     A. 1991 when I joined Cisco.
3     Q. Is "IP" a well-known industry term in the
4 networking industry?
5     A. Very well.    10:24:07
6     Q. In your view, what other acronyms are as
7 well-known as IP in the networking industry?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10     THE WITNESS: TCP, TCP/IP, WWW.    10:24:19
11     BY MR. WONG: Q. How long has IP been a
12 well-known acronym in the networking industry?
13     A. At least since 1983.
14     Q. And when did you first learn of the acronym
15 IP?    10:24:44
16     A. Approximately 1984 I took a class in
17 computer networking and read the -- first read the
18 RFCs on IP.
19     Q. Is BGP a -- let me start that again.
20         Is "BGP" a well-known term in the    10:25:25
21 networking industry?
22     A. It is.
23     Q. How long has "BGP" been a well-known term
24 in the networking industry?
25     MR. PAK: Objection. Calls for expert    10:25:34

Page 53

14 (Pages 50 - 53)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 testimony.

2       THE WITNESS: Probably since about 1993.

3       BY MR. WONG: Q. And why do you say that
4 "BGP" has been a well-known term in the networking
5 industry since 1993?                10:25:47

6       A. I'm an expert in BGP.

7       Q. Why do you say that you are an expert in
8 BGP?

9       A. I helped deploy BGP throughout the
10 Internet.                10:26:00

11       Q. What did you do to help deploy BGP
12 throughout the Internet?

13       A. So I was responsible for maintaining and
14 enhancing BGP. I was responsible for doing a great
15 deal of bug fixing to BGP. And as part of that, I    10:26:17
16 ended up reimplementing much of Cisco's BGP code and
17 replacing the vast majority of the code that they
18 had.

19       Q. And when did you first hear of the acronym
20 BGP?                10:26:43

21       A. Again, I believe it was in the late '80s as
22 part of the Usenet group.

23       Q. Is "DNS" a well-known term in the
24 networking industry?

25       A. It is.                10:27:07

Page 54

1       Q. How long has "DNS" been a well-known term
2 in the networking industry, Mr. Li?

3       A. At least since late '80s.

4       Q. When did you first learn of the term "DNS"?

5       A. I was a sys admin at USC at the time.    10:27:19
6 Could have been anywhere from '83 on.

7       Q. How do you know that "DNS" has been a
8 well-known term in the networking industry since the
9 late 1980s?

10       A. So I would helped convert USC from using    10:27:40
11 host.text, which was previous system, to using DNS.

12       Q. Is "DHCP" a well-known term in the
13 networking industry?

14       A. It is.

15       Q. How long has "DHCP" been a well-known term    10:28:00
16 in the networking industry?

17       A. I don't know.

18       Q. When did you first hear of the acronym
19 DHCP?

20       A. Probably 1991.                10:28:08

21       Q. Why do you think you first heard of DHCP in
22 1991?

23       A. I helped maintain DHCP relay functionality
24 in Cisco IOS.

25       Q. What did that -- strike that.    10:28:21

Page 55

1       What did that entail, maintaining DHCP
2 relay functionality in Cisco IOS?

3       A. Means that I had to look at the source
4 code, read the DHCP RFC, test the behavior of the
5 Cisco DHCP relay and then repair the functionality    10:28:49
6 in the source code as necessary.

7       Q. At some point, Mr. Li, you left Cisco's
8 employment; correct?

9       A. Several times.

10       Q. When you started at Cisco in 1991, when did    10:29:12
11 you leave?

12       A. I believe it was 1996.

13       Q. What did you do after you left Cisco in
14 1996?

15       A. After a while I joined Juniper Networks.    10:29:28

16       Q. And what was Juniper's business at the
17 time?

18       A. Juniper was a startup in the computer
19 networking space.

20       Q. What was Juniper's main product at the    10:29:41
21 time?

22       A. They had no product initially, and their
23 first product was a router, the M40, and I believe
24 that came out in 1998.

25       Q. Did you work on the M40 Juniper router?    10:29:59

Page 56

1       A. I did.

2       Q. Now, you said Juniper had no product
3 initially.

4       Did they have no product when you joined
5 them in 1996?                10:30:16

6       A. That's correct. We were a startup. We
7 had -- I was Employee No. 5. We had an office, and
8 that was it.

9       Q. Who were Juniper's competitors?

10       A. At the time it was Cisco. I believe Pluris    10:30:30
11 came along shortly thereafter, but I don't know
12 exactly when. There was another company called
13 NetStar. Wellfleet. Proteon had not quite gone
14 under.

15       That's all I can remember.                10:31:03

16       Q. Now, you said you were Employee No. 5;
17 correct?

18       A. Correct.

19       Q. Where did the other first employees at
20 Juniper come from?                10:31:15

21       A. So the founder Pradeep Sindhu was coming
22 out of Xerox PARC and Sun. Bjorn Liencres I believe
23 was Sun. Dennis Ferguson, I knew him through IETF,
24 and he was at -- running CAnet, although I don't
25 know who he was affiliated with.                10:31:36

Page 57

15 (Pages 54 - 57)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    Q. What was your involvement in -- strike
2 that.
3       What is Exhibit 139?
4    A. It appears to be a copy of RFC 1887.
5    Q. What was your involvement in RFC 1887,    11:46:30
6 Mr. Li?
7    A. So Yakov and I coauthored or coedited this
8 document in an attempt to document a routing
9 protocol architecture -- a routing architecture for
10 IPv6.                                      11:46:45
11   Q. What is IPv6?
12   A. That is the next version of the Internet
13 Protocol. What a widely deployed right now today is
14 known as IPv4. It has the problem that it does not
15 have enough address space and can only support about  11:46:59
16 4 billion hosts.
17       IPv6 is a -- the next version that has been
18 approved by the IETF and we're currently
19 transitioning to IPv6, slowly.
20   Q. We're currently transitioning today, you    11:47:17
21 mean?
22   A. Yes. Twenty years and counting.
23   Q. And I'm sorry. What was the date on the
24 document marked as Exhibit 138, Mr. Li?
25   A. That appears to be March 1995.          11:47:33

Page 106

1    Q. Was this document -- strike that.
2       When was the first version of the document
3 marked as 138 completed, to your knowledge?
4    A. I would have to check my notes to be
5 precise but somewhere approximately 1994.       11:48:04
6    Q. Turning back to Exhibit 139, Mr. Li, what
7 is the date on this document?
8    A. December 1995.
9    Q. Is that the publication date for this RFC?
10   A. Yes, it is.                             11:48:19
11   Q. And was the document that is shown
12 Exhibit 139, was that completed before the
13 publication date shown on Exhibit 139?
14   A. Yes, it was.
15   Q. Do you know approximately when?          11:48:34
16   A. Somewhere between '93 and '94.
17   Q. Did you come up with the term "IPv6,"
18 Mr. Li?
19   A. No, I did not.
20   Q. Do you know who?                         11:48:42
21   A. No. Can't be specific.
22   Q. Is IPv6 a well-known acronym in the
23 networking industry?
24   A. Yes, it is. It is a well-known acronym for
25 Internet Protocol version 6, and this -- this    11:48:53

Page 107

1 acronym was designated by the IETF.
2    Q. What do you mean, "this acronym was
3 designated by the IETF"?
4    A. So the IETF, in selecting this protocol to
5 migrate to, decided that we should all refer to    11:49:10
6 version 6 of the protocol as IPv6.
7    Q. And how do you know that the IETF decided
8 that we all should refer to version 6 of the IP
9 protocol as IPv6?
10   A. I was there as part of the discussion.    11:49:27
11   Q. What vendors were part of that discussion?
12   A. I'm sorry. I don't recall.
13   Q. Were there more than one vendor part of
14 that discussion?
15   A. Yes, many.                               11:49:40
16   Q. Do you recall if Cisco was part of that
17 discussion?
18   A. I believe so.
19   Q. Do you recall if Juniper was part of that
20 discussion?                                  11:49:48
21   A. I believe so.
22   Q. Were there any other acronyms relating to
23 routing protocols that the IETF decided should be
24 used to refer to those protocols?
25   A. Yes, many.                               11:50:05

Page 108

1    Q. What protocols did the IETF decide that
2 everyone in the network industry should use in
3 addition to IPv6?
4       MR. PAK: Objection. Calls for expert
5 testimony.                                   11:50:18
6       THE WITNESS: So OSPF, BGP, RSVP, LDP,
7 HTTP.
8       BY MR. WONG: Q. Was "IS-IS" a -- a
9 term -- strike that.
10      Did the IETF have any role in the decision    11:50:50
11 for IS-IS to be used by the networking industry?
12   A. Somewhat. Again, IS-IS was originally
13 standardized outside of the IETF. The IETF had the
14 responsibility of managing the usage of IS-IS for
15 Internet Protocol routing.                    11:51:14
16   Q. And to your knowledge, Mr. Li, based on
17 your experience working in the industry, did various
18 vendors use those acronyms that you just listed out
19 for me?
20   A. Yes, frequently.                         11:51:38
21   Q. To what extent was there any belief that
22 these acronyms for routing protocols were
23 proprietary to any single vendor?
24      MR. PAK: Objection. Calls for
25 speculation.                                 11:51:58

Page 109

28 (Pages 106 - 109)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  THE WITNESS: So the acronyms were never
2  proprietary.
3      BY MR. WONG: Q. And on what facts do you
4  base that opinion, Mr. Li?
5      A. So the acronyms were never published with a    11:52:06
6  trademark or copyright notice attached to them.
7      Q. Did you ever believe personally that the
8  use of OSPF, BGP, IP or any of the other acronyms
9  that we've been discussing today were proprietary to
10  any vendor?                                          11:52:32
11      A. No.
12      Q. In your experience at multiple companies in
13  the networking industry, did anybody else that you
14  worked with express the belief to you that any of
15  these acronyms were proprietary to any vendor?       11:52:48
16      A. No.
17      Q. So in the 25 years that you have been
18  working in the networking industry, you have not
19  heard anybody express the belief that any of these
20  acronyms were proprietary to a single vendor?        11:53:08
21      A. That's correct.
22      Q. Turning back to Exhibit 139, Mr. Li, first
23  page further down, second paragraph from the bottom,
24  the word "domain" is used.
25      Do you see that?                                 11:53:23

Page 110

1      A. Yes.
2      Q. Did you come up with the word "domain"?
3      A. No, I did not.
4      Q. Do you know who did?
5      A. I believe that was Dr. Rechter.               11:53:31
6      Q. Do you know when Dr. Rechter came up with
7  the name "domain"?
8      A. I believe that he came up with that term
9  during the work for IDRP, and that flowed -- and it
10  is semantically equivalent to Autonomous System, and  11:53:49
11  it flowed from his work in IDRP into both this
12  document and the BGP specification.
13      Q. And how do you -- how do you know that,
14  Mr. Li?
15      A. Direct work with both of those            11:53:58
16  specifications.
17      Q. Okay. By the time of this RFC,
18  December 1995, was "domain" a well-known industry
19  term?
20      MR. PAK: Objection. Vague.                    11:54:10
21      THE WITNESS: No, it was not well-known and
22  still is not very well-known.
23      MR. WONG: Let's mark this one as 140,
24  please.
25      (Exhibit 140 was marked for identification    11:54:45

Page 111

1  by the court reporter and is attached hereto.)
2      BY MR. WONG: Q. The court reporter has
3  marked as Exhibit 140 a document bearing Control
4  Nos. ARISTANDCA00025927 to -25933.
5      Mr. Li, have you seen this document before?    11:55:28
6      A. I believe so.
7      Q. What is the document marked as Exhibit 140?
8      A. It appears to be a copy of RFC 1966, BGP
9  Route Reflection.
10      Q. Did you -- what was your involvement, if    11:55:45
11  any, in the creation of the document marked as
12  Exhibit 140?
13      A. So I helped discuss many of the concepts in
14  this document. As part of the development and
15  deployment of BGP, we found that we had numerous      11:56:02
16  scalability issues that we needed to overcome.
17  There were several approaches proposed. I helped
18  work on the Route Reflection proposal.
19      Some of the original work was proposed by
20  Dimitry Haskin of Bay Networks. And as part of the    11:56:20
21  IDR working group, we jointly discussed and came up
22  with this proposal.
23      Mr. Bates and Mr. Chandra eventually wrote
24  up the actual document as you see it here.
25      Q. What is BGP Route Reflection?              11:56:34

Page 112

1      A. BGP Route Reflection is a mechanism for
2  taking routing information and reflecting it from
3  one router to another through a third router. This
4  allows for better scalability because it fixes the
5  problem where BGP previously had where all BGP       11:57:03
6  routers within a particular AS had to be directly
7  interconnected. That led to some significant
8  computational and configuration management
9  challenges.
10      Q. Who came up with the phrase "Route         11:57:17
11  Reflection"?
12      A. I believe, but I'm not certain, that that
13  would be Mr. Haskin.
14      Q. And Mr. Haskin, to your recollection,
15  worked for Bay Networks?                             11:57:33
16      A. It may have been Wellfleet at the time.
17      Q. And just by implication from your answer,
18  was Wellfleet acquired by Bay Networks?
19      A. Bay and -- I'm sorry.
20      Yes. Bay -- Bay was the merger of Synoptix    11:57:52
21  and Wellfleet, and I believe he was on the Wellfleet
22  side.
23      Q. And why do you think that Mr. Haskin came
24  up with the phrase "Route Reflection"?
25      A. So I believe he was the first one at IDR    11:58:11

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 standards organization like IETF?

2    A. I have never seen anyone do that. I have

3 never seen Cisco have any UI patents; so I don't

4 understand.

5    Q. Mr. Li, is there any other views or          04:15:36

6 opinions that you have with respect to this case

7 that you have not shared with us on the record that

8 you would like to share with us now?

9        MR. WONG: Objection. Vague.

10       THE WITNESS: I don't understand your          04:15:55

11 question.

12       BY MR. PAK: Q. We talked about a lot of

13 different topics. I'm giving you the opportunity to

14 provide any further testimony that you would like on

15 any of these topics if you'd like it.          04:16:05

16    A. So I don't understand what intellectual

17 property people think there is in some CLI syntax.

18 The intellectual property is -- that's of

19 significance gets covered in patents. If we thought

20 it was worth protecting, we would copyright it. We    04:16:22

21 would patent it.

22       MR. WONG: Object to the form of the

23 question.

24       BY MR. PAK: Q. Do you believe that

25 copyright is a form of intellectual property?          04:16:34

                                              Page 254

1        MR. WONG: Objection. Calls for opinion

2 testimony.

3        THE WITNESS: It calls for legal testimony.

4 I don't understand.

5        BY MR. PAK: Q. What is your understanding    04:16:44

6 of copyright law?

7        MR. WONG: Same objection.

8        THE WITNESS: Vague as best.

9        BY MR. PAK: Q. I take it, sir, that you

10 haven't analyzed any copyright laws relating to          04:16:56

11 interface, APIs, user interfaces?

12    A. I know that I'm supposed to put a copyright

13 notice in the top of every source code file. That's

14 about all I know.

15    Q. Okay.          04:17:08

16    A. I can't even tell you for certain what I'm

17 supposed to put in the top of the file because

18 nobody can tell me exactly how I should deal with

19 multiple years.

20       MR. PAK: Thank you. Sir, I think those    04:17:18

21 are the questions I have for you today.

22       MR. WONG: I have no further questions.

23 ////

24

25

                                              Page 255

1        THE VIDEOGRAPHER: Okay. This marks the

2 end of DVD No. 4 in the deposition of Anthony Li.

3        Going off the record. The time is 4:17.    04:17:29

4        (TIME NOTED: 4:17 p.m.)

5        --o0o--

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 256

1    I, ANTHONY J. LI, do hereby declare under

2 penalty of perjury that I have read the foregoing

3 transcript; that I have made any corrections as appear

4 noted, in ink, initialed by me, or attached hereto; that

5 my testimony as contained herein, as corrected, is true

6 and correct.

7    Executed this _____ day of _____,

8 2016, at _____, _____.

9       (city)        (state)

10

11

12

13

14       _____

15       ANTHONY J. LI

16       Volume I

17

18

19

20

21

22

23

24

25

                                              Page 257

65 (Pages 254 - 257)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21      Dated: February 3, 2016
22
23
24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR

Page 258

66 (Page 258)

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
           Plaintiff,
vs.                  No. 5:14-cv-05344-BLF(PSG)
ARISTA NETWORKS, INC.,
           Defendant.
_____/


CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TONG LIU
FRIDAY, JANUARY 15, 2016
PALO ALTO, CALIFORNIA


Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 2211574
Pages 1 - 215

---

Page 2

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
4
5    CISCO SYSTEMS, INC.,
6            Plaintiff,
7    vs.          No. 5:14-cv-05344-BLF(PSG)
8    ARISTA NETWORKS, INC.,
9            Defendant.
     _____/
10
11
12
13
14       Videotaped Deposition of Tong Liu, taken on
15   Friday, January 15, 2016, pursuant to notice, on
16   behalf of the Defendants, at 610 Page Mill Road,
17   Palo Alto, California before me, ANDREA M. IGNACIO,
18   CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830
19
20
21
22
23
24
25

---

Page 3

1    A P P E A R A N C E S:
2
3
4    ON BEHALF OF THE PLAINTIFF CISCO SYSTEMS, INC., and
5    the WITNESS:
6        QUINN EMANUEL URQUHART & SULLIVAN, LLP
7        By:  SEAN S. PAK, Esq.
8        50 California Street, 22nd Floor
9        San Francisco, California 94111
10       Phone:  415.875.6600
11       seanpak@quinnemanuel.com:
12
13
14   ON BEHALF OF THE DEFENDANT ARISTA NETWORKS, INC.:
15       KEKER & VAN NEST LLP
16       By:  RYAN WONG, Esq.
17       633 Battery Street
18       San Francisco, California 94111-1809
19       Phone:  415.773.6682
20       rwong@kvn.com
21
22   ALSO PRESENT:  Kevin Foor, Videographer
23
24           ---oOo---
25

---

Page 4

1              I N D E X
2
3    WITNESS:  Tong Liu
4
5    EXAMINATION                    PAGE
6    By Mr. Wong               7, 207
7    By Mr. Pak                185
8
9            E X H I B I T S
10   EXHIBIT                        PAGE
11   Exhibit 92  Amended Exhibit F; 45 pgs.      67
12   Exhibit 93  IEEE Standard for a Precision   84
13               Clock Synchronization Protocol
14               for Networked Measurement and
15               Control Systems, Bates
16               ARISTANDCA00031733 - '32021;
17               289 pgs.
18   Exhibit 94  IEEE1588 Precision Tine Protocol  100
19               Platform-Independent Software
20               Functional Specification, Bates
21               CSI-CLI-00610555 - '81; 27 pgs.
22   Exhibit 95  6-25-08 E-mail, Subject: Seeking  122
23               permission for adding PTP CLI
24               comments; Bates CSI-CLI-00846643;
25               1 pg.

Page 5

```
 1            E X H I B I T S  (Continued.)
 2
 3    EXHIBIT                        PAGE
 4    Exhibit 96  6-25-08 E-mail, Subject: Seeking  124
 5             permission for adding PTP CLI
 6             commands, Bates CSI-CLI-00608739
 7             - '40; 2 pgs.
 8    Exhibit 97  6-26-08 E-mail, Subject: Seeking  128
 9             permission for adding PTP CLI
10             commands, Bates CSI-CLI-00846656
11             - '57; 2 pgs.
12    Exhibit 98  Cisco Nexus 7000 Series NX-OS    157
13             System Management Command
14             Reference, Bates CSI-CLI-00194055
15             - '9480; 626 pgs.
16
17                    ---oOo---
18
19         PREVIOUSLY MARKED EXHIBITS
20
21    Exhibit 53  CLI Design and Review Guide, Bates
22             CSI-ANI-00073381 - '.000014; 15 pgs.
23
24
25
```

Page 6

```
 1            PALO ALTO, CALIFORNIA
 2            FRIDAY, JANUARY 15, 2016
 3                 9:32 A.M.
 4
 5
 6
 7         THE VIDEOGRAPHER: Good morning.  We are on
 8    the record at 9:32 on January 15th of the year 2016.
 9    This is the video deposition of Tong Liu.
10         My name is Kevin Foor.  I'm here with court
11    reporter Andrea Ignacio.  And we are here from
12    Veritext Legal Solutions at the request of Keker &
13    Van Nest.
14         This deposition is being held at Wilson
15    Sonsini Goodrich & Rosati in Palo Alto.
16         The caption of the case is Cisco Systems,
17    Inc., v. Arista Networks.  That is case 514-CV-05344
18    ELF BSG.
19         Please note that audio and video recording
20    will take place unless all parties agree to go off the
21    record.  Microphones are sensitive and may pick up
22    whispers, private conversations, and cell
23    interference.
24         I'm not related to any party in this action,
25    nor am I interested financially in the outcome in any
```

Page 7

```
 1    way.
 2         If there are any objections to proceeding,
 3    please state them at the time of your appearance.
 4         And if you would please state your
 5    appearances.
 6         MR. WONG:  Ryan Wong from Keker & Van Nest
 7    for defendant Arista Networks.
 8         MR. PAK:  Sean Pak of Quinn Emanuel,
 9    representing Cisco and the witness.
10         THE VIDEOGRAPHER:  Thank you.
11         If the court reporter would please swear the
12    witness, we can begin.
13
14                    TONG LIU,
15         having been sworn as a witness
16         by the Certified Shorthand Reporter,
17              testified as follows:
18
19                  EXAMINATION
20    BY MR. WONG:
21    Q  Good morning, Ms. Liu.
22    A  Good morning.
23    Q  Please state your full name for the record.
24    A  Tong Liu.
25    Q  Do you go by any other names, Ms. Liu?
```

Page 8

```
 1    A  At work, I go with Toni.
 2    Q  Could you spell Toni for me, please.
 3    A  T-O-N-I.
 4    Q  Okay.  Have you gone by Toni Liu for -- for
 5    what period of time have you gone by Toni Liu?
 6    A  That name is only used at work.  It's not an
 7    officially alternative name.
```

[portion of transcript redacted]

```
20    Q  Thank you.
21         Who is your current employer, Ms. Liu?
22    A  Aruba Networks.
23    Q  Do you have a work address for Aruba
24    Networks?
25    A  1322 Crossman Avenue, Sunnyvale.
```

Page 93

1    MR. WONG:  You testified earlier that PTP was
2  one of the protocols identified to be interoperative.
3    Q  Were there -- were you aware of any other
4  protocols that were identified to be interoperative?
5    A  I'm not aware of that.
6    Q  Okay.  But you were aware that PTP was
7  identified?
8    A  Right.
9    Q  And do you know which other vendors supported
10  PTP, based upon your team's investigation, before
11  adding PTP to the industrial Ethernet products?
12    A  Siemens is one vendor.
13    Q  Okay.  So Siemens supported PTP in its
14  devices before PTP functionality was added to the
15  Cisco industrial Ethernet devices; correct?
16    MR. PAK:  Objection; calls for speculation.
17    THE WITNESS:  I don't know the -- I don't
18  recall the exact details, but I do remember Siemens
19  was mentioned in our previous conversations.  I mean,
20  the -- was in the team.
21    MR. WONG:  Oh.
22    Q  Siemens was --
23    A  I --
24    Q  Sorry.  Go ahead.
25    A  Yes, as one important vendor for industrial

Page 94

1  devices.
2    Q  And I think you answered this earlier, but
3  your team did not look at the specifics of how Siemens
4  implemented PTP when you started adding PTP commands
5  to Cisco's industrial Ethernet devices; correct?
6    A  We didn't look at any other vendor's device
7  at the time.
8    Q  Okay.  Have you seen the IEEE PTP standard
9  before?
10    A  "Before" meaning before today or before --
11    Q  Yes, before today.
12    A  Before today, yes.
13    Q  When was the first time that you saw the IEEE
14  PTP standard?
15    A  That's when I was working on this industrial
16  Ethernet switch development around 2008, I think.
17    Q  Was it your choice to add -- I'm sorry.
18  Strike that.
19    Was it your suggestion to add PTP
20  functionality to the Cisco industrial Ethernet device?
21    A  It was some decision made, and I was the one
22  implementing it.
23    Q  I see.
24    So somebody else at Cisco made the decision
25  to add PTP functionality to the Cisco industrial

Page 95

1  Ethernet device, and you worked on implementing that?
2    A  Right.
3    Q  Okay.  And you don't know the reasons behind
4  the decision to add PTP functionality -- well,
5  actually, strike that.
6    So did you see the IEEE PTP standard before
7  you began adding PTP functionality to the Cisco
8  industrial Ethernet device?
9    A  When you say "before," it's before I started
10  writing code?
11    Q  Yes.
12    A  I -- yes, I read the spec --
13    Q  Okay.
14    A  -- for understanding -- to understand how it
15  works.
16    Q  I see.
17    So you read the -- and by "the spec," you
18  mean the IEEE PTP spec?
19    A  Yes.
20    Q  During the break, the court reporter marked
21  as Exhibit No. 93 the document right there to your
22  right.
23    MR. WONG:  And counsel, here's a copy for you
24  as well.
25    MR. PAK:  Thanks.

Page 96

1    MR. WONG:  The document bears control numbers
2  AristaNDCA00031733 to '32021.
3    Q  Ms. Liu, you can take your time to look at
4  the document, but the question that I have for you is:
5  Do you recognize this document marked as Exhibit 93?
6    A  Yes, I -- I think this is the one we used, as
7  well as the standard.
8    Q  Okay.  Can you read the title of the IEEE
9  specification marked as Exhibit 93.
10    A  "IEEE standard for the precision clock
11  synchronization protocol for network measurement and
12  control systems."
13    Q  Okay.  And the -- the -- I guess the number
14  for the standard on the bottom right is IEEE
15  standard 1588-2008.
16    Do you see that?
17    A  Yes, uh-huh.
18    Q  And this is the PTP IEEE standard that we
19  have been talking about in this deposition; correct?
20    A  Yes.
21    Q  Okay.  So -- so the exhibit marked as 93 is
22  the standard that you reviewed before you began coding
23  the PTP functionality for the Cisco industrial
24  Ethernet device; correct?
25    A  Yes.

Page 97

1    Q  Okay.  And did you read the entire standard
2  before you began working on the PTP functionality?
3    A  Yeah, I believe I read the -- the entire --
4  or the majority part of it.
5    Q  That's -- that's impressive.
6      How -- the standard is -- is several hundred
7  pages long.
8      But you read the whole thing -- you remember
9  reading the whole thing?
10    A  Yes.
11    Q  Did you consult with the standard marked as
12  Exhibit 93 while you were coding the PTP functionality
13  for Cisco's industrial Ethernet devices?
14    A  Yes.  All of the messages format, the field
15  definitions behaviors, are documented here.
16    Q  Okay.  So -- so every PTP functionality --
17  every aspect of PTP functionality that you implemented
18  in Cisco's industrial Ethernet devices are based on
19  the IEEE standard marked as Exhibit 93?
20      MR. PAK:  Objection; mischaracterizes the
21  witness' testimony.
22      MR. WONG:  Q.  Correct?
23      MR. PAK:  Assumes facts not in evidence.
24      THE WITNESS:  There are multiple parts of it
25  for the implementation part.  There is the protocol

Page 98

1  part, which are the messages, the state machine, the
2  field definitions.  Those we base off the -- the spec.
3  There are the way we calculate the clock difference.
4  Those are not documented here.  Those are what we
5  developed.  And there's also the CLI command which we
6  came up with separately.
7      MR. WONG:  Q.  When you say "messages," what
8  do you mean by messages?
9    A  So, the PTP protocol has -- if I recall, has
10  multiple set -- is a handshaking message.  So the
11  format of the message, which one follows what, which
12  field is contained in which message, those are defined
13  in the spec.
14    Q  Okay.  And you followed those definitions
15  when you implemented the PTP functionality in Cisco's
16  industrial Ethernet devices; right?
17    A  Yes, the format of the messages.
18    Q  You also mentioned field definitions.
19      What do you mean by field definitions?
20    A  Those are inside of the message itself.
21    Q  Okay.  What are fields?
22    A  Like, header, checksum.  There are time
23  stamps inside of the message, and how big -- how wide
24  the field is.  So those -- those are the field
25  definitions which have specific meaning inside of the

Page 99

1  message.
2    Q  And those are specified in the IEEE PTP
3  standard; right?
4    A  Yes.
5    Q  And you followed those standards when
6  implementing the PTP functionality in Cisco's
7  industrial Ethernet products; right?
8      MR. PAK:  Objection; vague.
9      THE WITNESS:  For the messages, yes.
10      MR. WONG:  Q.  And for the field definitions
11  as well?
12    A  The field definition -- if you mean the --
13  how wide the field is, which field needs to follow
14  which one, yes.  But particularly on the name of the
15  field, that may not necessarily be the same as the
16  spec.
17    Q  Okay.  Did you have any role in developing
18  the PTP standard marked as Exhibit 93?
19    A  You mean contributing to the standard itself?
20    Q  Yes.
21    A  No.
22    Q  Did you contribute to the standard that
23  preceded the standard marked as Exhibit 93?
24      And I believe you called that PTP version 1.
25    A  No.

Page 100

1    Q  Did you have any role in drafting the
2  document that is marked as Exhibit 93?
3    A  No.
4    Q  Do you know -- I think I know the answer --
5  but do you know if Mr. Bilstead had any role in
6  developing the standard marked as Exhibit 93?
7    A  I don't know anything about that part.
8    Q  Okay.  And you don't know anything about
9  whether Mr. Watve had contributed to the standard
10  marked as Exhibit 93?
11    A  I don't know that part, either.
12    Q  Okay.  Excuse me.
13      MR. WONG:  Can we mark this one as 94.
14      (Document marked Exhibit 94
15      for identification.)
16      MR. WONG:  Okay.  The court reporter has
17  marked Exhibit 94, the document with control
18  Nos. CSI-CLI-00610555 to '610581.
19    Q  Ms. Liu, take your time in looking at this
20  document, but my first question for you is whether you
21  recognize this document?
22    A  I don't recognize this document.
23    Q  Okay.  Have you seen any version of this
24  document, to your knowledge?
25    A  No, I don't recall seeing this document.

Page 105

1    MR. WONG:  Q. -- that PTP meant precision
2  time protocol?
3    MR. PAK:  Same objections.
4    THE WITNESS:  I don't think it's well known
5  in the entire networking industry.
6    MR. WONG:  Okay.
7    Q  Was there a subset of the networking industry
8  where PTP was known to refer to the PTP in Exhibit 93?
9    MR. PAK:  Objection; vague; calls for
10  speculation; assumes facts not in evidence.
11    THE WITNESS:  It's not as normal a term as IP
12  or MAC.  The -- the term is still -- I think even for
13  people who are working on the Catalyst switches, it's
14  not a very well-known term.
15    MR. WONG:  Okay.
16    Q  But certainly, the IEEE standard marked as
17  Exhibit 93 defines the PTP acronym; correct?
18    A  Yes.
19    Q  And uses the PTP acronym --
20    A  Yes.
21    Q  -- to describe precision time protocol;
22  correct?
23    A  True.
24    Q  And it uses that PTP acronym to describe the
25  PTP functionality that you implemented in Cisco's

Page 106

1  industrial Ethernet devices; right?
2    MR. PAK:  Objection; assumes facts not in
3  evidence; mischaracterizes the witness' prior
4  testimony.
5    THE WITNESS:  In this spec, yes.
6    MR. WONG:  Q.  Well, is PTP used in Cisco's
7  industrial Ethernet device in a different way than
8  what PTP means in Exhibit 93?
9    MR. PAK:  Objection; vague.
10    MR. WONG:  Let me rephrase the question.
11    Q  In the five commands that you're associated
12  with in Exhibit 92 --
13    A  Right.
14    Q  -- all of them use the acronym PTP; correct?
15    A  Yes.
16    Q  That PTP refers to the same PTP that is shown
17  on page 8 of Exhibit 93; right?
18    MR. PAK:  Objection; vague.
19    THE WITNESS:  I think when I chose the
20  command, yes, I used PTP to mean the same as precision
21  time protocol --
22    MR. WONG:  Right.
23    THE WITNESS:  -- as in the spec.
24    MR. WONG:  Q.  As in the spec and, in fact,
25  as in -- as on page 8 of Exhibit 93, correct, which

Page 107

1  lists the PTP -- which lists PTP as an acronym;
2  correct?
3    MR. PAK:  Objection; vague.
4    THE WITNESS:  I would say the meanings are
5  the same, that they mean precision time protocol.
6    MR. WONG:  Q.  Well, the -- the words are the
7  same, too; correct?
8    PTP in the command is the same three letters
9  that appear on page 8 of Exhibit 93; correct?
10    A  It's the same acronym.
11    Q  And they're referring to the same protocol;
12  correct?
13    A  Yes.
14    Q  Now, if you'll turn to page 4 of Exhibit 93.
15    A  (Witness complies.)  Okay.
16    Q  You can take off the -- well --
17    A  This is --
18    Q  -- maybe you want to keep that together,
19  actually.
20    A  Right.
21    Q  On page 4 of Exhibit 93, there is a large
22  heading No. 3 entitled:
23    "Definitions, acronyms, and abbreviations."
24    Do you see that?
25    A  Yes.

Page 108

1    Q  And then subsection 3.1 says "Definitions."
2    Do you see that?
3    A  Yes.
4    Q  Definition 3.1.4 in the IEEE PTP
5  specification defines the term "clock."
6    Do you see that?
7    A  Yes, uh-huh.
8    Q  What is the definition of clock in the IEEE
9  standard?
10    A  It's no participating in the precision time
11  protocol, PTP, that is capable of providing a
12  measurement of the passage of time since a defined
13  epoch.
14    Q  And you have read these definitions before
15  you began developing the PTP functionality in Cisco's
16  industrial Ethernet devices; right?
17    A  Yes.
18    Q  So you were familiar with these IEEE defined
19  terms before you began working on the PTP
20  functionality; correct?
21    A  Yes.
22    Q  And you knew they were in the IEEE standard;
23  correct?
24    A  Yes.
25    Q  Okay.  Now, the definition of clock that you

Page 109

1  read, is that your understanding of what a clock is in
2  the context of PTP?
3        MR. PAK: Objection; vague.
4        THE WITNESS: So, in the context of PTP
5  standard or spec, yes, a clock means this.
6        MR. WONG: Q. A clock means what it says on
7  page 4 of --
8     A  Yes.
9     Q  -- Exhibit 93?
10    A  Right.
11    Q  And you -- you -- you did not come up with
12 the term clock in the context of PTP; correct?
13    A  No.
14    Q  All right.
15       Clock is just a defined term in the IEEE
16 standard marked as Exhibit 93; correct?
17    A  Yes.
18    Q  Okay. If you'll look at page 6 of
19 Exhibit 93.
20    A  (Witness complies.) Right.
21    Q  Term 3.1.23; do you see that?
22       It defines the term "parent clock" correct?
23    A  Yes.
24    Q  What's the definition of parent clock?
25    A  The master clock to which a clock is

Page 110

1  synchronized.
2     Q  And is that your understanding of what a
3  parent clock is in the context of PTP?
4     A  It is.
5     Q  And you get that understanding from the IEEE
6  standard marked as Exhibit 93; correct?
7     A  Yes.
8     Q  All right.
9        You don't disagree with that definition;
10 correct?
11    A  No.
12    Q  And you don't disagree with the definition of
13 clock in the IEEE PTP standard; right?
14    A  No, I don't.
15    Q  Okay. Now, the term parent also refers to
16 the parent clock in a PTP context; correct?
17    A  The term parent --
18       MR. PAK: Objection; vague.
19       THE WITNESS: -- in this document --
20       MR. WONG: Yes.
21       THE WITNESS: -- whenever -- yeah, a parent
22 clock is used, it means the definition here.
23       MR. WONG: Sure.
24       THE WITNESS: Is that the question?
25       MR. WONG: Sure.

Page 111

1     Q  If you'd turn to page 53 of Exhibit 93. Let
2  me know when you're there.
3     A  53?
4     Q  The ending control number for that is '31805.
5     A  (Witness complies.) Yeah, I found it.
6     Q  Okay. If you look above -- so, near the
7  bottom of the page, you see in bold:
8        "7.6.2 PTP Device Attributes."
9        Do you see that?
10    A  Yes.
11    Q  Okay. Right above that, there are -- there
12 are two sort of indented bullet points, I guess, or
13 dashes.
14       Do you see that?
15    A  (Witness nods head.)
16    Q  And then, right above that is a sentence that
17 begins with the words "ordinary and boundary clocks."
18       Do you see that?
19    A  Ordinary and boundary clocks.
20    Q  Yep.
21    A  Okay.
22    Q  So that full sentence says:
23       "Ordinary and boundary clocks may keep
24 statistics on the performance of their parents using
25 the following attributes."

Page 112

1        Do you see that?
2     A  I haven't found that sentence.
3        Oh, yeah, found it.
4     Q  Okay. That sentence in the IEEE standard
5  uses the term parents; do you see that?
6     A  Yes.
7     Q  Is it your understanding that -- that that
8  parents term refers to a parent clock?
9        MR. PAK: If you need to take some time to
10 look at the document more closely, you can do that.
11       THE WITNESS: Yes.
12       MR. PAK: Okay.
13       THE WITNESS: I think it -- it's referring to
14 the parent clock.
15       MR. WONG: Right.
16    Q  There's no ambiguity in the context of the
17 IEEE standard that parent refers to parent clock;
18 right?
19    A  Yes. Here, it means -- yeah, it does mean
20 parent clock.
21    Q  Okay. So, in the context of the PTP
22 standard, referring to the parent of a clock is
23 referring to the defined term parent clock that we
24 discussed a few minutes ago; correct?
25    A  Yes.

Page 113

1    Q  Okay.  Now, if you look on that same page,
2    underneath the heading "PTP Device Attributes," you
3    see the term "Priority 1"?
4    A  Yes.
5    Q  What is a PTP device attribute?
6    A  It's certain characteristics of a PTP clock.
7    Q  That are defined by the IEEE standard;
8    correct?
9    A  Yes, uh-huh.
10   Q  Okay.  And these are device attributes that
11   are mandatory to be supported to comply with the PTP
12   standard; correct?
13        MR. PAK:  Objection; calls for expert
14   testimony.
15        MR. WONG:  Q.  If you know.
16   A  I didn't see anything as mandatory here.
17   Q  Okay.  If you read the description of
18   priority 1, it says:
19        "The attribute priority 1 is used in the
20   execution of the best master clock algorithm; see
21   9.3.2.  Lower values take precedence.  The
22   initialization value of priority 1 is specified in a
23   PTP profile.  The value of priority 1 shall be
24   configurable to any value in the range 0 to 255,
25   unless restricted by limits established by an

Page 114

1    applicable PTP protocol" -- I'm sorry -- "PTP
2    profile."
3        Did I read that correctly?
4    A  Yes.
5    Q  Okay.  Now, the -- the definition says the
6    value of priority 1 shall be configurable.
7        Do you see that?
8    A  Yes.
9    Q  "Shall" is a mandatory term in the IEEE
10   standard; correct?
11        MR. PAK:  Same objection; calls for expert
12   testimony.
13        THE WITNESS:  Would you please rephrase that
14   question.
15        MR. WONG:  Sure.
16   Q  "Shall" is a mandatory term -- strike that.
17        "Shall" indicates a mandatory requirement in
18   the IEEE standard; correct?
19        MR. PAK:  Objection; calls for expert
20   testimony.
21        MR. WONG:  Q.  And it may help --
22   A  I can say only my understanding, that it's
23   recommending that priority 1 is an attribute, that
24   this is a configurable value.
25   Q  If you'd turn to page 9 of the same document,

Page 115

1    Exhibit 93.
2    A  (Witness complies.)  Okay.
3    Q  And you see right in the middle of the page,
4    it says "word usage"; correct?
5    A  Uh-huh, I see.
6    Q  And it defines "shall" in 4.2.1.
7        Do you see that?
8    A  Yes.
9    Q  And this is -- and you -- you read the entire
10   standard before you implemented any of the
11   functionality with Cisco's products; right?
12   A  Yes.
13   Q  The definition of "shall" -- well, why don't
14   you please read the definition of "shall."
15   A  "The word 'shall,' which is equivalent to 'is
16   required to,' is used to indicate mandatory
17   requirements strictly to be followed in order to
18   conform to the standard and from which no deviation is
19   permitted."
20   Q  Okay.  And you understood that when you read
21   the standard; correct?
22   A  Yes.
23   Q  Okay.  If you'd turn back to page 53 that we
24   were just on.
25   A  (Witness complies.)  Right.

Page 116

1    Q  So, it is a -- it is a requirement to comply
2    with the standard for there to be a value of
3    priority 1 that is configurable as described here on
4    page 53; correct?
5    A  Yes.
6        MR. PAK:  Same -- and again same objection;
7    calls for expert testimony.
8        MR. WONG:  Q.  If you'd turn -- I'm sorry.
9        And -- and do you have any disagreements with
10   the description of priority 1 here on page 53?
11   A  No.
12   Q  Okay.  If you'd turn to the next page in
13   Exhibit 93.
14   A  (Witness complies.)
15   Q  At the top, it has another attribute,
16   "priority 2."
17        Do you see that?
18   A  Yes.
19   Q  And the definition of priority 2 also has a
20   sentence that says:
21        "The value of priority 2 shall be
22   configurable to any value in the range 0 to 255,
23   unless restricted by limits established by an
24   applicable PTP profile."
25        Do you see that?

Page 117

1    A  Uh-huh, yes.
2    Q  So the value of priority 2 -- strike that.
3        So it's a requirement to comply with the PTP
4    standard for the value of priority 2 to be
5    configurable as described here on page 54; correct?
6        MR. PAK:  Same objection; calls for expert
7    testimony.
8        THE WITNESS:  Yes, it's a parameter.
9        MR. WONG:  Right.
10       THE WITNESS:  Right.
11       Q  And that's your understanding, based upon the
12   standard's own definition of what "shall" means within
13   the document; correct?
14       A  Yes.
15       Q  Okay.  And when you implemented the PTP
16   functionality in Cisco's devices, was it your
17   intention to comply with the standard -- with the IEEE
18   standard marked as Exhibit 93?
19       MR. PAK:  Objection; vague.
20       THE WITNESS:  Again, there were certain
21   multiple aspects of it; right?
22       MR. WONG:  Q.  But, with respect to the two
23   device attributes that we just discussed, was it your
24   intention to comply with the IEEE standard?
25       MR. PAK:  Same objection; vague.

Page 118

1        THE WITNESS:  I think we intended to make
2    these two parameters as configurable for PTP clock.
3    So, for that part, yes, the compliance is that we
4    shall make these as configurable values.
5        MR. WONG:  Q.  As required by the IEEE
6    standard marked as --
7        A  Yes.
8        Q  -- Exhibit 93; correct?
9        A  Yes.
10       Q  Is it possible to have vendor
11   interoperability for PTP if you don't comply with the
12   PTP standard?
13       MR. PAK:  Objection; calls for expert
14   testimony; vague.
15       MR. WONG:  Q.  In your view?
16       MR. PAK:  Same objections.
17       THE WITNESS:  In my view, the basic external
18   behaviors needs to be consistent to be interoperable.
19       MR. WONG:  Q.  And are the device attributes
20   that we just discussed, priority 1 and priority 2, are
21   those part of those external behaviors that need to be
22   consistent in order to support interoperability?
23       MR. PAK:  Same objection; vague.
24       THE WITNESS:  I think the priority value
25   being configurable, changeable by users is -- as you

Page 119

1    said, as required -- it's required to be
2    interoperable --
3        MR. WONG:  Okay.
4        THE WITNESS:  -- at the PlugFest.
5        MR. WONG:  Q.  So, to comply with the PTP
6    standard, there have to be configurable device
7    attributes called priority 1 and priority 2 as
8    described on pages 53 and 54 of Exhibit 93?
9        MR. PAK:  Objection; calls for expert
10   testimony.  Objection; vague.
11       THE WITNESS:  My understanding is these two
12   parameters, which needs to be configurable.
13       MR. WONG:  Okay.
14       Q  To comply with the PTP standard?
15       A  Yes.
16       Q  Okay.  If you'd turn to page 62 of that same
17   document, Exhibit 93.  Let me know when you're there.
18       A  (Witness complies.)  Yes, I'm on page 63.
19       Q  62.  I'm sorry.
20       A  62.  (Witness complies.)  Okay.
21       Q  Okay.  About two-thirds down on that page 62,
22   there is a subheading 7.7.2.3.
23       Do you see that?
24       A  Yes.
25       Q  And the text next to that is:

Page 120

1        "Sync (multicast) message transmission
2    interval."
3        Do you see that?
4        A  Yes.
5        Q  Now, the sentence below that says:
6        "The port DS.log sync interval shall specify
7    the mean time interval between successive sync
8    messages, i.e., the sync interval, when transmitted as
9    multicast messages."
10       Do you see that?
11       A  Yes.
12       Q  Did I read that correctly?
13       A  Yes.
14       Q  So the -- and that sentence, by the way, uses
15   the word "shall" again; correct?
16       A  Yes.
17       Q  That indicates that this is a required -- a
18   requirement of the PTP standard; correct?
19       MR. PAK:  Objection; calls for expert
20   testimony.
21       THE WITNESS:  I -- my understanding is this
22   is to be supported to implement a PTP protocol.
23       MR. WONG:  Q.  And that understanding is
24   based upon the definition of "shall" provided on
25   page 9 of the standard; correct?

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 43 of 122

Page 121

1     A  Yes, uh-huh.
2     Q  That definition of "shall" says that no
3  deviation is permitted; correct?
4        If you need to look at page 9, you can
5  confirm that.
6     A  Right.  No deviation of the behavior, I
7  guess.
8     Q  Okay.
9     A  Right.
10    Q  Is that your understanding?
11    A  Right.
12    Q  So turning -- so you're still on page 62.
13  The IEEE standard uses the term "sync interval" to
14  describe the mean time interval between successive
15  sync messages; correct?
16    A  Sync interval as specified in the text here?
17    Q  Yes.
18    A  Right.  Yes.
19    Q  So, do you agree that the IEEE standard
20  marked as Exhibit 93 on page 62 defines the sync
21  interval as the mean time interval between successive
22  sync messages when transmitted as multicast messages?
23    A  Yes.
24    Q  Okay.  Do you have any disagreements with
25  that definition?

Page 122

1     A  No.
2     Q  Okay.  Is that your understanding of what a
3  sync interval is in the context of PTP?
4     A  Yes.
5        MR. PAK:  Objection; calls for expert
6  testimony.
7        MR. WONG:  I'm going to mark two exhibits
8  right now.  This one will be -- what number are we on?
9        THE REPORTER:  95.
10       MR. WONG:  Okay.  This one will be 95.
11       (Document marked Exhibit 95
12       for identification.)
13       MR. WONG:  95.  I'll do them one at a time.
14  Okay.
15    Q  So the court reporter has marked as
16  Exhibit 95 the document with control
17  Nos. CSICLI00846643, and that's it.
18    A  Uh-huh.
19    Q  Ms. Liu, do you recognize this document?
20    A  Yes.
21    Q  Is this one of the documents that refreshed
22  your recollection as to prior events?
23    A  Yes.
24    Q  Okay.  At the top -- first of all, this is an
25  e-mail; correct?

Page 123

1     A  Yes.
2     Q  And at the top of Exhibit 95, there is a
3  "From" field on the e-mail.
4        Do you see that?
5     A  Yes.
6     Q  And it says "Toni Liu."
7        Do you see that?
8     A  Yes.
9     Q  That's you; correct?
10    A  Yes.
11    Q  Your e-mail address while at Cisco was
12  liut@cisco.com; correct?
13    A  Yes.
14    Q  Now, was your e-mail address the same as it
15  was -- in your second period at Cisco as it was at
16  your first period at Cisco?
17    A  It's the same.
18    Q  It's the same?
19    A  Yes.
20    Q  Okay.  And this was -- this e-mail, marked as
21  Exhibit 95, was sent on June 25th, 2008; correct?
22    A  Yes.
23    Q  Okay.  All right.  Set that down for a
24  moment.
25       MR. WONG:  Let's mark this one as Exhibit 96.

Page 124

1        (Document marked Exhibit 96
2        for identification.)
3        MR. WONG:  This is 96.
4     Q  The court reporter has marked as Exhibit 96 a
5  document bearing control Nos. CSICLI00608739 to '740.
6  Please take a moment to look at this document.
7     A  (Witness complies.)  Okay.
8     Q  This is also an e-mail; correct?
9     A  Yes.
10    Q  At the very top, there's a "From" field for
11  this e-mail.
12       Do you see that?
13    A  Yes.
14    Q  It also says it's from liut@cisco.com, Toni
15  Liu?
16    A  Yes.
17    Q  That's you; correct?
18    A  True.
19    Q  Do you have any doubt that you sent this
20  e-mail marked as Exhibit 96?
21    A  I don't have any doubt I sent it.
22    Q  Okay.  And the exhibit marked as Exhibit 95,
23  do you have any doubt that you sent that e-mail?
24    A  No.
25    Q  Okay.  Now, if you look at Exhibit 95 and

Page 137

1    A F T E R N O O N   S E S S I O N
2         1:41 P.M.
3
4
5
6         THE VIDEOGRAPHER:  We are back on the record.
7    It is 1:41.
8         MR. WONG:  Q.  So, Ms. Liu, before the lunch
9    break, we talked about the five commands that are
10   associated with you in Exhibit 92.
11        A  Yes.
12        Q  One of the commands is "PTP priority 1."
13        A  Yes.
14        Q  Do you see that?
15        A  Uh-huh.
16        Q  What is the function that the "PTP
17   priority 1" command performs?
18        A  It configures the priority 1 parameter for
19   the PTP clock.
20        Q  Okay.  And when you say "for the PTP clock,"
21   you mean PTP as defined by the IEEE standard; right?
22        A  Yes.
23        Q  You're not talking about a different PTP
24   that's separate from the IEEE standard; right?
25        A  No.

Page 138

1         Q  Okay.  And the PTP in the command "PTP
2    priority 1" refers to the IEEE standard; correct?
3         MR. PAK:  Objection; vague.
4         THE WITNESS:  It refers to, yeah, PTP.
5         MR. WONG:  Q.  It refers to the IEEE PTP
6    standard that we marked as Exhibit 93; correct?
7         A  Yes.
8         Q  Okay.  And the use of the word PTP in all
9    five of the commands that are associated with you in
10   Exhibit 92, they all come from the IEEE standard
11   marked as Exhibit 93; correct?
12        MR. PAK:  Objection; vague; mischaracterizes
13   the witness' testimony.
14        THE WITNESS:  You mean the PTP --
15        MR. WONG:  Q.  Let me ask the question --
16        A  -- word in the command?
17        Q  Yes.
18        Let me ask a clean question.
19        The use of the word PTP in all five of the
20   commands that are associated with you in Exhibit 92 --
21        A  Right.
22        Q  -- that word came from the PTP IEEE standard
23   that was marked as Exhibit 93; correct?
24        MR. PAK:  Same objections.
25        THE WITNESS:  Yes, it means the same.

Page 139

1         MR. WONG:  Okay.
2         Q  And you -- in describing the function
3    performed by the "PTP priority 1" command, you
4    testified that it configures the priority 1 parameter
5    for the PTP clock; correct?
6         A  Yes.
7         Q  And the priority 1 parameter for the PTP
8    clock, that's the same priority 1 parameter that we
9    discussed in Exhibit 93; correct?
10        A  When you say "parameter," I think they are a
11   little different in the CLI and the spec.
12        Q  How are they different?
13        A  The -- in the spec, it's the attribute of the
14   clock; right?  When I say parameter, I mean the -- in
15   the context of the CLI command is a parameter.
16        Q  Oh, I see.
17        So -- so the word priority 1 in the "PTP
18   priority 1" CLI command is a parameter of the command?
19        A  Yes.
20        Q  That's what you mean by --
21        A  Right.
22        Q  -- parameter?
23        A  Right.
24        Q  Okay.  Now, does the priority 1 parameter in
25   the CLI command "PTP priority 1," does that refer to

Page 140

1    the priority 1 attribute in the IEEE standard marked
2    as Exhibit 93?
3         MR. PAK:  Objection; vague.
4         THE WITNESS:  Yes.  I think I chose it for
5    the intention to mean the priority 1 attribute of the
6    clock.
7         MR. WONG:  Q.  And is your answer the same
8    for the command "PTP priority 2"?
9         Is the priority 2 command parameter -- does
10   that refer to the priority 2 attribute in the IEEE
11   standard marked as Exhibit 93?
12        MR. PAK:  Same objection.
13        THE WITNESS:  It's referring to the same --
14   that attribute, yes.
15        MR. WONG:  Q.  That attribute in the IEEE
16   standard?
17        A  In the IEEE standard, yes.
18        Q  Okay.  And you knew about the priority 1 and
19   priority 2 attributes in the IEEE standard before you
20   started adding the "PTP priority 1" and "PTP
21   priority 2" commands to the iOS software; correct?
22        A  Yes, I read the spec.
23        Q  And you were aware of those two particular
24   attributes before you started adding the "PTP
25   priority 1" and "PTP priority 2" commands to Cisco's

Page 141

1    routing software; right?
2        A  Yes.
3        Q  How long did it take you to come up with the
4    "PTP priority 1" command?
5        A  I don't remember how long it took for me to
6    come up with the list of CLI commands.
7        Q  Okay.  I'm just asking about the -- the one
8    command, "PTP priority 1."
9        A  Right.
10       Q  Did -- did that take you an hour to come up
11   with that command?
12       MR. PAK:  Objection; vague.
13       THE WITNESS:  You mean just to decide on the
14   syntax of the command?
15       MR. WONG:  On the two words in the command.
16   That's right.
17       Q  How long did it take you to decide on the
18   two words, "PTP priority 1," in that command?
19       A  I don't remember.
20       Q  Did it take you more than a day?
21       MR. PAK:  Objection; vague.
22       THE WITNESS:  Maybe not.  I don't recall the
23   details of -- of this level.
24       MR. WONG:  Okay.
25       Q  Do you --

Page 142

1        A  How long, yeah.
2        Q  Are you done with your answer?
3        A  Right.
4           Yes, I'm done with my answer.
5        Q  Okay.  Do you know if it took you just a few
6    minutes?
7        MR. PAK:  Same objections.
8        THE WITNESS:  I don't recall the details of
9    how long it took.
10       MR. WONG:  Okay.
11       Q  So, you don't know whether it took you a few
12   minutes or more than a day to decide upon the
13   two words "PTP priority 1"; is that correct?
14       A  I don't recall the details on that.
15       Q  Okay.  And are -- are there any documents
16   that would refresh your memory of how long it took you
17   to come up with the "PTP priority 1" command?
18       A  I don't see anything in the conversation
19   here.  So the e-mail here was after I came up with the
20   command.
21       Q  Okay.  Were there any other e-mails that you
22   reviewed in preparation for this deposition that
23   refreshed your recollection about the five commands
24   that are associated with you?
25       A  It's the same e-mail that you give me

Page 143

1    today --
2        Q  Okay.
3        A  -- that I saw.
4        Q  So the --
5        A  Yeah.
6        Q  So the same e-mails that were marked as
7    exhibits in today's deposition are the ones that
8    refreshed your memory?
9        A  Right.
10       Q  Okay.  How long did it take you to write
11   the -- strike that.
12          Did you write the implementing source code
13   for the "PTP priority 1" command?
14       A  I did write the source code for implementing
15   this command.
16       Q  How long did it take you to write the source
17   code for the "PTP priority 1" command?
18       A  I don't remember any time frame on this.
19   It's -- it's been a while.
20       Q  Do you know if it took you longer to write
21   the implementing source code for the "PTP priority 1"
22   command than it took you to choose the two words "PTP
23   priority 1"?
24       MR. PAK:  Objection; vague.
25       THE WITNESS:  I would think it took longer to

Page 144

1    implement it.
2        MR. WONG:  Q.  Would your answer be the same
3    for the other four commands that are associated with
4    you in Exhibit 92?
5        A  I know I gave some thought on these commands
6    when I came up with them.  But particular to how long
7    it took for me to do any of these, that's the part I
8    don't remember anymore.
9           But I did remember it's among all of the
10   attributes of -- or things mentioned in the spec, I
11   chose a particular subset of things which I think I
12   should provide a CLI command for user to configure
13   them.
14          So that's the -- that's -- I think it's part
15   of the decision-making, and that could have taken some
16   time.  But how long I took, that's the part I don't
17   remember now.
18       Q  Okay.  And my question was more about your
19   testimony about the "PTP priority 1" command, where
20   you said it took longer to write the implementing code
21   for that command than it did to choose the two words
22   in the command.
23          Do you -- do --
24       A  I --
25       Q  -- do you remember testifying to that effect?

Page 145

1    A  Yes.  I -- I agree --
2    Q  Okay.
3    A  -- that's likely true.
4    Q  So that's likely true for the other four
5  commands as well?
6        MR. PAK:  Objection; vague.
7        THE WITNESS:  That's -- yeah, I can always
8  say that's likely true.
9        MR. WONG:  Okay.
10    Q  And you say "it's likely true" just based
11  upon your experience programming?
12    A  It's -- yeah, it's just based on my
13  experience working with CLI commands.
14    Q  What type of programming is required to
15  implement a command like "PTP priority 1"?
16    A  It's a C programming that we were using.  So
17  for the -- in general, you do the front end of
18  interface, so you come up with the command.  But then
19  you -- then you spend time implementing hooking it up
20  to the back-end code.
21    Q  Excuse me.
22        And when you say "back-end code," is that the
23  same thing as the implementing source code?
24        That's the term that I was using.
25        Is that the same thing, in your

Page 146

1  understanding?
2    A  Yes.
3        There -- so, when the CLI command is
4  received, something needs to happen based on what has
5  been configured as being specified as the parameter.
6  So that's the interface I was referring to, that I
7  hook up to the back-end behavior of the clock.
8    Q  And the back-end behavior for each command
9  that you are associated with in Exhibit 92, did you
10  write that source code?
11    A  I did write the source code.
12    Q  Did you have anyone else's help in writing
13  the source code for those five commands associated
14  with you in Exhibit 92?
15    A  No.  I wrote all of them.
16    Q  The "PTP sync interval" command --
17    A  Yes.
18    Q  Well, actually, just for clarity, what
19  function does the "PTP priority 2" command perform?
20    A  It configures another parameter which helps
21  to determine the -- the clock.
22    Q  And that other parameter you're talking about
23  is the priority 2 attribute that is defined by the
24  IEEE standard marked as Exhibit 93; correct?
25    A  Yes.

Page 147

1    Q  Okay.  What function does the "PTP sync
2  interval" command perform?
3    A  It configures how often the clock syncs with
4  the master.
5    Q  And do you recall earlier we were looking at
6  the IEEE standard marked Exhibit 93 and a term called
7  sync interval in there?
8    A  Right.
9    Q  Is the sync interval, that the "PTP sync
10  interval" command refers to, the same sync interval
11  that we discussed in Exhibit 93?
12        MR. PAK:  Objection; vague.
13        THE WITNESS:  I think that was -- this
14  command was used -- was defined to be used to
15  configure that part of the clock.
16        MR. WONG:  Right.
17    Q  And by "that part of the clock," you mean the
18  sync interval attribute defined by the IEEE PTP
19  standard; right?
20    A  Yes.
21    Q  Now, you chose the term priority 1 because
22  priority 1 is an attribute that's in the IEEE
23  standard; right?
24        MR. PAK:  Objection; vague.
25        THE WITNESS:  You mean when I wrote the

Page 148

1  command?
2        MR. WONG:  Q.  When you --
3    A  When I -- when I chose to use priority 1;
4  right?
5    Q  Yes, that's what I'm asking.
6    A  Yes.  When I chose the word, I meant to
7  configure this attribute for the clock.  That was
8  true.
9    Q  And this attribute for the clock, you're
10  referring to the priority 1 attribute that's defined
11  in the IEEE standard; right?
12    A  Yes.
13    Q  And your answer is the same for the
14  priority 2 attribute defined in the IEEE standard,
15  correct, with respect to the PTP priority 2 command?
16    A  Yes.
17    Q  And you chose the words sync interval because
18  the IEEE standard marked as Exhibit 93 described --
19  strike that.
20        You chose the words sync interval because the
21  IEEE standard marked as Exhibit 93 also used the term
22  sync interval; correct?
23        MR. PAK:  Objection; vague.
24        THE WITNESS:  When you say that, it makes me
25  feel that you -- it's a direct translate from the spec

Page 153

1    Q  You were aware that the terms priority 1,
2  priority 2, sync interval, and PTP were defined in the
3  IEEE specification marked as Exhibit 93 before you
4  added those three commands to Cisco's routing
5  software; correct?
6    A  I'm aware of those terms being defined in the
7  1588 standard.
8    Q  Okay.  Before you added those three commands
9  to the Cisco software; correct?
10    A  Yes.
11    Q  Okay.  Now, "show PTP clock" is another
12  command that you're associated with; correct?
13    A  Yes.
14    Q  What's the function performed by the "show
15  PTP clock" command?
16    A  It shows the state and status of the clock.
17  And I don't recall the entire output from the command,
18  but I think that's probably summarize majority of the
19  output.
20    Q  Okay.  And as we discussed earlier in today's
21  deposition, the PTP IEEE specification defines the
22  term clock; correct?
23    A  It defined the term clock, yes.
24    Q  Okay.  And the clock that is referred to in
25  the command "show PTP clock" is the clock that is

Page 154

1  defined in the PTP standard; correct?
2    MR. PAK:  Objection; vague.
3    THE WITNESS:  Well, the command shows the PTP
4  clock status.
5    MR. WONG:  Q.  And when you refer to "the PTP
6  clock" in that response you just gave, you're
7  referring to the clock that is defined in the PTP
8  standard; correct?
9    A  Yes, it means the clock.
10    Q  Now, the -- the word "show" in that command,
11  were there other commands in iOS that used the word
12  "show" before you added this "show PTP clock" command
13  to the software?
14    A  Yes.
15    Q  Okay.  You were familiar that other commands
16  used the first word of "show" to display information
17  before you added the "show PTP clock" command;
18  correct?
19    A  Yes.
20    Q  Okay.  So you -- you simply followed what
21  other commands were doing when you chose the word
22  "show" in "show PTP clock"; is that right?
23    MR. PAK:  Objection; assumes facts not in
24  evidence; mischaracterizes the witness' testimony.
25    MR. WONG:  Q.  If anything that I'm saying --

Page 155

1    A  "Show" is a --
2    Q  Sorry.
3    A  -- big category of commands.  Like, there is
4  debug.  There is config.  There is show.  So show is
5  one big category of commands.
6    Q  And there was a big -- and that category of
7  commands, the show commands, existed before you added
8  the "show PTP clock" command to the software; correct?
9    A  Yes.
10    Q  And you were just building upon that category
11  of commands when you used the word "show" in "show PTP
12  clock"; correct?
13    MR. PAK:  Objection; mischaracterizes the
14  witness' testimony.
15    THE WITNESS:  Yes, I think that -- that was
16  the intention.
17    MR. WONG:  Q.  And is the same
18  explanation -- does the same explanation apply to
19  "show PTP parent" for the show aspect of that command?
20    A  Yes, for the show aspect of the command, yes.
21    Q  Okay.  What function does the "show PTP
22  parent" command perform?
23    A  It shows the status of the parent clock.
24    Q  When you say "the parent clock," are you
25  referring to the parent clock as defined in the PTP

Page 156

1  standards?
2    A  Yes.
3    Q  And you recall discussing the definition of
4  parent clock in the standards earlier in this
5  deposition; correct?
6    A  Yes.
7    Q  And another shorthand used by the IEEE
8  standard for parent clock is simply parent; correct?
9    MR. PAK:  Objection; vague.
10    THE WITNESS:  Can you refer me to that page.
11    MR. WONG:  Sure, sure, absolutely.
12    Q  I think it's on page 53 of Exhibit 93.  It's
13  in that sentence maybe two-thirds of the way down on
14  page 53 that starts with:
15    "Ordinary and boundary clocks may keep
16  statistics."
17    A  Uh-huh.
18    "Using the following attribute."
19    Okay.
20    Q  So you would agree that, in the IEEE
21  standard, it uses the term parent as shorthand for
22  parent clock?
23    A  Yes.
24    Q  Okay.  Do you know if commands that use the
25  word "show" were used before they were used in Cisco's

Page 213

1    (WHEREUPON, the deposition ended
2    at 3:36 p.m.)
3    ---oOo---
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 215

1    CERTIFICATE OF REPORTER
2    I, ANDREA M. IGNACIO, hereby certify that the
3    witness in the foregoing deposition was by me duly
4    sworn to tell the truth, the whole truth, and nothing
5    but the truth in the within-entitled cause;
6    That said deposition was taken in shorthand
7    by me, a disinterested person, at the time and place
8    therein stated, and that the testimony of the said
9    witness was thereafter reduced to typewriting, by
10    computer, under my direction and supervision;
11    That before completion of the deposition,
12    review of the transcript [x] was [ ] was not
13    requested. If requested, any changes made by the
14    deponent (and provided to the reporter) during the
15    period allowed are appended hereto.
16    I further certify that I am not of counsel or
17    attorney for either or any of the parties to the said
18    deposition, nor in any way interested in the event of
19    this cause, and that I am not related to any of the
20    parties thereto.
21    Dated: 01/29/2016
22
23        <%signature%>
24        ANDREA M. IGNACIO,
25        RPR, CRR, CCRR, CLR, CSR No. 9830

Page 214

1    J U R A T
2
3    I, TONG LIU, do hereby certify under penalty
4    of perjury, that I have read the foregoing
5    transcript of my deposition in the matter of
6    Cisco Systems, Inc., vs. Arista Networks, Inc.,
7    taken on January 15, 2016; that I have made such
8    corrections as appear noted herein in ink,
9    initialed by me; that my testimony as contained
10    herein, as corrected, is true and correct.
11    DATED this ____ day of _____,
12    2015, at _____.
13    _____
14    SIGNATURE OF WITNESS
15
16    NOTARIZATION (If Required)
17    State of _____
18    County of _____
19    Subscribed and sworn to (or affirmed) before me on
20    this _____ day of _____, 20____,
21    by _____, proved to me on the
22    basis of satisfactory evidence to be the person who
23    appeared before me.
24    Signature: _____ (Seal)
25

Page 1

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5     CISCO SYSTEMS, INC.,          )
                                    )
6                  Plaintiff,       )
                                    ) Case No.
7          vs.                      ) 5:14-cv-05344-BLF (PSG)
                                    )
8     ARISTA NETWORKS, INC.,        )
                                    )
9                  Defendant.       )
      _____)

10

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15        VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16              Palo Alto, California

17           Friday, November 20, 2015

18                  Volume I

19

20

21

22    Reported by:

      CARLA SOARES

23    CSR No. 5908

24    Job No. 2187110

25    Pages 1 - 189

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3             SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,    )
                             )
 6         Plaintiff,  )
                       ) Case No.
 7   vs.       ) 5:14-cv-05344-BLF (PSG)
                       )
 8   ARISTA NETWORKS, INC.,  )
                             )
 9         Defendant.  )
     _____)
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17   Volume I, taken on behalf of Defendant, at
18   650 Page Mill Road, Palo Alto, California, beginning
19   at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20   November 20, 2015, before CARLA SOARES, Certified
21   Shorthand Reporter No. 5908.
22
23
24
25
                                        Page 2
```

```
 1   APPEARANCES (Continued):
 2
 3   For the Defendant:
 4       KEKER & VAN NEST LLP
 5       BY:  BRIAN L. FERRALL, Attorney at Law
 6       BY:  RYAN WONG, Attorney at Law
 7       633 Battery Street
 8       San Francisco, California 94111
 9       415.391.5400
10       bferrall@kvn.com
11       rwong@kvn.com
12
13   ALSO PRESENT:  Sean Grant, Video Operator
14                  --oOo--
15
16
17
18
19
20
21
22
23
24
25
                                        Page 4
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff and the Witness:
 4       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5       BY:  JOHN (JAY) NEUKOM, Attorney at Law
 6       50 California Street, 22nd Floor
 7       San Francisco, California 94111
 8       415.875.6341
 9       johnneukom@quinnemanuel.com
10           and
11       KIRKLAND & ELLIS LLP
12       BY:  JOSHUA L. SIMMONS, Attorney at Law
13       601 Lexington Avenue
14       New York, New York 10022
15       212-446-4989
16       joshua.simmons@kirkland.com
17
18
19
20
21
22
23
24
25
                                        Page 3
```

```
 1                    INDEX
 2   WITNESS
 3   KIRK LOUGHEED               EXAMINATION
     Volume I
 4
 5       BY MR. FERRALL          10
 6
 7                  EXHIBITS
 8   NUMBER      DESCRIPTION           PAGE
 9   Exhibit 29   Document headed "Internet     73
10       Protocol,"
11       Bates ARISTANDCA0031553 - 1601
12
13   Exhibit 30   Document headed "DoD Internet   73
14       Host Table Specification"
15
16   Exhibit 31   Document headed "An Ethernet    73
17       Address Resolution Protocol or
18       Converting Network Protocol
19       Addresses to 48.bit Ethernet
20       Address for Transmission on
21       Ethernet Hardware,"
22       Bates ARISTANDCA0003130 - 1639
23
24
25
                                        Page 5
```

Veritext Legal Solutions
866 299-5127

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Labloner from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates  CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

Page 6

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

Page 7

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 18 |

--oOo--

Page 8

Palo Alto, California                08:37:04

Friday, November 20, 2015

9:19 a.m.

P R O C E E D I N G S                08:37:10

THE VIDEO OPERATOR:  Good morning.  We're on the record.  The time is 9:19 a.m., and the date is November 20th, 2015.  This begins the videotaped deposition of Kirk Lougheed.

My name is Sean Grant, here with our court       09:19:25
reporter, Carla Soares.  We're here from Veritext Legal Solutions at the request of counsel for defendant.

This deposition is being held at Wilson Sonsini in Palo Alto, California.  The caption of       09:19:34
this case is Cisco Systems, Inc., versus Arista Networks, Inc., Case No. 5:14-CV-05344-BLF.

Please note that audio- and video-recording will take place unless all parties have agreed to go off the record.  Microphones are       09:19:54
sensitive and may pick up whispers, private conversations, or cellular interference.

At this time, will counsel please identify themselves and state whom they represent.

MR. FERRALL:  Brian Ferrall of Keker &       09:20:06

Page 9

1    right now.                        12:58:39
2         Mr. Lougheed, you have to understand,
3    we've got a lot to cover today, and I need to --
4         A   And I'm also under oath, and I want to
5    make sure my replies to your answers (sic) are    12:58:47
6    correct.
7         Q   Okay.  So I'm asking you -- you can put
8    the document down, frankly.
9         Do you ever recall reviewing an RFC for an
10   address resolution protocol?         12:58:58
11        A   Yes, I do recall reviewing a document --
12   it may have been an RFC -- on address resolution.
13        Q   Do you know who developed address
14   resolution protocols?
15        A   I don't recall.             12:59:20
16        Q   Did you contribute to that field?
17        A   No.
18        Q   All right.  Do you know David Plummer?
19        A   I have heard the name before but I don't
20   know the person.                    12:59:31
21        Q   How many IETF RFCs have you authored in
22   whole or in part?
23        A   Two, maybe three.
24        Q   What were the subject or subjects of those
25   RFCs?                               13:00:07
                                         Page 78

1         A   They were all on the border gateway    13:00:09
2    protocol.
3         Q   Has Cisco ever had any policies about
4    their employees submitting RFCs to the IETF?
5         A   I'm not aware of any specific policies.   13:01:02
6         Q   Did the software that you worked on at
7    Stanford, the routing and terminal server software
8    we talked about, did that include an address
9    resolution protocol?
10        MR. NEUKOM: Objection to form.  Vague.   13:02:09
11   BY MR. FERRALL:
12        Q   I should say an address resolution
13   protocol feature.
14        MR. NEUKOM: Same objection.
15        THE WITNESS: Yes.              13:02:23
16   BY MR. FERRALL:
17        Q   And what were the sources of information
18   for you in order to -- well, strike that.
19        Did you write software for the address
20   resolution protocol feature?         13:02:38
21        A   Yes.
22        Q   And what were the sources of information
23   that you used to prepare that address resolution
24   protocol feature?
25        MR. NEUKOM: Objection to form.  Vague.   13:02:58
                                         Page 79

1    calls for a conclusion.             13:03:06
2         THE WITNESS:  Documents whose name I do
3    not recall.
4    BY MR. FERRALL:
5         Q   Can you describe generally what they were?   13:03:16
6         A   They were documents that described a
7    packet format and described an associated state
8    machine.
9         Q   Is the address resolution protocol
10   referred to simply by the acronym ARP?   13:03:59
11        A   There's a general concept of an address
12   resolution protocol, and then there's one, possibly
13   more, that are -- may be described in various
14   documents from the IETF.
15        Q   When did you first hear -- have you ever   13:04:52
16   heard the address resolution protocol abbreviated as
17   ARP?
18        A   Yes.
19        Q   When did you first hear that abbreviation?
20        A   I don't recall -- I don't recall the     13:05:17
21   precise time.
22        Q   Was it while you were still at Stanford?
23        A   It certainly could have been.
24        Q   Did you develop any features for the
25   address resolution protocol yourself?   13:05:52
                                         Page 80

1         MR NEUKOM: Objection  Vague          13:05:56
2         THE WITNESS:  I do not understand your
3    question  What do you mean, develop features for
4    the address resolution protocol?
5    BY MR  FERRALL:                        13:06:12
6         Q   Fair enough.  Let me ask it a different
7    way.
8         Did you contribute to any IETF RFC
9    relating to the address resolution protocol?
10        MR. NEUKOM: Objection  Asked and        13:06:27
11   answered
12        THE WITNESS: No
13   BY MR. FERRALL:
14        Q   Did you develop features at -- while at
15   Cisco that relate to ARP, if you don't mind me using   13:06:44
16   the acronym?
17        A   I don't understand the question
18        Q   Who is Glenn Truitt?
19        A   He's a -- at my time at Stanford, he was a
20   graduate student                     13:08:37
21        Q   Did you work with him while at Stanford?
22        A   Briefly
23        Q   In what capacity?
24        A   I recollect that he may have written a
25   user guide to the software at the time, but that's   13:09:21
                                         Page 81

                              Pages  78  to  81

**Page 122**

1  MR. FERRALL: Let's mark this as the next    15:26:35
2  exhibit.
3  (Exhibit 38 was marked for identification
4  and is attached hereto.)
5  BY MR. FERRALL:    15:26:37
6  Q  Exhibit 38 is a set of emails between you
7  and Mr. Remaker, among others. It bears control
8  numbers CSI-ANI-00043306.
9  A  Okay. I'd like to read this.
10  Q  First let me ask you the question so you    15:27:19
11  know what to look for.
12  A  I will forget the question by the time I'm
13  done reading this.
14  Q  Well, Mr. Lougheed, that's not the way it
15  works, actually. I ask the question and you answer    15:27:28
16  it.
17  A  Okay.
18  Q  If you can't answer it, then you tell me.
19  My only question is, did you send the
20  email that's at the top of Exhibit 38, the one at    15:27:38
21  12-11-2008 at 10:14 p.m.?
22  MR. NEUKOM: Mischaracterizes the document
23  on its face.
24  And I know that Mr. Ferrall would like you
25  to feel comfortable to read the page-and-a-half    15:27:54

**Page 123**

1  document that he's just put in front of you before    15:27:57
2  answering his question.
3  THE WITNESS: Okay. I'll read it.
4  MR. FERRALL: Actually, no, I would like
5  him to answer the question.    15:28:03
6  Q  Are you telling me you can't tell me
7  whether you sent the email?
8  MR. NEUKOM: It's a totally unfair
9  question. The email that he sent would necessarily
10  include everything that follows.    15:28:10
11  If you want him to tell you whether he
12  remembers this or whether he sent it, let him read
13  the document. Come on, Brian.
14  It's a page and a half. We're not talking
15  about him wasting 30 minutes to read a product    15:28:20
16  manual. It's a page-and-a-half email. The witness
17  has said he wants to read it, and we're going to let
18  him read it.
19  THE WITNESS: Okay. I've read it.
20  BY MR. FERRALL:    15:29:28
21  Q  Okay. Did you send this email that's
22  dated December 11, 2008, at 10:14 p.m.?
23  A  I believe I did.
24  Q  Okay. And in the last paragraph of that
25  email, you write, "The percent sign leading a    15:29:41

**Page 124**

1  message indicates that you are looking at an error    15:29:49
2  message. An ancient operating system called TOPS-20
3  used such a convention and I adopted it."
4  Do you see that?
5  A  Yeah, I do see that.    15:29:59
6  Q  Why did you adopt a TOPS-20 convention?
7  A  Of the possibilities that I had, that
8  seemed -- that seemed a reasonable -- to me, it
9  seemed like a reasonable way of doing things.
10  Q  Did you get permission from Digital    15:30:32
11  Equipment Company to use that convention?
12  MR. NEUKOM: Objection. Calls for a legal
13  conclusion and misstates prior testimony.
14  THE WITNESS: No, I did not seek
15  permission.    15:30:55
16  BY MR. FERRALL:
17  Q  Have you ever heard of the acronym RIP in
18  the context of networking?
19  A  It typically means routing information
20  protocol.    15:31:18
21  Q  You're familiar with that protocol?
22  A  It's been a while, but yes, I'm familiar
23  with it.
24  Q  Did you make up the acronym RIP for
25  routing information protocol?    15:31:32

**Page 125**

1  A  No, I did not make up that acronym.    15:31:37
2  Q  Did you make up the term "routing
3  information protocol"?
4  A  No.
5  Q  Did you submit an RFC for the routing    15:31:51
6  information protocol?
7  A  No.
8  Q  Do you know who did?
9  A  No, I don't know who did.
10  Q  Did you ever ask permission from the    15:32:25
11  person who made up the term "RIP" for permission to
12  use it, to use that term?
13  MR. NEUKOM: Objection. Foundation,
14  vague, and calls for a legal conclusion.
15  THE WITNESS: There was no one whose    15:32:50
16  permission one could ask.
17  BY MR. FERRALL:
18  Q  Well, I'll tell you, a Mr. Charles Hedrick
19  at Rutgers submitted what I believe to be the first
20  RFC on the routing information protocol.    15:33:05
21  Do you know Mr. Hedrick?
22  A  I do.
23  Q  Did you ever ask him for permission to use
24  the term "RIP"?
25  MR. NEUKOM: Objection. Asked and    15:33:13

Pages 122 to 125

1   answered.                              15:33:15
2       THE WITNESS: Mr. Hedrick formally
3   documented an informal standard that was already in
4   use in the industry for a number of years.
5   BY MR. FERRALL:                        15:33:27
6       Q  And what's the significance of that?
7       MR. NEUKOM: Objection. Calls for
8   speculation.
9       THE WITNESS: It wouldn't have occurred to
10  me to ask him for permission.          15:33:47
11  BY MR. FERRALL:
12      Q  I think you testified earlier that you
13  submitted several RFCs for the border gateway
14  protocol, correct?
15      A  Correct.                        15:34:07
16      Q  And your co-author on at least the first
17  such RFC was a Mr. Yakov Rekhter, correct?
18      A  Correct.
19      Q  Was he your co-author on the subsequent
20  submissions, too, do you know?         15:34:31
21      A  Certainly on the second one. I don't
22  recall on the third one. And after that, there were
23  other co-authors.
24      Q  And where does Mr. Rekhter or did
25  Mr. Rekhter work at the time?          15:34:50

Page 126

1       MR. NEUKOM: Objection. Compound, vague.   15:37:00
2       THE WITNESS: -- we did not make any such
3   assertions.
4       MR. NEUKOM: And foundation.
5   BY MR. FERRALL:                        15:37:08
6       Q  Did you ever have an agreement with
7   Mr. Rekhter about the right to use any of his
8   contributions to the BGP work that you guys did?
9       MR. NEUKOM: Vague, compound, calls for a
10  legal conclusion --                    15:37:44
11      THE WITNESS: Could you --
12      MR. NEUKOM: -- and mischaracterizes prior
13  testimony.
14      THE WITNESS: Could you repeat the
15  question, please?                      15:37:59
16  BY MR. FERRALL:
17      Q  Sure. I'll ask a slightly different
18  question.
19      Did you ever ask permission from
20  Mr. Rekhter to use any of his contributions to the   15:38:00
21  BGP project?
22      MR. NEUKOM: Objection. Vague, compound,
23  calls for a legal conclusion.
24      THE WITNESS: We did not seek permission
25  from one another for our individual contributions.   15:38:26

Page 128

1       A  He worked for IBM.             15:34:52
2       Q  What was Mr. Rekhter's contribution to the
3   BGP RFC? The first one?
4       A  We were co-designers.
5       Q  Are you able to describe what he       15:35:28
6   contributed as opposed to what you contributed?
7       A  No. We worked closely together.
8       Q  Do you know whether you ever made any
9   declarations to the IETF concerning copyrights that
10  Cisco claimed in any of the language in the first   15:35:57
11  BGP RFC?
12      MR. NEUKOM: Objection. Vague, compound.
13      THE WITNESS: To the best of my
14  recollection, we made no copyright claims in the
15  first BGP RFC.                         15:36:17
16  BY MR. FERRALL:
17      Q  Did Cisco make any disclosures to the IETF
18  regarding copyright claims in any of the BGP RFCs?
19      MR. NEUKOM: Objection. Compound, vague.
20      THE WITNESS: Not to my knowledge.     15:36:35
21  BY MR. FERRALL:
22      Q  Did you ever make a disclosure to the
23  Internet Architecture Board of any intellectual
24  property rights in BGP, to your knowledge?
25      A  To my knowledge --             15:36:57

Page 127

1   BY MR. FERRALL:                        15:38:30
2       Q  Okay. IBM didn't ask you for permission,
3   either, correct?
4       A  No.
5       Q  One of the CLI terms in this case is the   15:39:20
6   term "IP address."
7       Are you familiar with that?
8       A  I'm familiar with the command expression
9   "IP address."
10      Q  Did you come up with the phrase "IP   15:39:33
11  address"?
12      A  When Cisco came out of Stanford, we were
13  shipping an IP -- an Internet protocol only router.
14  And there was a command "address" that took some
15  arguments.                             15:40:12
16      And after -- after a while, we started
17  adding other protocols to the software. The first
18  one was "DECnet." And since "address" was already
19  taken to refer to IP functionality, Internet
20  protocol functionality, we came up with "DECnet      15:40:44
21  address," and then had a DECnet address after it.
22      That "DECnet address" command could have
23  very well have said "address," and then DECnet
24  addresses look different than IP addresses, and we
25  could have had the software figure out which type of   15:41:11

Page 129

**Veritext Legal Solutions**
**866 299-5127**

Page 130

```
 1   address we were referring to. But we chose "DECnet      15:41:13
 2   address."
 3         It became clear that much more -- that we
 4   were becoming a multi-protocol router. We were
 5   adding other protocols into the box, into the        15:41:27
 6   software.
 7         And I had -- I value -- I value the
 8   aesthetic of having a symmetric-looking command line
 9   expression, symmetric hierarchy. It was clear we
10   were heading towards a hierarchy.                     15:41:52
11         So at some point after DECnet and perhaps
12   a few other protocols to make things look very
13   similar, we started prefacing our IP-only commands
14   with "IP." And that gave a very -- what I thought
15   was a very elegant, symmetric, elegant way of        15:42:16
16   referring to different protocols within a
17   multi-protocol router.
18         So that is the history of the "IP address"
19   command.
20      Q   Okay. My question was simpler. I              15:42:36
21   appreciate that answer. But my question was a
22   little simpler than that, but let me ask it a
23   different way.
24         You had heard of the term "IP address"
25   before you joined Cisco, hadn't you?                 15:42:51
```

Page 131

```
 1         MR. NEUKOM: Objection. Vague and asked        15:42:59
 2   and answered.
 3         THE WITNESS: I suppose I had. When one
 4   is talking about different networking protocols, one
 5   needs to clarify which networking protocol one is    15:43:10
 6   talking about. So it was probably terminology that
 7   was in the air.
 8   BY MR. FERRALL:
 9      Q   Does the same go for "IP host," also? You
10   had heard that before you joined Cisco?              15:43:29
11         MR. NEUKOM: Objection. Misstates prior
12   testimony.
13         THE WITNESS: The original form of the
14   "host" command was just "host command." It was
15   another one that had to distinguish, in a            15:43:41
16   multi-protocol world, in a multi-protocol piece of
17   software, what you were talking about.
18         It would have looked very odd in a
19   multi-protocol router that there was one protocol
20   that wasn't prefaced by a -- some descriptive        15:44:03
21   keyword.
22   BY MR. FERRALL:
23      Q   Following up on that, the purpose of your
24   use of "IP" as the first keyword in that command "IP
25   host" was to distinguish the protocol that it's      15:44:33
```

Page 132

```
 1   referring to?                                        15:44:36
 2      A   That was the aesthetic choice I made.
 3         MR. NEUKOM: Objection. Mischaracterizes
 4   prior testimony.
 5         THE WITNESS: There were many possible        15:44:39
 6   ways of doing it. As I indicated, I could perhaps
 7   take a look at an address and then infer what it
 8   was. But that was not the choice that I made at the
 9   time.
10   BY MR. FERRALL:                                      15:45:07
11      Q   What were the alternative commands that
12   you considered for "IP host"?
13      A   "Name." "Name" was certainly one of the
14   possible candidates. "Network system" or
15   "system" -- there are many, many words that one      15:45:5
16   could use to refer to all sorts of different things.
17      Q   Okay. But now you're talking about
18   alternatives for the word "host," right?
19      A   Um-hum.
20      Q   Okay. You didn't -- you're not the first     15:46:08
21   one to use the word "host," are you?
22      A   No.
23      Q   I mean, "host" had been used for -- well
24   before you joined Cisco to refer to a computer host.
25   It's a conventional term, right?                     15:46:29
```

Page 133

```
 1         MR. NEUKOM: Objection. Vague, compound,       15:46:31
 2   foundation, and calls for opinion testimony.
 3         THE WITNESS: It was one of the
 4   possibilities that I had -- that I had
 5   BY MR. FERRALL:                                      15:46:46
 6      Q   And "host" was the term that was used in
 7   the commands in the software that came from
 8   Stanford; is that right?
 9         MR. NEUKOM: Objection. Mischaracterizes
10   prior testimony                                      15:47:13
11         THE WITNESS: I had implemented the "host"
12   command while I was at Stanford
13   BY MR. FERRALL:
14      Q   Okay. And what did you -- so did you
15   decide to use the word "host" for the command on the 15:47:27
16   software you worked at while you were employed by
17   Stanford?
18         MR. NEUKOM: Objection. Vague
19         THE WITNESS: Could you restate that
20   question?                                            15:47:50
21   BY MR. FERRALL:
22      Q   Sure.
23         For the software that -- strike that.
24         For the gateway TIP software that you
25   worked on while you were employed at Stanford, was   15:48:02
```

Pages 130 to 133

1   interface, and it would -- as a packet that was          16:12:12
2   being sent -- sent out that interface, it could
3   either be permitted or denied going through that
4   interface.
5          Those were the two original uses of the          16:12:29
6   "access list" command expression.
7      Q   Do you believe that you coined the term
8   "access list"?
9      A   It was my choice to use that description.
10     Q   Well, I'm asking you if you coined that          16:12:56
11  term, or had you ever heard that term before in the
12  context of networking?
13         MR. NEUKOM: Objection. Vague, compound,
14  asked and answered.
15         THE WITNESS: I do not believe that I had         16:13:13
16  heard the term before.
17  BY MR. FERRALL:
18     Q   Had you heard the term "IP access group"
19  before?
20     A   Yes.                           16:13:25
21     Q   Who coined that term, to your knowledge,
22  do you know?
23     A   I did.
24     Q   Under what circumstances?  Or for what
25  purpose, I should say?                     16:13:39

                                            Page 142

1      A   I don't remember the exact details, but it     16:13:52
2   is -- either assigns an access list to an interface
3   or -- I think it assigns an interface to a -- an
4   access list to an interface.  I believe it's access
5   class or something like that that assigns it to an   16:14:07
6   interface or to a line number.
7      Q   The term "domain name" is not a term that
8   you made up, is it?
9      A   No, I didn't make -- I -- no, I did not.
10     Q   "Domain name" is a term that goes back to     16:15:38
11  the ARPANET, actually.  Are you aware of that?
12         MR. NEUKOM. Objection. Foundation.
13         THE WITNESS: I would be unsurprised if it
14  went back that far.
15         Are you referring to ARPANET protocols or     16:16:02
16  ARPANET network?
17  BY MR. FERRALL:
18     Q   The ARPANET network.
19     A   I believe the concept was introduced while
20  the ARPANET network was still running.             16:16:15
21     Q   What about the words "domain lookup"?  Did
22  you coin that term "domain lookup"?
23         MR. NEUKOM: Objection. Vague.
24         THE WITNESS: It's a parallel construction
25  to terms like "address lookup" or "host lookup" or   16:16:52

                                            Page 143

1   the like, or "database lookup" or               16:16:59
2   BY MR FERRALL:
3      Q   Did you coin the term "domain lookup"?
4      A   I decided to use that as a command
5   expression within the software, yes               16:17:21
6      Q   I'll ask the question one more time.  I'm
7   asking you if you coined the term "domain lookup."
8         MR. NEUKOM: Objection  Asked and
9   answered and vague
10        THE WITNESS: I did not                  16:17:43
11  BY MR  FERRALL:
12     Q   Do you know who did?
13     A   No idea
14     Q   When was -- to your knowledge, when was
15  the term "routing" ever used in conjunction with the  16:18:41
16  Internet protocol?
17        MR  NEUKOM: Objection  Vague and
18  foundation
19        THE WITNESS: I don't know when the term
20  "routing" was used                         16:19:05
21  BY MR. FERRALL:
22     Q   Were people in the field talking about
23  routing in connection with IP before you joined
24  Cisco?
25        MR NEUKOM: Objection  Vague, compound     16:19:24

                                            Page 144

1         THE WITNESS: Yes                    16:19:27
2   BY MR FERRALL:
3      Q   Tell me what, if anything, was creative
4   about your decision to use the term "IP routing" as
5   a CLI command.                           16:19:51
6         MR. NEUKOM: Objection  Calls for opinion
7   testimony
8         THE WITNESS: At Stanford where we had
9   terminal servers and gateways in the same software,
10  there were times when it was convenient -- just     16:20:26
11  because something had multiple interfaces, it could
12  still perhaps be a terminal server  So I needed a
13  way of turning off, disabling routing functionality
14        And I used the command -- I chose the
15  keyword -- configuration keyword command expression  16:21:07
16  "routing "  Then "no routing" would turn off routing
17  functionality in whatever software was running at
18  the time despite its hardware configuration
19        And then later on at Cisco, to keep the --
20  keep the form of the hierarchy of commands, we added 16:21:35
21  the -- we added our choice of -- we added "IP" in
22  front of it because you could potentially turn off
23  other sorts of routing, or at least that was the --
24  that was the -- that was a possibility for other
25  network protocols                         16:22:02

                                            Page 145

                                  Pages 142 to 145

1  BY MR. FERRALL:                    17:55:19
2    Q  Mr. Lougheed, this is a document that
3  appears to be your work, according to the copyright
4  notice on the front.
5        Do you see that?              17:55:29
6    A  Yes, I see that.
7    Q  Okay.  Do you know when -- do you
8  recognize it?
9    A  Yes, I do.
10   Q  What is it?                    17:55:36
11   A  It's a file called "globs.h."  It is
12  declaring a set of variables that are used in the
13  software.
14   Q  And when did you compose what's
15  Exhibit 42?                        17:56:02
16   A  Is there a question?
17   Q  Yes.  I asked when did you compose
18  Exhibit 42?
19   A  Apparently June of 1985.
20   Q  And you were employed by Stanford at that  17:56:28
21  time, right?
22   A  Correct.
23   Q  We had talked earlier about the ARP,
24  address resolution protocol.
25        Do you remember that?        17:56:57
                                    Page 178

1  interior routing protocols.  And customer networks,  17:59:19
2  especially in the early days when they were attached
3  to the -- they had campus networks running one
4  routing protocol, they'd be attached to the NSFNET
5  backbone as well running a different routing      17:59:39
6  protocol.
7        And since routing protocols would give
8  incommensurate metrics, metrics that could not be
9  compared, I developed a concept of distance that
10  says if one routing protocol says it knows a route  18:00:08
11  to one destination and another routing protocol says
12  it knows a route to that same destination, which --
13  the routing protocol with the smallest
14  administrative distance would be the one that would
15  be entered into the routing table.              18:00:24
16        And so that was the problem, and my
17  solution was the administrative distance mechanism
18  that I described.
19        And when I implemented BGP, that was a
20  natural extension to include for BGP as well to be  18:00:49
21  able to configure an administrative distance to
22  determine the believability of BGP.
23        If no routing protocol -- if only one
24  routing protocol knew the destination, you would
25  believe that.  If there are two or more,        18:01:10
                                    Page 180

1    A  Yes.                          17:56:58
2    Q  Okay.
3    A  I remember you asked questions about that.
4    Q  Are you familiar with there being a
5  provision for time-outs in the ARP protocol?    17:57:15
6        MR. NEUKOM:  Objection.  Vague and
7  compound.
8        THE WITNESS:  There is the -- ARP entries
9  can become stale.  If you unplug the computer or you
10  move the computer somewhere else or you replace the  17:57:43
11  network interface, entries will become stale.
12  Implementing a time-out is a way of making sure the
13  cache isn't stale.
14  BY MR. FERRALL:
15   Q  Are you aware of there being a provision  17:58:10
16  for time-outs in the RFC for ARP?
17        MR. NEUKOM:  Objection.  Vague and
18  compound, asked and answered.
19        THE WITNESS:  I'm not -- I don't remember
20  such language right now.                       17:58:38
21  BY MR. FERRALL:
22   Q  Did you create the term "distance BGP"?
23   A  Yes.
24   Q  How did you come up with that term?
25   A  The Cisco IOS started supporting multiple  17:59:11
                                    Page 179

1  administrative distance was the tie-breaker.    18:01:16
2    Q  Sorry.  I'm going to jump back to ARP.
3        There's a term you use associated with
4  ARP, "ARP cache."  We talked about that earlier in
5  looking at one of the "clear" commands, right?  18:01:52
6        Where did the term "ARP cache" come from?
7    A  The cache is a -- logically a list of
8  items.  An ARP cache would be a list of ARP requests
9  that have been satisfied, including their MAC
10  addresses and how long since the last time we'd seen  18:02:37
11  a -- the router had seen an ARP request go by for
12  that particular source address.
13        That sort of computer science concept of a
14  cache is found all over.
15   Q  One of the commands that is indicated that  18:03:14
16  you authored is the command "boot system."
17        Had you ever heard someone use the words
18  "boot system" together before you joined Cisco?
19        MR. NEUKOM:  Objection.  Vague.
20        THE WITNESS:  I had heard phrases like  18:03:45
21  "boot the system up," "reboot the system," "reload
22  the system," "start the system," "restart the
23  system."
24        (Exhibit 43 was marked for identification
25  and is attached hereto.)                       16:48:10
                                    Page 181

Pages 178 to 181

1    Q  How did you choose the term -- the words    18:13:39
2    "timers basic" for this function?
3        A  I don't remember where "basic" came from.
4    But using the keyword "timers" was my -- was my
5    introduction, was my creation.    18:14:00
6        MR. NEUKOM:  Counsel, I believe we're now
7    beyond seven hours.
8        MR. FERRALL:  Okay.  Well, I -- given
9    Mr. Lougheed's tenure at Cisco, I thank him for his
10   time, but I will say I think we deserve some more    18:14:22
11   time with him.
12       But I understand seven hours is up and
13   you're going to say enough is enough for today I
14   take it; is that right?
15       MR. NEUKOM:  Certainly for today for the    18:14:31
16   sake of the witness.  And we will respectfully
17   disagree with the idea that counsel needs more than
18   seven hours --
19       MR. FERRALL:  Okay.
20       MR. NEUKOM:  -- needs more than today.    18:14:41
21   But we can discuss that for another day.
22       In the meantime, I should note for the
23   record the witness reserves the right to review the
24   transcript and make corrections.
25       Brian, I'm not sure I did that for    18:14:51

                                    Page 186

1    Mr. Tjong.  If you're okay with it, I'd like to just    18:14:53
2    do a stipulation across the case that both sides
3    have the 30-day review and errata right for all
4    transcripts regardless whether counsel puts it on
5    the record at the depo as a two-way street.    18:15:04
6        MR. FERRALL:  That's fine.  I thought it
7    existed as a matter of procedure anyway.  So that's
8    fine.
9        MR. NEUKOM:  I hope you're right, but glad
10   to have the stipulation, even if it's unnecessary.    18:15:17
11       MR. FERRALL:  Okay.
12       MR. NEUKOM:  Thanks very much.
13       THE VIDEO OPERATOR:  This concludes
14   today's videotaped deposition of Mr. Kirk Lougheed.
15   We're off the record at 6:15 p.m.  Thank you.    18:15:25
16       (TIME NOTED:  6:15 p.m.)
17       --o0o--
18
19
20
21
22
23
24
25

                                    Page 187

1        I, KIRK LOUGHEED, do hereby declare under
2    penalty of perjury that I have read the foregoing
3    transcript; that I have made any corrections as
4    appear noted, in ink, initialed by me, or attached
5    hereto; that my testimony as contained herein, as
6    corrected, is true and correct.
7        EXECUTED this _____ day of _____,
8    2015, at _____, _____.
9         (City)          (State)
10
11
12
13
14
15
16
17
18
19       _____
20           KIRK LOUGHEED
21
22
23
24
25

                                    Page 188

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12       Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 11/25/2015
23
24       <%signature%>
25       CARLA SOARES

                                    Page 189

                        Pages 186 to 189

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

    CISCO SYSTEMS, INC.        Case No.: 5:14-cv-05344-BLF(PSG)

5

             Plaintiff,

6

        v.

7

    ARISTA NETWORKS, INC.

8

             Defendants.

9    _____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14         VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

15               Palo Alto, California

16              Monday, April 4, 2016

17                    Volume 2

18

19

20

21    Reported by:

22    LESLIE JOHNSON

23    RPR, CSR No. 11451

24    Job No.: 2285024

25    PAGES 190 - 399

                                        Page 190

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 60 of 122

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      UNITED STATES DISTRICT COURT
 2   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3           SAN JOSE DIVISION
 4
     CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG)
 5
        Plaintiff,
 6
        v
 7
     ARISTA NETWORKS, INC
 8
        Defendants
 9   _____
10
11
12
13
14   * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17     VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2,
18   taken on behalf of Defendant, at 601 California Avenue,
19   Palo Alto, California, beginning at 9:25 a m  and ending
20   at 4:37 p m , on Monday, April 4, 2016, before
21   LESLIE JOHNSON, Certified Shorthand Reporter No  11451
22
23
24
25
                                              Page 191
```

```
 1   APPEARANCES:
 2
 3   FOR PLAINTIFF CISCO SYSTEMS, INC.:
 4     QUINN EMANUEL URQUHART & SULLIVAN LLP
 5     BY: JOHN (JAY) NEUKOM, ESQ.
 6     50 California Street, 22nd Floor
 7     San Francisco, California  94111
 8     (415)875-6600
 9     johnneukom@quinnemanuel.com
10   FOR DEFENDANT ARISTA NETWORKS, INC.:
11     KEKER & VAN NEST LLP
12     BY: RYAN WONG, ESQ.
13     633 Battery Street
14     San Francisco, California  94111
15     (415)391-5400
16     rwong@kvn.com
17   ALSO PRESENT:
18     SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                              Page 192
```

```
 1                I N D E X
 2
 3   WITNESS                    EXAMINATION
 4   KIRK LOUGHEED
     Volume 2
 5
 6    BY MR. WONG              197
 7
 8         EXHIBITS
 9      KIRK LOUGHEED
10   NUMBER      DESCRIPTION         PAGE
11   Exhibit 452  Copy of name plate; 1 page    198
12   Exhibit 453  Black and white copy of photograph;  198
         1 page
13
     Exhibit 454  Patent Agreement; Bates stamped   208
14      KL-00000872 to 891
15   Exhibit 455  A Multiple Protocol Kernel for    228
         Local Area Network Software
16      Development Reference Manual; Bates
         stamped KL-00000001 to 93
17
     Exhibit 456  Document entitled "Chaosnet"; Bates  238
18      stamped KL-00000186 to 250
19   Exhibit 457  Document entitled "Debugging    241
         Information"; Bates stamped
20      KL-00000564-654
21   Exhibit 458  DECnet Digital Network Architecture  244
         (Phase V); Bates stamped
22      KL-00000251 to 380
23   Exhibit 459  E-mail from Stanford Low Overhead   252
         Timesharing; Bates stamped
24      KL-00001699 to 763
25
                                              Page 193
```

```
 1         EXHIBITS (Cont )
 2      KIRK LOUGHEED
 3   NUMBER      DESCRIPTION         PAGE
 4   Exhibit 460  E-mail dated 10-Jan-83 from Barb   260
         at ISL to Computer Committee; Bates
 5      stamped KL-00000868 to 871
 6   Exhibit 461  Stanford Etherip/Gateway User and   263
         Configuration Guide; Bates stamped
 7      CSI-CLI-01315367 to 507
 8   Exhibit 462  Letter dated August 21, 1986 from   281
         Robert L. Street to Len Bosack;
 9      Bates stamped CSI-CLI-01839502
         to 504
10
11   Exhibit 463  E-mail dated 4/3/2006 from Kirk   298
         Lougheed to Vivian Neou; Bates
12      stamped CSI-CLI-01124245
13   Exhibit 464  Cisco's Amended Exhibit F; 44 pages  302
14   Exhibit 465  Software Unit External Functional   310
         Specification; Bates stamped
15      CSI-CLI-00608751 to 752
16   Exhibit 466  ipsupport c -- miscellaneous IP   328
         support code; 20 pages
17   Exhibit 467  Document entitled "Part 3: Media   332
         Access Control (MAC) Bridges";
18      Bates stamped ARISTANDCA00032440
         to 812
19
20   Exhibit 468  Contents of "ip" directory; 1 page  348
21   Exhibit 469  Commandl c -- ASM/AGS commands;   355
         Bates stamped KL-SC-00000001 to 9
22   Exhibit 470  Config c -- parse and act upon    358
         configuration commands; Bates
23      stamped KL-SC-00000010 to 20
24   Exhibit 471  Exec c -- ASM/AGS command level;   365
         Bates stamped KL-SC-00000021 to 32
25
                                              Page 194
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          EXHIBITS (Cont.)
2          KIRK LOUGHEED
3  NUMBER          DESCRIPTION          PAGE
4  Exhibit 472  "cisco.c" source code; 1 page    371
5  Exhibit 473  "stanford.c" source code; 1 page  371
6  Exhibit 474  Source code; Bates stamped    375
        KL-SC-00000033 to 41
7
   Exhibit 475  Source code; Bates stamped    375
8        KL-SC-00000042 to 52
9  Exhibit 476  Cisco Systems ASM/AGS User Manual  383
        and Configuration Guide; Bates
10        stamped CSI-CLI-00358622 to 54
11                * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 195

1      THE VIDEOGRAPHER:  Thank you.  Will the
2  certified court reporter please swear in the
3  witness.
4
5          KIRK LOUGHEED,
6  having been administered an oath, was examined and
7      testified as follows:
8
9      EXAMINATION (RESUMED)
10 BY MR. WONG:
11     Q.  Good morning, Mr. Lougheed.
12     A.  Good morning.
13     Q.  Mr. Lougheed, do you understand that this
14 is a continuation of your personal deposition that
15 was taken back on November 20th, 2015?
16     A.  I do.
17     Q.  And do you understand that you are still
18 testifying under oath as if you were testifying at
19 trial?
20     A.  I do.
21     Q.  And is there any reason why you cannot
22 give full and truthful testimony today?
23     A.  There is no reason.
24     Q.  And are you generally still familiar with
25 the ground rules for a deposition?
                                    Page 197

1      Palo Alto, California, Monday, April 4, 2016
2              9:25 a.m.
3
4      THE VIDEOGRAPHER:  Good morning.  We're on
5  the record.  The time is 9:25 a.m., and the date is
6  April 4th, 2016.  This begins Volume 2 of the
7  videotaped deposition of Mr. Kirk Lougheed.  My name
8  is Sean Grant, here with our court reporter, Leslie
9  Johnson.  We're here from Veritext Legal Solutions
10 at the request of counsel for Defendant.  This
11 deposition is being held at Wilson Sonsini in Palo
12 Alto, California.  The caption of this case is
13 "Cisco Systems Inc. versus Arista Networks Inc.,"
14 Case No. 5:14-cv-05344-BLF.
15     Please note that audio and video recording
16 will take place unless all parties have agreed to go
17 off the record.  Microphones are sensitive and may
18 pick up whispers, private conversations or cellular
19 interference.
20     At this time, will counsel please identify
21 themselves and state whom they represent.
22     MR. WONG:  Ryan Wong from Keker & Van Nest
23 for Defendant Arista Networks.
24     MR. NEUKOM:  John Neukom for the plaintiff
25 and also today for the witness.
                                    Page 196

1      A.  Yes.
2      Q.  Okay.  Well, I'll just repeat some of the
3  more important rules.  If you need to take a break
4  at any time, just let me know.  And all I'd ask is
5  that if there is a question pending, that you answer
6  it before we go on the break.  Okay?
7      A.  (Witness nods head.)
8      MR. WONG:  Why don't we mark this as the
9  first exhibit for today.
10     (Exhibit 452 marked for identification.)
11     MR. WONG:  And we will mark this one as
12 the next exhibit.
13     (Exhibit 453 marked for identification.)
14     MR. NEUKOM:  Ryan, I have two separate
15 pieces of paper.  Are you treating these as two
16 separate exhibits?
17     MR. WONG:  Yes.  I'm going to give them
18 two exhibit numbers and read them into the record in
19 just a second.
20     The court reporter has marked as
21 Exhibit 452 a photocopy -- photo bearing Bates Nos.
22 KL-00002202.  The court reporter has also marked as
23 Exhibit 453, a black and white photo with Bates Nos.
24 KL-00002201.
25 ////
                                    Page 198

3 (Pages 195 - 198)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     A.   A type of computer manufactured by the
2 Digital Equipment Corporation.
3     Q.   And Digital Equipment Corporation is also
4 known as DEC, right?
5     A.   Correct.
6     Q.   And did you work with these DEC VAX
7 super-minicomputers while an employee at Stanford?
8     A.   One of the -- actually, at least two of
9 the systems programmers were the ones that were
10 primarily responsible for making sure that those
11 systems ran properly.
12    Q.   Was Mr. Satz one of those systems
13 programmers that --
14    A.   Yes.
15    Q.   -- worked with the VAX system?
16    A.   Yes.
17    Q.   Is the answer the same for the VAX-11/750
18 super-minicomputers?
19    A.   Yes.
20    Q.   Did those VAX machines have a command-line
21 interface?
22       MR. NEUKOM:  Objection.  Vague.
23 BY MR. WONG:
24    Q.   Did the VAX-11/780 systems have a
25 command-line interface?

Page 223

1       MR. NEUKOM:  Objection.  Vague.
2       THE WITNESS:  Yes.
3 BY MR. WONG:
4     Q.   Were you familiar with how the VAX
5 command-line interface operated?
6     A.   VAX is the name of a piece of hardware
7 that would run an operating system.
8     Q.   Thank you.
9       What is the operating system that the VAX
10 hardware ran?
11    A.   At Stanford there were two possibilities,
12 something called VAX VMS, and there was also
13 Berkeley UNIX.
14    Q.   Is Berkeley UNIX the same as BSD?
15    A.   Yes.
16    Q.   Were you familiar with the VAX VMS
17 command-line interface?
18    A.   No.
19    Q.   Were you familiar with the Berkeley UNIX
20 command-line interface?
21    A.   Yes.
22    Q.   The last bullet point on the page ending
23 in 886 of Exhibit 454, do you see that?  It starts
24 with "Supervised a computer science department."
25    A.   Yes, I see that paragraph.

Page 224

1     Q.   And the first full sentence of that bullet
2 point says, "Supervised a computer science
3 department electronics design engineer in the
4 hardware debugging of a DEC-20 to ethernet
5 interface."
6       The next sentence says, "I also wrote the
7 interface's control microcode, the hardware
8 diagnostics, and the operating system support for
9 the device."
10      Do you see that?
11    A.   I do.
12    Q.   Is that referring to the EtherTIP
13 software?
14    A.   No.
15    Q.   What is that referring to?
16    A.   That's referring to the Massbus-Ethernet
17 Interface Subsystem.
18    Q.   And that's also reflected with the acronym
19 MEIS, correct?
20    A.   Yes.
21    Q.   Did Cisco use any of the software for the
22 MEIS?
23    A.   No.
24    Q.   Can you go to the page ending with Bates
25 No. 888 in Exhibit 454.

Page 225

1     A.   Uh-huh.  Yes.  I'm on that page.
2     Q.   The first bullet point, or I guess the
3 only bullet point on this page starts with "Acted as
4 Stanford contact."
5       Do you see that?
6     A.   Yes, I see that paragraph.
7     Q.   Is it true that you acted as Stanford
8 contact with DEC for field testing of two new
9 releases of the DEC-20 operating system?
10    A.   Let me finish the paragraph so I can
11 establish context.
12    Q.   Sure.  Please take your time.
13    A.   Okay.  I've read the paragraph.  Your
14 question is?
15    Q.   Is it true you that you acted as the
16 Stanford contact with Digital Equipment Corporation
17 for field testing two new releases of the DEC-20
18 operating system?
19    A.   Yes.
20    Q.   Is the DEC 20 operating system the same
21 thing as the TOPS-20 operating system?
22    A.   Yes.
23    Q.   Further down on this same page ending with
24 control numbers 888 on Exhibit 454, there's a
25 section called "Special Skills Knowledge or Training

Page 226

10 (Pages 223 - 226)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

---

1  Required Including Tools or Equipment Used."
2       Do you see that?
3    A.  I see that.
4    Q.  And one sentence underneath that heading
5  says "Familiarity with the hardware and protocols
6  used in local area networks in (ethernet) and
7  long-haul national networks (ARPANET)."
8       Do you see that?
9    A.  I see that sentence.
10   Q.  Did I read that correctly?
11   A.  You did.
12   Q.  What protocols were you familiar with as
13  of May 6th, 1985 that were used in local area
14  networks?
15   A.  There -- ethernet, even in 1985 had many,
16  many protocols.  You could run PUP or Park Universal
17  Packet.  You could run PCPIP.  You could run XNS.
18  You could run -- by that time, pretty much any
19  network protocol would run on an ethernet.
20   Q.  Was address resolution protocol a protocol
21  that was used in local area networks?
22   A.  On ethernets, yes.
23   Q.  You can put that document aside.
24       MR. WONG:  Let's mark this one as
25  Exhibit 455, please.

Page 227

---

1       (Exhibit 455 marked for identification.)
2  BY MR. WONG:
3    Q.  The court reporter has marked as
4  Exhibit 455 a document bearing control numbers KL
5  00000001 to 93.
6       Mr. Lougheed, do you recognize the
7  document marked as Exhibit 455?
8    A.  I recognize what it is.  I don't believe I
9  have read it before.
10   Q.  Okay.  You say you recognize what it is.
11  What is the document marked as Exhibit 455?
12   A.  It appears to be a reference manual for
13  Bill Yaeger's software that he developed under the
14  SUMEX project.
15   Q.  And this was produced from your personal
16  files, correct, Exhibit 455?
17   A.  Yes.
18   Q.  Why did you have the document marked as
19  Exhibit 455 in your personal files?
20   A.  It seemed to me to be of -- whenever I
21  obtained it, it seemed to me to be of at least
22  historical interest.
23   Q.  Would you have obtained the document
24  marked as Exhibit 455 before you left Stanford in
25  July of 1986?

Page 228

---

1       MR. NEUKOM:  Objection.  The question is
2  phrased in the hypothetical.
3       MR. WONG:  Let me rephrase the question so
4  it's not hypothetical.
5  BY MR. WONG:
6    Q.  Did you obtain the document marked as
7  Exhibit 455 before you left Stanford in July of
8  1986?
9    A.  I believe so.
10   Q.  Do you remember if you obtained the
11  document marked as Exhibit 455 directly from
12  Mr. Yaeger?
13   A.  I have no memory of now I actually
14  obtained this document.
15   Q.  Were documents -- strike that.
16       Was the document marked as Exhibit 455
17  available for you to get, besides going directly
18  through Mr. Yaeger?
19       MR. NEUKOM:  Objection.  Vague.
20       THE WITNESS:  I don't have a memory of how
21  I actually obtained it.  I -- these -- such
22  documents were certainly easily obtainable at
23  Stanford University.
24  BY MR. WONG:
25   Q.  When you say such documents like

Page 229

---

1  Exhibit 455 were easily obtainable at Stanford
2  University, how were these documents easily
3  obtainable?
4    A.  It was a community where -- it was a
5  research community where research reports, if you
6  wanted them, you could -- you could ask around for
7  them.
8    Q.  Now, you said you weren't sure if you had
9  read the document marked as Exhibit 455, correct?
10   A.  I have no --
11       MR. NEUKOM:  Objection.  Misstates prior
12  testimony.
13       THE WITNESS:  I have no memory of reading
14  this before.  I may have.  I may not have.  I have
15  no memory.
16  BY MR. WONG:
17   Q.  Were you familiar with the functionality
18  of the SUMEX software that Mr. Yaeger wrote while at
19  Stanford?
20   A.  Yes.
21   Q.  Were you familiar with how the command
22  parser worked in the SUMEX software that Mr. Yaeger
23  wrote?
24   A.  At one point I certainly was.
25   Q.  Were you familiar with how the command

Page 230

---

11 (Pages 227 - 230)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q.  And was Exhibit 456 a document that was in
2  your personal files?
3  A.  Yes, it was.
4  Q.  Okay.  And why did you have this CHAOS net
5  document marked as Exhibit 456 in your personal
6  files?
7  A.  Because in 1987, at the request of some
8  customers, we added CHAOS net to the Cisco router
9  software.  A consultant named Eric Weaver actually
10  did the -- I believe it was Eric Weaver did the
11  actual implementation in the Cisco software.  He was
12  a contractor for us.
13  Q.  Okay.  So your possession of the document
14  marked as Exhibit 456 was in connection with work
15  that Cisco did with respect to CHAOS net?
16  A.  Correct.  I suspect this was the document
17  I handed him to say I want this in the router.
18  Q.  Did you ever read the document marked as
19  Exhibit 456 before you handed it to Mr. Weaver?
20  A.  I may have.
21  Q.  Can you turn to page 17 of Exhibit 456.
22  The control number at the bottom ends in 206.  Let
23  me know when you're there, please.
24  A.  Okay.  I'm on page -- page 17 of the CHAOS
25  net document.

Page 239

1  Q.  Did you come up with the term "flow
2  control"?
3  A.  No.  You're doing a bit of random word
4  matching.
5  Q.  Yes.  Random questioning is definitely my
6  style.
7  You can set that document aside.
8  MR. WONG:  Let's mark this one as the next
9  exhibit, please.
10  (Exhibit 457 marked for identification.)
11  BY MR. WONG:
12  Q.  The court reporter has marked as
13  Exhibit 457 a document bearing control numbers
14  KL-00000564 to 654.
15  And Mr. Lougheed, take your time to look
16  at Exhibit 457.  But my question to you is, do you
17  recognize the document marked as Exhibit 457?
18  A.  There is no title to this document, other
19  than Chapter 1.  It appears to be -- have to do with
20  DEC-20 hardware.  So I don't -- I do not recognize
21  where this document came from.
22  Q.  Okay.  I'll represent to you that this
23  document was produced to us without a cover page.
24  So this is -- this is the document that was produced
25  to us.

Page 241

1  Q.  And the first -- strike that.  At the top
2  of this page ending in control numbers 206 of
3  Exhibit 456, it says "3.8 Flow and Error Control."
4  Do you see that?
5  A.  Yes.
6  Q.  Do you understand what flow control is,
7  Mr. Lougheed?
8  A.  In a general sense.
9  Q.  Can you please explain to me what flow
10  control means in a general sense.
11  A.  How you put packets onto the network and
12  what speed, rate that you -- and under what
13  conditions you put the packets onto the network.
14  That's my general understanding.  I'm not sure --
15  every protocol has its own nuances, so -- and I have
16  not read the rest of this page, so . . .
17  Q.  Understood.
18  When you say every protocol has its own
19  nuances, do you mean that every protocol has its own
20  nuances for flow control?
21  A.  Pretty much.
22  Q.  When was -- strike that.
23  Do you know when the term "flow control"
24  was first used in the networking industry?
25  A.  No.

Page 240

1  Do you have any doubt that this document
2  was in your personal files that you handed over to
3  Cisco's counsel?
4  A.  I don't doubt that.
5  Q.  Do you know when you came into possession
6  of the TOPS-20 document marked as Exhibit 457?
7  A.  Probably while I was working at Stanford,
8  if this indeed came from the contents of the boxes
9  in my garage.
10  Q.  Mr. Lougheed, did you give the documents
11  that were in your garage to your counsel after the
12  first deposition took place?
13  A.  There were -- yes.
14  Q.  Was there anything else besides documents
15  that were stored in your garage that you provided to
16  your counsel after the first deposition of you?
17  Anything besides paper documents that you found in
18  your garage?  Did you provide any other documents to
19  your counsel after your first deposition?
20  A.  Just paper documents.
21  Q.  Did you have -- strike that.
22  While you were working at Stanford and
23  before you left to join Cisco in July of 1986, did
24  you have TOPS-20 user manuals in your possession?
25  MR. NEUKOM:  Objection.  Vague.

Page 242

14 (Pages 239 - 242)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Yes.
2    Q.   Do you know when a spanning tree is?
3    A.   Yes, I do.
4    Q.   What is a spanning tree?
5    A.   A spanning tree is a --
6         MR. NEUKOM: Objection. Calls for
7    opinion.
8         THE WITNESS: It's a graph imposed on the
9    network to ensure that packets that are being
10   bridged do not get into loops as they are being
11   transmitted by bridges.
12   BY MR. WONG:
13   Q.   And is that the function that is served by
14   a spanning tree?
15        MR. NEUKOM: Objection. Calls for opinion
16   testimony, and the question is phrased in the
17   hypothetical or abstract.
18   BY MR. WONG:
19   Q.   Let me ask the question differently,
20   Mr. Lougheed.
21        What is the function served by a spanning
22   tree?
23        MR. NEUKOM: Same objections.
24        THE WITNESS: The spanning tree is
25   essentially a data structure -- in effect is a data

Page 251

1    structure that allows bridges and other things that
2    forward at the MAC layer -- it tells them which
3    ports they should not forward packets on.
4    BY MR. WONG:
5    Q.   When did first hear of the term "spanning
6    tree"?
7    A.   During my -- during Cisco. Probably late
8    '80s.
9    Q.   You can set that document aside.
10        MR. WONG: Let's have that marked as the
11   next exhibit, please.
12        (Exhibit 459 marked for identification.)
13   BY MR. WONG:
14   Q.   The court reporter has marked as
15   Exhibit 459 a document bearing control numbers
16   KL-00001699 to 1763.
17        Mr. Lougheed, please take a moment to look
18   at Exhibit 459 and let me know -- well, and my first
19   question to you will be, do you recognize
20   Exhibit 459?
21   A.   Yes.
22   Q.   And what is Exhibit 459?
23   A.   It's a computer listing of my e-mail while
24   I was working at the Stanford low overhead
25   time-sharing.

Page 252

1    Q.   And the Stanford low overhead
2    time-sharing, is that also -- does that also use the
3    acronym LOTS?
4    A.   Yes.
5    Q.   If you turn to the first page of
6    Exhibit 459, the Bates number ends in 1700. Let me
7    know when you're there.
8    A.   Okay.
9    Q.   There is a -- I guess this is an e-mail at
10   the top of the page ending in Bates Nos. 1700,
11   correct? Is that an e-mail at the top of the page
12   ending in Bates No. 1700?
13   A.   Yeah.
14   Q.   And there's a CC there to b.bombadil? Do
15   you see that?
16   A.   Right.
17   Q.   Is that your e-mail address?
18   A.   That was my -- that was my user ID at the
19   LOTS computer facility.
20   Q.   Okay. So where "b.bombadil" appears in
21   Exhibit 459, that is your user ID, correct?
22   A.   Correct.
23   Q.   What does the "B" stand for the
24   b.bombadil?
25   A.   So in the -- in 1976, when they set up the

Page 253

1    student computing facility, they needed to support
2    several thousand users, and the operating system had
3    a limitation that it could only support some number
4    smaller than the total number of students. So what
5    they did was they created top level directories A
6    through Z, and then the dot indicates that there is
7    a subdirectory or, you know, a subuser of that. So
8    everybody's user ID had the initial letter, dot
9    username.
10   Q.   Understood. I was wondering why it wasn't
11   T. Bombadil. But I'm assuming the Bombidel refers
12   to --
13   A.   The Tolkien character.
14   Q.   Yes.
15        THE REPORTER: To what character?
16        THE WITNESS: Tolkien. As in Lord of the
17   Rings. Or actually, as in the Hobbit. No.
18   Actually, it's Lord of the Rings.
19   BY MR. WONG:
20   Q.   I think it's Lord of the Rings.
21   A.   What can I say? I was an undergraduate.
22   I was stuck with that same username.
23   Q.   I would have chosen Radagast.
24        Are you aware of the e-mail alias at Cisco
25   called Clueless@Cisco.com?

Page 254

17 (Pages 251 - 254)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2    Q. Can access lists be associated with
3 different routing protocols?
4    A. Yes.
5      MR. NEUKOM: Objection. Calls for opinion
6 testimony.
7 BY MR. WONG:
8    Q. Yes, right?
9    A. We have implemented such in the past.
10   Q. What other routing protocols have -- for
11 what -- strike that.
12     For what other routing protocols have you
13 implemented access lists?
14   A. I'll have to think carefully about this.
15 XNS, Banyan VINES, I believe. I'd have to go refer
16 to the Cisco documentation, but I know that we did
17 have access lists for a number of network protocols.
18     MR. WONG: Just for the court reporter's
19 knowledge, did you say Banyan VINES?
20     THE WITNESS: Banyan VINES. B-A-N-Y-A-N,
21 and then VINES, as in --
22     MR. NEUKOM: Red vines.
23     THE WITNESS: As in red vines. Okay.
24 BY MR. WONG:
25   Q. As in a banyan tree?

Page 315

1    A. A banyan tree.
2    Q. So the "IP" word in the "ip access-group"
3 command is meant to indicate that the access groups
4 are for the IP protocol, correct?
5    A. It is an indication that that command
6 applies to the IP -- into the IP hierarchy of the
7 interface command.
8    Q. So if you were implementing access groups
9 for the XNS protocol, it would be "XNS
10 access-group," right?
11   A. Yes.
12   Q. Have you had -- strike that.
13     Did you come up with the term "access
14 group" in 1989?
15   A. That was the command expression I chose.
16   Q. Well, was it the first -- had you heard of
17 the term "access group" at the time that you added
18 this command to the Cisco IOS?
19   A. No, I hadn't. I had previously
20 implemented an "access class" command associated --
21 for associating an access list with a terminal line.
22 And I needed something to associate it with an
23 interface. And I was -- I just needed something
24 different. And that was the best I could come up
25 with that day.

Page 316

1    Q. When you added the "ip access-group"
2 command, did you consider using a different term
3 other than "IP"?
4    A. I do not recall whether we had switched
5 everything to the IP's hierarchy then. I'd have to
6 refer to the documentation to see whether or not we
7 actually had an IP hierarchy or whether we assumed
8 everything was IP.
9    Q. I understand. If there had been an IP
10 hierarchy already implemented at the time you added
11 the "ip access-group" command would you have
12 considered any other term besides "IP" in the "ip
13 access-group" command?
14     MR. NEUKOM: Objection. Calls for
15 speculation, and the question poses a hypothetical.
16     THE WITNESS: I could have perhaps
17 inverted the hierarchy. I'm sorry. The question is
18 again?
19 BY MR. WONG:
20   Q. You testified that you weren't sure
21 whether or not there had been an IP hierarchy
22 implemented at the time you added this "ip
23 access-group" command?
24   A. Right.
25   Q. Assuming you checked and there was already

Page 317

1 an IP hierarchy in existence when you added the "ip
2 access-group" command, would you have changed the
3 first word to be anything other than "IP"?
4    A. Given that I had made the -- made the
5 choice of "IP" as the keyword indicating Internet
6 protocol-related stuff, I would have felt
7 constrained to use that as the leading keyword.
8 Otherwise, it would be a seemingly asymmetric
9 construction in the hierarchy.
10   Q. How long did it take you to come up with
11 the ""ip access-group"" command syntax?
12   A. Not very long. All I needed was some sort
13 of keyword that had "access" in it and something
14 after it to distinguish it between class and list.
15 And as I said earlier, that was the best I could
16 come up with that day. I wasn't necessarily
17 terribly happy about it. It was not a terribly
18 descriptive command, as far as I was concerned.
19   Q. When you say "not very long," are you
20 talking about a matter of minutes?
21   A. Yep.
22   Q. How long -- did you write the source code
23 for the "ip access-group" command?
24   A. For the original, yes.
25   Q. How long did it take you to write the

Page 318

33 (Pages 315 - 318)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 source code for the original "ip access-group"
2 command?
3    A.  So writing it for that command would have
4 been part of writing the entire functionality of
5 putting access lists onto interfaces, I guess on the
6 order of a day.
7    Q.  If you turn to page 20 on Exhibit 464.
8 Let me know when you're there.
9    A.  Okay.  I'm on page 20.
10   Q.  The second to the top command is
11 "mac-address."
12       Do you see that?
13   A.  Uh-huh.
14   Q.  Are you the originator of the
15 "mac-address" command?
16   A.  Yes.
17   Q.  How do you know that you're the originator
18 of the "mac-address" command?
19   A.  I remember the problem that I was solving
20 that I needed that sort of functionality.
21   Q.  What was the problem that you were trying
22 to solve by the "mac-address" command?
23   A.  I needed to send packets on a serial line
24 that actually -- which a serial line does not have
25 MAC addresses, but I needed to somehow get a MAC
Page 319

1       But to your knowledge, MAC is an
2 industry-standard term defined either on OSI or the
3 IEEE?
4       MR. NEUKOM:  Objection.  Vague.  Calls for
5 opinion.
6 BY MR. WONG:
7    Q.  Correct?
8    A.  I believe at least IEEE has used the term
9 "MAC address."
10   Q.  And at the time that you added the
11 "mac-address" command to Cisco IOS, had the IEEE, to
12 your knowledge, already started using the term "MAC
13 address"?
14   A.  Yes.
15   Q.  How long did it take you -- strike that.
16       How long did it take you to come up with
17 the syntax for the "mac-address" command?
18   A.  I don't remember how long.  I suspect it
19 was less than a day.
20   Q.  Why do you say that?
21   A.  I tend to make decisions quickly.
22   Q.  How long did it take you to write the
23 source code for the functionality associated with
24 the "mac-address" command?
25   A.  It was probably the same day.
Page 321

1 address associated with that particular serial line.
2    Q.  Was that related to a client request?
3    A.  Yes.  I don't remember the exact customer
4 or the details to it.
5    Q.  Do you remember if the customer suggested
6 you calling the command "mac-address"?
7    A.  I don't remember if the customer suggested
8 anything in that particular -- in that particular
9 instance.
10   Q.  And is the function of the "mac-address"
11 command to associate a MAC address with a particular
12 serial line?
13   A.  It could be a serial line.  It could be
14 actually any interface.  It would depend what
15 protocols are running across the interface as to
16 what it would do.
17   Q.  And what is -- strike that.
18       The MAC part of the words "mac-address,"
19 that refers to media access control, correct?
20   A.  Yes.
21   Q.  And we talked about that media access
22 control being a layer defined by OSI, correct?
23   A.  I think we were wondering whether it was
24 OSI or IEEE.
25   Q.  Thank you.
Page 320

1    Q.  Did you ever consider a command syntax
2 without the hyphen between "mac" and "address"?
3    A.  Stylistically, I prefer dashes as opposed
4 to cramming the words together.  I like commands
5 that have an English-like flavor to them.  And I
6 detest periods in commands and underscores.  So this
7 was . . .
8    Q.  Did you ever consider two -- let me strike
9 that.
10       Do you know what a token is in the context
11 of a command?
12   A.  Yes.
13   Q.  Did you ever consider a command syntax of
14 "mac address"?
15   A.  I don't recall if I did.
16   Q.  What impact would it have, if any, on the
17 user if -- strike that.
18       Would the CLI behave differently if the
19 command was "mac address," as opposed to
20 "mac-address"?
21       MR. NEUKOM:  Objection.  Hypothetical
22 question.
23       THE WITNESS:  Well, it behaves differently
24 in that instead of one token, there's two tokens.
25 So there would be that.
Page 322

34 (Pages 319 - 322)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 but for different protocols, then it was a very easy
2 generalization.
3     Q.   So a matter of minutes?
4     A.   Once the decision had been made to do
5 that, yes.
6     Q.   What do you think is creative about the
7 command "show ip route"?
8         MR. NEUKOM:  Objection.  Calls for opinion
9 and legal conclusion.
10        THE WITNESS:  So for the "route" command,
11 I originally needed some way of saying -- what I
12 needed was a way of indicating to the software that
13 if I had a packet destined for a particular network,
14 which is the first argument, that I send it to a
15 particular IP address, which is the IP address of a
16 router.  And one of those list of network and router
17 pairs may actually be the default, if I didn't find
18 a network mentioned anywhere and couldn't figure out
19 what to do with it.  Otherwise, send it to this
20 particular router or gateway.  Those are the pieces
21 of information that I needed, and I just -- I chose
22 the name "route."  And "IP route" came along
23 afterwards.
24 BY MR. WONG:
25    Q.   Are you the originator of the "show

Page 331

1 spanning-tree" command?
2     A.   Yes, I am.
3     Q.   What is a spanning tree?
4     A.   My testimony earlier in the day addresses
5 that question.
6     Q.   So thank you.
7         And your explanation of what is a spanning
8 tree earlier in today's deposition would be the same
9 for my question regarding the "show spanning-tree"
10 command; is that correct?
11    A.   Right.
12    Q.   And what functionality does the "show
13 spanning-tree" command perform?
14    A.   It displayed global parameters having to
15 do with the spanning tree and interface-specific
16 parameters having to do with the spanning tree on
17 the box.
18    Q.   And the term "spanning tree," you didn't
19 come up with that, right, Mr. Lougheed?
20    A.   No, I didn't.
21    Q.   The term "spanning tree" is used in
22 ANSI/IEEE standards, correct?
23    A.   Yes.  To my knowledge.
24        (Exhibit 467 marked for identification.)
25 ////

Page 332

1 BY MR. WONG:
2     Q.   The court reporter has marked Exhibit 467,
3 a document bearing control numbers
4 ARISTANDCA00032440 to 32812.
5         And my only question for you,
6 Mr. Lougheed, on this document marked as Exhibit 467
7 is, is this one of the ANSI/IEEE standards that
8 defines a spanning tree?
9         MR. NEUKOM:  Objection.  Vague.  Also
10 calls for opinion testimony.  And to the extent that
11 you can find a way to answer this question insofar
12 as the task is an assessment of a document which is
13 double-sided, still over an inch thick, and appears
14 to have --
15        THE WITNESS:  10-point font.
16        MR. NEUKOM:  And appears to have about 350
17 pages.  And that's right, size 6 font, size 8 font.
18 It's an unreasonable question on its face.
19 BY MR. WONG:
20    Q.   Let me ask it this way, Mr. Lougheed.
21        At the top of page 467, top right, you see
22 it says "1998 edition," right?
23    A.   Yes.
24    Q.   Have you seen IEEE/ANSI standards before?
25    A.   Yes.

Page 333

1     Q.   From the first page of Exhibit 467, do you
2 have any reason to doubt that this is an IEEE
3 standard?
4         MR. NEUKOM:  Objection.  Vague.  Calls for
5 opinion testimony.  And lack of foundation.
6         THE WITNESS:  I'm willing to accept the
7 assertion that it's an IEEE standard.
8 BY MR. WONG:
9     Q.   Had you ever reviewed the ANSI/IEEE
10 standard 802.1D 1998 edition?
11    A.   I have never reviewed the 1998 edition of
12 IEEE 802.1D.
13    Q.   Have you ever reviewed any other editions
14 of 802.1D?
15    A.   A much earlier version.
16    Q.   In that much earlier -- you can set that
17 down, Mr. Lougheed.
18        In that earlier version of 802.1D, do you
19 recall whether the standard used the term "spanning
20 tree"?
21        MR. NEUKOM:  Objection.  Vague.  I'm
22 pretty sure if that document uses the word
23 "standard" the way the document before uses the word
24 "standard," the document presupposes a
25 mischaracterization of the document.

Page 334

37 (Pages 331 - 334)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2    Q.   Please answer.
3    A.   What's your question again?
4    Q.   Sure.  In the earlier version of the
5 802.1D standard that you have reviewed -- strike
6 that.
7        You just testified that you had reviewed
8 an earlier version of the 802.1D standard earlier
9 than the 1998 edition, right?
10    A.   Right.
11    Q.   And do you recall approximately what year
12 that version of the 802.1D standard was?
13    A.   Not the year.  The year I would have
14 reviewed something like that would have been '87 or
15 '88.
16    Q.   And in your review of that version of the
17 802.1D standard that you would have reviewed in 1987
18 or '88, do you recall whether the word "spanning
19 tree" existed in that document?
20    A.   No, I don't recall if that word appeared
21 there.
22    Q.   But when you came up with the "show
23 spanning-tree" command for Cisco IOS, had you heard
24 of the term "spanning tree" before that?
25    A.   Yes, I had.

Page 335

1    Q.   And why did you choose to put a hyphen
2 between the words "spanning" and "tree"?
3    A.   Because I like English phrases and I like
4 separating them with dashes.
5    Q.   Why did you --
6    A.   And I saw -- go ahead.
7    Q.   No, no.  I interrupted you, Mr. Lougheed.
8 Go ahead.
9    A.   And I had no concept or no belief at the
10 time that I would need to turn that into a
11 hierarchy.
12    Q.   And when you say -- refer to a need to
13 turn it into a hierarchy, are you referring to the
14 option of using a space instead of a hyphen in
15 between the word "spanning" and "tree"?
16    A.   Yes.
17    Q.   How long did it take for you to come up
18 with the command "show spanning-tree," the syntax?
19    A.   The syntax?  Once I had the protocol
20 working, wouldn't have been very long.
21    Q.   Matter of minutes?
22    A.   Less than a day.
23    Q.   Do you think the command "show
24 spanning-tree" is creative?
25    A.   I don't understand.

Page 336

1        MR. NEUKOM:  Objection.  Calls for opinion
2 testimony.
3        THE WITNESS:  I don't understand what you
4 mean by the word "creative."
5 BY MR. WONG:
6    Q.   Do you believe that it took any degree of
7 creativity to come up with the command "show
8 spanning-tree"?
9        MR. NEUKOM:  Same objection.  Calls for
10 opinion testimony.  Also calls for a legal
11 conclusion.
12        But notwithstanding my objections, you
13 should still try to answer these questions to the
14 best of your ability.
15        THE WITNESS:  And the question is?
16 BY MR. WONG:
17    Q.   Do you believe that it took any creativity
18 to come up with the command "show spanning-tree"?
19    A.   I do believe that it shows a degree of
20 creativity.
21    Q.   And describe -- go ahead.
22    A.   I mean --
23    Q.   Were you done with your answer?
24    A.   Yes.
25    Q.   And what is creative about the command

Page 337

1 "show spanning-tree"?
2        MR. NEUKOM:  Objection.  Calls for a legal
3 conclusion and calls for opinion testimony.
4        THE WITNESS:  And I just -- I'm not sure
5 what the hell you mean by "creative."
6 BY MR. WONG:
7    Q.   Have you -- do you know what the word
8 "creative" means?
9        What do you understand the word "creative"
10 to mean?  The question is, what do you understand
11 the word "creative" to mean?
12        MR. NEUKOM:  Objection to form.
13        THE WITNESS:  It's the ability to create
14 things.  And I was creating a command expression to
15 monitor a piece of complex software.
16        What do you mean by "creative"?
17 BY MR. WONG:
18    Q.   I'm going to use your definition of
19 creative here, Mr. Lougheed.  Under your definition
20 of "creative," what's creative about the "show
21 spanning-tree" command?
22        MR. NEUKOM:  Objection.  Calls for opinion
23 testimony and calls for a legal conclusion.
24        THE WITNESS:  Writing any piece of
25 software involves some degree of creativity.  It may

Page 338

38 (Pages 335 - 338)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.  And actually, if you look on that same
2 page, page 42 of Exhibit 464, the command right
3 above it is "timers basic (RIP)."
4        Do you see that?
5    A.  Uh-huh.
6    Q.  And you are also the originator of that
7 command, correct?
8    A.  Yes.
9    Q.  And the date of earliest known document
10 for that command is September 14th, 1989.
11        Do you see that?
12    A.  Uh-huh.
13    Q.  Is that -- strike that.
14        Did you work on different "timers"
15 commands at the -- roughly the same time period for
16 Cisco IOS?
17        MR. NEUKOM:  Objection.  Vague and
18 compound.
19 BY MR. WONG:
20    Q.  Let me ask specifically, actually, about
21 these.
22        Did you work on the "timers basic" command
23 and the "timers bgp" command at the same time?
24    A.  I don't know if it was the same time, but
25 it was certainly in the late '80s.

Page 343

1    Q.  Do you have to --
2    A.  It's either "routing-protocol" or
3 "router."  The command form changed in that time
4 frame.  But it's the same -- it's the same concept.
5    Q.  So just so I understand, Mr. Lougheed,
6 before a user at the command-line interface types in
7 "timers bgp" as a command, before that, the user has
8 to type in a routing protocol command?
9    A.  Right.  For example, "router bgp,"
10 "timers" plus the number, and then you would say,
11 you know, "bgp timers" or timers bgp."
12    Q.  Got it.
13        And BGP refers to border gateway protocol,
14 correct?
15    A.  Yes.
16    Q.  And we discussed border gateway protocol
17 during your first deposition.  Remember that?
18    A.  That correct.
19    Q.  And as the 1989, BGP was already in IETF
20 industry standards, correct?
21    A.  No.
22    Q.  At what stage was -- strike that.
23        Today BGP is specified in IETF industry
24 standards, correct?
25    A.  It is described in an RFC that is a

Page 345

1    Q.  Were there already commands in Cisco IOS
2 at the time you added the "timers bgp" command where
3 the first token was the word "timers"?
4    A.  Yes.
5    Q.  What existing commands were present in
6 Cisco IOS that started with the first token of
7 "timers" when you added the "timers bgp" command?
8    A.  They were all -- they were all subcommands
9 of the "routing" protocol command.  Because, you know --
10 that was the only -- the only domain that was -- the
11 "timers" command at that time was for routing --
12 adjusting timers for routing protocols.
13    Q.  And just so I can understand, when you say
14 they were all subcommands of the "routing-protocol"
15 command, what is the "routing-protocol" command?
16    A.  These days, it would be the "router"
17 command.  And the "router" command -- it's a command
18 mode where you say "router," then the name on the
19 routing protocol, like "IGRP" or "RIP" or "BGP."
20 And then you would -- on subsequent lines, you would
21 give command expressions that would tweak stuff that
22 is specific to that particular protocol.
23    Q.  So was the "timers bgp" command a
24 subcommand of the "routing-protocol" command?
25    A.  Yes.

Page 344

1 standard -- what the IETF calls a standard, yes.
2    Q.  So as of the time that the timers BGP
3 proto- -- strike that.
4        At the time that the timers BGP command
5 was added to Cisco IOS, at what stage was the BGP
6 standardization process in the IETF, to your
7 knowledge.
8    A.  Yakov Rekhter and I came up with the very
9 first version of BGP in January of 1989, wrote an
10 RFC describing it.  And there were other
11 implementations that were starting to pop up after
12 we did the first couple of RFCs.  I don't
13 remember -- Yakov Rekhter was the person who handled
14 the standards process within the IETF.
15    Q.  Do you remember the RFC number of the
16 first BGP RFC?
17    A.  I believe it was 1105.
18    Q.  I think you're right.
19        The source code relating to the Cisco fork
20 of the EE-CF software that was provided to counsel
21 in this case, you testified earlier that it had
22 different -- it had copies of source code other than
23 the Cisco fork.  Do you remember that testimony?
24    A.  Could you refresh me as to what the
25 question was you asked and what I answered?

Page 346

40 (Pages 343 - 346)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 Mr. Lougheed.
2       Now, those two sentences that you read
3 from the Stanford Ethertip User Guide marked as
4 Exhibit 36 and the Cisco Systems ASM/AGS User Manual
5 marked as Exhibit 476 are exactly the same, correct?
6     A.   Yes. I wrote both sentences.
7     Q.   And so Cisco copied those two sentences
8 from the Stanford guide marked as Exhibit 36 and put
9 them into the Cisco guide marked as Exhibit 476,
10 correct?
11       MR. NEUKOM:  Objection.  Asked and
12 answered a couple times now.
13       MR. WONG:  I'm asking about those two
14 particular sentences.
15       MR. NEUKOM:  Yeah.  And before you asked a
16 blanket question and you didn't like his answer,
17 which I thought was a pretty darn good one.  So you
18 decided to just keep him in the room --
19       MR. WONG:  Counsel.
20       MR. NEUKOM:  Look, you responded to my
21 objection.  You wanted to engage me.  So I'll
22 explain my objection.  If you don't want me piping
23 up, that's fine.  Just let me make objections for
24 the record.
25       Now you're asking him the exact same

Page 395

1 question after having had the fourth employee of
2 Cisco, Mr. Lougheed, who is now here at almost 5:00
3 reading aloud from documents.  And you asked him the
4 same question again to see if you can get a
5 different answer.  So go for it.  This is starting
6 to feel increasingly not very respectful of this
7 witness's time.
8 BY MR. WONG:
9     Q.   Do you want me to read the question again?
10 I'll read the question again.
11     A.   That would be fine.
12     Q.   Cisco copied those two sentences that you
13 just read aloud into the record for its user manual
14 marked as Exhibit 476 from the Stanford user manual
15 marked as Exhibit 36, correct?
16     A.   I wrote both manuals.
17       MR. WONG:  I have no further questions.
18       THE VIDEOGRAPHER:  This concludes today's
19 videotaped deposition of Mr. Kirk --
20       MR. NEUKOM:  Oh, I'm sorry to interrupt.
21       On behalf of Mr. Lougheed, he reserves the
22 right to review an errata of the transcript.  I
23 don't know, Ryan, if we've been doing this by
24 stipulation for all witnesses, even if it's not put
25 on the record.

Page 396

1       MR. WONG:  I think it's our understanding
2 that all witnesses can have 30 days or something.
3       MR. NEUKOM:  By stipulation.
4       MR. WONG:  Great.
5       THE VIDEOGRAPHER:  This concludes today's
6 videotaped deposition of Mr. Kirk Lougheed.  We're
7 off the record at 4:37 p.m.
8       (TIME NOTED:  4:37 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 397

1       DECLARATION UNDER PENALTY OF PERJURY
2
3    I, KIRK LOUGHEED, the witness herein,
4 declare under penalty of perjury that I have read the
5 foregoing in its entirety; and that the testimony
6 contained therein, as corrected by me, is a true and
7 accurate transcription of my testimony elicited at said
8 time and place.
9
10    Executed this _____ day of _____ 2016, at
11 _____, _____.
12    (City)          (State)
13
14
15
16
17       _____
18           KIRK LOUGHEED
19
20
21
22
23
24
25

Page 398

53 (Pages 395 - 398)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        REPORTER'S CERTIFICATION
 2        I, Leslie Johnson, a Certified Shorthand
 3  Reporter of the State of California, do hereby certify:
 4        That the foregoing proceedings were taken
 5  before me at the time and place herein set forth; that
 6  any witnesses in the foregoing proceedings, prior to
 7  testifying, were administered an oath; that a record of
 8  the proceedings was made by me using machine shorthand
 9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: April 19, 2016
22
23        Leslie Johnson
24        LESLIE JOHNSON
25        CSR No. 11451, RPR, CCRR
                                          Page 399
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

5    CISCO SYSTEMS, INC.,              )

6            Plaintiff,                )

7        vs.                          ) Civil Action No.:

8    ARISTA NETWORKS, INC.,           ) 5:14-cv-05344-BLF(PSG)

9            Defendant.                )

10   _____)

11

12                    CONFIDENTIAL

13

14       VIDEOTAPED DEPOSITION OF DEVADAS PATIL

15              Palo Alto, California

16           Sunday, February 21, 2016

17                    Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2223126

24

25   PAGES 1 - 234

                                        Page 1

CONFIDENTIAL

| | |
|---|---|
| 1    UNITED STATES DISTRICT COURT | 1                    INDEX |
| 2    FOR THE NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3 | 3  WITNESS                    EXAMINATION |
| 4  _____ | 4  DEVADAS PATIL |
| 5  CISCO SYSTEMS, INC ,        ) | 5  VOLUME 1 |
| 6      Plaintiff,      ) | 6    BY MR. RYAN              8, 121 |
| 7      vs            )Civil Action No : | 7    BY MR. CANNON              217 |
| 8  ARISTA NETWORKS, INC ,     )5:14-cv-05344-BLF(PSG) | 8 |
| 9      Defendant       ) | 9 |
| 10  _____) | 10 |
| 11 | 11    INSTRUCTION NOT TO ANSWER |
| 12 | 12        Page   Line |
| 13 | 13        13    2 |
| 14    VIDEOTAPED DEPOSITION OF DEVADAS PATIL, VOLUME 1, | 14 |
| 15  taken on behalf of the Defendant, at Wilson Sonsini | 15 |
| 16  Goodrich & Rosati, 650 Page Mill Road, Palo Alto, | 16 |
| 17  California, beginning at 9:25 a m  and ending at | 17 |
| 18  3:44 p m  on Sunday, February 21, 2016, before | 18 |
| 19  RACHEL FERRIER, Certified Shorthand Reporter No  6948 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |
| Page 2 | Page 4 |

| | |
|---|---|
| 1  APPEARANCES: | 1                EXHIBITS |
| 2 | 2  NUMBER        DESCRIPTION          PAGE |
| 3  For Plaintiff: | 3 |
| 4    KEKER & VAN NEST LLP | 4  Exhibit 310  Subpoena to Testify at a |
| 5    BY: RYAN WONG | 5          Deposition in a Civil |
| 6    Attorney at Law | 5          Action to Devadas Patil      21 |
| 7    633 Battery Street | 6  Exhibit 311  Letter dated 2/19/16 to |
| 8    San Francisco, CA 94111 | 7          Devadas Patil from Sean Park    22 |
| 9    415.773.6682 | 8  Exhibit 312  Resume for Devadas Patil    29 |
| 10    rwong@kvn.com | 9  Exhibit 313  Resume for Devadas Patil |
| 11 | 9          (Bates CSI-CLI-01611242 - |
| 12  For Defendant: | 10          01611243)                49 |
| 13    QUINN EMANUEL URQUHART & SULLIVAN, LLP | 11  Exhibit 314  "Business Development Trends and |
| 14    BY: MATTHEW D. CANNON | 12          Analysis for the Data Networking |
| 15    Attorney at Law | 13          Market" by Devadas Patil    107 |
| 16    50 California Street, 22nd Floor | 13  Exhibit 315  IEEE 802.1AB Standard for |
| 17    San Francisco, CA 94111 | 14          local and metropolitan |
| 18    415.875.6412 | 15          area networks |
| 19    matthewcannon@quinnemanuel.com | 16          (Bates ARISTANDCA00017907 |
| 20 | 16          - 18078)                117 |
| 21 | 17  Exhibit 316  Spreadsheet entitled |
| 22  Videographer: | 18          "Corrected Information |
| 23    SOSEH KEVORKIAN | 19          Regarding Cisco Command |
| 24 | 20          Expression Associated |
| 25 | 20          with Devadas Patil"        121 |
| Page 3 | 21  Exhibit 317  LLDP on Cisco IOS Software |
| | 22          Functional Specification |
| | 23          (Bates CSI-CLI-01507526 |
| | 24          - 01507544)              134 |
| | 25 |
| | Page 5 |

2 (Pages 2 - 5)

CONFIDENTIAL

```
 1                EXHIBITS
 2  NUMBER        DESCRIPTION           PAGE
 3
 4  Exhibit 318  Parser-Police Manifest,
 5        Version 5
             (Bates CSI-CLI-00358164)      165
 6  Exhibit 319  E-mail dated 10/10/07
 7        from Devadas Patil
 8             (Bates CSI-CLI-00836482)    176
 9  Exhibit 320  E-mail chain dated 8/10/06
10        from Devadas Patil
             (Bates CSI-CLI-00817320
11           - 817321)                     180
12  Exhibit 321  E-mail chain dated 8/21/06
13        from Devadas Patil
14             (Bates CSI-CLI-0817660)     183
15  Exhibit 322  Cisco IOS Carrier Ethernet
          Command Reference
16             (Bates CSI-CLI-00291752
17           - 292238)                     191
18  Exhibit 323  E-mail chain dated 1/5/06
19        from Devadas Patil
20             (Bates CSI-CLI-00810826
             - 810828)                     208
21  Exhibit 324  E-mail chain dated 2/1/06
22        from Devadas Patil
23             (Bates CSI-CLI-00811125
24           - 811128)                     212
25
```

Page 6

```
 1     Palo Alto, California; Sunday, February 21, 2016
 2          9:25 a.m.
 3
 4     THE VIDEOGRAPHER: Good morning        09:25AM
 5     THE WITNESS: Morning                  09:25AM
 6     THE VIDEOGRAPHER: We are on the record at   09:25AM
 7  9:25 a.m. on February 21st, 2016         09:25AM
 8     This is the video-recorded deposition of Devadas   09:25AM
 9  Patil                                    09:25AM
10     My name is Soseh Kevorkian, here with our Court   09:25AM
11  Reporter, Rachel Ferrier  We are here on behalf of   09:25AM
12  Defendants at 650 Page Mill Road in Palo Alto   09:25AM
13     The caption of this case is Cisco Systems,   09:25AM
14  Incorporated, versus Arista Networks, Incorporated, Case   09:25AM
15  No 5:14-cv-05344- BLF(PSG)               09:25AM
16     Please note that audio and video recording will   09:25AM
17  take place unless all parties agree to go off the   09:26AM
18  record                                   09:26AM
19     Microphones are sensitive  They pick up   09:26AM
20  whispers, private conversations, and all cellular   09:26AM
21  interference                             09:26AM
22     At this time, would counsel and all present   09:26AM
23  please identify themselves for the record   09:26AM
24     MR WONG: Ryan Wong from Keker & Van Nest for   09:26AM
25  Defendant Arista Networks               09:26AM
```

Page 7

```
 1     MR CANNON: Matthew Cannon from Quinn, Emanuel   09:26AM
 2  on behalf of Plaintiff Cisco and the witness   09:26AM
 3     THE VIDEOGRAPHER: Thank you           09:26AM
 4          DEVADAS PATIL,                   09:26AM
 5  having been administered an oath, was examined and   09:26AM
 6  testified as follows:                    09:26AM
 7          EXAMINATION                      09:26AM
 8  BY MR WONG:                              09:26AM
 9  Q  Good morning                          09:26AM
10  A  Morning                               09:26AM
11  Q  Please state your full name for the record   09:26AM
12  A  Devadas Patil                         09:26AM
13  Q  And, Mr Patil, what is your home address?   09:26AM
14  A  3137 Kittery Avenue in San Ramon, California   09:26AM
15  94583                                    09:26AM
16  Q  And who is your current employer, Mr Patil?   09:26AM
17  A  GE Digital                            09:27AM
18  Q  Do you have a work e-mail address for GE Digital?   09:27AM
19  A  I do                                  09:27AM
20  Q  Could you please state it for the record   09:27AM
21  A  It is devadas patil@ge com             09:27AM
22  Q  Do you have any personal e-mail addresses that   09:27AM
23  you use, Mr Patil?                       09:27AM
24  A  I do                                  09:27AM
25  Q  Could you please state those for the record   09:27AM
```

Page 8

```
 1  A  Dpatil44@hotmail.com.                  09:27AM
 2  Q  Anything else?                        09:27AM
 3  A  That's the only one I do use.          09:27AM
 4  Q  Okay.  And you current -- or, excuse me, strike   09:27AM
 5  that.                                    09:27AM
 6     You previously worked for Cisco; correct?   09:27AM
 7  A  That's correct.                       09:27AM
 8  Q  Did you have an e-mail address when you were   09:27AM
 9  employed at Cisco?                       09:27AM
10  A  Yes.                                  09:27AM
11  Q  And what was that e-mail address while you were   09:27AM
12  employed at Cisco?                       09:27AM
13  A  If I recall from five years ago, it's   09:27AM
14  dpatil@cisco.com, I think.               09:27AM
15  Q  Okay.  Mr. Patil, are you being represented by   09:28AM
16  counsel at this deposition?              09:28AM
17  A  Yes.                                  09:28AM
18  Q  Okay.  And who's representing you at this   09:28AM
19  deposition?                              09:28AM
20  A  Matt Cannon.                          09:28AM
21  Q  Mr. Cannon --                         09:28AM
22  A  Mr. Cannon --                         09:28AM
23  Q  -- to your left?                      09:28AM
24  A  Correct.                              09:28AM
25  Q  Have you ever been deposed before, Mr. Patil?   09:28AM
```

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

---

**Page 70**

1 BY MR. WONG:                                    11:09AM
2    Q  Can you describe for me, just so I can       11:09AM
3 understand, at what -- what are the various stages, in  11:09AM
4 your mind, are a part of the development of the LLDP  11:09AM
5 features at Cisco?                               11:09AM
6    A  Back then, we were following what is probably  11:09AM
7 known as waterfall model, and it was a classic waterfall  11:10AM
8 experience, in a sense, that there was market analysis,  11:10AM
9 slash, requirements gathering.  Then there was     11:10AM
10 architecture, and then there was design, and then there  11:10AM
11 was implementation, and then there was testing, in each  11:10AM
12 of the phases that I mentioned earlier.           11:10AM
13    Q  So the first phase of the three phases you    11:10AM
14 mentioned earlier was the discovery aspect, as you    11:10AM
15 called it, of implementing LLDP; correct?        11:10AM
16    A  Yes.                                       11:10AM
17    Q  So the first stage of implementing Phase 1 --  11:10AM
18 strike that.                                     11:10AM
19       So when I say "Phase 1 of the LLDP project," do  11:10AM
20 you understand that I'm referring to the discovery    11:11AM
21 aspect of that project?                          11:11AM
22    A  I do.                                      11:11AM
23    Q  Now, for Phase 1 of the LLDP project, did the  11:11AM
24 list of stages you just described apply to that phase?  11:11AM
25    A  Yes.                                       11:11AM

Page 70

---

**Page 71**

1    Q  So the market analysis and requirements phase  11:11AM
2 is -- strike that.                               11:11AM
3       So the market analysis and requirement stage is  11:11AM
4 the first stage in the multistage process for Phase 1 of  11:11AM
5 the LLDP project?                               11:11AM
6    A  That's correct                             11:11AM
7    Q  Is there anything that precedes the market    11:11AM
8 analysis portion -- strike that                  11:11AM
9       Is there anything that precedes the market     11:11AM
10 analysis stage as part of this multistage process you  11:11AM
11 described?                                      11:11AM
12    A  No                                        11:11AM
13    Q  So the first thing you did when you were working  11:11AM
14 on Phase 1 of the LLDP project was to perform a market  11:11AM
15 analysis to see what other vendors were doing; is that  11:11AM
16 correct?                                        11:11AM
17       MR CANNON:  Objection; vague, mischaracterizes  11:11AM
18 the witness's prior testimony                    11:12AM
19       THE WITNESS:  No  It -- it -- that's not     11:12AM
20 accurate                                        11:12AM
21 BY MR WONG:                                      11:12AM
22    Q  What is inaccurate about what I just asked you?  11:12AM
23    A  I didn't do it as a requirement  I did it as  11:12AM
24 aside effect in the sense that this whole protocol was  11:12AM
25 very -- was brand new and I needed someone to -- to  11:12AM

Page 71

---

**Page 72**

1 exchange information with and exchange ideas with, and  11:12AM
2 so as part of that, I worked with pro -- product    11:12AM
3 managers, and I did my own research to see who else is  11:12AM
4 active -- actively working on this technology and what  11:12AM
5 platforms they are targeting, what markets they are    11:12AM
6 going after, etc.  And what -- ultimately, what our    11:13AM
7 requirements for Phase 1 are                     11:13AM
8    Q  You mentioned, as some of the vendors that you  11:13AM
9 looked at, the HP ProCurve; is that right?        11:13AM
10    A  That's right                              11:13AM
11    Q  You also mentioned Nortel?                 11:13AM
12    A  Yes                                       11:13AM
13    Q  What equipment of Nortel's did you look at as  11:13AM
14 part of this market analysis stage for Phase 1?    11:13AM
15    A  I looked at their ability to -- I was sort of  11:13AM
16 thinking ahead in that I looked at their platforms that  11:13AM
17 support the endpoints, such as desk -- desk phones, and  11:14AM
18 see how -- see what Nortel does to discover desk phones  11:14AM
19 and service them                                11:14AM
20       I looked at -- so that -- and later on, of    11:14AM
21 course, in Phase 3, I was looking at exactly what Nortel  11:14AM
22 is doing to support locations                    11:14AM
23    Q  So let's just stick with what you did for     11:14AM
24 Phase 1                                         11:14AM
25    A  Yes  Yes                                  11:14AM

Page 72

---

**Page 73**

1    Q  Did you do anything else with respect to Nortel  11:14AM
2 equipment with respect to the market analysis portion of  11:14AM
3 Phase 1?                                         11:14AM
4    A  I read -- I might have read some white papers to  11:14AM
5 see, you know, how -- how endpoint-to-infrastructure    11:14AM
6 discovery happens in a -- in a typical Nortel       11:14AM
7 deployment, but that's about all for Phase 1       11:14AM
8    Q  And why were you looking at that aspect of     11:14AM
9 Nortel's business in connection with Phase 1 of the LLDP  11:15AM
10 project                                         11:15AM
11    A  Primarily to understand the market landscape, to  11:15AM
12 see who -- who is -- who is doing this and how they are  11:15AM
13 doing it now and what -- what they have planned for this  11:15AM
14 new technology coming in in the form of LLDP and how we  11:15AM
15 are going at it, just an understanding of that     11:15AM
16    Q  And you did a similar analysis for the HP      11:15AM
17 ProCurve; is that correct?                       11:15AM
18    A  No                                        11:15AM
19    Q  What did you do for the HP ProCurve -- actually,  11:15AM
20 strike  Let me re-ask -- let me rephrase the question  11:15AM
21       What did you look at as part of the market     11:15AM
22 analysis stage of Phase 1 when you were looking at the  11:15AM
23 HP ProCurve?                                     11:15AM
24    A  My interaction with the HP ProCurve was, of    11:16AM
25 course, to -- to read about their product, what feature  11:16AM

Page 73

---

19 (Pages 70 - 73)

CONFIDENTIAL

1  sets they have on that particular product, and I recall  11:16AM
2  that my interaction with HP ProCurve was more technical  11:16AM
3  in the sense that I actively exchanged LLDP concept --  11:16AM
4  concepts with people representing HP ProCurve in -- in  11:16AM
5  the standards in -- in the -- in the IETF standards  11:16AM
6  Q  What LLDP concepts did you discuss with your  11:16AM
7  contact at HP during the market analysis stage of  11:16AM
8  Phase 1?  11:16AM
9  A  During the market analysis, not -- not -- nothing  11:16AM
10  significant with HP ProCurve, I would say  11:16AM
11  Q  How about just during any stages of Phase 1; what  11:17AM
12  type of LLDP concepts did you discuss with your  11:17AM
13  colleagues at HP ProCurve?  11:17AM
14  A  I recall having discussed some of the topics in  11:17AM
15  the standard that were not immediately clear, and I  11:17AM
16  discussed the language in there to be certain that it  11:17AM
17  means a -- means a certain entity in our implementation  11:17AM
18  and how it maps to their implementation, etc  11:17AM
19  Q  Were these conver- -- strike that  11:17AM
20  Were these communications by phone?  11:17AM
21  A  Mainly through e-mail  11:17AM
22  Q  And were you using your Cisco e-mail account for  11:17AM
23  those communications?  11:17AM
24  A  Yes  11:17AM
25  Q  You don't have any copies of those e-mail  11:18AM

Page 74

1  communications that you might have had with HP ProCurve,  11:18AM
2  do you?  11:18AM
3  A  No  No  11:18AM
4  Q  You mentioned that you were discussing with HP  11:18AM
5  ProCurve topics relating to IETF standards?  11:18AM
6  A  The LLDP standard  11:18AM
7  Q  Is the IETF the standard-setting body for LLDP?  11:18AM
8  A  I've not been in touch with LLDP for a few years  11:18AM
9  now, but my recollection is LLDP originated -- I don't  11:18AM
10  know whether it's LLDP or LLDP-MED -- outside of IETF  11:18AM
11  first, and then two organizations have to -- have to  11:18AM
12  come together to actually ratify the standard, but I  11:18AM
13  know that IETF had a big -- IEEE -- IEEE and IETF had a  11:18AM
14  big role in it  11:19AM
15  Q  Did you discuss any implementation-related issues  11:19AM
16  with the colleagues at HP ProCurve with respect to  11:19AM
17  Phase 1 of the LLDP project?  11:19AM
18  MR  CANNON:  Objection; vague, asked and  11:19AM
19  answered  11:19AM
20  THE WITNESS:  Yes  11:19AM
21  BY MR  WONG:  11:19AM
22  Q  What aspects of the actual implementation of LLDP  11:19AM
23  did you discuss with the HP ProCurve engineers?  11:19AM
24  MR  CANNON:  Objection; vague  11:19AM
25  BY MR  WONG:  11:19AM

Page 75

1  Q  And this is specific to Phase 1 of the LLDP  11:19AM
2  project?  11:19AM
3  MR  CANNON:  Same objection.  11:19AM
4  THE WITNESS:  Yes.  I recall discussing how  11:19AM
5  sub-interfaces are handled.  I recall that for sure.  I  11:19AM
6  also recall several other discussions about some of the  11:19AM
7  fields in the TLV data that we send in LLDP.  11:20AM
8  BY MR  WONG:  11:20AM
9  Q  What is TLV?  11:20AM
10  A  It's an acronym for type, length, and value.  11:20AM
11  Q  Did you come up with that acronym?  11:20AM
12  A  No.  11:20AM
13  Q  Do you know who came up with that acronym?  11:20AM
14  A  It is widely used in the standard.  11:20AM
15  Q  When you say "widely used in the standard," are  11:20AM
16  you referring to the LLDP standard?  11:20AM
17  A  That's correct.  11:20AM
18  Q  Did you also speak with -- strike that.  11:20AM
19  What type of market analysis did you do with  11:20AM
20  respect to Ericsson in Phase 1 of the LLDP project?  11:20AM
21  A  Not much.  I must have -- I was -- I was under  11:20AM
22  time pressure to finish Phase 1 on -- in -- in a timely  11:20AM
23  manner, and, basically, I was looking at other people  11:21AM
24  actively involved in -- in actual development of this  11:21AM
25  product.  And as a side effect of that, I was reading  11:21AM

Page 76

1  white papers as fast as I could to see what other  11:21AM
2  network vendors are involved in this area; discovery  11:21AM
3  area, servicing, endpoint, etc , in general, and I must  11:21AM
4  have done some research on Ericsson as well  11:21AM
5  Q  Okay  So you didn't speak to anybody at Ericsson  11:21AM
6  who was working on LLDP?  11:21AM
7  A  No  11:21AM
8  Q  What about Juniper; what was your -- strike that  11:21AM
9  What type of market analysis did you do for  11:21AM
10  Phase 1 of the LLDP project with respect to Juniper?  11:21AM
11  A  None  11:21AM
12  Q  Okay  Aside from HP ProCurve, Nortel, and  11:21AM
13  Ericsson, were there any other third-party vendors that  11:22AM
14  you investigated as part of the market analysis stage of  11:22AM
15  Phase 1 of the LLDP project?  11:22AM
16  A  Yes  11:22AM
17  Q  What are those other vendors?  11:22AM
18  A  Mitel, Avaya, Polycom  11:22AM
19  Q  Any other vendors?  11:22AM
20  A  Yes, but I can't recall their names at this time  11:22AM
21  Q  You mentioned that you actively communicated with  11:22AM
22  somebody from HP ProCurve; correct?  11:22AM
23  A  Yes  11:22AM
24  Q  Were there any other people that you actively  11:22AM
25  communicated with while working on Phase 1 of the LLDP  11:22AM

Page 77

20 (Pages 74 - 77)

Case 5:14-cv-05344-BLF    Document 612-7    Filed 11/08/16    Page 78 of 122
Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 78 of 122
CONFIDENTIAL

**Page 78**

```
 1 project at Cisco?                    11:22AM
 2      MR. CANNON: Objection; vague.    11:22AM
 3      THE WITNESS: Yes.                11:22AM
 4 BY MR. WONG:                          11:22AM
 5   Q  Who else were you working with when you were  11:22AM
 6 working on Phase 1 of the LLDP project at Cisco?  11:23AM
 7   A  You mean external to Cisco?      11:23AM
 8   Q  External to Cisco, yes.          11:23AM
 9   A  I must have sent some e-mails clarifying some of  11:23AM
10 the language in the standard, and I don't recall the  11:23AM
11 actual people that responded to me from the standards  11:23AM
12 e-mail areas, but I would say a few e-mails with people  11:23AM
13 other than HP ProCurve that were part of the standards  11:23AM
14 body, and, of course, HP ProCurve people were also in  11:23AM
15 the standards body.                   11:23AM
16   Q  And when you are referring to "the standards,"  11:23AM
17 are you referring to the IEEE?        11:23AM
18   A  Yes.                            11:23AM
19   Q  Are you an IEEE member, Mr. Patil?  11:23AM
20   A  I am, but I'm not very active.    11:23AM
21   Q  How long have you been a member of the IEEE?  11:23AM
22   A  I don't know whether my membership has actually  11:24AM
23 expired, but I started very early in the '90s.  11:24AM
24   Q  And were you involved in the standard-setting  11:24AM
25 process for LLDP?                     11:24AM
```

**Page 79**

```
 1   A  No                              11:24AM
 2   Q  Why was it important for you to find other people  11:24AM
 3 to talk to while you were working on Phase 1 of the LLDP  11:24AM
 4 project?                             11:24AM
 5   A  To make the right architectural and design  11:24AM
 6 decisions so that we don't have to tear down a lot of  11:24AM
 7 stuff later, post-implementation, post-testing, and  11:24AM
 8 that's the, I would say, cautious approach for a project  11:24AM
 9 of this size                          11:24AM
10   Q  How does talking with other vendors outside of  11:24AM
11 Cisco help you to make the right architectural and  11:24AM
12 design decisions with respect to Cisco's LLDP  11:25AM
13 implementation?                      11:25AM
14   A  It gives us an understanding of how this can be  11:25AM
15 done in phases  It helps us avoid costly architectural  11:25AM
16 and design mistakes so that we abstract the initial  11:25AM
17 implementation for extensibility, and it also helps us  11:25AM
18 plan for things coming down the pipeline, such as  11:25AM
19 Phase 2 or even Phase 3 when it comes to a map and  11:25AM
20 locations                             11:25AM
21   Q  What do you mean by "extensibility"?  11:25AM
22   A  The ability to support value-added features to  11:25AM
23 target certain markets  An example is something like  11:26AM
24 inline power provisioning on endpoints through LLDP  11:26AM
25 Knowing that it's coming in the roadmap, in the  11:26AM
```

**Page 80**

```
 1 progression of development, and being able to abstract  11:26AM
 2 the current implementation to allow for that is what I  11:26AM
 3 mean by "extensibility "               11:26AM
 4   Q  So when you were discussing the LLDP project --  11:26AM
 5 Phase 1 one of the LLDP project with your colleagues at  11:26AM
 6 HP, did you talk about what you were planning to do for  11:26AM
 7 Cisco's implementation?               11:26AM
 8      MR CANNON: Objection; vague      11:26AM
 9      THE WITNESS: No                  11:26AM
10 BY MR  WONG:                          11:26AM
11   Q  Okay  Did your colleague tell you what HP was  11:26AM
12 planning to do for HP's implementation?  11:26AM
13      MR CANNON: Objection; vague      11:26AM
14      THE WITNESS: No                  11:26AM
15 BY MR  WONG:                          11:27AM
16   Q  Which of those vendors that we just discussed  11:27AM
17 were also in the process of implementing LLDP in their  11:27AM
18 products?                             11:27AM
19   A  I know for sure that HP ProCurve was  I -- I  11:27AM
20 think Nortel was too, but I was not 100 percent sure  11:27AM
21      MR  WONG: Why don't we take a quick break  11:27AM
22      THE WITNESS: Okay                11:27AM
23      THE VIDEOGRAPHER: We are going off the record at  11:27AM
24 11:27 a m                             11:27AM
25      (Recess taken )                  11:27AM
```

**Page 81**

```
 1      THE VIDEOGRAPHER: We are back on the record at  11:33AM
 2 11:33 a m                             11:33AM
 3 BY MR  WONG:                          11:33AM
 4   Q  Before the break, Mr Patil, we were discussing  11:33AM
 5 the various stages that are involved in implementing the  11:33AM
 6 LLDP project at Cisco                 11:34AM
 7   A  Mm-hmm                          11:34AM
 8   Q  We were talking specifically about Phase 1  11:34AM
 9   A  Yes                             11:34AM
10   Q  During what phase -- strike that  11:34AM
11      During what stage of the stages that you  11:34AM
12 described are the syntaxes for the commands created?  11:34AM
13      MR CANNON: Objection; vague      11:34AM
14      THE WITNESS: Both Phase 1 and Phase 2  11:34AM
15 BY MR  WONG:                          11:34AM
16   Q  I'm sorry, my question was: During which of the  11:34AM
17 stages that you listed out for me are the syntaxes for  11:34AM
18 the commands, and specifically the LLDP commands,  11:34AM
19 created?                              11:34AM
20      MR CANNON: Objection; vague      11:34AM
21      THE WITNESS: In the design specification for the  11:34AM
22 phase                                 11:34AM
23 BY MR  WONG:                          11:34AM
24   Q  And just so it's clear to me, the first stage  11:34AM
25 that you described was the market analysis and  11:35AM
```

21 (Pages 78 - 81)

CONFIDENTIAL

| | |
|---|---|
| 1 requirement stage; correct? 11:35AM | 1 Routing Information Base that I talked about earlier -- 11:37AM |
| 2 A Correct. 11:35AM | 2 or mentioned 11:37AM |
| 3 Q And the second stage that you described was an 11:35AM | 3 Q How -- focusing specifically on Phase 1 of the 11:37AM |
| 4 architectural stage; is that right? 11:35AM | 4 LLDP project, how was that a key architectural decision? 11:37AM |
| 5 A That's correct. 11:35AM | 5 MR. CANNON: Objection; vague 11:37AM |
| 6 Q And the third stage is the design stage? 11:35AM | 6 BY MR. WONG: 11:37AM |
| 7 A Yes. 11:35AM | 7 Q I'm using your own words here in your resume, 11:37AM |
| 8 Q So it's the third stage where the command syntax 11:35AM | 8 Mr. Patil 11:38AM |
| 9 for the LLDP commands, talking specifically with respect 11:35AM | 9 How was that -- how was Phase 1 of the LLDP 11:38AM |
| 10 to Phase 1, were created; correct? 11:35AM | 10 project a key architectural decision for Cisco products? 11:38AM |
| 11 A That's correct. 11:35AM | 11 MR. CANNON: Objection; vague, mischaracterizes 11:38AM |
| 12 MR. CANNON: Objection; vague. 11:35AM | 12 testimony 11:38AM |
| 13 BY MR. WONG: 11:35AM | 13 THE WITNESS: From an architectural perspective, 11:38AM |
| 14 Q Was there any discussion with any of the third 11:35AM | 14 it was -- it had to do with how to co-exist with 11:38AM |
| 15 parties that we just discussed about the commands that 11:35AM | 15 existing protocols and features on Cisco platforms 11:38AM |
| 16 would be used for LLDP? 11:35AM | 16 BY MR. WONG: 11:38AM |
| 17 MR. CANNON: Objection; vague. 11:35AM | 17 Q And what did you do with respect to Phase 1 of 11:38AM |
| 18 THE WITNESS: No. 11:35AM | 18 the LLDP project to ensure that it co-existed with 11:38AM |
| 19 BY MR. WONG: 11:35AM | 19 existing protocols and features on Cisco platforms? 11:38AM |
| 20 Q Was there any discussion with any of the third 11:35AM | 20 A From an architectural standpoint, kept the LLDP 11:38AM |
| 21 parties that we just discussed about the interface -- 11:35AM | 21 database insulated and separate and disjoined from other 11:38AM |
| 22 command-line interface in general that would be used for 11:35AM | 22 discovery protocols 11:39AM |
| 23 LLDP? 11:36AM | 23 And from a protocol standpoint, made sure that 11:39AM |
| 24 A No. 11:36AM | 24 there is no relationship or collaboration between 11:39AM |
| 25 Q Looking back at Exhibit 313 under the description 11:36AM | 25 discovery protocols and they just function 11:39AM |
| Page 82 | Page 84 |

| | |
|---|---|
| 1 under "Cisco Systems." 11:36AM | 1 independently 11:39AM |
| 2 A Yeah. 11:36AM | 2 Q Before the break, you testified about 11:39AM |
| 3 Q It says, "... lead design and development of 11:36AM | 3 conversations that you had with someone at HP ProCurve 11:39AM |
| 4 software modules of Cisco IOS." 11:36AM | 4 regarding LLDP 11:39AM |
| 5 Do you see that? 11:36AM | 5 A Yes 11:39AM |
| 6 A Yes. 11:36AM | 6 Q Do you remember that? 11:39AM |
| 7 Q What software modules of Cisco IOS are you 11:36AM | 7 A Yes 11:39AM |
| 8 referring to there? 11:36AM | 8 Q Who was the person or persons that you spoke with 11:39AM |
| 9 A In terms of actual leadership for those modules, 11:36AM | 9 at HP ProCurve regarding Phase 1 of the LLDP project? 11:40AM |
| 10 I led the Phase 1 for LLDP, Phase 2 of LLDP. I also led 11:36AM | 10 A I do not recall their name, but I do remember 11:40AM |
| 11 another project which was completely unrelated. 11:36AM | 11 that he was a highly knowledgeable person at HP ProCurve 11:40AM |
| 12 Q And what was that project about? 11:36AM | 12 who was responsible for product development, as well as 11:40AM |
| 13 A It was a product for developing what is called 11:36AM | 13 represent HP ProCurve at IEEE 11:40AM |
| 14 Multilayer Routing Information Base. 11:37AM | 14 Q And how did you come to know of this person at HP 11:40AM |
| 15 Q Further down in Exhibit 313, in that same 11:37AM | 15 ProCurve? 11:40AM |
| 16 paragraph, it says, "Made key architectural decisions 11:37AM | 16 A I don't recall the actual event that made me 11:40AM |
| 17 for products, resulting in successful deliveries for 11:37AM | 17 aware of this person, but it might have been through 11:40AM |
| 18 several multi-billion dollar market segments." 11:37AM | 18 some keyword search that eventually led to their contact 11:40AM |
| 19 Do you see that? 11:37AM | 19 information 11:40AM |
| 20 A Mm-hmm. 11:37AM | 20 Q When you say "keyword search," what type of 11:40AM |
| 21 Q What are you talking about there? 11:37AM | 21 search are you referring to? 11:41AM |
| 22 A I'm talking primarily about Phase 1 of LLDP and 11:37AM | 22 A A search on LLDP feature set of our -- the 11:41AM |
| 23 Phase 2 of LLDP and even, to some extent, MLRIB. 11:37AM | 23 mechanics of it at a -- at a level deeper than what one 11:41AM |
| 24 Q What was that last acronym you said? 11:37AM | 24 would search for discovery protocols in general  So 11:41AM |
| 25 A "MLRIB," which stood for the Multilayer Layer 11:37AM | 25 something that's technical and involved from an 11:41AM |
| Page 83 | Page 85 |

22 (Pages 82 - 85)

CONFIDENTIAL

| | |
|---|---|
| 1    MR. WONG: Right                12:24PM | 1 activity for LLDP was -- was happening, and it -- I    12:28PM |
| 2    Q  The Arista Networks's EOS was an example of    12:24PM | 2 recall that it was -- it was slow for a period of time    12:28PM |
| 3 innovation in this area; correct?                12:24PM | 3 in between and then it took off again.                12:28PM |
| 4    MR. CANNON: Objection; vague --            12:24PM | 4 BY MR. WONG:                                12:28PM |
| 5    THE WITNESS: Example, yes            12:24PM | 5    Q  And you didn't participate in any of the efforts    12:28PM |
| 6    MR. CANNON: -- mischaracterizes prior testimony,  12:24PM | 6 to standardize LLDP from the '90s to 2004; is that    12:28PM |
| 7 lacks foundation, calls for improper opinion testimony  12:24PM | 7 right?                                        12:28PM |
| 8 BY MR. WONG:                                12:24PM | 8    A  No. No.                                12:28PM |
| 9    Q  And these are -- these are your words here on    12:24PM | 9    Q  And you played no role whatsoever in the creation  12:28PM |
| 10 page 17 of Exhibit 314; correct, Mr. Patil?        12:24PM | 10 of the LLDP standard; correct?                12:28PM |
| 11    A  These are my words, yes                12:24PM | 11    A  No.                                    12:28PM |
| 12    Q  And you believed them to be true when you wrote  12:24PM | 12    Q  And how did you first learn about LLDP?        12:28PM |
| 13 your thesis marked as Exhibit 314; correct?        12:24PM | 13    A  When I was tasked to lead that project at Cisco.  12:28PM |
| 14    MR. CANNON: Objection; calls for improper    12:24PM | 14    Q  Who tasked you to lead that project at Cisco?    12:29PM |
| 15 opinion testimony, lacks foundation            12:24PM | 15    A  My director.                            12:29PM |
| 16    THE WITNESS: These are my words  These are my  12:24PM | 16    Q  Who was your director?                    12:29PM |
| 17 opinions                                    12:25PM | 17    A  Purnam Sheth.                            12:29PM |
| 18    MR. WONG: Yeah                        12:25PM | 18    Q  Can you spell that, please.                12:29PM |
| 19    Q  Can you please provide me with a general    12:25PM | 19    A  S-h-e-t-h is the last name, and first name is    12:29PM |
| 20 description of what "LLDP" is?                12:25PM | 20 P-u-r-n-a-m.                                12:29PM |
| 21    A  Yes  Yes, I can                        12:25PM | 21    Q  And how did you learn about the LLDP standard,    12:29PM |
| 22    Q  What -- what is "LLDP"?                12:25PM | 22 the -- the way it worked?                    12:29PM |
| 23    A  "LLDP" stands for Link Layer Discovery Protocol,  12:25PM | 23    A  I -- upon being tasked with this -- with this    12:29PM |
| 24 and it is a -- at a high-level, it's a standardized way  12:25PM | 24 project, to lead this project, I did some initial    12:29PM |
| 25 for devices to discover each other and know of each    12:25PM | 25 research and it was very aggressive project at that    12:29PM |
| Page 114 | Page 116 |

| | |
|---|---|
| 1 other.                                        12:25PM | 1 point, and so I -- yeah, I researched it actively and    12:29PM |
| 2    Q  When you say it's a "standardized way for devices  12:25PM | 2 wanted to know as much of it as possible as early as    12:29PM |
| 3 to discover each other and know of each other," what do  12:26PM | 3 possible.                                    12:29PM |
| 4 you mean by a "standardized way"?                12:26PM | 4    Q  When were you tasked with the LLDP project?    12:29PM |
| 5    A  "Standardized" in the sense that it's a industry    12:26PM | 5    A  Late 2005.                            12:30PM |
| 6 standardized agreement and -- and ratified agreement on  12:26PM | 6    Q  And what documents, if any, did you review to    12:30PM |
| 7 how a discovery can happen in a standardized way, and    12:26PM | 7 learn about the LLDP standard?                12:30PM |
| 8 it's meant in contrast with how proprietary discovery    12:26PM | 8    A  I recall reviewing the very first version of the  12:30PM |
| 9 mechanisms can happen.                        12:26PM | 9 RFC that they put out that was still not ratified, for  12:30PM |
| 10    Q  When you say it's a "ratified agreement," what do  12:26PM | 10 there was an RFC and that -- that got me into it, yeah.  12:30PM |
| 11 you mean by "ratified"?                        12:26PM | 11    Q  Did you review the IEEE standard that related to  12:30PM |
| 12    A  "Ratified" means something that has been --    12:26PM | 12 LLDP?                                        12:30PM |
| 13 something that has withstood the test of time and has    12:26PM | 13    A  Yes.                                    12:30PM |
| 14 been reviewed by several experts in the industry who --  12:27PM | 14    MR. WONG: Let's mark this as 315, please.        12:30PM |
| 15 who have the ability to see that -- not just from a    12:27PM | 15    (Exhibit 315 was marked for                12:31PM |
| 16 feature perspective but also from a holistic perspective  12:27PM | 16    identification by the Court Reporter.)        12:31PM |
| 17 to see if it was actually viable -- viable to do that,    12:27PM | 17    MR. WONG: The Reporter has marked, as        12:31PM |
| 18 and then they collectively meet and discuss their    12:27PM | 18 Exhibit 315, document bearing control numbers        12:31PM |
| 19 concerns and refine the standard appropriately and then  12:27PM | 19 ARISTANDCA00017907 to 18078.                    12:31PM |
| 20 agree on a version that is -- that can be considered    12:27PM | 20    Q  Mr. Patil, do you recognize the document marked  12:31PM |
| 21 standard.                                    12:27PM | 21 as Exhibit 315?                                12:31PM |
| 22    Q  Do you know when LLDP was standardized?        12:27PM | 22    A  I do.                                    12:31PM |
| 23    MR. CANNON: Objection; vague.                12:27PM | 23    Q  And what is the document marked as Exhibit 315?  12:31PM |
| 24    THE WITNESS: The initial attempt, I think, from    12:27PM | 24    A  This is the 802.1AB, which is the technical name  12:31PM |
| 25 late '90s to early -- to 2004 is when the standards    12:28PM | 25 for LLDP, and it's an IEEE standard that represents the  12:31PM |
| Page 115 | Page 117 |

30 (Pages 114 - 117)

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | initial version of LLDP | 12:31PM |
| 2 | Q   And when was this IEEE standard approved? | 12:31PM |
| 3 | A   I don't recall the exact dates, but sometime in | 12:31PM |
| 4 | 2007, is what I think the initial LLDP standard itself | 12:32PM |
| 5 | got approved | 12:32PM |
| 6 | Q   Okay  If you look at page 2 of 802 1AB -- excuse | 12:32PM |
| 7 | me | 12:32PM |
| 8 | If you look at page 2 of Exhibit 315, there are | 12:32PM |
| 9 | several dates there of -- of approval | 12:32PM |
| 10 | Do you see that? | 12:32PM |
| 11 | A   Page -- | 12:32PM |
| 12 | Q   I'm sorry, it's the second page of the actual | 12:32PM |
| 13 | exhibit, not -- not the numbered page 2 | 12:32PM |
| 14 | A   Yeah, so second page here, copyrights -- I'm | 12:32PM |
| 15 | looking at the physical second page | 12:32PM |
| 16 | Q   Mrn-hmm | 12:32PM |
| 17 | A   Is that what you mean? | 12:32PM |
| 18 | Q   That's correct | 12:32PM |
| 19 | A   This is page 1 and this is page 2 | 12:33PM |
| 20 | Q   That's right | 12:33PM |
| 21 | A   So approved 28 June 2005 and approved March 2005, | 12:33PM |
| 22 | yes | 12:33PM |
| 23 | Q   So does that match your recollection of when the | 12:33PM |
| 24 | LLDP standard was approved? | 12:33PM |
| 25 | A   Approved, but not ratified and finalized | 12:33PM |

Page 118

| | | |
|---|---|---|
| 1 | Q   I see | 12:33PM |
| 2 | What's the difference between the approval of a | 12:33PM |
| 3 | standard and the ratification and finalization of a | 12:33PM |
| 4 | standard? | 12:33PM |
| 5 | MR CANNON: Objection; vague, lacks foundation | 12:33PM |
| 6 | THE WITNESS: I have not been in the standards | 12:33PM |
| 7 | bodies actively myself, and my understanding is the | 12:33PM |
| 8 | various phases of it leading up -- lending to the actual | 12:33PM |
| 9 | ratification whereby experts in that area of interest | 12:33PM |
| 10 | agree on a certain standard | 12:33PM |
| 11 | BY MR WONG: | 12:33PM |
| 12 | Q   And did you review the 802 1AB standard marked as | 12:33PM |
| 13 | Exhibit 315 while you were working on the LLDP | 12:34PM |
| 14 | project -- | 12:34PM |
| 15 | A   That's correct -- | 12:34PM |
| 16 | Q   -- for Cisco? | 12:34PM |
| 17 | A   -- yes | 12:34PM |
| 18 | Q   Did you review the standard, or at least a draft | 12:34PM |
| 19 | of the IEEE LLDP standard, in the course of Phase 1 of | 12:34PM |
| 20 | the LLDP project? | 12:34PM |
| 21 | A   That's correct | 12:34PM |
| 22 | Q   Do you recall reviewing the IEEE LLDP standard | 12:34PM |
| 23 | during the 2005 time period? | 12:34PM |
| 24 | A   Yes | 12:34PM |
| 25 | Q   When you were tasked by your supervisor to | 12:34PM |

Page 119

| | | |
|---|---|---|
| 1 | implement LLDP, was it just you who was involved in that | 12:34PM |
| 2 | effort? | 12:34PM |
| 3 | A   I recall that the first three months were | 12:34PM |
| 4 | extremely aggressive, and I was the only one actually | 12:34PM |
| 5 | taking the lead on it and doing everything -- all the | 12:34PM |
| 6 | stages of it in the -- in the first three -- three | 12:34PM |
| 7 | months so, yes, in the first three months, but no after | 12:35PM |
| 8 | that | 12:35PM |
| 9 | Q   And after the first three months, who else was | 12:35PM |
| 10 | involved in the LLDP project at Cisco? | 12:35PM |
| 11 | A   A lot of the -- there are a lot of testing people | 12:35PM |
| 12 | who were -- who got involved, a lot of people from | 12:35PM |
| 13 | individual business units who wanted to sort of, for | 12:35PM |
| 14 | lack of a better term, acquire this technology for their | 12:35PM |
| 15 | platform  Their engineers wanted to get involved, and | 12:35PM |
| 16 | they there were also people in our own NSSTG that were | 12:35PM |
| 17 | supporting me | 12:35PM |
| 18 | THE VIDEOGRAPHER:  Counsel | 12:35PM |
| 19 | MR WONG:  Yes? | 12:35PM |
| 20 | Why don't we take a break right now | 12:36PM |
| 21 | THE VIDEOGRAPHER:  We are going off the record at | 12:36PM |
| 22 | 12:35 p m  This is the end of Media 2 | 12:36PM |
| 23 | (Lunch recess taken ) | 12:36PM |
| 24 | ---o0o--- | 12:36PM |
| 25 | | |

Page 120

| | | |
|---|---|---|
| 1 | AFTERNOON SESSION | 1:03 P M  12:36PM |
| 2 | | 12:36PM |
| 3 | (Exhibit 316 was marked for | 12:36PM |
| 4 | identification by the Court Reporter ) | 01:03PM |
| 5 | THE VIDEOGRAPHER:  We are on the record at | 01:03PM |
| 6 | 1:01 -- 1:03 p m  This is the beginning of Media 3 in | 01:03PM |
| 7 | the deposition of Devadas Patil | 01:03PM |
| 8 | BY MR WONG: | 01:03PM |
| 9 | Q   Welcome back from the break, Mr Patil | 01:03PM |
| 10 | A   Thank you | 01:03PM |
| 11 | Q   The Court Reporter has marked, during the break, | 01:04PM |
| 12 | as Exhibit 316, a document that's been placed in front | 01:04PM |
| 13 | of you | 01:04PM |
| 14 | Do you see that? | 01:04PM |
| 15 | A   Yes | 01:04PM |
| 16 | Q   And I'll represent to you, Mr Patil, that this | 01:04PM |
| 17 | is a document that was provided to Arista's attorneys by | 01:04PM |
| 18 | Cisco's attorneys, and it lists -- it includes a table | 01:04PM |
| 19 | that has a list of commands on the left-side column | 01:04PM |
| 20 | Do you see that? | 01:04PM |
| 21 | A   Yes | 01:04PM |
| 22 | Q   Please take a moment, Mr Patil, and look at | 01:04PM |
| 23 | Exhibit 316 and, in particular, the commands that are | 01:04PM |
| 24 | listed on the left-hand side of the table  Let me know | 01:04PM |
| 25 | when you are done | 01:04PM |

Page 121

31 (Pages 118 - 121)

CONFIDENTIAL

1    A   Okay.  Yeah, I'm done.                    01:04PM
2    Q   Do you understand that Cisco has identified you    01:04PM
3  as the author or originator of the commands lifted --    01:04PM
4  listed on the left-side column of Exhibit 316?          01:05PM
5    A   Yes.                                       01:05PM
6    Q   Okay.  Now, are these commands listed in    01:05PM
7  Exhibit 316 associated with the LLDP project that we     01:05PM
8  have been talking about this morning?                    01:05PM
9    A   Yes.                                       01:05PM
10   Q   Were these commands added to Cisco IOS as part of  01:05PM
11  Phase 1 of the LLDP project?                           01:05PM
12   A   Yes.  That's correct, yes.                 01:05PM
13   Q   Okay.  You can set that aside for now, Mr. Patil.  01:05PM
14      We were talking before the break about how you     01:05PM
15  became involved in the LLDP project.                    01:05PM
16      Do you remember that?                       01:05PM
17   A   Mm-hmm.                                    01:05PM
18   Q   Were there particular Cisco products that the     01:05PM
19  LLDP implementation was going to apply to?              01:05PM
20   A   Yes.                                       01:05PM
21   Q   Okay.  And I'm asking at the time that you       01:05PM
22  started working on the LLDP project.                    01:05PM
23      Do you understand?                          01:05PM
24   A   Mm-hmm.                                    01:05PM
25   Q   What Cisco products were targeted for the LLDP    01:05PM

Page 122

1  implementation at the start of Phase 1 of the project?   01:06PM
2    A   The initial rollout was for the Catalyst family  01:06PM
3  of enterprise switches, the Catalyst 6500, the          01:06PM
4  Catalyst 3000 series was soon to follow after that and,  01:06PM
5  later on, other platforms, including the SR1K, it opted  01:06PM
6  the standard                                            01:06PM
7    Q   When you say "later on, other platforms," what do  01:06PM
8  you mean by "later on"?                                  01:06PM
9    A   "Later on" as in the 2010-'11 time frame, yeah   01:06PM
10   Q   Okay  So initially in 2005, though, what were    01:06PM
11  the targeted Cisco products for the LLDP implementation?  01:06PM
12   A   The Catalyst switches                       01:06PM
13   Q   And in terms of the operating system that the    01:06PM
14  LLDP implementation would apply to, was it just Cisco   01:07PM
15  IOS?                                                   01:07PM
16   A   Yes                                        01:07PM
17   Q   Okay  You are aware of other operating systems   01:07PM
18  that are used by other Cisco products?                  01:07PM
19   A   I am                                       01:07PM
20   Q   What are the other operating systems that you are  01:07PM
21  aware of that are used by other Cisco products?         01:07PM
22   A   The Cisco XR, Cisco ENA  I think it's been       01:07PM
23  renamed the NX-OS  There's also -- what do they call --  01:07PM
24  the software router, but those are the main ones        01:07PM
25   Q   And those other operating systems that you just   01:07PM

Page 123

1  mentioned, did the LLDP project involve implementing     01:07PM
2  LLDP on those other operating systems?                  01:07PM
3    A   I was not aware of that                     01:07PM
4    Q   Okay  So your personal involvement in Phase 1 of  01:07PM
5  the LLDP project focused only on implementing LLDP for   01:07PM
6  Cisco IOS; correct?                                    01:08PM
7    A   Mm-hmm  Yeah                               01:08PM
8    Q   We mentioned -- strike that                 01:08PM
9       You mentioned the different stages that were part  01:08PM
10  of Phase 1 of the LLDP project                         01:08PM
11      Do you remember that?                       01:08PM
12   A   Yes                                        01:08PM
13   Q   Can you let me know -- strike that           01:08PM
14      Can you list for me again the stages in the order  01:08PM
15  that they are handled?                                 01:08PM
16      MR CANNON:  Objection; asked and answered        01:08PM
17      THE WITNESS:  It's market analysis, slash,       01:08PM
18  requirements as Stage 1  Architecture would be Stage 2  01:08PM
19  Design would be Stage 3, and implementation and testing  01:08PM
20  would be Stages 4 and 5                                01:08PM
21  BY MR WONG:                                             01:08PM
22   Q   Testing is the fifth stage; correct?         01:08PM
23   A   Yes                                        01:08PM
24   Q   And it would go in that order, from Stage 1 to   01:08PM
25  Stage 2 to Stage 3 to Stage 4 to Stage 5; correct?      01:09PM

Page 124

1    A   Technically, yes, but in the interest of time,   01:09PM
2  some of these phases will -- stages will overlap.        01:09PM
3    Q   How long did Phase 1 of the LLDP project take to  01:09PM
4  go from Stage 1 to Stage 5?                             01:09PM
5    A   I would say Stage 1 to Stage 5, roughly six      01:09PM
6  months.                                                01:09PM
7    Q   So it took six months to go from the            01:09PM
8  marketing/requirements stage all the way through the    01:09PM
9  fifth testing stage for -- for Phase 1; correct?        01:09PM
10   A   Yes.                                       01:09PM
11   Q   Which of the five stages consumed the most time  01:09PM
12  out of those six months?                               01:09PM
13   A   Architecture and design.                    01:10PM
14   Q   Oh, Stages 2 and 3?                         01:10PM
15   A   Yes.                                       01:10PM
16   Q   Did either architecture or design take more time  01:10PM
17  than the other?                                        01:10PM
18   A   I would say architecture took -- took more than a  01:10PM
19  couple -- couple months to firm up.                    01:10PM
20   Q   So how many months or weeks -- strike that.     01:10PM
21      How long, approximately, did it take for the     01:10PM
22  design stage of Phase 1 of the LLDP project to be       01:10PM
23  completed?                                            01:10PM
24   A   About three and a half to four weeks.        01:10PM
25   Q   And what is part of the design stage for Phase 1  01:10PM

Page 125

32 (Pages 122 - 125)

CONFIDENTIAL

**Page 130**

1 my reviewers' discussion, a good. I would say -- I mean,  01:16PM
2 if you just add up all the time phases, maybe three man  01:16PM
3 days to four man days  01:16PM
4 BY MR. WONG:  01:16PM
5   Q  And when you say "man days," you mean 9:00 to  01:16PM
6 5:00?  01:16PM
7   A  Yes  01:16PM
8   Q  Now, you testified, before the break, that you  01:16PM
9 had reviewed the IEEE LLDP standard that we marked as  01:17PM
10 Exhibit 315 sometime in 2005  01:17PM
11     Do you remember that testimony?  01:17PM
12   A  Yes  01:17PM
13   Q  During what stage of Phase 1 of the LLDP project  01:17PM
14 did you review the IEEE LLDP standard?  01:17PM
15   A  Mainly in the market analysis and architecture  01:17PM
16 phases  01:17PM
17   Q  So those would be Phases 1 and -- excuse me,  01:17PM
18 those would he Stages 1 and 2?  01:17PM
19   A  Yes  01:17PM
20   Q  And did you review the IEEE LLDP standard from  01:17PM
21 front to back?  01:17PM
22   A  I made a full attempt to do that, yes  I don't  01:17PM
23 know if I reviewed every word of it, but  01:17PM
24   Q  And you made a full attempt to review the  01:17PM
25 complete IEEE LLDP standard before moving on to the  01:17PM

**Page 131**

1 design stage of Phase 1 of the LLDP project; correct?  01:17PM
2     MR CANNON: Objection; vague  01:18PM
3     THE WITNESS:  Yes  I mean, I didn't read the --  01:18PM
4 each cell of the table, but from a general understanding  01:18PM
5 and the main concepts, yes  01:18PM
6 BY MR. WONG:  01:18PM
7   Q  Why was it important to review as much of the  01:18PM
8 IEEE LLDP standard as possible before moving on to the  01:18PM
9 design stage of Phase 1 of the LLDP project?  01:18PM
10     MR CANNON: Objection; vague, assumes facts not  01:18PM
11 in evidence, mischaracterizes testimony  01:18PM
12     THE WITNESS:  Because we wanted to do a very  01:18PM
13 solid job of the architecture, and, fundamentally, we  01:18PM
14 were, from an architecture standpoint, trying to  01:18PM
15 understand how they should co-exist with CDP  01:18PM
16 BY MR. WONG:  01:18PM
17   Q  And what is "CDP"?  01:18PM
18   A  Oh, Cisco Discovery Protocol  01:18PM
19   Q  And was Cisco Discovery Protocol an  01:18PM
20 industry-standardized protocol?  01:19PM
21   A  No  01:19PM
22   Q  What was it, then?  01:19PM
23   A  Cisco proprietary discovery protocol  01:19PM
24   Q  What's the difference between a  01:19PM
25 industry-standardized protocol like LLDP and a  01:19PM

**Page 132**

1 proprietary protocol like CDP?  01:19PM
2     MR. CANNON: Objection; vague, lacks foundation,  01:19PM
3 and calls for improper opinion testimony.  01:19PM
4     MR. WONG:  Let me -- let me take a step back  01:19PM
5 here.  01:19PM
6   Q  You are -- you are familiar with CDP; correct?  01:19PM
7   A  Yes.  01:19PM
8   Q  And you -- you were familiar with CDP from your  01:19PM
9 time working at Cisco; correct?  01:19PM
10   A  Yes. Yes.  01:19PM
11   Q  What type of experience did you have working with  01:19PM
12 CDP from your employment at Cisco?  01:19PM
13   A  I -- before getting into this project, I didn't  01:19PM
14 have a lot of opportunity or need to work with CDP.  I  01:19PM
15 know that it existed, and after I got tasked with this,  01:19PM
16 I -- I -- I looked at it and got deeper knowledge of it  01:19PM
17 and understood that it is a proprietary protocol and we  01:19PM
18 are standardizing it in LLDP and -- yeah.  01:20PM
19   Q  And so during what stage of the five stages that  01:20PM
20 we have been talking about for Phase 1 of the LLDP  01:20PM
21 project did you look at Cisco's implementation of CDP?  01:20PM
22   A  The first three.  01:20PM
23   Q  And what did you -- what did you review to get up  01:20PM
24 to speed on Cisco's implementation of CDP?  01:20PM
25   A  I -- I looked at the code.  I looked at the  01:20PM

**Page 133**

1 specifications, and I probably discussed with the  01:20PM
2 original developer for it, and that's about what I must  01:20PM
3 have done, yeah.  01:20PM
4   Q  Is LLDP based at all on CDP, to your knowledge?  01:20PM
5     MR. CANNON:  Objection; vague, lacks foundation,  01:20PM
6 calls for improper opinion testimony.  01:21PM
7     THE WITNESS:  It's very similar, and I -- it's  01:21PM
8 certainly heavily influenced by CDP, but I -- I -- I  01:21PM
9 would be wrong to say that it is based on CDP.  01:21PM
10 BY MR. WONG:  01:21PM
11   Q  What are the similarities between CDP and LLDP,  01:21PM
12 to your knowledge?  01:21PM
13     MR. CANNON: Objection; vague, lacks foundation,  01:21PM
14 and calls for improper opinion testimony.  01:21PM
15     THE WITNESS:  The mechanics of it, meaning we  01:21PM
16 send it -- there is a frequency of keep-alive messages.  01:21PM
17 There is a frequency of initial discovery as opposed to  01:21PM
18 a push button, one point say -- message saying, hey, I'm  01:21PM
19 alive, and until I send another message that I'm not  01:21PM
20 alive, don't even bother.  01:21PM
21     There are various paradigms of how this can be  01:21PM
22 done, right?  So in that respect, it's -- it's similar,  01:21PM
23 and that's how it influences the -- the standard  01:22PM
24 protocol in LLDP.  01:22PM
25 BY MR. WONG:  01:22PM

34 (Pages 130 - 133)

CONFIDENTIAL

| | |
|---|---|
| 1  Q  Did you come up with the term "neighbors" in the  01:32PM<br>2  sense of discovery?                                        01:32PM<br>3  A  No.                                                       01:32PM<br>4  Q  Where did the term "neighbors" come from as used  01:32PM<br>5  in the sense of discovery?                                  01:32PM<br>6      MR. CANNON: Objection; lacks foundation.        01:32PM<br>7  BY MR. WONG:                                               01:32PM<br>8  Q  If you know.                                          01:32PM<br>9  A  More from intuition, more from just being able to  01:32PM<br>10  communicate it correctly.                                 01:32PM<br>11  Q  Communicate it correctly to who -- strike that.  01:32PM<br>12      Communicate it directly to who?                   01:32PM<br>13  A  The reviewers, the -- the reviewers and people  01:32PM<br>14  who will give me suggestions on where -- what -- what to  01:32PM<br>15  change or how to improve it.                              01:33PM<br>16  Q  Why is it that a non-Cisco device cannot interact  01:33PM<br>17  with a Cisco device in the process of discovering each  01:33PM<br>18  other as neighbors, as you say here on page 3 of  01:33PM<br>19  Exhibit 317?                                              01:33PM<br>20      MR. CANNON: Objection; vague, incomplete  01:33PM<br>21  hypothetical, calls for improper opinion testimony,  01:33PM<br>22  lacks foundation.                                         01:33PM<br>23      THE WITNESS: Because the existing protocols back  01:33PM<br>24  then were proprietary. Cisco had its own proprietary  01:33PM<br>25  protocol for discovery. Model [phonetic] had its own  01:33PM<br>Page 142 | 1  and there is no right answer for this, but my personal  01:34PM<br>2  opinion is a yes.                                         01:34PM<br>3  BY MR. WONG:                                               01:34PM<br>4  Q  And why is that important, Mr. Patil?          01:34PM<br>5      MR. CANNON: Same objections.                    01:34PM<br>6      THE WITNESS: My personal opinion is that devices  01:34PM<br>7  should freely discover each other and collaborate to  01:35PM<br>8  bring about functionality, and that's the reason they  01:35PM<br>9  should be -- there should be a standard.          01:35PM<br>10  BY MR. WONG:                                              01:35PM<br>11  Q  And when you say devices should be able to freely  01:35PM<br>12  discover each other, you are referring to devices from  01:35PM<br>13  different vendors; correct?                               01:35PM<br>14  A  That's correct.                                      01:35PM<br>15  Q  And the only way that you can have devices from  01:35PM<br>16  different vendors to freely discover each other, as you  01:35PM<br>17  say, would be to have a standard to do that; correct?  01:35PM<br>18      MR. CANNON: Objection; vague, lacks foundation,  01:35PM<br>19  calls for improper opinion testimony.                   01:35PM<br>20      THE WITNESS: That's correct.                    01:35PM<br>21  BY MR. WONG:                                              01:35PM<br>22  Q  And, finally, the last sentence in this  01:35PM<br>23  paragraph, top of page 3 of Exhibit 317, says, "LLDP was  01:35PM<br>24  standardized by IEEE as part of 802.1ab, and Cisco's  01:35PM<br>25  implementation will be based on this standard."  01:35PM<br>Page 144 |
| 1  proprietary protocol for discovery, and they don't talk  01:33PM<br>2  to each other. That's what I meant.                  01:33PM<br>3  BY MR. WONG:                                               01:33PM<br>4  Q  And the next sentence in this paragraph, you  01:33PM<br>5  wrote: "Thus there is a need for Cisco devices to  01:33PM<br>6  comply with an industry standard for network topology  01:33PM<br>7  discovery."                                               01:33PM<br>8      Do you see that?                                   01:33PM<br>9  A  Yes.                                                01:33PM<br>10  Q  Why is there a need for Cisco devices to comply  01:33PM<br>11  with an industry standard for network topology  01:33PM<br>12  discovery, as you wrote in Exhibit 317?          01:34PM<br>13      MR. CANNON: Objection; vague, lacks foundation,  01:34PM<br>14  calls for improper opinion testimony.                   01:34PM<br>15      THE WITNESS: The answer is in the very previous  01:34PM<br>16  sentence for that, yeah. Basically says that a  01:34PM<br>17  non-Cisco device cannot interact with a Cisco device in  01:34PM<br>18  the process of discovery.                                 01:34PM<br>19  BY MR. WONG:                                              01:34PM<br>20  Q  Is it important for a non-Cisco device to be able  01:34PM<br>21  to interact with a Cisco device in the process of  01:34PM<br>22  discovering each other as neighbors?                  01:34PM<br>23      MR. CANNON: Objection; vague, lacks foundation,  01:34PM<br>24  calls for improper opinion testimony.                   01:34PM<br>25      THE WITNESS: This is an architectural question,  01:34PM<br>Page 143 | 1      Do you see that?                                   01:35PM<br>2  A  Yes                                                01:35PM<br>3  Q  Right                                              01:35PM<br>4      This 802.1AB that you are referring to in  01:35PM<br>5  Exhibit 317 is the same standard marked as Exhibit 315  01:36PM<br>6  here; correct?                                           01:36PM<br>7  A  That's correct                                      01:36PM<br>8  Q  Okay  And is it correct that Cisco's  01:36PM<br>9  implementation of LLDP was based upon the IEEE standard  01:36PM<br>10  marked as Exhibit 315?                                 01:36PM<br>11      MR. CANNON: Objection; vague                    01:36PM<br>12      THE WITNESS: It is based upon that, right  01:36PM<br>13  BY MR. WONG:                                              01:36PM<br>14  Q  And that was intentional; correct?             01:36PM<br>15      MR. CANNON: Objection; vague                    01:36PM<br>16      MR. WONG: Let me rephrase the question  01:36PM<br>17  Q  When you were working on implementing LLDP in  01:36PM<br>18  Cisco's devices, you intended for the implementation to  01:36PM<br>19  follow the IEEE standard marked as Exhibit 315; correct?  01:36PM<br>20      MR. CANNON: Objection; vague                    01:36PM<br>21      THE WITNESS: Correct                            01:36PM<br>22  BY MR. WONG:                                              01:36PM<br>23  Q  You intended Cisco's implementation of LLDP to be  01:36PM<br>24  compliant with the IEEE standard marked as Exhibit 315;  01:36PM<br>25  right?                                                01:37PM<br>Page 145 |

37 (Pages 142 - 145)

CONFIDENTIAL

```
 1   A  Compliant with, yes              01:37PM
 2   Q  In the third paragraph on page 3 of Exhibit 317,  01:37PM
 3  first sentence says, "LLDP facilitates the use of  01:37PM
 4  standard management tools such as SNMP in a multi-vendor  01:37PM
 5  network "                           01:37PM
 6       Do you see that?               01:37PM
 7   A  Yes                             01:37PM
 8   Q  What do you mean by that statement?  01:37PM
 9   A  So the answer to that might get a little  01:37PM
10  technical, but I'll say that anyway  01:37PM
11       Part of the IEEE standard is also a specification  01:37PM
12  of topology Management Information Base, which can be  01:37PM
13  developed to make SNMP queries, so if the Management  01:37PM
14  Information Base can be standard across all vendors,  01:37PM
15  that means that the SNMP queries will apply universally  01:38PM
16  across all vendors, and that's the -- the added  01:38PM
17  advantage of standardizing this      01:38PM
18   Q  And what is "SNMP"?             01:38PM
19   A  It stands for Simple Network Management  01:38PM
20  Protocol                            01:38PM
21   Q  And how was -- what's the function or purpose of  01:38PM
22  SNMP?                               01:38PM
23       MR CANNON: Objection; vague    01:38PM
24       THE WITNESS: The purpose of SNMP is to,  01:38PM
25  essentially, allow network administrators and engineers  01:38PM
                                        Page 146
```

```
 1  and developers to be able to create network information  01:38PM
 2  and send -- send trap -- what are called -- technically  01:38PM
 3  called "traps," SNMP traps, to signal significant events  01:39PM
 4  in a network.  And it's a protocol that persists network  01:39PM
 5  information in a -- in a place called MIB, Management  01:39PM
 6  Information Base, and then provides a user interface  01:39PM
 7  to -- to query that data.           01:39PM
 8  BY MR. WONG:                        01:39PM
 9   Q  And I think you said that if the Management  01:39PM
10  Information Base, or MIB, can be standard across all  01:39PM
11  vendors, that means that the SNMP inquiries [sic] will  01:39PM
12  apply universally across all vendors; right?  01:39PM
13   A  Yes.                           01:39PM
14   Q  So that means that a network administrator and  01:39PM
15  engineers can use the same SNMP inquiries for different  01:39PM
16  vendor products; correct?           01:39PM
17   A  Correct, if they are connect -- interconnected.  01:39PM
18   Q  And what's the advantage of -- what's the  01:39PM
19  advantage to a network administrator to be able to use  01:40PM
20  the same SNMP inquiries for different vendor products?  01:40PM
21       MR. CANNON: Objection; vague, lacks foundation,  01:40PM
22  calls for improper opinion testimony.  01:40PM
23       THE WITNESS: If a certain topology or deployment  01:40PM
24  includes multiple -- inputs equipment from multiple  01:40PM
25  vendors, they don't have to tear that apart and replace  01:40PM
                                        Page 147
```

```
 1  that with one -- with just one vendor's equipment just  01:40PM
 2  to make SNMP work, and that level of interoperability at  01:40PM
 3  the SNMP level can be very handy in -- in -- in larger  01:40PM
 4  networks.                           01:40PM
 5  BY MR. WONG:                        01:40PM
 6   Q  If there wasn't the standardization for SNMP  01:40PM
 7  inquiries and you had a multivendor network, would you  01:40PM
 8  have to write different SNMP inquiries for each network?  01:40PM
 9       MR. CANNON:  Objection; vague, incomplete  01:41PM
10  hypothetical, lacks foundation, calls for improper  01:41PM
11  opinion testimony.                  01:41PM
12       THE WITNESS:  If that were the case, then -- then  01:41PM
13  we are -- we are essentially talking of vendor-specific  01:41PM
14  Management Information Bases, and that would, at the  01:41PM
15  very least, at least require some level of nonstandard  01:41PM
16  or tailored queries for each vendor.  01:41PM
17  BY MR. WONG:                        01:41PM
18   Q  If you turn back to Exhibit 315, it's the IEEE  01:42PM
19  standard for LLDP.                  01:42PM
20   A  Yes.                           01:42PM
21   Q  Now, LLDP is a defined term in the IEEE standard;  01:42PM
22  correct?                            01:42PM
23   A  Yes.                           01:42PM
24   Q  In fact, if you look to page 5 of -- and I'm  01:42PM
25  looking -- pointing to page 5 at the bottom of the page  01:42PM
                                        Page 148
```

```
 1  of Exhibit 315, there is a section on the top that it  01:42PM
 2  says "Definitions and numerical representation "  01:42PM
 3       Do you see that?              01:42PM
 4   A  Yes                           01:42PM
 5   Q  And entry 3 1 6 --             01:42PM
 6   A  Yes                           01:42PM
 7   Q  -- defines Link Layer Discovery Protocol amd, in  01:42PM
 8  parenthesss, LLDP.                  01:42PM
 9       Do you see that?              01:42PM
10   A  Mm-hmm                         01:42PM
11   Q  So you were aware that LLDP was a defined acronym  01:42PM
12  in the actual IEEE standard while you were working on  01:43PM
13  Phase 1 of the LLDP project; correct?  01:43PM
14       MR. CANNON: Objection: vague  01:43PM
15       THE WITNESS: Yes             01:43PM
16  BY MR. WONG:                       01:43PM
17   Q  If you turn the page to page 6 --  01:43PM
18   A  Mm-hmm                         01:43PM
19   Q  -- entry 3 1 21                01:43PM
20       Do you see that?              01:43PM
21   A  Yes                           01:43PM
22   Q  It says, "type, length, value (TLV) "  01:43PM
23       Do you see that?              01:43PM
24   A  Yes                           01:43PM
25   Q  You were aware, by Stage 1 or at least Stage 2 of  01:43PM
                                        Page 149
```

38 (Pages 146 - 149)

CONFIDENTIAL

1  Phase 1 of the LLDP project, that the IEEE standard for   01:43PM
2  LLDP defined the acronym TLV; correct?   01:43PM
3      MR. CANNON: Objection; vague, mischaracterizes   01:43PM
4  the document.   01:43PM
5      THE WITNESS: Yes.   01:43PM
6  BY MR. WONG:   01:43PM
7   Q   In fact, on page 7 of Exhibit 315, at the very   01:43PM
8  top, it's a section called "Acronyms and abbreviations";   01:43PM
9  correct?   01:43PM
10   A   Yes.   01:43PM
11   Q   And both LLDP and TLV are listed as defined   01:43PM
12  acronyms within the IEEE LLDP standard; right?   01:43PM
13   A   Yes.   01:44PM
14   Q   And you were aware of that before you began the   01:44PM
15  design stage for Phase 1 of the LLDP project; right?   01:44PM
16   A   Yes.   01:44PM
17   Q   And you were aware of that during the design   01:44PM
18  period for the LLDP project; correct?   01:44PM
19   A   Yes.   01:44PM
20   Q   And if you look at Exhibit 316, which is this   01:44PM
21  list of commands?   01:44PM
22   A   Okay.   01:44PM
23   Q   Are you there?   01:44PM
24      Each of the commands associated with you include   01:44PM
25  the acronym LLDP.   01:44PM

Page 150

1      Do you see that?   01:44PM
2   A   Yes   01:44PM
3   Q   That LLDP is the same LLDP that is defined within   01:44PM
4  the IEEE LLDP standard; right?   01:44PM
5      MR. CANNON: Objection; vague   01:44PM
6      THE WITNESS: It's -- yeah, it -- it refers to   01:44PM
7  the Link Layer Discovery Protocol   01:44PM
8  BY MR. WONG:   01:45PM
9   Q   I mean, that's the same acronym that appears here   01:45PM
10  on page 7 of Exhibit 315; right? Under "Acronyms and   01:45PM
11  abbreviations" within the IEEE standard; correct?   01:45PM
12      MR. CANNON: Objection; documents speak for   01:45PM
13  themselves   01:45PM
14      THE WITNESS: Yes   01:45PM
15  BY MR. WONG:   01:45PM
16   Q   And your choice of LLDP in each of the commands   01:45PM
17  listed on Exhibit 316, that was intentionally meant to   01:45PM
18  refer to the LLDP acronym within the IEEE standard;   01:45PM
19  right?   01:45PM
20      MR. CANNON: Objection; vague   01:45PM
21      THE WITNESS: Yes   01:45PM
22  BY MR. WONG:   01:45PM
23   Q   If you look at Section 10.3.4 of Exhibit 315 --   01:45PM
24  let me know when you are there   01:45PM
25      MR. CANNON: Do you have the page number for   01:45PM

Page 151

1  that?   01:45PM
2      MR. WONG: I'll tell you once I see it. Yes,   01:45PM
3  page 39. Control number is -- ends in 17959.   01:46PM
4   Q   Are you there?   01:46PM
5   A   Yeah, I am.   01:46PM
6   Q   So Section 10.3.4 is called "Too many neighbors."   01:46PM
7      Do you see that?   01:46PM
8   A   Mm-hmm.   01:46PM
9   Q   Now, we were talking earlier about the use of the   01:46PM
10  word "neighbors" in the functional specification that   01:46PM
11  you wrote --   01:46PM
12   A   Yes.   01:46PM
13   Q   -- right?   01:46PM
14   A   Yes.   01:46PM
15   Q   Is this use of the word "neighbors" here in the   01:46PM
16  IEEE specification the -- the same use of the word   01:46PM
17  "neighbors" that you were using in the functional   01:46PM
18  specification?   01:46PM
19      MR. CANNON: Objection; vague.   01:46PM
20      THE WITNESS: I was -- I read this specification   01:46PM
21  thoroughly, so I -- yeah, I was influenced by some of   01:46PM
22  the language in here.   01:47PM
23  BY MR. WONG:   01:47PM
24   Q   But you -- you became familiar with the   01:47PM
25  terminology relevant to LLDP by reading the IEEE   01:47PM

Page 152

1  standard on LLDP; right?   01:47PM
2      MR. CANNON: Objection; vague.   01:47PM
3      THE WITNESS: Yes.   01:47PM
4  BY MR. WONG:   01:47PM
5   Q   And in particular here, you were aware that the   01:47PM
6  term "neighbors" was used in the IEEE LLDP standard;   01:47PM
7  right?   01:47PM
8   A   Mm-hmm.   01:47PM
9      MR. CANNON: Objection; vague.   01:47PM
10  BY MR. WONG:   01:47PM
11   Q   Oh, I'm sorry, can you -- let me -- let me ask   01:47PM
12  the question one more time.   01:47PM
13      And in particular here, Section 10.3.4 of   01:47PM
14  Exhibit 315, you were aware that the term "neighbors"   01:47PM
15  was used in the IEEE LLDP standard, yes?   01:47PM
16      MR. CANNON: Objection; vague.   01:47PM
17      THE WITNESS: Yes.   01:47PM
18  BY MR. WONG:   01:47PM
19   Q   Can you turn to page -- or Section 5.2, please,   01:48PM
20  of Exhibit 315, and that is page 8.   01:48PM
21      Are you there?   01:48PM
22   A   Yes.   01:48PM
23   Q   Section 5.2 on page 8 of Exhibit 315 says   01:48PM
24  "Required capabilities."   01:48PM
25      Do you see that?   01:48PM

Page 153

39 (Pages 150 - 153)

CONFIDENTIAL

**Page 154**

1    A  Yes                           01:48PM
2    Q  And under that, it says, "A system for which   01:48PM
3    conformance to this standard is claimed shall, for all   01:48PM
4    ports for which support is claimed, include the   01:48PM
5    following capabilities," and then it lists items a   01:48PM
6    through k                        01:48PM
7       Do you see that?              01:48PM
8    A  Yes                           01:48PM
9       MR CANNON: Objection; mischaracterizes the   01:48PM
10   document                         01:48PM
11   BY MR WONG:                       01:48PM
12   Q  Did I read that correctly, Mr Patil?   01:48PM
13      MR. CANNON: Objection; mischaracterizes the   01:48PM
14   document                         01:48PM
15      THE WITNESS: You did         01:48PM
16   BY MR WONG:                       01:48PM
17   Q  And did the Cisco products for which you worked   01:49PM
18   on the LLDP implementation conform to the standard   01:49PM
19   marked as Exhibit 315?           01:49PM
20      MR. CANNON: Objection; vague, lacks foundation,   01:49PM
21   calls for improper opinion testimony   01:49PM
22      MR WONG: Let me rephrase the question   01:49PM
23   Q  Were the required capabilities listed in   01:49PM
24   Section 5 2 of Exhibit 315 implemented when you did the   01:49PM
25   LLDP implementation for Cisco's products?   01:49PM

**Page 155**

1       MR CANNON: Objection; vague, compound, lacks   01:49PM
2    foundation, and calls for improper opinion testimony   01:49PM
3       THE WITNESS:  I don't know how many are specific   01:49PM
4    deal with are implemented, but the focus was to be as   01:49PM
5    compliant as possible          01:49PM
6    BY MR WONG:                      01:49PM
7    Q  If you look at subsection i under Section 5 2 --   01:49PM
8    A  Yes                          01:50PM
9    Q  -- it says, "The protocol shall conform to the   01:50PM
10   specifications for all Clause 10 subclauses indicated in   01:50PM
11   Table 10-1 for the particular operating mode," and then   01:50PM
12   in parentheses it has "transmit only, receive only, or   01:50PM
13   transmit and receive," close parentheses, "being   01:50PM
14   implemented "                   01:50PM
15      Do you see that?             01:50PM
16   A  Yes                          01:50PM
17   Q  Did I read that correctly?   01:50PM
18   A  Yes                          01:50PM
19   Q  Did the LLDP implementation that you worked on at   01:50PM
20   Cisco include this capability described by subsection i   01:50PM
21   under Section 5 2?              01:50PM
22      MR. CANNON: Objection; vague, lacks foundation,   01:50PM
23   calls for improper opinion testimony   01:50PM
24      THE WITNESS:  Yes, it included   01:50PM
25   BY MR  WONG:                     01:50PM

**Page 156**

1    Q  So the LLDP implementation that you worked on at   01:50PM
2    Cisco -- and, in particular, Phase 1 -- supported a   01:50PM
3    transmit-only operating mode?   01:50PM
4    A  Yes. I don't recall the -- I don't remember it   01:51PM
5    very clearly, but, yes.         01:51PM
6    Q  Okay.  And did it also support a receive only --   01:51PM
7    excuse me.                      01:51PM
8       Did it also support a receive-only operating   01:51PM
9    mode?                           01:51PM
10      MR. CANNON: Objection; vague, lacks foundation.   01:51PM
11      THE WITNESS:  Let me take a moment. Yes.   01:51PM
12   BY MR. WONG:                     01:51PM
13   Q  And did it also support a transmit and receive   01:51PM
14   operating mode?                 01:51PM
15      MR. CANNON: Objection; vague, lacks foundation.   01:51PM
16      THE WITNESS:  Yes.           01:51PM
17   BY MR. WONG:                     01:51PM
18   Q  And each of those features that we just talked   01:51PM
19   about, those were implemented as part of Phase 1 of the   01:51PM
20   LLDP project that you worked on, Mr. Patil?   01:51PM
21      MR. CANNON: Objection; vague.   01:51PM
22      THE WITNESS:  Yes.           01:51PM
23   BY MR. WONG:                     01:51PM
24   Q  If you turn to page 43 of Exhibit 315 -- let me   01:52PM
25   know when you are there.        01:52PM

**Page 157**

1    A  Yes                          01:52PM
2    Q  -- section 10 5 2 is called "Statistical   01:52PM
3    counters "                      01:52PM
4       Do you see that?             01:52PM
5    A  Yes                          01:52PM
6    Q  And, under that, it says, "Statistical counters   01:52PM
7    shall be provided to accumulate operational statistics   01:52PM
8    on a per-port basis "           01:52PM
9       Do you see that?             01:52PM
10   A  Yes                          01:52PM
11   Q  Is it your understanding that the support of   01:52PM
12   statistical counters is required by the IEEE LLDP   01:52PM
13   standard?                       01:52PM
14      MR. CANNON: Objection; vague, lacks foundation,   01:52PM
15   calls for improper opinion testimony   01:52PM
16      THE WITNESS: Can you repeat the question again?   01:52PM
17      MR WONG: Sure            01:52PM
18   Q  Is it your understanding that providing   01:52PM
19   statistical counters is a requirement of complying with   01:52PM
20   the IEEE LLDP standard?         01:53PM
21      MR CANNON: Same objections   01:53PM
22      THE WITNESS: Yes            01:53PM
23   BY MR WONG:                      01:53PM
24   Q  And did you, in fact, support statistical   01:53PM
25   counters when you worked on the LLDP implementation at   01:53PM

40 (Pages 154 - 157)

CONFIDENTIAL

| | |
|---|---|
| 1 Cisco?                                    01:53PM | 1     Do you see that?                        01:56PM |
| 2     MR CANNON: Same objections          01:53PM | 2  A  Yes.                                  01:56PM |
| 3     THE WITNESS: Yes                      01:53PM | 3  Q  What are "MIB tables"?                01:56PM |
| 4 BY MR WONG:                               01:53PM | 4  A  So "MIB tables" are the -- the storage that make 01:56PM |
| 5  Q  Now, you were looking at Exhibit 316 while you 01:53PM | 5 SNMP queries possible, so MIBs are -- essentially 01:56PM |
| 6 were confirming your answer; correct?    01:53PM | 6 support information for SNMP.              01:56PM |
| 7  A  That's correct                        01:53PM | 7  Q  And so are -- are the tables different from the 01:56PM |
| 8  Q  What -- what were you looking for in Exhibit 316 01:53PM | 8 MIBs themselves?                          01:56PM |
| 9 to confirm your answer?                   01:53PM | 9  A  MIBs -- MIB tables are like the blueprint for the 01:56PM |
| 10     MR. CANNON: Objection; mischaracterizes 01:53PM | 10 actual tables -- I'm sorry, MIB tables are the blueprint 01:56PM |
| 11 testimony                                 01:53PM | 11 for the actual MIB data, if that makes sense. 01:56PM |
| 12     THE WITNESS: I was looking at the CLI  I 01:53PM | 12  Q  MIB tables -- I'm sorry, can you explain that? 01:56PM |
| 13 vaguely recalled that I supported that, but I was 01:53PM | 13 So let me -- let me ask the question again. 01:57PM |
| 14 looking at the -- the list of CLIs here to -- to confirm 01:53PM | 14     How -- strike that.                   01:57PM |
| 15 that it -- it was in Phase I             01:54PM | 15     Are tables different from the MIBs themselves? 01:57PM |
| 16 BY MR WONG:                              01:54PM | 16  A  In -- in the -- and I have not used this language 01:57PM |
| 17  Q  And which CLI command did you look at to confirm 01:54PM | 17 for a long time, and I've not used SNMP in a long time, 01:57PM |
| 18 that the support of counters was included in Phase 1 of 01:54PM | 18 but my understanding is that the language of SNMP -- in 01:57PM |
| 19 the LLDP project?                         01:54PM | 19 the language of SNMP, the MIB table is like a blueprint. 01:57PM |
| 20     MR. CANNON: Objection; vague, mischaracterizes 01:54PM | 20 It's called the data that is housed in the MIB. 01:57PM |
| 21 testimony                                 01:54PM | 21  Q  And the -- the term "MIB table," that -- is that 01:57PM |
| 22     THE WITNESS: I just confirmed that "show lldp 01:54PM | 22 a term that is familiar to those in networking industry? 01:57PM |
| 23 traffic" does exist in this table so that I can answer 01:54PM | 23     MR. CANNON: Objection; vague, lacks foundation, 01:57PM |
| 24 you                                       01:54PM | 24 calls for improper opinion testimony.      01:57PM |
| 25 BY MR WONG:                              01:54PM | 25     THE WITNESS: Yes.                      01:57PM |
| Page 158 | Page 160 |

| | |
|---|---|
| 1  Q  If you turn to page 49 of Exhibit 315 -- let me 01:54PM | 1 BY MR. WONG:                              01:57PM |
| 2 know when you are there.                   01:54PM | 2  Q  And you certainly know what a "MIB table" is if 01:57PM |
| 3  A  Yes.                                  01:54PM | 3 you heard that term used; correct?         01:58PM |
| 4  Q  -- if you look under Section 11.2.2, it's called 01:54PM | 4  A  Yes.                                   01:58PM |
| 5 "TLV selection management."               01:54PM | 5  Q  And you would understand what a "MIB table" is 01:58PM |
| 6     Do you see that?                       01:54PM | 6 based upon your experience working in the networking 01:58PM |
| 7  A  Yes.                                  01:54PM | 7 industry; correct?                         01:58PM |
| 8  Q  What is "TLV selection management"?   01:54PM | 8  A  Yes.                                   01:58PM |
| 9  A  So some of the data that is sent in a discovery 01:54PM | 9  Q  What was the process at Cisco for selecting a 01:58PM |
| 10 packet is mandatory, and some of it is optional, and 01:55PM | 10 command syntax?  And we can talk specifically about the 01:58PM |
| 11 what the standard calls for is the ability to specify 01:55PM | 11 commands listed on Exhibit 316 --          01:58PM |
| 12 which of the optional TLVs the admin wants to send on a 01:55PM | 12  Mm-hmm.                                  01:58PM |
| 13 particular port or suppress on a particular port, so 01:55PM | 13  Q  -- but -- so let me just rephrase the question, 01:58PM |
| 14 that's what TLV selection management essentially means. 01:55PM | 14 actually.                                  01:58PM |
| 15  Q  And when you worked on Phase 1 of the LLDP 01:55PM | 15     For the commands listed in Exhibit 316, what was 01:58PM |
| 16 project at Cisco, did you include the ability for TLV 01:55PM | 16 the process at Cisco for selecting the command syntax? 01:58PM |
| 17 selection in that implementation?          01:55PM | 17     MR. CANNON: Objection; vague, lacks foundation, 01:58PM |
| 18  A  Yes.                                  01:55PM | 18 calls for speculation.                     01:58PM |
| 19  Q  In that first paragraph below Section 11.2.2 in 01:55PM | 19     THE WITNESS: Well, there is -- the -- the 01:58PM |
| 20 Exhibit 315 --                            01:56PM | 20 product owner, which is me, lead developer for the 01:58PM |
| 21  A  Mm-hmm.                               01:56PM | 21 product, comes up with initial proposal, and it is, 01:58PM |
| 22  Q  -- the second sentence says, "The following LLDP 01:56PM | 22 essentially, reviewed by a group of people that are 01:58PM |
| 23 variables cross reference to LLDP local systems 01:56PM | 23 highly experienced for -- for usability and 01:59PM |
| 24 configuration MIB tables," and then it -- there's a 01:56PM | 24 extensibility, and so on, so there are certain criteria 01:59PM |
| 25 remainder of the sentence.                01:56PM | 25 that they look -- look at, including usability, 01:59PM |
| Page 159 | Page 161 |

41 (Pages 158 - 161)

CONFIDENTIAL

**Page 170**

1 subcommands under certain -- at certain places, and 02:16PM
2 that -- that's -- that's what it means 02:16PM
3 Q And why is that important when coming up with a 02:16PM
4 command syntax? 02:16PM
5 MR CANNON: Objection; vague, lacks foundation, 02:16PM
6 incomplete hypothetical, calls for improper opinion 02:16PM
7 testimony 02:16PM
8 THE WITNESS: To support extensibility in -- in 02:16PM
9 general in the sense that we might do certain things in 02:17PM
10 Phase I and we might plan to include more commands at a 02:17PM
11 certain level in -- in the command hierarchy at a later 02:17PM
12 phase, and that is if you know you already want to do 02:17PM
13 that But sometimes we don't even know, and it's all 02:17PM
14 the more pressing at that point to -- for -- for it to 02:17PM
15 be designed for extensibility 02:17PM
16 BY MR WONG: 02:17PM
17 Q Did you consider extensibility when you were 02:17PM
18 proposing the command syntaxes for the commands listed 02:17PM
19 on Exhibit 316? 02:17PM
20 MR CANNON: Objection; vague 02:17PM
21 THE WITNESS: Definitely, yes 02:17PM
22 BY MR WONG: 02:17PM
23 Q If you turn to page 4 of Exhibit 318, No 6 -- 02:17PM
24 let me know when you are there 02:18PM
25 A Okay 02:18PM

**Page 171**

1 Q -- it says, "When naming a command, try to pick 02:18PM
2 names that would be familiar to people in the industry " 02:18PM
3 Do you see that? 02:18PM
4 A Yes 02:18PM
5 Q When you came up with the commands listed on 02:18PM
6 Exhibit 316, did you try to pick names that would be 02:18PM
7 familiar to people in the industry? 02:18PM
8 MR CANNON: Objection; vague 02:18PM
9 THE WITNESS: Yes 02:18PM
10 BY MR WONG: 02:18PM
11 Q And did you try to use accepted industry acronyms 02:18PM
12 when coming up with the commands listed in Exhibit 316? 02:18PM
13 MR CANNON: Objection; vague 02:18PM
14 THE WITNESS: Yes 02:18PM
15 BY MR WONG: 02:18PM
16 Q If you look down at the bottom of page 4, 02:18PM
17 No 10 -- let me know when you are there 02:18PM
18 A Yeah 02:19PM
19 Q -- it says, "Commands should tend to be 02:19PM
20 self-explanatory so that a relatively knowledgeable user 02:19PM
21 can figure out the command function from the command and 02:19PM
22 on-line help without having to scurry off to the 02:19PM
23 manuals " 02:19PM
24 Do you see that? 02:19PM
25 A Yes 02:19PM

**Page 172**

1 Q Did you consider that guideline when you were 02:19PM
2 devising the command syntaxes listed on Exhibit 316? 02:19PM
3 MR CANNON: Objection; vague 02:19PM
4 THE WITNESS: Yes In general, yes 02:19PM
5 BY MR WONG: 02:19PM
6 Q How important is the vocabul-- strike that 02:19PM
7 How important is -- is understanding the 02:19PM
8 vocabulary of the intended user of a command to coming 02:19PM
9 up with a command syntax, in your view? 02:19PM
10 MR CANNON: Objection; vague, lacks foundation, 02:19PM
11 calls for improper opinion testimony 02:19PM
12 THE WITNESS: It's fairly important 02:19PM
13 BY MR WONG: 02:20PM
14 Q Did you consider the vocabulary of the intended 02:20PM
15 user of the LLDP functionality when you were coming up 02:20PM
16 with the commands listed on Exhibit 316? 02:20PM
17 MR CANNON: Objection; vague 02:20PM
18 THE WITNESS: Yes 02:20PM
19 BY MR WONG: 02:20PM
20 Q Do you think it's important to have guidelines 02:20PM
21 for the addition of new commands to a command-line 02:20PM
22 interface? 02:20PM
23 MR CANNON: Objection; vague, incomplete 02:20PM
24 hypothetical, lacks foundation, calls for improper 02:20PM
25 opinion testimony 02:20PM

**Page 173**

1 THE WITNESS: Yes. 02:20PM
2 BY MR. WONG: 02:20PM
3 Q Why do you think it's important to have 02:20PM
4 guidelines for the addition of new commands to a 02:20PM
5 command-line interface? 02:20PM
6 MR. CANNON: Same objections. 02:20PM
7 THE WITNESS: The primary reason is the inability 02:20PM
8 to reverse commands and the need for backward 02:21PM
9 compatibility at every stage of the product evolution. 02:21PM
10 And that calls for basically putting out commands in a 02:21PM
11 manner that is backward compatible and extensible. 02:21PM
12 BY MR. WONG: 02:21PM
13 Q So, in your view, considering backwards 02:21PM
14 compatibility and extensibility are both important when 02:21PM
15 coming up with a new command; correct? 02:21PM
16 MR. CANNON: Objection; vague, mischaracterizes 02:21PM
17 testimony, lacks foundation, calls for improper opinion 02:21PM
18 testimony, incomplete hypothetical. 02:21PM
19 THE WITNESS: In the context of the CLI we are 02:21PM
20 talking about, that would be correct. 02:21PM
21 BY MR. WONG: 02:21PM
22 Q And did you consider backwards compatibility and 02:21PM
23 extensibility when you proposed the commands listed on 02:21PM
24 Exhibit 316? 02:22PM
25 MR. CANNON: Objection; vague. 02:22PM

44 (Pages 170 - 173)

CONFIDENTIAL

1 hierarchy.                                          02:38PM
2     If you want a strict hierarchy, you would have an 02:38PM
3 intermediate node and list all the specific options, but 02:38PM
4 since there aren't any, I might have taken this     02:38PM
5 position, although, it's -- it's -- it may seem a little 02:38PM
6 bit weak for in terms of future-proofing things.   02:38PM
7     So there's a -- there's a -- there's a balance  02:39PM
8 between future-proofing and -- and verbosity, and -- and 02:39PM
9 the more you try to feature-proof, the more verbose you 02:39PM
10 can become, so it's more of a subjective column how you 02:39PM
11 design, keeping all of these in mind, yeah.        02:39PM
12    Q  Thank you.                                    02:39PM
13        And after letter "d" on Exhibit 321, you say, 02:39PM
14 quote: It is more intuitive for first-time users, end 02:39PM
15 quote.                                              02:39PM
16        Do you see that?                             02:39PM
17    A  Yes.                                          02:39PM
18    Q  What did you mean by that?                    02:39PM
19    A  This means that -- that user interface should 02:39PM
20 flow naturally in a sense that if I've never used  02:39PM
21 anything similar, I should be pretty much able to -- I 02:39PM
22 should be able to come in and type in a reasonable 02:39PM
23 keyword for things and get help on it and be able to 02:40PM
24 complete a configuration within a reasonable amount of 02:40PM
25 time rather than going through hours of research on it. 02:40PM

Page 186

1    Q  And that approach that you just described, did 02:40PM
2 you apply that approach for the commands that are listed 02:40PM
3 in Exhibit 316?                                     02:40PM
4        MR. CANNON:  Objection; vague.               02:40PM
5        THE WITNESS:  The -- what is 316?  This is the 02:40PM
6 one -- okay.  This -- it -- it certainly influenced our 02:40PM
7 structure for these commands.  Yeah, so intuitiveness, 02:40PM
8 extensibility, usability, aesthetics are all factors 02:40PM
9 that we considered.                                 02:40PM
10 BY MR. WONG:                                        02:41PM
11    Q  Let's look at Exhibit 316 now, Mr. Patil.    02:41PM
12    A  Yeah.                                         02:41PM
13    Q  Starting with the first command, you were    02:41PM
14 associated with "clear lldp counters."             02:41PM
15        Do you see that?                             02:41PM
16    A  Yes.                                          02:41PM
17    Q  What function does the "clear lldp counters" 02:41PM
18 command perform?                                    02:41PM
19    A  It's basically a reset, if you will, of all the 02:41PM
20 statistics that have been accumulated over a period of 02:41PM
21 time, and if you want to start off on a clean slate 02:41PM
22 again at a certain period of time on a -- on a certain 02:41PM
23 router or switch, then you could issue that command and 02:42PM
24 it will clear all the statistics.                   02:42PM
25    Q  And how long did it take you, approximately, to 02:42PM

Page 187

1 come up with the syntax of "clear lldp counters"?   02:42PM
2        MR. CANNON:  Objection; vague.               02:42PM
3        THE WITNESS:  Oh, just that one command?     02:42PM
4        MR. WONG:  Mm-hmm.                            02:42PM
5        THE WITNESS:  I don't know, 15 minutes.      02:42PM
6 BY MR. WONG:                                         02:42PM
7    Q  Okay.  How long did it take you, approximately, 02:42PM
8 to do the source code writing to implement the      02:42PM
9 functionality for the "clear lldp counters" command? 02:42PM
10        MR. CANNON:  Objection; vague, assumes facts not 02:42PM
11 in evidence.                                        02:42PM
12        THE WITNESS:  Okay.  That would be, again,   02:42PM
13 15 minutes, and I have to add that this is a easiest one 02:42PM
14 to implement.                                       02:42PM
15 BY MR. WONG:                                         02:42PM
16    Q  For the "clear lldp table" command --        02:42PM
17    A  Mm-hmm.                                       02:42PM
18    Q  -- what functionality does that perform?     02:43PM
19    A  That is, again, a reset, but more at the enable 02:43PM
20 level in the sense that, let's say, a device comes up 02:43PM
21 and it discovers ten neighbors and we want to come in 02:43PM
22 and manually reset the table by making it forget all 02:43PM
23 those ten neighbors instantly, then we would use that 02:43PM
24 command.                                            02:43PM
25    Q  And approximately how long did it take you to 02:43PM

Page 188

1 come up with the syntax of "clear lldp table"?      02:43PM
2        MR. CANNON:  Objection; vague                02:43PM
3        THE WITNESS:  The answer would be very similar to 02:43PM
4 the other "clear" command                           02:43PM
5 BY MR. WONG:                                         02:43PM
6    Q  About 15 minutes?                             02:43PM
7    A  Yes                                           02:43PM
8    Q  And did it take you also about 15 minutes to  02:43PM
9 write the underlying source code for the functionality 02:43PM
10 of the "clear lldp table" command?                  02:43PM
11    A  No                                            02:43PM
12    Q  How long, approximately, did it take you to come 02:43PM
13 up with the -- strike that                          02:43PM
14        How long, approximately, did it take you to write 02:43PM
15 the source code for the "clear lldp table" command? 02:43PM
16        MR. CANNON:  Objection; vague                02:44PM
17        THE WITNESS:  I can't quantify it readily, but it 02:44PM
18 would be, if you tally the total time spent on it, maybe 02:44PM
19 a couple hours, because there is dependencies to handle 02:44PM
20 It's not as easy as setting a bunch of numbers to zero 02:44PM
21 BY MR. WONG:                                         02:44PM
22    Q  And for all of the commands listed on        02:44PM
23 Exhibit 316, Mr. Patil, can you describe for me,    02:44PM
24 generally, what type of source code you would need to 02:44PM
25 write to implement the functionality?               02:44PM

Page 189

48 (Pages 186 - 189)

CONFIDENTIAL

| | |
|---|---|
| 1      MR CANNON: Objection; compound, vague, lacks   02:44PM | 1      MR CANNON: And because of that, we are going to   02:47PM |
| 2   foundation, incomplete hypothetical, calls for inproper   02:44PM | 2   have a standing objection to questions about this     02:47PM |
| 3   opinion testimony          02:44PM | 3   partial document without the sufficient context for it   02:47PM |
| 4      THE WITNESS: So to clarify the question, what   02:44PM | 4   to be reviewed or understood       02:47PM |
| 5   type of code needs to be written to clear the command   02:44PM | 5   BY MR WONG:         02:47PM |
| 6   for the "clear" commands?      02:44PM | 6    Q   Now, Mr Patil, I'm just providing this exhibit   02:47PM |
| 7      MR WONG: No, no      02:44PM | 7   for you so that you can refresh your recollection, if   02:48PM |
| 8    Q   So, for example, you know, to write the source   02:44PM | 8   you need to --        02:48PM |
| 9   code for any of these commands listed on Exhibit 316 --   02:44PM | 9    A   Mm-hmm        02:48PM |
| 10    A   Yeah         02:44PM | 10    Q   -- about what these various commands do   I won't   02:48PM |
| 11    Q   -- what are the types of source code that would   02:44PM | 11   ask you any other questions about this exhibit, but feel   02:48PM |
| 12   need to be written in order to implement them?   02:45PM | 12   free to refer to Exhibit 322 --     02:48PM |
| 13      MR CANNON: Objection; compound, vague, lacks   02:45PM | 13    A   Yeah         02:48PM |
| 14   foundation, incomplete hypothetical, calls for improper   02:45PM | 14    Q   -- to answer my questions     02:48PM |
| 15   opinion testimony         02:45PM | 15    A   Yes         02:48PM |
| 16      THE WITNESS: The source code is written in C --   02:45PM | 16    Q   So my question that I posed a few minutes ago is:   02:48PM |
| 17   C language, and, essentially, all these commands have a   02:45PM | 17   What is the function performed by the "lldp holdtime"   02:48PM |
| 18   callback which can be implemented as a C function, and   02:45PM | 18   command?         02:48PM |
| 19   whenever a user travels to a certain point and they pass   02:45PM | 19      MR CANNON: Objection --     02:48PM |
| 20   tree, that function that gets attached to that node in   02:45PM | 20      THE WITNESS: So      02:48PM |
| 21   the tree gets executed, and, basically, it's -- it's   02:45PM | 21      MR CANNON: -- lacks foundation, document speaks   02:48PM |
| 22   given the information about the construct that it's   02:45PM | 22   for itself         02:48PM |
| 23   handling, and, at that point, they -- they just -- we   02:45PM | 23      THE WITNESS: -- after reading, I still cannot   02:48PM |
| 24   just go in and change the fields in there    02:45PM | 24   completely understand why we did that or what the   02:48PM |
| 25   BY MR WONG:        02:45PM | 25   concept is, because it's been a while since I wrote this   02:48PM |
| Page 190 | Page 192 |

| | |
|---|---|
| 1    Q   And that explanation you just provided applies to   02:45PM | 1   and I've not used it for a long time     02:48PM |
| 2   all of the commands listed here on Exhibit 316; correct?   02:45PM | 2      But I think it's a request from the sender to the   02:49PM |
| 3    A   Yes         02:45PM | 3   receiver to hold neighbor information, at least for a   02:49PM |
| 4      MR CANNON: Objection; vague, compound.   02:45PM | 4   certain period of time, regardless of whether they get   02:49PM |
| 5   BY MR WONG:        02:45PM | 5   utilized That's my understanding    02:49PM |
| 6    Q   What is the functionality performed by the "lldp   02:46PM | 6   BY MR WONG:        02:49PM |
| 7   holdtime" command?      02:46PM | 7    Q   And how long, approximately, did it take you to   02:49PM |
| 8    A   Yeah, so that's an interesting one. It's a   02:46PM | 8   come up with the syntax for the "lldp holdtime" command?   02:49PM |
| 9   subtle one, and I -- being that it's ten years since I   02:46PM | 9      MR CANNON: Objection; vague    02:49PM |
| 10   wrote this, I've forgotten that, but it's -- it's kind   02:46PM | 10      THE WITNESS: The actual -- the command itself?   02:49PM |
| 11   of technical detail on LLDP that I can look up if you   02:46PM | 11      MR WONG: The actual -- yes, the syntax of the   02:49PM |
| 12   want, but --        02:46PM | 12   command         02:49PM |
| 13      MR WONG: Maybe this will help you.    02:46PM | 13      MR CANNON: Objection; vague    02:49PM |
| 14      What's the next exhibit number?    02:46PM | 14      THE WITNESS: 15 minutes     02:49PM |
| 15      THE REPORTER: 322.     02:47PM | 15   BY MR WONG:        02:49PM |
| 16      (Exhibit 322 was marked for     02:47PM | 16    Q   Is your answer 15 minutes for all of the commands   02:49PM |
| 17      identification by the Court Reporter.)   02:47PM | 17   listed in Exhibit 316?      02:49PM |
| 18      MR WONG: The Court Reporter has marked, as   02:47PM | 18    A   No         02:49PM |
| 19   Exhibit 322, a document bearing Bates number, on the   02:47PM | 19      MR CANNON: Objection; compound and vague   02:49PM |
| 20   front page, CSI-CLI-00291752, and the last page of this   02:47PM | 20      MR WONG: I'm just trying to save time here,   02:49PM |
| 21   document is CSI-CLI-00292238, and for clarity on the   02:47PM | 21   Mr Patil         02:49PM |
| 22   record, this is not the complete document. The complete   02:47PM | 22    Q   Okay   What is the function performed by the   02:49PM |
| 23   document is over 500 pages long. This is excerpted   02:47PM | 23   "lldp receive" command?     02:49PM |
| 24   pages from this document produced by Cisco with just the   02:47PM | 24    A   Basically, we announce that we are open on the   02:49PM |
| 25   LLDP-related commands.      02:47PM | 25   receive channel for that interface    02:50PM |
| Page 191 | Page 193 |

49 (Pages 190 - 193)

CONFIDENTIAL

| | |
|---|---|
| 1   Q   And how long did it take for you to come up with   02:50PM | 1   than 15 minutes for you to come up with the command   02:52PM |
| 2   the syntax for that command?   02:50PM | 2   syntax, setting aside the "lldp transmit" and "lldp   02:52PM |
| 3      MR. CANNON: Objection; vague.   02:50PM | 3   receive" commands.   02:52PM |
| 4      THE WITNESS: Several hours because that's where   02:50PM | 4   A   Right.   02:52PM |
| 5   we went back and forth on the extensibility, usability,   02:50PM | 5      "Tlv-select." Some of the org-specific ones   02:52PM |
| 6   redundancy, verbosity, and those discussions.   02:50PM | 6   are -- they are just basically the -- they -- they are   02:53PM |
| 7   BY MR. WONG:   02:50PM | 7   straight up describing what they are, so that shouldn't   02:53PM |
| 8   Q   What is the function performed by the "lldp   02:50PM | 8   have been long.   02:53PM |
| 9   reinit" command?   02:50PM | 9      I would say "tlv-select," "transmit" and   02:53PM |
| 10   A   It specifies the amount of wait time for the   02:50PM | 10   "receive," and maybe even "rate" command. Significant   02:53PM |
| 11   protocol to reinitialize at any point in time.   02:50PM | 11   thought process involved in -- in coming up with the   02:53PM |
| 12   Q   And how long did it take for you to come up with   02:50PM | 12   right keywords.   02:53PM |
| 13   the command syntax for the "lldp reinit" command?   02:50PM | 13   Q   I'm sorry, did you say "rate command"?   02:53PM |
| 14      MR. CANNON: Objection; vague.   02:50PM | 14   A   Yeah, "lldp rate."   02:53PM |
| 15      THE WITNESS: That's -- that one is in the   02:50PM | 15   Q   Oh, okay. So I'm looking at Exhibit 316, and I   02:53PM |
| 16   15-minute category.   02:50PM | 16   do not believe the "rate" command --   02:53PM |
| 17   BY MR. WONG:   02:50PM | 17   A   Oh, oh, I see --   02:53PM |
| 18   Q   Did it also take you approximately 15 minutes to   02:51PM | 18   Q   -- is -- is part of that.   02:53PM |
| 19   come up with the "lldp run" command? And I'm referring   02:51PM | 19   A   -- is part of that. Okay. I was looking at 322.   02:53PM |
| 20   to the command syntax.   02:51PM | 20      So among 316, I would say --   02:53PM |
| 21      MR. CANNON: Objection; vague.   02:51PM | 21   Q   Let me just ask the fresh question so that it's   02:53PM |
| 22      THE WITNESS: "Lldp run," yes.   02:51PM | 22   clear --   02:53PM |
| 23   BY MR. WONG:   02:51PM | 23   A   Yes.   02:53PM |
| 24   Q   Did it also take you 15 minutes to come up with   02:51PM | 24   Q   -- on the record.   02:53PM |
| 25   the syntax for "lldp timer"?   02:51PM | 25   A   Yes.   02:53PM |
| Page 194 | Page 196 |

| | |
|---|---|
| 1      MR CANNON: Objection; vague   02:51PM | 1   Q   So for the commands listed on Exhibit 316 --   02:53PM |
| 2      THE WITNESS: I don't know that one because I --   02:51PM | 2   A   Yeah   02:53PM |
| 3   I recall that some of these had a lot of discussion   02:51PM | 3   Q   -- which of the commands do you believe you spent   02:54PM |
| 4   involved, and I -- I can clearly say that transmit and   02:51PM | 4   more than 15 minutes on coming up with the command   02:54PM |
| 5   receive fell into that category   02:51PM | 5   syntax?   02:54PM |
| 6   BY MR. WONG:   02:51PM | 6   A   "Transmit" and "receive," the "show" commands,   02:54PM |
| 7   Q   Of taking longer than 15 minutes?   02:51PM | 7   "tlv-select" command, "lldp timer" command, and "lldp   02:54PM |
| 8   A   Longer time, longer than 15 minutes   02:51PM | 8   reinit" command   02:54PM |
| 9   Q   For the other commands listed on Exhibit 316 that   02:51PM | 9   Q   Approximately how long do you think it took you   02:54PM |
| 10   are not the "lldp transmit" and "lldp receive"   02:51PM | 10   to come up with the command syntax for the "lldp reinit"   02:54PM |
| 11   commands --   02:51PM | 11   command?   02:54PM |
| 12   A   Mm-hmm   02:51PM | 12      MR CANNON: Objection; vague   02:54PM |
| 13   Q   -- do you believe that you spent approximately   02:52PM | 13      THE WITNESS: I struggled with it  I'm not   02:54PM |
| 14   15 minutes coming up with the command syntax for each of   02:52PM | 14   particularly happy with the way it is right -- right   02:54PM |
| 15   those?   02:52PM | 15   here  Reading it is kind of a, for lack of a better   02:54PM |
| 16      MR. CANNON: Objection; vague and compound   02:52PM | 16   term, awkward keyword, but I didn't have anything better   02:55PM |
| 17      THE WITNESS: I would say a good 50 percent of   02:52PM | 17   to say -- to use there, so I might have struggled with   02:55PM |
| 18   those, but some of the commands I struggle with myself   02:52PM | 18   it for 45 minutes   02:55PM |
| 19   to -- to put out the best initial proposal, so not   02:52PM | 19   BY MR WONG:   02:55PM |
| 20   everything is 15 minutes  Some of them took where I   02:52PM | 20   Q   But do you have an actual memory of spending   02:55PM |
| 21   went back and looked at other things and see what's the   02:52PM | 21   45 minutes on this command?   02:55PM |
| 22   most usable token to put there and a keyword to put   02:52PM | 22   A   Yes   02:55PM |
| 23   there   02:52PM | 23   Q   Okay   02:55PM |
| 24   BY MR WONG:   02:52PM | 24   A   I mean, I had something else before, and I took   02:55PM |
| 25   Q   Which of the commands do you think took longer   02:52PM | 25   it out and rewired the code and etc , yeah   02:55PM |
| Page 195 | Page 197 |

50 (Pages 194 - 197)

CONFIDENTIAL

| | Page 230 |
|---|---|
| 1  Q   When -- 03:42PM | |
| 2  A   Actually, I'm sorry, I take that back.  I do have 03:42PM | |
| 3  a legal certificate -- I used to have a legal 03:42PM | |
| 4  certification. 03:42PM | |
| 5  Q   What kind of legal certi-- certification did 03:42PM | |
| 6  you have? 03:42PM | |
| 7  A   I had a Series 63 at one point. 03:42PM | |
| 8  Q   Do you have any training in intellectual property 03:42PM | |
| 9  law? 03:42PM | |
| 10  A   No. 03:42PM | |
| 11  Q   Did you analyze intellectual property issues when 03:42PM | |
| 12  you were writing your master's thesis at MIT? 03:42PM | |
| 13  A   No. 03:42PM | |
| 14  Q   Have you reviewed any of Cisco's patents related 03:42PM | |
| 15  to SysDB? 03:42PM | |
| 16  A   Related to SysDB, I might have glossed over a 03:42PM | |
| 17  couple of them, but I've not reviewed them in detail. 03:42PM | |
| 18  Q   Are you aware that the administrative law judge 03:42PM | |
| 19  in an International Trade Commission investigation has 03:42PM | |
| 20  found that Arista's EOS software infringes Cisco patents 03:42PM | |
| 21  related to SysDB? 03:42PM | |
| 22  MR. WONG:  Object to the form of the question. 03:43PM | |
| 23  THE WITNESS:  I'm now aware of it, but not before 03:43PM | |
| 24  a few days ago. 03:43PM | |
| 25  BY MR. CANNON: 03:43PM | |

Page 230

| | Page 232 |
|---|---|
| 1  to both of you 03:44PM | |
| 2  MR. WONG:  Thank you 03:44PM | |
| 3  THE VIDEOGRAPHER:  We are off the record at 03:44PM | |
| 4  3:45 p.m.  This concludes today's testimony given by 03:44PM | |
| 5  Devadas Patil  The total number of media used was four 03:44PM | |
| 6  and will be retained by Veritext LLC 03:44PM | |
| 7  (TIME NOTED: 3:44 P M ) | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 232

| | Page 231 |
|---|---|
| 1  Q   So you were not aware of that when you wrote your 03:43PM | |
| 2  master's thesis? 03:43PM | |
| 3  A   No. 03:43PM | |
| 4  Q   Last bit. 03:43PM | |
| 5  Earlier, do you remember talking about how you 03:43PM | |
| 6  weren't particularly happy sitting here today with the 03:43PM | |
| 7  "lldp reinit" command? 03:43PM | |
| 8  A   Yes. 03:43PM | |
| 9  Q   Why aren't you happy about that, sitting here 03:43PM | |
| 10  today? 03:43PM | |
| 11  A   It's not about just today.  I was not happy to 03:43PM | |
| 12  begin with it -- to begin with, because I struggled with 03:43PM | |
| 13  it a lot, and I couldn't come up with a nice term to 03:43PM | |
| 14  mean reinit, reinitialize, and, yeah, that was the 03:43PM | |
| 15  source of my dissatisfaction with it. 03:43PM | |
| 16  Q   Do you recall alternatives to "reinit" that you 03:43PM | |
| 17  considered at the time? 03:43PM | |
| 18  A   I -- like I said, I spent 45 minutes on it, and 03:44PM | |
| 19  that's the best I could come up with, and given the time 03:44PM | |
| 20  pressure, I had to propose it and move with it. 03:44PM | |
| 21  MR. CANNON:  Nothing further for me right now. 03:44PM | |
| 22  MR. WONG:  We're done. 03:44PM | |
| 23  THE WITNESS:  Great. 03:44PM | |
| 24  MR. CANNON:  Thank you very much. 03:44PM | |
| 25  THE WITNESS:  Not a problem.  I hope it is useful 03:44PM | |

Page 231

| | Page 233 |
|---|---|
| 1  I declare under penalty of perjury | |
| 2  under the laws that the foregoing is | |
| 3  true and correct. | |
| 4 | |
| 5  Executed on _____, 20___, | |
| 6  at _____, _____. | |
| 7  _____ | |
| 8 | |
| 9 | |
| 10 | |
| 11  _____ | |
| 12  DEVADAS PATIL | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 233

59 (Pages 230 - 233)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 94 of 122

CONFIDENTIAL

```
 1       I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3       That the foregoing proceedings were taken before
 4  me at the time and place herein set forth; that any
 5  witnesses in the foregoing proceedings, prior to
 6  testifying, were placed under oath; that a verbatim
 7  record of the proceedings was made by me using machine
 8  shorthand which was thereafter transcribed under my
 9  direction; further, that the foregoing is an accurate
10  transcription thereof.
11       I further certify that I am neither financially
12  interested in the action nor a relative or employee of
13  any attorney or any of the parties.
14       IN WITNESS WHEREOF, I have this date subscribed
15  my name.
16       Dated:  March 2, 2016
17
18
19
20
21       RACHEL FERRIER
22       CSR No. 6948
23
24
25
                                        Page 234
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

    CISCO SYSTEMS, INC.      Case No.: 5:14-cv-05344-BLF(PSG)

5

                Plaintiff,

6

        v.

7

    ARISTA NETWORKS, INC.

8

                Defendants.

9    _____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14

15      VIDEOTAPED DEPOSITION OF PHILLIP REMAKER

16          30(b)(6) FOR CISCO SYSTEMS, INC.

17              Palo Alto, California

18            Thursday, March 31, 2016

19                  Volume 1

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2281749

25   PAGES 1 - 216

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2          UNITED STATES DISTRICT COURT
3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
             SAN JOSE DIVISION
4
5    CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG)

        Plaintiff,
6
7    v
8    ARISTA NETWORKS, INC

        Defendants
9    _____

10
11
12
13
14   * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17      VIDEOTAPED DEPOSITION OF PHILLIP REMAKER, Volume 1,
18   taken on behalf of Defendant, at 601 California Avenue,
19   Palo Alto, California, beginning at 9:30 a m and ending
20   at 4:14 p m , on Thursday, March 31, 2016, before
21   LESLIE JOHNSON, Certified Shorthand Reporter No  11451
22
23
24
25

Page  2

1                    I N D E X
2
3    WITNESS                    EXAMINATION
4    PHILLIP REMAKER
     30(b)(6) for CISCO SYSTEMS
5    Volume 1
6       BY MR. WONG              8
7       BY MR. NEUKOM           212
8
9            EXHIBITS
10      PHILLIP REMAKER, 30(b)(6)
11   NUMBER      DESCRIPTION           PAGE
12   Exhibit 429  Defendant Arista Network, Inc.'s    9
                  Notice of 30(b)(6) Deposition of
13                Plaintiff Cisco Systems, Inc.;
                  33 pages
14
15   Exhibit 430  Amended Exhibit F Document Index;    11
                  40 pages
16   Exhibit 431  Amended Exhibit F; 44 pages          14
17   Exhibit 432  Binder labeled "Bates Does Cited     15
                  in Cisco Rog Exhibit F," Volume 1
18                of 2
19   Exhibit 433  Binder labeled "Bates Does Cited     15
                  in Cisco Rog Exhibit F," Volume 2
20                of 2
21   Exhibit 434  Binder labeled "Source Code Cited    15
                  in Cisco Rog Exhibit F," Volume 1
22                of 2
23   Exhibit 435  Binder labeled "Source Code Cited    15
                  in Cisco Rog Exhibit F," Volume 2
24                of 2
25

Page  4

1    APPEARANCES:
2
3    FOR PLAINTIFF CISCO SYSTEMS, INC.:
4       QUINN EMANUEL URQUHART & SULLIVAN LLP
5       BY: JOHN (JAY) NEUKOM, ESQ.
6       50 California Street, 22nd Floor
7       San Francisco, California  94111
8       (415)875-6600
9       johnneukom@quinnemanuel.com
10   FOR DEFENDANT ARISTA NETWORKS, INC.:
11      KEKER & VAN NEST LLP
12      BY: RYAN WONG, ESQ.
13      633 Battery Street
14      San Francisco, California  94111
15      (415)391-5400
16      rwong@kvn.com
17   ALSO PRESENT:
18      SEAN GRANT, Videographer
19
20
21
22
23
24
25

Page  3

1              EXHIBITS (Cont )
2         PHILLIP REMAKER, 30(b)(6)
3    NUMBER      DESCRIPTION           PAGE
4    Exhibit 436  E-mail dated 1/12/99 from Phillip   40
                  Remaker to Carl Schaefer, et al ;
5                 Bates stamped CSI-CLI-00794351 to 95
6    Exhibit 437  E-mail dated 6/7/2003 from Shaubin   80
                  Xie; Bates stamped CSI-CLI-00783473
7                 to 81
8    Exhibit 438  Parser-Police Manifesto, version 6;  82
                  10 pages
9
10   Exhibit 439  CLI Design and Review Guide; Bates   85
                  stamped CSI-CLI-02824651 to 719
11   Exhibit 440  E-mail thread, top e-mail dated      87
                  from Jain Dhanendra; Bates
12                stamped CSI-CLI-00807444 to 68
13   Exhibit 441  Interrogatory No 2 First Supplemental 98
                  Response - Exhibit C; 3 pages
14
15   Exhibit 442  Document entitled "Show Inventory   104
                  Command"; Bates stamped CSI-CLI-610102
16                to 610105
17   Exhibit 443  E-mail dated 12/6/2002 from Eric    114
                  Osborne; Bates stamped CSI-CLI-777457
18                to 459
19   Exhibit 444  Interrogatory No  2 First Supplemental 122
                  Response - Exhibit B; 102 pages
20   Exhibit 445  E-mail dated 25 June 2002 from Ilse  151
                  Van Hoeck; Bates stamped
21                CSI-CLI-00608702 to 703
22   Exhibit 446  E-mail dated 17 May 1999 from Liming 159
                  Wei; Bates stamped CSI-CLI-60866
23
24
25

Page  5

Pages  2  to  5

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          EXHIBITS (Cont.)
 2       PHILLIP REMAKER, 30(b)(6)
 3    NUMBER      DESCRIPTION           PAGE
 4    Exhibit 447  Plaintiff Cisco Systems, Inc.'s Seventh  164
                Supplemental Objections and Responses
 5              to Defendant Arista Network, Inc.'s
                Second Set of Interrogatories
 6              (No. 16); 50 pages
 7    Exhibit 448  Plaintiff Cisco System, Inc.'s Fourth  167
                Supplemental Objections and Responses
 8              to Defendant Arista Network, Inc's
                First Set of Interrogatories (2 and 5);
 9              44 pages
10    Exhibit 449  Cisco's Response to Arista's       182
                Interrogatory No. 16 Amended Exhibit
11              D1 (IOS Release 11.0); 28 pages
12    Exhibit 450  Exhibit E Exemplary Copying of Command  201
                Responses; 27 pages
13
      Exhibit 451  Writing Command Line Interfaces (CLI)  204
14              and CLI Output; Bates stamped
                CSI-CLI-02607986 to 8010
15
                        * * *
16
17
18
19
20
21
22
23
24
25
                                          Page 6
```

```
 1    plaintiff.
 2          THE VIDEOGRAPHER:  Thank you.  Will the
 3    certified court reporter please swear in the
 4    witness.
 5
 6          PHILLIP REMAKER,
 7    having been first duly sworn, was examined
 8    and testified as follows:
 9
10          EXAMINATION
11    BY MR. WONG:
12      Q.  Good morning, Mr. Remaker.
13      A.  Good morning.
14      Q.  Do you understand that you are testifying
15    under oath?
16      A.  I understand.
17      Q.  Okay.  And I know we took your personal
18    deposition yesterday.  Do you understand that the
19    general rules for conducting a deposition are also
20    applicable today?
21      A.  Yes.
22      Q.  Do you understand that you have been
23    designated by Plaintiff Cisco to provide corporate
24    testimony under Rule 30(b)(6) today?
25      A.  Yes.
                                          Page 8
```

```
 1    Palo Alto, California, Thursday, March 31, 2016
 2          9:30 a.m.
 3
 4          THE VIDEOGRAPHER:  Good morning.  We're on
 5    the record.  The time is 9:30 a.m. and the date is
 6    March 31st, 2016.  This begins the videotaped
 7    deposition of Cisco Systems, Inc. pursuant to Rule
 8    30(b)(6).  My name is Sean Grant, here with our
 9    court reporter, Leslie Johnson.  We're here from
10    Veritext Legal Solutions at the request of counsel
11    for Defendant.  This deposition is being held at
12    Wilson Sonsini in Palo Alto, California.
13          The caption of this case is Cisco Systems
14    Inc. versus Arista Networks, Inc., Case No.
15    5:14-cv-05344-BLF.
16          Please note that audio and video recording
17    will take place unless all parties have agreed to go
18    off the record.  Microphones are sensitive and may
19    pick up whispers, private conversations or cellular
20    interference.
21          At this time, will counsel please identify
22    themselves and state whom they represent.
23          MR. WONG:  Ryan Wong from Keker & Van Nest
24    for Defendant Arista Networks.
25          MR. NEUKOM:  John Neukom for the
                                          Page 7
```

```
 1          (Exhibit 429 marked for identification.)
 2          MR. WONG:  Let's mark this as the first
 3    deposition exhibit.  I believe we are on 429.
 4          THE REPORTER:  Correct.
 5    BY MR. WONG:
 6      Q.  The court reporter has marked Exhibit 429,
 7    a document that on its face says "Defendant Arista
 8    Network, Inc.'s Notice of Rule 30(b)(6) Deposition
 9    of Plaintiff Cisco Systems, Inc."
10          Mr. Remaker, do you recognize the document
11    marked as Exhibit 429?
12          MR. NEUKOM:  It might help you to turn to
13    page 23.
14          MR. WONG:  Thank you, Counsel.
15          MR. NEUKOM:  Start with paragraph 78.
16          THE WITNESS:  Yes, I recognize this
17    document.
18    BY MR. WONG:
19      Q.  Do you understand that you have been
20    designated by Cisco to provide corporate testimony
21    for topic No. 78 that appears on page 23 of
22    Exhibit 429?
23      A.  Yes.
24      Q.  Do you understand that you've been
25    designated by Cisco to provide corporate testimony
                                          Page 9
```

Pages  6  to  9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    answered.
2        THE WITNESS: Cisco trusts the engineers
3    that they hired that are experts in the topic.
4    BY MR. WONG:
5        Q.  Mr. Remaker, did you review any deposition
6    testimony provided in this case to prepare for this
7    corporate deposition?
8        A.  Yes.
9        Q.  Did you review the deposition transcript
10   of Mr. Patel?
11       A.  I did not.
12       Q.  In the process of adding a new CLI command
13   to a Cisco operating system, is there a preferred or
14   best practice development approach that are followed
15   by Cisco engineers?
16       MR. NEUKOM: Objection. Asked and
17   answered. Also vague and compound.
18       THE WITNESS: Is there a best practice
19   for?
20   BY MR. WONG:
21       Q.  The development of and creation of a new
22   CLI command to be added to the operating system?
23   And let me just give you some context.
24       Mr. Patel testified about a five-stage
25   development process for adding new features to the

Page 154

1    group, the Parser Police mailing list, and any other
2    related mailing lists run by individual
3    organizations.
4        Q.  Anything else?
5        A.  Nothing I can think of off the top of my
6    head.
7        Q.  Is customer feedback a potential resource
8    for an employee who is creating a new CLI command?
9        MR. NEUKOM: Objection. The question
10   phrased in a hypothetical.
11       THE WITNESS: Customer feedback may be
12   used in the creation of a new CLI command.
13   BY MR. WONG:
14       Q.  Are industry standards resources that may
15   be used by Cisco employees to create CLI commands?
16       MR. NEUKOM: Objection. Vague. Calls for
17   a legal solution.
18       THE WITNESS: Development engineers may
19   use standards in the preparation of CLI commands.
20   BY MR. WONG:
21       Q.  And that includes IEEE standards, correct.
22       MR. NEUKOM: Objection. Vague and
23   compound.
24       THE WITNESS: That is my understanding.
25   ////

Page 156

1    Cisco's CLI and described how proposing the new CLI
2    commands for those features, what stages those were
3    done in.
4        A.  Okay.
5        Q.  And he testified that he thought this was
6    called the waterfall approach. I wasn't familiar
7    with that, but he described it as a five-stage
8    approach to development.
9        So my question to you is: Is there a
10   preferred approach at Cisco to come up with new CLI
11   commands in the process of adding new functionality
12   to Cisco's devices?
13       A.  The best practices may vary by individual
14   development group.
15       Q.  So you would have to look at each
16   development group to see whether there is a best
17   practice to coming up with a new CLI command; is
18   that right?
19       A.  I would have to look at each individual
20   development group.
21       Q.  What resources are available for an
22   engineer to consult when coming up with a new CLI
23   command?
24       A.  The resources include specific documents
25   in the development process for each individual

Page 155

1    BY MR. WONG:
2        Q.  That could also include IETF standards,
3    correct?
4        A.  That is my understanding.
5        Q.  And is the existing command set in the
6    Cisco CLI another resource that an engineer may
7    consult when coming up with a new CLI command?
8        MR. NEUKOM: Objection. Vague and
9    compound.
10       THE WITNESS: Are you saying can they look
11   at the existing code to develop new code?
12   BY MR. WONG:
13       Q.  Uh-huh.
14       A.  Yes.
15       Q.  Are there any resources that a Cisco
16   engineer is not allowed to consult when coming up
17   with a new command syntax?
18       A.  Beyond what they're not allowed to consult
19   with in general, based on the terms of employment,
20   I'm not aware of any specific restrictions.
21       Q.  Are Cisco employees free to rely upon
22   their own experiences working with non-Cisco CLI's
23   when coming up with new CLI commands for Cisco IOS?
24       MR. NEUKOM: Objection. Vague.
25   Hypothetical.

Page 157

Pages 154 to 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    estimate for us the number of documents -- the
2    number of historical Cisco documents you reviewed to
3    prepare yourself to testify today as a corporate
4    representative?
5      A.   Easily 60 to 100 documents.
6      Q.   And can you describe by category what
7    sorts of documents you reviewed to prepare yourself
8    to come testify today about the historical
9    origination of Cisco command line expressions?
10      A.   Individual command specifications written
11    by engineers, source code, some e-mails, some
12    internal web pages, and the deposition of Kirk
13    Lougheed.
14      Q.   Do you believe there is anybody within
15    Cisco who knows more about the historical creation
16    of the 500-plus command line expressions identified
17    in Exhibit 431, other than you?
18      A.   No.
19      MR. NEUKOM:   Thanks very much.
20      MR. WONG:   Thank you.
21      THE VIDEOGRAPHER:   This concludes today's
22    videotaped deposition of Cisco Systems, Inc.
23    pursuant to Rule 30(b)(6).
24      We're off the record at 4:14 p.m.
25      (TIME NOTED: 4:14 p.m.)

Page 214

1          REPORTER'S CERTIFICATION
2
3      I, Leslie Johnson, a Certified Shorthand
4   Reporter of the State of California, do hereby certify:
5      That the foregoing proceedings were taken
6   before me at the time and place herein set forth; that
7   any witnesses in the foregoing proceedings, prior to
8   testifying, were administered an oath; that a record of
9   the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction;
11   that the foregoing transcript is a true record of the
12   testimony given.
        Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16   I further certify I am neither financially interested in
17   the action nor a relative or employee of any attorney or
18   any party to this action.
19      IN WITNESS WHEREOF, I have this date
   subscribed my name.
20   Dated: April 15, 2016
21
22
23      <%signature%>
24      LESLIE JOHNSON
25      CSR No. 11451, RPR, CCRR

Page 216

1      DECLARATION UNDER PENALTY OF PERJURY
2
3      I, PHILLIP REMAKER, the witness herein,
4   declare under penalty of perjury that I have read the
5   foregoing in its entirety; and that the testimony
6   contained therein, as corrected by me, is a true and
7   accurate transcription of my testimony elicited at said
8   time and place.
9
10      Executed this _____ day of _____ 2016, at
11   _____.
12     (City)        (State)
13
14
15
16
17     _____
18      PHILLIP REMAKER
19
20
21
22
23
24
25

Page 215

Pages 214 to 216

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5    _____

                                    )
6    CISCO SYSTEMS, INC.,           )
7              Plaintiff,           )
8         vs.                       ) Case No.:
                                    ) 5:14-cv-05344-BLF(PSG)
9    ARISTA NETWORKS, INC.,         )
                                    )
10            Defendant.            )
     _____)

11

12

13       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14       VIDEOTAPED DEPOSITION OF ABHAY ROY

15           Palo Alto, California

16       Friday, December 18, 2015

17               Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                        Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1       UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5   _____
                            )
 6   CISCO SYSTEMS, INC.,    )
                             )
 7       Plaintiff,   )
                      )
 8   vs.              )Case No.:
                      )5:14-cv-05344-BLF(PSG)
 9   ARISTA NETWORKS, INC.,  )
                             )
10       Defendant.   )
                      )
11   _____
12
13      VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME I,
14   taken on behalf of the Defendant, at Wilson Sonsini
15   Goodrich & Rosati, 601 California Avenue, Palo Alto,
16   California, beginning at 9:30 a.m. and ending at
17   4:47 p.m. on Friday, December 18, 2015, before
18   RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
19
20
21
22
23
24
25
                                                 Page 2
```

```
 1   APPEARANCES (continued):
 2
 3   For Defendant ARISTA NETWORKS, INC.:
 4       KEKER & VAN NEST, LLP
 5       BY:  DAVID J. SILBERT
 6       ELIZABETH K. McCLOSKEY
 7       Attorneys at Law
 8       633 Battery Street
 9       San Francisco, CA 94111
10       415.676.2269
11       dsilbert@kvn.com
12       emccloskey@kvn.com
13
14   Videographer:
15       CASSIA LEET
16
17
18
19
20
21
22
23
24
25
                                                 Page 4
```

```
 1   APPEARANCES:
 2
 3   For Plaintiff CISCO SYSTEMS, INC., and the Witness:
 4       QUINN EMANUEL URQUHART & SULLIVAN LLP
 5       BY: JOHN M. NEUKOM
 6       Attorney at Law
 7       50 California Street, 22nd Floor
 8       San Francisco, CA  94111
 9       415.875.6320
10       johnneukom@quinnemanuel.com
11   and
12       QUINN EMANUEL URQUHART & SULLIVAN LLP
13       BY: SIDNEY ARCHIBALD
14       Attorney at Law
15       555 Twin Dolphin Drive, 5th Floor
16       Redwood Shores, CA 94065
17       650.801.5000
18       sydneyarchibald@quinnemanuel.com
19
20
21
22
23
24
25
                                                 Page 3
```

```
 1                  INDEX
 2   WITNESS              EXAMINATION
 3   ABHAY ROY
 4   VOLUME I
 5
 6       BY MR SILBERT   10, 87, 219
 7
 8
 9            EXHIBITS
10   NUMBER       DESCRIPTION        PAGE
11   Exhibit 51  LinkedIn Profile for
                 Abhay Roy            11
12
     Exhibit 52  Cisco IOS Master Command
13               List, All Releases   18
14   Exhibit 53  CLI Design and Review
                 Guide
15               (Bates CSI-ANI-00073381 -
                 00073381 000014)     40
16
     Exhibit 54  Cisco's Third Supplemental
17               Response to Interrogatory
                 No  16 and Response to
18               Interrogatory No  19
                 Amended Exhibit F    57
19
     Exhibit 55  Bidirectional Forwarding
20               Detection (BFD) for IPv4
                 and IPv6 (Single Hop)
21               (Bates ARISTANDCA00030805 -
                 00030811)            61
22
     Exhibit 56  The OSPF Specification
23               (Bates ARISTANDCA00022597 -
                 00022703)            80
24
25
                                                 Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER        DESCRIPTION        PAGE | |
| 3 | Exhibit 57  Bidirectional Forwarding | |
| | Detection (BFD) | |
| 4 | (Bates ARISTANDCA00030756 - | |
| | 00030804) | 99 |
| 5 | | |
| | Exhibit 58  Internet Protocol, | |
| 6 | Version 6 (IPv6) | |
| | Specification | |
| 7 | (Bates ARISTANDCA00025710 - | |
| | 00025746) | 105 |
| 8 | | |
| | Exhibit 59  OSPF Commands: ip ospf | |
| 9 | fast-reroute per-prefix | |
| | through R | 130 |
| 10 | | |
| | Exhibit 60  CSCdi42640 | |
| 11 | (Bates CSI-CLI-01542004) | 137 |
| 12 | Exhibit 61  CSCdj76740 | 140 |
| 13 | Exhibit 62  CSCdj76740 | 140 |
| 14 | Exhibit 63  Screen shot of a webpage | |
| | titled "Do you have | |
| 15 | knowledge of IPR in | |
| | draft-ietf-isis-mi" | 169 |
| 16 | | |
| 17 | Exhibit 64  Screen shot of a webpage | |
| | titled "Re:[68ATTENDEES] | |
| | RFC Author License | |
| 18 | Execution Opportunity" | 171 |
| 19 | Exhibit 65  E-mail chain dated | |
| | 11/23/15 to Leo Boulton, | |
| 20 | et al , from Brian | |
| | Jackson | |
| 21 | (Bates CSI-CLI-01477442 - | |
| | 01477448) | 179 |
| 22 | | |
| | Exhibit 66  E-mail chain dated 9/8/15 | |
| 23 | from Umesh Dudani to | |
| | Abhay Roy | |
| 24 | (Bates CSI-CLI-01438733 - | |
| | 01438743) | 193 |
| 25 | | |

Page 6

---

| | INDEX (Continued): | |
|---|---|---|
| 1 | | |
| 2 | PREVIOUSLY MARKED EXHIBITS | |
| 3 | EXHIBIT  PAGE | |
| 4 | 29        75 | |
| 5 | (Retained by Counsel) | |
| 6 | | |
| 7 | INSTRUCTION NOT TO ANSWER | |
| 8 | Page    Line | |
| 9 | 57        23 | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 8

---

| | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER        DESCRIPTION        PAGE | |
| 3 | Exhibit 67  E-mail chain dated 7/3/13 | |
| | from Vittal Krishnamurthy | |
| 4 | to Pranav Mehta, et al | |
| | (Bates CSI-CLI-01483915 - | |
| 5 | 01483921) | 204 |
| 6 | Exhibit 68  E-mail chain dated 9/16/15 | |
| | from Shane Corban to Yong | |
| 7 | Hu, et al | |
| | (Bates CSI-CLI-01440122 - | |
| 8 | 01440128) | 204 |
| 9 | Exhibit 69  OSPFv3 support in IOS | |
| | Software Unit Functional | |
| 10 | Specification | |
| | (Bates CSI-CLI-00609752 - | |
| 11 | 00609769) | 219 |
| 12 | Exhibit 70  Support of BFD in OSPFv2 | |
| | Functional Specification | |
| 13 | (Bates CSI-CLI-00610401 - | |
| | 00610409) | 219 |
| 14 | | |
| | Exhibit 71  CSCdk33792 | 219 |
| 15 | | |
| | Exhibit 72  CSCdk33792 | 219 |
| 16 | | |
| | Exhibit 73  Support of BFD in OSPFv2 | |
| 17 | Functional Specification | |
| | (Bates CSI-CLI-00610410 - | |
| 18 | 00610420) | 219 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 7

---

```
 1    Palo Alto, California; Friday, December 18, 2015
 2         9:30 a m
 3              09:30AM
 4    THE VIDEOGRAPHER:  Good morning  We are on the   09:30AM
 5    record at 9:30 a m on December 18th, 2015        09:30AM
 6    This is the video-recorded deposition of         09:30AM
 7    Abhay Roy                                         09:30AM
 8    My name is Cassia Leet, here with our Court       09:30AM
 9    Reporter, Rachel Ferrier  We are here from Veritext 09:30AM
10    Legal Solutions at the request of counsel for the  09:30AM
11    defendant                                        09:30AM
12    This deposition is being held at 601 California   09:30AM
13    Avenue, Palo Alto, California 94304              09:30AM
14    The caption of this case is Cisco Systems, Inc ,  09:31AM
15    versus Arista Networks, Inc , in the United States 09:31AM
16    District Court, Northern District of California,   09:31AM
17    San Jose Division, Case No  5:14-cv-05344-BLF (PSG) 09:31AM
18    Please note that the audio and video recording   09:31AM
19    will take place unless all parties agree to go off the 09:31AM
20    record  Microphones are sensitive and may pick up  09:31AM
21    whispers and private conversations               09:31AM
22    I am not related to any party in this action, nor 09:31AM
23    am I financially interested in the outcome in any way 09:31AM
24    If there are any objections to the proceeding,   09:31AM
25    please state them at the time of your appearance, 09:31AM
```

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 66**

1 Q And -- do you know the general dates? 11:11AM
2 A Yeah, I mean, I'll be completely widely 11:11AM
3 speculating, so I would rather not 11:11AM
4 Q Okay Do you have any knowledge of when Mr Ward 11:12AM
5 worked at Cisco? 11:12AM
6 A Same thing 11:12AM
7 Q Okay At the time Exhibit 55 was published. 11:12AM
8 they -- both Mr Katz and Mr Ward worked at Juniper 11:12AM
9 Networks; is that right? 11:12AM
10 A Yes That's what this -- that's what this 11:12AM
11 document is telling us -- 11:12AM
12 Q Okay 11:12AM
13 A -- that is rendered, yes 11:12AM
14 Q And Juniper Networks is a competitor of Cisco; 11:12AM
15 correct? 11:12AM
16 A Yes Juniper makes routers and switches 11:12AM
17 Q Okay If you look at the title of the document, 11:12AM
18 it says "Bidirectional Forwarding Detection (BFD) " 11:12AM
19 Do you see that? 11:13AM
20 A Yes, I see that 11:13AM
21 Q Is the acronym BFD one that's commonly used in 11:13AM
22 the industry? 11:13AM
23 MR NEUKOM: Objection; foundation, calls for 11:13AM
24 opinion testimony 11:13AM
25 THE WITNESS: So if you stay in the scope of this 11:13AM

**Page 67**

1 document, the primary purpose, as I was answering 11:13AM
2 earlier, is for the reader to understand this document 11:13AM
3 and refer to -- to BFD as -- as a acronym versus saying 11:13AM
4 or fully spelling out Bidirectional Forwarding 11:13AM
5 Detection. That's the purpose in this document. 11:13AM
6 Now, as far as the industry is concerned, I have 11:13AM
7 no idea what people want to call it, but the correct 11:13AM
8 thing to call it would be the full name, which is the 11:13AM
9 technology, which is Bidirectional Forwarding Detection. 11:13AM
10 People could abbreviate and say all sorts of things, 11:13AM
11 detection using bidirectional checks or doing all sorts 11:13AM
12 of things, so variety of options possible. 11:14AM
13 MR. SILBERT: Okay. But fair enough. 11:14AM
14 Q But you agree that the acronym BFD, to refer to 11:14AM
15 Bidirectional Forwarding Detection, appears in 11:14AM
16 Exhibit 55? 11:14AM
17 A Yes, that is correct. I see that. 11:14AM
18 Q Yeah. Okay. 11:14AM
19 Would you please turn to the second page of the 11:14AM
20 document under Section 2, and I'm looking at the 11:14AM
21 section -- Section 2 with the heading "Applications and 11:14AM
22 Limitations." 11:14AM
23 Do you see that? 11:14AM
24 A Yes, I see that. 11:14AM
25 Q Under that, it says, "This application of BFD can 11:14AM

**Page 68**

1 be used by any pair of systems communicating via IPv4 11:14AM
2 and/or IPv6 across a single IP hop that is associated 11:14AM
3 with an incoming interface." 11:14AM
4 Do you see that language? 11:14AM
5 A Yes, I see that. 11:14AM
6 Q Under the BFD standard, is BFD enabled for a 11:14AM
7 specific interface? 11:15AM
8 MR. NEUKOM: Objection; vague, calls for opinion 11:15AM
9 testimony. 11:15AM
10 THE WITNESS: So I don't remember the complete 11:15AM
11 details of the document. My closest recollection is the 11:15AM
12 specified -- as -- the line you just quoted, it is a 11:15AM
13 technology where two devices on a single interface can 11:15AM
14 detect each other in a faster way. 11:15AM
15 BY MR. SILBERT: 11:15AM
16 Q Okay. Sorry to jump around on you, but I'm going 11:15AM
17 to do this -- I'm going to warn you, I'm going to do 11:15AM
18 this some today. 11:15AM
19 Could you look back at Exhibit 54 -- or, 11:15AM
20 actually, strike that. That's okay. 11:16AM
21 What -- what is the function of the 11:16AM
22 "bfd all-interfaces" command in Cisco IOS? 11:16AM
23 A So BFD -- I mean, this is a slightly longer 11:16AM
24 answer, so BFD -- we just looked at the spec. This is 11:16AM
25 the technology where, on a per-interface basis between 11:16AM

**Page 69**

1 two devices, you can set up this functionality to detect 11:16AM
2 whoever goes down faster, right? 11:16AM
3 When we ship this technology to our customers, 11:16AM
4 what we realized is they have a lot of such interfaces, 11:16AM
5 and if you had, let's say, a hundred interfaces, it was 11:16AM
6 quite cumbersome to go and configure, on each interface, 11:16AM
7 that I really want to protect myself; I really want BFD 11:16AM
8 enabled 11:17AM
9 So what we came up with is: What if we gave you 11:17AM
10 a shorthand which you can configure at a higher 11:17AM
11 construct? 11:17AM
12 So the example I was giving earlier is, in 11:17AM
13 OSPF -- OSPF Version 3, in the router context -- not in 11:17AM
14 the interface context, in the router context -- you can 11:17AM
15 go and say, BFD, please configure for all interfaces 11:17AM
16 And that simplifies the operational aspect, and 11:17AM
17 customers can now just do this versus having to go to 11:17AM
18 each interface and enabling one at a time, so that's the 11:17AM
19 primary intent based on the feedback we got 11:17AM
20 Q Okay And so just to make sure that I 11:17AM
21 understand, the "bfd all-interfaces" command enables BFD 11:17AM
22 for all interfaces; is that correct? 11:17AM
23 MR NEUKOM: Objection; misstates prior 11:17AM
24 testimony 11:17AM
25 THE WITNESS: I would add little bit to that In 11:17AM

18 (Pages 66 - 69)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 104 of 122
HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 the context of a certain routing protocol -- 11:17AM | 1 where the "probably" comes from 11:20AM |
| 2    MR. SILBERT: Okay. 11:17AM | 2 Q  Okay  But you don't have any actual image in 11:20AM |
| 3    THE WITNESS: -- it enables BFD for all 11:18AM | 3 your head of those discussions; is that right? 11:20AM |
| 4 interfaces where that routing protocol is enabled, but, 11:18AM | 4 A  That's correct 11:20AM |
| 5 yeah. 11:18AM | 5 Q  Okay  Why don't you go back to -- let's -- let's 11:20AM |
| 6 BY MR. SILBERT: 11:18AM | 6 look again at Exhibit 54, this table, and would you 11:20AM |
| 7 Q  Okay. We discussed earlier the fact that you 11:18AM | 7 please turn to page 12 11:20AM |
| 8 don't know who came up with the expression 11:18AM | 8    Do you see, a little more than midway down the 11:21AM |
| 9 "bfd all-interfaces"; is that correct? 11:18AM | 9 page, the Command Expression in the left-hand column 11:21AM |
| 10    MR. NEUKOM: Objection; misstates prior 11:18AM | 10 "ip ospf authentication"? 11:21AM |
| 11 testimony. 11:18AM | 11 A  Yeah, I see that 11:21AM |
| 12    THE WITNESS: Yeah, so as I said earlier, this 11:18AM | 12 Q  Okay  And do you see the next column with the 11:21AM |
| 13 was a set of engineers who were working on this across 11:18AM | 13 heading "Author/Originator Information"?  It says 11:21AM |
| 14 multiple protocols, and it's collaborative.  I can't 11:18AM | 14 "Cisco" and then your name? 11:21AM |
| 15 pinpoint to specific engineer who probably suggested 11:18AM | 15 A  Yes, I see that 11:21AM |
| 16 these exact words. 11:18AM | 16 Q  Did you come up with the expression "ip ospf 11:21AM |
| 17 BY MR. SILBERT: 11:18AM | 17 authentication"? 11:21AM |
| 18 Q  Okay.  And I take it that you also don't know 11:18AM | 18 A  I'll probably give you a similar answer; that I 11:21AM |
| 19 what sources that engineer or those engineers referred 11:18AM | 19 was part of the team who were working on it  Was this 11:21AM |
| 20 to in coming up with that expression; is that correct? 11:19AM | 20 purely me or was it a combined brainstorming with the 11:21AM |
| 21    MR. NEUKOM: Objection; misstates prior 11:19AM | 21 team, I don't have specific recollection 11:21AM |
| 22 testimony. 11:19AM | 22 Q  Okay  And similar to the "bfd all-interfaces" 11:22AM |
| 23    THE WITNESS: Yeah, so, I mean, I can't recollect 11:19AM | 23 command that we discussed, do you have any knowledge of 11:22AM |
| 24 what -- what sources they used to come up with this 11:19AM | 24 what person or persons actually came up with the 11:22AM |
| 25 exactly. 11:19AM | 25 expression "ip ospf authentication"? 11:22AM |
| Page 70 | Page 72 |

| | |
|---|---|
| 1 BY MR. SILBERT: 11:19AM | 1    MR. NEUKOM: Objection; asked and answered. 11:22AM |
| 2 Q  What was your personal involvement, if any, in 11:19AM | 2    THE WITNESS: Yeah, no specific names I can cite, 11:22AM |
| 3 naming the "bfd all-interfaces" command? 11:19AM | 3 but, again, this is similar to what I said.  The team 11:22AM |
| 4 A  So I remember the implementation part of the 11:19AM | 4 talks about it and comes up with the name.  Who -- who 11:22AM |
| 5 command where I was a developer writing the code and 11:19AM | 5 seeded the word or part of the word and how we arrived 11:22AM |
| 6 implementing the command 11:19AM | 6 at the final word, no specific recollection. 11:22AM |
| 7    In the naming part, as I said, I don't quite 11:19AM | 7 BY MR. SILBERT: 11:22AM |
| 8 recollect was it my idea or was it a collaborative idea 11:19AM | 8 Q  Okay.  And, again, I -- I'm assuming this is 11:22AM |
| 9 which finally came to these exact choice of words, yeah, 11:19AM | 9 true, but correct me if I'm wrong. 11:22AM |
| 10 so I don't recall  Probably participated in the 11:19AM | 10    You -- you have no image in your head of any 11:22AM |
| 11 discussion of coming to this exact command syntax 11:19AM | 11 discussions surrounding this particular term with 11:22AM |
| 12 Q  Okay  Where you say "probably participated in 11:19AM | 12 respect to coming up with this expression? 11:23AM |
| 13 the discussion," do you have any recollection of 11:20AM | 13 A  That's correct, no specific recollection. 11:23AM |
| 14 participating in a discussion that came to this exact 11:20AM | 14 Q  Okay.  What is the function of the command 11:23AM |
| 15 command syntax? 11:20AM | 15 "ip ospf authentication"? 11:23AM |
| 16 A  Yeah, so no specific recollection 11:20AM | 16 A  This command is at a -- at a interface level, if 11:23AM |
| 17 Q  Do you have a general recollection of 11:20AM | 17 I remember, and what this does is if -- if two devices 11:23AM |
| 18 participating in that discussion? 11:20AM | 18 are talking OSPF, you can configure both devices to -- 11:23AM |
| 19 A  The general recollection is, again, based on some 11:20AM | 19 to do some level of encoding in the packets so that they 11:23AM |
| 20 of the earlier comments I made  The -- the way we 11:20AM | 20 can validate each other.  There are different types of 11:23AM |
| 21 actually design a new command is the team talks about 11:20AM | 21 authentication.  There is -- if I remember, again, 11:23AM |
| 22 it  The team brainstorms about it, and I was part of 11:20AM | 22 correctly, there is a clear text authentication.  There 11:23AM |
| 23 the team working at that time, so it will be hard to 11:20AM | 23 is a message digest -- digest authentication, and I 11:23AM |
| 24 believe that I was hiding under the table not really 11:20AM | 24 think those are the -- those are the additional keywords 11:23AM |
| 25 doing anything, so I was probably participating  That's 11:20AM | 25 associated with this command. 11:24AM |
| Page 71 | Page 73 |

19 (Pages 70 - 73)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 105 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 74**

1   Q  Okay. What's the significance of the term "ip"  11:24AM
2 at the start of this command?  11:24AM
3   A  IP -- I think we -- we kept "ip" as the top-level  11:24AM
4 keyword for things which were related to IP before, so  11:24AM
5 "ip" really implies IP Version 4.  11:24AM
6   Q  Okay. And just to back up for a second, IP  11:24AM
7 stands for Internet protocol; correct?  11:24AM
8   A  That is correct.  11:24AM
9   Q  And IPv4 stands for -- or refers to Version 4 of  11:24AM
10 the Internet protocol; is that correct?  11:24AM
11   A  That is correct. That is correct.  11:24AM
12   Q  And the Internet protocol is specified in a  11:24AM
13 standard published by the IETF; correct?  11:24AM
14   A  That it's correct.  11:24AM
15   Q  And IPv4 is specified in a standard published by  11:24AM
16 the IP -- IETF; correct?  11:25AM
17   A  Yes, that's correct.  11:25AM
18   Q  Okay. The acronym IP was used by the industry to  11:25AM
19 refer to Internet protocol before Cisco used it in CLI  11:25AM
20 commands; correct?  11:25AM
21      MR. NEUKOM: Objection; foundation.  11:25AM
22      THE WITNESS: So the term "IP," just like we  11:25AM
23 discussed for BFD -- right? -- when you write Internet  11:25AM
24 standard, you try to abbreviate technologies, and,  11:25AM
25 again, we can look at that document and confirm that's  11:25AM

**Page 75**

1 true or not  I'm guessing it says Internet protocol and  11:25AM
2 that abbreviates it as "IP," and the document refers to  11:25AM
3 that so that you don't have to keep saying "Internet  11:25AM
4 protocol" or "Internet Protocol Version 4 "  11:25AM
5      MR NEUKOM: By the way, David, while you are  11:26AM
6 getting a new document, just as a housekeeping matter,  11:26AM
7 30 minutes or so ago I objected to a question you asked  11:26AM
8 the witness on the basis of attorney-client privilege,  11:26AM
9 and I meant to have objected on the basis of attorney  11:26AM
10 work product  11:26AM
11      MR SILBERT: Okay  11:26AM
12      MR NEUKOM: So  11:26AM
13 BY MR SILBERT:  11:26AM
14   Q  This is -- let me show you a document that's  11:26AM
15 already been marked as Exhibit 29 in this case  11:26AM
16     Do you recognize this document?  11:26AM
17   A  Yes, I do  11:27AM
18   Q  What is it?  11:27AM
19   A  This is an RFC which details the Internet  11:27AM
20 protocol  11:27AM
21   Q  And the publication date shown here is  11:27AM
22 September 1981; correct?  11:27AM
23   A  Yes, that is correct  11:27AM
24   Q  And was this, to your knowledge, the first  11:27AM
25 version of the Internet protocol that's described in  11:27AM

**Page 76**

1 this document, Exhibit 29?  11:27AM
2      MR. NEUKOM: Objection; foundation.  11:27AM
3      THE WITNESS: So I'm just reading page 1 -- or  11:27AM
4 what you have in your bottom as 1557. Just below the  11:27AM
5 RFC 791, it says, Replaces RFC 760, which generally  11:27AM
6 implies there was prior work, which -- which his  11:27AM
7 supersedes.  11:27AM
8 BY MR. SILBERT:  11:28AM
9   Q  Okay. And forgive me if I've asked you this --  11:28AM
10     (Discussion off the stenographic record.)  11:28AM
11 BY MR. SILBERT:  11:28AM
12   Q  I apologize if I've asked you this already, but  11:28AM
13 have -- have you heard the Internet protocol abbreviated  11:28AM
14 IP outside the context of Cisco?  11:29AM
15   A  As in what are the other possible abbreviations?  11:29AM
16 For example, intellectual property we use "IP" term all  11:29AM
17 the time.  11:29AM
18   Q  We do that too. No.  11:29AM
19     My question is: Have you heard the abbreviation  11:29AM
20 IP used to refer to the Internet protocol outside the  11:29AM
21 context of Cisco?  11:29AM
22      MR. NEUKOM: Objection; vague.  11:29AM
23      THE WITNESS: So in -- in IETF -- as part of my  11:29AM
24 role in IETF, people do loosely refer Internet Protocol  11:29AM
25 Version 6 as "IP," as -- as one -- one of the variants.  11:29AM

**Page 77**

1 There are, again, multiple ways to say that  11:29AM
2 BY MR SILBERT:  11:29AM
3   Q  Have you heard the expression "TCP/IP"?  11:29AM
4   A  Yes, I have  11:29AM
5   Q  Do you know what the IP stands for in that  11:29AM
6 expression?  11:29AM
7   A  That is the Internet protocol  11:30AM
8   Q  Okay And that's the same Internet protocol that  11:30AM
9 we have been discussing here this morning; correct?  11:30AM
10   A  Correct  11:30AM
11     Except in -- when you say "TCP/IP," it's probably  11:30AM
12 a little broader because it does not imply which IP  11:30AM
13 version you might be using  For example, you may be  11:30AM
14 using IP with IP Version 6, or you may be using  11:30AM
15 IP Version 4  It's a slightly broader term  11:30AM
16   Q  Okay  I think you mentioned this previously, but  11:30AM
17 before somebody came up with the expression "ip ospf  11:30AM
18 authentication," Cisco used "IP" as a top-level keyword  11:30AM
19 in other commands; correct?  11:30AM
20   A  That is correct  11:30AM
21   Q  And so when someone came up with the expression  11:31AM
22 "ip ospf authentication," they followed that same  11:31AM
23 syntax; correct?  11:31AM
24      MR NEUKOM: Objection; vague  11:31AM
25      THE WITNESS: Authentication keyword, when it was  11:31AM

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 introduced -- again, I'm trying to recollect from my    11:31AM
2 20-year-old memory  IP OSPF existed in the sense that    11:31AM
3 there were commands with IP OSPF some other options  It    11:31AM
4 made sense to attach authentication to that chain    11:31AM
5 already rather than sort of create something brand new    11:31AM
6 BY MR SILBERT:    11:31AM
7    Q  Okay  And, in fact, if you look below -- looking    11:31AM
8 still at Exhibit 54, if you look immediately below "ip    11:31AM
9 ospf authentication," do you see the entry for "ip ospf    11:31AM
10 authentication-key"?    11:32AM
11    A  Yes, I see that    11:32AM
12    Q  And the -- if you look there, the date of the    11:32AM
13 earliest-known document that's listed for that    11:32AM
14 expression is 1993, which is five years or so earlier    11:32AM
15 than the date listed for "ip ospf authentication"; is    11:32AM
16 that correct?    11:32AM
17    A  That's what this document says, yes    11:32AM
18    Q  Do you know what the person or persons who came    11:32AM
19 up with the expression "ip ospf authentication" referred    11:32AM
20 to when coming up with that expression?    11:32AM
21    A  Are you asking for the previous command, which is    11:32AM
22 the "ip ospf authentication" --    11:32AM
23    Q  Yes    11:32AM
24    A  -- or the "key" command --    11:32AM
25    Q  No    11:32AM
Page 78

1    A  -- the previous -- okay    11:32AM
2    Q  Yeah    11:32AM
3    A  "Ip ospf authentication" referred to enabling the    11:32AM
4 authentification features -- as we said, it could be    11:33AM
5 clear text or it could be message digest -- on that    11:33AM
6 interface    11:33AM
7    Q  Yeah, I apologize because my question --    11:33AM
8    A  Okay    11:33AM
9    Q  -- wasn't clear    11:33AM
10    What I actually was trying to ask you was:  Do    11:33AM
11 you know what documents or source materials the people    11:33AM
12 who came up with the expression "ip ospf authentication"    11:33AM
13 referred to when naming that command?    11:33AM
14    A  So I can't tell you anything very specific, but    11:33AM
15 what typically happens, I can say, is when you write a    11:33AM
16 new command, of course, you will see source code    11:33AM
17 changes, which looks like it refers to  You may also    11:33AM
18 produce customer-facing documents  For example, we saw    11:33AM
19 command reference where also this will get documented as    11:33AM
20 what it does and what the syntax is and so on    11:33AM
21    Q  Okay  And just to be clear, you are saying    11:33AM
22 that's what typically happens because you don't know    11:34AM
23 what the person or persons who named the command    11:34AM
24 "ip ospf authentication" actually referred to when they    11:34AM
25 named that command; is that correct?    11:34AM
Page 79

1    A  Yes    11:34AM
2    MR NEUKOM:  Objection; misstates prior    11:34AM
3 testimony    11:34AM
4    THE WITNESS:  Yes  I don't have, again, specific    11:34AM
5 recollection of what sort of documentation or documents    11:34AM
6 we wrote at that time    11:34AM
7 BY MR SILBERT:    11:34AM
8    Q  Okay  We have talked a little bit about OSPF    11:34AM
9    There's an OSPF standard that's published by    11:34AM
10 IETF; correct?    11:34AM
11    MR NEUKOM:  Objection; vague    11:34AM
12    THE WITNESS:  So OSPF is basically Open Shortest    11:34AM
13 Path First  It's one of the routing protocols  OSPF    11:34AM
14 has had multiple IETF standards published over time, and    11:34AM
15 as we just saw, in the case of IP, sometimes the newer    11:35AM
16 one deprecate the older one and so on, so there are    11:35AM
17 multiple standards out there related to OSPF    11:35AM
18    MR SILBERT:  Okay    11:35AM
19    (Exhibit 56 was marked for    11:35AM
20    identification by the Court Reporter )    11:35AM
21 BY MR SILBERT:    11:35AM
22    Q  Mr Roy, would you please look at Exhibit 56 and    11:36AM
23 tell me if you recognize it    11:36AM
24    A  Yes, I do    11:36AM
25    Q  What is it?    11:36AM
Page 80

1    A  This is another of OSPF standards RFC, which    11:36AM
2 specifies OSPF protocol, protocol specification.    11:36AM
3    Q  And this document states that it was published in    11:36AM
4 October 1989; correct?    11:36AM
5    A  That is correct.    11:36AM
6    Q  And the author listed here is someone named    11:36AM
7 J. Moy, M-o-y; is that correct?    11:36AM
8    A  Yes.  John Moy was the author.    11:36AM
9    Q  And the company where he's listed as working is    11:36AM
10 Proteon, Inc.; is that correct?    11:37AM
11    A  Correct, so at the time of publication of this    11:37AM
12 document, he was employed by Proteon, Inc.    11:37AM
13    Q  Do you know Mr. Moy?    11:37AM
14    A  Yes, I do.    11:37AM
15    Q  Did he ever work for Cisco?    11:37AM
16    A  Not that I know of.    11:37AM
17    Q  This document, in its title, uses the acronym    11:37AM
18 OSPF; correct?    11:37AM
19    A  Yes, it does.    11:37AM
20    Q  Who -- who came up with that acronym, to your    11:37AM
21 knowledge?    11:37AM
22    A  So I think I'll give you the same answer I gave    11:37AM
23 for BFD.  If you move to the page 1, which is 2601 in    11:37AM
24 the bottom-right label, and if you see Section 1, talks    11:37AM
25 about the first time that abbreviation was introduced,    11:37AM
Page 81

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 82**

1 and that's very typical in IETF standards, that the long    11:38AM
2 things we create acronym at the first reference and    11:38AM
3 continue to use it in this document    11:38AM
4    Q   So my question is just this: So far as you know,    11:38AM
5 someone outside of Cisco came up with the acronym OSPF;    11:38AM
6 correct?    11:38AM
7    A   So IETF -- IETF products is a complicated    11:38AM
8 process, and let me just give you a quick glimpse of it    11:38AM
9        What you are seeing is the finished product,    11:38AM
10 which John Moy was the lead author and he took it to the    11:38AM
11 RFC    11:38AM
12        What happened before that and how many versions    11:38AM
13 were there and who are the people who sort of worked and    11:38AM
14 collaborated to get to this stage, you can find that    11:38AM
15 information, that -- how many earlier revisions of the    11:38AM
16 drafts are there, who are the collaborator, where they    11:38AM
17 worked for -- whichever companies they worked for,    11:39AM
18 right? -- and how did they come to this    11:39AM
19        So if I have to say, just looking at this, who    11:39AM
20 came with this and who coined the term or who coined the    11:39AM
21 acronym OSPF    11:39AM
22    Q   Okay   But nevertheless, that acronym was in    11:39AM
23 common usage before it was used by Cisco in a CLI    11:39AM
24 command; correct?    11:39AM
25        MR. NEUKOM:  Objection: calls for opinion    11:39AM

**Page 83**

1 testimony.    11:39AM
2        THE WITNESS:  So I don't know when Cisco    11:39AM
3 implemented OSPF first, so it's hard to say what    11:39AM
4 happened first.    11:39AM
5        Again, a corollary comment, a lot of times Cisco    11:39AM
6 is -- is the driver of technologies, and we implement    11:39AM
7 things, and then we publish standards off it, so there    11:39AM
8 could be a coincidence where it has been used in Cisco    11:39AM
9 before or -- or in a standard document before -- again,    11:39AM
10 I don't know enough history on that that happened    11:40AM
11 when.    11:40AM
12 BY MR. SILBERT:    11:40AM
13    Q   Okay.  You are going to agree with me, though, I    11:40AM
14 think, that the standard itself uses the acronym OSPF;    11:40AM
15 right?    11:40AM
16    A   The document does create the acronym for the use    11:40AM
17 for the document.    11:40AM
18    Q   Okay.  Would you turn to the page that ends in    11:40AM
19 the Bates No. 622?    11:40AM
20        MR. NEUKOM:  Sorry, what page, David?    11:40AM
21        MR. SILBERT:  Bates No. 622.    11:40AM
22        MR. NEUKOM:  Okay.  Thank you.    11:41AM
23 BY MR. SILBERT:    11:41AM
24    Q   Do you see Section 6 that's with the heading "The    11:41AM
25 Area Data Structure"?    11:41AM

**Page 84**

1    A   Yeah, I see that.    11:41AM
2    Q   What is an area data structure in OSPF?    11:41AM
3        MR. NEUKOM:  Objection; calls for opinion    11:41AM
4 testimony.    11:41AM
5        THE WITNESS:  So "data structure" is -- is a    11:41AM
6 computer science terminology which is how you store    11:41AM
7 data, potentially, in a software implementation.    11:41AM
8        "Area" is a concept introduced in this RFC    11:41AM
9 which -- which refers to a collection of devices which    11:42AM
10 have -- which are in the same area -- or who make a    11:42AM
11 collective decision together by -- by knowing each    11:42AM
12 other's state up front.    11:42AM
13        So Internet data structure, I think, is going    11:42AM
14 into, if you had such a collection of objects, these are    11:42AM
15 the objects you probably want to keep in that collection    11:42AM
16 of objects.    11:42AM
17 BY MR. SILBERT:    11:42AM
18    Q   Okay.  Okay.  Would you look at two pages more    11:42AM
19 at -- on the page that ends with the Bates No. 624.    11:42AM
20    A   Yes.    11:42AM
21    Q   And do you see the bolded term "authentication    11:42AM
22 type"?  It's in the top third --    11:42AM
23    A   Yes, I see that.    11:42AM
24    Q   -- of the page?    11:42AM
25    A   Yeah, I see that.    11:42AM

**Page 85**

1    Q   Under the OSPF standard, does an operator specify    11:42AM
2 the authentification type to be used for an area?    11:43AM
3        MR. NEUKOM:  Objection; vague, calls for opinion    11:43AM
4 testimony    11:43AM
5        THE WITNESS:  So as per this document, what was    11:43AM
6 described here is in a area you could specify if    11:43AM
7 authentication is in use, and I think it also refers to    11:43AM
8 this other section where you can find details of what    11:43AM
9 types of authentication, Appendix E    11:43AM
10        As a -- as a operator, you may or may not choose    11:43AM
11 to have authentication   That is totally up to you   If    11:43AM
12 you think your network is very secure, you may choose to    11:43AM
13 not have authentication   If you really want to secure    11:43AM
14 your network, there are a variety of ways to    11:43AM
15 authenticate it, and this just refers to that -- what    11:43AM
16 mechanisms exist at the area level    11:44AM
17 BY MR. SILBERT:    11:44AM
18    Q   Okay   And would you agree that authentication is    11:44AM
19 a concept that's introduced in this OSPF specification?    11:44AM
20        MR. NEUKOM:  Objection; calls for opinion    11:44AM
21 testimony and vague    11:44AM
22        THE WITNESS:  This document has used the term    11:44AM
23 "authentication," but basically what we are talking    11:44AM
24 about is:  Are there ways -- are there ways to validate?    11:44AM
25 Are there ways to secure communication between devices?    11:44AM

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

---

**Page 86**

1    MR SILBERT: Okay  We need to change the tape,  11:44AM
2  so we will have to pause there                11:44AM
3      THE VIDEOGRAPHER: This marks the end of      11:44AM
4  Volume 1, Media No  1 of the deposition of Abhay Roy   11:44AM
5    The time is 11:44 a m  We are off the record   11:44AM
6  (Lunch recess taken )                        11:44AM
7      ---o0o---                              11:44AM
8                                           11:44AM
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 87**

1  AFTERNOON SESSION              12:24 P M  11:44AM
2                              12:24PM
3      THE VIDEOGRAPHER: We are back on the record at   12:24PM
4  12:24 p m                    12:24PM
5    This marks the beginning of Volume 1, Media No  2  12:24PM
6  of the deposition of Abhay Roy          12:24PM
7    Please continue                  12:24PM
8  BY MR SILBERT:                  12:24PM
9    Q  Good afternoon, Mr Roy            12:24PM
10    Before the lunch break, we were talking about the  12:24PM
11  command "ip ospf authentication "        12:24PM
12    Do you recall that?              12:24PM
13    A  Yes, I do                  12:24PM
14    Q  Do you agree that authentication is a parameter  12:24PM
15  that's introduced in the OSPF specification?    12:24PM
16      MR NEUKOM: Objection; vague, calls for opinion  12:24PM
17      THE WITNESS: I think you referred me to some   12:24PM
18  section  Could you point me to that again?    12:24PM
19      MR SILBERT: Yeah  We were looking at the page  12:24PM
20  that ends in Bates No  624 in Exhibit 56, which is the  12:24PM
21  OSPF specification dated October 1989        12:25PM
22      THE WITNESS: Was that 624?          12:25PM
23      MR SILBERT: Yes                12:25PM
24    Q  Yeah, in the top third of the page --    12:25PM
25    A  Oh, yes  Yes  Sorry, my bad          12:25PM

---

**Page 88**

1    Q  -- there is a bold entry "authentication type."  12:25PM
2    Do you see that?                12:25PM
3    A  Yes.                      12:25PM
4    Yeah, so what -- what that -- in the -- what    12:25PM
5  is -- what it's trying to say in the RFC is if you have  12:25PM
6  for area some objects -- one of the objects is the   12:25PM
7  authentication type.  That's what that document is   12:25PM
8  talking about.                  12:25PM
9    Q  And the -- the document is getting at the idea   12:25PM
10  that an operator can set the authentification type for  12:25PM
11  objects in an area; correct?              12:25PM
12      MR. NEUKOM: Objection; document speaks for    12:25PM
13  itself, calls for opinion testimony.          12:25PM
14      THE WITNESS: Yeah, so document is talking about,  12:26PM
15  at the area scope, if you support authentication, you   12:26PM
16  probably want to store objects related to the     12:26PM
17  authentication in that type of data store.        12:26PM
18  BY MR. SILBERT:                  12:26PM
19    Q  Okay.  So looking at the command "ip ospf   12:26PM
20  authentication," the term "ip" in that command refers to  12:26PM
21  the Internet protocol standard; right?        12:26PM
22      MR. NEUKOM: Objection; misstates prior      12:26PM
23  testimony.                    12:26PM
24      THE WITNESS: "ip" in that command refers to    12:26PM
25  Internet Protocol Version 4.            12:26PM

---

**Page 89**

1  BY MR  SILBERT:                  12:26PM
2    Q  Okay  And that's a standard that's published by  12:26PM
3  the IETF; correct?                12:26PM
4    A  Internet protocol is an RFC 791, which is    12:26PM
5  published by the IETF, yes            12:26PM
6    Q  Right                    12:27PM
7    And -- and 791 might be an earlier version, but  12:27PM
8  are you aware that there's a separate RFC that's    12:27PM
9  standard for Internet Protocol 4?          12:27PM
10    A  I don't know exactly if -- if there is a one --  12:27PM
11  there is a version later than this which supersedes   12:27PM
12  this --                      12:27PM
13    Q  Okay                    12:27PM
14    A  -- but there might be; might not be not aware  12:27PM
15    Q  Okay  And in the command "ip ospf        12:27PM
16  authentication," "ospf" refers to the OSPF      12:27PM
17  specification, Exhibit 56; correct?          12:27PM
18      MR NEUKOM: Objection; misstates prior      12:27PM
19  testimony                    12:27PM
20      THE WITNESS: So OSPF command -- or this command,  12:27PM
21  which is in Cisco's implementation, refers to the    12:27PM
22  protocol called "OSPF," which is documented in an IETF  12:27PM
23  stand -- IETF RFC              12:28PM
24  BY MR  SILBERT:                  12:28PM
25    Q  Okay  And in the term "ip ospf authentication,"  12:28PM

---

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 90**

1  the term "authentication" refers to an authentication    12:28PM
2  parameter that's described in the OSPF standard;    12:28PM
3  correct?    12:28PM
4        MR. NEUKOM:  Objection; calls for opinion    12:28PM
5  testimony and document speaks for itself    12:28PM
6        THE WITNESS:  So OSPF RFC does use the language    12:28PM
7  "authentication," and Cisco's CLI also happens to use    12:28PM
8  the language "authentication"; although, we are    12:28PM
9  primarily talking about how to secure, how to validate    12:28PM
10  OSPF packets, really    12:28PM
11  BY MR. SILBERT:    12:28PM
12    Q   Okay  Are you saying that your command uses    12:28PM
13  "authentication" in a different way than the standard    12:28PM
14  does?    12:28PM
15    A   So the -- so the section we are looking at in the    12:28PM
16  standard is at the area scope versus the command we are    12:28PM
17  looking at is at the interface scope  They are two    12:29PM
18  different things  The scope is different    12:29PM
19    Q   I see  Okay    12:29PM
20        I think we have covered this in general, but I    12:29PM
21  just want to be clear    12:29PM
22        Is it correct that you do not know who actually    12:29PM
23  named the command "ip ospf authentication" at Cisco?    12:29PM
24    A   So as I -- as I have said in the past, I was part    12:29PM
25  of the team  I did participate in the team to come up    12:29PM

**Page 91**

1  with this.  Was it exactly my idea or somebody else's    12:29PM
2  idea?  That I don't specifically recall, but I was part    12:29PM
3  of the team who came up with the -- the keyword, and I    12:29PM
4  was part of the team which was doing the implementation.    12:29PM
5    Q   Okay.  And it's -- you have no memory of the    12:29PM
6  actual process of coming up with this command; correct?    12:29PM
7        MR. NEUKOM:  Objection; misstates prior    12:29PM
8  testimony.    12:30PM
9        THE WITNESS:  Specifically what happened for this    12:30PM
10  particular command and what process, I don't have a    12:30PM
11  specific memory, but as I have said earlier, the way the    12:30PM
12  process is, is one or -- or more engineers come up with    12:30PM
13  certain set of keywords.  We have a discussion.  And    12:30PM
14  then we arrive at what finally happens.  And then there    12:30PM
15  was more about parser police, but I'll not go into that.    12:30PM
16  BY MR. SILBERT:    12:30PM
17    Q   Okay.  And with respect to this command, you    12:30PM
18  don't know who came up with the expression; correct?    12:30PM
19        MR. NEUKOM:  Objection; asked and answered.    12:30PM
20        THE WITNESS:  So I participated in the team of    12:30PM
21  engineers who came up with this, but I can't tell you    12:30PM
22  exactly the engineer who uttered the word, "This is    12:30PM
23  exactly what we should call it."    12:30PM
24  BY MR. SILBERT:    12:30PM
25    Q   Okay.  And you don't know what resources were    12:30PM

**Page 92**

1  drawn on in coming up with the expression "ip ospf    12:30PM
2  authentication"; correct?    12:31PM
3        MR. NEUKOM:  Objection; asked and answered    12:31PM
4        THE WITNESS:  Resources -- could you -- could you    12:31PM
5  rephrase what resources?    12:31PM
6        MR. SILBERT:  Sure    12:31PM
7    Q   Do you know if the person or people who came up    12:31PM
8  with this expression had the OSPF standard in front of    12:31PM
9  them when they came up with the expression?    12:31PM
10    A   Again. I can't say that with -- with certainty    12:31PM
11  They may or may not have referred to the standard    12:31PM
12    Q   Okay  And do you know whether the person or    12:31PM
13  people who came up with this expression derived it from    12:31PM
14  a pre-existing expression?    12:31PM
15        MR. NEUKOM:  Objection; calls for opinion    12:31PM
16  testimony and legal conclusion    12:31PM
17        THE WITNESS:  Yeah, so I have some more context    12:31PM
18  on that    12:31PM
19        What you just saw in -- in the RFC -- what I was    12:31PM
20  saying, it's area scope -- Cisco actually supports that    12:31PM
21  command also  There is a similar command at the area    12:31PM
22  scope    12:32PM
23        When -- when we did this, this was sort of over    12:32PM
24  and beyond what standards do, and this is where Cisco's    12:32PM
25  value-add came in  We saw people who wanted to do this    12:32PM

**Page 93**

1  type of behavior in specific interfaces and not all    12:32PM
2  interfaces which are part of an area  So this was    12:32PM
3  created to be similar to what the area command Cisco    12:32PM
4  already has    12:32PM
5  BY MR. SILBERT:    12:32PM
6    Q   Okay  And is that area command that Cisco    12:32PM
7  already had "ip ospf authentication-key"?    12:32PM
8    A   No  That is -- we are still looking at interface    12:32PM
9  scope commands  It will be probably in a different    12:32PM
10  context  It will be under routing context, and the    12:32PM
11  command will be called different  I don't recall what    12:32PM
12  the command is exactly called, but that is not the    12:32PM
13  command    12:32PM
14    Q   Okay  What -- what is the command that you are    12:32PM
15  saying the command "ip ospf authentication" was designed    12:33PM
16  to be similar to?    12:33PM
17        MR. NEUKOM:  Objection; misstates prior    12:33PM
18  testimony    12:33PM
19        THE WITNESS:  I don't recall the exact syntax of    12:33PM
20  that command, but it will be -- it will be in a    12:33PM
21  different context  It will be in the router context,    12:33PM
22  not in the interface context    12:33PM
23  BY MR. SILBERT:    12:33PM
24    Q   How would I find that command if I wanted to find    12:33PM
25  it?    12:33PM

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 94**

1 A If you saw a complete reference of OSPF    12:33PM
2 configuration on a device, we could find it from there.    12:33PM
3 Q What would I look for to find it?    12:33PM
4 A You could search for keywords like "area" or    12:33PM
5 "authentication."    12:33PM
6 Q Okay. Who else was on the team who came up with    12:33PM
7 the command "ip ospf authentication"?    12:33PM
8 A So I'm trying to recollect who all were part of    12:34PM
9 the OSPF team. There were probably a small set of    12:34PM
10 people.    12:34PM
11 Are you looking for specific names?    12:34PM
12 Q Yes.    12:34PM
13 A One person I could think of is Derek Yeung.    12:34PM
14 Q Can you spell that, please.    12:34PM
15 A Actually, he calls himself Derek, but the --    12:34PM
16 okay. D-r-e-k [sic] and Yeung is Y-e-u-n-g.    12:34PM
17 Q Okay.    12:34PM
18 A He was -- he was one of the senior guys in the    12:34PM
19 team.    12:34PM
20 Who were other people around that time. There    12:34PM
21 was -- there was somebody called Padma, P-a-d-m-a. Her    12:34PM
22 last name was Esnault, E-s-n-a-u-l-t. And these two    12:35PM
23 names I can remember very clearly. There may be more    12:35PM
24 people who were part of the OSPF team at that time.    12:35PM
25 Q Is that the best recollection you have, as you    12:35PM

**Page 95**

1 sit here today, of who else was on the team that came up    12:35PM
2 with the command "ip ospf authentication"?    12:35PM
3 A Yes    12:35PM
4 Q Okay Who else was on the team that came up with    12:35PM
5 the command "bfd all-interfaces"?    12:35PM
6 A That was on page 3?    12:35PM
7 Q Correct    12:35PM
8 MR NEUKOM: Page 3 of Exhibit 54    12:35PM
9 THE WITNESS: This is actually much later than    12:36PM
10 that, so this -- I'm just going with the date, which is    12:36PM
11 also listed here, 2004 to 2005 We had different    12:36PM
12 engineers around that time on those PF [phonetic] team    12:36PM
13 Couple names I can recollect One was Liem, L-i-e-m,    12:36PM
14 and Nguyen, N-g-y-u-e-n, I think Last name may have    12:36PM
15 spelled incorrectly Another engineer was Peter,    12:36PM
16 P-e-t-e-r, Psenak, P-s-e-n-a-k There are probably more    12:36PM
17 names, but those are a couple of names    12:37PM
18 BY MR SILBERT:    12:37PM
19 Q Okay Are you able to tell me any other names of    12:37PM
20 people who are on the team who named the command    12:37PM
21 "bfd all-interfaces"?    12:37PM
22 A Yeah, I don't recall any more specific names I    12:37PM
23 mean, there are people around that time, but I want to    12:37PM
24 make sure that they were in Cisco at that time    12:37PM
25 For example, there is one engineer called Acee,    12:37PM

**Page 96**

1 A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent    12:37PM
2 sure if he was still on that team or he left Cisco by    12:37PM
3 that time.    12:37PM
4 Q Okay. Can you remember any other names of people    12:37PM
5 who were on the team?    12:37PM
6 A Nothing is coming to my head.    12:37PM
7 Q Okay. Referring back to Exhibit 54, would you    12:38PM
8 please turn to page 12.    12:38PM
9 A Yeah, I'm there.    12:38PM
10 Q In the bottom third of the page, do you see the    12:38PM
11 command expression "ip ospf bfd"?    12:38PM
12 A Yes.    12:38PM
13 Q Okay. And then in the next column with the    12:38PM
14 heading "Author/Originator Information," it says "Cisco"    12:38PM
15 and your name; correct?    12:38PM
16 A Yes.    12:38PM
17 Q Did you come up with the expression "ip ospf    12:38PM
18 bfd"?    12:38PM
19 A Yeah, so BFD -- I was the lead implementer of it    12:38PM
20 and very likely I proposed the -- the command.    12:39PM
21 Q Okay. And you say very likely you proposed the    12:39PM
22 command.    12:39PM
23 Do you have any recollection of doing that?    12:39PM
24 A I don't remember anybody else worked on it, so    12:39PM
25 I -- I proposed the command. Yeah, I think I proposed    12:39PM

**Page 97**

1 the command I don't think there was anybody else on    12:39PM
2 this project    12:39PM
3 Q Okay And I appreciate your reasons for saying    12:39PM
4 that, but my question is: Do you have any recollection    12:39PM
5 of proposing this command "ip ospf bfd"?    12:39PM
6 A Yes    12:39PM
7 MR NEUKOM: Objection; asked and answered    12:39PM
8 BY MR SILBERT:    12:39PM
9 Q What's your recollection?    12:39PM
10 A I remember the document which described this, and    12:39PM
11 I think I was -- I was the author of the document It's    12:39PM
12 a small amount of work And generally what happens is    12:39PM
13 if there is large project, you have a larger group of    12:39PM
14 people who work on the project For smaller ones, you    12:40PM
15 are the sole implementer, so you pretty much do most of    12:40PM
16 the work, all the way from designing the command and the    12:40PM
17 implementation This was another smaller features    12:40PM
18 Q Okay The term "ip" in the command "ip ospf bfd"    12:40PM
19 refers to the Internet protocol standard that's    12:40PM
20 specified by the IETF; correct?    12:40PM
21 A "ip" in this command refers to Internet Protocol    12:40PM
22 Version 4, which is documented in RFC 791, and there    12:40PM
23 might be further revisions of it, if not    12:40PM
24 Q Okay And the term "ospf" in the command    12:40PM
25 "ip ospf bfd" refers to the OSPF standard that's    12:40PM

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 specified by the IETF; correct?                12:40PM | 1 the OSPF standard, a newer version than what you have    12:45PM |
| 2   A   Yes                                     12:40PM | 2 shown me, and it talks about if you are compliant to    12:45PM |
| 3       MR NEUKOM: Objection; misstates prior    12:41PM | 3 that version, that implementation could use BFD    12:45PM |
| 4 testimony, calls for opinion                  12:41PM | 4 services                                        12:45PM |
| 5       THE WITNESS: The OSPF acronym we have used is  12:41PM | 5 BY MR SILBERT:                                   12:45PM |
| 6 for Open Shortest Path First protocol, which is also  12:41PM | 6   Q   Okay   What resources did you use when naming the  12:45PM |
| 7 described and captured in RFC                  12:41PM | 7 "ip ospf bfd" command?                           12:45PM |
| 8 BY MR SILBERT:                                 12:41PM | 8       MR NEUKOM: Objection; vague                12:46PM |
| 9   Q   Okay   And the -- the term "bfd" in the command  12:41PM | 9       THE WITNESS: By "resources" you are implying    12:46PM |
| 10 "ip ospf bfd" refers to the BFD standard that's    12:41PM | 10 what type of material documents, those kind of things?    12:46PM |
| 11 specified by the IETF; correct?              12:41PM | 11       MR SILBERT: Correct                        12:46PM |
| 12   A   BFD acronym stands for Bidirectional Forwarding  12:41PM | 12       THE WITNESS: I had looked at the specification,    12:46PM |
| 13 Detection, which is -- which is, yes, also captured in    12:41PM | 13 of course   It -- I don't know if it was this version or    12:46PM |
| 14 IETF RFC                                      12:41PM | 14 if it was an earlier version of -- of the BFD protocol    12:46PM |
| 15   Q   And the BFD standard itself describes using BFD    12:41PM | 15 specification, and beyond that, it may have been some    12:46PM |
| 16 with OSPF; is that correct?                   12:41PM | 16 conversation about who wants it, but I don't have any    12:46PM |
| 17       MR NEUKOM: Objection; document calls for its --  12:41PM | 17 specific recollection was there a formal Product    12:46PM |
| 18 pardon me   Document speaks for itself, calls for    12:42PM | 18 Requirement Document also written with it    12:46PM |
| 19 opinion testimony                             12:42PM | 19 BY MR SILBERT:                                   12:46PM |
| 20       THE WITNESS: BFD spec -- again, my recollection    12:42PM | 20   Q   What do you mean when you say "some conversation    12:47PM |
| 21 is BFD spec was written in a more generic sense   It may    12:42PM | 21 about who wants it"?                            12:47PM |
| 22 or may not have explicitly called out how and which    12:42PM | 22   A   Yes   As I was saying earlier, two of the things    12:47PM |
| 23 protocols you can -- you can make use of it, but, again,    12:42PM | 23 we implement are of two categories, typically    12:47PM |
| 24 if you have some more text, I can look into it    12:42PM | 24       One is customer-driven, which is, you are talking    12:47PM |
| 25 //                                            12:42PM | 25 to certain customers   They are telling you they want    12:47PM |
| **Page 98** | **Page 100** |
| 1       (Exhibit 57 was marked for             12:42PM | 1 this type of technology   Then you try to build that    12:47PM |
| 2       identification by the Court Reporter )    12:43PM | 2 technology                                       12:47PM |
| 3 BY MR SILBERT:                                 12:43PM | 3       Or they are innovation-driven, which is we want    12:47PM |
| 4   Q   Mr Roy, would you please look at Exhibit 57 and    12:43PM | 4 to showcase some new things which we have built, and    12:47PM |
| 5 tell me if you recognize it                   12:43PM | 5 they are more outwards                           12:47PM |
| 6   A   Yes, I do                               12:43PM | 6       In the latter, you will not have a customer    12:47PM |
| 7   Q   What is it?                             12:44PM | 7 requirement document -- or Product Requirement Document    12:47PM |
| 8   A   This is an RFC which describes the base protocol    12:44PM | 8 because there is -- nobody has requested at this point    12:47PM |
| 9 for bidirectional detection                   12:44PM | 9 versus, in the former case, you will have some level of    12:47PM |
| 10   Q   Would you look, please, at the page that ends    12:44PM | 10 conversation, communication, or perhaps a more formal    12:47PM |
| 11 with the Bates No 760                         12:44PM | 11 document which describes what a customer really intends    12:47PM |
| 12   A   Yes, I'm there                         12:44PM | 12 to do                                           12:47PM |
| 13   Q   Do you see Section 3 1?   Towards the bottom of    12:44PM | 13   Q   In the case of customer-driven developments, do    12:47PM |
| 14 that section in that single paragraph, it says, "For    12:44PM | 14 customers ever suggest CLI commands?             12:48PM |
| 15 example, an OSPF   implementation may request a BFD    12:44PM | 15       MR NEUKOM: Objection; vague, compound, phrased    12:48PM |
| 16 session to be established to a neighbor discovered using    12:44PM | 16 in the subjunctive                              12:48PM |
| 17 the OSPF Hello protocol "                     12:44PM | 17       MR SILBERT: Now you got me                 12:48PM |
| 18       Do you see that?                        12:44PM | 18       THE WITNESS: Is that -- is that in reference to    12:48PM |
| 19   A   Yes, I see that                        12:44PM | 19 this command in particular, or is it --         12:48PM |
| 20   Q   And that sentence is describing using BFD with    12:44PM | 20       MR SILBERT: No   I was asking you more     12:48PM |
| 21 OSPF; correct?                                12:45PM | 21 generally                                       12:48PM |
| 22       MR NEUKOM: Objection; document speaks for    12:45PM | 22       THE WITNESS: Okay   You are asking for my    12:48PM |
| 23 itself, and to the extent it doesn't, calls for opinion    12:45PM | 23 opinion?                                        12:48PM |
| 24 testimony                                     12:45PM | 24       MR SILBERT: I'm asking for your personal    12:48PM |
| 25       THE WITNESS: Yeah, it -- so this does reference    12:45PM | 25 knowledge                                       12:48PM |
| **Page 99** | **Page 101** |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    THE WITNESS: Okay  I mean, from -- I mean, this  12:48PM | 1  some other command?                          12:51PM |
| 2  is probably a more broader comment  I don't recall     12:48PM | 2      MR NEUKOM: Objection; vague and compound      12:51PM |
| 3  seeing any specifics of what command somebody should    12:48PM | 3      THE WITNESS: I don't recall if we -- if we ever  12:51PM |
| 4  implement  They typically talk about the customer wants  12:48PM | 4  had multiple iterations on this particular command  In  12:51PM |
| 5  to get this functionality, not how Cisco should          12:48PM | 5  the slightly longer context is OSPF Version 3 was      12:52PM |
| 6  implement from the CLI perspective  That will be rare    12:48PM | 6  inspired and seeded with some of the same concepts we   12:52PM |
| 7  if somebody even ventures into that                     12:48PM | 7  had in OSPF Version 2, so when we designed the CLI, it  12:52PM |
| 8  BY MR SILBERT:                                          12:48PM | 8  was actually more to align how OSPF Version 2 things are  12:52PM |
| 9    Q  Are you aware of Cisco customers providing any      12:49PM | 9  structured and -- yeah                                  12:52PM |
| 10  feedback on CLI commands?                              12:49PM | 10  BY MR SILBERT:                                         12:52PM |
| 11      MR NEUKOM: Same objections; vague, compound   12:49PM | 11    Q  So -- right                                      12:52PM |
| 12      THE WITNESS: I'm not aware of anything in         12:49PM | 12      What -- tell me why you are referring to OSPF     12:52PM |
| 13  particular                                            12:49PM | 13  Version 3?                                            12:52PM |
| 14  BY MR SILBERT:                                         12:49PM | 14    A  So IPv6 OSPF is -- is what is referred to as OSPF  12:52PM |
| 15    Q  Are you aware of anything in general?            12:49PM | 15  Version 3  So, again, the longer story there is OSPF   12:52PM |
| 16    A  We do something called "early field trial," which  12:49PM | 16  had a first version -- I should say second version, OSPF  12:52PM |
| 17  typically happens if a new product goes out or a new   12:49PM | 17  second -- Version 2 was the real version which most    12:52PM |
| 18  software release goes out  Customers will typically try  12:49PM | 18  people actually implemented and deployed  That only    12:52PM |
| 19  your functionality and give you feedback in terms of how  12:49PM | 19  supported IP Version 4 prefix routing                  12:52PM |
| 20  they want to change the functionality, if it is not     12:49PM | 20      When IP Version 6 became popular, OSPF had to     12:53PM |
| 21  meeting their exact functional needs  So we get         12:49PM | 21  reinvent itself, and OSPF Version 3 came along, which is  12:53PM |
| 22  feedbacks on -- on that type of thing; that, "I asked   12:49PM | 22  a separate Internet -- Internet RFC, right?             12:53PM |
| 23  you to do this, but your thing is doing slightly        12:49PM | 23      So if you look at RFC OSPF Version 3, it came      12:53PM |
| 24  different  Can you change the behavior of that?"       12:49PM | 24  later when IPv6 work was happening  So if you see      12:53PM |
| 25      Command line kind of thing, customers don't care  12:49PM | 25  things which are referred to IPv6 OSPF, they are        12:53PM |
| Page 102 | Page 104 |

| | |
|---|---|
| 1  They don't want to get into  Cisco does what Cisco     12:49PM | 1  referring to OSPF Version 3  We could have chosen to    12:53PM |
| 2  does                                                   12:50PM | 2  call it OSPFv3, or OSPF Version 3  We chose to call it  12:53PM |
| 3    Q  Okay  Let's go back to Exhibit 54, and could you  12:50PM | 3  IPv6 OSPF in our command syntax                        12:53PM |
| 4  please turn to page 16                                 12:50PM | 4    Q  So before you named the IPv6 OSPF area command,    12:53PM |
| 5      Do you see the command "IPv6 ospf area"?  It's     12:50PM | 5  Cisco already used a command with a name "ip ospf area";  12:53PM |
| 6  third from the bottom                                   12:50PM | 6  correct?                                               12:53PM |
| 7    A  Yes                                               12:50PM | 7    A  That is correct                                   12:53PM |
| 8    Q  And you are indicated as the author, slash,       12:50PM | 8    Q  Okay                                             12:53PM |
| 9  originator with respect to that command; is that       12:50PM | 9    A  And "ip ospf" there referred to OSPF Version 2   12:53PM |
| 10  correct?                                               12:50PM | 10    Q  Right                                           12:53PM |
| 11    A  Yes                                               12:50PM | 11      And IPv6 refers to Version 6 of the IP protocol;  12:53PM |
| 12    Q  Did you come up with the expression "IPv6 ospf   12:50PM | 12  correct?                                              12:54PM |
| 13  area"?                                                 12:50PM | 13    A  IP version -- yes  IPv6 refers to Version 6 of   12:54PM |
| 14    A  Yes  So -- yes  I mean, the answer is yes        12:50PM | 14  the IP protocol, which is a different Internet RFC     12:54PM |
| 15    Q  You, personally, did that, or you were part of a  12:50PM | 15    Q  Right                                           12:54PM |
| 16  team that did that?                                    12:50PM | 16      And -- and in that RFC -- and I'm happy to show   12:54PM |
| 17    A  So that's what I was thinking  It was -- it was  12:51PM | 17  it to you if you want -- the -- it uses -- that RFC uses  12:54PM |
| 18  a set of people, but I was the lead developer, so I    12:51PM | 18  the acronym IPv6; correct?                            12:54PM |
| 19  wrote the initial functional spec, initial design and  12:51PM | 19    A  I don't recall if it does or does not           12:54PM |
| 20  initial user interface, but there were different       12:51PM | 20      (Exhibit 58 was marked for                        12:54PM |
| 21  implementer -- implementers who were part of the       12:51PM | 21      identification by the Court Reporter )            12:54PM |
| 22  project, so they helped code it, basically             12:51PM | 22  BY MR SILBERT:                                        12:54PM |
| 23    Q  Okay  And do you know whether, in the initial     12:51PM | 23    Q  Mr Roy, would you please look at Exhibit 58 and  12:55PM |
| 24  functional spec and design and user interface, the     12:51PM | 24  tell me if you recognize it                           12:55PM |
| 25  command that you proposed was "IPv6 ospf area" versus  12:51PM | 25    A  Yes, I do                                        12:55PM |
| Page 103 | Page 105 |

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  Q  What is it?                                    12:55PM
2  A  This is an RFC which captures all the          12:55PM
3  specifications for Internet Protocol Version 6.   12:55PM
4  Q  Okay.  And the title is "Internet Protocol     12:55PM
5  Version 6 (IPv6) Specification"; correct?         12:55PM
6  A  That is correct.                               12:55PM
7  Q  Okay.  And does this refresh your recollection 12:55PM
8  that the Internet Protocol Version 6 specification 12:55PM
9  itself uses the acronym IPv6?                      12:55PM
10  A  This document does introduce the acronym IPv6, 12:55PM
11  again, for the purposes of making the document more 12:55PM
12  readable and not having to expand Internet Protocol 12:56PM
13  Version 6 everywhere.                             12:56PM
14  Q  And in the command "ipv6 ospf area," the term  12:56PM
15  "ipv6" refers to this protocol, Exhibit 58; correct? 12:56PM
16  A  The term IP -- yes, "ipv6" refers to the Internet 12:56PM
17  Protocol Version 6, which is described in this RFC. 12:56PM
18  Q  Okay.  And in the command "ipv6 ospf area," the 12:56PM
19  term "ospf" refers to the OSPF standard published by the 12:56PM
20  IETF; correct?                                    12:56PM
21  A  Not really.  So if you just say "OSPF," you might 12:56PM
22  think OSPF Version 2, and that's where you have to see 12:56PM
23  the whole context of what we are talking about.   12:56PM
24  IPv6 OSPF is OSPF Version 3.  So these two words  12:57PM
25  combined, IPv6 and OSPF, actually tells you to look at a 12:57PM

                                                    Page 106

1  different RFC, which is the OSPF Version 3 RFC, but if 12:57PM
2  you just told me "OSPF," I would have interpreted it as 12:57PM
3  you mean OSPF Version 2, which is a different RFC, just 12:57PM
4  for semantics                                     12:57PM
5  Q  Understood, and you explained to me previously 12:57PM
6  that the reason OSPF Version 3 was developed was to 12:57PM
7  accommodate IPv6; correct?                         12:57PM
8  A  That's correct                                  12:57PM
9  Q  Okay  And we may have discussed this earlier,   12:57PM
10  but area is a parameter that's introduced in the OSPF 12:57PM
11  specification; correct?                           12:57PM
12  A  Area is a collection or a cluster of devices    12:57PM
13  That concept does exist in -- in the RFCs, yes    12:57PM
14  Q  Okay  And the RFCs refer to it as "area"; right? 12:57PM
15  A  RFC documents does use the word "area," yes    12:57PM
16  Q  Okay  Is it a fair statement that when you came 12:58PM
17  up with the command "ipv6 ospf area," what you did was 12:58PM
18  refer to the pre-existing command "ip ospf area" and 12:58PM
19  changed the "ip" to "ipv6" because you were now dealing 12:58PM
20  with the IP Version 6?                            12:58PM
21    MR. NEUKOM:  Objection; vague and compound      12:58PM
22    THE WITNESS:  So we looked at -- we looked at    12:58PM
23  what is existing in -- in Cisco IOS implementation, and 12:58PM
24  that, generally, is one of the overriding things; that 12:58PM
25  don't reinvent the wheel  If there is something which 12:58PM

                                                    Page 107

1  is done, go with it.                              12:58PM
2    Some of the other ways to do that could be, you 12:58PM
3  could just say "ospfv3 area."  We chose to call it "ipv6 12:58PM
4  ospf area."                                       12:59PM
5  BY MR. SILBERT:                                    12:59PM
6  Q  And -- and did you model the command "ipv6 ospf 12:59PM
7  area" on the pre-existing command "ip ospf area"? 12:59PM
8    MR. NEUKOM:  Objection; vague.                   12:59PM
9    THE WITNESS:  The pre-existence of "ip ospf area" 12:59PM
10  was a strong motivator for us to converge on this 12:59PM
11  choice.                                           12:59PM
12  BY MR. SILBERT:                                    12:59PM
13  Q  Okay.  Who else was on the team that -- I mean, I 12:59PM
14  understand you are saying you -- you did come up with 12:59PM
15  this command, but who else was on the team with you at 12:59PM
16  the time you came up with this command?  And by "this 12:59PM
17  command," I'm referring to "ipv6 ospf area."      12:59PM
18  A  I think there were multiple engineers. I can't 12:59PM
19  recollect the exact names at this point.          01:00PM
20  Q  Okay.  Let's move on.                          01:00PM
21    Do you still have page 16 of Exhibit 54 in front 01:00PM
22  of you?                                           01:00PM
23  A  Yes, I do.                                     01:00PM
24  Q  Next is "ipv6 ospf cost."                      01:00PM
25    Do you see that, second from the bottom?        01:00PM

                                                    Page 108

1  A  Yes, I do.                                     01:00PM
2  Q  And, again, you are indicated as the author,   01:00PM
3  slash, originator with respect to that command    01:00PM
4  expression.                                       01:00PM
5    Do you see that?                                01:00PM
6  A  Yes.                                           01:00PM
7    MR. NEUKOM:  Objection; misstates --            01:00PM
8  mischaracterizes the document.                    01:01PM
9  BY MR. SILBERT:                                    01:01PM
10  Q  Okay.  You and Cisco are indicated as the author, 01:01PM
11  slash, originator; is that correct?               01:01PM
12  A  Yeah, that's correct.                          01:01PM
13  Q  And did you come up with the expression "ipv6  01:01PM
14  ospf cost"?                                       01:01PM
15  A  Yeah, it's the same.  If you see the document, 01:01PM
16  which it lists the EK number, it's part of the same 01:01PM
17  document, so this and anything which talks about IPv6 01:01PM
18  OSPF is all part of sort of one development deferred, 01:01PM
19  and all those commands pretty much follow the same 01:01PM
20  paradigm.                                         01:01PM
21    But to answer your specific question, yes, I    01:01PM
22  wrote that document and pretty much came up with the 01:01PM
23  whole IPv6 OSPF command set.                      01:01PM
24  Q  And we can go through these one by one, and I  01:01PM
25  suspect we will, but isn't it true that for every 01:01PM

                                                    Page 109

                                    28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 command for which your name appears in the          01:01PM
2 author/originator column that starts with "ipv6," that   01:02PM
3 command is identical to a pre-existing command, with the  01:02PM
4 only difference that the pre-existing command used "ip"   01:02PM
5 instead of "ipv6"?          01:02PM
6     MR. NEUKOM: Objection; vague, compound.          01:02PM
7     THE WITNESS: So I'll have to see the -- the    01:02PM
8 complete list of commands to make that statement. I'm   01:02PM
9 not sure if this has the complete list, but if you have  01:02PM
10 the both -- the command set --          01:02PM
11 BY MR. SILBERT:          01:02PM
12    Q  Well, you do have it in front of you in this    01:02PM
13 large document, but I don't know that it's the best use   01:02PM
14 of our collective time to -- for you to go point by     01:02PM
15 point.          01:02PM
16    A  Sure.          01:02PM
17    Q  With respect to specifically the command "ipv6   01:02PM
18 ospf cost," did you model that on a pre-existing command  01:02PM
19 used at Cisco, "ip ospf cost"?          01:02PM
20    A  Yes, that is correct.          01:03PM
21    Q  Okay.  And in the command, "ipv6" refers to    01:03PM
22 Version 6 of the IP standard that's specified by the    01:03PM
23 IETF; correct?          01:03PM
24    A  Correct.  "ipv6" refers to Internet Protocol   01:03PM
25 Version 6 as specified in the RFC.          01:03PM

Page 110

1    Q  Right.          01:03PM
2       And in the command "ipv6 ospf cost," "ospf"    01:03PM
3 refers to Version 3 of the OSPF standard that's    01:03PM
4 specified by the IETF; correct?          01:03PM
5    A  Correct.  In this context, "ipv6" refers to    01:03PM
6 Version 3 of Internet RFC, yes.          01:04PM
7    Q  And cost is a parameter that's described in the   01:04PM
8 OSPF specification; correct?          01:04PM
9    A  I have to refer to that, if you have handy, if   01:04PM
10 you can point me.          01:04PM
11    Q  Sure.          01:04PM
12       So if you go to the OSPF specification, which is  01:04PM
13 RFC 1131, which is Exhibit --          01:04PM
14    A  56.          01:04PM
15    Q  -- 56 --          01:04PM
16    A  Yeah.          01:04PM
17    Q  -- and look at the page that ends with the Bates  01:05PM
18 No. 6007.          01:05PM
19    A  6007.  Okay.          01:05PM
20    Q  I'm looking at the first full paragraph at the   01:05PM
21 top of that page.          01:05PM
22       Do you see where it says, "A cost is associated   01:05PM
23 with the output side of each router interface.  This    01:05PM
24 cost is configurable by the system administrator."    01:05PM
25       Do you see that?          01:05PM

Page 111

1    A  Yes, I see that          01:05PM
2    Q  So do you agree that the OSPF specification    01:05PM
3 describes cost as a parameter that the system    01:05PM
4 administrator can configure?          01:05PM
5     MR. NEUKOM: Objection; document speaks for    01:05PM
6 itself  To the extent it doesn't, calls for opinion    01:05PM
7     THE WITNESS: So document is using the language   01:05PM
8 with the word "cost"  Now, you could use cost metric, a  01:06PM
9 number, but I do structurally see what you mean  I    01:06PM
10 don't think the document, at least this paragraph, talks  01:06PM
11 about you must call it cost, if that makes sense    01:06PM
12 BY MR. SILBERT:          01:06PM
13    Q  Okay  The standard doesn't say you must call it  01:06PM
14 cost, but the standard does call it "cost"; right?    01:06PM
15    A  The document does use the word "cost" to refer to  01:06PM
16 that, yes          01:06PM
17    Q  And that's the same word that you use in the    01:06PM
18 command "ip ospf cost"; right?          01:06PM
19    A  We have used the word "cost "          01:06PM
20    Q  Same word that's in the standard?          01:06PM
21    A  The two words are the same          01:06PM
22    Q  Yes          01:06PM
23       Let's go on  I suspect that your explanation is  01:07PM
24 going to be similar for this group of IPv6 commands    01:07PM
25    A  Yeah          01:07PM

Page 112

1    Q  But for the sake of the record, I think we need   01:07PM
2 to just cover them all.          01:07PM
3    A  Yeah, please.          01:07PM
4    Q  If you go back to Exhibit 54, we are looking at   01:07PM
5 page 16.          01:07PM
6       Do you see the last entry there in the "Command   01:07PM
7 Expression" column is "ipv6 ospf dead-interval"?    01:07PM
8    A  Yes.          01:07PM
9    Q  Okay.  And do you see that Cisco and you are    01:07PM
10 indicated as the author, slash, originator with respect  01:07PM
11 to that command expression?          01:07PM
12    A  Yes.          01:07PM
13    Q  Did you come up with the expression "ipv6 ospf   01:07PM
14 dead-interval"?          01:07PM
15    A  Yes, I did.          01:07PM
16    Q  And when you came up with the expression "ipv6   01:07PM
17 ospf dead-interval," did you model it on a pre-existing  01:08PM
18 command with the name "ip ospf dead-interval"?    01:08PM
19    A  Yes.  That was the dominant decision-maker, yes.  01:08PM
20    Q  Okay.  And in the command "ipv6 ospf    01:08PM
21 dead-interval," "ipv6" refers to Internet Protocol    01:08PM
22 Version 6 as specified by the IETF; correct?    01:08PM
23    A  Yes.  It refers to Internet Protocol Version 6 as  01:08PM
24 specified in Internet RFC.          01:08PM
25    Q  And in the command "ipv6 ospf dead-interval," the  01:08PM

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 term "ospf" refers to the OSPF Version 3 standard    01:08PM
2 specified by the IETF; correct?    01:09PM
3    A   Yes.  In this context, "ipv6 ospf" refers to the    01:09PM
4 OSPF Version 3 specification as specified in an Internet    01:09PM
5 RFC.    01:09PM
6    Q   Okay.  And a dead interval is a parameter that's    01:09PM
7 described in the OSPF specification; right?    01:09PM
8    A   Not sure if you have -- do you have --    01:09PM
9    Q   Yeah.  It's, again, looking at the -- oh, that's    01:09PM
10 the wrong one.  The OSPF specification, which I should    01:09PM
11 just keep in front of me -- okay, 56.    01:09PM
12    A   Yeah.  Yeah.    01:09PM
13    Q   And please look at the page that ends in Bates    01:09PM
14 No. 683.    01:09PM
15       Do you see the section with the heading "A.4 The    01:10PM
16 Hello packet"?    01:10PM
17    A   Yes.    01:10PM
18    Q   I'm reading at the beginning of the second    01:10PM
19 paragraph.  Do you see where it says:  "All routers    01:10PM
20 connected to a common network must agree on certain    01:10PM
21 parameters (network mask, hello and dead intervals)."    01:10PM
22       Do you see that?    01:10PM
23    A   Yes, I see that.    01:10PM
24    Q   Okay.  So do you agree that a dead interval is a    01:10PM
25 parameter that's described in the OSPF specification?    01:10PM

Page 114

1       MR NEUKOM:  Objection; document speaks for    01:10PM
2 itself    01:10PM
3       THE WITNESS:  So if you -- if you look at the    01:10PM
4 packet from that picture, there is one which is called    01:10PM
5 "DeadInt," and that's the packet format, and the    01:10PM
6 document does refer to as "DeadInt," or dead interval,    01:11PM
7 in multiple places    01:11PM
8       MR SILBERT:  Right    01:11PM
9    Q   Okay  So in the command "ipv6 ospf    01:11PM
10 dead-interval," you are referring to the dead interval    01:11PM
11 parameter using the same term that's used in the OSPF    01:11PM
12 specification; right?    01:11PM
13       MR NEUKOM:  Objection; mischaracterizes the    01:11PM
14 document    01:11PM
15       THE WITNESS:  So dead, dash, interval, at least    01:11PM
16 from the quick scan, I'm not seeing that in the    01:11PM
17 document  The document does use "DeadInt," or dead,    01:11PM
18 space, interval, some of the other variants    01:11PM
19 BY MR SILBERT:    01:11PM
20    Q   Okay  So the variation in the command that you    01:11PM
21 have identified is that you added a hyphen; right?    01:11PM
22       MR NEUKOM:  Objection; misstates the document    01:11PM
23 and misstates his prior testimony    01:11PM
24       THE WITNESS:  Dead, hyphen, interval is how we    01:12PM
25 had implemented a similar command in -- in OSPF    01:12PM

Page 115

1 Version 2, or the IP OSPF, and, again, we have kept the    01:12PM
2 same flow and same -- same syntax    01:12PM
3       MR SILBERT:  Right    01:12PM
4    Q   And so just, if I understand your testimony    01:12PM
5 correctly, you are saying that where the specification    01:12PM
6 uses the term "dead," space "interval," the command uses    01:12PM
7 the term "dead," hyphen, "interval"?    01:12PM
8       MR NEUKOM:  Objection; misstates the document -- 01:12PM
9 or, pardon me, prior testimony and mischaracterizes the    01:12PM
10 document    01:12PM
11       THE WITNESS:  Yeah, so the Internet specification    01:12PM
12 uses multiple ways  It does use a variant, which is    01:12PM
13 dead, space, interval  It also uses DeadInt    01:12PM
14       The Cisco implementation of IPv6 OSPF uses dead,    01:12PM
15 hyphen, interval    01:12PM
16 BY MR SILBERT:    01:12PM
17    Q   Okay  Just -- just so we can save a little time,    01:12PM
18 do you -- and when we get to the next term, do you agree    01:13PM
19 that the OSPF specification describes something    01:13PM
20 called -- a parameter called a Hello interval?    01:13PM
21    A   So on the same page, your 683, if you look at the    01:13PM
22 packet, there is something called HelloInt, which is    01:13PM
23 Hello interval    01:13PM
24    Q   Right    01:13PM
25       And also in the sentence above that I read    01:13PM

Page 116

1 previously, it says, "All routers connected to a common    01:13PM
2 network must agree on certain parameters (network mask,    01:13PM
3 hello and dead intervals)"; right?    01:13PM
4    A   Yes, that's another reference to it    01:13PM
5    Q   Okay  Who else was on the team with you when you    01:13PM
6 came up with the expression "ipv6 ospf dead-interval"?    01:14PM
7    A   It's the same set of people, but I don't remember    01:14PM
8 a specific name at this point  Pretty much all of this    01:14PM
9 IPv6 OSPF command we did together at the same time    01:14PM
10    Q   Okay  So is that --    01:14PM
11    A   Same answer as before    01:14PM
12    Q   Let me just ask you, and if it's not fair, just    01:14PM
13 say so, but is that answer going to be true for every    01:14PM
14 one of these IPv6 OSPF commands?    01:14PM
15    A   That is correct    01:14PM
16    Q   Okay    01:14PM
17    A   It's all done together, one time    01:14PM
18    Q   Okay  Okay  Let's just move to the next    01:14PM
19 command, which is "ipv6 ospf hello-interval "  We are    01:14PM
20 now on the next page of Exhibit 54, page 17    01:14PM
21       Do you see that?    01:14PM
22    A   Yes    01:14PM
23    Q   And Cisco and you, again, are indicated as the    01:14PM
24 author, slash, originator with respect to that command    01:14PM
25       Do you see that?    01:14PM

Page 117

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1   A Yes.                                            01:14PM | 1   Q Okay. So other than the hyphen, there's --      01:17PM |
| 2      MR. NEUKOM: Objection; mischaracterizes the     01:14PM | 2   again, there's a difference here because           01:17PM |
| 3   document.                                         01:14PM | 3   "hello-interval," in the command expression, is   01:17PM |
| 4      MR. SILBERT: Man. Okay.                        01:15PM | 4   hyphenated, and the term "Hello interval" in the -- in  01:17PM |
| 5   Q And did you come up with the expression "ipv6   01:15PM | 5   the specification has a space instead of a hyphen; is  01:17PM |
| 6   ospf hello-interval"?                             01:15PM | 6   that -- is that it?                               01:17PM |
| 7   A Yes. I think we are repeating it for all        01:15PM | 7      MR. NEUKOM: Objection; mischaracterizes the     01:17PM |
| 8   commands. It's one document. It was all done together,  01:15PM | 8   document                                          01:17PM |
| 9   but that's it.                                    01:15PM | 9      THE WITNESS: This command implements the        01:17PM |
| 10   Q Okay. Fair -- fair enough.                      01:15PM | 10   functionality as specified by either HelloInt or Hello,  01:17PM |
| 11      When you --                                    01:15PM | 11   space, interval                                   01:17PM |
| 12      MR. NEUKOM: To be clear -- sorry -- this is a   01:15PM | 12   BY MR. SILBERT:                                   01:17PM |
| 13   comment generally intended to be helpful. I think when  01:15PM | 13   Q Okay All right Let's just keep going           01:17PM |
| 14   the witness is saying it's all one document, he's not  01:15PM | 14      "ipv6 ospf network," which is the next command on  01:17PM |
| 15   referring to Exhibit 54. He's, rather, talking to the  01:15PM | 15   page 17 of Exhibit 54, again, you came up with that  01:18PM |
| 16   Bates-stamp number, which is included in the       01:15PM | 16   command expression; is that correct?             01:18PM |
| 17   earliest-known document.                          01:15PM | 17   A Yes. I did                                      01:18PM |
| 18      MR. SILBERT: Yeah, yeah, I understand what he's  01:15PM | 18   Q And when you came up with the command expression  01:18PM |
| 19   referring to.                                     01:15PM | 19   "ipv6 ospf network," did you model it on a pre-existing  01:18PM |
| 20      MR. NEUKOM: Okay.                              01:15PM | 20   command with a name "ip ospf network"?            01:18PM |
| 21   BY MR. SILBERT:                                   01:15PM | 21   A Yes That is the dominant reason to make this    01:18PM |
| 22   Q When you came up with the expression "ipv6 ospf  01:15PM | 22   choice                                           01:18PM |
| 23   hello-interval," did you model it on a pre-existing  01:15PM | 23   Q And what's the function of this command,        01:18PM |
| 24   command with a name "ip ospf hello interval"?      01:15PM | 24   incidentally, "ipv6 ospf network"?               01:18PM |
| 25   A Yeah, it's the same answer. That was our       01:15PM | 25   A So this is a interface scope command  Interfaces  01:18PM |
| Page 118 | Page 120 |

| | |
|---|---|
| 1   dominant reason to choose this set of keywords.     01:16PM | 1   are of different type. There are interfaces which are  01:19PM |
| 2   Q And in the command "ipv6 ospf hello-interval,"   01:16PM | 2   used to connect two devices together, which are known as  01:19PM |
| 3   does "ipv6" refer to Internet Protocol Version 6 as  01:16PM | 3   point-to-point interfaces, or there are interfaces which  01:19PM |
| 4   specified by the IETF?                            01:16PM | 4   are used to connect one to many. Those are broadcast  01:19PM |
| 5   A Yes, and "ipv6" refers to Internet Protocol     01:16PM | 5   interfaces, and there are others. I'll not get into the  01:19PM |
| 6   Version 6 RFC --                                  01:16PM | 6   comprehensive list.                               01:19PM |
| 7   Q Okay -- sorry, I didn't mean to interrupt you.  01:16PM | 7      This command will let you choose what type of   01:19PM |
| 8   A That's okay.                                    01:16PM | 8   network you are connecting to. Are you connecting to,  01:19PM |
| 9   Q And in the command "ipv6 ospf hello-interval,"   01:16PM | 9   again, a point-to-point-type circuit or a broadcast-type  01:19PM |
| 10   does the term "ospf" refer to OSPF Version 3 as     01:16PM | 10   circuit or other possible types of circuit?        01:19PM |
| 11   specified by the IETF?                            01:16PM | 11   Q Okay. And choosing what type of network you are  01:19PM |
| 12   A Yes. In the context of IPv6 OSPF, it refers to   01:16PM | 12   connecting to is something that's described in the OSPF  01:19PM |
| 13   OSPF Version 3, which is an RFC.                   01:16PM | 13   standard; is that correct?                        01:19PM |
| 14   Q Okay. And in the command "ipv6 ospf            01:16PM | 14   A OSPF standard describes procedure for different  01:19PM |
| 15   hello-interval," does "hello-interval" refer to a   01:16PM | 15   type of interconnections. So, for example, there -- I  01:20PM |
| 16   parameter that the OSPF specification describes as a  01:16PM | 16   can look deeper into it, but there might be sections  01:20PM |
| 17   Hello interval?                                   01:17PM | 17   which will describe if you are connecting in a     01:20PM |
| 18      MR. NEUKOM: Objection; mischaracterizes the     01:17PM | 18   point-to-point sense, these are the procedures you  01:20PM |
| 19   document.                                         01:17PM | 19   should be implementing, or if you are -- if you are  01:20PM |
| 20      THE WITNESS: So Hello, hyphen, interval, you can  01:17PM | 20   connecting to a one-too-many-type circuit, these are the  01:20PM |
| 21   map it to what the -- the RFC is saying in terms of  01:17PM | 21   procedures you should be implementing, so the RFC  01:20PM |
| 22   HelloInt or Hello, space, interval.               01:17PM | 22   describes the procedures, and we will have -- Cisco has  01:20PM |
| 23   BY MR. SILBERT:                                   01:17PM | 23   CLI, which will implement that procedure in the back  01:20PM |
| 24   Q Okay. So --                                    01:17PM | 24   end.                                              01:20PM |
| 25   A They are implying the same thing.              01:17PM | 25   Q Okay. Could you -- do you have the OSPF         01:20PM |
| Page 119 | Page 121 |

31 (Pages 118 - 121)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 117 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | A  So -- 04:46PM |
| 2 | Q  Thank you 04:46PM |
| 3 | A  -- so the enclosure title "Description" was 04:46PM |
| 4 | written by Friedman, and this describes what he has 04:46PM |
| 5 | suggested, so I'm basing on this document 04:47PM |
| 6 | Q  Okay  Other than what you read in that document, 04:47PM |
| 7 | do you know anything else about the origination of the 04:47PM |
| 8 | command expression "ip ospf authentication"? 04:47PM |
| 9 | A  No 04:47PM |
| 10 | MR SILBERT:  Okay  Then thank you  At this 04:47PM |
| 11 | point, again, subject to any redirect based on 04:47PM |
| 12 | questioning by your counsel, I thank you very much for 04:47PM |
| 13 | your time and attention, and I'm concluding the 04:47PM |
| 14 | deposition 04:47PM |
| 15 | THE WITNESS:  Sure  Thanks 04:47PM |
| 16 | MR NEUKOM: No direct 04:47PM |
| 17 | THE VIDEOGRAPHER:  Okay 04:47PM |
| 18 | MR NEUKOM:  At this time 04:47PM |
| 19 | THE VIDEOGRAPHER:  This concludes today's 04:47PM |
| 20 | deposition of Abhay Roy  The number of media used was 04:47PM |
| 21 | three and will be retained by Veritext Legal Solutions 04:47PM |
| 22 | The time is 4:47 pm  We are off the record 04:47PM |
| 23 | (TIME NOTED: 4:47 P M ) |
| 24 | |
| 25 | Page 230 |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | I, the undersigned, a Certified Shorthand |
| 4 | Reporter of the State of California, do hereby certify: |
| 5 | That the foregoing proceedings were taken before |
| 6 | me at the time and place herein set forth; that any |
| 7 | witnesses in the foregoing proceedings, prior to |
| 8 | testifying, were placed under oath; that a verbatim |
| 9 | record of the proceedings was made by me using machine |
| 10 | shorthand which was thereafter transcribed under my |
| 11 | direction; further, that the foregoing is an accurate |
| 12 | transcription thereof. |
| 13 | I further certify that I am neither financially |
| 14 | interested in the action nor a relative or employee of |
| 15 | any attorney or any of the parties. |
| 16 | IN WITNESS WHEREOF, I have this date subscribed |
| 17 | my name. |
| 18 | |
| 19 | Dated: December 30, 2015 |
| 20 | |
| 21 | |
| 22 | |
| 23 | <%signature%> |
| 24 | RACHEL FERRIER |
| 25 | CSR No. 6948 |
| | Page 232 |

| | |
|---|---|
| 1 | I, ABHAY ROY, do hereby declare under penalty |
| 2 | of perjury that I have read the foregoing transcript; |
| 3 | that I have made any corrections as appear noted, in |
| 4 | ink, initialed by me, or attached hereto; that my |
| 5 | testimony as contained herein, as corrected, is true and |
| 6 | correct. |
| 7 | EXECUTED this _____ day of _____, |
| 8 | 2015, at _____, _____. |
| 9 | (City)          (State) |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | _____ |
| 17 | ABHAY ROY |
| 18 | VOLUME 1 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| | Page 231 |

59 (Pages 230 - 232)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 118 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

     - - - - - - - - - - - - - - - - x   Case No.

5                                    :   5:14-cv-05344-BLF (PSG)

                                     :

6    CISCO SYSTEMS, INC.,            :

                                     :

7                    Plaintiff,      :

                                     :

8           vs.                      :

                                     :

9    ARISTA NETWORKS, INC.,          :

                                     :

10                   Defendant.      :

                                     :

11   - - - - - - - - - - - - - - - - x

12

13            VIDEOTAPED DEPOSITION OF GREG SATZ

14                    March 23, 2016

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                       VOLUME 1

17

18

19

20

21   Reported by

22   Brooke R. Bohr

23   CSR No. 753

24   Job No 2272380

25   Pages 1 - 168

                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      VIDEOTAPED DEPOSITION OF GREG SATZ,
2   taken at the instance of the Defendant, at the
3   offices of TUCKER & ASSOCIATES, 605 W. Fort
4   Street, in the City of Boise, State of Idaho,
5   commencing at 10:10 a.m., on March 23, 2016,
6   before Brooke R. Bohr, CSR, RPR, a Notary Public
7   in and for the State of Idaho, pursuant to notice,
8   and in accordance with the applicable Rules of
9   Civil Procedure.
10
11        A P P E A R A N C E S
12   FOR PLAINTIFF
         John M. Neukom, Esq.
13      QUINN EMANUEL URQUHART & SULLIVAN LLP
         50 California Street, 22nd Floor
14      San Francisco, CA 94111
         (415) 875-6320
15      johnneukom@quinnemanuel.com
16   FOR DEFENDANT
         Brian L. Ferrall, Esq.
17      KEKER & VAN NEST LLP
         633 Battery Street
18      San Francisco, CA 94111
         (415) 391-5400
19      bferrall@kvn.com
20
21
22
23
24
25

Page 2

1           BOISE, IDAHO
2      March 23, 2016, 10:10 a.m.
3
4      THE VIDEOGRAPHER:  We are now on the record.
5        Please note that the microphones are
6   sensitive and may pick up whispering and private
7   conversations.  Please turn off all cell phones or
8   place them away from the microphones as they can
9   interfere with the deposition audio.  Recording
10   will continue until all parties agree to go off
11   record.
12        My name is David Cromwell, representing
13   Veritext.  The date today is March 23, 2016, and
14   the time is approximately 10:10 a.m.  This
15   deposition is being held at Tucker & Associates
16   located at 605 West Fort Street, Boise, Idaho
17   83702, and is being taken by counsel for the
18   defendant.
19        The caption of this case is Cisco
20   Systems, Inc. v. Arista Networks, Inc.  This case
21   is filed in the United States District Court,
22   Northern District of California, San Jose
23   Division, Case No. 5:14-CV-05344-BLF PSG.  The
24   name of the witness is Greg Satz.
25        At this time, the attorneys present in

Page 4

1        W I T N E S S
2   GREG SATZ                    Page:
3      Examination by Mr. Ferrall       5
4      Examination by Mr. Neukom    151
5      Further Examination by Mr. Ferrall  158
6
7            * * * * *
8        E X H I B I T S
9
                    Page:
10
11   Exhibit 400   Greg Satz LinkedIn        13
12   Exhibit 401   "TOPS-20 DECnet-20 Programmers    22
                   Guide and Operations Manual"
13
     Exhibit 402   One-page Document with        36
14               Bates No. KL-883
15   Exhibit 403   Document Beginning Bates No.   69
                   ARISTANDCA00022465
16
     Exhibit 404   Document Beginning Bates No.   84
17               CSI-CLI-00359132
18   Exhibit 405   One-page Document Bates No.    106
                   CSI-CLI-00746924
19
     Exhibit 406   Document Bates No. CSI-CLI-01828732 112
20               Through Bates No. CSI-CLI-01828783
21   Exhibit 407   Document Beginning Bates No.   141
                   CSI-CLI-01295215
22
23   Exhibit 408   Document Beginning Bates No.   143
                   CSI-CLI-01295181
24
25            * * * * *

Page 3

1   the room will identify themselves and the parties
2   they represent.
3      MR. FERRALL:  Brian Ferrall of Keker &
4   Van Nest on behalf of Arista Networks.
5      MR. NEUKOM:  John Neukom for the plaintiff.
6      THE COURT:  Our court reporter, Brooke Bohr,
7   representing Veritext, will swear in the witness,
8   and we can proceed.
9
10          GREG SATZ,
11   produced as a witness at the instance of the
12   Defendant, having been first duly sworn, was
13   examined and testified as follows:
14
15          EXAMINATION
16   BY MR. FERRALL:
17      Q.  Good morning, Mr. Satz.  Can you please
18   state your full name.
19      A.  Greg Leonard Satz.
20      Q.  Mr. Satz, you are not represented by
21   counsel today; is that right?
22      A.  Correct.
23      Q.  Have you ever been deposed before?
24      A.  I have.
25      Q.  All right.  So you know the basic

Page 5

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    did, while it had the same capability, was more
2    robust, had a higher performance capability.
3    Because as the networks evolved, you needed to be
4    able to push data faster. And Stanford's code was
5    basic. It was there to just move the data, not
6    move it with the requirements that the next few
7    years dictated. And a lot of what Kirk did was to
8    create high-speed interfaces, and that's what
9    Wellfleet showed up to compete on was could they
10   go faster than Cisco. And it created an arms
11   race, as it were. Who could go faster.
12       Q.  Now, you mentioned IETF, and I think
13   earlier today you mentioned RFCs. Can you tell me
14   what an RFC is?
15       A.  Request for comments.
16       Q.  And what's the purpose of a request for
17   comment?
18       A.  To create a protocol definition or
19   solution and to publish it as a request for
20   comments in an effort to move it forward as a
21   proposed solution and a trial solution and then a
22   committed solution, as the solution progressed
23   through a community and an implementation and a
24   trial and then some feedback. So it was an
25   engineering group. Their goal was to deliver

Page 66

1    something working. Companies would try to use it
2    as -- to competitive advantages. But the
3    standards body existed to create a level playing
4    field.
5        Q.  And did you have a view at the time as
6    to the importance of publishing technology through
7    RFCs? Well, let me strike that. That was a
8    garbled question.
9            In your experience at Cisco in the
10   early years, was the sharing of technology through
11   RFCs important to Cisco?
12       MR. NEUKOM: Objection; vague, compound, and
13   lack of foundation.
14       THE WITNESS: Back then it wasn't clear how
15   successful Cisco would be and/or whether we might
16   maintain or keep a competitive advantage. So
17   there really was a series of tradeoffs in the
18   decision to create an RFC and make it a community
19   effort or to create a proprietary solution and
20   then decide whether to make it an RFC later. Most
21   of the times, it was to make the customers happy.
22   If the customers wanted something documented, we
23   would typically figure out how to comply with
24   that. Later, as the company got larger and I
25   wasn't involved, managing the IETF and RFC process

Page 67

1    evolved. And I can't speak to that as much.
2        Q.  BY MR. FERRALL: Okay. But --
3        A.  But managing that was important.
4        Q.  And just by way of example, you
5    mentioned IGRP.
6        A.  Um-hum.
7        Q.  And that was a technology that Cisco
8    chose to keep proprietary, right?
9        A.  Yes.
10       Q.  All right. And there were other
11   technologies that Cisco was involved in
12   developing, like BGP, for example?
13       A.  Right.
14       Q.  And that Cisco chose to publish RFCs
15   about, right?
16       A.  Well, Cisco didn't publish the RFCs.
17   Cisco -- a person like Kirk might be a part of the
18   team that developed BGP and then Kirk would have
19   his name on it with a Cisco title, but it wasn't
20   Cisco, it was actually Kirk. And the RFC itself
21   is an open document. So just to make that
22   distinction.
23           If there was a protocol that showed up
24   from the IETF, Cisco was typically involved.
25       Q.  And what was your involvement in

Page 68

1    IETF -- in IETF? Did you --
2        A.  I would go to the meetings and attend
3    various functions and decide, based on the
4    software responsibility I had, to participate in
5    different standards or not.
6        MR. FERRALL: Let's mark this as the next
7    exhibit.
8        (Exhibit 403 marked.)
9        THE WITNESS: More ancient history.
10       Q.  BY MR. FERRALL: Yeah. So I've marked
11   as Exhibit 403 what I think is an IETF RFC for a
12   simple network management protocol, SNMP. Do you
13   recognize this, Mr. Satz?
14       A.  I do.
15       Q.  Did you have involvement in the SNMP
16   RFC?
17       A.  I did.
18       Q.  What was that involvement?
19       A.  I was just part of the working group
20   that went through the process of deciding what
21   would be done as a solution to network management.
22   And SNMP was the output.
23       Q.  Do you remember when this SNMP working
24   group began to discuss this solution?
25       A.  Probably a couple years before this

Page 69

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 document, at least a year.
2     Q. And do you remember any particular
3 parts that you contributed, specifically?
4     A. I think I did an RFC for a MIB for
5 CLNS, another protocol stack that since
6 disappeared.
7     Q. Was there a -- have you ever heard of
8 the term "SNMP server"?
9     A. Oh, the command line, parsed for the --
10 yeah -- configuration? Um-hum. Yes, I created
11 that.
12     Q. What's -- is there such a thing as an
13 SNMP server, or what does that term mean?
14     A. Wow.
15     MR. NEUKOM: Objection; lack of foundation,
16 calls for opinion testimony.
17     THE WITNESS: I think all of that code is
18 gone now. The SNMP server was the way to tell the
19 router software that it was to be an SNMP -- it
20 was to start the SNMP protocol. So it would then
21 begin to listen to and process SNMP packets. And
22 it was probably one of the first commands
23 implemented as part of this RFC to implement it
24 and create an SNMP protocol within the Cisco
25 software.

Page 70

1     MR. NEUKOM: And, Brian, I rescind my prior
2 objection. Pardon me.
3     THE WITNESS: Hey, just because I write it,
4 doesn't mean I'm the expert.
5     MR. FERRALL: You can't -- you can't
6 rescind. No rescinding objections, Mr. Neukom.
7     Q. BY MR. FERRALL: What's -- what's the
8 notion of community in the context of SNMP?
9     A. After a while, you start running out of
10 words, so you pick one that tries to create a
11 sense of purpose. And so "community" was an
12 attempt to describe a collection of users who
13 would have a specific purpose with respect to
14 using the protocol. It was nothing more than an
15 authorization or an access. A password, as it
16 were.
17     Q. So if you look at Page 7 of this
18 Exhibit 403.
19     MR. NEUKOM: Sorry. Which page are we on?
20     MR. FERRALL: Page 7.
21     Q. BY MR. FERRALL: If you see under
22 Section 3.2.5, Definition of Administrative
23 Relationships, and then the second paragraph there
24 says, quote, appearing of an SNMP agent with some
25 arbitrary set of SNMP application entities is

Page 71

1 called an SNMP community.
2     Do you see that?
3     A. Yes.
4     Q. Is that consistent with your definition
5 of SNMP community that you just described?
6     A. Yeah. It's more mind-numbing when you
7 see it in words.
8     Q. I couldn't agree more.
9     A. Yeah. It turns out a lot of these
10 things are written to be really obtuse. They are
11 not intended to be obtuse, but they have a
12 structure to them that when you turn it into
13 English or a simple picture it takes a lot of this
14 out. They tried to make a more generic
15 mathematical underpinning to a mapping that added
16 a level of complexity that just ultimately wasn't
17 necessary. But they were trying to be very
18 flexible.
19     Q. Okay. But this notion of community as
20 described in the Exhibit 403 is the same as the
21 community that you understood when you --
22     A. I made the implementation simpler
23 because of adding a whole layer. The idea, if I
24 can remember any of this craziness, is that you
25 would have a table of -- no different than a

Page 72

1 database in today's language -- and you could be
2 able pull out individual things. And so they
3 wanted to be able to map authorizations to
4 individual entries in the database. And the
5 implementation I did was to make it an all or
6 nothing. Because if somebody wanted that level of
7 specificity they'd ask for it and then we'd go
8 back and put all that crazy complexity into the
9 code. But just because the standard made it that
10 flexible we weren't going to go that far. It was
11 an engineering choice and cost benefit.
12     Yeah, I don't know if you've ever heard
13 of Vint Cerf?
14     Q. Sure.
15     A. So one of the more inspiring aspects of
16 this work, we had three different protocols
17 compete to be the network management RFC, and so
18 there was just three groups of engineers that were
19 not happy, or wanted their choice. And I watched
20 Vint come in and broker a -- mediate, and I had
21 never seen that kind of mediation happen before,
22 let alone difficult engineers. And so it was a
23 very inspiring time to watch somebody. And then
24 so, you know, Vint was the author of a lot of the
25 TCP/IP protocols. So people respected him and

Page 73

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Exhibit 405 is a one-page document
2   marked CSI-CLI-00746924.
3      Exhibit 406 begins CSI-CLI-01828732,
4   and for this document I'll read the last number
5   because I think we're all unclear whether it is
6   one versus multiple documents.  This ends with
7   Bates stamp CSI-CLI-01828783.
8      Exhibit 407 begins Bates stamp
9   CSI-CLI-01295215.
10      And Exhibit 408 begins
11   CSI-CLI-01295181.
12   MR. NEUKOM:  Thanks all.
13   MR. FERRALL:  Agreed.  Thank you.
14   (The deposition concluded at 3:31 p.m.)
15      -oo0oo-
16
17
18
19
20
21
22
23
24
25
                                        Page 166

V E R I F I C A T I O N
1
2      I declare under penalty of perjury
3   under the laws that the foregoing is
4   true and correct.
5
6      Executed on _____, 20___,
7   at _____, _____.
8
9
10
11
12      _____
13      WITNESS SIGNATURE
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 167

R E P O R T E R ' S   C E R T I F I C A T E
1
2
3
4      I, BROOKE R. BOHR, a Notary Public in
5   and for the State of Idaho, do hereby certify:
6      That prior to being examined, the
7   witness named in the foregoing deposition was by
8   me duly sworn to testify the truth, the whole
9   truth, and nothing but the truth;
10      That said deposition was taken down by
11   me in shorthand at the time and place therein
12   named and thereafter reduced into typewriting
13   under my direction, and that the foregoing
14   transcript contains a full, true, and verbatim
15   record of the said deposition.
16      I further certify that I have no
17   interest in the event of the action.
18      WITNESS my hand and seal March 30, 2016.
19
20
21
22
23      <%signature%>
24      Brooke R. Bohr
25      CSR No. 753
                                        Page 168

43 (Pages 166 - 168)