# EXHIBIT 33

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   CISCO SYSTEMS, INC.,
 5       Plaintiff,
 6       vs.           No. 5:14-cv-05344-BLF
 7   ARISTA NETWORKS, INC.,    (PSG)
 8       Defendant.
 9   _____
10
11   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
12
13     VIDEOTAPED DEPOSITION OF DELL INC. 30(b)(6)
14        CORPORATE REPRESENTATIVE - GAVIN CATO
15                 Palo Alto, California
16                Friday, May 20, 2016
17                     Volume I
18
19
20
21   REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR No. 12546
23   JOB NO. 2303539
24
25   PAGES 1 - 124
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

### Page 2

```
 1         UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4  CISCO SYSTEMS, INC.,
 5    Plaintiff,
 6       vs.      No. 5:14-cv-05344-BLF
 7  ARISTA NETWORKS, INC.,   (PSG)
 8    Defendant.
 9  _____
10
11
12
13     VIDEOTAPED DEPOSITION OF GAVIN CATO, taken
14  on behalf of the Defendant, at Wilson Sonsini
15  Goodrich & Rosati, 650 Page Mill Road, Palo Alto,
16  California, commencing at 10:07 a.m., Friday,
17  May 20, 2016 before Rebecca L. Romano, Certified
18  Shorthand Reporter No. 12546
```

### Page 3

```
 1  APPEARANCES OF COUNSEL
 2
 3  For the Plaintiff:
 4    QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5    BY: ANDREW M. HOLMES
 6    Attorney at Law
 7    50 California Street
 8    22nd Floor
 9    San Francisco, California 94111
10    (415) 875-6322
11    drewholmes@quinnemanuel.com
12
13  For the Defendants:
14    KEKER & VAN NEST, LLP
15    BY: ELIZABETH McCLOSKEY
16    Attorney at Law
17    633 Battery Street
18    San Francisco, California
19    (415) 391-5400
20    emcclowskey@kvn.com
```

### Page 4

```
 1  APPEARANCES OF COUNSEL (CONTINUED)
 2
 3  For Dell Inc. and Deponent:
 4    FARELL BRAUN + MARTEL LLP
 5    BY: RODERICK M. THOMPSON
 6    Attorney at Law
 7    Russ Building
 8    235 Montgomery Street
 9    San Francisco, California 94105
10    (415) 954-4400
11    rthompson@fbm.com
12
13  ALSO PRESENT:
14    Ramon Peraza, Videographer
```

### Page 5

```
 1              INDEX
 2
 3  DEPONENT                    EXAMINATION
 4  DELL INC. 30(b)(6)             PAGE
 5  VOLUME I
 6    BY MS. McCLOSKEY            3, 119
 7    BY MR. HOLMES              111, 122
 8
 9
10           EXHIBITS
11  NUMBER      DESCRIPTION         PAGE
12
13  Exhibit 950   Subpoena, 14 Pages;     14
14
15  Exhibit 951   LinkedIn Profile,
16              6 Pages;               15
17
18  Exhibit 952   PowerPoint - Dell Networking,
19              ARISTANDCA00265338 -
20              ARISTANDCA00265357;      26
21
22  Exhibit 953   Article - Dell PowerConnect
23              3500 Series,
24              ARISTANDCA00265417 -
25              ARISTANDCA00265418;      55
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
            EXHIBITS (CONTINUED)
NUMBER         DESCRIPTION              PAGE

Exhibit 954    Article - Dell Force 10
               Technical Training,
               ARISTANDCA00265422 -
               ARISTANDCA00265423;      79

Exhibit 955    Article - Force 10, How Does
               your Nexus Stack Up on
               Energy and Power,
               ARISTANDCA00265419 -
               ARISTANDCA00265421;      85

Exhibit 956    YouTube Dell Technician
               WebPage Video; (retained) 96

Exhibit 957    Article, Dell PowerConnect
               5200 Series Switches,
               ARISTANDCA00265444 -
               ARISTANDCA00265445;      100
```
Page 6

```
 1      Palo Alto, California; Friday, May 20, 2016     09:57:13
 2           10:07 a.m.
 3           ---o0o---
 4
 5      THE VIDEOGRAPHER: Good morning. We are   10:07:09
 6  on the record at 10:07 a.m. on May 20th, 2016.
 7  This is the videotaped deposition of Dell, Inc.
 8  The deponent is Gavin Cato.
 9      My name is Ramon Peraza, here with our
10  court reporter, Rebecca Romano. We are here from   10:07:21
11  Veritext Legal Solutions at the request of counsel
12  for the defendant.
13      This deposition is being held at
14  Wilson Sonsini in Palo Alto, and the caption of
15  this case is Cisco Systems, Inc., versus          10:07:32
16  Arista Networks, Inc. Case No. 5:14-cv-05344-BLF
17  (PSG).
18      Please note that audio and video
19  recording will take place unless all parties have
20  agreed to go off the record. Microphones are      10:07:52
21  sensitive and may pick up whispers or private
22  conversations.
23      At this time, counsel please identify
24  yourselves for the record and state whom you
25  represent.                          10:08:01
```
Page 8

```
            EXHIBITS (CONTINUED)
NUMBER         DESCRIPTION              PAGE

Exhibit 958    Article, Force 10, FTOS
               Command Line Interface
               ARISTANDCA00265424 -
               ARISTANDCA00265425;      103

Exhibit 959    PowerPoint, Force 10
               Introduction,
               ARISTANDCA13172775 -
               ARISTANDCA13172831.      107
```
Page 7

```
 1      MS. McCLOSKEY: Elizabeth McCloskey on       10:08:03
 2  behalf of -- Elizabeth McCloskey of
 3  Keker & Van Nest on behalf of defendant,
 4  Arista Networks.
 5      MR. HOLMES: Drew Holmes of Quinn Emanuel    10:08:09
 6  on behalf of Cisco.
 7      MR. THOMPSON: Roderick Thompson,
 8  Farella Braun + Martel, on behalf of Dell, Inc. and
 9  witness, Mr. Cato.
10      THE VIDEOGRAPHER: The court reporter may   10:08:20
11  swear in the witness.
12      THE REPORTER: If you could raise your right
13  hand for me, please.
14      THE DEPONENT: (Complies.)
15      THE REPORTER: You do solemnly state,        10:08:35
16  under penalty of perjury, that the testimony you
17  are about to give in this deposition, shall be the
18  truth, the whole truth and nothing but the truth?
19      THE DEPONENT: I do.
20                                    10:08:35
21
22
23
24
25  /////                             10:08:35
```
Page 9

