# EXHIBIT 36

Case 5:14-cv-05344-BLF Document 607-5 Filed 11/01/16 Page 2 of 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,

Plaintiff,

vs. No. 5:14-cv-05344-BLF(PSG)

ARISTA NETWORKS, INC.,

Defendant.

______________________________/

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TONG LIU

FRIDAY, JANUARY 15, 2016

PALO ALTO, CALIFORNIA

Reported by:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 2211574

Pages 1 - 215

Case 5:14-cv-05344-BLF Document 607-5 Filed 11/01/16 Page 3 of 10

way.

If there are any objections to proceeding, please state them at the time of your appearance.

And if you would please state your appearances.

MR. WONG: Ryan Wong from Keker & Van Nest for defendant Arista Networks.

MR. PAK: Sean Pak of Quinn Emanuel, representing Cisco and the witness.

THE VIDEOGRAPHER: Thank you.

If the court reporter would please swear the witness, we can begin.

TONG LIU,

having been sworn as a witness

by the Certified Shorthand Reporter,

testified as follows:

EXAMINATION

BY MR. WONG:

Q Good morning, Ms. Liu.

A Good morning.

Q Please state your full name for the record.

A Tong Liu.

Q Do you go by any other names, Ms. Liu?



CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

[redacted]

Page 167

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

[redacted]

Page 168

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

[redacted]

Page 169

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

[redacted]

Page 170

Veritext Legal Solutions
866 299-5127

Case 5:14-cv-05344-BLF Document 607-5 Filed 11/01/16 Page 8 of 10
CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 171

Veritext Legal Solutions
866 299-5127



CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 172

Veritext Legal Solutions
866 299-5127

Case 5:14-cv-05344-BLF Document 607-5 Filed 11/01/16 Page 10 of 10

J U R A T

I, TONG LIU, do hereby certify under penalty of perjury, that I have read the foregoing transcript of my deposition in the matter of Cisco Systems, Inc., vs. Arista Networks, Inc., taken on January 15, 2016; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this ____ day of _____________, 2015, at _____________________________.

__________________________________

SIGNATURE OF WITNESS

NOTARIZATION (If Required)

State of ______________________

County of _____________________

Subscribed and sworn to (or affirmed) before me on this ______ day of ______________________, 20____, by ____________________________, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: __________________________________ (Seal)