# EXHIBIT 42

**Page 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,  )
                )
     Plaintiff,  )
                ) Case No.
   vs.      ) 5:14-cv-05344-BLF (PSG)
                )
ARISTA NETWORKS, INC.,  )
                )
     Defendant.  )
_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF KIRK LOUGHEED
Palo Alto, California
Friday, November 20, 2015
Volume I

Reported by:
CARLA SOARES
CSR No. 5908
Job No. 2187110
Pages 1 - 189

---

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,    )
                            )
 6        Plaintiff,  )
                            ) Case No.
 7     vs.        ) 5:14-cv-05344-BLF (PSG)
                            )
 8  ARISTA NETWORKS, INC.,  )
                            )
 9        Defendant.  )
    _____)
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17  Volume I, taken on behalf of Defendant, at
18  650 Page Mill Road, Palo Alto, California, beginning
19  at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20  November 20, 2015, before CARLA SOARES, Certified
21  Shorthand Reporter No. 5908.
22
23
24
25
```

---

**Page 3**

```
 1  APPEARANCES:
 2
 3  For the Plaintiff and the Witness:
 4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5      BY: JOHN (JAY) NEUKOM, Attorney at Law
 6      50 California Street, 22nd Floor
 7      San Francisco, California 94111
 8      415.875.6341
 9      johnneukom@quinnemanuel.com
10          and
11      KIRKLAND & ELLIS LLP
12      BY: JOSHUA L. SIMMONS, Attorney at Law
13      601 Lexington Avenue
14      New York, New York 10022
15      212-446-4989
16      joshua.simmons@kirkland.com
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1  APPEARANCES (Continued):
 2
 3  For the Defendant:
 4      KEKER & VAN NEST LLP
 5      BY: BRIAN L. FERRALL, Attorney at Law
 6      BY: RYAN WONG, Attorney at Law
 7      633 Battery Street
 8      San Francisco, California 94111
 9      415.391.5400
10      bferrall@kvn.com
11      rwong@kvn.com
12
13  ALSO PRESENT: Sean Grant, Video Operator
14          --o0o--
15
16
17
18
19
20
21
22
23
24
25
```



Page 53

1    A  That's correct.                          11:06:23
2    Q  Would there be any way to know whether you
3  were logged in or not?
4    A  Yes.
5    Q  What was that?                           11:06:35
6    A  There was a command "information about
7  job" that would tell you.
8    Q  What was that command?
9    A  "Information about job."
10   Q  Oh, that was the name of the command?    11:06:56
11   A  Yes.
12   Q  Okay.  Did you ever refer to there being
13  different modes in TOPS-20?
14   A  Could you clarify what you mean by "mode"?
15   Q  Well, I guess, first let me ask you just  11:07:40
16  if you ever used that term.  Did you ever use the
17  term "modes" in referring to TOPS-20 functionality?
18   A  There were many programs that ran on
19  TOPS-20 that had a concept of mode.
20   Q  Can you give me an example?              11:08:09
21   A  There was an editor that -- there was a
22  program called EMax for editing that had different
23  modes depending on what programming language you
24  were editing.
25   Q  Do you know if EXEC included a parser?   11:09:17

Page 54

1    A  Could you explain to me what you mean by  11:09:26
2  "parser"?
3    Q  Do you know what a parser is?
4    A  I know in a generic sense what a parser
5  is.                                            11:09:45
6    Q  What's a parser in your -- based on your
7  understanding?
8    A  A parser is something that takes a string
9  of text and divides it up into a sequence of tokens,
10  and then takes some action based on those sequence  11:10:09
11  of tokens.
12   Q  Based upon that understanding, do you know
13  whether EXEC had a parser?
14   A  Yes.
15   Q  It did?                                  11:10:25
16   A  It did.
17   Q  How do you know that it had a parser?
18   A  Because it had the behavior that I
19  described.
20   Q  Had you ever seen the EXEC source code?  11:11:03
21   A  Yes.
22   Q  And had you seen the parser code of EXEC?
23   A  I had seen parts of it.
24   Q  How did you come to see that code?
25   A  It was -- Stanford had a source license to  11:11:33

Page 55

1    that software.                             11:11:38

25                                               11:14:49

Page 56

19   Q  Are you familiar with the syntax of
20  TOPS-20 commands?                           11:17:00
21   A  In a -- yes.
22   Q  Can you explain what it is?
23   A  There are many commands.  I do not
24  remember all of them.
25   Q  Was there a general format for TOPS-20   11:17:37

Page 61

| | |
|---|---|
| 1 | A  Correct.                                11:28:56 |
| 2 | Q  What was that software that Mr. Yeager |
| 3 | gave to you? |
| 4 | A  It was software that had router |
| 5 | functionality as well as terminal server     11:29:22 |
| 6 | functionality. |
| 7 | Q  What had that software been developed for, |
| 8 | to your knowledge? |
| 9 | A  I believe it was developed to build -- |
| 10 | help construct, build larger Ethernet networks.  11:30:11 |
| 11 | Q  Do you know why Mr. Yeager gave you a copy |
| 12 | of that? |
| 13 | A  There was a -- no.  I wasn't in his -- I |
| 14 | wasn't in his head.  I don't know why he decided to |
| 15 | give me a copy.                           11:30:57 |
| 16 | Q  Tell me how that came about.  I mean, did |
| 17 | he just come in and give you some software out of |
| 18 | the blue? |
| 19 | A  My memory is not precise, but I believe I |
| 20 | sent him some email asking if I could get a copy of   11:31:20 |
| 21 | the software. |
| 22 | Q  And why did you do that? |
| 23 | A  I was interested in making changes to that |
| 24 | software. |
| 25 | Q  What had been your exposure to that     11:31:45 |

Page 62

| | |
|---|---|
| 1 | software prior to receiving a copy of it from    11:31:52 |
| 2 | Mr. Yeager? |
| 3 | A  The software that I was interested in was |
| 4 | the terminal server software, which... |
| 5 | Q  And why did you know about it?         11:32:18 |
| 6 | A  Stanford had a number of terminal servers |
| 7 | on its network, and we used them. |
| 8 | Q  Can you tell me what you -- what is a |
| 9 | terminal server? |
| 10 | A  It is a device for concentrating character  11:32:47 |
| 11 | mode terminals onto a network, and using a network |
| 12 | protocol to exchange characters back and forth |
| 13 | between the terminal server and the networked |
| 14 | computer at the other end. |
| 15 | Q  Did the software that Mr. Yeager provided   11:33:17 |
| 16 | to you, did it have a name at the time? |
| 17 | A  Not that I recall. |
| 18 | Q  And was that software actually in use at |
| 19 | the time that you received a copy of it? |
| 20 | A  That was my understanding.           11:33:40 |
| 21 | Q  That it was in use? |
| 22 | A  Yes. |
| 23 | Q  Where was it in use? |
| 24 | A  In terminal servers on the Stanford |
| 25 | network.                               11:33:51 |

Page 63

| | |
|---|---|
| 1 | Q  And would this software -- let's say the   11:33:54 |
| 2 | terminal server part of it at least, was that |
| 3 | running on the -- for example, the DECSYSTEM-20 |
| 4 | computers? |
| 5 | A  No.                                  11:34:09 |
| 6 | Q  What was it running on? |
| 7 | A  It was running on a SUN processor card |
| 8 | where -- well, a SUN processor card. |
| 9 | Q  The SUN processor card was not a -- itself |
| 10 | a Sun computer, known as a Sun computer yet?   11:34:52 |
| 11 | A  It was not known -- it was -- could you |
| 12 | rephrase the question? |
| 13 | A  Sure. |
| 14 | Well, SUN -- SUN is -- you're referring to |
| 15 | Sun Microsystems?                        11:35:14 |
| 16 | A  No. |
| 17 | Q  What does -- what's the SUN processor card |
| 18 | then? |
| 19 | A  Stanford University network. |
| 20 | Q  Okay.  And did that -- do you understand   11:35:24 |
| 21 | that that SUN became the Sun of Sun Microsystems? |
| 22 | A  That is my understanding. |
| 23 | Q  Had Sun Microsystems come into existence |
| 24 | at this time? |
| 25 | A  I don't recall the dates.             11:35:53 |

Page 64

| | |
|---|---|
| 1 | Q  Okay.  So you weren't responsible for the   11:35:54 |
| 2 | terminal server software as part of your duties at |
| 3 | Stanford, were you? |
| 4 | A  I was not responsible for the terminal |
| 5 | server software as part of my official duties.   11:36:27 |
| 6 | Q  Okay.  So you requested the software from |
| 7 | Mr. Yeager out of interest; is that fair? |
| 8 | A  Yes. |
| 9 | Q  And do you know approximately when you |
| 10 | made that request to Mr. Yeager for the software?   11:36:44 |
| 11 | A  To the best of my recollection, it was |
| 12 | early 1985.  It could have been late 1984, though. |
| 13 | Q  Do you know who wrote the software that |
| 14 | Mr. Yeager provided to you? |
| 15 | A  I do not know -- I do not know who wrote   11:37:43 |
| 16 | the software. |
| 17 | Q  Do you know anyone who contributed to that |
| 18 | software? |
| 19 | A  I believe Mr. Yeager was one of the people |
| 20 | that contributed to that software.          11:37:58 |
| 21 | Q  Do you know anyone else who contributed to |
| 22 | it? |
| 23 | A  Not with any certainty. |
| 24 | Q  Who is Benji Levy? |
| 25 | A  He was an undergraduate at Stanford.     11:38:29 |

Page 65

| | |
|---|---|
| 1 | Q While you were there?                11:38:34 |
| 2 | A Yes. |
| 3 | Q Did you ever work with Mr. Levy? |
| 4 | A Yes. |
| 5 | Q In what capacity?              11:38:48 |
| 6 | A I hired him. |
| 7 | Q At Cisco? |
| 8 | A Yes. At Stanford. |
| 9 | Q Oh. In what role did you hire him? Or |
| 10 | what position did you hire him for, to be clear?      11:39:26 |
| 11 | A We referred to it as a cable -- a cable |
| 12 | troll. Hardware technician would probably be the |
| 13 | more modern description of that. |
| 14 | Q Did he work at all on modifying the |
| 15 | software that Mr. Yeager provided to you?      11:40:21 |
| 16 | A Not to my direct knowledge. Software was |
| 17 | not part of his job duties for me. |
| 18 | Q And to be clear, did Mr. Almquist work on |
| 19 | modifying any of that software that Mr. Yeager |
| 20 | provided to you?             11:40:55 |
| 21 | A He may have. |
| 22 | Q To your knowledge, did he? |
| 23 | A I have no direct knowledge of that. |
| 24 | Q Were you asked to make any changes to the |
| 25 | software that Mr. Yeager provided to you?      11:41:13 |

Page 66

| | |
|---|---|
| 1 | A No. That was not part of my duties.      11:41:16 |
| 2 | Q Did you talk to anyone about what you were |
| 3 | going to do with that software before doing it? |
| 4 | A I may have. |
| 5 | Q Who did you talk to?              11:41:38 |
| 6 | A I don't remember if I talked to anybody |
| 7 | before I started on that. |
| 8 | Q And what prompted you to start modifying |
| 9 | or changing that software? |
| 10 | A I wanted to learn a new technology, and I      11:42:39 |
| 11 | wanted to see if I could improve the behavior of the |
| 12 | terminal server. |
| 13 | Q What was your intention of what you would |
| 14 | do with the -- with your modifications to the |
| 15 | software?                 11:43:04 |
| 16 | A That I would be able to improve its |
| 17 | performance and its manageability. |
| 18 | Q Sticking with the terminal server |
| 19 | functionality, did you improve its performance? |
| 20 | A Yes, I did.              11:43:44 |
| 21 | Q And did you provide your modifications |
| 22 | back to Mr. Yeager? |
| 23 | A I don't recall if I -- I don't recall if I |
| 24 | did or not. |
| 25 | Q Did you provide those to anyone at      11:44:13 |

Page 67

| | |
|---|---|
| 1 | Stanford?                 11:44:15 |
| 2 | A I don't remember if I provided the source |
| 3 | back. I certainly provided copies of the improved |
| 4 | software. |
| 5 | Q You mean perhaps in binary form?      11:44:34 |
| 6 | A In binary form. |
| 7 | Q Why didn't you -- sorry. Strike that. |
| 8 | The software you received from Mr. Yeager |
| 9 | was in source? |
| 10 | A Correct.                11:44:44 |
| 11 | Q Why didn't you provide the source back to |
| 12 | Stanford? |
| 13 | MR. NEUKOM: Objection. Misstates prior |
| 14 | testimony. |
| 15 | THE WITNESS: I don't recall if I provided      11:45:02 |
| 16 | the source code back to anybody at Stanford. I was |
| 17 | Stanford. |
| 18 | BY MR. FERRALL: |
| 19 | Q Did you implement the improved terminal |
| 20 | server software at Stanford?             11:45:22 |
| 21 | A Yes. |
| 22 | Q So where did the source for that improved |
| 23 | terminal server software reside when you implemented |
| 24 | it? |
| 25 | A On a UNIX system that was -- that belonged      11:45:46 |

Page 68

| | |
|---|---|
| 1 | to Stanford.                11:45:55 |
| 2 | Q And that's what you had done your |
| 3 | modifications on? |
| 4 | A Yep. |
| 5 | Q Did you make any modifications to the      11:46:12 |
| 6 | router functionality of the Yeager software? |
| 7 | A My initial interest was only in the -- |
| 8 | only in the terminal server software. |
| 9 | Q So is that -- I'm sorry. Is that a no, |
| 10 | you didn't make any modifications to the router      11:46:43 |
| 11 | functionality? |
| 12 | A I removed it. |
| 13 | Q You removed it from your copy or -- what |
| 14 | do you mean, you removed it? |
| 15 | A That is correct. I removed it from my      11:46:58 |
| 16 | copy. |
| 17 | Q So again, going back to your testimony |
| 18 | earlier this morning, when you referred to extending |
| 19 | and making improvements on software you received |
| 20 | from Mr. Yeager, was that only as to the terminal      11:47:49 |
| 21 | server functionality? |
| 22 | A That was my initial intent. |
| 23 | Q Okay. My question was asking about what |
| 24 | you did as opposed to your intent. |
| 25 | Did you only extend and/or make      11:48:13 |

Page 69

