KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Email: rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA'S OPENING BRIEF RE ANALYTIC DISSECTION** <br><br> Dept.: Courtroom 3 – 5th Floor <br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Index A** is a true and correct copy of Arista's Index of Documents Filed in Support of Arista's Brief Re Analytic Dissection. The Index describes the exhibits attached hereto and identifies those exhibits previously filed with the Court in this matter, as well as whether they were previously ordered filed under seal.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Amended Appendix K to the Rebuttal Expert Report of John Black, Jr., dated June 17, 2016 (Command Keyword Analysis).

4. Attached hereto as **Exhibit 2** is a true and correct copy of trial exhibit 9044, which is a summary regarding Command Word Analysis – Industry Standard Terms.

5. Attached hereto as **Exhibit 3** is a true and correct copy of trial exhibit 9043, which is a summary regarding Command Word Analysis – Customary and Common Terms.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Appendix A to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (IETF Standards and Publications).

7. Attached hereto as **Exhibit 5** is a true and correct copy of Appendix B to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (IEEE Standards and Protocols).

8. Attached hereto as **Exhibit 6** is a true and correct copy of trial exhibit 6944, RFC 791 (Internet Protocol, DARPA Internet Program Protocol Specification), dated September 1981.

9. Attached hereto as **Exhibit 7** is a true and correct copy of trial exhibit 5040, RFC 1883 (Internet Protocol, Version 6 (IPv6) Specification), dated December 1995.

10. Attached hereto as **Exhibit 8** is a true and correct copy of trial exhibit 5724, RFC

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513

793 (Transmission Control Protocol, DARPA Internet Protocol, Protocol Specification), dated September 1981.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit G to Cisco's Objections and Responses to Arista's First Set of Interrogatories (Interrogatory No. 2), Help Description ("helpdesc") Copying re: IOS.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit H to Cisco's Objections and Responses to Arista's First Set of Interrogatories (Interrogatory No. 2), Multi-Word Description ("helpdesc") Copying re: IOS-XR.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a compilation of excerpts from the transcripts of multiple depositions taken in this action.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Pradeep Kathail, dated May 27, 2016.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 436 to the 30(b)(6) deposition of Phillip Remaker, dated March 30, 2016.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Cisco Systems, Inc. bates labeled CSI-CLI-00836643 - CSI-CLI-00836652.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the deposition of Anthony Li, dated February 1, 2016.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Phillip Remaker, dated March 31, 2016.

19. Attached hereto as **Exhibit 17** is a true and correct copy of exhibit 413 to the 30(b)(6) deposition of Phillip Remaker, dated March 30, 2016.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the deposition of Adam Sweeney, dated January 29, 2016.

21. Attached hereto as **Exhibit 19** is a true and correct copy of trial exhibit 9045, which is a summary regarding Command Word Analysis – Legacy Command Words.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Opening Expert Report of John Black, Jr., dated June 3, 2016.

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513

23. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the Opening Expert Report of Kevin Almeroth, dated June 3, 2016.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the Rebuttal Expert Report of John Black, Jr., dated June 17, 2016.

25. Attached hereto as **Exhibit 23** is a true and correct copy of Appendix D to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (First Command Word Hierarchy Usage by Vendors).

26. Attached hereto as **Exhibit 24** is a true and correct copy of Appendix E to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Two-Level Hierarchy Usage by Vendors).

27. Attached hereto as **Exhibit 25** is a true and correct copy of Appendix F to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (First Two-Command Keywords, Ranked by Vendors Supporting).

28. Attached hereto as **Exhibit 26** is a true and correct copy of Appendix G to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Summary of Disputed CLI Command Usage by Vendors).

29. Attached hereto as **Exhibit 27** is a true and correct copy of Appendix L.1 to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Usage of Accused Hierarchies by Vendors).

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document called Appendix: Cisco IOS Command Modes, bates labeled CSI-CLI-00567718 - CSI-CLI-00567746.

31. Attached hereto as **Exhibit 29** is a true and correct copy of trial exhibit 9051, a summary regarding Non-Accused Modes and Prompts Supported in Arista EOS.

32. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the deposition of Kirk Lougheed, dated April 4, 2016.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Amended Appendix C to the Rebuttal Expert Report of John Black, Jr., dated June 17, 2016 (Summary of Industry Usage of Command Modes and Prompts).

3

1123513

34. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the deposition of Philip Kasten, dated February 16, 2016.

35. Attached hereto as **Exhibit 33 and Exhibit 34** are true and correct copies of excerpts of the deposition of Gavin Cato, dated May 20, 2016.

36. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of the deposition of Balaji Venkatraman, dated May 2, 2016.

37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the deposition of Tong Liu, dated January 15, 2016.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the Declaration of John Black, Jr. in Support of Arista Networks, Inc.'s Opposition to Motion for Partial Summary Judgment and Arista Networks, Inc.'s Motion for Summary Judgment (Dkt. No. 329), dated July 14, 2016.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the Supplemental Expert Report of John Black, Jr., dated September 30, 2016.

40. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the deposition of Kirk Lougheed, dated September 16, 2016.

41. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of Plaintiff Cisco Systems, Inc.'s Supplemental Objections and Responses to Defendant Arista Networks Inc.'s Interrogatory Nos. 2-10, dated May 27, 2016.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Cisco Systems, Inc.'s Amended Exhibit F in Support of Cisco's Eighth Supplemental Response to Interrogatory No. 16 and No. 19, dated April 3, 2016.

43. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of the deposition of Kirk Lougheed, dated November 20, 2015.

44. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of the deposition of Greg Satz, dated March 23, 2016.

45. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of the deposition of Phillip Remaker, dated March 30, 2016.

4
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513

46. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Cisco Systems, Inc. bates labeled CSI-CLI-00816815 - CSI-CLI-00816816.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Appendix K to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Command Keyword Analysis).

48. Attached hereto as **Exhibit 47** is a true and correct copy of Amended Appendix G to the Rebuttal Expert Report of John Black, Jr., dated June 17, 2016 (Summary of Disputed CLI Command Usage by Vendors).

49. Attached hereto as **Exhibit 48** is a true and correct copy of trial exhibit 9039, Summary #2 regarding Commands by Other Top Competitors.

50. Attached hereto as **Exhibit 49** is a true and correct copy of trial exhibit 9041, Summary #2 regarding Command Usage by Other Vendors.

51. Attached hereto as **Exhibit 50** is a true and correct copy of Amended Appendix H.DE to the Rebuttal Expert Report of John Black, Jr., dated June 17, 2016 (Dell Usage of Disputed CLI Commands).

52. Attached hereto as **Exhibit 51** is a true and correct copy of Appendix I to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Overlapping Dell and Cisco CLI Commands).

53. Attached hereto as **Exhibit 52** is a true and correct copy of trial exhibit 9048, a summary regarding Dell and Cisco Overlapping Commands.

54. Attached hereto as **Exhibit 53** is a true and correct copy of Appendix O to the Supplemental Expert Report of John Black, Jr., dated September 30, 2016.

55. Attached hereto as **Exhibit 54** is a true and correct copy of Appendix P to the Supplemental Expert Report of John Black, Jr., dated September 30, 2016.

56. Attached hereto as **Exhibit 55** is a true and correct copy of Appendix Q to the Supplemental Expert Report of John Black, Jr., dated September 30, 2016.

57. Attached hereto as **Exhibits 56–63** are true and correct copies of Appendix N to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (Comparison of Command Abstractions to Actual Documented EOS Command Syntax).

5
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513

58. Attached hereto as **Exhibit 64** is a true and correct copy of Exhibit Copying 5 to the Opening Expert Report of Kevin Almeroth, dated June 3, 2016 (Evidence of Hierarchy Copying).

59. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts of trial exhibit 7390, a document titled Cisco IOS IP Routing: BGP Command Reference.

60. Attached hereto as **Exhibit 66** is a true and correct copy of excerpts of trial exhibit 5035, a document titled Cisco IOS Master Command List, All Releases.

61. Attached hereto as **Exhibit 67** is a true and correct copy of the Declaration of John Black, Jr. in Support of Arista's Response to Cisco's Submission Re Protectable Elements.

Executed November 8, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

6
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S
OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123513