# EXHIBIT 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5   CISCO SYSTEMS, INC.,        )
                                )
6              Plaintiff,       )
                                ) Case No.
7          vs.                  ) 5:14-cv-05344-BLF (PSG)
                                )
8   ARISTA NETWORKS, INC.,      )
                                )
9              Defendant.       )
    _____ )

10

11

12   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14

15   VIDEOTAPED DEPOSITION OF RAMANATHAN KAVASSERI

16            Palo Alto, California

17          Tuesday, February 23, 2016

18                 Volume I

19

20

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908

24   Job No. 2216982

25   Pages 1 - 195

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1       UNITED STATES DISTRICT COURT<br>2     NORTHERN DISTRICT OF CALIFORNIA<br>3          SAN JOSE DIVISION<br>4<br>5  CISCO SYSTEMS, INC.,    )<br>                        )<br>6       Plaintiff,  )<br>                       ) Case No.<br>7    vs.        ) 5:14-cv-05344-BLF (PSG)<br>                     )<br>8  ARISTA NETWORKS, INC.,   )<br>                      )<br>9       Defendant.  )<br>   _____)<br>10<br>11<br>12<br>13<br>14<br>15<br>16      VIDEOTAPED DEPOSITION OF RAMANATHAN<br>17  KAVASSERI, Volume I, taken on behalf of Defendant,<br>18  at 601 California Avenue, Palo Alto, California,<br>19  beginning at 10:09 a.m., and ending at 4:26 p.m., on<br>20  Tuesday, February 23, 2016, before CARLA SOARES,<br>21  Certified Shorthand Reporter No. 5908.<br>22<br>23<br>24<br>25<br>                                                    Page 2 | 1  APPEARANCES (Continued):<br>2<br>3  For the Witness:<br>4      FARELLA BRAUN & MARTEL LLP<br>5      BY:  RODERICK M. THOMPSON, Attorney at Law<br>6      Russ Building<br>7      235 Montgomery Street<br>8      San Francisco, California 94104<br>9      415.954.4400<br>10     rthompson@fbm.com<br>11<br>12<br>13  ALSO PRESENT:  Ramon Peraza, Video Operator<br>14<br>15          --oOo--<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>                                                    Page 4 |
| 1  APPEARANCES:<br>2<br>3  For the Plaintiff:<br>4      QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>5      BY:  MARK TUNG, Ph.D., Attorney at Law<br>6      555 Twin Dolphin Drive, 5th Floor<br>7      Redwood Shores, California 94065<br>8      650.801.5016<br>9      marktung@quinnemanuel.com<br>10<br>11<br>12  For the Defendant:<br>13     KEKER & VAN NEST LLP<br>14     BY:  EDUARDO E. SANTACANA, Attorney at Law<br>15     BY:  RYAN WONG, Attorney at Law<br>16     633 Battery Street<br>17     San Francisco, California 94111<br>18     415.391.5400<br>19     esantacana@kvn.com<br>20     rwong@kvn.com<br>21<br>22<br>23<br>24<br>25<br>                                                    Page 3 | 1               INDEX<br>2  WITNESS<br>3  RAMANATHAN KAVASSERI            EXAMINATION<br>   Volume I<br>4<br>5      BY MR. SANTACANA            10<br>6      BY MR. TUNG                186<br>7<br>8           EXHIBITS<br>9  NUMBER       DESCRIPTION       PAGE<br>10 Exhibit 325  Ramanathan R. Kavasseri's    22<br>11      Responses and Objections to<br>12      Defendant Arista Networks'<br>13      Subpoena to Testify at a<br>14      Deposition<br>15<br>16 Exhibit 326  LinkedIn page for Ram    24<br>17      Kavasseri<br>18<br>19 Exhibit 327  Document headed "A Simple    52<br>20      Network Management Protocol,"<br>21      dated 8/1988,<br>22      Bates ARISTANDCA00022432 - 2464<br>23<br>24 Exhibit 328  Document headed "Event MIB,"    83<br>25      dated 10/2000<br>                                                    Page 5 |

2 (Pages 2 - 5)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 4 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

|   | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER          DESCRIPTION          | PAGE |
| 3 | Exhibit 329  Document headed "Commands for | 94 |
| 4 | which Cisco listed Ramanathan | |
| 5 | Kavasseri as 'Author/Originator' | |
| 6 | in Cisco's response to Interrogatory | |
| 7 | No. 16, Exhibit F (January 12, 2016)" | |
| 8 | | |
| 9 | Exhibit 330  Document labeled "Ram Kavasseri, | 101 |
| 10 | Garry Horoupian," dated 2/8/06, | |
| 11 | Bates CSI-CLI-00682250 - 2314 | |
| 12 | | |
| 13 | Exhibit 331  Document labeled "Parser Police: | 122 |
| 14 | Where can we go from here?" | |
| 15 | Bates CSI-ANI-00031041 - 0032 | |
| 16 | | |
| 17 | Exhibit 332  Document headed "Hot ICE Product | 129 |
| 18 | Requirements Document," | |
| 19 | Bates CSI-CLI-00662062 - 2085 | |
| 20 | | |
| 21 | Exhibit 333  Document headed "Unprintable | 132 |
| 22 | File," | |
| 23 | first page Bates CSI-CLI-00358160 | |
| 24 | | |
| 25 | | |

Page 6

|   | REFERENCED EXHIBITS |
|---|---|
| 1 | |
| 2 | (Not attached) |
| 3 | Exhibit/Page |
| 4 | 92   89 |
| 5 | |
| 6 | --o0o-- |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 8

|   | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER          DESCRIPTION          | PAGE |
| 3 | Exhibit 334  Document headed "User-based | 149 |
| 4 | Security Model (USM) for version 3 | |
| 5 | of the Simple Network Management | |
| 6 | Protocol (SNMPv3)," dated 1/1998 | |
| 7 | | |
| 8 | Exhibit 335  Document headed "View-based | 151 |
| 9 | Access Control Model (VACM) for | |
| 10 | the Simple Network Management | |
| 11 | Protocol (SNMP)," dated 1/1998 | |
| 12 | | |
| 13 | Exhibit 336  Document headed "An Architecture | 154 |
| 14 | for Describing SNMP Management | |
| 15 | Frameworks," dated 1/1998 | |
| 16 | | |
| 17 | Exhibit 337  Document headed "Doc Number | 159 |
| 18 | ENG-28473," | |
| 19 | Bates CSI-CLI-00609071 - 9083 | |
| 20 | | |
| 21 | Exhibit 338  Document entitled "Cisco IOS | 172 |
| 22 | Network Management Command | |
| 23 | Reference," dated 10/2009, | |
| 24 | Bates CSI-CLI-00319765 - 1101 | |
| 25 | | |

Page 7

1           Palo Alto, California                09:21:40
2           Tuesday, February 23, 2016
3               10:09 a.m.
4
5           P R O C E E D I N G S              09:21:40
6           THE VIDEO OPERATOR:  Good morning.  We are
7  on the record at 10:09 a.m. on February 23rd, 2016.
8  This is the videotaped deposition of Mr. Ramanathan
9  Kavasseri.
10          My name is Ramon Peraza, here with our        10:09:15
11  court reporter, Carla Soares.  We're here from
12  Veritext Legal Solutions at the request of counsel
13  for the defendant.
14          This deposition is being held at Wilson
15  Sonsini in Palo Alto.  The caption of this case is     10:09:26
16  Cisco Systems, Inc., versus Arista Networks, Inc.,
17  Case No. 5:14-cv-05344-BLF (PSG).
18          Please note that audio- and
19  video-recording will take place unless all parties
20  have agreed to go off the record.  Microphones are    10:09:50
21  sensitive and may pick up whispers or private
22  conversations.
23          At this time, Counsel, please identify
24  yourselves for the record and state whom you
25  represent.                            10:10:00

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 time you worked at Cisco?                    10:59:08
2    A  The definition of "team" here is vague.
3    Q  Okay.  And I apologize.  I should have
4 asked you that question.
5        So you said that when you first joined    10:59:20
6 Cisco, you joined the SNMP team.  What did you mean
7 by that?
8    A  I joined a team whose primary
9 responsibility was working to develop and maintain
10 the SNMP protocol.                           10:59:34
11    Q  Does that team have a name?
12    A  It's so long ago, I don't remember the
13 exact name apart from probably what is SNMP.
14    Q  It probably was not SNMP?
15    A  It probably was SNMP for all I know.    10:59:51
16    Q  It probably was SNMP?
17    A  Yeah.
18    Q  Did that team have responsibilities other
19 than implementing the SNMP protocol?
20    A  Yes.                                   10:59:59
21    Q  What other responsibilities did it have?
22    A  Its responsibilities included reviewing
23 extensions to the SNMP protocol submitted by other
24 protocol teams within Cisco.
25    Q  Did the team have any other             11:00:29
Page 46

1 responsibilities other than that?             11:00:30
2    A  The team was encouraged to participate in
3 the IETF to define use standards around SNMP and
4 network management.
5    Q  Any other responsibilities?             11:00:47
6    A  Not that I can recollect easily at this
7 time.
8    Q  What does SNMP stand for?
9    A  I better nail this one, right?  Simple
10 network management protocol.                 11:01:17
11    Q  Okay.  And is it fair to say that you
12 first became familiar with the protocol when you
13 started working at Cisco?
14    A  That is correct.
15    Q  Okay.  While you were working at Cisco,  11:01:31
16 did you become familiar with any other routing
17 protocols as part of your work?
18    A  Not that I recall right away, but I'm
19 pretty sure based on the nature of my work that I
20 would have interacted with multiple protocols.  The  11:01:52
21 specific ones don't jump to mind.
22    Q  Is SNMP an industry standard protocol?
23    A  Yes, it is.
24    Q  How do you know that?
25    A  It is a protocol that was defined as a   11:02:11
Page 47

1 standard by the IETF and is developed by multiple    11:02:13
2 vendors, and everybody implements that.  And many
3 management protocols use it as a standard way of
4 querying information from devices that are
5 networked.                                   11:02:36
6    Q  Do you know when SNMP was developed as an
7 industry standard protocol?
8    A  That's -- could you rephrase that
9 question, please?
10    Q  Sure.                                  11:03:37
11        Was SNMP an industry standard protocol
12 when you started working at Cisco?
13    A  Yes, it was.
14    Q  And do you recall when the IETF made it an
15 industry standard protocol?              11:03:59
16    A  I don't believe that is a true -- I don't
17 believe that's a valid question.
18    Q  Okay.  Why is that?
19    A  I don't believe the IETF has any control
20 over whether a protocol is industry standard or not.   11:04:15
21    Q  Okay.
22    A  It defines the protocol, and it's industry
23 standard only after companies pick it up and support
24 it.
25    Q  So SNMP was an industry standard protocol   11:04:25
Page 48

1 because multiple vendors used it?            11:04:28
2    A  Yes, used a compliant version of it.
3    Q  Okay.  And a compliant version was a
4 version that complied with the definitions IETF
5 provided?                                   11:04:41
6    A  Correct.
7    Q  And IETF stands, just so we have it on the
8 record, for Internet engineering task force,
9 correct?
10    A  Yes.                                  11:04:51
11    Q  You said that you were encouraged or your
12 team was encouraged to participate in IETF, correct?
13    A  Correct.
14    Q  Was there a particular group at the IETF
15 that you were encouraged to participate in, or    11:05:49
16 subject area?
17    A  SNMP.
18    Q  Yes?
19    A  Yes.
20    Q  SNMP.  Anything else?               11:06:09
21    A  Not explicitly encouraged, as far as I
22 know.  Not discouraged, either.  So very neutral on
23 that.
24    Q  How was your team encouraged by Cisco to
25 participate in the IETF?                    11:06:36
Page 49

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| Page 62 | Page 64 |
|---|---|
| 1 Q Sure. 11:37:17 | 1 don't recall the features that I was working on, so 11:40:26 |
| 2 The functional specifications that you | 2 I don't recall specifically what I would have done |
| 3 reviewed when developing SNMP features, would that | 3 to compare. |
| 4 specification have been written by someone at Cisco? | 4 Q I see. |
| 5 A Yes. 11:37:27 | 5 Was it part of your process in developing 11:40:35 |
| 6 Q And did you -- were you involved in | 6 features to review what other vendors were doing to |
| 7 writing any functional specifications? | 7 implement the same features? |
| 8 A Yes, I was. | 8 A Other -- so in the space that we worked |
| 9 Q Was that for the features that you were | 9 with SNMP, vendors contributed to the IETF document |
| 10 implementing? 11:37:36 | 10 so it wasn't as necessary to look at their 11:40:59 |
| 11 A Yes, it was. Yes, it was. | 11 implementations because they were there telling us |
| 12 Q Do you recall right now which functional | 12 what they were trying to build. That was the whole |
| 13 specifications you may have written? | 13 point of building an industry standard. |
| 14 A Not off the top of my head, no. | 14 Also, Cisco was on the leading edge of |
| 15 Q Did the GEM methodology involve reviewing 11:37:57 | 15 implementing the protocols as they were being 11:41:11 |
| 16 IETF documents? | 16 developed. In a few cases, we would have the |
| 17 A As far as I recall, no. | 17 implementations before the protocols were released |
| 18 Q Did you review IETF documents when you | 18 because we were helping author the protocol. |
| 19 were implementing SNMP features? | 19 So at that point, looking at other vendors |
| 20 A That is a broad question. If the feature 11:38:12 | 20 was not possible because they had not done the 11:41:24 |
| 21 had anything specific to do with an IETF document, | 21 implementations or released the implementations, |
| 22 then yes, I would have had to review the document to | 22 which is why I was being very specific in saying, I |
| 23 make sure I was implementing it correctly, "it" | 23 don't recall the exact features I was working on. |
| 24 being whatever I was working on. | 24 But my answer would change depending on |
| 25 Q Okay. And that is something -- you would 11:38:26 | 25 what I was working on and depending on whether 11:41:37 |

| Page 63 | Page 65 |
|---|---|
| 1 have reviewed an IETF document relating to a feature 11:38:31 | 1 somebody had done something in the field. 11:41:40 |
| 2 you were implementing before you implemented the | 2 Q I understand. |
| 3 feature; is that right? | 3 Who else worked on the team that was |
| 4 A If there was an IETF document associated | 4 implementing SNMP features at Cisco? |
| 5 with what I was working on and I was required to 11:38:41 | 5 A I don't remember all the names, but my 11:41:58 |
| 6 implement part or the whole part of that IETF | 6 manager was John Hopprich. My technical lead and |
| 7 document, then yes, I would have reviewed that IETF | 7 mentor, Jeff -- Jeffrey Johnson. I had it for a |
| 8 document before I implemented the feature. | 8 moment and it went away there. Sandra Durham was |
| 9 Q Were there features that you developed at | 9 one of my peers. |
| 10 Cisco relating to SNMP that were not defined by an 11:38:56 | 10 Anke Dosedal was also one of my team 11:42:34 |
| 11 IETF document? | 11 members. Robert Stewart, who went by the moniker |
| 12 A I don't have specifics, but I think that's | 12 Bob, Bob Stewart, was also one of my peers. |
| 13 a fair generalization, that there are parts of | 13 Hold on. There's one more. Scott |
| 14 our -- the Cisco SNMP implementation that were not | 14 Mordock, M-O-R-D-O-C-K. Now, I can't recall if |
| 15 described in any part of any IETF document because 11:39:32 | 15 Scott was on the team when I joined or joined later. 11:43:03 |
| 16 it was internal to how our product worked at the | 16 He was I think at Cisco when I joined, but I'm not |
| 17 time. | 17 sure at what point he was part of the SNMP team or |
| 18 Q So -- okay. When you were developing | 18 not. Long time ago. |
| 19 features related to SNMP at Cisco, did you also | 19 So those are the names that come to mind. |
| 20 review what other vendors were doing? 11:40:04 | 20 Q What was John Hopprich's role on the team? 11:43:23 |
| 21 MR. TUNG: Objection. Vague. | 21 A He was my manager. |
| 22 THE WITNESS: I do not recall. | 22 Q And were the rest of the names, apart from |
| 23 BY MR. SANTACANA: | 23 John Hopprich and Jeff Johnson, were they also |
| 24 Q You don't recall either way? | 24 software engineers? |
| 25 A I would like to change my answer to, I 11:40:23 | 25 A Yes. 11:43:36 |

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Q  If you take a look at the last command in    14:41:36
2  this table, "snmp-server user," do you know whether
3  you authored that command?
4    A  Define what you mean by "authored that
5  command."    14:41:55
6    Q  Do you know whether you are the one who
7  came up with the sequence of words that resulted in
8  this command, "snmp-server user"?
9    A  I cannot be definitive about it.
10    Q  Who else do you recall working with on    14:42:07
11  this project that resulted in these eight commands?
12    A  I would probably have reviewed this with
13  my team members. And so I can't -- the reason I
14  answered the way I did is, I don't know if I came up
15  with the word "user" or somebody else came up with    14:42:25
16  the word "user." So I'm not sure in hindsight.
17    Q  Did you come up with the term
18  "snmp-server"?
19    A  Absolutely not.
20    Q  Okay. How do you know that?    14:42:39
21    A  It was there before I joined.
22    Q  It was where?
23    A  It was in the IOS CLI before I joined
24  Cisco.
25    Q  Okay. And so the addition to that term    14:42:48

Page 146

1  that was new was the word "user"?    14:42:52
2    A  Yes
3    Q  Okay  And do you know where that word
4  came from?
5    A  The SNMP V3 protocol specification has a    14:43:00
6  definition of roles, if I remember right, and users
7  and groups are in the protocol
8    Q  So the term "user" came from the
9  protocol -- came from the industry standard
10  protocol?    14:43:21
11    A  Yes
12    MR TUNG: Objection  Mischaracterizes
13    THE WITNESS: It referred to what was in
14  the protocol, yes
15  BY MR SANTACANA:    14:43:29
16    Q  And the protocol uses the word "user"?
17    A  I've got to go read the protocol to be
18  absolutely sure
19    Q  Okay
20    A  After this, can we take a break?    14:43:51
21    Q  Of course
22    If you want, we can take a break right
23  now
24    A  Fantastic
25    THE VIDEO OPERATOR: We are off the record    14:44:01

Page 147

1  at 2:44 p.m.    14:44:02
2    (Recess, 2:44 p.m. - 3:05 p.m.)
3    THE VIDEO OPERATOR: We are back on the
4  record at 3:05 p.m.
5  BY MR. SANTACANA:    15:05:39
6    Q  Mr. Kavasseri, we left off talking about
7  the "snmp-server user" command, and you testified
8  that "snmp-server" came from a prior command in IOS
9  at the time?
10    A  No, I said that I don't know how it came    15:05:56
11  about. It was already there when I joined Cisco.
12    Q  And its inclusion in this command for
13  which you are named the author, it's included there
14  because it was already part of IOS?
15    A  It was a root part of the command to which    15:06:12
16  I added extensions.
17    Q  And the root was in IOS before you started
18  working at Cisco?
19    A  To the best of my knowledge, it was
20  already there before I started.    15:06:23
21    Q  And the term "user" is a term that comes
22  from the SNMP industry standard?
23    A  I'm not sure I'd say it exactly that way.
24  The term "user" relates to parts of the SNMP V3
25  protocol, yes.    15:06:48

Page 148

1    Q  Is that a term that the protocol uses?    15:06:49
2    A  I believe so, but I -- if you have a copy
3  of the reference, I could take a look.
4    Q  Sure. Of course.
5    THE VIDEO OPERATOR: Exhibit 334.    15:07:03
6    (Exhibit 334 was marked for identification
7    and is attached hereto.)
8  BY MR. SANTACANA:
9    Q  Exhibit 334 is RFC 2274 titled "User-based
10  Security Model (USM) for version 3 of the Simple    15:07:17
11  Network Management Protocol (SNMP V3)."
12    Do you know, sir, if this is an RFC that
13  you reviewed when you were --
14    A  Yes. Let me -- I'm pretty sure this was
15  an RFC I reviewed because I ended up implementing    15:07:39
16  parts of it.
17    Q  And just to be clear, it's am RFC that you
18  reviewed when you were implementing the eight
19  commands in Exhibit 329?
20    A  Seven. I'm not sure about "snmp host."    15:07:53
21    Q  Okay. So this is something you would have
22  reviewed before you proposed those command names?
23    A  Yes, that's correct.
24    Q  And does this document use the term "user"
25  in the same way that the "snmp-server user" command    15:08:13

Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 uses it?                                    15:08:17 | 1   Q  Is this a document you reviewed when you   15:12:26 |
| 2     A  I would have to read it.  Give me a minute | 2  were preparing to implement the commands in |
| 3  to -- | 3  Exhibit 329? |
| 4        Can you rephrase or repeat the question, | 4     A  I believe it would have been something I |
| 5  please?                                    15:09:11 | 5  reviewed before I implemented the commands   15:12:35 |
| 6     Q  This RFC 2274, does this document use the | 6     Q  And if you flip to page 3 of the document, |
| 7  term "user" the same way that you used the term | 7  under Section 2 1 titled "Groups," the first |
| 8  "user" in "snmp-server user"? | 8  paragraph defines the term "group" as follows:  "A |
| 9     A  The document does not define a CLI command | 9  group is a set of zero or more securityModel. |
| 10  or -- so I will -- the term "user" seems to refer to   15:09:39 | 10  securityName tuples on whose behalf SNMP management   15:12:55 |
| 11  the same entity in both cases.  But the document | 11  objects can be accessed  A group defines the access |
| 12  does not tell me there needs to be a command called | 12  rights afforded to all securityNames which belong to |
| 13  "snmp-server user." | 13  that group " |
| 14     Q  I understand. | 14        Does this RFC use the term "group" the |
| 15     A  Okay.                               15:10:09 | 15  same way that you were using it in your "snmp-server   15:13:08 |
| 16     Q  So you did not come up with the term | 16  group" command? |
| 17  "user"? | 17     A  I believe so |
| 18     A  In which context? | 18     Q  What does the "snmp-server group" command |
| 19     Q  In the context of this "snmp-server user" | 19  do? |
| 20  command.                                  15:10:32 | 20     A  Actually, even reading this document   15:13:26 |
| 21     A  As I responded earlier, I'm not sure how | 21  probably won't tell me because I need to see all the |
| 22  the term "user" came about, whether it was due to a | 22  help extensions to see what it does |
| 23  group interaction or something I did or something | 23     Q  Okay |
| 24  somebody else did. | 24     A  So it's been a while |
| 25     Q  Okay.  I'd like to direct your attention   15:10:50 | 25     Q  You don't recall what it does?   15:13:34 |
| Page 150 | Page 152 |

| | |
|---|---|
| 1  now to "snmp-server group," which is the next row   15:10:53 | 1     A  No.                               15:13:35 |
| 2  up. | 2     Q  Okay.  Do you recall what "snmp-server |
| 3     A  Yeah. | 3  user" does? |
| 4     Q  As you've testified, "snmp-server" was a | 4     A  I would rather not guess at this point. |
| 5  term that was a root already present in IOS at this   15:11:03 | 5  It's been years since I used these commands.   15:13:45 |
| 6  time; is that correct? | 6        I probably would be able to figure it out |
| 7     A  Yes. | 7  within about 25 minutes of touching the CLI, but |
| 8     Q  The term "group," did that come from IOS | 8  it's really old, old stuff. |
| 9  as well or did it come from somewhere else? | 9     Q  I understand. |
| 10     A  I believe there was a concept of "group"   15:11:20 | 10        I'd like to turn your attention now to the   15:14:14 |
| 11  in this document.  Let me look through it one more | 11  two commands right above that, "snmp-server |
| 12  time. | 12  engineID local" and "snmp-server engineID remote." |
| 13     Q  I think you'll have more luck with this | 13        Did you author those commands? |
| 14  one. | 14     A  I think I have a strong recollection that |
| 15     A  Yeah, there may be a separate document for   15:11:48 | 15  I had more to do with these commands; in part, the   15:14:32 |
| 16  that. | 16  fact that there was the ID which is upper case, |
| 17        (Exhibit 335 was marked for identification | 17  which is usually not what we do in these IOS CLI |
| 18        and is attached hereto.) | 18  commands.  It stands out. |
| 19  BY MR. SANTACANA: | 19     Q  Typically in IOS CLI you weren't |
| 20     Q  Exhibit 335 is RFC 2275 entitled   15:12:02 | 20  accustomed to seeing letters capitalized like they   15:14:52 |
| 21  "View-based Access Control Models (VACM) for the | 21  are in the term "engineID"? |
| 22  Simple Network Management Protocol (SNMP)."  It's | 22     A  Yes. |
| 23  dated January 1998. | 23     Q  Why were they capitalized here? |
| 24        Do you recognize this document, sir? | 24     A  I have no idea why I capitalized them. |
| 25     A  Yes, I do.                          15:12:25 | 25     Q  Okay.                            15:15:07 |
| Page 151 | Page 153 |

39 (Pages 150 - 153)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 9 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1       (Exhibit 336 was marked for identification    09:11:58
2    and is attached hereto.)
3  BY MR. SANTACANA:
4    Q   I'm handing you what's been marked as
5  Exhibit 336, which is RFC 2271, dated January 1998.    15:15:10
6  It's titled "An architecture for Describing SNMP
7  Management Frameworks."
8       Do you recognize this document?
9    A   It's been a long time.  And while the view
10  and the user bring immediate memories, this is    15:15:42
11  probably -- this doesn't bring back immediate
12  memories, but I'm sure I read it at some point.
13    Q   Are you sure you read it --
14    A   I soaked in this.
15    Q   I'm sorry to interrupt you.    15:15:54
16    A   Let me -- I assume I read it.  I'm not
17  sure.  It's been a long time ago.
18    Q   Is this a document you would have reviewed
19  prior to implementing the commands in Exhibit 329?
20    A   I would say yes, though there might be    15:16:21
21  other commands that match more to the proxy that's
22  described in the document.
23       Yeah, some of this, yes, I probably would
24  have read to implement it.
25    Q   If you could flip to page -- sorry --    15:16:35
                                                        Page 154

1  page 36.  About a fifth of the way down the page,    15:16:38
2  there's two dashes, and it says, "Textual
3  Conventions used in the SNMP Management
4  Architecture."
5       Do you see that?    15:16:55
6    A   Yeah.
7    Q   What is your understanding as someone who
8  has participated in the IETF process of the phrase
9  "textual conventions used in the SNMP management
10  architecture"?    15:17:12
11    A   It in this case to me would refer to a
12  human-readable string representing a particular data
13  type, and semantics around the use of that
14  particular data type.
15    Q   So this RFC defines semantically what    15:17:55
16  those textual conventions are; is that fair to say?
17    A   It defines textual conventions as they
18  would be used in other MIBs that import from this
19  RFC.
20    Q   Okay.  The first one on this page 36 is    15:18:09
21  titled, without spaces, "SnmpEngineID."
22       Do you see that?
23    A   S capital, E capital, ID capital.  Yes, I
24  do see it.
25    Q   So it's -- the "engineID" is capitalized    15:18:26
                                                        Page 155

1  the same way as the commands in Exhibit 329?    15:18:29
2    A   No, it is not.
3    Q   And that's because the E is capitalized?
4    A   Yes.
5    Q   Okay.  The capital ID that you find    15:18:38
6  memorable in the commands in Exhibit 329 is the same
7  capital ID as on this page 36 of --
8    A   Correct.
9    Q   -- this RFC?
10    A   Correct.    15:18:51
11    Q   Does that refresh your recollection as to
12  why "engineID" is the way it is in Exhibit 329?
13    A   No.
14    Q   Okay.
15    A   Because if ID capitalized is from here,    15:19:03
16  which is I think where you're leading me to, I'm
17  questioning why E is also not capitalized, or S is
18  not capitalized.
19    Q   The term here has no spaces in it; is that
20  right?    15:19:20
21    A   "SnmpEngineID," no, it has no spaces in
22  it.
23    Q   And as a software engineer, would it be
24  fair to say that the reason the E is capitalized
25  here is because there is no space but it's the    15:19:32
                                                        Page 156

1  beginning of a new term?  In other words, it's    15:19:36
2  CamelCase?
3    A   It is CamelCase.
4    Q   But in the Exhibit 329, there's a space,
5  so it's not in CamelCase; is that right?    15:19:45
6    A   Yeah.  But if it was not -- if we were
7  using CamelCase, why isn't E capitalized is the
8  other question, right?
9    Q   Why isn't the E capitalized?
10    A   So in Exhibit 329, it's not pure CamelCase    15:19:56
11  because "engineID," the first E is not capitalized.
12    Q   That's exactly my point.  You didn't use
13  CamelCase in Exhibit 329, in the commands in
14  Exhibit 329.
15    A   In Exhibit 329, I'm not sure how    15:20:15
16  "engineID" came out with a capital ID.  It could
17  be -- yeah.  At this point I'm not sure what the
18  exact origin is.
19    Q   Okay.  In any case, regardless of
20  capitalization, the term "engineID" is not a term    15:20:37
21  that you came up with, right?
22    A   No, it's not a term that I came up with.
23    Q   That's a term --
24    A   Hold on.  I can't definitely answer
25  whether the term "engineID" by itself is a term I    15:20:52
                                                        Page 157

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  came up with for the CLI command or somebody else on    15:20:55
2  my team came up with for the CLI command
3      Q    The -- I'm sorry   I just didn't
4  understand your last answer
5      Did you coin the term "engineID"?    15:21:46
6      A    I am not certain that I coined the term
7  "engineID."
8      Q    Okay   The term appears in this document,
9  right?
10     A    "SnmpEngineID" appears in this document,    15:22:03
11 yes
12     Q    Okay   And you reviewed this document
13 before writing these command names, right?
14     A    Correct
15     Q    The last word in those two commands, the    15:22:19
16 first one, the last word is "local," and the second
17 one, the last word is "remote "
18     Do you know where those terms come from?
19     A    It's been a long time   Am I allowed to
20 look through the document to see if there's anything    15:22:35
21 with "local" and "remote" here?
22     Q    Sure
23     A    So the remote engineID, I'm trying to look
24 where in the protocol we talk about SNMP in PROMs
25 because I suspect it has to do with message exchange    15:25:39

Page 158

1  between two configured SNMP devices where one is    15:25:42
2  notifying the other of activity.
3      Q    That would be remote?
4      A    One would be local, one would be remote.
5      Q    And is that a feature that's provided for    15:26:04
6  in the industry standards?
7      A    I believe so.  I'm not sure they use
8  remote or message authoritative.  Without being able
9  to grab through -- to search through the document,
10 it's hard for me to tell you exactly where -- or    15:26:18
11 what could have triggered the use of the term
12 "remote."
13     (Exhibit 337 was marked for identification
14     and is attached hereto.)
15     MR. SANTACANA:  Exhibit 337 bears the    15:27:40
16 control numbers CSI-CLI-00609071.  It's titled
17 "Document Number ENG-28473, Revision B." It lists
18 the witness as the author; project manager, Dale
19 Francisco; project headline, SNMP V3 Design
20 Document.    15:28:05
21     Q    Mr. Kavasseri, do you recognize this
22 document?
23     A    No, it's been so long ago.
24     Q    Okay.  Do you have any reason to doubt
25 that you're the author of this document?    15:28:35

Page 159

1      A    Not at all.  I just don't recognize it    15:28:37
2  looking at it right now because it's been so long
3  ago.
4      Q    What is this document?
5      A    It's a detailed design document for the    15:29:04
6  SNMP V3 implementation that went into IOS.
7      Q    And the design document includes -- strike
8  that.
9      Do you know who the author of this --
10 sorry.  Strike that.    15:29:22
11     Do you know who the audience of this
12 document is?
13     A    Other engineers within the team or related
14 teams who have a need to know about how SNMP was
15 designed so they can maintain it.    15:29:37
16     Q    And so is it fair to say the document
17 includes information about how you intended to
18 implement SNMP V3 including some of the commands
19 that you were proposing?
20     A    Yeah.    15:29:55
21     Q    Take a look at Section 1.4 on the first
22 page.  It begins, "Must allow creation and deletion
23 of SNMP communities, users and groups via both the
24 CLI and SNMP sets."
25     When you wrote "Must allow creation and    15:30:11

Page 160

1  deletion of SNMP communities, users and groups,"    15:30:13
2  what is it that has that requirement?
3      A    Can you repeat the question, please?
4      Q    What is it that you were referring to that
5  requires the -- strike that.    15:30:30
6      You wrote that something must allow the
7  creation and deletion of SNMP communities, users and
8  groups.
9      What is the "something"?
10     A    We were striving for feature parity in    15:30:43
11 configuring SNMP through both the CLI and through
12 SNMP.
13     With SNMP V3, if I recall right, if I
14 recall correctly, one of the nice features was that
15 it allowed for SNMP MIBs that could be used to    15:31:04
16 configure SNMP.
17     So if you did a basic amount of
18 configuration of the CLI, the rest of the
19 configuration you could take care of --
20     MR. THOMPSON:  Mr. Kavasseri, slow --    15:31:18
21     THE WITNESS:  Slow it down?  Yeah.
22     MR. THOMPSON:  Thank you.
23     THE WITNESS:  If you -- what SNMP V3 gave
24 us was the ability to do a seed simple configuration
25 through the command line interface, and then do the    15:31:29

Page 161

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 162**

1 rest of the configuration through SNMP directly     15:31:32
2 This was not possible before
3       Because it was not possible before, we had
4 never bothered with creating communities which
5 existed before SNMP V3 through SNMP  So now we     15:31:46
6 needed to add that as a support feature as well
7 BY MR SANTACANA:
8       Q  And the reason you needed to add the
9 ability to create and delete communities, users and
10 groups was because of the features of the industry     15:31:59
11 standard SNMP V3?
12       A  I don't know whether SNMP V3 -- the
13 SNMP V3 talked about users, not communities, if I
14 remember right  I think that's what we referred to
15 in the -- in getting -- things getting tricky     15:32:24
16       Even now we just had it through SNMP, so
17 only the IOS CLI was the point of record  I'm not
18 sure whether I meant here that you could delete
19 stuff through SNMP that was created through the CLI
20 and now the CLI needs to be regenerated or resaved     15:32:38
21 to NV RAM
22       Q  Okay  I think I understand  And it might
23 be clear if you flip to the page that ends in 75,
24 Section 2 7
25       Section 2 7 says, "SNMP V1/V2 versus SNMP     15:33:02

**Page 163**

1 V3 -- differences, and how things work."     15:33:07
2       And then you have a list of differences
3 and how things work between the old and the new
4 versions of SNMP.
5       The first thing that you wrote was, "In     15:33:18
6 SNMP V3, 'community strings' are called 'users,'"
7 and "users" is in quotation marks.  "Each 'user,'"
8 in quotation marks again, "has an access-policy,
9 which is termed a 'group,'" and the word "group" is
10 also in quotation marks, "i.e., users belong to a     15:33:31
11 group."
12       A  Yep.
13       Q  Does this -- strike that.
14       Does this refresh your recollection as to
15 whether the terms "users" and "group" came from the     15:33:49
16 SNMP standard?
17       A  The term "user" and "group" referred to
18 concepts in the SNMP standard.  Of that, I have no
19 issue with saying that.
20       The reason I hesitate is, we use the term     15:34:19
21 "user," and we could have used VACM user or any
22 other combination of "user."
23       We settled on "user."  I'm not sure that
24 that was because it was directly due to looking at
25 the RFC, or somebody in parser police or within my     15:34:35

**Page 164**

1 team suggested, "Hey, go with the shortest string."     15:34:39
2       Because when you're talking about the
3 command line, it's all about how many characters you
4 type, or it's a lot to do with how many characters
5 you type.     15:34:51
6       Q  Why is that?
7       A  Well, you could type U and hit "tab," and
8 if there was no other word that started with U, IOS
9 would auto-complete to "user."  So you didn't need
10 to type the whole thing.     15:35:03
11       Q  Okay.  If you turn to the page that ends
12 in 82, this is the end of a list of CLI commands
13 that you're proposing, and this one in particular is
14 the "snmp-server engineID" command.
15       Do you see that?     15:35:28
16       A  Can you repeat that again, please?
17 Just -- I'm slowing down reading stuff already.
18       Q  Of course.  After the first paragraph
19 here, which carries over from the previous page,
20 there's an asterisk, and then there's the     15:35:40
21 "snmp-server engineID" command.
22       A  Yeah.
23       Q  And then below that you describe what the
24 command is and what it's going to do.
25       Do you see that?     15:35:49

**Page 165**

1       A  Yeah.     15:35:51
2       Q  And then also it shows that local and
3 remote are optional arguments.
4       Do you see that?
5       A  Where does it say local and remote are     15:36:03
6 optional arguments?
7       Q  Directly under "snmp-server engineID," do
8 you see the open bracket, and then it says, "local,"
9 and then there's a vertical line, and then it says,
10 "remote"?     15:36:13
11       A  So --
12       Q  So it indicates that the command
13 "snmp-server engineID" could either take the local
14 argument or the -- parameter, if you will, or the
15 remote.     15:36:27
16       A  No, I don't think that this is an optional
17 argument.  I think there's a typo in this text here.
18       Q  Okay.
19       A  Because if you look at it, the first
20 bracket is an open curly brace.  There is no close     15:36:34
21 curly brace.
22       I assume that -- and again, I could be
23 completely wrong on this.  I assume that the -- if
24 you look at "remote ipaddress udp-port," and then
25 within angle brackets, "port," following that are     15:36:52

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  two square brackets. I think the second of those is       15:36:55
2  supposed to be a curly bracket.
3      The reason I say that is just from parser
4  theory, if you have both optional, I'm not sure how
5  a programmatic parser would know what you meant.        15:37:08
6      Q  I see.
7      A  There are two optional paths to go by and
8  a required path at the end.
9      Q  I see. And I think I -- I didn't mean to
10 say "optional." What I meant was that the user has       15:37:23
11 an option between using local and using remote.
12     A  Yeah, that is correct. That seems about
13 right.
14     Q  Okay. But the command itself is
15 "snmp-server engineID"; is that fair to say?            15:37:33
16     A  The root of the command is "snmp-server
17 engineID." I agree.
18     Q  The first thing that you write here under
19 that command is, "For SNMP V3 authentication and
20 privacy to work, each SNMP agent needs to have its      15:37:46
21 own SNMP engine ID."
22     A  Yes.
23     Q  Do you see that?
24        What did you mean by that?
25     A  My recollection is hazy, but my hazy            15:38:03

Page 166

1  recollection tells me that this is the key that is      15:38:05
2  used to encrypt packets going back and forth; i.e.,
3  if you change this key, you may not -- yeah. I
4  don't change the key. I have no idea what happens
5  when you change the key anymore.                        15:38:21
6      Q  Okay. You can set that aside.
7         You've mentioned a couple of times that
8  some commands can take the word "no" in front of
9  them.
10     A  Yes.                                              15:38:41
11     Q  Is that -- you'll see that's not listed in
12 Exhibit 329. Cisco doesn't list it that way. "No"
13 is an optional thing that you can write in front of
14 the command, right?
15     A  "No" is an optional extension to add in          15:38:51
16 front of the command.
17     Q  And was that already the way the IOS CLI
18 worked before you started working at Cisco?
19     A  By my recollection, yes.
20     Q  I'd like to turn your attention now to the       15:39:12
21 top four commands in this list, which all begin with
22 the word "show."
23     A  Yes.
24     Q  The words "show snmp," and then there's
25 another word.                                            15:39:22

Page 167

1      Q  Did you author these commands?               15:39:30
2      A  I think it's just a safe assumption that I
3  authored the engineID command.
4         Again, I'm going by the fact that it's
5  semi CamelCase and it looks odd, and I'm not sure       15:39:43
6  anybody else in my team would have come up with
7  that.
8         The rest of the commands -- they may all
9  have been group efforts, team efforts. But I -- I'm
10 pretty sure I checked in the files of these            15:39:58
11 commands.
12     Q  Okay. Mr. Kavasseri, you've said a couple
13 times that it may be that you were listed here as
14 the author of the command because you were the
15 person who checked in the files.                       15:40:35
16        What do you mean when you say that?
17     A  Every Cisco command -- every IOS CLI
18 command is implemented in a source code file. When
19 somebody finished developing that, they checked the
20 command in.                                            15:41:02
21        So in this case, if you're referring to --
22 by "author," if you mean the person who checked in
23 the files, then yes, these files were all checked in
24 by me originally. But that does not mean that I was
25 the sole creator of these keywords.                    15:41:15

Page 168

1         We have a very collaborative work          15:41:20
2  environment when I was there, and I -- especially
3  with an important feature like SNMP V3, I would
4  think that this was a team effort
5      Q  I just need to go back a second  Could       15:41:36
6  you grab Exhibit 336, which is RFC 2271?
7      A  Yeah
8      Q  Could you turn to page 45 of that exhibit?
9      A  Yep
10     Q  This is an acknowledgment section which       15:41:52
11 acknowledges the efforts of the SNMP V3 working
12 group at IETF, and it lists as working group members
13 a number of people who work at a variety of
14 different companies
15     A  Yes                                           15:42:04
16     Q  Some of those people are Keith McCloghrie,
17 and in parentheses it says, "Cisco Systems"; Bob
18 Stewart, and in parentheses, "Cisco Systems"; and
19 Jeff Johnson in the next section, which is a list of
20 members of an advisory team at the IETF, also at      15:42:19
21 Cisco Systems
22        Did you know all of these people?
23     A  Yes, I did
24     Q  Do you recall Mr McCloghrie, Mr Stewart
25 and Mr Johnson contributing to the SNMP V3 industry   15:42:35

Page 169

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 standard protocol while you were working at Cisco?    15:42:40
2      A  I was not in the room for discussions
3 to -- let me rephrase by saying I had very limited
4 interactions at the time this document was written.
5      I know that Jeffrey Johnson was very    15:43:08
6 involved because he was my mentor, and he would tell
7 me that he was working on the RFC draft.  I have no
8 direct evidence of the other two that I can recall.
9      I will add an addendum that they both were
10 very respected people, and I'm very sure they did a    15:43:32
11 lot for these documents.  I just don't have any
12 direct evidence that I was privy to from a working
13 meeting or anything else.
14      Q  Okay.  So you can set that aside now.
15      Looking back at Exhibit 329, we'd started    15:43:57
16 discussing the four "show" commands, "show snmp"
17 commands.
18      "Show" was a term that was already in
19 IOS CLI; is that fair to say?
20      A  When I joined Cisco -- I've actually never    15:44:11
21 asked the question when "show" was in the command.
22 As far as I can tell, it was there when I joined.
23      Q  And the reason that you used it here was
24 because it was already used in other IOS CLI
25 commands?    15:44:37

Page 170

1      A  By the time I implemented these commands,    15:44:38
2 "show" was the standard way to display information
3 from the CLI.
4      Q  And the term "SNMP," of course, as we've
5 discussed, is an industry standard protocol; is that    15:44:49
6 fair to say?
7      A  In which context?  The term "SNMP" by
8 itself as an acronym is industry standard protocol,
9 yes.
10      Q  And then so the first two words in each of    15:45:07
11 these commands is "show snmp."  And then we have
12 "show snmp user" and "show snmp group."
13      A  Yeah.
14      Q  And the terms "user" and "group" also are
15 terms that are used in the IETF SNMP documents; is    15:45:21
16 that fair to say?
17      A  "User" and "group" appear in the -- "snmp
18 user" and "group" appear in the IETF documents.
19      Q  And the way that they're used here is the
20 same way that they're used in those IETF documents?    15:45:35
21      A  To the best of my knowledge, they refer to
22 the same things.  But they're not used in the same
23 way in that the IETF document does not refer to a
24 CLI command.  In here they're used specifically for
25 CLI commands.    15:45:52

Page 171

1      Q  I understand.    15:45:53
2      You've expressed some additional haziness
3 about the command "show snmp host."
4      A  Yes.
5      Q  I'm going to apologize in advance for the    15:46:21
6 heft of this thing.
7      A  Holy cow.
8      (Exhibit 338 was marked for identification
9      and is attached hereto.)
10 BY MR. SANTACANA:    15:46:31
11      Q  Exhibit 338 is titled "Cisco IOS Network
12 Management Command Reference."  It bears control
13 numbers beginning with CSI-CLI-00319765, and it's
14 dated October 2009.
15      I just want you to flip to the page that    15:47:03
16 ends in 1060.  The internal page would be NM-1248.
17      So this page relates to the command
18 "snmp-server host."
19      A  Yes.
20      Q  Do you recognize that command?    15:47:58
21      A  Yes, now I do.
22      Q  Did you author that command?
23      A  I will go back to my earlier statement
24 that it's highly likely that I checked in the file
25 with this command.  Especially with this command, I    15:48:21

Page 172

1 am not sure whether I was the original author of the    15:48:24
2 term "host."
3      I'm going to say "term" instead of
4 "command," which you used, because we're talking
5 about an extension to the SNMP server command here.    15:48:32
6      The reason I say "host" is, if I remember
7 right, the previous version, now that I'm reading
8 this, we are specifying the target of an event that
9 is being messaged through SNMP.
10      Previously this event was called a trap.    15:48:58
11 Now we're giving you the option of a trap or an
12 inform.
13      So there was some effort to differentiate
14 between what was before and what is now the
15 acceptable -- accepted way of configuring targets.    15:49:20
16      Q  If you look at the page NM-1251, control
17 number ends in 1063, this is a command history for
18 the command "snmp-server host," and it lists as the
19 first release IOS version 10.
20      Do you see that?    15:50:04
21      A  "Host"?  I thought that that previous
22 version was "enable trap."  Let me double-check.
23      Yeah, this differs from my recollection.
24      Q  Sorry?
25      A  This differs from my recollection.    15:50:29

Page 173

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 dictate whether the SNMP is an industry standard or      16:21:36
2 not?
3      MR. SANTACANA:  Same objections.
4      THE WITNESS:  I could only offer an
5 opinion on this.  And if you would like my opinion,      16:21:45
6 if enough vendors do not implement a particular
7 proposal, I do not believe that proposal should be
8 called a standard.
9      If you can hold for a second, I need to
10 turn the phone off now.  Sorry.  I turned it on,      16:22:05
11 checking.  Sorry.  Thank you.
12 BY MR. TUNG:
13     Q  Okay.  Can we turn to Exhibit 329?
14     A  I'm going to have nightmares about this.
15     Q  Have you ever done an investigation      16:22:44
16 whether the specific command expressions that appear
17 in Exhibit 329 are used in this exact form in other
18 competitors' CLI?
19     A  Can you repeat that question?
20     Q  Yeah.                      16:23:04
21       Have you ever done an investigation
22 whether these specific command expressions that
23 appear in Exhibit 329 appear in Cisco's competitors'
24 CLI?
25     A  I believe I may have gone looking for      16:23:20

Page 190

1 these in at least one competitor's CLI.      16:23:21
2     Q  And did you determine whether any of these
3 command expressions appeared exactly the same way in
4 the competitor's CLI?
5     A  I would prefer to not answer that question      16:23:52
6 because it might impact work product.
7     Q  Okay.  So let me rephrase the question.
8       So setting aside any work done at the
9 direction of attorneys, have you investigated
10 whether any command expressions that appear in      16:24:10
11 Exhibit 329 appear identically in a Cisco
12 competitor's CLI?
13     A  To the best of my recollection, I have not
14 investigated this in any other vendors' products.
15     Q  Now expanding the question a little      16:24:31
16 broader, have you investigated whether any of
17 Cisco's CLI command expressions appear in any Cisco
18 competitors' CLI, again, setting aside any work done
19 at the direction of attorneys?
20     A  I want to clarify with my previous answer      16:24:49
21 that's setting aside any work product.
22       Can you repeat the second question again?
23     Q  The second question, I'm going to say,
24 setting aside any work product, any work done for
25 attorneys, have you investigated whether any of      16:24:59

Page 191

1 Cisco's CLI command expressions appear in any of      16:25:03
2 Cisco's competitors' CLI?
3     A  Setting aside work product done for other
4 attorneys, I am -- I cannot recall if I ever
5 investigated whether Cisco's CLI expressions      16:25:20
6 appeared in any other competitor's product.
7     Q  Okay.
8     A  I would also like to make sure I protect
9 myself -- I want to protect myself from perjuring
10 myself here.  By saying I cannot recall that does      16:25:41
11 not mean that it did not happen.  My memory doesn't
12 bring it up right now.
13     MR. THOMPSON:  Don't be concerned.  If you
14 don't recall something, that's perfectly fine to say
15 that.                      16:25:51
16     THE WITNESS:  Okay.  All right.
17 BY MR. TUNG:
18     Q  And I think that's really the intent of my
19 question, if you recall any instance in which you
20 have investigated whether a Cisco's competitor's CLI      16:25:57
21 was identical to Cisco's CLI.
22     A  I have not to the best of my recollection
23 at the moment.  Nothing comes to mind.
24     MR. TUNG:  I have no further questions.
25     MR. SANTACANA:  I don't have any.      16:26:16

Page 192

1      THE VIDEO OPERATOR:  This is the end of      16:26:19
2 today's deposition of Mr. Ramanathan Kavasseri.  We
3 are off the record at 4:26 p.m.  The total number of
4 media used was two and it will be retained by
5 Veritext.  Thank you.                      16:26:28
6      (TIME NOTED:  4:26 p.m.)
7           --o0o--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 193

49 (Pages 190 - 193)

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

```
 1
 2
 3
 4
 5
 6
 7
 8      I, RAMANATHAN KAVASSERI, do hereby declare
 9  under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14      EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16        (City)        (State)
17
18
19        _____
20        RAMANATHAN KAVASSERI
21
22
23
24
25
```
Page 194

```
 1      I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 3/7/16
23
24      Carla Soares
25      CARLA SOARES
        CSR No. 5908
```
Page 195

50 (Pages 194 - 195)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5   CISCO SYSTEMS,        )

6   INC.,                 )

7        Plaintiff,       )

8            vs.          ) No. 5:14-cv-05344-BlF (PSG)

9   ARISTA NETWORKS,      )

10  INC.,                 )

11       Defendant.       )

12   _____

13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15      VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16                  Palo Alto, CA

17             Monday, February 1, 2016

18                    Volume I

19

20

21  Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22  CSR No. 11661

23  JOB No. 2224600

24

25  PAGES 1-258

                                        Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1    UNITED STATES DISTRICT COURT | 1            I N D E X |
| 2    NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3         SAN JOSE DIVISION | 3 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER |
| 4 | 4 VIDEO DEPOSITION OF ANTHONY J LI |
| 5 CISCO SYSTEMS,   ) | 5 Volume I |
| 6 INC ,      ) | 6 EXAMINATION BY              PAGE |
| 7    Plaintiff,  ) | 7 BY MR  WONG                9 |
| 8     vs    ) No  5:14-cv-05344-BIF (PSG) | 8 BY MR PAK                 191 |
| 9 ARISTA NETWORKS,  ) | 9 |
| 10 INC .      ) | 10 |
| 11   Defendant  ) | 11 |
| 12 _____ | 12 |
| 13 | 13 |
| 14 | 14 |
| 15     CONFIDENTIAL INFORMATION UNDER THE | 15 |
| 16 PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J LI | 16 |
| 17 taken on behalf of Defendant at WILSON, SONSINI, | 17 |
| 18 GOODRICH & ROSATI, 601 South California Avenue, | 18 |
| 19 Palo Alto, CA 94304, beginning at 9:13 a m  and | 19 |
| 20 ending at 4:17 p m  on Monday, February 1, 2016, | 20 |
| 21 before Susan F  Magee, RPR, CCRR, CLR, Certified | 21 |
| 22 Shorthand Reporter No  11661 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25                    Page 2 | 25                    Page 4 |

| | |
|---|---|
| 1 APPEARANCES: | 1         E X H I B I T S |
| 2 | 2 NUMBER        DESCRIPTION         PAGE |
| 3    For the Plaintiff: | 3 |
| 4    QUINN, EMANUEL, URQUHART & SULLIVAN | 4 Exhibit 136   LinkedIn Profile (8 pages)      12 |
| 5    BY: SEAN PAK, ESQ. | 5 Exhibit 137   RFC Table (3 pages)         90 |
| 6    50 California Street | 6 Exhibit 138   March 1995 RFC 1771, A Border    100 |
| 7    22nd Floor | 7        Gateway Protocol 4 (BGP-4) (57 |
| 8    San Francisco, CA 94111 | 8        pages) |
| 9    (415) 875-6600 | 9 Exhibit 139   December 1995 RFC 1887, An     105 |
| 10    seanpak@quinnemanuel.com | 10        Architecture for IPv6 Unicast |
| 11 | 11        Address Allocation, |
| 12    For the Defendant: | 12        ARISTANDCA00025747-ARISTANDCA |
| 13    KEKER & VAN NEST LLP | 13        00025772 |
| 14    BY: RYAN WONG, ESQ. | 14 Exhibit 140   June 1996 RFC 1966, BGP Route    111 |
| 15     BRIAN L. FERRALL, ESQ. | 15        Reflection, An Alternative to |
| 16    633 Battery Street | 16        Full Mesh IBGP, |
| 17    San Francisco, CA 94111-1809 | 17        ARISTANDCA00025927-ARISTANDCA |
| 18    (415) 773-6682 | 18        00025933 |
| 19    rwong@kvn.com | 19 Exhibit 141   October 2008 RFC 2966,        116 |
| 20    bferrall@kvn.com | 20        Domain-Wide Prefix Distribution |
| 21 | 21        with Two-Level IS-IS (16 pages) |
| 22    The Videographer: | 22 Exhibit 142   August 1996 RFC 1997, BGP      119 |
| 23    JEFREE ANDERSON | 23        Communities Attribute, |
| 24 | 24        ARISTANDCA00026094-ARISTANDCA |
| 25                    Page 3 | 25        00026098                Page 5 |

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    E X H I B I T S (continued)
2    NUMBER        DESCRIPTION            PAGE
3
4    Exhibit 143   March 1998 RFC 2281, Cisco Hot    124
5                  Standby Router Protocol (HSRP),
6                  ARISTANDCA00026832-ARISTANDCA
7                  00026848
8    Exhibit 144   E-mail String Containing    143
9                  9/22/92 E-mail from/to Toni Li,
10                 TS-00000066
11   Exhibit 145   Procket Networks PRO/8000    163
12                 Series Software Introduction
13                 (144 pages)
14   Exhibit 146   Procket Networks PRO/8000    164
15                 Series IPv6 Routing Protocols
16                 (180 pages)
17   Exhibit 147   Procket Networks PRO/8000    164
18                 Series System Management and
19                 Operations (604 pages)
20   Exhibit 148   Cisco's 6th Supplemental    167
21                 Response to Interrogatory NO.
22                 16 and Response to
23                 Interrogatory No. 19 Amended
24                 Exhibit F (45 pages)
25   Exhibit 149   List of Commands (1 page)    169
Page 6

1    Palo Alto, CA, Monday February 1, 2016
2        9:13 a.m.
3
4        THE VIDEOGRAPHER:  Good morning.  We're on
5    the record at 9:13 a.m. on February 1st, 2016.  This    09:13:47
6    is the video recorded deposition of -- so sorry.  Of
7    Anthony Li here with our court reporter Susan Magee.
8        My name is Jefree Anderson.  We are here
9    from Veritext Legal Solutions at the request of
10   counsel for the -- defendant or the plaintiff?    09:14:16
11       MR. WONG:  Defendants.
12       THE VIDEOGRAPHER:  For the defendant.  This
13   deposition is being held at Wilson Sonsini at
14   601 California Avenue, Palo Alto, California.  The
15   caption of this case is Cisco Systems, Incorporated    09:14:31
16   vs. Arista Networks, Incorporated.  The case number
17   is 5:14-cv-05344.
18       Please note that audio and video recording
19   will take place unless all parties agree to go off
20   the record, and microphones are sensitive and may    09:14:53
21   pick up whispers, private conversations and cellular
22   interference; so please be aware of that.
23       Beginning with our noticing attorney,
24   please state your name and the firm you represent.
25       MR. WONG:  Ryan Wong from Keker & Van Nest    09:15:05
Page 8

1    E X H I B I T S (continued)
2    NUMBER        DESCRIPTION            PAGE
3
4    Exhibit 150   1/20/96 E-mail from Toni Li to    183
5                  Bill W., CSI-CLI-00746246
6    Exhibit 151   CSCdi14533, CSI-CLI-01339850    185
7    Exhibit 152   Group of E-mails Containing    239
8                  2/23/1996 E-mail from Tony Li
9                  to widmer@cisco.com,
10                 CSI-CLI-00746331 -
11                 CSI-CLI-00746347
12
13
14
15
16
17
18
19
20
21
22
23
24
25
Page 7

1    for defendant Arista Networks.
2        MR. FERRALL:  Brian Ferrall, Keker & Van
3    Nest, also for Arista.
4        MR. PAK:  Sean Pak of Quinn for Cisco.
5        THE VIDEOGRAPHER:  Thank you.    09:15:16
6    Will the court reporter please swear in the
7    witness.
8
9        ANTHONY J. LI,
10   having been administered an oath, was examined and    09:15:19
11   testified as follows:
12
13       EXAMINATION BY MR. WONG
14
15   Q.  Good morning, Mr. Li.    09:15:29
16   A.  Good morning.
17   Q.  Please state your full name.
18   A.  Anthony Joseph Li.
19   Q.  Do you live in the Bay Area, Mr. Li?
20   A.  I do.    09:15:36
21   ████████████████████      ██████████████
22   ████████████████████      ██████████████
23   ████████████████
24   Q.  Mr. Li, do you understand that are you
25   testifying here in response to a subpoena in this    09:15:46
Page 9

3 (Pages 6 - 9)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1 lawsuit? | 1 obviously if anything that's confidential to Cisco, |
| 2    A. I do. | 2 I will be designating that as confidential under the |
| 3    Q. Have you seen the subpoena in the lawsuit? | 3 protective order. |
| 4    A. Yes, I have. | 4    THE WITNESS: Okay. |
| 5    Q. Mr. Li, are you represented by an attorney   09:15:55 | 5    BY MR. WONG: Q. And I will be taking   09:17:31 |
| 6 at this deposition? | 6 breaks during the day, Mr. Li. I'll try to take a |
| 7    A. No, I am not. | 7 break about every hour. |
| 8    Q. Have you been deposed before, Mr. Li? | 8    But if you would like to take a break for |
| 9    A. Yes, I have. | 9 any reason, just let me know, and I will try to |
| 10    Q. Okay. I'm just going to go over some of   09:16:03 | 10 accommodate that, okay?   09:17:40 |
| 11 the ground rules of a deposition just to refresh how | 11    A. Thank you. |
| 12 this goes. | 12    Q. Mr. Li, do you maintain a profile on the |
| 13    Mr. Li, do you understand that you are | 13 Web site called LinkedIn? |
| 14 testifying under oath under penalty of perjury? | 14    A. I do. |
| 15    A. I do.   09:16:14 | 15    MR. WONG: Let's mark this as Exhibit 136,   09:18:01 |
| 16    Q. Do you understand that the testimony that | 16 please. |
| 17 you are providing today is as if you were testifying | 17    (Exhibit 136 was marked for identification |
| 18 in court? | 18 by the court reporter and is attached hereto.) |
| 19    A. I do. | 19    BY MR. WONG: Q. Court reporter has marked |
| 20    Q. The court reporter is writing down   09:16:21 | 20 Exhibit 136.   09:18:19 |
| 21 everything that we say, so it's important to give | 21    Mr. Li, do you have Exhibit 136 in front of |
| 22 verbal answers to my questions. | 22 you? |
| 23    Do you understand? | 23    A. I do. |
| 24    A. I do. | 24    Q. Okay. Do you recognize Exhibit 136? |
| 25    Q. It's also important that we don't speak   09:16:29 | 25    A. This appears to be my profile for LinkedIn.   09:18:25 |
| Page 10 | Page 12 |

| | |
|---|---|
| 1 over each other. So I'll do my best to let you | 1    Q. Can you please take a moment to look at |
| 2 finish your answers before I ask the next question | 2 Exhibit 136 and let me know if the information is |
| 3 and I would ask that you let me finish my next | 3 up-to-date and accurate. |
| 4 question before you begin your answer. | 4    A. It is accurate. It is reasonably |
| 5    Is that clear?   09:16:41 | 5 up-to-date, but it is not complete.   09:18:48 |
| 6    A. Yes. | 6    Q. What is incomplete about the information on |
| 7    Q. If there is a question that I ask that you | 7 Exhibit 136? |
| 8 don't understand, please let me know, and I'll try | 8    A. In particular, it is not a complete list of |
| 9 to clarify it, okay? | 9 patents and publications. |
| 10    A. Okay.   09:16:48 | 10    Q. Is there anything else that is incomplete   09:19:01 |
| 11    Q. Otherwise, if you answer my question, I'll | 11 about Exhibit 136? |
| 12 assume that you understood my question. | 12    A. I don't believe -- you know, my work |
| 13    A. Okay. | 13 history here only goes back to '91. |
| 14    Q. Okay. Is there any reason, Mr. Li, that | 14    Q. Anything else, Mr. Li? |
| 15 you can't give full and truthful testimony today?   09:16:57 | 15    A. No.   09:19:21 |
| 16    A. No. | 16    Q. What is your educational background, |
| 17    Q. Mr. Li, I know you're not represented by | 17 Mr. Li? |
| 18 counsel today. If there is any answer that you | 18    A. I have a B.S. in mathematics from |
| 19 provide today that you would like to request to | 19 Harvey Mudd College and a Ph.D. in computer science |
| 20 designate confidential under the protective order in   09:17:09 | 20 from USC.   09:19:39 |
| 21 this case, please state that on the record. | 21    Q. When did you receive your B.S. in |
| 22    A. Okay. | 22 mathematics from Harvey Mudd? |
| 23    MR. PAK: Mr. Li, I'll also add that, on | 23    A. '82. |
| 24 behalf of Cisco, I'll be making some objections from | 24    Q. And when did you receive your Ph.D. from |
| 25 time to time just to preserve the record. And   09:17:21 | 25 USC?   09:19:49 |
| Page 11 | Page 13 |

4 (Pages 10 - 13)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1   A. 1990. | 1   A. EGP is a routing protocol that allows |
| 2   Q. And the USC you're referring to, that's the | 2   individual hosts to advertise routing prefixes to |
| 3   University of Southern California; correct? | 3   the gateways of the then ARPANET or MILNET. |
| 4   A. Correct. | 4   Q. Is EGP a standardized routing protocol? |
| 5   Q. Do you have any other degrees besides the   09:19:58 | 5   A. Yes, it is.                          09:23:29 |
| 6   bachelor's degree and your Ph.D.? | 6   Q. How do you know that? |
| 7   A. No. | 7   A. I've read the RFC. |
| 8   Q. Your LinkedIn profile marked as Exhibit 136 | 8   Q. What is an RFC, Mr. Li? |
| 9   states that you attended Rutgers University; is that | 9   A. It as a Request For Comments that is a |
| 10   correct?                            09:20:20 | 10   document from the Internet Engineering Task Force,   09:23:41 |
| 11   A. I spent one year at Rutgers.  Did not get a | 11   IETF, that they use for standardizing protocols. |
| 12   degree there. | 12   I'm unaware of the exact standards placement of -- |
| 13   Q. Was your focus at the University of | 13   or progression of EGP at this time.  It's probably |
| 14   Southern California on anything in particular? | 14   moved to historic by now. |
| 15   A. I was working on a Ph.D. in computer   09:20:31 | 15   Q. When you say it's "moved to historic by   09:24:01 |
| 16   science in the programming languages area. | 16   now," what do you mean by that? |
| 17   Q. What programming languages were you working | 17   A. So the IETF has a progression for |
| 18   on. | 18   standards, and standards that are no longer actively |
| 19   A. So it was not a specific language.  It was | 19   used or recommended are moved to historic to |
| 20   in language theory, and in particular I was working   09:20:47 | 20   indicate that they are no longer productive.   09:24:19 |
| 21   on compiler specifications. | 21   Q. You also mentioned IGRP.  Can you describe |
| 22   Q. What routing protocols, if any, did you | 22   to me what IGRP is. |
| 23   learn about as part of obtaining your Ph.D. at USC? | 23   A. IGRP is Cisco's proprietary classful |
| 24   A. None; however, as a postdoc at USC, I | 24   protocol. |
| 25   actually worked on IDPR, Inter-Domain Policy   09:21:13 | 25   Q. When you say Cisco proprietary, what do you   09:24:40 |
| Page 14 | Page 16 |

| | |
|---|---|
| 1   Routing. | 1   mean by that? |
| 2   Q. Inter-Domain Policy Routing? | 2   A. Cisco owns the code, has a patent on the -- |
| 3   A. Correct.  Also, while I was assist admin at | 3   or on the concepts behind the implementation, and as |
| 4   USC, I was a network administrator, so I had | 4   far as I know, has not licensed it with the |
| 5   familiarity there with EGP and IGRP.          09:21:41 | 5   exception of licensing their whole source code   09:24:58 |
| 6   Q. What is EGP? | 6   stack. |
| 7   A. Exterior Gateway Protocol. | 7   Q. How did you work with EGP while you were a |
| 8   Q. And what is IGRP? | 8   sys admin? |
| 9   A. Interior Gateway Routing Protocol. | 9   A. So I was responsible for maintaining EGP |
| 10   Q. You mentioned IDPR as part of your postdoc   09:22:06 | 10   connectivity between USC's site and the ARPANET core   09:25:11 |
| 11   work; correct? | 11   gateways. |
| 12   A. Correct. | 12   Q. And what was your experience as a sys admin |
| 13   Q. Can you describe for me how you worked with | 13   working with IGRP? |
| 14   IDPR in your postdoc work at USC. | 14   A. So I was maintaining the Los Nettos Network |
| 15   A. So I was working for Deborah Estrin, and   09:22:24 | 15   which was a small regional network in Los Angeles.   09:25:24 |
| 16   she was collaborating with Martha Steenstrup of | 16   We used IGRP for routing between the sites and our |
| 17   Bolt, Beranek & Newman in Boston.  They was a -- | 17   small network. |
| 18   they had some sort of research contract to develop a | 18   Q. And what period of time were you a sys |
| 19   routing protocol that supported policy routing. | 19   admin for USC? |
| 20   Q. Was IDPR a proprietary standard?   09:22:43 | 20   A. Approximately 1983 through 1990.   09:25:36 |
| 21   A. I have no idea. | 21   Q. Besides IDPR, EGP and IGRP, did you work |
| 22   Q. You said you worked at -- you worked on EGP | 22   with any other routing protocols while you were |
| 23   while as a sys admin at USC; is that correct? | 23   either obtaining your Ph.D. or serving as a postdoc? |
| 24   A. That's correct. | 24   A. Probably.  So I do not recall the details, |
| 25   Q. What is EGP?                        09:23:07 | 25   but I do know that we had also a DECnet network, and   09:26:12 |
| Page 15 | Page 17 |

5 (Pages 14 - 17)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 I believe that DECnet routing was involved, and that
2 is a -- uses an internal routing protocol that is
3 very simple -- similar to RIP.
4    Q.  Now, you said DECnet.  What is DECnet?
5    A.  DECnet was a proprietary networking stack    09:26:36
6 from Digital Equipment Corporation.
7    Q.  So the DEC in DECnet stands for
8 Digital Equipment Corporation?
9    A.  Yes.
10    Q.  When you say "we also had a DECnet    09:26:56
11 network," who is "we"?
12    A.  I was referring to my employers at USC, in
13 particular engineering computer services which then
14 became university computing services.
15    Q.  What experience did you have working with    09:27:20
16 the DECnet network at USC?
17    A.  Mostly it was frustrating.  The DECnet
18 network was interconnecting the router -- the
19 various hosts around the campus, allowing students
20 and faculty to move data around between the various    09:27:36
21 computers.
22    Q.  What was the operating system like on the
23 DECnet network?
24    A.  So we had multiple systems speaking DECnet.
25 There were many VAXes running the VMS operating    09:27:54

Page 18

1 system.  We also had several systems running
2 TOPS-20.
3    Q.  You said VAX/VMS.  Does that stand for
4 anything?
5    A.  VAX is virtual address extension.  VMS is    09:28:15
6 virtual memory system.
7    Q.  How much experience did you have working
8 with the VAX/VMS operating system?
9    A.  I was a system administrator for several
10 years while at USC.    09:28:36
11    Q.  And how many years of experience did you
12 have working with the TOPS-20 operating system?
13    A.  I was only a user of TOPS-20.  I got my
14 first TOPS-20 account in 1982.  I probably used
15 that -- well, at least eight years, so . . .    09:29:03
16    Q.  So as a user, you used TOPS-20 for
17 approximately eight years?
18    A.  Yes.
19    Q.  And approximately how many years did you
20 work as a system administer [sic] for the VAX/VMS    09:29:17
21 operating system?
22    A.  I'm not certain.  I believe it was
23 approximately 1983 through about 1987.
24    Q.  Mr. Li, do you know what a command line
25 interface is?    09:29:40

Page 19

1    A.  I do.
2    Q.  What is a command line interface?
3    A.  A command line interface is a means for a
4 user to enter commands typing out names of words and
5 then interacting with a computer by having the    09:29:50
6 computer respond to those words.
7    Q.  If I use the term "CLI," will you
8 understand that I'm referring to a command line
9 interface?
10    A.  I understand.    09:30:06
11    Q.  Did the VAX/VMS operating system have a
12 command line interface?
13    A.  It did.
14    Q.  Can you describe for me generally how the
15 VAX/VMS command line interface worked.    09:30:17
16    A.  It was a very standard command-and-response
17 interface.  Predominant were set and show.  Change
18 parameters and then display parameters.
19    Q.  When you say "very standard
20 command-and-response interface," what do you mean by    09:30:39
21 "very standard"?
22    A.  So very similar to other things in the
23 industry.
24    Q.  At that time?
25    A.  Yes.    09:30:50

Page 20

1    Q.  And approximately what time period are we
2 talking about, Mr. Li?
3    A.  The first time I saw VMS was '81.
4    Q.  You mentioned that set and show commands
5 were predominant in VAX/VMS; correct?    09:31:13
6    A.  Mm-hmm.
7    Q.  Were there any other commands that you
8 recall from using the VAX/VMS command line
9 interface?
10    A.  There were many other commands, and you    09:31:25
11 could easily extend it by adding additional commands
12 to it, so . . .
13    Q.  How would you extend it by adding
14 additional commands to it?
15    A.  So the entire operating system CLI was    09:31:39
16 built around what was called DCL, digital command
17 language.  You so actually write command definitions
18 and add those to the CLI.
19    Q.  Were you familiar with digital command
20 language at the time?    09:32:00
21    A.  Slightly.
22    Q.  Did the show commands in VAX/VMS follow any
23 particular syntax?
24    A.  Yes.  They typically were invoked by show
25 and then usually an object name and then a set of    09:32:16

Page 21

6 (Pages 18 - 21)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 parameters. The parameters were delineated by a
2 slash and then parameter name. Sometimes there was
3 a value attached with an equal sign and then a value
4 attached to a given parameter. The set commands
5 were pretty much the same way.                    09:32:39
6      Q. Now, you said, "typically were invoked" was
7 part of your answer about how show commands worked.
8         Were there any exceptions to the syntax you
9 just described?
10     A. Well, that was very much a generalization,  09:32:58
11 so yes.
12     Q. What was the command syntax like for
13 TOPS-20?
14     A. TOPS-20 had a command syntax that was
15 somewhat similar to VMS. The notable difference was  09:33:22
16 that TOPS-20 allowed for a command completion, and
17 so you could use escape and tab and question mark
18 characters to interact directly with the command
19 line interpreter while you were typing a command
20 line.                                              09:33:42
21     Q. What type -- what time period are you
22 talking about here, Mr. Li?
23     A. I am unaware of when TOPS-20 first came
24 out.
25     Q. At what time period were you working with  09:33:54

Page 22

1 feature while you were working with TOPS-20?
2      A. Yes.
3      Q. Is the recollection you just described
4 based upon your hands-on experience with TOPS-20?
5      A. Yes, it is.                                09:35:27
6      Q. Now, you said TOPS-20 had a similar syntax
7 to VMS.
8         What was similar about the TOPS-20 command
9 syntax to the VAX/VMA command syntax?
10     A. Again, the general intent of -- or design  09:35:58
11 of the -- in the language was an imperative language
12 where they would design it as verb and then noun,
13 noun. So you would give the command as SHO and then
14 some parameters to go with it.
15        The details of the syntax were definitely  09:36:23
16 different. TOPS-20 in particular never used a slash
17 as a parameter separator.
18     Q. Now, you've used the word "parameter" to
19 describe the syntax for both VAX/VMS and TOPS-20?
20     A. Mm-hmm.                                     09:36:46
21     Q. What do you mean by a parameter?
22     A. It's a qualifier or other conditional
23 information about the specific request.
24     Q. Can you give me an example of what would be
25 a command parameter?                               09:36:56

Page 24

1 TOPS-20?
2      A. Again, I got my first TOPS-20 account in
3 1982.
4      Q. Okay. So these features you just
5 described, command completion, were those in TOPS-20  09:34:05
6 when you first got your account in 1982?
7      A. Yes.
8      Q. What is command completion?
9      A. Command completion is the ability for the
10 command line interpreter to infer from what the user  09:34:25
11 has typed as a partial command and then actually
12 have it type out the rest of the command for the
13 user.
14     Q. Can you give me an example of how command
15 completion would work in a TOPS-20 command line      09:34:41
16 interface.
17     A. Oh, dear. So not accurately.
18 Approximately, you would type a partial command. So
19 for example, if you were to type "SHO," S-H-O, and
20 then complete it, you would get the W and then a      09:34:58
21 space, so you could then enter a parameter.
22     MR. PAK: I'm going to object that this
23 calls for expert testimony. Speculation.
24     BY MR. WONG: Q. Mr. Li, did you use the
25 command -- did you use the command completion        09:35:17

Page 23

1      A. For example, if the database of files had a
2 set of file names, you could give a directory
3 command which would show the files in the directory.
4 Then you could also give directory followed by a
5 parameter which would explain -- which would specify  09:37:17
6 some subset of the files that you would like to see.
7      Q. Besides VAX/VMS and TOPS-20, did you have
8 experience with any other command line interfaces?
9      A. Many.
10     Q. Okay. What other command line interfaces    09:37:43
11 do you have experience with, Mr. Li?
12     A. That could take a while. CPM, VMCMS.
13 Let's see. Concurrent CPM, MS-DOS, RSX-11M.
14 Probably many others.
15     Q. Which of those existed prior to 1985?       09:38:15
16     A. All of those.
17     Q. Did any of those exist prior to 1980?
18     A. Yes, very definitely. Let's see. UNIX
19 already existed. There was a CLI there. I believe
20 that CPM predates 1980.                             09:38:38
21     Q. And did you work directly with all of the
22 command line interfaces that you just recited?
23     A. Yes.
24     Q. In what capacity did you work with those
25 command line interfaces?                            09:39:02

Page 25

7 (Pages 22 - 25)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

**Page 26**

1　A. That varies. I was a programmer at
2　Digital Research working on CPM, so I was a
3　developer in that role. Most of the others I was a
4　user.
5　Q. When were you a programmer at　　09:39:12
6　Digital Research?
7　A. So I had two summer internships, the
8　summers of 1982 and 1981.
9　Q. What was the command -- strike that.
10　Actually, what was the command syntax used　09:39:34
11　for CPM?
12　A. Again, it was very similar to use -- what
13　was used in TOPS-20 and VMS. Again, verb, noun and
14　qualifiers.
15　Q. What were some of the verbs that were used　09:39:52
16　in the command set for CPM?
17　A. I'm sorry. I've forgotten.
18　Q. Do you recall any of the verbs that were
19　used in the command sets for TOPS-20?
20　A. Info, show, DIR. I've forgotten most of　09:40:07
21　the others.
22　Q. You mentioned MS-DOS as one of the command
23　line interfaces that you had worked with; correct?
24　A. Mm-hmm.
25　Q. In what context did you work with MS-DOS?　09:40:30

**Page 27**

1　A. Just as a user.
2　Q. And that was in the early 1980s?
3　A. At some point, yes.
4　Q. You also mentioned UNIX as a system that
5　you have experience with; correct?　　09:40:54
6　A. That's correct.
7　Q. In what context did you work with the UNIX
8　operating system?
9　A. I had access to a UNIX system as a user
10　starting in 1975.　　09:41:03
11　Q. Do you know how long UNIX has been in
12　existence as an operating system?
13　A. No, I don't.
14　Q. And how many years did you work with the
15　UNIX operating system?　　09:41:22
16　A. I've been working with it on and off since
17　1975.
18　Q. Can you describe for me how the UNIX CLI
19　worked?
20　A. UNIX CLI is, again, a command and　09:42:06
21　parameters structure with a verb and then nouns and
22　qualifiers behind it.
23　Q. Were all commands available to a UNIX user?
24　A. There are commands that are not available
25　that they are -- they're privileged and only　09:42:33

**Page 28**

1　accessible to the system administrator.
2　Q. When you say "privileged," what do you mean
3　by that?
4　A. The system administration and management
5　commands are -- cannot be executed by a normal user.　09:42:46
6　Q. Were there similar separations of command
7　sets in any of the other operating systems that we
8　discussed this morning?
9　A. Almost all have that kind of separation.
10　Q. What -- describe for me the separation in　09:43:08
11　command sets that existed in TOPS-20?
12　A. As a user of TOPS-20, I don't recall the
13　details of the administration commands, so I never
14　used them.
15　Q. Were the administration commands in TOPS-20　09:43:25
16　accessible to you as a user?
17　A. No.
18　Q. How were command sets separated in VAX/VMS?
19　A. Again, there were privileged commands that
20　one could use if you were a system administrator.　09:43:46
21　Q. Was the term "privileged" a term that you
22　came up with, Mr. Li?
23　A. No. I'm sure that several of -- I've
24　picked that up somewhere, but that is commonly used.
25　Q. That is commonly used to describe what?　09:44:14

**Page 29**

1　A. Throughout the industry to indicate that
2　people -- certain administrators have abilities that
3　are past normal users.
4　Q. Was the term "privileged" commonly used at
5　the time that you were working on VAX/VMS?　　09:44:30
6　MR. PAK: Objection. Calls for expert
7　testimony.
8　BY MR. WONG: Q. Just to your
9　recollection, Mr. Li.
10　A. Yes.　　　　09:44:40
11　Q. And what facts are you basing that answer
12　on?
13　A. I was a system administrator for a VMS
14　system.
15　Q. Did you use the term "privileged" to　　09:44:50
16　describe commands that were accessible only to
17　system administrators at the time you were working
18　on VAX/VMS?
19　A. Probably.
20　Q. Was it likely that you were using that　　09:45:03
21　term?
22　A. Very likely.
23　Q. You mentioned VMCMS. What experience did
24　you have working with VMCMS?
25　A. So USC maintained, in addition to numerous　09:45:27

8 (Pages 26 - 29)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 DEC systems, also had several IBM systems.  VMCMS is
2 an operating system for IBM mainframes, and USC had
3 one and I had an account on the VM system.
4      Q.  And what was the command syntax like for
5 the CLI on VMCMS?                          09:45:55
6      A.  I'm sorry.  I don't remember.
7      Q.  You mentioned RSX-IIM?
8      A.  It's 11M.
9      Q.  11M.  Sorry.
10     A.  This was an operating system for PDP-11s.   09:46:06
11     Q.  What are PDP-11s?
12     A.  That was a computer built by
13 Digital Equipment Corporation.
14     Q.  Do you recall the command syntax of the
15 command line interface used on the RSX-11M?   09:46:25
16     A.  No, I'm sorry.  I don't.
17     Q.  You mentioned that the LinkedIn profile
18 that we marked as Exhibit 136 did not have your full
19 work history?
20     A.  Correct.                          09:46:46
21     Q.  What work history is missing from your
22 LinkedIn profile?
23     A.  In particular the sys admin positions that
24 I mentioned, summer internships predating.  There
25 were several of those.  Full-time positions that are  09:46:59

Page 30

1 not relevant to my professional experience,
2 particularly while I was in high school.
3      Q.  Sure.  After you graduated from USC, what
4 did you do then?
5      A.  So I -- next fall I went to Rutgers and   09:47:20
6 spent a year there, hated it and immediately
7 transferred to USC.
8      Q.  Oh, I'm sorry.  My question was after you
9 graduated from USC, what did you do after that?
10     A.  After USC?  So I graduated in September   09:47:38
11 of 1990.  I worked on a postdoc at USC with
12 Deborah Estrin and then took a position at
13 Cisco Systems.
14     Q.  Do you know when you started at
15 Cisco Systems?                            09:47:53
16     A.  January 14th, 1991.
17     Q.  Why did you join Cisco after graduating
18 from USC?
19     A.  Lack of a better job.
20     Q.  Did you apply elsewhere besides Cisco?   09:48:02
21     A.  I did.
22     Q.  And describe for me the projects that you
23 worked on while you worked at Cisco starting in
24 1991.
25     A.  I worked on a wide, wide variety of   09:48:22

Page 31

1 projects throughout the router.  I started off doing
2 mostly maintenance work and answering customer
3 questions.  I then had several development projects.
4 My first development project was implementing
5 something called TCP header compression.   09:48:41
6      Q.  And after you worked on TCP header
7 compression, what else did you work on while at
8 Cisco?
9      A.  I had numerous routing -- small projects
10 within routing extending various interfaces and   09:48:58
11 extending protocols as necessary.
12          My next big project was actually working on
13 BGP, Border Gateway Protocol.
14     BY MR. WONG:  Q.  You mentioned TCP header
15 expression.  What does TCP mean?          09:49:22
16     A.  That's Transmission Control Protocol.  It's
17 part of the Internet Protocol suite.
18     Q.  Is TCP an industry standard?
19     A.  It is.
20     Q.  Was it an industry standard at the time you  09:49:37
21 worked on it at Cisco?
22     A.  It was.
23     Q.  What standard-setting body produced the TCP
24 standard?
25     A.  That's a difficult question.  The TCP   09:49:49

Page 32

1 standard was really a product of -- I guess the
2 ARPANET project, but this actually predates IETF
3 being accepted as a standards-making body, which is
4 a whole book in itself.  Great deal of politics
5 behind that.  So it was a de facto standard   09:50:16
6 effectively.
7      Q.  What do you mean by "de facto standard"?
8      A.  Which meant that the industry used it and
9 it was publicly available, everyone was free to
10 adopt it, and yet it did not have the backing of a   09:50:36
11 formal standards body such as the IEEE.
12     MR. PAK:  I'll object to this line of
13 questioning as calling for expert testimony.
14     BY MR. WONG:  Q.  Now, you said that the
15 TCP standard was really a product of ARPANET;   09:51:10
16 correct?
17     A.  Correct.
18     Q.  What is ARPANET?
19     A.  ARPANET was a project from the Defense
20 Department's Advanced Research Projects Agency to   09:51:18
21 build a network for computers that was highly robust
22 and relayed data between computers efficiently.
23     Q.  How do you know that, Mr. Li?
24     A.  Having worked on it for many, many years
25 and been involved with it as soon as it became   09:51:34

Page 33

9 (Pages 30 - 33)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

Page 34

1    available to USC and Rutgers.
2        Q. And by "it," you mean ARPANET?
3        A. ARPANET.
4        Q. You mentioned that TCP was part of an
5    Internet Protocol suite. Is that what you said?      09:51:47
6        A. Correct.
7        Q. Were there any other protocols that were
8    part of the Internet Protocol suite?
9        A. Many.
10       Q. Can you list off for me the protocols that    09:51:55
11   you remember being part of the Internet Protocol
12   suite?
13       A. I'll give you a small set. HTTP; BGP; RIP,
14   R-I-P; DNS; DHCP. I could go on, but Susan's
15   fingers are going to fall off.                        09:52:17
16       Q. You mentioned HTTP.
17           Is HTTP an industry standard?
18       A. It is.
19       Q. How do you know that?
20       A. There is an RFC on it. I don't know what      09:52:31
21   its exact standard status is but I believe it's at
22   least proposed standard.
23       Q. And how long has HTTP been an industry
24   standard, to your knowledge?
25       MR. PAK: Calls for expert testimony.             09:52:49

Page 35

1        THE WITNESS: Approximately 1992.
2        BY MR. WONG: Q. And how do you know that,
3    Mr. Li?
4        A. I first used a Web browser about that time,
5    and had some involvement in developing a Web server  09:53:02
6    for the Cisco router.
7        Q. You mentioned BGP?
8        A. Correct.
9        Q. What does BGP stand for?
10       A. Border Gateway Protocol.                       09:53:23
11       Q. And BGP was part of the Internet Protocol
12   suite?
13       A. Yes, it was.
14       Q. Was BGP also an industry standard?
15       A. It is.                                          09:53:33
16       Q. And how do you know that, Mr. Li?
17       A. I helped write the latest RFC on that.
18       Q. How long has BGP been an industry standard,
19   to your knowledge?
20       A. BGP?                                            09:53:48
21       Q. BGP.
22       A. BGP has been an industry standard since
23   approximately 1993.
24       Q. And what is the standard-setting body that
25   established BGP as an industry standard?              09:54:02

Page 36

1        A. IETF.
2        Q. What does HTTP stand for?
3        A. Hypertext Transfer Protocol.
4        Q. You mentioned RIP; correct?
5        A. Correct.                                        09:54:18
6        Q. What does -- is that -- is that called RIP
7    by the industry?
8        A. Normally pronounced that way, yes.
9        Q. What does RIP stand for?
10       A. Routing Information Protocol.                   09:54:27
11       Q. Routing Information Protocol is also part
12   of the Internet Protocol suite you mentioned?
13       A. It is.
14       Q. Is Routing Information Protocol an industry
15   standard?                                              09:54:43
16       A. Yes, it is.
17       Q. How long has Routing Information Protocol
18   been an industry standard?
19       A. I don't know when the RFC came out.
20       Q. And what is the standard-setting body that     09:54:56
21   manages the RIP protocol?
22       A. IETF.
23       Q. You mentioned DHCP?
24       A. Correct.
25       Q. What does DHCP stand for?                       09:55:09

Page 37

1        A. Dynamic Host Configuration Protocol.
2        Q. And is DHCP also an industry standard?
3        A. It is.
4        Q. How do you know that, Mr. Li?
5        A. I've read the RFC.                              09:55:21
6        Q. What is the standard-setting body that
7    manages DHCP?
8        A. The IETF.
9        Q. How long has DHCP been an industry
10   standard, to your knowledge?                           09:55:42
11       A. Since the early '90s.
12       Q. And how do you know that, Mr. Li?
13       A. He read the RFC.
14       Q. Back in the early '90s?
15       A. Yes.                                             09:55:51
16       Q. Why were you -- strike that.
17           Besides HTTP, BGP, RIP and DHCP, are there
18   any other well-known protocols that are part of the
19   Internet Protocol suite?
20       A. Many.                                           09:56:13
21       Q. Can you list for me a few more well-known
22   protocols from the Internet Protocol suite?
23       A. Well, the base protocol is IP, Internet
24   Protocol. On top of that we have DNS, the Domain
25   Name System. There's the File Transfer Protocol,      09:56:40

10 (Pages 34 - 37)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 FTP; the Simple Mail Transfer Protocol, SMTP; Post
2 Office Protocol, POP; IMAP which is another mail
3 protocol.
4     Q. And the protocols you just mentioned, are
5 all of them industry standards, to your knowledge?     09:57:04
6     A. They are.
7     Q. What standard-setting body manages the
8 Internet Protocol?
9     A. Internet Engineering Task Force.
10     Q. And what standard-setting body manages the     09:57:17
11 DNS protocol?
12     A. IETF.
13     Q. Is the IETF the standard-setting body for
14 each of the protocols you just mentioned?
15     A. Yes.     09:57:31
16     Q. We just went through several acronyms for
17 different industry standard protocols; correct?
18     A. Yes.
19     Q. Was "HTTP" a well-known term used in the
20 networking industry at the time that you first     09:58:00
21 started working with it?
22     A. No, it was not well-known.
23     Q. When did you start working with HTTP again?
24     A. Very early '90s. Probably '92, '93 time
25 frame.     09:58:17

Page 38

1     Q. Did HTTP ever become a well-known acronym
2 in the industry?
3     A. Yes. It's very well-known.
4     Q. It's very well-known today?
5     A. Today.     09:58:27
6     Q. Do you approximately when HTTP became a
7 well-known acronym, to your knowledge?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10     THE WITNESS: Approximately 1995.     09:58:33
11     BY MR. WONG: Q. Why do you say 1995,
12 Mr. Li?
13     A. That's when most people started using the
14 Web.
15     Q. Let's go back to your description of     09:58:40
16 responsibilities when you were working at Cisco
17 starting in 1991.
18     The last thing you mentioned was that you
19 started working on a BGP project; correct?
20     A. Correct.     09:59:07
21     Q. Describe for me what that BGP project
22 entailed.
23     A. So my starter project on BGP was to upgrade
24 it from BGP Version 2 to Version 3 of the protocol.
25 This involved adding a small mechanism for resolving     09:59:21

Page 39

1 connection collisions.
2     MR. PAK: At this point I'd like to mark
3 this deposition transcript as confidential
4 information under the protective order.
5     BY MR. WONG: Q. And approximately what     09:59:38
6 time period did you work on this starter project on
7 BGP?
8     A. Approximately 1992.
9     Q. What were you upgrading from BGP Version 2
10 to BGP Version 3?     09:59:57
11     A. So the internal implementation of BGP
12 required a change. The version number required
13 changing.
14     Q. When you say "internal implementation,"
15 what do you mean by that?     10:00:14
16     A. The code that actually performs the
17 functions inside the router.
18     Q. And describe for me generally what is the
19 function of a router?
20     A. Its purpose is to receive packets and     10:00:34
21 decide where they should go and then send them out
22 to the best interface in the network.
23     Q. When you say the word "interface," what do
24 you mean by "interface"?
25     A. That is the connection of the router to     10:00:58

Page 40

1 another router via a link of some flavor.
2 Communications channel.
3     Q. Was "router" a commonly used term at the
4 time that you were working on this BGP project for
5 Cisco?     10:01:17
6     A. It was. It's also known as a gateway in
7 some circumstances.
8     Q. Were there any particular routers that your
9 project applied to?
10     A. In particular it applied to the Cisco AGS     10:01:42
11 Plus and the remainder of Cisco's product line at
12 the time.
13     Q. After you worked on this BGP project, what
14 else did you do at Cisco?
15     A. I've worked on many different things. The     10:02:10
16 silicon switch engine, various other routing
17 protocol maintenance tasks, the router called GSR.
18     Q. And just to be clear, Mr. Li, are we
19 talking about the time period where you first
20 started working at Cisco in 1991?     10:02:37
21     A. That was just the '91 through '96 time
22 frame.
23     Q. Now, you mentioned performing various other
24 routing protocol maintenance tasks.
25     What other routing protocols did you work     10:02:54

Page 41

11 (Pages 38 - 41)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 with during this 1991 through 1996 time period at
2 Cisco?
3    A. Everything else in the IP protocol suite
4 within Cisco. This includes RIP, IGRP, EIGRP, EGP,
5 OSPF, IS-IS. I also had my hands in some of the    10:03:14
6 CLNS stack.
7    Q. What is OSPF?
8    A. Open Shortest Path First routing protocol
9 from the IETF.
10    THE REPORTER: Would you mind repeating    10:03:43
11 that. I'm sorry.
12    THE WITNESS: Open Shortest Path First
13 routing protocol from the IETF.
14    THE REPORTER: Thank you.
15    BY MR. WONG: Q. And the RIP and the IGRP    10:03:51
16 you just mentioned, those are the same RIP and IGRP
17 you were discussing earlier today; correct?
18    A. Yes.
19    Q. You mentioned IS-IS.
20    What is IS-IS?    10:04:00
21    A. This is another routing protocol that comes
22 from the ISO protocol stack and the OSI standards
23 body. It supports routing for both CLNP and IP.
24    Q. What is CLNP?
25    A. Connectionless Network Protocol.    10:04:25

Page 42

1    Q. And is that protocol also an industry
2 standard?
3    A. It is.
4    Q. What is the standard-setting body that
5 manages CLNP?    10:04:37
6    A. ISO.
7    Q. What is ISO?
8    A. International Standards Organization.
9 Although that's more formally it's -- the official
10 name is in French, so . . .    10:04:53
11    Q. When you were talking about IS-IS, you
12 mentioned the OSI standards body.
13    Do you remember that?
14    A. That's correct.
15    Q. What is the OSI standards body?    10:05:04
16    A. Open systems -- I don't remember the full
17 expansion. Sorry.
18    Q. Okay. So who was the standard-setting body
19 for IS-IS?
20    A. I believe that was -- falls under ISO which    10:05:20
21 is the child of OSI.
22    Q. And how do you know that, Mr. Li?
23    A. I've read the document.
24    Q. When you say "the document," do you mean
25 the --    10:05:34

Page 43

1    A. The standard -- the standard for IS-IS.
2    MR. PAK: Ryan, when you get a chance, can
3 we take a break? We've been going for about an
4 hour.
5    MR. WONG: Sure. We can take a break now.    10:05:45
6    THE WITNESS: Thank you.
7    THE VIDEOGRAPHER: Going off the record.
8 The time is 10:05.
9    (Recess taken from 10:05 a.m. to
10 10:11 a.m.)    10:11:25
11    THE VIDEOGRAPHER: We're back on the
12 record. The time is 10:11.
13    BY MR. WONG: Q. Mr. Li, you used the
14 acronym BGP to refer to the Border Gateway Protocol;
15 correct?    10:11:46
16    A. Correct.
17    Q. Is BGP a commonly known acronym for Border
18 Gateway Protocol?
19    A. No, not common.
20    Q. Okay. Is it a -- strike that.    10:11:54
21    Why do you use the term "BGP" to refer to
22 the Border Gateway Protocol?
23    A. So that's the acronym that is used within
24 the industry.
25    Q. When you say that's the acronym that's used    10:12:10

Page 44

1 within the industry, you're referring to the BGP
2 acronym; correct?
3    A. Correct.
4    Q. And when you say "the industry," what do
5 you mean by "the industry"?    10:12:21
6    A. Computer network.
7    Q. And how long as BGP been used as an acronym
8 within the computer networking industry, to your
9 knowledge?
10    A. Since BGP was first introduced, which I    10:12:42
11 believe was approximately 1989.
12    Q. Okay. And why do you use the term "RIP" or
13 R-I-P to refer to Router Information Protocol?
14    A. That is the common acronym used for that
15 protocol.    10:13:21
16    Q. In the networking industry?
17    A. In the networking industry.
18    Q. And how long has RIP been a commonly used
19 acronym in the networking industry?
20    A. I don't know.    10:13:30
21    MR. PAK: Objection. Calls for expert
22 testimony.
23    BY MR. WONG: Q. Okay. But to your
24 knowledge, it is a commonly used acronym in the
25 networking industry today?    10:13:39

Page 45

12 (Pages 42 - 45)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 28 of 122
CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1   A. It is. | 1  working for Cisco in 1991? |
| 2   Q. Do you know when you first started using | 2   A. Approximately three. |
| 3  the acronym RIP? | 3   Q. What was your familiarity with the command |
| 4   A. 1991 when I came to Cisco. | 4  line interface on Cisco's routers before you started |
| 5   Q. And did you come up with the acronym RIP?   10:13:48 | 5  working at Cisco in 1991?                    10:16:30 |
| 6   A. No, I did not. | 6   A. So I used Cisco's CLI for those three years |
| 7   Q. Where did you get that acronym from? | 7  between '87 and 1991. |
| 8   A. I heard it from coworkers first. | 8   Q. What level of familiarity -- strike that. |
| 9   Q. And you did not come with the acronym BGP; | 9      Was OSPF a well-known acronym in the |
| 10  correct?                    10:14:07 | 10  networking industry?  Actually, strike that.   10:17:02 |
| 11   A. Correct. | 11      Is OSPF a well-known acronym in the |
| 12   Q. Where did you first hear the acronym BGP? | 12  networking industry? |
| 13   A. From discussions on a Usenet mailing list. | 13   A. Yes, it is very well-known. |
| 14   Q. What is a Usenet mailing list? | 14   Q. And when did you first hear of the acronym |
| 15   A. Usenet was a system for exchanging   10:14:23 | 15  OSPF, Mr. Li?                    10:17:12 |
| 16  messaging in a broadcast fashion, and there were | 16   A. As part of my employment at Cisco. |
| 17  groups within that where people would circulate | 17   Q. Approximately when did you hear -- first |
| 18  messages.  And so there was a discussion of routing | 18  hear of OSPF? |
| 19  protocols, and I heard about it first through that. | 19   A. About 1992. |
| 20   Q. And what time period are you talking about   10:14:45 | 20   Q. Approximately how long has "OSPF" been a   10:17:23 |
| 21  here when you first heard the acronym BGP? | 21  well-known term in the networking industry, to your |
| 22   A. This would be somewhere between about 1985 | 22  knowledge? |
| 23  to 1990. | 23      MR. PAK:  Objection.  Calls for expert |
| 24   Q. So that was before you started working at | 24  testimony. |
| 25  Cisco; correct?                    10:15:01 | 25      THE WITNESS:  I suspect at least 1989.   10:17:32 |
| Page 46 | Page 48 |

| | |
|---|---|
| 1   A. Correct. | 1  BY MR. WONG:  Q. Why do you say that, |
| 2   Q. Is "IGRP" also a commonly used term in the | 2  Mr. Li? |
| 3  networking industry? | 3   A. So there's work started on OSPF early on |
| 4   A. It is. | 4  prior to my joining Cisco and prior to my learning |
| 5   Q. And how long, to your knowledge, has "IGRP"   10:15:17 | 5  about it, and I believe that was about '89.        10:17:44 |
| 6  been a commonly used term in the networking | 6   Q. When you say there was work started on |
| 7  industry? | 7  OSPF, what are you referring to by that? |
| 8      MR. PAK:  Objection.  Calls for expert | 8   A. This is work in the IETF to specify the |
| 9  testimony. | 9  protocol. |
| 10      THE WITNESS:  I recall seeing it very early   10:15:24 | 10   Q. And how did you know that there was work   10:18:02 |
| 11  on.  I first learned about it in 1987. | 11  started on OSPF by the IETF around 1989? |
| 12      BY MR. WONG:  Q. And you did not come up | 12   A. So there was a discussion list about it, |
| 13  with the acronym IGRP; right? | 13  and I looked at some the history of OSPF and looked |
| 14   A. No, I did not. | 14  at the RFC that subsequently came out.  I knew that |
| 15   Q. Do you recall how you first learned about   10:15:38 | 15  folks had been working on it for quite some time.   10:18:33 |
| 16  the acronym IGRP? | 16   Q. Who was participating in the discussion |
| 17   A. So I was asked to administer a Cisco router | 17  list about OSPF at that 1989 time period? |
| 18  in 1987 and was -- did Cisco training and learned | 18   A. I -- |
| 19  about IGRP through that training. | 19      MR. PAK:  Objection.  Calls for |
| 20   Q. And that was before you joined Cisco in   10:15:58 | 20  speculation.                    10:18:48 |
| 21  1991; right? | 21      THE WITNESS:  So John Moy, Milo Medin, |
| 22   A. That's correct.  I was a customer before an | 22  Vince Fuller, Cathy Wittbrodt.  Don't remember the |
| 23  employee. | 23  rest. |
| 24   Q. How many years of experience did you have | 24      BY MR. WONG:  And how do you know those |
| 25  working with Cisco routers before you started   10:16:15 | 25  individuals you just named were part of the   10:19:12 |
| Page 47 | Page 49 |

13 (Pages 46 - 49)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 discussion of OSPF in 1989?
2     A. I subsequently worked with them as part of
3 IETF and learned of their involvement with OSPF.
4     Q. You worked -- strike that.
5         When did you work with those individuals as   10:19:31
6 part of the IETF?
7     A. I started working with them in 1991.
8     Q. What companies, if you recall, did those
9 individuals work for?
10     A. John Moy represented Proteon. Milo Medin   10:19:50
11 worked for NASA. Cathy Wittbrodt was at
12 Energy Sciences Network at -- as part of
13 Lawrence Livermore Labs.
14     Q. Did any other vendors -- strike that.
15         Did any other companies or organizations   10:20:20
16 besides the ones you just mentioned participate in
17 OSPF standardization?
18     MR. PAK: Objection. Calls for
19 speculation. Calls for expert testimony.
20     THE WITNESS: So I'm certain that several   10:20:32
21 others did. The best way to check would be to look
22 at the IETF attendance records.
23     BY MR. WONG: Q. When you say you're
24 certain that several others did, why are you so
25 certain?                          10:20:43
                                    Page 50

1     A. The IETF typically has dozens of people
2 operating, working together on any given protocol.
3     Q. And how do you -- how do you know that,
4 Mr. Li?
5     A. So that's -- I started participating in the   10:20:57
6 IETF in 1991, and that's their standard way of
7 working.
8     Q. How many years have you been participating
9 in the IETF since 1991?
10     A. I participated quite consistently up and   10:21:15
11 through about -- from 1991 to about 1999, and then
12 it's been sporadic since then.
13     Q. When you say the IETF typically has dozens
14 of people working together on any given protocol,
15 are those people from the same company or different   10:21:42
16 companies?
17     MR. PAK: Objection. Calls for
18 speculation. Vague.
19     THE WITNESS: Typically the group --
20 working groups that are working on a protocol draw   10:21:54
21 people from all sorts of different companies and
22 organizations.
23     BY MR. WONG: Q. Can you think of any
24 protocols from the IETF where different
25 organizations did not participate in creating the   10:22:12
                                    Page 51

1 standard?
2     A. Not offhand.
3     Q. Is IS-IS a well-known acronym in the
4 networking industry?
5     A. Largely, no.              10:22:41
6     Q. How do you know the IS-IS acronym?
7     A. I'm part of a small group who've made use
8 of the protocol.
9     Q. Is IS-IS a well-known acronym amongst those
10 who make use of the IS-IS protocol?      10:23:01
11     A. Yes, it is.
12     Q. Why is it a smaller group that makes use of
13 the IS-IS protocol?
14     A. So IS-IS is part of the ISO protocol stack
15 which ended up not having a significant market   10:23:15
16 share, and thus there's a very small user base.
17 Only a very small portion of the I net -- IP
18 networking industry ended up using IS-IS, and so the
19 number of people that use IS-IS for IP routing is
20 very, very small.              10:23:38
21     Q. How long has IS-IS been a well-known
22 acronym amongst those who make use of the IS-IS
23 protocol, to your knowledge?
24     A. At least 1991.
25     Q. And when did -- when did you first hear of   10:23:50
                                    Page 52

1 the IS-IS acronym?
2     A. 1991 when I joined Cisco.
3     Q. Is "IP" a well-known industry term in the
4 networking industry?
5     A. Very well.              10:24:07
6     Q. In your view, what other acronyms are as
7 well-known as IP in the networking industry?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10     THE WITNESS: TCP, TCP/IP, WWW.      10:24:19
11     BY MR. WONG: Q. How long has IP been a
12 well-known acronym in the networking industry?
13     A. At least since 1983.
14     Q. And when did you first learn of the acronym
15 IP?                          10:24:44
16     A. Approximately 1984 I took a class in
17 computer networking and read the -- first read the
18 RFCs on IP.
19     Q. Is BGP a -- let me start that again.
20         Is "BGP" a well-known term in the      10:25:25
21 networking industry?
22     A. It is.
23     Q. How long has "BGP" been a well-known term
24 in the networking industry?
25     MR. PAK: Objection. Calls for expert   10:25:34
                                    Page 53

14 (Pages 50 - 53)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 testimony.
2        THE WITNESS: Probably since about 1993.
3        BY MR. WONG: Q. And why do you say that
4 "BGP" has been a well-known term in the networking
5 industry since 1993?                          10:25:47
6        A. I'm an expert in BGP.
7        Q. Why do you say that you are an expert in
8 BGP?
9        A. I helped deploy BGP throughout the
10 Internet.                                     10:26:00
11        Q. What did you do to help deploy BGP
12 throughout the Internet?
13        A. So I was responsible for maintaining and
14 enhancing BGP. I was responsible for doing a great
15 deal of bug fixing to BGP. And as part of that, I    10:26:17
16 ended up reimplementing much of Cisco's BGP code and
17 replacing the vast majority of the code that they
18 had.
19        Q. And when did you first hear of the acronym
20 BGP?                                          10:26:43
21        A. Again, I believe it was in the late '80s as
22 part of the Usenet group.
23        Q. Is "DNS" a well-known term in the
24 networking industry?
25        A. It is.                             10:27:07

Page 54

1        Q. How long has "DNS" been a well-known term
2 in the networking industry, Mr. Li?
3        A. At least since late '80s.
4        Q. When did you first learn of the term "DNS"?
5        A. I was a sys admin at USC at the time.    10:27:19
6 Could have been anywhere from '83 on.
7        Q. How do you know that "DNS" has been a
8 well-known term in the networking industry since the
9 late 1980s?
10        A. So I would helped convert USC from using    10:27:40
11 host.text, which was previous system, to using DNS.
12        Q. Is "DHCP" a well-known term in the
13 networking industry?
14        A. It is.
15        Q. How long has "DHCP" been a well-known term    10:28:00
16 in the networking industry?
17        A. I don't know.
18        Q. When did you first hear of the acronym
19 DHCP?
20        A. Probably 1991.                        10:28:08
21        Q. Why do you think you first heard of DHCP in
22 1991?
23        A. I helped maintain DHCP relay functionality
24 in Cisco IOS.
25        Q. What did that -- strike that.        10:28:21

Page 55

1        What did that entail, maintaining DHCP
2 relay functionality in Cisco IOS?
3        A. Means that I had to look at the source
4 code, read the DHCP RFC, test the behavior of the
5 Cisco DHCP relay and then repair the functionality    10:28:49
6 in the source code as necessary.
7        Q. At some point, Mr. Li, you left Cisco's
8 employment; correct?
9        A. Several times.
10        Q. When you started at Cisco in 1991, when did    10:29:12
11 you leave?
12        A. I believe it was 1996.
13        Q. What did you do after you left Cisco in
14 1996?
15        A. After a while I joined Juniper Networks.    10:29:28
16        Q. And what was Juniper's business at the
17 time?
18        A. Juniper was a startup in the computer
19 networking space.
20        Q. What was Juniper's main product at the    10:29:41
21 time?
22        A. They had no product initially, and their
23 first product was a router, the M40, and I believe
24 that came out in 1998.
25        Q. Did you work on the M40 Juniper router?    10:29:59

Page 56

1        A. I did.
2        Q. Now, you said Juniper had no product
3 initially.
4        Did they have no product when you joined
5 them in 1996?                                 10:30:16
6        A. That's correct. We were a startup. We
7 had -- I was Employee No. 5. We had an office, and
8 that was it.
9        Q. Who were Juniper's competitors?
10        A. At the time it was Cisco. I believe Pluris    10:30:30
11 came along shortly thereafter, but I don't know
12 exactly when. There was another company called
13 NetStar. Wellfleet. Proteon had not quite gone
14 under.
15        That's all I can remember.             10:31:03
16        Q. Now, you said you were Employee No. 5;
17 correct?
18        A. Correct.
19        Q. Where did the other first employees at
20 Juniper come from?                           10:31:15
21        A. So the founder Pradeep Sindhu was coming
22 out of Xerox PARC and Sun. Bjorn Liencres I believe
23 was Sun. Dennis Ferguson, I knew him through IETF,
24 and he was at -- running CAnet, although I don't
25 know who he was affiliated with.             10:31:36

Page 57

15 (Pages 54 - 57)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1   Q. What was your involvement in -- strike
2 that.
3       What is Exhibit 139?
4   A. It appears to be a copy of RFC 1887.
5   Q. What was your involvement in RFC 1887,      11:46:30
6 Mr. Li?
7   A. So Yakov and I coauthored or coedited this
8 document in an attempt to document a routing
9 protocol architecture -- a routing architecture for
10 IPv6.                                             11:46:45
11  Q. What is IPv6?
12  A. That is the next version of the Internet
13 Protocol. What a widely deployed right now today is
14 known as IPv4. It has the problem that it does not
15 have enough address space and can only support about  11:46:59
16 4 billion hosts.
17      IPv6 is a -- the next version that has been
18 approved by the IETF and we're currently
19 transitioning to IPv6, slowly.
20  Q. We're currently transitioning today, you      11:47:17
21 mean?
22  A. Yes. Twenty years and counting.
23  Q. And I'm sorry. What was the date on the
24 document marked as Exhibit 138, Mr. Li?
25  A. That appears to be March 1995.      11:47:33

Page 106

1   Q. Was this document -- strike that.
2       When was the first version of the document
3 marked as 138 completed, to your knowledge?
4   A. I would have to check my notes to be
5 precise but somewhere approximately 1994.      11:48:04
6   Q. Turning back to Exhibit 139, Mr. Li, what
7 is the date on this document?
8   A. December 1995.
9   Q. Is that the publication date for this RFC?
10  A. Yes, it is.      11:48:19
11  Q. And was the document that is shown
12 Exhibit 139, was that completed before the
13 publication date shown on Exhibit 139?
14  A. Yes, it was.
15  Q. Do you know approximately when?      11:48:34
16  A. Somewhere between '93 and '94.
17  Q. Did you come up with the term "IPv6,"
18 Mr. Li?
19  A. No, I did not.
20  Q. Do you know who?      11:48:42
21  A. No. Can't be specific.
22  Q. Is IPv6 a well-known acronym in the
23 networking industry?
24  A. Yes, it is. It is a well-known acronym for
25 Internet Protocol version 6, and this -- this      11:48:53

Page 107

1 acronym was designated by the IETF.
2   Q. What do you mean, "this acronym was
3 designated by the IETF"?
4   A. So the IETF, in selecting this protocol to
5 migrate to, decided that we should all refer to      11:49:10
6 version 6 of the protocol as IPv6.
7   Q. And how do you know that the IETF decided
8 that we all should refer to version 6 of the IP
9 protocol as IPv6?
10  A. I was there as part of the discussion.      11:49:27
11  Q. What vendors were part of that discussion?
12  A. I'm sorry. I don't recall.
13  Q. Were there more than one vendor part of
14 that discussion?
15  A. Yes, many.      11:49:40
16  Q. Do you recall if Cisco was part of that
17 discussion?
18  A. I believe so.
19  Q. Do you recall if Juniper was part of that
20 discussion?      11:49:48
21  A. I believe so.
22  Q. Were there any other acronyms relating to
23 routing protocols that the IETF decided should be
24 used to refer to those protocols?
25  A. Yes, many.      11:50:05

Page 108

1   Q. What protocols did the IETF decide that
2 everyone in the network industry should use in
3 addition to IPv6?
4       MR. PAK: Objection. Calls for expert
5 testimony.      11:50:18
6       THE WITNESS: So OSPF, BGP, RSVP, LDP,
7 HTTP.
8       BY MR. WONG: Q. Was "IS-IS" a -- a
9 term -- strike that.
10      Did the IETF have any role in the decision      11:50:50
11 for IS-IS to be used by the networking industry?
12  A. Somewhat. Again, IS-IS was originally
13 standardized outside of the IETF. The IETF had the
14 responsibility of managing the usage of IS-IS for
15 Internet Protocol routing.      11:51:14
16  Q. And to your knowledge, Mr. Li, based on
17 your experience working in the industry, did various
18 vendors use those acronyms that you just listed out
19 for me?
20  A. Yes, frequently.      11:51:38
21  Q. To what extent was there any belief that
22 these acronyms for routing protocols were
23 proprietary to any single vendor?
24      MR. PAK: Objection. Calls for
25 speculation.      11:51:58

Page 109

28 (Pages 106 - 109)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    THE WITNESS: So the acronyms were never
2  proprietary.
3      BY MR. WONG: Q.  And on what facts do you
4  base that opinion, Mr. Li?
5      A.  So the acronyms were never published with a    11:52:06
6  trademark or copyright notice attached to them.
7      Q.  Did you ever believe personally that the
8  use of OSPF, BGP, IP or any of the other acronyms
9  that we've been discussing today were proprietary to
10  any vendor?                    11:52:32
11      A.  No.
12      Q.  In your experience at multiple companies in
13  the networking industry, did anybody else that you
14  worked with express the belief to you that any of
15  these acronyms were proprietary to any vendor?    11:52:48
16      A.  No.
17      Q.  So in the 25 years that you have been
18  working in the networking industry, you have not
19  heard anybody express the belief that any of these
20  acronyms were proprietary to a single vendor?    11:53:08
21      A.  That's correct.
22      Q.  Turning back to Exhibit 139, Mr. Li, first
23  page further down, second paragraph from the bottom,
24  the word "domain" is used.
25      Do you see that?                11:53:23

Page 110

1    by the court reporter and is attached hereto.)
2      BY MR. WONG: Q.  The court reporter has
3  marked as Exhibit 140 a document bearing Control
4  Nos. ARISTANDCA00025927 to -25933.
5      Mr. Li, have you seen this document before?    11:55:28
6      A.  I believe so.
7      Q.  What is the document marked as Exhibit 140?
8      A.  It appears to be a copy of RFC 1966, BGP
9  Route Reflection.
10      Q.  Did you -- what was your involvement, if    11:55:45
11  any, in the creation of the document marked as
12  Exhibit 140?
13      A.  So I helped discuss many of the concepts in
14  this document.  As part of the development and
15  deployment of BGP, we found that we had numerous    11:56:02
16  scalability issues that we needed to overcome.
17  There were several approaches proposed.  I helped
18  work on the Route Reflection proposal.
19      Some of the original work was proposed by
20  Dimitry Haskin of Bay Networks.  And as part of the    11:56:20
21  IDR working group, we jointly discussed and came up
22  with this proposal.
23      Mr. Bates and Mr. Chandra eventually wrote
24  up the actual document as you see it here.
25      Q.  What is BGP Route Reflection?        11:56:34

Page 112

1      A.  Yes.
2      Q.  Did you come up with the word "domain"?
3      A.  No, I did not.
4      Q.  Do you know who did?
5      A.  I believe that was Dr. Rechter.        11:53:31
6      Q.  Do you know when Dr. Rechter came up with
7  the name "domain"?
8      A.  I believe that he came up with that term
9  during the work for IDRP, and that flowed -- and it
10  is semantically equivalent to Autonomous System, and    11:53:49
11  it flowed from his work in IDRP into both this
12  document and the BGP specification.
13      Q.  And how do you -- how do you know that,
14  Mr. Li?
15      A.  Direct work with both of those        11:53:58
16  specifications.
17      Q.  Okay.  By the time of this RFC,
18  December 1995, was "domain" a well-known industry
19  term?
20      MR. PAK: Objection.  Vague.        11:54:10
21      THE WITNESS: No, it was not well-known and
22  still is not very well-known.
23      MR. WONG: Let's mark this one as 140,
24  please.
25      (Exhibit 140 was marked for identification    11:54:45

Page 111

1      A.  BGP Route Reflection is a mechanism for
2  taking routing information and reflecting it from
3  one router to another through a third router.  This
4  allows for better scalability because it fixes the
5  problem where BGP previously had where all BGP    11:57:03
6  routers within a particular AS had to be directly
7  interconnected.  That led to some significant
8  computational and configuration management
9  challenges.
10      Q.  Who came up with the phrase "Route        11:57:17
11  Reflection"?
12      A.  I believe, but I'm not certain, that that
13  would be Mr. Haskin.
14      Q.  And Mr. Haskin, to your recollection,
15  worked for Bay Networks?            11:57:33
16      A.  It may have been Wellfleet at the time.
17      Q.  And just by implication from your answer,
18  was Wellfleet acquired by Bay Networks?
19      A.  Bay and -- I'm sorry.
20      Yes.  Bay -- Bay was the merger of Synoptix    11:57:52
21  and Wellfleet, and I believe he was on the Wellfleet
22  side.
23      Q.  And why do you think that Mr. Haskin came
24  up with the phrase "Route Reflection"?
25      A.  So I believe he was the first one at IDR    11:58:11

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  standards organization like IETF?
2      A.  I have never seen anyone do that.  I have
3  never seen Cisco have any UI patents; so I don't
4  understand.
5      Q.  Mr. Li, is there any other views or      04:15:36
6  opinions that you have with respect to this case
7  that you have not shared with us on the record that
8  you would like to share with us now?
9          MR. WONG:  Objection.  Vague.
10         THE WITNESS:  I don't understand your      04:15:55
11  question.
12         BY MR. PAK:  Q.  We talked about a lot of
13  different topics.  I'm giving you the opportunity to
14  provide any further testimony that you would like on
15  any of these topics if you'd like it.      04:16:05
16     A.  So I don't understand what intellectual
17  property people think there is in some CLI syntax.
18  The intellectual property is -- that's of
19  significance gets covered in patents.  If we thought
20  it was worth protecting, we would copyright it.  We   04:16:22
21  would patent it.
22         MR. WONG:  Object to the form of the
23  question.
24         BY MR. PAK:  Q.  Do you believe that
25  copyright is a form of intellectual property?      04:16:34

Page 254

1          MR. WONG:  Objection.  Calls for opinion
2  testimony.
3          THE WITNESS:  It calls for legal testimony.
4  I don't understand.
5          BY MR. PAK:  Q.  What is your understanding   04:16:44
6  of copyright law?
7          MR. WONG:  Same objection.
8          THE WITNESS:  Vague as best.
9          BY MR. PAK:  Q.  I take it, sir, that you
10  haven't analyzed any copyright laws relating to      04:16:56
11  interface, APIs, user interfaces?
12     A.  I know that I'm supposed to put a copyright
13  notice in the top of every source code file.  That's
14  about all I know.
15     Q.  Okay.      04:17:08
16     A.  I can't even tell you for certain what I'm
17  supposed to put in the top of the file because
18  nobody can tell me exactly how I should deal with
19  multiple years.
20         MR. PAK:  Thank you.  Sir, I think those      04:17:18
21  are the questions I have for you today.
22         MR. WONG:  I have no further questions.
23  ////
24
25

Page 255

1          THE VIDEOGRAPHER:  Okay.  This marks the
2  end of DVD No. 4 in the deposition of Anthony Li.
3          Going off the record.  The time is 4:17.      04:17:29
4          (TIME NOTED:  4:17 p.m.)
5          --o0o--
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 256

1      I, ANTHONY J. LI, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as appear
4  noted, in ink, initialed by me, or attached hereto; that
5  my testimony as contained herein, as corrected, is true
6  and correct.
7      Executed this _____ day of _____,
8  2016, at _____, _____.
9          (city)          (state)
10
11
12
13
14      _____
15      ANTHONY J. LI
16      Volume I
17
18
19
20
21
22
23
24
25

Page 257

65 (Pages 254 - 257)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1      I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21      Dated: February 3, 2016
22
23
24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR
```

Page 258

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
          Plaintiff,
vs.                    No. 5:14-cv-05344-BLF(PSG)
ARISTA NETWORKS, INC.,
          Defendant.
_____/

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TONG LIU
FRIDAY, JANUARY 15, 2016
PALO ALTO, CALIFORNIA

Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 2211574
Pages 1 - 215

---

Page 2

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3         SAN JOSE DIVISION
4
5  CISCO SYSTEMS, INC.,
6         Plaintiff,
7  vs.            No. 5:14-cv-05344-BLF(PSG)
8  ARISTA NETWORKS, INC.,
9         Defendant.
10  _____/
11
12
13
14    Videotaped Deposition of Tong Liu, taken on
15  Friday, January 15, 2016, pursuant to notice, on
16  behalf of the Defendants, at 610 Page Mill Road,
17  Palo Alto, California before me, ANDREA M. IGNACIO,
18  CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830
19
20
21
22
23
24
25

---

Page 3

1   A P P E A R A N C E S :
2
3
4      ON BEHALF OF THE PLAINTIFF CISCO SYSTEMS, INC., and
5      the WITNESS:
6         QUINN EMANUEL URQUHART & SULLIVAN, LLP
7         By:  SEAN S. PAK, Esq.
8         50 California Street, 22nd Floor
9         San Francisco, California 94111
10        Phone:  415.875.6600
11        seanpak@quinnemanuel.com:
12
13
14      ON BEHALF OF THE DEFENDANT ARISTA NETWORKS, INC.:
15         KEKER & VAN NEST LLP
16         By:  RYAN WONG, Esq.
17         633 Battery Street
18         San Francisco, California 94111-1809
19         Phone:  415.773.6682
20         rwong@kvn.com
21
22      ALSO PRESENT:  Kevin Foor, Videographer
23
24              ---oOo---
25

---

Page 4

1              I N D E X
2
3    WITNESS:  Tong Liu
4
5    EXAMINATION                      PAGE
6    By Mr. Wong               7, 207
7    By Mr. Pak                185
8
9            E X H I B I T S
10   EXHIBIT                          PAGE
11   Exhibit 92  Amended Exhibit F; 45 pgs.        67
12   Exhibit 93  IEEE Standard for a Precision     84
13               Clock Synchronization Protocol
14               for Networked Measurement and
15               Control Systems, Bates
16               ARISTANDCA00031733 - '32021;
17               289 pgs.
18   Exhibit 94  IEEE1588 Precision Tine Protocol  100
19               Platform-Independent Software
20               Functional Specification, Bates
21               CSI-CLI-00610555 - '81; 27 pgs.
22   Exhibit 95  6-25-08 E-mail, Subject: Seeking  122
23               permission for adding PTP CLI
24               comments; Bates CSI-CLI-00846643;
25               1 pg.

Page 5

1    E X H I B I T S (Continued.)
2
3    EXHIBIT                        PAGE
4    Exhibit 96  6-25-08 E-mail, Subject: Seeking  124
5           permission for adding PTP CLI
6           commands, Bates CSI-CLI-00608739
7           - '40; 2 pgs.
8    Exhibit 97  6-26-08 E-mail, Subject: Seeking  128
9           permission for adding PTP CLI
10          commands, Bates CSI-CLI-00846656
11          - '57; 2 pgs.
12   Exhibit 98  Cisco Nexus 7000 Series NX-OS  157
13          System Management Command
14          Reference, Bates CSI-CLI-00194055
15          - '9480; 626 pgs.
16
17                  ---oOo---
18
19          PREVIOUSLY MARKED EXHIBITS
20
21   Exhibit 53  CLI Design and Review Guide, Bates
22          CSI-ANI-00073381 - '.000014; 15 pgs.
23
24
25

Page 6

1           PALO ALTO, CALIFORNIA
2           FRIDAY, JANUARY 15, 2016
3                 9:32 A.M.
4
5
6
7        THE VIDEOGRAPHER: Good morning.  We are on
8    the record at 9:32 on January 15th of the year 2016.
9    This is the video deposition of Tong Liu.
10       My name is Kevin Foor.  I'm here with court
11   reporter Andrea Ignacio.  And we are here from
12   Veritext Legal Solutions at the request of Keker &
13   Van Nest.
14       This deposition is being held at Wilson
15   Sonsini Goodrich & Rosati in Palo Alto.
16       The caption of the case is Cisco Systems,
17   Inc., v. Arista Networks.  That is case 514-CV-05344
18   ELF BSG.
19       Please note that audio and video recording
20   will take place unless all parties agree to go off the
21   record.  Microphones are sensitive and may pick up
22   whispers, private conversations, and cell
23   interference.
24       I'm not related to any party in this action,
25   nor am I interested financially in the outcome in any

Page 7

1    way.
2        If there are any objections to proceeding,
3    please state them at the time of your appearance.
4        And if you would please state your
5    appearances.
6        MR. WONG:  Ryan Wong from Keker & Van Nest
7    for defendant Arista Networks.
8        MR. PAK:  Sean Pak of Quinn Emanuel,
9    representing Cisco and the witness.
10       THE VIDEOGRAPHER:  Thank you.
11       If the court reporter would please swear the
12   witness, we can begin.
13
14               TONG LIU,
15        having been sworn as a witness
16        by the Certified Shorthand Reporter,
17             testified as follows:
18
19             EXAMINATION
20   BY MR. WONG:
21   Q   Good morning, Ms. Liu.
22   A   Good morning.
23   Q   Please state your full name for the record.
24   A   Tong Liu.
25   Q   Do you go by any other names, Ms. Liu?

Page 8

1    A   At work, I go with Toni.
2    Q   Could you spell Toni for me, please.
3    A   T-O-N-I.
4    Q   Okay.  Have you gone by Toni Liu for -- for
5    what period of time have you gone by Toni Liu?
6    A   That name is only used at work.  It's not an
7    officially alternative name.

20   Q   Thank you.
21       Who is your current employer, Ms. Liu?
22   A   Aruba Networks.
23   Q   Do you have a work address for Aruba
24   Networks?
25   A   1322 Crossman Avenue, Sunnyvale.

Page 93

1        MR. WONG:  You testified earlier that PTP was
2    one of the protocols identified to be interoperative.
3        Q   Were there -- were you aware of any other
4    protocols that were identified to be interoperative?
5        A   I'm not aware of that.
6        Q   Okay.  But you were aware that PTP was
7    identified?
8        A   Right.
9        Q   And do you know which other vendors supported
10   PTP, based upon your team's investigation, before
11   adding PTP to the industrial Ethernet products?
12       A   Siemens is one vendor.
13       Q   Okay.  So Siemens supported PTP in its
14   devices before PTP functionality was added to the
15   Cisco industrial Ethernet devices; correct?
16       MR. PAK:  Objection; calls for speculation.
17       THE WITNESS:  I don't know the -- I don't
18   recall the exact details, but I do remember Siemens
19   was mentioned in our previous conversations.  I mean,
20   the -- was in the team.
21       MR. WONG:  Oh.
22       Q   Siemens was --
23       A   I --
24       Q   Sorry.  Go ahead.
25       A   Yes, as one important vendor for industrial

Page 94

1    devices.
2        Q   And I think you answered this earlier, but
3    your team did not look at the specifics of how Siemens
4    implemented PTP when you started adding PTP commands
5    to Cisco's industrial Ethernet devices; correct?
6        A   We didn't look at any other vendor's device
7    at the time.
8        Q   Okay.  Have you seen the IEEE PTP standard
9    before?
10       A   "Before" meaning before today or before --
11       Q   Yes, before today.
12       A   Before today, yes.
13       Q   When was the first time that you saw the IEEE
14   PTP standard?
15       A   That's when I was working on this industrial
16   Ethernet switch development around 2008, I think.
17       Q   Was it your choice to add -- I'm sorry.
18   Strike that.
19       Was it your suggestion to add PTP
20   functionality to the Cisco industrial Ethernet device?
21       A   It was some decision made, and I was the one
22   implementing it.
23       Q   I see.
24       So somebody else at Cisco made the decision
25   to add PTP functionality to the Cisco industrial

Page 95

1    Ethernet device, and you worked on implementing that?
2        A   Right.
3        Q   Okay.  And you don't know the reasons behind
4    the decision to add PTP functionality -- well,
5    actually, strike that.
6        So did you see the IEEE PTP standard before
7    you began adding PTP functionality to the Cisco
8    industrial Ethernet device?
9        A   When you say "before," it's before I started
10   writing code?
11       Q   Yes.
12       A   I -- yes, I read the spec --
13       Q   Okay.
14       A   -- for understanding -- to understand how it
15   works.
16       Q   I see.
17       So you read the -- and by "the spec," you
18   mean the IEEE PTP spec?
19       A   Yes.
20       Q   During the break, the court reporter marked
21   as Exhibit No. 93 the document right there to your
22   right.
23       MR. WONG:  And counsel, here's a copy for you
24   as well.
25       MR. PAK:  Thanks.

Page 96

1        MR. WONG:  The document bears control numbers
2    AristaNDCA00031733 to '32021.
3        Q   Ms. Liu, you can take your time to look at
4    the document, but the question that I have for you is:
5    Do you recognize this document marked as Exhibit 93?
6        A   Yes, I -- I think this is the one we used, as
7    well as the standard.
8        Q   Okay.  Can you read the title of the IEEE
9    specification marked as Exhibit 93.
10       A   "IEEE standard for the precision clock
11   synchronization protocol for network measurement and
12   control systems."
13       Q   Okay.  And the -- the -- I guess the number
14   for the standard on the bottom right is IEEE
15   standard 1588-2008.
16       Do you see that?
17       A   Yes, uh-huh.
18       Q   And this is the PTP IEEE standard that we
19   have been talking about in this deposition; correct?
20       A   Yes.
21       Q   Okay.  So -- so the exhibit marked as 93 is
22   the standard that you reviewed before you began coding
23   the PTP functionality for the Cisco industrial
24   Ethernet device; correct?
25       A   Yes.

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 38 of 122

Page 97

1    Q   Okay. And did you read the entire standard
2  before you began working on the PTP functionality?
3    A   Yeah, I believe I read the -- the entire --
4  or the majority part of it.
5    Q   That's -- that's impressive.
6      How -- the standard is -- is several hundred
7  pages long.
8      But you read the whole thing -- you remember
9  reading the whole thing?
10   A   Yes.
11   Q   Did you consult with the standard marked as
12 Exhibit 93 while you were coding the PTP functionality
13 for Cisco's industrial Ethernet devices?
14   A   Yes.  All of the messages format, the field
15 definitions behaviors, are documented here.
16   Q   Okay.  So -- so every PTP functionality --
17 every aspect of PTP functionality that you implemented
18 in Cisco's industrial Ethernet devices are based on
19 the IEEE standard marked as Exhibit 93?
20       MR. PAK:  Objection; mischaracterizes the
21 witness' testimony.
22       MR. WONG:  Q.  Correct?
23       MR. PAK:  Assumes facts not in evidence.
24       THE WITNESS:  There are multiple parts of it
25 for the implementation part.  There is the protocol

Page 98

1  part, which are the messages, the state machine, the
2  field definitions.  Those we base off the -- the spec.
3  There are the way we calculate the clock difference.
4  Those are not documented here.  Those are what we
5  developed.  And there's also the CLI command which we
6  came up with separately.
7        MR. WONG:  Q.  When you say "messages," what
8  do you mean by messages?
9    A   So, the PTP protocol has -- if I recall, has
10 multiple set -- is a handshaking message.  So the
11 format of the message, which one follows what, which
12 field is contained in which message, those are defined
13 in the spec.
14   Q   Okay.  And you followed those definitions
15 when you implemented the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17   A   Yes, the format of the messages.
18   Q   You also mentioned field definitions.
19      What do you mean by field definitions?
20   A   Those are inside of the message itself.
21   Q   Okay.  What are fields?
22   A   Like, header, checksum.  There are time
23 stamps inside of the message, and how big -- how wide
24 the field is.  So those -- those are the field
25 definitions which have specific meaning inside of the

Page 99

1  message.
2    Q   And those are specified in the IEEE PTP
3  standard; right?
4    A   Yes.
5    Q   And you followed those standards when
6  implementing the PTP functionality in Cisco's
7  industrial Ethernet products; right?
8        MR. PAK:  Objection; vague.
9        THE WITNESS:  For the messages, yes.
10       MR. WONG:  Q.  And for the field definitions
11 as well?
12   A   The field definition -- if you mean the --
13 how wide the field is, which field needs to follow
14 which one, yes.  But particularly on the name of the
15 field, that may not necessarily be the same as the
16 spec.
17   Q   Okay.  Did you have any role in developing
18 the PTP standard marked as Exhibit 93?
19   A   You mean contributing to the standard itself?
20   Q   Yes.
21   A   No.
22   Q   Did you contribute to the standard that
23 preceded the standard marked as Exhibit 93?
24      And I believe you called that PTP version 1.
25   A   No.

Page 100

1    Q   Did you have any role in drafting the
2  document that is marked as Exhibit 93?
3    A   No.
4    Q   Do you know -- I think I know the answer --
5  but do you know if Mr. Bilstead had any role in
6  developing the standard marked as Exhibit 93?
7    A   I don't know anything about that part.
8    Q   Okay.  And you don't know anything about
9  whether Mr. Watve had contributed to the standard
10 marked as Exhibit 93?
11   A   I don't know that part, either.
12   Q   Okay.  Excuse me.
13       MR. WONG:  Can we mark this one as 94.
14       (Document marked Exhibit 94
15        for identification.)
16       MR. WONG:  Okay.  The court reporter has
17 marked Exhibit 94, the document with control
18 Nos. CSI-CLI-00610555 to '610581.
19   Q   Ms. Liu, take your time in looking at this
20 document, but my first question for you is whether you
21 recognize this document?
22   A   I don't recognize this document.
23   Q   Okay.  Have you seen any version of this
24 document, to your knowledge?
25   A   No, I don't recall seeing this document.

Page 105

1    MR. WONG: Q. -- that PTP meant precision
2  time protocol?
3    MR. PAK: Same objections.
4    THE WITNESS: I don't think it's well known
5  in the entire networking industry.
6    MR. WONG: Okay.
7    Q  Was there a subset of the networking industry
8  where PTP was known to refer to the PTP in Exhibit 93?
9    MR. PAK: Objection; vague; calls for
10 speculation; assumes facts not in evidence.
11   THE WITNESS: It's not as normal a term as IP
12 or MAC. The -- the term is still -- I think even for
13 people who are working on the Catalyst switches, it's
14 not a very well-known term.
15   MR. WONG: Okay.
16   Q  But certainly, the IEEE standard marked as
17 Exhibit 93 defines the PTP acronym; correct?
18   A  Yes.
19   Q  And uses the PTP acronym --
20   A  Yes.
21   Q  -- to describe precision time protocol;
22 correct?
23   A  True.
24   Q  And it uses that PTP acronym to describe the
25 PTP functionality that you implemented in Cisco's

Page 106

1  industrial Ethernet devices; right?
2    MR. PAK: Objection; assumes facts not in
3  evidence; mischaracterizes the witness' prior
4  testimony.
5    THE WITNESS: In this spec, yes.
6    MR. WONG: Q. Well, is PTP used in Cisco's
7  industrial Ethernet device in a different way than
8  what PTP means in Exhibit 93?
9    MR. PAK: Objection; vague.
10   MR. WONG: Let me rephrase the question.
11   Q  In the five commands that you're associated
12 with in Exhibit 92 --
13   A  Right.
14   Q  -- all of them use the acronym PTP; correct?
15   A  Yes.
16   Q  That PTP refers to the same PTP that is shown
17 on page 8 of Exhibit 93; right?
18   MR. PAK: Objection; vague.
19   THE WITNESS: I think when I chose the
20 command, yes, I used PTP to mean the same as precision
21 time protocol --
22   MR. WONG: Right.
23   THE WITNESS: -- as in the spec.
24   MR. WONG: Q. As in the spec and, in fact,
25 as in -- as on page 8 of Exhibit 93, correct, which

Page 107

1  lists the PTP -- which lists PTP as an acronym;
2  correct?
3    MR. PAK: Objection; vague.
4    THE WITNESS: I would say the meanings are
5  the same, that they mean precision time protocol.
6    MR. WONG: Q. Well, the -- the words are the
7  same, too; correct?
8    PTP in the command is the same three letters
9  that appear on page 8 of Exhibit 93; correct?
10   A  It's the same acronym.
11   Q  And they're referring to the same protocol;
12 correct?
13   A  Yes.
14   Q  Now, if you'll turn to page 4 of Exhibit 93.
15   A  (Witness complies.)  Okay.
16   Q  You can take off the -- well --
17   A  This is --
18   Q  -- maybe you want to keep that together,
19 actually.
20   A  Right.
21   Q  On page 4 of Exhibit 93, there is a large
22 heading No. 3 entitled:
23      "Definitions, acronyms, and abbreviations."
24      Do you see that?
25   A  Yes.

Page 108

1    Q  And then subsection 3.1 says "Definitions."
2      Do you see that?
3    A  Yes.
4    Q  Definition 3.1.4 in the IEEE PTP
5  specification defines the term "clock."
6      Do you see that?
7    A  Yes, uh-huh.
8    Q  What is the definition of clock in the IEEE
9  standard?
10   A  It's no participating in the precision time
11 protocol, PTP, that is capable of providing a
12 measurement of the passage of time since a defined
13 epoch.
14   Q  And you have read these definitions before
15 you began developing the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17   A  Yes.
18   Q  So you were familiar with these IEEE defined
19 terms before you began working on the PTP
20 functionality; correct?
21   A  Yes.
22   Q  And you knew they were in the IEEE standard;
23 correct?
24   A  Yes.
25   Q  Okay.  Now, the definition of clock that you

Page 109

1    read, is that your understanding of what a clock is in
2    the context of PTP?
3        MR. PAK: Objection; vague.
4        THE WITNESS: So, in the context of PTP
5    standard or spec, yes, a clock means this.
6        MR. WONG: Q. A clock means what it says on
7    page 4 of --
8        A  Yes.
9        Q  -- Exhibit 93?
10       A  Right.
11       Q  And you -- you -- you did not come up with
12   the term clock in the context of PTP; correct?
13       A  No.
14       Q  All right.
15          Clock is just a defined term in the IEEE
16   standard marked as Exhibit 93; correct?
17       A  Yes.
18       Q  Okay.  If you'll look at page 6 of
19   Exhibit 93.
20       A  (Witness complies.) Right.
21       Q  Term 3.1.23; do you see that?
22          It defines the term "parent clock" correct?
23       A  Yes.
24       Q  What's the definition of parent clock?
25       A  The master clock to which a clock is

Page 110

1    synchronized.
2        Q  And is that your understanding of what a
3    parent clock is in the context of PTP?
4        A  It is.
5        Q  And you get that understanding from the IEEE
6    standard marked as Exhibit 93; correct?
7        A  Yes.
8        Q  All right.
9           You don't disagree with that definition;
10   correct?
11       A  No.
12       Q  And you don't disagree with the definition of
13   clock in the IEEE PTP standard; right?
14       A  No, I don't.
15       Q  Okay.  Now, the term parent also refers to
16   the parent clock in a PTP context; correct?
17       A  The term parent --
18       MR. PAK: Objection; vague.
19       THE WITNESS: -- in this document --
20       MR. WONG: Yes.
21       THE WITNESS: -- whenever -- yeah, a parent
22   clock is used, it means the definition here.
23       MR. WONG: Sure.
24       THE WITNESS: Is that the question?
25       MR. WONG: Sure.

Page 111

1        Q  If you'd turn to page 53 of Exhibit 93.  Let
2    me know when you're there.
3        A  53?
4        Q  The ending control number for that is '31805.
5        A  (Witness complies.)  Yeah, I found it.
6        Q  Okay.  If you look above -- so, near the
7    bottom of the page, you see in bold:
8           "7.6.2 PTP Device Attributes."
9           Do you see that?
10       A  Yes.
11       Q  Okay.  Right above that, there are -- there
12   are two sort of indented bullet points, I guess, or
13   dashes.
14          Do you see that?
15       A  (Witness nods head.)
16       Q  And then, right above that is a sentence that
17   begins with the words "ordinary and boundary clocks."
18          Do you see that?
19       A  Ordinary and boundary clocks.
20       Q  Yep.
21       A  Okay.
22       Q  So that full sentence says:
23          "Ordinary and boundary clocks may keep
24   statistics on the performance of their parents using
25   the following attributes."

Page 112

1           Do you see that?
2        A  I haven't found that sentence.
3           Oh, yeah, found it.
4        Q  Okay.  That sentence in the IEEE standard
5    uses the term parents; do you see that?
6        A  Yes.
7        Q  Is it your understanding that -- that that
8    parents term refers to a parent clock?
9        MR. PAK: If you need to take some time to
10   look at the document more closely, you can do that.
11       THE WITNESS: Yes.
12       MR. PAK: Okay.
13       THE WITNESS: I think it -- it's referring to
14   the parent clock.
15       MR. WONG: Right.
16       Q  There's no ambiguity in the context of the
17   IEEE standard that parent refers to parent clock;
18   right?
19       A  Yes.  Here, it means -- yeah, it does mean
20   parent clock.
21       Q  Okay.  So, in the context of the PTP
22   standard, referring to the parent of a clock is
23   referring to the defined term parent clock that we
24   discussed a few minutes ago; correct?
25       A  Yes.

Page 113

1     Q Okay. Now, if you look on that same page,
2 underneath the heading "PTP Device Attributes," you
3 see the term "Priority 1"?
4     A Yes.
5     Q What is a PTP device attribute?
6     A It's certain characteristics of a PTP clock.
7     Q That are defined by the IEEE standard;
8 correct?
9     A Yes, uh-huh.
10     Q Okay. And these are device attributes that
11 are mandatory to be supported to comply with the PTP
12 standard; correct?
13       MR. PAK: Objection; calls for expert
14 testimony.
15       MR. WONG: Q. If you know.
16     A I didn't see anything as mandatory here.
17     Q Okay. If you read the description of
18 priority 1, it says:
19       "The attribute priority 1 is used in the
20 execution of the best master clock algorithm; see
21 9.3.2. Lower values take precedence. The
22 initialization value of priority 1 is specified in a
23 PTP profile. The value of priority 1 shall be
24 configurable to any value in the range 0 to 255,
25 unless restricted by limits established by an

Page 114

1 applicable PTP protocol" -- I'm sorry -- "PTP
2 profile."
3       Did I read that correctly?
4     A Yes.
5     Q Okay. Now, the -- the definition says the
6 value of priority 1 shall be configurable.
7       Do you see that?
8     A Yes.
9     Q "Shall" is a mandatory term in the IEEE
10 standard; correct?
11       MR. PAK: Same objection; calls for expert
12 testimony.
13       THE WITNESS: Would you please rephrase that
14 question.
15       MR. WONG: Sure.
16     Q "Shall" is a mandatory term -- strike that.
17       "Shall" indicates a mandatory requirement in
18 the IEEE standard; correct?
19       MR. PAK: Objection; calls for expert
20 testimony.
21       MR. WONG: Q. And it may help --
22     A I can say only my understanding, that it's
23 recommending that priority 1 is an attribute, that
24 this is a configurable value.
25     Q If you'd turn to page 9 of the same document,

Page 115

1 Exhibit 93.
2     A (Witness complies.) Okay.
3     Q And you see right in the middle of the page,
4 it says "word usage"; correct?
5     A Uh-huh, I see.
6     Q And it defines "shall" in 4.2.1.
7       Do you see that?
8     A Yes.
9     Q And this is -- and you -- you read the entire
10 standard before you implemented any of the
11 functionality with Cisco's products; right?
12     A Yes.
13     Q The definition of "shall" -- well, why don't
14 you please read the definition of "shall."
15     A "The word 'shall,' which is equivalent to 'is
16 required to,' is used to indicate mandatory
17 requirements strictly to be followed in order to
18 conform to the standard and from which no deviation is
19 permitted."
20     Q Okay. And you understood that when you read
21 the standard; correct?
22     A Yes.
23     Q Okay. If you'd turn back to page 53 that we
24 were just on.
25     A (Witness complies.) Right.

Page 116

1     Q So, it is a -- it is a requirement to comply
2 with the standard for there to be a value of
3 priority 1 that is configurable as described here on
4 page 53; correct?
5     A Yes.
6       MR. PAK: Same -- and again same objection;
7 calls for expert testimony.
8       MR. WONG: Q. If you'd turn -- I'm sorry.
9       And -- and do you have any disagreements with
10 the description of priority 1 here on page 53?
11     A No.
12     Q Okay. If you'd turn to the next page in
13 Exhibit 93.
14     A (Witness complies.)
15     Q At the top, it has another attribute,
16 "priority 2."
17       Do you see that?
18     A Yes.
19     Q And the definition of priority 2 also has a
20 sentence that says:
21       "The value of priority 2 shall be
22 configurable to any value in the range 0 to 255,
23 unless restricted by limits established by an
24 applicable PTP profile."
25       Do you see that?

Page 117

1      A  Uh-huh, yes.
2      Q  So the value of priority 2 -- strike that.
3         So it's a requirement to comply with the PTP
4   standard for the value of priority 2 to be
5   configurable as described here on page 54; correct?
6         MR. PAK:  Same objection; calls for expert
7   testimony.
8         THE WITNESS:  Yes, it's a parameter.
9         MR. WONG:  Right.
10        THE WITNESS:  Right.
11     Q  And that's your understanding, based upon the
12  standard's own definition of what "shall" means within
13  the document; correct?
14     A  Yes.
15     Q  Okay.  And when you implemented the PTP
16  functionality in Cisco's devices, was it your
17  intention to comply with the standard -- with the IEEE
18  standard marked as Exhibit 93?
19        MR. PAK:  Objection; vague.
20        THE WITNESS:  Again, there were certain
21  multiple aspects of it; right?
22        MR. WONG:  Q.  But, with respect to the two
23  device attributes that we just discussed, was it your
24  intention to comply with the IEEE standard?
25        MR. PAK:  Same objection; vague.

Page 118

1         THE WITNESS:  I think we intended to make
2   these two parameters as configurable for PTP clock.
3   So, for that part, yes, the compliance is that we
4   shall make these as configurable values.
5         MR. WONG:  Q.  As required by the IEEE
6   standard marked as --
7      A  Yes.
8      Q  -- Exhibit 93; correct?
9      A  Yes.
10     Q  Is it possible to have vendor
11  interoperability for PTP if you don't comply with the
12  PTP standard?
13        MR. PAK:  Objection; calls for expert
14  testimony; vague.
15        MR. WONG:  Q.  In your view?
16        MR. PAK:  Same objections.
17        THE WITNESS:  In my view, the basic external
18  behaviors needs to be consistent to be interoperable.
19        MR. WONG:  Q.  And are the device attributes
20  that we just discussed, priority 1 and priority 2, are
21  those part of those external behaviors that need to be
22  consistent in order to support interoperability?
23        MR. PAK:  Same objection; vague.
24        THE WITNESS:  I think the priority value
25  being configurable, changeable by users is -- as you

Page 119

1   said, as required -- it's required to be
2   interoperable --
3         MR. WONG:  Okay.
4         THE WITNESS:  -- at the PlugFest.
5         MR. WONG:  Q.  So, to comply with the PTP
6   standard, there have to be configurable device
7   attributes called priority 1 and priority 2 as
8   described on pages 53 and 54 of Exhibit 93?
9         MR. PAK:  Objection; calls for expert
10  testimony.  Objection; vague.
11        THE WITNESS:  My understanding is these two
12  parameters, which needs to be configurable.
13        MR. WONG:  Okay.
14     Q  To comply with the PTP standard?
15     A  Yes.
16     Q  Okay.  If you'd turn to page 62 of that same
17  document, Exhibit 93.  Let me know when you're there.
18     A  (Witness complies.)  Yes, I'm on page 63.
19     Q  62.  I'm sorry.
20     A  62.  (Witness complies.)  Okay.
21     Q  Okay.  About two-thirds down on that page 62,
22  there is a subheading 7.7.2.3.
23        Do you see that?
24     A  Yes.
25     Q  And the text next to that is:

Page 120

1         "Sync (multicast) message transmission
2   interval."
3         Do you see that?
4      A  Yes.
5      Q  Now, the sentence below that says:
6         "The port DS.log sync interval shall specify
7   the mean time interval between successive sync
8   messages, i.e., the sync interval, when transmitted as
9   multicast messages."
10        Do you see that?
11     A  Yes.
12     Q  Did I read that correctly?
13     A  Yes.
14     Q  So the -- and that sentence, by the way, uses
15  the word "shall" again; correct?
16     A  Yes.
17     Q  That indicates that this is a required -- a
18  requirement of the PTP standard; correct?
19        MR. PAK:  Objection; calls for expert
20  testimony.
21        THE WITNESS:  I -- my understanding is this
22  is to be supported to implement a PTP protocol.
23        MR. WONG:  Q.  And that understanding is
24  based upon the definition of "shall" provided on
25  page 9 of the standard; correct?

Page 121

1    A  Yes, uh-huh.
2    Q  That definition of "shall" says that no
3  deviation is permitted; correct?
4       If you need to look at page 9, you can
5  confirm that.
6    A  Right.  No deviation of the behavior, I
7  guess.
8    Q  Okay.
9    A  Right.
10    Q  Is that your understanding?
11    A  Right.
12    Q  So turning -- so you're still on page 62.
13  The IEEE standard uses the term "sync interval" to
14  describe the mean time interval between successive
15  sync messages; correct?
16    A  Sync interval as specified in the text here?
17    Q  Yes.
18    A  Right.  Yes.
19    Q  So, do you agree that the IEEE standard
20  marked as Exhibit 93 on page 62 defines the sync
21  interval as the mean time interval between successive
22  sync messages when transmitted as multicast messages?
23    A  Yes.
24    Q  Okay.  Do you have any disagreements with
25  that definition?

Page 122

1    A  No.
2    Q  Okay.  Is that your understanding of what a
3  sync interval is in the context of PTP?
4    A  Yes.
5    MR. PAK:  Objection; calls for expert
6  testimony.
7    MR. WONG:  I'm going to mark two exhibits
8  right now.  This one will be -- what number are we on?
9    THE REPORTER:  95.
10    MR. WONG:  Okay.  This one will be 95.
11    (Document marked Exhibit 95
12    for identification.)
13    MR. WONG:  95.  I'll do them one at a time.
14  Okay.
15    Q  So the court reporter has marked as
16  Exhibit 95 the document with control
17  Nos. CSICLI00846643, and that's it.
18    A  Uh-huh.
19    Q  Ms. Liu, do you recognize this document?
20    A  Yes.
21    Q  Is this one of the documents that refreshed
22  your recollection as to prior events?
23    A  Yes.
24    Q  Okay.  At the top -- first of all, this is an
25  e-mail; correct?

Page 123

1    A  Yes.
2    Q  And at the top of Exhibit 95, there is a
3  "From" field on the e-mail.
4       Do you see that?
5    A  Yes.
6    Q  And it says "Toni Liu."
7       Do you see that?
8    A  Yes.
9    Q  That's you; correct?
10    A  Yes.
11    Q  Your e-mail address while at Cisco was
12  liut@cisco.com; correct?
13    A  Yes.
14    Q  Now, was your e-mail address the same as it
15  was -- in your second period at Cisco as it was at
16  your first period at Cisco?
17    A  It's the same.
18    Q  It's the same?
19    A  Yes.
20    Q  Okay.  And this was -- this e-mail, marked as
21  Exhibit 95, was sent on June 25th, 2008; correct?
22    A  Yes.
23    Q  Okay.  All right.  Set that down for a
24  moment.
25    MR. WONG:  Let's mark this one as Exhibit 96.

Page 124

1    (Document marked Exhibit 96
2    for identification.)
3    MR. WONG:  This is 96.
4    Q  The court reporter has marked as Exhibit 96 a
5  document bearing control Nos. CSICLI00608739 to '740.
6  Please take a moment to look at this document.
7    A  (Witness complies.)  Okay.
8    Q  This is also an e-mail; correct?
9    A  Yes.
10    Q  At the very top, there's a "From" field for
11  this e-mail.
12       Do you see that?
13    A  Yes.
14    Q  It also says it's from liut@cisco.com, Toni
15  Liu?
16    A  Yes.
17    Q  That's you; correct?
18    A  True.
19    Q  Do you have any doubt that you sent this
20  e-mail marked as Exhibit 96?
21    A  I don't have any doubt I sent it.
22    Q  Okay.  And the exhibit marked as Exhibit 95,
23  do you have any doubt that you sent that e-mail?
24    A  No.
25    Q  Okay.  Now, if you look at Exhibit 95 and

Page 137

1    A F T E R N O O N   S E S S I O N
2         1:41 P.M.
3
4
5
6         THE VIDEOGRAPHER:  We are back on the record.
7    It is 1:41.
8         MR. WONG:  Q.  So, Ms. Liu, before the lunch
9    break, we talked about the five commands that are
10   associated with you in Exhibit 92.
11        A  Yes.
12        Q  One of the commands is "PTP priority 1."
13        A  Yes.
14        Q  Do you see that?
15        A  Uh-huh.
16        Q  What is the function that the "PTP
17   priority 1" command performs?
18        A  It configures the priority 1 parameter for
19   the PTP clock.
20        Q  Okay.  And when you say "for the PTP clock,"
21   you mean PTP as defined by the IEEE standard; right?
22        A  Yes.
23        Q  You're not talking about a different PTP
24   that's separate from the IEEE standard; right?
25        A  No.

Page 138

1         Q  Okay.  And the PTP in the command "PTP
2    priority 1" refers to the IEEE standard; correct?
3         MR. PAK:  Objection; vague.
4         THE WITNESS:  It refers to, yeah, PTP.
5         MR. WONG:  Q.  It refers to the IEEE PTP
6    standard that we marked as Exhibit 93; correct?
7         A  Yes.
8         Q  Okay.  And the use of the word PTP in all
9    five of the commands that are associated with you in
10   Exhibit 92, they all come from the IEEE standard
11   marked as Exhibit 93; correct?
12        MR. PAK:  Objection; vague; mischaracterizes
13   the witness' testimony.
14        THE WITNESS:  You mean the PTP --
15        MR. WONG:  Q.  Let me ask the question --
16        A  -- word in the command?
17        Q  Yes.
18        Let me ask a clean question.
19        The use of the word PTP in all five of the
20   commands that are associated with you in Exhibit 92 --
21        A  Right.
22        Q  -- that word came from the PTP IEEE standard
23   that was marked as Exhibit 93; correct?
24        MR. PAK:  Same objections.
25        THE WITNESS:  Yes, it means the same.

Page 139

1         MR. WONG:  Okay.
2         Q  And you -- in describing the function
3    performed by the "PTP priority 1" command, you
4    testified that it configures the priority 1 parameter
5    for the PTP clock; correct?
6         A  Yes.
7         Q  And the priority 1 parameter for the PTP
8    clock, that's the same priority 1 parameter that we
9    discussed in Exhibit 93; correct?
10        A  When you say "parameter," I think they are a
11   little different in the CLI and the spec.
12        Q  How are they different?
13        A  The -- in the spec, it's the attribute of the
14   clock; right?  When I say parameter, I mean the -- in
15   the context of the CLI command is a parameter.
16        Q  Oh, I see.
17        So -- so the word priority 1 in the "PTP
18   priority 1" CLI command is a parameter of the command?
19        A  Yes.
20        Q  That's what you mean by --
21        A  Right.
22        Q  -- parameter?
23        A  Right.
24        Q  Okay.  Now, does the priority 1 parameter in
25   the CLI command "PTP priority 1," does that refer to

Page 140

1    the priority 1 attribute in the IEEE standard marked
2    as Exhibit 93?
3         MR. PAK:  Objection; vague.
4         THE WITNESS:  Yes.  I think I chose it for
5    the intention to mean the priority 1 attribute of the
6    clock.
7         MR. WONG:  Q.  And is your answer the same
8    for the command "PTP priority 2"?
9         Is the priority 2 parameter -- does
10   that refer to the priority 2 attribute in the IEEE
11   standard marked as Exhibit 93?
12        MR. PAK:  Same objection.
13        THE WITNESS:  It's referring to the same --
14   that attribute, yes.
15        MR. WONG:  Q.  That attribute in the IEEE
16   standard?
17        A  In the IEEE standard, yes.
18        Q  Okay.  And you knew about the priority 1 and
19   priority 2 attributes in the IEEE standard before you
20   started adding the "PTP priority 1" and "PTP
21   priority 2" commands to the iOS software; correct?
22        A  Yes, I read the spec.
23        Q  And you were aware of those two particular
24   attributes before you started adding the "PTP
25   priority 1" and "PTP priority 2" commands to Cisco's

Page 141

```
 1    routing software; right?
 2        A  Yes.
 3        Q  How long did it take you to come up with the
 4    "PTP priority 1" command?
 5        A  I don't remember how long it took for me to
 6    come up with the list of CLI commands.
 7        Q  Okay.  I'm just asking about the -- the one
 8    command, "PTP priority 1."
 9        A  Right.
10        Q  Did -- did that take you an hour to come up
11    with that command?
12        MR. PAK:  Objection; vague.
13        THE WITNESS:  You mean just to decide on the
14    syntax of the command?
15        MR. WONG:  On the two words in the command.
16    That's right.
17        Q  How long did it take you to decide on the
18    two words, "PTP priority 1," in that command?
19        A  I don't remember.
20        Q  Did it take you more than a day?
21        MR. PAK:  Objection; vague.
22        THE WITNESS:  Maybe not.  I don't recall the
23    details of -- of this level.
24        MR. WONG:  Okay.
25        Q  Do you --
```

Page 142

```
 1        A  How long, yeah.
 2        Q  Are you done with your answer?
 3        A  Right.
 4        Yes, I'm done with my answer.
 5        Q  Okay.  Do you know if it took you just a few
 6    minutes?
 7        MR. PAK:  Same objections.
 8        THE WITNESS:  I don't recall the details of
 9    how long it took.
10        MR. WONG:  Okay.
11        Q  So, you don't know whether it took you a few
12    minutes or more than a day to decide upon the
13    two words "PTP priority 1"; is that correct?
14        A  I don't recall the details on that.
15        Q  Okay.  And are -- are there any documents
16    that would refresh your memory of how long it took you
17    to come up with the "PTP priority 1" command?
18        A  I don't see anything in the conversation
19    here.  So the e-mail here was after I came up with the
20    command.
21        Q  Okay.  Were there any other e-mails that you
22    reviewed in preparation for this deposition that
23    refreshed your recollection about the five commands
24    that are associated with you?
25        A  It's the same e-mail that you give me
```

Page 143

```
 1    today --
 2        Q  Okay.
 3        A  -- that I saw.
 4        Q  So the --
 5        A  Yeah.
 6        Q  So the same e-mails that were marked as
 7    exhibits in today's deposition are the ones that
 8    refreshed your memory?
 9        A  Right.
10        Q  Okay.  How long did it take you to write
11    the -- strike that.
12        Did you write the implementing source code
13    for the "PTP priority 1" command?
14        A  I did write the source code for implementing
15    this command.
16        Q  How long did it take you to write the source
17    code for the "PTP priority 1" command?
18        A  I don't remember any time frame on this.
19    It's -- it's been a while.
20        Q  Do you know if it took you longer to write
21    the implementing source code for the "PTP priority 1"
22    command than it took you to choose the two words "PTP
23    priority 1"?
24        MR. PAK:  Objection; vague.
25        THE WITNESS:  I would think it took longer to
```

Page 144

```
 1    implement it.
 2        MR. WONG:  Q.  Would your answer be the same
 3    for the other four commands that are associated with
 4    you in Exhibit 92?
 5        A  I know I gave some thought on these commands
 6    when I came up with them.  But particular to how long
 7    it took for me to do any of these, that's the part I
 8    don't remember anymore.
 9        But I did remember it's among all of the
10    attributes of -- or things mentioned in the spec, I
11    chose a particular subset of things which I think I
12    should provide a CLI command for user to configure
13    them.
14        So that's the -- that's -- I think it's part
15    of the decision-making, and that could have taken some
16    time.  But how long I took, that's the part I don't
17    remember now.
18        Q  Okay.  And my question was more about your
19    testimony about the "PTP priority 1" command, where
20    you said it took longer to write the implementing code
21    for that command than it did to choose the two words
22    in the command.
23        Do you -- do --
24        A  I --
25        Q  -- do you remember testifying to that effect?
```

Page 145

1    A  Yes.  I -- I agree --
2    Q  Okay.
3    A  -- that's likely true.
4    Q  So that's likely true for the other four
5    commands as well?
6        MR. PAK:  Objection; vague.
7        THE WITNESS:  That's -- yeah, I can always
8    say that's likely true.
9        MR. WONG:  Okay.
10    Q  And you say "it's likely true" just based
11   upon your experience programming?
12    A  It's -- yeah, it's just based on my
13   experience working with CLI commands.
14    Q  What type of programming is required to
15   implement a command like "PTP priority 1"?
16    A  It's a C programming that we were using.  So
17   for the -- in general, you do the front end of
18   interface, so you come up with the command.  But then
19   you -- then you spend time implementing hooking it up
20   to the back-end code.
21    Q  Excuse me.
22        And when you say "back-end code," is that the
23   same thing as the implementing source code?
24        That's the term that I was using.
25        Is that the same thing, in your

Page 146

1    understanding?
2    A  Yes.
3        There -- so, when the CLI command is
4    received, something needs to happen based on what has
5    been configured as being specified as the parameter.
6    So that's the interface I was referring to, that I
7    hook up to the back-end behavior of the clock.
8    Q  And the back-end behavior for each command
9    that you are associated with in Exhibit 92, did you
10   write that source code?
11    A  I did write the source code.
12    Q  Did you have anyone else's help in writing
13   the source code for those five commands associated
14   with you in Exhibit 92?
15    A  No.  I wrote all of them.
16    Q  The "PTP sync interval" command --
17    A  Yes.
18    Q  Well, actually, just for clarity, what
19   function does the "PTP priority 2" command perform?
20    A  It configures another parameter which helps
21   to determine the -- the clock.
22    Q  And that other parameter you're talking about
23   is the priority 2 attribute that is defined by the
24   IEEE standard marked as Exhibit 93; correct?
25    A  Yes.

Page 147

1    Q  Okay.  What function does the "PTP sync
2    interval" command perform?
3    A  It configures how often the clock syncs with
4    the master.
5    Q  And do you recall earlier we were looking at
6    the IEEE standard marked Exhibit 93 and a term called
7    sync interval in there?
8    A  Right.
9    Q  Is the sync interval, that the "PTP sync
10   interval" command refers to, the same sync interval
11   that we discussed in Exhibit 93?
12        MR. PAK:  Objection; vague.
13        THE WITNESS:  I think that was -- this
14   command was used -- was defined to be used to
15   configure that part of the clock.
16        MR. WONG:  Right.
17    Q  And by "that part of the clock," you mean the
18   sync interval attribute defined by the IEEE PTP
19   standard; right?
20    A  Yes.
21    Q  Now, you chose the term priority 1 because
22   priority 1 is an attribute that's in the IEEE
23   standard; right?
24        MR. PAK:  Objection; vague.
25        THE WITNESS:  You mean when I wrote the

Page 148

1    command?
2        MR. WONG:  Q.  When you --
3    A  When I -- when I chose to use priority 1;
4    right?
5    Q  Yes, that's what I'm asking.
6    A  Yes.  When I chose the word, I meant to
7    configure this attribute for the clock.  That was
8    true.
9    Q  And this attribute for the clock, you're
10   referring to the priority 1 attribute that's defined
11   in the IEEE standard; right?
12    A  Yes.
13    Q  And your answer is the same for the
14   priority 2 attribute defined in the IEEE standard,
15   correct, with respect to the PTP priority 2 command?
16    A  Yes.
17    Q  And you chose the words sync interval because
18   the IEEE standard marked as Exhibit 93 described --
19   strike that.
20        You chose the words sync interval because the
21   IEEE standard marked as Exhibit 93 also used the term
22   sync interval; correct?
23        MR. PAK:  Objection; vague.
24        THE WITNESS:  When you say that, it makes me
25   feel that you -- it's a direct translate from the spec

Page 153

1    Q  You were aware that the terms priority 1,
2    priority 2, sync interval, and PTP were defined in the
3    IEEE specification marked as Exhibit 93 before you
4    added those three commands to Cisco's routing
5    software; correct?
6    A  I'm aware of those terms being defined in the
7    1588 standard.
8    Q  Okay.  Before you added those three commands
9    to the Cisco software; correct?
10   A  Yes.
11   Q  Okay.  Now, "show PTP clock" is another
12   command that you're associated with; correct?
13   A  Yes.
14   Q  What's the function performed by the "show
15   PTP clock" command?
16   A  It shows the state and status of the clock.
17   And I don't recall the entire output from the command,
18   but I think that's probably summarize majority of the
19   output.
20   Q  Okay.  And as we discussed earlier in today's
21   deposition, the PTP IEEE specification defines the
22   term clock; correct?
23   A  It defined the term clock, yes.
24   Q  Okay.  And the clock that is referred to in
25   the command "show PTP clock" is the clock that is

Page 154

1    defined in the PTP standard; correct?
2         MR. PAK:  Objection; vague.
3         THE WITNESS:  Well, the command shows the PTP
4    clock status.
5         MR. WONG:  Q.  And when you refer to "the PTP
6    clock" in that response you just gave, you're
7    referring to the clock that is defined in the PTP
8    standard; correct?
9    A  Yes, it means the clock.
10   Q  Now, the -- the word "show" in that command,
11   were there other commands in iOS that used the word
12   "show" before you added this "show PTP clock" command
13   to the software?
14   A  Yes.
15   Q  Okay.  You were familiar that other commands
16   used the first word of "show" to display information
17   before you added the "show PTP clock" command;
18   correct?
19   A  Yes.
20   Q  Okay.  So you -- you simply followed what
21   other commands were doing when you chose the word
22   "show" in "show PTP clock"; is that right?
23        MR. PAK:  Objection; assumes facts not in
24   evidence; mischaracterizes the witness' testimony.
25        MR. WONG:  Q.  If anything that I'm saying --

Page 155

1    A  "Show" is a --
2    Q  Sorry.
3    A  -- big category of commands.  Like, there is
4    debug.  There is config.  There is show.  So show is
5    one big category of commands.
6    Q  And there was a big -- and that category of
7    commands, the show commands, existed before you added
8    the "show PTP clock" command to the software; correct?
9    A  Yes.
10   Q  And you were just building upon that category
11   of commands when you used the word "show" in "show PTP
12   clock"; correct?
13        MR. PAK:  Objection; mischaracterizes the
14   witness' testimony.
15        THE WITNESS:  Yes, I think that -- that was
16   the intention.
17        MR. WONG:  Q.  And is the same
18   explanation -- does the same explanation apply to
19   "show PTP parent" for the show aspect of that command?
20   A  Yes, for the show aspect of the command, yes.
21   Q  Okay.  What function does the "show PTP
22   parent" command perform?
23   A  It shows the status of the parent clock.
24   Q  When you say "the parent clock," are you
25   referring to the parent clock as defined in the PTP

Page 156

1    standards?
2    A  Yes.
3    Q  And you recall discussing the definition of
4    parent clock in the standards earlier in this
5    deposition; correct?
6    A  Yes.
7    Q  And another shorthand used by the IEEE
8    standard for parent clock is simply parent; correct?
9         MR. PAK:  Objection; vague.
10        THE WITNESS:  Can you refer me to that page.
11        MR. WONG:  Sure, sure, absolutely.
12   Q  I think it's on page 53 of Exhibit 93.  It's
13   in that sentence maybe two-thirds of the way down on
14   page 53 that starts with:
15        "Ordinary and boundary clocks may keep
16   statistics."
17   A  Uh-huh.
18        "Using the following attribute."
19        Okay.
20   Q  So you would agree that, in the IEEE
21   standard, it uses the term parent as shorthand for
22   parent clock?
23   A  Yes.
24   Q  Okay.  Do you know if commands that use the
25   word "show" were used before they were used in Cisco's

Page 213

```
 1      (WHEREUPON, the deposition ended
 2            at 3:36 p.m.)
 3            ---oOo---
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 215

```
 1          CERTIFICATE OF REPORTER
 2      I, ANDREA M. IGNACIO, hereby certify that the
 3  witness in the foregoing deposition was by me duly
 4  sworn to tell the truth, the whole truth, and nothing
 5  but the truth in the within-entitled cause;
 6      That said deposition was taken in shorthand
 7  by me, a disinterested person, at the time and place
 8  therein stated, and that the testimony of the said
 9  witness was thereafter reduced to typewriting, by
10  computer, under my direction and supervision;
11      That before completion of the deposition,
12  review of the transcript [x] was [ ] was not
13  requested.  If requested, any changes made by the
14  deponent (and provided to the reporter) during the
15  period allowed are appended hereto.
16      I further certify that I am not of counsel or
17  attorney for either or any of the parties to the said
18  deposition, nor in any way interested in the event of
19  this cause, and that I am not related to any of the
20  parties thereto.
21  Dated: 01/29/2016
22
23          <%signature%>
24          ANDREA M. IGNACIO,
25          RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 214

```
 1              J U R A T
 2
 3      I, TONG LIU, do hereby certify under penalty
 4  of perjury, that I have read the foregoing
 5  transcript of my deposition in the matter of
 6  Cisco Systems, Inc., vs. Arista Networks, Inc.,
 7  taken on January 15, 2016; that I have made such
 8  corrections as appear noted herein in ink,
 9  initialed by me; that my testimony as contained
10  herein, as corrected, is true and correct.
11      DATED this ____ day of _____,
12  2015, at _____.
13      _____
14          SIGNATURE OF WITNESS
15
16  NOTARIZATION (If Required)
17  State of _____
18  County of _____
19  Subscribed and sworn to (or affirmed) before me on
20  this _____ day of _____, 20____,
21  by _____, proved to me on the
22  basis of satisfactory evidence to be the person who
23  appeared before me.
24  Signature: _____ (Seal)
25
```

Page 1

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                         SAN JOSE DIVISION

4

5     CISCO SYSTEMS, INC.,           )
                                     )
6                      Plaintiff,    )
                                     ) Case No.
7          vs.                       ) 5:14-cv-05344-BLF (PSG)
                                     )
8     ARISTA NETWORKS, INC.,         )
                                     )
9                      Defendant.    )
      _____)

10

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15        VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16              Palo Alto, California

17           Friday, November 20, 2015

18                  Volume I

19

20

21

22    Reported by:

      CARLA SOARES

23    CSR No. 5908

24    Job No. 2187110

25    Pages 1 - 189

## Page 2

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3               SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,    )
                             )
 6          Plaintiff,  )
                        ) Case No.
 7      vs.        ) 5:14-cv-05344-BLF (PSG)
                        )
 8   ARISTA NETWORKS, INC.,  )
                             )
 9          Defendant.  )
     _____)
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17   Volume I, taken on behalf of Defendant, at
18   650 Page Mill Road, Palo Alto, California, beginning
19   at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20   November 20, 2015, before CARLA SOARES, Certified
21   Shorthand Reporter No. 5908.
22
23
24
25
```
Page 2

## Page 3

```
 1   APPEARANCES:
 2
 3   For the Plaintiff and the Witness:
 4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5      BY: JOHN (JAY) NEUKOM, Attorney at Law
 6      50 California Street, 22nd Floor
 7      San Francisco, California 94111
 8      415.875.6341
 9      johnneukom@quinnemanuel.com
10          and
11      KIRKLAND & ELLIS LLP
12      BY: JOSHUA L. SIMMONS, Attorney at Law
13      601 Lexington Avenue
14      New York, New York 10022
15      212-446-4989
16      joshua.simmons@kirkland.com
17
18
19
20
21
22
23
24
25
```
Page 3

## Page 4

```
 1   APPEARANCES (Continued):
 2
 3   For the Defendant:
 4      KEKER & VAN NEST LLP
 5      BY: BRIAN L. FERRALL, Attorney at Law
 6      BY: RYAN WONG, Attorney at Law
 7      633 Battery Street
 8      San Francisco, California 94111
 9      415.391.5400
10      bferrall@kvn.com
11      rwong@kvn.com
12
13   ALSO PRESENT: Sean Grant, Video Operator
14               --o0o--
15
16
17
18
19
20
21
22
23
24
25
```
Page 4

## Page 5

```
 1               INDEX
 2   WITNESS
 3   KIRK LOUGHEED              EXAMINATION
     Volume I
 4
 5      BY MR. FERRALL          10
 6
 7          EXHIBITS
 8   NUMBER    DESCRIPTION      PAGE
 9   Exhibit 29  Document headed "Internet    73
10      Protocol,"
11      Bates ARISTANDCA0031553 - 1601
12
13   Exhibit 30  Document headed "DoD Internet  73
14      Host Table Specification"
15
16   Exhibit 31  Document headed "An Ethernet   73
17      Address Resolution Protocol or
18      Converting Network Protocol
19      Addresses to 48.bit Ethernet
20      Address for Transmission on
21      Ethernet Hardware,"
22      Bates ARISTANDCA0003130 - 1639
23
24
25
```
Page 5

Pages 2 to 5

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Labloner from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

Page 6

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

Page 7

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 18 |

--o0o--

Page 8

Palo Alto, California                08:37:04

Friday, November 20, 2015

9:19 a.m.

P R O C E E D I N G S                08:37:10

THE VIDEO OPERATOR:  Good morning.  We're on the record.  The time is 9:19 a.m., and the date is November 20th, 2015.  This begins the videotaped deposition of Kirk Lougheed.

My name is Sean Grant, here with our court    09:19:25 reporter, Carla Soares.  We're here from Veritext Legal Solutions at the request of counsel for defendant.

This deposition is being held at Wilson Sonsini in Palo Alto, California.  The caption of    09:19:34 this case is Cisco Systems, Inc., versus Arista Networks, Inc., Case No. 5:14-CV-05344-BLF.

Please note that audio- and video-recording will take place unless all parties have agreed to go off the record.  Microphones are    09:19:54 sensitive and may pick up whispers, private conversations, or cellular interference.

At this time, will counsel please identify themselves and state whom they represent.

MR. FERRALL:  Brian Ferrall of Keker &    09:20:06

Page 9

Pages  6 to 9

1   right now.          12:58:39
2       Mr. Lougheed, you have to understand,
3   we've got a lot to cover today, and I need to --
4     A  And I'm also under oath, and I want to
5   make sure my replies to your answers (sic) are   12:58:47
6   correct.
7     Q  Okay.  So I'm asking you -- you can put
8   the document down, frankly.
9     Do you ever recall reviewing an RFC for an
10  address resolution protocol?     12:58:58
11    A  Yes, I do recall reviewing a document --
12  it may have been an RFC -- on address resolution.
13    Q  Do you know who developed address
14  resolution protocols?
15    A  I don't recall.     12:59:20
16    Q  Did you contribute to that field?
17    A  No.
18    Q  All right.  Do you know David Plummer?
19    A  I have heard the name before but I don't
20  know the person.     12:59:31
21    Q  How many IETF RFCs have you authored in
22  whole or in part?
23    A  Two, maybe three.
24    Q  What were the subject or subjects of those
25  RFCs?     13:00:07

Page 78

1   calls for a conclusion.     13:03:06
2     THE WITNESS:  Documents whose name I do
3   not recall.
4   BY MR. FERRALL:
5     Q  Can you describe generally what they were?   13:03:16
6    A  They were documents that described a
7   packet format and described an associated state
8   machine.
9     Q  Is the address resolution protocol
10  referred to simply by the acronym ARP?    13:03:59
11    A  There's a general concept of an address
12  resolution protocol, and then there's one, possibly
13  more, that are -- may be described in various
14  documents from the IETF.
15    Q  When did you first hear -- have you ever   13:04:52
16  heard the address resolution protocol abbreviated as
17  ARP?
18    A  Yes.
19    Q  When did you first hear that abbreviation?
20    A  I don't recall -- I don't recall the   13:05:17
21  precise time.
22    Q  Was it while you were still at Stanford?
23    A  It certainly could have been.
24    Q  Did you develop any features for the
25  address resolution protocol yourself?   13:05:52

Page 80

1    A  They were all on the border gateway   13:00:09
2   protocol.
3    Q  Has Cisco ever had any policies about
4  their employees submitting RFCs to the IETF?
5    A  I'm not aware of any specific policies.   13:01:02
6    Q  Did the software that you worked on at
7  Stanford, the routing and terminal server software
8  we talked about, did that include an address
9  resolution protocol?
10    MR. NEUKOM:  Objection to form.  Vague.   13:02:09
11  BY MR. FERRALL:
12    Q  I should say an address resolution
13  protocol feature.
14    MR. NEUKOM:  Same objection.
15    THE WITNESS:  Yes.     13:02:23
16  BY MR. FERRALL:
17    Q  And what were the sources of information
18  for you in order to -- well, strike that.
19    Did you write software for the address
20  resolution protocol feature?     13:02:38
21    A  Yes.
22    Q  And what were the sources of information
23  that you used to prepare that address resolution
24  protocol feature?
25    MR. NEUKOM:  Objection to form.  Vague.   13:02:58

Page 79

1    MR NEUKOM:  Objection  Vague    13:05:56
2    THE WITNESS:  I do not understand your
3  question  What do you mean, develop features for
4  the address resolution protocol?
5   BY MR  FERRALL:     13:06:12
6    Q  Fair enough.  Let me ask it a different
7  way.
8    Did you contribute to any IETF RFC
9  relating to the address resolution protocol?
10    MR. NEUKOM:  Objection  Asked and   13:06:27
11  answered
12    THE WITNESS:  No
13  BY MR  FERRALL:
14    Q  Did you develop features at -- while at
15  Cisco that relate to ARP, if you don't mind me using   13:06:44
16  the acronym?
17    A  I don't understand the question
18    Q  Who is Glenn Truitt?
19    A  He's a -- at my time at Stanford, he was a
20  graduate student     13:08:37
21    Q  Did you work with him while at Stanford?
22    A  Briefly
23    Q  In what capacity?
24    A  I recollect that he may have written a
25  user guide to the software at the time, but that's   13:09:21

Page 81

Pages 78 to 81

1      MR. FERRALL: Let's mark this as the next     15:26:35
2  exhibit.
3      (Exhibit 38 was marked for identification
4  and is attached hereto.)
5  BY MR. FERRALL:                    15:26:37
6      Q  Exhibit 38 is a set of emails between you
7  and Mr. Remaker, among others.  It bears control
8  numbers CSI-ANI-00043306.
9      A  Okay.  I'd like to read this.
10     Q  First let me ask you the question so you     15:27:19
11 know what to look for.
12     A  I will forget the question by the time I'm
13 done reading this.
14     Q  Well, Mr. Lougheed, that's not the way it
15 works, actually.  I ask the question and you answer     15:27:28
16 it.
17     A  Okay.
18     Q  If you can't answer it, then you tell me.
19     My only question is, did you send the
20 email that's at the top of Exhibit 38, the one at     15:27:38
21 12-11-2008 at 10:14 p.m.?
22     MR. NEUKOM: Mischaracterizes the document
23 on its face.
24     And I know that Mr. Ferrall would like you
25 to feel comfortable to read the page-and-a-half     15:27:54

Page  122

1  document that he's just put in front of you before     15:27:57
2  answering his question.
3      THE WITNESS: Okay.  I'll read it.
4      MR. FERRALL: Actually, no, I would like
5  him to answer the question.                  15:28:03
6      Q  Are you telling me you can't tell me
7  whether you sent the email?
8      MR. NEUKOM: It's a totally unfair
9  question.  The email that he sent would necessarily
10 include everything that follows.               15:28:10
11     If you want him to tell you whether he
12 remembers this or whether he sent it, let him read
13 the document.  Come on, Brian.
14     It's a page and a half.  We're not talking
15 about him wasting 30 minutes to read a product     15:28:20
16 manual.  It's a page-and-a-half email.  The witness
17 has said he wants to read it, and we're going to let
18 him read it.
19     THE WITNESS: Okay.  I've read it.
20 BY MR. FERRALL:                    15:29:28
21     Q  Okay.  Did you send this email that's
22 dated December 11, 2008, at 10:14 p.m.?
23     A  I believe I did.
24     Q  Okay.  And in the last paragraph of that
25 email, you write, "The percent sign leading a     15:29:41

Page  123

1  message indicates that you are looking at an error     15:29:49
2  message.  An ancient operating system called TOPS-20
3  used such a convention and I adopted it."
4      Do you see that?
5      A  Yeah, I do see that.                  15:29:59
6      Q  Why did you adopt a TOPS-20 convention?
7      A  Of the possibilities that I had, that
8  seemed -- that seemed a reasonable -- to me, it
9  seemed like a reasonable way of doing things.
10     Q  Did you get permission from Digital     15:30:32
11 Equipment Company to use that convention?
12     MR. NEUKOM: Objection.  Calls for a legal
13 conclusion and misstates prior testimony.
14     THE WITNESS: No, I did not seek
15 permission.                    15:30:55
16 BY MR. FERRALL:
17     Q  Have you ever heard of the acronym RIP in
18 the context of networking?
19     A  It typically means routing information
20 protocol.                    15:31:18
21     Q  You're familiar with that protocol?
22     A  It's been a while, but yes, I'm familiar
23 with it.
24     Q  Did you make up the acronym RIP for
25 routing information protocol?                15:31:32

Page  124

1      A  No, I did not make up that acronym.
2      Q  Did you make up the term "routing     15:31:37
3  information protocol"?
4      A  No.
5      Q  Did you submit an RFC for the routing     15:31:51
6  information protocol?
7      A  No.
8      Q  Do you know who did?
9      A  No, I don't know who did.
10     Q  Did you ever ask permission from the     15:32:25
11 person who made up the term "RIP" for permission to
12 use it, to use that term?
13     MR. NEUKOM: Objection.  Foundation,
14 vague, and calls for a legal conclusion.
15     THE WITNESS: There was no one whose     15:32:50
16 permission one could ask.
17 BY MR. FERRALL:
18     Q  Well, I'll tell you, a Mr. Charles Hedrick
19 at Rutgers submitted what I believe to be the first
20 RFC on the routing information protocol.     15:33:05
21     Do you know Mr. Hedrick?
22     A  I do.
23     Q  Did you ever ask him for permission to use
24 the term "RIP"?
25     MR. NEUKOM: Objection.  Asked and     15:33:15

Page  125

Pages  122 to 125

```
 1   answered.                         15:33:15
 2        THE WITNESS: Mr. Hedrick formally
 3   documented an informal standard that was already in
 4   use in the industry for a number of years.
 5   BY MR. FERRALL:                    15:33:27
 6        Q   And what's the significance of that?
 7        MR. NEUKOM: Objection. Calls for
 8   speculation.
 9        THE WITNESS: It wouldn't have occurred to
10   me to ask him for permission.      15:33:47
11   BY MR. FERRALL:
12        Q   I think you testified earlier that you
13   submitted several RFCs for the border gateway
14   protocol, correct?
15        A   Correct.                  15:34:07
16        Q   And your co-author on at least the first
17   such RFC was a Mr. Yakov Rekhter, correct?
18        A   Correct.
19        Q   Was he your co-author on the subsequent
20   submissions, too, do you know?     15:34:31
21        A   Certainly on the second one. I don't
22   recall on the third one. And after that, there were
23   other co-authors.
24        Q   And where does Mr. Rekhter or did
25   Mr. Rekhter work at the time?      15:34:50
                                        Page 126
```

```
 1        A   He worked for IBM.        15:34:52
 2        Q   What was Mr. Rekhter's contribution to the
 3   BGP RFC? The first one?
 4        A   We were co-designers.
 5        Q   Are you able to describe what he    15:35:28
 6   contributed as opposed to what you contributed?
 7        A   No. We worked closely together.
 8        Q   Do you know whether you ever made any
 9   declarations to the IETF concerning copyrights that
10   Cisco claimed in any of the language in the first  15:35:57
11   BGP RFC?
12        MR. NEUKOM: Objection. Vague, compound.
13        THE WITNESS: To the best of my
14   recollection, we made no copyright claims in the
15   first BGP RFC.                     15:36:17
16   BY MR. FERRALL:
17        Q   Did Cisco make any disclosures to the IETF
18   regarding copyright claims in any of the BGP RFCs?
19        MR. NEUKOM: Objection. Compound, vague.
20        THE WITNESS: Not to my knowledge.  15:36:35
21   BY MR. FERRALL:
22        Q   Did you ever make a disclosure to the
23   Internet Architecture Board of any intellectual
24   property rights in BGP, to your knowledge?
25        A   To my knowledge --        15:36:57
                                        Page 127
```

```
 1        MR. NEUKOM: Objection. Compound, vague.  15:37:00
 2        THE WITNESS: -- we did not make any such
 3   assertions.
 4        MR. NEUKOM: And foundation.
 5   BY MR. FERRALL:                    15:37:08
 6        Q   Did you ever have an agreement with
 7   Mr. Rekhter about the right to use any of his
 8   contributions to the BGP work that you guys did?
 9        MR. NEUKOM: Vague, compound, calls for a
10   legal conclusion --               15:37:44
11        THE WITNESS: Could you --
12        MR. NEUKOM: -- and mischaracterizes prior
13   testimony.
14        THE WITNESS: Could you repeat the
15   question, please?                 15:37:59
16   BY MR. FERRALL:
17        Q   Sure. I'll ask a slightly different
18   question.
19        Did you ever ask permission from
20   Mr. Rekhter to use any of his contributions to the  15:38:09
21   BGP project?
22        MR. NEUKOM: Objection. Vague, compound,
23   calls for a legal conclusion.
24        THE WITNESS: We did not seek permission
25   from one another for our individual contributions.  15:38:26
                                        Page 128
```

```
 1   BY MR. FERRALL:                    15:38:30
 2        Q   Okay. IBM didn't ask you for permission,
 3   either, correct?
 4        A   No.
 5        Q   One of the CLI terms in this case is the  15:39:20
 6   term "IP address."
 7        Are you familiar with that?
 8        A   I'm familiar with the command expression
 9   "IP address."
10        Q   Did you come up with the phrase "IP   15:39:33
11   address"?
12        A   When Cisco came out of Stanford, we were
13   shipping an IP -- an Internet protocol only router.
14   And there was a command "address" that took some
15   arguments.                        15:40:12
16        And after -- after a while, we started
17   adding other protocols to the software. The first
18   one was "DECnet." And since "address" was already
19   taken to refer to IP functionality, Internet
20   protocol functionality, we came up with "DECnet  15:40:44
21   address," and then had a DECnet address after it.
22        That "DECnet address" command could have
23   very well have said "address," and then DECnet
24   addresses look different than IP addresses, and we
25   could have had the software figure out which type of  15:41:11
                                        Page 129
```

Pages 126 to 129

1  address we were referring to. But we chose "DECnet    15:41:13
2  address."
3      It became clear that much more -- that we
4  were becoming a multi-protocol router. We were
5  adding other protocols into the box, into the    15:41:27
6  software.
7      And I had -- I value -- I value the
8  aesthetic of having a symmetric-looking command line
9  expression, symmetric hierarchy. It was clear we
10  were heading towards a hierarchy.    15:41:52
11      So at some point after DECnet and perhaps
12  a few other protocols to make things look very
13  similar, we started prefacing our IP-only commands
14  with "IP." And that gave a very -- what I thought
15  was a very elegant, symmetric, elegant way of    15:42:16
16  referring to different protocols within a
17  multi-protocol router.
18      So that is the history of the "IP address"
19  command.
20      Q  Okay. My question was simpler. I    15:42:36
21  appreciate that answer. But my question was a
22  little simpler than that, but let me ask it a
23  different way.
24      You had heard of the term "IP address"
25  before you joined Cisco, hadn't you?    15:42:51

Page 130

1      MR. NEUKOM: Objection. Vague and asked    15:42:59
2  and answered.
3      THE WITNESS: I suppose I had. When one
4  is talking about different networking protocols, one
5  needs to clarify which networking protocol one is    15:43:10
6  talking about. So it was probably terminology that
7  was in the air.
8  BY MR. FERRALL:
9      Q  Does the same go for "IP host," also? You
10  had heard that before you joined Cisco?    15:43:29
11      MR. NEUKOM: Objection. Misstates prior
12  testimony.
13      THE WITNESS: The original form of the
14  "host" command was just "host command." It was
15  another one that had to distinguish, in a    15:43:41
16  multi-protocol world, in a multi-protocol piece of
17  software, what you were talking about.
18      It would have looked very odd in a
19  multi-protocol router that there was one protocol
20  that wasn't prefaced by a -- some descriptive    15:44:03
21  keyword.
22  BY MR. FERRALL:
23      Q  Following up on that, the purpose of your
24  use of "IP" as the first keyword in that command "IP
25  host" was to distinguish the protocol that it's    15:44:33

Page 131

1  referring to?    15:44:36
2      A  That was the aesthetic choice I made.
3      MR. NEUKOM: Objection. Mischaracterizes
4  prior testimony.
5      THE WITNESS: There were many possible    15:44:49
6  ways of doing it. As I indicated, I could perhaps
7  take a look at an address and then infer what it
8  was. But that was not the choice that I made at the
9  time.
10  BY MR. FERRALL:    15:45:07
11      Q  What were the alternative commands that
12  you considered for "IP host"?
13      A  "Name." "Name" was certainly one of the
14  possible candidates. "Network system" or
15  "system" -- there are many, many words that one    15:45:5
16  could use to refer to all sorts of different things.
17      Q  Okay. But now you're talking about
18  alternatives for the word "host," right?
19      A  Um-hum.
20      Q  Okay. You didn't -- you're not the first    15:46:08
21  one to use the word "host," are you?
22      A  No.
23      Q  I mean, "host" had been used for -- well
24  before you joined Cisco to refer to a computer host.
25  It's a conventional term, right?    15:46:29

Page 132

1      MR. NEUKOM: Objection. Vague, compound,    15:46:31
2  foundation, and calls for opinion testimony.
3      THE WITNESS: It was one of the
4  possibilities that I had -- that I had
5  BY MR. FERRALL:    15:46:46
6      Q  And "host" was the term that was used in
7  the commands in the software that came from
8  Stanford; is that right?
9      MR. NEUKOM: Objection. Mischaracterizes
10  prior testimony    15:47:13
11      THE WITNESS: I had implemented the "host"
12  command while I was at Stanford
13  BY MR. FERRALL:
14      Q  Okay. And what did you -- so did you
15  decide to use the word "host" for the command on the    15:47:27
16  software you worked at while you were employed by
17  Stanford?
18      MR. NEUKOM: Objection. Vague
19      THE WITNESS: Could you restate that
20  question?    15:47:50
21  BY MR. FERRALL:
22      Q  Sure.
23      For the software that -- strike that.
24      For the gateway TIP software that you
25  worked on while you were employed at Stanford, was    15:48:02

Page 133

Pages 130 to 133

1    interface, and it would -- as a packet that was          16:12:12
2    being sent -- sent out that interface, it could
3    either be permitted or denied going through that
4    interface.
5         Those were the two original uses of the          16:12:29
6    "access list" command expression.
7    Q  Do you believe that you coined the term
8    "access list"?
9    A  It was my choice to use that description.
10   Q  Well, I'm asking you if you coined that          16:12:56
11   term, or had you ever heard that term before in the
12   context of networking?
13        MR. NEUKOM: Objection. Vague, compound,
14   asked and answered.
15        THE WITNESS: I do not believe that I had          16:13:13
16   heard the term before.
17   BY MR. FERRALL:
18   Q  Had you heard the term "IP access group"
19   before?
20   A  Yes.          16:13:25
21   Q  Who coined that term, to your knowledge,
22   do you know?
23   A  I did.
24   Q  Under what circumstances?  Or for what
25   purpose, I should say?          16:13:39

Page 142

1    A  I don't remember the exact details, but it          16:13:52
2    is -- either assigns an access list to an interface
3    or -- I think it assigns an interface to a -- an
4    access list to an interface.  I believe it's access
5    class or something like that that assigns it to an          16:14:07
6    interface or to a line number.
7    Q  The term "domain name" is not a term that
8    you made up, is it?
9    A  No, I didn't make -- I -- no, I did not.
10   Q  "Domain name" is a term that goes back to          16:15:38
11   the ARPANET, actually.  Are you aware of that?
12        MR. NEUKOM: Objection. Foundation.
13        THE WITNESS: I would be unsurprised if it
14   went back that far.
15        Are you referring to ARPANET protocols or          16:16:02
16   ARPANET network?
17   BY MR. FERRALL:
18   Q  The ARPANET network.
19   A  I believe the concept was introduced while
20   the ARPANET network was still running.          16:16:15
21   Q  What about the words "domain lookup"?  Did
22   you coin that term "domain lookup"?
23        MR. NEUKOM: Objection. Vague.
24        THE WITNESS: It's a parallel construction
25   to terms like "address lookup" or "host lookup" or          16:16:52

Page 143

1    the like, or "database lookup" or          16:16:59
2    BY MR FERRALL:
3    Q  Did you coin the term "domain lookup"?
4    A  I decided to use that as a command
5    expression within the software, yes          16:17:21
6    Q  I'll ask the question one more time.  I'm
7    asking you if you coined the term "domain lookup."
8        MR. NEUKOM: Objection  Asked and
9    answered and vague
10        THE WITNESS: I did not          16:17:43
11   BY MR  FERRALL:
12   Q  Do you know who did?
13   A  No idea
14   Q  When was -- to your knowledge, when was
15   the term "routing" ever used in conjunction with the          16:18:41
16   Internet protocol?
17        MR. NEUKOM: Objection  Vague and
18   foundation
19        THE WITNESS: I don't know when the term
20   "routing" was used          16:19:05
21   BY MR. FERRALL:
22   Q  Were people in the field talking about
23   routing in connection with IP before you joined
24   Cisco?
25        MR. NEUKOM: Objection  Vague, compound          16:19:24

Page 144

1        THE WITNESS: Yes          16:19:27
2    BY MR FERRALL:
3    Q  Tell me what, if anything, was creative
4    about your decision to use the term "IP routing" as
5    a CLI command.          16:19:51
6        MR. NEUKOM: Objection  Calls for opinion
7    testimony
8        THE WITNESS: At Stanford where we had
9    terminal servers and gateways in the same software,
10   there were times when it was convenient -- just          16:20:26
11   because something had multiple interfaces, it could
12   still perhaps be a terminal server  So I needed a
13   way of turning off, disabling routing functionality
14        And I used the command -- I chose the
15   keyword -- configuration keyword command expression          16:21:07
16   "routing "  Then "no routing" would turn off routing
17   functionality in whatever software was running at
18   the time despite its hardware configuration
19        And then later on at Cisco, to keep the --
20   keep the form of the hierarchy of commands, we added          16:21:35
21   the -- we added our choice of -- we added "IP" in
22   front of it because you could potentially turn off
23   other sorts of routing, or at least that was the --
24   that was the -- that was a possibility for other
25   network protocols          16:22:02

Page 145

Pages 142 to 145

Page 178

```
 1   BY MR. FERRALL:                    17:55:19
 2      Q  Mr. Lougheed, this is a document that
 3   appears to be your work, according to the copyright
 4   notice on the front.
 5          Do you see that?            17:55:29
 6      A  Yes, I see that.
 7      Q  Okay.  Do you know when -- do you
 8   recognize it?
 9      A  Yes, I do.
10      Q  What is it?                  17:55:36
11      A  It's a file called "globs.h."  It is
12   declaring a set of variables that are used in the
13   software.
14      Q  And when did you compose what's
15   Exhibit 42?                        17:56:02
16      A  Is there a question?
17      Q  Yes.  I asked when did you compose
18   Exhibit 42?
19      A  Apparently June of 1985.
20      Q  And you were employed by Stanford at that   17:56:28
21   time, right?
22      A  Correct.
23      Q  We had talked earlier about the ARP,
24   address resolution protocol.
25          Do you remember that?        17:56:57
```

Page 179

```
 1      A  Yes.                        17:56:58
 2      Q  Okay.
 3      A  I remember you asked questions about that.
 4      Q  Are you familiar with there being a
 5   provision for time-outs in the ARP protocol?   17:57:15
 6          MR. NEUKOM:  Objection.  Vague and
 7   compound.
 8          THE WITNESS:  There is the -- ARP entries
 9   can become stale.  If you unplug the computer or you
10   move the computer somewhere else or you replace the   17:57:43
11   network interface, entries will become stale.
12   Implementing a time-out is a way of making sure the
13   cache isn't stale.
14   BY MR. FERRALL:
15      Q  Are you aware of there being a provision   17:58:10
16   for time-outs in the RFC for ARP?
17          MR. NEUKOM:  Objection.  Vague and
18   compound, asked and answered.
19          THE WITNESS:  I'm not -- I don't remember
20   such language right now.             17:58:38
21   BY MR. FERRALL:
22      Q  Did you create the term "distance BGP"?
23      A  Yes.
24      Q  How did you come up with that term?
25      A  The Cisco IOS started supporting multiple   17:59:11
```

Page 180

```
 1   interior routing protocols.  And customer networks,   17:59:19
 2   especially in the early days when they were attached
 3   to the -- they had campus networks running one
 4   routing protocol, they'd be attached to the NSFNET
 5   backbone as well running a different routing   17:59:39
 6   protocol.
 7          And since routing protocols would give
 8   incommensurate metrics, metrics that could not be
 9   compared, I developed a concept of distance that
10   says if one routing protocol says it knows a route   18:00:08
11   to one destination and another routing protocol says
12   it knows a route to that same destination, which --
13   the routing protocol with the smallest
14   administrative distance would be the one that would
15   be entered into the routing table.      18:00:24
16          And so that was the problem, and my
17   solution was the administrative distance mechanism
18   that I described.
19          And when I implemented BGP, that was a
20   natural extension to include for BGP as well to be   18:00:49
21   able to configure an administrative distance to
22   determine the believability of BGP.
23          If no routing protocol -- if only one
24   routing protocol knew the destination, you would
25   believe that.  If there are two or more,   18:01:10
```

Page 181

```
 1   administrative distance was the tie-breaker.   18:01:16
 2      Q  Sorry.  I'm going to jump back to ARP.
 3          There's a term you use associated with
 4   ARP, "ARP cache."  We talked about that earlier in
 5   looking at one of the "clear" commands, right?   18:01:52
 6          Where did the term "ARP cache" come from?
 7      A  The cache is a -- logically a list of
 8   items.  An ARP cache would be a list of ARP requests
 9   that have been satisfied, including their MAC
10   addresses and how long since the last time we'd seen   18:02:37
11   a -- the router had seen an ARP request go by for
12   that particular source address.
13          That sort of computer science concept of a
14   cache is found all over.
15      Q  One of the commands that is indicated that   18:03:14
16   you authored is the command "boot system."
17          Had you ever heard someone use the words
18   "boot system" together before you joined Cisco?
19          MR. NEUKOM:  Objection.  Vague.
20          THE WITNESS:  I had heard phrases like   18:03:45
21   "boot the system up," "reboot the system," "reload
22   the system," "start the system," "restart the
23   system."
24          (Exhibit 43 was marked for identification
25          and is attached hereto.)       16:48:10
```

Pages 178 to 181

**Page 186**

1    Q   How did you choose the term -- the words   18:13:39
2    "timers basic" for this function?
3        A   I don't remember where "basic" came from.
4    But using the keyword "timers" was my -- was my
5    introduction, was my creation.   18:14:00
6        MR. NEUKOM:   Counsel, I believe we're now
7    beyond seven hours.
8        MR. FERRALL:   Okay.   Well, I -- given
9    Mr. Lougheed's tenure at Cisco, I thank him for his
10   time, but I will say I think we deserve some more   18:14:22
11   time with him.
12       But I understand seven hours is up and
13   you're going to say enough is enough for today I
14   take it; is that right?
15       MR. NEUKOM:   Certainly for today for the   18:14:31
16   sake of the witness.   And we will respectfully
17   disagree with the idea that counsel needs more than
18   seven hours --
19       MR. FERRALL:   Okay.
20       MR. NEUKOM:   -- needs more than today.   18:14:41
21   But we can discuss that for another day.
22       In the meantime, I should note for the
23   record the witness reserves the right to review the
24   transcript and make corrections.
25       Brian, I'm not sure I did that for   18:14:51

**Page 187**

1    Mr. Tjong.   If you're okay with it, I'd like to just   18:14:53
2    do a stipulation across the case that both sides
3    have the 30-day review and errata right for all
4    transcripts regardless whether counsel puts it on
5    the record at the depo as a two-way street.   18:15:04
6        MR. FERRALL:   That's fine.   I thought it
7    existed as a matter of procedure anyway.   So that's
8    fine.
9        MR. NEUKOM:   I hope you're right, but glad
10   to have the stipulation, even if it's unnecessary.   18:15:17
11       MR. FERRALL:   Okay.
12       MR. NEUKOM:   Thanks very much.
13       THE VIDEO OPERATOR:   This concludes
14   today's videotaped deposition of Mr. Kirk Lougheed.
15   We're off the record at 6:15 p.m.   Thank you.   18:15:25
16       (TIME NOTED:   6:15 p.m.)
17       --o0o--
18
19
20
21
22
23
24
25

**Page 188**

9        I, KIRK LOUGHEED, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as
12   appear noted, in ink, initialed by me, or attached
13   hereto; that my testimony as contained herein, as
14   corrected, is true and correct.
15       EXECUTED this _____ day of _____,
16   2015, at _____, _____.
17           (City)        (State)
18
19
20       _____
21           KIRK LOUGHEED
22
23
24
25

**Page 189**

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12       Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 11/25/2015
23
24       <%signature%>
25       CARLA SOARES

Pages 186 to 189

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

     CISCO SYSTEMS, INC.        Case No.: 5:14-cv-05344-BLF(PSG)

 5

                     Plaintiff,

 6

         v.

 7

     ARISTA NETWORKS, INC.

 8

                     Defendants.

 9     _____

10

11

12

13       * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14         VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

15               Palo Alto, California

16              Monday, April 4, 2016

17                    Volume 2

18

19

20

21    Reported by:

22    LESLIE JOHNSON

23    RPR, CSR No. 11451

24    Job No.: 2285024

25    PAGES 190 - 399
```

Page 190

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 60 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1     UNITED STATES DISTRICT COURT | 1         I N D E X |
| 2   FOR THE NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3         SAN JOSE DIVISION | 3 WITNESS                    EXAMINATION |
| 4 | 4 KIRK LOUGHEED |
| CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG) | Volume 2 |
| 5 | 5 |
| Plaintiff, | 6    BY MR. WONG                 197 |
| 6 | 7 |
| v | 8        EXHIBITS |
| 7 | 9    KIRK LOUGHEED |
| ARISTA NETWORKS, INC | 10 NUMBER          DESCRIPTION         PAGE |
| 8 | 11 Exhibit 452  Copy of name badge; 1 page    198 |
| Defendants | 12 Exhibit 453  Black and white copy of photograph;  198 |
| 9 _____ | 1 page |
| 10 | 13 |
| 11 | Exhibit 454  Patent Agreement; Bates stamped    208 |
| 12 | 14   KL-00000872 to 891 |
| 13 | 15 Exhibit 455  A Multiple Protocol Kernel for   228 |
| 14 * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY * | Local Area Network Software |
| 15 | 16   Development Reference Manual; Bates |
| 16 | stamped KL-00000001 to 93 |
| 17    VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2, | 17 |
| 18 taken on behalf of Defendant, at 601 California Avenue, | 18 Exhibit 456  Document entitled "Chaosnet"; Bates  238 |
| 19 Palo Alto, California, beginning at 9:25 a m and ending | stamped KL-00000186 to 250 |
| 20 at 4:37 p m , on Monday. April 4, 2016, before | 19 Exhibit 457  Document entitled "Debugging   241 |
| 21 LESLIE JOHNSON, Certified Shorthand Reporter No  11451 | Information"; Bates stamped |
| 22 | 20   KL-00000564-654 |
| 23 | 21 Exhibit 458  DECnet Digital Network Architecture  244 |
| 24 | (Phase V); Bates stamped |
| 25 | 22   KL-00000251 to 380 |
| Page 191 | 23 Exhibit 459  E-mail from Stanford Low Overhead  252 |
| | Timesharing; Bates stamped |
| | 24   KL-00001699 to 763 |
| | 25 |
| | Page 193 |

| | |
|---|---|
| 1 APPEARANCES: | 1       EXHIBITS (Cont ) |
| 2 | 2    KIRK LOUGHEED |
| 3 FOR PLAINTIFF CISCO SYSTEMS, INC.: | 3 NUMBER        DESCRIPTION        PAGE |
| 4   QUINN EMANUEL URQUHART & SULLIVAN LLP | 4 Exhibit 460  E-mail dated 10-Jan-83 from Barb    260 |
| 5   BY: JOHN (JAY) NEUKOM, ESQ. | at ISL to Computer Committee; Bates |
| 6   50 California Street, 22nd Floor | 5   stamped KL-00000868 to 871 |
| 7   San Francisco, California  94111 | 6 Exhibit 461  Stanford Ethertip/Gateway User and  263 |
| 8   (415)875-6600 | Configuration Guide; Bates stamped |
| 9   johnneukom@quinnemanuel.com | 7   CSI-CLI-01315367 to 97 |
| 10 FOR DEFENDANT ARISTA NETWORKS, INC.: | 8 Exhibit 462  Letter dated August 21, 1986 from   281 |
| 11   KEKER & VAN NEST LLP | Robert L. Street to Len Bosack; |
| 12   BY: RYAN WONG, ESQ. | 9   Bates stamped CSI-CLI-01839502 |
| 13   633 Battery Street | to 504 |
| 14   San Francisco, California  94111 | 10 |
| 15   (415)391-5400 | Exhibit 463  E-mail dated 4/3/2006 from Kirk    298 |
| 16   rwong@kvn.com | 11   Lougheed to Vivian Neou; Bates |
| 17 ALSO PRESENT: | stamped CSI-CLI-01124245 |
| 18   SEAN GRANT, Videographer | 12 |
| 19 | Exhibit 464  Cisco's Amended Exhibit F; 44 pages  302 |
| 20 | 13 |
| 21 | Exhibit 465  Software Unit External Functional   310 |
| 22 | 14   Specification; Bates stamped |
| 23 | CSI-CLI-00608751 to 752 |
| 24 | 15 |
| 25 | Exhibit 466  ipsupport c -- miscellaneous IP   328 |
| Page 192 | 16   support code; 20 pages |
| | 17 Exhibit 467  Document entitled "Part 3: Media   332 |
| | Access Control (MAC) Bridges"; |
| | 18   Bates stamped ARISTANDCA00032440 |
| | to 812 |
| | 19 |
| | Exhibit 468  Contents of "tip" directory; 1 page  348 |
| | 20 |
| | Exhibit 469  Command1 c -- ASM/AGS commands;   355 |
| | 21   Bates stamped KL-SC-00000001 to 9 |
| | 22 Exhibit 470  Config c -- parse and act upon    358 |
| | configuration commands; Bates |
| | 23   stamped KL-SC-00000010 to 20 |
| | 24 Exhibit 471  Exec c -- ASM/AGS command level;   365 |
| | Bates stamped KL-SC-00000021 to 32 |
| | 25 |
| | Page 194 |

2 (Pages 191 - 194)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          EXHIBITS (Cont.)
2          KIRK LOUGHEED
3 NUMBER          DESCRIPTION          PAGE
4 Exhibit 472  "cisco.c" source code; 1 page          371
5 Exhibit 473  "stanford.c" source code; 1 page          371
6 Exhibit 474  Source code; Bates stamped          375
           KL-SC-00000033 to 41
7
   Exhibit 475  Source code; Bates stamped          375
8          KL-SC-00000042 to 52
9 Exhibit 476  Cisco Systems ASM/AGS User Manual          383
           and Configuration Guide; Bates
10          stamped CSI-CLI-00358622 to 54
11          * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                              Page 195

1          THE VIDEOGRAPHER:  Thank you.  Will the
2 certified court reporter please swear in the
3 witness.
4
5          KIRK LOUGHEED,
6 having been administered an oath, was examined and
7          testified as follows:
8
9          EXAMINATION (RESUMED)
10 BY MR. WONG:
11     Q.  Good morning, Mr. Lougheed.
12     A.  Good morning.
13     Q.  Mr. Lougheed, do you understand that this
14 is a continuation of your personal deposition that
15 was taken back on November 20th, 2015?
16     A.  I do.
17     Q.  And do you understand that you are still
18 testifying under oath as if you were testifying at
19 trial?
20     A.  I do.
21     Q.  And is there any reason why you cannot
22 give full and truthful testimony today?
23     A.  There is no reason.
24     Q.  And are you generally still familiar with
25 the ground rules for a deposition?
                              Page 197

1     Palo Alto, California, Monday, April 4, 2016
2          9:25 a.m.
3
4          THE VIDEOGRAPHER:  Good morning.  We're on
5 the record.  The time is 9:25 a.m., and the date is
6 April 4th, 2016.  This begins Volume 2 of the
7 videotaped deposition of Mr. Kirk Lougheed.  My name
8 is Sean Grant, here with our court reporter, Leslie
9 Johnson.  We're here from Veritext Legal Solutions
10 at the request of counsel for Defendant.  This
11 deposition is being held at Wilson Sonsini in Palo
12 Alto, California.  The caption of this case is
13 "Cisco Systems Inc. versus Arista Networks Inc.,"
14 Case No. 5:14-cv-05344-BLF.
15     Please note that audio and video recording
16 will take place unless all parties have agreed to go
17 off the record.  Microphones are sensitive and may
18 pick up whispers, private conversations or cellular
19 interference.
20     At this time, will counsel please identify
21 themselves and state whom they represent.
22     MR. WONG:  Ryan Wong from Keker & Van Nest
23 for Defendant Arista Networks.
24     MR. NEUKOM:  John Neukom for the plaintiff
25 and also today for the witness.
                              Page 196

1     A.  Yes.
2     Q.  Okay.  Well, I'll just repeat some of the
3 more important rules.  If you need to take a break
4 at any time, just let me know.  And all I'd ask is
5 that if there is a question pending, that you answer
6 it before we go on the break.  Okay?
7     A.  (Witness nods head.)
8     MR. WONG:  Why don't we mark this as the
9 first exhibit for today.
10     (Exhibit 452 marked for identification.)
11     MR. WONG:  And we will mark this one as
12 the next exhibit.
13     (Exhibit 453 marked for identification.)
14     MR. NEUKOM:  Ryan, I have two separate
15 pieces of paper.  Are you treating these as two
16 separate exhibits?
17     MR. WONG:  Yes.  I'm going to give them
18 two exhibit numbers and read them into the record in
19 just a second.
20     The court reporter has marked as
21 Exhibit 452 a photocopy -- photo bearing Bates Nos.
22 KL-00002202.  The court reporter has also marked as
23 Exhibit 453, a black and white photo with Bates Nos.
24 KL-00002201.
25 ////
                              Page 198

3 (Pages 195 - 198)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  A type of computer manufactured by the
2 Digital Equipment Corporation.
3    Q.  And Digital Equipment Corporation is also
4 known as DEC, right?
5    A.  Correct.
6    Q.  And did you work with these DEC VAX
7 super-minicomputers while an employee at Stanford?
8    A.  One of the -- actually, at least two of
9 the systems programmers were the ones that were
10 primarily responsible for making sure that those
11 systems ran properly.
12    Q.  Was Mr. Satz one of those systems
13 programmers that --
14    A.  Yes.
15    Q.  -- worked with the VAX system?
16    A.  Yes.
17    Q.  Is the answer the same for the VAX-11/750
18 super-minicomputers?
19    A.  Yes.
20    Q.  Did those VAX machines have a command-line
21 interface?
22        MR. NEUKOM:  Objection.  Vague.
23 BY MR. WONG:
24    Q.  Did the VAX-11/780 systems have a
25 command-line interface?

Page 223

1        MR. NEUKOM:  Objection.  Vague.
2        THE WITNESS:  Yes.
3 BY MR. WONG:
4    Q.  Were you familiar with how the VAX
5 command-line interface operated?
6    A.  VAX is the name of a piece of hardware
7 that would run an operating system.
8    Q.  Thank you.
9        What is the operating system that the VAX
10 hardware ran?
11    A.  At Stanford there were two possibilities,
12 something called VAX VMS, and there was also
13 Berkeley UNIX.
14    Q.  Is Berkeley UNIX the same as BSD?
15    A.  Yes.
16    Q.  Were you familiar with the VAX VMS
17 command-line interface?
18    A.  No.
19    Q.  Were you familiar with the Berkeley UNIX
20 command-line interface?
21    A.  Yes.
22    Q.  The last bullet point on the page ending
23 in 886 of Exhibit 454, do you see that?  It starts
24 with "Supervised a computer science department."
25    A.  Yes, I see that paragraph.

Page 224

1    Q.  And the first full sentence of that bullet
2 point says, "Supervised a computer science
3 department electronics design engineer in the
4 hardware debugging of a DEC-20 to ethernet
5 interface."
6        The next sentence says, "I also wrote the
7 interface's control microcode, the hardware
8 diagnostics, and the operating system support for
9 the device."
10        Do you see that?
11    A.  I do.
12    Q.  Is that referring to the EtherTIP
13 software?
14    A.  No.
15    Q.  What is that referring to?
16    A.  That's referring to the Massbus-Ethernet
17 Interface Subsystem.
18    Q.  And that's also reflected with the acronym
19 MEIS, correct?
20    A.  Yes.
21    Q.  Did Cisco use any of the software for the
22 MEIS?
23    A.  No.
24    Q.  Can you go to the page ending with Bates
25 No. 888 in Exhibit 454.

Page 225

1    A.  Uh-huh.  Yes.  I'm on that page.
2    Q.  The first bullet point, or I guess the
3 only bullet point on this page starts with "Acted as
4 Stanford contact."
5        Do you see that?
6    A.  Yes, I see that paragraph.
7    Q.  Is it true that you acted as Stanford
8 contact with DEC for field testing of two new
9 releases of the DEC-20 operating system?
10    A.  Let me finish the paragraph so I can
11 establish context.
12    Q.  Sure.  Please take your time.
13    A.  Okay.  I've read the paragraph.  Your
14 question is?
15    Q.  Is it true you that you acted as the
16 Stanford contact with Digital Equipment Corporation
17 for field testing two new releases of the DEC-20
18 operating system?
19    A.  Yes.
20    Q.  Is the DEC 20 operating system the same
21 thing as the TOPS-20 operating system?
22    A.  Yes.
23    Q.  Further down on this same page ending with
24 control numbers 888 on Exhibit 454, there's a
25 section called "Special Skills Knowledge or Training

Page 226

10 (Pages 223 - 226)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Required Including Tools or Equipment Used."
2      Do you see that?
3    A.  I see that.
4    Q.  And one sentence underneath that heading
5  says "Familiarity with the hardware and protocols
6  used in local area networks in (ethernet) and
7  long-haul national networks (ARPANET)."
8      Do you see that?
9    A.  I see that sentence.
10   Q.  Did I read that correctly?
11   A.  You did.
12   Q.  What protocols were you familiar with as
13  of May 6th, 1985 that were used in local area
14  networks?
15   A.  There -- ethernet, even in 1985 had many,
16  many protocols.  You could run PUP or Park Universal
17  Packet.  You could run PCPIP.  You could run XNS.
18  You could run -- by that time, pretty much any
19  network protocol would run on an ethernet.
20   Q.  Was address resolution protocol a protocol
21  that was used in local area networks?
22   A.  On ethernets, yes.
23   Q.  You can put that document aside.
24      MR. WONG:  Let's mark this one as
25  Exhibit 455, please.

Page 227

1      (Exhibit 455 marked for identification.)
2  BY MR. WONG:
3    Q.  The court reporter has marked as
4  Exhibit 455 a document bearing control numbers KL
5  00000001 to 93.
6      Mr. Lougheed, do you recognize the
7  document marked as Exhibit 455?
8    A.  I recognize what it is.  I don't believe I
9  have read it before.
10   Q.  Okay.  You say you recognize what it is.
11  What is the document marked as Exhibit 455?
12   A.  It appears to be a reference manual for
13  Bill Yaeger's software that he developed under the
14  SUMEX project.
15   Q.  And this was produced from your personal
16  files, correct, Exhibit 455?
17   A.  Yes.
18   Q.  Why did you have the document marked as
19  Exhibit 455 in your personal files?
20   A.  It seemed to me to be of -- whenever I
21  obtained it, it seemed to me to be of at least
22  historical interest.
23   Q.  Would you have obtained the document
24  marked as Exhibit 455 before you left Stanford in
25  July of 1986?

Page 228

1      MR. NEUKOM:  Objection.  The question is
2  phrased in the hypothetical.
3      MR. WONG:  Let me rephrase the question so
4  it's not hypothetical.
5  BY MR. WONG:
6    Q.  Did you obtain the document marked as
7  Exhibit 455 before you left Stanford in July of
8  1986?
9    A.  I believe so.
10   Q.  Do you remember if you obtained the
11  document marked as Exhibit 455 directly from
12  Mr. Yaeger?
13   A.  I have no memory of now I actually
14  obtained this document.
15   Q.  Were documents -- strike that.
16      Was the document marked as Exhibit 455
17  available for you to get, besides going directly
18  through Mr. Yaeger?
19      MR. NEUKOM:  Objection.  Vague.
20      THE WITNESS:  I don't have a memory of how
21  I actually obtained it.  I -- these -- such
22  documents were certainly easily obtainable at
23  Stanford University.
24  BY MR. WONG:
25   Q.  When you say such documents like

Page 229

1  Exhibit 455 were easily obtainable at Stanford
2  University, how were these documents easily
3  obtainable?
4    A.  It was a community where -- it was a
5  research community where research reports, if you
6  wanted them, you could -- you could ask around for
7  them.
8    Q.  Now, you said you weren't sure if you had
9  read the document marked as Exhibit 455, correct?
10   A.  I have no --
11      MR. NEUKOM:  Objection.  Misstates prior
12  testimony.
13      THE WITNESS:  I have no memory of reading
14  this before.  I may have.  I may not have.  I have
15  no memory.
16  BY MR. WONG:
17   Q.  Were you familiar with the functionality
18  of the SUMEX software that Mr. Yaeger wrote while at
19  Stanford?
20   A.  Yes.
21   Q.  Were you familiar with how the command
22  parser worked in the SUMEX software that Mr. Yaeger
23  wrote?
24   A.  At one point I certainly was.
25   Q.  Were you familiar with how the command

Page 230

11 (Pages 227 - 230)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   And was Exhibit 456 a document that was in
2    your personal files?
3    A.   Yes, it was.
4    Q.   Okay.  And why did you have this CHAOS net
5    document marked as Exhibit 456 in your personal
6    files?
7    A.   Because in 1987, at the request of some
8    customers, we added CHAOS net to the Cisco router
9    software.  A consultant named Eric Weaver actually
10   did the -- I believe it was Eric Weaver did the
11   actual implementation in the Cisco software.  He was
12   a contractor for us.
13   Q.   Okay.  So your possession of the document
14   marked as Exhibit 456 was in connection with work
15   that Cisco did with respect to CHAOS net?
16   A.   Correct.  I suspect this was the document
17   I handed him to say I want this in the router.
18   Q.   Did you ever read the document marked as
19   Exhibit 456 before you handed it to Mr. Weaver?
20   A.   I may have.
21   Q.   Can you turn to page 17 of Exhibit 456.
22   The control number at the bottom ends in 206.  Let
23   me know when you're there, please.
24   A.   Okay.  I'm on page -- page 17 of the CHAOS
25   net document.

Page 239

1    Q.   And the first -- strike that.  At the top
2    of this page ending in control numbers 206 of
3    Exhibit 456, it says "3.8 Flow and Error Control."
4        Do you see that?
5    A.   Yes.
6    Q.   Do you understand what flow control is,
7    Mr. Lougheed?
8    A.   In a general sense.
9    Q.   Can you please explain to me what flow
10   control means in a general sense.
11   A.   How you put packets onto the network and
12   what speed, rate that you -- and under what
13   conditions you put the packets onto the network.
14   That's my general understanding.  I'm not sure --
15   every protocol has its own nuances, so -- and I have
16   not read the rest of this page, so . . .
17   Q.   Understood.
18       When you say every protocol has its own
19   nuances, do you mean that every protocol has its own
20   nuances for flow control?
21   A.   Pretty much.
22   Q.   When was -- strike that.
23       Do you know when the term "flow control"
24   was first used in the networking industry?
25   A.   No.

Page 240

1    Q.   Did you come up with the term "flow
2    control"?
3    A.   No.  You're doing a bit of random word
4    matching.
5    Q.   Yes.  Random questioning is definitely my
6    style.
7        You can set that document aside.
8        MR. WONG:  Let's mark this one as the next
9    exhibit, please.
10       (Exhibit 457 marked for identification.)
11   BY MR. WONG:
12   Q.   The court reporter has marked as
13   Exhibit 457 a document bearing control numbers
14   KL-00000564 to 654.
15       And Mr. Lougheed, take your time to look
16   at Exhibit 457.  But my question to you is, do you
17   recognize the document marked as Exhibit 457?
18   A.   There is no title to this document, other
19   than Chapter 1.  It appears to be -- have to do with
20   DEC-20 hardware.  So I don't -- I do not recognize
21   where this document came from.
22   Q.   Okay.  I'll represent to you that this
23   document was produced to us without a cover page.
24   So this is -- this is the document that was produced
25   to us.

Page 241

1        Do you have any doubt that this document
2    was in your personal files that you handed over to
3    Cisco's counsel?
4    A.   I don't doubt that.
5    Q.   Do you know when you came into possession
6    of the TOPS-20 document marked as Exhibit 457?
7    A.   Probably while I was working at Stanford,
8    if this indeed came from the contents of the boxes
9    in my garage.
10   Q.   Mr. Lougheed, did you give the documents
11   that were in your garage to your counsel after the
12   first deposition took place?
13   A.   There were -- yes.
14   Q.   Was there anything else besides documents
15   that were stored in your garage that you provided to
16   your counsel after the first deposition of you?
17   Anything besides paper documents that you found in
18   your garage?  Did you provide any other documents to
19   your counsel after your first deposition?
20   A.   Just paper documents.
21   Q.   Did you have -- strike that.
22       While you were working at Stanford and
23   before you left to join Cisco in July of 1986, did
24   you have TOPS-20 user manuals in your possession?
25       MR. NEUKOM:  Objection.  Vague.

Page 242

14 (Pages 239 - 242)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 65 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  Yes.
2    Q.  Do you know when a spanning tree is?
3    A.  Yes, I do.
4    Q.  What is a spanning tree?
5    A.  A spanning tree is a --
6        MR. NEUKOM:  Objection.  Calls for
7    opinion.
8        THE WITNESS:  It's a graph imposed on the
9    network to ensure that packets that are being
10   bridged do not get into loops as they are being
11   transmitted by bridges.
12   BY MR. WONG:
13   Q.  And is that the function that is served by
14   a spanning tree?
15       MR. NEUKOM:  Objection.  Calls for opinion
16   testimony, and the question is phrased in the
17   hypothetical or abstract.
18   BY MR. WONG:
19   Q.  Let me ask the question differently,
20   Mr. Lougheed.
21       What is the function served by a spanning
22   tree?
23       MR. NEUKOM:  Same objections.
24       THE WITNESS:  The spanning tree is
25   essentially a data structure -- in effect is a data

Page 251

1    structure that allows bridges and other things that
2    forward at the MAC layer -- it tells them which
3    ports they should not forward packets on.
4    BY MR. WONG:
5    Q.  When did first hear of the term "spanning
6    tree"?
7    A.  During my -- during Cisco.  Probably late
8    '80s.
9    Q.  You can set that document aside.
10       MR. WONG:  Let's have that marked as the
11   next exhibit, please.
12       (Exhibit 459 marked for identification.)
13   BY MR. WONG:
14   Q.  The court reporter has marked as
15   Exhibit 459 a document bearing control numbers
16   KL-00001699 to 1763.
17       Mr. Lougheed, please take a moment to look
18   at Exhibit 459 and let me know -- well, and my first
19   question to you will be, do you recognize
20   Exhibit 459?
21   A.  Yes.
22   Q.  And what is Exhibit 459?
23   A.  It's a computer listing of my e-mail while
24   I was working at the Stanford low overhead
25   time-sharing.

Page 252

1    Q.  And the Stanford low overhead
2    time-sharing, is that also -- does that also use the
3    acronym LOTS?
4    A.  Yes.
5    Q.  If you turn to the first page of
6    Exhibit 459, the Bates number ends in 1700.  Let me
7    know when you're there.
8    A.  Okay.
9    Q.  There is a -- I guess this is an e-mail at
10   the top of the page ending in Bates Nos. 1700,
11   correct?  Is that an e-mail at the top of the page
12   ending in Bates No. 1700?
13   A.  Yeah.
14   Q.  And there's a CC there to b.bombadil?  Do
15   you see that?
16   A.  Right.
17   Q.  Is that your e-mail address?
18   A.  That was my -- that was my user ID at the
19   LOTS computer facility.
20   Q.  Okay.  So where "b.bombadil" appears in
21   Exhibit 459, that is your user ID, correct?
22   A.  Correct.
23   Q.  What does the "B" stand for the
24   b.bombadil?
25   A.  So in the -- in 1976, when they set up the

Page 253

1    student computing facility, they needed to support
2    several thousand users, and the operating system had
3    a limitation that it could only support some number
4    smaller than the total number of students.  So what
5    they did was they created top level directories A
6    through Z, and then the dot indicates that there is
7    a subdirectory or, you know, a subuser of that.  So
8    everybody's user ID had the initial letter, dot
9    username.
10   Q.  Understood.  I was wondering why it wasn't
11   T. Bombadil.  But I'm assuming the Bombidel refers
12   to --
13   A.  The Tolkien character.
14   Q.  Yes.
15       THE REPORTER:  To what character?
16       THE WITNESS:  Tolkien.  As in Lord of the
17   Rings.  Or actually, as in the Hobbit.  No.
18   Actually, it's Lord of the Rings.
19   BY MR. WONG:
20   Q.  I think it's Lord of the Rings.
21   A.  What can I say?  I was an undergraduate.
22   I was stuck with that same username.
23   Q.  I would have chosen Radagast.
24       Are you aware of the e-mail alias at Cisco
25   called Clueless@Cisco.com?

Page 254

17 (Pages 251 - 254)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2     Q.  Can access lists be associated with
3 different routing protocols?
4     A.  Yes.
5        MR. NEUKOM:  Objection.  Calls for opinion
6 testimony.
7 BY MR. WONG:
8     Q.  Yes, right?
9     A.  We have implemented such in the past.
10     Q.  What other routing protocols have -- for
11 what -- strike that.
12        For what other routing protocols have you
13 implemented access lists?
14     A.  I'll have to think carefully about this.
15 XNS, Banyan VINES, I believe.  I'd have to go refer
16 to the Cisco documentation, but I know that we did
17 have access lists for a number of network protocols.
18        MR. WONG:  Just for the court reporter's
19 knowledge, did you say Banyan VINES?
20        THE WITNESS:  Banyan VINES.  B-A-N-Y-A-N,
21 and then VINES, as in --
22        MR. NEUKOM:  Red vines.
23        THE WITNESS:  As in red vines.  Okay.
24 BY MR. WONG:
25     Q.  As in a banyan tree?

Page 315

1     Q.  When you added the "ip access-group"
2 command, did you consider using a different term
3 other than "IP"?
4     A.  I do not recall whether we had switched
5 everything to the IP's hierarchy then.  I'd have to
6 refer to the documentation to see whether or not we
7 actually had an IP hierarchy or whether we assumed
8 everything was IP.
9     Q.  I understand.  If there had been an IP
10 hierarchy already implemented at the time you added
11 the "ip access-group" command would you have
12 considered any other term besides "IP" in the "ip
13 access-group" command?
14        MR. NEUKOM:  Objection.  Calls for
15 speculation, and the question poses a hypothetical.
16        THE WITNESS:  I could have perhaps
17 inverted the hierarchy.  I'm sorry.  The question is
18 again?
19 BY MR. WONG:
20     Q.  You testified that you weren't sure
21 whether or not there had been an IP hierarchy
22 implemented at the time you added this "ip
23 access-group" command?
24     A.  Right.
25     Q.  Assuming you checked and there was already

Page 317

1     A.  A banyan tree.
2     Q.  So the "IP" word in the "ip access-group"
3 command is meant to indicate that the access groups
4 are for the IP protocol, correct?
5     A.  It is an indication that that command
6 applies to the IP -- into the IP hierarchy of the
7 interface command.
8     Q.  So if you were implementing access groups
9 for the XNS protocol, it would be "XNS
10 access-group," right?
11     A.  Yes.
12     Q.  Have you had -- strike that.
13        Did you come up with the term "access
14 group" in 1989?
15     A.  That was the command expression I chose.
16     Q.  Well, was it the first -- had you heard of
17 the term "access group" at the time that you added
18 this command to the Cisco IOS?
19     A.  No, I hadn't.  I had previously
20 implemented an "access class" command associated --
21 for associating an access list with a terminal line.
22 And I needed something to associate it with an
23 interface.  And I was -- I just needed something
24 different.  And that was the best I could come up
25 with that day.

Page 316

1 an IP hierarchy in existence when you added the "ip
2 access-group" command, would you have changed the
3 first word to be anything other than "IP"?
4     A.  Given that I had made the -- made the
5 choice of "IP" as the keyword indicating Internet
6 protocol-related stuff, I would have felt
7 constrained to use that as the leading keyword.
8 Otherwise, it would be a seemingly asymmetric
9 construction in the hierarchy.
10     Q.  How long did it take you to come up with
11 the ""ip access-group"" command syntax?
12     A.  Not very long.  All I needed was some sort
13 of keyword that had "access" in it and something
14 after it to distinguish it between class and list.
15 And as I said earlier, that was the best I could
16 come up with that day.  I wasn't necessarily
17 terribly happy about it.  It was not a terribly
18 descriptive command, as far as I was concerned.
19     Q.  When you say "not very long," are you
20 talking about a matter of minutes?
21     A.  Yep.
22     Q.  How long -- did you write the source code
23 for the "ip access-group" command?
24     A.  For the original, yes.
25     Q.  How long did it take you to write the

Page 318

33 (Pages 315 - 318)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  source code for the original "ip access-group"
2  command?
3      A.  So writing it for that command would have
4  been part of writing the entire functionality of
5  putting access lists onto interfaces, I guess on the
6  order of a day.
7      Q.  If you turn to page 20 on Exhibit 464.
8  Let me know when you're there.
9      A.  Okay.  I'm on page 20.
10     Q.  The second to the top command is
11 "mac-address."
12         Do you see that?
13     A.  Uh-huh.
14     Q.  Are you the originator of the
15 "mac-address" command?
16     A.  Yes.
17     Q.  How do you know that you're the originator
18 of the "mac-address" command?
19     A.  I remember the problem that I was solving
20 that I needed that sort of functionality.
21     Q.  What was the problem that you were trying
22 to solve by the "mac-address" command?
23     A.  I needed to send packets on a serial line
24 that actually -- which a serial line does not have
25 MAC addresses, but I needed to somehow get a MAC
Page 319

1       But to your knowledge, MAC is an
2  industry-standard term defined either on OSI or the
3  IEEE?
4       MR. NEUKOM:  Objection.  Vague.  Calls for
5  opinion.
6  BY MR. WONG:
7      Q.  Correct?
8      A.  I believe at least IEEE has used the term
9  "MAC address."
10     Q.  And at the time that you added the
11 "mac-address" command to Cisco IOS, had the IEEE, to
12 your knowledge, already started using the term "MAC
13 address"?
14     A.  Yes.
15     Q.  How long did it take you -- strike that.
16         How long did it take you to come up with
17 the syntax for the "mac-address" command?
18     A.  I don't remember how long.  I suspect it
19 was less than a day.
20     Q.  Why do you say that?
21     A.  I tend to make decisions quickly.
22     Q.  How long did it take you to write the
23 source code for the functionality associated with
24 the "mac-address" command?
25     A.  It was probably the same day.
Page 321

1  address associated with that particular serial line.
2      Q.  Was that related to a client request?
3      A.  Yes.  I don't remember the exact customer
4  or the details to it.
5      Q.  Do you remember if the customer suggested
6  you calling the command "mac-address"?
7      A.  I don't remember if the customer suggested
8  anything in that particular -- in that particular
9  instance.
10     Q.  And is the function of the "mac-address"
11 command to associate a MAC address with a particular
12 serial line?
13     A.  It could be a serial line.  It could be
14 actually any interface.  It would depend what
15 protocols are running across the interface as to
16 what it would do.
17     Q.  And what is -- strike that.
18         The MAC part of the words "mac-address,"
19 that refers to media access control, correct?
20     A.  Yes.
21     Q.  And we talked about that media access
22 control being a layer defined by OSI, correct?
23     A.  I think we were wondering whether it was
24 OSI or IEEE.
25     Q.  Thank you.
Page 320

1      Q.  Did you ever consider a command syntax
2  without the hyphen between "mac" and "address"?
3      A.  Stylistically, I prefer dashes as opposed
4  to cramming the words together.  I like commands
5  that have an English-like flavor to them.  And I
6  detest periods in commands and underscores.  So this
7  was . . .
8      Q.  Did you ever consider two -- let me strike
9  that.
10         Do you know what a token is in the context
11 of a command?
12     A.  Yes.
13     Q.  Did you ever consider a command syntax of
14 "mac address"?
15     A.  I don't recall if I did.
16     Q.  What impact would it have, if any, on the
17 user if -- strike that.
18         Would the CLI behave differently if the
19 command was "mac address," as opposed to
20 "mac-address"?
21         MR. NEUKOM:  Objection.  Hypothetical
22 question.
23         THE WITNESS:  Well, it behaves differently
24 in that instead of one token, there's two tokens.
25 So there would be that.
Page 322

34 (Pages 319 - 322)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 but for different protocols, then it was a very easy
2 generalization.
3    Q.  So a matter of minutes?
4    A.  Once the decision had been made to do
5 that, yes.
6    Q.  What do you think is creative about the
7 command "show ip route"?
8       MR. NEUKOM:  Objection.  Calls for opinion
9 and legal conclusion.
10      THE WITNESS:  So for the "route" command,
11 I originally needed some way of saying -- what I
12 needed was a way of indicating to the software that
13 if I had a packet destined for a particular network,
14 which is the first argument, that I send it to a
15 particular IP address, which is the IP address of a
16 router.  And one of those list of network and router
17 pairs may actually be the default, if I didn't find
18 a network mentioned anywhere and couldn't figure out
19 what to do with it.  Otherwise, send it to this
20 particular router or gateway.  Those are the pieces
21 of information that I needed, and I just -- I chose
22 the name "route."  And "IP route" came along
23 afterwards.
24 BY MR. WONG:
25    Q.  Are you the originator of the "show

Page 331

1 BY MR. WONG:
2    Q.  The court reporter has marked Exhibit 467,
3 a document bearing control numbers
4 ARISTANDCA00032440 to 32812.
5       And my only question for you,
6 Mr. Lougheed, on this document marked as Exhibit 467
7 is, is this one of the ANSI/IEEE standards that
8 defines a spanning tree?
9       MR. NEUKOM:  Objection.  Vague.  Also
10 calls for opinion testimony.  And to the extent that
11 you can find a way to answer this question insofar
12 as the task is an assessment of a document which is
13 double-sided, still over an inch thick, and appears
14 to have --
15      THE WITNESS:  10-point font.
16      MR. NEUKOM:  And appears to have about 350
17 pages.  And that's right, size 6 font, size 8 font.
18 It's an unreasonable question on its face.
19 BY MR. WONG:
20    Q.  Let me ask it this way, Mr. Lougheed.
21      At the top of page 467, top right, you see
22 it says "1998 edition," right?
23    A.  Yes.
24    Q.  Have you seen IEEE/ANSI standards before?
25    A.  Yes.

Page 333

1 spanning-tree" command?
2    A.  Yes, I am.
3    Q.  What is a spanning tree?
4    A.  My testimony earlier in the day addresses
5 that question.
6    Q.  So thank you.
7       And your explanation of what is a spanning
8 tree earlier in today's deposition would be the same
9 for my question regarding the "show spanning-tree"
10 command; is that correct?
11    A.  Right.
12    Q.  And what functionality does the "show
13 spanning-tree" command perform?
14    A.  It displayed global parameters having to
15 do with the spanning tree and interface-specific
16 parameters having to do with the spanning tree on
17 the box.
18    Q.  And the term "spanning tree," you didn't
19 come up with that, right, Mr. Lougheed?
20    A.  No, I didn't.
21    Q.  The term "spanning tree" is used in
22 ANSI/IEEE standards, correct?
23    A.  Yes.  To my knowledge.
24      (Exhibit 467 marked for identification.)
25 ////

Page 332

1    Q.  From the first page of Exhibit 467, do you
2 have any reason to doubt that this is an IEEE
3 standard?
4       MR. NEUKOM:  Objection.  Vague.  Calls for
5 opinion testimony.  And lack of foundation.
6       THE WITNESS:  I'm willing to accept the
7 assertion that it's an IEEE standard.
8 BY MR. WONG:
9    Q.  Had you ever reviewed the ANSI/IEEE
10 standard 802.1D 1998 edition?
11    A.  I have never reviewed the 1998 edition of
12 IEEE 802.1D.
13    Q.  Have you ever reviewed any other editions
14 of 802.1D?
15    A.  A much earlier version.
16    Q.  In that much earlier -- you can set that
17 down, Mr. Lougheed.
18      In that earlier version of 802.1D, do you
19 recall whether the standard used the term "spanning
20 tree"?
21      MR. NEUKOM:  Objection.  Vague.  I'm
22 pretty sure if that document uses the word
23 "standard" the way the document before uses the word
24 "standard," the document presupposes a
25 mischaracterization of the document.

Page 334

37 (Pages 331 - 334)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2    Q.   Please answer.
3    A.   What's your question again?
4    Q.   Sure.  In the earlier version of the
5 802.1D standard that you have reviewed -- strike
6 that.
7        You just testified that you had reviewed
8 an earlier version of the 802.1D standard earlier
9 than the 1998 edition, right?
10    A.   Right.
11    Q.   And do you recall approximately what year
12 that version of the 802.1D standard was?
13    A.   Not the year.  The year I would have
14 reviewed something like that would have been '87 or
15 '88.
16    Q.   And in your review of that version of the
17 802.1D standard that you would have reviewed in 1987
18 or '88, do you recall whether the word "spanning
19 tree" existed in that document?
20    A.   No, I don't recall if that word appeared
21 there.
22    Q.   But when you came up with the "show
23 spanning-tree" command for Cisco IOS, had you heard
24 of the term "spanning tree" before that?
25    A.   Yes, I had.

Page 335

1    Q.   And why did you choose to put a hyphen
2 between the words "spanning" and "tree"?
3    A.   Because I like English phrases and I like
4 separating them with dashes.
5    Q.   Why did you --
6    A.   And I saw -- go ahead.
7    Q.   No, no.  I interrupted you, Mr. Lougheed.
8 Go ahead.
9    A.   And I had no concept or no belief at the
10 time that I would need to turn that into a
11 hierarchy.
12    Q.   And when you say -- refer to a need to
13 turn it into a hierarchy, are you referring to the
14 option of using a space instead of a hyphen in
15 between the word "spanning" and "tree"?
16    A.   Yes.
17    Q.   How long did it take for you to come up
18 with the command "show spanning-tree," the syntax?
19    A.   The syntax?  Once I had the protocol
20 working, wouldn't have been very long.
21    Q.   Matter of minutes?
22    A.   Less than a day.
23    Q.   Do you think the command "show
24 spanning-tree" is creative?
25    A.   I don't understand.

Page 336

1        MR. NEUKOM:  Objection.  Calls for opinion
2 testimony.
3        THE WITNESS:  I don't understand what you
4 mean by the word "creative."
5 BY MR. WONG:
6    Q.   Do you believe that it took any degree of
7 creativity to come up with the command "show
8 spanning-tree"?
9        MR. NEUKOM:  Same objection.  Calls for
10 opinion testimony.  Also calls for a legal
11 conclusion.
12        But notwithstanding my objections, you
13 should still try to answer these questions to the
14 best of your ability.
15        THE WITNESS:  And the question is?
16 BY MR. WONG:
17    Q.   Do you believe that it took any creativity
18 to come up with the command "show spanning-tree"?
19    A.   I do believe that it shows a degree of
20 creativity.
21    Q.   And describe -- go ahead.
22    A.   I mean --
23    Q.   Were you done with your answer?
24    A.   Yes.
25    Q.   And what is creative about the command

Page 337

1 "show spanning-tree"?
2        MR. NEUKOM:  Objection.  Calls for a legal
3 conclusion and calls for opinion testimony.
4        THE WITNESS:  And I just -- I'm not sure
5 what the hell you mean by "creative."
6 BY MR. WONG:
7    Q.   Have you -- do you know what the word
8 "creative" means?
9        What do you understand the word "creative"
10 to mean?  The question is, what do you understand
11 the word "creative" to mean?
12        MR. NEUKOM:  Objection to form.
13        THE WITNESS:  It's the ability to create
14 things.  And I was creating a command expression to
15 monitor a piece of complex software.
16        What do you mean by "creative"?
17 BY MR. WONG:
18    Q.   I'm going to use your definition of
19 creative here, Mr. Lougheed.  Under your definition
20 of "creative," what's creative about the "show
21 spanning-tree" command?
22        MR. NEUKOM:  Objection.  Calls for opinion
23 testimony and calls for a legal conclusion.
24        THE WITNESS:  Writing any piece of
25 software involves some degree of creativity.  It may

Page 338

38 (Pages 335 - 338)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 70 of 122

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   And actually, if you look on that same
2  page, page 42 of Exhibit 464, the command right
3  above it is "timers basic (RIP)."
4        Do you see that?
5    A.   Uh-huh.
6    Q.   And you are also the originator of that
7  command, correct?
8    A.   Yes.
9    Q.   And the date of earliest known document
10  for that command is September 14th, 1989.
11        Do you see that?
12    A.   Uh-huh.
13    Q.   Is that -- strike that.
14        Did you work on different "timers"
15  commands at the -- roughly the same time period for
16  Cisco IOS?
17        MR. NEUKOM:  Objection.  Vague and
18  compound.
19  BY MR. WONG:
20    Q.   Let me ask specifically, actually, about
21  these.
22        Did you work on the "timers basic" command
23  and the "timers bgp" command at the same time?
24    A.   I don't know if it was the same time, but
25  it was certainly in the late '80s.

Page 343

1    Q.   Were there already commands in Cisco IOS
2  at the time you added the "timers bgp" command where
3  the first token was the word "timers"?
4    A.   Yes.
5    Q.   What existing commands were present in
6  Cisco IOS that started with the first token of
7  "timers" when you added the "timers bgp" command?
8    A.   They were all -- they were all subcommands
9  of the "routing" protocol command.  Because -- well
10  that was the only -- the only domain that was -- the
11  "timers" command at that time was for routing --
12  adjusting timers for routing protocols.
13    Q.   And just so I can understand, when you say
14  they were all subcommands of the "routing-protocol"
15  command, what is the "routing-protocol" command?
16    A.   These days, it would be the "router"
17  command.  And the "router" command -- it's a command
18  mode where you say "router," then the name on the
19  routing protocol, like "IGRP" or "RIP" or "BGP."
20  And then you would -- on subsequent lines, you would
21  give command expressions that would tweak stuff that
22  is specific to that particular protocol.
23    Q.   So was the "timers bgp" command a
24  subcommand of the "routing-protocol" command?
25    A.   Yes.

Page 344

1    Q.   Do you have to --
2    A.   It's either "routing-protocol" or
3  "router."  The command form changed in that time
4  frame.  But it's the same -- it's the same concept.
5    Q.   So just so I understand, Mr. Lougheed,
6  before a user at the command-line interface types in
7  "timers bgp" as a command, before that, the user has
8  to type in a routing protocol command?
9    A.   Right.  For example, "router bgp,"
10  "timers" plus the number, and then you would say,
11  you know, "bgp timers" or timers bgp."
12    Q.   Got it.
13        And BGP refers to border gateway protocol,
14  correct?
15    A.   Yes.
16    Q.   And we discussed border gateway protocol
17  during your first deposition.  Remember that?
18    A.   That correct.
19    Q.   And as the 1989, BGP was already in IETF
20  industry standards, correct?
21    A.   No.
22    Q.   At what stage was -- strike that.
23        Today BGP is specified in IETF industry
24  standards, correct?
25    A.   It is described in an RFC that is a

Page 345

1  standard -- what the IETF calls a standard, yes.
2    Q.   So as of the time that the timers BGP
3  proto- -- strike that.
4        At the time that the timers BGP command
5  was added to Cisco IOS, at what stage was the BGP
6  standardization process in the IETF, to your
7  knowledge.
8    A.   Yakov Rekhter and I came up with the very
9  first version of BGP in January of 1989, wrote an
10  RFC describing it.  And there were other
11  implementations that were starting to pop up after
12  we did the first couple of RFCs.  I don't
13  remember -- Yakov Rekhter was the person who handled
14  the standards process within the IETF.
15    Q.   Do you remember the RFC number of the
16  first BGP RFC?
17    A.   I believe it was 1105.
18    Q.   I think you're right.
19        The source code relating to the Cisco fork
20  of the EE-CF software that was provided to counsel
21  in this case, you testified earlier that it had
22  different -- it had copies of source code other than
23  the Cisco fork.  Do you remember that testimony?
24    A.   Could you refresh me as to what the
25  question was you asked and what I answered?

Page 346

40 (Pages 343 - 346)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 Mr. Lougheed.
2     Now, those two sentences that you read
3 from the Stanford Ethertip User Guide marked as
4 Exhibit 36 and the Cisco Systems ASM/AGS User Manual
5 marked as Exhibit 476 are exactly the same, correct?
6     A.  Yes. I wrote both sentences.
7     Q.  And so Cisco copied those two sentences
8 from the Stanford guide marked as Exhibit 36 and put
9 them into the Cisco guide marked as Exhibit 476,
10 correct?
11     MR. NEUKOM:  Objection.  Asked and
12 answered a couple times now.
13     MR. WONG:  I'm asking about those two
14 particular sentences.
15     MR. NEUKOM:  Yeah.  And before you asked a
16 blanket question and you didn't like his answer,
17 which I thought was a pretty darn good one.  So you
18 decided to just keep him in the room --
19     MR. WONG:  Counsel.
20     MR. NEUKOM:  Look, you responded to my
21 objection.  You wanted to engage me.  So I'll
22 explain my objection.  If you don't want me piping
23 up, that's fine.  Just let me make objections for
24 the record.
25     Now you're asking him the exact same

Page 395

1 question after having had the fourth employee of
2 Cisco, Mr. Lougheed, who is now here at almost 5:00
3 reading aloud from documents.  And you asked him the
4 same question again to see if you can get a
5 different answer.  So go for it.  This is starting
6 to feel increasingly not very respectful of this
7 witness's time.
8 BY MR. WONG:
9     Q.  Do you want me to read the question again?
10 I'll read the question again.
11     A.  That would be fine.
12     Q.  Cisco copied those two sentences that you
13 just read aloud into the record for its user manual
14 marked as Exhibit 476 from the Stanford user manual
15 marked as Exhibit 36, correct?
16     A.  I wrote both manuals.
17     MR. WONG:  I have no further questions.
18     THE VIDEOGRAPHER:  This concludes today's
19 videotaped deposition of Mr. Kirk --
20     MR. NEUKOM:  Oh, I'm sorry to interrupt.
21     On behalf of Mr. Lougheed, he reserves the
22 right to review an errata of the transcript.  I
23 don't know, Ryan, if we've been doing this by
24 stipulation for all witnesses, even if it's not put
25 on the record.

Page 396

1     MR. WONG:  I think it's our understanding
2 that all witnesses can have 30 days or something.
3     MR. NEUKOM:  By stipulation.
4     MR. WONG:  Great.
5     THE VIDEOGRAPHER:  This concludes today's
6 videotaped deposition of Mr. Kirk Lougheed.  We're
7 off the record at 4:37 p.m.
8     (TIME NOTED:  4:37 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 397

1     DECLARATION UNDER PENALTY OF PERJURY
2
3     I, KIRK LOUGHEED, the witness herein,
4 declare under penalty of perjury that I have read the
5 foregoing in its entirety; and that the testimony
6 contained therein, as corrected by me, is a true and
7 accurate transcription of my testimony elicited at said
8 time and place.
9
10     Executed this _____ day of _____ 2016, at
11 _____, _____.
12     (City)          (State)
13
14
15
16
17     _____
18          KIRK LOUGHEED
19
20
21
22
23
24
25

Page 398

53 (Pages 395 - 398)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        REPORTER'S CERTIFICATION
 2        I, Leslie Johnson, a Certified Shorthand
 3  Reporter of the State of California, do hereby certify:
 4        That the foregoing proceedings were taken
 5  before me at the time and place herein set forth; that
 6  any witnesses in the foregoing proceedings, prior to
 7  testifying, were administered an oath; that a record of
 8  the proceedings was made by me using machine shorthand
 9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: April 19, 2016
22
23        Leslie Johnson
24        LESLIE JOHNSON
25        CSR No. 11451, RPR, CCRR
```

Page 399

CONFIDENTIAL

1           UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

5    CISCO SYSTEMS, INC.,              )

6            Plaintiff,                )

7        vs.                           )Civil Action No.:

8    ARISTA NETWORKS, INC.,            )5:14-cv-05344-BLF(PSG)

9            Defendant.                )

10   _____)

11

12                    CONFIDENTIAL

13

14        VIDEOTAPED DEPOSITION OF DEVADAS PATIL

15              Palo Alto, California

16            Sunday, February 21, 2016

17                   Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2223126

24

25   PAGES 1 - 234

                                      Page 1

CONFIDENTIAL

| | |
|---|---|
| 1 UNITED STATES DISTRICT COURT | 1 INDEX |
| 2 FOR THE NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3 | 3 WITNESS                    EXAMINATION |
| 4 _____ | 4 DEVADAS PATIL |
| 5 CISCO SYSTEMS, INC ,        ) | 5 VOLUME 1 |
| 6     Plaintiff,      ) | 6   BY MR. RYAN              8, 121 |
| 7     vs          )Civil Action No : | 7   BY MR. CANNON              217 |
| 8 ARISTA NETWORKS, INC ,    )5:14-cv-05344-BLF(PSG) | 8 |
| 9     Defendant      ) | 9 |
| 10 _____) | 10 |
| 11 | 11   INSTRUCTION NOT TO ANSWER |
| 12 | 12      Page  Line |
| 13 | 13      13   2 |
| 14   VIDEOTAPED DEPOSITION OF DEVADAS PATIL, VOLUME 1. | 14 |
| 15 taken on behalf of the Defendant, at Wilson Sonsini | 15 |
| 16 Goodrich & Rosati, 650 Page Mill Road, Palo Alto, | 16 |
| 17 California, beginning at 9:25 a m  and ending at | 17 |
| 18 3:44 p m  on Sunday, February 21, 2016, before | 18 |
| 19 RACHEL FERRIER, Certified Shorthand Reporter No  6948 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25                           Page 2 | 25                           Page 4 |

| | |
|---|---|
| 1 APPEARANCES: | 1         EXHIBITS |
| 2 | 2 NUMBER     DESCRIPTION        PAGE |
| 3 For Plaintiff: | 3 |
| 4   KEKER & VAN NEST LLP | 4 Exhibit 310  Subpoena to Testify at a |
| 5   BY: RYAN WONG | 5         Deposition in a Civil |
| 6   Attorney at Law | 5         Action to Devadas Patil      21 |
| 7   633 Battery Street | 6 Exhibit 311  Letter dated 2/19/16 to |
| 8   San Francisco, CA 94111 | 7         Devadas Patil from Sean Park    22 |
| 9   415.773.6682 | 8 Exhibit 312  Resume for Devadas Patil      29 |
| 10   rwong@kvn.com | 9 Exhibit 313  Resume for Devadas Patil |
| 11 | 10         (Bates CSI-CLI-01611242 - 01611243)      49 |
| 12 For Defendant: | 11 Exhibit 314  "Business Development Trends and |
| 13   QUINN EMANUEL URQUHART & SULLIVAN, LLP | 12         Analysis for the Data Networking |
| 14   BY: MATTHEW D. CANNON | 13         Market" by Devadas Patil      107 |
| 15   Attorney at Law | 13 Exhibit 315  IEEE 802.1AB Standard for |
| 16   50 California Street, 22nd Floor | 14         local and metropolitan |
| 17   San Francisco, CA 94111 | 15         area networks |
| 18   415.875.6412 | 16         (Bates ARISTANDCA00017907 |
| 19   matthewcannon@quinnemanuel.com | 16         - 18078)      117 |
| 20 | 17 Exhibit 316  Spreadsheet entitled |
| 21 | 18         "Corrected Information |
| 22 Videographer: | 19         Regarding Cisco Command |
| 23   SOSEH KEVORKIAN | 20         Expression Associated |
| 24 | 20         with Devadas Patil"      121 |
| 25                           Page 3 | 21 Exhibit 317  LLDP on Cisco IOS Software |
| | 22         Functional Specification |
| | 23         (Bates CSI-CLI-01507526 |
| | 24         - 01507544)      134 |
| | 25                           Page 5 |

2 (Pages 2 - 5)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 75 of 122
CONFIDENTIAL

```
 1              EXHIBITS
 2  NUMBER        DESCRIPTION          PAGE
 3
 4  Exhibit 318  Parser-Police Manifest,
 5      Version 5
              (Bates CSI-CLI-00358164)      165
 6  Exhibit 319  E-mail dated 10/10/07
 7      from Devadas Patil
 8              (Bates CSI-CLI-00836482)      176
 9  Exhibit 320  E-mail chain dated 8/10/06
10      from Devadas Patil
              (Bates CSI-CLI-00817320
11      - 817321)                    180
12  Exhibit 321  E-mail chain dated 8/21/06
13      from Devadas Patil
14              (Bates CSI-CLI-0817660)      183
15  Exhibit 322  Cisco IOS Carrier Ethernet
        Command Reference
16              (Bates CSI-CLI-00291752
17      - 292238)                    191
18  Exhibit 323  E-mail chain dated 1/5/06
19      from Devadas Patil
20              (Bates CSI-CLI-00810826
        - 810828)                    208
21  Exhibit 324  E-mail chain dated 2/1/06
22      from Devadas Patil
23              (Bates CSI-CLI-00811125
24      - 811128)                    212
25
```
                                                           Page 6

```
 1  MR CANNON:  Matthew Cannon from Quinn, Emanuel   09:26AM
 2  on behalf of Plaintiff Cisco and the witness    09:26AM
 3      THE VIDEOGRAPHER:  Thank you                09:26AM
 4          DEVADAS PATIL,                          09:26AM
 5  having been administered an oath, was examined and  09:26AM
 6  testified as follows:                           09:26AM
 7          EXAMINATION                             09:26AM
 8  BY MR WONG:                                     09:26AM
 9  Q  Good morning                                 09:26AM
10  A  Morning                                      09:26AM
11  Q  Please state your full name for the record   09:26AM
12  A  Devadas Patil                                09:26AM
13  Q  And, Mr Patil, what is your home address?    09:26AM
14  A  3137 Kittery Avenue in San Ramon, California  09:26AM
15  94583                                           09:26AM
16  Q  And who is your current employer, Mr Patil?  09:26AM
17  A  GE Digital                                   09:27AM
18  Q  Do you have a work e-mail address for GE Digital?  09:27AM
19  A  I do                                         09:27AM
20  Q  Could you please state it for the record     09:27AM
21  A  It is devadas patil@ge com                   09:27AM
22  Q  Do you have any personal e-mail addresses that  09:27AM
23  you use, Mr Patil?                              09:27AM
24  A  I do                                         09:27AM
25  Q  Could you please state those for the record  09:27AM
```
                                                           Page 8

```
 1  Palo Alto, California; Sunday, February 21, 2016
 2          9:25 a m
 3
 4      THE VIDEOGRAPHER:  Good morning            09:25AM
 5      THE WITNESS:  Morning                      09:25AM
 6      THE VIDEOGRAPHER:  We are on the record at  09:25AM
 7  9:25 a m on February 21st, 2016                09:25AM
 8  This is the video-recorded deposition of Devadas  09:25AM
 9  Patil                                          09:25AM
10      My name is Soseh Kevorkian, here with our Court  09:25AM
11  Reporter, Rachel Ferrier  We are here on behalf of  09:25AM
12  Defendants at 650 Page Mill Road in Palo Alto  09:25AM
13      The caption of this case is Cisco Systems,  09:25AM
14  Incorporated, versus Arista Networks, Incorporated, Case  09:25AM
15  No  5:14-cv-05344- BLF(PSG)                    09:25AM
16      Please note that audio and video recording will  09:25AM
17  take place unless all parties agree to go off the  09:26AM
18  record                                         09:26AM
19      Microphones are sensitive  They pick up    09:26AM
20  whispers, private conversations, and all cellular  09:26AM
21  interference                                   09:26AM
22      At this time, would counsel and all present  09:26AM
23  please identify themselves for the record      09:26AM
24      MR  WONG:  Ryan Wong from Keker & Van Nest for  09:26AM
25  Defendant Arista Networks                      09:26AM
```
                                                           Page 7

```
 1  A  Dpatil44@hotmail.com.                        09:27AM
 2  Q  Anything else?                               09:27AM
 3  A  That's the only one I do use.                09:27AM
 4  Q  Okay.  And you current -- or, excuse me, strike  09:27AM
 5  that.                                          09:27AM
 6      You previously worked for Cisco; correct?  09:27AM
 7  A  That's correct.                              09:27AM
 8  Q  Did you have an e-mail address when you were  09:27AM
 9  employed at Cisco?                             09:27AM
10  A  Yes.                                         09:27AM
11  Q  And what was that e-mail address while you were  09:27AM
12  employed at Cisco?                             09:27AM
13  A  If I recall from five years ago, it's        09:27AM
14  dpatil@cisco.com, I think.                     09:27AM
15  Q  Okay.  Mr. Patil, are you being represented by  09:28AM
16  counsel at this deposition?                    09:28AM
17  A  Yes.                                         09:28AM
18  Q  Okay.  And who's representing you at this    09:28AM
19  deposition?                                    09:28AM
20  A  Matt Cannon.                                 09:28AM
21  Q  Mr. Cannon --                               09:28AM
22  A  Mr. Cannon --                               09:28AM
23  Q  -- to your left?                             09:28AM
24  A  Correct.                                     09:28AM
25  Q  Have you ever been deposed before, Mr. Patil?  09:28AM
```
                                                           Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

1  BY MR. WONG:                                11:09AM
2   Q  Can you describe for me, just so I can     11:09AM
3  understand, at what -- what are the various stages, in  11:09AM
4  your mind, are a part of the development of the LLDP  11:09AM
5  features at Cisco?                             11:09AM
6   A  Back then, we were following what is probably  11:09AM
7  known as waterfall model, and it was a classic waterfall  11:10AM
8  experience, in a sense, that there was market analysis,  11:10AM
9  slash, requirements gathering.  Then there was  11:10AM
10  architecture, and then there was design, and then there  11:10AM
11  was implementation, and then there was testing, in each  11:10AM
12  of the phases that I mentioned earlier.         11:10AM
13   Q  So the first phase of the three phases you  11:10AM
14  mentioned earlier was the discovery aspect, as you  11:10AM
15  called it, of implementing LLDP; correct?      11:10AM
16   A  Yes.                                       11:10AM
17   Q  So the first stage of implementing Phase 1 --  11:10AM
18  strike that.                                   11:10AM
19      So when I say "Phase 1 of the LLDP project," do  11:10AM
20  you understand that I'm referring to the discovery  11:11AM
21  aspect of that project?                        11:11AM
22   A  I do.                                      11:11AM
23   Q  Now, for Phase 1 of the LLDP project, did the  11:11AM
24  list of stages you just described apply to that phase?  11:11AM
25   A  Yes.                                       11:11AM

Page 70

1   Q  So the market analysis and requirements phase  11:11AM
2  is -- strike that.                             11:11AM
3      So the market analysis and requirement stage is  11:11AM
4  the first stage in the multistage process for Phase 1 of  11:11AM
5  the LLDP project?                              11:11AM
6   A  That's correct.                            11:11AM
7   Q  Is there anything that precedes the market  11:11AM
8  analysis portion -- strike that.               11:11AM
9      Is there anything that precedes the market  11:11AM
10  analysis stage as part of this multistage process you  11:11AM
11  described?                                     11:11AM
12   A  No                                         11:11AM
13   Q  So the first thing you did when you were working  11:11AM
14  on Phase 1 of the LLDP project was to perform a market  11:11AM
15  analysis to see what other vendors were doing; is that  11:11AM
16  correct?                                       11:11AM
17      MR CANNON: Objection; vague, mischaracterizes  11:11AM
18  the witness's prior testimony                  11:12AM
19      THE WITNESS: No  No  It -- it -- that's not  11:12AM
20  accurate                                       11:12AM
21  BY MR WONG:                                    11:12AM
22   Q  What is inaccurate about what I just asked you?  11:12AM
23   A  I didn't do it as a requirement  I did it as  11:12AM
24  aside effect in the sense that this whole protocol was  11:12AM
25  very -- was brand new and I needed someone to -- to  11:12AM

Page 71

1  exchange information with and exchange ideas with. and  11:12AM
2  so as part of that, I worked with pro -- product  11:12AM
3  managers, and I did my own research to see who else is  11:12AM
4  active -- actively working on this technology and what  11:12AM
5  platforms they are targeting, what markets they are  11:12AM
6  going after, etc . and what -- ultimately, what our  11:13AM
7  requirements for Phase 1 are                   11:13AM
8   Q  You mentioned, as some of the vendors that you  11:13AM
9  looked at, the HP ProCurve; is that right?     11:13AM
10   A  That's right                              11:13AM
11   Q  You also mentioned Nortel?                 11:13AM
12   A  Yes                                        11:13AM
13   Q  What equipment of Nortel's did you look at as  11:13AM
14  part of this market analysis stage for Phase 1?  11:13AM
15   A  I looked at their ability to -- I was sort of  11:13AM
16  thinking ahead in that I looked at their platforms that  11:13AM
17  support the endpoints, such as desk -- desk phones, and  11:14AM
18  see how -- see what Nortel does to discover desk phones  11:14AM
19  and service them                               11:14AM
20      I looked at -- so that -- and later on, of  11:14AM
21  course, in Phase 3, I was looking at exactly what Nortel  11:14AM
22  is doing to support locations                  11:14AM
23   Q  So let's just stick with what you did for  11:14AM
24  Phase 1                                        11:14AM
25   A  Yes  Yes                                   11:14AM

Page 72

1   Q  Did you do anything else with respect to Nortel  11:14AM
2  equipment with respect to the market analysis portion of  11:14AM
3  Phase 1?                                       11:14AM
4   A  I read -- I might have read some white papers to  11:14AM
5  see, you know, how -- how endpoint-to-infrastructure  11:14AM
6  discovery happens in a -- in a typical Nortel  11:14AM
7  deployment, but that's about all for Phase 1   11:14AM
8   Q  And why were you looking at that aspect of  11:14AM
9  Nortel's business in connection with Phase 1 of the LLDP  11:15AM
10  project                                        11:15AM
11   A  Primarily to understand the market landscape, to  11:15AM
12  see who -- who is -- who is doing this and how they are  11:15AM
13  doing it now and what -- what they have planned for this  11:15AM
14  new technology coming in in the form of LLDP and how we  11:15AM
15  are going at it, just an understanding of that  11:15AM
16   Q  And you did a similar analysis for the HP  11:15AM
17  ProCurve; is that correct?                     11:15AM
18   A  No                                         11:15AM
19   Q  What did you do for the HP ProCurve -- actually,  11:15AM
20  strike  Let me re-ask -- let me rephrase the question  11:15AM
21      What did you look at as part of the market  11:15AM
22  analysis stage of Phase 1 when you were looking at the  11:15AM
23  HP ProCurve?                                   11:15AM
24   A  My interaction with the HP ProCurve was, of  11:16AM
25  course, to -- to read about their product, what feature  11:16AM

Page 73

19 (Pages 70 - 73)

CONFIDENTIAL

**Page 74**

1  sets they have on that particular product, and I recall  11:16AM
2  that my interaction with HP ProCurve was more technical  11:16AM
3  in the sense that I actively exchanged LLDP concept --  11:16AM
4  concepts with people representing HP ProCurve in -- in  11:16AM
5  the standards in -- in the -- in the IETF standards  11:16AM
6  Q  What LLDP concepts did you discuss with your  11:16AM
7  contact at HP during the market analysis stage of  11:16AM
8  Phase 1?  11:16AM
9  A  During the market analysis, not -- not -- nothing  11:16AM
10  significant with HP ProCurve, I would say  11:16AM
11  Q  How about just during any stages of Phase 1; what  11:17AM
12  type of LLDP concepts did you discuss with your  11:17AM
13  colleagues at HP ProCurve?  11:17AM
14  A  I recall having discussed some of the topics in  11:17AM
15  the standard that were not immediately clear, and I  11:17AM
16  discussed the language in there to be certain that it  11:17AM
17  means a -- means a certain entity in our implementation  11:17AM
18  and how it maps to their implementation, etc  11:17AM
19  Q  Were these conver- -- strike that  11:17AM
20  Were these communications by phone?  11:17AM
21  A  Mainly through e-mail  11:17AM
22  Q  And were you using your Cisco e-mail account for  11:17AM
23  those communications?  11:17AM
24  A  Yes  11:17AM
25  Q  You don't have any copies of those e-mail  11:18AM

**Page 75**

1  communications that you might have had with HP ProCurve,  11:18AM
2  do you?  11:18AM
3  A  No  No  11:18AM
4  Q  You mentioned that you were discussing with HP  11:18AM
5  ProCurve topics relating to IETF standards?  11:18AM
6  A  The LLDP standard  11:18AM
7  Q  Is the IETF the standard-setting body for LLDP?  11:18AM
8  A  I've not been in touch with LLDP for a few years  11:18AM
9  now, but my recollection is LLDP originated -- I don't  11:18AM
10  know whether it's LLDP or LLDP-MED -- outside of IETF  11:18AM
11  first, and then two organizations have to -- have to  11:18AM
12  come together to actually ratify the standard, but I  11:18AM
13  know that IETF had a big -- IEEE -- IEEE and IETF had a  11:18AM
14  big role in it  11:19AM
15  Q  Did you discuss any implementation-related issues  11:19AM
16  with the colleagues at HP ProCurve with respect to  11:19AM
17  Phase 1 of the LLDP project?  11:19AM
18  MR. CANNON: Objection; vague, asked and  11:19AM
19  answered  11:19AM
20  THE WITNESS: Yes  11:19AM
21  BY MR. WONG:  11:19AM
22  Q  What aspects of the actual implementation of LLDP  11:19AM
23  did you discuss with the HP ProCurve engineers?  11:19AM
24  MR. CANNON: Objection; vague  11:19AM
25  BY MR. WONG:  11:19AM

**Page 76**

1  Q  And this is specific to Phase 1 of the LLDP  11:19AM
2  project?  11:19AM
3  MR. CANNON: Same objection.  11:19AM
4  THE WITNESS: Yes. I recall discussing how  11:19AM
5  sub-interfaces are handled. I recall that for sure.  11:19AM
6  also recall several other discussions about some of the  11:19AM
7  fields in the TLV data that we send in LLDP.  11:20AM
8  BY MR. WONG:  11:20AM
9  Q  What is TLV?  11:20AM
10  A  It's an acronym for type, length, and value.  11:20AM
11  Q  Did you come up with that acronym?  11:20AM
12  A  No.  11:20AM
13  Q  Do you know who came up with that acronym?  11:20AM
14  A  It is widely used in the standard.  11:20AM
15  Q  When you say "widely used in the standard," are  11:20AM
16  you referring to the LLDP standard?  11:20AM
17  A  That's correct.  11:20AM
18  Q  Did you also speak with -- strike that.  11:20AM
19  What type of market analysis did you do with  11:20AM
20  respect to Ericsson in Phase 1 of the LLDP project?  11:20AM
21  A  Not much.  I must have -- I was -- I was under  11:20AM
22  time pressure to finish Phase 1 on -- in -- in a timely  11:20AM
23  manner, and, basically, I was looking at other people  11:21AM
24  actively involved in -- in actual development of this  11:21AM
25  product.  And as a side effect of that, I was reading  11:21AM

**Page 77**

1  white papers as fast as I could to see what other  11:21AM
2  network vendors are involved in this area; discovery  11:21AM
3  area, servicing, endpoint, etc , in general, and I must  11:21AM
4  have done some research on Ericsson as well  11:21AM
5  Q  Okay  So you didn't speak to anybody at Ericsson  11:21AM
6  who was working on LLDP?  11:21AM
7  A  No  11:21AM
8  Q  What about Juniper; what was your -- strike that  11:21AM
9  What type of market analysis did you do for  11:21AM
10  Phase 1 of the LLDP project with respect to Juniper?  11:21AM
11  A  None  11:21AM
12  Q  Okay  Aside from HP ProCurve, Nortel, and  11:21AM
13  Ericsson, were there any other third-party vendors that  11:22AM
14  you investigated as part of the market analysis stage of  11:22AM
15  Phase 1 of the LLDP project?  11:22AM
16  A  Yes  11:22AM
17  Q  What are those other vendors?  11:22AM
18  A  Mitel, Avaya, Polycom  11:22AM
19  Q  Any other vendors?  11:22AM
20  A  Yes, but I can't recall their names at this time  11:22AM
21  Q  You mentioned that you actively communicated with  11:22AM
22  somebody from HP ProCurve; correct?  11:22AM
23  A  Yes  11:22AM
24  Q  Were there any other people that you actively  11:22AM
25  communicated with while working on Phase 1 of the LLDP  11:22AM

20 (Pages 74 - 77)

CONFIDENTIAL

Page 78

1 project at Cisco?                              11:22AM
2       MR. CANNON:  Objection; vague.              11:22AM
3       THE WITNESS:  Yes.               11:22AM
4 BY MR. WONG:                           11:22AM
5    Q   Who else were you working with when you were   11:22AM
6 working on Phase 1 of the LLDP project at Cisco?    11:23AM
7    A   You mean external to Cisco?            11:23AM
8    Q   External to Cisco, yes.           11:23AM
9    A   I must have sent some e-mails clarifying some of   11:23AM
10 the language in the standard, and I don't recall the   11:23AM
11 actual people that responded to me from the standards   11:23AM
12 e-mail areas, but I would say a few e-mails with people   11:23AM
13 other than HP ProCurve that were part of the standards   11:23AM
14 body, and, of course, HP ProCurve people were also in   11:23AM
15 the standards body.               11:23AM
16    Q   And when you are referring to "the standards,"   11:23AM
17 are you referring to the IEEE?            11:23AM
18    A   Yes.                  11:23AM
19    Q   Are you an IEEE member, Mr. Patil?        11:23AM
20    A   I am, but I'm not very active.         11:23AM
21    Q   How long have you been a member of the IEEE?   11:23AM
22    A   I don't know whether my membership has actually   11:24AM
23 expired, but I started very early in the '90s.      11:24AM
24    Q   And were you involved in the standard-setting   11:24AM
25 process for LLDP?                 11:24AM
                                        Page 78

1    A   No                   11:24AM
2    Q   Why was it important for you to find other people   11:24AM
3 to talk to while you were working on Phase 1 of the LLDP   11:24AM
4 project?                   11:24AM
5    A   To make the right architectural and design   11:24AM
6 decisions so that we don't have to tear down a lot of   11:24AM
7 stuff later, post-implementation, post-testing, and   11:24AM
8 that's the, I would say, cautious approach for a project   11:24AM
9 of this size               11:24AM
10    Q   How does talking with other vendors outside of   11:24AM
11 Cisco help you to make the right architectural and   11:24AM
12 design decisions with respect to Cisco's LLDP   11:25AM
13 implementation; vague            11:25AM
14    A   It gives us an understanding of how this can be   11:25AM
15 done in phases  It helps us avoid costly architectural   11:25AM
16 and design mistakes so that we abstract the initial   11:25AM
17 implementation for extensibility, and it also helps us   11:25AM
18 plan for things coming down the pipeline, such as   11:25AM
19 Phase 2 or even Phase 3 when it comes to a map and   11:25AM
20 locations                  11:25AM
21    Q   What do you mean by "extensibility"?      11:25AM
22    A   The ability to support value-added features to   11:25AM
23 target certain markets  An example is something like   11:26AM
24 inline power provisioning on endpoints through LLDP   11:26AM
25 Knowing that it's coming in the roadmap, in the   11:26AM
                                        Page 79

1 progression of development, and being able to abstract   11:26AM
2 the current implementation to allow for that is what I   11:26AM
3 mean by "extensibility "              11:26AM
4    Q   So when you were discussing the LLDP project --   11:26AM
5 Phase 1 one of the LLDP project with your colleagues at   11:26AM
6 HP, did you talk about what you were planning to do for   11:26AM
7 Cisco's implementation?              11:26AM
8       MR CANNON:  Objection; vague         11:26AM
9       THE WITNESS:  No               11:26AM
10 BY MR WONG:                   11:26AM
11    Q   Okay  Did your colleague tell you what HP was   11:26AM
12 planning to do for HP's implementation?       11:26AM
13       MR CANNON:  Objection; vague         11:26AM
14       THE WITNESS:  No               11:26AM
15 BY MR WONG:                   11:27AM
16    Q   Which of those vendors that we just discussed   11:27AM
17 were also in the process of implementing LLDP in their   11:27AM
18 products?                  11:27AM
19    A   I know for sure that HP ProCurve was -- I -- I   11:27AM
20 think Nortel was too, but I was not 100 percent sure   11:27AM
21       MR WONG:  Why don't we take a quick break   11:27AM
22       THE WITNESS:  Okay            11:27AM
23       THE VIDEOGRAPHER:  We are going off the record at   11:27AM
24 11:27 a m                  11:27AM
25       (Recess taken )               11:27AM
                                        Page 80

1       THE VIDEOGRAPHER:  We are back on the record at   11:33AM
2 11:33 a m                  11:33AM
3 BY MR WONG:                   11:33AM
4    Q   Before the break, Mr Patil, we were discussing   11:33AM
5 the various stages that are involved in implementing the   11:33AM
6 LLDP project at Cisco               11:34AM
7    A   Mm-hmm                  11:34AM
8    Q   We were talking specifically about Phase 1      11:34AM
9    A   Yes                  11:34AM
10    Q   During what phase -- strike that         11:34AM
11       During what stage of the stages that you      11:34AM
12 described are the syntaxes for the commands created?    11:34AM
13       MR CANNON:  Objection; vague         11:34AM
14       THE WITNESS:  Both Phase 1 and Phase 2      11:34AM
15 BY MR WONG:                   11:34AM
16    Q   I'm sorry, my question was:  During which of the   11:34AM
17 stages that you listed out for me are the syntaxes for   11:34AM
18 the commands, and specifically the LLDP commands,      11:34AM
19 created?                   11:34AM
20       MR CANNON:  Objection; vague         11:34AM
21       THE WITNESS:  In the design specification for the   11:34AM
22 phase                   11:34AM
23 BY MR WONG:                   11:34AM
24    Q   And just so it's clear to me, the first stage   11:34AM
25 that you described was the market analysis and      11:35AM
                                        Page 81

21 (Pages 78 - 81)

| | | |
|---|---|---|
| 1 | requirement stage; correct? | 11:35AM |
| 2 | A  Correct. | 11:35AM |
| 3 | Q  And the second stage that you described was an | 11:35AM |
| 4 | architectural stage; is that right? | 11:35AM |
| 5 | A  That's correct. | 11:35AM |
| 6 | Q  And the third stage is the design stage? | 11:35AM |
| 7 | A  Yes. | 11:35AM |
| 8 | Q  So it's the third stage where the command syntax | 11:35AM |
| 9 | for the LLDP commands, talking specifically with respect | 11:35AM |
| 10 | to Phase 1, were created; correct? | 11:35AM |
| 11 | A  That's correct. | 11:35AM |
| 12 | MR. CANNON:  Objection; vague. | 11:35AM |
| 13 | BY MR. WONG: | 11:35AM |
| 14 | Q  Was there any discussion with any of the third | 11:35AM |
| 15 | parties that we just discussed about the commands that | 11:35AM |
| 16 | would be used for LLDP? | 11:35AM |
| 17 | MR. CANNON:  Objection; vague. | 11:35AM |
| 18 | THE WITNESS:  No. | 11:35AM |
| 19 | BY MR. WONG: | 11:35AM |
| 20 | Q  Was there any discussion with any of the third | 11:35AM |
| 21 | parties that we just discussed about the interface -- | 11:35AM |
| 22 | command-line interface in general that would be used for | 11:35AM |
| 23 | LLDP? | 11:36AM |
| 24 | A  No. | 11:36AM |
| 25 | Q  Looking back at Exhibit 313 under the description | 11:36AM |

Page 82

| | | |
|---|---|---|
| 1 | Routing Information Base that I talked about earlier -- | 11:37AM |
| 2 | or mentioned | 11:37AM |
| 3 | Q  How -- focusing specifically on Phase 1 of the | 11:37AM |
| 4 | LLDP project, how was that a key architectural decision? | 11:37AM |
| 5 | MR. CANNON:  Objection; vague | 11:37AM |
| 6 | BY MR. WONG: | 11:37AM |
| 7 | Q  I'm using your own words here in your resume, | 11:37AM |
| 8 | Mr. Patil | 11:38AM |
| 9 | How was that -- how was Phase 1 of the LLDP | 11:38AM |
| 10 | project a key architectural decision for Cisco products? | 11:38AM |
| 11 | MR. CANNON:  Objection; vague, mischaracterizes | 11:38AM |
| 12 | testimony | 11:38AM |
| 13 | THE WITNESS:  From an architectural perspective, | 11:38AM |
| 14 | it was -- it had to do with how to co-exist with | 11:38AM |
| 15 | existing protocols and features on Cisco platforms | 11:38AM |
| 16 | BY MR. WONG: | 11:38AM |
| 17 | Q  And what did you do with respect to Phase 1 of | 11:38AM |
| 18 | the LLDP project to ensure that it co-existed with | 11:38AM |
| 19 | existing protocols and features on Cisco platforms? | 11:38AM |
| 20 | A  From an architectural standpoint, kept the LLDP | 11:38AM |
| 21 | database insulated and separate and disjoined from other | 11:38AM |
| 22 | discovery protocols | 11:39AM |
| 23 | And from a protocol standpoint, made sure that | 11:39AM |
| 24 | there is no relationship or collaboration between | 11:39AM |
| 25 | discovery protocols and they just function | 11:39AM |

Page 84

| | | |
|---|---|---|
| 1 | under "Cisco Systems." | 11:36AM |
| 2 | A  Yeah. | 11:36AM |
| 3 | Q  It says, "... lead design and development of | 11:36AM |
| 4 | software modules of Cisco IOS." | 11:36AM |
| 5 | Do you see that? | 11:36AM |
| 6 | A  Yes. | 11:36AM |
| 7 | Q  What software modules of Cisco IOS are you | 11:36AM |
| 8 | referring to there? | 11:36AM |
| 9 | A  In terms of actual leadership for those modules, | 11:36AM |
| 10 | I led the Phase 1 for LLDP, Phase 2 of LLDP.  I also led | 11:36AM |
| 11 | another project which was completely unrelated. | 11:36AM |
| 12 | Q  And what was that project about? | 11:36AM |
| 13 | A  It was a product for developing what is called | 11:36AM |
| 14 | Multilayer Routing Information Base. | 11:37AM |
| 15 | Q  Further down in Exhibit 313, in that same | 11:37AM |
| 16 | paragraph, it says, "Made key architectural decisions | 11:37AM |
| 17 | for products, resulting in successful deliveries for | 11:37AM |
| 18 | several multi-billion dollar market segments." | 11:37AM |
| 19 | Do you see that? | 11:37AM |
| 20 | A  Mm-hmm. | 11:37AM |
| 21 | Q  What are you talking about there? | 11:37AM |
| 22 | A  I'm talking primarily about Phase 1 of LLDP and | 11:37AM |
| 23 | Phase 2 of LLDP and even, to some extent, MLRIB. | 11:37AM |
| 24 | Q  What was that last acronym you said? | 11:37AM |
| 25 | A  "MLRIB," which stood for the Multilayer Layer | 11:37AM |

Page 83

| | | |
|---|---|---|
| 1 | independently | 11:39AM |
| 2 | Q  Before the break, you testified about | 11:39AM |
| 3 | conversations that you had with someone at HP ProCurve | 11:39AM |
| 4 | regarding LLDP | 11:39AM |
| 5 | A  Yes | 11:39AM |
| 6 | Q  Do you remember that? | 11:39AM |
| 7 | A  Yes | 11:39AM |
| 8 | Q  Who was the person or persons that you spoke with | 11:39AM |
| 9 | at HP ProCurve regarding Phase 1 of the LLDP project? | 11:40AM |
| 10 | A  I do not recall their name, but I do remember | 11:40AM |
| 11 | that he was a highly knowledgeable person at HP ProCurve | 11:40AM |
| 12 | who was responsible for product development, as well as | 11:40AM |
| 13 | represent HP ProCurve at IEEE | 11:40AM |
| 14 | Q  And how did you come to know of this person at HP | 11:40AM |
| 15 | ProCurve? | 11:40AM |
| 16 | A  I don't recall the actual event that made me | 11:40AM |
| 17 | aware of this person, but it might have been through | 11:40AM |
| 18 | some keyword search that eventually led to their contact | 11:40AM |
| 19 | information | 11:40AM |
| 20 | Q  When you say "keyword search," what type of | 11:40AM |
| 21 | search are you referring to? | 11:41AM |
| 22 | A  A search on LLDP feature set of our -- the | 11:41AM |
| 23 | mechanics of it at a -- at a level deeper than what one | 11:41AM |
| 24 | would search for discovery protocols in general  So | 11:41AM |
| 25 | something that's technical and involved from an | 11:41AM |

Page 85

22 (Pages 82 - 85)

CONFIDENTIAL

| | |
|---|---|
| 1    MR WONG: Right            12:24PM | 1 activity for LLDP was -- was happening, and it -- I    12:28PM |
| 2  Q  The Arista Networks's EOS was an example of    12:24PM | 2 recall that it was -- it was slow for a period of time    12:28PM |
| 3 innovation in this area; correct?            12:24PM | 3 in between and then it took off again.            12:28PM |
| 4    MR CANNON: Objection; vague --            12:24PM | 4 BY MR. WONG:            12:28PM |
| 5    THE WITNESS: Example, yes            12:24PM | 5  Q  And you didn't participate in any of the efforts    12:28PM |
| 6    MR CANNON: -- mischaracterizes prior testimony,    12:24PM | 6 to standardize LLDP from the '90s to 2004; is that    12:28PM |
| 7 lacks foundation, calls for improper opinion testimony    12:24PM | 7 right?            12:28PM |
| 8 BY MR. WONG:            12:24PM | 8  A  No.  No.            12:28PM |
| 9  Q  And these are -- these are your words here on    12:24PM | 9  Q  And you played no role whatsoever in the creation    12:28PM |
| 10 page 17 of Exhibit 314; correct, Mr Patil?            12:24PM | 10 of the LLDP standard; correct?            12:28PM |
| 11  A  These are my words, yes            12:24PM | 11  A  No.            12:28PM |
| 12  Q  And you believed them to be true when you wrote    12:24PM | 12  Q  And how did you first learn about LLDP?            12:28PM |
| 13 your thesis marked as Exhibit 314; correct?            12:24PM | 13  A  When I was tasked to lead that project at Cisco.    12:28PM |
| 14    MR CANNON: Objection; calls for improper    12:24PM | 14  Q  Who tasked you to lead that project at Cisco?    12:29PM |
| 15 opinion testimony, lacks foundation            12:24PM | 15  A  My director.            12:29PM |
| 16    THE WITNESS: These are my words  These are my    12:24PM | 16  Q  Who was your director?            12:29PM |
| 17 opinions            12:25PM | 17  A  Purnam Sheth.            12:29PM |
| 18    MR WONG: Yeah            12:25PM | 18  Q  Can you spell that, please.            12:29PM |
| 19  Q  Can you please provide me with a general    12:25PM | 19  A  S-h-e-t-h is the last name, and first name is    12:29PM |
| 20 description of what "LLDP" is?            12:25PM | 20 P-u-r-n-a-m.            12:29PM |
| 21  A  Yes  Yes, I can            12:25PM | 21  Q  And how did you learn about the LLDP standard,    12:29PM |
| 22  Q  What -- what is "LLDP"?            12:25PM | 22 the -- the way it worked?            12:29PM |
| 23  A  "LLDP" stands for Link Layer Discovery Protocol,    12:25PM | 23  A  I -- upon being tasked with this -- with this    12:29PM |
| 24 and it is a -- at a high-level, it's a standardized way    12:25PM | 24 project, to lead this project, I did some initial    12:29PM |
| 25 for devices to discover each other and know of each    12:25PM | 25 research and it was very aggressive project at that    12:29PM |
| Page 114 | Page 116 |

| | |
|---|---|
| 1 other.            12:25PM | 1 point, and so I -- yeah, I researched it actively and    12:29PM |
| 2  Q  When you say it's a "standardized way for devices    12:25PM | 2 wanted to know as much of it as possible as early as    12:29PM |
| 3 to discover each other and know of each other," what do    12:26PM | 3 possible.            12:29PM |
| 4 you mean by a "standardized way"?            12:26PM | 4  Q  When were you tasked with the LLDP project?    12:29PM |
| 5  A  "Standardized" in the sense that it's a industry    12:26PM | 5  A  Late 2005.            12:30PM |
| 6 standardized agreement and -- and ratified agreement on    12:26PM | 6  Q  And what documents, if any, did you review to    12:30PM |
| 7 how a discovery can happen in a standardized way, and    12:26PM | 7 learn about the LLDP standard?            12:30PM |
| 8 it's meant in contrast with how proprietary discovery    12:26PM | 8  A  I recall reviewing the very first version of the    12:30PM |
| 9 mechanisms can happen.            12:26PM | 9 RFC that they put out that was still not ratified, so    12:30PM |
| 10  Q  When you say it's a "ratified agreement," what do    12:26PM | 10 there was an RFC and that -- that got me into it, yeah.    12:30PM |
| 11 you mean by "ratified"?            12:26PM | 11  Q  Did you review the IEEE standard that related to    12:30PM |
| 12  A  "Ratified" means something that has been --    12:26PM | 12 LLDP?            12:30PM |
| 13 something that has withstood the test of time and has    12:26PM | 13  A  Yes.            12:30PM |
| 14 been reviewed by several experts in the industry who --    12:27PM | 14    MR. WONG: Let's mark this as 315, please.    12:30PM |
| 15 who have the ability to see that -- not just from a    12:27PM | 15    (Exhibit 315 was marked for            12:31PM |
| 16 feature perspective but also from a holistic perspective    12:27PM | 16    identification by the Court Reporter.)            12:31PM |
| 17 to see if it was actually viable -- viable to do that,    12:27PM | 17    MR. WONG: The Reporter has marked, as    12:31PM |
| 18 and then they collectively meet and discuss their    12:27PM | 18 Exhibit 315, document bearing control numbers    12:31PM |
| 19 concerns and refine the standard appropriately and then    12:27PM | 19 ARISTANDCA00017907 to 18078.            12:31PM |
| 20 agree on a version that is -- that can be considered    12:27PM | 20  Q  Mr. Patil, do you recognize the document marked    12:31PM |
| 21 standard.            12:27PM | 21 as Exhibit 315?            12:31PM |
| 22  Q  Do you know when LLDP was standardized?            12:27PM | 22  A  I do.            12:31PM |
| 23    MR. CANNON: Objection; vague.            12:27PM | 23  Q  And what is the document marked as Exhibit 315?    12:31PM |
| 24    THE WITNESS: The initial attempt, I think, from    12:27PM | 24  A  This is the 802.1AB, which is the technical name    12:31PM |
| 25 late '90s to early -- to 2004 is when the standards    12:28PM | 25 for LLDP, and it's an IEEE standard that represents the    12:31PM |
| Page 115 | Page 117 |

30 (Pages 114 - 117)

CONFIDENTIAL

**Page 118**

1  initial version of LLDP                    12:31PM
2  Q  And when was this IEEE standard approved?    12:31PM
3  A  I don't recall the exact dates, but sometime in  12:31PM
4  2007, is what I think the initial LLDP standard itself  12:32PM
5  got approved                    12:32PM
6  Q  Okay  If you look at page 2 of 802 1AB -- excuse  12:32PM
7  me                    12:32PM
8     If you look at page 2 of Exhibit 315, there are  12:32PM
9  several dates there of -- of approval    12:32PM
10    Do you see that?                12:32PM
11  A  Page --                    12:32PM
12  Q  I'm sorry, it's the second page of the actual  12:32PM
13  exhibit, not -- not the numbered page 2    12:32PM
14  A  Yeah, so second page here, copyrights -- I'm  12:32PM
15  looking at the physical second page    12:32PM
16  Q  Mm-hmm                    12:32PM
17  A  Is that what you mean?            12:32PM
18  Q  That's correct                12:32PM
19  A  This is page 1 and this is page 2    12:33PM
20  Q  That's right                12:33PM
21  A  So approved 28 June 2005 and approved March 2005,  12:33PM
22  yes                    12:33PM
23  Q  So does that match your recollection of when the  12:33PM
24  LLDP standard was approved?            12:33PM
25  A  Approved, but not ratified and finalized    12:33PM

**Page 119**

1  Q  I see                    12:33PM
2     What's the difference between the approval of a  12:33PM
3  standard and the ratification and finalization of a  12:33PM
4  standard?                    12:33PM
5     MR CANNON:  Objection; vague, lacks foundation  12:33PM
6     THE WITNESS:  I have not been in the standards  12:33PM
7  bodies actively myself, and my understanding is the  12:33PM
8  various phases of it leading up -- lending to the actual  12:33PM
9  ratification whereby experts in that area of interest  12:33PM
10  agree on a certain standard            12:33PM
11  BY MR WONG:                    12:33PM
12  Q  And did you review the 802 1AB standard marked as  12:33PM
13  Exhibit 315 while you were working on the LLDP  12:34PM
14  project --                    12:34PM
15  A  That's correct --                12:34PM
16  Q  -- for Cisco?                12:34PM
17  A  -- yes                    12:34PM
18  Q  Did you review the standard, or at least a draft  12:34PM
19  of the IEEE LLDP standard, in the course of Phase 1 of  12:34PM
20  the LLDP project?                12:34PM
21  A  That's correct                12:34PM
22  Q  Do you recall reviewing the IEEE LLDP standard  12:34PM
23  during the 2005 time period?            12:34PM
24  A  Yes                    12:34PM
25  Q  When you were tasked by your supervisor to  12:34PM

**Page 120**

1  implement LLDP, was it just you who was involved in that  12:34PM
2  effort?                    12:34PM
3  A  I recall that the first three months were    12:34PM
4  extremely aggressive, and I was the only one actually  12:34PM
5  taking the lead on it and doing everything -- all the  12:34PM
6  stages of it in the -- in the first three -- three    12:34PM
7  months  so, yes, in the first three months, but no after  12:35PM
8  that                    12:35PM
9  Q  And after the first three months, who else was  12:35PM
10  involved in the LLDP project at Cisco?    12:35PM
11  A  A lot of the -- there are a lot of testing people  12:35PM
12  who were -- who got involved, a lot of people from  12:35PM
13  individual business units who wanted to sort of, for  12:35PM
14  lack of a better term, acquire this technology for their  12:35PM
15  platform  Their engineers wanted to get involved, and  12:35PM
16  they there were also people in my own NSSTG that were  12:35PM
17  supporting me                    12:35PM
18     THE VIDEOGRAPHER:  Counsel            12:35PM
19     MR WONG:  Yes?                12:35PM
20     Why don't we take a break right now    12:36PM
21     THE VIDEOGRAPHER:  We are going off the record at  12:36PM
22  12:35 p m  This is the end of Media 2        12:36PM
23     (Lunch recess taken )            12:36PM
24            ---o0o---            12:36PM
25

**Page 121**

1  AFTERNOON SESSION                1:03 P M  12:36PM
2                    12:36PM
3     (Exhibit 316 was marked for        12:36PM
4     identification by the Court Reporter )    01:03PM
5     THE VIDEOGRAPHER:  We are on the record at    01:03PM
6  1:01 -- 1:03 p m  This is the beginning of Media 3 in  01:03PM
7  the deposition of Devadas Patil        01:03PM
8  BY MR WONG:                    01:03PM
9  Q  Welcome back from the break, Mr Patil    01:03PM
10  A  Thank you                    01:03PM
11  Q  The Court Reporter has marked, during the break,  01:04PM
12  as Exhibit 316, a document that's been placed in front  01:04PM
13  of you                    01:04PM
14    Do you see that?                01:04PM
15  A  Yes                    01:04PM
16  Q  And I'll represent to you, Mr Patil, that this  01:04PM
17  is a document that was provided to Arista's attorneys by  01:04PM
18  Cisco's attorneys, and it lists -- it includes a table  01:04PM
19  that has a list of commands on the left-side column  01:04PM
20    Do you see that?                01:04PM
21  A  Yes                    01:04PM
22  Q  Please take a moment, Mr Patil, and look at  01:04PM
23  Exhibit 316 and, in particular, the commands that are  01:04PM
24  listed on the left-hand side of the table  Let me know  01:04PM
25  when you are done                01:04PM

31 (Pages 118 - 121)

CONFIDENTIAL

---

**Page 122**

1　A　Okay.  Yeah, I'm done.　01:04PM

2　Q　Do you understand that Cisco has identified you　01:04PM

3　as the author or originator of the commands lifted --　01:04PM

4　listed on the left-side column of Exhibit 316?　01:05PM

5　A　Yes.　01:05PM

6　Q　Okay.  Now, are these commands listed in　01:05PM

7　Exhibit 316 associated with the LLDP project that we　01:05PM

8　have been talking about this morning?　01:05PM

9　A　Yes.　01:05PM

10　Q　Were these commands added to Cisco IOS as part of　01:05PM

11　Phase 1 of the LLDP project?　01:05PM

12　A　Yes.  That's correct, yes.　01:05PM

13　Q　Okay.  You can set that aside for now, Mr. Patil.　01:05PM

14　　We were talking before the break about how you　01:05PM

15　became involved in the LLDP project.　01:05PM

16　　Do you remember that?　01:05PM

17　A　Mm-hmm.　01:05PM

18　Q　Were there particular Cisco products that the　01:05PM

19　LLDP implementation was going to apply to?　01:05PM

20　A　Yes.　01:05PM

21　Q　Okay.  And I'm asking at the time that you　01:05PM

22　started working on the LLDP project.　01:05PM

23　　Do you understand?　01:05PM

24　A　Mm-hmm.　01:05PM

25　Q　What Cisco products were targeted for the LLDP　01:05PM

---

**Page 123**

1　implementation at the start of Phase 1 of the project?　01:06PM

2　A　The initial rollout was for the Catalyst family　01:06PM

3　of enterprise switches, the Catalyst 6500, the　01:06PM

4　Catalyst 3000 series was soon to follow after that and,　01:06PM

5　later on, other platforms, including the SR1K, it opted　01:06PM

6　the standard　01:06PM

7　Q　When you say "later on, other platforms," what do　01:06PM

8　you mean by "later on"?　01:06PM

9　A　"Later on" as in the 2010-'11 time frame, yeah　01:06PM

10　Q　Okay  So initially in 2005, though, what were　01:06PM

11　the targeted Cisco products for the LLDP implementation?　01:06PM

12　A　The Catalyst switches　01:06PM

13　Q　And in terms of the operating system that the　01:06PM

14　LLDP implementation would apply to, was it just Cisco　01:07PM

15　IOS?　01 07PM

16　A　Yes　01:07PM

17　Q　Okay  You are aware of other operating systems　01:07PM

18　that are used by other Cisco products?　01:07PM

19　A　I am　01:07PM

20　Q　What are the other operating systems that you are　01:07PM

21　aware of that are used by other Cisco products?　01:07PM

22　A　The Cisco XR, Cisco ENA  I think it's been　01:07PM

23　renamed the NX-OS  There's also -- what do they call --　01:07PM

24　the software router, but those are the main ones　01:07PM

25　Q　And those other operating systems that you just　01:07PM

---

**Page 124**

1　mentioned, did the LLDP project involve implementing　01:07PM

2　LLDP on those other operating systems?　01:07PM

3　A　I was not aware of that　01:07PM

4　Q　Okay  So your personal involvement in Phase 1 of　01:07PM

5　the LLDP project focused only on implementing LLDP for　01:07PM

6　Cisco IOS; correct?　01:08PM

7　A　Mm-hmm  Yeah　01:08PM

8　Q　We mentioned -- strike that　01:08PM

9　　You mentioned the different stages that were part　01:08PM

10　of Phase 1 of the LLDP project　01:08PM

11　　Do you remember that?　01:08PM

12　A　Yes　01:08PM

13　Q　Can you let me know -- strike that　01:08PM

14　　Can you list for me again the stages in the order　01 08PM

15　that they're handled?　01:08PM

16　　MR CANNON:  Objection; asked and answered　01:08PM

17　　THE WITNESS:  It's market analysis, slash,　01:08PM

18　requirements as Stage 1  Architecture would be Stage 2　01:08PM

19　Design would be Stage 3, and implementation and testing　01:08PM

20　would be Stages 4 and 5　01:08PM

21　BY MR WONG:　01:08PM

22　Q　Testing is the fifth stage; correct?　01:08PM

23　A　Yes　01:08PM

24　Q　And it would go in that order, from Stage 1 to　01:08PM

25　Stage 2 to Stage 3 to Stage 4 to Stage 5; correct?　01:09PM

---

**Page 125**

1　A　Technically, yes, but in the interest of time,　01:09PM

2　some of these phases will -- stages will overlap.　01:09PM

3　Q　How long did Phase 1 of the LLDP project take to　01:09PM

4　go from Stage 1 to Stage 5?　01:09PM

5　A　I would say Stage 1 to Stage 5, roughly six　01:09PM

6　months.　01:09PM

7　Q　So it took six months to go from the　01:09PM

8　marketing/requirements stage all the way through the　01:09PM

9　fifth testing stage for -- for Phase 1; correct?　01:09PM

10　A　Yes.　01:09PM

11　Q　Which of the five stages consumed the most time　01:09PM

12　out of those six months?　01:09PM

13　A　Architecture and design.　01:10PM

14　Q　Oh, Stages 2 and 3?　01:10PM

15　A　Yes.　01:10PM

16　Q　Did either architecture or design take more time　01:10PM

17　than the other?　01:10PM

18　A　I would say architecture took -- took more than a　01:10PM

19　couple -- couple months to firm up.　01:10PM

20　Q　So how many months or weeks -- strike that.　01:10PM

21　　How long, approximately, did it take for the　01:10PM

22　design stage of Phase 1 of the LLDP project to be　01:10PM

23　completed?　01:10PM

24　A　About three and a half to four weeks.　01:10PM

25　Q　And what is part of the design stage for Phase 1　01:10PM

---

32 (Pages 122 - 125)

CONFIDENTIAL

1  my reviewers' discussion, a good. I would say -- I mean,  01:16PM
2  if you just add up all the time phases, maybe three man  01:16PM
3  days to four man days  01:16PM
4  BY MR. WONG:  01:16PM
5    Q  And when you say "man days," you mean 9:00 to  01:16PM
6  5:00?  01:16PM
7    A  Yes  01:16PM
8    Q  Now, you testified, before the break, that you  01:16PM
9  had reviewed the IEEE LLDP standard that we marked as  01:17PM
10  Exhibit 315 sometime in 2005  01:17PM
11    Do you remember that testimony?  01:17PM
12    A  Yes  01:17PM
13    Q  During what stage of Phase 1 of the LLDP project  01:17PM
14  did you review the IEEE LLDP standard?  01:17PM
15    A  Mainly in the market analysis and architecture  01:17PM
16  phases  01:17PM
17    Q  So those would be Phases 1 and -- excuse me.  01:17PM
18  those would be Stages 1 and 2?  01:17PM
19    A  Yes  01:17PM
20    Q  And did you review the IEEE LLDP standard from  01:17PM
21  front to back?  01:17PM
22    A  I made a full attempt to do that, yes  I don't  01:17PM
23  know if I reviewed every word of it, but  01:17PM
24    Q  And you made a full attempt to review the  01:17PM
25  complete IEEE LLDP standard before moving on to the  01:17PM

Page 130

1  design stage of Phase 1 of the LLDP project; correct?  01:17PM
2    MR CANNON:  Objection; vague  01:18PM
3    THE WITNESS:  Yes  I mean, I didn't read the --  01:18PM
4  each cell of the table, but from a general understanding  01:18PM
5  and the main concepts, yes  01:18PM
6  BY MR. WONG:  01:18PM
7    Q  Why was it important to review as much of the  01:18PM
8  IEEE LLDP standard as possible before moving on to the  01:18PM
9  design stage of Phase 1 of the LLDP project?  01:18PM
10    MR CANNON:  Objection; vague, assumes facts not  01:18PM
11  in evidence, mischaracterizes testimony  01:18PM
12    THE WITNESS:  Because we wanted to do a very  01:18PM
13  solid job of the architecture, and, fundamentally, we  01:18PM
14  were, from an architecture standpoint, trying to  01:18PM
15  understand how they should co-exist with CDP  01:18PM
16  BY MR. WONG:  01:18PM
17    Q  And what is "CDP"?  01:18PM
18    A  Oh, Cisco Discovery Protocol  01:18PM
19    Q  And was Cisco Discovery Protocol an  01:18PM
20  industry-standardized protocol?  01:19PM
21    A  No  01:19PM
22    Q  What was it, then?  01:19PM
23    A  Cisco proprietary discovery protocol  01:19PM
24    Q  What's the difference between a  01:19PM
25  industry-standardized protocol like LLDP and a  01:19PM

Page 131

1  proprietary protocol like CDP?  01:19PM
2    MR. CANNON:  Objection; vague, lacks foundation,  01:19PM
3  and calls for improper opinion testimony.  01:19PM
4    MR. WONG:  Let me -- let me take a step back  01:19PM
5  here.  01:19PM
6    Q  You are -- you are familiar with CDP; correct?  01:19PM
7    A  Yes.  01:19PM
8    Q  And you -- you were familiar with CDP from your  01:19PM
9  time working at Cisco; correct?  01:19PM
10    A  Yes. Yes.  01:19PM
11    Q  What type of experience did you have working with  01:19PM
12  CDP from your employment at Cisco?  01:19PM
13    A  I -- before getting into this project, I didn't  01:19PM
14  have a lot of opportunity or need to work with CDP. I  01:19PM
15  know that it existed, and after I got tasked with this,  01:19PM
16  I -- I -- I looked at it and got deeper knowledge of it  01:19PM
17  and understood that it is a proprietary protocol and we  01:19PM
18  are standardizing it in LLDP and -- yeah.  01:20PM
19    Q  And so during what stage of the five stages that  01:20PM
20  we have been talking about for Phase 1 of the LLDP  01:20PM
21  project did you look at Cisco's implementation of CDP?  01:20PM
22    A  The first three.  01:20PM
23    Q  And what did you -- what did you review to get up  01:20PM
24  to speed on Cisco's implementation of CDP?  01:20PM
25    A  I -- I looked at the code.  I looked at the  01:20PM

Page 132

1  specifications, and I probably discussed with the  01:20PM
2  original developer for it, and that's about what I must  01:20PM
3  have done, yeah.  01:20PM
4    Q  Is LLDP based at all on CDP, to your knowledge?  01:20PM
5    MR. CANNON:  Objection; vague, lacks foundation,  01:20PM
6  calls for improper opinion testimony.  01:21PM
7    THE WITNESS:  It's very similar, and I -- it's  01:21PM
8  certainly heavily influenced by CDP, but I -- I -- I  01:21PM
9  would be wrong to say that it is based on CDP.  01:21PM
10  BY MR. WONG:  01:21PM
11    Q  What are the similarities between CDP and LLDP,  01:21PM
12  to your knowledge?  01:21PM
13    MR. CANNON:  Objection; vague, lacks foundation,  01:21PM
14  and calls for improper opinion testimony.  01:21PM
15    THE WITNESS:  The mechanics of it, meaning we  01:21PM
16  send it -- there is a frequency of keep-alive messages.  01:21PM
17  There is a frequency of initial discovery as opposed to  01:21PM
18  a push button, one point say -- message saying, hey, I'm  01:21PM
19  alive, and until I send another message that I'm not  01:21PM
20  alive, don't even bother.  01:21PM
21    There are various paradigms of how this can be  01:21PM
22  done, right?  So in that respect, it's -- it's similar,  01:21PM
23  and that's how it influences the -- the standard  01:22PM
24  protocol in LLDP.  01:22PM
25  BY MR. WONG:  01:22PM

Page 133

34 (Pages 130 - 133)

CONFIDENTIAL

**Page 142**

1 Q  Did you come up with the term "neighbors" in the   01:32PM
2 sense of discovery?   01:32PM
3 A  No.   01:32PM
4 Q  Where did the term "neighbors" come from as used   01:32PM
5 in the sense of discovery?   01:32PM
6    MR. CANNON:  Objection; lacks foundation.   01:32PM
7 BY MR. WONG:   01:32PM
8 Q  If you know.   01:32PM
9 A  More from intuition, more from just being able to   01:32PM
10 communicate it correctly.   01:32PM
11 Q  Communicate it correctly to who -- strike that.   01:32PM
12    Communicate it directly to who?   01:32PM
13 A  The reviewers, the -- the reviewers and people   01:32PM
14 who will give me suggestions on where -- what -- what to   01:32PM
15 change or how to improve it.   01:33PM
16 Q  Why is it that a non-Cisco device cannot interact   01:33PM
17 with a Cisco device in the process of discovering each   01:33PM
18 other as neighbors, as you say here on page 3 of   01:33PM
19 Exhibit 317?   01:33PM
20    MR. CANNON:  Objection; vague, incomplete   01:33PM
21 hypothetical, calls for improper opinion testimony,   01:33PM
22 lacks foundation.   01:33PM
23    THE WITNESS:  Because the existing protocols back   01:33PM
24 then were proprietary.  Cisco had its own proprietary   01:33PM
25 protocol for discovery.  Model [phonetic] had its own   01:33PM

**Page 143**

1 proprietary protocol for discovery, and they don't talk   01:33PM
2 to each other.  That's what I meant.   01:33PM
3 BY MR. WONG:   01:33PM
4 Q  And the next sentence in this paragraph, you   01:33PM
5 wrote:  "Thus there is a need for Cisco devices to   01:33PM
6 comply with an industry standard for network topology   01:33PM
7 discovery."   01:33PM
8    Do you see that?   01:33PM
9 A  Yes.   01:33PM
10 Q  Why is there a need for Cisco devices to comply   01:33PM
11 with an industry standard for network topology   01:33PM
12 discovery, as you wrote in Exhibit 317?   01:34PM
13    MR. CANNON:  Objection; vague, lacks foundation,   01:34PM
14 calls for improper opinion testimony.   01:34PM
15    THE WITNESS:  The answer is in the very previous   01:34PM
16 sentence for that, yeah.  Basically says that a   01:34PM
17 non-Cisco device cannot interact with a Cisco device in   01:34PM
18 the process of discovery.   01:34PM
19 BY MR. WONG:   01:34PM
20 Q  Is it important for a non-Cisco device to be able   01:34PM
21 to interact with a Cisco device in the process of   01:34PM
22 discovering each other as neighbors?   01:34PM
23    MR. CANNON:  Objection; vague, lacks foundation,   01:34PM
24 calls for improper opinion testimony.   01:34PM
25    THE WITNESS:  This is an architectural question,   01:34PM

**Page 144**

1 and there is no right answer for this, but my personal   01:34PM
2 opinion is a yes.   01:34PM
3 BY MR. WONG:   01:34PM
4 Q  And why is that important, Mr. Patil?   01:34PM
5    MR. CANNON:  Same objections.   01:34PM
6    THE WITNESS:  My personal opinion is that devices   01:34PM
7 should freely discover each other and collaborate to   01:35PM
8 bring about functionality, and that's the reason they   01:35PM
9 should be -- there should be a standard.   01:35PM
10 BY MR. WONG:   01:35PM
11 Q  And when you say devices should be able to freely   01:35PM
12 discover each other, you are referring to devices from   01:35PM
13 different vendors; correct?   01:35PM
14 A  That's correct.   01:35PM
15 Q  And the only way that you can have devices from   01:35PM
16 different vendors to freely discover each other, as you   01:35PM
17 say, would be to have a standard to do that; correct?   01:35PM
18    MR. CANNON:  Objection; vague, lacks foundation,   01:35PM
19 calls for improper opinion testimony.   01:35PM
20    THE WITNESS:  That's correct.   01:35PM
21 BY MR. WONG:   01:35PM
22 Q  And, finally, the last sentence in this   01:35PM
23 paragraph, top of page 3 of Exhibit 317, says, "LLDP was   01:35PM
24 standardized by IEEE as part of 802.1ab, and Cisco's   01:35PM
25 implementation will be based on this standard."   01:35PM

**Page 145**

1    Do you see that?   01:35PM
2 A  Yes   01:35PM
3 Q  Right   01:35PM
4    This 802.1AB that you are referring to in   01:35PM
5 Exhibit 317 is the same standard marked as Exhibit 315   01:36PM
6 here; correct?   01:36PM
7 A  That's correct   01:36PM
8 Q  Okay  And is it correct that Cisco's   01:36PM
9 implementation of LLDP was based upon the IEEE standard   01:36PM
10 marked as Exhibit 315?   01:36PM
11    MR. CANNON:  Objection; vague   01:36PM
12    THE WITNESS:  It is based upon that, right   01:36PM
13 BY MR. WONG:   01:36PM
14 Q  And that was intentional; correct?   01:36PM
15    MR. CANNON:  Objection; vague   01:36PM
16    MR. WONG:  Let me rephrase the question   01:36PM
17 Q  When you were working on implementing LLDP in   01:36PM
18 Cisco's devices, you intended for the implementation to   01:36PM
19 follow the IEEE standard marked as Exhibit 315; correct?   01:36PM
20    MR. CANNON:  Objection; vague   01:36PM
21    THE WITNESS:  Correct   01:36PM
22 BY MR. WONG:   01:36PM
23 Q  You intended Cisco's implementation of LLDP to be   01:36PM
24 compliant with the IEEE standard marked as Exhibit 315;   01:36PM
25 right?   01:37PM

37 (Pages 142 - 145)

CONFIDENTIAL

```
 1    A  Compliant with, yes                01:37PM
 2    Q  In the third paragraph on page 3 of Exhibit 317,  01:37PM
 3  first sentence says, "LLDP facilitates the use of   01:37PM
 4  standard management tools such as SNMP in a multi-vendor  01:37PM
 5  network "                                 01:37PM
 6        Do you see that?                    01:37PM
 7    A  Yes                                  01:37PM
 8    Q  What do you mean by that statement?  01:37PM
 9    A  So the answer to that might get a little   01:37PM
10  technical, but I'll say that anyway        01:37PM
11        Part of the IEEE standard is also a specification  01:37PM
12  of topology Management Information Base, which can be   01:37PM
13  developed to make SNMP queries, if the Management   01:37PM
14  Information Base can be standard across all vendors,  01:37PM
15  that means that the SNMP queries will apply universally   01:38PM
16  across all vendors, and that's the -- the added   01:38PM
17  advantage of standardizing this            01:38PM
18    Q  And what is "SNMP"?                   01:38PM
19    A  It stands for Simple Network Management   01:38PM
20  Protocol                                  01:38PM
21    Q  And how was -- what's the function or purpose of  01:38PM
22  SNMP?                                     01:38PM
23        MR CANNON: Objection; vague         01:38PM
24        THE WITNESS: The purpose of SNMP is to,   01:38PM
25  essentially, allow network administrators and engineers  01:38PM
                                             Page 146
```

```
 1  and developers to be able to create network information  01:38PM
 2  and send -- send trap -- what are called -- technically   01:38PM
 3  called "traps," SNMP traps, to signal significant events  01:39PM
 4  in a network.  And it's a protocol that persists network  01:39PM
 5  information in a -- in a place called MIB, Management   01:39PM
 6  Information Base, and then provides a user interface   01:39PM
 7  to -- to query that data.                  01:39PM
 8  BY MR. WONG:                               01:39PM
 9    Q  And I think you said that if the Management   01:39PM
10  Information Base, or MIB, can be standard across all   01:39PM
11  vendors, that means that the SNMP inquiries [sic] will   01:39PM
12  apply universally across all vendors; right?  01:39PM
13    A  Yes.                                 01:39PM
14    Q  So that means that a network administrator and   01:39PM
15  engineers can use the same SNMP inquiries for different  01:39PM
16  vendor products; correct?                  01:39PM
17    A  Correct, if they are connect -- interconnected.  01:39PM
18    Q  And what's the advantage of -- what's the   01:39PM
19  advantage to a network administrator to be able to use   01:40PM
20  the same SNMP inquiries for different vendor products?   01:40PM
21        MR. CANNON: Objection; vague, lacks foundation,  01:40PM
22  calls for improper opinion testimony.      01:40PM
23        THE WITNESS: If a certain topology or deployment  01:40PM
24  includes multiple -- inputs equipment from multiple   01:40PM
25  vendors, they don't have to tear that apart and replace   01:40PM
                                             Page 147
```

```
 1  that with one -- with just one vendor's equipment just   01:40PM
 2  to make SNMP work, and that level of interoperability at   01:40PM
 3  the SNMP level can be very handy in -- in -- in larger   01:40PM
 4  networks.                                 01:40PM
 5  BY MR. WONG:                               01:40PM
 6    Q  If there wasn't the standardization for SNMP   01:40PM
 7  inquiries and you had a multivendor network, would you   01:40PM
 8  have to write different SNMP inquiries for each network?  01:40PM
 9        MR. CANNON:  Objection: vague, incomplete   01:41PM
10  hypothetical, lacks foundation, calls for improper   01:41PM
11  opinion testimony.                        01:41PM
12        THE WITNESS:  If that were the case, then -- then  01:41PM
13  we are -- we are essentially talking of vendor-specific   01:41PM
14  Management Information Bases, and that would, at the   01:41PM
15  very least, at least require some level of nonstandard   01:41PM
16  or tailored queries for each vendor.       01:41PM
17  BY MR. WONG:                               01:41PM
18    Q  If you turn back to Exhibit 315, it's the IEEE   01:42PM
19  standard for LLDP.                        01:42PM
20    A  Yes.                                 01:42PM
21    Q  Now, LLDP is a defined term in the IEEE standard;  01:42PM
22  correct?                                  01:42PM
23    A  Yes.                                 01:42PM
24    Q  In fact, if you look to page 5 of -- and I'm   01:42PM
25  looking -- pointing to page 5 at the bottom of the page   01:42PM
                                             Page 148
```

```
 1  of Exhibit 315, there is a section on the top that it   01:42PM
 2  says "Definitions and numerical representation "   01:42PM
 3        Do you see that?                    01:42PM
 4    A  Yes                                  01:42PM
 5    Q  And entry 3 1 6 --                   01:42PM
 6    A  Yes                                  01:42PM
 7    Q  -- defines Link Layer Discovery Protocol and, in   01:42PM
 8  parenthesis, LLDP.                        01:42PM
 9        Do you see that?                    01:42PM
10    A  Mm-hmm                               01:42PM
11    Q  So you were aware that LLDP was a defined acronym   01:42PM
12  in the actual IEEE standard while you were working on   01:43PM
13  Phase 1 of the LLDP project; correct?      01:43PM
14        MR CANNON: Objection: vague          01:43PM
15        THE WITNESS: Yes                    01:43PM
16  BY MR. WONG:                               01:43PM
17    Q  If you turn the page to page 6 --     01:43PM
18    A  Mm-hmm                               01:43PM
19    Q  -- entry 3 1 21                      01:43PM
20        Do you see that?                    01:43PM
21    A  Yes                                  01:43PM
22    Q  It says, "type, length, value (TLV) "   01:43PM
23        Do you see that?                    01:43PM
24    A  Yes                                  01:43PM
25    Q  You were aware, by Stage 1 or at least Stage 2 of  01:43PM
                                             Page 149
```

38 (Pages 146 - 149)

CONFIDENTIAL

1 Phase 1 of the LLDP project, that the IEEE standard for 01:43PM
2 LLDP defined the acronym TLV; correct? 01:43PM
3        MR. CANNON: Objection; vague, mischaracterizes 01:43PM
4 the document. 01:43PM
5        THE WITNESS: Yes. 01:43PM
6 BY MR. WONG:
7    Q    In fact, on page 7 of Exhibit 315, at the very 01:43PM
8 top, it's a section called "Acronyms and abbreviations"; 01:43PM
9 correct? 01:43PM
10   A    Yes. 01:43PM
11   Q    And both LLDP and TLV are listed as defined 01:43PM
12 acronyms within the IEEE LLDP standard; right? 01:43PM
13   A    Yes. 01:43PM
14   Q    And you were aware of that before you began the 01:44PM
15 design stage for Phase 1 of the LLDP project; right? 01:44PM
16   A    Yes. 01:44PM
17   Q    And you were aware of that during the design 01:44PM
18 period for the LLDP project; correct? 01:44PM
19   A    Yes. 01:44PM
20   Q    And if you look at Exhibit 316, which is this 01:44PM
21 list of commands? 01:44PM
22   A    Okay. 01:44PM
23   Q    Are you there? 01:44PM
24        Each of the commands associated with you include 01:44PM
25 the acronym LLDP. 01:44PM

Page 150

1        Do you see that? 01:44PM
2    A    Yes 01:44PM
3    Q    That LLDP is the same LLDP that is defined within 01:44PM
4 the IEEE LLDP standard; right? 01:44PM
5        MR CANNON: Objection; vague 01:44PM
6        THE WITNESS: It's -- yeah, it -- it refers to 01:44PM
7 the Link Layer Discovery Protocol 01:44PM
8 BY MR WONG: 01:45PM
9    Q    I mean, that's the same acronym that appears here 01:45PM
10 on page 7 of Exhibit 315; right? Under "Acronyms and 01:45PM
11 abbreviations" within the IEEE standard; correct? 01:45PM
12        MR CANNON: Objection; documents speak for 01:45PM
13 themselves 01:45PM
14        THE WITNESS: Yes 01:45PM
15 BY MR WONG: 01:45PM
16   Q    And your choice of LLDP in each of the commands 01:45PM
17 listed on Exhibit 316, that was intentionally meant to 01:45PM
18 refer to the LLDP acronym within the IEEE standard; 01:45PM
19 right? 01:45PM
20        MR CANNON: Objection; vague 01:45PM
21        THE WITNESS: Yes 01:45PM
22 BY MR WONG: 01:45PM
23   Q    If you look at Section 10 3 4 of Exhibit 315 -- 01:45PM
24 let me know when you are there 01:45PM
25        MR CANNON: Do you have the page number for 01:45PM

Page 151

1 that? 01:45PM
2        MR. WONG:  I'll tell you once I see it.  Yes, 01:45PM
3 page 39.  Control number is -- ends in 17959. 01:46PM
4    Q    Are you there? 01:46PM
5    A    Yeah, I am. 01:46PM
6    Q    So Section 10.3.4 is called "Too many neighbors." 01:46PM
7        Do you see that? 01:46PM
8    A    Mm-hmm. 01:46PM
9    Q    Now, we were talking earlier about the use of the 01:46PM
10 word "neighbors" in the functional specification that 01:46PM
11 you wrote -- 01:46PM
12   A    Yes. 01:46PM
13   Q    -- right? 01:46PM
14   A    Yes. 01:46PM
15   Q    Is this use of the word "neighbors" here in the 01:46PM
16 IEEE specification the -- the same use of the word 01:46PM
17 "neighbors" that you were using in the functional 01:46PM
18 specification? 01:46PM
19        MR. CANNON: Objection; vague. 01:46PM
20        THE WITNESS: I was -- I read this specification 01:46PM
21 thoroughly, so I -- yeah, I was influenced by some of 01:46PM
22 the language in here. 01:47PM
23 BY MR. WONG: 01:47PM
24   Q    But you -- you became familiar with the 01:47PM
25 terminology relevant to LLDP by reading the IEEE 01:47PM

Page 152

1 standard on LLDP; right? 01:47PM
2        MR. CANNON: Objection; vague. 01:47PM
3        THE WITNESS: Yes. 01:47PM
4 BY MR. WONG: 01:47PM
5    Q    And in particular here, you were aware that the 01:47PM
6 term "neighbors" was used in the IEEE LLDP standard; 01:47PM
7 right? 01:47PM
8    A    Mm-hmm. 01:47PM
9        MR. CANNON: Objection; vague. 01:47PM
10 BY MR. WONG: 01:47PM
11   Q    Oh, I'm sorry, can you -- let me -- let me ask 01:47PM
12 the question one more time. 01:47PM
13        And in particular here, Section 10.3.4 of 01:47PM
14 Exhibit 315, you were aware that the term "neighbors" 01:47PM
15 was used in the IEEE LLDP standard, yes? 01:47PM
16        MR. CANNON: Objection; vague. 01:47PM
17        THE WITNESS: Yes. 01:47PM
18 BY MR. WONG: 01:47PM
19   Q    Can you turn to page -- or Section 5.2, please, 01:48PM
20 of Exhibit 315, and that is page 8. 01:48PM
21        Are you there? 01:48PM
22   A    Yes. 01:48PM
23   Q    Section 5.2 on page 8 of Exhibit 315 says 01:48PM
24 "Required capabilities." 01:48PM
25        Do you see that? 01:48PM

Page 153

39 (Pages 150 - 153)

| | | |
|---|---|---|
| 1 | A   Yes | 01:48PM |
| 2 | Q   And under that, it says, "A system for which | 01:48PM |
| 3 | conformance to this standard is claimed shall, for all | 01:48PM |
| 4 | ports for which support is claimed, include the | 01:48PM |
| 5 | following capabilities," and then it lists items a | 01:48PM |
| 6 | through k | 01:48PM |
| 7 | Do you see that? | 01:48PM |
| 8 | A   Yes | 01:48PM |
| 9 | MR CANNON: Objection; mischaracterizes the | 01:48PM |
| 10 | document | 01:48PM |
| 11 | BY MR WONG: | 01:48PM |
| 12 | Q   Did I read that correctly, Mr Patil? | 01:48PM |
| 13 | MR CANNON: Objection; mischaracterizes the | 01:48PM |
| 14 | document | 01:48PM |
| 15 | THE WITNESS: You did | 01:48PM |
| 16 | BY MR WONG: | 01:48PM |
| 17 | Q   And did the Cisco products for which you worked | 01:49PM |
| 18 | on the LLDP implementation conform to the standard | 01:49PM |
| 19 | marked as Exhibit 315? | 01:49PM |
| 20 | MR CANNON: Objection; vague, lacks foundation, | 01:49PM |
| 21 | calls for improper opinion testimony | 01:49PM |
| 22 | MR WONG: Let me rephrase the question | 01:49PM |
| 23 | Q   Were the required capabilities listed in | 01:49PM |
| 24 | Section 5 2 of Exhibit 315 implemented when you did the | 01:49PM |
| 25 | LLDP implementation for Cisco's products? | 01:49PM |

Page 154

| | | |
|---|---|---|
| 1 | MR CANNON: Objection; vague, compound, lacks | 01:49PM |
| 2 | foundation, and calls for improper opinion testimony | 01:49PM |
| 3 | THE WITNESS:  I don't know how many are specific | 01:49PM |
| 4 | deal with are implemented, but the focus was to be as | 01:49PM |
| 5 | compliant as possible | 01:49PM |
| 6 | BY MR WONG: | 01:49PM |
| 7 | Q   If you look at subsection i under Section 5 2 -- | 01:49PM |
| 8 | A   Yes | 01:50PM |
| 9 | Q   -- it says, "The protocol shall conform to the | 01:50PM |
| 10 | specifications for all Clause 10 subclauses indicated in | 01:50PM |
| 11 | Table 10-1 for the particular operating mode," and then | 01:50PM |
| 12 | in parentheses it has "transmit only, receive only, or | 01:50PM |
| 13 | transmit and receive," close parentheses, "being | 01:50PM |
| 14 | implemented " | 01:50PM |
| 15 | Do you see that? | 01:50PM |
| 16 | A   Yes | 01:50PM |
| 17 | Q   Did I read that correctly? | 01:50PM |
| 18 | A   Yes | 01:50PM |
| 19 | Q   Did the LLDP implementation that you worked on at | 01:50PM |
| 20 | Cisco include this capability described by subsection i | 01:50PM |
| 21 | under Section 5 2? | 01:50PM |
| 22 | MR CANNON: Objection; vague, lacks foundation, | 01:50PM |
| 23 | calls for improper opinion testimony | 01:50PM |
| 24 | THE WITNESS:  Yes, it included | 01:50PM |
| 25 | BY MR WONG: | 01:50PM |

Page 155

| | | |
|---|---|---|
| 1 | Q   So the LLDP implementation that you worked on at | 01:50PM |
| 2 | Cisco -- and, in particular, Phase 1 -- supported a | 01:50PM |
| 3 | transmit-only operating mode? | 01:50PM |
| 4 | A   Yes. I don't recall the -- I don't remember it | 01:51PM |
| 5 | very clearly, but, yes. | 01:51PM |
| 6 | Q   Okay.  And did it also support a receive only -- | 01:51PM |
| 7 | excuse me. | 01:51PM |
| 8 | Did it also support a receive-only operating | 01:51PM |
| 9 | mode? | 01:51PM |
| 10 | MR. CANNON: Objection; vague, lacks foundation. | 01:51PM |
| 11 | THE WITNESS: Let me take a moment. Yes. | 01:51PM |
| 12 | BY MR. WONG: | 01:51PM |
| 13 | Q   And did it also support a transmit and receive | 01:51PM |
| 14 | operating mode? | 01:51PM |
| 15 | MR. CANNON: Objection; vague, lacks foundation. | 01:51PM |
| 16 | THE WITNESS: Yes. | 01:51PM |
| 17 | BY MR. WONG: | 01:51PM |
| 18 | Q   And each of those features that we just talked | 01:51PM |
| 19 | about, those were implemented as part of Phase 1 of the | 01:51PM |
| 20 | LLDP project that you worked on, Mr. Patil? | 01:51PM |
| 21 | MR. CANNON: Objection; vague. | 01:51PM |
| 22 | THE WITNESS: Yes. | 01:51PM |
| 23 | BY MR. WONG: | 01:51PM |
| 24 | Q   If you turn to page 43 of Exhibit 315 -- let me | 01:52PM |
| 25 | know when you are there. | 01:52PM |

Page 156

| | | |
|---|---|---|
| 1 | A   Yes | 01:52PM |
| 2 | Q   -- section 10 5 2 is called "Statistical | 01:52PM |
| 3 | counters " | 01:52PM |
| 4 | Do you see that? | 01:52PM |
| 5 | A   Yes | 01:52PM |
| 6 | Q   And, under that, it says, "Statistical counters | 01:52PM |
| 7 | shall be provided to accumulate operational statistics | 01:52PM |
| 8 | on a per-port basis " | 01:52PM |
| 9 | Do you see that? | 01:52PM |
| 10 | A   Yes | 01:52PM |
| 11 | Q   Is it your understanding that the support of | 01:52PM |
| 12 | statistical counters is required by the IEEE LLDP | 01:52PM |
| 13 | standard? | 01:52PM |
| 14 | MR. CANNON: Objection; vague, lacks foundation, | 01:52PM |
| 15 | calls for improper opinion testimony | 01:52PM |
| 16 | THE WITNESS: Can you repeat the question again? | 01:52PM |
| 17 | MR WONG: Sure | 01:52PM |
| 18 | Q   Is it your understanding that providing | 01:52PM |
| 19 | statistical counters is a requirement of complying with | 01:52PM |
| 20 | the IEEE LLDP standard? | 01:53PM |
| 21 | MR. CANNON: Same objections | 01:53PM |
| 22 | THE WITNESS: Yes | 01:53PM |
| 23 | BY MR WONG: | 01:53PM |
| 24 | Q   And did you, in fact, support statistical | 01:53PM |
| 25 | counters when you worked on the LLDP implementation at | 01:53PM |

Page 157

40 (Pages 154 - 157)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 88 of 122
CONFIDENTIAL

---

**Page 158**

1 Cisco?                                          01:53PM
2      MR CANNON: Same objections               01:53PM
3      THE WITNESS: Yes                          01:53PM
4 BY MR WONG:                                     01:53PM
5   Q  Now, you were looking at Exhibit 316 while you  01:53PM
6 were confirming your answer; correct?          01:53PM
7   A  That's correct                            01:53PM
8   Q  What -- what were you looking for in Exhibit 316  01:53PM
9 to confirm your answer?                         01:53PM
10     MR CANNON: Objection; mischaracterizes    01:53PM
11 testimony                                      01:53PM
12     THE WITNESS: I was looking at the CLI  I  01:53PM
13 vaguely recalled that I supported that, but I was  01:53PM
14 looking at the -- the list of CLIs here to -- to confirm  01:53PM
15 that it -- it was in Phase I                   01:54PM
16 BY MR WONG:                                    01:54PM
17  Q  And which CLI command did you look at to confirm  01:54PM
18 that the support of counters was included in Phase 1 of  01:54PM
19 the LLDP project?                              01:54PM
20     MR CANNON: Objection; vague, mischaracterizes  01:54PM
21 testimony                                      01:54PM
22     THE WITNESS: I just confirmed that "show lldp  01:54PM
23 traffic" does exist in this table so that I can answer  01:54PM
24 you                                            01:54PM
25 BY MR WONG:                                    01:54PM

**Page 159**

1   Q  If you turn to page 49 of Exhibit 315 -- let me  01:54PM
2 know when you are there.                        01:54PM
3   A  Yes.                                       01:54PM
4   Q  -- if you look under Section 11.2.2, it's called  01:54PM
5 "TLV selection management."                     01:54PM
6      Do you see that?                           01:54PM
7   A  Yes.                                       01:54PM
8   Q  What is "TLV selection management"?       01:54PM
9   A  So some of the data that is sent in a discovery  01:54PM
10 packet is mandatory, and some of it is optional, and  01:55PM
11 what the standard calls for is the ability to specify  01:55PM
12 which of the optional TLVs the admin wants to send on a  01:55PM
13 particular port or suppress on a particular port, so  01:55PM
14 that's what TLV selection management essentially means.  01:55PM
15  Q  And when you worked on Phase 1 of the LLDP  01:55PM
16 project at Cisco, did you include the ability for TLV  01:55PM
17 selection in that implementation?              01:55PM
18  A  Yes.                                       01:55PM
19  Q  In that first paragraph below Section 11.2.2 in  01:55PM
20 Exhibit 315 --                                 01:56PM
21  A  Mm-hmm.                                    01:56PM
22  Q  -- the second sentence says, "The following LLDP  01:56PM
23 variables cross reference to LLDP local systems  01:56PM
24 configuration MIB tables," and then it -- there's a  01:56PM
25 remainder of the sentence.                     01:56PM

**Page 160**

1      Do you see that?                           01:56PM
2   A  Yes.                                       01:56PM
3   Q  What are "MIB tables"?                     01:56PM
4   A  So "MIB tables" are the -- the storage that make  01:56PM
5 SNMP queries possible, so MIBs are -- essentially  01:56PM
6 support information for SNMP.                    01:56PM
7   Q  And so are -- are the tables different from the  01:56PM
8 MIBs themselves?                                01:56PM
9   A  MIBs -- MIB tables are like the blueprint for the  01:56PM
10 actual tables -- I'm sorry, MIB tables are the blueprint  01:56PM
11 for the actual MIB data, if that makes sense.   01:56PM
12  Q  MIB tables -- I'm sorry, can you explain that?  01:56PM
13 So let me -- let me ask the question again.     01:57PM
14     How -- strike that.                        01:57PM
15     Are tables different from the MIBs themselves?  01:57PM
16  A  In -- in the -- and I have not used this language  01:57PM
17 for a long time, and I've not used SNMP in a long time,  01:57PM
18 but my understanding is that the language of SNMP -- in  01:57PM
19 the language of SNMP, the MIB table is like a blueprint.  01:57PM
20 It's called the data that is housed in the MIB.  01:57PM
21  Q  And the -- the term "MIB table," that -- is that  01:57PM
22 a term that is familiar to those in networking industry?  01:57PM
23     MR. CANNON: Objection; vague, lacks foundation,  01:57PM
24 calls for improper opinion testimony.          01:57PM
25     THE WITNESS: Yes.                          01:57PM

**Page 161**

1 BY MR. WONG:                                     01:57PM
2   Q  And you certainly know what a "MIB table" is if  01:57PM
3 you heard that term used; correct?             01:58PM
4   A  Yes.                                       01:58PM
5   Q  And you would understand what a "MIB table" is  01:58PM
6 based upon your experience working in the networking  01:58PM
7 industry; correct?                             01:58PM
8   A  Yes.                                       01:58PM
9   Q  What was the process at Cisco for selecting a  01:58PM
10 command syntax?  And we can talk specifically about the  01:58PM
11 commands listed on Exhibit 316 --              01:58PM
12  A  Mm-hmm.                                    01:58PM
13  Q  -- but -- so let me just rephrase the question,  01:58PM
14 actually.                                      01:58PM
15     For the commands listed in Exhibit 316, what was  01:58PM
16 the process at Cisco for selecting the command syntax?  01:58PM
17     MR. CANNON: Objection; vague, lacks foundation,  01:58PM
18 calls for speculation.                         01:58PM
19     THE WITNESS: Well, there is -- the -- the  01:58PM
20 product owner, which is me, lead developer for the  01:58PM
21 product, comes up with initial proposal, and it is,  01:58PM
22 essentially, reviewed by a group of people that are  01:58PM
23 highly experienced for -- for usability and  01:59PM
24 extensibility, and so on, so there are certain criteria  01:59PM
25 that they look -- look at, including usability,  01:59PM

CONFIDENTIAL

1 subcommands under certain -- at certain places, and     02:16PM
2 that -- that's -- that's what it means     02:16PM
3     Q   And why is that important when coming up with a     02:16PM
4 command syntax?     02:16PM
5       MR CANNON: Objection; vague, lacks foundation,     02:16PM
6 incomplete hypothetical, calls for improper opinion     02:16PM
7 testimony     02:16PM
8       THE WITNESS: To support extensibility in -- in     02:16PM
9 general in the sense that we might do certain things in     02:17PM
10 Phase 1 and we might plan to include more commands at a     02:17PM
11 certain level in -- in the command hierarchy at a later     02:17PM
12 phase, and that is if you know you already want to do     02:17PM
13 that  But sometimes we don't even know, and it's all     02:17PM
14 the more pressing at that point to -- for -- for it to     02:17PM
15 be designed for extensibility     02:17PM
16 BY MR WONG:     02:17PM
17     Q   Did you consider extensibility when you were     02:17PM
18 proposing the command syntaxes for the commands listed     02:17PM
19 on Exhibit 316?     02:17PM
20       MR CANNON: Objection; vague     02:17PM
21       THE WITNESS: Definitely, yes     02:17PM
22 BY MR WONG:     02:17PM
23     Q   If you turn to page 4 of Exhibit 318, No  6 --     02:17PM
24 let me know when you are there     02:18PM
25     A   Okay     02:18PM

Page 170

1     Q   -- it says, "When naming a command, try to pick     02:18PM
2 names that would be familiar to people in the industry "     02:18PM
3     Do you see that?     02:18PM
4     A   Yes     02:18PM
5     Q   When you came up with the commands listed on     02:18PM
6 Exhibit 316, did you try to pick names that would be     02:18PM
7 familiar to people in the industry?     02:18PM
8       MR CANNON: Objection; vague     02:18PM
9       THE WITNESS: Yes     02:18PM
10 BY MR WONG:     02:18PM
11     Q   And did you try to use accepted industry acronyms     02:18PM
12 when coming up with the commands listed in Exhibit 316?     02:18PM
13       MR CANNON: Objection; vague     02:18PM
14       THE WITNESS: Yes     02:18PM
15 BY MR  WONG:     02:18PM
16     Q   If you look down at the bottom of page 4,     02:18PM
17 No  10 -- let me know when you are there     02:18PM
18     A   Yeah     02:19PM
19     Q   -- it says, "Commands should tend to be     02:19PM
20 self-explanatory so that a relatively knowledgeable user     02:19PM
21 can figure out the command function from the command and     02:19PM
22 on-line help without having to scurry off to the     02:19PM
23 manuals "     02:19PM
24     Do you see that?     02:19PM
25     A   Yes     02:19PM

Page 171

1     Q   Did you consider that guideline when you were     02:19PM
2 devising the command syntaxes listed on Exhibit 316?     02:19PM
3       MR CANNON: Objection; vague     02:19PM
4       THE WITNESS: Yes  In general, yes     02:19PM
5 BY MR WONG:     02:19PM
6     Q   How important is the vocabul-- -- strike that     02:19PM
7     How important is -- is understanding the     02:19PM
8 vocabulary of the intended user of a command to coming     02:19PM
9 up with a command syntax, in your view?     02:19PM
10       MR CANNON: Objection; vague, lacks foundation,     02:19PM
11 calls for improper opinion testimony     02:19PM
12       THE WITNESS: It's fairly important     02:19PM
13 BY MR WONG:     02:20PM
14     Q   Did you consider the vocabulary of the intended     02:20PM
15 user of the LLDP functionality when you were coming up     02:20PM
16 with the commands listed on Exhibit 316?     02:20PM
17       MR CANNON: Objection; vague     02:20PM
18       THE WITNESS: Yes     02:20PM
19 BY MR WONG:     02:20PM
20     Q   Do you think it's important to have guidelines     02:20PM
21 for the addition of new commands to a command-line     02:20PM
22 interface?     02:20PM
23       MR CANNON: Objection; vague, incomplete     02:20PM
24 hypothetical, lacks foundation, calls for improper     02:20PM
25 opinion testimony     02:20PM

Page 172

1       THE WITNESS:  Yes.     02:20PM
2 BY MR. WONG:     02:20PM
3     Q   Why do you think it's important to have     02:20PM
4 guidelines for the addition of new commands to a     02:20PM
5 command-line interface?     02:20PM
6       MR. CANNON: Same objections.     02:20PM
7       THE WITNESS: The primary reason is the inability     02:20PM
8 to reverse commands and the need for backward     02:21PM
9 compatibility at every stage of the product evolution.     02:21PM
10 And that calls for basically putting out commands in a     02:21PM
11 manner that is backward compatible and extensible.     02:21PM
12 BY MR. WONG:     02:21PM
13     Q   So, in your view, considering backwards     02:21PM
14 compatibility and extensibility are both important when     02:21PM
15 coming up with a new command; correct?     02:21PM
16       MR. CANNON: Objection; vague, mischaracterizes     02:21PM
17 testimony, lacks foundation, calls for improper opinion     02:21PM
18 testimony, incomplete hypothetical.     02:21PM
19       THE WITNESS:  In the context of the CLI we are     02:21PM
20 talking about, that would be correct.     02:21PM
21 BY MR. WONG:     02:21PM
22     Q   And did you consider backwards compatibility and     02:21PM
23 extensibility when you proposed the commands listed on     02:21PM
24 Exhibit 316?     02:22PM
25       MR. CANNON: Objection; vague.     02:22PM

Page 173

44 (Pages 170 - 173)

CONFIDENTIAL

```
 1 hierarchy.                              02:38PM
 2     If you want a strict hierarchy, you would have an  02:38PM
 3 intermediate node and list all the specific options, but  02:38PM
 4 since there aren't any, I might have taken this  02:38PM
 5 position; although, it's -- it's -- it may seem a little  02:38PM
 6 bit weak for in terms of future-proofing things.  02:38PM
 7     So there's a -- there's a -- there's a balance  02:39PM
 8 between future-proofing and -- and verbosity, and -- and  02:39PM
 9 the more you try to feature-proof, the more verbose you  02:39PM
10 can become, so it's more of a subjective column how you  02:39PM
11 design, keeping all of these in mind, yeah.  02:39PM
12   Q  Thank you.                         02:39PM
13     And after letter "d" on Exhibit 321, you say,  02:39PM
14 quote:  It is more intuitive for first-time users, end  02:39PM
15 quote.                                  02:39PM
16     Do you see that?                    02:39PM
17   A  Yes.                              02:39PM
18   Q  What did you mean by that?          02:39PM
19   A  This means that -- that user interface should  02:39PM
20 flow naturally in a sense that if I've never used  02:39PM
21 anything similar, I should be pretty much able to -- I  02:39PM
22 should be able to come in and type in a reasonable  02:39PM
23 keyword for things and get help on it and be able to  02:40PM
24 complete a configuration within a reasonable amount of  02:40PM
25 time rather than going through hours of research on it.  02:40PM
                                        Page 186
```

```
 1   Q  And that approach that you just described, did  02:40PM
 2 you apply that approach for the commands that are listed  02:40PM
 3 in Exhibit 316?                         02:40PM
 4     MR. CANNON:  Objection; vague.       02:40PM
 5     THE WITNESS:  The -- what is 316?  This is the  02:40PM
 6 one -- okay.  This -- it -- it certainly influenced our  02:40PM
 7 structure for these commands.  Yeah, so intuitiveness,  02:40PM
 8 extensibility, usability, aesthetics are all factors  02:40PM
 9 that we considered.                     02:40PM
10 BY MR. WONG:                            02:41PM
11   Q  Let's look at Exhibit 316 now, Mr. Patil.  02:41PM
12   A  Yeah.                             02:41PM
13   Q  Starting with the first command, you were  02:41PM
14 associated with "clear lldp counters."  02:41PM
15     Do you see that?                    02:41PM
16   A  Yes.                              02:41PM
17   Q  What function does the "clear lldp counters"  02:41PM
18 command perform?                        02:41PM
19   A  It's basically a reset, if you will, of all the  02:41PM
20 statistics that have been accumulated over a period of  02:41PM
21 time, and if you want to start off on a clean slate  02:41PM
22 again at a certain period of time on a -- on a certain  02:41PM
23 router or switch, then you could issue that command and  02:42PM
24 it will clear all the statistics.       02:42PM
25   Q  And how long did it take you, approximately, to  02:42PM
                                        Page 187
```

```
 1 come up with the syntax of "clear lldp counters"?  02:42PM
 2     MR. CANNON:  Objection; vague.       02:42PM
 3     THE WITNESS:  Oh, just that one command?  02:42PM
 4     MR. WONG:  Mm-hmm.                   02:42PM
 5     THE WITNESS:  I don't know, 15 minutes.  02:42PM
 6 BY MR. WONG:                            02:42PM
 7   Q  Okay.  How long did it take you, approximately,  02:42PM
 8 to do the source code writing to implement the  02:42PM
 9 functionality for the "clear lldp counters" command?  02:42PM
10     MR. CANNON:  Objection; vague, assumes facts not  02:42PM
11 in evidence.                            02:42PM
12     THE WITNESS:  Okay.  That would be, again,  02:42PM
13 15 minutes, and I have to add that this is a easiest one  02:42PM
14 to implement.                           02:42PM
15 BY MR. WONG:                            02:42PM
16   Q  For the "clear lldp table" command --  02:42PM
17   A  Mm-hmm.                           02:42PM
18   Q  -- what functionality does that perform?  02:43PM
19   A  That is, again, a reset, but more at the enable  02:43PM
20 level in the sense that, let's say, a device comes up  02:43PM
21 and it discovers ten neighbors and we want to come in  02:43PM
22 and manually reset the table by making it forget all  02:43PM
23 those ten neighbors instantly, then we would use that  02:43PM
24 command.                                02:43PM
25   Q  And approximately how long did it take you to  02:43PM
                                        Page 188
```

```
 1 come up with the syntax of "clear lldp table"?  02:43PM
 2     MR. CANNON:  Objection; vague        02:43PM
 3     THE WITNESS:  The answer would be very similar to  02:43PM
 4 the other "clear" command              02:43PM
 5 BY MR. WONG:                            02:43PM
 6   Q  About 15 minutes?                  02:43PM
 7   A  Yes                              02:43PM
 8   Q  And did it take you also about 15 minutes to  02:43PM
 9 write the underlying source code for the functionality  02:43PM
10 of the "clear lldp table" command?      02:43PM
11   A  No                               02:43PM
12   Q  How long, approximately, did it take you to come  02:43PM
13 up with the -- strike that             02:43PM
14     How long, approximately, did it take you to write  02:43PM
15 the source code for the "clear lldp table" command?  02:43PM
16     MR. CANNON:  Objection; vague        02:44PM
17     THE WITNESS:  I can't quantify it readily, but it  02:44PM
18 would be, if you tally the total time spent on it, maybe  02:44PM
19 a couple hours, because there is dependencies to handle  02:44PM
20 It's not as easy as setting a bunch of numbers to zero  02:44PM
21 BY MR. WONG:                            02:44PM
22   Q  And for all of the commands listed on  02:44PM
23 Exhibit 316, Mr. Patil, can you describe for me,  02:44PM
24 generally, what type of source code you would need to  02:44PM
25 write to implement the functionality?   02:44PM
                                        Page 189
```

48 (Pages 186 - 189)

CONFIDENTIAL

**Page 190**

1    MR CANNON: Objection; compound, vague, lacks    02:44PM
2 foundation, incomplete hypothetical, calls for inproper    02:44PM
3 opinion testimony    02:44PM
4    THE WITNESS: So to clarify the question, what    02:44PM
5 type of code needs to be written to clear the command    02:44PM
6 for the "clear" commands?    02:44PM
7    MR WONG: No, no    02:44PM
8    Q  So, for example, you know, to write the source    02:44PM
9 code for any of these commands listed on Exhibit 316 --    02:44PM
10    A  Yeah    02:44PM
11    Q  -- what are the types of source code that would    02:44PM
12 need to be written in order to implement them?    02:45PM
13    MR CANNON: Objection; compound, vague, lacks    02:45PM
14 foundation, incomplete hypothetical, calls for improper    02:45PM
15 opinion testimony    02:45PM
16    THE WITNESS: The source code is written in C --    02:45PM
17 C language, and, essentially, all these commands have a    02:45PM
18 callback which can be implemented as a C function, and    02:45PM
19 whenever a user travels to a certain point and they pass    02:45PM
20 tree, that function that gets attached to that node in    02:45PM
21 the tree gets executed, and, basically, it's -- it's    02:45PM
22 given the information about the construct that it's    02:45PM
23 handling, and, at that point, they -- they just -- we    02:45PM
24 just go in and change the fields in there    02:45PM
25 BY MR WONG:    02:45PM

**Page 191**

1    Q  And that explanation you just provided applies to    02:45PM
2 all of the commands listed here on Exhibit 316; correct?    02:45PM
3    A  Yes.    02:45PM
4    MR. CANNON: Objection; vague, compound.    02:45PM
5 BY MR. WONG:    02:45PM
6    Q  What is the functionality performed by the "lldp    02:46PM
7 holdtime" command?    02:46PM
8    A  Yeah, so that's an interesting one.  It's a    02:46PM
9 subtle one, and I -- being that it's ten years since I    02:46PM
10 wrote this, I've forgotten that, but it's -- it's kind    02:46PM
11 of technical detail on LLDP that I can look up if you    02:46PM
12 want, but --    02:46PM
13    MR. WONG: Maybe this will help you.    02:46PM
14    What's the next exhibit number?    02:46PM
15    THE REPORTER: 322.    02:47PM
16    (Exhibit 322 was marked for    02:47PM
17    identification by the Court Reporter.)    02:47PM
18    MR. WONG: The Court Reporter has marked, as    02:47PM
19 Exhibit 322, a document bearing Bates number, on the    02:47PM
20 front page, CSI-CLI-00291752, and the last page of this    02:47PM
21 document is CSI-CLI-00292238, and for clarity on the    02:47PM
22 record, this is not the complete document.  The complete    02:47PM
23 document is over 500 pages long.  This is excerpted    02:47PM
24 pages from this document produced by Cisco with just the    02:47PM
25 LLDP-related commands.    02:47PM

**Page 192**

1    MR CANNON:  And because of that, we are going to    02:47PM
2 have a standing objection to questions about this    02:47PM
3 partial document without the sufficient context for it    02:47PM
4 to be reviewed or understood    02:47PM
5 BY MR  WONG:    02:47PM
6    Q  Now, Mr Patil, I'm just providing this exhibit    02:47PM
7 for you so that you can refresh your recollection, if    02:48PM
8 you need to --    02:48PM
9    A  Mm-hum    02:48PM
10    Q  -- about what these various commands do  I won't    02:48PM
11 ask you any other questions about this exhibit, but feel    02:48PM
12 free to refer to Exhibit 322 --    02:48PM
13    A  Yeah    02:48PM
14    Q  -- to answer my questions    02:48PM
15    A  Yes    02:48PM
16    Q  So my question that I posed a few minutes ago is:    02:48PM
17 What is the function performed by the "lldp holdtime"    02:48PM
18 command?    02:48PM
19    MR CANNON:  Objection --    02:48PM
20    THE WITNESS: So    02:48PM
21    MR CANNON: -- lacks foundation, document speaks    02:48PM
22 for itself    02:48PM
23    THE WITNESS: -- after reading, I still cannot    02:48PM
24 completely understand why we did that or what the    02:48PM
25 concept is, because it's been a while since I wrote this    02:48PM

**Page 193**

1 and I've not used it for a long time    02:48PM
2    But I think it's a request from the sender to the    02:49PM
3 receiver to hold neighbor information, at least for a    02:49PM
4 certain period of time, regardless of whether they get    02:49PM
5 utilized  That's my understanding    02:49PM
6 BY MR  WONG:    02:49PM
7    Q  And how long, approximately, did it take you to    02:49PM
8 come up with the syntax for the "lldp holdtime" command?    02:49PM
9    MR CANNON: Objection; vague    02:49PM
10    THE WITNESS: The actual -- the command itself?    02:49PM
11    MR WONG: The actual -- yes, the syntax of the    02:49PM
12 command    02:49PM
13    MR CANNON: Objection; vague    02:49PM
14    THE WITNESS: 15 minutes    02:49PM
15 BY MR  WONG:    02:49PM
16    Q  Is your answer 15 minutes for all of the commands    02:49PM
17 listed in Exhibit 316?    02:49PM
18    A  No    02:49PM
19    MR CANNON: Objection; compound and vague    02:49PM
20    MR WONG: I'm just trying to save time here,    02:49PM
21 Mr Patil    02:49PM
22    Q  Okay  What is the function performed by the    02:49PM
23 "lldp receive" command?    02:49PM
24    A  Basically, we announce that we are open on the    02:49PM
25 receive channel for that interface    02:50PM

49 (Pages 190 - 193)

CONFIDENTIAL

| | |
|---|---|
| 1 Q And how long did it take for you to come up with 02:50PM | 1 than 15 minutes for you to come up with the command 02:52PM |
| 2 the syntax for that command? 02:50PM | 2 syntax, setting aside the "lldp transmit" and "lldp 02:52PM |
| 3 MR. CANNON: Objection; vague. 02:50PM | 3 receive" commands. 02:52PM |
| 4 THE WITNESS: Several hours because that's where 02:50PM | 4 A Right. 02:52PM |
| 5 we went back and forth on the extensibility, usability, 02:50PM | 5 "Tlv-select." Some of the org-specific ones 02:52PM |
| 6 redundancy, verbosity, and those discussions. 02:50PM | 6 are -- they are just basically the -- they -- they are 02:53PM |
| 7 BY MR. WONG: 02:50PM | 7 straight up describing what they are, so that shouldn't 02:53PM |
| 8 Q What is the function performed by the "lldp 02:50PM | 8 have been long. 02:53PM |
| 9 reinit" command? 02:50PM | 9 I would say "tlv-select," "transmit" and 02:53PM |
| 10 A It specifies the amount of wait time for the 02:50PM | 10 "receive," and maybe even "rate" command. Significant 02:53PM |
| 11 protocol to reinitialize at any point in time. 02:50PM | 11 thought process involved in -- in coming up with the 02:53PM |
| 12 Q And how long did it take for you to come up with 02:50PM | 12 right keywords. 02:53PM |
| 13 the command syntax for the "lldp reinit" command? 02:50PM | 13 Q I'm sorry, did you say "rate command"? 02:53PM |
| 14 MR. CANNON: Objection; vague. 02:50PM | 14 A Yeah, "lldp rate." 02:53PM |
| 15 THE WITNESS: That's -- that one is in the 02:50PM | 15 Q Oh, okay. So I'm looking at Exhibit 316, and I 02:53PM |
| 16 15-minute category. 02:50PM | 16 do not believe the "rate" command -- 02:53PM |
| 17 BY MR. WONG: 02:50PM | 17 A Oh, oh, I see -- 02:53PM |
| 18 Q Did it also take you approximately 15 minutes to 02:51PM | 18 Q -- is -- is part of that. 02:53PM |
| 19 come up with the "lldp run" command? And I'm referring 02:51PM | 19 A -- is part of that. Okay. I was looking at 322. 02:53PM |
| 20 to the command syntax. 02:51PM | 20 So among 316, I would say -- 02:53PM |
| 21 MR. CANNON: Objection; vague. 02:51PM | 21 Q Let me just ask the fresh question so that it's 02:53PM |
| 22 THE WITNESS: "Lldp run," yes. 02:51PM | 22 clear -- 02:53PM |
| 23 BY MR. WONG: 02:51PM | 23 A Yes. 02:53PM |
| 24 Q Did it also take you 15 minutes to come up with 02:51PM | 24 Q -- on the record. 02:53PM |
| 25 the syntax for "lldp timer"? 02:51PM | 25 A Yes. 02:53PM |
| Page 194 | Page 196 |

| | |
|---|---|
| 1 MR CANNON: Objection; vague 02:51PM | 1 Q So for the commands listed on Exhibit 316 -- 02:53PM |
| 2 THE WITNESS: I don't know that one because I -- 02:51PM | 2 A Yeah 02:53PM |
| 3 I recall that some of these had a lot of discussion 02:51PM | 3 Q -- which of the commands do you believe you spent 02:54PM |
| 4 involved, and I -- I can clearly say that transmit and 02:51PM | 4 more than 15 minutes on coming up with the command 02:54PM |
| 5 receive fell into that category 02:51PM | 5 syntax? 02:54PM |
| 6 BY MR. WONG: 02:51PM | 6 A "Transmit" and "receive," the "show" commands, 02:54PM |
| 7 Q Of taking longer than 15 minutes? 02:51PM | 7 "tlv-select" command, "lldp timer" command, and "lldp 02:54PM |
| 8 A Longer time, longer than 15 minutes 02:51PM | 8 reinit" command 02:54PM |
| 9 Q For the other commands listed on Exhibit 316 that 02:51PM | 9 Q Approximately how long do you think it took you 02:54PM |
| 10 are not the "lldp transmit" and "lldp receive" 02:51PM | 10 to come up with the command syntax for the "lldp reinit" 02:54PM |
| 11 commands -- 02:51PM | 11 command? 02:54PM |
| 12 A Mm-hmm 02:51PM | 12 MR CANNON: Objection; vague 02:54PM |
| 13 Q -- do you believe that you spent approximately 02:52PM | 13 THE WITNESS: I struggled with it I'm not 02:54PM |
| 14 15 minutes coming up with the command syntax for each of 02:52PM | 14 particularly happy with the way it is right -- right 02:54PM |
| 15 those? 02:52PM | 15 here Reading it is kind of a, for lack of a better 02:54PM |
| 16 MR CANNON: Objection; vague and compound 02:52PM | 16 term, awkward keyword, but I didn't have anything better 02:55PM |
| 17 THE WITNESS: I would say a good 50 percent of 02:52PM | 17 to say -- to use there, so I might have struggled with 02:55PM |
| 18 those, but some of the commands I struggle with myself 02:52PM | 18 it for 45 minutes 02:55PM |
| 19 to -- to put out the best initial proposal, so not 02:52PM | 19 BY MR WONG: 02:55PM |
| 20 everything is 15 minutes Some of them took where I 02:52PM | 20 Q But do you have an actual memory of spending 02:55PM |
| 21 went back and looked at other things and see what's the 02:52PM | 21 45 minutes on this command? 02:55PM |
| 22 most usable token to put there and a keyword to put 02:52PM | 22 A Yes 02:55PM |
| 23 there 02:52PM | 23 Q Okay 02:55PM |
| 24 BY MR WONG: 02:52PM | 24 A I mean, I had something else before, and I took 02:55PM |
| 25 Q Which of the commands do you think took longer 02:52PM | 25 it out and rewired the code and etc , yeah 02:55PM |
| Page 195 | Page 197 |

50 (Pages 194 - 197)

CONFIDENTIAL

| | |
|---|---|
| 1  Q  When --                          03:42PM | 1  to both of you                          03:44PM |
| 2  A  Actually, I'm sorry, I take that back.  I do have  03:42PM | 2  MR. WONG:  Thank you                03:44PM |
| 3  a legal certificate -- I used to have a legal  03:42PM | 3  THE VIDEOGRAPHER:  We are off the record at  03:44PM |
| 4  certification.                        03:42PM | 4  3:45 p m  This concludes today's testimony given by  03:44PM |
| 5  Q  What kind of legal certi- -- certification did  03:42PM | 5  Devadas Patil  The total number of media used was four  03:44PM |
| 6  you have?                           03:42PM | 6  and will be retained by Veritext LLC  03:44PM |
| 7  A  I had a Series 63 at one point.        03:42PM | 7  (TIME NOTED:  3:44 P M ) |
| 8  Q  Do you have any training in intellectual property  03:42PM | 8 |
| 9  law?                               03:42PM | 9 |
| 10  A  No.                            03:42PM | 10 |
| 11  Q  Did you analyze intellectual property issues when  03:42PM | 11 |
| 12  you were writing your master's thesis at MIT?  03:42PM | 12 |
| 13  A  No.                            03:42PM | 13 |
| 14  Q  Have you reviewed any of Cisco's patents related  03:42PM | 14 |
| 15  to SysDB?                          03:42PM | 15 |
| 16  A  Related to SysDB, I might have glossed over a  03:42PM | 16 |
| 17  couple of them, but I've not reviewed them in detail.  03:42PM | 17 |
| 18  Q  Are you aware that the administrative law judge  03:42PM | 18 |
| 19  in an International Trade Commission investigation has  03:42PM | 19 |
| 20  found that Arista's EOS software infringes Cisco patents  03:42PM | 20 |
| 21  related to SysDB?                     03:42PM | 21 |
| 22  MR. WONG:  Object to the form of the question.  03:43PM | 22 |
| 23  THE WITNESS:  I'm now aware of it, but not before  03:43PM | 23 |
| 24  a few days ago.                      03:43PM | 24 |
| 25  BY MR. CANNON:                   03:43PM | 25 |
| Page 230 | Page 232 |

| | |
|---|---|
| 1  Q  So you were not aware of that when you wrote your  03:43PM | 1  I declare under penalty of perjury |
| 2  master's thesis?                      03:43PM | 2  under the laws that the foregoing is |
| 3  A  No.                            03:43PM | 3  true and correct. |
| 4  Q  Last bit.                        03:43PM | 4 |
| 5  Earlier, do you remember talking about how you  03:43PM | 5  Executed on _____ , 20___, |
| 6  weren't particularly happy sitting here today with the  03:43PM | 6  at _____, _____ . |
| 7  "lldp reinit" command?                 03:43PM | 7 |
| 8  A  Yes.                           03:43PM | 8 |
| 9  Q  Why aren't you happy about that, sitting here  03:43PM | 9 |
| 10  today?                             03:43PM | 10 |
| 11  A  It's not about just today.  I was not happy to  03:43PM | 11  _____ |
| 12  begin with it -- to begin with, because I struggled with  03:43PM | 12  DEVADAS PATIL |
| 13  it a lot, and I couldn't come up with a nice term to  03:43PM | 13 |
| 14  mean reinit, reinitialize, and, yeah, that was the  03:43PM | 14 |
| 15  source of my dissatisfaction with it.       03:43PM | 15 |
| 16  Q  Do you recall alternatives to "reinit" that you  03:43PM | 16 |
| 17  considered at the time?                 03:43PM | 17 |
| 18  A  I -- like I said, I spent 45 minutes on it, and  03:44PM | 18 |
| 19  that's the best I could come up with, and given the time  03:44PM | 19 |
| 20  pressure, I had to propose it and move with it.  03:44PM | 20 |
| 21  MR. CANNON:  Nothing further for me right now.  03:44PM | 21 |
| 22  MR. WONG:  We're done.              03:44PM | 22 |
| 23  THE WITNESS:  Great.                03:44PM | 23 |
| 24  MR. CANNON:  Thank you very much.   03:44PM | 24 |
| 25  THE WITNESS:  Not a problem.  I hope it is useful  03:44PM | 25 |
| Page 231 | Page 233 |

59 (Pages 230 - 233)

CONFIDENTIAL

1       I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3       That the foregoing proceedings were taken before

4   me at the time and place herein set forth; that any

5   witnesses in the foregoing proceedings, prior to

6   testifying, were placed under oath; that a verbatim

7   record of the proceedings was made by me using machine

8   shorthand which was thereafter transcribed under my

9   direction; further, that the foregoing is an accurate

10  transcription thereof.

11      I further certify that I am neither financially

12  interested in the action nor a relative or employee of

13  any attorney or any of the parties.

14      IN WITNESS WHEREOF, I have this date subscribed

15  my name.

16      Dated: March 2, 2016

17

18

19

20

21      RACHEL FERRIER

22      CSR No. 6948

23

24

25

Page 234

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

     CISCO SYSTEMS, INC.        Case No.: 5:14-cv-05344-BLF(PSG)

 5

                     Plaintiff,

 6

          v.

 7

     ARISTA NETWORKS, INC.

 8

                     Defendants.

 9    _____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14

15      VIDEOTAPED DEPOSITION OF PHILLIP REMAKER

16           30(b)(6) FOR CISCO SYSTEMS, INC.

17              Palo Alto, California

18             Thursday, March 31, 2016

19                   Volume 1

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2281749

25   PAGES 1 - 216
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 2**

1
2        UNITED STATES DISTRICT COURT
3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
4            SAN JOSE DIVISION
5    CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG)
          Plaintiff,
6
7    v
8    ARISTA NETWORKS, INC
          Defendants
9
10
11
12
13
14    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17    VIDEOTAPED DEPOSITION OF PHILLIP REMAKER, Volume 1,
18    taken on behalf of Defendant, at 601 California Avenue,
19    Palo Alto, California, beginning at 9:30 a m and ending
20    at 4:14 p m , on Thursday, March 31, 2016, before
21    LESLIE JOHNSON, Certified Shorthand Reporter No  11451
22
23
24
25

**Page 3**

1    APPEARANCES:
2
3    FOR PLAINTIFF CISCO SYSTEMS, INC.:
4        QUINN EMANUEL URQUHART & SULLIVAN LLP
5        BY: JOHN (JAY) NEUKOM, ESQ.
6        50 California Street, 22nd Floor
7        San Francisco, California  94111
8        (415)875-6600
9        johnneukom@quinnemanuel.com
10    FOR DEFENDANT ARISTA NETWORKS, INC.:
11        KEKER & VAN NEST LLP
12        BY: RYAN WONG, ESQ.
13        633 Battery Street
14        San Francisco, California  94111
15        (415)391-5400
16        rwong@kvn.com
17    ALSO PRESENT:
18        SEAN GRANT, Videographer
19
20
21
22
23
24
25

**Page 4**

1                    I N D E X
2
3    WITNESS                    EXAMINATION
4    PHILLIP REMAKER
     30(b)(6) for CISCO SYSTEMS
5    Volume 1
6        BY MR. WONG            8
7        BY MR. NEUKOM          212
8
9            EXHIBITS
10        PHILLIP REMAKER, 30(b)(6)
11    NUMBER      DESCRIPTION              PAGE
12    Exhibit 429  Defendant Arista Network, Inc.'s    9
             Notice of 30(b)(6) Deposition of
13           Plaintiff Cisco Systems, Inc.;
             33 pages
14
        Exhibit 430  Amended Exhibit F Document Index;    11
15           40 pages
16      Exhibit 431  Amended Exhibit F; 44 pages    14
17      Exhibit 432  Binder labeled "Bates Does Cited    15
             in Cisco Rog Exhibit F," Volume 1
18           of 2
19      Exhibit 433  Binder labeled "Bates Does Cited    15
             in Cisco Rog Exhibit F," Volume 2
20           of 2
21      Exhibit 434  Binder labeled "Source Code Cited    15
             in Cisco Rog Exhibit F," Volume 1
22           of 2
23      Exhibit 435  Binder labeled "Source Code Cited    15
             in Cisco Rog Exhibit F," Volume 2
24           of 2
25

**Page 5**

1            EXHIBITS (Cont )
2        PHILLIP REMAKER, 30(b)(6)
3    NUMBER      DESCRIPTION              PAGE
     Exhibit 436  E-mail dated 1/12/99 from Phillip    40
4        Remaker to Carl Schaefer, et al ;
         Bates stamped CSI-CLI-00794351 to 95
5    Exhibit 437  E-mail dated 6/7/2003 from Shaubin    80
         Xie; Bates stamped CSI-CLI-00783473
6        to 81
7    Exhibit 438  Parser-Police Manifesto, version 6;    82
         10 pages
8
     Exhibit 439  CLI Design and Review Guide; Bates    85
9        stamped CSI-CLI-02824651 to 719
10   Exhibit 440  E-mail thread, top e-mail dated    87
         from Jam Dhanendra; Bates
11       stamped CSI-CLI-00807444 to 68
12   Exhibit 441  Interrogatory No 2 First Supplemental    98
         Response - Exhibit C; 3 pages
13
     Exhibit 442  Document entitled "Show Inventory    104
14       Command"; Bates stamped CSI-CLI-610102
         to 610105
15
     Exhibit 443  E-mail dated 12/6/2002 from Eric    114
16       Osborne; Bates stamped CSI-CLI-777457
         to 459
17
     Exhibit 444  Interrogatory No  2 First Supplemental  122
18       Response - Exhibit B; 102 pages
19   Exhibit 445  E-mail dated 25 June 2002 from Ilse    151
         Van Hoeck; Bates stamped
20       CSI-CLI-00608702 to 703
21   Exhibit 446  E-mail dated 17 May 1999 from Liming    159
         Wei; Bates stamped CSI-CLI-60866
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          EXHIBITS (Cont.)
 2      PHILLIP REMAKER, 30(b)(6)
 3   NUMBER      DESCRIPTION          PAGE
 4   Exhibit 447  Plaintiff Cisco Systems, Inc.'s Seventh  164
 5              Supplemental Objections and Responses
              to Defendant Arista Network, Inc.'s
              Second Set of Interrogatories
 6              (No. 16); 50 pages
 7   Exhibit 448  Plaintiff Cisco System, Inc.'s Fourth  167
 8              Supplemental Objections and Responses
              to Defendant Arista Network, Inc's
              First Set of Interrogatories (2 and 5);
 9              44 pages
10   Exhibit 449  Cisco's Response to Arista's       182
              Interrogatory No. 16 Amended Exhibit
11              D1 (IOS Release 11.0); 28 pages
12   Exhibit 450  Exhibit E Exemplary Copying of Command  201
              Responses; 27 pages
13
     Exhibit 451  Writing Command Line Interfaces (CLI)  204
14              and CLI Output; Bates stamped
              CSI-CLI-02607986 to 8010
15
                    * * *
16
17
18
19
20
21
22
23
24
25
                                          Page 6
```

```
 1   plaintiff.
 2        THE VIDEOGRAPHER:  Thank you.  Will the
 3   certified court reporter please swear in the
 4   witness.
 5
 6        PHILLIP REMAKER,
 7   having been first duly sworn, was examined
 8   and testified as follows:
 9
10          EXAMINATION
11   BY MR. WONG:
12     Q.  Good morning, Mr. Remaker.
13     A.  Good morning.
14     Q.  Do you understand that you are testifying
15   under oath?
16     A.  I understand.
17     Q.  Okay.  And I know we took your personal
18   deposition yesterday.  Do you understand that the
19   general rules for conducting a deposition are also
20   applicable today?
21     A.  Yes.
22     Q.  Do you understand that you have been
23   designated by Plaintiff Cisco to provide corporate
24   testimony under Rule 30(b)(6) today?
25     A.  Yes.
                                          Page 8
```

```
 1     Palo Alto, California, Thursday, March 31, 2016
 2              9:30 a.m.
 3
 4        THE VIDEOGRAPHER:  Good morning.  We're on
 5   the record.  The time is 9:30 a.m. and the date is
 6   March 31st, 2016.  This begins the videotaped
 7   deposition of Cisco Systems, Inc. pursuant to Rule
 8   30(b)(6).  My name is Sean Grant, here with our
 9   court reporter, Leslie Johnson.  We're here from
10   Veritext Legal Solutions at the request of counsel
11   for Defendant.  This deposition is being held at
12   Wilson Sonsini in Palo Alto, California.
13        The caption of this case is Cisco Systems
14   Inc. versus Arista Networks, Inc., Case No.
15   5:14-cv-05344-BLF.
16        Please note that audio and video recording
17   will take place unless all parties have agreed to go
18   off the record.  Microphones are sensitive and may
19   pick up whispers, private conversations or cellular
20   interference.
21        At this time, will counsel please identify
22   themselves and state whom they represent.
23        MR. WONG:  Ryan Wong from Keker & Van Nest
24   for Defendant Arista Networks.
25        MR. NEUKOM:  John Neukom for the
                                          Page 7
```

```
 1        (Exhibit 429 marked for identification.)
 2        MR. WONG:  Let's mark this as the first
 3   deposition exhibit.  I believe we are on 429.
 4        THE REPORTER:  Correct.
 5   BY MR. WONG:
 6     Q.  The court reporter has marked Exhibit 429,
 7   a document that on its face says "Defendant Arista
 8   Network, Inc.'s Notice of Rule 30(b)(6) Deposition
 9   of Plaintiff Cisco Systems, Inc."
10        Mr. Remaker, do you recognize the document
11   marked as Exhibit 429?
12        MR. NEUKOM:  It might help you to turn to
13   page 23.
14        MR. WONG:  Thank you, Counsel.
15        MR. NEUKOM:  Start with paragraph 78.
16        THE WITNESS:  Yes, I recognize this
17   document.
18   BY MR. WONG:
19     Q.  Do you understand that you have been
20   designated by Cisco to provide corporate testimony
21   for topic No. 78 that appears on page 23 of
22   Exhibit 429?
23     A.  Yes.
24     Q.  Do you understand that you've been
25   designated by Cisco to provide corporate testimony
                                          Page 9
```

Pages 6 to 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    answered.
2         THE WITNESS:  Cisco trusts the engineers
3    that they hired that are experts in the topic.
4    BY MR. WONG:
5         Q.  Mr. Remaker, did you review any deposition
6    testimony provided in this case to prepare for this
7    corporate deposition?
8         A.  Yes.
9         Q.  Did you review the deposition transcript
10   of Mr. Patel?
11        A.  I did not.
12        Q.  In the process of adding a new CLI command
13   to a Cisco operating system, is there a preferred or
14   best practice development approach that are followed
15   by Cisco engineers?
16        MR. NEUKOM:  Objection.  Asked and
17   answered.  Also vague and compound.
18        THE WITNESS:  Is there a best practice
19   for?
20   BY MR. WONG:
21        Q.  The development of and creation of a new
22   CLI command to be added to the operating system?
23   And let me just give you some context.
24        Mr. Patel testified about a five-stage
25   development process for adding new features to the
                                    Page 154

1    group, the Parser Police mailing list, and any other
2    related mailing lists run by individual
3    organizations.
4         Q.  Anything else?
5         A.  Nothing I can think of off the top of my
6    head.
7         Q.  Is customer feedback a potential resource
8    for an employee who is creating a new CLI command?
9         MR. NEUKOM:  Objection.  The question
10   phrased in a hypothetical.
11        THE WITNESS:  Customer feedback may be
12   used in the creation of a new CLI command.
13   BY MR. WONG:
14        Q.  Are industry standards resources that may
15   be used by Cisco employees to create CLI commands?
16        MR. NEUKOM:  Objection.  Vague.  Calls for
17   a legal solution.
18        THE WITNESS:  Development engineers may
19   use standards in the preparation of CLI commands.
20   BY MR. WONG:
21        Q.  And that includes IEEE standards, correct.
22        MR. NEUKOM:  Objection.  Vague and
23   compound.
24        THE WITNESS:  That is my understanding.
25   ////
                                    Page 156

1    Cisco's CLI and described how proposing the new CLI
2    commands for those features, what stages those were
3    done in.
4         A.  Okay.
5         Q.  And he testified that he thought this was
6    called the waterfall approach.  I wasn't familiar
7    with that, but he described it as a five-stage
8    approach to development.
9         So my question to you is:  Is there a
10   preferred approach at Cisco to come up with new CLI
11   commands in the process of adding new functionality
12   to Cisco's devices?
13        A.  The best practices may vary by individual
14   development group.
15        Q.  So you would have to look at each
16   development group to see whether there is a best
17   practice to coming up with a new CLI command; is
18   that right?
19        A.  I would have to look at each individual
20   development group.
21        Q.  What resources are available for an
22   engineer to consult when coming up with a new CLI
23   command?
24        A.  The resources include specific documents
25   in the development process for each individual
                                    Page 155

1    BY MR. WONG:
2         Q.  That could also include IETF standards,
3    correct?
4         A.  That is my understanding.
5         Q.  And is the existing command set in the
6    Cisco CLI another resource that an engineer may
7    consult when coming up with a new CLI command?
8         MR. NEUKOM:  Objection.  Vague and
9    compound.
10        THE WITNESS:  Are you saying can they look
11   at the existing code to develop new code?
12   BY MR. WONG:
13        Q.  Uh-huh.
14        A.  Yes.
15        Q.  Are there any resources that a Cisco
16   engineer is not allowed to consult when coming up
17   with a new command syntax?
18        A.  Beyond what they're not allowed to consult
19   with in general, based on the terms of employment,
20   I'm not aware of any specific restrictions.
21        Q.  Are Cisco employees free to rely upon
22   their own experiences working with non-Cisco CLI's
23   when coming up with new CLI commands for Cisco IOS?
24        MR. NEUKOM:  Objection.  Vague.
25   Hypothetical.
                                    Page 157

Pages 154 to 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 estimate for us the number of documents -- the
2 number of historical Cisco documents you reviewed to
3 prepare yourself to testify today as a corporate
4 representative?
5    A.  Easily 60 to 100 documents.
6    Q.  And can you describe by category what
7 sorts of documents you reviewed to prepare yourself
8 to come testify today about the historical
9 origination of Cisco command line expressions?
10    A.  Individual command specifications written
11 by engineers, source code, some e-mails, some
12 internal web pages, and the deposition of Kirk
13 Lougheed.
14    Q.  Do you believe there is anybody within
15 Cisco who knows more about the historical creation
16 of the 500-plus command line expressions identified
17 in Exhibit 431, other than you?
18    A.  No.
19    MR. NEUKOM:  Thanks very much.
20    MR. WONG:  Thank you.
21    THE VIDEOGRAPHER:  This concludes today's
22 videotaped deposition of Cisco Systems, Inc.
23 pursuant to Rule 30(b)(6).
24    We're off the record at 4:14 p.m.
25    (TIME NOTED:  4:14 p.m.)

Page 214

---

1         REPORTER'S CERTIFICATION
2
3    I, Leslie Johnson, a Certified Shorthand
4 Reporter of the State of California, do hereby certify:
5    That the foregoing proceedings were taken
6 before me at the time and place herein set forth; that
7 any witnesses in the foregoing proceedings, prior to
8 testifying, were administered an oath; that a record of
9 the proceedings was made by me using machine shorthand
10 which was thereafter transcribed under my direction;
11 that the foregoing transcript is a true record of the
12 testimony given.
13    Further, that if the foregoing pertains to
14 the original transcript of a deposition in a Federal
15 Case, before completion of the proceedings, review
16 of the transcript [ ] was [ ] was not requested.
17 I further certify I am neither financially interested in
18 the action nor a relative or employee of any attorney or
19 any party to this action.
20    IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22    Dated: April 15, 2016
23
24       <%signature%>
25       LESLIE JOHNSON
      CSR No. 11451, RPR, CCRR

Page 216

---

1   DECLARATION UNDER PENALTY OF PERJURY
2
3    I, PHILLIP REMAKER, the witness herein,
4 declare under penalty of perjury that I have read the
5 foregoing in its entirety; and that the testimony
6 contained therein, as corrected by me, is a true and
7 accurate transcription of my testimony elicited at said
8 time and place.
9
10    Executed this _____ day of _____ 2016, at
11 _____,
12   (City)       (State)
13
14
15
16
17    _____
18       PHILLIP REMAKER
19
20
21
22
23
24
25

Page 215

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5    _____

                                    )

6    CISCO SYSTEMS, INC.,           )

7              Plaintiff,           )

8         vs.                       ) Case No.:

                                    ) 5:14-cv-05344-BLF(PSG)

9    ARISTA NETWORKS, INC.,         )

                                    )

10            Defendant.            )

     _____)

11

12

13       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF ABHAY ROY

15                Palo Alto, California

16             Friday, December 18, 2015

17                    Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                         Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    UNITED STATES DISTRICT COURT | 1  APPEARANCES (continued): |
| 2    NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3      SAN JOSE DIVISION | 3  For Defendant ARISTA NETWORKS, INC.: |
| 4 | 4      KEKER & VAN NEST, LLP |
| 5  _____ | 5      BY:  DAVID J. SILBERT |
|        ) | 6      ELIZABETH K. McCLOSKEY |
| 6  CISCO SYSTEMS, INC.,      ) | 7      Attorneys at Law |
|        ) | 8      633 Battery Street |
| 7      Plaintiff,    ) | 9      San Francisco, CA 94111 |
|        ) | 10     415.676.2269 |
| 8   vs.        )Case No.: | 11     dsilbert@kvn.com |
|        )5:14-cv-05344-BLF(PSG) | 12     emccloskey@kvn.com |
| 9  ARISTA NETWORKS, INC.,    ) | 13 |
|        ) | 14  Videographer: |
| 10     Defendant.    ) | 15     CASSIA LEET |
|        ) | 16 |
| 11  _____ | 17 |
| 12 | 18 |
| 13     VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME I, | 19 |
| 14  taken on behalf of the Defendant, at Wilson Sonsini | 20 |
| 15  Goodrich & Rosati, 601 California Avenue, Palo Alto, | 21 |
| 16  California, beginning at 9:30 a.m. and ending at | 22 |
| 17  4:47 p.m. on Friday, December 18, 2015, before | 23 |
| 18  RACHEL FERRIER, Certified Shorthand Reporter No. 6948. | 24 |
| 19 | 25 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 2 | Page 4 |

| | |
|---|---|
| 1  APPEARANCES: | 1        INDEX |
| 2 | 2  WITNESS        EXAMINATION |
| 3  For Plaintiff CISCO SYSTEMS, INC., and the Witness: | 3  ABHAY ROY |
| 4     QUINN EMANUEL URQUHART & SULLIVAN LLP | 4  VOLUME I |
| 5     BY: JOHN M. NEUKOM | 5 |
| 6     Attorney at Law | 6      BY MR SILBERT    10, 87, 219 |
| 7     50 California Street, 22nd Floor | 7 |
| 8     San Francisco, CA  94111 | 8 |
| 9     415.875.6320 | 9        EXHIBITS |
| 10    johnneukom@quinnemanuel.com | 10  NUMBER      DESCRIPTION      PAGE |
| 11  and | 11  Exhibit 51  LinkedIn Profile for |
| 12    QUINN EMANUEL URQUHART & SULLIVAN LLP |        Abhay Roy        11 |
| 13    BY: SIDNEY ARCHIBALD | 12 |
| 14    Attorney at Law |      Exhibit 52  Cisco IOS Master Command |
| 15    555 Twin Dolphin Drive, 5th Floor | 13    List, All Releases      18 |
| 16    Redwood Shores, CA 94065 | 14  Exhibit 53  CLI Design and Review |
| 17    650.801.5000 |        Guide |
| 18    sidneyarchibald@quinnemanuel.com | 15    (Bates CSI-ANI-00073381 - |
| 19 |        00073381 000014)      40 |
| 20 | 16 |
| 21 |      Exhibit 54  Cisco's Third Supplemental |
| 22 | 17    Response to Interrogatory |
| 23 |        No  16 and Response to |
| 24 | 18    Interrogatory No  19 |
| 25 |        Amended Exhibit F      57 |
| Page 3 | 19 |
| |      Exhibit 55  Bidirectional Forwarding |
| | 20    Detection (BFD) for IPv4 |
| |        and IPv6 (Single Hop) |
| | 21    (Bates ARISTANDCA00030805 - |
| |        00030811)      61 |
| | 22 |
| |      Exhibit 56  The OSPF Specification |
| | 23    (Bates ARISTANDCA00022597 - |
| |        00022703)      80 |
| | 24 |
| | 25 |
| | Page 5 |

Veritext Legal Solutions
866 299-5127

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 102 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

EXHIBITS

NUMBER   DESCRIPTION   PAGE

Exhibit 57  Bidirectional Forwarding Detection (BFD)
(Bates ARISTANDCA00030756 - 00030804)   99

Exhibit 58  Internet Protocol, Version 6 (IPv6) Specification
(Bates ARISTANDCA00025710 - 00025746)   105

Exhibit 59  OSPF Commands: ip ospf fast-reroute per-prefix through R   130

Exhibit 60  CSCdi42640
(Bates CSI-CLI-01542004)   137

Exhibit 61  CSCdj76740   140
Exhibit 62  CSCdj76740   140

Exhibit 63  Screen shot of a webpage titled "Do you have knowledge of IPR in draft-ietf-isis-mi"   169

Exhibit 64  Screen shot of a webpage titled "Re:[68ATTENDEES] RFC Author License Execution Opportunity"   171

Exhibit 65  E-mail chain dated 11/23/15 to Leo Boulton, et al , from Brian Jackson
(Bates CSI-CLI-01477442 - 01477448)   179

Exhibit 66  E-mail chain dated 9/8/15 from Umesh Dudani to Abhay Roy
(Bates CSI-CLI-01438733 - 01438743)   193

Page 6

INDEX (Continued):

PREVIOUSLY MARKED EXHIBITS

EXHIBIT   PAGE
29   75
(Retained by Counsel)

INSTRUCTION NOT TO ANSWER
Page   Line
57   23

Page 8

EXHIBITS

NUMBER   DESCRIPTION   PAGE

Exhibit 67  E-mail chain dated 7/3/13 from Vittal Krishnamurthy to Pranav Mehta, et al
(Bates CSI-CLI-01483915 - 01483921)   201

Exhibit 68  E-mail chain dated 9/16/15 from Shane Corban to Yong Hu, et al
(Bates CSI-CLI-01440122 - 01440128)   204

Exhibit 69  OSPFv3 support in IOS Software Unit Functional Specification
(Bates CSI-CLI-00609752 - 00609769)   219

Exhibit 70  Support of BFD in OSPFv2 Functional Specification
(Bates CSI-CLI-00610401 - 00610409)   219

Exhibit 71  CSCdk33792   219

Exhibit 72  CSCdk33792   219

Exhibit 73  Support of BFD in OSPFv2 Functional Specification
(Bates CSI-CLI-00610410 - 00610420)   219

Page 7

1  Palo Alto, California; Friday, December 18, 2015
2      9:30 a m
3          09:30AM
4    THE VIDEOGRAPHER:  Good morning  We are on the   09:30AM
5  record at 9:30 a m on December 18th, 2015   09:30AM
6    This is the video-recorded deposition of   09:30AM
7  Abhay Roy   09:30AM
8    My name is Cassia Leet, here with our Court   09:30AM
9  Reporter, Rachel Ferrier  We are here from Veritext   09:30AM
10  Legal Solutions at the request of counsel for the   09:30AM
11  defendant   09:30AM
12    This deposition is being held at 601 California   09:30AM
13  Avenue, Palo Alto, California 94304   09:30AM
14    The caption of this case is Cisco Systems, Inc ,   09:31AM
15  versus Arista Networks, Inc , in the United States   09:31AM
16  District Court, Northern District of California,   09:31AM
17  San Jose Division, Case No  5:14-cv-05344-BLF (PSG)   09:31AM
18    Please note that the audio and video recording   09:31AM
19  will take place unless all parties agree to go off the   09:31AM
20  record  Microphones are sensitive and may pick up   09:31AM
21  whispers and private conversations   09:31AM
22    I am not related to any party in this action, nor   09:31AM
23  am I financially interested in the outcome in any way   09:31AM
24    If there are any objections to the proceeding,   09:31AM
25  please state them at the time of your appearance,   09:31AM

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 66**

1 Q And -- do you know the general dates? 11:11AM
2 A Yeah, I mean, I'll be completely widely 11:11AM
3 speculating, so I would rather not 11:11AM
4 Q Okay Do you have any knowledge of when Mr Ward 11:12AM
5 worked at Cisco? 11:12AM
6 A Same thing 11:12AM
7 Q Okay At the time Exhibit 55 was published, 11:12AM
8 they -- both Mr Katz and Mr Ward worked at Juniper 11:12AM
9 Networks; is that right? 11:12AM
10 A Yes That's what this -- that's what this 11:12AM
11 document is telling us -- 11:12AM
12 Q Okay 11:12AM
13 A -- that is rendered, yes 11:12AM
14 Q And Juniper Networks is a competitor of Cisco; 11:12AM
15 correct? 11:12AM
16 A Yes Juniper makes routers and switches 11:12AM
17 Q Okay If you look at the title of the document, 11:12AM
18 it says "Bidirectional Forwarding Detection (BFD) " 11:12AM
19 Do you see that? 11:13AM
20 A Yes, I see that 11:13AM
21 Q Is the acronym BFD one that's commonly used in 11:13AM
22 the industry? 11:13AM
23 MR NEUKOM: Objection; foundation, calls for 11:13AM
24 opinion testimony 11:13AM
25 THE WITNESS: So if you stay in the scope of this 11:13AM

**Page 67**

1 document, the primary purpose, as I was answering 11:13AM
2 earlier, is for the reader to understand this document 11:13AM
3 and refer to -- to BFD as -- as a acronym versus saying 11:13AM
4 or fully spelling out Bidirectional Forwarding 11:13AM
5 Detection. That's the purpose in this document. 11:13AM
6 Now, as far as the industry is concerned, I have 11:13AM
7 no idea what people want to call it, but the correct 11:13AM
8 thing to call it would be the full name, which is the 11:13AM
9 technology, which is Bidirectional Forwarding Detection. 11:13AM
10 People could abbreviate and say all sorts of things, 11:13AM
11 detection using bidirectional checks or doing all sorts 11:13AM
12 of things, so variety of options possible. 11:14AM
13 MR. SILBERT: Okay. But fair enough. 11:14AM
14 Q But you agree that the acronym BFD, to refer to 11:14AM
15 Bidirectional Forwarding Detection, appears in 11:14AM
16 Exhibit 55? 11:14AM
17 A Yes, that is correct. I see that. 11:14AM
18 Q Yeah. Okay. 11:14AM
19 Would you please turn to the second page of the 11:14AM
20 document under Section 2, and I'm looking at the 11:14AM
21 section -- Section 2 with the heading "Applications and 11:14AM
22 Limitations." 11:14AM
23 Do you see that? 11:14AM
24 A Yes, I see that. 11:14AM
25 Q Under that, it says, "This application of BFD can 11:14AM

**Page 68**

1 be used by any pair of systems communicating via IPv4 11:14AM
2 and/or IPv6 across a single IP hop that is associated 11:14AM
3 with an incoming interface." 11:14AM
4 Do you see that language? 11:14AM
5 A Yes, I see that. 11:14AM
6 Q Under the BFD standard, is BFD enabled for a 11:14AM
7 specific interface? 11:15AM
8 MR. NEUKOM: Objection; vague, calls for opinion 11:15AM
9 testimony. 11:15AM
10 THE WITNESS: So I don't remember the complete 11:15AM
11 details of the document. My closest recollection is the 11:15AM
12 specified -- as -- the line you just quoted, it is a 11:15AM
13 technology where two devices on a single interface can 11:15AM
14 detect each other in a faster way. 11:15AM
15 BY MR. SILBERT: 11:15AM
16 Q Okay. Sorry to jump around on you, but I'm going 11:15AM
17 to do this -- I'm going to warn you, I'm going to do 11:15AM
18 this some today. 11:15AM
19 Could you look back at Exhibit 54 -- or, 11:15AM
20 actually, strike that. That's okay. 11:16AM
21 What -- what is the function of the 11:16AM
22 "bfd all-interfaces" command in Cisco IOS? 11:16AM
23 A So BFD -- I mean, this is a slightly longer 11:16AM
24 answer, so BFD -- we just looked at the spec. This is 11:16AM
25 the technology where, on a per-interface basis between 11:16AM

**Page 69**

1 two devices, you can set up this functionality to detect 11:16AM
2 whoever goes down faster, right? 11:16AM
3 When we ship this technology to our customers, 11:16AM
4 what we realized is they have a lot of such interfaces, 11:16AM
5 and if you had, let's say, a hundred interfaces, it was 11:16AM
6 quite cumbersome to go and configure, on each interface, 11:16AM
7 that I really want to protect myself; I really want BFD 11:16AM
8 enabled 11:17AM
9 So what we came up with is: What if we gave you 11:17AM
10 a shorthand which you can configure at a higher 11:17AM
11 construct? 11:17AM
12 So the example I was giving earlier is, in 11:17AM
13 OSPF -- OSPF Version 3, in the router context -- not in 11:17AM
14 the interface context, in the router context -- you can 11:17AM
15 go and say, BFD, please configure for all interfaces 11:17AM
16 And that simplifies the operational aspect, and 11:17AM
17 customers can now just do this versus having to go to 11:17AM
18 each interface and enabling one at a time, so that's the 11:17AM
19 primary intent based on the feedback we got 11:17AM
20 Q Okay And so just to make sure that I 11:17AM
21 understand, the "bfd all-interfaces" command enables BFD 11:17AM
22 for all interfaces; is that correct? 11:17AM
23 MR NEUKOM: Objection; misstates prior 11:17AM
24 testimony 11:17AM
25 THE WITNESS: I would add little bit to that In 11:17AM

18 (Pages 66 - 69)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 104 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 the context of a certain routing protocol -- 11:17AM | 1 where the "probably" comes from 11:20AM |
| 2 MR. SILBERT: Okay. 11:17AM | 2 Q Okay But you don't have any actual image in 11:20AM |
| 3 THE WITNESS: -- it enables BFD for all 11:18AM | 3 your head of those discussions; is that right? 11:20AM |
| 4 interfaces where that routing protocol is enabled, but, 11:18AM | 4 A That's correct 11:20AM |
| 5 yeah. 11:18AM | 5 Q Okay Why don't you go back to -- let's -- let's 11:20AM |
| 6 BY MR. SILBERT: 11:18AM | 6 look again at Exhibit 54, this table, and would you 11:20AM |
| 7 Q Okay. We discussed earlier the fact that you 11:18AM | 7 please turn to page 12 11:20AM |
| 8 don't know who came up with the expression 11:18AM | 8 Do you see, a little more than midway down the 11:21AM |
| 9 "bfd all-interfaces"; is that correct? 11:18AM | 9 page, the Command Expression in the left-hand column 11:21AM |
| 10 MR. NEUKOM: Objection; misstates prior 11:18AM | 10 "ip ospf authentication"? 11:21AM |
| 11 testimony. 11:18AM | 11 A Yeah, I see that 11:21AM |
| 12 THE WITNESS: Yeah, so as I said earlier, this 11:18AM | 12 Q Okay And do you see the next column with the 11:21AM |
| 13 was a set of engineers who were working on this across 11:18AM | 13 heading "Author/Originator Information"? It says 11:21AM |
| 14 multiple protocols, and it's collaborative. I can't 11:18AM | 14 "Cisco" and then your name? 11:21AM |
| 15 pinpoint to specific engineer who probably suggested 11:18AM | 15 A Yes, I see that 11:21AM |
| 16 these exact words. 11:18AM | 16 Q Did you come up with the expression "ip ospf 11:21AM |
| 17 BY MR. SILBERT: 11:18AM | 17 authentication"? 11:21AM |
| 18 Q Okay. And I take it that you also don't know 11:18AM | 18 A I'll probably give you a similar answer; that I 11:21AM |
| 19 what sources that engineer or those engineers referred 11:18AM | 19 was part of the team who were working on it Was this 11:21AM |
| 20 to in coming up with that expression; is that correct? 11:19AM | 20 purely me or was it a combined brainstorming with the 11:21AM |
| 21 MR. NEUKOM: Objection; misstates prior 11:19AM | 21 team, I don't have specific recollection 11:21AM |
| 22 testimony. 11:19AM | 22 Q Okay And similar to the "bfd all-interfaces" 11:22AM |
| 23 THE WITNESS: Yeah, so, I mean, I can't recollect 11:19AM | 23 command that we discussed, do you have any knowledge of 11:22AM |
| 24 what -- what sources they used to come up with this 11:19AM | 24 what person or persons actually came up with the 11:22AM |
| 25 exactly. 11:19AM | 25 expression "ip ospf authentication"? 11:22AM |
| Page 70 | Page 72 |

| | |
|---|---|
| 1 BY MR. SILBERT: 11:19AM | 1 MR. NEUKOM: Objection; asked and answered. 11:22AM |
| 2 Q What was your personal involvement, if any, in 11:19AM | 2 THE WITNESS: Yeah, no specific names I can cite, 11:22AM |
| 3 naming the "bfd all-interfaces" command? 11:19AM | 3 but, again, this is similar to what I said. The team 11:22AM |
| 4 A So I remember the implementation part of the 11:19AM | 4 talks about it and comes up with the name. Who -- who 11:22AM |
| 5 command where I was a developer writing the code and 11:19AM | 5 seeded the word or part of the word and how we arrived 11:22AM |
| 6 implementing the command 11:19AM | 6 at the final word, no specific recollection. 11:22AM |
| 7 In the naming part, as I said, I don't quite 11:19AM | 7 BY MR. SILBERT: 11:22AM |
| 8 recollect was it my idea or was it a collaborative idea 11:19AM | 8 Q Okay. And, again, I -- I'm assuming this is 11:22AM |
| 9 which finally came to these exact choice of words, yeah, 11:19AM | 9 true, but correct me if I'm wrong. 11:22AM |
| 10 so I don't recall Probably participated in the 11:19AM | 10 You -- you have no image in your head of any 11:22AM |
| 11 discussion of coming to this exact command syntax 11:19AM | 11 discussions surrounding this particular term with 11:22AM |
| 12 Q Okay Where you say "probably participated in 11:19AM | 12 respect to coming up with this expression? 11:23AM |
| 13 the discussion," do you have any recollection of 11:20AM | 13 A That's correct, no specific recollection. 11:23AM |
| 14 participating in a discussion that came to this exact 11:20AM | 14 Q Okay. What is the function of the command 11:23AM |
| 15 command syntax? 11:20AM | 15 "ip ospf authentication"? 11:23AM |
| 16 A Yeah, so no specific recollection 11:20AM | 16 A This command is at a -- at a interface level, if 11:23AM |
| 17 Q Do you have a general recollection of 11:20AM | 17 I remember, and what this does is if -- if two devices 11:23AM |
| 18 participating in that discussion? 11:20AM | 18 are talking OSPF, you can configure both devices to -- 11:23AM |
| 19 A The general recollection is, again, based on some 11:20AM | 19 to do some level of encoding in the packets so that they 11:23AM |
| 20 of the earlier comments I made The -- the way we 11:20AM | 20 can validate each other. There are different types of 11:23AM |
| 21 actually design a new command is the team talks about 11:20AM | 21 authentication. There is -- if I remember, again, 11:23AM |
| 22 it The team brainstorms about it, and I was part of 11:20AM | 22 correctly, there is a clear text authentication. There 11:23AM |
| 23 the team working at that time, so it will be hard to 11:20AM | 23 is a message digest -- digest authentication, and I 11:23AM |
| 24 believe that I was hiding under the table not really 11:20AM | 24 think those are the -- those are the additional keywords 11:23AM |
| 25 doing anything, so I was probably participating That's 11:20AM | 25 associated with this command. 11:24AM |
| Page 71 | Page 73 |

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 74**

1 Q Okay. What's the significance of the term "ip"  11:24AM
2 at the start of this command?  11:24AM
3 A IP -- I think we -- we kept "ip" as the top-level  11:24AM
4 keyword for things which were related to IP before, so  11:24AM
5 "ip" really implies IP Version 4.  11:24AM
6 Q Okay. And just to back up for a second, IP  11:24AM
7 stands for Internet protocol; correct?  11:24AM
8 A That is correct.  11:24AM
9 Q And IPv4 stands for -- or refers to Version 4 of  11:24AM
10 the Internet protocol; is that correct?  11:24AM
11 A That is correct. That is correct.  11:24AM
12 Q And the Internet protocol is specified in a  11:24AM
13 standard published by the IETF; correct?  11:24AM
14 A That it's correct.  11:24AM
15 Q And IPv4 is specified in a standard published by  11:24AM
16 the IP -- IETF; correct?  11:25AM
17 A Yes, that's correct.  11:25AM
18 Q Okay. The acronym IP was used by the industry to  11:25AM
19 refer to Internet protocol before Cisco used it in CLI  11:25AM
20 commands; correct?  11:25AM
21 MR. NEUKOM: Objection; foundation.  11:25AM
22 THE WITNESS: So the term "IP," just like we  11:25AM
23 discussed for BFD -- right? -- when you write Internet  11:25AM
24 standard, you try to abbreviate technologies, and,  11:25AM
25 again, we can look at that document and confirm that's  11:25AM

**Page 75**

1 true or not I'm guessing it says Internet protocol and  11:25AM
2 that abbreviates it as "IP," and the document refers to  11:25AM
3 that so that you don't have to keep saying "Internet  11:25AM
4 protocol" or "Internet Protocol Version 4 "  11:25AM
5 MR NEUKOM: By the way, David, while you are  11:26AM
6 getting a new document, just as a housekeeping matter,  11:26AM
7 30 minutes or so ago I objected to a question you asked  11:26AM
8 the witness on the basis of attorney-client privilege,  11:26AM
9 and I meant to have objected on the basis of attorney  11:26AM
10 work product  11:26AM
11 MR SILBERT: Okay  11:26AM
12 MR NEUKOM: So  11:26AM
13 BY MR SILBERT:  11:26AM
14 Q This is -- let me show you a document that's  11:26AM
15 already been marked as Exhibit 29 in this case  11:26AM
16 Do you recognize this document?  11:26AM
17 A Yes, I do  11:27AM
18 Q What is it?  11:27AM
19 A This is an RFC which details the Internet  11:27AM
20 protocol  11:27AM
21 Q And the publication date shown here is  11:27AM
22 September 1981; correct?  11:27AM
23 A Yes, that is correct  11:27AM
24 Q And was this, to your knowledge, the first  11:27AM
25 version of the Internet protocol that's described in  11:27AM

**Page 76**

1 this document, Exhibit 29?  11:27AM
2 MR. NEUKOM: Objection; foundation.  11:27AM
3 THE WITNESS: So I'm just reading page 1 -- or  11:27AM
4 what you have in your bottom as 1557. Just below the  11:27AM
5 RFC 791, it says, Replaces RFC 760, which generally  11:27AM
6 implies there was prior work, which -- which his  11:27AM
7 supersedes.  11:27AM
8 BY MR. SILBERT:  11:28AM
9 Q Okay. And forgive me if I've asked you this --  11:28AM
10 (Discussion off the stenographic record.)  11:28AM
11 BY MR. SILBERT:  11:28AM
12 Q I apologize if I've asked you this already, but  11:28AM
13 have -- have you heard the Internet protocol abbreviated  11:28AM
14 IP outside the context of Cisco?  11:29AM
15 A As in what are the other possible abbreviations?  11:29AM
16 For example, intellectual property we use "IP" term all  11:29AM
17 the time.  11:29AM
18 Q We do that too. No.  11:29AM
19 My question is: Have you heard the abbreviation  11:29AM
20 IP used to refer to the Internet protocol outside the  11:29AM
21 context of Cisco?  11:29AM
22 MR. NEUKOM: Objection; vague.  11:29AM
23 THE WITNESS: So in -- in IETF -- as part of my  11:29AM
24 role in IETF, people do loosely refer Internet Protocol  11:29AM
25 Version 6 as "IP," as -- as one -- one of the variants.  11:29AM

**Page 77**

1 There are, again, multiple ways to say that  11:29AM
2 BY MR SILBERT:  11:29AM
3 Q Have you heard the expression "TCP/IP"?  11:29AM
4 A Yes, I have  11:29AM
5 Q Do you know what the IP stands for in that  11:29AM
6 expression?  11:29AM
7 A That is the Internet protocol  11:30AM
8 Q Okay And that's the same Internet protocol that  11:30AM
9 we have been discussing here this morning; correct?  11:30AM
10 A Correct  11:30AM
11 Except in -- when you say "TCP/IP," it's probably  11:30AM
12 a little broader because it does not imply which IP  11:30AM
13 version you might be using For example, you may be  11:30AM
14 using IP with IP Version 6, or you may be using  11:30AM
15 IP Version 4 It's a slightly broader term  11:30AM
16 Q Okay I think you mentioned this previously, but  11:30AM
17 before somebody came up with the expression "ip ospf  11:30AM
18 authentication," Cisco used "IP" as a top-level keyword  11:30AM
19 in other commands; correct?  11:30AM
20 A That is correct  11:30AM
21 Q And so when someone came up with the expression  11:31AM
22 "ip ospf authentication," they followed that same  11:31AM
23 syntax; correct?  11:31AM
24 MR NEUKOM: Objection; vague  11:31AM
25 THE WITNESS: Authentication keyword, when it was  11:31AM

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  introduced -- again, I'm trying to recollect from my    11:31AM
2  20-year-old memory  IP OSPF existed in the sense that    11:31AM
3  there were commands with IP OSPF some other options  It    11:31AM
4  made sense to attach authentication to that chain    11:31AM
5  already rather than sort of create something brand new    11:31AM
6  BY MR SILBERT:    11:31AM
7    Q   Okay  And, in fact, if you look below -- looking    11:31AM
8  still at Exhibit 54, if you look immediately below "ip    11:31AM
9  ospf authentication," do you see the entry for "ip ospf    11:31AM
10  authentication-key"?    11:32AM
11    A   Yes, I see that    11:32AM
12    Q   And the -- if you look there, the date of the    11:32AM
13  earliest-known document that's listed for that    11:32AM
14  expression is 1993, which is five years or so earlier    11:32AM
15  than the date listed for "ip ospf authentication"; is    11:32AM
16  that correct?    11:32AM
17    A   That's what this document says, yes    11:32AM
18    Q   Do you know what the person or persons who came    11:32AM
19  up with the expression "ip ospf authentication" referred    11:32AM
20  to when coming up with that expression?    11:32AM
21    A   Are you asking for the previous command, which is    11:32AM
22  the "ip ospf authentication" --    11:32AM
23    Q   Yes    11:32AM
24    A   -- or the "key" command --    11:32AM
25    Q   No    11:32AM

Page 78

1    A   -- the previous -- okay    11:32AM
2    Q   Yeah    11:32AM
3    A   "Ip ospf authentication" referred to enabling the    11:32AM
4  authentication features -- as we said, it could be    11:33AM
5  clear text or it could be message digest -- on that    11:33AM
6  interface    11:33AM
7    Q   Yeah, I apologize because my question --    11:33AM
8    A   Okay    11:33AM
9    Q   -- wasn't clear    11:33AM
10      What I actually was trying to ask you was: Do    11:33AM
11  you know what documents or source materials the people    11:33AM
12  who came up with the expression "ip ospf authentication"    11:33AM
13  referred to when naming that command?    11:33AM
14    A   So I can't tell you anything very specific, but    11:33AM
15  what typically happens, I can say, is when you write a    11:33AM
16  new command, of course, you will see source code    11:33AM
17  changes, which looks like it refers to  You may also    11:33AM
18  produce customer-facing documents  For example, we saw    11:33AM
19  command reference where also this will get documented as    11:33AM
20  what it does and what the syntax is and so on    11:33AM
21    Q   Okay  And just to be clear, you are saying    11:33AM
22  that's what typically happens because you don't know    11:34AM
23  what the person or persons who named the command    11:34AM
24  "ip ospf authentication" actually referred to when they    11:34AM
25  named that command; is that correct?    11:34AM

Page 79

1    A   Yes    11:34AM
2    MR NEUKOM: Objection; misstates prior    11:34AM
3  testimony    11:34AM
4    THE WITNESS:  Yes  I don't have, again, specific    11:34AM
5  recollection of what sort of documentation or documents    11:34AM
6  we wrote at that time    11:34AM
7  BY MR SILBERT:    11:34AM
8    Q   Okay  We have talked a little bit about OSPF    11:34AM
9      There's an OSPF standard that's published by    11:34AM
10  IETF; correct?    11:34AM
11    MR NEUKOM: Objection; vague    11:34AM
12    THE WITNESS: So OSPF is basically Open Shortest    11:34AM
13  Path First  It's one of the routing protocols  OSPF    11:34AM
14  has had multiple IETF standards published over time, and    11:34AM
15  as we just saw, in the case of IP, sometimes the newer    11:35AM
16  one deprecate the older one and so on, so there are    11:35AM
17  multiple standards out there related to OSPF    11:35AM
18    MR SILBERT: Okay    11:35AM
19    (Exhibit 56 was marked for    11:35AM
20    identification by the Court Reporter )    11:35AM
21  BY MR SILBERT:    11:35AM
22    Q   Mr Roy, would you please look at Exhibit 56 and    11:36AM
23  tell me if you recognize it    11:36AM
24    A   Yes, I do    11:36AM
25    Q   What is it?    11:36AM

Page 80

1    A   This is another of OSPF standards RFC, which    11:36AM
2  specifies OSPF protocol, protocol specification.    11:36AM
3    Q   And this document states that it was published in    11:36AM
4  October 1989; correct?    11:36AM
5    A   That is correct.    11:36AM
6    Q   And the author listed here is someone named    11:36AM
7  J. Moy, M-o-y; is that correct?    11:36AM
8    A   Yes.  John Moy was the author.    11:36AM
9    Q   And the company where he's listed as working is    11:36AM
10  Proteon, Inc.; is that correct?    11:37AM
11    A   Correct, so at the time of publication of this    11:37AM
12  document, he was employed by Proteon, Inc.    11:37AM
13    Q   Do you know Mr. Moy?    11:37AM
14    A   Yes, I do.    11:37AM
15    Q   Did he ever work for Cisco?    11:37AM
16    A   Not that I know of.    11:37AM
17    Q   This document, in its title, uses the acronym    11:37AM
18  OSPF; correct?    11:37AM
19    A   Yes, it does.    11:37AM
20    Q   Who -- who came up with that acronym, to your    11:37AM
21  knowledge?    11:37AM
22    A   So I think I'll give you the same answer I gave    11:37AM
23  for BFD.  If you move to the page 1, which is 2601 in    11:37AM
24  the bottom-right label, and if you see Section 1, talks    11:37AM
25  about the first time that abbreviation was introduced,    11:37AM

Page 81

21 (Pages 78 - 81)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 107 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| Page 82 | Page 84 |
|---|---|
| 1 and that's very typical in IETF standards, that the long  11:38AM | 1  A  Yeah, I see that.  11:41AM |
| 2 things we create acronym at the first reference and  11:38AM | 2  Q  What is an area data structure in OSPF?  11:41AM |
| 3 continue to use it in this document  11:38AM | 3     MR. NEUKOM: Objection; calls for opinion  11:41AM |
| 4  Q  So my question is just this: So far as you know,  11:38AM | 4 testimony.  11:41AM |
| 5 someone outside of Cisco came up with the acronym OSPF;  11:38AM | 5     THE WITNESS: So "data structure" is -- is a  11:41AM |
| 6 correct?  11:38AM | 6 computer science terminology which is how you store  11:41AM |
| 7  A  So IETF -- IETF products is a complicated  11:38AM | 7 data, potentially, in a software implementation.  11:41AM |
| 8 process, and let me just give you a quick glimpse of it  11:38AM | 8     "Area" is a concept introduced in this RFC  11:41AM |
| 9     What you are seeing is the finished product,  11:38AM | 9 which -- which refers to a collection of devices which  11:42AM |
| 10 which John Moy was the lead author and he took it to the  11:38AM | 10 have -- which are in the same area -- or who make a  11:42AM |
| 11 RFC  11:38AM | 11 collective decision together by -- by knowing each  11:42AM |
| 12     What happened before that and how many versions  11:38AM | 12 other's state up front.  11:42AM |
| 13 were there and who are the people who sort of worked and  11:38AM | 13     So Internet data structure, I think, is going  11:42AM |
| 14 collaborated to get to this stage, you can find that  11:38AM | 14 into, if you had such a collection of objects, these are  11:42AM |
| 15 information, that -- how many earlier revisions of the  11:38AM | 15 the objects you probably want to keep in that collection  11:42AM |
| 16 drafts are there, who are the collaborator, where they  11:38AM | 16 of objects.  11:42AM |
| 17 worked for -- whichever companies they worked for,  11:39AM | 17 BY MR. SILBERT:  11:42AM |
| 18 right? -- and how did they come to this  11:39AM | 18  Q  Okay. Okay. Would you look at two pages more  11:42AM |
| 19     So it's hard to say, just looking at this, who  11:39AM | 19 at -- on the page that ends with the Bates No. 624.  11:42AM |
| 20 came with this and who coined the term or who coined the  11:39AM | 20  A  Yes.  11:42AM |
| 21 acronym OSPF  11:39AM | 21  Q  And do you see the bolded term "authentication  11:42AM |
| 22  Q  Okay  But nevertheless, that acronym was in  11:39AM | 22 type"?  It's in the top third --  11:42AM |
| 23 common usage before it was used by Cisco in a CLI  11:39AM | 23  A  Yes, I see that.  11:42AM |
| 24 command; correct?  11:39AM | 24  Q  -- of the page?  11:42AM |
| 25     MR. NEUKOM: Objection; calls for opinion  11:39AM | 25  A  Yeah, I see that.  11:42AM |

| Page 83 | Page 85 |
|---|---|
| 1 testimony.  11:39AM | 1  Q  Under the OSPF standard, does an operator specify  11:42AM |
| 2     THE WITNESS: So I don't know when Cisco  11:39AM | 2 the authentification type to be used for an area?  11:43AM |
| 3 implemented OSPF first, so it's hard to say what  11:39AM | 3     MR. NEUKOM: Objection; vague, calls for opinion  11:43AM |
| 4 happened first.  11:39AM | 4 testimony  11:43AM |
| 5     Again, a corollary comment, a lot of times Cisco  11:39AM | 5     THE WITNESS: So as per this document, what was  11:43AM |
| 6 is -- is the driver of technologies, and we implement  11:39AM | 6 described here is in a area you could specify if  11:43AM |
| 7 things, and then we publish standards off it, so there  11:39AM | 7 authentication is in use, and I think it just refers to  11:43AM |
| 8 could be a coincidence where it has been used in Cisco  11:39AM | 8 this other section where you can find details of what  11:43AM |
| 9 before or -- or in a standard document before -- again,  11:39AM | 9 types of authentication, Appendix E.  11:43AM |
| 10 I don't know enough history on that that what happened  11:40AM | 10     As a -- as a operator, you may or may not choose  11:43AM |
| 11 when.  11:40AM | 11 to have authentication  That is totally up to you  If  11:43AM |
| 12 BY MR. SILBERT:  11:40AM | 12 you think your network is very secure, you may choose to  11:43AM |
| 13  Q  Okay.  You are going to agree with me, though, I  11:40AM | 13 not have authentication  If you really want to secure  11:43AM |
| 14 think, that the standard itself uses the acronym OSPF;  11:40AM | 14 your network, there are a variety of ways to  11:43AM |
| 15 right?  11:40AM | 15 authenticate it, and this just refers to that -- what  11:43AM |
| 16  A  The document does create the acronym for the use  11:40AM | 16 mechanisms exist at the area level  11:44AM |
| 17 for the document.  11:40AM | 17 BY MR. SILBERT:  11:44AM |
| 18  Q  Okay.  Would you turn to the page that ends in  11:40AM | 18  Q  Okay  And would you agree that authentication is  11:44AM |
| 19 the Bates No. 622?  11:40AM | 19 a concept that's introduced in this OSPF specification?  11:44AM |
| 20     MR. NEUKOM: Sorry, what page, David?  11:40AM | 20     MR. NEUKOM: Objection; calls for opinion  11:44AM |
| 21     MR. SILBERT: Bates No. 622.  11:40AM | 21 testimony and vague  11:44AM |
| 22     MR. NEUKOM: Okay. Thank you.  11:41AM | 22     THE WITNESS: This document has used the term  11:44AM |
| 23 BY MR. SILBERT:  11:41AM | 23 "authentication," but basically what we are talking  11:44AM |
| 24  Q  Do you see Section 6 that's with the heading "The  11:41AM | 24 about is:  Are there ways -- are there ways to validate?  11:44AM |
| 25 Area Data Structure"?  11:41AM | 25 Are there ways to secure communication between devices?  11:44AM |

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

---

Page 86

```
 1      MR SILBERT: Okay  We need to change the tape,  11:44AM
 2 so we will have to pause there          11:44AM
 3      THE VIDEOGRAPHER: This marks the end of    11:44AM
 4 Volume 1, Media No 1 of the deposition of Abhay Roy   11:44AM
 5      The time is 11:44 a m  We are off the record   11:44AM
 6 (Lunch recess taken )                 11:44AM
 7            ---o0o---                11:44AM
 8                                11:44AM
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 87

```
 1 AFTERNOON SESSION          12:24 P M  11:44AM
 2                        12:24PM
 3      THE VIDEOGRAPHER: We are back on the record at   12:24PM
 4 12:24 p m                    12:24PM
 5      This marks the beginning of Volume 1, Media No 2  12:24PM
 6 of the deposition of Abhay Roy         12:24PM
 7      Please continue              12:24PM
 8 BY MR SILBERT:                 12:24PM
 9   Q  Good afternoon, Mr Roy         12:24PM
10      Before the lunch break, we were talking about the  12:24PM
11 command "ip ospf authentication "       12:24PM
12      Do you recall that?          12:24PM
13   A  Yes, I do                 12:24PM
14   Q  Do you agree that authentication is a parameter  12:24PM
15 that's introduced in the OSPF specification?  12:24PM
16      MR NEUKOM: Objection; vague, calls for opinion  12:24PM
17      THE WITNESS: I think you referred me to some  12:24PM
18 section  Could you point me to that again?  12:24PM
19      MR SILBERT: Yeah  We were looking at the page  12:24PM
20 that ends in Bates No 624 in Exhibit 56, which is the  12:24PM
21 OSPF specification dated October 1989   12:25PM
22      THE WITNESS: Was that 624?      12:25PM
23      MR SILBERT: Yes               12:25PM
24   Q  Yeah, in the top third of the page --  12:25PM
25   A  Oh, yes  Yes  Sorry, my bad      12:25PM
```

---

Page 88

```
 1   Q  -- there is a bold entry "authentication type."  12:25PM
 2      Do you see that?             12:25PM
 3   A  Yes.                     12:25PM
 4      Yeah, so what -- what that -- in the -- what  12:25PM
 5 is -- what it's trying to say in the RFC is if you have  12:25PM
 6 for area some objects -- one of the objects is the  12:25PM
 7 authentication type.  That's what that document is  12:25PM
 8 talking about.                  12:25PM
 9   Q  And the -- the document is getting at the idea  12:25PM
10 that an operator can set the authentification type for  12:25PM
11 objects in an area; correct?        12:25PM
12      MR. NEUKOM: Objection; document speaks for  12:25PM
13 itself, calls for opinion testimony.  12:25PM
14      THE WITNESS: Yeah, so document is talking about,  12:26PM
15 at the area scope, if you support authentication, you  12:26PM
16 probably want to store objects related to the  12:26PM
17 authentication in that type of data store.  12:26PM
18 BY MR. SILBERT:                  12:26PM
19   Q  Okay.  So looking at the command "ip ospf  12:26PM
20 authentication," the term "ip" in that command refers to  12:26PM
21 the Internet protocol standard; right?   12:26PM
22      MR. NEUKOM: Objection; misstates prior   12:26PM
23 testimony.                     12:26PM
24      THE WITNESS: "ip" in that command refers to  12:26PM
25 Internet Protocol Version 4.          12:26PM
```

---

Page 89

```
 1 BY MR SILBERT:                  12:26PM
 2   Q  Okay  And that's a standard that's published by  12:26PM
 3 the IETF; correct?               12:26PM
 4   A  Internet protocol is an RFC 791, which is  12:26PM
 5 published by the IETF, yes          12:26PM
 6   Q  Right                    12:27PM
 7      And -- and 791 might be an earlier version, but  12:27PM
 8 are you aware that there's a separate RFC that's  12:27PM
 9 standard for Internet Protocol 4?    12:27PM
10   A  I don't know exactly if -- if there is a one --  12:27PM
11 there is a version later than this which supersedes  12:27PM
12 this --                       12:27PM
13   Q  Okay                     12:27PM
14   A  -- but there might be; might not be aware  12:27PM
15   Q  Okay  And in the command "ip ospf   12:27PM
16 authentication," "ospf" refers to the OSPF  12:27PM
17 specification, Exhibit 56; correct?   12:27PM
18      MR NEUKOM: Objection; misstates prior  12:27PM
19 testimony                     12:27PM
20      THE WITNESS: So OSPF command -- or this command,  12:27PM
21 which is in Cisco's implementation, refers to the  12:27PM
22 protocol called "OSPF," which is documented in an IETF  12:27PM
23 stand -- IETF RFC                12:28PM
24 BY MR. SILBERT:                  12:28PM
25   Q  Okay  And in the term "ip ospf authentication,"  12:28PM
```

---

23 (Pages 86 - 89)

Case 5:14-cv-05344-BLF   Document 512-8   Filed 09/06/16   Page 109 of 122

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 90**

```
1  the term "authentication" refers to an authentication   12:28PM
2  parameter that's described in the OSPF standard;        12:28PM
3  correct?                               12:28PM
4      MR. NEUKOM: Objection; calls for opinion   12:28PM
5  testimony and document speaks for itself    12:28PM
6      THE WITNESS: So OSPF RFC does use the language  12:28PM
7  "authentication," and Cisco's CLI also happens to use   12:28PM
8  the language "authentication"; although, we are   12:28PM
9  primarily talking about how to secure, how to validate   12:28PM
10  OSPF packets, really                    12:28PM
11  BY MR SILBERT:                          12:28PM
12    Q  Okay  Are you saying that your command uses   12:28PM
13  "authentication" in a different way than the standard   12:28PM
14  does?                                   12:28PM
15    A  So the -- so the section we are looking at in the  12:28PM
16  standard is at the area scope versus the command we are  12:28PM
17  looking at is at the interface scope  They are two   12:29PM
18  different things  The scope is different    12:29PM
19    Q  I see  Okay                        12:29PM
20       I think we have covered this in general, but I   12:29PM
21  just want to be clear                   12:29PM
22       Is it correct that you do not know who actually  12:29PM
23  named the command "ip ospf authentication" at Cisco?   12:29PM
24    A  So as I -- as I have said in the past, I was part  12:29PM
25  of the team  I did participate in the team to come up   12:29PM
```

**Page 91**

```
1  with this  Was it exactly my idea or somebody else's   12:29PM
2  idea?  That I don't specifically recall, but I was part  12:29PM
3  of the team who came up with the -- the keyword, and I   12:29PM
4  was part of the team which was doing the implementation.  12:29PM
5    Q  Okay  And it's -- you have no memory of the   12:29PM
6  actual process of coming up with this command; correct?  12:29PM
7      MR. NEUKOM: Objection; misstates prior   12:29PM
8  testimony.                              12:30PM
9      THE WITNESS: Specifically what happened for this   12:30PM
10  particular command and what process, I don't have a   12:30PM
11  specific memory, but as I have said earlier, the way the  12:30PM
12  process is, is one or -- or more engineers come up with  12:30PM
13  certain set of keywords.  We have a discussion.  And   12:30PM
14  then we arrive at what finally happens.  And then there  12:30PM
15  was more about parser police, but I'll not go into that.  12:30PM
16  BY MR. SILBERT:                         12:30PM
17    Q  Okay.  And with respect to this command, you   12:30PM
18  don't know who came up with the expression; correct?   12:30PM
19      MR. NEUKOM: Objection; asked and answered.   12:30PM
20      THE WITNESS: So I participated in the team of   12:30PM
21  engineers who came up with this, but I can't tell you   12:30PM
22  exactly the engineer who uttered the word, "This is   12:30PM
23  exactly what we should call it."        12:30PM
24  BY MR. SILBERT:                         12:30PM
25    Q  Okay.  And you don't know what resources were   12:30PM
```

**Page 92**

```
1  drawn on in coming up with the expression "ip ospf   12:30PM
2  authentication"; correct?               12:31PM
3      MR. NEUKOM: Objection; asked and answered   12:31PM
4      THE WITNESS: Resources -- could you -- could you   12:31PM
5  rephrase what resources?                12:31PM
6      MR. SILBERT: Sure                   12:31PM
7    Q  Do you know if the person or people who came up   12:31PM
8  with this expression had the OSPF standard in front of   12:31PM
9  them when they came up with the expression?   12:31PM
10    A  Again. I can't say that with -- with certainty   12:31PM
11  They may or may not have referred to the standard   12:31PM
12    Q  Okay  And do you know whether the person or   12:31PM
13  people who came up with this expression derived it from  12:31PM
14  a pre-existing expression?              12:31PM
15      MR. NEUKOM: Objection; calls for opinion   12:31PM
16  testimony and legal conclusion          12:31PM
17      THE WITNESS: Yeah, so I have some more context   12:31PM
18  on that                                 12:31PM
19       What you just saw in -- in the RFC -- what I was  12:31PM
20  saying, it's area scope -- Cisco actually supports that  12:31PM
21  command also  There is a similar command at the area   12:31PM
22  scope                                   12:32PM
23       When -- when we did this, this was sort of over   12:32PM
24  and beyond what standards do, and this is where Cisco's  12:32PM
25  value-add came in  We saw people who wanted to do this   12:32PM
```

**Page 93**

```
1  type of behavior in specific interfaces and not all   12:32PM
2  interfaces which are part of an area  So this was   12:32PM
3  created to be similar to what the area command Cisco   12:32PM
4  already has                             12:32PM
5  BY MR. SILBERT:                         12:32PM
6    Q  Okay  And is that area command that Cisco   12:32PM
7  already had "ip ospf authentication-key"?   12:32PM
8    A  No  That is -- we are still looking at interface  12:32PM
9  scope commands  It will be probably in a different   12:32PM
10  context  It will be under routing context, and the   12:32PM
11  command will be called different  I don't recall what   12:32PM
12  the command is exactly called, but that is not the   12:32PM
13  command                                 12:32PM
14    Q  Okay  What -- what is the command that you are   12:32PM
15  saying the command "ip ospf authentication" was designed  12:33PM
16  to be similar to?                       12:33PM
17      MR. NEUKOM: Objection; misstates prior   12:33PM
18  testimony                               12:33PM
19      THE WITNESS: I don't recall the exact syntax of   12:33PM
20  that command, but it will be -- it will be in a   12:33PM
21  different context  It will be in the router context,   12:33PM
22  not in the interface context            12:33PM
23  BY MR. SILBERT:                         12:33PM
24    Q  How would I find that command if I wanted to find  12:33PM
25  it?                                     12:33PM
```

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 94**

1  A  If you saw a complete reference of OSPF    12:33PM
2  configuration on a device, we could find it from there.    12:33PM
3  Q  What would I look for to find it?    12:33PM
4  A  You could search for keywords like "area" or    12:33PM
5  "authentication."    12:33PM
6  Q  Okay.  Who else was on the team who came up with    12:33PM
7  the command "ip ospf authentication"?    12:33PM
8  A  So I'm trying to recollect who all were part of    12:34PM
9  the OSPF team.  There were probably a small set of    12:34PM
10  people.    12:34PM
11  Are you looking for specific names?    12:34PM
12  Q  Yes.    12:34PM
13  A  One person I could think of is Derek Yeung.    12:34PM
14  Q  Can you spell that, please.    12:34PM
15  A  Actually, he calls himself Derek, but the --    12:34PM
16  okay.  D-r-e-k [sic] and Yeung is Y-e-u-n-g.    12:34PM
17  Q  Okay.    12:34PM
18  A  He was -- he was one of the senior guys in the    12:34PM
19  team.    12:34PM
20  Who were other people around that time.  There    12:34PM
21  was -- there was somebody called Padma, P-a-d-m-a.  Her    12:34PM
22  last name was Esnault, E-s-n-a-u-l-t.  And these two    12:34PM
23  names I can remember very clearly.  There may be more    12:35PM
24  people who were part of the OSPF team at that time.    12:35PM
25  Q  Is that the best recollection you have, as you    12:35PM

**Page 95**

1  sit here today, of who else was on the team that came up    12:35PM
2  with the command "ip ospf authentication"?    12:35PM
3  A  Yes    12:35PM
4  Q  Okay  Who else was on the team that came up with    12:35PM
5  the command "bfd all-interfaces"?    12:35PM
6  A  That was on page 3?    12:35PM
7  Q  Correct    12:35PM
8  MR NEUKOM:  Page 3 of Exhibit 54    12:35PM
9  THE WITNESS:  This is actually much later than    12:36PM
10  that, so this -- I'm just going with the date, which is    12:36PM
11  also listed here, 2004 to 2005  We had different    12:36PM
12  engineers around that time on those PF [phonetic] team    12:36PM
13  Couple names I can recollect  One was Liem, L-i-e-m,    12:36PM
14  and Nguyen, N-g-y-u-e-n, I think  Last name may have    12:36PM
15  spelled incorrectly  Another engineer was Peter,    12:36PM
16  P-e-t-e-r, Psenak, P-s-e-n-a-k  There are probably more    12:36PM
17  names, but those are a couple of names    12:37PM
18  BY MR SILBERT:    12:37PM
19  Q  Okay  Are you able to tell me any other names of    12:37PM
20  people who are on the team who named the command    12:37PM
21  "bfd all-interfaces"?    12:37PM
22  A  Yeah, I don't recall any more specific names  I    12:37PM
23  mean, there are people around that time, but I want to    12:37PM
24  make sure that they were in Cisco at that time    12:37PM
25  For example, there is one engineer called Acee,    12:37PM

**Page 96**

1  A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent    12:37PM
2  sure if he was still on that team or he left Cisco by    12:37PM
3  that time.    12:37PM
4  Q  Okay.  Can you remember any other names of people    12:37PM
5  who were on the team?    12:37PM
6  A  Nothing is coming to my head.    12:37PM
7  Q  Okay.  Referring back to Exhibit 54, would you    12:38PM
8  please turn to page 12.    12:38PM
9  A  Yeah, I'm there.    12:38PM
10  Q  In the bottom third of the page, do you see the    12:38PM
11  command expression "ip ospf bfd"?    12:38PM
12  A  Yes.    12:38PM
13  Q  Okay.  And then in the next column with the    12:38PM
14  heading "Author/Originator Information," it says "Cisco"    12:38PM
15  and your name; correct?    12:38PM
16  A  Yes.    12:38PM
17  Q  Did you come up with the expression "ip ospf    12:38PM
18  bfd"?    12:38PM
19  A  Yeah, so BFD -- I was the lead implementer of it    12:38PM
20  and very likely I proposed the -- the command.    12:39PM
21  Q  Okay.  And you say very likely you proposed the    12:39PM
22  command.    12:39PM
23  Do you have any recollection of doing that?    12:39PM
24  A  I don't remember anybody else worked on it, so    12:39PM
25  I -- I proposed the command.  Yeah, I think I proposed    12:39PM

**Page 97**

1  the command  I don't think there was anybody else on    12:39PM
2  this project    12:39PM
3  Q  Okay  And I appreciate your reasons for saying    12:39PM
4  that, but my question is: Do you have any recollection    12:39PM
5  of proposing this command "ip ospf bfd"?    12:39PM
6  A  Yes    12:39PM
7  MR NEUKOM:  Objection; asked and answered    12:39PM
8  BY MR SILBERT:    12:39PM
9  Q  What's your recollection?    12:39PM
10  A  I remember the document which described this, and    12:39PM
11  I think I was -- I was the author of the document  It's    12:39PM
12  a small amount of work  And generally what happens is    12:39PM
13  if there is large project, you have a larger group of    12:39PM
14  people who work on the project  For smaller ones, you    12:40PM
15  are the sole implementer, so you pretty much do most of    12:40PM
16  the work, all the way from designing the command and the    12:40PM
17  implementation  This was another smaller features    12:40PM
18  Q  Okay  The term "ip" in the command "ip ospf bfd"    12:40PM
19  refers to the Internet protocol standard that's    12:40PM
20  specified by the IETF; correct?    12:40PM
21  A  "ip" in this command refers to Internet Protocol    12:40PM
22  Version 4, which is documented in RFC 791, and there    12:40PM
23  might be further revisions of it, if not    12:40PM
24  Q  Okay  And the term "ospf" in the command    12:40PM
25  "ip ospf bfd" refers to the OSPF standard that's    12:40PM

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 specified by the IETF; correct?                    12:40PM
2    A   Yes                                          12:40PM
3        MR NEUKOM: Objection; misstates prior         12:41PM
4 testimony, calls for opinion                        12:41PM
5        THE WITNESS: The OSPF acronym we have used is 12:41PM
6 for Open Shortest Path First protocol, which is also 12:41PM
7 described and captured in RFC                        12:41PM
8 BY MR SILBERT:                                       12:41PM
9    Q   Okay   And the -- the term "bfd" in the command 12:41PM
10 "ip ospf bfd" refers to the BFD standard that's      12:41PM
11 specified by the IETF; correct?                      12:41PM
12   A   BFD acronym stands for Bidirectional Forwarding 12:41PM
13 Detection, which is -- which is, yes, also captured in 12:41PM
14 IETF RFC                                             12:41PM
15   Q   And the BFD standard itself describes using BFD 12:41PM
16 with OSPF; is that correct?                          12:41PM
17       MR NEUKOM: Objection; document calls for its -- 12:41PM
18 pardon me  Document speaks for itself, calls for      12:42PM
19 opinion testimony                                    12:42PM
20       THE WITNESS: BFD spec -- again, my recollection 12:42PM
21 is BFD spec was written in a more generic sense  It may 12:42PM
22 or may not have explicitly called out how and which   12:42PM
23 protocols you can -- you can make use of it, but, again, 12:42PM
24 if you have some more text, I can look into it         12:42PM
25 //                                                    12:42PM
                                              Page 98

1      (Exhibit 57 was marked for                   12:42PM
2      identification by the Court Reporter )        12:43PM
3 BY MR SILBERT:                                      12:43PM
4    Q   Mr Roy, would you please look at Exhibit 57 and 12:43PM
5 tell me if you recognize it                          12:43PM
6    A   Yes, I do                                    12:43PM
7    Q   What is it?                                  12:44PM
8    A   This is an RFC which describes the base protocol 12:44PM
9 for bidirectional detection                          12:44PM
10   Q   Would you look, please, at the page that ends 12:44PM
11 with the Bates No  760                              12:44PM
12   A   Yes, I'm there                               12:44PM
13   Q   Do you see Section 3 1?  Towards the bottom of 12:44PM
14 that section in that single paragraph, it says, "For  12:44PM
15 example, an OSPF   implementation may request a BFD   12:44PM
16 session to be established to a neighbor discovered using 12:44PM
17 the OSPF Hello protocol "                            12:44PM
18       Do you see that?                             12:44PM
19   A   Yes, I see that                              12:44PM
20   Q   And that sentence is describing using BFD with  12:44PM
21 OSPF; correct?                                      12:45PM
22       MR NEUKOM: Objection; document speaks for     12:45PM
23 itself, and to the extent it doesn't, calls for opinion 12:45PM
24 testimony                                           12:45PM
25       THE WITNESS: Yeah, it -- so this does reference 12:45PM
                                              Page 99

1 the OSPF standard, a newer version than what you have 12:45PM
2 shown me, and it talks about if you are compliant to  12:45PM
3 that version, that implementation could use BFD       12:45PM
4 services                                             12:45PM
5 BY MR SILBERT:                                        12:45PM
6    Q   Okay   What resources did you use when naming the 12:45PM
7 "ip ospf bfd" command?                                12:45PM
8        MR NEUKOM: Objection; vague                  12:46PM
9        THE WITNESS: By "resources" you are implying   12:46PM
10 what type of material documents, those kind of things? 12:46PM
11       MR SILBERT: Correct                          12:46PM
12       THE WITNESS: I had looked at the specification, 12:46PM
13 of course  It -- I don't know if it was this version or 12:46PM
14 if it was an earlier version of -- of the BFD protocol 12:46PM
15 specification, and beyond that, it may have been some 12:46PM
16 conversation about who wants it, but I don't have any 12:46PM
17 specific recollection was there a formal Product      12:46PM
18 Requirement Document also written with it             12:46PM
19 BY MR SILBERT:                                        12:46PM
20   Q   What do you mean when you say "some conversation 12:47PM
21 about who wants it"?                                  12:47PM
22   A   Yes  As I was saying earlier, most of the things 12:47PM
23 we implement are of two categories, typically         12:47PM
24       One is customer-driven, which is, you are talking 12:47PM
25 to certain customers  They are telling you they want  12:47PM
                                              Page 100

1 this type of technology  Then you try to build that  12:47PM
2 technology                                           12:47PM
3        Or they are innovation-driven, which is we want 12:47PM
4 to showcase some new things which we have built, and  12:47PM
5 they are more outwards                                12:47PM
6        In the latter, you will not have a customer    12:47PM
7 requirement document -- or Product Requirement Document 12:47PM
8 because there is -- nobody has requested at this point 12:47PM
9 versus, in the former case, you will have some level of 12:47PM
10 conversation, communication, or perhaps a more formal 12:47PM
11 document which describes what a customer really intends 12:47PM
12 to do                                                12:47PM
13   Q   In the case of customer-driven developments, do 12:47PM
14 customers ever suggest CLI commands?                 12:48PM
15       MR NEUKOM: Objection; vague, compound, phrased 12:48PM
16 in the subjunctive                                   12:48PM
17       MR SILBERT: Now you got me                   12:48PM
18       THE WITNESS: Is that -- is that in reference to 12:48PM
19 this command in particular, or is it --              12:48PM
20       MR SILBERT: No  I was asking you more         12:48PM
21 generally                                            12:48PM
22       THE WITNESS: Okay  You are asking for my       12:48PM
23 opinion?                                             12:48PM
24       MR SILBERT: I'm asking for your personal       12:48PM
25 knowledge                                           12:48PM
                                              Page 101

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 102**

1　THE WITNESS: Okay  I mean, from -- I mean, this　12:48PM
2　is probably a more broader comment  I don't recall　12:48PM
3　seeing any specifics of what command somebody should　12:48PM
4　implement  They typically talk about the customer wants　12:48PM
5　to get this functionality, not how Cisco should　12:48PM
6　implement from the CLI perspective  That will be rare　12:48PM
7　if somebody even ventures into that　12:48PM
8　BY MR SILBERT:　12:48PM
9　Q  Are you aware of Cisco customers providing any　12:49PM
10　feedback on CLI commands?　12:49PM
11　MR NEUKOM: Same objections; vague, compound　12:49PM
12　THE WITNESS: I'm not aware of anything in　12:49PM
13　particular　12:49PM
14　BY MR SILBERT:　12:49PM
15　Q  Are you aware of anything in general?　12:49PM
16　A  We do something called "early field trial," which　12:49PM
17　typically happens if a new product goes out or a new　12:49PM
18　software release goes out  Customers will typically try　12:49PM
19　your functionality and give you feedback in terms of how　12:49PM
20　they want to change the functionality, if it is not　12:49PM
21　meeting their exact functional needs  So we get　12:49PM
22　feedbacks on -- on that type of thing; that, "I asked　12:49PM
23　you to do this, but your thing is doing slightly　12:49PM
24　different  Can you change the behavior of that?"　12:49PM
25　Command line kind of thing. customers don't care　12:49PM

**Page 103**

1　They don't want to get into  Cisco does what Cisco　12:49PM
2　does　12:50PM
3　Q  Okay  Let's go back to Exhibit 54, and could you　12:50PM
4　please turn to page 16　12:50PM
5　Do you see the command "IPv6 ospf area"?  It's　12:50PM
6　third from the bottom　12:50PM
7　A  Yes　12:50PM
8　Q  And you are indicated as the author, slash,　12:50PM
9　originator with respect to that command; is that　12:50PM
10　correct?　12:50PM
11　A  Yes　12:50PM
12　Q  Did you come up with the expression "IPv6 ospf　12:50PM
13　area"?　12:50PM
14　A  Yes  So -- yes  I mean, the answer is yes　12:50PM
15　Q  You, personally, did that, or you were part of a　12:50PM
16　team that did that?　12:51PM
17　A  So that's what I was thinking  It was -- it was　12:51PM
18　a set of people, but I was the lead developer, so I　12:51PM
19　wrote the initial functional spec, initial design and　12:51PM
20　initial user interface, but there were different　12:51PM
21　implementer -- implementers who were part of the　12:51PM
22　project, so they helped code it, basically　12:51PM
23　Q  Okay  And do you know whether, in the initial　12:51PM
24　functional spec and design and user interface, the　12:51PM
25　command that you proposed was "IPv6 ospf area" versus　12:51PM

**Page 104**

1　some other command?　12:51PM
2　MR NEUKOM: Objection; vague and compound　12:51PM
3　THE WITNESS: I don't recall if we -- if we ever　12:51PM
4　had multiple iterations on this particular command  In　12:51PM
5　the slightly longer context is OSPF Version 3 was　12:52PM
6　inspired and seeded with some of the same concepts we　12:52PM
7　had in OSPF Version 2, so when we designed the CLI, it　12:52PM
8　was actually more to align how OSPF Version 2 things are　12:52PM
9　structured and -- yeah　12:52PM
10　BY MR SILBERT:　12:52PM
11　Q  So -- right　12:52PM
12　What -- tell me why you are referring to OSPF　12:52PM
13　Version 3?　12:52PM
14　A  So IPv6 OSPF is -- is what is referred to as OSPF　12:52PM
15　Version 3  So, again, the longer story there is OSPF　12:52PM
16　had a first version -- I should say second version, OSPF　12:52PM
17　second -- Version 2 was the real version which most　12:52PM
18　people actually implemented and deployed  That only　12:52PM
19　supported IP Version 4 prefix routing　12:52PM
20　When IP Version 6 became popular, OSPF had to　12:53PM
21　reinvent itself, and OSPF Version 3 came along, which is　12:53PM
22　a separate Internet -- Internet RFC, right?　12:53PM
23　So if you look at RFC OSPF Version 3, it came　12:53PM
24　later when IPv6 work was happening  So if you see　12:53PM
25　things which are referred to IPv6 OSPF, they are　12:53PM

**Page 105**

1　referring to OSPF Version 3  We could have chosen to　12:53PM
2　call it OSPFv3, or OSPF Version 3  We chose to call it　12:53PM
3　IPv6 OSPF in our command syntax　12:53PM
4　Q  So before you named the IPv6 OSPF area command,　12:53PM
5　Cisco already used a command with a name "ip ospf area"; 12:53PM
6　correct?　12:53PM
7　A  That is correct　12:53PM
8　Q  Okay　12:53PM
9　A  And "ip ospf" there referred to OSPF Version 2　12:53PM
10　Q  Right　12:53PM
11　And IPv6 refers to Version 6 of the IP protocol; 12:53PM
12　correct?　12:54PM
13　A  IP version -- yes  IPv6 refers to Version 6 of　12:54PM
14　the IP protocol, which is a different Internet RFC　12:54PM
15　Q  Right　12:54PM
16　And -- and in that RFC -- and I'm happy to show　12:54PM
17　it to you if you want -- the -- it uses -- that RFC uses　12:54PM
18　the acronym IPv6; correct?　12:54PM
19　A  I don't recall if it does or does not　12:54PM
20　(Exhibit 58 was marked for　12:54PM
21　identification by the Court Reporter )　12:54PM
22　BY MR SILBERT:　12:54PM
23　Q  Mr Roy, would you please look at Exhibit 58 and　12:55PM
24　tell me if you recognize it　12:55PM
25　A  Yes, I do　12:55PM

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  Q  What is it?                                    12:55PM
2  A  This is an RFC which captures all the          12:55PM
3  specifications for Internet Protocol Version 6.   12:55PM
4  Q  Okay.  And the title is "Internet Protocol     12:55PM
5  Version 6 (IPv6) Specification"; correct?         12:55PM
6  A  That is correct.                               12:55PM
7  Q  Okay.  And does this refresh your recollection 12:55PM
8  that the Internet Protocol Version 6 specification 12:55PM
9  itself uses the acronym IPv6?                      12:55PM
10  A  This document does introduce the acronym IPv6, 12:55PM
11  again, for the purposes of making the document more 12:55PM
12  readable and not having to expand Internet Protocol 12:56PM
13  Version 6 everywhere.                             12:56PM
14  Q  And in the command "ipv6 ospf area," the term  12:56PM
15  "ipv6" refers to this protocol, Exhibit 58; correct? 12:56PM
16  A  The term IP -- yes, "ipv6" refers to the Internet 12:56PM
17  Protocol Version 6, which is described in this RFC. 12:56PM
18  Q  Okay.  And in the command "ipv6 ospf area," the 12:56PM
19  term "ospf" refers to the OSPF standard published by the 12:56PM
20  IETF; correct?                                    12:56PM
21  A  Not really.  So if you just say "OSPF," you might 12:56PM
22  think OSPF Version 2, and that's where you have to see 12:56PM
23  the whole context of what we are talking about.   12:56PM
24  IPv6 OSPF is OSPF Version 3.  So these two words  12:57PM
25  combined, IPv6 and OSPF, actually tells you to look at a 12:57PM
                                                     Page 106

1  different RFC, which is the OSPF Version 3 RFC, but if 12:57PM
2  you just told me "OSPF," I would have interpreted it as 12:57PM
3  you mean OSPF Version 2, which is a different RFC, just 12:57PM
4  for semantics                                     12:57PM
5  Q  Understood, and you explained to me previously 12:57PM
6  that the reason OSPF Version 3 was developed was to 12:57PM
7  accommodate IPv6; correct?                         12:57PM
8  A  That's correct                                  12:57PM
9  Q  Okay  And we may have discussed this earlier,   12:57PM
10  but area is a parameter that's introduced in the OSPF 12:57PM
11  specification; correct?                           12:57PM
12  A  Area is a collection or a cluster of devices   12:57PM
13  That concept does exist in -- in the RFCs, yes    12:57PM
14  Q  Okay  And the RFCs refer to it as "area"; right? 12:57PM
15  A  RFC documents does use the word "area," yes    12:57PM
16  Q  Okay  Is it a fair statement that when you came 12:58PM
17  up with the command "ipv6 ospf area," what you did was 12:58PM
18  refer to the pre-existing command "ip ospf area" and 12:58PM
19  changed the "ip" to "ipv6" because you were now dealing 12:58PM
20  with the IP Version 6?                            12:58PM
21  MR. NEUKOM:  Objection; vague and compound        12:58PM
22  THE WITNESS:  So we looked at -- we looked at     12:58PM
23  what is existing in -- in Cisco IOS implementation, and 12:58PM
24  that, generally, is one of the overriding things; that 12:58PM
25  don't reinvent the wheel  If there is something which 12:58PM
                                                     Page 107

1  is done, go with it.                              12:58PM
2      Some of the other ways to do that could be, you 12:58PM
3  could just say "ospfv3 area."  We chose to call it "ipv6 12:58PM
4  ospf area."                                       12:59PM
5  BY MR. SILBERT:                                   12:59PM
6  Q  And -- and did you model the command "ipv6 ospf 12:59PM
7  area" on the pre-existing command "ip ospf area"? 12:59PM
8  MR. NEUKOM:  Objection; vague.                    12:59PM
9  THE WITNESS:  The pre-existence of "ip ospf area" 12:59PM
10  was a strong motivator for us to converge on this 12:59PM
11  choice.                                           12:59PM
12  BY MR. SILBERT:                                   12:59PM
13  Q  Okay.  Who else was on the team that -- I mean, I 12:59PM
14  understand you are saying you -- you did come up with 12:59PM
15  this command, but who else was on the team with you at 12:59PM
16  the time you came up with this command?  And by "this 12:59PM
17  command," I'm referring to "ipv6 ospf area."      12:59PM
18  A  I think there were multiple engineers. I can't 12:59PM
19  recollect the exact names at this point.          01:00PM
20  Q  Okay.  Let's move on.                          01:00PM
21      Do you still have page 16 of Exhibit 54 in front 01:00PM
22  of you?                                           01:00PM
23  A  Yes, I do.                                     01:00PM
24  Q  Next is "ipv6 ospf cost."                      01:00PM
25      Do you see that, second from the bottom?      01:00PM
                                                     Page 108

1  A  Yes, I do.                                     01:00PM
2  Q  And, again, you are indicated as the author,   01:00PM
3  slash, originator with respect to that command    01:00PM
4  expression.                                       01:00PM
5      Do you see that?                              01:00PM
6  A  Yes.                                           01:00PM
7  MR. NEUKOM:  Objection; misstates --             01:00PM
8  mischaracterizes the document.                    01:01PM
9  BY MR. SILBERT:                                   01:01PM
10  Q  Okay.  You and Cisco are indicated as the author, 01:01PM
11  slash, originator; is that correct?              01:01PM
12  A  Yeah, that's correct.                          01:01PM
13  Q  And did you come up with the expression "ipv6 01:01PM
14  ospf cost"?                                       01:01PM
15  A  Yeah, it's the same.  If you see the document, 01:01PM
16  which it lists the EK number, it's part of the same 01:01PM
17  document, so this and anything which talks about IPv6 01:01PM
18  OSPF is all part of sort of one development deferred, 01:01PM
19  and all those commands pretty much follow the same 01:01PM
20  paradigm.                                         01:01PM
21      But to answer your specific question, yes, I 01:01PM
22  wrote that document and pretty much came up with the 01:01PM
23  whole IPv6 OSPF command set.                      01:01PM
24  Q  And we can go through these one by one, and I  01:01PM
25  suspect we will, but isn't it true that for every 01:01PM
                                                     Page 109

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 command for which your name appears in the          01:01PM
2 author/originator column that starts with "ipv6," that   01:02PM
3 command is identical to a pre-existing command, with the  01:02PM
4 only difference that the pre-existing command used "ip"   01:02PM
5 instead of "ipv6"?          01:02PM
6      MR. NEUKOM: Objection; vague, compound.       01:02PM
7      THE WITNESS: So I'll have to see the -- the       01:02PM
8 complete list of commands to make that statement. I'm  01:02PM
9 not sure if this has the complete list, but if you have  01:02PM
10 the both -- the command set --          01:02PM
11 BY MR. SILBERT:          01:02PM
12    Q  Well, you do have it in front of you in this    01:02PM
13 large document, but I don't know that it's the best use  01:02PM
14 of our collective time to -- for you to go point by    01:02PM
15 point.          01:02PM
16    A  Sure.          01:02PM
17    Q  With respect to specifically the command "ipv6  01:02PM
18 ospf cost," did you model that on a pre-existing command  01:02PM
19 used at Cisco, "ip ospf cost"?          01:02PM
20    A  Yes, that is correct.          01:03PM
21    Q  Okay.  And in the command, "ipv6" refers to     01:03PM
22 Version 6 of the IP standard that's specified by the    01:03PM
23 IETF; correct?          01:03PM
24    A  Correct.  "ipv6" refers to Internet Protocol    01:03PM
25 Version 6 as specified in the RFC.          01:03PM

Page 110

1    Q  Right.          01:03PM
2       And in the command "ipv6 ospf cost," "ospf"    01:03PM
3 refers to Version 3 of the OSPF standard that's        01:03PM
4 specified by the IETF; correct?          01:03PM
5    A  Correct.  In this context, "ipv6" refers to     01:03PM
6 Version 3 of Internet RFC, yes.          01:03PM
7    Q  And cost is a parameter that's described in the  01:04PM
8 OSPF specification; correct?          01:04PM
9    A  I have to refer to that, if you have handy, if  01:04PM
10 you can point me.          01:04PM
11    Q  Sure.          01:04PM
12       So if you go to the OSPF specification, which is  01:04PM
13 RFC 1131, which is Exhibit --          01:04PM
14    A  56.          01:04PM
15    Q  -- 56 --          01:04PM
16    A  Yeah.          01:04PM
17    Q  -- and look at the page that ends with the Bates  01:05PM
18 No. 6007.          01:05PM
19    A  6007.  Okay.          01:05PM
20    Q  I'm looking at the first full paragraph at the  01:05PM
21 top of that page.          01:05PM
22       Do you see where it says, "A cost is associated  01:05PM
23 with the output side of each router interface.  This    01:05PM
24 cost is configurable by the system administrator."      01:05PM
25       Do you see that?          01:05PM

Page 111

1    A  Yes, I see that          01:05PM
2    Q  So do you agree that the OSPF specification      01:05PM
3 describes cost as a parameter that the system          01:05PM
4 administrator can configure?          01:05PM
5      MR. NEUKOM: Objection; document speaks for     01:05PM
6 itself  To the extent it doesn't, calls for opinion   01:05PM
7      THE WITNESS:  So document is using the language  01:05PM
8 with the word "cost"  Now, you could use cost metric, a  01:06PM
9 number, but I do structurally see what you mean  I     01:06PM
10 don't think the document, at least this paragraph, talks  01:06PM
11 about you must call it cost, if that makes sense        01:06PM
12 BY MR. SILBERT:          01:06PM
13    Q  Okay  The standard doesn't say you must call it  01:06PM
14 cost, but the standard does call it "cost"; right?      01:06PM
15    A  The document does use the word "cost" to refer to  01:06PM
16 that, yes          01:06PM
17    Q  And that's the same word that you use in the    01:06PM
18 command "ip ospf cost"; right?          01:06PM
19    A  We have used the word "cost"          01:06PM
20    Q  Same word that's in the standard?          01:06PM
21    A  The two words are the same          01:06PM
22    Q  Yes          01:06PM
23       Let's go on  I suspect that your explanation is  01:07PM
24 going to be similar for this group of IPv6 commands    01:07PM
25    A  Yeah          01:07PM

Page 112

1    Q  But for the sake of the record, I think we need  01:07PM
2 to just cover them all.          01:07PM
3    A  Yeah, please.          01:07PM
4    Q  If you go back to Exhibit 54, we are looking at  01:07PM
5 page 16.          01:07PM
6       Do you see the last entry there in the "Command  01:07PM
7 Expression" column is "ipv6 ospf dead-interval"?        01:07PM
8    A  Yes.          01:07PM
9    Q  Okay.  And do you see that Cisco and you are    01:07PM
10 indicated as the author, slash, originator with respect  01:07PM
11 to that command expression?          01:07PM
12    A  Yes.          01:07PM
13    Q  Did you come up with the expression "ipv6 ospf  01:07PM
14 dead-interval"?          01:07PM
15    A  Yes, I did.          01:07PM
16    Q  And when you came up with the expression "ipv6  01:07PM
17 ospf dead-interval," did you model it on a pre-existing  01:08PM
18 command with the name "ip ospf dead-interval"?          01:08PM
19    A  Yes.  That was the dominant decision-maker, yes.  01:08PM
20    Q  Okay.  And in the command "ipv6 ospf            01:08PM
21 dead-interval," "ipv6" refers to Internet Protocol      01:08PM
22 Version 6 as specified by the IETF; correct?          01:08PM
23    A  Yes.  It refers to Internet Protocol Version 6 as  01:08PM
24 specified in Internet RFC.          01:08PM
25    Q  And in the command "ipv6 ospf dead-interval," the  01:08PM

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 term "ospf" refers to the OSPF Version 3 standard   01:08PM | 1 Version 2, or the IP OSPF, and, again, we have kept the  01:12PM |
| 2 specified by the IETF; correct?   01:09PM | 2 same flow and same -- same syntax   01:12PM |
| 3   A   Yes.  In this context, "ipv6 ospf" refers to the  01:09PM | 3      MR SILBERT: Right   01:12PM |
| 4 OSPF Version 3 specification as specified in an Internet  01:09PM | 4   Q   And so just, if I understand your testimony   01:12PM |
| 5 RFC.   01:09PM | 5 correctly, you are saying that where the specification   01:12PM |
| 6   Q   Okay.  And a dead interval is a parameter that's  01:09PM | 6 uses the term "dead," space "interval," the command uses  01:12PM |
| 7 described in the OSPF specification; right?   01:09PM | 7 the term "dead," hyphen, "interval"?   01:12PM |
| 8   A   Not sure if you have -- do you have --   01:09PM | 8      MR NEUKOM: Objection; misstates the document --  01:12PM |
| 9   Q   Yeah.  It's, again, looking at the -- oh, that's  01:09PM | 9 or, pardon me, prior testimony and mischaracterizes the  01:12PM |
| 10 the wrong one.  The OSPF specification, which I should  01:09PM | 10 document   01:12PM |
| 11 just keep in front of me -- okay, 56.   01:09PM | 11      THE WITNESS:  Yeah, so the Internet specification  01:12PM |
| 12   A   Yeah.  Yeah.   01:09PM | 12 uses multiple ways  It does use a variant, which is   01:12PM |
| 13   Q   And please look at the page that ends in Bates  01:09PM | 13 dead, space, interval  It also uses DeadInt   01:12PM |
| 14 No. 683.   01:09PM | 14      The Cisco implementation of IPv6 OSPF uses dead,  01:12PM |
| 15      Do you see the section with the heading "A.4 The  01:10PM | 15 hyphen, interval   01:12PM |
| 16 Hello packet"?   01:10PM | 16 BY MR SILBERT:   01:12PM |
| 17   A   Yes.   01:10PM | 17   Q   Okay  Just -- just so we can save a little time,  01:12PM |
| 18   Q   I'm reading at the beginning of the second   01:10PM | 18 do you -- and when we get to the next term, do you agree  01:13PM |
| 19 paragraph.  Do you see where it says: "All routers   01:10PM | 19 that the OSPF specification describes something   01:13PM |
| 20 connected to a common network must agree on certain   01:10PM | 20 called -- a parameter called a Hello interval?   01:13PM |
| 21 parameters (network mask, hello and dead intervals)."   01:10PM | 21   A   So on the same page, your 683, if you look at the  01:13PM |
| 22      Do you see that?   01:10PM | 22 packet, there is something called HelloInt, which is   01:13PM |
| 23   A   Yes, I see that.   01:10PM | 23 Hello interval   01:13PM |
| 24   Q   Okay.  So do you agree that a dead interval is a  01:10PM | 24   Q   Right   01:13PM |
| 25 parameter that's described in the OSPF specification?   01:09PM | 25      And also in the sentence above that I read   01:13PM |
| Page 114 | Page 116 |

| | |
|---|---|
| 1      MR NEUKOM: Objection; document speaks for   01:10PM | 1 previously, it says, "All routers connected to a common  01:13PM |
| 2 itself   01:10PM | 2 network must agree on certain parameters (network mask,  01:13PM |
| 3      THE WITNESS: So if you -- if you look in the   01:10PM | 3 hello and dead intervals)"; right?   01:13PM |
| 4 packet from that picture, there is one which is called   01:10PM | 4   A   Yes, that's another reference to it   01:13PM |
| 5 "DeadInt," and that's the packet format, and the   01:10PM | 5   Q   Okay  Who else was on the team with you when you  01:13PM |
| 6 document does refer to as "DeadInt," or dead interval,  01:11PM | 6 came up with the expression "ipv6 ospf dead-interval"?  01:14PM |
| 7 in multiple places   01:11PM | 7   A   It's the same set of people, but I don't remember  01:14PM |
| 8      MR SILBERT: Right   01:11PM | 8 a specific name at this point  Pretty much all of this  01:14PM |
| 9   Q   Okay  So in the command "ipv6 ospf   01:11PM | 9 IPv6 OSPF command we did together at the same time   01:14PM |
| 10 dead-interval," you are referring to the dead interval   01:11PM | 10   Q   Okay  So is that --   01:14PM |
| 11 parameter using the same term that's used in the OSPF   01:11PM | 11   A   Same answer as before   01:14PM |
| 12 specification; right?   01:11PM | 12   Q   Let me just ask you, and if it's not fair, just  01:14PM |
| 13      MR NEUKOM: Objection; mischaracterizes the   01:11PM | 13 say so, but is that answer going to be true for every   01:14PM |
| 14 document   01:11PM | 14 one of these IPv6 OSPF commands?   01:14PM |
| 15      THE WITNESS: So dead, dash, interval, at least  01:11PM | 15   A   That is correct   01:14PM |
| 16 from the quick scan, I'm not seeing that in the   01:11PM | 16   Q   Okay   01:14PM |
| 17 document  The document does use "DeadInt," or dead,   01:11PM | 17   A   It's all done together, one time   01:14PM |
| 18 space, interval, some of the other variants   01:11PM | 18   Q   Okay  Okay  Let's just move to the next   01:14PM |
| 19 BY MR SILBERT:   01:11PM | 19 command, which is "ipv6 ospf hello-interval "  We are  01:14PM |
| 20   Q   Okay  So the variation in the command that you   01:11PM | 20 now on the next page of Exhibit 54, page 17   01:14PM |
| 21 have identified is that you added a hyphen; right?   01:11PM | 21      Do you see that?   01:14PM |
| 22      MR NEUKOM: Objection; misstates the document --  01:11PM | 22   A   Yes   01:14PM |
| 23 and misstates his prior testimony   01:11PM | 23   Q   And Cisco and you, again, are indicated as the   01:14PM |
| 24      THE WITNESS: Dead, hyphen, interval is how we   01:12PM | 24 author, slash, originator with respect to that command  01:14PM |
| 25 had implemented a similar command in -- in OSPF   01:12PM | 25      Do you see that?   01:14PM |
| Page 115 | Page 117 |

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    A  Yes.                            01:14PM
 2        MR. NEUKOM: Objection; mischaracterizes the   01:14PM
 3  document.                           01:14PM
 4        MR. SILBERT: Man. Okay.           01:15PM
 5    Q  And did you come up with the expression "ipv6   01:15PM
 6  ospf hello-interval"?                  01:15PM
 7    A  Yes. I think we are repeating it for all   01:15PM
 8  commands. It's one document. It was all done together,   01:15PM
 9  but that's it.                        01:15PM
10    Q  Okay. Fair -- fair enough.       01:15PM
11        When you --                     01:15PM
12        MR. NEUKOM: To be clear -- sorry -- this is a   01:15PM
13  comment generally intended to be helpful. I think when   01:15PM
14  the witness is saying it's all one document, he's not   01:15PM
15  referring to Exhibit 54. He's, rather, talking to the   01:15PM
16  Bates-stamp number, which is included in the   01:15PM
17  earliest-known document.                01:15PM
18        MR. SILBERT: Yeah, yeah, I understand what he's   01:15PM
19  referring to.                         01:15PM
20        MR. NEUKOM: Okay.               01:15PM
21  BY MR. SILBERT:                        01:15PM
22    Q  When you came up with the expression "ipv6 ospf   01:15PM
23  hello-interval," did you model it on a pre-existing   01:15PM
24  command with a name "ip ospf hello interval"?   01:15PM
25    A  Yeah, it's the same answer. That was our   01:15PM
```
Page 118

```
 1  dominant reason to choose this set of keywords.   01:16PM
 2    Q  And in the command "ipv6 ospf hello-interval,"   01:16PM
 3  does "ipv6" refer to Internet Protocol Version 6 as   01:16PM
 4  specified by the IETF?                  01:16PM
 5    A  Yes, and "ipv6" refers to Internet Protocol   01:16PM
 6  Version 6 RFC --                      01:16PM
 7    Q  Okay -- sorry, I didn't mean to interrupt you.   01:16PM
 8    A  That's okay.                    01:16PM
 9    Q  And in the command "ipv6 ospf hello-interval,"   01:16PM
10  does the term "ospf" refer to OSPF Version 3 as   01:16PM
11  specified by the IETF?                  01:16PM
12    A  Yes. In the context of IPv6 OSPF, it refers to   01:16PM
13  OSPF Version 3, which is an RFC.         01:16PM
14    Q  Okay. And in the command "ipv6 ospf   01:16PM
15  hello-interval," does "hello-interval" refer to a   01:16PM
16  parameter that the OSPF specification describes as a   01:16PM
17  Hello interval?                       01:17PM
18        MR. NEUKOM: Objection; mischaracterizes the   01:17PM
19  document.                           01:17PM
20        THE WITNESS: So Hello, hyphen, interval, you can   01:17PM
21  map it to what the -- the RFC is saying in terms of   01:17PM
22  HelloInt or Hello, space, interval.     01:17PM
23  BY MR. SILBERT:                        01:17PM
24    Q  Okay. So --                    01:17PM
25    A  They are implying the same thing.   01:17PM
```
Page 119

```
 1    Q  Okay. So other than the hyphen, there's --   01:17PM
 2  again, there's a difference here because   01:17PM
 3  "hello-interval," in the command expression, is   01:17PM
 4  hyphenated, and the term "Hello interval" in the -- in   01:17PM
 5  the specification has a space instead of a hyphen; is   01:17PM
 6  that -- is that it?                    01:17PM
 7        MR. NEUKOM: Objection; mischaracterizes the   01:17PM
 8  document                            01:17PM
 9        THE WITNESS: This command implements the   01:17PM
10  functionality as specified by either HelloInt or Hello,   01:17PM
11  space, interval                      01:17PM
12  BY MR. SILBERT:                        01:17PM
13    Q  Okay. All right. Let's just keep going   01:17PM
14  "ipv6 ospf network," which is the next command on   01:17PM
15  page 17 of Exhibit 54, again, you came up with that   01:18PM
16  command expression; is that correct?    01:18PM
17    A  Yes. I did                     01:18PM
18    Q  And when you came up with the command expression   01:18PM
19  "ipv6 ospf network," did you model it on a pre-existing   01:18PM
20  command with a name "ip ospf network"?   01:18PM
21    A  Yes. That is the dominant reason to make this   01:18PM
22  choice                              01:18PM
23    Q  Okay. And what's the function of this command,   01:18PM
24  incidentally, "ipv6 ospf network"?      01:18PM
25    A  So this is a interface scope command. Interfaces   01:18PM
```
Page 120

```
 1  are of different type. There are interfaces which are   01:19PM
 2  used to connect two devices together, which are known as   01:19PM
 3  point-to-point interfaces, or there are interfaces which   01:19PM
 4  are used to connect one to many. Those are broadcast   01:19PM
 5  interfaces, and there are others. I'll not get into the   01:19PM
 6  comprehensive list.                    01:19PM
 7        This command will let you choose what type of   01:19PM
 8  network you are connecting to. Are you connecting to,   01:19PM
 9  again, a point-to-point-type circuit or a broadcast-type   01:19PM
10  circuit or other possible types of circuit?   01:19PM
11    Q  Okay. And choosing what type of network you are   01:19PM
12  connecting to is something that's described in the OSPF   01:19PM
13  standard; is that correct?              01:19PM
14    A  OSPF standard describes procedure for different   01:19PM
15  type of interconnections. So, for example, there -- I   01:20PM
16  can look deeper into it, but there might be sections   01:20PM
17  which will describe if you are connecting in a   01:20PM
18  point-to-point sense, these are the procedures you   01:20PM
19  should be implementing, or if you are -- if you are   01:20PM
20  connecting to a one-too-many-type circuit, these are the   01:20PM
21  procedures you should be implementing, so the RFC   01:20PM
22  describes the procedures, and we will have -- Cisco has   01:20PM
23  CLI, which will implement that procedure in the back   01:20PM
24  end.                                01:20PM
25    Q  Okay. Could you -- do you have the OSPF   01:20PM
```
Page 121

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1   A  So --           04:46PM

2   Q  Thank you         04:46PM

3   A  -- so the enclosure title "Description" was   04:46PM

4  written by Friedman, and this describes what he has   04:46PM

5  suggested, so I'm basing on this document    04:47PM

6   Q  Okay  Other than what you read in that document, 04:47PM

7  do you know anything else about the origination of the  04:47PM

8  command expression "ip ospf authentication"?    04:47PM

9   A  No            04:47PM

10     MR SILBERT: Okay  Then thank you  At this  04:47PM

11  point, again, subject to any redirect based on    04:47PM

12  questioning by your counsel, I thank you very much for  04:47PM

13  your time and attention, and I'm concluding the    04:47PM

14  deposition          04:47PM

15     THE WITNESS: Sure  Thanks    04:47PM

16     MR NEUKOM: No direct     04:47PM

17     THE VIDEOGRAPHER: Okay    04:47PM

18     MR NEUKOM: At this time    04:47PM

19     THE VIDEOGRAPHER: This concludes today's   04:47PM

20  deposition of Abhay Roy  The number of media used was  04:47PM

21  three and will be retained by Veritext Legal Solutions  04:47PM

22     The time is 4:47 p m  We are off the record   04:47PM

23     (TIME NOTED: 4:47 P M )

24

25

Page 230

---

1     I, ABHAY ROY, do hereby declare under penalty

2  of perjury that I have read the foregoing transcript;

3  that I have made any corrections as appear noted, in

4  ink, initialed by me, or attached hereto; that my

5  testimony as contained herein, as corrected, is true and

6  correct.

7     EXECUTED this _____ day of _____,

8  2015, at _____, _____.

9     (City)     (State)

10

11

12

13

14

15

16    _____

17     ABHAY ROY

18     VOLUME 1

19

20

21

22

23

24

25

Page 231

---

1

2

3     I, the undersigned, a Certified Shorthand

4  Reporter of the State of California, do hereby certify:

5     That the foregoing proceedings were taken before

6  me at the time and place herein set forth; that any

7  witnesses in the foregoing proceedings, prior to

8  testifying, were placed under oath; that a verbatim

9  record of the proceedings was made by me using machine

10  shorthand which was thereafter transcribed under my

11  direction; further, that the foregoing is an accurate

12  transcription thereof.

13     I further certify that I am neither financially

14  interested in the action nor a relative or employee of

15  any attorney or any of the parties.

16     IN WITNESS WHEREOF, I have this date subscribed

17  my name.

18

19  Dated: December 30, 2015

20

21

22

23     <%signature%>

24     RACHEL FERRIER

25     CSR No. 6948

Page 232

---

59 (Pages 230 - 232)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

     - - - - - - - - - - - - - - - - x   Case No.

 5                                   :   5:14-cv-05344-BLF (PSG)

                                     :

 6   CISCO SYSTEMS, INC.,            :

                                     :

 7                   Plaintiff,      :

                                     :

 8          vs.                      :

                                     :

 9   ARISTA NETWORKS, INC.,          :

                                     :

10                   Defendant.      :

                                     :

11   - - - - - - - - - - - - - - - - x

12

13          VIDEOTAPED DEPOSITION OF GREG SATZ

14                   March 23, 2016

15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                      VOLUME 1

17

18

19

20

21   Reported by

22   Brooke R. Bohr

23   CSR No. 753

24   Job No 2272380

25   Pages 1 - 168
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1     VIDEOTAPED DEPOSITION OF GREG SATZ, | 1     BOISE, IDAHO |
| 2  taken at the instance of the Defendant, at the | 2    March 23, 2016, 10:10 a.m. |
| 3  offices of TUCKER & ASSOCIATES, 605 W. Fort | 3 |
| 4  Street, in the City of Boise, State of Idaho, | 4    THE VIDEOGRAPHER:  We are now on the record. |
| 5  commencing at  10:10 a.m., on March 23, 2016, | 5     Please note that the microphones are |
| 6  before Brooke R. Bohr, CSR, RPR, a Notary Public | 6  sensitive and may pick up whispering and private |
| 7  in and for the State of Idaho, pursuant to notice, | 7  conversations.  Please turn off all cell phones or |
| 8  and in accordance with the applicable Rules of | 8  place them away from the microphones as they can |
| 9  Civil Procedure. | 9  interfere with the deposition audio.  Recording |
| 10 | 10  will continue until all parties agree to go off |
| 11     A P P E A R A N C E S | 11  record. |
| 12  FOR PLAINTIFF | 12    My name is David Cromwell, representing |
|     John M. Neukom, Esq. | 13  Veritext.  The date today is March 23, 2016, and |
| 13    QUINN EMAMUEL URQUHART & SULLIVAN LLP | 14  the time is approximately 10:10 a.m.  This |
|     50 California Street, 22nd Floor | 15  deposition is being held at Tucker & Associates |
| 14    San Francisco, CA  94111 | 16  located at 605 West Fort Street, Boise, Idaho |
|     (415) 875-6320 | 17  83702, and is being taken by counsel for the |
| 15    johnneukom@quinnemanuel.com | 18  defendant. |
| 16  FOR DEFENDANT | 19    The caption of this case is Cisco |
|     Brian L. Ferrall, Esq. | 20  Systems, Inc. v. Arista Networks, Inc.  This case |
| 17    KEKER & VAN NEST LLP | 21  is filed in the United States District Court, |
|     633 Battery Street | 22  Northern District of California, San Jose |
| 18    San Francisco, CA  94111 | 23  Division, Case No. 5:14-CV-05344-BLF PSG.  The |
|     (415) 391-5400 | 24  name of the witness is Greg Satz. |
| 19    bferrall@kvn.com | 25    At this time, the attorneys present in |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
|     Page 2 |     Page 4 |

| | |
|---|---|
| 1     W I T N E S S | 1  the room will identify themselves and the parties |
| 2  GREG SATZ        Page: | 2  they represent. |
| 3    Examination by Mr. Ferrall    5 | 3    MR. FERRALL:  Brian Ferrall of Keker & |
| 4    Examination by Mr. Neukom  151 | 4  Van Nest on behalf of Arista Networks. |
| 5    Further Examination by Mr. Ferrall  158 | 5    MR. NEUKOM:  John Neukom for the plaintiff. |
| 6 | 6    THE COURT:  Our court reporter, Brooke Bohr, |
| 7     * * * * * | 7  representing Veritext, will swear in the witness, |
| 8     E X H I B I T S | 8  and we can proceed. |
| 9 | 9 |
|     Page: | 10     GREG SATZ, |
| 10 | 11  produced as a witness at the instance of the |
| 11  Exhibit 400   Greg Satz LinkedIn     13 | 12  Defendant, having been first duly sworn, was |
| 12  Exhibit 401   "TOPS-20 DECnet-20 Programmers   22 | 13  examined and testified as follows: |
|     Guide and Operations Manual" | 14 |
| 13 | 15     EXAMINATION |
|  Exhibit 402   One-page Document with     36 | 16  BY MR. FERRALL: |
| 14     Bates No. KL-883 | 17    Q.  Good morning, Mr. Satz.  Can you please |
| 15  Exhibit 403   Document Beginning Bates No.   69 | 18  state your full name. |
|     ARISTANDCA00022465 | 19    A.  Greg Leonard Satz. |
| 16 | 20    Q.  Mr. Satz, you are not represented by |
|  Exhibit 404   Document Beginning Bates No.   84 | 21  counsel today; is that right? |
| 17  Exhibit 405   One-page Document Bates No.  106 | 22    A.  Correct. |
|     CSI-CLI-00746924 | 23    Q.  Have you ever been deposed before? |
| 18 | 24    A.  I have. |
| 19  Exhibit 406   Document Bates No. CSI-CLI-01828732  112 | 25    Q.  All right.  So you know the basic |
| 20    Through Bates No. CSI-CLI-01828783 | |
| 21  Exhibit 407   Document Beginning Bates No.  141 | |
|     CSI-CLI-01295215 | |
| 22 | |
| 23  Exhibit 408   Document Beginning Bates No.  143 | |
|     CSI-CLI-01295181 | |
| 24 | |
| 25     * * * * * | |
|     Page 3 |     Page 5 |

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  did, while it had the same capability, was more
2  robust, had a higher performance capability.
3  Because as the networks evolved, you needed to be
4  able to push data faster. And Stanford's code was
5  basic. It was there to just move the data, not
6  move it with the requirements that the next few
7  years dictated. And a lot of what Kirk did was to
8  create high-speed interfaces, and that's what
9  Wellfleet showed up to compete on was could they
10 go faster than Cisco. And it created an arms
11 race, as it were. Who could go faster.
12     Q. Now, you mentioned IETF, and I think
13 earlier today you mentioned RFCs. Can you tell me
14 what an RFC is?
15     A. Request for comments.
16     Q. And what's the purpose of a request for
17 comment?
18     A. To create a protocol definition or
19 solution and to publish it as a request for
20 comments in an effort to move it forward as a
21 proposed solution and a trial solution and then a
22 committed solution, as the solution progressed
23 through a community and an implementation and a
24 trial and then some feedback. So it was an
25 engineering group. Their goal was to deliver

Page 66

1  something working. Companies would try to use it
2  as -- to competitive advantages. But the
3  standards body existed to create a level playing
4  field.
5     Q. And did you have a view at the time as
6  to the importance of publishing technology through
7  RFCs? Well, let me strike that. That was a
8  garbled question.
9        In your experience at Cisco in the
10 early years, was the sharing of technology through
11 RFCs important to Cisco?
12     MR. NEUKOM: Objection; vague, compound, and
13 lack of foundation.
14     THE WITNESS: Back then it wasn't clear how
15 successful Cisco would be and/or whether we might
16 maintain or keep a competitive advantage. So
17 there really was a series of tradeoffs in the
18 decision to create an RFC and make it a community
19 effort or to create a proprietary solution and
20 then decide whether to make it an RFC later. Most
21 of the times, it was to make the customers happy.
22 If the customers wanted something documented, we
23 would typically figure out how to comply with
24 that. Later, as the company got larger and I
25 wasn't involved, managing the IETF and RFC process

Page 67

1  evolved. And I can't speak to that as much.
2     Q. BY MR. FERRALL: Okay. But --
3     A. But managing that was important.
4     Q. And just by way of example, you
5  mentioned IGRP.
6     A. Um-hum.
7     Q. And that was a technology that Cisco
8  chose to keep proprietary, right?
9     A. Yes.
10     Q. All right. And there were other
11 technologies that Cisco was involved in
12 developing, like BGP, for example?
13     A. Right.
14     Q. And that Cisco chose to publish RFCs
15 about, right?
16     A. Well, Cisco didn't publish the RFCs.
17 Cisco -- a person like Kirk might be a part of the
18 team that developed BGP and then Kirk would have
19 his name on it with a Cisco title, but it wasn't
20 Cisco, it was actually Kirk. And the RFC itself
21 is an open document. So just to make that
22 distinction.
23        If there was a protocol that showed up
24 from the IETF, Cisco was typically involved.
25     Q. And what was your involvement in

Page 68

1  IETF -- in IETF? Did you --
2     A. I would go to the meetings and attend
3  various functions and decide, based on the
4  software responsibility I had, to participate in
5  different standards or not.
6     MR. FERRALL: Let's mark this as the next
7  exhibit.
8        (Exhibit 403 marked.)
9     THE WITNESS: More ancient history.
10     Q. BY MR. FERRALL: Yeah. So I've marked
11 as Exhibit 403 what I think is an IETF RFC for a
12 simple network management protocol, SNMP. Do you
13 recognize this, Mr. Satz?
14     A. I do.
15     Q. Did you have involvement in the SNMP
16 RFC?
17     A. I did.
18     Q. What was that involvement?
19     A. I was just part of the working group
20 that went through the process of deciding what
21 would be done as a solution to network management.
22 And SNMP was the output.
23     Q. Do you remember when this SNMP working
24 group began to discuss this solution?
25     A. Probably a couple years before this

Page 69

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  document, at least a year.
2      Q.  And do you remember any particular
3  parts that you contributed, specifically?
4      A.  I think I did an RFC for a MIB for
5  CLNS, another protocol stack that since
6  disappeared.
7      Q.  Was there a -- have you ever heard of
8  the term "SNMP server"?
9      A.  Oh, the command line, parsed for the --
10  yeah -- configuration?  Um-hum.  Yes, I created
11  that.
12      Q.  What's -- is there such a thing as an
13  SNMP server, or what does that term mean?
14      A.  Wow.
15      MR. NEUKOM:  Objection; lack of foundation,
16  calls for opinion testimony.
17      THE WITNESS:  I think all of that code is
18  gone now.  The SNMP server was the way to tell the
19  router software that it was to be an SNMP -- it
20  was to start the SNMP protocol.  So it would then
21  begin to listen to and process SNMP packets.  And
22  it was probably one of the first commands
23  implemented as part of this RFC to implement it
24  and create an SNMP protocol within the Cisco
25  software.

Page 70

1      MR. NEUKOM:  And, Brian, I rescind my prior
2  objection.  Pardon me.
3      THE WITNESS:  Hey, just because I write it,
4  doesn't mean I'm the expert.
5      MR. FERRALL:  You can't -- you can't
6  rescind.  No rescinding objections, Mr. Neukom.
7      Q.  BY MR. FERRALL:  What's -- what's the
8  notion of community in the context of SNMP?
9      A.  After a while, you start running out of
10  words, so you pick one that tries to create a
11  sense of purpose.  And so "community" was an
12  attempt to describe a collection of users who
13  would have a specific purpose with respect to
14  using the protocol.  It was nothing more than an
15  authorization or an access.  A password, as it
16  were.
17      Q.  So if you look at Page 7 of this
18  Exhibit 403.
19      MR. NEUKOM:  Sorry.  Which page are we on?
20      MR. FERRALL:  Page 7.
21      Q.  BY MR. FERRALL:  If you see under
22  Section 3.2.5, Definition of Administrative
23  Relationships, and then the second paragraph there
24  says, quote, appearing of an SNMP agent with some
25  arbitrary set of SNMP application entities is

Page 71

1  called an SNMP community.
2      Do you see that?
3      A.  Yes.
4      Q.  Is that consistent with your definition
5  of SNMP community that you just described?
6      A.  Yeah.  It's more mind-numbing when you
7  see it in words.
8      Q.  I couldn't agree more.
9      A.  Yeah.  It turns out a lot of these
10  things are written to be really obtuse.  They are
11  not intended to be obtuse, but they have a
12  structure to them that when you turn it into
13  English or a simple picture it takes a lot of this
14  out.  They tried to make a more generic
15  mathematical underpinning to a mapping that added
16  a level of complexity that just ultimately wasn't
17  necessary.  But they were trying to be very
18  flexible.
19      Q.  Okay.  But this notion of community as
20  described in the Exhibit 403 is the same as the
21  community that you understood when you --
22      A.  I made the implementation simpler
23  because of adding a whole layer.  The idea, if I
24  can remember any of this craziness, is that you
25  would have a table of -- no different than a

Page 72

1  database in today's language -- and you could be
2  able pull out individual things.  And so they
3  wanted to be able to map authorizations to
4  individual entries in the database.  And the
5  implementation I did was to make it an all or
6  nothing.  Because if somebody wanted that level of
7  specificity they'd ask for it and then we'd go
8  back and put all that crazy complexity into the
9  code.  But just because the standard made it that
10  flexible we weren't going to go that far.  It was
11  an engineering choice and cost benefit.
12      Yeah, I don't know if you've ever heard
13  of Vint Cerf?
14      Q.  Sure.
15      A.  So one of the more inspiring aspects of
16  this work, we had three different protocols
17  compete to be the network management RFC, and so
18  there was just three groups of engineers that were
19  not happy, or wanted their choice.  And I watched
20  Vint come in and broker a -- mediate, and I had
21  never seen that kind of mediation happen before,
22  let alone difficult engineers.  And so it was a
23  very inspiring time to watch somebody.  And then
24  so, you know, Vint was the author of a lot of the
25  TCP/IP protocols.  So people respected him and

Page 73

19 (Pages 70 - 73)

Case 5:14-cv-05344-BLF    Document 512-8    Filed 09/06/16    Page 122 of 122
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1      Exhibit 405 is a one-page document | 1      R E P O R T E R ' S   C E R T I F I C A T E |
| 2   marked CSI-CLI-00746924. | 2 |
| 3      Exhibit 406 begins CSI-CLI-01828732, | 3 |
| 4   and for this document I'll read the last number | 4      I, BROOKE R. BOHR, a Notary Public in |
| 5   because I think we're all unclear whether it is | 5   and for the State of Idaho, do hereby certify: |
| 6   one versus multiple documents.  This ends with | 6      That prior to being examined, the |
| 7   Bates stamp CSI-CLI-01828783. | 7   witness named in the foregoing deposition was by |
| 8      Exhibit 407 begins Bates stamp | 8   me duly sworn to testify the truth, the whole |
| 9   CSI-CLI-01295215. | 9   truth, and nothing but the truth; |
| 10      And Exhibit 408 begins | 10      That said deposition was taken down by |
| 11   CSI-CLI-01295181. | 11   me in shorthand at the time and place therein |
| 12      MR. NEUKOM:  Thanks all. | 12   named and thereafter reduced into typewriting |
| 13      MR. FERRALL:  Agreed.  Thank you. | 13   under my direction, and that the foregoing |
| 14      (The deposition concluded at 3:31 p.m.) | 14   transcript contains a full, true, and verbatim |
| 15             -oo0oo- | 15   record of the said deposition. |
| 16 | 16      I further certify that I have no |
| 17 | 17   interest in the event of the action. |
| 18 | 18      WITNESS my hand and seal March 30, 2016. |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23      <%signature%> |
| 24 | 24   Brooke R. Bohr |
| 25 | 25   CSR No. 753 |
| Page 166 | Page 168 |

| | |
|---|---|
| 1      V E R I F I C A T I O N | |
| 2      I declare under penalty of perjury | |
| 3   under the laws that the foregoing is | |
| 4   true and correct. | |
| 5 | |
| 6      Executed on _____ , 20___, | |
| 7   at _____, _____. | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12   _____ | |
| 13      WITNESS SIGNATURE | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 167 | |

43 (Pages 166 - 168)