# EXHIBIT 24

# APPENDIX E - Two-Level Hierarchy Usage by Vendors

| | # Vendors | ADTRAN | Alcatel/ALU | Allied Telesis | Avaya | Brocade | Dell | D-Link | Edge-Core | Ericsson | Extreme Networks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| aaa accounting | 10 | YES | YES | YES | | YES | YES | YES | YES | | |
| aaa authentication | 12 | YES | YES | YES | | YES | YES | YES | YES | | YES |
| aaa authorization | 8 | YES | | | | YES | YES | YES | YES | | |
| arp timeout | 10 | | YES | YES | YES | | YES | YES | YES | | YES |
| banner motd | 9 | YES | | YES | | YES | YES | YES | | | YES |
| boot system | 12 | YES | YES | YES | | YES | YES | | YES | YES | YES |
| clear arp-cache | 11 | YES | YES | YES | YES | | YES | YES | YES | | YES |
| clear counters | 12 | YES | YES | YES | | YES | YES | YES | YES | YES | YES |
| clear ip | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| clear ipv6 | 12 | YES | YES | YES | YES | YES | YES | YES | YES | | |
| clear lldp | 9 | | YES | YES | | YES | YES | | YES | | YES |
| clear spanning-tree | 9 | YES | YES | YES | | YES | YES | YES | | | YES |
| clock set | 12 | | YES | YES | YES | YES | YES | YES | YES | | YES |
| clock timezone | 11 | | YES | YES | | YES | YES | YES | YES | YES | |
| default-information originate | 10 | YES | | YES | YES | | YES | YES | YES | YES | |
| dot1x port-control | 9 | | YES | YES | | YES | YES | YES | YES | YES | |
| dot1x system-auth-control | 8 | | YES | YES | | | YES | YES | YES | YES | |
| dot1x timeout | 8 | | YES | | | YES | YES | YES | YES | YES | |
| erase startup-config | 8 | | | YES | | YES | YES | | YES | | YES |
| interface loopback | 9 | | | | YES | YES | YES | | YES | | YES |
| interface vlan | 10 | | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ip access-group | 10 | YES | | | | YES | YES | YES | YES | YES | YES |
| ip access-list | 11 | | YES | YES | YES | YES | YES | YES | YES | | YES |
| ip address | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ip as-path | 7 | | | | | YES | YES | YES | YES | | |
| ip community-list | 8 | | | | YES | YES | YES | YES | YES | | |
| ip dhcp | 13 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ip domain-name | 9 | | YES | YES | YES | | YES | | YES | YES | YES |
| ip helper-address | 8 | | | | | YES | YES | YES | YES | | YES |
| ip http | 11 | | YES | YES | | YES | YES | YES | YES | YES | YES |
| ip icmp | 10 | | | | YES | YES | YES | | YES | | YES |
| ip igmp | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ip multicast | 7 | | YES | | | YES | YES | YES | | | |
| ip multicast-routing | 8 | | | | | YES | YES | YES | YES | YES | |
| ip name-server | 10 | | YES | YES | YES | | YES | YES | YES | YES | YES |
| ip ospf | 14 | | YES | | | YES | YES | YES | YES | YES | YES |
| ip pim | 12 | | YES | | | YES | YES | YES | YES | YES | YES |
| ip prefix-list | 9 | YES | | | YES | YES | YES | YES | YES | | |
| ip proxy-arp | 10 | | | | | YES | YES | YES | YES | YES | YES |
| ip radius | 7 | YES | | YES | | YES | YES | YES | | | |
| ip rip | 14 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ip route | 13 | YES | | YES | YES | YES | YES | YES | YES | YES | YES |
| ip routing | 8 | | | | YES | | YES | YES | | YES | YES |
| ipv6 access-list | 10 | | YES | YES | | YES | YES | YES | YES | | |
| ipv6 address | 12 | YES | YES | YES | YES | YES | YES | YES | YES | | |
| ipv6 enable | 9 | | | YES | | YES | YES | YES | YES | | |
| ipv6 nd | 11 | YES | | YES | YES | YES | YES | YES | YES | | |
| ipv6 neighbor | 10 | YES | YES | YES | YES | YES | YES | YES | YES | | |
| ipv6 ospf | 10 | | YES | | | YES | YES | YES | YES | | |
| ipv6 prefix-list | 8 | YES | | | | YES | YES | YES | YES | | |
| ipv6 route | 11 | YES | | | YES | YES | YES | YES | YES | YES | |
| ipv6 router | 7 | | | | | YES | YES | YES | YES | YES | |
| lacp system-priority | 8 | | YES | YES | YES | YES | YES | YES | | | |
