# EXHIBIT 26

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Disputed CLI Command (or Command Fragment) | Vendors Supporting Command (Not Including Cisco or Arista)* |
|---|---:|
| ip address | 17 |
| snmp-server community | 17 |
| show users | 16 |
| show ip route | 16 |
| snmp-server contact | 16 |
| snmp-server location | 16 |
| show ip ospf interface | 16 |
| show clock | 16 |
| ip route | 15 |
| clock set | 15 |
| ipv6 address | 15 |
| snmp-server enable traps | 15 |
| show ip interface | 15 |
| show arp | 15 |
| show version | 14 |
| snmp-server host | 14 |
| tacacs-server key | 14 |
| snmp-server user | 14 |
| default-information originate (OSPF) | 14 |
| show ip ospf | 14 |
| show vlan | 14 |
| show ip ospf neighbor | 14 |
| snmp-server group | 14 |
| clock timezone | 14 |
| snmp-server view | 14 |
| tacacs-server host | 14 |
| show spanning-tree | 14 |
| ip name-server | 13 |
| clear counters | 13 |
| maximum-paths | 13 |
| terminal length | 13 |
| ip access-group | 13 |
| router bgp | 13 |
| default-metric (OSPF) | 12 |
| clear arp-cache | 12 |
| ip ospf dead-interval | 12 |
| aaa accounting | 12 |
| show ip bgp | 12 |
| area range | 12 |
| aaa authentication login | 12 |
| show ip route summary | 12 |
| ip ospf hello-interval | 12 |
| show ipv6 interface | 12 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | |
|---|---|
| show interfaces | 12 |
| show ipv6 route | 12 |
| show ip bgp neighbors | 12 |
| boot system | 12 |
| ipv6 route | 12 |
| route-map | 12 |
| ip ospf cost | 12 |
| router ospf | 12 |
| tacacs-server timeout | 12 |
| interface ethernet | 11 |
| default-metric (OSPFv3) | 11 |
| show snmp user | 11 |
| area stub | 11 |
| show ip interface brief | 11 |
| ip ospf priority | 11 |
| show privilege | 11 |
| ip ospf retransmit-interval | 11 |
| ip domain lookup | 11 |
| ip routing | 11 |
| spanning-tree mode | 11 |
| ipv6 access-list | 11 |
| show ip pim interface | 11 |
| lacp system-priority | 11 |
| show mac-address-table | 11 |
| router rip | 11 |
| show route-map | 11 |
| show dot1x | 11 |
| interface vlan | 11 |
| show hosts | 11 |
| spanning-tree link-type | 11 |
| default-information originate (OSPFv3) | 11 |
| show ip bgp summary | 11 |
| show snmp engineID | 10 |
| lacp port-priority | 10 |
| ip igmp snooping | 10 |
| show ip igmp groups | 10 |
| arp timeout | 10 |
| show ip igmp interface | 10 |
| ipv6 ospf area | 10 |
| dot1x port-control | 10 |
| spanning-tree bpduguard | 10 |
| mac-address-table aging-time | 10 |
| show port-security | 10 |
| area default-cost | 10 |
| show dot1x statistics | 10 |
| show ip pim neighbor | 10 |
| ipv6 nd ra lifetime | 10 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---:|
| area nssa | 10 |
| snmp-server engineID local | 10 |
| interface loopback | 10 |
| ip helper-address | 10 |
| show ipv6 route summary | 10 |
| spanning-tree cost | 10 |
| show lldp | 10 |
| ip ospf transmit-delay | 10 |
| area range (OSPFv3) | 10 |
| show ip access-lists | 10 |
| spanning-tree mst configuration | 9 |
| show monitor session | 9 |
| show ipv6 neighbors | 9 |
| logging host | 9 |
| show spanning-tree mst configuration | 9 |
| mac access-group | 9 |
| dot1x timeout tx-period | 9 |
| maximum-paths (OSPFv3) | 9 |
| show ipv6 ospf neighbor | 9 |
| no snmp-server | 9 |
| show snmp | 9 |
| ip pim dr-priority | 9 |
| ip access-list | 9 |
| router-id | 9 |
| switchport mode | 9 |
| ip proxy-arp | 9 |
| area stub (OSPFv3) | 9 |
| show interfaces status | 9 |
| show ipv6 ospf interface | 9 |
