# EXHIBIT 27

# APPENDIX L.1 - Usage of Accused Hierarchies by Vendors

| Command Hierarchy | # Vendors that Support Hierarchy | ADTRAN | Alcatel/ALU | Allied Telesis |
|---|---|---|---|---|
| aaa | 13 | SUPPORTED | SUPPORTED | SUPPORTED |
| bgp | 9 | SUPPORTED | | |
| clear | 18 | SUPPORTED | SUPPORTED | SUPPORTED |
| dot1x | 13 | | SUPPORTED | SUPPORTED |
| ip | 18 | SUPPORTED | SUPPORTED | SUPPORTED |
| ipv6 | 17 | SUPPORTED | SUPPORTED | SUPPORTED |
| neighbor | 14 | SUPPORTED | | |
| show | 18 | SUPPORTED | SUPPORTED | SUPPORTED |
| snmp-server | 17 | SUPPORTED | SUPPORTED | SUPPORTED |
| spanning-tree | 15 | SUPPORTED | SUPPORTED | SUPPORTED |
| vrrp | 7 | SUPPORTED | SUPPORTED | |
| Total: | | 10 | 9 | 8 |

[1] Supports "vrrp-group" and "vrrp-extended group" commands
[2] Supports "ip vrrp" command(s)
** The manuals I reviewed do not appear to list any commands for this particular functionality

## APPENDIX L.1 - Usage of Accused Hierarchies by Vendors

| Avaya | Brocade | Dell (incl. Force10) | D-Link | Edge-Core | Ericsson |
|---|---|---|---|---|---|
|  | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |  |
| SUPPORTED |  | SUPPORTED | SUPPORTED | SUPPORTED | ** |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | ** |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | [1] | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| 8 | 9 | 11 | 11 | 11 | 8 |

## APPENDIX L.1 - Usage of Accused Hierarchies by Vendors

| Extreme Networks (incl. Enterasys) | Foundry Networks | HP | ISCLI (Lenovo, IBM, BNT) | Juniper JUNOSe | NETGEAR |
|---|---|---|---|---|---|
| SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| SUPPORTED | | SUPPORTED | | SUPPORTED | |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED |
| SUPPORTED | [2] | [2] | | [2] | [2] |
| 11 | 9 | 10 | 8 | 8 | 8 |

# APPENDIX L.1 - Usage of Accused Hierarchies by Vendors

| NextHop Techs. | Procket Networks | Sun/Oracle |
|---|---|---|
|  | SUPPORTED |  |
| SUPPORTED |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |
|  |  | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED |  |
| SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |
| ** |  | SUPPORTED |
| [2] | [2] | [2] |
| 6 | 7 | 7 |