# EXHIBIT 28

Appendix: Cisco IOS Command Modes Page 1 of 29
Case 5:14-cv-05544-BLF Document 614-83 Filed 01/08/16 Page 2 of 17
Case 5:14-cv-05544-BLF Document 580-43 Filed 07/24/16 Page 2 of 17

# Documentation

HOME CONTENTS PREVIOUS NEXT GLOSSARY FEEDBACK SEARCH HELP

# Table of Contents

**Cisco IOS Command Modes**

    **Base Command Modes**
        User EXEC Mode
        Privileged EXEC Mode
        Global Configuration Mode
        ROM Monitor Mode
        Setup Mode
    **Configuration Modes and Submodes**
        Access-List Configuration Mode
        Address Family Configuration Submode
        ALPS Circuit Configuration Mode
        ALPS ASCU Configuration Submode
        APPN Configuration Modes
        ATM Bundle Configuration Subsubmode
        ATM Bundle Member Configuration Subsubmode
        Called-Group Configuration Mode
        CASA Configuration Mode
        CAS Custom Configuration Submode
        Certificate Authority (CA) Identity Configuration Mode
        Certificate Chain Configuration Mode
        Controller Configuration Mode
        Crypto Map Configuration Mode
        Crypto Transform Configuration Mode
        Customer Profile Configuration Mode
        DHCP Pool Configuration Mode
        Dial Peer Voice Configuration Mode
        DNIS Group Configuration Mode
        Extended Named Access List (NACL) Configuration Mode
        Frame Relay DLCI Configuration Mode
        Gatekeeper Configuration Mode
        Gateway Configuration Mode
        Hex Input Mode
        Hub Configuration Mode
        IBM Channel Attach Configuration Modes
        Interface Configuration Mode
        Interface ATM VC Configuration Submode
        Interface ATM VC Bundle Configuration Submode
        Interface ATM VC Bundle-Member Configuration Subsubmode
        Interface Channel Configuration Mode
        Internal Adapter Configuration Subsubmode
        Internal LAN Interface Configuration Submode
        IP Host Backup Submode
        IPX-Router Configuration Mode
        ISAKMP Policy Configuration Mode
        Key-Chain Configuration Mode
        Key-Chain Key Configuration Submode
        LANE Database Configuration Mode
        Line Configuration Mode
        MKM Manager Configuration Mode
        Map-Class Configuration Mode
        Map-List Configuration Mode
        Modem Pool Configuration Mode
        MPOA Client (MPC) Configuration Mode
        MPOA Server (MPS) Configuration Mode

Poll-Group Configuration Mode
Public-Key Chain Configuration Submode
Public-Key Key Configuration Submode
Public-Key Hex Input Configuration Subsubmode
RADIUS Server Group Configuration Mode
RED Group Configuration Mode
RLM Group Configuration Submode
RLM Device Configuration Subsubmode
Resource Group Configuration
Route-Map Configuration Mode
Router Configuration Mode
RTR Configuration Mode
RTR HTTP Raw Configuration Submode
Server Group RADIUS Configuration Mode
Server Group TACACS+ Configuration Mode
Service Profile Configuration
Standard Named Access List (NACL) Configuration Mode
Subinterface Configuration Submode
System Controller Poll-Group Configuration Mode
Time Range Configuration Mode
TN3270 Server Configuration Mode
Virtual Circuit (VC) Class Configuration Submode
Voice-Port Configuration Mode
VoIP Dial Peer Configuration Mode
VPDN Group Mode and Submodes
X.25 Profile Configuration Mode
Configuration Modes Summary Table

# Cisco IOS Command Modes

This appendix contains summaries of the command and configuration modes used in the Cisco IOS Command-Line Interface (CLI). The availability of configuration modes will depend on the feature set found in your system image and on which router platform you are using. For specific information on any particular configuration mode, see the documentation references given in the mode summaries.

This appendix lists command modes in the following categories:

- Base Command Modes

- Configuration Modes and Submodes

These lists include short summaries of the modes.

Following the configuration mode and configuration submodes summary list, Table 22 presents the configuration mode summaries organized by router prompt, and includes examples of entering each mode.

## Base Command Modes

Base command modes are used for navigating the CLI and performing basic router startup, configuration, and monitoring tasks. For more information on the base command modes, see the "Using the Command-Line Interface (CLI)" chapter of this document. For details about setup mode, see the "Using Configuration Tools" chapter.

