# EXHIBIT 29

# Non-Accused Command Modes and Prompts Supported in Arista EOS Version 4.15.3F

| Mode | Exemplary Prompt |
| --- | --- |
| Ethernet Interface Configuration Mode | (config-if-ET15)# |
| VLAN Interface Configuration Mode | (config-if-Vl24)#" |
| Port Channel Interface Configuration Mode | (config-if-Po4)# |
| Management Interface Configuration Mode | (config-if-Ma1)# |
| ACL Configuration Mode | (config-acl-listname)# |
| OSPF Configuration Mode | (config-router-ospf)# |
| BGP Configuration Mode | (config-router-bgp)# |
| Mgmt-xmpp Configuration Mode | (config-mgmt-xmpp)# |
| Mgmt-console Command Mode | (config-mgmt-console)# |
| Mgmt-ssh Configuration Mode | (config-mgmt-ssh)# |
| Mgmt-telnet Command Mode | (config-mgmt-telnet)# |
| Mgmt-API Configuration Mode | (config-mgmt-api-http-cmds)# |
| Mgmt-Security Configuration Mode | (config-mgmt-security)# |
| Mgmt-SSH-Tunnel Command Mode | (config-mgmt-ssh-tunnel-Test)# |
| Mgmt-Defaults Command Mode | (config-mgmt-defaults)# |
| Event-Handler Configuration Mode | (config-handler-Eth5)# |

1116780

Case 5:14-cv-05344-BLF   Document 614-20   Filed 10/08/16   Page 3 of 3

| Role Configuration Mode | (config-mode-sysuser)# |
|---|---|
| Server-Group-RADIUS Configuration Mode | (config-sg-radius-RAD-SV1)# |
| Server-Group-TACACS+ Configuration Mode | (config-sg-tacacs+-TAC-GR)# |
| Redundancy Configuration Mode | (config-redundancy)# |
| Load-balance-profile Configuration Mode | (config-load-balance-profile-LB-1)# |
| MLAG Configuration Mode | (config-mlag)# |
| Link-flap Configuration | (config-link-flap)# |

1116780