# EXHIBIT 34

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4   CISCO SYSTEMS, INC.,

5        Plaintiff,

6           vs.          No. 5:14-cv-05344-BLF

7   ARISTA NETWORKS, INC.,    (PSG)

8        Defendant.

9   _____

10

11   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

12

13      VIDEOTAPED DEPOSITION OF DELL INC. 30(b)(6)

14         CORPORATE REPRESENTATIVE - GAVIN CATO

15                 Palo Alto, California

16                 Friday, May 20, 2016

17                      Volume I

18

19

20

21   REPORTED BY:

22   REBECCA L. ROMANO, RPR, CSR No. 12546

23   JOB NO. 2303539

24

25   PAGES 1 - 124
```

```
 1                    GAVIN CATO,                           10:08:35

 2    having been administered an oath, was examined and

 3    testified as follows:

 4

 5                    EXAMINATION                            10:08:35

 6    BY MS. McCLOSKEY:

 7         Q.   Mr. Cato, we met briefly off the record,

 8    but my name is Elizabeth McCloskey, and I'll be

 9    asking you some questions today.

10              We represent the defendant,                  10:08:41

11    Arista Networks, in this action.

12         A.   Okay.

13         Q.   Would you please state your name for the

14    record.

15         A.   Gavin Richard Cato.                          10:08:47

16         Q.   Where do you work?

17         A.   Dell.

18         Q.   And what is your title?

19         A.   Vice president of development and

20    engineering.                                           10:08:53

21         Q.   Is this the same Dell that sells consumer

22    desktop and laptop computers?

23         A.   Yes.

24         Q.   What other lines of business is Dell

25    involved in?                                           10:09:04
```

Page 10

Case 5:14-cv-05344-BLF Document 614-14 Filed 11/08/16 Page 4 of 7
Case 5:14-cv-05344-BLF Document 607-3 Filed 11/01/16 Page 4 of 7
HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1      Q.   Okay.  What do you mean by tribal              10:53:17
 2   knowledge?
 3      A.   Dell's networking teams are made up of a
 4   collection of folks with industry experience from a
 5   wide variety of places, and they come in looking at    10:53:27
 6   the solutions end to end and understanding how
 7   the -- the products need to -- to interoperate.
 8      Q.   So would you say -- say that Dell's
 9   networking teams rely on and use their industry
10   experience in creating new CLI commands?               10:53:45
11      A.   Yes.
12      Q.   Do you know whether Dell engineers
13   consult industry standards, such as those from the
14   ITF or IEEE, when adding new CLI commands?
15      A.   We do.                                         10:54:00
16      Q.   Why?
17      A.   But not --
18      Q.   I'm sorry.  Go ahead.
19      A.   We do to make sure that we're consistent
20   with industry; that is, defined hard industry          10:54:06
21   standards, but we're also very knowledgeable about
22   the fact that there are -- there are
23   customer-driven expectations and standards that
24   emerge through informal means.
25      Q.   So would it be accurate to say that Dell       10:54:23
```

Page 42

Case 5:14-cv-05344-BLF Document 614-14 Filed 11/08/16 Page 5 of 7
Case 5:14-cv-05344-BLF Document 607-3 Filed 11/02/16 Page 5 of 7
HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | considers both industry standards and customer | 10:54:26 |
| 2 | expectations in coming up with new CLI commands? | |
| 3 |     A.   Yes. | |
| 4 |     Q.   Is there anything I'm missing there? | |
| 5 | Anything else that you would say, generally, is | 10:54:36 |
| 6 | considered or consulted in coming up with a new CLI | |
| 7 | command? | |
| 8 |     A.   Consistency of the product solution sets, | |
| 9 | because of the fact that we OEM and we use | |
| 10 | third-party products in solutions. | 10:54:51 |
| 11 |     Q.   Okay.  How does Dell -- you referred to | |
| 12 | customer expectations. | |
| 13 |        How does Dell ensure that its CLI | |
| 14 | commands meet customer expectations; for example, | |
| 15 | if Dell is going to add new functionality that will | 10:55:15 |
| 16 | require the addition of new CLI commands, is there | |
| 17 | a process for ensuring that those commands meet | |
| 18 | customer expectations? | |
| 19 |        MR. HOLMES:  Objection.  Vague. | |
| 20 |        THE DEPONENT:  The -- the -- the PLM team | 10:55:25 |
| 21 | or the business product line marketing team, or | |
| 22 | manage- -- primary management team will, at Dell, | |
| 23 | interface with the sales engineers, interface with | |
| 24 | the customers, and make requirements or provide | |
| 25 | requirements to the engineering team. | 10:55:47 |

Veritext Legal Solutions
866 299-5127

Case 5:14-cv-05344-BLF Document 614-14 Filed 11/08/16 Page 6 of 7
Case 5:14-cv-05344-BLF Document 607-3 Filed 11/02/16 Page 6 of 7
HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1            I declare under penalty of perjury
 2     under the laws that the foregoing is
 3     true and correct.
 4
 5            Executed on _____ , 20___,
 6     at _____, _____.
 7
 8
 9
10
11             _____
12                    GAVIN CATO
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 123

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1    I, Rebecca L. Romano, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken before me
4    at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were administered an oath; that a record of
7    the proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is true record of the
10   testimony given.
11   Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [X] was not requested.
15   I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney or any party to this action.
18   IN WITNESS WHEREOF, I have this date subscribed my
19   name.
20   Dated: May 26, 2016
21
22
23   _____
24   Rebecca L. Romano, RPR,
25   CSR. No 12546

Page 124