# EXHIBIT 35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,        )
                                 )
 6              Plaintiff,       )
                                 ) Case No.
 7        vs.                    ) 5:14-cv-05344-BLF (PSG)
                                 )
 8   ARISTA NETWORKS, INC.       )
                                 )
 9              Defendant.       )
                                 )
10   _____)
11
12
13   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15        VIDEOTAPED DEPOSITION OF BALAJI VENKATRAMAN
16                  Palo Alto, California
17                  Tuesday, May 2, 2016
18                       Volume I
19
20
21   Reported by:
22   CARLA SOARES
23   CSR No. 5908
24   Job No.  2302931
25   Pages 1 - 116
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. SANTACANA:  Eduardo Santacana of Keker
 2    & Van Nest.  I represent the defendant, Arista
 3    Networks.
 4              MR. WONG:  Ryan Wong from Keker & Van Nest
 5    for Arista Networks.
 6              MR. HOLMES:  Drew Holmes with Quinn
 7    Emanuel of behalf of Cisco.
 8              MR. GARTEN:  Tom Garten of Covington &
 9    Burling for the witness and HP Enterprise.
10              MS. JOHNSON: Angela Johnson for HP
11    Enterprise.
12              THE VIDEO OPERATOR:  Thank you.
13              Will the certified court reporter please
14    swear in the witness.
15                       BALAJI VENKATRAMAN
16    having been administered an oath, was examined and
17    testified as follows:
18                          EXAMINATION
19    BY MR. SANTACANA:
20         Q    Good morning, sir.  Could you please state
21    your full name for the record?
22         A    Balaji Venkatraman.
23         Q    Could you spell that?
24         A    B-A-L-A-J-I, V-E-N-K-A-T-R-A-M-A-N.
25         Q    Who is your current employer?
```

Page 11

1        Q   How does it query the devices that it
2    finds in the network?
3        A   So various mechanisms.  It opens a Telnet
4    connection and executes a set of standard show
5    commands to identify what those device types are.
6        Q   When you say that it executes commands,
7    it's executing CLI commands?
8        A   Correct.
9        Q   And then it reads the response from the
10   network element after it executes a show command?
11       A   Correct.
12       Q   When you say that they are standard show
13   commands, what do you mean?
14       A   So most -- in the configuration of a
15   network element, there are some commands that one
16   could execute to understand what the device type is
17   and the OS version that is running on it.  Those are
18   very generic.  They're CLI or mechanisms like SNMP.
19   Those are very generic commands.
20           And then based on that, other
21   configuration commands may be appropriate.
22       Q   How does a product know which show
23   commands to execute, or are you saying that they're
24   all the same?
25       A   So in -- before a command is executed, the

Page 46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A    Yes.
2    Q    How does a user of Network Automation
3    indicate which mode it should be executed in?
4    A    By enabling the password.  To make -- if
5    there's a script to read the configuration, then it
6    would -- a non-privileged access is sufficient.
7         If the script is going to change something
8    in the configuration, then the privileged mode needs
9    to have -- the product needs to be in the privileged
10   mode by presenting appropriate credentials.
11        So it depends on the operation.
12   Q    Do all third-party switches have
13   privileged modes?
14   A    Most do.
15   Q    Do you know if Arista's switches have a
16   privileged mode?
17   A    I believe they do.
18   Q    Cisco's?
19   A    Yes.
20   Q    Juniper's?
21   A    I believe they do.
22   Q    If you could turn to Appendix C, which
23   begins with the Bates number ending in 947.  All the
24   way in the back.
25   A    Okay.

Veritext Legal Solutions
866 299-5127

```
 1      vendor's products or could it be used across
 2      vendors?
 3           A   Depending on the command, it could be
 4      across vendors.
 5           Q   And so those -- if a device family is used
 6      across vendors, that's because they also have
 7      similar CLI command syntax?
 8           A   That is correct.
 9           Q   Do you know whether HP's Network
10      Automation customers use device families across more
11      than one vendor?
