# EXHIBIT 36

1                UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5  CISCO SYSTEMS, INC.,

6                Plaintiff,

7  vs.                  No. 5:14-cv-05344-BLF(PSG)

8  ARISTA NETWORKS, INC.,

9                Defendant.

   _____/

10

11

12     CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

13

14         VIDEOTAPED DEPOSITION OF TONG LIU

15           FRIDAY, JANUARY 15, 2016

16             PALO ALTO, CALIFORNIA

17

18

19

20

21  Reported by:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23  CSR LICENSE NO. 9830

24  JOB NO. 2211574

25  Pages 1 - 215

1    way.

2         If there are any objections to proceeding,

3    please state them at the time of your appearance.

4         And if you would please state your

5    appearances.

6         MR. WONG:  Ryan Wong from Keker & Van Nest

7    for defendant Arista Networks.

8         MR. PAK:  Sean Pak of Quinn Emanuel,

9    representing Cisco and the witness.

10         THE VIDEOGRAPHER:  Thank you.

11         If the court reporter would please swear the

12    witness, we can begin.

13

14                    TONG LIU,

15              having been sworn as a witness

16           by the Certified Shorthand Reporter,

17                  testified as follows:

18

19                    EXAMINATION

20    BY MR. WONG:

21         Q    Good morning, Ms. Liu.

22         A    Good morning.

23         Q    Please state your full name for the record.

24         A    Tong Liu.

25         Q    Do you go by any other names, Ms. Liu?

                                        Page 7

Case 5:14-cv-05344-BLF Document 60-9 Filed 11/01/16 Page 4 of 10

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 167

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 168



Page 169

Case 5:14-cv-05344-BLF Document 64-16 Filed 11/08/16 Page 7 of 10
Case 5:14-cv-05344-BLF Document 60-9 Filed 11/02/16 Page 7 of 10
CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 170

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 171

Case 5:14-cv-05344-BLF Document 66-16 Filed 11/08/16 Page 9 of 10
Case 5:14-cv-05344-BLF Document 60-9 Filed 11/02/16 Page 9 of 10
CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 172

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1                    J U R A T

 2

 3          I, TONG LIU, do hereby certify under penalty

 4       of perjury, that I have read the foregoing

 5       transcript of my deposition in the matter of

 6       Cisco Systems, Inc., vs. Arista Networks, Inc.,

 7       taken on January 15, 2016; that I have made such

 8       corrections as appear noted herein in ink,

 9       initialed by me; that my testimony as contained

10       herein, as corrected, is true and correct.

11             DATED this ____ day of _____,

12       2015, at _____.

13              _____

14                    SIGNATURE OF WITNESS

15

16     NOTARIZATION (If Required)

17     State of _____

18     County of _____

19     Subscribed and sworn to (or affirmed) before me on

20     this _____ day of _____, 20_____,

21     by _____, proved to me on the

22     basis of satisfactory evidence to be the person who

23     appeared before me.

24     Signature: _____ (Seal)

25
```

Page 214