# EXHIBIT 39

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,
 6            Plaintiff,
 7   vs.                      No. 5:14-cv-05344
 8   ARISTA NETWORKS, INC.,        BLF (PSG)
 9            Defendants.
10   _____
11
12     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14   CONTINUED VIDEOTAPED DEPOSITION OF KIRK LOUGHEED
15                    VOLUME III
16              PALO ALTO, CALIFORNIA
17            FRIDAY, SEPTEMBER 16, 2016
18
19
20   REPORTED BY:
21   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR,
22   CSR LICENSE NO. 9830
23   JOB NO.  2443465
24
25   PAGES 400 - 654
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,
 6            Plaintiff,
 7   vs.                         No. 5:14-cv-05344
 8   ARISTA NETWORKS, INC.,      BLF (PSG)
 9            Defendants.
10   _____
11
12
13
14      Continued Videotaped 30(b)(6) Deposition of
15      KIRK LOUGHEED, Volume III, taken on Friday,
16      September 16, 2016, pursuant to notice, on behalf
17      of the Defendants, at Wilson Sonsini Goodrich &
18      Rosati, 601 California Street, Palo Alto,
19      California, before me, ANDREA M. IGNACIO, CSR, RPR,
20      CRR, CLR ~ License No. 9830.
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   financially interested in the outcome in any way.
2           If there are any objections to proceeding,
3   please state them at the time of your appearance,
4   beginning with the noticing attorney.
5           MR. SANTACANA:  Good morning.  Eduardo
6   Santacana from Keker & Van Nest, for Arista Networks.
7           MR. HOLMES:  Drew Holmes of Quinn Emanuel, on
8   behalf of Cisco and the witness.
9           THE VIDEOGRAPHER:  Thank you.
10          The witness will be sworn in, and counsel may
11  begin the examination.
12
13                  KIRK S. LOUGHEED,
14          having been re-sworn as a witness
15           by the Certified Shorthand Reporter,
16                  testified as follows:
17
18                  FURTHER EXAMINATION
19  BY MR. SANTACANA:
20      Q   Good morning, Mr. Lougheed.  My name is
21  Eduardo Santacana.  I represent Arista Networks in the
22  Cisco versus Arista case.
23          You've been deposed twice before in this
24  case; is that correct?
25      A   That's correct.



Case 5:14-cv-05344-BLF Document 614-10 Filed 11/08/16 Page 6 of 12
Case 5:14-cv-05344-BLF Document 607-8 Filed 11/01/16 Page 6 of 12
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 583

Case 5:14-cv-05344-BLF Document 614-10 Filed 11/08/16 Page 7 of 12
Case 5:14-cv-05344-BLF Document 607-8 Filed 11/01/16 Page 7 of 12
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 587



Case 5:14-cv-05344-BLF Document 614-18 Filed 11/08/16 Page 10 of 12
Case 5:14-cv-05344-BLF Document 607-8 Filed 11/01/16 Page 10 of 12
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 626

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            J U R A T

2

3        I, Kirk Lougheed, Volume III, do hereby

4     certify under penalty of perjury, that I have read

5     the foregoing transcript of my deposition in the

6     matter of Cisco Systems vs. Arista Networks taken

7     on September 16, 2016; that I have made such

8     corrections as appear noted herein in ink,

9     initialed by me; that my testimony as contained

10    herein, as corrected, is true and correct.

11           DATED this ____ day of _____, 2016,

12  at _____.

13

14

15

16           _____

17                  SIGNATURE OF WITNESS

18

19

20

21

22

23

24

25

Page 653

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          CERTIFICATE OF REPORTER
2
3          I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing deposition was by me duly
5   sworn to tell the truth, the whole truth, and nothing
6   but the truth in the within-entitled cause;
7          That said deposition was taken in shorthand
8   by me, a disinterested person, at the time and place
9   therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
    computer, under my direction and supervision;
11         That before completion of the deposition,
12  review of the transcript [x] was [ ] was not
13  requested.  If requested, any changes made by the
14  deponent (and provided to the reporter) during the
15  period allowed are appended hereto.
           I further certify that I am not of counsel or
16  attorney for either or any of the parties to the said
17  deposition, nor in any way interested in the event of
18  this cause, and that I am not related to any of the
19  parties thereto.
20         Dated: 9/20/2016
21
22
23         _____
24         ANDREA M. IGNACIO,
25         RPR, CRR, CCRR, CLR, CSR No. 9830

Page 654