# EXHIBIT 47

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | Disputed CLI Command (or Command Fragment) | Vendors Supporting Command (Not Including Cisco or Arista)* |
|---|---|---|
| 1. | ip address | 18 |
| 2. | show ip route | 17 |
| 3. | snmp-server community | 17 |
| 4. | show clock | 17 |
| 5. | ipv6 address | 16 |
| 6. | ip route | 16 |
| 7. | show users | 16 |
| 8. | snmp-server location | 16 |
| 9. | snmp-server contact | 16 |
| 10. | show ip ospf interface | 16 |
| 11. | clock set | 16 |
| 12. | show ip interface | 16 |
| 13. | router bgp | 15 |
| 14. | default-information originate (OSPF) | 15 |
| 15. | show version | 15 |
| 16. | show arp | 15 |
| 17. | snmp-server enable traps | 15 |
| 18. | snmp-server view | 14 |
| 19. | show spanning-tree | 14 |
| 20. | maximum-paths | 14 |
| 21. | show ip ospf neighbor | 14 |
| 22. | ipv6 route | 14 |
| 23. | terminal length | 14 |
| 24. | show vlan | 14 |
| 25. | snmp-server group | 14 |
| 26. | clock timezone | 14 |
| 27. | snmp-server user | 14 |
| 28. | ip access-group | 14 |
| 29. | snmp-server host | 14 |
| 30. | show ipv6 interface | 14 |
| 31. | tacacs-server host | 14 |
| 32. | show ipv6 route | 14 |
| 33. | show ip ospf | 14 |
| 34. | tacacs-server key | 14 |
| 35. | show ip route summary | 13 |
| 36. | ip ospf hello-interval | 13 |
| 37. | router ospf | 13 |
| 38. | clear counters | 13 |
| 39. | route-map | 13 |
| 40. | default-metric (OSPF) | 13 |
| 41. | ip ospf cost | 13 |
| 42. | area range | 13 |
| 43. | ip ospf dead-interval | 13 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 44. | clear arp-cache | 13 |
| 45. | ip name-server | 13 |
| 46. | router rip | 13 |
| 47. | aaa accounting | 13 |
| 48. | ip domain lookup | 12 |
| 49. | default-metric (OSPFv3) | 12 |
| 50. | show ip interface brief | 12 |
| 51. | aaa authentication login | 12 |
| 52. | show privilege | 12 |
| 53. | area stub | 12 |
| 54. | tacacs-server timeout | 12 |
| 55. | ip ospf priority | 12 |
| 56. | default-information originate (OSPFv3) | 12 |
| 57. | ip ospf retransmit-interval | 12 |
| 58. | show ip pim interface | 12 |
| 59. | boot system | 12 |
| 60. | show route-map | 12 |
| 61. | show interfaces | 12 |
| 62. | show ip bgp | 12 |
| 63. | show ip bgp neighbors | 12 |
| 64. | show ipv6 route summary | 11 |
| 65. | ip routing | 11 |
| 66. | interface ethernet | 11 |
| 67. | lacp system-priority | 11 |
| 68. | show ip pim neighbor | 11 |
| 69. | router-id | 11 |
| 70. | show snmp engineID | 11 |
| 71. | show dot1x | 11 |
| 72. | interface vlan | 11 |
| 73. | show hosts | 11 |
| 74. | ipv6 access-list | 11 |
| 75. | show ip bgp summary | 11 |
| 76. | dot1x port-control | 11 |
| 77. | ip ospf transmit-delay | 11 |
| 78. | show mac-address-table | 11 |
| 79. | area nssa | 11 |
| 80. | show snmp user | 11 |
| 81. | show ip mroute | 11 |
| 82. | interface loopback | 11 |
| 83. | spanning-tree link-type | 11 |
| 84. | ip domain-name | 11 |
| 85. | spanning-tree mode | 11 |
| 86. | maximum-paths (OSPFv3) | 10 |
| 87. | spanning-tree bpduguard | 10 |
| 88. | lacp port-priority | 10 |
| 89. | mac-address-table aging-time | 10 |
| 90. | ipv6 nd ra interval | 10 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 91. | show dot1x statistics | 10 |
| 92. | address-family | 10 |
| 93. | ip igmp snooping | 10 |
| 94. | snmp-server engineID local | 10 |
| 95. | ip igmp query-interval | 10 |
| 96. | area default-cost | 10 |
| 97. | ip host | 10 |
| 98. | show snmp | 10 |
| 99. | show ip access-lists | 10 |
| 100. | show snmp group | 10 |
| 101. | show ipv6 neighbors | 10 |
| 102. | show ip igmp interface | 10 |
| 103. | area range (OSPFv3) | 10 |
| 104. | ip proxy-arp | 10 |
| 105. | show lldp | 10 |
| 106. | ipv6 nd ra lifetime | 10 |
| 107. | ip helper-address | 10 |
| 108. | spanning-tree cost | 10 |
| 109. | show port-security | 10 |
| 110. | ipv6 nd managed-config-flag | 10 |
| 111. | arp timeout | 10 |
