# EXHIBIT 48

| | Disputed CLI Command or Command Fragment | Number of Top 5 Competitors To Cisco Supporting Command |
|---|---|---|
| 1. | boot system | 5 |
| 2. | clock set | 5 |
| 3. | ip address | 5 |
| 4. | ipv6 address | 5 |
| 5. | ipv6 route | 5 |
| 6. | show clock | 5 |
| 7. | show interfaces | 5 |
| 8. | show ip bgp | 5 |
| 9. | show ip bgp neighbors | 5 |
| 10. | show ip interface | 5 |
| 11. | show ip mroute | 5 |
| 12. | show ip ospf | 5 |
| 13. | show ip ospf border-routers | 5 |
| 14. | show ip ospf interface | 5 |
| 15. | show ip pim interface | 5 |
| 16. | show ip pim neighbor | 5 |
| 17. | show ip route | 5 |
| 18. | show users | 5 |
| 19. | show version | 5 |
| 20. | snmp-server community | 5 |
| 21. | snmp-server contact | 5 |
| 22. | snmp-server enable traps | 5 |
| 23. | snmp-server group | 5 |
| 24. | snmp-server host | 5 |
| 25. | snmp-server location | 5 |
| 26. | snmp-server user | 5 |
| 27. | snmp-server view | 5 |
| 28. | aaa accounting | 4 |
| 29. | aaa authentication login | 4 |
| 30. | aggregate-address | 4 |
| 31. | area nssa | 4 |
| 32. | area range | 4 |
| 33. | area stub | 4 |
| 34. | banner motd | 4 |
| 35. | clock timezone | 4 |
| 36. | default-information originate (OSPF) | 4 |
| 37. | interface ethernet | 4 |
| 38. | ip access-group | 4 |
| 39. | ip igmp query-interval | 4 |
| 40. | ip nat pool | 4 |
| 41. | ip ospf cost | 4 |
| 42. | ip ospf dead-interval | 4 |
| 43. | ip ospf hello-interval | 4 |
| 44. | ip ospf priority | 4 |
| 45. | ip ospf retransmit-interval | 4 |
| 46. | ip ospf transmit-delay | 4 |

| | | |
|---|---|---|
| 47. | ip prefix-list | 4 |
| 48. | ip proxy-arp | 4 |
| 49. | ip route | 4 |
| 50. | ipv6 access-list | 4 |
| 51. | ipv6 neighbor | 4 |
| 52. | lacp port-priority | 4 |
| 53. | neighbor remote-as | 4 |
| 54. | neighbor route-reflector-client | 4 |
| 55. | neighbor timers | 4 |
| 56. | ntp server | 4 |
| 57. | route-map | 4 |
| 58. | router bgp | 4 |
| 59. | router rip | 4 |
| 60. | show arp | 4 |
| 61. | show ip bgp peer-group | 4 |
| 62. | show ip bgp summary | 4 |
| 63. | show ip igmp groups | 4 |
| 64. | show ip interface brief | 4 |
| 65. | show ip nat translations | 4 |
| 66. | show ip ospf neighbor | 4 |
| 67. | show ip pim rp-hash | 4 |
| 68. | show ip route summary | 4 |
| 69. | show ipv6 interface | 4 |
| 70. | show ipv6 neighbors | 4 |
| 71. | show ipv6 route | 4 |
| 72. | show ntp status | 4 |
| 73. | show reload | 4 |
| 74. | show route-map | 4 |
| 75. | show snmp group | 4 |
| 76. | show snmp user | 4 |
| 77. | show spanning-tree | 4 |
| 78. | show tacacs | 4 |
| 79. | show vlan | 4 |
| 80. | show vrrp | 4 |
| 81. | tacacs-server host | 4 |
| 82. | tacacs-server key | 4 |
| 83. | tacacs-server timeout | 4 |
| 84. | terminal length | 4 |
| 85. | address-family | 3 |
| 86. | area nssa (OSPFv3) | 3 |
| 87. | area range (OSPFv3) | 3 |
| 88. | area stub (OSPFv3) | 3 |
| 89. | arp timeout | 3 |
| 90. | bgp cluster-id | 3 |
| 91. | bgp redistribute internal | 3 |
| 92. | channel-group | 3 |
| 93. | clear arp-cache | 3 |
| 94. | clear counters | 3 |
| 95. | clear ipv6 neighbors | 3 |
| 96. | default-information originate (OSPFv3) | 3 |
| 97. | default-metric (OSPF) | 3 |

