# EXHIBIT 49

| | Disputed CLI Command or Command Fragment | Number of Other Network Companies Supporting Command |
|---|---|---|
| 1. | ip address | 18 |
| 2. | show clock | 17 |
| 3. | show ip route | 17 |
| 4. | snmp-server community | 17 |
| 5. | clock set | 16 |
| 6. | ip route | 16 |
| 7. | ipv6 address | 16 |
| 8. | show ip interface | 16 |
| 9. | show ip ospf interface | 16 |
| 10. | show users | 16 |
| 11. | snmp-server contact | 16 |
| 12. | snmp-server location | 16 |
| 13. | default-information originate (OSPF) | 15 |
| 14. | router bgp | 15 |
| 15. | show arp | 15 |
| 16. | show version | 15 |
| 17. | snmp-server enable traps | 15 |
| 18. | clock timezone | 14 |
| 19. | ip access-group | 14 |
| 20. | ipv6 route | 14 |
| 21. | maximum-paths | 14 |
| 22. | show ip ospf | 14 |
| 23. | show ip ospf neighbor | 14 |
| 24. | show ipv6 interface | 14 |
| 25. | show ipv6 route | 14 |
| 26. | show spanning-tree | 14 |
| 27. | show vlan | 14 |
| 28. | snmp-server group | 14 |
| 29. | snmp-server host | 14 |
| 30. | snmp-server user | 14 |
| 31. | snmp-server view | 14 |
| 32. | tacacs-server host | 14 |
| 33. | tacacs-server key | 14 |
| 34. | terminal length | 14 |
| 35. | aaa accounting | 13 |
| 36. | area range | 13 |
| 37. | clear arp-cache | 13 |
| 38. | clear counters | 13 |
| 39. | default-metric (OSPF) | 13 |
| 40. | ip name-server | 13 |
| 41. | ip ospf cost | 13 |
| 42. | ip ospf dead-interval | 13 |
| 43. | ip ospf hello-interval | 13 |
| 44. | route-map | 13 |
| 45. | router ospf | 13 |
| 46. | router rip | 13 |

| 47. | show ip route summary | 13 |
|---|---|---|
| 48. | aaa authentication login | 12 |
| 49. | area stub | 12 |
| 50. | boot system | 12 |
| 51. | default-information originate (OSPFv3) | 12 |
| 52. | default-metric (OSPFv3) | 12 |
| 53. | ip domain lookup | 12 |
| 54. | ip ospf priority | 12 |
| 55. | ip ospf retransmit-interval | 12 |
| 56. | show interfaces | 12 |
| 57. | show ip bgp | 12 |
| 58. | show ip bgp neighbors | 12 |
| 59. | show ip interface brief | 12 |
| 60. | show ip pim interface | 12 |
| 61. | show privilege | 12 |
| 62. | show route-map | 12 |
| 63. | tacacs-server timeout | 12 |
| 64. | area nssa | 11 |
| 65. | dot1x port-control | 11 |
| 66. | interface ethernet | 11 |
| 67. | interface loopback | 11 |
| 68. | interface vlan | 11 |
| 69. | ip domain-name | 11 |
| 70. | ip ospf transmit-delay | 11 |
| 71. | ip routing | 11 |
| 72. | ipv6 access-list | 11 |
| 73. | lacp system-priority | 11 |
| 74. | router-id | 11 |
| 75. | show dot1x | 11 |
| 76. | show hosts | 11 |
| 77. | show ip bgp summary | 11 |
| 78. | show ip mroute | 11 |
| 79. | show ip pim neighbor | 11 |
| 80. | show ipv6 route summary | 11 |
| 81. | show mac-address-table | 11 |
| 82. | show snmp engineID | 11 |
| 83. | show snmp user | 11 |
| 84. | spanning-tree link-type | 11 |
| 85. | spanning-tree mode | 11 |
| 86. | address-family | 10 |
| 87. | area default-cost | 10 |
| 88. | area range (OSPFv3) | 10 |
| 89. | arp timeout | 10 |
| 90. | ip helper-address | 10 |
| 91. | ip host | 10 |
| 92. | ip igmp query-interval | 10 |
| 93. | ip igmp snooping | 10 |
| 94. | ip proxy-arp | 10 |
| 95. | ipv6 nd managed-config-flag | 10 |
| 96. | ipv6 nd ra interval | 10 |

