# EXHIBIT 51

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1. | aaa accounting suppress null-username |
|---|---|
| 2. | aaa authorization commands level default |
| 3. | aaa authorization config-commands |
| 4. | aaa authorization exec default |
| 5. | aaa authorization exec default local |
| 6. | aaa authorization exec default none |
| 7. | aaa new-model |
| 8. | aaa server radius dynamic-author |
| 9. | abort |
| 10. | absolute |
| 11. | absolute end time date |
| 12. | absolute start time date |
| 13. | absolute start time date end time date |
| 14. | accounting commands default |
| 15. | accounting commands list-name |
| 16. | accounting exec default |
| 17. | accounting exec list-name |
| 18. | address family ipv6 |
| 19. | address-family |
| 20. | address-family ipv4 multicast |
| 21. | adjacency-check |
| 22. | archive |
| 23. | archive config |
| 24. | area area-id default-cost cost |
| 25. | area area-id nssa |
| 26. | area area-id nssa default-information-originate |
| 27. | area area-id nssa default-information-originate no-redistribution |
| 28. | area area-id nssa default-information-originate no-redistribution no-summary |
| 29. | area area-id nssa default-information-originate no-summary |
| 30. | area area-id nssa no-redistribution |
| 31. | area area-id nssa no-redistribution no-summary |
| 32. | area area-id nssa no-summary |
| 33. | area area-id stub |
| 34. | area area-id stub no-summary |
| 35. | area area-id virtual-link router-id |
| 36. | area area-id virtual-link router-id dead-interval seconds |
| 37. | area area-id virtual-link router-id hello-interval seconds |
| 38. | area area-id virtual-link router-id hello-interval seconds retransmit-interval seconds |
| 39. | area area-id virtual-link router-id hello-interval seconds retransmit-interval seconds transmit-delay seconds |
| 40. | area area-id virtual-link router-id hello-interval seconds transmit-delay seconds |
| 41. | area area-id virtual-link router-id retransmit-interval seconds |
| 42. | area area-id virtual-link router-id retransmit-interval seconds transmit-delay seconds |
| 43. | area area-id virtual-link router-id transmit-delay seconds |
| 44. | area-password password |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 45. | arp access-list acl-name |
|---|---|
| 46. | arp timeout seconds |
| 47. | auto-cost |
| 48. | auto-summary |
| 49. | autobaud |
| 50. | bfd echo |
| 51. | bfd interval |
| 52. | bgp always-compare-med |
| 53. | bgp bestpath as-path ignore |
| 54. | bgp bestpath med confed |
| 55. | bgp client-to-client reflection |
| 56. | bgp cluster-id cluster-id |
| 57. | bgp dampening |
| 58. | bgp dampening half-life reuse suppress max-suppress-time |
| 59. | bgp dampening route-map map-name |
| 60. | bgp default local-preference number |
| 61. | bgp enforce-first-as |
| 62. | bgp fast-external-fallover |
| 63. | bgp graceful-restart |
| 64. | bgp graceful-restart restart-time seconds |
| 65. | bgp log-neighbor-changes |
| 66. | bgp router-id ip-address |
| 67. | bgp soft-reconfig-backup |
| 68. | boot auto-copy-sw |
| 69. | bootfile filename |
| 70. | call-home |
| 71. | cd directory |
| 72. | class-map match-all class-map-name |
| 73. | class-map match-any class-map-name |
| 74. | clear arp-cache |
| 75. | clear counters |
| 76. | clear counters interface |
| 77. | clear ethernet cfm traceroute-cache |
| 78. | clear gvrp statistics |
| 79. | clear host |
| 80. | clear ip arp inspection statistics |
| 81. | clear ip bgp |
| 82. | clear ip bgp ANY |
| 83. | clear ip bgp dampening |
| 84. | clear ip bgp flap-statistics |
| 85. | clear ip bgp peer-group peer-group-name |
| 86. | clear ip dhcp binding |
| 87. | clear ip dhcp binding address |
| 88. | clear ip dhcp conflict |
| 89. | clear ip dhcp conflict address |
| 90. | clear ip dhcp server statistics |
| 91. | clear ip dhcp snooping binding |
| 92. | clear ip dhcp snooping statistics |
| 93. | clear ip igmp groups |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 94.  | clear ip mroute                                    |
|------|----------------------------------------------------|
| 95.  | clear ip mroute ANY                                |
| 96.  | clear ip msdp sa-cache                             |
| 97.  | clear ip ospf                                      |
| 98.  | clear ip ospf neighbor                             |
| 99.  | clear ip ospf redistribution                       |
| 100. | clear ip ospf redistribution vrf vrf-name          |
| 101. | clear ip prefix-list                               |
| 102. | clear ip route                                     |
| 103. | clear ip route ANY                                 |
| 104. | clear ipv6 mld groups                              |
| 105. | clear ipv6 mroute                                  |
| 106. | clear ipv6 neighbors                               |
| 107. | clear ipv6 ospf process                            |
| 108. | clear ipv6 prefix-list                             |
| 109. | clear ipv6 route                                   |
| 110. | clear isis traffic                                 |
| 111. | clear lldp counters                                |
| 112. | clear logging                                      |
| 113. | clear mvrp statistics                              |
| 114. | clear spanning-tree detected-protocols             |
| 115. | clear tcp statistics                               |
| 116. | clear vpc statistics peer-keepalive                |
| 117. | clear vpc statistics peer-link                     |
| 118. | client-identifier unique-identifier                |
| 119. | client-name name                                   |
| 120. | clock read-calendar                                |
| 121. | clock update-calendar                              |
| 122. | compatible rfc1583                                 |
| 123. | configuration mode exclusive auto                  |
| 124. | configuration mode exclusive manual                |
| 125. | configure                                          |
| 126. | configure confirm                                  |
| 127. | configure terminal                                 |
| 128. | configure terminal lock                            |
| 129. | continue                                           |
| 130. | continue sequence-number                           |
| 131. | control-plane                                      |
| 132. | copy source-url destination-url                    |
| 133. | crypto key generate dsa                            |
| 134. | crypto key generate rsa                            |
| 135. | crypto key zeroize dsa                             |
| 136. | crypto key zeroize rsa                             |
| 137. | dampening                                          |
| 138. | debug bfd event                                    |
| 139. | debug bfd packet                                   |
| 140. | debug dot1x                                        |
| 141. | debug dot1x all                                    |
| 142. | debug dot1x errors                                 |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 143. | debug dot1x packets |
| 144. | debug dot1x state-machine |
| 145. | debug ipv6 mld group-address |
| 146. | debug ipv6 ospf packet |
| 147. | debug lacp |
| 148. | debug lacp packet |
| 149. | debug ntp adjust |
| 150. | debug ntp all |
| 151. | debug ntp authentication |
| 152. | debug ntp events |
| 153. | debug ntp loopfilter |
| 154. | debug ntp select |
| 155. | debug ntp sync |
| 156. | debug ospfv3 packet |
| 157. | debug spanning-tree bpdu |
| 158. | debug spanning-tree bpdu receive |
| 159. | debug spanning-tree bpdu transmit |
| 160. | debug spanning-tree mstp |
| 161. | debug spanning-tree mstp all |
| 162. | debug udld events |
| 163. | default-information originate |
| 164. | default-information originate always |
| 165. | default-information originate always route-map map-name |
| 166. | default-information originate metric metric-value |
| 167. | default-information originate metric-type type-value |
| 168. | default-information originate route-map map-name |
| 169. | default-metric number |
| 170. | delay |
| 171. | delay down seconds |
| 172. | delay up seconds |
| 173. | deny |
| 174. | deny any any |
| 175. | description description |
| 176. | description line |
| 177. | description string |
| 178. | description text |
| 179. | dir |
| 180. | dir file-url |
| 181. | disable |
| 182. | disable privilege-level |
| 183. | distance bgp external-distance internal-distance local-distance |
| 184. | distance distance |
| 185. | distance ospf |
| 186. | distance ospf external distance |
| 187. | distance ospf inter-area distance |
| 188. | distance ospf intra-area distance |
| 189. | distance weight |
