# EXHIBIT 54

# APPENDIX P

Appendix P

| Cisco Asserted Help String, pp 104-105 Highlighted Entries not already Addressed in Appendix O | Comments |
|---|---|
| ARP table | Standard terms; see RFC 1180 |
| Show command for diagnostic | Common computer science terms; (Help string does not appear in EOS 4.15.5M) |
| Display dot1q tunnel ports | Standard terms; see IEEE 802.1q spec. (Help string does not appear in EOS 4.15.5M) |
| Show flow control information | Standard terms; see RFC 793 (Help string does not appear in EOS 4.15.5M) |
| Show the physical inventory | Common computer science terms; (Help string does not appear in EOS 4.15.5M) |
| IP information | Standard terms; see RFC 1918, 1466 |
| Monitoring different system events | Common computer science terms; (Help string does not appear in EOS 4.15.5M) |
| shows radius information | Standard terms; see RFCs 3579, 2865 (Help string does not appear in EOS 4.15.5M) |
| shows tacacs+ server statistics | Standard terms; see RFC 2975; (Help string does not appear in EOS 4.15.5M) |
| System hardware and software status | Common computer science terms; (Help string does not appear in EOS 4.15.5M) |
| VTP VLAN status | VTP is a Cisco protocol VLANs in IEEE 802.1q. Help string does not appear in EOS 4.15.5M) |
| Loopback interface | Standard terms; see RFC 7404 |
| Ethernet Channel of interfaces | Standard terms; see IEEE 802.1q spec. (Help string does not appear in EOS 4.15.5M) |
| Catalyst Vlans | Catalyst is a Cisco product! VLANs in IEEE 802.1q. (Does not appear in EOS 4.15.5M) |
| Show interface capabilities information | Common computer science terms |
| Show interface counters | Common computer science terms |
| Show interface description | Common computer science terms |
| Show interface flowcontrol information | Standard terms; see RFC 2217 |
| Show interface line status | Standard terms; see RFC 4706 |
| Show interface switchport information | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Show interface transceiver | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Output modifiers | Common computer science terms |
| Database summary | Common computer science terms |
| Interface information | Common computer science terms |
| Neighbor list | Standard terms; see RFC 6327 |