# EXHIBIT 56

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa accounting | aaa accounting | **Command Syntax**<br>`aaa accounting TYPE CONNECTION MODE [METHOD_1] [METHOD_2] ... [METHOD_N]`<br>`no aaa accounting TYPE CONNECTION`<br>`default aaa accounting TYPE CONNECTION`<br><br>**Parameters**<br>• *TYPE*   authorization type for which the command specifies a method list. Options include:<br>  — EXEC   records user authentication events.<br>  — COMMANDS ALL   records all entered commands.<br>  — COMMANDS *level*   records entered commands of the specified *level* (ranges from 0 to 15).<br>• *CONNECTION*   connection type of sessions for which method lists are reported. Options include:<br>  — console   console connection.<br>  — default   all connections not covered by other command options.<br>• *MODE*   accounting mode that defines when accounting notices are sent. Options include:<br>  — none   no notices are sent.<br>  — start-stop   a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>  — stop-only   a *stop* accounting record is generated after a process successfully completes.<br>• *METHOD_X*   server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none.* If *MODE* is not set to *none,* the command must provide at least one method. Each method is composed of one of the following:<br>  — group *name*   the server group identified by *name.*<br>  — group radius   server group that includes all defined RADIUS hosts.<br>  — group tacacs+   server group that includes all defined TACACS+ hosts.<br>  — logging   log all accounting messages to syslog. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa accounting dot1x | aaa accounting dot1x | **Command Syntax**<br><br>`aaa accounting dot1x default` *MODE* `[METHOD_1] [METHOD_2] ... [METHOD_N]`<br>`no aaa accounting dot1x default`<br>`default aaa accounting dot1z default`<br><br>**Parameters**<br>• *MODE*   accounting mode that defines when accounting notices are sent. Options include:<br>  — **start-stop**   a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>• *METHOD_X*   server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none*. If *MODE* is not set to *none*, the command must provide at least one method. Each method is composed of one of the following:<br>  — **group** *name*   the server group identified by *name*.<br>  — **group radius**   server group that includes all defined RADIUS hosts.<br>  — **logging**   server group that includes all defined TACACS+ hosts. | No |
| aaa authentication login | aaa authentication login | **Command Syntax**<br><br>`aaa authentication login` *CONNECTION* *SERVICE_1* `[SERVICE_2] ... [SERVICE_N]`<br>`no aaa authentication login` *CONNECTION*<br>`default aaa authentication login` *CONNECTION*<br><br>**Parameters**<br>• *CONNECTION*   connection type of sessions for which authentication list is used<br>  — **default**   the default authentication list.<br>  — **console**   the authentication list for console logins.<br>• *SERVICE_X*   an authentication service. Settings include:<br>  — **group** *name*   identifies a previously defined server group.<br>  — **group radius**   a server group that consists of all defined RADIUS hosts.<br>  — **group tacacs+**   a server group that consists of all defined TACACS+ hosts.<br>  — **local**   local authentication.<br>  — **none**   the switch does not perform authentication. All access attempts succeed. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa authorization config-commands | aaa authorization config-commands | Command Syntax<br><br>`aaa authorization config-commands`<br>`no aaa authorization config-commands`<br>`default aaa authorization config-commands` | Yes |
| aaa authorization console | aaa authorization console | **Command Syntax**<br><br>`aaa authorization console`<br>`no aaa authorization console`<br>`default aaa authorization console` | Yes |
| aaa group server radius | aaa group server radius | **Command Syntax**<br><br>`aaa group server radius` *group_name*<br>`no aaa group server radius` *group_name*<br>`default aaa group server radius` *group_name*<br><br>**Parameters**<br>• *group_name*   name (text string) assigned to the group. Cannot be identical to a name already assigned to a TACACS+ server group. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa group server tacacs+ | aaa group server tacacs+ | **Command Syntax**<br><br>`aaa group server tacacs+` *group_name*<br>`no aaa group server tacacs+` *group_name*<br>`default aaa group server tacacs+` *group_name*<br><br>**Parameters**<br><br>• *group_name*   name (text string) assigned to the group. Cannot be identical to a name already assigned to a RADIUS server group. | No |
