# EXHIBIT 57

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| interface ethernet | interface ethernet | **Command Syntax**<br>    `interface ethernet` *e_range*<br><br>**Parameters**<br>• *e_range*    Ethernet interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>    Valid Ethernet numbers depend on the switch's available Ethernet interfaces. | No |
| interface loopback | interface loopback | **Command Syntax**<br>`interface loopback` *l_range*<br>`no interface loopback` *l_range*<br>`default interface loopback` *l_range*<br><br>**Parameters**<br>• *l_range*    Loopback interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>    Looback number ranges from 0 to 1000. | No |
| interface port-channel | interface port-channel | **Command Syntax**<br>    `interface port-channel` *p_range*<br>    `no interface port-channel` *p_range*<br>    `default interface port-channel` *p_range*<br><br>**Parameter**<br>• *p_range*    port channel interfaces (number, range, or comma-delimited list of numbers and ranges)<br><br>    Port channel numbers range from 1 to 2000. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| interface vlan | interface vlan | **Command Syntax**<br><br>`interface vlan `*`v_range`*<br>`no interface vlan `*`v_range`*<br>`default interface vlan `*`v_range`*<br><br>**Parameter**<br><br>• *v_range*   VLAN interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>VLAN number ranges from 1 to 4094. | No |
| ip access-group | ip access-group | **Command Syntax**<br><br>`ip access-group `*`list_name`*` [`**`VRF_INSTANCE`**`] `**`DIRECTION`**<br>`no ip access-group [`*`list_name`*`] [`**`VRF_INSTANCE`**`] `**`DIRECTION`**<br>`default ip access-group [`*`list_name`*`] [`**`VRF_INSTANCE`**`] `**`DIRECTION`**<br><br>**Parameters**<br><br>• *list_name*   name of ACL assigned to interface.<br><br>• **VRF_INSTANCE**   specifies the VRF instance being modified.<br><br>— `<no parameter>`   changes are made to the default VRF.<br>— **vrf** *vrf_name*   changes are made to the specified user-defined VRF.<br><br>• **DIRECTION**   transmission direction of packets, relative to interface. Valid options include:<br><br>— **in**   inbound packets. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip access-list | ip access-list | **Command Syntax**<br><br>`ip access-list` *list_name*<br>`no ip access-list` *list_name*<br>`default ip access-list` *list_name*<br><br>**Parameters**<br><br>• *list_name*    Name of ACL.<br>Must begin with an alphabetic character. Cannot contain spaces or quotation marks. | No |
| ip access-list standard | ip access-list standard | **Command Syntax**<br><br>`ip access-list standard` *list_name*<br>`no ip access-list standard` *list_name*<br>`default ip access-list standard` *list_name*<br><br>**Parameters**<br><br>• *list_name*    Name of standard ACL.<br>Must begin with an alphabetic character. Cannot contain spaces or quotation marks. | No |
| ip address | ip address | **Command Syntax**<br><br>`ip address` *ipv4_subnet* [***PRIORITY***]<br>`no ip address` [*ipv4_subnet*] [***PRIORITY***]<br>`default ip address` [*ipv4_subnet*] [***PRIORITY***]<br><br>**Parameters**<br><br>• *ipv4_subnet*    IPv4 and subnet address (CIDR or address-mask notation). ***Running-config*** stores value in CIDR notation.<br><br>• ***PRIORITY***    interface priority. Options include:<br><br>— **<no parameter>**    the address is the primary IPv4 address for the interface.<br>— **secondary**    the address is the secondary IPv4 address for the interface. | No |

