# EXHIBIT 58

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim rp-address | ip pim rp-address | **Command Syntax** | No |

**Command Syntax**

```
ip pim rp-address rp_addr [MULTICAST_SUBNET] [HASHMASK_LENGTH] [BSR_OVERRIDE]
[PRIORITY_NUM]
no ip pim rp-address rp_addr [MULTICAST_SUBNET]
default ip pim rp-address rp_addr [MULTICAST_SUBNET]
```

**Parameters**

- *rp_addr*     Rendezvous point IP address (dotted decimal notation).

- *MULTICAST_SUBNET*     Multicast IP address space (CIDR or address-mask).

  — <no parameter>     Default multicast group IP address of 224/4.
  — *gp_addr*     Multicast group IP address (CIDR or address-mask).
  — **access-list** *acl_name*     Standard access control list that specifies the multicast group address.
  — *acl_name*     Standard access control list that specifies the multicast group address.

- *HASHMASK_LENGTH*     Length (in bits) of the hash mask.

  — <no parameter>     hash mask remains unchanged from previous setting.
  — **hashmask** *<0 - 32>*     hash mask length (in bits). Default value is 30.

- *BSR_OVERRIDE*     Configures priority relative to dynamic RPs selected by BSR.

  — <no parameter>     Dynamic RPs have priority over specified RP.
  — **override**     RP has priority over dynamic RPs.

- *PRIORITY_NUM*     BSR election priority rating. Larger numbers denote higher priority. Default value is 64.

  — <no parameter>     priority remains unchanged from previous setting.
  — **priority** *<0 - 255>*     priority rating.

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim rp-candidate | ip pim rp-candidate | **Command Syntax**<br><br>The *INTERFACE* parameter is always listed first. All other parameters can be placed in any order.<br><br>```ip pim rp-candidate INTERFACE [GROUP_ADDR] [PRIORITY_NUM] [INTERVAL_PERIOD]```<br>```no ip pim rp-candidate [INTERFACE] [GROUP_ADDR]```<br>```no ip pim rp-candidate [INTERFACE] interval```<br>```no ip pim rp-candidate [INTERFACE] priority```<br>```default ip pim rp-candidate [INTERFACE] [GROUP_ADDR]```<br>```default ip pim rp-candidate [INTERFACE] interval```<br>```default ip pim rp-candidate [INTERFACE] priority```<br><br>**Parameters**<br><br>• *INTERFACE*   Switch uses IP address of specified interface as its C-RP address. Options include:<br><br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *GROUP_ADDR*   address of multicast group for which candidate is configured. Options include:<br><br>— <no parameter>   default multicast group (224.0.0.0/4).<br>— *net_addr*   multicast IPv4 subnet address (CIDR or address mask).<br>— **access-list** *acl_name*   standard access control list that specifies the multicast group address.<br><br>• *PRIORITY_NUM*   RP selection priority rating. Smaller numbers denote higher priority.<br><br>— <no parameter>   priority rating is set to the default value of 0.<br>— **priority** <0 - 255>   priority rating. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | • *INTERVAL_NUM*   Period between consecutive RP-advertisement message transmissions (seconds). Value also applies to previously configured rp-candidate statements.<br><br>— <no parameter>   interval remains unchanged from previous setting.<br>— **interval *<10 - 16383>***   transmission interval. | |
| ip pim sparse-mode | ip pim sparse-mode | **Command Syntax**<br><pre>ip pim sparse-mode<br>no ip pim<br>no ip pim sparse-mode<br>default ip pim<br>default ip pim sparse-mode</pre> | Yes |
| ip pim spt-threshold | ip pim spt-threshold | **Command Syntax**<br><pre>ip pim spt-threshold *JOIN*<br>no ip pim spt-threshold<br>default ip pim spt-threshold</pre><br>**Parameters**<br>• *JOIN*   specifies switch's use of the short path tree (SPT). Options include:<br><br>— **0**   The switch immediately joins the SPT. This is the default value.<br>— **infinity**   The switch never joins the SPT. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip pim spt-threshold group-list | ip pim spt-threshold group-list | **Command Syntax**<br>`ip pim spt-threshold JOIN group-list acl_name`<br>`no ip pim spt-threshold JOIN group-list acl_name`<br>`default ip pim spt-threshold JOIN group-list acl_name`<br><br>**Parameters**<br><br>• *JOIN*   specifies switch's use of the short path tree (SPT) for specified groups. Options include:<br><br>    — **0**   The switch immediately joins the SPT. This is the default value.<br>    — **infinity**   The switch never joins the SPT.<br><br>• *acl_name*   name of access control list. | No |
| ip pim ssm range | ip pim ssm range | **Command Syntax**<br>`ip pim ssm range [ACCESS_RANGE]`<br>`no ip pim ssm range`<br>`default ip pim ssm range`<br><br>**Parameters**<br><br>• *ACCESS_RANGE*   specifies the SSM IP multicast address range. Options include:<br><br>    — *acl_name*   sets the SSM range to address set specified by the standard ACL.<br>    — **standard**   sets the SSM range to 232/8. | Yes |

