# EXHIBIT 59

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| maximum-paths | maximum-paths (OSPF) | **Command Syntax**<br>`maximum-paths` *paths*<br>`no maximum-paths`<br>`default maximum-paths`<br><br>**Parameters**<br><br>• *paths*    maximum number of parallel routes.<br><br>Value ranges from 1 to the number of interfaces available per ECMP group, which is platform dependent.<br><br>Arad: Value ranges from 1 to 128. Default value is 128.<br>FM6000: Value ranges from 1 to 32. Default value is 32.<br>PetraA: Value ranges from 1 to 16. Default value is 16.<br>Trident: Value ranges from 1 to 32. Default value is 32.<br>Trident-II: Value ranges from 1 to 128. Default value is 128. | No |
| maximum-paths (OSPFv3) | maximum-paths (OSPFv3) | **Command Syntax**<br>`maximum-paths` *paths*<br>`no maximum-paths`<br>`default maximum-paths`<br><br>**Parameters**<br><br>• *paths*    Value range is platform dependent:<br><br>Arad: Value ranges from 1 to 128. Default value is 128.<br>FM6000: Value ranges from 1 to 32. Default value is 32.<br>PetraA: Value ranges from 1 to 16. Default value is 16.<br>Trident: Value ranges from 1 to 32. Default value is 32.<br>Trident-II: Value ranges from 1 to 128. Default value is 128. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor activate | neighbor activate | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID activate`<br>`no neighbor NEIGHBOR_ID activate`<br>`default neighbor NEIGHBOR_ID activate`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>  — *ipv4_addr*   neighbor's IPv4 address.<br>  — *ipv6_addr*   neighbor's IPv6 address.<br>  — *group_name*   peer group name. | No |
| neighbor allowas-in | neighbor allowas-in | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID allowas-in [asn_quantity]`<br>`no neighbor NEIGHBOR_ID allowas-in`<br>`default neighbor NEIGHBOR_ID allowas-in`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>  — *ipv4_addr*   neighbor's IPv4 address.<br>  — *ipv6_addr*   neighbor's IPv6 address.<br>  — *group_name*   peer group name.<br><br>• *asn_quantity*   Number of switches (ASN) allowed in path. Values range from 1 to 10. Default is 3. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor default-originate | neighbor default-originate | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID default-originate [MAP]`<br>`no neighbor NEIGHBOR_ID default-originate`<br>`default neighbor NEIGHBOR_ID default-originate`<br><br>**Parameters**<br><br>• *NEIGHBOR_ID*    IP address or peer group name. Values include:<br>— *ipv4_addr*    neighbor's IPv4 address.<br>— *ipv6_addr*    neighbor's IPv6 address.<br>— *group_name*    peer group name.<br><br>• *MAP*    specifies route map that modifies attributes of the exported default route. Options include:<br><br>— \<no parameter\>    attributes are not modified by a route map.<br>— **route-map** *map_name*    attributes set by specified route map are assigned to the exported default route. | No |
| neighbor description | neighbor description | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID description description_string`<br>`no neighbor NEIGHBOR_ID description`<br>`default neighbor NEIGHBOR_ID description`<br><br>**Parameters**<br><br>• *NEIGHBOR_ID*    IP address or peer group name. Options include:<br>— *ipv4_addr*    neighbor's IPv4 address.<br>— *ipv6_addr*    neighbor's IPv6 address.<br>— *group_name*    peer group name.<br><br>• *description_string*    text string to be associated with the neighbor or peer group. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor ebgp-multihop | neighbor ebgp-multihop | **Command Syntax**<br>`neighbor NEIGHBOR_ID ebgp-multihop [hop_number]`<br>`no neighbor NEIGHBOR_ID ebgp-multihop`<br>`default neighbor NEIGHBOR_ID ebgp-multihop`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name.<br><br>• *hop_number*   time-to-live (hops). Values range from 1 to 255. Default value is 255. | No |
