# EXHIBIT 61

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp peer-group | show ip bgp peer-group | **Command Syntax**<br><br>  `show ip bgp peer-group` `[GROUP]` `[VRF_INSTANCE]`<br><br>**Parameters**<br><br>• *GROUP*    peer group for which command displays information. Options include:<br><br>  — <no parameter>   command displays information for all peer groups.<br>  — *group_name*   name of peer group for which command displays information.<br><br>• *VRF_INSTANCE*    specifies VRF instances.<br><br>  — <no parameter>   displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>  — **vrf all**   displays routing table for all VRFs.<br>  — **vrf default**   displays routing table for default VRF. | Yes |
| show ip bgp regexp | show ip bgp regexp | **Command Syntax**<br><br>  `show ip bgp regexp` *as_paths* `[VRF_INSTANCE]`<br><br>**Parameters**<br><br>• *as_paths*   list of AS paths, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators.<br><br>• *VRF_INSTANCE*    specifies the VRF instance of the BGP routing table to be displayed.<br><br>  — <no parameter>   displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>  — **vrf all**   displays routing table for all VRFs.<br>  — **vrf default**   displays routing table for default VRF. | No |

163

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp summary | show ip bgp summary | **Command Syntax**<br>`show ip bgp summary [VRF_INSTANCE]`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br><br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF.<br><br>**Display Values**<br><br>**Header Row**<br>• **BGP router identifier**: The router identifier – loopback address or highest IP address.<br>• **Local AS Number**: AS number assigned to switch<br><br>**Neighbor Table Columns**<br>• **(First) Neighbor**: Neighbor's IP address.<br>• **(Second) V**: BGP version number.<br>• **(Third) AS**: Neighbor's AS number.<br>• **(Fourth) MsgRcvd:** Messages received from the neighbor.<br>• **(Fifth) MsgSent:** Messages sent to neighbor.<br>• **(Sixth) InQ:** Messages queued from neighbor.<br>• **(Seventh) OutQ:** Messages queued to send neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been Established, or its current status.<br>• **(Ninth) State**: State of the BGP session and the number of routes received from a neighbor.<br><br>After the maximum number of routes are received, the ninth field displays **PfxRcd**, and the connection becomes Idle. Maximum number of routes is set using the **maximum paths (BGP)** command. | Yes |

164

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip community-list | show ip community-list | **Command Syntax**<br><br>`show ip community-list [COMMUNITY_LIST]`<br><br>**Parameters**<br><br>• *COMMUNITY_LIST*    community list for which command displays information.<br><br>— <no parameter>    command displays information for all community lists.<br>— *listname*    name of the community list (text string). | Yes |
| show ip dhcp snooping | show ip dhcp snooping | **Command Syntax**<br><br>`show ip dhcp snooping` | Yes |
| show ip extcommunity-list | show ip extcommunity-list | **Command Syntax**<br><br>`show ip extcommunity-list [COMMUNITY_LIST]`<br><br>**Parameters**<br><br>• *COMMUNITY_LIST*    extended community list for which command displays information.<br><br>— <no parameter>    command displays information for all extended community lists.<br>— *listname*    name of the extended community list (text string). | Yes |
| show ip helper-address | show ip helper-address | **Command Syntax**<br><br>`show ip helper-address` | Yes |