### Page 34

```
 1     A.  In dealing with requirements and dealing      10:41:03
 2  with the customers and the expectations of the
 3  customers, in talking with the developers and
 4  spending time with the developers and testers.
 5     Q.  For your work dealing with customers, was     10:41:26
 6  it important for you to know information about
 7  other vendors' CLI commands?
 8     A.  No.  It was more important for
 9  understanding their practice around CLIs.
10     Q.  What do you mean by understanding their      10:41:50
11  practice for CLIs?
12     A.  Understanding the customer's expectations
13  for how their users and techs would be using the
14  CLI and what they were trying to accomplish through
15  the CLI.                                            10:42:07
16     Q.  Okay.  Through what you've just
17  described, did you become aware of similarities
18  between the CLI supported by Dell's Ethernet
19  routers and switches and the CLI supported by those
20  companies that you listed a moment ago?            10:42:24
21         MR. HOLMES:  Objection.  Calls for a
22  legal conclusion.  Speculation and vague.
23         THE DEPONENT:  I -- I became familiar
24  with the -- the desire for customers to have a
25  similar look and feel for the products and the     10:42:42
```

### Page 35

```
 1  interactions with the products for their           10:42:46
 2  technicians.
 3     Q.  (By Ms. McCloskey)  More specifically,
 4  did you become aware -- have you become aware of
 5  similarities between the CLI supported by Dell's   10:43:00
 6  Ethernet routers and switches and the CLI supported
 7  by Cisco's routers and switches?
 8         MR. HOLMES:  Objection.  Vague.  Calls
 9  for a legal conclusion.
10         THE DEPONENT:  I have become familiar       10:43:13
11  with the fact that there's similarity --
12  similarities between the CLIs.
13     Q.  (By Ms. McCloskey)  What are those
14  similarities?
15         MR. HOLMES:  Objection.  Calls for a        10:43:23
16  legal conclusion.
17         THE DEPONENT:  There's -- there's
18  similarities in terms of overall, I guess,
19  structure --
20     Q.  (By Ms. McCloskey)  Uh-huh.                 10:43:40
21     A.  -- of -- of what a CLI generally looks
22  like versus a bunch of dashes, dots.  It's a
23  generalized set of expected configurations and
24  parameters that a customer would need to know for a
25  network switch.                                    10:43:58
```

### Page 36

```
 1     Q.  What do you mean by expected              10:44:09
 2  configurations?
 3     A.  If you have a VLAN, then everybody --
 4  there's an expectation that a VLAN and the
 5  terminology around VLAN will somewhere appear in   10:44:21
 6  the CLI along with the parameters necessary to
 7  structure VLAN so that it interoperates across
 8  multiple switches.
 9     Q.  And how -- in your experience, how does
10  that expectation arise?                            10:44:37
11         MR. HOLMES:  Objection.  Calls for
12  speculation.
13         THE DEPONENT:  The expectation arises
14  from -- from the customers and from the market.
15     Q.  (By Ms. McCloskey)  Can you explain to me  10:44:56
16  a little bit more how the expectation arises from
17  the customer?
18         MR. HOLMES:  Objection.  Calls for
19  speculation and a narrative.
20         THE DEPONENT:  When you're dealing with a   10:45:17
21  customer, the customer has a certain level of
22  experience with -- with switching.  And when you're
23  going in and -- and talking to them about what they
24  want to experience with your switch, you are trying
25  to get them comfortable that they can operate your 10:45:32
```

### Page 37

```
 1  switch in a way that is consistent with their     10:45:35
 2  expectations for the solution, and you're trying to
 3  meet the -- the understanding of what they want to
 4  deploy.
 5     Q.  (By Ms. McCloskey)  Do you know what a     10:46:05
 6  command mode is?
 7     A.  I'm aware of what command modes are.
 8     Q.  What are you aware, in terms of what a
 9  command mode is?
10     A.  I know that command modes allow you to    10:46:18
11  enter different levels within the switch to provide
12  information for the switch for configuration or
13  data that the switch then uses to accomplish the
14  actions that drive the interoperability.
15     Q.  And have you learned what a command mode  10:46:40
16  is through your work in networking?
17     A.  Yes.
18     Q.  Do customers generally expect the Dell
19  CLI to support familiar command modes and
20  their assoc- -- and their associated prompts?     10:46:51
21         MR. HOLMES:  Objection.  Speculation.
22  Legal -- calls for a legal conclusion.
23         THE DEPONENT:  Customers expect Dell to
24  support command modes and ensure that those command
25  modes are -- are familiar with their technicians.  10:47:07
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  Q. (By Ms. McCloskey) How do you know that?  10:47:12
2  A. Because any time we create command modes,
3  we go and we make sure that the -- the
4  documentation and customers are trained so that
5  they can operate the switches.  10:47:23
6  Q. Would it be accurate to say that the
7  command mode supported by the Dell CLI are also
8  dictated by customer expectations?
9  A. The command mode supported by Dell
10 switches are dictated by customer expectations, as  10:47:49
11 well as our analysis of best practices for
12 implementation of the functionality are the most
13 efficient means of implementation of the
14 functionality.
15 Q. What do you mean by your analysis of best  10:48:04
16 practices?
17 A. We -- we look at the -- the most familiar
18 mechanisms for the customer and we look at the --
19 the capabilities for us to remain similar across
20 Dell products, both OEM products and third-party  10:48:29
21 products.
22 Q. So when you are doing an analysis of best
23 practices, do you consider the practices of
24 third-party products?
25 A. We have to, in the sense that Dell  10:48:56

Page 38

1  resells third-party products, and we OEM  10:48:58
2  third-party products, and those are combined in a
3  single solution for our customers.
4  Q. Okay. Do customers -- in your
5  experience, do customers expect the Dell CLI to  10:49:14
6  support any particular command syntax?
7  A. I'm aware that customers have
8  requirements, hard -- sometimes hard requirements
9  for support of particular commands and command
10 modes and sequences of CLIs.  10:49:36
11 Q. What kind of hard requirements have you
12 become aware of?
13 A. I've -- I've seen the hard requirements
14 in terms of you need to support this particular way
15 of scripting that is consistent with how our techs  10:49:49
16 already script and operate these in the field.
17 Q. Are you able to give any examples of
18 command syntaxes that Dell customers expect to see
19 in the Dell CLI?
20     MR. HOLMES: Objection. Calls for  10:50:13
21 speculation. Vague.
22     THE DEPONENT: Specifically, no.
23 Q. (By Ms. McCloskey) Do you know what a
24 show command is?
25 A. Yes.  10:50:20

Page 39

1  Q. What is a show command?  10:50:20
2  A. A show command enables you to identify
3  and show what is currently configured in the
4  switch.
5  Q. Do Dell customers, in your experience,  10:50:31
6  expect Dell CLI to support show commands?
7  A. Yes.
8  Q. How do you know that?
9  A. It's been a hard requirement from the
10 get-go and it's existed from the get-go.  10:50:47
11 Q. What do you mean from the get-go?
12 A. From when I joined Force10, it was there.
13 Q. Are you familiar with the process at Dell
14 by which new commands are added to its CLI?
15 A. Yes.  10:51:06
16 Q. How did you become familiar with that
17 process?
18 A. Through the discussions and -- and
19 understanding of how we implement new features and
20 functionality.  10:51:24
21 Q. Are you responsible for the team that
22 adds new CLI commands to Dell's CLI?
23 A. Yes.
24 Q. Is there a particular person at Dell
25 who's responsible for what -- for deciding what  10:51:43

Page 40

1  collection of commands will constitute the CLI?  10:51:45
2  A. No.
3  Q. Is there a review -- a review process
4  that's used to decide whether any particular
5  command will become the final CLI command?  10:51:57
6  A. Yes.
7  Q. Can you tell me about that review
8  process?
9  A. Sure. The developers take it to a group
10 of -- of code reviewers, who then code review for  10:52:12
11 consistency with the products in Dell's solutions,
12 and those code reviewers will include architects
13 for the solutions and systems.
14 Q. What do you mean by architects for the
15 systems and -- for the solutions and systems?  10:52:44
16 A. Dell designates expertise for particular
17 areas, functional areas, and in the -- and then
18 overall system level architects in the system level
19 architects with generalized knowledge will make
20 that call collectively.  10:53:07
21 Q. Are there any guidelines that are used in
22 selecting CLI commands?
23 A. No.
24 Q. Any informal guidelines?
25 A. Tribal knowledge.  10:53:16

Page 41

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

**Page 46**