```
 1    improvements to the terminal server part of the      11:48:18
 2    software Mr. Yeager provided you?
 3            MR. NEUKOM:  Objection to form.  Vague,
 4    compound.
 5            THE WITNESS:  At a later date I did write     11:48:39
 6    router support and put it into the software.
 7    BY MR. FERRALL:
 8        Q  Okay.  First, what's router support?
 9        A  Being able to receive a packet on one
10    interface and figure out which of -- which other      11:49:28
11    interface to send it out upon, rewriting the header
12    of the packet as appropriate.
13        Q  What was the -- strike that.
14            Was there router support functionality in
15    the software Mr. Yeager provided you?                  11:50:00
16        A  Yes.
17        Q  And what did you do to change that?
18        A  I removed his support because I wasn't
19    interested in it the time, and later on -- later
20    on my interest changed.                               11:50:45
21        Q  Okay.  I understand that.
22            So what happened later on when your
23    interest -- your interest then moved to the router
24    functionality?  What did you do?
25        A  I wrote support for IP, and I took a few       11:51:10
```

Page 70

```
 1    pieces of the PUP support that Mr. Yeager had there.   11:51:28
 2            Well, actually, the PUP support actually
 3    already existed for the terminal server portion.
 4        Q  So the terminal server portion already had
 5    PUP support for routing?                               11:52:08
 6        A  For routing and for terminal sessions.
 7        Q  Okay.  And did the software from
 8    Mr. Yeager have any routing support for IP?
 9        A  Yes.
10        Q  And did you use any of that?                    11:52:46
11        A  No.
12        Q  What did you do with it?
13        A  It was a confusing mess.  I threw it out
14    and wrote my own.
15        Q  And when did you write that routing            11:53:03
16    support for IP?
17        A  Late '85, I believe.
18        Q  You wrote that -- the code -- sorry.
19            When you wrote that, the code was on this
20    UNIX computer at Stanford; is that right?             11:53:51
21        A  I did my development on a UNIX system at
22    Stanford.
23        Q  Did you talk to anyone about your
24    intentions in writing this IP routing support prior
25    to doing so?                                          11:54:41
```

Page 71

```
 1        A  No.                          11:54:43
 2        Q  Why did you do it?
 3        A  I had figured out terminal servers and
 4    PUP.  The Internet protocol was the -- was the new
 5    developing technology, and I wanted to learn more     11:55:07
 6    about how IP worked.
 7        Q  What resources did you look at to learn
 8    about how IP worked?
 9        A  I looked at RFCs.
10        Q  Anything else?                                 11:55:46
11        A  Not that I -- not that I recall.
12        Q  At some point did you tell anyone else at
13    Stanford that you were writing this IP support?
14        A  I told my boss, Steve Hanson, and I also
15    discussed it with Len Bosack.                         11:56:28
16        Q  Tell me about your discussion with
17    Mr. Hanson.  What did you say to him?
18        A  "This is what I'm doing in my spare time."
19        Q  And what did he say?
20        A  "Fine."                                        11:56:54
21        Q  And what did you tell Mr. Bosack?
22        A  That I was -- I don't remember the details
23    of what I told him.  We had technical discussions.
24        Q  What were the technical discussions about?
25        A  How elements of the protocol suite worked,    11:57:42
```

Page 72

```
 1    programming techniques, possibly where the stuff      11:57:53
 2    could be -- what stuff would be useful to Stanford
 3    that would also be interesting for me.
 4        Q  At what time did you first have the idea
 5    to use this software in your own commercial venture?  11:58:34
 6            MR. NEUKOM:  Objection to form.
 7            THE WITNESS:  I did not come up with that
 8    idea.
 9    BY MR. FERRALL:
10        Q  Who did?                                       11:58:54
11        A  I believe it was Len.
12        Q  And when did you first learn of Len
13    Bosack's idea to use this software that you were
14    working on?
15        A  Sometime in early '86.                         11:59:32
16        Q  Did you ever tell Mr. Hanson about that
17    idea to use the software in a commercial venture?
18        A  No.
19        Q  Did you tell anyone at Stanford about that
20    idea other than Mr. Bosack?                           11:59:56
21        A  No.
22        Q  Who is Eric Schoen, S-C-H-O-E-N?
23        A  I don't know.
24        Q  Do you know a Frank Gilmurray?
25        A  Vaguely.                                       12:00:25
```

## Page 77

```
 1        Q  Who do you know there?          12:56:33
 2        A  I know Vic White.  I know as in I --
 3   socially I know Vic White and Ken Harrenstien.  I've
 4   never heard of Zaw-Sing Su.  And Elizabeth Feinler I
 5   only know by reputation.                12:57:02
 6        Q  Were they -- to your knowledge, were they
 7   all at SRI?
 8        A  I know that Vic, Ken and Elizabeth were.
 9   I have no idea -- I've never seen the name Zaw-Sing
10   Su before today.                        12:57:20
11        Q  What's SRI International?
12        A  It is a primarily government-funded
13   research institute.
14        Q  Did you ever have any involvement with
15   SRI?  And when I say "involvement," I mean some   12:57:52
16   official --
17        A  No.
18        Q  -- relationship.
19        A  No.
20        Q  Okay.  Let me ask you to look at   12:58:06
21   Exhibit 31.
22           Do you ever recall reviewing an RFC for an
23   address resolution protocol?
24        A  I'd actually like to read through this.
25        Q  Well, I'm just asking you the question   12:58:38
```

## Page 78

```
 1   right now.                              12:58:39
 2           Mr. Lougheed, you have to understand,
 3   we've got a lot to cover today, and I need to --
 4        A  And I'm also under oath, and I want to
 5   make sure my replies to your answers (sic) are   12:58:47
 6   correct.
 7        Q  Okay.  So I'm asking you -- you can put
 8   the document down, frankly.
 9           Do you ever recall reviewing an RFC for an
10   address resolution protocol?             12:58:58
11        A  Yes, I do recall reviewing a document --
12   it may have been an RFC -- on address resolution.
13        Q  Do you know who developed address
14   resolution protocols?
15        A  I don't recall.                12:59:20
16        Q  Did you contribute to that field?
17        A  No.
18        Q  All right.  Do you know David Plummer?
19        A  I have heard the name before but I don't
20   know the person.                        12:59:31
21        Q  How many IETF RFCs have you authored in
22   whole or in part?
23        A  Two, maybe three.
24        Q  What were the subject or subjects of those
25   RFCs?                                   13:00:07
```

## Page 79