| lldp transmit | 8 | YES | YES | | | | YES | YES | YES | | YES |
| logging host | 8 | | | | YES | YES | | | YES | YES | YES |
| mac access-group | 10 | | YES | | | YES | YES | YES | YES | YES | YES |
| mac access-list | 9 | | YES | YES | | YES | YES | YES | YES | | YES |
| mac-address-table aging-time | 8 | | YES | | | YES | YES | YES | YES | YES | YES |
| mac-address-table static | 7 | | | | | YES | YES | YES | YES | YES | YES |
| no snmp-server | 14 | | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| ntp server | 9 | YES | YES | | YES | YES | YES | YES | YES | | YES |
| port-channel load-balance | 8 | YES | | YES | | | YES | YES | YES | | YES |
| radius-server host | 9 | YES | YES | YES | | YES | YES | YES | | | YES |
| radius-server key | 11 | YES | YES | YES | | YES | YES | YES | YES | YES | YES |
| radius-server retransmit | 10 | | YES | YES | | YES | YES | YES | YES | YES | YES |
| radius-server timeout | 11 | YES | YES | YES | | YES | YES | YES | YES | YES | YES |
| router bgp | 8 | | | | YES | YES | YES | YES | YES | | |
| router ospf | 12 | YES | | | YES | YES | YES | YES | YES | YES | YES |
| router rip | 12 | | | YES | YES | YES | YES | YES | YES | YES | YES |
| show aaa | 9 | | YES | | | YES | YES | YES | YES | | |
| show arp | 14 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| show clock | 14 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| show dot1x | 12 | | YES | YES | | YES | YES | YES | YES | YES | YES |
| show environment | 6 | | | | | YES | YES | YES | YES | | YES |
| show hosts | 10 | YES | YES | YES | YES | | YES | YES | YES | | |
| show interfaces | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| show ip | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| show ipv6 | 13 | YES | YES | YES | YES | YES | YES | YES | YES | | |
| show lacp | 11 | | YES | YES | YES | YES | YES | | YES | YES | YES |
| show lldp | 12 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| show mac | 9 | YES | | YES | | | YES | YES | YES | YES | YES |
| show mac-address-table | 10 | | YES | | YES | YES | YES | YES | YES | YES | YES |
| show monitor | 9 | YES | | | | YES | YES | YES | YES | | |
| show ntp | 8 | | YES | YES | YES | YES | YES | YES | | | YES |
| show policy-map | 9 | | YES | YES | | | YES | YES | YES | YES | |
| show port-security | 9 | YES | YES | YES | | YES | YES | YES | YES | | |
| show qos | 11 | YES | YES | YES | YES | YES | YES | | YES | | |
| show radius | 10 | | | YES | YES | | YES | YES | YES | | YES |
| show route-map | 11 | YES | | | YES | YES | YES | YES | YES | | YES |
| show snmp | 11 | | YES | YES | | YES | YES | YES | YES | | YES |
| show spanning-tree | 14 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| show storm-control | 9 | YES | | YES | YES | YES | YES | YES | YES | | |
| show tacacs | 10 | | YES | YES | YES | | YES | YES | YES | | YES |
| show users | 14 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| show version | 11 | | YES | YES | | YES | YES | YES | YES | | YES |
| show vlan | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| show vrrp | 9 | YES | YES | YES | | YES | YES | YES | YES | YES | |
| snmp trap | 10 | | YES | YES | YES | YES | YES | YES | YES | | |
| snmp-server community | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| snmp-server contact | 14 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| snmp-server enable | 15 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| snmp-server group | 12 | YES | YES | YES | YES | YES | YES | YES | YES | YES | |
| snmp-server host | 12 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| snmp-server location | 13 | | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| snmp-server user | 11 | YES | YES | YES | YES | YES | YES | YES | YES | | YES |
| snmp-server view | 12 | YES | YES | YES | YES | YES | YES | YES | YES | YES | |