| show interfaces switchport | 9 |
| show mac-address-table aging time | 9 |
| ipv6 nd managed-config-flag | 9 |
| show radius | 9 |
| show ip igmp snooping | 9 |
| show snmp group | 9 |
| show ip igmp snooping mrouter | 9 |
| show tacacs | 9 |
| show ip mroute | 9 |
| ip host | 9 |
| dot1x reauthentication | 9 |
| storm-control | 9 |
| show ip ospf border-routers | 9 |
| ip igmp query-interval | 9 |
| dot1x timeout reauth-period | 9 |
| ipv6 nd ra interval | 9 |
| ip domain-name | 8 |
| ipv6 ospf priority | 8 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | |
|---|---|
| ipv6 ospf dead-interval | 8 |
| ip ospf authentication-key | 8 |
| show storm-control | 8 |
| channel-group | 8 |
| switchport access vlan | 8 |
| banner motd | 8 |
| radius-server timeout | 8 |
| show ip bgp peer-group | 8 |
| show spanning-tree blockedports | 8 |
| show ip dhcp snooping | 8 |
| ip dhcp snooping | 8 |
| ipv6 nd ns-interval | 8 |
| spanning-tree port-priority | 8 |
| ipv6 nd other-config-flag | 8 |
| radius-server key | 8 |
| area default-cost (OSPFv3) | 8 |
| ipv6 ospf hello-interval | 8 |
| show ip ospf database database-summary | 8 |
| clear ipv6 neighbors | 8 |
| dot1x system-auth-control | 8 |
| interface port-channel | 8 |
| dot1x timeout quiet-period | 8 |
| show spanning-tree interface | 8 |
| show ip pim rp-hash | 8 |
| address-family | 8 |
| ipv6 nd reachable-time | 8 |
| ip dhcp snooping vlan | 8 |
| show lldp neighbors | 8 |
| ipv6 router ospf | 8 |
| ipv6 ospf cost | 8 |
| area nssa (OSPFv3) | 8 |
| radius-server host | 8 |
| area nssa default-information-originate | 8 |
| mac-address-table static | 8 |
| show mac-address-table count | 8 |
| ipv6 ospf transmit-delay | 7 |
| ip ospf network | 7 |
| aggregate-address | 7 |
| port-channel load-balance | 7 |
| ntp server | 7 |
| ipv6 neighbor | 7 |
| ip prefix-list | 7 |
| show lacp counters | 7 |
| ip nat pool | 7 |
| ip multicast-routing | 7 |
| lldp receive | 7 |
| neighbor next-hop-self | 7 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---|
| switchport trunk native vlan | 7 |
| show ntp status | 7 |
| area nssa no-summary | 7 |
| neighbor remote-as | 7 |
| show vrrp | 7 |
| ip igmp version | 7 |
| ipv6 enable | 7 |
| show ip arp | 7 |
| ip igmp last-member-query-interval | 7 |
| show reload | 7 |
| ip igmp snooping querier | 7 |
| ip ospf authentication | 7 |
| router-id (OSPFv3) | 7 |
| neighbor shutdown | 7 |
| switchport trunk allowed vlan | 7 |
| show ip bgp community | 7 |
| show ipv6 ospf | 7 |
| ip radius source-interface | 7 |
| spanning-tree bpdufilter | 6 |
| router isis | 6 |
| area nssa default-information-originate (OSPFv3) | 6 |
| show qos maps | 6 |
| show ip helper-address | 6 |
| log-adjacency-changes (IS-IS) | 6 |
| ipv6 ospf retransmit- interval | 6 |
| show vlan internal usage | 6 |
| lldp transmit | 6 |
| show vlan private-vlan | 6 |
| switchport private-vlan mapping | 6 |
| neighbor password | 6 |
| clear mac-address-table dynamic | 6 |
| banner login | 6 |
| is-type | 6 |
| ipv6 nd prefix | 6 |
| passive-interface (OSPFv3) | 6 |
| lldp run | 6 |
| show policy-map interface | 6 |
| ipv6 prefix-list | 6 |
| show ipv6 access-list | 6 |
| ipv6 ospf network | 6 |
| passive-interface | 6 |
| show ip igmp snooping groups | 6 |
| show dot1q-tunnel | 6 |
| clear ip bgp | 6 |
| ipv6 host | 6 |
| show ip nat translations | 6 |
| log-adjacency-changes | 6 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| neighbor timers | 6 |
| network area | 6 |
| neighbor route-reflector-client | 6 |