### User EXEC Mode

The default command mode for the CLI is user EXEC mode. The EXEC commands available at the user EXEC level are a subset of those available at the privileged EXEC level. In general, the user EXEC commands allow you to connect to remote devices, change terminal settings on a temporary basis, perform basic tests, and list system information. The prompt for user EXEC mode is the name of the device followed by an angle bracket: `Router>`.

CSI-CLI-00567719

**Privileged EXEC Mode**

Privileged EXEC mode is password protected, and allows the use of all EXEC mode commands available on the system. To enter privileged EXEC mode from user EXEC mode, use the **enable** command. Privileged EXEC mode allows access to global configuration mode through the use of the **enable** command. The privileged EXEC mode prompt consists of the devices's host name followed by the pound sign: Router#.

**Global Configuration Mode**

Global configuration commands generally apply to features that affect the system as a whole, rather than just one protocol or interface. You can also enter any of the specific configuration modes listed in the following section from global configuration mode.

To enter global configuration mode, use the **configure terminal** privileged EXEC command. The router prompt for global configuration mode is indicated by the term *config* in parenthesis: Router(config)#.

**ROM Monitor Mode**

If your router or access server does not find a valid system image to load, the system will enter read-only memory (ROM) monitor mode. ROM monitor (ROMMON) mode can also be accessed by interrupting the boot sequence during startup. From ROM monitor mode, you can boot the device or perform diagnostic tests.

To enter ROM monitor mode, use the Break key (Cntl-C) during the first 60 seconds of start-up. The router prompt is indicated by an angle bracket by itself or the term ROMMON followed by a number and an angle bracket: > or rommon1>.

**Setup Mode**

Setup mode is not, strictly speaking, a command mode. Setup mode is rather an interactive facility that allows you to perform first-time configuration and other basic configuration procedures on all routers. The facility prompts you to enter basic information needed to start a router functioning. Setup mode uses the System Configuration Dialog, which guides you through the configuration process. It prompts you first for global parameters and then for interface parameters. The values shown in brackets next to each prompt are the default values. For more information on setup mode, see the "Using Configuration Tools" chapter of this book.

To enter setup mode after the router has been configured for the first time, use the **setup** command in privileged EXEC mode. The router prompt for setup mode is indicated by a configuration question, followed by the default answer in brackets and a colon (:), as shown in the following example:

```
Continue with configuration dialog? [yes]:
Enter host name [Router]:
```

# Configuration Modes and Submodes

Configuration modes are entered from global configuration mode. Configuration submodes are entered from other configuration modes. Configuration subsubmodes are configuration modes entered from configuration submodes.

The following configuration mode short summaries list the basic characteristics of each mode and where you can find details on the configuration tasks associated with each mode. Configuration modes and configuration submodes are listed here alphabetically.

**Access-List Configuration Mode**

See the descriptions for "Standard Named Access List (NACL) Configuration Mode" and "Extended Named Access List (NACL) Configuration Mode".

**Address Family Configuration Submode**

Prompt ID: (config-router-af)

CSI-CLI-00567720

**Voice-Port Configuration Mode**

Prompt ID: (config-voiceport)

To enter voice-port configuration mode from global configuration mode, use the **voice-port** command. Use voice-port configuration mode to configure voice port settings for voice over ATM, voice over Frame Relay, and other related protocols.

For details, see the voice-port command description in the *Cisco IOS Multiservice Applications Command Reference*.

**VoIP Dial Peer Configuration Mode**

See the "Dial Peer Voice Configuration Mode" section.

**VPDN Group Mode and Submodes**

Prompt ID: (config-vpdn)

The VPDN group configuration mode is used to configure VPDN services on Cisco routers. To enter VPDN group configuration mode, first enable VPDN by using the **vpdn enable** command, and then use the **vpdn-group** *number* command. In VPDN group configuration mode, you can configure generic information for the entire VPDN group. You can also enter the VPDN subgroups, and configure specific information for the VPDN services. Each of the four VPDN services now have VPDN subgroups.