12           A   I don't know how our customers use that.
13      The capability is there so that if the CLI is common
14      or consistent across different vendors, then that
15      script can be used.
16           Q   Are you aware of common CLI that vendors
17      share with each other?
18           A   I don't know how vendors share anything
19      with each other.
20           Q   I'm sorry.  Let me rephrase the question.
21               Are you aware of different vendors having
22      common CLI?
23           A   Yes, there are common elements to CLI from
24      different vendors.
25           Q   Including particular commands and syntax?
```

Page 71

1      A    Including commands and syntax.
2      Q    Are you aware of any particular ones?
3      A    Example might be show configuration.  It
4   could be show config, show configuration.  Similar,
5   consistent user that reads that command knows how to
6   parse it.
7      Q    Could you flip to page 120, which has a
8   Bates number of HPE84218?
9      A    Okay.  I'm there.
10     Q    This page discusses device drivers, which
11  we've discussed briefly before.
12     A    Um-hum.
13     Q    And in that first paragraph, it says, "The
14  Drivers page displays a list of the installed
15  drivers on your system and the number of drivers
16  currently in use.  The Drivers page enables you to
17  determine which" -- Network Automation or -- "NA
18  drivers were built in-house or endorsed by HP, and
19  as a result are supported by HP."
20          Does HP develop device drivers in-house?
21     A    Yes.
22     Q    And has it been doing that since the time
23  that Cisco licensed the product?
24     A    Yes.
25     Q    Does it also endorse device drivers

Page 72

1    point says, "Industry-standard CLI with a
2    hierarchical structure" as the -- as one of the
3    features of this switch, and underneath it says,
4    "Reduces training time and expenses, and increases
5    productivity in multi-vendor installations."
6         A    Right.
7         Q    Do you have an understanding of what the
8    industry standard CLI with a hierarchical structure
9    is?
10        A    Yes.
11        Q    What is that?
12        A    So as we discussed earlier, the reason to
13   have common, consistent-looking CLI across different
14   vendors and different device types for the devices
15   to present a common interface is because users can
16   leverage the learning on one device to another
17   device, another class of device.
18             So in the interest of helping our
19   customers, Hewlett-Packard also implements CLI that
20   is accepted industry standard so that we minimize
21   the amount of time customers have to spend learning
22   our -- our CLI.
23        Q    Is the industry standard CLI that HP
24   implements to help its customers with training time
25   and expenses, is that a set of specific commands?

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8            I, BALAJI VENKATRAMAN, do hereby declare
 9    under penalty of perjury that I have read the
10    foregoing transcript; that I have made any
11    corrections as appear noted, in ink, initialed by
12    me, or attached hereto; that my testimony as
13    contained herein, as corrected, is true and correct.
14            EXECUTED this _____ day of _____,
15    2016, at _____, _____.
16                   (City)                 (State)
17
18
19                              _____
20                              BALAJI VENKATRAMAN
21
22
23
24
25
                                              Page 115
```

```
 1              I, the undersigned, a Certified Shorthand
 2      Reporter of the State of California, do hereby
 3      certify:
 4              That the foregoing proceedings were taken
 5      before me at the time and place herein set forth;
 6      that any witnesses in the foregoing proceedings,
 7      prior to testifying, were administered an oath; that
 8      a record of the proceedings was made by me using
 9      machine shorthand which was thereafter transcribed
10      under my direction; that the foregoing transcript is
11      a true record of the testimony given.
12              Further, that if the foregoing pertains to
13      the original transcript of a deposition in a Federal
14      Case, before completion of the proceedings, review
15      of the transcript [X] was [ ] was not requested.
16              I further certify I am neither financially
17      interested in the action nor a relative or employee
18      of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20      subscribed my name.
21
22      Dated: 05/13/2016
23
24                              _____
25                              CARLA SOARES
                                CSR No. 5908
```

Page 116