| 112. | ipv6 ospf area | 10 |
| 113. | show ip ospf border-routers | 10 |
| 114. | show ip igmp groups | 10 |
| 115. | show ipv6 ospf neighbor | 9 |
| 116. | show ip pim rp-hash | 9 |
| 117. | mac access-group | 9 |
| 118. | no snmp-server | 9 |
| 119. | spanning-tree mst configuration | 9 |
| 120. | radius-server host | 9 |
| 121. | ipv6 nd other-config-flag | 9 |
| 122. | show mac-address-table aging time | 9 |
| 123. | ip access-list | 9 |
| 124. | show monitor session | 9 |
| 125. | dot1x reauthentication | 9 |
| 126. | ip pim dr-priority | 9 |
| 127. | switchport mode | 9 |
| 128. | aggregate-address | 9 |
| 129. | dot1x timeout tx-period | 9 |
| 130. | show radius | 9 |
| 131. | logging host | 9 |
| 132. | show ip igmp snooping | 9 |
| 133. | ip prefix-list | 9 |
| 134. | show ip igmp snooping mrouter | 9 |
| 135. | show interfaces status | 9 |
| 136. | clear ipv6 neighbors | 9 |
| 137. | area stub (OSPFv3) | 9 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 138. | banner motd | 9 |
| 139. | ipv6 nd reachable-time | 9 |
| 140. | ipv6 nd ns-interval | 9 |
| 141. | storm-control | 9 |
| 142. | dot1x timeout reauth-period | 9 |
| 143. | show ipv6 ospf interface | 9 |
| 144. | show spanning-tree mst configuration | 9 |
| 145. | neighbor remote-as | 9 |
| 146. | show tacacs | 9 |
| 147. | show interfaces switchport | 9 |
| 148. | show ip dhcp snooping | 8 |
| 149. | show vrrp | 8 |
| 150. | show spanning-tree blockedports | 8 |
| 151. | show ip ospf database database-summary | 8 |
| 152. | ip igmp last-member-query-interval | 8 |
| 153. | area nssa (OSPFv3) | 8 |
| 154. | ip nat pool | 8 |
| 155. | channel-group | 8 |
| 156. | show storm-control | 8 |
| 157. | dot1x system-auth-control | 8 |
| 158. | ip ospf network | 8 |
| 159. | dot1x timeout quiet-period | 8 |
| 160. | ip dhcp snooping vlan | 8 |
| 161. | radius-server key | 8 |
| 162. | mac-address-table static | 8 |
| 163. | radius-server timeout | 8 |
| 164. | ipv6 ospf priority | 8 |
| 165. | show lldp neighbors | 8 |
| 166. | show spanning-tree interface | 8 |
| 167. | ip igmp version | 8 |
| 168. | ipv6 router ospf | 8 |
| 169. | ipv6 neighbor | 8 |
| 170. | interface port-channel | 8 |
| 171. | show mac-address-table count | 8 |
| 172. | area nssa default-information-originate | 8 |
| 173. | show ntp status | 8 |
| 174. | ip dhcp snooping | 8 |
| 175. | ipv6 ospf cost | 8 |
| 176. | show ip bgp peer-group | 8 |
| 177. | router-id (OSPFv3) | 8 |
| 178. | spanning-tree port-priority | 8 |
| 179. | ipv6 ospf dead-interval | 8 |
| 180. | switchport access vlan | 8 |
| 181. | area default-cost (OSPFv3) | 8 |
| 182. | ip ospf authentication | 8 |
| 183. | ip ospf authentication-key | 8 |
| 184. | ipv6 ospf hello-interval | 8 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 185. | ntp server | 7 |
| 186. | show isis database | 7 |
| 187. | banner login | 7 |
| 188. | ipv6 prefix-list | 7 |
| 189. | switchport trunk native vlan | 7 |
| 190. | passive-interface | 7 |
| 191. | lldp receive | 7 |
| 192. | ip multicast-routing | 7 |
| 193. | ipv6 host | 7 |
| 194. | neighbor shutdown | 7 |
| 195. | ipv6 ospf transmit-delay | 7 |
| 196. | is-type | 7 |
| 197. | neighbor next-hop-self | 7 |
| 198. | show ip arp | 7 |
| 199. | ip igmp snooping querier | 7 |
| 200. | passive-interface (OSPFv3) | 7 |
| 201. | neighbor route-reflector-client | 7 |
| 202. | router isis | 7 |
| 203. | ipv6 enable | 7 |
| 204. | show ipv6 ospf | 7 |
| 205. | ip pim rp-address | 7 |
| 206. | clear ip bgp | 7 |
| 207. | show lacp counters | 7 |
| 208. | show ip bgp community | 7 |
| 209. | switchport trunk allowed vlan | 7 |
| 210. | ip radius source-interface | 7 |
| 211. | show ip prefix-list | 7 |
| 212. | area nssa no-summary | 7 |
| 213. | neighbor password | 7 |
| 214. | port-channel load-balance | 7 |
| 215. | show reload | 7 |
| 216. | neighbor timers | 7 |
| 217. | switchport private-vlan mapping | 6 |