| | | |
|---|---|---|
| 98. | default-metric (OSPFv3) | 3 |
| 99. | dot1x port-control | 3 |
| 100. | errdisable recovery cause | 3 |
| 101. | errdisable recovery interval | 3 |
| 102. | interface loopback | 3 |
| 103. | interface vlan | 3 |
| 104. | ip access-list | 3 |
| 105. | ip access-list standard | 3 |
| 106. | ip as-path access-list | 3 |
| 107. | ip community-list standard | 3 |
| 108. | ip domain lookup | 3 |
| 109. | ip domain-name | 3 |
| 110. | ip helper-address | 3 |
| 111. | ip igmp last-member-query-interval | 3 |
| 112. | ip igmp static-group | 3 |
| 113. | ip igmp version | 3 |
| 114. | ip multicast-routing | 3 |
| 115. | ip name-server | 3 |
| 116. | ip nat translation tcp-timeout | 3 |
| 117. | ip nat translation udp-timeout | 3 |
| 118. | ip ospf authentication-key | 3 |
| 119. | ip ospf network | 3 |
| 120. | ip pim dr-priority | 3 |
| 121. | ipv6 nd managed-config-flag | 3 |
| 122. | ipv6 nd ns-interval | 3 |
| 123. | ipv6 nd other-config-flag | 3 |
| 124. | ipv6 nd ra interval | 3 |
| 125. | ipv6 nd reachable-time | 3 |
| 126. | ipv6 ospf area | 3 |
| 127. | ipv6 prefix-list | 3 |
| 128. | isis hello-interval | 3 |
| 129. | isis hello-multiplier | 3 |
| 130. | isis metric | 3 |
| 131. | isis priority | 3 |
| 132. | is-type | 3 |
| 133. | lldp run | 3 |
| 134. | mac access-group | 3 |
| 135. | mac-address-table aging-time | 3 |
| 136. | maximum-paths | 3 |
| 137. | neighbor activate | 3 |
| 138. | neighbor ebgp-multihop | 3 |
| 139. | neighbor local-as | 3 |
| 140. | neighbor next-hop-self | 3 |
| 141. | neighbor password | 3 |
| 142. | neighbor remove-private-as | 3 |
| 143. | neighbor route-map | 3 |
| 144. | neighbor send-community | 3 |
| 145. | neighbor shutdown | 3 |
| 146. | neighbor update-source | 3 |
| 147. | neighbor weight | 3 |
| 148. | no snmp-server | 3 |

| | | |
|---|---|---|
| 149. | router ospf | 3 |
| 150. | set-overload-bit | 3 |
| 151. | show ip access-lists | 3 |
| 152. | show ip igmp interface | 3 |
| 153. | show ip prefix-list | 3 |
| 154. | show ipv6 access-list | 3 |
| 155. | show ipv6 ospf interface | 3 |
| 156. | show isis database | 3 |
| 157. | show lacp counters | 3 |
| 158. | show lldp neighbors | 3 |
| 159. | show mac-address-table | 3 |
| 160. | show mac-address-table aging time | 3 |
| 161. | show monitor session | 3 |
| 162. | show port-security | 3 |
| 163. | show privilege | 3 |
| 164. | show radius | 3 |
| 165. | show snmp engineID | 3 |
| 166. | snmp-server engineID local | 3 |
| 167. | spanning-tree link-type | 3 |
| 168. | switchport access vlan | 3 |
| 169. | switchport trunk allowed vlan | 3 |
| 170. | switchport trunk native vlan | 3 |
| 171. | terminal monitor | 3 |
| 172. | area nssa default-information-originate | 2 |
| 173. | area nssa default-information-originate (OSPFv3) | 2 |
| 174. | area nssa no-summary | 2 |
| 175. | banner login | 2 |
| 176. | bgp client-to-client reflection | 2 |
| 177. | clear ip arp | 2 |
| 178. | clear ip bgp | 2 |
| 179. | clear ip mroute | 2 |
| 180. | clear ip msdp sa-cache | 2 |
| 181. | clear ip ospf neighbor | 2 |
| 182. | clear mac-address-table dynamic | 2 |
| 183. | clear spanning-tree counters | 2 |
| 184. | domain-id | 2 |
| 185. | dot1x reauthentication | 2 |
| 186. | dot1x timeout reauth-period | 2 |
| 187. | dot1x timeout tx-period | 2 |
| 188. | interface port-channel | 2 |
| 189. | ip icmp redirect | 2 |
| 190. | ip igmp query-max-response-time | 2 |
| 191. | ip igmp snooping | 2 |
| 192. | ip load-sharing | 2 |
| 193. | ip multicast boundary | 2 |
| 194. | ip pim bsr-candidate | 2 |
| 195. | ip pim rp-address | 2 |
| 196. | ip pim rp-candidate | 2 |
| 197. | ip radius source-interface | 2 |
| 198. | ip routing | 2 |
| 199. | ip tacacs source-interface | 2 |