| 97. | ipv6 nd ra lifetime | 10 |
|---|---|---|
| 98. | ipv6 ospf area | 10 |
| 99. | lacp port-priority | 10 |
| 100. | mac-address-table aging-time | 10 |
| 101. | maximum-paths (OSPFv3) | 10 |
| 102. | show dot1x statistics | 10 |
| 103. | show ip access-lists | 10 |
| 104. | show ip igmp groups | 10 |
| 105. | show ip igmp interface | 10 |
| 106. | show ip ospf border-routers | 10 |
| 107. | show ipv6 neighbors | 10 |
| 108. | show lldp | 10 |
| 109. | show port-security | 10 |
| 110. | show snmp | 10 |
| 111. | show snmp group | 10 |
| 112. | snmp-server engineID local | 10 |
| 113. | spanning-tree bpduguard | 10 |
| 114. | spanning-tree cost | 10 |
| 115. | aggregate-address | 9 |
| 116. | area stub (OSPFv3) | 9 |
| 117. | banner motd | 9 |
| 118. | clear ipv6 neighbors | 9 |
| 119. | dot1x reauthentication | 9 |
| 120. | dot1x timeout reauth-period | 9 |
| 121. | dot1x timeout tx-period | 9 |
| 122. | ip access-list | 9 |
| 123. | ip pim dr-priority | 9 |
| 124. | ip prefix-list | 9 |
| 125. | ipv6 nd ns-interval | 9 |
| 126. | ipv6 nd other-config-flag | 9 |
| 127. | ipv6 nd reachable-time | 9 |
| 128. | logging host | 9 |
| 129. | mac access-group | 9 |
| 130. | neighbor remote-as | 9 |
| 131. | no snmp-server | 9 |
| 132. | radius-server host | 9 |
| 133. | show interfaces status | 9 |
| 134. | show interfaces switchport | 9 |
| 135. | show ip igmp snooping | 9 |
| 136. | show ip igmp snooping mrouter | 9 |
| 137. | show ip pim rp-hash | 9 |
| 138. | show ipv6 ospf interface | 9 |
| 139. | show ipv6 ospf neighbor | 9 |
| 140. | show mac-address-table aging time | 9 |
| 141. | show monitor session | 9 |
| 142. | show radius | 9 |
| 143. | show spanning-tree mst configuration | 9 |
| 144. | show tacacs | 9 |
| 145. | spanning-tree mst configuration | 9 |
| 146. | storm-control | 9 |

Case 5:14-cv-05344-BLF   Document 615-9   Filed 11/08/16   Page 5 of 11

| 147. | switchport mode | 9 |
|------|-----------------|---|
| 148. | area default-cost (OSPFv3) | 8 |
| 149. | area nssa (OSPFv3) | 8 |
| 150. | area nssa default-information-originate | 8 |
| 151. | channel-group | 8 |
| 152. | dot1x system-auth-control | 8 |
| 153. | dot1x timeout quiet-period | 8 |
| 154. | interface port-channel | 8 |
| 155. | ip dhcp snooping | 8 |
| 156. | ip dhcp snooping vlan | 8 |
| 157. | ip igmp last-member-query-interval | 8 |
| 158. | ip igmp version | 8 |
| 159. | ip nat pool | 8 |
| 160. | ip ospf authentication | 8 |
| 161. | ip ospf authentication-key | 8 |
| 162. | ip ospf network | 8 |
| 163. | ipv6 neighbor | 8 |
| 164. | ipv6 ospf cost | 8 |
| 165. | ipv6 ospf dead-interval | 8 |
| 166. | ipv6 ospf hello-interval | 8 |
| 167. | ipv6 ospf priority | 8 |
| 168. | ipv6 router ospf | 8 |
| 169. | mac-address-table static | 8 |
| 170. | radius-server key | 8 |
| 171. | radius-server timeout | 8 |
| 172. | router-id (OSPFv3) | 8 |
| 173. | show ip bgp peer-group | 8 |
| 174. | show ip dhcp snooping | 8 |
| 175. | show ip ospf database database-summary | 8 |
| 176. | show lldp neighbors | 8 |
| 177. | show mac-address-table count | 8 |
| 178. | show ntp status | 8 |
| 179. | show spanning-tree blockedports | 8 |
| 180. | show spanning-tree interface | 8 |
| 181. | show storm-control | 8 |
| 182. | show vrrp | 8 |
| 183. | spanning-tree port-priority | 8 |
| 184. | switchport access vlan | 8 |
| 185. | area nssa no-summary | 7 |
| 186. | banner login | 7 |
| 187. | clear ip bgp | 7 |
| 188. | ip igmp snooping querier | 7 |
| 189. | ip multicast-routing | 7 |
| 190. | ip pim rp-address | 7 |
| 191. | ip radius source-interface | 7 |
| 192. | ipv6 enable | 7 |
| 193. | ipv6 host | 7 |
| 194. | ipv6 ospf transmit-delay | 7 |
| 195. | ipv6 prefix-list | 7 |
| 196. | is-type | 7 |