| 190. | dns-server ipv6-address |
| 191. | do command |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 192. | domain-name domain |
|------|---|
| 193. | domain-password password |
| 194. | dot1x guest-vlan vlan-id |
| 195. | dot1x host-mode multi-host |
| 196. | dot1x host-mode single-host |
| 197. | dot1x initialize |
| 198. | dot1x initialize interface interface-id |
| 199. | dot1x mac-auth-bypass |
| 200. | dot1x max-req count |
| 201. | dot1x multiple-hosts |
| 202. | dot1x port-control auto |
| 203. | dot1x port-control force-authorized |
| 204. | dot1x port-control force-unauthorized |
| 205. | dot1x re-authentication |
| 206. | dot1x reauthentication |
| 207. | dot1x system-auth-control |
| 208. | dot1x timeout quiet-period seconds |
| 209. | dot1x timeout re-authperiod seconds |
| 210. | dot1x timeout reauth-period seconds |
| 211. | dot1x timeout server-timeout seconds |
| 212. | dot1x timeout supp-timeout seconds |
| 213. | dot1x timeout tx-period seconds |
| 214. | down-when-looped |
| 215. | drop |
| 216. | duplex auto |
| 217. | duplex full |
| 218. | duplex half |
| 219. | enable |
| 220. | enable level |
| 221. | enable privilege-level |
| 222. | enable secret password |
| 223. | end |
| 224. | erase startup-config |
| 225. | ethernet oam |
| 226. | ethernet oam link-monitor frame threshold high none |
| 227. | ethernet oam link-monitor frame-seconds threshold high none |
| 228. | ethernet oam link-monitor high-threshold action error-disable-interface |
| 229. | ethernet oam link-monitor on |
| 230. | ethernet oam link-monitor supported |
| 231. | ethernet oam link-monitor symbol-period threshold high none |
| 232. | ethernet oam mode active |
| 233. | ethernet oam mode passive |
| 234. | ethernet oam remote-loopback supported |
| 235. | ethernet oam remote-loopback timeout seconds |
| 236. | exception protocol ftp |
| 237. | exception protocol tftp |
| 238. | exec-timeout minutes |
| 239. | exec-timeout minutes seconds |
| 240. | exit |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 241. | feature bfd |
|------|-------------|
| 242. | feature vpc |
| 243. | flowcontrol receive off |
| 244. | flowcontrol receive on |
| 245. | graceful-restart grace-period seconds |
| 246. | gvrp registration fixed |
| 247. | gvrp registration forbidden |
| 248. | gvrp registration normal |
| 249. | hardware-address hardware-address |
| 250. | hello padding |
| 251. | help |
| 252. | history |
| 253. | hold-time seconds |
| 254. | host address |
| 255. | host address mask |
| 256. | hostname |
| 257. | hostname dynamic |
| 258. | hostname name |
| 259. | id |
| 260. | instance instance-id |
| 261. | interface |
| 262. | interface loopback 0 |
| 263. | interface loopback number |
| 264. | interface port-channel channel-number |
| 265. | interface port-channel port-channel-number |
| 266. | interface range macro name |
| 267. | interface range port-range |
| 268. | interface vlan vlan-id |
| 269. | ip access-group access-list-name in |
| 270. | ip access-group access-list-name out |
| 271. | ip access-group name in |
| 272. | ip access-group name out |
| 273. | ip address dhcp |
| 274. | ip address ip-address mask |
| 275. | ip address ip-address mask secondary |
| 276. | ip address ip-address subnet-mask |
| 277. | ip address ip-address subnet-mask secondary |
| 278. | ip arp inspection limit none |
| 279. | ip arp inspection limit rate pps |
| 280. | ip arp inspection limit rate pps burst interval seconds |
| 281. | ip arp inspection trust |
| 282. | ip arp inspection validate |
| 283. | ip arp inspection validate dst-mac |
| 284. | ip arp inspection validate dst-mac ip |
| 285. | ip arp inspection validate ip |
| 286. | ip arp inspection validate src-mac |
| 287. | ip arp inspection validate src-mac dst-mac |
| 288. | ip arp inspection validate src-mac dst-mac ip |
| 289. | ip arp inspection validate src-mac ip |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 290. | ip arp inspection vlan vlan-range |
|------|-----------------------------------|
| 291. | ip bgp fast-external-fallover deny |
| 292. | ip bgp fast-external-fallover permit |
| 293. | ip bgp-community new-format |
| 294. | ip default-gateway ip-address |
| 295. | ip dhcp bootp ignore |
| 296. | ip dhcp conflict logging |
| 297. | ip dhcp pool |
| 298. | ip dhcp pool name |
| 299. | ip dhcp relay information check |
| 300. | ip dhcp relay information check-reply |
| 301. | ip dhcp relay information check-reply none |
| 302. | ip dhcp relay information option |
| 303. | ip dhcp relay information option-insert |
| 304. | ip dhcp relay information option-insert none |
| 305. | ip dhcp relay information policy |
| 306. | ip dhcp snooping |
| 307. | ip dhcp snooping database write-delay seconds |
| 308. | ip dhcp snooping limit rate rate |
| 309. | ip dhcp snooping trust |
| 310. | ip dhcp snooping verify mac-address |
| 311. | ip directed-broadcast |
| 312. | ip domain-lookup |
| 313. | ip ftp password password |
| 314. | ip ftp username username |
| 315. | ip http secure-server |
| 316. | ip http server |
| 317. | ip igmp immediate-leave |
| 318. | ip igmp last-member-query-count count |
| 319. | ip igmp mroute-proxy |
| 320. | ip igmp proxy-service |
| 321. | ip igmp snooping |
| 322. | ip igmp snooping fast-leave |
| 323. | ip igmp snooping mrouter interface |
| 324. | ip igmp snooping querier |
| 325. | ip igmp snooping vlan vlan-id |
| 326. | ip igmp snooping vlan vlan-id immediate-leave |
| 327. | ip igmp snooping vlan vlan-id last-member-query-interval time |
| 328. | ip igmp snooping vlan vlan-id mrouter interface interface-id |
| 329. | ip igmp startup-query-count count |
| 330. | ip igmp startup-query-interval interval |
| 331. | ip igmp static-group |
| 332. | ip igmp version version |
| 333. | ip irdp |
| 334. | ip irdp multicast |
| 335. | ip local-proxy-arp |
| 336. | ip msdp redistribute |
| 337. | ip multicast-routing |
| 338. | ip name-server ip-address |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 339. | ip ospf cost interface-cost |
|------|------------------------------|
| 340. | ip ospf database-filter all out |
| 341. | ip ospf dead-interval seconds |
| 342. | ip ospf hello-interval seconds |
| 343. | ip ospf mtu-ignore |
| 344. | ip ospf network broadcast |
| 345. | ip ospf network point-to-point |
| 346. | ip ospf priority number-value |
| 347. | ip ospf retransmit-interval seconds |
| 348. | ip ospf transmit-delay seconds |
| 349. | ip pim |
| 350. | ip pim bsr-border |
| 351. | ip pim dr-priority priority |
| 352. | ip pim hello-interval interval |
| 353. | ip pim sparse-mode |
| 354. | ip policy route-map map-tag |
| 355. | ip prefix-list list-name description text |
| 356. | ip proxy-arp |
| 357. | ip radius source-interface interface |
| 358. | ip redirects |
| 359. | ip rip receive version |
| 360. | ip rip receive version 1 |
| 361. | ip rip receive version 1 2 |
| 362. | ip rip receive version 2 |
| 363. | ip rip send version |
| 364. | ip rip send version 1 |
| 365. | ip rip send version 1 2 |
| 366. | ip rip send version 2 |
| 367. | ip router isis |
| 368. | ip routing |
| 369. | ip source-route |
| 370. | ip split-horizon |
| 371. | ip tacacs source-interface interface |
| 372. | ip telnet source-interface interface |
| 373. | ip unreachables |
| 374. | ip vrf vrf-name |
| 375. | ip-address |
| 376. | ipv6 access-list access-list-name |
| 377. | ipv6 address autoconfig |
| 378. | ipv6 address dhcp |
| 379. | ipv6 enable |
| 380. | ipv6 mld explicit-tracking |
| 381. | ipv6 mld host-proxy |
| 382. | ipv6 mld query-interval seconds |
| 383. | ipv6 mld snooping |
| 384. | ipv6 mld snooping explicit-tracking |
| 385. | ipv6 mld snooping querier |
| 386. | ipv6 mld snooping vlan vlan-id |
| 387. | ipv6 mld snooping vlan vlan-id immediate-leave |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 388. | ipv6 multicast-routing |
| 389. | ipv6 nd dad attempts value |
| 390. | ipv6 nd managed-config-flag |
| 391. | ipv6 nd ns-interval milliseconds |
| 392. | ipv6 nd other-config-flag |
| 393. | ipv6 nd prefix default |
| 394. | ipv6 nd prefix default no-advertise |
| 395. | ipv6 nd prefix ipv6-prefix/prefix-length |
| 396. | ipv6 nd ra-lifetime seconds |
| 397. | ipv6 nd raguard attach-policy |
| 398. | ipv6 nd reachable-time milliseconds |
| 399. | ipv6 nd suppress-ra |
| 400. | ipv6 ospf authentication null |
| 401. | ipv6 ospf dead-interval seconds |
| 402. | ipv6 ospf encryption null |
| 403. | ipv6 ospf hello-interval seconds |
| 404. | ipv6 ospf mtu-ignore |
| 405. | ipv6 ospf network broadcast |
| 406. | ipv6 ospf network point-to-point |
| 407. | ipv6 ospf priority number-value |
| 408. | ipv6 ospf process-id area area-id |
| 409. | ipv6 ospf retransmit-interval seconds |
| 410. | ipv6 ospf transmit-delay seconds |
| 411. | ipv6 pim |