| address-family | address-family | **Command Syntax**<br><br>`bgp` *ADDRESS_TYPE*<br>`no bgp` *ADDRESS_TYPE*<br>`default bgp` *ADDRESS_TYPE*<br><br>**Parameters**<br><br>• *ADDRESS_FAMILY*   Address family affected by subsequent commands. Options include:<br><br>   — **ipv4**   IPv4 unicast<br>   — **ipv6**   IPv6 unicast<br><br>**Example**<br><br>• These commands enter address family mode for IPv6-unicast, insert a command, then exit the mode:<br><br>`switch(config)#`**`router bgp 1`**<br>`switch(config-router-bgp)#`**`address-family ipv6`**<br>`switch(config-router-bgp-af)#`**`neighbor 172.10.1.1 activate`**<br>`switch(config-router-bgp-af)#`**`exit`**<br>`switch(config-router-bgp)#` | No |

4

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aggregate-address | aggregate-address | **Command Syntax**<br><br>`aggregate-address AGGREGATE_NET [AS_SET] [SUMMARY] [ATTRIBUTE_MAP] [MATCH_MAP]`<br>`no aggregate-address AGGREGATE_NET`<br>`default aggregate-address AGGREGATE_NET`<br><br>**Parameters**<br><br>• *AGGREGATE_NET*   aggregate route IP address. Options include:<br>  — *netv4_addr*   IPv4 subnet address (CIDR or address-mask notation).<br>  — *netv6_addr*   IPv6 subnet address (CIDR notation).<br><br>• *AS_SET*   controls AS_PATH attribute values associated with aggregate route. Options include:<br>  — <no parameter>   ATOMIC_AGGREGATE attribute is set. Route contains no AS_PATH data.<br>  — **as-set**   route includes AS_PATH information from contributor routes as AS_SET attributes.<br><br>• *SUMMARY*   controls advertisement of contributor routes. Options include:<br>  — <no parameter>   contributor and aggregate routes are advertised.<br>  — **summary-only**   contributor routes are not advertised.<br><br>• *ATTRIBUTE_MAP*   controls attribute assignments to the aggregate route. Options include:<br>  — <no parameter>   attribute values are not assigned to route.<br>  — **attribute-map** *map_name*   assigns attribute values in set commands of the map's permit clauses. Deny clauses and match commands in permit clauses are ignored.<br><br>• *MATCH_MAP*   filters contributors to the aggregate route. Options include:<br>  — <no parameter>   no contributors are filtered.<br>  — **match-map** *map_name*   filters contributor routes using the named match-map. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area default-cost | area default-cost (OSPFv3) | **Command Syntax**<br>    **area** *area_id* **default-cost** *def_cost*<br>    **no area** *area_id* **default-cost**<br>    **default area** *area_id* **default-cost**<br><br>**Parameters**<br>• *area_id*   area number. <0 to **4294967295**> or <**0.0.0.0** to **255.255.255.255**> *Running-config* stores value in dotted decimal notation.<br><br>• *def_cost*   Values range from 1 to 65535. | No |
| area default-cost | area default-cost (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **default-cost** *def_cost*<br>    **no area** *area_id* **default-cost**<br>    **default area** *area_id* **default-cost**<br><br>**Parameters**<br>• *area_id*   area number. <0 to **4294967295**> or <**0.0.0.0** to **255.255.255.255**> *running-config* stores value in dotted decimal notation.<br><br>• *def_cost*   Value ranges from 1 to 65535. Default value is 10. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa | area nssa (OSPFv2) | **Command Syntax**<br>    `area` `area_id` `nssa` [***TYPE***]<br>    `no area` `area_id` `nssa` [***TYPE***]<br>    `default area` `area_id` `nssa` [***TYPE***]<br><br>    All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer **<1 to 4294967295>** or dotted decimal **<0.0.0.1 to 255.255.255.255>**<br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***running-config*** stores value in dotted decimal notation.<br>• ***TYPE*** area type. Values include:<br>    — <no parameter><br>    — **nssa-only** | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa | area nssa (OSPFv3) | **Command Syntax**<br>**area** *area_id* **nssa** [*TYPE*]<br>**no area** *area_id* **nssa** [*TYPE*][<br>**default area** *area_id* **nssa** [*TYPE*]<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>***Running-config*** stores value in dotted decimal notation.<br><br>• *TYPE*<br>• Values include:<br>— <no parameter><br>— **nssa-only** | No |
| area nssa default-information-originate | area nssa default-information-originate (OSPFv2) | **Command Syntax**<br>**area** *area_id* **nssa default-information-originate** [*VALUE*][*TYPE*][*EXCL*]<br>**no area** *area_id* **nssa default-information-originate**<br>**default area** *area_id* **nssa default-information-originate**<br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>***running-config***    stores value in dotted decimal notation.