41

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip as-path access-list | ip as-path access-list | **Command Syntax**<br>    **ip as-path access-list** *list_name* ***FILTER_TYPE*** *regex* ***ORIGIN***<br>    **no ip as-path access-list** *list_name*<br>    **default ip as-path access-list** *list_name*<br><br>**Parameters**<br>• *list_name*   the name of the AS path access list.<br>• ***FILTER_TYPE***   access resolution of the specified AS path. Options include:<br>   — **permit**   access is permitted.<br>   — **deny**   access is denied.<br>• *regex*   a regular expression describing the AS path being filtered. Regular expressions are pattern matching strings that are composed of text characters and operators (Section 3.2.6).<br>• ***ORIGIN***   the origin of the path information. Values include:<br>   — \<no parameter\>   sets the origin to ***any***.<br>   — **any**   any BGP origin.<br>   — **egp**   EGP origin.<br>   — **igp**   IGP origin.<br>   — **incomplete**   incomplete origin. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip community-list expanded | ip community-list expanded | **Command Syntax**<br>`ip community-list expanded` *listname* **FILTER_TYPE** `R_EXP`<br>`no ip community-list expanded` *listname*<br>`default community-list expanded` *listname*<br><br>**Parameters**<br>• *listname*   name of the community list. Valid input is text.<br>• *FILTER_TYPE*   access resolution of the specified community. Options include:<br>  — **permit**   access is permitted.<br>  — **deny**   access is denied.<br>• *R_EXP*   list of communities, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators (Section 3.2.6) | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip community-list standard | ip community-list standard | **Command Syntax**<br>`ip community-list standard `*`listname`*` `***`FILTER_TYPE COMM_1`*** `[`***`COMM_2...COMM_n`***`]`<br>`no ip community-list standard `*`listname`*<br>`default ip community-list standard `*`listname`*<br><br>**Parameters**<br>• *listname*   name of the community list. Valid input is text.<br>• *FILTER_TYPE*   access resolution of the specified community. Options include:<br>  — **permit**   access is permitted.<br>  — **deny**   access is denied.<br>• *COMM_x*   community number or name, as specified in the route map that sets the community list number.<br>  — *aa:nn*   AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>  — *number*   community number. Values range from 1 to 4294967040.<br>  — **internet**   advertises route to Internet community.<br>  — **local-as**   advertises route only to local peers.<br>  — **no-advertise**   does not advertise route to any peer.<br>  — **no-export**   advertises route only within BGP AS boundary. | No |
| ip dhcp smart-relay | ip dhcp smart-relay | **Command Syntax**<br>`ip dhcp smart-relay`<br>`no ip dhcp smart-relay`<br>`default ip dhcp smart-relay` | Yes |
| ip dhcp smart-relay global | ip dhcp smart-relay global | **Command Syntax**<br>`ip dhcp smart-relay global`<br>`no ip dhcp smart-relay global`<br>`default ip dhcp smart-relay global` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip dhcp snooping | ip dhcp snooping | **Command Syntax**<br>`ip dhcp snooping`<br>`no ip dhcp snooping`<br>`default ip dhcp snooping` | Yes |
| ip dhcp snooping information option | ip dhcp snooping information option | **Command Syntax**<br>`ip dhcp snooping information option`<br>`no ip dhcp snooping information option`<br>`default ip dhcp snooping information option` | Yes |
| ip dhcp snooping vlan | ip dhcp snooping vlan | **Command Syntax**<br>`ip dhcp snooping vlan `*`v_range`*<br>`no ip dhcp snooping vlan `*`v_range`*<br>`default ip dhcp snooping vlan `*`v_range`* | No |