76

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip prefix-list | ip prefix-list | **Command Syntax**<br><br>**ip prefix-list** *list_name* [**SEQUENCE**] **FILTER_TYPE** *network_addr* [**MASK**]<br>**no ip prefix-list** *list_name* [**SEQUENCE**]<br>**default ip prefix-list** *list_name* [**SEQUENCE**]<br><br>**Parameters**<br><br>• *list_name*    The label that identifies the prefix list.<br><br>• **SEQUENCE**    Sequence number of the prefix list entry. Options include<br><br>— <no parameter>    entry's number is ten plus highest sequence number in current list.<br>— **seq** *seq_num*    number assigned to entry. Value ranges from 0 to 65535.<br><br>• **FILTER_TYPE**    specifies route access when it matches IP prefix list. Options include:<br><br>— **permit**    routes are permitted access when they match the specified subnet.<br>— **deny**    routes are denied access when they match the specified subnet.<br><br>• *network_addr*    Subnet upon which command filters routes. Format is CIDR or address-mask.<br><br>• **MASK**    rrange of the prefix to be matched.<br><br>— <no parameter>    exact match with the subnet mask is required.<br>— **eq** *mask_e*    prefix length is equal to *mask_e*.<br>— **ge** *mask_g*    range is from *mask_g* to 32.<br>— **le** *mask_l*    range is from *subnet* mask length to 32.<br>— **ge** *mask_l* **le** *mask_g*    range is from *mask_g* to *mask_l*.<br><br>*mask_e*, *mask_l* and *mask_g* range from 1 to 32.<br><br>when **le** and **ge** are specified, *subnet* mask > *mask_g* > *mask_l* | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip protocol | ip protocol (Monitor Reachability Probe Transmitter) | **Command Syntax**<br><br>`ip protocol PROT_TYPE`<br>`no ip protocol`<br>`default ip protocol`<br><br>**Parameters**<br>• *PROT_TYPE*   Specifies the IP protocol. Options include:<br>— **tcp**   TCP packets.<br>— **udp**   UDP packets. | No |
| ip proxy-arp | ip proxy-arp | **Command Syntax**<br><br>`ip proxy-arp`<br>`no ip proxy-arp`<br>`default ip proxy-arp` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip radius source-interface | ip radius source-interface | **Command Syntax**<br>`ip radius [VRF_INST] source-interface INT_NAME`<br>`no ip radius [VRF_INST] source-interface`<br>`default ip radius [VRF_INST] source-interface`<br><br>**Parameters**<br>• *VRF_INST*   specifies the VRF instance used to communicate with the specified server.<br>  — <no parameter>   switch communicates with the server using the default VRF.<br>  — **vrf** *vrf_name*   switch communicates with the server using the specified user-defined VRF.<br>• *INT_NAME*   Interface type and number. Options include:<br>  — **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br>  — **interface management** *m_num*   Management interface specified by *m_num*.<br>  — **interface port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>  — **interface vlan** *v_num*   VLAN interface specified by *v_num*. | No |
| ip rip v2-broadcast | ip rip v2-broadcast | **Command Syntax**<br>`ip rip v2-broadcast`<br>`no ip rip v2-broadcast`<br>`default ip rip v2-broadcast` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip route | ip route | **Command Syntax**<br>**ip route** [*VRF_INSTANCE*] *dest_net* **NEXTHOP** [*DISTANCE*] [*TAG_OPTION*] [*RT_NAME*]<br>**no ip route** [*VRF_INSTANCE*] *dest_net* [*NEXTHOP*] [*DISTANCE*]<br>**default ip route** [*VRF_INSTANCE*] *dest_net* [*NEXTHOP*] [*DISTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*   Specifies the VRF instance being modified.<br>  — <no parameter>   Changes are made to the default VRF.<br>  — **vrf** *vrf_name*   Changes are made to the specified VRF.<br>• *dest_net*   Destination IPv4 subnet (CIDR or address-mask notation).<br>• *NEXTHOP*   Location or access method of next hop device. Options include:<br>  — *ipv4_addr*   An IPv4 address.<br>  — **null0**   Null0 interface.<br>  — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>  — **management** *m_num*   Management interface specified by *m_num*.<br>  — **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>  — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *DISTANCE*   Administrative distance assigned to route. Options include:<br>  — <no parameter>   Route assigned default administrative distance of one.<br>  — <1-255>   The administrative distance assigned to route.<br>• *TAG_OPTION*   static route tag. Options include:<br>  — <no parameter>   Assigns default static route tag of 0.<br>  — **tag** *t_value*   Static route tag value. *t_value* ranges from *0* to *4294967295*. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | • *RT_NAME*    Associates descriptive text to the route. Options include:<br><br>— <no parameter>    No text is associated with the route.<br>— **name** *descriptive_text*    The specified text is assigned to the route. | |
| ip routing | ip routing | **Command Syntax**<br>    `ip routing [VRF_INSTANCE]`<br>    `no ip routing [DELETE_ROUTES] [VRF_INSTANCE]`<br>    `default ip routing [DELETE_ROUTES] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *DELETE_ROUTES*    Resolves routing table static entries when routing is disabled.<br><br>— <no parameter>    Routing table retains static entries.<br>— **delete-static-routes**    Static entries are removed from the routing table.<br><br>• *VRF_INSTANCE*    specifies the VRF instance being modified.<br><br>— <no parameter>    changes are made to the default VRF.<br>— **vrf** *vrf_name*    changes are made to the specified user-defined VRF. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ip tacacs source-interface | ip tacacs source-interface | **Command Syntax**<br>`ip tacacs [VRF_INST] source-interface INT_NAME`<br>`no ip tacacs [VRF_INST] source-interface`<br>`default ip tacacs [VRF_INST] source-interface`<br><br>**Parameters**<br>• *VRF_INST*   specifies the VRF instance used to communicate with the specified server.<br> — \<no parameter\>   switch communicates with the server using the default VRF.<br> — **vrf** *vrf_name*   switch communicates with the server using the specified user-defined VRF.<br>• *INT_NAME*   Interface type and number. Options include:<br> — **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br> — **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br> — **interface management** *m_num*   Management interface specified by *m_num*.<br> — **interface port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br> — **interface vlan** *v_num*   VLAN interface specified by *v_num*. | No |
| ipv6 access-list | ipv6 access-list | **Command Syntax**<br>`ipv6 access-list list_name`<br>`no ipv6 access-list list_name`<br>`default ipv6 access-list list_name`<br><br>**Parameters**<br>• *list_name*   Name of ACL.<br>  Must begin with an alphabetic character. Cannot contain spaces or quotation marks. | No |