| neighbor fall-over bfd | neighbor fall-over bfd | **Command Syntax**<br>`neighbor NEIGHBOR_ID fall-over bfd`<br>`no neighbor NEIGHBOR_ID fall-over bfd`<br>`default neighbor NEIGHBOR_ID fall-over bfd`<br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor local-as | neighbor local-as | **Command Syntax**<br><br>    neighbor ***NEIGHBOR_ID*** local-as *as_id* no-prepend replace-as<br>    no neighbor *NEIGHBOR_ID* local-as<br>    default neighbor *NEIGHBOR_ID* local-as<br><br>**Parameters**<br><br>• ***NEIGHBOR_ID***    IP address or peer group name. Values include:<br>    — *ipv4_addr*    neighbor's IPv4 address.<br>    — *ipv6_addr*    neighbor's IPv6 address.<br>    — *group_name*    peer group name.<br><br>• *as_id*    AS number that is prepended to the AS_PATH attribute. Values range from 1 to 4294967295.<br><br>  This parameter cannot be set to AS numbers from the local BGP routing process or the network of the remote peer. | No |
| neighbor next-hop-self | neighbor next-hop-self | **Command Syntax**<br><br>    neighbor ***NEIGHBOR_ID*** next-hop-self<br>    no neighbor ***NEIGHBOR_ID*** next-hop-self<br>    default neighbor ***NEIGHBOR_ID*** next-hop-self<br><br>**Parameters**<br><br>• ***NEIGHBOR_ID***    IP address or peer group name. Values include:<br>    — *ipv4_addr*    neighbor's IPv4 address.<br>    — *ipv6_addr*    neighbor's IPv6 address.<br>    — *group_name*    peer group name. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor password | neighbor password | **Command Syntax**<br>`neighbor NEIGHBOR_ID password [ENCRYPT_LEVEL] key_text`<br>`no neighbor NEIGHBOR_ID password`<br>`default neighbor NEIGHBOR_ID password`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name.<br>• *ENCRYPT_LEVEL*   the encryption level of the *key_text* parameter. Values include:<br>— **<no parameter>**   indicates the *key_text* is in clear text.<br>— **0**   indicates *key_text* is in clear text. Equivalent to the <no parameter> case.<br>— **7**   indicates *key_text* is md5 encrypted.<br>• *key_text*   the password. | No |
| neighbor peer-group (assigning members) | neighbor peer-group (neighbor assignment) | **Command Syntax**<br>`neighbor NEIGHBOR_ADDR peer-group group_name`<br>`no neighbor NEIGHBOR_ADDR peer-group`<br>`default neighbor NEIGHBOR_ADDR peer-group`<br><br>**Parameters**<br>• *NEIGHBOR_ADDR*   Address of a neighbor being added to peer group. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>• *group_name*   peer group name. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor peer-group (creating) | neighbor peer-group (create) | **Command Syntax**<br>    **neighbor** *group_name* **peer-group**<br>    **no neighbor** *group_name* **peer-group**<br>    **default neighbor** *group_name* **peer-group**<br><br>**Parameters**<br>• *group_name*   peer group name. | No |
| neighbor remote-as | neighbor remote-as | **Command Syntax**<br>    **neighbor** *NEIGHBOR_ID* **remote-as** *as_id*<br>    **no neighbor** *NEIGHBOR_ID* **remote-as**<br>    **default neighbor** *NEIGHBOR_ID* **remote-as**<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>    — *ipv4_addr*   neighbor's IPv4 address.<br>    — *ipv6_addr*   neighbor's IPv6 address.<br>    — *group_name*   peer group name.<br>• *as_id*   Autonomous system (AS) of the peer. Values range from 1 to 4294967295. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor remove-private-as | neighbor remove-private-as | **Command Syntax**<br>    `neighbor NEIGHBOR_ID remove-private-as [REMOVAL]`<br>    `no neighbor NEIGHBOR_ID remove-private-as`<br>    `default neighbor NEIGHBOR_ID remove-private-as`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>   — *ipv4_addr*   neighbor's IPv4 address.<br>   — *ipv6_addr*   neighbor's IPv6 address.<br>   — *group_name*   peer group name.<br>• *REMOVAL*   Specifies removal of private autonomous AS number when path includes both private and public numbers. Values include:<br>   — &lt;no parameter&gt;   private AS numbers is not removed.<br>   — *all*   removes all private AS numbers from AS path in outbound updates.<br>   — *all replace-as*   all private AS numbers in AS path are replaced with router's local AS number. | No |