165

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip igmp groups | show ip igmp groups | **Command Syntax**<br>    `show ip igmp groups GROUP_LIST [DATA]`<br><br>**Parameters**<br>•  *GROUP_LIST*   list of groups for which the command displays information. Options include:<br><br>  —  <no parameter>   all multicast groups.<br>  —  *group_addr*   single multicast group address (dotted decimal notation).<br>  —  **interface ethernet** *e_num*   all multicast groups on specified Ethernet interface.<br>  —  **interface loopback** *l_num*   all multicast groups on specified Loopback interface.<br>  —  **interface management** *m_num*   all multicast groups on specified Management interface.<br>  —  **interface port-channel** *p_num*   all multicast groups on specified Port-Channel Interface.<br>  —  **interface vlan** *v_num*   all multicast groups on specified VLAN interface.<br>  —  **interface vxlan** *vx_num*   all multicast groups on specified VXLAN interface.<br><br>•  *DATA*   specifies the type of information displayed. Options include:<br><br>  —  <no parameter>   provides uptime, expiration, and address of reporter.<br>  —  **detail**   also include group mode and group source list. | Yes |
| show ip igmp interface | show ip igmp interface | **Command Syntax**<br>    `show ip igmp interface [INT_NAME]`<br><br>**Parameters**<br>•  *INT_NAME*   Interface type and number. Values include<br><br>  —  **<no parameter>**   Displays information for all interfaces.<br>  —  **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  —  **loopback** *l_num*   Loopback interface specified by *l_num*.<br>  —  **management** *m_num*   Management interface specified by *m_num*.<br>  —  **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>  —  **vlan** *v_num*   VLAN interface specified by *v_num*.<br>  —  **vxlan** *vx_num*   VXLAN interface specified by *vx_num*. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip igmp snooping | show ip igmp snooping | **Command Syntax**<br>    `show ip igmp snooping [VLAN_ID]`<br><br>**Parameters**<br>• *VLAN_ID*   specifies VLANs for which command displays information. Options include:<br>   — <no parameter>  displays information for all VLANs.<br>   — **vlan** *v_num*   displays information for specified VLAN. | Yes |
| show ip igmp snooping groups | show ip igmp snooping groups | **Command Syntax**<br>    `show ip igmp snooping groups [VLAN_ID][PORT_INT][GROUPS][DATA]`<br>**Parameters**<br>• *VLAN_ID*   specifies VLAN for which command displays information. Options include:<br>   — <no parameter>  displays information for all VLANs.<br>   — **vlan** *v_num*   displays information for VLAN *v_num* (1 to 4094).<br><br>• *PORT_INT*   specifies physical ports for which command displays information. Options include:<br>   — <no parameter>  displays information for all physical ports.<br>   — **interface ethernet** *e_range*, where *e_range* is the number, range, or list of Ethernet ports.<br>   — **interface port-channel** *p_range*, where *p_range* is the number, range, or list of channel ports.<br><br>• *GROUPS*   specifies the multicast groups. Options include:<br>   — <no parameter>  all multicast groups on all specified ports.<br>   — *mgroup_address*  multicast group specified by IPv4 address (dotted decimal notation).<br>   — **dynamic**  multicast groups learned through IGMP.<br>   — **user**  multicast groups manually added.<br><br>• *DATA*   specifies the type of information displayed. Options include:<br>   — <no parameter>  VLAN number and port-list for each group.<br>   — **detail**  port-specific information for each group, including transmission times and expiration. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip igmp snooping mrouter | show ip igmp snooping mrouter | **Command Syntax**<br>    `show ip igmp snooping mrouter [VLAN_ID] [DATA]`<br>**Parameters**<br>• *VLAN_ID*    specifies VLAN for which command displays information. Options include:<br>  — &lt;no parameter&gt;   all VLANs.<br>  — **vlan** *v_num*    specified VLAN.<br>• *DATA*    specifies the type of information displayed. Options include:<br>  — &lt;no parameter&gt;    displays VLAN number and port-list for each group.<br>  — **detail**    displays port-specific data for each group; includes transmission times and expiration. | Yes |