```
 1  regard to the functionality they're looking to      10:58:24
 2  deploy.  And we will have feedback from their
 3  technicians in terms of if something meets their
 4  specific needs.
 5      Q.  You've referred a couple times today to     10:58:50
 6  customer expectations.
 7          Can you tell me a little bit more about
 8  your understanding of how customer expectations
 9  arise, where those expectations come from?
10      A.  Can you state the question again.           10:59:07
11      Q.  In referring today to customer
12  expectations, do you have an understanding, based
13  on your work, how customer expectations arise and
14  where they come from?
15          THE DEPONENT:  Yeah.                        10:59:18
16          MR. HOLMES:  Objection.  Vague.
17          THE DEPONENT:  Customer expectations
18  would come, typically, from prior experience in
19  switching technologies.  It would come from their
20  interactions with similar customers.  It would come  10:59:38
21  from an understanding of an end-to-end solution
22  that -- where they're trying to go and how they
23  think they want to accomplish it.
24      Q.  (By Ms. McCloskey)  By prior -- what do
25  you mean by prior experience in switching           10:59:52
```

**Page 47**

```
 1  technologies?                                       10:59:54
 2      A.  It would come from any previous
 3  implementation that they had on-site and where
 4  they've had pros and cons or they found ways to do
 5  things more efficiently, or they've implemented a   11:00:03
 6  management system that rides on top and interfaces
 7  in.
 8      Q.  And those previous implementations may
 9  involve Dell or another vendor; is that accurate?
10      A.  Yes.                                        11:00:18
11      Q.  So a certain -- so to some extent,
12  customer expectations can arise based on customers'
13  experience with other vendors' products?
14      A.  Yes.
15      Q.  In your experience at Dell, have you had    11:00:33
16  customers request specific commands?
17      A.  I believe so, but I'm not directly
18  familiar with those requests.
19      Q.  Okay.  So you can't recall any specific
20  requests; is that right?                            11:01:06
21      A.  At Dell, no.
22      Q.  Okay.  At any other company that you
23  worked for?
24      A.  Yes.
25      Q.  Which company?                              11:01:15
```

**Page 48**

```
 1      A.  Extreme.                                    11:01:16
 2      Q.  Do you recall a specific instance?
 3      A.  Yes.
 4      Q.  What -- can you tell me about that
 5  instance?                                           11:01:24
 6      A.  Yes.
 7      Q.  Okay.  Will you tell me.
 8          You're doing a very good job answering
 9  the question.
10      A.  There was a large customer who had         11:01:36
11  implemented scripting technologies.  They were
12  global.  And they did not want or have the ability
13  to retrain the technicians for different interfaces
14  and different scripts and they needed their script
15  to run.  And that script required certain inputs    11:01:57
16  and certain outputs for it to run.  The
17  implementation of what was behind those inputs and
18  outputs was up to the -- you to decide.
19      Q.  Which customer was this?
20          MR. THOMPSON:  Mr. Cato, let me             11:02:22
21  interject.  Is this a sensitive --
22          THE DEPONENT:  It could be.
23          MR. THOMPSON:  -- confidential --
24          THE DEPONENT:  It would be with my prior
25  company.                                            11:02:30
```

**Page 49**

```
 1          MS. McCLOSKEY:  Would it be sufficient to   11:02:31
 2  designate the transcript highly confidential for
 3  you and Mr. Cato?
 4          MR. THOMPSON:  Perhaps we could confer.
 5  Is that okay?                                       11:02:38
 6          MS. McCLOSKEY:  Sure.  That's fine.
 7  Shall we go off the record for a moment?
 8          MR. THOMPSON:  Yes.
 9          MS. McCLOSKEY:  Okay.
10          THE VIDEOGRAPHER:  We are off the record    11:02:44
11  at 11:02 a.m.
12          (Recess taken.)
13          THE VIDEOGRAPHER:  We are back on the
14  record at 11:09 a.m.
15          MR. THOMPSON:  So for the record, we want   11:09:16
16  to be clear that this portion of the transcript is
17  designated as highly confidential, attorneys' eyes
18  only.  I understand the whole transcript is
19  presumptively that designation, but in particular
20  we want to be sure this next answer is covered by   11:09:28
21  that.
22          MS. McCLOSKEY:  Understood.  Thank you.
23      Q.  (By Ms. McCloskey)  Before we went off
24  the record, we were talking about a customer that
25  you recalled who had requested a specific CLI       11:09:39
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