```
 1        A  They were all on the border gateway   13:00:09
 2   protocol.
 3        Q  Has Cisco ever had any policies about
 4   their employees submitting RFCs to the IETF?
 5        A  I'm not aware of any specific policies.   13:01:02
 6        Q  Did the software that you worked on at
 7   Stanford, the routing and terminal server software
 8   we talked about, did that include an address
 9   resolution protocol?
10           MR. NEUKOM:  Objection to form.  Vague.   13:02:09
11   BY MR. FERRALL:
12        Q  I should say an address resolution
13   protocol feature.
14           MR. NEUKOM:  Same objection.
15           THE WITNESS:  Yes.              13:02:23
16   BY MR. FERRALL:
17        Q  And what were the sources of information
18   for you in order to -- well, strike that.
19           Did you write software for the address
20   resolution protocol feature?            13:02:38
21        A  Yes.
22        Q  And what were the sources of information
23   that you used to prepare that address resolution
24   protocol feature?
25           MR. NEUKOM:  Objection to form.  Vague,   13:02:58
```

## Page 80

```
 1   calls for a conclusion.                 13:03:06
 2           THE WITNESS:  Documents whose name I do
 3   not recall.
 4   BY MR. FERRALL:
 5        Q  Can you describe generally what they were?   13:03:16
 6        A  They were documents that described a
 7   packet format and described an associated state
 8   machine.
 9        Q  Is the address resolution protocol
10   referred to simply by the acronym ARP?   13:03:59
11        A  There's a general concept of an address
12   resolution protocol, and then there's one, possibly
13   more, that are -- may be described in various
14   documents from the IETF.
15        Q  When did you first hear -- have you ever   13:04:52
16   heard the address resolution protocol abbreviated as
17   ARP?
18        A  Yes.
19        Q  When did you first hear that abbreviation?
20        A  I don't recall -- I don't recall the   13:05:17
21   precise time.
22        Q  Was it while you were still at Stanford?
23        A  It certainly could have been.
24        Q  Did you develop any features for the
25   address resolution protocol yourself?   13:05:52
```

| | Page 81 | | | Page 83 |
|---|---|---|---|---|

**Page 81**

1    MR. NEUKOM: Objection. Vague.   13:05:56

2    THE WITNESS: I do not understand your

3  question. What do you mean, develop features for

4  the address resolution protocol?

5  BY MR. FERRALL:   13:06:12

6    Q Fair enough. Let me ask it a different

7  way.

8    Did you contribute to any IETF RFC

9  relating to the address resolution protocol?

10    MR. NEUKOM: Objection. Asked and   13:06:27

11  answered.

12    THE WITNESS: No.

13  BY MR. FERRALL:

14    Q Did you develop features at -- while at

15  Cisco that relate to ARP, if you don't mind me using   13:06:44

16  the acronym?

17    A I don't understand the question.

18    Q Who is Glenn Truitt?

19    A He's a -- at my time at Stanford, he was a

20  graduate student.   13:08:37

21    Q Did you work with him while at Stanford?

22    A Briefly.

23    Q In what capacity?

24    A I recollect that he may have written a

25  user guide to the software at the time, but that's   13:09:21

**Page 83**

1  BY MR. FERRALL:   13:11:01

2    Q At some point did you or colleagues of

3  yours at Stanford refer to a gateway project?

4    A There was -- I don't recall anything that

5  was a gateway project.   13:11:20

6    Q Did you ever refer to your -- the software

7  that you were working on, the routing and the

8  terminal server software, as software for a gateway?

9    MR. NEUKOM: Objection to form.

10    THE WITNESS: The devices that the   13:11:50

11  software ran on were either terminal servers or

12  gateways.

13  BY MR. FERRALL:

14    Q What does a -- what's a gateway?

15    A At Stanford at that time, it was what has   13:12:08

16  since been called a router. It's an obsolete name

17  for a router.

18    Q Do you know who came up with the term

19  "gateway"?

20    A No, I don't.   13:12:23

21    Q When did you first hear the term

22  "gateway"?

23    A I don't recall.

24    Q At Stanford sometime?

25    A Yes.   13:12:39

**Page 82**

1  about all that I remember of my interactions with   13:09:29

2  him.

3    Q Did you oversee his writing of a user

4  guide to the software?

5    A No.   13:09:52

6    Q Who did, do you know?

7    A I have no idea.

8    Q Why -- to your knowledge, do you know why

9  he wrote a user guide to the software?

10    MR. NEUKOM: Objection. Foundation.   13:10:07

11    THE WITNESS: No, I don't -- I don't

12  recall why he was doing that.

13  BY MR. FERRALL:

14    Q And can you tell me, at what state of

15  development of the software did he write a user   13:10:21

16  guide for?

17    A I don't recall.

18    Q At any time before you left Stanford, did

19  you have a name for the software that you were

20  working on that you had received from Mr. Yeager   13:10:43

21  originally?

22    MR. NEUKOM: Objection. Misstates prior

23  testimony.

24    THE WITNESS: There was no formal name for

25  the software.   13:10:58

**Page 84**

1    Q Were there devices that functioned as   13:12:47

2  gateways in operation at Stanford before you left?

3    A Yes.

4    Q When, to your knowledge, was such a

5  gateway device first operational at Stanford?   13:13:09

6    A I don't know.

7    Q When did you first hear about a functional

8  gateway at Stanford?

9    A I don't recall.

10    Q Before you got the software from   13:13:30

11  Mr. Yeager?

12    A Quite possibly.

13    Q Does the term TIP, T-I-P, mean anything to

14  you from your time at Stanford?

15    A Yes.   13:13:57

16    Q What's that?

17    A It's an acronym.

18    Q What does it mean?

19    A Terminal interface processor.

20    Q Did any of your work while you were   13:14:12

21  employed at Stanford have to do with a TIP?

22    A That was not part of my duties.

23    Q My question was a little bit different.

24    A Okay.

25    Q My question was, while you were employed   13:14:31



Page 93

```
 1        Q  Since you say that, let me ask you, what   13:37:12
 2    was the purpose of this correspondence that's
 3    Exhibit 33?  Do you recall?
 4        A  The Cisco marketing people were
 5    constructing a timeline for what Cisco was doing   13:37:31
 6    starting in 1984, and I was giving them some advice
 7    as to what I thought was a more -- more accurate
 8    view.
 9        Q  By the way, you're Cisco employee number
10    four; is that right?                              13:38:00
11        A  Close enough.
12        Q  Who's number three, do you know?
13        A  So when we handed out badge numbers, the
14    secretary got badge 1, Sandy got badge 2, Len got
15    badge 3, and I had badge 4.                       13:38:27
16        MR. FERRALL:  Okay.  That explains it.
17        Let's mark this as the next exhibit.
18        (Exhibit 34 was marked for identification
19        and is attached hereto.)
20    BY MR. FERRALL:                                   13:38:51
21        Q  Marked as Exhibit 34 is I guess a two-page
22    set of emails bearing control numbers
23    CSI-CLI-01317865 to 66.
24        My question for you -- and you're welcome
25    to read this one, of course -- is -- I would like  13:39:12
```

Page 94

```
 1    you to explain what it is that you attached to this   13:39:19
 2    email.
 3        A  Okay.  I've read it.
 4        I'm sorry.  What was your question again?
 5        Q  Well, so in the last email in this thread,   13:40:14
 6    you write, "Here's the original tarball, gzipped.
 7    Kirk."
 8        Right?
 9        A  Right.
10        Q  First of all, can you explain what you      13:40:32
11    mean by "tarball"?
12        A  There is a UNIX program called TAR, tape
13    archive, that is used to gather a group of files
14    together.  It's a way of moving files from one UNIX
15    system to another UNIX system.  And a tarball is an   13:40:56
16    informal description of the file that results.
17        Q  Okay.  So when you said "the original
18    tarball, gzipped," what do you mean by that?
19        A  I don't recall what was on my mind to use
20    the adjective "original."                          13:41:26
21        Q  Do you know what these files were that you
22    attached to this email?
23        A  I believe they are files that comprise the
24    software that I was working on at Stanford.
25        Q  And I guess as of 2010, at least, you had   13:42:10
```

Page 95

```
 1    those still saved somewhere?                       13:42:13
 2        A  I had a copy in my Cisco directory.
 3        Q  Do you know, do you still have a copy of
 4    those files somewhere?
 5        A  Yes.                                         13:42:30
 6        Q  Where?
 7        A  I believe they're still on my Cisco
 8
```



Page 97

15        MR. FERRALL:  I didn't realize that.        13:51:39
16    Thank you for clarifying that.
17        Actually, we can take a quick break.
18        MR. NEUKOM:  Okay.
19        THE VIDEO OPERATOR:  Going off the record,
20    the time is 1:52 p.m.                        13:51:57
21        (Recess, 1:52 p.m. - 2:03 p.m.)
22        THE VIDEO OPERATOR:  Back on the record.
23    The time is 2:03 p.m.
24        MR. FERRALL:  Let's mark this as the next
25    exhibit.                                     14:03:07

Page 100

1        (Exhibit 35 was marked for identification    16:48:10
2    and is attached hereto.)
3    BY MR. FERRALL:
4        Q  We've marked as Exhibit 35 a set of emails
5    bearing control numbers CSI-CLI-01134849 to 850.    14:03:19
6        This appears to be some email exchange
7    between you and Joe Hielscher.
8        Did I say that right?
9        A  I have no idea if you said it correctly.
10        Q  Do you know who he is?              14:03:47
11        A  I think he's a communications person
12    working at Cisco.
13        Q  Okay.  My question here is just about your
14    email at the top of the first page.  You explain in
15    the first sentence that Releases 8, 9 and 10 can be    14:04:22
16    found on a volume if you have a UNIX account.  And
17    then you write, "Releases 5, 6 and 7 are likely
18    lost, since I believe their archives were deleted by
19    someone."
20        Do you -- do you have a recollection about    14:04:43
21    whether releases of IOS are -- were lost at some
22    point?
23        A  Yes.
24        Q  Were they?  Were certain releases lost?
25        A  Yes.  The source code to a number of early    14:05:11

Page 109