| spanning-tree bpduguard | 9 | YES | YES | YES | | | | | YES | YES | YES |
| spanning-tree cost | 9 | | YES | YES | | YES | YES | YES | YES | YES | |
| spanning-tree guard | 9 | | YES | YES | | YES | YES | YES | YES | | YES |
| spanning-tree link-type | 11 | YES | YES | YES | | YES | YES | YES | YES | YES | YES |
| spanning-tree mode | 10 | YES | YES | YES | YES | | YES | YES | YES | YES | |
| spanning-tree mst | 9 | | YES | YES | | | YES | YES | YES | | YES |
| spanning-tree portfast | 8 | | YES | YES | | YES | YES | YES | | YES | YES |
| spanning-tree port-priority | 8 | | YES | YES | | | YES | YES | YES | YES | |
| switchport mode | 10 | YES | YES | YES | YES | | YES | YES | YES | YES | |
| switchport trunk | 7 | YES | YES | YES | | YES | YES | YES | | | YES |
| tacacs-server host | 12 | YES | YES | YES | | YES | YES | YES | YES | YES | |
| tacacs-server key | 12 | YES | YES | YES | | YES | YES | YES | YES | YES | |
| tacacs-server timeout | 11 | YES | YES | YES | | YES | YES | YES | YES | | |
| terminal length | 9 | | | | YES | YES | YES | | YES | | YES |

# APPENDIX E - Two-Level Hierarchy Usage by Vendors

| Foundry Networks | HP | Juniper JUNOSe | NETGEAR | Sun/Oracle |
|---|---|---|---|---|
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| YES | YES | YES | | |
| | | YES | YES | YES |
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| | YES | | YES | YES |
| | YES | | YES | YES |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | |
| | YES | | YES | YES |
| | YES | | | YES |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| | | YES | YES | YES |
| YES | | | | YES |
| | | | YES | YES |
| | | | | YES |
| YES | YES | | YES | |
| YES | YES | YES | YES | |
| | | | YES | |
| YES | YES | | | YES |
| YES | YES | | YES | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | | |
| YES | YES | YES | | |
| | YES | | YES | YES |
| | YES | YES | | |
| YES | YES | | YES | |
| | | YES | YES | YES |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | YES |
| YES | | YES | YES | |
| YES | YES | YES | | |
| | YES | YES | | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | |
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| YES | YES | | | |
| YES | YES | YES | | YES |
| YES | YES | | YES | YES |
| | | YES | YES | YES |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | | YES | | |
| YES | YES | YES | YES | |
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| YES | | YES | YES | |
| YES | | | | YES |
| | | | YES | YES |
| YES | YES | | YES | |
| YES | | | YES | YES |
| | | | YES | YES |
| | | | | YES |
| | | | | YES |
| YES | YES | YES | YES | YES |
| | | YES | | |
| | | | YES | YES |
| YES | YES | | | |
| YES | YES | | | |
| YES | YES | | | |
| YES | YES | | | |
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | YES |
| YES | YES | | YES | YES |
| | | YES | | |
| | YES | YES | YES | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | YES |
| | YES | | YES | YES |
| | YES | | YES | YES |
| YES | | | YES | |
| | | | YES | YES |
| YES | YES | | YES | YES |
| | | YES | | |
| YES | | | YES | YES |
| | YES | | YES | |
| YES | YES | YES | | YES |
| | YES | YES | YES | YES |
| YES | YES | YES | | YES |
| YES | YES | YES | | YES |
| YES | YES | | YES | YES |
| | | | YES | YES |
| | YES | YES | YES | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | YES |
| | YES | | | |
| | YES | YES | YES | YES |
| YES | YES | YES | YES | YES |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | YES |
| YES | YES | YES | | |
| YES | YES | YES | | |
| YES | YES | YES | YES | |
| | YES | YES | | |
| YES | YES | YES | | |
| | YES | | YES | YES |
| | YES | | | YES |
| | | | YES | YES |
| | YES | | | YES |
| | YES | | | YES |
| | | | YES | YES |
| | | | | YES |
| | YES | | | YES |
| | | | | YES |
| | | | | |
| YES | YES | YES | YES | |
| YES | YES | YES | YES | |
| YES | YES | YES | NETGEAR | |
| YES | YES | YES | YES | |