| spanning-tree guard | 5 |
| show ip bgp regexp | 5 |
| ip pim rp-address | 5 |
| ip pim rp-candidate | 5 |
| show ip extcommunity-list | 5 |
| private-vlan | 5 |
| ntp authentication-key | 5 |
| radius-server deadtime | 5 |
| errdisable recovery cause | 5 |
| radius-server retransmit | 5 |
| show ip community-list | 5 |
| ip access-list standard | 5 |
| distance bgp | 5 |
| show isis database | 5 |
| neighbor weight | 5 |
| show isis interface | 5 |
| ip igmp query-max-response-time | 5 |
| ipv6 unicast-routing | 5 |
| ip nat translation udp-timeout | 5 |
| show mac access-lists | 5 |
| neighbor activate | 5 |
| ip igmp static-group | 5 |
| neighbor default-originate | 5 |
| show ntp associations | 5 |
| neighbor description | 5 |
| ip tacacs source-interface | 5 |
| neighbor ebgp-multihop | 5 |
| lldp timer | 5 |
| neighbor route-map | 5 |
| ipv6 dhcp relay destination | 5 |
| neighbor update-source | 5 |
| show snmp community | 5 |
| ntp authenticate | 5 |
| show interfaces description | 5 |
| show ip prefix-list | 5 |
| show snmp view | 5 |
| terminal monitor | 5 |
| show spanning-tree mst | 5 |
| ip nat translation tcp-timeout | 5 |
| isis priority | 4 |
| timers bgp | 4 |
| show inventory | 4 |
| ip load-sharing | 4 |
| show ip msdp summary | 4 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---|
| show spanning-tree root | 4 |
| ip community-list standard | 4 |
| show ipv6 prefix-list | 4 |
| neighbor remove-private-as | 4 |
| ip dhcp snooping information option | 4 |
| ip pim sparse-mode | 4 |
| set-overload-bit | 4 |
| clear spanning-tree counters | 4 |
| show ip bgp paths | 4 |
| bgp redistribute internal | 4 |
| show ipv6 ospf border-routers | 4 |
| show interfaces transceiver | 4 |
| ipv6 access-group | 4 |
| timers basic (RIP) | 4 |
| show port-security interface | 4 |
| isis metric | 4 |
| show vrf | 4 |
| show ip msdp peer | 4 |
| isis hello-multiplier | 4 |
| show ip msdp sa-cache | 4 |
| ip local-proxy-arp | 4 |
| ip ospf message-digest-key | 4 |
| load-interval | 4 |
| ip icmp redirect | 4 |
| show environment power | 4 |
| log-adjacency-changes (OSPFv3) | 4 |
| errdisable recovery interval | 4 |
| bgp client-to-client reflection | 4 |
| snmp-server engineID remote | 4 |
| clear ip msdp sa-cache | 4 |
| bgp log-neighbor-changes | 4 |
| ip pim bsr-candidate | 4 |
| neighbor peer-group (assigning members) | 4 |
| clear lldp counters | 4 |
| neighbor peer-group (creating) | 4 |
| bgp cluster-id | 4 |
| ip as-path access-list | 4 |
| neighbor send-community | 4 |
| spf-interval | 3 |
| mac-address | 3 |
| aaa group server tacacs+ | 3 |
| show ipv6 bgp | 3 |
| neighbor allowas-in | 3 |
| show ipv6 bgp summary | 3 |
| vrrp preempt | 3 |
| ntp trusted-key | 3 |
| flowcontrol send | 3 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| ip multicast boundary | 3 |
| snmp-server chassis-id | 3 |
| passive-interface default | 3 |
| neighbor local-as | 3 |
| clear ip igmp group | 3 |
| ipv6 nd router-preference | 3 |
| port-channel min-links | 3 |
| show spanning-tree mst interface | 3 |
| domain-id | 3 |
| flowcontrol receive | 3 |
| dot1x pae authenticator | 3 |
| mac access-list | 3 |
| bgp confederation identifier | 3 |
| ip pim spt-threshold | 3 |
| isis hello-interval | 3 |
| aaa accounting dot1x | 3 |
| show module | 3 |
| ip igmp snooping vlan | 3 |
| clear ip ospf neighbor | 3 |
| aaa authorization config-commands | 3 |
| bgp confederation peers | 3 |
| switchport port-security | 3 |
| aaa group server radius | 3 |