See the "Configuring Virtual Private Networks" chapter in the *Cisco IOS Dial Services Configuration Guide: Network Services* for information on the following VPDN group configuration submodes:

- VPDN Accept-dialin group configuration submode (config-vpdn-acc-in)

- VPDN Accept-dialout group configuration submode (config-vpdn-acc-ou)

- VPDN Request-dialin group configuration submode (config-vpdn-req-in)

- VPDN Request-dialout group configuration submode (config-vpdn-req-ou)

**X.25 Profile Configuration Mode**

Prompt ID: (config-x25)

To enter X.25 configuration mode from global configuration mode, use the **x25 profile** command. X.25 profiles streamline X.25 and LAPB configuration. X.25 profiles can contain existing X.25 and LAPB commands and, once created and named, can be simultaneously associated with more than one DLCI connection, using just the profile name. X.25 Layers 2 and 3 are transparently supported over Annex G. LAPB treats the Frame Relay network like an X.25 network link and passes all of the data and control messages over the Frame Relay network.

For details, see the **x25 profile** command documentation in the *Cisco IOS Wide-Area Networking Configuration Guide* and the *Cisco IOS Wide-Area Networking Command Reference* for more information.

# Configuration Modes Summary Table

Table 22 lists the configuration modes available using the Cisco IOS CLI. The availability of any particular mode will depend on the features in your system software image and which platform you are using. For example, some configuration modes are specifically for configuring access servers, and will not be available on most routers.

Configuration modes are listed alphabetically by router prompt. Configuration submodes are listed under the configuration mode they are accessed from.

Unless otherwise indicated, the **exit** command will bring you back to the mode you were in before you entered the current mode. For example, using the **exit** command in *subinterface configuration submode* will bring you back to *interface configuration mode*, using the **exit** command in *interface configuration mode* will bring you back to *global configuration mode*, and using the **exit** command in *global configuration mode* will bring you back to *privileged EXEC mode*.

Appendix: Cisco IOS Command Modes　　　　　　　　　　　　　　　　　　　　Page 18 of 29

Case 5:14-cv-05544-BLF   Document 614-3   Filed 01/08/16   Page 6 of 17
Case 5:14-cv-05544-BLF   Document 580-43   Filed 07/24/16   Page 6 of 17

The prompts listed assume that the default device name of "Router" is in use.

**Table 22: Configuration Mode and Configuration Submode Summaries**

| Prompt | Command Mode Name | Access Method | Example |
|---|---|---|---|
| `Router(ca-identity)#` | CA-identity configuration mode | From global configuration mode, use the **crypto ca identity** command. | `Router(config)# crypto ca identity`<br><br>`Router(ca-identity)#` |
| `Router(config-alps-ascu)#` | See Interface configuration mode (below). | | |
| `Router(config-alps-cir)#`<br><br>or<br><br>`Router(config-alps-circ)#`<br><br>or<br><br>`Router(config-alps-circuit)#` | Airline Product Set (ALPS) circuit configuration mode | From global configuration mode, use the **alps circuit** command. | `Router(config)# alps circuit CKT_NAME`<br><br>`Router(config-alps-circuit)#` |
| `Router(config-called-group)#` | DNIS group configuration mode | From global configuration mode, use the **dialer dnis group** command. | `Router(config)# dialer dnis group dnis_isp_1`<br><br>`Router(config-called-group)# number 1234` |
| `Router(config-casa)#` | CASA configuration mode | From global configuration mode, use the **ip casa** command. | `Router(config)# ip casa 10.10.4.1 224.0.1.2`<br><br>`Router(config-casa)#` |
| `Router(config-cert-chain)#` | Certificate chain configuration mode | From global configuration mode, use the **crypto ca certificate** chain command. | `Router(config)# crypto ca certificate`<br><br>`Router(config-cert-chain)#` |
| `Router(config-controller)#` | Controller configuration mode | From global configuration mode, use the | `Router(config)# controller t1 0/0` |

Appendix: Cisco IOS Command Modes                                      Page 19 of 29

Case 5:14-cv-05344-BLF   Document 614-3   Filed 01/08/16   Page 7 of 17
Case 5:14-cv-05344-BLF   Document 380-43  Filed 01/14/16  Page 7 of 17