| 218. | show snmp view | 6 |
| 219. | show ntp associations | 6 |
| 220. | neighbor route-map | 6 |
| 221. | lldp transmit | 6 |
| 222. | neighbor update-source | 6 |
| 223. | clear mac-address-table dynamic | 6 |
| 224. | network area | 6 |
| 225. | ipv6 ospf retransmit- interval | 6 |
| 226. | set-overload-bit | 6 |
| 227. | show vlan private-vlan | 6 |
| 228. | show dot1q-tunnel | 6 |
| 229. | log-adjacency-changes (IS-IS) | 6 |
| 230. | area nssa default-information-originate (OSPFv3) | 6 |
| 231. | ip igmp static-group | 6 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| # | Command | Count |
|---|---|---|
| 232. | show ip helper-address | 6 |
| 233. | ipv6 ospf network | 6 |
| 234. | ip pim rp-candidate | 6 |
| 235. | show policy-map interface | 6 |
| 236. | show ip igmp snooping groups | 6 |
| 237. | show qos maps | 6 |
| 238. | show ip nat translations | 6 |
| 239. | show vlan internal usage | 6 |
| 240. | ipv6 dhcp relay destination | 6 |
| 241. | lldp run | 6 |
| 242. | ip access-list standard | 6 |
| 243. | log-adjacency-changes | 6 |
| 244. | show ipv6 access-list | 6 |
| 245. | spanning-tree bpdufilter | 6 |
| 246. | timers basic (RIP) | 6 |
| 247. | neighbor activate | 6 |
| 248. | ipv6 nd prefix | 6 |
| 249. | terminal monitor | 6 |
| 250. | mac-address | 5 |
| 251. | bgp cluster-id | 5 |
| 252. | isis priority | 5 |
| 253. | neighbor ebgp-multihop | 5 |
| 254. | private-vlan | 5 |
| 255. | ip nat translation tcp-timeout | 5 |
| 256. | neighbor description | 5 |
| 257. | ip nat translation udp-timeout | 5 |
| 258. | show ip extcommunity-list | 5 |
| 259. | show ipv6 prefix-list | 5 |
| 260. | lldp timer | 5 |
| 261. | neighbor remove-private-as | 5 |
| 262. | ip tacacs source-interface | 5 |
| 263. | show mac access-lists | 5 |
| 264. | ip multicast boundary | 5 |
| 265. | neighbor weight | 5 |
| 266. | show spanning-tree mst | 5 |
| 267. | show interfaces description | 5 |
| 268. | ip igmp query-max-response-time | 5 |
| 269. | neighbor send-community | 5 |
| 270. | ntp authenticate | 5 |
| 271. | errdisable recovery cause | 5 |
| 272. | ntp authentication-key | 5 |
| 273. | ip pim bsr-candidate | 5 |
| 274. | ip pim sparse-mode | 5 |
| 275. | show ip bgp regexp | 5 |
| 276. | radius-server deadtime | 5 |
| 277. | show snmp community | 5 |
| 278. | spanning-tree guard | 5 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 279. | ipv6 unicast-routing | 5 |
| 280. | radius-server retransmit | 5 |
| 281. | isis hello-multiplier | 5 |
| 282. | neighbor default-originate | 5 |
| 283. | show ip community-list | 5 |
| 284. | distance bgp | 5 |
| 285. | isis metric | 5 |
| 286. | ip as-path access-list | 5 |
| 287. | timers bgp | 5 |
| 288. | ip community-list standard | 5 |
| 289. | show isis interface | 5 |
| 290. | spf-interval | 4 |
| 291. | bgp client-to-client reflection | 4 |
| 292. | ip icmp redirect | 4 |
| 293. | show ip msdp peer | 4 |
| 294. | load-interval | 4 |
| 295. | show ip msdp sa-cache | 4 |
| 296. | show port-security interface | 4 |
| 297. | show ip msdp summary | 4 |
| 298. | show environment power | 4 |
| 299. | clear ip igmp group | 4 |
| 300. | show vrf | 4 |
| 301. | clear ip mroute | 4 |
| 302. | show inventory | 4 |
| 303. | ipv6 access-group | 4 |
| 304. | errdisable recovery interval | 4 |
| 305. | clear ip msdp sa-cache | 4 |
| 306. | neighbor peer-group (creating) | 4 |
| 307. | show ip rip database | 4 |
| 308. | bgp redistribute internal | 4 |
| 309. | ip load-sharing | 4 |
| 310. | show spanning-tree root | 4 |
| 311. | show ipv6 ospf border-routers | 4 |
| 312. | ip ospf message-digest-key | 4 |
| 313. | ip dhcp snooping information option | 4 |
| 314. | snmp-server engineID remote | 4 |
| 315. | neighbor peer-group (assigning members) | 4 |
| 316. | show interfaces transceiver | 4 |
| 317. | clear lldp counters | 4 |
| 318. | log-adjacency-changes (OSPFv3) | 4 |
| 319. | ip local-proxy-arp | 4 |