| | | |
|---|---|---|
| 200. | ipv6 dhcp relay destination | 2 |
| 201. | ipv6 enable | 2 |
| 202. | ipv6 nd ra lifetime | 2 |
| 203. | ipv6 ospf cost | 2 |
| 204. | ipv6 ospf dead-interval | 2 |
| 205. | ipv6 ospf hello-interval | 2 |
| 206. | ipv6 ospf network | 2 |
| 207. | ipv6 ospf priority | 2 |
| 208. | ipv6 ospf retransmit- interval | 2 |
| 209. | ipv6 ospf transmit-delay | 2 |
| 210. | ipv6 router ospf | 2 |
| 211. | isis lsp-interval | 2 |
| 212. | isis passive | 2 |
| 213. | lacp system-priority | 2 |
| 214. | load-interval | 2 |
| 215. | log-adjacency-changes (IS-IS) | 2 |
| 216. | logging host | 2 |
| 217. | mac-address-table static | 2 |
| 218. | maximum-paths (OSPFv3) | 2 |
| 219. | neighbor default-originate | 2 |
| 220. | neighbor description | 2 |
| 221. | neighbor peer-group (assigning members) | 2 |
| 222. | neighbor peer-group (creating) | 2 |
| 223. | ntp authenticate | 2 |
| 224. | ntp authentication-key | 2 |
| 225. | radius-server host | 2 |
| 226. | radius-server key | 2 |
| 227. | radius-server timeout | 2 |
| 228. | router isis | 2 |
| 229. | router-id | 2 |
| 230. | show dot1x | 2 |
| 231. | show dot1x statistics | 2 |
| 232. | show hosts | 2 |
| 233. | show interfaces switchport | 2 |
| 234. | show ip bgp community | 2 |
| 235. | show ip bgp paths | 2 |
| 236. | show ip bgp regexp | 2 |
| 237. | show ip community-list | 2 |
| 238. | show ip extcommunity-list | 2 |
| 239. | show ip helper-address | 2 |
| 240. | show ip igmp snooping | 2 |
| 241. | show ip igmp snooping mrouter | 2 |
| 242. | show ip msdp peer | 2 |
| 243. | show ip msdp sa-cache | 2 |
| 244. | show ip msdp summary | 2 |
| 245. | show ip ospf database database-summary | 2 |
| 246. | show ip pim rp | 2 |
| 247. | show ip rip database | 2 |
| 248. | show ipv6 ospf | 2 |
| 249. | show ipv6 ospf border-routers | 2 |
| 250. | show ipv6 ospf neighbor | 2 |

| | | |
|---|---|---|
| 251. | show ipv6 route summary | 2 |
| 252. | show lldp | 2 |
| 253. | show mac-address-table count | 2 |
| 254. | show module | 2 |
| 255. | show ntp associations | 2 |
| 256. | show qos maps | 2 |
| 257. | show snmp | 2 |
| 258. | show snmp community | 2 |
| 259. | show snmp trap | 2 |
| 260. | show snmp view | 2 |
| 261. | show spanning-tree interface | 2 |
| 262. | show spanning-tree mst configuration | 2 |
| 263. | show spanning-tree mst interface | 2 |
| 264. | show storm-control | 2 |
| 265. | show vrf | 2 |
| 266. | spanning-tree bpduguard | 2 |
| 267. | spanning-tree cost | 2 |
| 268. | spanning-tree mode | 2 |
| 269. | spanning-tree mst configuration | 2 |
| 270. | spf-interval | 2 |
| 271. | storm-control | 2 |
| 272. | switchport mode | 2 |
| 273. | timers basic (RIP) | 2 |
| 274. | timers bgp | 2 |
| 275. | aaa authorization config-commands | 1 |
| 276. | area default-cost | 1 |
| 277. | area default-cost (OSPFv3) | 1 |
| 278. | bfd all-interfaces | 1 |
| 279. | bgp confederation identifier | 1 |
| 280. | bgp confederation peers | 1 |
| 281. | bgp log-neighbor-changes | 1 |
| 282. | clear ip igmp group | 1 |
| 283. | clear ip nat translation | 1 |
| 284. | control-plane | 1 |
| 285. | default-metric | 1 |
| 286. | distance bgp | 1 |
| 287. | domain-name | 1 |
| 288. | dot1x system-auth-control | 1 |
| 289. | dot1x timeout quiet-period | 1 |
| 290. | enable secret | 1 |
| 291. | ip dhcp snooping | 1 |
| 292. | ip dhcp snooping vlan | 1 |
| 293. | ip host | 1 |
| 294. | ip igmp last-member-query-count | 1 |
| 295. | ip igmp query-interval-response-time | 1 |
| 296. | ip igmp snooping querier | 1 |
| 297. | ip igmp startup-query-count | 1 |
| 298. | ip igmp startup-query-interval | 1 |
| 299. | ip local-proxy-arp | 1 |
| 300. | ip ospf authentication | 1 |
| 301. | ip ospf shutdown | 1 |