| 197. | lldp receive | 7 |
|------|--------------|---|
| 198. | neighbor next-hop-self | 7 |
| 199. | neighbor password | 7 |
| 200. | neighbor route-reflector-client | 7 |
| 201. | neighbor shutdown | 7 |
| 202. | neighbor timers | 7 |
| 203. | ntp server | 7 |
| 204. | passive-interface | 7 |
| 205. | passive-interface (OSPFv3) | 7 |
| 206. | port-channel load-balance | 7 |
| 207. | router isis | 7 |
| 208. | show ip arp | 7 |
| 209. | show ip bgp community | 7 |
| 210. | show ip prefix-list | 7 |
| 211. | show ipv6 ospf | 7 |
| 212. | show isis database | 7 |
| 213. | show lacp counters | 7 |
| 214. | show reload | 7 |
| 215. | switchport trunk allowed vlan | 7 |
| 216. | switchport trunk native vlan | 7 |
| 217. | area nssa default-information-originate (OSPFv3) | 6 |
| 218. | clear mac-address-table dynamic | 6 |
| 219. | ip access-list standard | 6 |
| 220. | ip igmp static-group | 6 |
| 221. | ip pim rp-candidate | 6 |
| 222. | ipv6 dhcp relay destination | 6 |
| 223. | ipv6 nd prefix | 6 |
| 224. | ipv6 ospf network | 6 |
| 225. | ipv6 ospf retransmit- interval | 6 |
| 226. | lldp run | 6 |
| 227. | lldp transmit | 6 |
| 228. | log-adjacency-changes | 6 |
| 229. | log-adjacency-changes (IS-IS) | 6 |
| 230. | neighbor activate | 6 |
| 231. | neighbor route-map | 6 |
| 232. | neighbor update-source | 6 |
| 233. | network area | 6 |
| 234. | set-overload-bit | 6 |
| 235. | show dot1q-tunnel | 6 |
| 236. | show ip helper-address | 6 |
| 237. | show ip igmp snooping groups | 6 |
| 238. | show ip nat translations | 6 |
| 239. | show ipv6 access-list | 6 |
| 240. | show ntp associations | 6 |
| 241. | show policy-map interface | 6 |
| 242. | show qos maps | 6 |
| 243. | show snmp view | 6 |
| 244. | show vlan internal usage | 6 |
| 245. | show vlan private-vlan | 6 |
| 246. | spanning-tree bpdufilter | 6 |

| 247. | switchport private-vlan mapping | 6 |
|------|----------------------------------|---|
| 248. | terminal monitor | 6 |
| 249. | timers basic (RIP) | 6 |
| 250. | bgp cluster-id | 5 |
| 251. | distance bgp | 5 |
| 252. | errdisable recovery cause | 5 |
| 253. | ip as-path access-list | 5 |
| 254. | ip community-list standard | 5 |
| 255. | ip igmp query-max-response-time | 5 |
| 256. | ip multicast boundary | 5 |
| 257. | ip nat translation tcp-timeout | 5 |
| 258. | ip nat translation udp-timeout | 5 |
| 259. | ip pim bsr-candidate | 5 |
| 260. | ip pim sparse-mode | 5 |
| 261. | ip tacacs source-interface | 5 |
| 262. | ipv6 unicast-routing | 5 |
| 263. | isis hello-multiplier | 5 |
| 264. | isis metric | 5 |
| 265. | isis priority | 5 |
| 266. | lldp timer | 5 |
| 267. | mac-address | 5 |
| 268. | neighbor default-originate | 5 |
| 269. | neighbor description | 5 |
| 270. | neighbor ebgp-multihop | 5 |
| 271. | neighbor remove-private-as | 5 |
| 272. | neighbor send-community | 5 |
| 273. | neighbor weight | 5 |
| 274. | ntp authenticate | 5 |
| 275. | ntp authentication-key | 5 |
| 276. | private-vlan | 5 |
| 277. | radius-server deadtime | 5 |
| 278. | radius-server retransmit | 5 |
| 279. | show interfaces description | 5 |
| 280. | show ip bgp regexp | 5 |
| 281. | show ip community-list | 5 |
| 282. | show ip extcommunity-list | 5 |
| 283. | show ipv6 prefix-list | 5 |
| 284. | show isis interface | 5 |
| 285. | show mac access-lists | 5 |
| 286. | show snmp community | 5 |
| 287. | show spanning-tree mst | 5 |
| 288. | spanning-tree guard | 5 |
| 289. | timers bgp | 5 |
| 290. | bgp client-to-client reflection | 4 |
| 291. | bgp log-neighbor-changes | 4 |
| 292. | bgp redistribute internal | 4 |
| 293. | clear ip igmp group | 4 |
| 294. | clear ip mroute | 4 |
| 295. | clear ip msdp sa-cache | 4 |
| 296. | clear lldp counters | 4 |