| 412. | ipv6 pim dr-priority priority |
| 413. | ipv6 pim hello-interval interval |
| 414. | ipv6 pim sparse-mode |
| 415. | ipv6 pim spt-threshold infinity |
| 416. | ipv6 prefix-list list-name deny ipv6-prefix/prefix-length |
| 417. | ipv6 prefix-list list-name deny ipv6-prefix/prefix-length ge ge-value |
| 418. | ipv6 prefix-list list-name deny ipv6-prefix/prefix-length ge ge-value le le-value |
| 419. | ipv6 prefix-list list-name deny ipv6-prefix/prefix-length le le-value |
| 420. | ipv6 prefix-list list-name description text |
| 421. | ipv6 prefix-list list-name seq seq-number deny ipv6-prefix/prefix-length |
| 422. | ipv6 prefix-list list-name seq seq-number deny ipv6-prefix/prefix-length ge ge-value |
| 423. | ipv6 prefix-list list-name seq seq-number deny ipv6-prefix/prefix-length ge ge-value le le-value |
| 424. | ipv6 prefix-list list-name seq seq-number deny ipv6-prefix/prefix-length le le-value |
| 425. | ipv6 route ipv6-prefix/prefix-length ipv6-address |
| 426. | ipv6 router isis |
| 427. | ipv6 router ospf |
| 428. | ipv6 router ospf process-id |
| 429. | ipv6 unicast-routing |
| 430. | ipv6 unreachables |
| 431. | is-type level-1 |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 432. | is-type level-1-2 |
| 433. | is-type level-2-only |
| 434. | isis circuit-type level-1 |
| 435. | isis circuit-type level-1-2 |
| 436. | isis circuit-type level-2-only |
| 437. | isis csnp-interval seconds |
| 438. | isis csnp-interval seconds level-1 |
| 439. | isis csnp-interval seconds level-2 |
| 440. | isis hello padding |
| 441. | isis hello-interval seconds |
| 442. | isis hello-interval seconds level-1 |
| 443. | isis hello-interval seconds level-2 |
| 444. | isis hello-multiplier multiplier |
| 445. | isis hello-multiplier multiplier level-1 |
| 446. | isis hello-multiplier multiplier level-2 |
| 447. | isis network point-to-point |
| 448. | isis password password |
| 449. | isis password password level-1 |
| 450. | isis password password level-2 |
| 451. | keepalive |
| 452. | key |
| 453. | key key-string |
| 454. | lease |
| 455. | lease days |
| 456. | lease days hours |
| 457. | lease days hours minutes |
| 458. | lease infinite |
| 459. | line aux 0 |
| 460. | line console |
| 461. | line console 0 |
| 462. | link debounce |
| 463. | lldp receive |
| 464. | lldp timer seconds |
| 465. | lldp transmit |
| 466. | load-balance |
| 467. | log |
| 468. | log-adjacency-changes |
| 469. | logging console |
| 470. | logging monitor |
| 471. | logging source-interface interface |
| 472. | logging synchronous |
| 473. | logging synchronous all |
| 474. | login authentication default |
| 475. | login authentication list-name |
| 476. | logout |
| 477. | loopback line |
| 478. | lsp-gen-interval seconds |
| 479. | lsp-refresh-interval seconds |
| 480. | mac access-group access-list-name in |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 481. | mac access-group name in |
|------|--------------------------|
| 482. | mac access-list extended name |
| 483. | mac address-table aging-time 0 |
| 484. | mac address-table aging-time 10-1000000 |
| 485. | mac address-table static mac-addr vlan vlan-id interface interface-id |
| 486. | mac-address mac-address |
| 487. | mac-address-table aging-time seconds |
| 488. | match any |
| 489. | match community community-list-name |
| 490. | match community community-list-name exact |
| 491. | match ip address access-list-name |
| 492. | match ip address access-list-name access-list-name |
| 493. | match ip dscp dscp-list |
| 494. | match ipv6 next-hop prefix-list prefix-list-name |
| 495. | match ipv6 route-source prefix-list prefix-list-name |
| 496. | match metric metric-value |
| 497. | match protocol protocol-name |
| 498. | match route-type external |
| 499. | match route-type external type-1 |
| 500. | match route-type external type-2 |
| 501. | match route-type internal |
| 502. | match route-type level-1 |
| 503. | match route-type level-2 |
| 504. | match route-type local |
| 505. | match tag tag-value |
| 506. | max-area-addresses number |
| 507. | max-metric router-lsa |
| 508. | max-metric router-lsa on-startup seconds |
| 509. | max-metric router-lsa on-startup wait-for-bgp |
| 510. | maximum number |
| 511. | mdix auto |
| 512. | metric-style transition |
| 513. | metric-style wide |
| 514. | metric-style wide level-1 |
| 515. | metric-style wide level-2 |
| 516. | metric-style wide transition |
| 517. | metric-style wide transition level-1 |
| 518. | metric-style wide transition level-2 |
| 519. | monitor capture start |
| 520. | motd-banner |
| 521. | mrinfo |
| 522. | multi-topology |
| 523. | multi-topology transition |
| 524. | mvr |
| 525. | mvr immediate |
| 526. | mvr mode compatible |
| 527. | mvr mode dynamic |
| 528. | mvr type receiver |
| 529. | mvr type source |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 530. | mvr vlan vlan-id |
| 531. | mvrp global |
| 532. | name vlan-name |
| 533. | negotiation |
| 534. | neighbor activate |
| 535. | neighbor ip-address |
| 536. | neighbor ip-address activate |
| 537. | neighbor ip-address advertisement-interval seconds |
| 538. | neighbor ip-address bfd |
| 539. | neighbor ip-address default-originate |
| 540. | neighbor ip-address default-originate route-map map-name |
| 541. | neighbor ip-address description text |
| 542. | neighbor ip-address ebgp-multihop |
| 543. | neighbor ip-address ebgp-multihop ttl |
| 544. | neighbor ip-address maximum-prefix maximum |
| 545. | neighbor ip-address maximum-prefix maximum threshold |
| 546. | neighbor ip-address maximum-prefix maximum threshold warning-only |
| 547. | neighbor ip-address maximum-prefix maximum warning-only |
| 548. | neighbor ip-address next-hop-self |
| 549. | neighbor ip-address password string |
| 550. | neighbor ip-address peer-group peer-group-name |
| 551. | neighbor ip-address prefix-list prefix-list-name in |
| 552. | neighbor ip-address prefix-list prefix-list-name out |
| 553. | neighbor ip-address remove-private-as |
| 554. | neighbor ip-address remove-private-as all replace-as |
| 555. | neighbor ip-address route-map map-name in |
| 556. | neighbor ip-address route-map map-name out |
| 557. | neighbor ip-address route-reflector-client |
| 558. | neighbor ip-address send-community |
| 559. | neighbor ip-address timers keepalive holdtime |
| 560. | neighbor ipv6-address ebgp-multihop |
| 561. | neighbor ipv6-address ebgp-multihop ttl |
| 562. | neighbor ipv6-address fall-over |
| 563. | neighbor ipv6-address peer-group peer-group-name |
| 564. | neighbor ipv6-address route-map map-name in |
| 565. | neighbor ipv6-address route-map map-name out |
| 566. | neighbor ipv6-address route-reflector-client |
| 567. | neighbor ipv6-address send-community |
| 568. | neighbor peer-group-name activate |
| 569. | neighbor peer-group-name advertisement-interval seconds |
| 570. | neighbor peer-group-name default-originate |
| 571. | neighbor peer-group-name default-originate route-map map-name |
| 572. | neighbor peer-group-name description text |
| 573. | neighbor peer-group-name ebgp-multihop |
| 574. | neighbor peer-group-name ebgp-multihop ttl |
| 575. | neighbor peer-group-name maximum-prefix maximum |
| 576. | neighbor peer-group-name maximum-prefix maximum threshold |
| 577. | neighbor peer-group-name maximum-prefix maximum threshold warning-only |
| 578. | neighbor peer-group-name maximum-prefix maximum warning-only |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 579. | neighbor peer-group-name next-hop-self |
| 580. | neighbor peer-group-name peer-group |
| 581. | neighbor peer-group-name remove-private-as |
| 582. | neighbor peer-group-name route-map map-name in |
| 583. | neighbor peer-group-name route-map map-name out |
| 584. | neighbor peer-group-name route-reflector-client |
| 585. | neighbor peer-group-name send-community |
| 586. | neighbor peer-group-name soft-reconfiguration inbound |
| 587. | netbios-name-server address |
| 588. | netbios-name-server address address2 address8 |
| 589. | netbios-node-type type |
| 590. | network ip-address |
| 591. | network ip-address wildcard-mask area area-id |
| 592. | network network-number |
| 593. | next-server address |
| 594. | no aaa authentication dot1x default |
| 595. | no aaa authorization commands default |
| 596. | no aaa authorization commands list-name |
| 597. | no aaa authorization exec default |
| 598. | no aaa authorization exec list-name |
| 599. | no aaa authorization network default |
| 600. | no aaa authorization network list-name |
| 601. | no absolute |
| 602. | no address-family ipv4 |
| 603. | no address-family ipv6 |
| 604. | no area area-id nssa no-summary |
| 605. | no area area-id stub |
| 606. | no area area-id stub no-summary |
| 607. | no area area-id virtual-link router-id |