<br><br>• *VALUE*    Values include: | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | —   &lt;no parameter&gt;    Default value of 1. <br> —   **metric &lt;1-65535&gt;** <br> •   *TYPE*    Values include: <br> —   &lt;no parameter&gt; <br> —   **metric-type &lt;1-2&gt;** <br> •   *EXCL*    Values include: <br> —   &lt;no parameter&gt;. <br> —   **nssa-only** | |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa default-information-originate | area nssa default-information-originate (OSPFv3) | **Command Syntax**<br>**area** *area_id* **nssa default-information-originate** [*VALUE*][*TYPE*][*EXCL*]<br>**no area** *area_id* **nssa default-information-originate** [*VALUE*][*TYPE*][*EXCL*]<br>**default area** *area_id* **nssa default-information-originate** [*VALUE*][*TYPE*][*EXCL*]<br><br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br>Valid formats: integer **<1 to 4294967295>** or dotted decimal **<0.0.0.1 to 255.255.255.255>**<br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>***Running-config*** stores value in dotted decimal notation.<br><br>• *VALUE*    Values include:<br>— <no parameter><br>— **metric <1-65535>**<br><br>• *TYPE*    Values include:<br>— <no parameter><br>— **metric-type <1-2>**<br><br>• *EXCL*    Values include:<br>— <no parameter><br>— **nssa-only** | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa no-summary | area nssa no-summary (OSPFv2) | **Command Syntax**<br>**area** *area_id* **nssa no-summary**<br>**no area** *area_id* **nssa no-summary**<br>**default area** *area_id* **nssa no-summary**<br><br>**Parameters**<br>• *area_id*    area number.<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>***running-config***    stores value in dotted decimal notation. | No |
| area nssa translate type7 always | area nssa translate type7 always (OSPFv2) | **Command Syntax**<br>**area** *area_id* **nssa translate type7 always**<br>**no** *area_id* **nssa translate type7 always**<br>**default** *area_id* **nssa translate type7 always**<br><br>**Parameters**<br>• *area_id*    area number.<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>***running-config***    stores value in dotted decimal notation. | No |

11

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa translate type7 always | area nssa translate type7 always (OSPFv3) | **Command Syntax**<br>`area ` *`area_id`* ` nssa translate type7 always`<br>`no ` *`area_id`* ` nssa translate type7 always`<br>`default ` *`area_id`* ` nssa translate type7 always`<br><br>**Parameters**<br>• *area_id*<br>  Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>    Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>    *Running-config* stores value in dotted decimal notation.<br>    . | No |
| area range | area range (OSPFv3) | **Command Syntax**<br>`area ` *`area_id`* ` range ` *`net_addr`* ` [`***`ADVERTISE_SETTING`***`] [`***`COST_SETTING`***`]`<br>`no area ` *`area_id`* ` range ` *`net_addr`* ` [`***`ADVERTISE_SETTING`***`] [`***`COST_SETTING`***`]`<br>`default area ` *`area_id`* ` range ` *`net_addr`* ` [`***`ADVERTISE_SETTING`***`] [`***`COST_SETTING`***`]`<br><br>**Parameters**<br>• *area_id*   <**0** to **4294967295**> or <**0.0.0.0** to **255.255.255.255**><br>• *net_addr*<br>• *ADVERTISE_SETTING*   specifies the LSA advertising activity. Values include<br>   — <no parameter><br>   — **advertise**<br>   — **not-advertise**<br>• *COST_SETTING*   Values include<br>   — <no parameter><br>   — **cost** *range_cost*   Value ranges from 1 to 65535. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area range | area range (OSPFv2) | **Command Syntax**<br>**area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br>**no area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br>**default area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br><br>**Parameters**<br>• *area_id*    area number. **<0 to 4294967295>** or **<0.0.0.0 to 255.255.255.255>** *running-config*    stores value in dotted decimal notation.<br>• *net_addr*<br>• *ADVERTISE_SETTING*    Values include<br>  — <no parameter><br>  — **advertise**<br>  — **not-advertise**<br>• *COST_SETTING*    Values include<br>  — <no parameter><br>  — **cost** *range_cost*    Value ranges from 1 to 65535. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area stub | area stub (OSPFv2) | **Command Syntax**<br>**area** *area_id* **stub [summarize]**<br>**no area** *area_id* **stub [summarize]**<br>**default area** *area_id* **stub [summarize]**<br><br>**Parameters**<br>• *area_id*    area number.<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***running-config***    stores value in dotted decimal notation.<br><br>• *SUMMARIZE*    area type. Values include:<br>    — <no parameter><br>    — **no-summary** | No |
| area stub | area stub (OSPFv3) | **Command Syntax**<br>**area** *area_id* **stub**<br>**no area** *area_id* **stub**<br>**default area** *area_id* **stub**<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***Running-config*** stores value in dotted decimal notation. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| arp timeout | arp timeout | **Command Syntax**<br>`arp timeout` *arp_time*<br>`no arp timeout`<br>`default arp timeout`<br><br>**Parameters**<br>• *arp_time*    ARP timeout period (seconds). Values range from 60 to 65535. Default value is 14400. | No |