45

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip domain lookup | ip domain lookup | **Command Syntax**<br><br>`ip domain lookup` [*VRF_INSTANCE*] `source-interface` *INTF_NAME*<br>`no ip domain lookup` [*VRF_INSTANCE*] `source-interface`<br>`default ip domain lookup` [*VRF_INSTANCE*] `source-interface`<br><br>**Parameters**<br><br>• *VRF_INSTANCE*    specifies the VRF instance being modified.<br><br>— <no parameter>    changes are made to the default VRF.<br>— **vrf** *vrf_name*    changes are made to the specified VRF.<br><br>• *INTF_NAME*    name of source interface to be used for DNS requests. Options include:<br><br>— **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*    Loopback interface specified by *l_num*.<br>— **management** *m_num*    Management interface specified by *m_num*.<br>— **port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*    VLAN interface specified by *v_num*. | No |
| ip domain name | ip domain-name | **Command Syntax**<br><br>`ip domain-name` *string*<br>`no ip domain-name`<br>`default ip domain-name`<br><br>**Parameters**<br><br>• *string*    domain name (text string) | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip extcommunity-list expanded | ip extcommunity-list expanded | **Command Syntax**<br><br>`ip extcommunity-list expanded` *listname* **FILTER_TYPE** `R_EXP`<br>`no ip extcommunity-list expanded` *listname*<br>`default ip extcommunity-list expanded` *listname*<br><br>**Parameters**<br><br>• *listname*    name of the extended community list. Valid input is text.<br><br>• *FILTER_TYPE*    access resolution of the specified extended community list. Options include:<br><br>  — **permit**    access is permitted.<br>  — **deny**    access is denied.<br><br>• *R_EXP*    list of communities, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators.<br><br>  — Expressions beginning *RT:* match the **route target** extended community attribute option.<br>  — Expressions beginning *SoO:* match the **site of origin** extended community attribute option.<br><br>    *RT:* and *SoO:* are case sensitive.<br><br>Section 3.2.6 describes regular expressions. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip extcommunity-list standard | ip extcommunity-list standard | **Command Syntax**<br><br>`ip extcommunity-list standard` *listname* ***FILTER_TYPE COMM_1*** [***COMM_2...COMM_n***]<br>`no ip extcommunity-list standard` *listname*<br>`default ip extcommunity-list standard` *listname*<br><br>**Parameters**<br><br>• *listname*   name of the extended community list. Valid input is text.<br><br>• ***FILTER_TYPE***   access resolution of the specified extended community list. Options include:<br>  — **permit**   access is permitted.<br>  — **deny**   access is denied.<br><br>• ***COMM_x***   extended community attribute. Options include:<br>  — **rt** *aa:nn*   route target, as specified by autonomous system:network number<br>  — **rt** *ip_addr:nn*   route target, as specified by ip address:network number<br>  — **soo** *aa:nn*   site of origin, as specified by autonomous system:network number<br>  — **soo** *ip_addr:nn*   site of origin, as specified by ip address:network number | No |
| ip helper-address | ip helper-address | **Command Syntax**<br><br>`ip helper-address` *ipv4_addr*<br>`no ip helper-address` [*ipv4_addr*]<br>`default ip helper-address` [*ipv4_addr*]<br><br>**Parameters**<br><br>• *ipv4_addr*   DHCP server address accessed by interface. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip host | ip host | **Command Syntax**<br><br>`ip host` *hostname hostadd_1* `[`*hostadd_2*`]` ... `[`*hostadd_X*`]`<br>`no ip host` `[`*hostname*`]` `[`*hostadd_1*`]` `[`*hostadd_2*`]` `[`*hostadd_X*`]`<br>`default ip host` `[`*hostname*`]` `[`*hostadd_1*`]` `[`*hostadd_2*`]` `[`*hostadd_X*`]`<br><br>**Parameters**<br>• *hostname*   hostname (text).<br>• *hostadd_N*   IPv4 address associated with hostname (dotted decimal notation). | No |
| ip http client source-interface | ip http client source-interface | **Command Syntax**<br><br>`ip http client source-interface` **INTERFACE**<br>`no ip http client source-interface`<br>`default ip http client source-interface`<br><br>**Parameters**<br>• *INTERFACE*   Interface providing the IP address. Options include:<br><br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*. | No |
| ip icmp redirect | ip icmp redirect | **Command Syntax**<br><br>`ip icmp redirect`<br>`no ip icmp redirect`<br>`default ip icmp redirect` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip igmp last-member-query-count | ip igmp last-member-query-count | **Command Syntax**<br>`ip igmp last-member-query-count` *number*<br>`no ip igmp last-member-query-count`<br>`default ip igmp last-member-query-count`<br><br>**Parameters**<br>• *number*  query message quantity. Values range from 1 to 3. Default is 2. | No |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval | **Command Syntax**<br>`ip igmp last-member-query-interval` *period*<br>`no ip igmp last-member-query-interval`<br>`default ip igmp last-member-query-interval`<br><br>**Parameters**<br>• *period*  transmission interval (deciseconds) between consecutive group-specific query messages.<br><br>Value range: 10 (one second) to 317440 (8 hours, 49 minutes, 4 seconds). Default is 10 (one second) | No |
| ip igmp query-interval | ip igmp query-interval | **Command Syntax**<br>`ip igmp query-interval` *period*<br>`no ip igmp query-interval`<br>`default ip igmp query-interval`<br><br>**Parameters**<br>• *period*  interval (seconds) between IGMP query messages. Values range from 1 to 3175 (52 minutes, 55 seconds). Default is 125. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip igmp query-max-response-time | ip igmp query-max-response-time | **Command Syntax**<br>`ip igmp query-max-response-time` *period*<br>`no ip igmp query-max-response-time`<br>`default ip igmp query-max-response-time`<br><br>**Parameters**<br>• *period*   maximum response time (deciseconds). Values range from 1 to 31744 (52 minutes, 54 seconds). Default is 100 (ten seconds). | No |
| ip igmp snooping | ip igmp snooping | **Command Syntax**<br>`ip igmp snooping`<br>`no ip igmp snooping`<br>`default ip igmp snooping` | Yes |
| ip igmp snooping querier | ip igmp snooping querier | **Command Syntax**<br>`ip igmp snooping querier`<br>`no ip igmp snooping querier`<br>`default ip igmp snooping querier` | Yes |
| ip igmp snooping vlan | ip igmp snooping vlan | **Command Syntax**<br>`ip igmp snooping vlan` *v_range*<br>`no ip igmp snooping vlan` *v_range*<br>`default ip igmp snooping vlan` *v_range*<br><br>**Parameters**<br>• *v_range*   VLANs upon which snooping is enabled. Formats include a number, a number range, or a comma-delimited list of numbers and ranges. Numbers range from 1 to 4094. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip igmp snooping vlan immediate-leave | ip igmp snooping vlan immediate-leave | **Command Syntax**<br>`ip igmp snooping vlan v_range immediate-leave`<br>`no ip igmp snooping vlan v_range immediate-leave`<br>`default ip igmp snooping vlan v_range immediate-leave`<br><br>**Parameters**<br>• *v_range*   VLAN IDs. Formats include a number, number range, or comma-delimited list of numbers and ranges. Numbers range from 1 to 4094. | No |
| ip igmp snooping vlan mrouter | ip igmp snooping vlan mrouter | **Command Syntax**<br>`ip igmp snooping vlan v_range mrouter interface STATIC_INT`<br>`no ip igmp snooping vlan v_range mrouter interface STATIC_INT`<br>`default ip igmp snooping vlan v_range mrouter interface STATIC_INT`<br><br>**Parameters**<br>• *v_range*   VLAN IDs. Formats include a number, number range, or comma-delimited list of numbers and ranges. Numbers range from 1 to 4094.<br><br>• *STATIC_INT*   interface the command configures as a static port. Selection options include:<br>   — **ethernet** *e_range*   where *e_range* is the number, range, or list of ethernet ports<br>   — **port-channel** *p_range*   where *p_range* is the number, range, or list of channel ports<br>The *STATIC_INT* interface must route traffic through a VLAN specified within *v_range*. | No |