82

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 address | ipv6 address | **Command Syntax**<br><br>    `ipv6 address` *ipv6_prefix*<br>    `no ipv6 address` [*ipv6_prefix*]<br>    `default ipv6 address` [*ipv6_prefix*]<br><br>**Parameters**<br><br>• *ipv6_prefix*   address assigned to the interface (CIDR notation). | No |
| ipv6 dhcp relay destination | ipv6 dhcp relay destination | **Command Syntax**<br><br>    `ipv6 dhcp relay destination` *ipv6_addr*<br>    `no ipv6 dhcp relay destination` [*ipv6_addr*]<br>    `default ipv6 dhcp relay destination` [*ipv6_addr*]<br><br>**Parameters**<br><br>• *ipv6_addr*   DCHP Server's IPv6 address. | No |
| ipv6 enable | ipv6 enable | **Command Syntax**<br><br>    `ipv6 enable`<br>    `no ipv6 enable`<br>    `default ipv6 enable` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 host | ipv6 host | **Command Syntax**<br><br>`ipv6 host` *hostname hostadd_1* `[`*hostadd_2*`]` ... `[`*hostadd_X*`]`<br>`no ipv6 host` `[`*hostname*`]` `[`*hostadd_1*`]` `[`*hostadd_2*`]` `[`*hostadd_X*`]`<br>`default ipv6 host` `[`*hostname*`]` `[`*hostadd_1*`]` `[`*hostadd_2*`]` `[`*hostadd_X*`]`<br><br>**Parameters**<br><br>• *hostname*     hostname (text).<br>• *hostadd_N*    IPv6 addresses associated with hostname (dotted decimal notation). | No |
| ipv6 access-group | ipv6 access-group | **Command Syntax**<br><br>`ipv6 access-group` *list_name* ***DIRECTION***<br>`no ipv6 access-group` *list_name* ***DIRECTION***<br>`default ipv6 access-group` *list_name* ***DIRECTION***<br><br>**Parameters**<br><br>• *list_name*     name of ACL assigned to interface.<br><br>• ***DIRECTION***     transmission direction of packets, relative to interface. Valid options include:<br><br>— **in**    inbound packets.<br>— **out**   outbound packets. | No |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | **Command Syntax**<br><br>`ipv6 nd managed-config-flag`<br>`no ipv6 nd managed-config-flag`<br>`default ipv6 nd managed-config-flag` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 nd ns-interval | ipv6 nd ns-interval | **Command Syntax**<br>`ipv6 nd ns-interval` *period*<br>`no ipv6 nd ns-interval`<br>`default ipv6 nd ns-interval`<br><br>**Parameters**<br>• *period*  interval in milliseconds between successive IPv6 neighbor solicitation transmissions. Values range from 1000 to 4294967295. The default period is 1000 milliseconds. | No |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | **Command Syntax**<br>`ipv6 nd other-config-flag`<br>`no ipv6 nd other-config-flag`<br>`default ipv6 nd other-config-flag` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 nd prefix | ipv6 nd prefix | **Command Syntax**<br><br>**ipv6 nd prefix** *ipv6_prefix* ***LIFETIME*** [***FLAGS***]<br>**ipv6 nd prefix** *ipv6_prefix* **no-advertise**<br>**no ipv6 nd prefix** *ipv6_prefix*<br>**default ipv6 nd prefix** *ipv6_prefix*<br><br>**Parameters**<br><br>• *ipv6_prefix*    IPv6 prefix (CIDR notation).<br><br>• **no-advertise**    Prevents advertising of the specified prefix.<br><br>• ***LIFETIME***    Period that the specified IPv6 prefix is advertised (seconds). Options include<br><br>— *valid*  *preferred*    Two values that set the ***valid*** and ***preferred*** lifetime periods.