| neighbor route-map | neighbor route-map (BGP) | **Command Syntax**<br>    `neighbor NEIGHBOR_ID route-map map_name DIRECTION`<br>    `no neighbor NEIGHBOR_ID route-map map_name DIRECTION`<br>    `default neighbor NEIGHBOR_ID route-map map_name DIRECTION`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>   — *ipv4_addr*   neighbor's IPv4 address.<br>   — *ipv6_addr*   neighbor's IPv6 address.<br>   — *group_name*   peer group name.<br>• *map_name*   name of a route map.<br>• *DIRECTION*   routes to which the route map is applied. Options include:<br>   — **in**   route map is applied to inbound routes.<br>   — **out**   route map is applied to outbound routes. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor route-reflector-client | neighbor route-reflector-client | **Command Syntax**<br><br>**neighbor** *NEIGHBOR_ID* **route-reflector-client**<br>**no neighbor** *NEIGHBOR_ID* **route-reflector-client**<br>**default neighbor** *NEIGHBOR_ID* **route-reflector-client**<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address of neighbor. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name. | No |
| neighbor send-community | neighbor send-community | **Command Syntax**<br><br>**neighbor** *NEIGHBOR_ID* **send-community**<br>**no neighbor** *NEIGHBOR_ID* **send-community**<br>**default neighbor** *NEIGHBOR_ID* **send-community**<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor shutdown | neighbor shutdown | **Command Syntax**<br>`neighbor NEIGHBOR_ID shutdown`<br>`no neighbor NEIGHBOR_ID shutdown`<br>`default neighbor NEIGHBOR_ID shutdown`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name. | No |
| neighbor soft-reconfiguration | neighbor soft-reconfiguration | **Command Syntax**<br>`neighbor NEIGHBOR_ID soft-configuration inbound [SCOPE]`<br>`no neighbor NEIGHBOR_ID soft-configuration inbound`<br>`default neighbor NEIGHBOR_ID soft-configuration inbound`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name.<br><br>• *SCOPE*   determines how routes including the switch's AS number are handled. Values include:<br><br>— <no parameter>   routes including the switch's AS number are discarded.<br>— **all**   routes including the switch's AS number are retained. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor timers | neighbor timers | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID timers keep_alive hold_time`<br>`no neighbor NEIGHBOR_ID timers`<br>`default neighbor NEIGHBOR_ID timers`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name.<br>• *keep_alive*   keepalive period, in seconds. Values include<br><br>— **0**   keepalive messages are not sent<br>— **1** to **3600**   keepalive time (seconds).<br>• *hold_time*   hold time. Values include<br><br>— **0**   peering is not disabled by timeout expiry; keepalive packets are not sent.<br>— **3** to **7200**   hold time (seconds). | No |
| neighbor transport connection-mode | neighbor transport connection-mode | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID transport connection-mode passive`<br>`no neighbor NEIGHBOR_ID transport connection-mode`<br>`default neighbor NEIGHBOR_ID transport connection-mode`<br><br>**Parameters**<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>— *ipv4_addr*   neighbor's IPv4 address.<br>— *ipv6_addr*   neighbor's IPv6 address.<br>— *group_name*   peer group name. | No |

117

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| neighbor update-source | neighbor update-source | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID update-source INTERFACE`<br>`no neighbor NEIGHBOR_ID update-source`<br>`default neighbor NEIGHBOR_ID update-source`<br><br>**Parameters**<br><br>• *NEIGHBOR_ID*  IP address or peer group name. Values include:<br>— *ipv4_addr*  neighbor's IPv4 address.<br>— *ipv6_addr*  neighbor's IPv6 address.<br>— *group_name*  peer group name.<br><br>• *INTERFACE*  Interface type and number. Options include:<br><br>— **ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*  loopback interface specified by *l_num*.<br>— **management** *m_num*  management interface specified by *m_num*.<br>— **port-channel** *p_num*  port channel interface specified by *p_num*.<br>— **vlan** *v_num*  VLAN interface specified by *v_num*. | No |