| show ip igmp snooping querier | show ip igmp snooping querier | **Command Syntax**<br>    `show ip igmp snooping querier [STATUS][VLAN_ID][DATA]`<br>**Parameters**<br>• *STATUS*    specifies the type of information displayed. Options include:<br>  — &lt;no parameter&gt;    querier IP address, port, and IGMP version.<br>  — **status**   querier configuration parameters.<br>• *VLAN_ID*    specifies VLANs for which command displays information. Options include:<br>  — &lt;no parameter&gt;   all VLANs.<br>  — **vlan** *v_num*    specified VLAN.<br>• *DATA*    specifies the type of information displayed. Options include:<br>  — &lt;no parameter&gt;    displays VLAN number and port-list for each group.<br>  — **detail**    displays port-specific data for each group; includes transmission times and expiration. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip interface | show ip interface | **Command Syntax**<br>　　`show ip interface` `[`**`INTERFACE_NAME`**`][`**`VRF_INST`**`]`<br><br>**Parameters**<br>• *INTERFACE_NAME*　　interfaces for which command displays status.<br>　　— <no parameter>　　all routed interfaces.<br>　　— *ipv4_addr*　　Neighbor IPv4 address.<br>　　— **ethernet** *e_range*　　Routed Ethernet interfaces specified by *e_range*.<br>　　— **loopback** *l_range*　　Routed loopback interfaces specified by *l_range*.<br>　　— **management** *m_range*　　Routed management interfaces specified by *m_range*.<br>　　— **port-channel** *p_range*　　Routed port channel Interfaces specified by *p_range*.<br>　　— **vlan** *v_range*　　VLAN interfaces specified by *v_range*.<br>　　— **vxlan** *vx_range*　　VXLAN interfaces specified by *vx_range*.<br>• *VRF_INST*　　specifies the VRF instance for which data is displayed.<br>　　— <no parameter>　　context-active VRF.<br>　　— **vrf** *vrf_name*　　specifies name of VRF instance. System default VRF is specified by **default**. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip interface brief | show ip interface brief | **Command Syntax**<br>    `show ip interface [INTERFACE_NAME][VRF_INST] brief`<br><br>**Parameters**<br>• *INTERFACE_NAME*    interfaces for which command displays status.<br><br>  — <no parameter>    all routed interfaces.<br>  — *ipv4_addr*    Neighbor IPv4 address.<br>  — **ethernet** *e_range*    Routed Ethernet interfaces specified by *e_range*.<br>  — **loopback** *l_range*    Routed loopback interfaces specified by *l_range*.<br>  — **management** *m_range*    Routed management interfaces specified by *m_range*.<br>  — **port-channel** *p_range*    Routed port channel Interfaces specified by *p_range*.<br>  — **vlan** *v_range*    VLAN interfaces specified by *v_range*.<br>  — **vxlan** *vx_range*    VXLAN interface range specified by *vx_range*.<br><br>• *VRF_INST*    specifies the VRF instance for which data is displayed.<br><br>  — <no parameter>    context-active VRF.<br>  — **vrf** *vrf_name*    specifies name of VRF instance. System default VRF is specified by **default**. | Yes |
| show ip mfib | show ip mfib | **Command Syntax**<br>    `show ip mfib [ROUTE]`<br><br>**Parameters**<br>• *ROUTE*    routes displayed, filtered by multicast group and source IP addresses:<br><br>  — <no parameter>    all multicast messages of the specified group are fast-switched.<br>  — *group_addr*    multicast group IPv4 address.<br>  — *group_addr   source address*    two IPv4 addresses: multicast group and source addresses. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip mroute | show ip mroute | **Command Syntax**<br><br>    **show ip mroute**<br>    **show ip mroute** *gp_addr*<br><br>**Parameters**<br>•  *gp_addr*    group IP address (dotted decimal notation). | Yes |
| show ip mroute count | show ip mroute count | **Command Syntax**<br><br>    **show ip mroute count** | Yes |
| show ip msdp mesh-group | show ip msdp mesh-group | **Command Syntax**<br><br>    **show ip msdp mesh-group** | Yes |