**Page 50**

1 command.  11:09:42
2 And I had asked you, and my last question
3 was, do you recall which customer that was?
4 A. Yes.
5 Q. And which customer was that?  11:09:47
6 ▮▮▮▮
7 Q. You said -- and correct me if I'm wrong,
8 I believe you testified that the customer did not
9 want to -- could not do retraining; is that
10 correct?  11:10:02
11 A. Correct.
12 Q. Do you have an understanding of why the
13 customer was unable to retrain?
14 A. Because they were too globally spread and
15 were -- were looking for a consistency for how  11:10:12
16 their technicians approached a problem and not
17 leaving variability in the field.
18 Q. So was -- what command was this in
19 reference to?
20 A. It was a series of demands. It was a  11:10:32
21 full script.
22 Q. Okay. And they already had -- their
23 technicians were already familiar with that series
24 of commands?
25 A. Correct.  11:10:45

**Page 51**

1 Q. Do you know how their customers --  11:10:46
2 their -- I'm sorry -- do you know how their
3 technicians had become familiar with that series of
4 demands?
5 A. Practice. Generalized practice.  11:10:53
6 Q. Do you have an understanding of whether
7 that practice was developed on a specific vendor's
8 products?
9 A. Say the question one more time.
10 Q. Sure.  11:11:05
11 Do you have an understanding of whether
12 that practice was developed on a certain vendor's
13 products?
14 A. Yes.
15 Q. Do you know which vendor that is?  11:11:13
16 A. Yes.
17 Q. Which vendor is that?
18 A. Cisco.
19 Q. So did the customer -- am I correct in
20 understanding that the customer requested that your  11:11:28
21 company at the time implement the same series of
22 commands that its Cisco's products used?
23 A. They requested us to get the script to
24 function and to make sure that the script
25 functioned, which included those CLI commands.  11:11:43

**Page 52**

1 Q. And those were CLI commands that the  11:11:51
2 technicians had become familiar with through Cisco
3 products?
4 A. Yes.
5 Q. Did your company implement, indeed, the  11:12:02
6 series of commands that the customer requested?
7 A. I remember looking at it. I don't
8 remember if we fully implemented the script.
9 Q. You don't remember one way or the other?
10 A. No.  11:12:29
11 Q. Do you remember having any concerns at
12 the time about a request to adopt commands from
13 another vendor's products?
14 MR. HOLMES: Objection. Vague.
15 MR. THOMPSON: Object to the extent it  11:12:42
16 misstates prior testimony.
17 THE DEPONENT: I was -- I was more
18 interested in ensuring that the -- the
19 implementation was -- was our own, versus the -- I
20 wasn't necessarily concerned with the -- the input  11:13:09
21 itself.
22 Q. (By Ms. McCloskey) Why weren't you
23 concerned with the input itself?
24 A. To me, it was a mechanism for
25 communicating the same way you would communicate a  11:13:31

**Page 53**

1 language.  11:13:34
2 Q. It was functional?
3 A. It's a -- it's a -- it's a language. And
4 then it's your interpretation and understanding of
5 what to implement behind that that's unique.  11:13:43
6 Q. So what you were concerned being original
7 to your company was the implementation?
8 A. Was the implementation and the IP around
9 the implementation.
10 Q. Do you recall any other instance, in your  11:14:09
11 professional experience, of a customer requesting a
12 specific CLI command or commands?
13 A. I -- I recall having the discussion a
14 number of times, but I don't recall specifics of
15 individual customers.  11:14:27
16 Q. Do you recall other companies asking
17 you -- other customers -- withdrawn.
18 Do you recall other customers asking you
19 to support CLI commands used -- supported by other
20 vendors?  11:14:39
21 MR. HOLMES: Objection. Vague.
22 THE DEPONENT: I recall other customers
23 asking for us to meet their expectations for the
24 CLI.
25 Q. (By Ms. McCloskey) And was it your  11:14:59

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 54

1  understanding that those expectations were          11:15:07
2  developed through their use of other vendors'
3  products?
4      A.  Yes.
5      Q.  Changing -- oh, go ahead.                   11:15:20
6      A.  Sorry.  Sorry.
7          Other vendors or Dell products, so I
8  would say it was based off experience --
9      Q.  Okay.
10     A.  -- in general.                              11:15:26
11     Q.  Going back quickly to the discussion we
12  [REDACTED]
13  Cisco about the possibility of your company
14  supporting commands supported by Cisco?
15     A.  No.                                         11:15:46
16     Q.  Do you recall consulting with your legal
17  team about the possibility of supporting commands
18  also supported by Cisco?
19         MR. THOMPSON:  We object, as -- as that
20  calls for attorney-client communications.  I -- I  11:16:01
21  instruct him not to answer.
22         MS. McCLOSKEY:  Okay.  Fair enough.
23     Q.  (By Ms. McCloskey)  Changing topics.  And
24  I'll just ask you a quick question about something
25  which you may not know.                            11:16:11

Page 55

1          But do you know the approximate number of  11:16:13
2  the CLI commands that are supported by Dell?
3      A.  No.
4          MR. HOLMES:  Objection.  Vague.
5          MS. McCLOSKEY:  Can we mark this as         11:16:30
6  Exhibit 953.
7          (Exhibit 953 was marked for identification by
8  the court reporter and is attached hereto.)
9      Q.  (By Ms. McCloskey)  Mr. Cato, I have
10  given you an exhibit which is marked at 953.       11:16:47
11         Do you recognize this document?
12         Please take any time you need to look at
13  it.
14     A.  I don't recognize the document.
15     Q.  What is the document?                       11:17:56
16         MR. HOLMES:  Objection.  Foundation.
17  Calls for speculations.
18         THE DEPONENT:  The document appears to be
19  a document identifying the -- and talking about the
20  PowerConnect 3500 series.                          11:18:12
21     Q.  (By Ms. McCloskey)  What is the
22  PowerConnect 3500 series?
23     A.  It is an Ethernet switch that is OEM'd by
24  Dell.  The software is OEM'd by Dell.  The hardware
25  is Dell hardware.                                  11:18:34

Page 56

1      Q.  Are you familiar with this switch,         11:18:38
2  generally?
3      A.  Yes.
4      Q.  Do you have an understanding of what a
5  document like this would be used for?              11:18:46
6          MR. HOLMES:  Objection.  Vague.
7          THE DEPONENT:  The document would be used
8  to communicate capabilities of the switch to a
9  customer.
10     Q.  (By Ms. McCloskey)  So it -- is it like a  11:19:02
11  marketing document?
12     A.  Yes.
13     Q.  Have you seen other similar Dell
14  marketing documents similar to this document?
15     A.  Yes.                                       11:19:11
16     Q.  Can I direct your attention on the first
17  page which it says "Easy, powerful management," the
18  subheading, I'm just going to read to you part of
19  that sentence.
20         "PowerConnect 3500 series switches         11:19:21
21  support a number of industry-standard management
22  interfaces such as web-based management, Command
23  Line Interface (CLI)," and then it continues on.
24         Do you see that?
25     A.  Yes.                                       11:19:45