```
 1    reveal -- basically mostly status commands and ones      14:27:53
 2    for handling connections over the network to other
 3    hosts, sort of a subset of the -- of the terminal
 4    server commands.
 5        Q  And you said you chose the term "EXEC,"           14:28:26
 6    that's E-X-E-C; is that right?
 7        A  Yes.
 8        Q  You chose that term, yes?
 9        A  Yes.
10        Q  How did you come up with that term?               14:28:39
11        A  Well, I had a number of possible ways of
12    describing it.  I could have used "shell" after
13    the -- modeling it along the UNIX way of -- UNIX
14    equivalent.
15            From -- I decided EXEC in sort of -- you         14:29:15
16    know, inspired by the TOPS-20 command processor.
17    You know, calling it the command processor would
18    have been another possibility.
19            There was a number of possibilities that I
20    could have called it, what I could have called that     14:29:38
21    particular part of the software, and I ended up
22    choosing EXEC.
23        Q  Now, were you responsible for determining
24    the prompt symbol on the interface?
25            I'm sorry.  Let me be clear.                     14:30:26
```

Page 110

```
 1            I'm talking about on the interface line,         14:30:28
 2    there are symbols that precede the input point, such
 3    as a hash sign, for example, right?
 4        A  So for -- I was responsible for choosing
 5    the prompts for the command line interface, for the     14:30:45
 6    CLI.
 7        Q  Okay.  And tell me what those prompts are,
 8    the various prompts that the Cisco CLI uses.
 9        A  There are many right now.  But at the time
10    there was the -- the unprivileged EXEC commands, and    14:31:09
11    that was the host name of the -- of the router or --
12    of the router, followed by a close angle bracket.
13            There was a privileged mode, and it
14    changed that prompt to a hash mark.
15            And in the initial implementation of            14:31:55
16    configuration mode, there was no prompt.
17        Q  Okay.  How did you choose the hash prompt
18    for the privileged mode?
19        A  It was visually large and different than
20    the -- different -- just different than the             14:32:25
21    unprivileged EXEC prompt.
22        Q  Okay.  How did you use the unprivileged
23    close angle bracket prompt?
24        A  I don't understand your question.
25        Q  Did you choose to use the close angle            14:32:59
```

Page 111

```
 1    bracket prompt?                                          14:33:02
 2        A  Router name, close angle bracket.
 3        Q  Right.
 4        A  Yes, I chose that.
 5        Q  Okay.  How did you come to choose that?           14:33:09
 6        A  Well, there were -- when you have multiple
 7    devices on a network, one of the first things you
 8    want to know if you're typing at something is to
 9    what you are typing at.  So that -- sort of the most
10    aesthetic choice was the -- was the name of the         14:33:51
11    device.
12            And the angle bracket was a nice visual
13    way of terminating -- you know, here's where your
14    type-in begins.  Here's where the prompt ends,
15    here's where the type-in begins.                        14:34:19
16        Q  Had you ever seen the angle bracket used
17    as a prompt in any other system?
18        A  I wasn't aware of any generally available
19    host -- general purpose timesharing host that actually
20    that was the default, that was the prompt.              14:34:56
21        Q  I'm not sure what you mean by that.
22            But had you ever seen any system that used
23    a close angle bracket as a prompt?
24        A  No.  TOPS-20 used an "at" sign and UNIX
25    used a percent sign.                                    14:35:19
```

Page 112