| show ip rip database | 3 |
| clear lldp table | 3 |
| show environment temperature | 3 |
| show track | 3 |
| spanning-tree portfast bpdufilter default | 2 |
| vlan internal allocation policy | 2 |
| ip msdp mesh-group | 2 |
| show port-security address | 2 |
| ip igmp startup-query-count | 2 |
| show bfd neighbors | 2 |
| priority-flow-control mode | 2 |
| ip community-list expanded | 2 |
| ip msdp sa-filter in | 2 |
| show environment all | 2 |
| vrrp timers advertise | 2 |
| show etherchannel | 2 |
| show ip mroute count | 2 |
| ip ospf shutdown | 2 |
| spanning-tree transmit hold-count | 2 |
| show snmp host | 2 |
| switchport port-security maximum | 2 |
| show snmp trap | 2 |
| ip msdp peer | 2 |
| lldp reinit | 2 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| isis passive | 2 |
| enable secret | 2 |
| vrrp ip | 2 |
| show interfaces flowcontrol | 2 |
| ip igmp snooping vlan static | 2 |
| show spanning-tree bridge | 2 |
| ip igmp startup-query-interval | 2 |
| show interfaces switchport backup | 2 |
| ntp source | 2 |
| ip igmp last-member-query-count | 2 |
| spanning-tree portfast bpduguard default | 2 |
| ip msdp sa-filter out | 2 |
| spanning-tree vlan | 2 |
| ip pim query-interval | 2 |
| ip msdp default-peer | 2 |
| ip msdp sa-limit | 2 |
| neighbor soft-reconfiguration | 2 |
| show lacp neighbor | 2 |
| ip msdp originator-id | 2 |
| show vlan summary | 2 |
| show ip pim rp | 2 |
| show lldp traffic | 2 |
| clear ip mroute | 2 |
| show ipv6 bgp neighbors | 2 |
| timers throttle spf | 2 |
| ip pim ssm range | 2 |
| vrrp authentication | 2 |
| bfd all-interfaces | 2 |
| vrrp priority | 2 |
| clear ip nat translation | 2 |
| ip igmp snooping vlan immediate-leave | 2 |
| ip igmp snooping vlan mrouter | 2 |
| timers throttle lsa all | 1 |
| ip ospf bfd | 1 |
| show port-channel summary | 1 |
| show snmp source-interface | 1 |
| timers basic | 1 |
| show ip msdp mesh-group | 1 |
| vrf forwarding | 1 |
| spanning-tree loopguard default | 1 |
| switchport vlan mapping | 1 |
| show ptp clock | 1 |
| lldp tlv-select | 1 |
| clear ip arp | 1 |
| show isis topology | 1 |
| lldp holdtime | 1 |
| ip msdp shutdown | 1 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | |
|---|---|
| show lacp interface | 1 |
| vrrp delay reload | 1 |
| aaa authorization console | 1 |
| ip pim neighbor-filter | 1 |
| show interfaces capabilities | 1 |
| show ip ospf request-list | 1 |
| ip dhcp smart-relay | 1 |
| ipv6 nd ra suppress | 1 |
| ipv6 ospf retransmit-interval | 1 |
| ip extcommunity-list expanded | 1 |
| redundancy force-switchover | 1 |
| show mac-address-table aging-time | 1 |
| ip msdp description | 1 |
| timers lsa arrival | 1 |
| switchport backup interface | 1 |
| vrrp track | 1 |
| ip msdp keepalive | 1 |
| vrf definition | 1 |
| isis lsp-interval | 1 |
| show ip route tag | 1 |
| ip extcommunity-list standard | 1 |
| art timeout | 1 |
| lacp rate | 1 |
| show snmp mib | 1 |
| ip pim spt-threshold group-list | 1 |
| control-plane | 1 |
| ip pim bsr-border | 1 |
| snmp-server source-interface | 1 |

\* Adtran, Alcatel/ALU, Allied Telesis, Avaya, Brocade, Dell, D-Link, Edge-Core, Ericsson, Extreme, Foundry, HP, ISCLI, Juniper, NETGEAR, Procket Networks, Sun/Oracle

| Disputed CLI Command (or Command Fragment) | Vendors Supporting Command (HP, Brocade, Alcatel-Lucent, Juniper, and Extreme Only) |
|---|---|
| show version | 5 |
| show ip ospf | 5 |
| snmp-server group | 5 |
| boot system | 5 |
| show ip route | 5 |
| clock set | 5 |