| | | | |
|---|---|---|---|
| | | controller command. | `Router(config-controller)#` |
| `Router(config-ctrl-cas)#` | CAS custom configuration submode | From controller configuration mode, use the **cas-custom** command. | `Router(config-controller)# cas-custom 1`<br>`Router(config-ctrl-cas)#` |
| `Router(config-customer-profile)#` | Customer profile configuration mode | From global configuration mode, use the **resource-pool profile customer** command. | `Router(config)# resource-pool profile customer isp_1`<br>`Router(config-customer-pro)#` |
| `Router(config-crypto-map)#` | Crypto map configuration mode | From global configuration mode, use the **crypto map** command. | `Router(config)# crypto map Research 10`<br>`Router(config-crypto-map)#` |
| `Router(config-crypto-trans)#` | Crypto transform configuration mode | From global configuration mode, use the **crypto ipsec transform-set** command. | `Router(config)#crypto ipsec transform-set`<br>`Router(config-crypto-trans)#` |
| `Router(config-dhcp)#` | DHCP pool configuration mode | From global configuration mode, use the **ip dhcp pool** command. | `Router(config)# ip dhcp pool pname1`<br>`Router(config-dhcp)#` |
| `Router(config-dialpeer)#` | Dial peer voice configuration mode | From global configuration mode, use the **dial peer voice** command. | `Router(config)# dial peer voice 1 pots`<br>`Router(config-dialpeer)#` |
| `Router(config-ext-nacl)#` | Extended named access list configuration mode | From global configuration mode, use the **ip access-list** or **ipx access-list** command. | `Router(config)# ip access-list extended flag`<br>`Router(config-ext-nacl)#` |

Appendix: Cisco IOS Command Modes    Page 20 of 29

Case 5:14-cv-05344-BLF   Document 614-3   Filed 11/08/16   Page 8 of 17
Case 5:14-cv-05344-BLF   Document 580-43   Filed 07/14/16   Page 8 of 17

| | | | |
|---|---|---|---|
| `Router(config-fr-dlci)#` | Frame Relay DLCI configuration mode | From interface configuration mode, use the **frame-relay interface-dlci [switched]** command. | `Router(config)#` **interface serial 1/1**<br>`Router(config-if)#` **frame-relay interface-dlci 100**<br>`Router(config-fr-dlci)#` **vofr**<br>`Router(config-fr-dlci)#` |
| `Router(config-gateway)#` | Gateway configuration mode | From global configuration mode, use the **gateway** command. | `Router(config )#` **gateway**<br>`Router(config-gateway)#` |
| `Router(config-gk)#` | Gatekeeper configuration mode | From global configuration mode, use the **gatekeeper** command. | `Router(config)#` **gatekeeper**<br>`Router(config-gk)#` |
| `Router(config-hub)#` | Hub configuration mode | From global configuration mode, use **hub** command. | `Router(config)#`**hub ethernet 0 13**<br>`Router(config-hub)#` |
| `Router(config-if)#` | Interface configuration mode | From global configuration mode, enter by specifying an interface with an **interface** command. | `Router(config)#` **interface serial2**<br>`Router(config-if)#` |
| `Router(config-alps-ascu)#` | ALPS ASCU configuration submode | From interface configuration mode, use the **alps ascu** command. | `Router(config-if)#` **alps ascu 4B**<br>`Router(config-alps-ascu)#` |
| `Router(config-if-atm-vc)#` | Interface ATM-VC configuration submode | From interface configuration mode, use the **pvc** or **svc nsap** command. | `Router(config-if)#` **pvc 0/33**<br>`Router(config-if-atm-vc)#`<br>or<br>`Router(config-if)#` **svc nsap AB.CDEF.01.234567.890A.BCDE.F012.3456.7890.1234.12**<br>`Router(config-if-atm-vc)#` |

Case 5:14-cv-05544-BLF   Document 614-3   Filed 11/08/16   Page 9 of 17
Case 5:14-cv-05544-BLF   Document 580-3   Filed 07/14/16   Page 9 of 17

| | | | |
|---|---|---|---|
| `Router(atm-bundle-config)#` | Interface ATM bundle configuration submode | From interface or subinterface configuration mode, use the **bundle** command. | `Router(config-subif)#` **bundle newyork**<br>`Router(config-atm-bundle)#` |
| `Router(config-if-atm-member)#` | • Interface ATM bundle-member configuration subsubmode | From ATM bundle configuration submode, use the **pvc-bundle** command. | `Router(config-if)#` **bundle chicago**<br>`Router(config-atm-bundle)#` **pvc-bundle chicago-control 207**<br>`Router(config-if-atm-member)#` **class control-class**<br>`Router(config-atm-bundle)#` **pvc-bundle chicago-premium 206**<br>`Router(config-if-atm-member)#` **class premium-class** |
| `Router(config-if-path)#` | IP host backup configuration submode | From interface configuration mode, use the **path** command. | `Router(config)#` **interface channel 3/1**<br>`Router(config-if)#` **ip address 198.92.5.1 255.255.255.128**<br>`Router(config-if)#` **path c010 c110 c210**<br>`Router(config-if-path)#` **claw 30 198.92.5.2 lpar1 cip1 tcpip tcpip**<br>. . . |
| `Router(config-rlm-group)#` | RLM group configuration submode | From interface configuration mode, use the **rlm group** command. | `Router(config-if)#` **rlm group 1**<br>`Router(config-rlm-group)#` |
| `Router(config-rlm-group-sc)#` | • RLM device configuration subsubmode | From RLM group configuration mode, use the **server** command. | `Router(config-rlm-group)#` **server r1-server**<br>`Router(config-rlm-group-sc)#` |
| `Router(config-subif)#` | Subinterface configuration submode | From interface configuration mode, specify a subinterface with an **interface** command. | `Router(config-if)#` **interface serial 2.1**<br>`Router(config-subif)#` |