| 320. | show ip bgp paths | 4 |
| 321. | bgp log-neighbor-changes | 4 |
| 322. | neighbor local-as | 4 |
| 323. | clear spanning-tree counters | 4 |
| 324. | isis hello-interval | 4 |
| 325. | show ip mroute count | 3 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 326. | ip igmp snooping vlan | 3 |
| 327. | aaa authorization config-commands | 3 |
| 328. | port-channel min-links | 3 |
| 329. | ip igmp startup-query-interval | 3 |
| 330. | ipv6 nd router-preference | 3 |
| 331. | vrrp preempt | 3 |
| 332. | flowcontrol receive | 3 |
| 333. | show ipv6 bgp summary | 3 |
| 334. | clear lldp table | 3 |
| 335. | bgp confederation peers | 3 |
| 336. | dot1x pae authenticator | 3 |
| 337. | ntp trusted-key | 3 |
| 338. | show module | 3 |
| 339. | domain-id | 3 |
| 340. | aaa group server radius | 3 |
| 341. | snmp-server chassis-id | 3 |
| 342. | ip igmp last-member-query-count | 3 |
| 343. | show ipv6 bgp | 3 |
| 344. | aaa group server tacacs+ | 3 |
| 345. | flowcontrol send | 3 |
| 346. | ip pim spt-threshold | 3 |
| 347. | mac access-list | 3 |
| 348. | show environment temperature | 3 |
| 349. | ip igmp startup-query-count | 3 |
| 350. | isis passive | 3 |
| 351. | switchport port-security | 3 |
| 352. | show spanning-tree mst interface | 3 |
| 353. | neighbor allowas-in | 3 |
| 354. | show ip pim rp | 3 |
| 355. | bgp confederation identifier | 3 |
| 356. | show flowcontrol ** | 3 |
| 357. | passive-interface default | 3 |
| 358. | show track | 3 |
| 359. | aaa accounting dot1x | 3 |
| 360. | clear ip ospf neighbor | 3 |
| 361. | show snmp trap | 2 |
| 362. | vrrp ip | 2 |
| 363. | show spanning-tree bridge | 2 |
| 364. | ip msdp default-peer | 2 |
| 365. | spanning-tree transmit hold-count | 2 |
| 366. | ip msdp sa-limit | 2 |
| 367. | isis lsp-interval | 2 |
| 368. | clear ip nat translation | 2 |
| 369. | priority-flow-control mode | 2 |
| 370. | ip pim ssm range | 2 |
| 371. | spanning-tree portfast bpduguard default | 2 |
| 372. | show vlan summary | 2 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 373. | vrrp timers advertise | 2 |
| 374. | ipv6 nd ra suppress | 2 |
| 375. | show isis topology | 2 |
| 376. | ip msdp sa-filter in | 2 |
| 377. | ip msdp sa-filter out | 2 |
| 378. | ip msdp mesh-group | 2 |
| 379. | show etherchannel | 2 |
| 380. | lldp reinit | 2 |
| 381. | vlan internal allocation policy | 2 |
| 382. | show interfaces flowcontrol | 2 |
| 383. | show port-security address | 2 |
| 384. | show ip ospf request-list | 2 |
| 385. | ip igmp snooping vlan mrouter | 2 |
| 386. | show lldp traffic | 2 |
| 387. | spanning-tree vlan | 2 |
| 388. | ntp source | 2 |
| 389. | ip igmp snooping vlan static | 2 |
| 390. | show ipv6 bgp neighbors | 2 |
| 391. | ip pim query-interval | 2 |
| 392. | show interfaces switchport backup | 2 |
| 393. | switchport port-security maximum | 2 |
| 394. | bfd all-interfaces | 2 |
| 395. | ip pim bsr-border | 2 |
| 396. | neighbor soft-reconfiguration | 2 |
| 397. | ip msdp originator-id | 2 |
| 398. | ip community-list expanded | 2 |
| 399. | clear ip arp | 2 |
| 400. | show lacp neighbor | 2 |
| 401. | ip msdp peer | 2 |
| 402. | enable secret | 2 |
| 403. | timers throttle spf | 2 |
| 404. | ip igmp snooping vlan immediate-leave | 2 |
| 405. | vrrp authentication | 2 |
| 406. | vrrp priority | 2 |
| 407. | show bfd neighbors | 2 |
| 408. | ip ospf shutdown | 2 |
| 409. | spanning-tree portfast bpdufilter default | 2 |
| 410. | ip domain name ** | 2 |
| 411. | show snmp host | 2 |
| 412. | show environment all | 2 |
| 413. | vrrp delay reload | 1 |
| 414. | ip dhcp smart-relay | 1 |
| 415. | domain-name | 1 |
| 416. | lacp rate | 1 |
| 417. | isis passive-interface | 1 |
| 418. | ip extcommunity-list expanded | 1 |
| 419. | control-plane | 1 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 420. | show mac-address-table aging-time | 1 |
| 421. | arp timeout | 1 |
| 422. | show interfaces capabilities | 1 |