| | | |
|---|---|---|
| 302. | ip pim bsr-border | 1 |
| 303. | ip pim query-interval | 1 |
| 304. | ip pim sparse-mode | 1 |
| 305. | ip pim spt-threshold | 1 |
| 306. | ip pim spt-threshold group-list | 1 |
| 307. | ip pim ssm range | 1 |
| 308. | ipv6 access-group | 1 |
| 309. | ipv6 host | 1 |
| 310. | ipv6 nd ra suppress | 1 |
| 311. | ipv6 unicast-routing | 1 |
| 312. | lldp holdtime | 1 |
| 313. | lldp receive | 1 |
| 314. | lldp timer | 1 |
| 315. | lldp transmit | 1 |
| 316. | log-adjacency-changes | 1 |
| 317. | log-adjacency-changes (OSPFv3) | 1 |
| 318. | mac access-list | 1 |
| 319. | mac-address | 1 |
| 320. | neighbor allowas-in | 1 |
| 321. | neighbor peer-group | 1 |
| 322. | neighbor soft-reconfiguration | 1 |
| 323. | network area | 1 |
| 324. | ntp source | 1 |
| 325. | ntp trusted-key | 1 |
| 326. | passive-interface | 1 |
| 327. | passive-interface (OSPFv3) | 1 |
| 328. | port-channel load-balance | 1 |
| 329. | private-vlan | 1 |
| 330. | radius-server deadtime | 1 |
| 331. | radius-server retransmit | 1 |
| 332. | redundancy force-switchover | 1 |
| 333. | router-id (OSPFv3) | 1 |
| 334. | show environment all | 1 |
| 335. | show environment power | 1 |
| 336. | show environment temperature | 1 |
| 337. | show interfaces description | 1 |
| 338. | show interfaces flowcontrol | 1 |
| 339. | show interfaces status | 1 |
| 340. | show interfaces transceiver | 1 |
| 341. | show inventory | 1 |
| 342. | show ip arp | 1 |
| 343. | show ip dhcp snooping | 1 |
| 344. | show ip igmp snooping groups | 1 |
| 345. | show ip mroute count | 1 |
| 346. | show ip ospf request-list | 1 |
| 347. | show ip ospf retransmission-list | 1 |
| 348. | show ipv6 bgp | 1 |
| 349. | show ipv6 bgp neighbors | 1 |
| 350. | show ipv6 bgp summary | 1 |
| 351. | show ipv6 prefix-list | 1 |
| 352. | show isis interface | 1 |

| | | |
|---|---|---|
| 353. | show isis topology | 1 |
| 354. | show mac access-lists | 1 |
| 355. | show port-channel summary | 1 |
| 356. | show port-security interface | 1 |
| 357. | show spanning-tree blockedports | 1 |
| 358. | show spanning-tree mst | 1 |
| 359. | show track | 1 |
| 360. | show vlan internal usage | 1 |
| 361. | show vlan private-vlan | 1 |
| 362. | snmp-server chassis-id | 1 |
| 363. | spanning-tree bpdufilter | 1 |
| 364. | spanning-tree guard | 1 |
| 365. | spanning-tree portfast bpdufilter default | 1 |
| 366. | spanning-tree portfast bpduguard default | 1 |
| 367. | spanning-tree port-priority | 1 |
| 368. | spanning-tree vlan | 1 |
| 369. | switchport port-security | 1 |
| 370. | switchport private-vlan mapping | 1 |
| 371. | timers throttle spf | 1 |
| 372. | vrrp preempt | 1 |
| 373. | vrrp priority | 1 |
| 374. | vrrp track | 1 |

Vendors analyzed for this chart include Hewlett Packard Enterprise, Brocade Communications, Alcatel/ALU, Juniper Networks, and Extreme Networks (including Enterasys Networks)