| 297. | clear spanning-tree counters | 4 |
|------|------------------------------|---|
| 298. | errdisable recovery interval | 4 |
| 299. | ip dhcp snooping information option | 4 |
| 300. | ip icmp redirect | 4 |
| 301. | ip load-sharing | 4 |
| 302. | ip local-proxy-arp | 4 |
| 303. | ip ospf message-digest-key | 4 |
| 304. | ipv6 access-group | 4 |
| 305. | isis hello-interval | 4 |
| 306. | load-interval | 4 |
| 307. | log-adjacency-changes (OSPFv3) | 4 |
| 308. | neighbor local-as | 4 |
| 309. | neighbor peer-group (assigning members) | 4 |
| 310. | neighbor peer-group (creating) | 4 |
| 311. | show environment power | 4 |
| 312. | show interfaces transceiver | 4 |
| 313. | show inventory | 4 |
| 314. | show ip bgp paths | 4 |
| 315. | show ip msdp peer | 4 |
| 316. | show ip msdp sa-cache | 4 |
| 317. | show ip msdp summary | 4 |
| 318. | show ip rip database | 4 |
| 319. | show ipv6 ospf border-routers | 4 |
| 320. | show port-security interface | 4 |
| 321. | show spanning-tree root | 4 |
| 322. | show vrf | 4 |
| 323. | snmp-server engineID remote | 4 |
| 324. | spf-interval | 4 |
| 325. | aaa accounting dot1x | 3 |
| 326. | aaa authorization config-commands | 3 |
| 327. | aaa group server radius | 3 |
| 328. | aaa group server tacacs+ | 3 |
| 329. | bgp confederation identifier | 3 |
| 330. | bgp confederation peers | 3 |
| 331. | clear ip ospf neighbor | 3 |
| 332. | clear lldp table | 3 |
| 333. | domain-id | 3 |
| 334. | dot1x pae authenticator | 3 |
| 335. | flowcontrol receive | 3 |
| 336. | flowcontrol send | 3 |
| 337. | ip igmp last-member-query-count | 3 |
| 338. | ip igmp snooping vlan | 3 |
| 339. | ip igmp startup-query-count | 3 |
| 340. | ip igmp startup-query-interval | 3 |
| 341. | ip pim spt-threshold | 3 |
| 342. | ipv6 nd router-preference | 3 |
| 343. | isis passive | 3 |
| 344. | mac access-list | 3 |
| 345. | neighbor allowas-in | 3 |
| 346. | ntp trusted-key | 3 |

| 347. | passive-interface default | 3 |
|---|---|---|
| 348. | port-channel min-links | 3 |
| 349. | show environment temperature | 3 |
| 350. | show flowcontrol ** | 3 |
| 351. | show ip mroute count | 3 |
| 352. | show ip pim rp | 3 |
| 353. | show ipv6 bgp | 3 |
| 354. | show ipv6 bgp summary | 3 |
| 355. | show module | 3 |
| 356. | show spanning-tree mst interface | 3 |
| 357. | show track | 3 |
| 358. | snmp-server chassis-id | 3 |
| 359. | switchport port-security | 3 |
| 360. | vrrp preempt | 3 |
| 361. | bfd all-interfaces | 2 |
| 362. | clear ip arp | 2 |
| 363. | clear ip nat translation | 2 |
| 364. | enable secret | 2 |
| 365. | ip community-list expanded | 2 |
| 366. | ip domain name ** | 2 |
| 367. | ip igmp snooping vlan immediate-leave | 2 |
| 368. | ip igmp snooping vlan mrouter | 2 |
| 369. | ip igmp snooping vlan static | 2 |
| 370. | ip msdp default-peer | 2 |
| 371. | ip msdp mesh-group | 2 |
| 372. | ip msdp originator-id | 2 |
| 373. | ip msdp peer | 2 |
| 374. | ip msdp sa-filter in | 2 |
| 375. | ip msdp sa-filter out | 2 |
| 376. | ip msdp sa-limit | 2 |
| 377. | ip ospf shutdown | 2 |
| 378. | ip pim bsr-border | 2 |
| 379. | ip pim query-interval | 2 |
| 380. | ip pim ssm range | 2 |
| 381. | ipv6 nd ra suppress | 2 |
| 382. | isis lsp-interval | 2 |
| 383. | lldp reinit | 2 |
| 384. | neighbor soft-reconfiguration | 2 |
| 385. | ntp source | 2 |
| 386. | priority-flow-control mode | 2 |
| 387. | show bfd neighbors | 2 |
| 388. | show environment all | 2 |
| 389. | show etherchannel | 2 |
| 390. | show interfaces flowcontrol | 2 |
| 391. | show interfaces switchport backup | 2 |
| 392. | show ip ospf request-list | 2 |
| 393. | show ipv6 bgp neighbors | 2 |
| 394. | show isis topology | 2 |
| 395. | show lacp neighbor | 2 |
| 396. | show lldp traffic | 2 |