| 608. | no arp access-list acl-name |
| 609. | no arp timeout |
| 610. | no authentication order |
| 611. | no authorization commands |
| 612. | no authorization exec |
| 613. | no autobaud |
| 614. | no banner exec |
| 615. | no banner login |
| 616. | no banner motd |
| 617. | no bfd echo |
| 618. | no bfd interval |
| 619. | no bgp client-to-client reflection |
| 620. | no bgp fast-external-fallover |
| 621. | no bgp log-neighbor-changes |
| 622. | no bgp maxas-limit |
| 623. | no bgp router-id |
| 624. | no boot auto-copy-sw |
| 625. | no bootfile |
| 626. | no channel-group |
| 627. | no class-map match-all class-map-name |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 628. | no client-identifier |
|------|----------------------|
| 629. | no client-name |
| 630. | no clock summer-time |
| 631. | no clock timezone |
| 632. | no compatible rfc1583 |
| 633. | no debug bfd event |
| 634. | no debug bfd packet |
| 635. | no debug lacp packet |
| 636. | no debug ospfv3 packet |
| 637. | no debug spanning-tree bpdu |
| 638. | no debug spanning-tree bpdu receive |
| 639. | no debug spanning-tree bpdu transmit |
| 640. | no debug udld events |
| 641. | no default-information originate |
| 642. | no default-metric |
| 643. | no default-router |
| 644. | no description |
| 645. | no description line |
| 646. | no distance bgp |
| 647. | no distance distance |
| 648. | no distance ospf external distance |
| 649. | no distance ospf inter-area distance |
| 650. | no distance ospf intra-area distance |
| 651. | no distribute-list prefix list-name in |
| 652. | no distribute-list prefix list-name out |
| 653. | no distribute-list prefix list-name out connected |
| 654. | no distribute-list prefix list-name out static |
| 655. | no dns-server |
| 656. | no dns-server ipv6-address |
| 657. | no dot1x guest-vlan |
| 658. | no dot1x mac-auth-bypass |
| 659. | no dot1x max-req |
| 660. | no dot1x port-control |
| 661. | no dot1x re-authentication |
| 662. | no dot1x reauthentication |
| 663. | no dot1x system-auth-control |
| 664. | no dot1x timeout quiet-period |
| 665. | no dot1x timeout re-authperiod |
| 666. | no dot1x timeout reauth-period |
| 667. | no dot1x timeout server-timeout |
| 668. | no dot1x timeout supp-timeout |
| 669. | no dot1x timeout tx-period |
| 670. | no duplex |
| 671. | no enable |
| 672. | no exception core-file |
| 673. | no exception protocol |
| 674. | no exec-banner |
| 675. | no exec-timeout |
| 676. | no feature bfd |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 677. | no feature vpc |
| 678. | no flowcontrol receive |
| 679. | no group |
| 680. | no hardware-address |
| 681. | no history |
| 682. | no history size |
| 683. | no host |
| 684. | no hostname |
| 685. | no interface vlan vlan-id |
| 686. | no ip address |
| 687. | no ip address dhcp |
| 688. | no ip address ip-address subnet-mask |
| 689. | no ip address ip-address subnet-mask secondary |
| 690. | no ip arp inspection limit |
| 691. | no ip arp inspection trust |
| 692. | no ip arp inspection validate |
| 693. | no ip arp inspection validate dst-mac |
| 694. | no ip arp inspection validate dst-mac ip |
| 695. | no ip arp inspection validate ip |
| 696. | no ip arp inspection validate src-mac |
| 697. | no ip arp inspection validate src-mac dst-mac |
| 698. | no ip arp inspection validate src-mac dst-mac ip |
| 699. | no ip arp inspection validate src-mac ip |
| 700. | no ip arp inspection vlan vlan-range |
| 701. | no ip bgp fast-external-fallover |
| 702. | no ip bgp-community new-format |
| 703. | no ip default-gateway ip-address |
| 704. | no ip dhcp conflict logging |
| 705. | no ip dhcp relay information check |
| 706. | no ip dhcp relay information check-reply |
| 707. | no ip dhcp relay information option |
| 708. | no ip dhcp relay information option-insert |
| 709. | no ip dhcp snooping |
| 710. | no ip dhcp snooping database write-delay |
| 711. | no ip dhcp snooping trust |
| 712. | no ip dhcp snooping verify mac-address |
| 713. | no ip domain-lookup |
| 714. | no ip http server |
| 715. | no ip igmp last-member-query-count |
| 716. | no ip igmp query-interval |
| 717. | no ip igmp query-max-response-time |
| 718. | no ip igmp snooping |
| 719. | no ip igmp snooping querier |
| 720. | no ip igmp snooping vlan vlan-id |
| 721. | no ip igmp snooping vlan vlan-id immediate-leave |
| 722. | no ip igmp startup-query-count |
| 723. | no ip igmp startup-query-interval |
| 724. | no ip igmp version version |
| 725. | no ip irdp |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 726. | no ip local-proxy-arp |
|------|------------------------|
| 727. | no ip ospf authentication |
| 728. | no ip ospf database-filter all out |
| 729. | no ip ospf dead-interval |
| 730. | no ip ospf hello-interval |
| 731. | no ip ospf mtu-ignore |
| 732. | no ip ospf network |
| 733. | no ip ospf retransmit-interval |
| 734. | no ip ospf transmit-delay |
| 735. | no ip pim |
| 736. | no ip pim hello-interval |
| 737. | no ip prefix-list list-name description |
| 738. | no ip proxy-arp |
| 739. | no ip redirects |
| 740. | no ip rip receive version |
| 741. | no ip rip send version |
| 742. | no ip routing |
| 743. | no ip unnumbered |
| 744. | no ip unreachables |
| 745. | no ip vrf vrf-name |
| 746. | no ipv6 address |
| 747. | no ipv6 address autoconfig |
| 748. | no ipv6 address dhcp |
| 749. | no ipv6 enable |
| 750. | no ipv6 host name |
| 751. | no ipv6 icmp error-interval |
| 752. | no ipv6 mld host-proxy |
| 753. | no ipv6 mld last-member-query-count |
| 754. | no ipv6 mld query-interval |
| 755. | no ipv6 mld query-max-response-time |
| 756. | no ipv6 mld snooping vlan vlan-id last-listener-query-interval |
| 757. | no ipv6 nd managed-config-flag |
| 758. | no ipv6 nd ns-interval |
| 759. | no ipv6 nd other-config-flag |
| 760. | no ipv6 nd prefix ipv6-prefix/prefix-length |
| 761. | no ipv6 nd ra-interval |
| 762. | no ipv6 nd ra-lifetime |
| 763. | no ipv6 nd reachable-time |
| 764. | no ipv6 nd suppress-ra |
| 765. | no ipv6 ospf cost |
| 766. | no ipv6 ospf dead-interval |
| 767. | no ipv6 ospf hello-interval |
| 768. | no ipv6 ospf mtu-ignore |
| 769. | no ipv6 ospf network |
| 770. | no ipv6 ospf retransmit-interval |
| 771. | no ipv6 ospf transmit-delay |
| 772. | no ipv6 pim |
| 773. | no ipv6 pim dr-priority |
| 774. | no ipv6 pim hello-interval |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 775. | no ipv6 prefix-list list-name |
|------|-------------------------------|
| 776. | no ipv6 unicast-routing |
| 777. | no ipv6 unreachables |
| 778. | no lacp port-priority |
| 779. | no lacp system-priority |
| 780. | no lease |
| 781. | no lldp receive |
| 782. | no lldp timer |
| 783. | no lldp transmit |
| 784. | no load-interval |
| 785. | no log-adjacency-changes |
| 786. | no log-adjacency-changes detail |
| 787. | no logging |
| 788. | no logging console |
| 789. | no logging monitor |
| 790. | no login authentication |
| 791. | no mac access-group name |
| 792. | no mac access-list extended name |
| 793. | no mac address-table aging-time |
| 794. | no match ip address access-list-name |
| 795. | no max-metric router-lsa |
| 796. | no max-metric router-lsa summary-lsa |
| 797. | no maximum routes |
| 798. | no maximum-paths |
| 799. | no mdix |
| 800. | no memory free low-watermark |
| 801. | no motd-banner |
| 802. | no mvr |
| 803. | no mvr immediate |
| 804. | no mvr mode |
| 805. | no mvrp global |
| 806. | no name |
| 807. | no neighbor ip-address activate |
| 808. | no neighbor ip-address description |
| 809. | no neighbor ip-address maximum-prefix |
| 810. | no neighbor ip-address next-hop-self |
| 811. | no neighbor ip-address password |
| 812. | no neighbor ip-address prefix-list prefix-list-name in |
| 813. | no neighbor ip-address prefix-list prefix-list-name out |
| 814. | no neighbor ip-address remove-private-as |
| 815. | no neighbor ip-address route-map map-name in |
| 816. | no neighbor ip-address route-map map-name out |
| 817. | no neighbor ip-address route-reflector-client |
| 818. | no neighbor ip-address send-community |
| 819. | no neighbor ip-address timers |
| 820. | no neighbor ipv6-address route-map map-name in |
| 821. | no neighbor ipv6-address route-map map-name out |
| 822. | no neighbor ipv6-address route-reflector-client |
| 823. | no neighbor ipv6-address send-community |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 824. | no netbios-name-server |
| 825. | no netbios-node-type |
| 826. | no network ip-address wildcard-mask area area-id |
| 827. | no nsf |
| 828. | no nsf ietf |
| 829. | no nsf ietf helper |
| 830. | no nsf ietf helper strict-lsa-checking |
| 831. | no nsf ietf restart-interval |
| 832. | no option code |
| 833. | no passive-interface default |
| 834. | no password |
| 835. | no port |