| banner login | banner login | **Command Syntax**<br>`banner login`<br>`no banner login`<br>`default banner login`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports the following keywords:<br>   — **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. | No<br><br>(Requires text to be inputted) |
| banner motd | banner motd | **Command Syntax**<br>`banner motd`<br>`no banner motd`<br>`default banner motd`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports this keyword:<br>   — **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. | No<br><br>(Requires text to be inputted) |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bfd all-interfaces | bfd all-interfaces | **Command Syntax**<br>`bfd all-interfaces`<br>`no bfd all-interfaces`<br>`default bfd all-interfaces` | Yes |
| bgp client-to-client reflection | bgp client-to-client reflection | **Command Syntax**<br>`bgp client-to-client reflection`<br>`no bgp client-to-client reflection`<br>`default bgp client-to-client reflection` | Yes |
| bgp cluster-id | bgp cluster-id | **Command Syntax**<br>`bgp cluster-id ID_NUM`<br>`no bgp cluster-id`<br>`default bgp cluster-id`<br><br>**Parameters**<br>• *ID_NUM*    cluster ID shared by all route reflectors in the cluster (32-bit dotted-decimal notation). Options include:<br>— *0.0.0.1* to *255.255.255.255*    valid cluster ID number.<br>— *0.0.0.0*    removes the cluster-ID from the switch. Equivalent to **no bgp cluster-id** command. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bgp confederation identifier | bgp confederation identifier | **Command Syntax**<br>    `bgp confederation identifier` *as_number*<br>    `no bgp confederation identifier`<br>    `default bgp confederation identifier`<br><br>**Parameters**<br>• *as_number*    the ID of BGP AS confederation. Value ranges from 1 to 4294967295. | No |
| bgp confederation peers | bgp confederation peers | **Command Syntax**<br>    `bgp confederation peers` *as_range*<br>    `no bgp confederation peers` *as_range*<br>    `default bgp confederation peers` *as_range*<br><br>**Parameters**<br>• *as_range*    the Sub-AS number.<br><br>*as_range* formats include number (from 1 to 4294967295), number range, or comma-delimited list of numbers and ranges. | No |
| bgp listen limit | bgp listen limit | **Command Syntax**<br>    `bgp listen limit` *maximum*<br>    `no bgp listen limit`<br>    `default bgp listen limit`<br><br>**Parameters**<br>• *maximum*    the maximum number of dynamic BGP peers to be allowed on the switch. Values range from 1 to 1000; default value is 100. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bgp log-neighbor-changes | bgp log-neighbor-changes | **Command Syntax**<br>    `bgp log-neighbor-changes`<br>    `no bgp log-neighbor-changes`<br>    `default bgp log-neighbor-changes` | Yes |
| bgp redistribute-internal | bgp redistribute-internal (BGP) | **Command Syntax**<br>    `bgp redistribute internal`<br>    `no bgp redistribute internal`<br>    `default bgp redistribute internal` | Yes |
| boot system | boot system | **Command Syntax**<br>    `boot system DEVICE file_path`<br><br>**Parameters**<br>• *DEVICE*    Location of the image file. Options include<br>  — **file:**   file is located in the switch file directory.<br>  — **flash:**   file is located in flash memory.<br>  — **usb1:**   file is located on a drive inserted in the USB flash port. Available if a drive is in the port.<br>• *file_path*    Path and name of the file. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| channel-group | channel-group | **Command Syntax**<br>    `channel-group` *number* ***LACP_MODE***<br>    `no channel-group`<br>    `default channel-group`<br><br>**Parameters**<br>• *number*   specifies a channel group ID. Values range from 1 through 2000.<br>• *LACP_MODE*   specifies the interface LACP mode. Values include:<br>   — **mode on**   Interface is a static port channel, LACP disabled. Port neither verifies nor negotiates port channel membership.<br>   — **mode active**   Interface is an active LACP port that transmits and receives LACP negotiation packets.<br>   — **mode passive**   Interface is a passive LACP port that only responds to LACP negotiation packets. | No |