52

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip igmp snooping vlan static | ip igmp snooping vlan static | **Command Syntax**<br>    **ip igmp snooping vlan** *v_num* **static** *ipv4_addr* **interface** *STATIC_INT*<br>    **no ip igmp snooping vlan** *v_num* **static** *ipv4_addr* **interface** *STATIC_INT*<br>    **default ip igmp snooping vlan** *v_num* **static** *ipv4_addr* **interface** *STATIC_INT*<br><br>**Parameters**<br>• *v_num*    VLAN number. Value ranges from 1 to 4094.<br>• *ipv4_addr*    multicast group IPv4 address.<br>• *STATIC_INT*    interface the command configures as the static group member. Options include:<br>    — **ethernet** *e_range*, where *e_range* is the number, range, or list of Ethernet ports<br>    — **port-channel** *p_range*, where *p_range* is the number, range, or list of channel ports | No |
| ip igmp startup-query-interval | ip igmp startup-query-interval | **Command Syntax**<br>    **ip igmp startup-query-interval** *period*<br>    **no ip igmp startup-query-interval**<br>    **default ip igmp startup-query-interval**<br><br>**Parameters**<br>• *period*    startup query interval, in deciseconds. Value ranges from 10 (one second) to 317440 (8 hours, 49 minutes, 4 seconds). Default is 31 seconds. | No |
| ip igmp startup-query-count | ip igmp startup-query-count | **Command Syntax**<br>    **ip igmp startup-query-count** *number*<br>    **no ip igmp startup-query-count**<br>    **default ip igmp startup-query-count**<br><br>**Parameters**<br>• *number*    quantity of queries. Values range from 1 to 65535. Default is 2. | No |