<br>— *valid*  One value that sets the ***valid*** lifetime. The ***preferred*** lifetime is set to the default value.<br>— <no parameter>    The ***valid*** and ***preferred*** lifetime periods are set to their default values.<br><br>Options for *valid*: ***<0*** to ***4294967295***> and **infinite**. Default value is 2592000<br>Options for *preferred*: ***<0*** to ***4294967295***> and **infinite**. Default value is 604800<br>The maximum value (***4294967295***) and **infinite** are equivalent settings.<br><br>• ***FLAGS***    ***on-link*** and ***autonomous address-configuration*** flag values in RAs.<br><br>— <no parameter>    both flags are set.<br>— **no-autoconfig**    *autonomous address-configuration* flag is reset.<br>— **no-onlink**    *on-link* flag is reset.<br>— **no-autoconfig no-onlink**    both flags are reset.<br>— **no-onlink no-autoconfig**    both flags are reset. | No |

86

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 nd ra interval | ipv6 nd ra interval | **Command Syntax**<br>    `ipv6 nd ra interval` [***SCALE***] *ra_period* [*minimum_period*]<br>    `no ipv6 nd ra interval`<br>    `default ipv6 nd ra interval`<br><br>**Parameters**<br>• *SCALE*   timescale in which command parameter values are expressed.<br>   —  &lt;no parameter&gt;   seconds<br>   —  **msec**   milliseconds<br>• *ra_period*   maximum interval between successive IPv6 RA transmissions. The default period is 200 seconds.<br>   —  *&lt;4 - 1800&gt;*   valid range when **scale** is set to default value (seconds).<br>   —  *&lt;500 - 1800000&gt;*   valid range when **scale** is set to *msec*.<br>• *minimum_period*   minimum interval between successive IPv6 RA transmissions. Must be smaller than *ra_period*. By default, a minimum period is not defined.<br>   —  &lt;no parameter&gt;   Command does not specify a minimum period.<br>   —  *&lt;3 - 1799&gt;*   valid range when **scale** is set to default value (seconds).<br>   —  *&lt;375 - 1799999&gt;*   valid range when **scale** is set to *msec*. | No |

87

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 nd ra lifetime | ipv6 nd ra lifetime | **Command Syntax**<br><br>`ipv6 nd ra lifetime` *ra_lifetime*<br>`no ipv6 nd ra lifetime`<br>`default ipv6 nd ra lifetime`<br><br>**Parameters**<br><br>• *ra_lifetime*   router lifetime period (seconds). Default value is 1800. Options include<br><br> — *<0>*   Router should not be considered as a default router<br> — *<1 - 65535>*   Lifetime period advertised in RAs. Should be greater than or equal to the interval between IPv6 RA transmissions from the configuration mode interface as set by the **ipv6 nd ra interval** command. | No |
| ipv6 nd ra suppress | ipv6 nd ra suppress | **Command Syntax**<br><br>`ipv6 nd ra suppress` *[SCOPE]*<br>`no ipv6 nd ra suppress`<br>`default ipv6 nd ra suppress` | Yes |
| ipv6 nd reachable-time | ipv6 nd reachable-time | **Command Syntax**<br><br>`ipv6 nd reachable-time` *period*<br>`no ipv6 nd reachable-time`<br>`default ipv6 nd reachable-time`<br><br>**Parameters**<br><br>• *period*   Reachable time value (milliseconds). Value ranges from *0* to *4294967295*. Default is *0*. | No |