| neighbor weight | neighbor weight | **Command Syntax**<br><br>`neighbor NEIGHBOR_ID weight weight_value`<br>`no neighbor NEIGHBOR_ID weight`<br>`default neighbor NEIGHBOR_ID weight`<br><br>**Parameters**<br><br>• *NEIGHBOR_ID*  IP address or peer group name. Values include:<br>— *ipv4_addr*  neighbor's IPv4 address.<br>— *ipv6_addr*  neighbor's IPv6 address.<br>— *group_name*  peer group name.<br><br>• *weight_value*  weight value. Values range from 1 to 65535. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| network area | network area (OSPFv2) | **Command Syntax**<br>    **network** *ipv4_subnet* **area** *area_id*<br>    **no network** *ipv4_subnet* **area** *area_id*<br>    **default network** *ipv4_subnet* **area** *area_id*<br><br>**Parameters**<br>• *ipv4_subnet*  IPv4 subnet. Entry formats include address-prefix (CIDR) or address-wildcard mask. *running-config* stores value in CIDR notation.<br>• *area_id*  area number. <0 to **4294967295**> or <**0.0.0.0** to **255.255.255.255**> *Running-config* stores value in dotted decimal notation. | No |
| no snmp-server | no snmp-server | **Command Syntax**<br>    **no snmp-server**<br>    **default snmp-server** | Yes |
| ntp authenticate | ntp authenticate | **Command Syntax**<br>    **ntp authenticate**<br>    **no ntp authenticate**<br>    **default ntp authenticate** | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ntp authentication-key | ntp authentication-key | **Command Syntax**<br>    **ntp authentication-key** *key_id* ***ENCRYPT_TYPE*** *password_text*<br>    **no ntp authentication-key** *key_id*<br>    **default ntp authentication-key** *key_id*<br><br>**Parameters**<br>• *key_id*    key ID number. Value ranges from 1 to 65534.<br>• ***ENCRYPT_TYPE***    encryption method. Values include:<br>   — **md5**   *key_text* is MD5 encrypted.<br>   — **sha1**   *key_text* is SHA-1 encrypted.<br>• *password_text*    the authentication-key password. | No |

120

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ntp server | ntp server | **Command Syntax**<br>`ntp server` [*VRF_INSTANCE*] *SERVER_NAME* [*PREFERENCE*] [*NTP_VERSION*] [*IP_SOURCE*] [burst]<br>[iburst] [*AUTH_KEY*] [*MAX_POLL_INT*] [*MIN_POLL_INT*]<br>`no ntp` [server [*VRF_INSTANCE*] *SERVER_NAME*]<br>`default ntp` [server [*VRF_INSTANCE*] *SERVER_NAME*]<br><br>    All parameters except *VRF_INSTANCE* and *SERVER_NAME* can be placed in any order.<br><br>**Parameters**<br>• *VRF_INSTANCE*   the VRF instance to be used for connection to the specified server.<br>   — <no parameter>   connects using the default VRF.<br>   — **vrf** *vrf_name*   connects using the specified user-defined VRF.<br><br>• *SERVER_NAME*   NTP server location. Options include:<br>   — *IP address* in dotted decimal notation<br>   — an FQDN host name<br><br>• *PREFERENCE*   indicates priority of this server when the switch selects a synchronizing server.<br>   — <no parameter>   server has no special priority.<br>   — **prefer**   server has priority when the switch selects a synchronizing server.<br><br>• *NTP_VERSION* specifies the NTP version. Settings include:<br>   — <no parameter>   sets NTP version to 4 (default).<br>   — **version** *number*, where *number* ranges from 1 to 4.<br><br>• *IP_SOURCE* specifies the source interface for NTP updates for the specified NTP server. This option overrides global settings created by the **ntp source** command. Options include:<br>   — <no parameter>   sets the source interface to the global default.<br>   — **source ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **source loopback** *l_num*   loopback interface specified by *l_num*.<br>   — **source management** *m_num*   management interface specified by *m_num*.<br>   — **source port-channel** *p_num*   port-channel interface specified by *p_num*.<br>   — **source vlan** *v_num*   VLAN interface specified by *v_num*.<br><br>• **burst** indicates that when the NTP server is reached, the switch sends packets to the server in bursts of eight instead of the usual one. Recommended only for local servers. Off by default. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | <ul><li>**iburst** indicates that the switch sends packets to the server in bursts of eight instead of the usual one until the server is reached. Recommended for general use to speed synchronization. Off by default.