171

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip msdp peer | show ip msdp peer | **Command Syntax**<br>    **show ip msdp peer** [*PEER_ADDR*] [*SA_ACCEPT*]<br><br>**Parameters**<br>• *PEER_ADDR*    Peers for which command displays information.<br>    — &lt;no parameter&gt;    All peers configured on the switch.<br>    — *ipv4_addr*    Address of specified MSDP peer.<br>• *SA_ACCEPT*    Command displays SAs accepted from the specified peers.<br>    — &lt;no parameter&gt;    Accepted SAs are not displayed.<br>    — **accepted-sas**    Accepted SAs are displayed. | Yes |
| show ip msdp rpf-peer | show ip msdp rpf-peer | **Command Syntax**<br>    **show ip msdp peer** *rp_addr*<br><br>**Parameters**<br>• *rp_addr*    PIM RP IPv4 address.<br><br>                    (Note Typo in Arista Manual) | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip msdp sa-cache | show ip msdp sa-cache | **Command Syntax**<br><br>`show ip msdp sa-cache [ADDRESS_FILTER] [CONTENTS]`<br><br>**Parameters**<br><br>• *ADDRESS_FILTER*   IPv4 address used to filter SA messages.<br><br>— &lt;no parameter&gt;   All SA messages.<br>— *grp_addr*   Multicast group address (IPv4 address).<br>— *src_addr*   *grp_addr*   Source and multicast group addresses (two IPv4 addresses).<br><br>*grp_addr* must be a valid multicast address.<br><br>• *CONTENTS*   type of SAs that the command displays.<br><br>— &lt;no parameter&gt;   Displays contents of SA Cache.<br>— **rejected**   Displays rejected SAs in addition to the SA cache contents. | Yes |
| show ip msdp summary | show ip msdp summary | **Command Syntax**<br><br>`show ip msdp summary` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip nat translations | show ip nat translations | **Command Syntax**<br><br>    `show ip nat translations [INTF][ADDR][TYPE][DIR][H_STATE][K_STATE][V_STATE]`<br><br>      Command position of *INTF*, *ADDR*, *TYPE*, and *DIR* parameters are interchangeable.<br><br>**Parameters**<br>• *INTF*  Filters NAT statements by interface. Options include:<br>   —  <no parameter>   includes all statement on all interfaces.<br>   —  **interface ethernet** *e_num*   Statements on specified Ethernet interface.<br>   —  **interface loopback** *l_num*   Statements on specified Loopback interface.<br>   —  **interface management** *m_num*   Statements on specified Management interface.<br>   —  **interface port-channel** *p_num*   Statements on specified Port-Channel Interface.<br>   —  **interface vlan** *v_num*   Statements on specified VLAN interface.<br>• *ADDR*  Filters NAT statements by status. Options include:<br>   —  <no parameter>   includes all NAT statements, including those not installed in hardware.<br>   —  **address** *ipv4_addr*   includes only NAT statements installed in hardware.<br>• *TYPE*  Filters NAT statements by status. Options include:<br>   —  <no parameter>   includes all NAT statements, including those not installed in hardware.<br>   —  **static**   includes only NAT statements installed in hardware.<br>   —  **dynamic**   includes only NAT statements installed in hardware.<br>• *DIR*  Filters NAT statements by status. Options include:<br>   —  <no parameter>   includes all NAT statements, including those not installed in hardware.<br>   —  **source**   includes only NAT statements installed in hardware.<br>   —  **destination**   includes only NAT statements installed in hardware.<br>• *H_STATE*  Filters NAT statements by status. Options include:<br>   —  <no parameter>   includes all NAT statements, including those not installed in hardware.<br>   —  **hardware**   includes only NAT statements installed in hardware.<br>• *K_STATE*  Filters NAT statements by status. Options include:<br>   —  <no parameter>   includes all NAT statements, including those not installed in hardware.<br>   —  **kernel**   includes only NAT statements installed in hardware.<br>• *V_STATE*  Specifies information that the command returns. Options include:<br>   —  <no parameter>   displays table of NAT translations.<br>   —  **detail**   displays table of NAT translations. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip ospf | show ip ospf | **Command Syntax**<br><br>**show ip ospf** [*PROCESS_ID*] [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *PROCESS_ID*    OSPFv2 process ID. Values include:<br><br>— <no parameter><br>— <*1* to *65535*><br><br>• *VRF_INSTANCE*    specifies the VRF instance.<br><br>— <no parameter><br>— **vrf** *vrf_name* | Yes |
| show ip ospf border-routers | show ip ospf border-routers | **Command Syntax**<br><br>**show ip ospf border-routers** [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *VRF_INSTANCE*    specifies the VRF instance.<br><br>— <no parameter><br>— **vrf** *vrf_name* | Yes |