Page 57

1      Q.  And then if you turn over the page to the  11:19:45
2  back side under the section on "Management," do you
3  see where it says, "Industry-standard CLI
4  accessible via Telnet or Local Serial Port"?
5      A.  Yes.                                       11:19:51
6      Q.  Focusing on that term "industry-standard
7  CLI," have you heard that term used before in
8  relation to switchers and routers?
9          MR. HOLMES:  Objection.  Foundation.
10         THE DEPONENT:  Yes.                        11:20:03
11     Q.  (By Ms. McCloskey)  How have you heard
12  that term before?
13     A.  I've heard it both from customers, from
14  engineers within my team, outside my team.  It's
15  consistent.                                        11:20:19
16     Q.  So based on your experience in
17  networking, you've heard the term of
18  "industry-standard CLI" in a variety of contexts;
19  is that correct?
20     A.  Yes.                                        11:20:30
21     Q.  From a variety of different entities; is
22  that correct?
23     A.  Yes.
24     Q.  Do you have an understanding of what the
25  term "industry-standard CLI" refers to?            11:20:37

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

### Page 58

1  A. Yes.                                   11:20:45
2  Q. What does it refer to?
3  A. It refers to the practices in the
4  industry, in general, relative to the CLI and the
5  implementation of the CLI in the industry.      11:20:56
6  Q. What do you mean the practices in the
7  industry, in general?
8  A. Expectations from the industry for -- and
9  customers for -- for certain capabilities that must
10 exist within the CLI.                           11:21:13
11 Q. You mentioned that you'd heard the term
12 industry-standard CLI from customers; is that
13 correct?
14 A. Yes.
15 Q. In what context have you heard customers  11:21:30
16 refer to industry-standard CLI?
17 A. We've heard it in terms of communication
18 of requirements or communication of -- of their
19 practices internally.
20 Q. So based on communications you've had    11:21:47
21 with customers, you understand that customers
22 expect industry-standard CLI?
23 A. Yes.
24 Q. In your experience, why do you understand
25 that customers expect -- expect industry-standard  11:21:58

### Page 59

1  CLI?                                             11:22:02
2  A. My understanding is because they want
3  to -- they want their technicians to behave a
4  certain way or their -- their network
5  administrators to behave a certain way and -- and 11:22:15
6  they want a level of consistency, in terms of the
7  expected results.
8  Q. Is the term industry-standard CLI a term
9  you've heard customers use frequently?
10    MR. THOMPSON: Objection. Vague.         11:22:35
11    THE DEPONENT: I -- I've heard it
12 consistently.
13 Q. (By Ms. McCloskey) You mentioned that
14 you'd heard the term industry-standard CLI from
15 engineers.                                     11:22:46
16 Do you recall in what context you've
17 heard engineers use the term industry-standard CLI?
18 A. Sure. In terms of when you're -- you're
19 talking about how to -- when we OEM a product or
20 we -- or we're configuring a multiple vendor     11:23:00
21 solution, the term will come up, you know, what --
22 what do we need to do with the CLI, or what do we
23 need to do for the interface of the management
24 tools and how it's industry standard.
25 Q. Just so the record is clear, can you    11:23:17

### Page 60

1  explain what you mean by OEM?                   11:23:19
2  A. OEM. Other equipment manufacturer.
3  Q. Thank you.
4  A. So, for example, the software on here
5  wasn't necessarily developed by us.             11:23:29
6  Q. Okay. Does Dell have a policy with
7  respect to its use of industry-standard commands?
8     MR. HOLMES: Objection. Assumes facts
9  not in evidence.
10    THE DEPONENT: There's no formal policy. 11:23:51
11 Q. (By Ms. McCloskey) Does Dell make an
12 effort to adopt industry-standard commands where
13 appropriate?
14 A. Yes.
15 Q. Can you explain to me when it's         11:24:02
16 appropriate for a company such as Dell to adopt
17 industry-standard commands?
18 A. Dell tries to -- within its technologies,
19 tries to remain consistent about the open standards
20 in the industry and -- and make sure that we     11:24:17
21 provide interoperability across platforms for the
22 end-to-end solutions. So we try to avoid, as much
23 as possible, any priority implementations.
24 Q. So it sounds to me like Dell tries to use
25 the industry-standard commands as much as possible. 11:24:42

### Page 61

1  A. We try to use what our -- we try to make  11:24:45
2  sure that we're meeting our customer expectations.
3  So whatever the customer expectations are and
4  whatever we can do to make sure that we have a
5  level of consistency across Dell's full -- full  11:24:58
6  portfolio, we will do.
7  Q. Do customers generally expect
8  industry-standard commands?
9     MR. HOLMES: Objection. Calls for
10 speculation. Foundation.                        11:25:11
11    THE DEPONENT: In general, yes.
12 Q. (By Ms. McCloskey) How do you know that?
13 A. Conversations with different customers
14 and just through travel knowledge, in general.
15 Q. So through your experience in networking  11:25:25
16 over, I guess, almost 20 years, you understand that
17 customers generally expect industry-standard
18 commands?
19 A. Yes.
20 Q. Are there any circumstances in which Dell 11:25:42
21 does not adopt industry-standard commands?
22 A. We will not adopt an industry-standard
23 command if we don't think that the underlying
24 functionality can be developed without violating
25 somebody else's intellectual property.          11:26:02

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 62

1  Q. What do you mean by, when the underlying  11:26:05
2  functionality can't be developed without violating
3  someone else's intellectual property?
4  A. If -- if there is intellectual property
5  across the implementation of a particular --  11:26:15
6  particular protocol or -- or particular innovation
7  and the command is simply an interface into that
8  innovation, we won't --
9  Q. I see.
10  A. -- touch it.  11:26:33
11  Q. Okay. Is it your understanding then that
12  Dell uses many CLI commands that are also supported
13  by other networking equipment vendors in the
14  industry?
15  A. Can you restate that one.  11:26:51
16  Q. Sure.
17       Is it your understanding then that Dell
18  uses many CLI commands that are also supported by
19  other networking equipment vendors in the industry?
20       MR. HOLMES: Objection. Vague. Calls  11:27:02
21  for speculation.
22       THE DEPONENT: Sorry. One more time.
23       MS. McCLOSKEY: Sure. No problem.
24  Q. (By Ms. McCloskey) Is it your
25  understanding that Dell uses many CLI commands that  11:27:14