```
 1        Q  And you're not aware of any use of a hash        14:35:22
 2    sign as a prompt?
 3        A  Not to my recollection.
 4        Q  You were familiar with UNIX in the mid
 5    1980s, right?                                            14:36:18
 6        A  As a user of UNIX.
 7        Q  And -- by the way, are you familiar with
 8    Linux?
 9        A  Only as a user.
10        Q  When did you first become familiar with          14:36:38
11    Linux?
12        A  With Linux?  I think I first heard mention
13    of it in the late '90s.
14        Q  Did Cisco come up with the nomenclature of
15    calling a mode "privileged," to your knowledge?         14:38:02
16        A  I don't believe -- I don't believe Cisco
17    came up with that terminology.
18        Q  Let me turn to the current set of IOS CLI
19    commands.
20            I don't expect an exact number, but do you      14:38:54
21    know approximately how many IOS CLI commands there
22    are today?
23        A  I would have to guess.  It is a -- it's a
24    very large number.
25        Q  Can you just give me a ballpark?                 14:39:15
```

| Page 121 |
| --- |

1    THE VIDEO OPERATOR: Going off the record,    14:58:06
2  the time is 2:58 p.m.
3    (Recess, 2:58 p.m. - 3:24 p.m.)
4    THE VIDEO OPERATOR: Back on the record.
5  The time is 3:24 p.m.    15:24:02
6  BY MR. FERRALL:
7    Q  Mr. Lougheed, when did you first become
8  aware of DOS, D-O-S?
9    A  I'd say whose DOS?
10    Q  MS-DOS.    15:24:36
11    A  MS-DOS?  I probably heard about it when
12  IBM announced the IBM PC.
13    Q  Do you recall that MS-DOS uses a close
14  angle bracket as a prompt?
15    A  Now that you remind me, it does.    15:25:16
16    Q  Do you think you might have been inspired
17  by that prompt when you chose the close angle
18  bracket for Cisco's prompt?
19    A  No.  I was not a DOS user.
20    Q  So it's just a coincidence that you and    15:25:34
21  DOS came up with the same prompt, to your knowledge?
22    MR. NEUKOM:  Objection.  Asked and
23  answered.
24    THE WITNESS:  I was not a DOS user.  I
25  first -- I was not a DOS user.    15:26:06

| Page 122 |
| --- |

1    MR. FERRALL:  Let's mark this as the next    15:26:35
2  exhibit.
3    (Exhibit 38 was marked for identification
4    and is attached hereto.)
5  BY MR. FERRALL:    15:26:37
6    Q  Exhibit 38 is a set of emails between you
7  and Mr. Remaker, among others.  It bears control
8  numbers CSI-ANI-00043306.
9    A  Okay.  I'd like to read this.
10    Q  First let me ask you the question so you    15:27:19
11  know what to look for.
12    A  I will forget the question by the time I'm
13  done reading this.
14    Q  Well, Mr. Lougheed, that's not the way it
15  works, actually.  I ask the question and you answer    15:27:28
16  it.
17    A  Okay.
18    Q  If you can't answer it, then you tell me.
19    My only question is, did you send the
20  email that's at the top of Exhibit 38, the one at    15:27:38
21  12-11-2008 at 10:14 p.m.?
22    MR. NEUKOM:  Mischaracterizes the document
23  on its face.
24    And I know that Mr. Ferrall would like you
25  to feel comfortable to read the page-and-a-half    15:27:54

| Page 123 |
| --- |

1  document that he's just put in front of you before    15:27:57
2  answering his question.
3    THE WITNESS:  Okay.  I'll read it.
4    MR. FERRALL:  Actually, no, I would like
5  him to answer the question.    15:28:03
6    Q  Are you telling me you can't tell me
7  whether you sent the email?
8    MR. NEUKOM:  It's a totally unfair
9  question.  The email that he sent would necessarily
10  include everything that follows.    15:28:10
11    If you want him to tell you whether he
12  remembers this or whether it, let him read
13  the document.  Come on, Brian.
14    It's a page and a half.  We're not talking
15  about him wasting 30 minutes to read a product    15:28:20
16  manual.  It's a page-and-a-half email.  The witness
17  has said he wants to read it, and we're going to let
18  him read it.
19    THE WITNESS:  Okay.  I've read it.
20  BY MR. FERRALL:    15:29:28
21    Q  Okay.  Did you send this email that's
22  dated December 11, 2008, at 10:14 p.m.?
23    A  I believe I did.
24    Q  Okay.  And in the last paragraph of that
25  email, you write, "The percent sign leading a    15:29:41

| Page 124 |
| --- |

1  message indicates that you are looking at an error    15:29:49
2  message.  An ancient operating system called TOPS-20
3  used such a convention and I adopted it."
4    Do you see that?
5    A  Yeah, I do see that.    15:29:59
6    Q  Why did you adopt a TOPS-20 convention?
7    A  Of the possibilities that I had, that
8  seemed -- that seemed a reasonable -- to me, it
9  seemed like a reasonable way of doing things.
10    Q  Did you get permission from Digital    15:30:32
11  Equipment Company to use that convention?
12    MR. NEUKOM:  Objection.  Calls for a legal
13  conclusion and misstates prior testimony.
14    THE WITNESS:  No, I did not seek
15  permission.    15:30:55
16  BY MR. FERRALL:
17    Q  Have you ever heard of the acronym RIP in
18  the context of networking?
19    A  It typically means routing information
20  protocol.    15:31:18
21    Q  You're familiar with that protocol?
22    A  It's been a while, but yes, I'm familiar
23  with it.
24    Q  Did you make up the acronym RIP for
25  routing information protocol?    15:31:32

| | Page 125 |
|---|---|
| 1 | A  No, I did not make up that acronym.  15:31:37 |
| 2 | Q  Did you make up the term "routing |
| 3 | information protocol"? |
| 4 | A  No. |
| 5 | Q  Did you submit an RFC for the routing  15:31:51 |
| 6 | information protocol? |
| 7 | A  No. |
| 8 | Q  Do you know who did? |
| 9 | A  No, I don't know who did. |
| 10 | Q  Did you ever ask permission from the  15:32:25 |
| 11 | person who made up the term "RIP" for permission to |
| 12 | use it, to use that term? |
| 13 | MR. NEUKOM:  Objection.  Foundation, |
| 14 | vague, and calls for a legal conclusion. |
| 15 | THE WITNESS:  There was no one whose  15:32:50 |
| 16 | permission one could ask. |
| 17 | BY MR. FERRALL: |
| 18 | Q  Well, I'll tell you, a Mr. Charles Hedrick |
| 19 | at Rutgers submitted what I believe to be the first |
| 20 | RFC on the routing information protocol.  15:33:05 |
| 21 | Do you know Mr. Hedrick? |
| 22 | A  I do. |
| 23 | Q  Did you ever ask him for permission to use |
| 24 | the term "RIP"? |
| 25 | MR. NEUKOM:  Objection.  Asked and  15:33:15 |

| | Page 126 |
|---|---|
| 1 | answered.  15:33:15 |
| 2 | THE WITNESS:  Mr. Hedrick formally |
| 3 | documented an informal standard that was already in |
| 4 | use in the industry for a number of years. |
| 5 | BY MR. FERRALL:  15:33:27 |
| 6 | Q  And what's the significance of that? |
| 7 | MR. NEUKOM:  Objection.  Calls for |
| 8 | speculation. |
| 9 | THE WITNESS:  It wouldn't have occurred to |
| 10 | me to ask him for permission.  15:33:47 |
| 11 | BY MR. FERRALL: |
| 12 | Q  I think you testified earlier that you |
| 13 | submitted several RFCs for the border gateway |
| 14 | protocol, correct? |
| 15 | A  Correct.  15:34:07 |
| 16 | Q  And your co-author on at least the first |
| 17 | such RFC was a Mr. Yakov Rekhter, correct? |
| 18 | A  Correct. |
| 19 | Q  Was he your co-author on the subsequent |
| 20 | submissions, too, do you know?  15:34:31 |
| 21 | A  Certainly on the second one.  I don't |
| 22 | recall on the third one.  And after that, there were |
| 23 | other co-authors. |
| 24 | Q  And where does Mr. Rekhter or did |
| 25 | Mr. Rekhter work at the time?  15:34:50 |

| | Page 127 |
|---|---|
| 1 | A  He worked for IBM.  15:34:52 |
| 2 | Q  What was Mr. Rekhter's contribution to the |
| 3 | BGP RFC?  The first one? |
| 4 | A  We were co-designers. |
| 5 | Q  Are you able to describe what he  15:35:28 |
| 6 | contributed as opposed to what you contributed? |
| 7 | A  No.  We worked closely together. |
| 8 | Q  Do you know whether you ever made any |
| 9 | declarations to the IETF concerning copyrights that |
| 10 | Cisco claimed in any of the language in the first  15:35:57 |
| 11 | BGP RFC? |
| 12 | MR. NEUKOM:  Objection.  Vague, compound. |
| 13 | THE WITNESS:  To the best of my |
| 14 | recollection, we made no copyright claims in the |
| 15 | first BGP RFC.  15:36:17 |
| 16 | BY MR. FERRALL: |
| 17 | Q  Did Cisco make any disclosures to the IETF |
| 18 | regarding copyright claims in any of the BGP RFCs? |
| 19 | MR. NEUKOM:  Objection.  Compound, vague. |
| 20 | THE WITNESS:  Not to my knowledge.  15:36:35 |
| 21 | BY MR. FERRALL: |
| 22 | Q  Did you ever make a disclosure to the |
| 23 | Internet Architecture Board of any intellectual |
| 24 | property rights in BGP, to your knowledge? |
| 25 | A  To my knowledge --  15:36:57 |

| | Page 128 |
|---|---|
| 1 | MR. NEUKOM:  Objection.  Compound, vague.  15:37:00 |
| 2 | THE WITNESS:  -- we did not make any such |
| 3 | assertions. |
| 4 | MR. NEUKOM:  And foundation. |
| 5 | BY MR. FERRALL:  15:37:08 |
| 6 | Q  Did you ever have an agreement with |
| 7 | Mr. Rekhter about the right to use any of his |
| 8 | contributions to the BGP work that you guys did? |
| 9 | MR. NEUKOM:  Vague, compound, calls for a |
| 10 | legal conclusion --  15:37:44 |
| 11 | THE WITNESS:  Could you -- |
| 12 | MR. NEUKOM:  -- and mischaracterizes prior |
| 13 | testimony. |
| 14 | THE WITNESS:  Could you repeat the |
| 15 | question, please?  15:37:59 |
| 16 | BY MR. FERRALL: |
| 17 | Q  Sure.  I'll ask a slightly different |
| 18 | question. |
| 19 | Did you ever ask permission from |
| 20 | Mr. Rekhter to use any of his contributions to the  15:38:09 |
| 21 | BGP project? |
| 22 | MR. NEUKOM:  Objection.  Vague, compound, |
| 23 | calls for a legal conclusion. |
| 24 | THE WITNESS:  We did not seek permission |
| 25 | from one another for our individual contributions.  15:38:26 |

| | |
|---|---|
| **Page 129** | **Page 131** |

**Page 129**

1     BY MR. FERRALL:    15:38:30
2     Q. Okay. IBM didn't ask you for permission,
3 either, correct?
4     A. No.
5     Q. One of the CLI terms in this case is the    15:39:20
6 term "IP address."
7     Are you familiar with that?
8     A. I'm familiar with the command expression
9 "IP address."
10     Q. Did you come up with the phrase "IP    15:39:33
11 address"?
12     A. When Cisco came out of Stanford, we were
13 shipping an IP -- an Internet protocol only router.
14 And there was a command "address" that took some
15 arguments.    15:40:12
16     And after -- after a while, we started
17 adding other protocols to the software. The first
18 one was "DECnet." And since "address" was already
19 taken to refer to IP functionality, Internet
20 protocol functionality, we came up with "DECnet    15:40:44
21 address," and then had a DECnet address after it.
22     That "DECnet address" command could have
23 very well have said "address," and then DECnet
24 addresses look different than IP addresses, and we
25 could have had the software figure out which type of    15:41:11

**Page 130**

1 address we were referring to. But we chose "DECnet    15:41:13
2 address."
3     It became clear that much more -- that we
4 were becoming a multi-protocol router. We were
5 adding other protocols into the box, into the    15:41:27
6 software.
7     And I had -- I value -- I value the
8 aesthetic of having a symmetric-looking command line
9 expression, symmetric hierarchy. It was clear we
10 were heading towards a hierarchy.    15:41:52
11     So at some point after DECnet and perhaps
12 a few other protocols to make things look very
13 similar, we started prefacing our IP-only commands
14 with "IP." And that gave a very -- what I thought
15 was a very elegant, symmetric, elegant way of    15:42:16
16 referring to different protocols within a
17 multi-protocol router.
18     So that is the history of the "IP address"
19 command.
20     Q. Okay. My question was simpler. I    15:42:36
21 appreciate that answer. But my question was a
22 little simpler than that, but let me ask it a
23 different way.
24     You had heard of the term "IP address"
25 before you joined Cisco, hadn't you?    15:42:51

**Page 131**

1     MR. NEUKOM: Objection. Vague and asked    15:42:59
2 and answered.
3     THE WITNESS: I suppose I had. When one
4 is talking about different networking protocols, one
5 needs to clarify which networking protocol one is    15:43:10
6 talking about. So it was probably terminology that
7 was in the air.
8     BY MR. FERRALL:
9     Q. Does the same go for "IP host," also? You
10 had heard that before you joined Cisco?    15:43:29
11     MR. NEUKOM: Objection. Misstates prior
12 testimony.
13     THE WITNESS: The original form of the
14 "host" command was just "host command." It was
15 another one that had to distinguish, in a    15:43:41
16 multi-protocol world, in a multi-protocol piece of
17 software, what you were talking about.
18     It would have looked very odd in a
19 multi-protocol router that there was one protocol
20 that wasn't prefaced by a -- some descriptive    15:44:03
21 keyword.
22     BY MR. FERRALL:
23     Q. Following up on that, the purpose of your
24 use of "IP" as the first keyword in that command "IP
25 host" was to distinguish the protocol that it's    15:44:33

**Page 132**

1 referring to?    15:44:36
2     A. That was the aesthetic choice I made.
3     MR. NEUKOM: Objection. Mischaracterizes
4 prior testimony.
5     THE WITNESS: There were many possible    15:44:49
6 ways of doing it. As I indicated, I could perhaps
7 take a look at an address and then infer what it
8 was. But that was not the choice that I made at the
9 time.
10     BY MR. FERRALL:    15:45:07
11     Q. What were the alternative commands that
12 you considered for "IP host"?
13     A. "Name." "Name" was certainly one of the
14 possible candidates. "Network system" or
15 "system" -- there are many, many words that one    15:45:51
16 could use to refer to all sorts of different things.
17     Q. Okay. But now you're talking about
18 alternatives for the word "host," right?
19     A. Um-hum.
20     Q. Okay. You didn't -- you're not the first    15:46:08
21 one to use the word "host," are you?
22     A. No.
23     Q. I mean, "host" had been used for -- well
24 before you joined Cisco to refer to a computer host.
25 It's a conventional term, right?    15:46:29

**Page 141**

```
 1    BY MR. FERRALL:                        16:08:17
 2      Q  Okay.  Do you have any other recollection
 3    as to who actually received the software from
 4    Mr. Hedrick?
 5      A  No.                               16:08:22
 6      Q  Tell me how -- strike that.
 7        Do you believe that you created the
 8    command "IP access list"?
 9        MR. NEUKOM:  Objection.  Vague.
10        THE WITNESS:  I -- yes.            16:10:20
11    BY MR. FERRALL:
12      Q  What functionality does that implement?
13      A  It -- the "access list" command, which I
14    implemented at Stanford, the original form at
15    Stanford was a sequence of addresses and subnet  16:10:51
16    masks or -- in a mask, not a subnet mask but a mask,
17    saying which bits to ignore in the address.
18        And you provide a list of these items and
19    give it a number.  I chose -- I chose 1, 2, 3, 4, up
20    to 99, or something like that.         16:11:35
21        And then if you assigned it to a terminal
22    line, it could restrict what computers -- what
23    addresses somebody could connect to from that
24    particular terminal line.
25        You could also assign it to a network  16:11:59
```

**Page 142**