| snmp-server contact | 5 |
| ip address | 5 |
| snmp-server location | 5 |
| ipv6 address | 5 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---|
| show ip ospf interface | 5 |
| show clock | 5 |
| show users | 5 |
| show interfaces | 5 |
| snmp-server community | 5 |
| show ip bgp | 5 |
| snmp-server enable traps | 5 |
| show ip bgp neighbors | 5 |
| snmp-server host | 5 |
| snmp-server user | 5 |
| snmp-server view | 5 |
| show ip interface | 5 |
| interface ethernet | 4 |
| lacp port-priority | 4 |
| show snmp user | 4 |
| show ip bgp peer-group | 4 |
| route-map | 4 |
| show ip bgp summary | 4 |
| show reload | 4 |
| show ip igmp groups | 4 |
| show tacacs | 4 |
| aaa authentication login | 4 |
| show vrrp | 4 |
| ip nat pool | 4 |
| clock timezone | 4 |
| tacacs-server key | 4 |
| show ntp status | 4 |
| terminal length | 4 |
| show route-map | 4 |
| ip route | 4 |
| show spanning-tree | 4 |
| show ip ospf border-routers | 4 |
| ipv6 route | 4 |
| ipv6 access-list | 4 |
| show vlan | 4 |
| show ip ospf neighbor | 4 |
| aaa accounting | 4 |
| show ip pim interface | 4 |
| show arp | 4 |
| show ip pim neighbor | 4 |
| default-information originate (OSPF) | 4 |
| banner motd | 4 |
| ip access-group | 4 |
| show ip route summary | 4 |
| tacacs-server host | 4 |
| show ip interface brief | 4 |
| tacacs-server timeout | 4 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---|
| show ip mroute | 4 |
| show ip nat translations | 4 |
| ntp server | 4 |
| snmp-server engineID local | 3 |
| show port-security | 3 |
| show ipv6 ospf interface | 3 |
| neighbor next-hop-self | 3 |
| ip ospf retransmit-interval | 3 |
| neighbor remote-as | 3 |
| switchport trunk allowed vlan | 3 |
| neighbor route-reflector-client | 3 |
| show mac-address-table | 3 |
| neighbor shutdown | 3 |
| ip ospf dead-interval | 3 |
| area nssa (OSPFv3) | 3 |
| ip proxy-arp | 3 |
| neighbor weight | 3 |
| clear arp-cache | 3 |
| no snmp-server | 3 |
| mac-address-table aging-time | 3 |
| terminal monitor | 3 |
| show lacp counters | 3 |
| area range | 3 |
| show monitor session | 3 |
| router bgp | 3 |
| show radius | 3 |
| router ospf | 3 |
| ip ospf hello-interval | 3 |
| router rip | 3 |
| ip pim dr-priority | 3 |
| area range (OSPFv3) | 3 |
| area nssa | 3 |
| default-information originate (OSPFv3) | 3 |
| ipv6 ospf area | 3 |
| default-metric (OSPF) | 3 |
| spanning-tree link-type | 3 |
| show ip access-lists | 3 |
| lldp run | 3 |
| default-metric (OSPFv3) | 3 |
| neighbor ebgp-multihop | 3 |
| errdisable recovery cause | 3 |
| show ipv6 route | 3 |
| errdisable recovery interval | 3 |
| show lldp neighbors | 3 |
| area stub | 3 |
| show mac-address-table aging time | 3 |
| interface loopback | 3 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| ip ospf authentication-key | 3 |
| show ip igmp interface | 3 |
| show privilege | 3 |
| interface vlan | 3 |
| ip ospf cost | 3 |
| area stub (OSPFv3) | 3 |
| show snmp group | 3 |
| ip access-list | 3 |
| ip ospf priority | 3 |
| arp timeout | 3 |
| ip ospf transmit-delay | 3 |
| ip domain lookup | 3 |
| ip prefix-list | 3 |
| ip helper-address | 3 |
| bgp redistribute internal | 3 |
| ip igmp query-interval | 3 |
| channel-group | 3 |
| ip multicast-routing | 3 |
| ipv6 neighbor | 3 |
| ip name-server | 3 |
| ipv6 prefix-list | 3 |
| aggregate-address | 3 |
| clear counters | 3 |
| show ip pim rp-hash | 3 |
| switchport access vlan | 3 |
| ip nat translation tcp-timeout | 3 |
| switchport trunk native vlan | 3 |