CSI-CLI-00567738

| `Router(cfg-lan-type n)#` | Internal LAN configuration submode | From interface configuration mode, use the **lan** command.<br><br>In the router prompt syntax, *type* is the specified internal LAN type and *n* is the specified lan-id. | `Router(config-if)#` **`lan ethernet 10`**<br><br>`Router(cfg-lan-Ether 10)#` |
|---|---|---|---|
| `Router(cfg-adap-type n-m)#` | • Internal adapter configuration subsubmode | From internal LAN configuration mode, enter the **adapter** command.<br><br>In the router prompt syntax, *type* is the specified internal LAN type, *n* is the specified lan-id, and *m* is the adapter number. | `Router(config)#` **`lan ethernet 10`**<br><br>`Router(cfg-lan-Ether 10)#` **`adapter 1 4.5.6`**<br><br>`Router(cfg-adap-Ether 10-1)#` |
| `Router(config-vc-class)#` | Virtual Circuit (VC) class configuration submode | From interface configuration mode or subinterface configuration submode, use the **vc-class atm** command. | `Router(config-if)#` **`vc-class atm pvc1`**<br><br>`Router(config-vc-class)#` |
| `Router(config-ipx-router)#` | IPX-router configuration mode | From global configuration mode, use the **ipx router** command.<br><br>(IPX must first be enabled using the **ipx routing** command.) | `Router(config)#` **`ipx routing`**<br><br>`Router(config)#` **`ipx router rip`**<br><br>`Router(config-ipx-router)#` |

CSI-CLI-00567739

Appendix: Cisco IOS Command Modes
Page 23 of 29
Case 5:14-cv-05344-BLF Document 614-3 Filed 11/08/16 Page 11 of 17
Case 5:14-cv-05344-BLF Document 980-43 Filed 07/24/16 Page 11 of 17

| | | | |
|---|---|---|---|
| `Router(config-isakmp)#` | ISAKMP policy configuration mode | From global configuration mode, use the **crypto isakmp policy** command. | `Router(config)#` **crypto isakmp policy**<br>`Router(config-isakmp)#` |
| `Router(config-keychain)#` | Keychain configuration mode | From global configuration mode, use the **keychain** command. | `Router(config)#` **keychain blue**<br>`Router(config-keychain)#` |
| `Router(config-keychain-key)#` | Keychain key configuration submode | From keychain configuration mode, use the **key** command. | `Router(config-keychain)#` **key 10**<br>`Router(config-keychain-key)#` |
| `Router(config-line)#` | Line configuration mode | From global configuration mode, enter by specifying a line with a **line** {**aux** \| **con** \| **tty** \| **vty**} *line-number* [*ending-line-number*] command. | `Router(config)#` **line vty 0 4**<br>`Router(config-line)#` |
| `Router(config-mrm-manager)#` | MRM Manager configuration mode | From global configuration mode, use the **ip mrm manager** command. | `Router(config)#`**ip mrm manager test1**<br>`Router(config-mrm-manager)#` |
| `Router(config-map-class)#` | Map-class configuration | From global configuration mode, use the **map-class** *encapsulation class-name* command. | `Router(config)#` **map-class atm aaa**<br>`Router(config-map-class)#` |
| `Router(config-map-list)#` | Map-list configuration | From global configuration mode, use the **map-list** *name* command. | `Router(config)#` **map-list atm**<br>`Router(config-map-list)#` |
| `Router(config-modem-pool)#` | Modem pool configuration | From global configuration | `Router(config)#` **modem-pool v90service** |