| 423. | timers throttle lsa all | 1 |
| 424. | ip extcommunity-list standard | 1 |
| 425. | vrf forwarding | 1 |
| 426. | ip msdp shutdown | 1 |
| 427. | aaa authorization console | 1 |
| 428. | lldp holdtime | 1 |
| 429. | ip msdp keepalive | 1 |
| 430. | switchport backup interface | 1 |
| 431. | neighbor peer-group | 1 |
| 432. | show ip msdp mesh-group | 1 |
| 433. | ip pim neighbor-filter | 1 |
| 434. | show snmp mib | 1 |
| 435. | timers lsa arrival | 1 |
| 436. | show snmp source-interface | 1 |
| 437. | ipv6 ospf retransmit-interval | 1 |
| 438. | show ip route tag | 1 |
| 439. | vrf definition | 1 |
| 440. | redundancy force-switchover | 1 |
| 441. | show ptp clock | 1 |
| 442. | show lacp interface | 1 |
| 443. | ip msdp description | 1 |
| 444. | switchport vlan mapping | 1 |
| 445. | spanning-tree loopguard default | 1 |
| 446. | lldp tlv-select | 1 |
| 447. | vrrp track | 1 |
| 448. | show port-channel summary | 1 |
| 449. | default-metric | 1 |
| 450. | ip ospf bfd | 1 |
| 451. | ip igmp query-interval-response-time | 1 |
| 452. | snmp-server source-interface | 1 |
| 453. | show ip ospf retransmission-list | 1 |
| 454. | ip pim spt-threshold group-list | 1 |
| 455. | timers basic | 1 |

\* Adtran, Alcatel/ALU, Allied Telesis, Avaya, Brocade, Dell (incl. Force10), D-Link, Edge-Core, Ericsson, Extreme (incl. Enterasys), Foundry, HP, ISCLI, Juniper, NETGEAR, Procket Networks, Redback Networks, and Sun/Oracle

| | Disputed CLI Command (or Command Fragment) | Vendors Supporting Command (HP, Brocade, Alcatel/ALU, Juniper, and Extreme/Enterasys Only) |
|---|---|---|
| 1. | show ip pim neighbor | 5 |
| 2. | snmp-server host | 5 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| 3. | snmp-server community | 5 |
|---|---|---|
| 4. | boot system | 5 |
| 5. | show ip ospf interface | 5 |
| 6. | clock set | 5 |
| 7. | show users | 5 |
| 8. | ip address | 5 |
| 9. | snmp-server enable traps | 5 |
| 10. | ipv6 address | 5 |
| 11. | snmp-server user | 5 |
| 12. | ipv6 route | 5 |
| 13. | show ip pim interface | 5 |
| 14. | show interfaces | 5 |
| 15. | show ip route | 5 |
| 16. | show ip bgp | 5 |
| 17. | show version | 5 |
| 18. | show ip bgp neighbors | 5 |
| 19. | snmp-server contact | 5 |
| 20. | show ip interface | 5 |
| 21. | snmp-server group | 5 |
| 22. | show ip mroute | 5 |
| 23. | snmp-server location | 5 |
| 24. | show ip ospf | 5 |
| 25. | snmp-server view | 5 |
| 26. | show ip ospf border-routers | 5 |
| 27. | show clock | 5 |
| 28. | show ip pim rp-hash | 4 |
| 29. | show vrrp | 4 |
| 30. | show route-map | 4 |
| 31. | area stub | 4 |
| 32. | area range | 4 |
| 33. | lacp port-priority | 4 |
| 34. | show ipv6 neighbors | 4 |
| 35. | tacacs-server key | 4 |
| 36. | show tacacs | 4 |
| 37. | terminal length | 4 |
| 38. | ip prefix-list | 4 |
| 39. | neighbor remote-as | 4 |
| 40. | ip igmp query-interval | 4 |
| 41. | neighbor route-reflector-client | 4 |
| 42. | show ip route summary | 4 |
| 43. | aaa accounting | 4 |
| 44. | show ntp status | 4 |
| 45. | neighbor timers | 4 |
| 46. | show snmp user | 4 |
| 47. | ntp server | 4 |
| 48. | ip ospf hello-interval | 4 |
| 49. | route-map | 4 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 50. | ip ospf retransmit-interval | 4 |
| 51. | router bgp | 4 |
| 52. | ip route | 4 |
| 53. | router rip | 4 |
| 54. | show ip ospf neighbor | 4 |
| 55. | show arp | 4 |
| 56. | ip nat pool | 4 |
| 57. | tacacs-server host | 4 |
| 58. | ip ospf cost | 4 |
| 59. | banner motd | 4 |
| 60. | show ipv6 interface | 4 |
| 61. | aaa authentication login | 4 |
| 62. | show ipv6 route | 4 |
| 63. | aggregate-address | 4 |
| 64. | show reload | 4 |
| 65. | show ip bgp peer-group | 4 |
| 66. | show snmp group | 4 |
| 67. | show ip bgp summary | 4 |
| 68. | show spanning-tree | 4 |
| 69. | show ip igmp groups | 4 |
| 70. | ip ospf dead-interval | 4 |
| 71. | clock timezone | 4 |
| 72. | show vlan | 4 |