| 397. | show port-security address | 2 |
|------|----------------------------|---|
| 398. | show snmp host | 2 |
| 399. | show snmp trap | 2 |
| 400. | show spanning-tree bridge | 2 |
| 401. | show vlan summary | 2 |
| 402. | spanning-tree portfast bpdufilter default | 2 |
| 403. | spanning-tree portfast bpduguard default | 2 |
| 404. | spanning-tree transmit hold-count | 2 |
| 405. | spanning-tree vlan | 2 |
| 406. | switchport port-security maximum | 2 |
| 407. | timers throttle spf | 2 |
| 408. | vlan internal allocation policy | 2 |
| 409. | vrrp authentication | 2 |
| 410. | vrrp ip | 2 |
| 411. | vrrp priority | 2 |
| 412. | vrrp timers advertise | 2 |
| 413. | aaa authorization console | 1 |
| 414. | art timeout | 1 |
| 415. | control-plane | 1 |
| 416. | default-metric | 1 |
| 417. | domain-name | 1 |
| 418. | ip dhcp smart-relay | 1 |
| 419. | ip extcommunity-list expanded | 1 |
| 420. | ip extcommunity-list standard | 1 |
| 421. | ip igmp query-interval-response-time | 1 |
| 422. | ip msdp description | 1 |
| 423. | ip msdp keepalive | 1 |
| 424. | ip msdp shutdown | 1 |
| 425. | ip ospf bfd | 1 |
| 426. | ip pim neighbor-filter | 1 |
| 427. | ip pim spt-threshold group-list | 1 |
| 428. | ipv6 ospf retransmit-interval | 1 |
| 429. | isis passive-interface | 1 |
| 430. | lacp rate | 1 |
| 431. | lldp holdtime | 1 |
| 432. | lldp tlv-select | 1 |
| 433. | neighbor peer-group | 1 |
| 434. | redundancy force-switchover | 1 |
| 435. | show interfaces capabilities | 1 |
| 436. | show ip msdp mesh-group | 1 |
| 437. | show ip ospf retransmission-list | 1 |
| 438. | show ip route tag | 1 |
| 439. | show lacp interface | 1 |
| 440. | show mac-address-table aging-time | 1 |
| 441. | show port-channel summary | 1 |
| 442. | show ptp clock | 1 |
| 443. | show snmp mib | 1 |
| 444. | show snmp source-interface | 1 |
| 445. | snmp-server source-interface | 1 |
| 446. | spanning-tree loopguard default | 1 |

| 447. | switchport backup interface | 1 |
|------|----------------------------|---|
| 448. | switchport vlan mapping | 1 |
| 449. | timers basic | 1 |
| 450. | timers lsa arrival | 1 |
| 451. | timers throttle lsa all | 1 |
| 452. | vrf definition | 1 |
| 453. | vrf forwarding | 1 |
| 454. | vrrp delay reload | 1 |
| 455. | vrrp track | 1 |

Vendors analyzed for this chart include Adtran, Alcatel/Alcatel-Lucent, Allied Telesis, Avaya, Brocade Communications, Dell/Force10 Networks, D-Link, Edge-Core, Ericsson, Extreme Networks (including Enterasys Networks), Foundry, Hewlett-Packard Enterprise, ISCLI vendors (Lenovo, IBM, Blade Network Technologies), Juniper Networks, NETGEAR, Procket Networks, Redback Networks, and Sun Microsystems/Oracle