| 836. | no port-channel load-balance |
| 837. | no private-vlan |
| 838. | no private-vlan association |
| 839. | no radius-server deadtime |
| 840. | no radius-server host ip-address |
| 841. | no radius-server key |
| 842. | no radius-server retransmit |
| 843. | no radius-server timeout |
| 844. | no random-detect exponential-weighting-constant |
| 845. | no redistribute connected |
| 846. | no redistribute connected subnets |
| 847. | no redistribute protocol |
| 848. | no redistribute static |
| 849. | no redistribute static route-map map-tag |
| 850. | no remote-span |
| 851. | no revision |
| 852. | no role priority |
| 853. | no route-map map-tag |
| 854. | no route-map map-tag deny |
| 855. | no route-map map-tag deny sequence-number |
| 856. | no route-map map-tag permit |
| 857. | no route-map map-tag permit sequence-number |
| 858. | no route-map map-tag sequence-number |
| 859. | no router bgp as-number |
| 860. | no rule number |
| 861. | no service dhcp |
| 862. | no set as-path prepend as-path-string |
| 863. | no set comm-list |
| 864. | no set community |
| 865. | no set ip default next-hop ip-address |
| 866. | no set ip default next-hop ip-address ip-address |
| 867. | no set ip next-hop ip-address |
| 868. | no set ip next-hop ip-address ip-address |
| 869. | no set ip precedence |
| 870. | no shutdown |
| 871. | no snmp trap link-status |
| 872. | no snmp-server community string |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 873. | no snmp-server contact |
|------|------------------------|
| 874. | no snmp-server enable traps |
| 875. | no snmp-server location |
| 876. | no snmp-server view view-name |
| 877. | no sntp server hostname |
| 878. | no spanning-tree backbonefast |
| 879. | no spanning-tree cost |
| 880. | no spanning-tree loopguard default |
| 881. | no spanning-tree mode |
| 882. | no spanning-tree mst instance-id cost |
| 883. | no spanning-tree mst instance-id port-priority |
| 884. | no spanning-tree mst instance-id priority |
| 885. | no spanning-tree mst max-hops |
| 886. | no spanning-tree pathcost method |
| 887. | no spanning-tree port-priority |
| 888. | no spanning-tree portfast |
| 889. | no spanning-tree portfast bpdufilter default |
| 890. | no spanning-tree portfast default |
| 891. | no spanning-tree uplinkfast |
| 892. | no spanning-tree uplinkfast max-update-rate |
| 893. | no spanning-tree vlan vlan-id port-priority |
| 894. | no speed |
| 895. | no split-horizon |
| 896. | no storm-control broadcast level |
| 897. | no storm-control multicast level |
| 898. | no storm-control unicast level |
| 899. | no switchport access vlan |
| 900. | no switchport mode |
| 901. | no switchport mode dot1q-tunnel |
| 902. | no switchport private-vlan host-association |
| 903. | no switchport protected |
| 904. | no switchport trunk allowed vlan |
| 905. | no switchport trunk native vlan |
| 906. | no system-mac |
| 907. | no tacacs-server host hostname |
| 908. | no telnet server enable |
| 909. | no template peer name |
| 910. | no timers bgp |
| 911. | no timers spf |
| 912. | no tunnel destination |
| 913. | no tunnel mode |
| 914. | no tunnel source |
| 915. | no udld enable |
| 916. | no udld port |
| 917. | no vlan vlan-range |
| 918. | no vpc peer-link |
| 919. | no vrrp group description |
| 920. | no vrrp group preempt |
| 921. | no vrrp group timers advertise interval |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 922. | no vrrp group timers learn |
| 923. | nsf |
| 924. | nsf ietf |
| 925. | nsf ietf helper |
| 926. | nsf ietf helper strict-lsa-checking |
| 927. | nsf ietf restart-interval seconds |
| 928. | ntp authenticate |
| 929. | ntp authentication-key number md5 key |
| 930. | ntp broadcast client |
| 931. | ntp disable |
| 932. | ntp multicast client |
| 933. | ntp server hostname |
| 934. | ntp server hostname prefer |
| 935. | ntp server hostname version number |
| 936. | ntp server ip-address |
| 937. | ntp server ip-address prefer |
| 938. | ntp server ip-address version number |
| 939. | ntp server ip-address version number prefer |
| 940. | ntp server ipv6-address |
| 941. | ntp server ipv6-address prefer |
| 942. | ntp server ipv6-address version number |
| 943. | ntp trusted-key number |
| 944. | ntp update-calendar |
| 945. | output-delay delay |
| 946. | passive-interface default |
| 947. | password |
| 948. | password password |
| 949. | permit |
| 950. | permit any any |
| 951. | permit tcp any any |
| 952. | permit tcp any any established |
| 953. | permit tcp any any fragments |
| 954. | permit tcp any any log |
| 955. | permit tcp any any precedence precedence |
| 956. | permit tcp any any tos tos-value |
| 957. | permit udp any any |
| 958. | permit udp any any fragments |
| 959. | permit udp any any log |
| 960. | permit udp any any precedence precedence |
| 961. | permit udp any any tos tos-value |
| 962. | permit vlan vlan-id |
| 963. | ping |
| 964. | ping count number |
| 965. | ping df-bit |
| 966. | ping ip-address |
| 967. | ping ip-address count number |
| 968. | ping source |
| 969. | ping timeout |
| 970. | port |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 971. | port port-number |
| 972. | ppp authentication pap |
| 973. | preempt |
| 974. | primary |
| 975. | priority |
| 976. | private-vlan community |
| 977. | private-vlan isolated |
| 978. | private-vlan primary |
| 979. | privilege level level |
| 980. | protocol none |
| 981. | pwd |
| 982. | qos trust |
| 983. | quit |
| 984. | radius-server host hostname |
| 985. | radius-server host hostname auth-port port-number |
| 986. | radius-server host hostname auth-port port-number retransmit retries |
| 987. | radius-server host hostname auth-port port-number timeout seconds |
| 988. | radius-server host hostname retransmit retries |
| 989. | radius-server host hostname timeout seconds |
| 990. | radius-server host ip-address |
| 991. | radius-server host ip-address auth-port port-number |
| 992. | radius-server host ip-address auth-port port-number timeout seconds |
| 993. | radius-server host ip-address timeout seconds |
| 994. | radius-server host ipv4-address |
| 995. | radius-server host ipv4-address auth-port port-number |
| 996. | radius-server host ipv4-address auth-port port-number timeout seconds |
| 997. | radius-server host ipv4-address timeout seconds |
| 998. | radius-server host ipv6-address |
| 999. | radius-server host ipv6-address auth-port port-number |
| 1000. | radius-server host ipv6-address auth-port port-number timeout seconds |
| 1001. | radius-server host ipv6-address timeout seconds |
| 1002. | radius-server key |
| 1003. | radius-server retransmit retries |
| 1004. | radius-server timeout seconds |
| 1005. | redirect |
| 1006. | redistribute |
| 1007. | redistribute connected subnets |
| 1008. | redistribute isis |
| 1009. | redistribute ospf |
| 1010. | redistribute rip |
| 1011. | redistribute static |
| 1012. | redistribute static route-map map-name |
| 1013. | redundancy primary |
| 1014. | reload |
| 1015. | remark |
| 1016. | remote-span |
| 1017. | retransmit retries |
| 1018. | revision version |
| 1019. | route-map map-tag |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1020. | route-map map-tag deny |
|---|---|
| 1021. | route-map map-tag deny sequence-number |
| 1022. | route-map map-tag permit |
| 1023. | route-map map-tag permit sequence-number |
| 1024. | route-map map-tag sequence-number |
| 1025. | router bgp as-number |
| 1026. | router isis |
| 1027. | router ospf |
| 1028. | router ospf process-id |
| 1029. | router rip |
| 1030. | router-id ip-address |
| 1031. | router-id router-id |
| 1032. | rule number deny command command-string |
| 1033. | rule number permit command command-string |
| 1034. | security |
| 1035. | send |
| 1036. | service dhcp |
| 1037. | service password-encryption |
| 1038. | service timestamps |
| 1039. | service timestamps datetime |
| 1040. | service timestamps datetime localtime |
| 1041. | service timestamps datetime localtime show-timezone |
| 1042. | service timestamps datetime msec |
| 1043. | service timestamps datetime msec show-timezone |
| 1044. | service timestamps datetime show-timezone |
| 1045. | service timestamps debug |
| 1046. | service timestamps debug datetime |
| 1047. | service timestamps debug datetime localtime |
| 1048. | service timestamps debug datetime localtime show-timezone |
| 1049. | service timestamps debug datetime msec |
| 1050. | service timestamps debug datetime msec show-timezone |
| 1051. | service timestamps debug datetime show-timezone |
| 1052. | service timestamps debug uptime |
| 1053. | service timestamps log |
| 1054. | service timestamps log datetime |
| 1055. | service timestamps log datetime localtime |
| 1056. | service timestamps log datetime localtime show-timezone |