| class-map type control-plane | class-map type control-plane | **Command Syntax**<br>    `class-map type control-plane match-any` *class_name*<br>    `no class-map type control-plane [match-any]` *class_name*<br>    `default class-map type control-plane [match-any]` *class_name*<br><br>**Parameters**<br>• *class_name*   Name of class map. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear arp-cache | clear arp-cache | **Command Syntax**<br>        clear arp-cache [*VRF_INSTANCE*][*INTERFACE_NAME*]<br>**Parameters**<br>• **VRF_INSTANCE**    specifies the VRF instance for which arp data is refreshed.<br>   — <no parameter>    specifies the context-active VRF.<br>   — vrf *vrf_name*    specifies name of VRF instance. System default VRF is specified by default.<br>• **INTERFACE_NAME**    interface upon which ARP cache entries are refreshed. Options include:<br>   — <no parameter>    All ARP cache entries.<br>   — interface ethernet *e_num*    ARP cache entries of specified Ethernet interface.<br>   — interface loopback *l_num*    ARP cache entries of specified loopback interface.<br>   — interface management *m_num*    ARP cache entries of specified management interface.<br>   — interface port-channel *p_num*    ARP cache entries of specified port-channel Interface.<br>   — interface vlan *v_num*    ARP cache entries of specified VLAN interface.<br>   — interface vxlan *vx_num*    VXLAN interface specified by *vx_num*. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear counters | clear counters | **Command Syntax**<br><br>    `clear counters` `[INTERFACE]` `[SCOPE]`<br><br>**Parameters**<br><br>• *INTERFACE*    Interface type and number. Options include:<br><br>    — <no parameter>    Display information for all interfaces.<br>    — **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>    — **loopback** *l_range*    Loopback interface specified by *l_range*.<br>    — **management** *m_range*    Management interface range specified by *m_range*.<br>    — **port-channel** *p_range*    Port-Channel Interface range specified by *p_range*.<br>    — **vlan** *v_range*    VLAN interface range specified by *v_range*.<br>    — **vxlan** *vx_range*    VXLAN interface range specified by *vx_range*.<br><br>    Valid *e_range*, *l_range*, *m_range*, *p_range*, *v_range*, and *vx_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *SCOPE*    Duration of the reset results. Options include:<br><br>    — <no parameter>    counters are cleared on the switch.<br>    — **session**    counters are reset only for the current session. | Yes |
| clear ip arp | clear ip arp | **Command Syntax**<br><br>    `clear ip arp` `[VRF_INSTANCE]` `ipv4_addr`<br><br>**Parameters**<br><br>• *VRF_INSTANCE*    specifies the VRF instance for which arp data is removed.<br><br>    — <no parameter>    specifies the context-active VRF.<br>    — **vrf** *vrf_name*    specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• *ipv4_addr*    IPv4 address of dynamic ARP entry. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip bgp | clear ip bgp | **Command Syntax**<br>`clear ip bgp [ACTION] [RESET_TYPE] [DATA_FLOW] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *ACTION*   the entity upon which the clearing action is taken. Options include:<br><br>  — <no parameter>   clears the routing table, then reads in routes from designated peers.<br>  — *   clears all BGP IPv4 sessions with the switch's peers.<br>  — *ipv4_addr*   resets the IPv4 session with the peer at the specified IPv4 address.<br>  — *ipv6_addr*   resets the IPv4 session with the peer at the specified IPv6 address.<br><br>• *RESET_TYPE*   reconfiguration type. Options include:<br><br>  — <no parameter>   hard reset.<br>  — **soft**   soft reset.<br><br>• *DATA_FLOW*   restricts hard reset to inbound or outbound routes. Soft reset is bidirectional.<br><br>  — <no parameter>   inbound and outbound routes are reset.<br>  — **in**   inbound routes are reset.<br>  — **out**   outbound routes are reset.<br><br>• *VRF_INSTANCE*   specifies VRF instances.<br><br>  — <no parameter>   clears routing table for context-active VRF.<br>  — **vrf** *vrf_name*   clears routing table for the specified VRF.<br>  — **vrf all**   clears routing table for all VRFs.<br>  — **vrf default**   clears routing table for default VRF. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip igmp group | clear ip igmp group | **Command Syntax**<br>    `clear ip igmp group [`*gp_addr*`] [interface `*INT_ID*`]`<br><br>**Parameters**<br>• *gp_addr*    multicast group IP address (dotted decimal notation).<br><br>• *INT_ID*    interface name. Options include:<br><br>    — **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>    — **loopback** *l_num*    Loopback interface specified by *l_num*.<br>    — **management** *m_num*    Management interface specified by *m_num*.<br>    — **port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>    — **vlan** *v_num*    VLAN interface specified by *v_num*.<br>    — **vxlan** *vx_num*    VXLAN interface specified by *vx_num*. | Yes |
| clear ip mroute | clear ip mroute | **Command Syntax**<br>    `clear ip mroute `*ENTRY_LIST*<br><br>**Parameters**<br>• *ENTRY_LIST*    entries that the command removes from the mroute table. Options include:<br><br>    — *    all route entries are removed from the table<br>    — *gp_ipv4*    all entries for multicast group *gp_ipv4* (dotted decimal notation).<br>    — *gp_ipv4    src_ipv4*    all entries for source (*src_ipv4*) sending to group (*gp_ipv4*).<br>    — . | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip msdp sa-cache | clear ip msdp sa-cache | **Command Syntax**<br>    `clear ip msdp sa-cache [ADDRESS_FILTER]`<br><br>**Parameters**<br>• *ADDRESS_FILTER*   IPv4 address used to select table entries for removal.<br><br>  — &lt;no parameter&gt;   All SA messages<br>  — *grp_addr*   Multicast group address (IPv4 address).<br><br>    *grp_addr* must be a valid multicast address. | Yes |