53

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip igmp static-group | ip igmp static-group | **Command Syntax**<br><br>**ip igmp static-group** *group_address* [***SOURCE_ADDRESS***]<br>**no ip igmp static-group** *group_address* [***SOURCE_ADDRESS***]<br>**default ip igmp static-group** *group_address* [***SOURCE_ADDRESS***]<br><br>**Parameters**<br><br>• *group_address*    IPv4 address of multicast group for which the interface fast-switches packets.<br><br>• *SOURCE_ADDRESS*    IP address of host that originates multicast data packets.<br><br>— &lt;no parameter&gt;    all multicast messages of the specified group are fast-switched.<br>— *ipv4_address*    source IP address (dotted decimal notation). | No |
| ip igmp version | ip igmp version | **Command Syntax**<br><br>**ip igmp version** *version_number*<br>**no ip igmp version**<br>**default ip igmp version**<br><br>**Parameters**<br><br>• *version_number*    IGMP version number. Value ranges from 1 to 3. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip load-sharing | ip load-sharing | **Command Syntax**<br><br>`ip load-sharing HARDWARE seed`<br>`no ip load-sharing HARDWARE`<br>`default ip load-sharing HARDWARE`<br><br>**Parameters**<br><br>• *HARDWARE*    The ASIC switching device. The available option depend on the switch platform. Verify available options with the CLI ? command.<br><br>— **arad**<br>— **fm6000**<br>— **petraA**<br>— **trident**<br><br>• *seed*    The hash seed. Value range varies by switch platform. The default value on all platforms is 0.:<br><br>— when *HARDWARE*=**arad**    *seed* ranges from 0 to 2.<br>— when *HARDWARE*=**fm6000**    *seed* ranges from 0 to 39.<br>— when *HARDWARE*=**petraA**    *seed* ranges from 0 to 2.<br>— when *HARDWARE*=**trident**    *seed* ranges from 0 to 5. | No |
| ip local-proxy-arp | ip local-proxy-arp | **Command Syntax**<br><br>`ip local-proxy-arp`<br>`no ip local-proxy-arp`<br>`default ip local-proxy-arp` | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip msdp cache-sa-state | ip msdp cache-sa-state | **Command Syntax**<br><br>`ip msdp cache-sa-state` | Yes |
| ip msdp default-peer | ip msdp default-peer | **Command Syntax**<br><br>`ip msdp default-peer` *peer_id* **[PREFIX]**<br>`no ip msdp default-peer` *peer_id*<br>`default ip msdp default-peer` *peer_id*<br><br>**Parameters**<br><br>• *peer_id*   MSDP peer (IPv4 address).<br><br>• *PREFIX*   List of RPs from the SA messages originate for whiich the default peer is valid.<br><br>— <no parameter>   default peer is valid for SAs from all originating RPs.<br>— **prefix-list** *list_name*   name of the prefix list that defines affected originating RP prefixes. | No |
| ip msdp description | ip msdp description | **Command Syntax**<br><br>`ip msdp` *peer_id* **description** *description_string*<br>`no ip msdp` *peer_id* **description**<br>`default ip msdp` *peer_id* **description**<br><br>**Parameters**<br><br>• *peer_id*   MSDP peer (IPv4 address).<br>• *description_string*   text string that is associated with neighbor. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip msdp group-limit | ip msdp group-limit | **Command Syntax**<br><br>    `ip msdp group-limit` *quantity* `source` *src_subnet*<br>    `no ip msdp group-limit` *quantity* `source` *src_subnet*<br>    `default ip msdp group-limit` *quantity* `source` *src_subnet*<br><br>**Parameters**<br><br>• *quantity*   maximum number of groups that can access the interface. Value ranges from 1 to 40000.<br>• *src_subnet*   Source IPv4 subnet (CIDR or address-mask notation). | No |
| ip msdp keepalive | ip msdp keepalive | **Command Syntax**<br><br>    `ip msdp keepalive` *peer_id* *keep_alive* *hold_time*<br>    `no ip msdp keepalive` *peer_id*<br>    `default ip msdp keepalive` *peer_id*<br><br>**Parameters**<br><br>• *peer_id*   MSDP peer address (IPv4 address).<br>• *keep_alive*   keepalive period (seconds). Value ranges from 1 to 65535. Default value is 60.<br>• *hold_time*   hold time (seconds). Value ranges from 1 to 65535. Deafult value is 75. | No |
| ip msdp mesh-group | ip msdp mesh-group | **Command Syntax**<br><br>    `ip msdp mesh-group` *group_name* *peer_id*<br>    `no ip msdp mesh-group` *group_name* [*peer_id*]<br>    `default ip msdp mesh-group` *group_name* [*peer_id*]<br><br>**Parameters**<br><br>• *group_name*   name of mesh group.<br>• *peer_id*   MSDP peer address (IPv4 address). | No |

57

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip msdp originator-id | ip msdp originator-id | **Command Syntax**<br>```ip msdp originator-id INTERFACE```<br>```no ip msdp originator-id INTERFACE```<br>```default ip msdp originator-id INTERFACE```<br><br>**Parameters**<br><br>• *INTERFACE*   Specifies the interface from which the IP address is derived. Options include:<br><br>— **ethernet** *e_num*   Ethernet interface.<br>— **loopback** *l_num*   Loopback interface.<br>— **management** *m_num*   Management interface.<br>— **port-channel** *p_num*   Port-Channel Interface.<br>— **vlan** *v_num*   VLAN interface.<br>— **vxlan** *vx_num*   VXLAN interface. | No |
| ip msdp peer | ip msdp peer | **Command Syntax**<br>```ip msdp peer peer_id [CONNECTION]```<br>```no ip msdp peer peer_id```<br>```default ip msdp peer peer_id```<br><br>**Parameters**<br><br>• *peer_id*   MSDP peer address (IPv4 address).<br><br>• *CONNECTION*   interface through which TCP session connects. Options include:<br><br>— <no parameter>   determined through previously configured protocol.<br>— **connect-source ethernet** *e_num*   Ethernet interface.<br>— **connect-source loopback** *l_num*   Loopback interface.<br>— **connect-source management** *m_num*   Management interface.<br>— **connect-source port-channel** *p_num*   Port-Channel Interface.<br>— **connect-source vlan** *v_num*   VLAN interface.<br>— **connect-source vxlan** *vx_num*   VXLAN interface. | No |