88

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 nd router-preference | ipv6 nd router-preference | **Command Syntax**<br>`ipv6 nd router-preference RANK`<br>`no ipv6 nd router-preference`<br>`default ipv6 nd router-preference`<br><br>**Parameters**<br>• *RANK*   Router preference value. Options include:<br>  — **high**<br>  — **low**<br>  — **medium** | No |
| ipv6 neighbor | ipv6 neighbor | **Command Syntax**<br>`ipv6 neighbor ipv6_addr PORT mac_addr`<br>`no ipv6 neighbor ipv6_address PORT`<br>`default ipv6 neighbor ipv6_addr PORT`<br><br>**Parameters**<br>• *ipv6_addr*   Neighbor's IPv6 address.<br>• *PORT*   Interface through which the neighbor is accessed. Options include:<br>  — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>  — **management** *m_num*   Management interface specified by *m_num*.<br>  — **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>  — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *mac_addr*   Neighbor's data-link (hardware) address. (48-bit dotted hex notation – H.H.H.) | No |

89

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 ospf area | ipv6 ospf area | **Command Syntax**<br>    `ipv6 ospf` *process_id* **area** *area_id*<br>    `no ipv6 ospf` process_id [**area** *area_id*]<br>    `default ipv6 ospf` *process_id* [**area** *area_id*]<br><br>**Parameters**<br>• *process_id*   Values range from 1 to 65535.<br>• *area_id*<br>   Valid formats: integer <**0** to **4294967295**> or dotted decimal <**0.0.0.0** to **255.255.255.255**> *Running-config* stores value in dotted decimal notation. | No |
| ipv6 ospf cost | ipv6 ospf cost | **Command Syntax**<br>    `ipv6 ospf cost` *interface_cost*<br>    `no ipv6 ospf cost`<br>    `default ipv6 ospf cost`<br><br>**Parameters**<br>• *interface_cost*   Value ranges from 1 to 65535; default is 10. | No |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval | **Command Syntax**<br>    `ipv6 ospf dead-interval` *time*<br>    `no ipv6 ospf dead-interval`<br>    `default ipv6 ospf dead-interval`<br><br>**Parameters**<br>• *time*   Value ranges from 1 to 65535; default is 40. | No |

90

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 ospf hello-interval | ipv6 ospf hello-interval | **Command Syntax**<br><br>`ipv6 ospf hello-interval` *time*<br>`no ipv6 ospf hello-interval`<br>`default ipv6 ospf hello-interval`<br><br>**Parameters**<br><br>• *time*  Values range from 1 to 65535; default is 10. | No |
| ipv6 ospf network | ipv6 ospf network | **Command Syntax**<br><br>`ipv6 ospf network point-to-point`<br>`no ipv6 ospf network`<br>`default ipv6 ospf network` | No |
| ipv6 ospf priority | ipv6 ospf priority | **Command Syntax**<br><br>`ipv6 ospf priority` *priority_level*<br>`no ipv6 ospf priority`<br>`default ipv6 ospf priority`<br><br>**Parameters**<br><br>• *priority_level*  Settings range from 0 to 255. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 ospf retransmit-interval | ipv6 ospf retransmit-interval | **Command Syntax**<br>`ipv6 ospf retransmit-interval` *period*<br>`no ipv6 ospf retransmit-interval`<br>`default ipv6 ospf retransmit-interval`<br><br>**Parameters**<br>• *period*   Value ranges from 1 to 65535; default is 5. | No |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay | **Command Syntax**<br>`ipv6 ospf transmit-delay` *trans*<br>`no ipv6 ospf transmit-delay`<br>`default ipv6 ospf transmit-delay`<br><br>**Parameters**<br>• *trans*   Value ranges from 1 to 65535; default is 1. | No |
| ipv6 prefix-list | ipv6 prefix-list | **Command Syntax**<br>`ipv6 prefix-list` *list_name*<br>`no ipv6 prefix-list` *list_name*<br>`default ipv6 prefix-list` *list_name*<br><br>**Parameters**<br>• *list_name*   Name of prefix list.<br>Must begin with an alphabetic character. Cannot contain spaces or quotation marks. | No |