</li><li>*AUTH_KEY* the authentication key to use in authenticating NTP packets from the server.<ul><li>— &lt;no parameter&gt; no authentication key is specified.</li><li>— **key &lt;1 to 65534&gt;** switch will use the specified key to authenticate NTP packets from the server.</li></ul></li><li>*MAX_POLL_INT* specifies the maximum polling interval for the server (as the base-2 logarithm of the interval in seconds). Settings include:<ul><li>— &lt;no parameter&gt; sets the maximum polling interval to 10 (1,024 seconds, the default).</li><li>— **maxpoll** *number*, where *number* is the base-2 logarithm of the interval in seconds. Values range from 3 (8 seconds) to 17 (131,072 seconds, approximately 36 hours).</li></ul></li><li>*MIN_POLL_INT* specifies the minimum polling interval for the server (as the base-2 logarithm of the interval in seconds). Settings include:<ul><li>— &lt;no parameter&gt; sets the minimum polling interval to 6 (64 seconds, the default).</li><li>— **minpoll** *number* where *number* is the base-2 logarithm of the interval in seconds. Values range from 3 (8 seconds) to 17 (131,072 seconds, approximately 36 hours).</li></ul></li></ul> | |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| ntp source | ntp source | **Command Syntax**<br>`ntp source` [`VRF_INSTANCE`] `INT_PORT`<br>`no ntp source`<br>`default ntp source`<br><br>**Parameters**<br>• *VRF_INSTANCE*   the VRF instance to be used for connection to the specified server.<br>— <no parameter>   connects using the default VRF.<br>— **vrf** *vrf_name*   connects using the specified user-defined VRF.<br>• *INT_PORT*   the interface port that specifies the NTP source. Settings include:<br>— **ethernet** *e_range*   Ethernet interface list.<br>— **loopback** *l_range*   loopback interface list.<br>— **management** *m_range*   management interface list.<br>— **port-channel** *c_range*   port channel interface list.<br>— **vlan** *v_range*   VLAN interface list. | No |
| ntp trusted-key | ntp trusted-key | **Command Syntax**<br>`ntp trusted-key` `key_list`<br>`no ntp trusted-key`<br>`default ntp trusted-key`<br><br>**Parameters**<br>• *key_list*   specified one or more keys. Formats include a number (1 to 65534), number range, or comma-delimited list of numbers and ranges. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| passive-interface | passive-interface <interface> (OSPFv2) | **Command Syntax**<br>    `passive-interface `*`INTERFACE_NAME`*<br>    `no passive-interface `*`INTERFACE_NAME`*<br>    `default passive-interface `*`INTERFACE_NAME`*<br><br>**Parameters**<br>• *INTERFACE_NAME*    interface to be configured. Options include:<br><br>    — **ethernet** *e_range*<br>    — **port-channel** *p_range*<br>    — **vlan** *v_range*<br>    — **vxlan** *vx_range* | No |
| passive-interface (OSPFv3) | passive-interface (OSPFv3) | **Command Syntax**<br>    `passive-interface `*`INTERFACE_NAME`*<br>    `no passive-interface `*`INTERFACE_NAME`*<br>    `default passive-interface `*`INTERFACE_NAME`*<br><br>**Parameters**<br>• *INTERFACE_NAME*    Options include:<br><br>    — **ethernet** *e_range*<br>    — **loopback** *l_range*<br>    — **management** *m_range*<br>    — **port-channel** *p_range*<br>    — **vlan** *v_range*<br>    — **vxlan** *vx_range*<br>    — **default**<br><br>Valid *e_range, l_range, m_range, p_range v_range*, and *vx_range* formats include number, range, or comma-delimited list of numbers and ranges. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| passive-interface default | passive-interface default (OSPFv2) | **Command Syntax**<br>`passive-interface default`<br>`no passive-interface default`<br>`default passive-interface default` | Yes |
| policy-map type control-plane | policy-map type control-plane | **Command Syntax**<br>`policy-map type control-plane copp-system-policy`<br>`no policy-map type control-plane copp-system-policy`<br>`default policy-map type control-plane copp-system-policy`<br><br>**copp-system-policy** is supplied with the switch and is the only valid control plane policy map. | No |