175

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip ospf database database-summary | show ip ospf database database-summary | **Command Syntax**<br>    show ip ospf [AREA] database database-summary [VRF_INSTANCE]<br><br>**Parameters**<br>• **VRF_INSTANCE**  specifies the VRF instance.<br>    — <no parameter><br>    — vrf *vrf_name*<br>• **AREA**  areas for which command displays data. Specifying an individual area requires entering the process ID where the area is located. Options include:<br>    — <no parameter><br>    — *process_id*<br>    — *process_id area_id*<br>        — *process_id*   input range: <1 to 65535><br>        — *area_id*   input range: <0 to 4294967295> or <0.0.0.0 to 255.255.255.255> | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip ospf interface | show ip ospf interface | **Command Syntax**<br>`show ip ospf [PROCESS_ID] interface [INTERFACE_NAME] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *PROCESS_ID*    OSPFv2 process ID. Values include:<br>  — &lt;no parameter&gt;<br>  — &lt;*1* to *65535*&gt;<br>• *INTERFACE_NAME*    Interface type and number. Values include<br>  — &lt;no parameter&gt;<br>  — **ethernet** *e_num*<br>  — **loopback** *l_num*<br>  — **port-channel** *p_num*<br>  — **vlan** *v_num*<br>• *VRF_INSTANCE*    specifies the VRF instance.<br>  — &lt;no parameter&gt; .<br>  — **vrf** *vrf_name* | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip ospf neighbor | show ip ospf neighbor | **Command Syntax**<br>    **show ip ospf** [*PROCESS_ID*] **neighbor** [*INTERFACE_NAME*][*NEIGHBOR*][*DATA*][*VRF_INSTANCE*]<br><br>**Parameters**<br>• *PROCESS_ID*    OSPFv2 process ID. Values include:<br>  — <no parameter><br>  — <*1* to *65535*><br><br>• *INTERFACE_NAME*    Interface type and number. Values include:<br>  — <no parameter><br>  — **ethernet** *e_num*<br>  — **loopback** *l_num*<br>  — **port-channel** *p_num*<br>  — **vlan** *v_num*<br><br>• *NEIGHBOR*    OSPFv2 neighbor. Options include:<br>  — <no parameter><br>  — *ipv4_addr*<br>• *DATA*    Type of information the command displays. Values include:<br>  — <no parameter><br>  — **detail**<br>• *VRF_INSTANCE*    specifies the VRF instance.<br>  — <no parameter><br>  — **vrf** *vrf_name* | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip ospf request-list | show ip ospf request-list | **Command Syntax**<br>    **show ip ospf request-list** [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*    specifies the VRF instance.<br>    — <no parameter><br>    — **vrf** *vrf_name* | Yes |
| show ip ospf retransmission-list | show ip ospf retransmission-list | **Command Syntax**<br>    **show ip ospf retransmission-list** [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*    specifies the VRF instance.<br>    — <no parameter><br>    — **vrf** *vrf_name* | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip pim interface | show ip pim interface | **Command Syntax**<br><br>    `show ip pim interface` [*INT_NAME*] [*INFO_LEVEL*]<br><br>**Parameters**<br><br>• *INT_NAME*   Interface type and number. Values include<br><br>   — <no parameter>   displays information for all interfaces.<br>   — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>   — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>   — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br><br>   — <no parameter>   table of basic configuration information.<br>   — **detail**   list of complete configuration information. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip pim neighbor | show ip pim neighbor | **Command Syntax**<br>    `show ip pim neighbor` [*INT_NAME*] [*BFD_DATA*]<br>**Parameters**<br>•  *INT_NAME*    Interface type and number. Values include<br>    — <no parameter>   displays information for all interfaces.<br>    — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>    — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>    — **management** *m_num*   Management interface specified by *m_num*.<br>    — **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>    — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>    — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>•  *BFD_DATA*   Specifies inclusion of BFD data.<br>    — <no parameter>   BFD data is not displayed.<br>    — **bfd**   BFD data is displayed. | Yes |
| show ip pim rp | show ip pim rp | **Command Syntax**<br>    `show ip pim rp` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip pim rp-hash | show ip pim rp-hash | **Command Syntax**<br>    `show ip pim rp-hash` *ipv4_addr* [*INFO_LEVEL*]<br><br>**Parameters**<br>• *ipv4_addr*   multicast group IPv4 address.<br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br>   — <no parameter>   RP-hash map and list of candidate RPs.<br>   — **detail**   includes data about the selected RP. | No |
| show ip prefix-list | show ip prefix-list | **Command Syntax**<br>    `show ip prefix-list` [*DISPLAY_ITEMS*]<br><br>**Parameters**<br>• *DISPLAY_ITEMS*   specifies the name of prefix lists for which rules are displayed. Options include:<br>   — <no parameter>   all IPv4 prefix list rules are displayed.<br>   — *list_name*   specifies the IPv4 prefix list for which rules are displayed. | Yes |
| show ip rip database | show ip rip database | **Command Syntax**<br>    `show ip rip database` [*FILTER*]<br><br>**Parameters**<br>• *FILTER*   routing table entries that the command displays. Values include:<br>   — <no parameter>   displays all routing table entries<br>   — **active**   displays all active routing table entries.<br>   — *net_addr*   subnet address (CIDR or address-mask). Command displays entries in this subnet. | Yes |