Page 63

1  are also supported by other networking equipment  11:27:17
2  vendors in the industry?
3  A. Yes.
4       MR. HOLMES: Same objections.
5  Q. (By Ms. McCloskey) How do you know that?  11:27:25
6  A. Because it's an industry standard.
7  Q. Do you have an understanding as to
8  whether Cisco uses many CLI commands that are also
9  supported by other networking equipment vendors in
10  the industry?  11:27:49
11       MR. HOLMES: Objection. Vague. Calls
12  for speculation.
13       THE DEPONENT: I'm aware that some of
14  their commands are consistent with other vendors.
15  Q. (By Ms. McCloskey) How do you know that?  11:27:56
16  A. Because they're industry standard.
17  Q. Are you generally familiar with some of
18  Cisco's CLI commands?
19  A. I'm generally familiar with the fact,
20  yes.  11:28:09
21       (Discussion off the stenographic record.)
22  Q. (By Ms. McCloskey) I think you would
23  agree with this, but would you agree that commands
24  that are used by many different vendors and that
25  customers expect to see in an Ethernet switch are  11:28:24

Page 64

1  fairly called industry-standard commands?  11:28:29
2  A. Yes.
3  Q. Would it be fair to say that Dell and
4  Cisco's CLI commands may overlap, to the extent
5  both use industry-standard CLI commands?  11:28:36
6       MR. HOLMES: Objection. Vague. Calls
7  for speculation.
8       THE DEPONENT: Yes.
9  Q. (By Ms. McCloskey) Are you aware of
10  other vendors with whom Dell's CLI commands  11:28:45
11  overlap?
12  A. Yes.
13  Q. Which vendors?
14  A. Anybody that uses that same industry
15  standard. So it would be Arista. I believe  11:28:56
16  Juniper. Extreme. Enterasys. Anybody that uses
17  the Broadcom, PowerConnect software or Level --
18  Level 7 software.
19  Q. So many vendors use the industry-standard
20  CLI demands?  11:29:18
21  A. Yes.
22       MR. HOLMES: Objection. Calls for
23  speculation.
24  Q. (By Ms. McCloskey) Has -- has Dell ever
25  considered whether it was somehow wrong to use CLI  11:29:36

Page 65

1  commands that are also supported by Cisco?  11:29:39
2  A. No.
3       MR. HOLMES: Objection. Vague. Calls
4  for a legal conclusion.
5  Q. (By Ms. McCloskey) Is it fair to say  11:29:47
6  that if Dell thought that it was wrong to use a
7  certain CLI command, it wouldn't use it?
8  A. Yes.
9       MR. HOLMES: Same objections.
10  Q. (By Ms. McCloskey) Is it fair to say  11:29:55
11  that if Dell thought it was illegal to use a
12  certain CLI command, it wouldn't use it?
13  A. Yes.
14       MR. HOLMES: Same objections.
15  Q. (By Ms. McCloskey) Have you ever  11:30:03
16  discussed with others the fact that the Dell CLI --
17  that the CLI supported by Dell shares commands in
18  common with the CLI supported by Cisco?
19       MR. THOMPSON: Let me just caution the
20  witness, you should exclude any communications with  11:30:13
21  your lawyers.
22       THE DEPONENT: Agree.
23  Q. (By Ms. McCloskey) Thank you.
24       Would you like me to read the question?
25  A. Yes, please.  11:30:22

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 94

1  A. Since 2001.                          12:17:44
2  Q. I see 2011.
3  A. Or 2011. Sorry. 2011.
4  Q. So you have been aware of the industry
5  standard at least since June of 2011?     12:17:53
6  A. Yes.
7     MR. HOLMES: Objection. Vague.
8  Q. (By Ms. McCloskey) Is that your earliest
9  memory of being aware of the industry-standard CLI?
10 A. Yes.                                  12:18:01
11    MR. HOLMES: Objection. Vague.
12 Q. (By Ms. McCloskey) Earlier today you
13 listed a series of vendors for whom your teams have
14 used their switches. I have down Brocade, Cisco,
15 Arista, Juniper, NETGEAR, Extreme and Dell.  12:18:20
16    Is it your understanding that each of
17 those companies -- and I would be happy to ask you
18 one by one, if that's easier -- support the
19 industry-standard CLI?
20    MR. HOLMES: Objection. Calls for   12:18:33
21 speculation. Vague. Beyond the scope.
22    THE DEPONENT: Can you ask the question
23 one more time.
24 Q. (By Ms. McCloskey) Sure.
25    Earlier today you talked about       12:18:43

Page 95

1  familiarity with -- with vendors, including   12:18:44
2  Brocade, Cisco, Arista, Juniper, NETGEAR, Extreme
3  and Dell.
4     Is it your understanding that each of
5  those vendors support the industry-standard CLI?  12:18:55
6     MR. HOLMES: Same objections.
7     THE DEPONENT: Yeah, I would be
8  speculating.
9  Q. (By Ms. McCloskey) I'm going to ask you
10 entity by entity, so to the extent you know, you  12:19:08
11 can answer.
12    Do you understand whether Brocade
13 supports the industry-standard CLI?
14    MR. HOLMES: Objection. Asked and
15 answered. Beyond the scope. Calls for    12:19:13
16 speculation.
17    THE DEPONENT: I'd be speculating.
18 Q. (By Ms. McCloskey) Do you understand
19 whether Cisco supports the industry-standard CLI?
20    MR. HOLMES: Same objections.         12:19:24
21    THE DEPONENT: My understanding is that
22 they would support the industry standard.
23 Q. (By Ms. McCloskey) Do you understand
24 whether Arista supports the industry-standard CLI?
25    MR. HOLMES: Same objections.         12:19:35