```
 1    interface, and it would -- as a packet that was  16:12:12
 2    being sent -- sent out that interface, it could
 3    either be permitted or denied going through that
 4    interface.
 5        Those were the two original uses of the  16:12:29
 6    "access list" command expression.
 7      Q  Do you believe that you coined the term
 8    "access list"?
 9      A  It was my choice to use that description.
10      Q  Well, I'm asking you if you coined that  16:12:56
11    term, or had you ever heard that term before in the
12    context of networking?
13        MR. NEUKOM:  Objection.  Vague, compound,
14    asked and answered.
15        THE WITNESS:  I do not believe that I had  16:13:13
16    heard the term before.
17    BY MR. FERRALL:
18      Q  Had you heard the term "IP access group"
19    before?
20      A  Yes.                             16:13:25
21      Q  Who coined that term, to your knowledge,
22    do you know?
23      A  I did.
24      Q  Under what circumstances?  Or for what
25    purpose, I should say?                 16:13:39
```

**Page 143**

```
 1      A  I don't remember the exact details, but it  16:13:52
 2    is -- either assigns an access list to an interface
 3    or -- I think it assigns an interface to a -- an
 4    access list to an interface.  I believe it's access
 5    class or something like that assigns it to an  16:14:07
 6    interface or to a line number.
 7      Q  The term "domain name" is not a term that
 8    you made up, is it?
 9      A  No, I didn't make -- I -- no, I did not.
10      Q  "Domain name" is a term that goes back to  16:15:38
11    the ARPANET, actually.  Are you aware of that?
12        MR. NEUKOM:  Objection.  Foundation.
13        THE WITNESS:  I would be unsurprised if it
14    went back that far.
15        Are you referring to ARPANET protocols or  16:16:02
16    ARPANET network?
17    BY MR. FERRALL:
18      Q  The ARPANET network.
19      A  I believe the concept was introduced while
20    the ARPANET network was still running.  16:16:15
21      Q  What about the words "domain lookup"?  Did
22    you coin that term "domain lookup"?
23        MR. NEUKOM:  Objection.  Vague.
24        THE WITNESS:  It's a parallel construction
25    to terms like "address lookup" or "host lookup" or  16:16:52
```

**Page 144**