| ip nat translation udp-timeout | 3 |
| mac access-group | 3 |
| show ipv6 access-list | 3 |
| maximum-paths | 3 |
| show ipv6 interface | 3 |
| show ipv6 neighbors | 3 |
| neighbor timers | 3 |
| area nssa default-information-originate | 2 |
| ipv6 nd managed-config-flag | 2 |
| domain-id | 2 |
| isis metric | 2 |
| spf-interval | 2 |
| isis priority | 2 |
| bgp cluster-id | 2 |
| is-type | 2 |
| show snmp engineID | 2 |
| lacp system-priority | 2 |
| ipv6 ospf cost | 2 |
| load-interval | 2 |
| isis hello-interval | 2 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| | |
|---|---:|
| log-adjacency-changes (IS-IS) | 2 |
| area nssa default-information-originate (OSPFv3) | 2 |
| logging host | 2 |
| show lldp | 2 |
| area nssa no-summary | 2 |
| ip routing | 2 |
| mac-address-table static | 2 |
| show spanning-tree mst configuration | 2 |
| interface port-channel | 2 |
| ipv6 nd ra interval | 2 |
| maximum-paths (OSPFv3) | 2 |
| spanning-tree cost | 2 |
| neighbor activate | 2 |
| ipv6 ospf retransmit- interval | 2 |
| neighbor default-originate | 2 |
| show ip ospf database database-summary | 2 |
| neighbor description | 2 |
| ip ospf network | 2 |
| neighbor local-as | 2 |
| show ipv6 ospf | 2 |
| neighbor password | 2 |
| show ipv6 route summary | 2 |
| neighbor peer-group (assigning members) | 2 |
| show module | 2 |
| neighbor peer-group (creating) | 2 |
| show qos maps | 2 |
| address-family | 2 |
| show snmp | 2 |
| neighbor remove-private-as | 2 |
| dot1x reauthentication | 2 |
| neighbor route-map | 2 |
| show storm-control | 2 |
| ip access-list standard | 2 |
| ipv6 nd ns-interval | 2 |
| neighbor send-community | 2 |
| ipv6 nd reachable-time | 2 |
| ip as-path access-list | 2 |
| ipv6 ospf hello-interval | 2 |
| neighbor update-source | 2 |
| spanning-tree mode | 2 |
| ip community-list standard | 2 |
| ipv6 ospf priority | 2 |
| ntp authenticate | 2 |
| dot1x timeout tx-period | 2 |
| ntp authentication-key | 2 |
| clear mac-address-table dynamic | 2 |
| radius-server host | 2 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| clear spanning-tree counters | 2 |
| radius-server key | 2 |
| banner login | 2 |
| radius-server timeout | 2 |
| show ip prefix-list | 2 |
| ip domain-name | 2 |
| bgp client-to-client reflection | 2 |
| router isis | 2 |
| show ipv6 ospf border-routers | 2 |
| set-overload-bit | 2 |
| show ipv6 ospf neighbor | 2 |
| ip icmp redirect | 2 |
| show isis database | 2 |
| ip igmp last-member-query-interval | 2 |
| show mac-address-table count | 2 |
| show dot1x | 2 |
| show ntp associations | 2 |
| show dot1x statistics | 2 |
| ip radius source-interface | 2 |
| show hosts | 2 |
| dot1x port-control | 2 |
| show interfaces switchport | 2 |
| ip tacacs source-interface | 2 |
| ip igmp query-max-response-time | 2 |
| show snmp community | 2 |
| ip igmp snooping | 2 |
| show snmp trap | 2 |
| show ip bgp community | 2 |
| show spanning-tree interface | 2 |
| show ip bgp paths | 2 |
| show spanning-tree mst interface | 2 |
| ip igmp static-group | 2 |
| ipv6 enable | 2 |
| show ip bgp regexp | 2 |
| show vrf | 2 |
| ip igmp version | 2 |
| ipv6 nd other-config-flag | 2 |
| show ip community-list | 2 |
| ipv6 nd ra lifetime | 2 |
| show ip extcommunity-list | 2 |
| dot1x timeout reauth-period | 2 |
| show ip helper-address | 2 |
| ipv6 ospf dead-interval | 2 |
| ip load-sharing | 2 |
| spanning-tree bpduguard | 2 |
| show ip igmp snooping | 2 |
| ipv6 ospf network | 2 |

**APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| Command | Count |
|---|---|