CSI-CLI-00567740

Appendix: Cisco IOS Command Modes  Page 24 of 29

Case 5:14-cv-05344-BLF   Document 614-8   Filed 01/08/16   Page 12 of 17
Case 5:14-cv-05344-BLF   Document 586-3   Filed 07/24/16   Page 12 of 17

| | | | |
|---|---|---|---|
| | | mode, use the **modcm-pool** *name* command. | `Router(config-nodem-pool)#` **pool-range 30-50**<br><br>`Router(config-nodem-pool)#` **called-number 2000**<br><br>`Router(config-nodem-pool)#` **exit**<br><br>`Router(config)#` |
| `Router(config-mpoa-client)`<br><br>See<br><br>`Router(mpoa-client-config)#` | See MPOA Client configuration mode (below) | | |
| `Router(config-mpoa-server)`<br><br>See<br><br>`Router(mpoa-server-config)#` | See MPOA Server configuration mode (below) | | |
| `Router(config-poll-gr)#` | System controller poll-group configuration mode | From global configuration mode, enter poll-group configuration mode with the **syscon poll-group** command. | `Router(config)#` **syscon poll-group cmlineinfo**<br><br>`Router(config-poll-gr)#` |
| `Router(config-pubkey-chain)#` | Public-key chain configuration mode | From global configuration mode, use the **crypto key pubkey-chain {dss \| rsa}** command. | `Router(config)#` **crypto key pubkey-chain rsa**<br><br>`Router(config-pubkey-chain)#` |
| `Router(config-pubkey-key)#` | Public-key key configuration submode | From public-key chain configuration mode, use the **addressed-key** command or **named-key** command. | `Router(config-pubkey-chain)#` **named-key otherpeer.domain.com**<br><br>`Router(config-pubkey-key)#` |
| `Router(config-pubkey)#` | • Public-key hex input configuration subsubmode | From public-key key configuration mode, use the | `Router(config-pubkey-key)#` **address 10.5.5.1**<br><br>`Router(config-pubkey-key)#` **key-string 005C300D 06092A86** |

CSI-CLI-00567741

Appendix: Cisco IOS Command Modes Page 25 of 29

Case 5:14-cv-05344-BLF   Document 614-23   Filed 11/08/16   Page 13 of 17
Case 5:14-cv-05344-BLF   Document 986-43   Filed 07/14/16   Page 13 of 17

| | | key-string command. | `Router(config-pubkey)#` **4886F70D 01010105**<br><br>. . . |
|---|---|---|---|
| `Router(config-red-group)#` | Random Early Detection (RED) group configuration mode | From global configuration mode, use the **random-detect-group** command. | `Router(config)#` **random-detect-group sanjose**<br><br>`Router(config-red-group)#` |
| `Router(config-resource-group)#` | Resource group configuration mode | From global configuration mode, use the **resource-pool group resource** command. | `Router(config)#` **resource-pool group resource hdlc1**<br><br>`Router(config-resource-group)#` **range limit 48** |
| `Router(config-route-map)#` | Route-map configuration mode | From global configuration mode, enter by specifying the **route-map** [*map-tag*] command. | `Router(config)#` **route-map arizona**<br><br>`Router(config-route-map)#` |
| `Router(config-router)#` | Router configuration mode | From global configuration mode, enter by issuing the **router** [*keyword*] command (such as **router igrp**). | `Router(config)#` **router rip**<br><br>`Router(config-router)#` |
| `Router(config-router-af)#` | Address family configuration submode | From router configuration mode, use the **address-family** command.<br><br>To exit, use the **exit-address-family** command. | `Router(config)#` **router bgp 100**<br><br>`Router(config-router)#` **address-family vpnv4**<br><br>`Router(config-router-af)#` |
| `Router(config-rtr)#` | RTR (SA Agent) configuration mode | From global configuration mode, use the **rtr** *number* command. | `Router(config)#` **rtr 1**<br><br>`Router(config-rtr)#` |