| 73. | show ip interface brief | 4 |
| 74. | ip ospf priority | 4 |
| 75. | default-information originate (OSPF) | 4 |
| 76. | ip ospf transmit-delay | 4 |
| 77. | show ip nat translations | 4 |
| 78. | ip proxy-arp | 4 |
| 79. | interface ethernet | 4 |
| 80. | ipv6 access-list | 4 |
| 81. | ip access-group | 4 |
| 82. | ipv6 neighbor | 4 |
| 83. | area nssa | 4 |
| 84. | tacacs-server timeout | 4 |
| 85. | ipv6 ospf area | 3 |
| 86. | ipv6 nd managed-config-flag | 3 |
| 87. | switchport access vlan | 3 |
| 88. | neighbor next-hop-self | 3 |
| 89. | show port-security | 3 |
| 90. | neighbor password | 3 |
| 91. | interface loopback | 3 |
| 92. | ip access-list | 3 |
| 93. | show ipv6 access-list | 3 |
| 94. | neighbor remove-private-as | 3 |
| 95. | show mac-address-table | 3 |
| 96. | neighbor route-map | 3 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 97. | ipv6 nd ra interval | 3 |
| 98. | ip access-list standard | 3 |
| 99. | isis hello-multiplier | 3 |
| 100. | neighbor send-community | 3 |
| 101. | mac-address-table aging-time | 3 |
| 102. | bgp redistribute internal | 3 |
| 103. | bgp cluster-id | 3 |
| 104. | ip as-path access-list | 3 |
| 105. | errdisable recovery cause | 3 |
| 106. | neighbor update-source | 3 |
| 107. | show lacp counters | 3 |
| 108. | neighbor weight | 3 |
| 109. | show monitor session | 3 |
| 110. | no snmp-server | 3 |
| 111. | show radius | 3 |
| 112. | ip community-list standard | 3 |
| 113. | ipv6 nd reachable-time | 3 |
| 114. | ip domain lookup | 3 |
| 115. | address-family | 3 |
| 116. | ip domain-name | 3 |
| 117. | isis priority | 3 |
| 118. | router ospf | 3 |
| 119. | lldp run | 3 |
| 120. | ip helper-address | 3 |
| 121. | neighbor activate | 3 |
| 122. | set-overload-bit | 3 |
| 123. | switchport trunk native vlan | 3 |
| 124. | ip igmp last-member-query-interval | 3 |
| 125. | default-metric (OSPFv3) | 3 |
| 126. | area range (OSPFv3) | 3 |
| 127. | dot1x port-control | 3 |
| 128. | ip igmp static-group | 3 |
| 129. | show ipv6 ospf interface | 3 |
| 130. | show ip access-lists | 3 |
| 131. | show isis database | 3 |
| 132. | ip igmp version | 3 |
| 133. | show lldp neighbors | 3 |
| 134. | ip multicast-routing | 3 |
| 135. | show mac-address-table aging time | 3 |
| 136. | ip name-server | 3 |
| 137. | ipv6 nd ns-interval | 3 |
| 138. | channel-group | 3 |
| 139. | show privilege | 3 |
| 140. | ip nat translation tcp-timeout | 3 |
| 141. | ipv6 nd other-config-flag | 3 |
| 142. | show ip igmp interface | 3 |
| 143. | show snmp engineID | 3 |

Case 5:14-cv-05344-BLF   Document 615-71   Filed 07/08/16   Page 15 of 19
Case 5:14-cv-05344-BLF   Document 581-1   Filed 01/28/16   Page 15 of 19
AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| | | |
|---|---|---|
| 144. | ip nat translation udp-timeout | 3 |
| 145. | errdisable recovery interval | 3 |
| 146. | ip ospf authentication-key | 3 |
| 147. | ipv6 prefix-list | 3 |
| 148. | clear arp-cache | 3 |
| 149. | isis hello-interval | 3 |
| 150. | clear counters | 3 |
| 151. | isis metric | 3 |
| 152. | clear ipv6 neighbors | 3 |
| 153. | is-type | 3 |
| 154. | ip ospf network | 3 |
| 155. | snmp-server engineID local | 3 |
| 156. | area nssa (OSPFv3) | 3 |
| 157. | mac access-group | 3 |
| 158. | area stub (OSPFv3) | 3 |
| 159. | maximum-paths | 3 |
| 160. | arp timeout | 3 |
| 161. | spanning-tree link-type | 3 |
| 162. | ip pim dr-priority | 3 |
| 163. | switchport trunk allowed vlan | 3 |
| 164. | default-information originate (OSPFv3) | 3 |
| 165. | interface vlan | 3 |
| 166. | show ip prefix-list | 3 |
| 167. | default-metric (OSPF) | 3 |
| 168. | neighbor ebgp-multihop | 3 |
| 169. | terminal monitor | 3 |
| 170. | neighbor local-as | 3 |
| 171. | neighbor shutdown | 3 |
| 172. | ipv6 ospf network | 2 |
| 173. | storm-control | 2 |
| 174. | show spanning-tree mst configuration | 2 |
| 175. | neighbor default-originate | 2 |