| 1057. | service timestamps log datetime msec |
| 1058. | service timestamps log datetime msec show-timezone |
| 1059. | service timestamps log datetime show-timezone |
| 1060. | service timestamps log uptime |
| 1061. | service timestamps uptime |
| 1062. | service-policy input policy-map-name |
| 1063. | service-policy output policy-map-name |
| 1064. | set as-path prepend as-path-string |
| 1065. | set automatic-tag |
| 1066. | set comm-list community-list-name delete |
| 1067. | set community community-number |
| 1068. | set community community-number additive |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 1069. | set community none |
| 1070. | set ip default next-hop ip-address |
| 1071. | set ip default next-hop ip-address ip-address |
| 1072. | set ip next-hop ip-address |
| 1073. | set ip next-hop ip-address ip-address |
| 1074. | set ipv6 next-hop ipv6-address |
| 1075. | set level backbone |
| 1076. | set level level-1 |
| 1077. | set level level-1-2 |
| 1078. | set level level-2 |
| 1079. | set level stub-area |
| 1080. | set metric metric-value |
| 1081. | set metric-type external |
| 1082. | set metric-type internal |
| 1083. | set metric-type type-1 |
| 1084. | set metric-type type-2 |
| 1085. | set origin igp |
| 1086. | set origin incomplete |
| 1087. | set tag tag-value |
| 1088. | set-overload-bit |
| 1089. | show aaa servers |
| 1090. | show accounting |
| 1091. | show archive |
| 1092. | show arp |
| 1093. | show arp access-list |
| 1094. | show arp access-list acl-name |
| 1095. | show arp summary |
| 1096. | show arp vrf vrf-name |
| 1097. | show authentication |
| 1098. | show authentication interface interface-id |
| 1099. | show boot |
| 1100. | show bootvar |
| 1101. | show buffers |
| 1102. | show calendar |
| 1103. | show chassis |
| 1104. | show checkpoint statistics |
| 1105. | show class-map |
| 1106. | show clock |
| 1107. | show clock detail |
| 1108. | show configuration lock |
| 1109. | show crypto ipsec policy |
| 1110. | show crypto ipsec sa ipv6 |
| 1111. | show crypto key mypubkey dsa |
| 1112. | show crypto key mypubkey rsa |
| 1113. | show current |
| 1114. | show debugging |
| 1115. | show dot1q-tunnel |
| 1116. | show dot1q-tunnel interface interface-id |
| 1117. | show dot1x |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1118. | show dot1x interface interface-id |
|---|---|
| 1119. | show dot1x interface interface-id statistics |
| 1120. | show environment |
| 1121. | show environment all |
| 1122. | show environment fan |
| 1123. | show ethernet cfm domain |
| 1124. | show ethernet cfm domain brief |
| 1125. | show ethernet cfm maintenance-points local |
| 1126. | show ethernet cfm maintenance-points remote detail |
| 1127. | show ethernet cfm maintenance-points remote detail mac mac-address |
| 1128. | show ethernet cfm maintenance-points remote detail mac mac-address domain domain-name |
| 1129. | show ethernet cfm maintenance-points remote detail mac mac-address domain domain-name vlan vlan-id |
| 1130. | show ethernet cfm maintenance-points remote detail mac mac-address vlan vlan-id |
| 1131. | show ethernet cfm statistics |
| 1132. | show ethernet cfm statistics domain domain-name |
| 1133. | show ethernet cfm traceroute-cache |
| 1134. | show ethernet oam summary |
| 1135. | show gvrp interface |
| 1136. | show history |
| 1137. | show hosts |
| 1138. | show idprom interface interface-id |
| 1139. | show interface switchport |
| 1140. | show interfaces |
| 1141. | show interfaces counters |
| 1142. | show interfaces debounce |
| 1143. | show interfaces description |
| 1144. | show interfaces loopback |
| 1145. | show interfaces port-channel |
| 1146. | show interfaces status |
| 1147. | show interfaces switchport |
| 1148. | show interfaces transceiver |
| 1149. | show interfaces transceiver properties |
| 1150. | show interfaces tunnel |
| 1151. | show inventory |
| 1152. | show ip access-lists |
| 1153. | show ip access-lists access-list-name |
| 1154. | show ip as-path-access-list |
| 1155. | show ip bgp |
| 1156. | show ip bgp community |
| 1157. | show ip bgp community community-number |
| 1158. | show ip bgp community community-number local-as |
| 1159. | show ip bgp community community-number local-as no-advertise |
| 1160. | show ip bgp community community-number local-as no-export |
| 1161. | show ip bgp community community-number no-advertise |
| 1162. | show ip bgp community community-number no-export |
| 1163. | show ip bgp community local-as |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1164. | show ip bgp community local-as no-advertise |
|---|---|
| 1165. | show ip bgp community local-as no-export |
| 1166. | show ip bgp community no-advertise |
| 1167. | show ip bgp community no-export |
| 1168. | show ip bgp community-list community-list-name |
| 1169. | show ip bgp community-list community-list-name exact-match |
| 1170. | show ip bgp dampened-paths |
| 1171. | show ip bgp extcommunity-list |
| 1172. | show ip bgp flap-statistics |
| 1173. | show ip bgp flap-statistics ip-address mask |
| 1174. | show ip bgp inconsistent-as |
| 1175. | show ip bgp ipv4 multicast |
| 1176. | show ip bgp ipv4 multicast neighbors |
| 1177. | show ip bgp ipv4 multicast neighbors ip-address |
| 1178. | show ip bgp ipv4 multicast summary |
| 1179. | show ip bgp ipv4 unicast summary |
| 1180. | show ip bgp ipv6 unicast |
| 1181. | show ip bgp neighbors |
| 1182. | show ip bgp neighbors ip-address |
| 1183. | show ip bgp paths |
| 1184. | show ip bgp peer-group |
| 1185. | show ip bgp peer-group peer-group-name |
| 1186. | show ip bgp peer-group peer-group-name summary |
| 1187. | show ip bgp summary |
| 1188. | show ip bgp update-group |
| 1189. | show ip dhcp binding |
| 1190. | show ip dhcp conflict |
| 1191. | show ip dhcp database |
| 1192. | show ip dhcp pool |
| 1193. | show ip dhcp relay |
| 1194. | show ip dhcp server statistics |
| 1195. | show ip dhcp snooping |
| 1196. | show ip dhcp snooping binding |
| 1197. | show ip dhcp snooping binding dynamic |
| 1198. | show ip dhcp snooping binding interface interface-id |
| 1199. | show ip dhcp snooping binding interface interface-id vlan vlan-id |
| 1200. | show ip dhcp snooping binding static |
| 1201. | show ip dhcp snooping binding vlan vlan-id |
| 1202. | show ip dhcp snooping database |
| 1203. | show ip dhcp snooping statistics |
| 1204. | show ip dvmrp route |
| 1205. | show ip extcommunity-list |
| 1206. | show ip helper-address |
| 1207. | show ip http server secure status |
| 1208. | show ip igmp |
| 1209. | show ip igmp groups |
| 1210. | show ip igmp groups interface |
| 1211. | show ip igmp interface |
| 1212. | show ip igmp membership |

**APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS**

| 1213. | show ip igmp snooping |
|---|---|
| 1214. | show ip igmp snooping groups |
| 1215. | show ip igmp snooping groups vlan vlan-id |
| 1216. | show ip igmp snooping mrouter |
| 1217. | show ip igmp snooping querier |
| 1218. | show ip igmp snooping querier detail |
| 1219. | show ip igmp snooping querier vlan vlan-id |
| 1220. | show ip igmp snooping vlan vlan-id |
| 1221. | show ip interface |
| 1222. | show ip interface brief |
| 1223. | show ip interface type number |
| 1224. | show ip interface vrf vrf-name |
| 1225. | show ip irdp |
| 1226. | show ip mroute |
| 1227. | show ip mroute count |
| 1228. | show ip mroute summary |
| 1229. | show ip msdp sa-cache |
| 1230. | show ip msdp summary |
| 1231. | show ip multicast |
| 1232. | show ip multicast interface |
| 1233. | show ip ospf |
| 1234. | show ip ospf database |
| 1235. | show ip ospf database database-summary |
| 1236. | show ip ospf database self-originate |
| 1237. | show ip ospf database summary |
| 1238. | show ip ospf database summary link-state-id |
| 1239. | show ip ospf database summary self-originate |
| 1240. | show ip ospf interface |
| 1241. | show ip ospf interface brief |
| 1242. | show ip ospf interface brief vrf vrf-name |
| 1243. | show ip ospf interface vrf vrf-name |
| 1244. | show ip ospf neighbor |
| 1245. | show ip ospf neighbor interface-type interface-number |
| 1246. | show ip ospf process-id |
| 1247. | show ip ospf process-id interface |
| 1248. | show ip ospf statistics |
| 1249. | show ip ospf statistics vrf vrf-name |
| 1250. | show ip ospf traffic |
| 1251. | show ip ospf traffic vrf vrf-name |
| 1252. | show ip ospf virtual-links |
| 1253. | show ip ospf vrf vrf-name |
| 1254. | show ip pim bsr-router |
| 1255. | show ip pim interface |
| 1256. | show ip pim neighbor |
| 1257. | show ip pim rp |
| 1258. | show ip pim rp mapping |
| 1259. | show ip pim statistics |
| 1260. | show ip protocols |
| 1261. | show ip rip |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1262. | show ip rip database |
|---|---|