24

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip nat translation | clear ip nat translation | **Command Syntax**<br><br>    clear ip nat translation [*HOST_ADDR* [*DEST_ADDR*]] [*INTF*] [*PROT_TYPE*]<br><br>**Parameters**<br><br>*DEST_ADDR* immediately follows *HOST_ADDR*. All other parameters, including *HOST_ADDR*, may be placed in any order.<br><br>• *HOST_ADDR*    Host address to be modified. Options include:<br>    — <no parameter>    All packets with specified destination address are cleared.<br>    — **address** *local_ipv4*    IPv4 address.<br>    — **address** *local_ipv4*  *local_port*    IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *DEST_ADDR*    Destination address of translated packet. Destination address can be entered only when the *HOST_ADDR* is specified. Options include:<br>    — <no parameter>    All packets with specified destination address are cleared.<br>    — *global_ipv4*    IPv4 address.<br>    — *global_ipv4*  *global_port*    IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *INTF*    Route source. Options include:<br>    — <no parameter>    All packets with specified destination address are cleared.<br>    — **interface ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>    — **interface loopback** *l_num*    Loopback interface specified by *l_num*.<br>    — **interface management** *m_num*    Management interface specified by *m_num*.<br>    — **interface port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>    — **interface vlan** *v_num*    VLAN interface specified by *v_num*.<br><br>• *PROT_TYPE*    Filters packets based on protocol type. Options include:<br>    — <no parameter>    All packets with specified destination address are cleared.<br>    — **tcp**    TCP packets with specified destination address are cleared.<br>    — **udp**    UDP packets with specified destination address are cleared. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip ospf neighbor | clear ip ospf neighbor | **Command Syntax**<br>    `clear ip ospf [`*`PROCESS_ID`*`] neighbor[`*`LOCATION`*`] [`*`VRF_INSTANCE`*`]`<br><br>**Parameters**<br>• *PROCESS_ID*   OSPFv2 process ID. Values include:<br>    — <no parameter><br>    — *<1 to 65535>*<br>• *LOCATION*   IP address or interface peer group name. Values include:<br>    — **\***   clears all OSPF IPv4 neighbors.<br>    — *ipv4_addr*<br>    — **ethernet** *e_num*<br>    — **loopback** *l_num*<br>    — **port-channel** *p_num*<br>    — **vlan** *v_num*<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>    — <no parameter><br>    — **vrf** *vrf_name* | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ipv6 neighbors | clear ipv6 neighbors | **Command Syntax**<br>    `clear ipv6 neighbors [PORT] [DYNAMIC_IPV6]`<br><br>**Parameters**<br>• *PORT*   Interface through which neighbor is accessed. Options include:<br>  — <no parameter>   all dynamic entries are removed.<br>  — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>  — **management** *m_num*   Management interface specified by *m_num*.<br>  — **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>  — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *DYNAMIC_IPV6*   Address of entry removed by the command. Options include:<br>  — <no parameter>   all dynamic entries for specified interface are removed.<br>  — *ipv6_addr*   IPv6 address of entry. | Yes |
| clear ipv6 ospf force-spf | clear ipv6 ospf force-spf | **Command Syntax**<br>    `clear ipv6 ospf force-spf` | Yes |

27

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear lldp counters | clear lldp counters | **Command Syntax**<br>`clear lldp counters [SCOPE]`<br><br>**Parameters**<br>• *SCOPE*    Session affected by command. Options include:<br>   — **<no parameter>**    command affects counters on all CLI sessions.<br>   — **session**    clears LLDP counters for the current CLI session only. | Yes |
| clear lldp table | clear lldp table | **Command Syntax**<br>`clear lldp table` | Yes |