58

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip msdp sa-filter in | ip msdp sa-filter in | **Command Syntax**<br>    `ip msdp sa-filter in` *`peer_id`* `list` *`list_name`*<br>    `no ip msdp sa-filter in` *`peer_id`*<br>    `default ip msdp sa-filter in` *`peer_id`*<br><br>**Parameters**<br>• *peer_id*   MSDP peer address (IPv4 address).<br>• *list_name*   name of ACL that filters SA messages. | No |
| ip msdp sa-filter out | ip msdp sa-filter out | **Command Syntax**<br>    `ip msdp sa-filter out` *`peer_id`* `list` *`list_name`*<br>    `no ip msdp sa-filter out` *`peer_id`*<br>    `default ip msdp sa-filter out` *`peer_id`*<br><br>**Parameters**<br>• *peer_id*   MSDP peer address (IPv4 address).<br>• *list_name*   name of ACL that filters SA messages. | No |
| ip msdp sa-limit | ip msdp sa-limit | **Command Syntax**<br>    `ip msdp sa-limit` *`peer_id`* *`quantity`*<br>    `no ip msdp sa-limit` *`peer_id`*<br>    `default ip msdp sa-limit` *`peer_id`*<br><br>**Parameters**<br>• *peer_id*   MSDP peer (IPv4 address).<br>• *quantity*   maximum number of SA messages that the switch can store. Value ranges from 0 to 40000. | No |

59

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip msdp shutdown | ip msdp shutdown | **Command Syntax**<br><br>    **ip msdp** *peer_id* **shutdown**<br>    **no ip msdp** *peer_id* **shutdown**<br>    **default ip msdp** *peer_id* **shutdown**<br><br>**Parameters**<br><br>•  *peer_id*   MSDP peer (IPv4 address). | No |
| ip msdp timer | ip msdp timer | **Command Syntax**<br><br>    **ip msdp timer** *connect_retry*<br>    **no ip msdp timer** *connect_retry*<br>    **default ip msdp timer** *connect_retry*<br><br>**Parameters**<br><br>•  *connect_retry*   Reconnect period (seconds). Value ranges from 1 to 65535. Default is 30. | No |
| ip multicast boundary | ip multicast boundary | **Command Syntax**<br><br>    **ip multicast boundary** *SUB_NET* [*TCAM*]<br>    **no ip multicast boundary** [*SUB_NET*]<br>    **default ip multicast boundary** [*SUB_NET*]<br><br>**Parameters**<br><br>•  *SUB_NET*   the subnet address configured as the multicast boundary. Options include:<br>    — *net_addr*   multicast subnet address (CIDR or address mask).<br>    — *acl_name*   standard access control list (ACL) that specifies the multicast group addresses.<br><br>•  *TCAM*   specifies address inclusion in the routing table. Options include:<br><br>    — <no parameter>   boundaries ((S,G) entries) are added to routing table.<br>    — **out**   boundaries are not added to routing table. | No |

60

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip multicast-routing | ip multicast-routing | **Command Syntax**<br>`ip multicast-routing`<br>`no ip multicast-routing`<br>`default ip multicast-routing` | Yes |
| ip name-server | ip name-server | **Command Syntax**<br>`ip name-server [`***VRF_INSTANCE***`]` *`SERVER_1`* `[`*`SERVER_2`*`] [`*`SERVER_3`*`]`<br>`no ip name-server [`***VRF_INSTANCE***`] [`*`SERVER_1`*`] [`*`SERVER_2`*`] [`*`SERVER_3`*`]`<br>`default ip name-server [`***VRF_INSTANCE***`] [`*`SERVER_1`*`] [`*`SERVER_2`*`] [`*`SERVER_3`*`]`<br><br>**Parameters**<br>• ***VRF_INSTANCE***  specifies the VRF instance containing the addresses.<br>  — <no parameter>  default VRF.<br>  — **vrf** *vrf_name*  a user-defined VRF.<br>• ***SERVER_X***  IP address of the name server (dotted decimal notation). Options include:<br>  — *ipv4_addr*  (A.B.C.D)<br>  — *ipv6_addr*  (A:B:C:D:E:F:G:H)<br><br>A command can contain both (IPv4 and IPv6) address types. | No |