92

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 route | ipv6 route | **Command Syntax**<br><br>`ipv6 route` *dest_prefix* **`NEXTHOP`** [**`DISTANCE`**] [**`TAG_OPT`**] [**`RT_NAME`**]<br>`no ipv6 route` *dest_prefix* [*nexthop_addr*] [**`DISTANCE`**]<br>`default ipv6 route` *dest_prefix* [*nexthop_addr*] [**`DISTANCE`**]<br><br>**Parameters**<br><br>• *dest_prefix*   destination IPv6 prefix (CIDR notation).<br><br>• **NEXTHOP**   Access method of next hop device. Options include:<br><br>— **null0**   Null0 interface – route is dropped.<br>— *nexthop_addr*   IPv6 address of nexthop device.<br><br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>— **ethernet** *e_num* *nexthop_addr*   Combination route (Ethernet interface and gateway).<br>— **loopback** *l_num* *nexthop_addr*   Combination route (loopback interface and gateway).<br>— **management** *m_num* *nexthop_addr*   Combination route (management interface and gateway). | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | — **port-channel** *p_num*  *nexthop_addr*   Combination route (port channel interface and gateway). <br> — **vlan** *v_num*  *nexthop_addr*   Combination route (VLAN interface and gateway). <br> — **vxlan** *vx_num*  *nexthop_addr*   Combination route (VXLAN interface and gateway) <br> • *DISTANCE*   administrative distance assigned to route. Options include: <br> — <no parameter>   route assigned default administrative distance of one. <br> — <*1* to *255*>   The administrative distance assigned to route. <br> • *TAG_OPT*   static route tag. Options include: <br> — <no parameter>   assigns default static route tag of 0. <br> — **tag** <*0* to *4294967295*>   Static route tag value. <br> • *RT_NAME*   Associates descriptive text to the route. Options include: <br> — <no parameter>   No text is associated with the route. <br> — **name** *descriptive_text*   The specified text is assigned to the route. | |
| ipv6 router ospf | ipv6 router ospf | **Command Syntax** <br> `ipv6 router ospf process_id` <br> `no router ospf process_id` <br> `default router ospf process_id` <br><br> **Parameters** <br> • *process_id*   Values range from 1 to 65535. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ipv6 unicast-routing | ipv6 unicast-routing | **Command Syntax**<br>`ipv6 unicast-routing`<br>`no ipv6 unicast-routing` [*DELETE_ROUTES*]<br>`default ipv6 unicast-routing` [*DELETE_ROUTES*]<br><br>**Parameters**<br>• *DELETE_ROUTES*    Resolves routing table static entries when routing is disabled.<br>— \<no parameter>   Routing table retains static entries.<br>— **delete-static-routes**   Static entries are removed from the routing table. | Yes |
| isis hello-interval | isis hello-interval | **Command Syntax**<br>`isis hello-interval` *time*<br>`no isis hello-interval`<br>`default isis hello-interval`<br><br>**Parameters**<br>• *time*   Values range from 1 to 300; default is 10. | No |
| isis hello-multiplier | isis hello-multiplier | **Command Syntax**<br>`isis hello-multiplier` *factor*<br>`no isis hello-multiplier`<br>`default isis hello-multiplier`<br><br>**Parameters**<br>• *factor*   Values range from 3 to 100; default is 3 | No |

95

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| isis lsp-interval | isis lsp-interval | **Command Syntax**<br><br>    `isis lsp-interval` *period*<br>    `no isis lsp-interval`<br>    `default isis lsp-interval`<br><br>**Parameters**<br><br>•   *period*    Value ranges from 1 through 3000. Default interval is 33 ms. | No |
| isis metric | isis metric | **Command Syntax**<br><br>    `isis metric` *metric_cost*<br>    `no isis metric`<br>    `default isis metric`<br><br>**Parameters**<br><br>•   *metric_cost*    Values range from 1 to 1677214. Default value is 10. | No |
| isis passive | isis passive | **Command Syntax**<br><br>    `isis passive`<br>    `no isis passive`<br>    `default isis passive` | Yes |

96

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| isis passive interface | passive-interface (IS-IS) | **Command Syntax**<br><br>`passive-interface INTERFACE_NAME`<br>`no passive-interface INTERFACE_NAME`<br>`default passive-interface INTERFACE_NAME`<br><br>**Parameters**<br><br>• *INTERFACE_NAME*    Options include:<br><br>— **ethernet** *e_range*    Ethernet interface list.<br>— **loopback** *l_range*    Loopback interface list.<br>— **port-channel** *p_range*    Channel group interface list.<br>— **vlan** *v_range*    VLAN interface list.<br><br>Valid *e_range*, *l_range*, *p_range*, and *v_range* formats include number, range, or comma-delimited list of numbers and ranges. | No |
| isis priority | isis priority | **Command Syntax**<br><br>`isis priority priority_level`<br>`no isis priority`<br>`default isis priority`<br><br>**Parameters**<br><br>• *priority_level*    Value ranges from 0 to 127. Default value is 64. | No |