| policy-map type qos | policy-map type qos | **Command Syntax**<br>`policy-map [type qos]` *map_name*<br>`no policy-map [type qos]` *map_name*<br>`default policy-map [type qos]` *map_name*<br><br>    **policy-map** *map_name* and **policy-map type qos** *map_name* are identical commands.<br><br>**Parameters**<br>•  *map_name*    Name of policy map. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| port-channel load-balance | port-channel load-balance | **Command Syntax**<br><br>**port-channel load-balance** *platform* { *hash_seed* \| **fields ip** *fields* \| **hash** *hash_function* }<br>**no port-channel load-balance** *platform* [*hash_seed*]<br>**default port-channel load-balance** *platform* [*hash_seed*]<br><br>**Parameters**<br><br>**Important**  Parameter options vary by switch model. Verify available options with the ? command.<br><br>• *platform*   ASIC switching device. Value depends on the switch model.<br>• *hash_seed*   The numerical seed for the hash function. Value range varies by switch platform:<br>  — **arad**   0 to 65535.<br>  — **fm6000**   0 to 39.<br>  — **petraA**   uses field inputs only.<br>  — **trident**   0 to 47.<br>    For trident platform switches, algorithms using hash seeds between 0 and 15 typically result in more effective distribution of data streams across the port channels.<br>• *fields*   Which fields will be used as inputs to the port channel hash.<br>  — **gre**   Configure which GRE fields are inputs to the hash.<br>  — **ip**   Configure which fields are inputs to the hash *for IPv4 packets*.<br>  — **ipv6**   Configure which fields are inputs to the hash *for IPv6 packets*.<br>  — **mac**   Configure which MAC fields are inputs to the hash.<br>  — **mac-in-mac**   Configure which MAC-in-MAC fields are inputs to the hash.<br>  — **mpls**   Configure which MPLS fields are inputs to the hash.<br><br>  — **destination-ip**   Use the layer 3 IP destination address in the hash.<br>  — **destination-port**   Use the layer 4 TCP/UDP destination port in the hash.<br>  — **dst-ip**   Use the destination IP address in the hash.<br>  — **dst-mac**   Use the destination Payload MAC in the hash (or the destination MAC address in the MAC hash).<br>  — **eth-type**   Use the Ethernet type in the MAC hash.<br>  — **ip-in-ip**   Use the outer IP header in the hash for IPv4 over IPv4 GRE tunnel.<br>  — **ip-in-ipv6**   Use the outer IP header in the hash for IPv4 over IPv6 GRE tunnel.<br>  — **ipv6-in-ip**   Use the outer IP header in the hash for IPv6 over IPv4 GRE tunnel.<br>  — **ipv6-in-ipv6**   Use the outer IP header in the hash for IPv6 over IPv6 GRE tunnel.<br>  — **ip-tcp-udp-header**   Use the layer 3 and layer 4 hashes.<br>  — **isid**   Use the MAC-in-MAC ISID in the hash.<br>  — **label**   Use the MPLS label in the hash.<br>  — **mac-header**   Use the MAC hash.<br>  — **outer-mac**   Use the outer MAC of source and destination in the hash. | No |

126

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | — **source-ip**   Use the layer 3 IP source address in the hash.<br>— **src-ip**   Use the source IP address in the hash.<br>— **source-port**   Use layer 4 TCP/UDP source port in the hash.<br>— **src-mac**   Use the source payload MAC in the hash (or the source MAC address in the MAC hash).<br>• *hash_function*   Specifies the hash polynomial function. Values range from 0-2. | |
| port-channel min-links | port-channel min-links | **Command Syntax**<br>**port-channel min-links** *quantity*<br>**no port-channel min-links**<br>**default port-channel min-links**<br><br>**Parameters**<br>• *quantity*   minimum number of interfaces. Value range varies by platform. Default value is 0. | No |
| priority1 | ptp priority1 | **Command Syntax**<br>**ptp priority1** *priority_rate*<br>**no ptp priority1**<br>**default ptp priority1**<br><br>**Parameters**<br>• *priority_rate*   Value ranges from 0 to 255. Default is 128. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| priority2 | ptp priority2 | **Command Syntax**<br><br>   `ptp priority2` *priority_rate*<br>   `no ptp priority2`<br>   `default ptp priority2`<br><br>**Parameters**<br><br>• *priority_rate*   Specifies the priority 2 level for the PTP clock. Value ranges from 0 to 255; default value is 128. | No |