182

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip rip neighbors | show ip rip neighbors | **Command Syntax**<br>`show ip rip neighbors` | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip route | show ip route | **Command Syntax**<br><br>    `show ip route` `[VRF_INSTANCE][ADDRESS][ROUTE_TYPE][INFO_LEVEL][PREFIX]`<br><br>**Parameters**<br><br>The **VRF_INSTANCE** and **ADDRESS** parameters are always listed first and second, respectively. All other parameters can be placed in any order.<br><br>• **VRF_INSTANCE**   specifies the VRF instance for which data is displayed.<br><br>   — <no parameter>   context-active VRF.<br>   — **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• **ADDRESS**   Filters routes by IPv4 address or subnet.<br><br>   — <no parameter>   all routing table entries.<br>   — *ipv4_addr*   routing table entries matching specified address.<br>   — *ipv4_subnet*   routing table entries matching specified subnet (CIDR or address-mask).<br><br>• **ROUTE_TYPE**   Filters routes by specified protocol or origin. Options include:<br><br>   — <no parameter>   all routing table entries.<br>   — **aggregate**   entries for BGP aggregate routes.<br>   — **bgp**   entries added through BGP protocol.<br>   — **connected**   entries for routes to networks directly connected to the switch.<br>   — **isis**   entries added through ISIS protocol.<br>   — **kernel**   entries appearing in Linux kernel but not added by EOS software.<br>   — **ospf**   entries added through OSPF protocol.<br>   — **rip**   entries added through RIP protocol.<br>   — **static**   entries added through CLI commands.<br><br>• **INFO_LEVEL**   Filters entries by next hop connection. Options include:<br><br>   — <no parameter>   filters routes whose next hops are directly connected.<br>   — **detail**   displays all routes.<br><br>• **PREFIX**   filters routes by prefix.<br><br>   — <no parameter>   specific route entry that matches the ADDRESS parameter.<br>   — **longer-prefixes**   all subnet route entries in range specified by ADDRESS parameter. | Yes |

184

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip route summary | show ip route summary | **Command Syntax**<br>    **show ip route** [*VRF_INSTANCE*] **summary**<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance for which data is displayed.<br>  — <no parameter>   context-active VRF.<br>  — **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**. | Yes |
| show ip route tag | show ip route tag | **Command Syntax**<br>    **show ip route** [*VRF_INSTANCE*] *ADDRESS* **tag**<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance for which data is displayed.<br>  — <no parameter>   context-active VRF.<br>  — **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**.<br>• *ADDRESS*   displays routes of specified IPv4 address or subnet.<br>  — *ipv4_addr*   routing table entries matching specified IPv4 address.<br>  — *ipv4_subnet*   routing table entries matching specified IPv4 subnet (CIDR or address-mask). | No |