Page 96

1     THE DEPONENT: I'd be speculating, but my  12:19:35
2  understanding, in general, is that, yes, there's
3  aspects of the industry standard support.
4  Q. (By Ms. McCloskey) Do you understand
5  whether Juniper supports the industry-standard CLI?  12:19:44
6     THE DEPONENT: I'd be speculating, in
7  general.
8  Q. (By Ms. McCloskey) Do you have any
9  knowledge with respect to NETGEAR?
10 A. No.                                   12:19:55
11 Q. Does Extreme support the
12 industry-standard CLI?
13    MR. HOLMES: Same objections.
14    THE DEPONENT: Extreme supports aspects
15 of the industry standard.                 12:20:04
16 Q. (By Ms. McCloskey) Are there any other
17 entities that I haven't mentioned that you believe
18 support the industry-standard CLI, based on your
19 experience?
20 A. Not that come to the top of my head.   12:20:12
21    MS. McCLOSKEY: I'm going to mark this
22 exhibit, which is a video, Exhibit 956.
23    (Exhibit 956 was marked for identification by
24 the court reporter and is attached hereto.)
25 Q. (By Ms. McCloskey) I'm on a YouTube page  12:20:26

Page 97

1  for the Dell Tech Center.                  12:20:28
2     Have you seen this YouTube -- YouTube
3  page before?
4  A. No.
5  Q. Do you have an understanding of whether  12:20:33
6  Dell has a YouTube -- YouTube -- I guess a YouTube
7  channel?
8  A. No.
9     MR. HOLMES: Objection. Foundation.
10 Q. (By Ms. McCloskey) What -- what is the   12:20:42
11 Dell Tech Center?
12    MR. HOLMES: Foundation. Objection.
13    THE DEPONENT: I'm not sure.
14 Q. (By Ms. McCloskey) I'm going to bring up
15 a video that I've previously seen, and I'm just  12:20:51
16 going to play you a little bit of this video. Let
17 me turn the volume up.
18    (Video playing.)
19 Q. (By Ms. McCloskey) I'll edit there,
20 unless you want to see any more of it. I'm just  12:22:42
21 going to ask you a few questions about it.
22 A. Okay.
23 Q. Have you ever seen that video before?
24 A. No.
25 Q. What do you understand that video to be?  12:22:49

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1  Do you understand it to be a comparison of the CLI          12:22:51
 2  supported by Dell and the CLI supported by Cisco?
 3       MR. HOLMES:  Objection.  Vague.
 4  Foundation.  And assumes facts not in evidence.
 5  It's also compound.                                          12:22:59
 6       THE DEPONENT:  My understanding would be
 7  that it is probably trying to help market the -- if
 8  somebody understood generalized structures for a
 9  Cisco switch, that they could generally understand
10  what to do on a Dell switch.                                 12:23:19
11       MR. HOLMES:  It's also beyond the scope.
12  Q.  (By Ms. McCloskey)  What would be the
13  purpose of a video -- of this video?
14       MR. HOLMES:  Same objections.
15  Q.  (By Ms. McCloskey) Withdrawn.                            12:23:30
16       What is the purpose of this video, to the
17  best of your understanding?
18       MR. HOLMES:  Objection.
19       THE DEPONENT:  I'd be speculating.
20       MR. THOMPSON:  That does call for               12:23:36
21  speculation.
22       You can answer.
23       MR. HOLMES:  Objection.  Beyond the
24  scope.  Calls for speculation.
25       THE DEPONENT:  I'd be speculating, but I        12:23:42
                                                        Page 98
```

```
 1  would assume that it -- it could be intended for a          12:23:43
 2  multi-vendor environment.  We're going in and
 3  somebody is operating a Cisco switch and a Dell
 4  switch, or for marketing, in general, to a Cisco
 5  customer.                                                   12:23:55
 6  Q.  (By Ms. McCloskey)  And so is it
 7  important for the audience of this video to
 8  understand that the similarities between the -- the
 9  CLI supported by Dell and the CLI supported by
10  Cisco?                                                      12:24:06
11       MR. HOLMES:  Objection.  Calls for a
12  legal conclusion.  Calls for speculation.  Vague.
13  Beyond the scope.
14       THE DEPONENT:  I'd be speculating, but I
15  would assume that for whoever was viewing the video   12:24:14
16  it would be important for them to understand that
17  any knowledge that they brought in from a Cisco
18  script could translate, so that you could have an
19  understanding of what to do on a Dell switch.
20  Q.  (By Ms. McCloskey)  And so do you            12:24:35
21  understand that it would educate a viewer of this
22  video that, for example, the training time to get
23  up to speed on a Dell switch, if you knew how to
24  use a Cisco switch, would be less than it would be
25  otherwise?                                         12:24:48
                                                        Page 99
```

```
 1       MR. THOMPSON:  Same objections.                12:24:48
 2       THE DEPONENT:  I would be speculating,
 3  but I would assume it would show that, as a video
 4  would, between any other switch vendor and our
 5  vendor.  We would try and show the similarities so   12:25:00
 6  that we could make that easier in terms of
 7  translation.
 8       MS. McCLOSKEY:  Sorry.  All right.  I'll
 9  close this down.
10       I just have a couple more documents I'd        12:25:12
11  like to show you and then I will be ready to wrap
12  up for the day.
13       Let's mark this as Exhibit 957.
14       (Exhibit 957 was marked for identification by
15  the court reporter and is attached hereto.)         12:25:22
16  Q.  (By Ms. McCloskey)  Mr. Cato, I've handed
17  you a document that's been marked 957.
18       Do you recognize this document?
19  A.  I do not.
20  Q.  Can you take a brief look at this               12:25:47
21  document and tell me whether you have an
22  understanding of what this document is?
23  A.  It looks like a -- a marketing document
24  associated with the PowerConnect series of
25  switches.                                           12:26:10
                                                        Page 100
```