```
 1    the like, or "database lookup" or...       16:16:59
 2    BY MR. FERRALL:
 3      Q  Did you coin the term "domain lookup"?
 4      A  I decided to use that as a command
 5    expression within the software, yes.    16:17:21
 6      Q  I'll ask the question one more time.  I'm
 7    asking you if you coined the term "domain lookup."
 8        MR. NEUKOM:  Objection.  Asked and
 9    answered and vague.
10        THE WITNESS:  I did not.           16:17:43
11    BY MR. FERRALL:
12      Q  Do you know who did?
13      A  No idea.
14      Q  When was -- to your knowledge, when was
15    the term "routing" ever used in conjunction with the  16:18:41
16    Internet protocol?
17        MR. NEUKOM:  Objection.  Vague and
18    foundation.
19        THE WITNESS:  I don't know when the term
20    "routing" was used.                    16:19:05
21    BY MR. FERRALL:
22      Q  Were people in the field talking about
23    routing in connection with IP before you joined
24    Cisco?
25        MR. NEUKOM:  Objection.  Vague, compound.  16:19:24
```

| Page 149 | | Page 151 | |
|---|---|---|---|

**Page 149**

1    allowing for implementing new functionality in a --    16:29:49
2    what you said -- in a logical, correct place?
3        A   That is the benefit.
4        MR. NEUKOM:  Objection.  Asked and
5    answered.    16:30:09
6    BY MR. FERRALL:
7        Q   Are there any other benefits to the
8    framework for the hierarchy?
9        MR. NEUKOM:  Objection.  Vague.
10       THE WITNESS:  We believed that it would    16:30:29
11   make it easier -- we believed that the customers
12   would like it.
13   BY MR. FERRALL:
14       Q   Why is that?
15       A   Customers always like products that look    16:30:52
16   like they were built by one company.
17       Q   How would your hierarchy contribute to
18   that?
19       MR. NEUKOM:  Objection.  Foundation, calls
20   for speculation and vague.    16:31:06
21       THE WITNESS:  I'm sorry.  What was your
22   question?
23   BY MR. FERRALL:
24       Q   How does the framework for the hierarchy
25   that you described allow customers to feel like the    16:31:22

**Page 150**

1    product was built by one company, to use your words?    16:31:31
2        A   Well, that was the belief of the
3    engineers.
4        Q   I'm asking you to explain why you believe
5    that.    16:31:52
6        A   It's an opinion of mine.  I have no -- did
7    not have evidence for it at the time.
8        Q   What is the alternative or alternatives to
9    the framework for the hierarchy you described?
10       MR. NEUKOM:  Objection.  Vague and    16:32:33
11   compound, calls for speculation.
12       THE WITNESS:  So I don't have experience
13   with other vendors' interfaces for routers and
14   networking devices.  I have only had descriptions
15   from others of styles of interfaces.    16:33:01
16       We had a competitor named Wellfleet that
17   attempted to introduce a user interface that, as it
18   was described to me, was typing in ASN.1 notation as
19   defined in the SNMP protocol for retrieving and
20   setting information.    16:33:27
21       An ASN.1 notation is numbers and --
22   numbers and decimal points.
23       My understanding is that it was not
24   popular with customers.  But it was a way of
25   managing a system.    16:33:52

**Page 151**

1    BY MR. FERRALL:    16:34:00
2        Q   Are you aware of any other CLI command
3    sets that are arranged hierarchically?
4        A   No, I'm not.
5        Q   Were you aware of any -- prior to your --    16:34:16
6    strike that.
7        Prior to your joining Cisco, were you
8    aware of any operating systems that used multi-word
9    commands?
10       MR. NEUKOM:  Objection.  Vague.    16:34:39
11       THE WITNESS:  I was not aware of any
12   router or switch products that had such things.
13   BY MR. FERRALL:
14       Q   Well, were you aware of any operating
15   systems that used multi-word commands?    16:34:53
16       MR. NEUKOM:  Objection.  Asked and
17   answered.
18       THE WITNESS:  Yes.
19   BY MR. FERRALL:
20       Q   What examples were you aware of?    16:35:04
21       A   Of operating systems that had multi-word
22   commands?  I was most familiar with UNIX and
23   TOPS-20.
24       Q   Any others?
25       A   I had the vague impression that VMS had    16:35:27

**Page 152**

1    such things.    16:35:35
2        Q   Prior to your joining Cisco, were you
3    aware of any operating systems that had two or more
4    commands that began with the same first word?
5        MR. NEUKOM:  Objection.  Vague.    16:36:02
6        THE WITNESS:  Two or more commands that
7    began with the same word, I can't recall any.
8        MR. FERRALL:  Let's mark this as the next
9    exhibit.
10       (Exhibit 39 was marked for identification    16:48:10
11   and is attached hereto.)
12   BY MR. FERRALL:
13       Q   Exhibit 39 is a document entitled "Cisco's
14   Response to Arista's Interrogatory No. 16 amended
15   Exhibit D-1 (IOS Release 11.0)."    16:37:09
16       And I assume, Mr. Lougheed, that you
17   haven't seen the cover page, but tell me if you've
18   seen any of the inside to Exhibit 39.
19       A   I've not seen the inside of this.
20       Q   You've never seen these images?    16:37:35
21       A   I don't recall having seen them before.
22       Q   Okay.  So if you look at -- if you go a
23   couple of pages in, let's just take an example of
24   the "clear" command set --
25       A   I'd like to page through the rest of this    16:38:14

---

Page 157

1    This is the leading part of a command.  There's more    16:47:45
2    to it than this.
3         MR. NEUKOM:  Brian, I think at this point
4    we're coming up on an hour and a half.  Do you mind
5    if we take a short break?    16:48:05
6         MR. FERRALL:  Well, let me just ask one
7    more question.
8         Q  If you go back to the "clear" example on
9    page 5, am I right that your conception of a
10   hierarchy for this command would still be    16:48:38
11   implemented even if the "clear" keyword command were
12   changed to something else like "white"?  Is that
13   right?
14        MR. NEUKOM:  Objection.  Vague, compound,
15   hypothetical, calls for opinion testimony.    16:49:04
16        THE WITNESS:  Are you asking if I could
17   have chosen another word besides "clear"?
18   BY MR. FERRALL:
19        Q  No.  I'm asking if you're -- another way
20   of asking it is does the concept of your hierarchy    16:49:18
21   depend upon the selection of the first word, or is
22   it independent of that?
23        MR. NEUKOM:  Objection.  Vague, calls for
24   speculation and opinion testimony.
25        THE WITNESS:  There is a limited set of    16:49:48

---

Page 158

1    what we could call perhaps top-level keywords,    16:49:49
2    and -- that refer to configurable entities in the
3    software, in the system, that are often analogous.
4         And when you have a situation like that,
5    developing a hierarchy is a way of managing complex    16:50:18
6    entities that have many similarities and a few
7    differences.
8    BY MR. FERRALL:
9         Q  I'm sorry.  I've got to ask the question
10   again.  If you can't answer it, tell me you can't    16:50:46
11   answer it.  But here's my question:
12        In this example on page 5 of Exhibit 39,
13   does your concept of the hierarchy depicted here
14   depend upon the choice of the first keyword?
15        MR. NEUKOM:  Objection.  Mischaracterizes    16:51:08
16   the document and the witness's prior testimony,
17   vague, and calls for speculation and asked and
18   answered.
19        THE WITNESS:  I do not believe I can
20   improve on my answer at this point.    16:51:20
21   BY MR. FERRALL:
22        Q  Okay.  So you couldn't tell me -- if I
23   used a different first keyword, could you tell me
24   whether I'm using your hierarchy idea or not?
25        MR. NEUKOM:  Same objections.    16:51:38

---

Page 159

1         And we'll take a break after the witness    16:51:47
2    answers this question.
3         THE WITNESS:  I've answered the question
4    to the best of my ability.
5    BY MR. FERRALL:    16:52:03
6         Q  Well, I'm entitled to an answer to this
7    one, not a reference to some past answer.  So listen
8    to the question.
9         Can you tell me, if I used a different
10   keyword instead of "clear" on page 5 of Exhibit 39,    16:52:14
11   would I still be using your concept of a hierarchy?
12        MR. NEUKOM:  Same objections.
13        And we're about five questions beyond the
14   one question you asked for before a break.
15        THE WITNESS:  There is -- there's the    16:52:46
16   abstract concept of a hierarchy, and I -- I
17   basically don't understand what you're getting at.
18        I've answered the question to the best of
19   my ability.
20        MR. FERRALL:  Okay.  All right.  Let's go    16:53:22
21   off the record.
22        THE VIDEO OPERATOR:  Going off the record,
23   the time is 4:53 p.m.
24        (Recess, 4:53 p.m. - 5:13 p.m.)
25        THE VIDEO OPERATOR:  Back on the record.    17:07:48

---

Page 160

1    The time is 5:13 p.m.    17:13:27
2         (Exhibit 40 was marked for identification
3         and is attached hereto.)
4    BY MR. FERRALL:
5         Q  Okay.  We just marked as Exhibit 40 an    17:13:32
6    email bearing control numbers CSI-CLI-00746398.  It
7    appears to be between you and a Craig Fox, among
8    others.
9         And I guess my only question for you,
10   Mr. Lougheed, is do you have any reason to believe    17:13:57
11   that you didn't send this email that's Exhibit 40?
12        A  It looks like I sent it.  I have not had a
13   chance to read it.
14        Q  Are you on the Parser Police mailing list?
15        MR. NEUKOM:  Objection.  Vague.    17:14:36
16        THE WITNESS:  At one point I was.
17   BY MR. FERRALL:
18        Q  For what period of time were you on that
19   mailing list?
20        A  I don't -- I don't remember a time period,    17:14:56
21   but it has been many years since I have been on that
22   mailing list.
23        Q  Are you on the Fellows mailing list?
24        MR. NEUKOM:  Objection.  Vague.
25        THE WITNESS:  I'm on -- I've been on    17:15:32

| Page 173 | | Page 175 | |
|---|---|---|---|
| 1 | MR. FERRALL: Why don't we go off the  17:45:36 | 1 | A  It seemed -- it seemed aesthetically  17:49:52 |
| 2 | record and get a time check. | 2 | pleasing to me. It was something that was |
| 3 | THE VIDEO OPERATOR: Going off the record, | 3 | descriptive of an action that I wanted to take that |
| 4 | the time is 5:45 p.m. | 4 | was a fairly generic action, a fairly common action. |
| 5 | (Recess, 5:45 p.m. - 5:46 p.m.)  17:45:41 | 5 | Q  What does "banner MOTD" mean?  17:50:47 |
| 6 | THE VIDEO OPERATOR: Back on the record, | 6 | A  MOTD is message of the day. |
| 7 | the time is 5:46 p.m. | 7 | Q  Did you make up that acronym? |
| 8 | MR. NEUKOM: So back on the record. I | 8 | A  No, I did not. |
| 9 | think we're all in agreement and the videographer | 9 | Q  Who did? |
| 10 | has confirmed that there are 26 minutes left.  17:46:06 | 10 | A  I don't know.  17:51:07 |
| 11 | MR. FERRALL: Right. | 11 | Q  Did you coin the term "banner" as an |
| 12 | Q  So you have a set of commands that begin | 12 | operating system command? |
| 13 | with the keyword "clear," right? | 13 | MR. NEUKOM: Objection. Vague. |
| 14 | A  Um-hum. | 14 | THE WITNESS: I simply implemented the |
| 15 | MR. NEUKOM: I think he needs a "yes" or a  17:46:36 | 15 | command.  17:51:37 |
| 16 | "no." | 16 | BY MR. FERRALL: |
| 17 | THE WITNESS: Yes, the Cisco command line | 17 | Q  Are you aware of operating systems in |
| 18 | interface has a hierarchy of command expressions | 18 | existence before you joined Cisco that used the |
| 19 | that begin with the keyword "clear." | 19 | command "banner"? |
| 20 | BY MR. FERRALL:  17:46:55 | 20 | A  I don't recall any at this point.  17:51:52 |
| 21 | Q  Were you aware of any operating system | 21 | Q  When did you come up with the command |
| 22 | that used the word "clear" as a command before you | 22 | "banner MOTD"? |
| 23 | joined Cisco? | 23 | A  The command that came first was just |
| 24 | MR. NEUKOM: Objection. Vague. | 24 | "banner," and its function was to print a vacant |
| 25 | THE WITNESS: I believe there is a UNIX  17:47:21 | 25 | terminal message on a terminal and to apply some  17:52:26 |

| Page 174 | | Page 176 | |
|---|---|---|---|
| 1 | command "clear" that blanks a screen. I'm not aware  17:47:22 | 1 | jitter in the positioning so that it wouldn't burn  17:52:31 |
| 2 | of any operating system that uses "clear" in the | 2 | in those letters in the -- in one spot in the |
| 3 | sense that the Cisco CLI uses "clear." | 3 | terminal. |
| 4 | BY MR. FERRALL: | 4 | Then I think after we left Stanford -- |
| 5 | Q  Tell me about the creative process that  17:47:57 | 5 | actually, I'm not clear when the MOTD was  17:52:55 |
| 6 | went into your selection of the word "clear" as the | 6 | implemented. I suspect it was after I left |
| 7 | first keyword in these commands. | 7 | Stanford, but I'm not -- my memory is not clear on |
| 8 | MR. NEUKOM: Objection. Vague and | 8 | that. |
| 9 | compound. | 9 | Q  So to be clear, you're not saying that you |
| 10 | THE WITNESS: I needed some way of  17:48:19 | 10 | came up with the term "banner" as a command, are  17:53:15 |
| 11 | resetting or clearing data structures in the box, | 11 | you? |
| 12 | something that's very useful in the debugging of -- | 12 | MR. NEUKOM: Objection. Misstates prior |
| 13 | that sort of action is very useful in debugging | 13 | testimony, vague. |
| 14 | software, correcting problems in a running system | 14 | THE WITNESS: I implemented certain |
| 15 | and the like.  17:48:53 | 15 | functionality that I triggered with that  17:53:26 |
| 16 | And "reset" or "clear" or "zero" or | 16 | configuration command. |
| 17 | "restart" certainly could have been possibilities. | 17 | BY MR. FERRALL: |
| 18 | It was a very generically simple example. It was | 18 | Q  I'm going to ask the question again. |
| 19 | another sort of generic activity of I wanted to | 19 | Are you saying that you came up with the |
| 20 | clear or reset some data structures. And that  17:49:20 | 20 | term "banner" as a command?  17:53:38 |
| 21 | one -- I don't recall, but I suspect that one seemed | 21 | MR. NEUKOM: Same objections. |
| 22 | reasonable and came to mind. | 22 | THE WITNESS: That was a choice that I |
| 23 | BY MR. FERRALL: | 23 | made. |
| 24 | Q  Do you recall why you selected the word | 24 | BY MR. FERRALL: |
| 25 | "clear"?  17:49:47 | 25 | Q  You borrowed it from another operating  17:53:55 |

## Page 177

1  system, didn't you?                17:53:57
2      MR. NEUKOM: Objection. Asked and
3  answered.
4      THE WITNESS: I have no memory of
5  borrowing it.                      17:54:05
6  BY MR. FERRALL:
7      Q  Okay. Do you have a memory of the
8  creative process whereby you decided on "banner" as
9  a command?
10     A  I don't remember the details.    17:54:21
11         (Exhibit 42 was marked for identification
12         and is attached hereto.)
13 BY MR. FERRALL:
14     Q  We've marked as Exhibit 42 another excerpt
15 of code that we've reformatted. It bears control  17:54:43
16 numbers CSI-CLI-01108326.
17         MR. NEUKOM: Counsel, I take it this is a
18 printout of a file or a document that was produced
19 with an AEO designation.
20         MR. FERRALL: Right.              17:55:02
21         MR. NEUKOM: Okay. So we're going to mark
22 the witness's copy and we'll ask that all copies in
23 the room be marked by hand with the phrase "Highly
24 Confidential - AEO."
25 ///                                   17:55:10

## Page 178

1  BY MR. FERRALL:                    17:55:19
2      Q  Mr. Lougheed, this is a document that
3  appears to be your work, according to the copyright
4  notice on the front.
5      Do you see that?                 17:55:29
6      A  Yes, I see that.
7      Q  Okay. Do you know when -- do you
8  recognize it?
9      A  Yes, I do.
10     Q  What is it?                     17:55:36
11 ███████████████████████████████████████████
   ███████████████████████████████████████████
   ██
14     Q  And when did you compose what's
15 Exhibit 42?                         17:56:02
16     A  Is there a question?
17     Q  Yes. I asked when did you compose
18 Exhibit 42?
19     A  Apparently June of 1985.
20     Q  And you were employed by Stanford at that  17:56:28
21 time, right?
22     A  Correct.
23     Q  We had talked earlier about the ARP,
24 address resolution protocol.
25     Do you remember that?            17:56:57

## Page 179

1      A  Yes.                           17:56:58
2      Q  Okay.
3      A  I remember you asked questions about that.
4      Q  Are you familiar with there being a
5  provision for time-outs in the ARP protocol?   17:57:15
6         MR. NEUKOM: Objection. Vague and
7  compound.
8         THE WITNESS: There is the -- ARP entries
9  can become stale. If you unplug the computer or you
10 move the computer somewhere else or you replace the  17:57:43
11 network interface, entries will become stale.
12 Implementing a time-out is a way of making sure the
13 cache isn't stale.
14 BY MR. FERRALL:
15     Q  Are you aware of there being a provision   17:58:10
16 for time-outs in the RFC for ARP?
17         MR. NEUKOM: Objection. Vague and
18 compound, asked and answered.
19         THE WITNESS: I'm not -- I don't remember
20 such language right now.             17:58:38
21 BY MR. FERRALL:
22     Q  Did you create the term "distance BGP"?
23     A  Yes.
24     Q  How did you come up with that term?
25     A  The Cisco IOS started supporting multiple  17:59:11

## Page 180

1  interior routing protocols. And customer networks,  17:59:19
2  especially in the early days when they were attached
3  to the -- they had campus networks running one
4  routing protocol, they'd be attached to the NSFNET
5  backbone as well running a different routing        17:59:39
6  protocol.
7      And since routing protocols would give
8  incommensurate metrics, metrics that could not be
9  compared, I developed a concept of distance that
10 says if one routing protocol says it knows a route   18:00:08
11 to one destination and another routing protocol says
12 it knows a route to that same destination, which --
13 the routing protocol with the smallest
14 administrative distance would be the one that would
15 be entered into the routing table.    18:00:24
16     And so that was the problem, and my
17 solution was the administrative distance mechanism
18 that I described.
19     And when I implemented BGP, that was a
20 natural extension to include for BGP as well to be   18:00:49
21 able to configure an administrative distance to
22 determine the believability of BGP.
23     If no routing protocol -- if only one
24 routing protocol knew the destination, you would
25 believe that. If there are two or more,            18:01:10

Page 181

| | |
|---|---|
| 1 | administrative distance was the tie-breaker. 18:01:16 |
| 2 | Q Sorry. I'm going to jump back to ARP. |
| 3 | There's a term you use associated with |
| 4 | ARP, "ARP cache." We talked about that earlier in |
| 5 | looking at one of the "clear" commands, right? 18:01:52 |
| 6 | Where did the term "ARP cache" come from? |
| 7 | A The cache is a -- logically a list of |
| 8 | items. An ARP cache would be a list of ARP requests |
| 9 | that have been satisfied, including their MAC |
| 10 | addresses and how long since the last time we'd seen 18:02:37 |
| 11 | a -- the router had seen an ARP request go by for |
| 12 | that particular source address. |
| 13 | That sort of computer science concept of a |
| 14 | cache is found all over. |
| 15 | Q One of the commands that is indicated that 18:03:14 |
| 16 | you authored is the command "boot system." |
| 17 | Had you ever heard someone use the words |
| 18 | "boot system" together before you joined Cisco? |
| 19 | MR. NEUKOM: Objection. Vague. |
| 20 | THE WITNESS: I had heard phrases like 18:03:45 |
| 21 | "boot the system up," "reboot the system," "reload |
| 22 | the system," "start the system," "restart the |
| 23 | system." |
| 24 | (Exhibit 43 was marked for identification |
| 25 | and is attached hereto.) 16:48:10 |

Page 182

| | |
|---|---|
| 1 | BY MR. FERRALL: 18:04:06 |
| 2 | Q We've marked as Exhibit 43 a document |
| 3 | entitled "DECbrouter 90 Products Configuration and |
| 4 | Reference Volume 2." It bears control numbers |
| 5 | CSI-ANI-00081683 to 81683.000344. 18:04:25 |
| 6 | Have you ever seen Exhibit 43 before? |
| 7 | A No. |
| 8 | Q According to the metadata of this |
| 9 | document, you are the custodian. |
| 10 | Do you have any idea why that's the case? 18:05:03 |
| 11 | A No, I don't. I haven't seen it before. |
| 12 | Q Let me turn to another question. |
| 13 | Were you -- have you ever tracked the |
| 14 | extent to which other companies have used Cisco CLI |
| 15 | commands? 18:05:45 |
| 16 | A No, I have not. |
| 17 | Q Are you aware of other companies using |
| 18 | Cisco CLI commands? |
| 19 | A I'm aware of Arista using Cisco CLI |
| 20 | commands. 18:06:07 |
| 21 | Q Are you aware of any other company using |
| 22 | Cisco CLI commands? |
| 23 | A No, I'm not. |
| 24 | Q When did you first become aware of Arista |
| 25 | using Cisco CLI commands? 18:06:16 |

Page 183

| | |
|---|---|
| 1 | A When Cisco announced the -- actually, it 18:06:22 |
| 2 | was in the Mercury News in the morning, and then |
| 3 | later through internal email at Cisco. |
| 4 | Q When the suit was filed? |
| 5 | A When the suit was filed. 18:06:38 |
| 6 | Q Okay. Not before? |
| 7 | A Not before. |
| 8 | Q Did you have any involvement in the |
| 9 | litigation between Cisco and Huawei? |
| 10 | MR. NEUKOM: That's a "yes" or "no" due to 18:06:49 |
| 11 | privilege concerns. |
| 12 | THE WITNESS: No, I was not involved with |
| 13 | Huawei. |
| 14 | BY MR. FERRALL: |
| 15 | Q Are you able to -- sorry. Strike that. 18:07:26 |
| 16 | Were you involved at all in composing any |
| 17 | of the commands that begin with "AAA"? |
| 18 | A No. |
| 19 | Q Can you tell me how the "clock set" |
| 20 | command was composed? 18:08:07 |
| 21 | A No, I cannot. I wasn't involved. |
| 22 | Q Can you tell me how any of the IPv6 |
| 23 | commands were composed? |
| 24 | A Yes. |
| 25 | Q Which ones? 18:08:30 |

Page 184

| | |
|---|---|
| 1 | A IPv6 address. IPv6 route. 18:08:37 |
| 2 | Q What was your role in composing IPv6 |
| 3 | address? |
| 4 | A I was creating a prototype IPv6 |
| 5 | implementation. 18:09:03 |
| 6 | Q Did you come up with that command, "IPv6 |
| 7 | address"? |
| 8 | A Yes. |
| 9 | Q When did you do that? |
| 10 | A I believe it was 1996. 18:09:21 |
| 11 | Q Did you work with anyone else on that? |
| 12 | A Yes. |
| 13 | Q Who? |
| 14 | A Dino Farinacci and Rand Atkinson, and |
| 15 | later Pedro Marquez. 18:09:42 |
| 16 | Q The other one you said was IPv6 route? |
| 17 | A That may have been Dino. |
| 18 | MR. FERRALL: Let me go off the record for |
| 19 | a second. |
| 20 | THE VIDEO OPERATOR: Going off the record, 18:10:11 |
| 21 | the time is 6:10 p.m. |
| 22 | (Recess, 6:10 p.m. - 6:11 p.m.) |
| 23 | THE VIDEO OPERATOR: Back on the record. |
| 24 | The time is 6:11 p.m. |
| 25 | /// 18:11:34 |

## Page 185