| show ip igmp snooping mrouter | 2 |
| spanning-tree mst configuration | 2 |
| clear ip msdp sa-cache | 2 |
| storm-control | 2 |
| show ip msdp peer | 2 |
| switchport mode | 2 |
| show ip msdp sa-cache | 2 |
| ipv6 ospf transmit-delay | 2 |
| show ip msdp summary | 2 |
| ipv6 router ospf | 2 |
| clear ip ospf neighbor | 2 |
| isis hello-multiplier | 2 |
| clear ipv6 neighbors | 2 |
| passive-interface (OSPFv3) | 1 |
| timers basic (RIP) | 1 |
| spanning-tree portfast bpduguard default | 1 |
| router-id (OSPFv3) | 1 |
| ipv6 host | 1 |
| bfd all-interfaces | 1 |
| spanning-tree bpdufilter | 1 |
| ip ospf shutdown | 1 |
| switchport private-vlan mapping | 1 |
| show ipv6 bgp | 1 |
| ip dhcp snooping vlan | 1 |
| show ipv6 bgp neighbors | 1 |
| ntp trusted-key | 1 |
| show ipv6 bgp summary | 1 |
| ip multicast boundary | 1 |
| mac access-list | 1 |
| area default-cost (OSPFv3) | 1 |
| ip pim bsr-candidate | 1 |
| clear ip arp | 1 |
| lldp holdtime | 1 |
| enable secret | 1 |
| lldp receive | 1 |
| vrrp priority | 1 |
| bgp confederation peers | 1 |
| show track | 1 |
| lldp timer | 1 |
| show vlan internal usage | 1 |
| show ipv6 prefix-list | 1 |
| snmp-server chassis-id | 1 |
| ip pim query-interval | 1 |
| port-channel load-balance | 1 |
| show environment all | 1 |
| clear ip nat translation | 1 |
| show environment power | 1 |

## APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| Command | Count |
|---|---|
| bgp confederation identifier | 1 |
| show isis interface | 1 |
| log-adjacency-changes (OSPFv3) | 1 |
| show isis topology | 1 |
| spanning-tree vlan | 1 |
| ip pim rp-address | 1 |
| bgp log-neighbor-changes | 1 |
| show environment temperature | 1 |
| control-plane | 1 |
| ip pim rp-candidate | 1 |
| ipv6 unicast-routing | 1 |
| show mac access-lists | 1 |
| timers throttle spf | 1 |
| ip pim spt-threshold | 1 |
| show ip rip database | 1 |
| ip pim spt-threshold group-list | 1 |
| ipv6 dhcp relay destination | 1 |
| aaa authorization config-commands | 1 |
| show ip dhcp snooping | 1 |
| clear ip mroute | 1 |
| ntp source | 1 |
| ip pim ssm range | 1 |
| show vlan private-vlan | 1 |
| show interfaces description | 1 |
| passive-interface | 1 |
| distance bgp | 1 |
| ip local-proxy-arp | 1 |
| show port-channel summary | 1 |
| show ip igmp snooping groups | 1 |
| show interfaces flowcontrol | 1 |
| dot1x timeout quiet-period | 1 |
| show port-security interface | 1 |
| private-vlan | 1 |
| show interfaces status | 1 |
| show ip mroute count | 1 |
| neighbor soft-reconfiguration | 1 |
| radius-server deadtime | 1 |
| show interfaces transceiver | 1 |
| spanning-tree guard | 1 |
| show inventory | 1 |
| radius-server retransmit | 1 |
| lldp transmit | 1 |
| spanning-tree portfast bpdufilter default | 1 |
| show ip arp | 1 |
| spanning-tree port-priority | 1 |
| neighbor allowas-in | 1 |
| redundancy force-switchover | 1 |

# APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| | |
|---|---|
| isis passive | 1 |
| isis lsp-interval | 1 |
| ipv6 access-group | 1 |
| switchport port-security | 1 |
| ip igmp snooping querier | 1 |
| clear ip bgp | 1 |
| network area | 1 |
| show ip pim rp | 1 |
| show snmp view | 1 |
| ip host | 1 |
| dot1x system-auth-control | 1 |
| router-id | 1 |
| show spanning-tree blockedports | 1 |
| timers bgp | 1 |
| ip dhcp snooping | 1 |
| vrrp preempt | 1 |
| show spanning-tree mst | 1 |
| vrrp track | 1 |
| log-adjacency-changes | 1 |
| area default-cost | 1 |