CSI-CLI-00567742

Appendix: Cisco IOS Command Modes　　　　　　　　　　　　　　　　　　　　　　　　Page 26 of 29

Case 5:14-cv-05344-BLF   Document 614-23   Filed 01/08/16   Page 14 of 17
Case 5:14-cv-05344-BLF   Document 980-3   Filed 01/24/16   Page 14 of 17

| | | | |
|---|---|---|---|
| `Router(config-rtr-http)#` | RTR HTTP raw configuration submode | From RTR configuration mode, use the **http-raw-request** command. | `Router(config-rtr)#` **type http operation raw url http://www.cisco.com**<br>`Router(config-rtr)#` **http-raw-request**<br>`Router(config-rtr-http)#` **GET /index.html HTTP/1.0\r\n**<br>`Router(config-rtr-http)#` **\r\n**<br>`Router(config-rtr-http)#` **exit**<br>`Router(config-rtr)#` |
| `Router(config-service-prof)#` | Service profile configuration mode | From global configuration mode, use the **resource-pool profile service** command. | `Router(config)#` **resource-pool profile service user1sample**<br>`Router(config-service-prof)#` |
| `Router(config-sg)#`<br><br>or<br><br>`Router(config-sg-radius)#` | Server group RADIUS configuration mode | From global configuration mode or interface configuration mode, use the **aaa group server radius** command. | `Router(config-if )#` **aaa group server radius sg1**<br>`Router(config-sg-radius)#` |
| `Router(config-sg)#`<br><br>or<br><br>`Router(config-sg-tacacs)#` | Server group TACACS configuration mode | From global configuration mode or interface configuration mode, use the **aaa group server tacacs+** command. | `Router(config-if )#` **aaa group server tacacs+ sg1**<br>`Router(config-sg-tacacs+)#` |
| `Router(config-std-nacl)#` | Standard access-list configuration mode | From global configuration mode, use the **ip access-list** or **ipx access-list** command. | `Router(config)#`**ip access-list standard Internetfilter**<br>`Router(config-std-nacl)#`**permit 192.5.34.0　0.0.0.255**<br>`Router(config-std-nacl)#`**permit 128.88.0.0　0.0.255.255**<br>`Router(config-std-nacl)#`**exit**<br>`Router(config)#` |
| `Router(config-time-range)#` | Time-range configuration mode | From global configuration mode, use the **time-** | `Router(config)#` **time-range no-http**<br>`Router(config-time-range)#` |

CSI-CLI-00567743

Appendix: Cisco IOS Command Modes  Page 27 of 29

Case 5:14-cv-05344-BLF   Document 614-3   Filed 01/08/16   Page 15 of 17
Case 5:14-cv-05344-BLF   Document 980-43   Filed 07/24/16   Page 15 of 17

| | | | |
|---|---|---|---|
| | | **range** *time-range-name* command. | |
| `Router(cfg-tn3270)#`<br><br>or<br><br>`Router(tn3270-server)#` | TN3270 server configuration mode | From global configuration mode, use the **tn3270-server** command. | `Router(config)#` **tn3270-server**<br>`Router(cfg-tn3270)#` |
| `Router(tn3270-dlur)#` | TN3270 DLUR configuration submode | From TN3270 configuration mode, use the **dlur** command.<br><br>To exit to TN3270 configuration mode, use the **exit** command. | `Router(config)#` **tn3270-server**<br>`Router(tn3270-server)#` **dlur**<br>`Router(tn3270-dlur)#` |
| `Router(tn3270-dlur-lsap)#` | • TN3270 DLUR SAP configuration subsubmode | From DLUR configuration submode, use the **lsap** command. | `Router(config)#` **tn3270-server**<br>`Router(tn3270-server)#` **dlur**<br>`Router(tn3270-dlur)#` **lsap**<br>`Router(tn3270-dlur-lsap)#` |
| `Router(tn3270-dlur-pu)#` | • TN3270 DLUR PU configuration subsubmode | From DLUR configuration submode, use the **pu** (DLUR) command. | `Router(tn3270-dlur)#` **pu P0 05D99001 192.195.80.40**<br>`Router(tn3270-dlur-pu)#` |
| `Router(tn3270-lpoint)#` | TN3270 listen-point configuration submode | From TN3270 server configuration mode, use the **listen-point** command. | `Router (cfg-tn3270)#` **listen-point**<br>`Router (tn3270-lpoint)#` |
| `Router(tn3270-lpoint-pu)#` | • TN3270 listen-point PU configuration subsubmode | From TN3270 listen-point configuration mode, use the **pu** (listen-point) command or **pu dlur** command. | `Router(tn3270-lpoint)#` **pu PU1 94223456 tok 1 08**<br>`Router(tn3270-lpoint-pu)#`<br><br>or<br><br>`Router(tn3270-lpoint)#` **pu P0 05D99001 dlur** |