| 176. | clear ip ospf neighbor | 2 |
| 177. | neighbor description | 2 |
| 178. | ipv6 router ospf | 2 |
| 179. | ip load-sharing | 2 |
| 180. | ip igmp query-max-response-time | 2 |
| 181. | neighbor peer-group (assigning members) | 2 |
| 182. | ipv6 nd ra lifetime | 2 |
| 183. | neighbor peer-group (creating) | 2 |
| 184. | ipv6 ospf dead-interval | 2 |
| 185. | ip multicast boundary | 2 |
| 186. | ipv6 ospf transmit-delay | 2 |
| 187. | domain-id | 2 |
| 188. | show snmp trap | 2 |
| 189. | dot1x reauthentication | 2 |
| 190. | isis passive | 2 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 191. | ntp authenticate | 2 |
| 192. | spanning-tree cost | 2 |
| 193. | ntp authentication-key | 2 |
| 194. | mac-address-table static | 2 |
| 195. | radius-server host | 2 |
| 196. | show ipv6 ospf border-routers | 2 |
| 197. | radius-server key | 2 |
| 198. | show lldp | 2 |
| 199. | radius-server timeout | 2 |
| 200. | show mac-address-table count | 2 |
| 201. | dot1x timeout reauth-period | 2 |
| 202. | ipv6 ospf priority | 2 |
| 203. | dot1x timeout tx-period | 2 |
| 204. | area nssa no-summary | 2 |
| 205. | router isis | 2 |
| 206. | show snmp community | 2 |
| 207. | router-id | 2 |
| 208. | isis lsp-interval | 2 |
| 209. | ip pim bsr-candidate | 2 |
| 210. | show storm-control | 2 |
| 211. | show dot1x | 2 |
| 212. | bgp client-to-client reflection | 2 |
| 213. | show dot1x statistics | 2 |
| 214. | log-adjacency-changes (IS-IS) | 2 |
| 215. | show hosts | 2 |
| 216. | spanning-tree mst configuration | 2 |
| 217. | area nssa default-information-originate | 2 |
| 218. | switchport mode | 2 |
| 219. | show interfaces switchport | 2 |
| 220. | timers basic (RIP) | 2 |
| 221. | ip pim rp-address | 2 |
| 222. | show ipv6 ospf | 2 |
| 223. | show ip bgp community | 2 |
| 224. | show ipv6 ospf neighbor | 2 |
| 225. | ip pim rp-candidate | 2 |
| 226. | show ipv6 route summary | 2 |
| 227. | show ip bgp paths | 2 |
| 228. | ipv6 ospf cost | 2 |
| 229. | show ip bgp regexp | 2 |
| 230. | ipv6 ospf hello-interval | 2 |
| 231. | show ip community-list | 2 |
| 232. | show module | 2 |
| 233. | show ip extcommunity-list | 2 |
| 234. | show ntp associations | 2 |
| 235. | show ip helper-address | 2 |
| 236. | ipv6 ospf retransmit- interval | 2 |
| 237. | show ip igmp snooping | 2 |

Case 5:14-cv-05344-BLF   Document 615-71   Filed 01/08/16   Page 17 of 19
Case 5:14-cv-05344-BLF   Document 981-1   Filed 07/28/16   Page 17 of 19
AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors

| | | |
|---|---|---|
| 238. | show qos maps | 2 |
| 239. | show ip igmp snooping mrouter | 2 |
| 240. | clear mac-address-table dynamic | 2 |
| 241. | area nssa default-information-originate (OSPFv3) | 2 |
| 242. | show snmp | 2 |
| 243. | banner login | 2 |
| 244. | clear spanning-tree counters | 2 |
| 245. | ip radius source-interface | 2 |
| 246. | show snmp view | 2 |
| 247. | show ip msdp peer | 2 |
| 248. | show spanning-tree interface | 2 |
| 249. | show ip msdp sa-cache | 2 |
| 250. | show spanning-tree mst interface | 2 |
| 251. | show ip msdp summary | 2 |
| 252. | ip icmp redirect | 2 |
| 253. | interface port-channel | 2 |
| 254. | show vrf | 2 |
| 255. | ip routing | 2 |
| 256. | lacp system-priority | 2 |
| 257. | ip tacacs source-interface | 2 |
| 258. | load-interval | 2 |
| 259. | show ip ospf database database-summary | 2 |
| 260. | spanning-tree bpduguard | 2 |
| 261. | clear ip arp | 2 |
| 262. | spanning-tree mode | 2 |
| 263. | clear ip bgp | 2 |
| 264. | spf-interval | 2 |
| 265. | ipv6 dhcp relay destination | 2 |
| 266. | logging host | 2 |
| 267. | show ip pim rp | 2 |
| 268. | ip igmp snooping | 2 |
| 269. | ipv6 enable | 2 |
| 270. | maximum-paths (OSPFv3) | 2 |
| 271. | show ip rip database | 2 |
| 272. | timers bgp | 2 |
| 273. | clear ip mroute | 2 |
| 274. | clear ip msdp sa-cache | 2 |
| 275. | log-adjacency-changes | 1 |
| 276. | default-metric | 1 |