| 1263. | show ip rip database ip-address mask |
| 1264. | show ip route |
| 1265. | show ip route ip-address |
| 1266. | show ip route ip-address mask |
| 1267. | show ip route ip-address mask longer-prefixes |
| 1268. | show ip route protocol |
| 1269. | show ip route protocol process-id |
| 1270. | show ip route static |
| 1271. | show ip route summary |
| 1272. | show ip rpf |
| 1273. | show ip source binding |
| 1274. | show ip ssh |
| 1275. | show ip traffic |
| 1276. | show ip verify source |
| 1277. | show ip verify source interface interface-id |
| 1278. | show ip vrf |
| 1279. | show ip vrf detail |
| 1280. | show ip vrf interfaces |
| 1281. | show ip vrf vrf-name |
| 1282. | show ipv6 access-lists |
| 1283. | show ipv6 dhcp |
| 1284. | show ipv6 dhcp binding |
| 1285. | show ipv6 dhcp binding ipv6-address |
| 1286. | show ipv6 dhcp interface |
| 1287. | show ipv6 dhcp pool poolname |
| 1288. | show ipv6 mld groups |
| 1289. | show ipv6 mld groups detail |
| 1290. | show ipv6 mld groups explicit |
| 1291. | show ipv6 mld groups group-address |
| 1292. | show ipv6 mld groups link-local |
| 1293. | show ipv6 mld groups link-local group-address |
| 1294. | show ipv6 mld groups summary |
| 1295. | show ipv6 mld host-proxy |
| 1296. | show ipv6 mld interface |
| 1297. | show ipv6 mld snooping mrouter |
| 1298. | show ipv6 mld snooping querier |
| 1299. | show ipv6 mld snooping querier detail |
| 1300. | show ipv6 mld snooping querier vlan vlan-id |
| 1301. | show ipv6 mld traffic |
| 1302. | show ipv6 mroute |
| 1303. | show ipv6 mroute summary |
| 1304. | show ipv6 nd raguard policy |
| 1305. | show ipv6 neighbors |
| 1306. | show ipv6 neighbors ipv6-address |
| 1307. | show ipv6 ospf |
| 1308. | show ipv6 ospf area-id |
| 1309. | show ipv6 ospf border-routers |
| 1310. | show ipv6 ospf database |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1311. | show ipv6 ospf database adv-router router-id |
|---|---|
| 1312. | show ipv6 ospf database database-summary |
| 1313. | show ipv6 ospf database external |
| 1314. | show ipv6 ospf database external link-state-id |
| 1315. | show ipv6 ospf database inter-area prefix |
| 1316. | show ipv6 ospf database inter-area prefix link-state-id |
| 1317. | show ipv6 ospf database inter-area prefix self-originate |
| 1318. | show ipv6 ospf database inter-area router |
| 1319. | show ipv6 ospf database inter-area router adv-router router-id |
| 1320. | show ipv6 ospf database inter-area router link-state-id |
| 1321. | show ipv6 ospf database inter-area router self-originate |
| 1322. | show ipv6 ospf database link |
| 1323. | show ipv6 ospf database link adv-router router-id |
| 1324. | show ipv6 ospf database link link-state-id |
| 1325. | show ipv6 ospf database link link-state-id adv-router router-id |
| 1326. | show ipv6 ospf database link link-state-id self-originate |
| 1327. | show ipv6 ospf database link self-originate |
| 1328. | show ipv6 ospf database network |
| 1329. | show ipv6 ospf database network adv-router router-id |
| 1330. | show ipv6 ospf database network link-state-id |
| 1331. | show ipv6 ospf database network link-state-id adv-router router-id |
| 1332. | show ipv6 ospf database network link-state-id self-originate |
| 1333. | show ipv6 ospf database network self-originate |
| 1334. | show ipv6 ospf database prefix |
| 1335. | show ipv6 ospf database prefix adv-router router-id |
| 1336. | show ipv6 ospf database prefix link-state-id |
| 1337. | show ipv6 ospf database prefix link-state-id adv-router router-id |
| 1338. | show ipv6 ospf database prefix link-state-id self-originate |
| 1339. | show ipv6 ospf database prefix self-originate |
| 1340. | show ipv6 ospf database router |
| 1341. | show ipv6 ospf database router adv-router router-id |
| 1342. | show ipv6 ospf database router link-state-id |
| 1343. | show ipv6 ospf database router link-state-id adv-router router-id |
| 1344. | show ipv6 ospf database router link-state-id self-originate |
| 1345. | show ipv6 ospf database router self-originate |
| 1346. | show ipv6 ospf database self-originate |
| 1347. | show ipv6 ospf database unknown |
| 1348. | show ipv6 ospf database unknown adv-router router-id |
| 1349. | show ipv6 ospf database unknown area |
| 1350. | show ipv6 ospf database unknown area adv-router router-id |
| 1351. | show ipv6 ospf database unknown area link-state-id |
| 1352. | show ipv6 ospf database unknown area link-state-id adv-router router-id |
| 1353. | show ipv6 ospf database unknown area link-state-id self-originate |
| 1354. | show ipv6 ospf database unknown area self-originate |
| 1355. | show ipv6 ospf database unknown as |
| 1356. | show ipv6 ospf database unknown as adv-router router-id |
| 1357. | show ipv6 ospf database unknown as link-state-id |
| 1358. | show ipv6 ospf database unknown as link-state-id adv-router router-id |
| 1359. | show ipv6 ospf database unknown as link-state-id self-originate |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1360. | show ipv6 ospf database unknown as self-originate |
|-------|---------------------------------------------------|
| 1361. | show ipv6 ospf database unknown link |
| 1362. | show ipv6 ospf database unknown link adv-router router-id |
| 1363. | show ipv6 ospf database unknown link link-state-id |
| 1364. | show ipv6 ospf database unknown link link-state-id adv-router router-id |
| 1365. | show ipv6 ospf database unknown link link-state-id self-originate |
| 1366. | show ipv6 ospf database unknown link self-originate |
| 1367. | show ipv6 ospf database unknown self-originate |
| 1368. | show ipv6 ospf interface |
| 1369. | show ipv6 ospf interface brief |
| 1370. | show ipv6 ospf neighbor |
| 1371. | show ipv6 ospf neighbor interface-type interface-number |
| 1372. | show ipv6 ospf neighbor interface-type interface-number neighbor-id |
| 1373. | show ipv6 ospf neighbor neighbor-id |
| 1374. | show ipv6 pim interface |
| 1375. | show ipv6 pim neighbor |
| 1376. | show ipv6 pim rp |
| 1377. | show ipv6 pim statistics |
| 1378. | show ipv6 protocols |
| 1379. | show ipv6 route |
| 1380. | show ipv6 route hostname |
| 1381. | show ipv6 route hostname summary |
| 1382. | show ipv6 route summary |
| 1383. | show ipv6 snooping counters |
| 1384. | show ipv6 traffic |
| 1385. | show isis database |
| 1386. | show isis database detail |
| 1387. | show isis database detail lspid |
| 1388. | show isis database level-1 |
| 1389. | show isis database level-1 detail |
| 1390. | show isis database level-1 detail lspid |
| 1391. | show isis database level-1 lspid |
| 1392. | show isis database level-2 |
| 1393. | show isis database level-2 detail |
| 1394. | show isis database level-2 detail lspid |
| 1395. | show isis database level-2 lspid |
| 1396. | show isis database lspid |
| 1397. | show isis database summary |
| 1398. | show isis hostname |
| 1399. | show isis interface |
| 1400. | show isis interface interface |
| 1401. | show isis neighbors |
| 1402. | show isis neighbors detail |
| 1403. | show isis protocol |
| 1404. | show isis traffic |
| 1405. | show isis traffic interface |
| 1406. | show lacp port-channel |
| 1407. | show line |
| 1408. | show line console |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 1409. | `show lldp` |
| 1410. | `show lldp neighbors` |
| 1411. | `show lldp neighbors detail` |
| 1412. | `show logging` |
| 1413. | `show logging history` |
| 1414. | `show logging summary` |
| 1415. | `show mac access-lists` |
| 1416. | `show mac access-lists access-list-name` |
| 1417. | `show mac address-table` |
| 1418. | `show mac address-table count` |
| 1419. | `show mac address-table count vlan vlan-id` |
| 1420. | `show mac address-table interface interface-id` |
| 1421. | `show mac address-table interface interface-id vlan vlan-id` |
| 1422. | `show mac address-table static` |
| 1423. | `show mac address-table static address mac-address` |
| 1424. | `show mac address-table static address mac-address interface interface-id` |
| 1425. | `show mac address-table static interface interface-id` |
| 1426. | `show mac address-table vlan vlan-id` |
| 1427. | `show mac-address-table` |
| 1428. | `show mac-address-table aging-time` |
| 1429. | `show mac-address-table count` |
| 1430. | `show mac-address-table count vlan vlan-id` |
| 1431. | `show mac-address-table dynamic` |
| 1432. | `show mac-address-table dynamic address mac-address` |
| 1433. | `show mac-address-table multicast` |
| 1434. | `show mac-address-table static` |
| 1435. | `show mac-address-table static address mac-address` |
| 1436. | `show mac-address-table vlan vlan-id` |
| 1437. | `show memory` |
| 1438. | `show monitor capture` |
| 1439. | `show mvr` |
| 1440. | `show mvr interface` |
| 1441. | `show mvr interface interface-id` |
| 1442. | `show mvr interface interface-id members` |