| clear mac-address-table dynamic | clear mac address-table dynamic | **Command Syntax**<br>`clear mac address-table dynamic [VLANS] [INTERFACE]`<br><br>**Parameters**<br>• *VLANS*    Table entries are cleared for specified VLANs. Options include:<br>   — **<no parameter>**    all VLANs.<br>   — **vlan** *v_num*    VLAN specified by *v_num*.<br><br>• *INTERFACE*    Table entries are cleared for specified interfaces. Options include:<br>   — **<no parameter>**    all Ethernet and port channel interfaces.<br>   — **interface ethernet** *e_range*    Ethernet interfaces specified by *e_range*.<br>   — **interface port-channel** *p_range*    port channel interfaces specified by *p_range*.<br>   — **vxlan** *vx_range*    VXLAN interfaces specified by *vx_range*.<br><br>Valid *range* formats include number, range, or comma-delimited list of numbers and ranges. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear spanning-tree counters | clear spanning-tree counters | **Command Syntax**<br>    `clear spanning-tree counters` [*INT_NAME*]<br><br>**Parameters**<br>• *INT_NAME*   Interface type and number. Options include:<br>  — `<no parameter>`  resets counters for all interfaces.<br>  — **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br>  — **interface management** *m_num*   Management interface specified by *m_num*.<br>  — **interface port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>  — **interface vlan** *v_num*   VLAN interface specified by *v_num*. | Yes |
| clock set | clock set | **Command Syntax**<br>    `clock set` *hh:mm:ss date*<br><br>**Parameters**<br>• *hh:mm:ss* is the current time (24-hour notation).<br><br>• *date* is the current date. Date formats include:<br>  — mm/dd/yy      *example:* 05/15/2012<br>  — Month  day  year  *example:* May 15 2012<br>  — day  month  year  *example:* 15 May 2012 | No |

29

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clock timezone | clock timezone | **Command Syntax**<br><br>`clock timezone` *zone_name*<br>`no clock timezone`<br>`default clock timezone`<br><br>**Parameters**<br>• *zone_name*   the time zone. Settings include a list of predefined time zone labels. | No |
| control-plane | control-plane | **Command Syntax**<br><br>`control-plane` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-information originate (OSPF) | default-information originate (OSPFv2) | **Command Syntax**<br>`default-information originate [FORCE][VALUE][TYPE][MAP]`<br>`no default-information originate`<br>`default default-information originate`<br><br>All parameters can be placed in any order.<br><br>**Parameters**<br>• *FORCE*   advertisement forcing option. Values include:<br>— `<no parameter>`<br>— **always**<br>• *VALUE*   Values include:<br>— `<no parameter>`<br>— **metric <1-65535>**<br>• *TYPE*   Values include:<br>— `<no parameter>`<br>— **metric-type <1-2>**<br>• *MAP*   sets attributes in the LSA based on a route map. Values include:<br>— `<no parameter>`<br>— **route-map** *map_name*. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-information originate (OSPFv3) | default-information originate (OSPFv3) | **Command Syntax**<br><br>`default-information originate [DURATION][VALUE][TYPE][MAP]`<br>`no default-information originate`<br>`default default-information originate`<br><br>All parameters can be placed in any order.<br><br>**Parameters**<br><br>• *DURATION*    Values include:<br><br>— <no parameter><br>— **always**<br><br>• *VALUE*    Values include:<br><br>— <no parameter><br>— **metric** *<1-65535>*<br><br>• *TYPE*    Values include:<br><br>— <no parameter><br>— **metric-type** *<1-2>*<br><br>• *MAP*    Values include:<br><br>— <no parameter><br>— **route-map** *map_name* | Yes |
| !!!!!!!!!!! | !!!!!!!!!!! | | |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-metric (OSPFv3) | default-metric (OSPFv3) | **Command Syntax**<br><br>`default-metric` *def_metric*<br>`no default-metric`<br>`default default-metric`<br><br>**Parameters**<br><br>• *def_metric*    Values range from 1 to 65535. Default value is 10. | No |
| distance bgp | distance bgp | **Command Syntax**<br><br>`distance bgp` *external_dist* [**INTERNAL_LOCAL**]<br>`no distance bgp`<br>`default distance bgp`<br><br>**Parameters**<br><br>• *external_dist*    distance assigned to external routes. Values range from 1 to 255.<br><br>• **INTERNAL_LOCAL**    distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br><br>— &lt;no parameter&gt;  *external_dist* value is assigned to internal and local routes.<br><br>— *internal_dist*  *local_dist*  values assigned to internal (*internal_dist*) and local (*local_dist*) routes. | No |
| domain-id | domain-id | **Command Syntax**<br><br>`domain-id` *identifier*<br>`no domain-id`<br>`default domain-id`<br><br>**Parameters**<br><br>• *identifier*    alphanumeric string that names the MLAG domain. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x max-reauth-req | dot1x max-reauth-req | **Command Syntax**<br>   `dot1x max-reauth-req` *attempts*<br>   `no dot1x max-reauth-req`<br>   `default dot1x max-reauth-req`<br><br>**Parameters**<br>• *attempts*   maximum number of attempts. Values range from 1 to 10; default value is 2. | No |
| dot1x pae authenticator | dot1x pae authenticator | **Command Syntax**<br>   `dot1x pae authenticator`<br>   `no dot1x pae authenticator`<br>   `default dot1x pae authenticator` | Yes |