61

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip nat pool | ip nat pool | **Command Syntax**<br><br>`ip nat pool` *pool_name* `[`***ADDRESS_SPAN***`]` ***SUBNET_SIZE***<br>`no ip nat pool` *pool_name*<br>`default ip nat pool` *pool_name*<br><br>**Parameters**<br><br>• *pool_name*   name of the IP address pool.<br><br>• *ADDRESS_SPAN*   Options include:<br><br>— *start_addr*   The first IP address in the address pool (IPv4 addresses in dotted decimal notation).<br><br>— *end_addr*   The last IP address in the address pool. (IPv4 addresses in dotted decimal notation).<br><br>• *SUBNET_SIZE*   this functions as a sanity check to ensure it is not a network or broadcast network. Options include:<br><br>— **netmask** *ipv4_addr*   The netmask of the address pool's network (dotted decimal notation).<br><br>— **prefix-length** <*0* to *32*>   The number of bits of the netmask (of the address pool's network) that are ones (how many bits of the address indicate network). | No |
| ip nat translation tcp-timeout | ip nat translation tcp-timeout | **Command Syntax**<br><br>`ip nat translation tcp-timeout` *period*<br>`no ip nat translation tcp-timeout`<br>`default ip nat translation tcp-timeout`<br><br>**Parameters**<br><br>• *period*   Time-out period in seconds for port translations. Value ranges from *0* to *4294967295*. Default value is 86400 (24 hours). | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip nat translation udp-timeout | ip nat translation udp-timeout | **Command Syntax**<br>`ip nat translation udp-timeout` *period*<br>`no ip nat translation udp-timeout`<br>`default ip nat translation udp-timeout`<br><br>**Parameters**<br>• *period*    Value ranges from 0 to 4294967295. Default value is 300 (5 minutes). | No |
| ip ospf authentication | ip ospf authentication | **Command Syntax**<br>`ip ospf authentication [`*METHOD*`]`<br>`no ip ospf authentication`<br>`default ip ospf authentication`<br><br>**Parameters**<br>• *METHOD*    OSPFv2 authentication method. Options include:<br>    — <no parameter><br>    — **message-digest** | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip ospf authentication-key | ip ospf authentication-key | **Command Syntax**<br><br>`ip ospf authentication-key [`***ENCRYPT_TYPE***`] `*`key_text`*<br>`no ip ospf authentication-key`<br>`default ip ospf authentication-key`<br><br>**Parameters**<br><br>• *ENCRYPT_TYPE*    encryption level of the *key_text* parameter. Values include:<br><br>— <no parameter>    the *key_text* is in clear text.<br>— **0**   *key_text* is in clear text. Equivalent to <no parameter>.<br>— **7**   *key_text* is MD5 encrypted.<br><br>• *key_text*    the authentication-key password. | No |
| ip ospf bfd | ip ospf bfd | **Command Syntax**<br><br>`ip ospf bfd`<br>`no ip ospf bfd`<br>`default ip ospf bfd` | Yes |
| ip ospf cost | ip ospf cost | **Command Syntax**<br><br>`ip ospf cost `*`interface_cost`*<br>`no ip ospf cost`<br>`default ip ospf cost`<br><br>**Parameters**<br><br>• *interface_cost*    Value ranges from 1 to 65535; default is 10. | No |

64

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip ospf dead-interval | ip ospf dead-interval | **Command Syntax**<br>    `ip ospf dead-interval` *time*<br>    `no ip ospf dead-interval`<br>    `default ip ospf dead-interval`<br><br>**Parameters**<br>• *time*  Value ranges from 1 to 8192; default is 40. | No |
| ip ospf hello-interval | ip ospf hello-interval | **Command Syntax**<br>    `ip ospf hello-interval` *time*<br>    `no ip ospf hello-interval`<br>    `default ip ospf hello-interval`<br><br>**Parameters**<br>• *time*  hello interval (seconds). Values range from 1 to 8192; default is 10. | No |

65

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip ospf message-digest-key | ip ospf message-digest-key | **Command Syntax**<br>`ip ospf message-digest-key` *key_id* `md5` *ENCRYPT_TYPE* *key_text*<br>`no ip ospf message-digest-key` *key_id*<br>`default ip ospf message-digest-key` *key_id*<br>**Parameters**<br>• *key_id*   key ID number. Value ranges from 1 to 255.<br>• *ENCRYPT_TYPE*   encryption level of the *key_text* parameters. Values include:<br>— **0**   *key_text*<br>— <no parameter><br>— **7**   *key_text*<br>• *key_text*   message key (password). | No |
| ip ospf name-lookup | ip ospf name-lookup | **Command Syntax**<br>`ip ospf name-lookup`<br>`no ip ospf name-lookup`<br>`default ip ospf name-lookup` | Yes |
| ip ospf network | ip ospf network | **Command Syntax**<br>`ip ospf network point-to-point`<br>`no ip ospf network`<br>`default ip ospf network` | No |

66

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip ospf priority | ip ospf priority | **Command Syntax**<br><br>`ip ospf priority ` *`priority_level`*<br>`no ip ospf priority`<br>`default ip ospf priority`<br><br>**Parameters**<br><br>• *priority_level*    priority level. Value ranges from 0 to 255. Default value is 1. | No |
| ip ospf retransmit-interval | ip ospf retransmit-interval | **Command Syntax**<br><br>`ip ospf retransmit-interval ` *`period`*<br>`no ip ospf retransmit-interval`<br>`default ip ospf retransmit-interval`<br><br>**Parameters**<br><br>• *period*    retransmission interval (seconds). Value ranges from 1 to 8192; default is 5. | No |
| ip ospf shutdown | ip ospf shutdown | **Command Syntax**<br><br>`ip ospf shutdown`<br>`no ip ospf shutdown`<br>`default ip ospf shutdown` | Yes |