97

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| is-type | is-type | **Command Syntax**<br>`is-type LAYER_VALUE`<br><br>**Parameters**<br>• *LAYER_VALUE*    layer value.Options include:<br><br>— **level-1**<br>— **level-2** | No |
| lacp port-priority | lacp port-priority | **Command Syntax**<br>`lacp port-priority priority_value`<br>`no lacp port-priority`<br>`default lacp port-priority`<br><br>**Parameters**<br>• *priority_level*    port priority. Values range from 0 to 65535. Default is 32768 | No |
| lacp rate | lacp rate | **Command Syntax**<br>`lacp rate RATE_LEVEL`<br>`no lacp rate`<br>`default lacp rate`<br><br>**Parameters**<br>• *RATE_LEVEL*    LACP transmission interval . Options include:<br><br>— **fast**    one second.<br>— **normal**    30 seconds for synchronized interfaces; one second while interfaces synchronize. | No |

98

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| lacp system-priority | lacp system-priority | **Command Syntax**<br>   `lacp system-priority` *priority_value*<br>   `no lacp system-priority`<br>   `default lacp system-priority`<br><br>**Parameters**<br>• *priority_value*   system priority number. Values range from 0 to 65535. Default is 32768. | No |
| link state group | link state group | **Command Syntax**<br>   `link state group` *group_name* **DIRECTION**<br>   `no link state group` [*group_name*]<br>   `default link state group` [*group_name*]<br><br>**Parameters**<br>• *group_name*   link state tracking group name.<br>• **DIRECTION**   position of the interface in the link-state group. Valid options include:<br>   — upstream<br>   — downstream | No |
| link state track | link state track | **Command Syntax**<br>   `link state track` *group_name*<br>   `no link state track` *group_name*<br>   `default link state track` *group_name*<br><br>**Parameters**<br>• *group_name*   link-state group name. | No |

99

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| lldp holdtime | lldp holdtime | **Command Syntax**<br><br>`lldp holdtime` *period*<br>`no lldp holdtime`<br>`default lldp holdtime`<br><br>**Parameters**<br><br>• *period*   The amount of time a receiving device should hold LLDPDU information  before discarding it. Value ranges from 10 to 65535 second; default value is 120 seconds. | No |
| lldp receive | lldp receive | **Command Syntax**<br><br>`lldp receive`<br>`no lldp receive`<br>`default lldp receive` | Yes |
| lldp reinit | lldp reinit | **Command Syntax**<br><br>`lldp reinit` *delay*<br>`no lldp reinit`<br>`default lldp reinit`<br><br>**Parameters**<br><br>• *delay*   the amount of time the device should wait before re-initialization is attempted. Value ranges from 1 to 20 seconds; default value is 2 seconds. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| lldp run | lldp run | **Command Syntax**<br><br>`lldp run`<br>`no lldp run`<br>`default lldp run` | Yes |
| lldp timer | lldp timer | **Command Syntax**<br><br>`lldp timer` *transmission_time*<br>`no lldp timer`<br>`default lldp timer` | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| lldp tlv-select | lldp tlv-select | **Command Syntax**<br><br>    `lldp tlv-select `*`TLV_NAME`*<br>    `no lldp tlv-select `*`TLV_NAME`*<br>    `default lldp tlv-select `*`TLV_NAME`*<br><br>**Parameters**<br><br>• *TLV_NAME*   Options include:<br><br>   — **link-aggregation**   specifies the link aggregation TLV.<br>   — **management-address**   specifies the management address TLV.<br>   — **max-frame-size**   specifies the Frame size TLV.<br>   — **port-description**   specifies the port description TLV.<br>   — **port-vlan**   specifies the port VLAN ID TLV.<br>   — **system-capabilities**   specifies the system capabilities TLV.<br>   — **system-description**   specifies the system description TLV.<br>   — **system-name**   specifies the system name TLV. | No |
| lldp transmit | lldp transmit | **Command Syntax**<br><br>    `lldp transmit`<br>    `no lldp transmit`<br>    `default lldp transmit` | Yes |

102

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| load interval | load interval | **Command Syntax**<br>```load-interval delay```<br>```no load-interval```<br>```default load-interval```<br><br>**Parameters**<br>• *delay*   Load interval delay. Values range from 5 to 600 (seconds). Default value is 300 (five minutes). | No |
| log-adjacency-changes | log-adjacency-changes (OSPFv2) | **Command Syntax**<br>```log-adjacency-changes```<br>```log-adjacency-changes detail```<br>```no log-adjacency-changes```<br>```default log-adjacency-changes``` | Yes |
| log-adjacency-changes (IS-IS) | log-adjacency-changes (IS-IS) | **Command Syntax**<br>```log-adjacency-changes```<br>```no log-adjacency-changes```<br>```default log-adjacency-changes``` | Yes |