| priority-flow-control mode | priority-flow-control mode | **Command Syntax**<br><br>   `priority-flow-control mode on`<br>   `no priority-flow-control mode [on]`<br>   `default priority-flow-control mode [on]` | No |
| private-vlan | private-vlan | **Command Syntax**<br><br>   `private-vlan [`*VLAN_TYPE*`] primary vlan` *v_num*<br>   `no private-vlan`<br>   `default private-vlan`<br><br>**Parameters**<br><br>• *VLAN_TYPE*   private VLAN type. Options include:<br><br>   — **community**   community private VLAN.<br>   — **isolated**   isolated private VLAN.<br><br>• *v_num*   VLAN ID of primary VLAN to which the configuration mode VLAN is bound. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| private-vlan mapping | private-vlan mapping | **Command Syntax**<br>`private-vlan mapping EDIT_ACTION`<br>`no private-vlan mapping`<br>`default private-vlan mapping`<br><br>**Parameters**<br>• *EDIT_ACTION*    modifications to the VLAN list.<br>— *v_range*    Creates VLAN list from *v_range*.<br>— **add** *v_range*    Adds specified VLANs to current list.<br>— **except** *v_range*    VLAN list contains all VLANs except those specified.<br>Valid *v_range* formats include number, range, or comma-delimited list of numbers and ranges. | No |
| ptp domain | ptp domain | **Command Syntax**<br>`ptp domain domain_number`<br>`no ptp domain`<br>`default ptp domain`<br><br>**Parameters**<br>• *domain_number*    Value ranges from 0 to 255. | No |
| ptp sync interval | ptp sync interval | **Command Syntax**<br>`ptp sync interval log_interval`<br>`no ptp sync interval`<br>`default ptp sync interval`<br><br>**Parameters**<br>• *log_interval*    The interval between PTP synchronization messages sent from the master to the slave (base 2 log(seconds)). Values range from -1 to 3; default value is 0 (1 second). | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| radius-server deadtime | radius-server deadtime | **Command Syntax**<br>    `radius-server deadtime` *`dead_interval`*<br>    `no radius-server deadtime`<br>    `default radius-server deadtime`<br><br>**Parameters**<br>• *dead_interval*   period that the switch ignores non-responsive servers (minutes). Value ranges from 1 to 1000. Default is 3. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| radius-server host | radius-server host | **Command Syntax**<br><br>radius-server host *ADDR* [*VRF_INST*][*AUTH*][*ACCT*][*TIMEOUT*][*DEAD*][*RETRAN*][*ENCRYPT*]<br>no radius-server host [*ADDR*][*VRF_INST*][*AUTH*][*ACCT*]<br>default radius-server host [*ADDR*][*VRF_INST*][*AUTH*][*ACCT*]<br><br>**Parameters**<br><br>• *ADDR*   RADIUS server location. Options include:<br> — *ipv4_addr*   server's IPv4 address.<br> — *host_name*   server's DNS host name (FQDN).<br>• *VRF_INST*   specifies the VRF instance used to communicate with the specified server.<br> — <no parameter>   switch communicates with the server using the default VRF.<br> — **vrf** *vrf_name*   switch communicates with the server using the specified user-defined VRF.<br>• *AUTH*   Authorization port number.<br> — <no parameter>   default port of 1812.<br> — **auth-port** *number*   *number* ranges from 1 to 65535.<br>• *ACCT*   Accounting port number.<br> — <no parameter>   default port of 1813.<br> — **acct-port** *number*   *number* ranges from 1 to 65535.<br>• *TIMEOUT*   timeout period (seconds). Ranges from 1 to 1000.<br> — <no parameter>   assigns global timeout value (see **radius-server timeout**).<br> — **timeout** *number*   assigns *number* as the timeout period. Ranges from 1 to 1000.<br>• *DEAD*   period (minutes) when the switch ignores a non-responsive RADIUS server.<br> — <no parameter>   assigns global deadtime value (see **radius-server deadtime**).<br> — **deadtime** *number*   specifies deadtime, where *number* ranges from 1 to 1000.<br>• *RETRAN*   attempts to access RADIUS server after the first timeout expiry.<br> — <no parameter>   assigns global retransmit value (see **radius-server retransmit**).<br> — **retransmit** *number*   specifies number of attempts, where *number* ranges from 1 to 100.<br>• *ENCRYPT*   encryption key that switch and server use to communicate.<br> — <no parameter>   assigns global encryption key (see **radius-server key**).<br> — **key** *key_text*   where *key_text* is in clear text.