185

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 access-list | show ipv6 access-list | **Command Syntax**<br>    `show ipv6 access-list` [*LIST*] [*SCOPE*]<br><br>**Parameters**<br>• *LIST*   name of lists to be displayed. Selection options include:<br>   — <no parameter>   all IPv6 ACLs are displayed.<br>   — *list_name*   specified IPv6 ACL is displayed.<br>• *SCOPE*   information displayed. Selection options include:<br>   — <no parameter>   all rules in the specified lists are displayed.<br>   — **summary**   the number of rules in the specified lists are displayed. | Yes |
| show ipv6 bgp | show ipv6 bgp | **Command Syntax**<br>    `show ipv6 bgp` [*FILTER*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *FILTER*   routing table entries that the command displays. Values include:<br>   — <no parameter>   displays all routing table entries. Tabular format.<br>   — **detail**   displays all routing table entries. Data block format.<br>   — *ipv6_addr*   IPv6 host address. Data block format.<br>   — *ipv6_prefix*   IPv6 prefix address. (CIDR notation). Data block format.<br>   — *ipv6_prefix* **detail**   IPv6 prefix address. (CIDR notation). Data block format.<br>   — *ipv6_prefix* **longer-prefixes**   IPv6 prefix address. (CIDR notation). Tabular format.<br>   — *ipv6_prefix* **longer-prefixes detail**   IPv6 prefix address. (CIDR notation). Data block format.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>   — <no parameter>   displays routing table for context-active VRF.<br>   — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>   — **vrf all**   displays routing table for all VRFs.<br>   — **vrf default**   displays routing table for default VRF. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 bgp community | show ipv6 bgp community | **Command Syntax**<br>    `show ipv6 bgp community [COMM_1 ... COMM_n][MATCH_TYPE][INFO][VRF_INSTANCE]`<br>**Parameters**<br>• *COMM_x*   community number or name, as specified in the route map that sets the community list number.<br>   — *aa:nn*   AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>   — *comm_num*   community number. Values range from 1 to 4294967040.<br>   — **internet**   advertises route to Internet community.<br>   — **local-as**   advertises route only to local peers.<br>   — **no-advertise**   does not advertise route to any peer.<br>   — **no-export**   advertises route only within BGP AS boundary.<br>• *MATCH_TYPE*   Routes are filtered based on their communities.<br>   — <no parameter>   routes must match at least one community in the list<br>   — **exact**   route must match all communities and include no other communities.<br>• *INFO*   Type of information the command displays. Values include:<br>   — <no parameter>   Displays table of the routing entry line items.<br>   — **detail**   Displays data block for each routing table entry.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>   — <no parameter>   displays routing table for context-active VRF.<br>   — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>   — **vrf all**   displays routing table for all VRFs.<br>   — **vrf default**   displays routing table for default VRF. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 bgp neighbors | show ipv6 bgp neighbors | **Command Syntax**<br>    `show ipv6 bgp neighbor` `[NEIGHBOR_ADDR][VRF_INSTANCE]`<br>**Parameters**<br>• *NEIGHBOR_ADDR*   location of the neighbors. Options include:<br>   — <no parameter>   command displays information for all neighbors.<br>   — *ipv6_addr*   command displays information for specified neighbor.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>   — <no parameter>   displays routing table for context-active VRF.<br>   — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>   — **vrf all**   displays routing table for all VRFs.<br>   — **vrf default**   displays routing table for default VRF. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 bgp summary | show ipv6 bgp summary | **Command Syntax**<br>    `show ipv6 bgp summary` [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br>    — &lt;no parameter&gt;   displays routing table for context-active VRF.<br>    — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>    — **vrf all**   displays routing table for all VRFs.<br>    — **vrf default**   displays routing table for default VRF.<br><br>**Display Values**<br>**Header Row**<br>• **BGP router identifier**: The router identifier: loopback address or highest IP address.<br>• **Local AS Number**: AS number assigned to switch<br><br>**Neighbor Table Columns**<br>• **(First) Neighbor**: Neighbor's IP address.<br>• **(Second) V**: BGP version number.<br>• **(Third) AS**: Neighbor's AS number.<br>• **(Fourth) MsgRcvd:** Messages received from the neighbor.<br>• **(Fifth) MsgSent:** Messages sent to neighbor.<br>• **(Sixth) InQ:** Messages queued from neighbor.<br>• **(Seventh) OutQ:** Messages queued to send neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been Established, or its current status.<br>• **(Ninth) State**: State of the BGP session and the number of routes received from a neighbor.<br><br>After the maximum number of routes are received, the ninth field displays **PfxRcd**, and the connection becomes Idle. Maximum number of routes is set using the **maximum paths (BGP)** command. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 interface | show ipv6 interface | **Command Syntax**<br><br>    **show ipv6 interface** [*INTERFACE_NAME*] [*INFO_LEVEL*]<br><br>**Parameters**<br><br>• *INTERFACE_NAME*   interfaces for which command displays status.<br><br>  — <no parameter>  all routed interfaces.<br>  — **ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*  Loopback interface specified by *l_num*.<br>  — **management** *m_num*  Management interface specified by *m_num*.<br>  — **port-channel** *p_num*  Port-Channel Interface specified by *p_num*.<br>  — **vlan** *v_num*  VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*  VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br><br>  — <no parameter>  command displays data block for each specified interface.<br>  — **brief**  command displays table that summarizes IPv6 interface data. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 neighbors | show ipv6 neighbors | **Command Syntax**<br>    `show ipv6 neighbors [PORT] [SOURCE] [INFO_LEVEL]`<br>**Parameters**<br>• *PORT*   Filters by interface through which neighbor is accessed. Options include:<br>   — `<no parameter>`   all routed interfaces.<br>   — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>   — **management** *m_num*   Management interface specified by *m_num*.<br>   — **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>   — **vlan** *v_num*   VLAN interface specified by *v_num*.<br>   — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *SOURCE*   Filters by neighbor IPv6 address. Options include:<br>   — `<no parameter>`   all IPv6 neighbors.<br>   — *ipv6_addr*   IPv6 address of individual neighbor.<br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br>   — `<no parameter>`   command displays the discovery cache for the specified interfaces.<br>   — **summary**   command displays summary information only. | Yes |
| show ipv6 ospf | show ipv6 ospf | **Command Syntax**<br>    `show ipv6 ospf` | Yes |