```
 1  Q.  A Dell marketing document?                      12:26:10
 2  A.  A Dell marketing document.
 3  Q.  And I'm going to direct your attention,
 4  again, to language that's similar to language we've
 5  already looked at today where it says "Easy,        12:26:18
 6  Powerful Management."
 7       I'll read to you the first sentence.
 8  "PowerConnect 5200 Series switches support a number
 9  of management interfaces, including an easy-to-use
10  embedded Web interface as well as an industry       12:26:31
11  standard Command Line Interface (CLI) which allows
12  network administrators to utilize existing switch
13  configurations skills."
14       Do you see that?
15  A.  I do.                                           12:26:44
16  Q.  Is this the same industry-standard CLI
17  which we've been discussing today?
18       MR. HOLMES:  Objection.  Foundation.
19  Calls for speculation.
20  Q.  (By Ms. McCloskey) Withdrawn.                   12:26:55
21       Does this reference the same
22  industry-standard CLI which we have been discussing
23  today?
24       MR. HOLMES:  Same objection.
25       THE DEPONENT:  Yes, it does.  It would be      12:27:01
                                                        Page 101
```

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1  important to know that the Dell OEM's the        12:27:03
 2  PowerConnect, I believe, full series --
 3      Q.  (By Ms. McCloskey)  Okay.
 4      A.  -- so that the software is not
 5  necessarily Dell-produced software.              12:27:14
 6      Q.  Do you have an understanding of whose
 7  software it would be?
 8      A.  Yes.
 9      Q.  Who is that?
10      A.  Broadcom.                                12:27:24
11      Q.  So am I correct in understanding that
12  this document indicates that the Broad- -- Broadcom
13  software supports the industry-standard CLI?
14      A.  I believe so, yes.
15      Q.  Do you have any reason to question      12:27:36
16  whether the Broadcom software supports the
17  industry-standard CLI?
18          MR. THOMPSON:  Same objections.
19          THE DEPONENT:  No.  My comment was not
20  familiarity with this particular series or -- or  12:27:45
21  the particular switch, and just going from memory
22  in terms of who has Broadcom software versus who
23  has Dell software on the individual switches.
24          MS. McCLOSKEY:  Okay.  Thanks.  You can
25  put that document aside.                         12:28:08
                                                 Page 102
```

```
 1          I'm going to show you a document which is  12:28:08
 2  marked 958.
 3          (Exhibit 958 was marked for identification by
 4  the court reporter and is attached hereto.)
 5      Q.  (By Ms. McCloskey)  Mr. Cato, I've handed  12:28:11
 6  you a document which is marked Exhibit 958.
 7          Do you recognize this document?
 8      A.  No.
 9      Q.  Can you please take a look at this
10  document and tell me what your understanding is  12:28:29
11  that it is?
12          MR. HOLMES:  Objection.  Foundation.
13          THE DEPONENT:  It looks like it's a
14  marketing document talking about the CLI on
15  Force10's operating system.                      12:29:41
16      Q.  (By Ms. McCloskey)  Have you seen
17  documents like this before?
18          MR. HOLMES:  Objection.  Vague.
19          THE DEPONENT:  I've seen similar
20  documents.                                       12:29:57
21      Q.  (By Ms. McCloskey)  And -- and just to be
22  clear, it's a Dell marketing document about CLI; is
23  that correct?
24          MR. HOLMES:  Objection.  Foundation.
25          THE DEPONENT:  I am unable to tell if it  12:30:04
                                                 Page 103
```

```
 1  was a Force10 or a Dell document.  It depends on  12:30:06
 2  timing.  It looks like it was a Force10 document.
 3      Q.  (By Ms. McCloskey)  Do you see on the
 4  middle of the front -- front page where it says,
 5  "The FTOS CLI combines an industry-standard show,  12:30:16
 6  configuration and debugging syntax with" -- "with
 7  enhanced usability and navigation features.  As a
 8  result, configuration and troubleshooting is just
 9  like working on an iOS platform, but more
10  comfortable."                                    12:30:33
11          Do you see that?
12      A.  Yes.
13      Q.  Do you have an understanding of what this
14  document refers to when it references an industry
15  standard show syntax?                            12:30:46
16          MR. HOLMES:  Objection.  Foundation.
17          THE DEPONENT:  It would be -- my
18  assumption is that the author intended to
19  demonstrate that the -- the CLI implementation was
20  what customers would expect for the industry     12:31:10
21  standard, and that they had gone and also provided
22  additional commands for -- for making some of the
23  navigation or some of the implementation easier.
24  So it looks like they have implemented an industry
25  standard and then additional commands.           12:31:28
                                                 Page 104
```

```
 1      Q.  (By Ms. McCloskey)  Which additional     12:31:31
 2  commands are those?
 3      A.  It -- I -- I'd be speculating.
 4      Q.  Okay.  What does iOS refer to?
 5          MR. HOLMES:  Objection.  Vague.          12:31:45
 6  Foundation.
 7          THE DEPONENT:  I believe iOS refers to
 8  Cisco's operating system.
 9      Q.  (By Ms. McCloskey)  So is it your
10  understanding --                                 12:31:53
11      A.  -- on one of their -- on some of their
12  switches.
13      Q.  Thank you for that clarification.
14          Is it your understanding that this
15  document -- this marketing document is indicating  12:31:59
16  to customers that configuration and troubleshooting
17  is similar to working on a Cisco iOS platform?
18          MR. HOLMES:  Objection.  The document
19  speaks for itself.  Foundation.
20          THE DEPONENT:  I believe that it's       12:32:13
21  indicating that if you -- if you are familiar with
22  the industry-standard aspects of the Cisco, you
23  would be familiar with the industry-standard
24  aspects of the Dell switch, or the Force10 switch
25  in this case.                                    12:32:32
                                                 Page 105
```

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

### Page 122

```
 1  property.                          12:49:21
 2       MS. McCLOSKEY: I have no further
 3  questions. Thank you very much.
 4       MR. HOLMES: I have one final question.
 5            FURTHER EXAMINATION      12:49:32
 6  BY MR. HOLMES:
 7    Q.  Sir, we discussed a company called
 8  Force10 today.
 9       Do you remember that?
10    A.  Yes, sir.                    12:49:36
11    Q.  And you're not here as a
12  representative -- corporate representative of
13  Force10, are you?
14    A.  I am not.
15    Q.  And you don't work for Force10 currently,   12:49:42
16  right?
17    A.  I work for Dell.
18       MR. HOLMES: No further questions.
19  Thank you.
20       THE VIDEOGRAPHER: This is the end of   12:49:48
21  today's deposition of Dell, Inc. The deponent is
22  Gavin Cato. We are off the record at 12:49 p.m.
23  Thank you.
24       (TIME NOTED: 12:49 p.m.)
25
```

### Page 123

```
 1       I declare under penalty of perjury
 2  under the laws that the foregoing is
 3  true and correct.
 4
 5       Executed on _____, 20___,
 6  at _____, _____.
 7
 8
 9
10
11       _____
12            GAVIN CATO
```

### Page 124

```
 1       I, Rebecca L. Romano, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3       That the foregoing proceedings were taken before me
 4  at the time and place herein set forth; that any
 5  witnesses in the foregoing proceedings, prior to
 6  testifying, were administered an oath; that a record of
 7  the proceedings was made by me using machine shorthand
 8  which was thereafter transcribed under my direction;
 9  that the foregoing transcript is true record of the
10  testimony given.
11       Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [X] was not requested.
15       I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18       IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20       Dated: May 26, 2016
21
22
23       _____
24       Rebecca L. Romano, RPR,
25       CSR. No 12546
```

Veritext Legal Solutions
866 299-5127