```
1    BY MR. FERRALL:                      18:11:36
2       Q  Did you compose the command "timers basic
3    RIP"?
4       A  I believe I did.
5       Q  Prior to your joining Cisco, are you    18:11:55
6    familiar with any commands that use the word
7    "timers"?
8          MR. NEUKOM:  Objection.  Vague.
9          THE WITNESS:  No, I was not aware of any
10   operating system, general purpose or network    18:12:13
11   specific, that used -- had a "timers" command.
12   BY MR. FERRALL:
13      Q  How did you come up with the command
14   "timers basic RIP"?  Describe that creative process
15   for me.                               18:12:30
16      A  There developed a need or a desire to
17   change some of the fundamental timing constants
18   of -- I think first was the IGRP routing protocol,
19   and I implemented a command that allowed those
20   timers to be user-configured.         18:12:59
21         And later on I or someone else extended
22   that to the RIP timers so customers could speed up
23   or slow down the pulse of routing updates.
24      Q  And when did that occur?
25      A  1988 or 1989.                   18:13:36
```

## Page 186

```
1       Q  How did you choose the term -- the words  18:13:39
2    "timers basic" for this function?
3       A  I don't remember where "basic" came from.
4    But using the keyword "timers" was my -- was my
5    introduction, was my creation.        18:14:00
6          MR. NEUKOM:  Counsel, I believe we're now
7    beyond seven hours.
8          MR. FERRALL:  Okay.  Well, I -- given
9    Mr. Lougheed's tenure at Cisco, I thank him for his
10   time, but I will say I think we deserve some more    18:14:22
11   time with him.
12         But I understand seven hours is up and
13   you're going to say enough is enough for today I
14   take it; is that right?
15         MR. NEUKOM:  Certainly for today for the  18:14:31
16   sake of the witness.  And we will respectfully
17   disagree with the idea that counsel needs more than
18   seven hours --
19         MR. FERRALL:  Okay.
20         MR. NEUKOM:  -- needs more than today.    18:14:41
21   But we can discuss that for another day.
22         In the meantime, I should note for the
23   record the witness reserves the right to review the
24   transcript and make corrections.
25         Brian, I'm not sure I did that for       18:14:51
```

## Page 187

```
1    Mr. Tjong.  If you're okay with it, I'd like to just  18:14:53
2    do a stipulation across the case that both sides
3    have the 30-day review and errata right for all
4    transcripts regardless whether counsel puts it on
5    the record at the depo as a two-way street.    18:15:04
6          MR. FERRALL:  That's fine.  I thought it
7    existed as a matter of procedure anyway.  So that's
8    fine.
9          MR. NEUKOM:  I hope you're right, but glad
10   to have the stipulation, even if it's unnecessary.    18:15:17
11         MR. FERRALL:  Okay.
12         MR. NEUKOM:  Thanks very much.
13         THE VIDEO OPERATOR:  This concludes
14   today's videotaped deposition of Mr. Kirk Lougheed.
15   We're off the record at 6:15 p.m.  Thank you.    18:15:25
16         (TIME NOTED:  6:15 p.m.)
17                  --o0o--
18
19
20
21
22
23
24
25
```

## Page 188

```
1
2
3
4
5
6
7
8       I, KIRK LOUGHEED, do hereby declare under
9    penalty of perjury that I have read the foregoing
10   transcript; that I have made any corrections as
11   appear noted, in ink, initialed by me, or attached
12   hereto; that my testimony as contained herein, as
13   corrected, is true and correct.
14      EXECUTED this _____ day of _____,
15   2015, at _____, _____.
16         (City)          (State)
17
18
19
20      _____
21         KIRK LOUGHEED
22
23
24
25
```

Page 189

```
 1          I, the undersigned, a Certified Shorthand
 2     Reporter of the State of California, do hereby
 3     certify:
 4          That the foregoing proceedings were taken
 5     before me at the time and place herein set forth;
 6     that any witnesses in the foregoing proceedings,
 7     prior to testifying, were administered an oath; that
 8     a record of the proceedings was made by me using
 9     machine shorthand which was thereafter transcribed
10     under my direction; that the foregoing transcript is
11     a true record of the testimony given.
12          Further, that if the foregoing pertains to
13     the original transcript of a deposition in a Federal
14     Case, before completion of the proceedings, review
15     of the transcript [X] was [ ] was not requested.
16          I further certify I am neither financially
17     interested in the action nor a relative or employee
18     of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date
20     subscribed my name.
21
22     Dated: 11/25/2015
23
24              <%signature%>
25              CARLA SOARES
```