CSI-CLI-00567744

Appendix: Cisco IOS Command Modes  Page 28 of 29

Case 5:14-cv-05344-BLF   Document 614-23   Filed 11/08/16   Page 16 of 17
Case 5:14-cv-05344-BLF   Document 980-43   Filed 07/24/16   Page 16 of 17

| | | | |
|---|---|---|---|
| | | | `Router(tn3270-lpoint-pu)#` |
| `Router(tn3270-pu)#` | TN3270 PU configuration submode | From TN3270 server configuration mode, use the **pu** (tn3270) command. | `Router(config)#` **tn3270-server**<br>`Router(cfg-tn3270)#` **pu PU1 05d00001 10.0.0.1 token-adapter 1 8 rmac 4000.0000.0001 rsap 4**<br>`Router(tn3270-pu)#` |
| `Router(tn3270-resp-time)#` | TN3270 Response-time configuration submode | From TN3270 server configuration mode, use the **response-time group** command. | `Router(cfg-tn3270)#`**response-time group MYSUBNET bucket boundaries 15 25 60 120 multiplier 35**<br>`Router(tn3270-resp-time)#` |
| `Router(config-vc-class)#` | See Interface configuration mode (above). | | |
| `Router(config-voiceport)#` | Voice-port configuration mode | From global configuration mode, enter by issuing the **voice port** *slot/sub-unit/port* command for the Cisco 3600 series, or **voice port** *slot/port* for the Cisco MC3810. | `Router(config)#` **voice port 1/1/2**<br>`Router(config-voiceport)#` |
| `Router(config-vpdn)#` | VPDN group configuration mode | From global configuration mode, use the **vpdn-group** *number* command. | `Router(config)#` **vpdn-group 1**<br>`Router(config-vpdn)#` |
| `Router(config-vpdn-acc-in)#` | VPDN Accept-dialin configuration submode | From VPDN group mode, use the **accept-dialin** command. | `Router(config-vpdn)#` **accept-dialin**<br>`Router(config-vpdn-acc-in)#` |
| `Router(config-vpdn-acc-ou)#` | VPDN Accept-dialout configuration submode | From VPDN group mode, use the **accept-** | `Router(config-vpdn)#` **accept-dialout**<br>`Router(config-vpdn-acc-ou)#` |

Appendix: Cisco IOS Command Modes                                                      Page 29 of 29
Case 5:14-cv-05344-BLF   Document 614-23   Filed 07/08/16   Page 17 of 29
Case 5:14-cv-05344-BLF   Document 980-43   Filed 01/24/16   Page 17 of 17

| | | | |
|---|---|---|---|
| | | dialout command. | |
| `Router(config-vpdn-req-in)#` | VPDN Request-dialin configuration submode | From VPDN group mode, use the **request-dialin** command. | `Router(config-vpdn)# `**`request-dialin`**<br><br>`Router(config-vpdn-req-in)#` |
| `Router(config-vpdn-req-ou)#` | VPDN Request-dialout configuration submode | From VPDN group mode, use the **request-dialout** command. | `Router(config-vpdn)# `**`request-dialout`**<br><br>`Router(config-vpdn-req-ou)#` |
| `Router(config-x25)#` | X.25 profile configuration mode | From global configuration mode, use the **x25 profile** command. | `Router(config)# `**`x25 profile NetworkNodeA dce`**<br><br>`Router(config-x25)# `**`x25 htc 128`** |
| `Router(lane-config-datab)#` | LAN Emulation (LANE) database configuration mode | From global configuration mode, use the **lane database** command. | `Router(config)# `**`lane database red`**<br><br>`Router(lane-config-datab)#` |
| `Router(mpoa-client-config)#` | MPOA Client (MPC) configuration mode | From global configuration mode, use the **mpoa client config name** command. | `Router(config)# `**`mpoa client config name ip_mpc`**<br><br>`Router(mpoa-client-config)#` |
| `Router(mpoa-server-config)#` | MPOA Server (MPS) configuration | From global configuration mode, use the **mpoa server config name** command. | `Router(config)# `**`mpoa server config name ip_mps`**<br><br>`Router(mpoa-server-config)#` |

Posted: Thu Aug 9 14:24:20 PDT 2001
All contents are Copyright © 1992--2001 Cisco Systems, Inc. All rights reserved.
Important Notices and Privacy Statement.

CSI-CLI-00567746