| 277. | show environment all | 1 |
| 278. | clear ip nat translation | 1 |
| 279. | snmp-server chassis-id | 1 |
| 280. | show environment temperature | 1 |
| 281. | aaa authorization config-commands | 1 |
| 282. | dot1x system-auth-control | 1 |
| 283. | ip igmp startup-query-count | 1 |
| 284. | area default-cost (OSPFv3) | 1 |

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| | | |
|---|---|---|
| 285. | show vlan internal usage | 1 |
| 286. | ipv6 nd ra suppress | 1 |
| 287. | ip ospf authentication | 1 |
| 288. | show interfaces description | 1 |
| 289. | show ip ospf request-list | 1 |
| 290. | show ipv6 prefix-list | 1 |
| 291. | spanning-tree vlan | 1 |
| 292. | show interfaces flowcontrol | 1 |
| 293. | mac access-list | 1 |
| 294. | show interfaces status | 1 |
| 295. | timers throttle spf | 1 |
| 296. | ip dhcp snooping | 1 |
| 297. | show ipv6 bgp summary | 1 |
| 298. | show isis interface | 1 |
| 299. | neighbor soft-reconfiguration | 1 |
| 300. | show isis topology | 1 |
| 301. | lldp holdtime | 1 |
| 302. | ip dhcp snooping vlan | 1 |
| 303. | lldp transmit | 1 |
| 304. | neighbor allowas-in | 1 |
| 305. | spanning-tree bpdufilter | 1 |
| 306. | show interfaces transceiver | 1 |
| 307. | log-adjacency-changes (OSPFv3) | 1 |
| 308. | show mac access-lists | 1 |
| 309. | spanning-tree portfast bpduguard default | 1 |
| 310. | show inventory | 1 |
| 311. | network area | 1 |
| 312. | ip pim query-interval | 1 |
| 313. | switchport private-vlan mapping | 1 |
| 314. | show ip arp | 1 |
| 315. | ip igmp snooping querier | 1 |
| 316. | dot1x timeout quiet-period | 1 |
| 317. | ip igmp startup-query-interval | 1 |
| 318. | ntp source | 1 |
| 319. | vrrp priority | 1 |
| 320. | ntp trusted-key | 1 |
| 321. | ip igmp query-interval-response-time | 1 |
| 322. | passive-interface | 1 |
| 323. | bfd all-interfaces | 1 |
| 324. | show port-channel summary | 1 |
| 325. | show vlan private-vlan | 1 |
| 326. | ip pim sparse-mode | 1 |
| 327. | enable secret | 1 |
| 328. | show port-security interface | 1 |
| 329. | ip ospf shutdown | 1 |
| 330. | passive-interface (OSPFv3) | 1 |
| 331. | lldp receive | 1 |

Case 5:14-cv-05344-BLF   Document 615-7   Filed 07/08/16   Page 19 of 19
Case 5:14-cv-05344-BLF   Document 981-1   Filed 07/28/16   Page 19 of 19

**AMENDED APPENDIX G - Summary of Disputed CLI Command Usage by Vendors**

| 332. | ip pim spt-threshold | 1 |
|---|---|---|
| 333. | lldp timer | 1 |
| 334. | port-channel load-balance | 1 |
| 335. | router-id (OSPFv3) | 1 |
| 336. | show ip dhcp snooping | 1 |
| 337. | ipv6 access-group | 1 |
| 338. | private-vlan | 1 |
| 339. | area default-cost | 1 |
| 340. | radius-server deadtime | 1 |
| 341. | spanning-tree guard | 1 |
| 342. | ip pim spt-threshold group-list | 1 |
| 343. | ip pim bsr-border | 1 |
| 344. | ipv6 unicast-routing | 1 |
| 345. | spanning-tree portfast bpdufilter default | 1 |
| 346. | ip pim ssm range | 1 |
| 347. | spanning-tree port-priority | 1 |
| 348. | bgp confederation identifier | 1 |
| 349. | control-plane | 1 |
| 350. | ip host | 1 |
| 351. | ipv6 host | 1 |
| 352. | show ip igmp snooping groups | 1 |
| 353. | switchport port-security | 1 |
| 354. | bgp confederation peers | 1 |
| 355. | clear ip igmp group | 1 |
| 356. | show spanning-tree blockedports | 1 |
| 357. | mac-address | 1 |
| 358. | radius-server retransmit | 1 |
| 359. | show environment power | 1 |
| 360. | show spanning-tree mst | 1 |
| 361. | show ip ospf retransmission-list | 1 |
| 362. | bgp log-neighbor-changes | 1 |
| 363. | show ipv6 bgp neighbors | 1 |
| 364. | redundancy force-switchover | 1 |
| 365. | vrrp preempt | 1 |
| 366. | show ip mroute count | 1 |
| 367. | vrrp track | 1 |
| 368. | distance bgp | 1 |
| 369. | domain-name | 1 |
| 370. | show track | 1 |
| 371. | neighbor peer-group | 1 |
| 372. | ip local-proxy-arp | 1 |
| 373. | ip igmp last-member-query-count | 1 |
| 374. | show ipv6 bgp | 1 |