| 1443. | `show mvr interface interface-id members vlan vlan-id` |
| 1444. | `show mvrp interface` |
| 1445. | `show mvrp summary` |
| 1446. | `show ntp associations` |
| 1447. | `show ntp status` |
| 1448. | `show pending` |
| 1449. | `show policy-map` |
| 1450. | `show port-security` |
| 1451. | `show power inline` |
| 1452. | `show power inline interface-id` |
| 1453. | `show privilege` |
| 1454. | `show processes cpu` |
| 1455. | `show processes memory` |
| 1456. | `show qos` |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 1457. | show qos interface |
| 1458. | show radius |
| 1459. | show radius statistics |
| 1460. | show redundancy |
| 1461. | show rmon alarms |
| 1462. | show rmon events |
| 1463. | show rmon hcalarms |
| 1464. | show route-map |
| 1465. | show route-map map-name |
| 1466. | show running-config |
| 1467. | show running-config all |
| 1468. | show running-config lldp |
| 1469. | show running-config pim |
| 1470. | show slot |
| 1471. | show snmp |
| 1472. | show snmp engineID |
| 1473. | show snmp group |
| 1474. | show snmp user |
| 1475. | show snmp user username |
| 1476. | show sntp |
| 1477. | show spanning-tree |
| 1478. | show spanning-tree active |
| 1479. | show spanning-tree backbonefast |
| 1480. | show spanning-tree blockedports |
| 1481. | show spanning-tree detail |
| 1482. | show spanning-tree detail active |
| 1483. | show spanning-tree mst configuration |
| 1484. | show spanning-tree summary |
| 1485. | show spanning-tree uplinkfast |
| 1486. | show startup-config |
| 1487. | show storm-control |
| 1488. | show storm-control broadcast |
| 1489. | show storm-control multicast |
| 1490. | show switch |
| 1491. | show system internal pktmgr internal control sw-rate-limit |
| 1492. | show system mtu |
| 1493. | show tacacs |
| 1494. | show tech-support |
| 1495. | show tech-support page |
| 1496. | show time-range |
| 1497. | show track ipv6 route |
| 1498. | show track ipv6 route brief |
| 1499. | show udld |
| 1500. | show udld interface-id |
| 1501. | show usb device |
| 1502. | show users |
| 1503. | show version |
| 1504. | show vlan |
| 1505. | show vlan brief |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 1506. | show vlan id vlan-id |
| 1507. | show vlan internal usage |
| 1508. | show vlan name vlan-name |
| 1509. | show vlan private-vlan |
| 1510. | show vlan private-vlan type |
| 1511. | show vlan remote-span |
| 1512. | show vpc brief |
| 1513. | show vpc consistency-parameters global |
| 1514. | show vpc peer-keepalive |
| 1515. | show vpc role |
| 1516. | show vpc statistics peer-keepalive |
| 1517. | show vpc statistics peer-link |
| 1518. | show vrrp |
| 1519. | show vrrp brief |
| 1520. | show vrrp interface |
| 1521. | shutdown |
| 1522. | snmp ifmib ifalias long |
| 1523. | snmp trap link-status |
| 1524. | snmp-server community name |
| 1525. | snmp-server community string ro |
| 1526. | snmp-server community string rw |
| 1527. | snmp-server contact text |
| 1528. | snmp-server enable traps |
| 1529. | snmp-server enable traps notification-option |
| 1530. | snmp-server enable traps notification-type |
| 1531. | snmp-server enable traps notification-type notification-option |
| 1532. | snmp-server engineID local engineid-string |
| 1533. | snmp-server host hostname community-string |
| 1534. | snmp-server host hostname community-string udp-port port |
| 1535. | snmp-server host ip-address community-string |
| 1536. | snmp-server host ip-address community-string notification-type |
| 1537. | snmp-server host ip-address community-string udp-port port |
| 1538. | snmp-server host ip-address traps community-string |
| 1539. | snmp-server host ip-address traps community-string notification-type |
| 1540. | snmp-server host ip-address traps version 1 community-string |
| 1541. | snmp-server host ip-address traps version 1 community-string notification-type |
| 1542. | snmp-server host ip-address traps version 2c community-string |
| 1543. | snmp-server host ip-address traps version 2c community-string notification-type |
| 1544. | snmp-server host ip-address version 1 community-string |
| 1545. | snmp-server host ip-address version 1 community-string notification-type |
| 1546. | snmp-server host ip-address version 2c community-string |
| 1547. | snmp-server host ip-address version 2c community-string notification-type |
| 1548. | snmp-server location text |
| 1549. | snmp-server packetsize byte-count |
| 1550. | snmp-server trap-source interface |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1551. | snmp-server view view-name oid-tree excluded |
|---|---|
| 1552. | snmp-server view view-name oid-tree included |
| 1553. | sntp server hostname |
| 1554. | spanning-tree cost cost |
| 1555. | spanning-tree guard root |
| 1556. | spanning-tree link-type point-to-point |
| 1557. | spanning-tree link-type shared |
| 1558. | spanning-tree mst configuration |
| 1559. | spanning-tree mst instance-id cost cost |
| 1560. | spanning-tree mst instance-id port-priority priority |
| 1561. | spanning-tree mst instance-id priority priority |
| 1562. | spanning-tree mst max-hops hop-count |
| 1563. | spanning-tree pathcost method long |
| 1564. | spanning-tree pathcost method short |
| 1565. | spanning-tree port-priority priority |
| 1566. | spanning-tree portfast |
| 1567. | speed 10 |
| 1568. | speed 100 |
| 1569. | speed 1000 |
| 1570. | speed 10000 |
| 1571. | speed auto |
| 1572. | speed auto 10 |
| 1573. | speed auto 100 |
| 1574. | speed auto 1000 |
| 1575. | spf-interval level-1 seconds |
| 1576. | spf-interval level-2 seconds |
| 1577. | spf-interval seconds |
| 1578. | ssh |
| 1579. | ssh hostname |
| 1580. | summary-address ip-address mask |
| 1581. | switchport |
| 1582. | switchport access vlan vlan-id |
| 1583. | switchport mode access |
| 1584. | switchport mode dot1q-tunnel |
| 1585. | switchport mode private-vlan host |
| 1586. | switchport mode private-vlan promiscuous |
| 1587. | switchport mode private-vlan trunk |
| 1588. | switchport mode trunk |
| 1589. | switchport private-vlan host-association primary-vlan-id secondary-vlan-id |
| 1590. | switchport private-vlan mapping primary-vlan-id add secondary-vlan-list |
| 1591. | switchport private-vlan mapping primary-vlan-id remove secondary-vlan-list |
| 1592. | switchport trunk allowed vlan add vlan-list |
| 1593. | switchport trunk allowed vlan remove vlan-list |
| 1594. | switchport trunk encapsulation dot1q |
| 1595. | switchport trunk native vlan vlan-id |
| 1596. | system-mac mac-address |
| 1597. | tacacs-server host hostname |

# APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| | |
|---|---|
| 1598. | `tacacs-server host hostname port port-number` |
| 1599. | `tacacs-server host hostname single-connection` |
| 1600. | `tacacs-server host hostname timeout seconds` |
| 1601. | `tacacs-server host ipv4-address` |
| 1602. | `tacacs-server host ipv4-address timeout seconds` |
| 1603. | `tacacs-server host ipv6-address` |
| 1604. | `tacacs-server host ipv6-address timeout seconds` |
| 1605. | `tcp` |
| 1606. | `telnet host` |
| 1607. | `telnet host port` |
| 1608. | `telnet ip-address` |
| 1609. | `telnet server enable` |
| 1610. | `template peer name` |
| 1611. | `terminal history` |
| 1612. | `terminal length screen-length` |
| 1613. | `terminal monitor` |
| 1614. | `terminal no history` |
| 1615. | `terminal no history size` |
| 1616. | `threshold metric down number` |
| 1617. | `threshold metric up number` |
| 1618. | `time-period minutes` |
| 1619. | `timeout` |
| 1620. | `timeout login response seconds` |
| 1621. | `timers basic update invalid holddown flush` |
| 1622. | `timers bgp keepalive holdtime` |
| 1623. | `timers pacing flood milliseconds` |
| 1624. | `timers pacing lsa-group seconds` |
| 1625. | `timers spf delay holdtime` |
| 1626. | `traceroute` |
| 1627. | `traceroute ip-address` |
| 1628. | `track interface` |
| 1629. | `tunnel destination ip-address` |
| 1630. | `tunnel mode ipv6ip` |
| 1631. | `tunnel mode ipv6ip 6to4` |
| 1632. | `tunnel source interface-type interface-number` |
| 1633. | `tunnel source ip-address` |
| 1634. | `udld enable` |
| 1635. | `udld port aggressive` |
| 1636. | `udld reset` |
| 1637. | `udp` |
| 1638. | `version 1` |
| 1639. | `version 2` |
| 1640. | `vlan database` |
| 1641. | `vlan vlan-range` |
| 1642. | `vpc domain domain-id` |
| 1643. | `vpc peer-link` |
| 1644. | `vrrp group description text` |
| 1645. | `vrrp group ip ip-address` |
| 1646. | `vrrp group ip ip-address secondary` |

## APPENDIX I - OVERLAPPING DELL AND CISCO CLI COMMANDS

| 1647. | vrrp group preempt |
|-------|--------------------|
| 1648. | vrrp group priority level |
| 1649. | vrrp group timers advertise interval |
| 1650. | vrrp group timers learn |
| 1651. | write core |
| 1652. | write memory |