| dot1x port-control | dot1x port-control | **Command Syntax**<br>   `dot1x port-control` *STATE*<br>   `no dot1x port-control`<br>   `default dot1x port-control`<br><br>**Parameters**<br>• *STATE*   specifies whether the interface will authenticate traffic. The default value is *force-authorized*. Options include:<br><br>— **auto**   configures the port to authenticate traffic using Extensible Authentication Protocol messages.<br><br>— **force-authorized**   configures the port to pass traffic without authentication.<br><br>— **force-unauthorized**   configures the port to block all traffic regardless of authentication. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x reauthentication | dot1x reauthentication | **Command Syntax**<br>`dot1x reauthentication`<br>`no dot1x reauthentication`<br>`default dot1x reauthentication` | Yes |
| dot1x system-auth-control | dot1x system-auth-control | **Command Syntax**<br>`dot1x system-auth-control`<br>`no dot1x system-auth-control`<br>`default dot1x system-auth-control` | Yes |
| dot1x timeout quiet-period | dot1x timeout quiet-period | **Command Syntax**<br>`dot1x timeout quiet-period` *quiet_time*<br>`no dot1x timeout quiet-period`<br>`default dot1x timeout quiet-period`<br><br>**Parameters**<br>• *quiet_time*  interval in seconds. Values range from 1 to 65535. Default value is 60. | No |
| dot1x timeout reauth-period | dot1x timeout reauth-period | **Command Syntax**<br>`dot1x timeout reauth-period` *reauth_time*<br>`no dot1x timeout reauth-period`<br>`default dot1x timeout reauth-period`<br><br>**Parameters**<br>• *reauth_time*  the number of seconds the interface passes traffic before requiring re-authentication. Values range from 1 to 65535. Default value is 3600. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x timeout tx-period | dot1x timeout tx-period | **Command Syntax**<br>    `dot1x timeout tx-period` *tx_time*<br>    `no dot1x timeout tx-period`<br>    `default dot1x timeout tx-period`<br><br>**Parameters**<br>• *tx_time*   Values range from 1 to 65535. Default value is 5. | No |
| enable secret | enable secret | **Command Syntax**<br>    `enable secret` [***ENCRYPT_TYPE***] *password*<br>    `no enable secret`<br>    `default enable secret`<br><br>**Parameters**<br>• ***ENCRYPT_TYPE***   encryption level of the *password* parameter. Settings include:<br>   — <no parameter>   the password is entered as clear text.<br>   — **0**   the password is entered as clear text. Equivalent to <no parameter>.<br>   — **5**   the password is entered as an md5 encrypted string.<br>   — **sha512**   the password is entered as an sha512 encrypted string.<br>• *password*   text that authenticates the username.<br>   — *password* must be in clear text if ***ENCRYPT_TYPE*** specifies clear text.<br>   — *password* must be an appropriately encrypted string if ***ENCRYPT_TYPE*** specifies encryption.<br><br>Encrypted strings entered through this parameter are generated elsewhere. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| erase startup-config | erase startup-config | **Command Syntax**<br>    `erase startup-config [CONFIRMATION]`<br>**Parameters**<br>•  *CONFIRMATION*<br>    — `<no parameter>`   the switch requires a confirmation before starting the erase.<br>    — **now**   the erase begins immediately without prompting the user to confirm the request. | Yes |
| errdisable detect cause link-flap | errdisable detect cause link-flap | **Command Syntax**<br>    `errdisable detect cause link-flap`<br>    `no errdisable detect cause link-flap`<br>    `default errdisable detect cause link-flap` | Yes |
| errdisable recovery cause | errdisable recovery cause | **Command Syntax**<br>    `errdisable recovery cause CONDITION`<br>    `no errdisable recovery cause CONDITION`<br>    `default errdisable recovery cause CONDITION`<br>**Parameters**<br>•  *CONDITION*   Disabling condition for which command automates recovery. Options include:<br>    — **bpduguard**<br>    — **link-flap**<br>    — **no-internal-vlan**<br>    — **portchannelguard**<br>    — **portsec**<br>    — **tapagg**<br>    — **uplink-failure-detection**<br>    — **xcvr_unsupported** | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| errdisable recovery interval | errdisable recovery interval | **Command Syntax**<br>`errdisable recovery interval` *period*<br>`no errdisable recovery interval`<br>`default errdisable recovery interval`<br><br>**Parameters**<br>• *period*   Error disable recovery period (seconds). Value ranges from 30 to 86400. Default value is 300 | No |
| flowcontrol receive | flowcontrol receive | **Command Syntax**<br>`flowcontrol receive STATE`<br>`no flowcontrol receive`<br>`default flowcontrol receive`<br><br>**Parameters**<br>• *STATE*   flow control pause frame processing setting. Options include:<br>  — **on**<br>  — **off** | No |
| flowcontrol send | flowcontrol send | **Command Syntax**<br>`flowcontrol send STATE`<br>`no flowcontrol send`<br>`default flowcontrol send`<br><br>**Parameters**<br>• *STATE*   flow control send setting. Options include<br>  — **on**<br>  — **off** | No |