67

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip ospf transmit-delay | ip ospf transmit-delay | **Command Syntax**<br>    `ip ospf transmit-delay `*`trans`*<br>    `no ip ospf transmit-delay`<br>    `default ip ospf transmit-delay`<br><br>**Parameters**<br>•   *trans*    LSA transmission delay (seconds). Value ranges from 1 to 8192; default is 1. | No |
| ip pim anycast-rp | ip pim anycast-rp | **Command Syntax**<br>    `ip pim anycast-rp `*`rp_addr`*` `*`peer_addr`*` [`***`REGISTER`***`]`<br>    `no ip pim anycast-rp `*`rp_addr`*` [`*`peer_addr`*`]`<br>    `default ip pim anycast-rp `*`rp_addr`*` [`*`peer_addr`*`]`<br><br>**Parameters**<br>•   *rp_addr*    Rendezvous point IP address (dotted decimal notation).<br>•   *peer_addr*    IP address of an anycast-RP set member (dotted decimal notation).<br>•   *REGISTER*    Number of unacknowledged register messages the switch sends to the peer router.<br>    —   &lt;No parameter&gt;    register count is set to default value of 10.<br>    —   **register-count** *r_num*    where *r_num* is an integer that ranges from 1 to 4294967295.<br>    —   **register-count infinity** | No |
| ip pim bfd | ip pim bfd | **Command Syntax**<br>    `ip pim bfd`<br>    `no ip pim bfd`<br>    `default ip pim bfd` | Yes |

68

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim bfd-instance | ip pim bfd-instance | **Command Syntax**<br>`ip pim bfd-instance`<br>`no ip pim bfd-instance`<br>`default ip pim bfd-instance` | Yes |
| ip pim bsr-border | ip pim bsr-border | **Command Syntax**<br>`ip pim bsr-border`<br>`no ip pim bsr-border`<br>`default ip pim bsr-border` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim bsr-candidate | ip pim bsr-candidate | **Command Syntax**<br><br>`ip pim bsr-candidate INTERFACE [HASHMASK_LENGTH] [INTERVAL_PERIOD] [PRIORITY_NUM]`<br>`no ip pim bsr-candidate [priority] [interval]`<br>`default ip pim bsr-candidate [priority] [interval]`<br><br>**Parameters**<br><br>• *INTERFACE*   Switch uses IP address of specified interface as its BSR address. Options include:<br><br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br><br>• *HASHMASK_LENGTH*   Length (in bits) of the hash mask.<br><br>— \<no parameter>   hash mask remains unchanged from previous setting.<br>— **hashmask** *<0 - 32>*   hash mask length (in bits). Default value is 30.<br><br>• *INTERVAL_PERIOD*   Period between the transmission of BSMs (seconds). Default value is 60.<br><br>— \<no parameter>   interval remains unchanged from previous setting.<br>— **interval** *<10 - 536870906>*   transmission interval in seconds.<br><br>• *PRIORITY_NUM*   BSR election priority rating. Larger numbers denote higher priority. Default value is 64.<br><br>— \<no parameter>   priority remains unchanged from previous setting.<br>— **priority** *<0 - 255>*   priority rating. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim dr-priority | ip pim dr-priority | **Command Syntax**<br>    `ip pim dr-priority` *level*<br>    `no ip pim dr-priority` [*level*]<br>    `default ip pim dr-priority` [*level*]<br><br>**Parameters**<br>•  *level*   DR selection priority rating. Value ranges from 0 to 4294967295. | No |
| ip pim log-neighbor-changes | ip pim log-neighbor-changes | **Command Syntax**<br>    `ip pim log-neighbor-changes`<br>    `no ip pim log-neighbor-changes`<br>    `default ip pim log-neighbor-changes` | Yes |
| ip pim neighbor-filter | ip pim neighbor-filter | **Command Syntax**<br>    `ip pim neighbor-filter` *access_list*<br>    `no ip pim neighbor-filter`<br>    `default ip pim neighbor-filter`<br><br>**Parameters**<br>•  *access_list*   name of the standard IP access list. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim query-interval | ip pim query-interval | **Command Syntax**<br><br>`ip pim query-interval` *period*<br>`no ip pim query-interval` [*period*]<br>`default ip pim query-interval` [*period*]<br><br>**Parameters**<br><br>•  *period*   query interval (seconds). Value ranges from 1 to 1000000 (1 million). Default is 30. | No |
| ip pim register-source | ip pim register-source | **Command Syntax**<br><br>`ip pim register-source` *INT_NAME*<br>`no ip pim register-source`<br>`default ip pim register-source`<br><br>**Parameters**<br><br>•  *INT_NAME*   Interface type and number. Values include:<br><br>—  **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>—  **loopback** *l_num*   Loopback interface specified by *l_num*.<br>—  **management** *m_num*   Management interface specified by *m_num*.<br>—  **port-channel** *p_num*   Port channel interface specified by *p_num*.<br>—  **vlan** *v_num*   VLAN interface specified by *v_num*. | No |

72