103

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| log-adjacency-changes (OSPFv3) | log-adjacency-changes (OSPFv3) | **Command Syntax**<br>`log-adjacency-changes [INFO_LEVEL]`<br>`no log-adjacency-changes`<br>`default log-adjacency-changes`<br><br>**Parameters**<br>• **INFO_LEVEL**   Options include<br>  — <no parameter>   Sends messages when a neighbor goes up or down.<br>  — **detail**   Sends messages for all neighbor state changes. | Yes |
| logging host | logging host | **Command Syntax**<br>`logging [VRF_INSTANCE] host syslog_host [PORT] [PROT_TYPE]`<br>`no logging [VRF_INSTANCE] host syslog_host`<br>`default logging [VRF_INSTANCE] host syslog_host`<br><br>**Parameters**<br>• **VRF_INSTANCE**   specifies the VRF instance being modified.<br>  — <no parameter>   changes are made to the default VRF.<br>  — **vrf** *vrf_name*   changes are made to the specified user-defined VRF.<br>• *syslog_host*   remote syslog server location. Valid formats include hostname or IPv4 address.<br>• **PORT**   Remote syslog server port that handles syslog traffic. Options include:<br>  — <no parameter>   Default port number 514.<br>  — *<1 to 65535>*   Port number.<br>• **PROT_TYPE**   Specifies the transport protocol for packets. Options include:<br>  — <no parameter>   Packets transported by User Datagram Protocol (UDP).<br>  — **protocol tcp**   Packets transported by TCP.<br>  — **protocol udp**   Packets transported by User Datagram Protocol (UDP). | No |

104

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| mac access-group | mac access-group | **Command Syntax**<br><br>`mac access-group` *list_name* **DIRECTION**<br>`no mac access-group` *list_name* **DIRECTION**<br>`default mac access-group` *list_name* **DIRECTION**<br><br>**Parameters**<br><br>• *list_name*　name of MAC ACL.<br><br>• **DIRECTION**　transmission direction of packets, relative to interface. Valid options include:<br><br>　— **in**　inbound packets.<br>　— **out**　outbound packets. | No |
| mac access-list | mac access-list | **Command Syntax**<br><br>`mac access-list` *list_name*<br>`no mac access-list` *list_name*<br>`default mac access-list` *list_name*<br><br>**Parameters**<br><br>• *list_name*　Name of MAC ACL.<br>Names must begin with an alphabetic character and cannot contain a space or quotation mark. | No |
| mac address-table aging-time | mac address-table aging-time | **Command Syntax**<br><br>`mac-address-table aging-time` *period*<br>`no mac-address-table aging-time`<br>`default mac-address-table aging-time`<br><br>**Parameters**<br><br>• *period*　MAC address table aging time. Default is 300 seconds. Options include:<br><br>　— **0**　disables deletion of table entries on the basis of aging time.<br>　— **10** through **1000000** (one million)　aging period (seconds). | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| mac address-table static | mac address-table static | **Command Syntax**<br><br>`mac address-table static` *`mac_address`* `vlan` *`v_num`* ***`DESTINATION`***<br>`no mac address-table static` *`mac_address`* `vlan` *`v_num`* [***`DESTINATION`***]<br>`default mac address-table static` *`mac_address`* `vlan` *`v_num`* [***`DESTINATION`***]<br><br>**Parameters**<br><br>• *mac_address*    Table entry's MAC address (dotted hex notation – H.H.H).<br><br>• *v_num*    Table entry's VLAN.<br><br>• ***DESTINATION***    Table entry's port list.<br><br>For multicast MAC address entries, the command may contain multiple ports, listed in any order. The CLI accepts only one interface for unicast entries.<br><br>— **drop**    creates drop entry in table. Valid only for unicast addresses.<br>— **interface ethernet** *e_range*    Ethernet interfaces specified by *e_range*.<br>— **interface port-channel** *p_range*    Port channel interfaces specified by *p_range*.<br>— **<no parameter>**    Valid for **no** and **default** commands that remove multiple table entries.<br><br>*e_range* and *p_range* formats include number, range, comma-delimited list of numbers and ranges. | No |
| mac-address | mac-address | **Command Syntax**<br><br>`mac-address` *`address`*<br>`no mac-address`<br>`default mac-address`<br><br>**Parameters**<br><br>• *address*    MAC address assigned to the interface. Format is dotted hex notation (H.H.H). Disallowed addresses are 0.0.0 and FFFF.FFFF.FFFF. | No |