<br> — **key 5** *key_text*   where *key_text* is in clear text.<br> — **key 7** *key_text*   where *key_text* is provide in an encrypted string. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| radius-server key | radius-server key | **Command Syntax**<br><br>    `radius-server key [`**`ENCRYPT_TYPE`**`]` *`encrypt_key`*<br>    `no radius-server key`<br>    `default radius-server key`<br><br>**Parameters**<br><br>• *ENCRYPT_TYPE*    encryption level of *encrypt_key*.<br><br>    —  &lt;no parameter&gt;    encryption key is entered as clear text.<br>    —  **0**   encryption key is entered as clear text. Equivalent to &lt;no parameter&gt;.<br>    —  **7**   *encrypt_key* is an encrypted string.<br><br>• *encrypt_key*    shared key that authenticates the username.<br><br>    —  *encrypt_key* must be in clear text if *ENCRYPT_TYPE* specifies clear text.<br>    —  *encrypt_key* must be an encrypted string if *ENCRYPT_TYPE* specifies an encrypted string.<br><br>Encrypted strings entered through this parameter are generated elsewhere. | No |
| radius-server retransmit | radius-server retransmit | **Command Syntax**<br><br>    `radius-server retransmit` *`count`*<br>    `no radius-server retransmit`<br>    `default radius-server retransmit`<br><br>**Parameters**<br><br>• *count*    retransmit attempts after first timeout expiry. Settings range from 1 to 100. Default is 3. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| radius-server timeout | radius-server timeout | **Command Syntax**<br><br>    `radius-server timeout` *`time_period`*<br>    `no radius-server timeout`<br>    `default radius-server timeout`<br><br>**Parameters**<br><br>• *time_period*    timeout period (seconds). Range from 1 to 1000. Default is 5. | No |
| redundancy force-switchover | redundancy force-switchover | **Command Syntax**<br><br>    `redundancy force-switchover` | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| route-map | route-map | **Command Syntax**<br>**route-map** *map_name* [***FILTER_TYPE***] [*sequence_number*]<br>**no route-map** *map_name* [***FILTER_TYPE***] [*sequence_number*]<br>**default route-map** *map_name* [***FILTER_TYPE***] [*sequence_number*]<br><br>**Parameters**<br>• *map_name*    label assigned to route map. Protocols reference this label to access the route map.<br>• *FILTER_TYPE*    disposition of routes matching conditions specified by route map clause.<br>— **permit**    routes are redistributed when they match route map clause.<br>— **deny**    routes are not redistributed when they match route map clause.<br>— <No parameter>    assigns **permit** as the *FILTER_TYPE*.<br>When a route does not match the route map criteria, the next clause within the route map is evaluated to determine the redistribution action for the route.<br>• *sequence_number*    the route map position relative to other clauses with the same name.<br>— <no parameter>    sequence number of 10 (default) is assigned to the route map.<br>— <1-16777215>    specifies sequence number assigned to route map. | No |
| router bgp | router bgp | **Command Syntax**<br>**router bgp** *as_id*<br>**no router bgp**<br>**default router bgp**<br><br>**Parameters**<br>• *as_id*    Autonomous system (AS) number. Values range from 1 to 4294967295. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| router isis | router isis | **Command Syntax**<br><br>**router isis** *instance_name* [**VRF_INSTANCE**]<br>**no router isis** *instance_name*<br>**default router isis** *instance_name*<br><br>**Parameters**<br><br>• *instance_name*   routing instance.<br><br>• *VRF_INSTANCE*<br><br>— <no parameter><br>— **vrf** *vrf_name* | No |
| router ospf | router ospf | **Command Syntax**<br><br>**router ospf** *process_id* [**VRF_INSTANCE**]<br>**no router ospf** *process_id* [**VRF_INSTANCE**]<br>**default router ospf** *process_id* [**VRF_INSTANCE**]<br><br>**Parameters**<br><br>• *process_id*   OSPFv2 process ID. Values range from 1 to 65535.<br><br>• *VRF_INSTANCE*<br><br>— <no parameter><br>— **vrf** *vrf_name* | No |
| router rip | router rip | **Command Syntax**<br><br>**router rip**<br>**no router rip**<br>**default router rip** | Yes |

135