191

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 ospf border-routers | show ipv6 ospf border-routers | **Command Syntax**<br><br>    `show ipv6 ospf border-routers` | Yes |
| show ipv6 ospf interface | show ipv6 ospf interface | **Command Syntax**<br><br>    `show ipv6 ospf interface` | Yes |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor | **Command Syntax**<br><br>    `show ipv6 ospf neighbor` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 prefix-list | show ipv6 prefix-list | **Command Syntax**<br>　　`show ipv6 prefix-list [DISPLAY_ITEMS]`<br><br>**Parameters**<br>• *DISPLAY_ITEMS*　specifies the name of prefix lists for which rules are displayed. Options include:<br>　— <no parameter>　all IPv6 prefix lists are displayed.<br>　— *list_name*　specifies the IPv6 prefix list for which rules are displayed. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 route | show ipv6 route | **Command Syntax**<br><br>`show ipv6 route` [`ADDRESS`] [`ROUTE_TYPE`] [`INFO_LEVEL`]<br><br>**Parameters**<br><br>Address, when present, is always listed first. All other parameters can be placed in any order.<br><br>• *ADDRESS*    filters routes by IPv6 address or prefix.<br><br>— \<no parameter\>    all routing table entries.<br>— *ipv6_address*    routing table entries matching specified IPv6 address.<br>— *ipv6_prefix*    routing table entries matching specified IPv6 prefix (CIDR notation).<br><br>• *ROUTE_TYPE*    filters routes by specified protocol or origin.<br><br>— \<no parameter\>    all routing table entries.<br>— **aggregate**    entries for BGP aggregate routes.<br>— **bgp**    entries added through BGP protocol.<br>— **connected**    entries for routes to networks directly connected to the switch.<br>— **kernel**    entries appearing in Linux kernel but not added by EOS software.<br>— **isis**    entries added through IS-IS protocol.<br>— **ospf**    entries added through OSPF protocol.<br>— **static**    entries added through CLI commands.<br><br>• *INFO_LEVEL*    Filters entries by next hop connection.<br><br>— \<no parameter\>    filters routes whose next hops are directly connected.<br>— **detail**    displays all routes. | Yes |
| show ipv6 route summary | show ipv6 route summary | **Command Syntax**<br><br>`show ipv6 route summary` | Yes |