# EXHIBIT 62

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ipv6 route tag | show ipv6 route tag | **Command Syntax**<br><br>    `show ipv6 route ADDRESS tag`<br><br>**Parameters**<br>• *ADDRESS*    filters routes by IPv6 address or prefix.<br><br>  — *ipv6_address*    routing table entries matching specified address (A:B:C:D:E:F:G:H)<br>  — *ipv6_prefix*    routing table entries matching specified IPv6 prefix (A:B:C:D:E:F:G:H/PL). | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show isis database | show isis database | **Command Syntax**<br><br>`show isis database [INSTANCES] [INFO_LEVEL]`<br>`show isis database [INFO_LEVEL] VRF_INSTANCE`<br><br>**Parameters**<br><br>• *INSTANCES*   Options include:<br><br>— <no parameter><br>— *instance_name*<br><br>• *INFO_LEVEL*   Options include:<br><br>— <no parameter><br>— **detail**<br><br>• *VRF_INSTANCE*   specifies the VRF instance.<br><br>— <no parameter><br>— **vrf** *vrf_name*<br><br>**Display Values**<br><br>• ISIS Instance<br>• LSPID<br>• Seq Num<br>• Cksum<br>• Life<br>• IS | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show isis interface | show isis interface | **Command Syntax**<br><br>`show isis interface [INSTANCES] [INTERFACE_NAME] [INFO_LEVEL]`<br>`show isis interface [INTERFACE_NAME] [INFO_LEVEL] VRF_INSTANCE`<br><br>**Parameters**<br><br>• *INSTANCES*    Options include:<br>   — <no parameter><br>   — *instance_name*<br><br>• *INTERFACE_NAME*    Values include<br>   — <no parameter>    all interfaces.<br>   — **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>   — **loopback** *l_num*    Loopback interface specified by *l_num*.<br>   — **management** *m_num*    Management interface specified by *m_num*.<br>   — **port-channel** *p_num*    Port channel interface specified by *p_num*.<br>   — **vlan** *v_num*    VLAN interface specified by *v_num*.<br>   — **vxlan** *vx_num*    VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*    Options include:<br>   — <no parameter><br>   — **detail**<br><br>• *VRF_INSTANCE*    specifies the VRF instance.<br>   — <no parameter><br>   — **vrf** *vrf_name*<br><br>**Display Values**<br>   — ISIS Instance<br>   — System ID<br>   — Index<br>   — MTU<br>   — Metric<br>   — LAN-ID<br>   — DIS<br>   — Type<br>   — Interface<br>   — SNPA<br>   — State<br>   — Hold time | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show isis topology | show isis topology | **Command Syntax**<br>`    show isis topology`<br>`    show isis INSTANCES topology`<br>`    show isis topology VRF_INSTANCE`<br><br>**Parameters**<br>• *INSTANCES*   Options include:<br>— <no parameter><br>— *instance_name*<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>— <no parameter><br>— **vrf** *vrf_name*<br><br>**Display Values**<br>• System Id<br>• Metric<br>• Next-Hop<br>• Interface<br>• SNPA | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show lacp counters | show lacp counters | **Command Syntax**<br>    `show lacp` [*PORT_LIST*] `counters` [*PORT_LEVEL*] [*INFO_LEVEL*]<br><br>      *PORT_LEVEL* and *INFO_LEVEL* parameters can be placed in any order.<br><br>**Parameters**<br>• *PORT_LIST*   ports for which port information is displayed. Options include:<br><br>   — <no parameter>   all configured port channels<br>   — *c_range*   ports in specified channel list (number, number range, or list of numbers and ranges).<br>   — **interface**   ports on all interfaces.<br>   — **interface ethernet** *e_num*   port on Ethernet interface specified by *e_num*.<br>   — **interface port-channel** *p_num*   port on port channel interface specified by *p_num*.<br><br>• *PORT_LEVEL*   ports displayed, in terms of aggregation status. Options include:<br><br>   — <no parameter>   only ports bundled by LACP into an aggregate.<br>   — **all-ports**   all ports, including LACP candidates that are not bundled.<br><br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br><br>   — <no parameter>   displays packet transmission (TX and RX) statistics.<br>   — **brief**   displays packet transmission (TX and RX) statistics.<br>   — **detailed**   displays packet transmission (TX and RX) statistics and actor-partner statistics. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show lacp interface | show lacp interface | **Command Syntax**<br>`show lacp interface` [*INTERFACE_PORT*] [*PORT_LEVEL*] [*INFO_LEVEL*]<br><br>    *INTERFACE_PORT* is listed first when present. Other parameters can be listed in any order.<br><br>**Parameters**<br>• *INTERFACE_PORT*   interfaces for which information is displayed. Options include:<br>   — <no parameter>   all interfaces in channel groups.<br>   — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **port-channel** *p_num*   port channel interface specified by *p_num*.<br>• *PORT_LEVEL*   ports displayed, in terms of aggregation status. Options include:<br>   — <no parameter>   command lists data for ports bundled by LACP into the aggregate.<br>   — **all-ports**   command lists data for all ports, including LACP candidates that are not bundled.<br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br>   — <no parameter>   displays same information as **brief** option.<br>   — **brief**   displays LACP configuration data, including sys-id, actor, priorities, and keys.<br>   — **detailed**   includes **brief** option information plus state machine data. | Yes |

200

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show lacp neighbor | show lacp neighbor | **Command Syntax**<br>    `show lacp [PORT_LIST] neighbor [PORT_LEVEL] [INFO_LEVEL]`<br><br>    *PORT_LEVEL* and *INFO_LEVEL* parameters can be placed in any order.<br><br>**Parameters**<br>• *PORT_LIST*   interface for which port information is displayed. Options include:<br><br>  — <no parameter>   displays information for all configured port channels<br>  — *c_range*   ports in specified channel list (number, number range, or list of numbers and ranges).<br>  — **interface**   ports on all interfaces.<br>  — **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **interface port-channel** *p_num*   port channel interface specified by *p_num*.<br><br>• *PORT_LEVEL*   ports displayed, in terms of aggregation status. Options include:<br><br>  — <no parameter>   command lists data for ports bundled by LACP into an aggregate.<br>  — **all-ports**   command lists data for all ports, including LACP candidates that are not bundled.<br><br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br><br>  — <no parameter>   displays same information as **brief** option.<br>  — **brief**   displays LACP configuration data, including sys-id, actor, priorities, and keys.<br>  — **detailed**   includes **brief** option information plus state machine data. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show link state group | show link state group | **Command Syntax**<br>    `show link state group` [*DATA_LEVEL*] [*GROUPS*]<br><br>**Parameters**<br>• *DATA_LEVEL*   device for which the command provides data. Options include:<br>   — <no parameter>   information about all groups in group list.<br>   — **detail**   detailed information about all groups in group list.<br>• *GROUPS*<br>   — <no parameter>   all link-state groups.<br>   — *group_name*   link-state group name. | Yes |
| show lldp | show lldp | **Command Syntax**<br>    `show lldp` [*INTERFACE*]<br><br>**Parameters**<br>• *INTERFACE*   Interface type and numbers. Options include:<br>   — <no parameter>   Display information for all interfaces.<br>   — **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>   — **management** *m_range*   Management interface range specified by *m_range*.<br><br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

202

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show lldp neighbors | show lldp neighbors | **Command Syntax**<br>    `show lldp neighbors [INTERFACE] [INFO_LEVEL]`<br><br>**Parameters**<br>• *INTERFACE*   Interface type and numbers. Options include:<br>  — <no parameter>  displays information for all interfaces.<br>  — **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br>  — **management** *m_range*  Management interface range specified by *m_range*.<br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br>• *INFO_LEVEL*  amount of information that is displayed. Options include:<br>  — <no parameter>  Displays information for all interfaces.<br>  — **detailed**  LLPDP information for all the adjacent LLDP devices. | Yes |
| show lldp traffic | show lldp traffic | **Command Syntax**<br>    `show lldp traffic [INTERFACE]`<br><br>**Parameters**<br>• *INTERFACE*   Interface type and numbers. Options include:<br>  — <no parameter>  Display information for all interfaces.<br>  — **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br>  — **management** *m_range*  Management interface range specified by *m_range*.<br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show mac access-list | show mac access-list | **Command Syntax**<br>    `show mac access-lists` [*LIST*] [*SCOPE*]<br><br>**Parameters**<br>• *LIST*    name of lists to be displayed. Selection options include:<br>    — <no parameter>    command displays all ACLs.<br>    — *list_name*    command displays ACL specified by parameter.<br>• *SCOPE*    information displayed. Selection options include:<br>    — <no parameter>    command displays all rules in specified lists.<br>    — **summary**    command displays the number of rules in specified lists. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show mac address-table | show mac address-table | **Command Syntax**<br><br>`show mac address-table [ENTRY_TYPE] [MAC_ADDR] [INTF_1 ... INTF_N] [VLANS]`<br><br>**Parameters**<br><br>• *ENTRY_TYPE*   command filters display by entry type. Entry types include mlag-peer, dynamic, static, unicast, multicast entries, and configured.<br><br>  — <no parameter>   all table entries.<br>  — **configured**   static entries; includes unconfigured VLAN entries.<br>  — **dynamic**   entries learned by the switch.<br>  — **static**   entries entered by CLI commands and include a configured VLAN.<br>  — **unicast**   entries with unicast MAC address.<br><br>• *MAC_ADDR*   command uses MAC address to filter displayed entries.<br><br>  — <no parameter>   all MAC addresses table entries.<br>  — **address** *mac_address*   displays entries with specified address (dotted hex notation – H.H.H).<br><br>• *INTF_X*   command filters display by port list. When parameter lists multiple interfaces, command displays all entries containing at least one listed interface.<br><br>  — <no parameter>   all Ethernet and port channel interfaces.<br>  — **ethernet** *e_range*   Ethernet interfaces specified by *e_range*.<br>  — **port-channel** *p_range*   Port channel interfaces specified by *p_range*.<br><br>• *VLANS*   command filters display by VLAN.<br><br>  — <no parameter>   all VLANs.<br>  — **vlan** *v_num*   VLANs specified by *v_num*. | Yes |

205

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show mac address-table aging time | show mac address-table aging time | **Command Syntax**<br><br>`show mac address-table aging-time` | Yes |
| show mac address-table count | show mac address-table count | **Command Syntax**<br><br>`show mac address-table count [VLANS]`<br><br>**Parameters**<br>• *VLANS*   The VLANs for which the command displays the entry count.<br><br>— <no parameter>   all configured VLANs.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*. | Yes |
| show module | show module | **Command Syntax**<br><br>`show module [MODULE_NAME]`<br><br>**Parameters**<br>• *MODULE_NAME*   Specifies modules for which data is displayed. Options include:<br><br>— <no parameter>   All modules (identical to **all** option).<br>— **fabric** *fab_num*   Specified fabric module. Number range varies with switch model.<br>— **linecard** *line_num*   Linecard module. Number range varies with switch model.<br>— **supervisor** *super_num*   Supervisor module. Number range varies with switch model.<br>— *mod_num*   Supervisor (1 to 2) or linecard (3 to 18) module.<br>— **all**   All modules. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show monitor session | show monitor session | **Command Syntax**<br><br>　　`show monitor session `*`SESSION_NAME`*<br><br>**Parameters**<br><br>• *SESSION_NAME*　Port mirroring session identifier. Options include:<br><br>　— <no parameter>　displays configuration for all sessions.<br>　— *label*　command displays configuration of the specified session. | No |
| show ntp associations | show ntp associations | **Command Syntax**<br><br>　　`show ntp associations` | Yes |
| show ntp status | show ntp status | **Command Syntax**<br><br>　　`show ntp status` | Yes |
| show policy-map control-plane | show policy-map type control-plane | **Command Syntax**<br><br>　　`show policy-map type control-plane copp-system-policy `[*`CMAP_NAME`*]<br><br>**Parameters**<br><br>• *CMAP_NAME*　　Name of class map displayed by the command.<br><br>　— <no parameter>　Command displays all class maps in specified policy map.<br>　— *class_name*　Command displays specified class map. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show policy-map interface | show policy-map interface type qos | **Command Syntax**<br><br>    `show policy-map interface` *`INTERFACE_NAME`* [`type qos`] [*`TRAFFIC`*]<br><br>**Parameters**<br><br>• *INTERFACE_NAME*    Filters policy map list by interfaces. Options include:<br><br>    — **ethernet** *e_range*    Ethernet ports for which command displays policy maps.<br>    — **port-channel** *p_range*    Port channels for which command displays policy maps.<br>• *TRAFFIC*    Filters policy maps by the traffic they manage. Options include:<br><br>    — <no parameter>    Policy maps that manage interface's ingress traffic (same as **input** option).<br>    — **input**    Policy maps that manage interface's ingress traffic. | No |
| show policy-map interface control-plane | show policy-map interface control-plane | **Command Syntax**<br><br>    `show policy-map interface control-plane copp-system-policy` | No |
| show port-channel summary | show port-channel summary | **Command Syntax**<br><br>    `show port-channel summary` | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show port-channel traffic | show port-channel traffic | **Command Syntax**<br>    `show port-channel [MEMBERS] traffic`<br>**Parameters**<br>• *MEMBERS*   list of port channels for which information is displayed. Options include:<br>    — `<no parameter>`   all configured port channels.<br>    — *c_range*   ports in specified channel list (number, number range, or list of numbers and ranges). | Yes |
| show port-security | show port-security | **Command Syntax**<br>    `show port-security` | Yes |
| show port-security address | show port-security address | **Command Syntax**<br>    `show port-security address` | Yes |

209

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show port-security interface | show port-security interface | **Command Syntax**<br>`show port-security interface` [*INT_NAME*]<br><br>**Parameters**<br>• *INT_NAME*    Interface type and numbers. Options include:<br><br>— <no parameter>    Display information for all interfaces.<br>— **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>— **loopback** *l_range*    Loopback interface specified by *l_range*.<br>— **management** *m_range*    Management interface range specified by *m_range*.<br>— **port-channel** *p_range*    Port-Channel Interface range specified by *p_range*.<br>— **vlan** *v_range*    VLAN interface range specified by *v_range*.<br>— **vxlan** *vx_range*    VXLAN interface range specified by *vx_range*.<br><br>Valid *range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |
| show privilege | show privilege | **Command Syntax**<br>`show privilege` | Yes |
| show ptp clock | show ptp clock | **Command Syntax**<br>`show ptp clock` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ptp parent | show ptp parent | **Command Syntax**<br>　　`show ptp parent` | Yes |
| show ptp time-property | show ptp time-property | **Command Syntax**<br>　　`show ptp time-property` | Yes |
| show radius | show radius | **Command Syntax**<br>　　`show radius` | Yes |
| show redundancy states | show redundancy states | **Command Syntax**<br>　　`show redundancy states` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show reload | show reload | **Command Syntax**<br>    `show reload` | Yes |
| show role | show role | **Command Syntax**<br>    `show role [`*`ROLE_LIST`*`]`<br><br>**Parameters**<br>• *ROLE_LIST*   Roles that the command displays. Options include:<br>  — &lt;no parameter&gt;   Command displays all roles.<br>  — *role_name*   Name of role displayed by command. | Yes |
| show route-map | show route-map | **Command Syntax**<br>    `show route-map [`*`MAP`*`]`<br><br>**Parameters**<br>• *MAP*   name of maps to be displayed. Selection options include:<br>  — &lt;no parameter&gt;   command displays all ACLs.<br>  — *map_name*   route map that the command displays. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show snmp | show snmp | **Command Syntax**<br>`show snmp` | Yes |
| show snmp chassis | show snmp chassis | **Command Syntax**<br>`show snmp chassis` | Yes |
| show snmp community | show snmp community | **Command Syntax**<br>`show snmp community` | Yes |

213

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show snmp contact | show snmp contact | **Command Syntax**<br><br>`show snmp contact` | Yes |
| show snmp engineID | show snmp engineID | **Command Syntax**<br><br>`show snmp engineID` | Yes |
| show snmp group | show snmp group | **Command Syntax**<br><br>`show snmp group [GROUP_LIST]`<br><br>**Parameters**<br>• *GROUP_LIST*   the name of the group.<br>   — <no parameter>   displays information about all groups.<br>   — *group_name*   the name of the group.<br><br>**Field Descriptions**<br>• **groupname**   name of the SNMP group.<br>• **security model**   security model used by the group: *v1, v2c,* or *v3.*<br>• **readview**   string identifying the group's read view. Refer to **show snmp view**.<br>• **writeview**   string identifying the group's write view.<br>• **notifyview**   string identifying the group's notify view. | Yes |

214

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show snmp host | show snmp host | **Command Syntax**<br><br>`show snmp host`<br><br>**Field Descriptions**<br>• **Notification host**   IP address of the host.<br>• **udp-port**   port number.<br>• **type**   notification type.<br>• **user**   access type of the user.<br>• **security model**   SNMP version used.<br>• **traps**   details of the notification. | Yes |
| show snmp location | show snmp location | **Command Syntax**<br><br>`show snmp location` | Yes |
| show snmp mib | show snmp mib | **Command Syntax**<br><br>`show snmp mib OBJECTS`<br><br>**Parameters**<br>• *OBJECTS*   object identifiers for which the command returns data. Options include:<br>  — **get** *oid_1* [*oid_2 ... oid_x*]   values associated with each listed OID.<br>  — **get-next** *oid_1* [*oid_2 ... oid_x*]   values associated with subsequent OIDs relative to listed OIDs.<br>  — **table** *oid*   table associated with specified OID.<br>  — **translate** *oid*   object name associated with specified OID.<br>  — **walk** *oid*   objects below the specified subtree. | No |

215

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show snmp source-interface | show snmp source-interface | **Command Syntax**<br><br>    `show snmp source-interface` | Yes |
| show snmp trap | show snmp trap | **Command Syntax**<br><br>    `show snmp trap` | Yes |
| show snmp user | show snmp user | **Command Syntax**<br><br>    `show snmp user [USER_LIST]`<br><br>**Parameters**<br>• *USER_LIST*   the name of the group.<br>  — <no parameter>   displays information about all users.<br>  — *user_name*   specifies name of displayed user. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show snmp view | show snmp view | **Command Syntax**<br>`show snmp view [VIEW_LIST]`<br><br>**Parameters**<br>• *VIEW_LIST*    the name of the view.<br><br>— \<no parameter>    displays information about all views.<br>— *view_name*    the name of the view.<br><br>**Field Descriptions**<br>• *First column*    view name.<br>• *Second column*    name of the MIB object or family.<br>• *Third column*    inclusion level of the specified family within the view. | Yes |

217

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show spanning-tree | show spanning-tree | **Command Syntax**<br>`show spanning-tree` `[`*`VLAN_ID`*`]` `[`*`INFO_LEVEL`*`]`<br>**Parameters**<br>• *VLAN_ID*   specifies the VLANs for which the command displays information. Formats include:<br>— \<no parameter>   displays information for all VLANs.<br>— **vlan**   displays data for instances containing the first VLAN listed in *running-config*.<br>— **vlan** *v_range*   displays data for instances containing a VLAN in the specified range.<br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br>— \<no parameter>   displays table for each instance listing status, configuration, and history.<br>— **detail**   displays data blocks for each instance and all ports on each instance.<br>**Display Values**<br>• **Root ID**   Displays information on the ROOT ID (elected spanning tree root bridge ID):<br>— *Priority*: Priority of the bridge. Default value is 32768.<br>— *Address*: MAC address of the bridge.<br>• **Bridge ID**   bridge status and configuration information for the locally configured bridge:<br>— *Priority*   Priority of the bridge. The default priority is 32768.<br>— *Address*   MAC address of the bridge.<br>— *Hello Time*   Interval (seconds) between bridge protocol data units (BPDUs) transmissions.<br>— *Max Age*   Maximum time that a BPDU is saved.<br>— *Forward Delay*   Time (in seconds) that is spent in the learning state.<br>• **Interface**   STP configuration participants. Link-down interfaces are not shown.<br>• **Role**   Role of the port as one of the following:<br>— *Root*   The best port for a bridge to a root bridge used for forwarding.<br>— *Designated*   A forwarding port for a LAN segment.<br>— *Alternate*   A port acting as an alternate path to the root bridge.<br>— *Backup*   A port acting as a redundant path to another bridge port.<br>• **State**   Displays the interface STP state as one of the following:<br>— *Learning*<br>— *Discarding*<br>— *Forwarding*<br>• **Cost**   STP port path cost value.<br>• **Prio. Nbr.**   STP port priority. Values range from 0 to 240. Default is 128.<br>• **Type**   The link type of the interface (automatically derived from the duplex mode of an interface):<br>— *P2p Peer (STP)*   Point to point full duplex port running standard STP.<br>— *shr Peer (STP)*   Shared half duplex port running standard STP. | Yes |

218

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show spanning-tree blockedports | show spanning-tree blockedports | **Command Syntax**<br><br>`show spanning-tree blockedports` | Yes |
| show spanning-tree bridge | show spanning-tree bridge | **Command Syntax**<br><br>`show spanning-tree bridge [`*`INFO_LEVEL`*`]`<br><br>**Parameters**<br>• *INFO_LEVEL*    specifies level of information detail provided by the command.<br><br>— `<no parameter>`    command displays information in a data table.<br>— **detail**    command displays bridge information in data blocks for each instance. | Yes |

219

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show spanning-tree interface | show spanning-tree interface | **Command Syntax**<br><br>    `show spanning-tree interface` *`INT_NAME`* [*`INFO_LEVEL`*]<br><br>**Parameters**<br><br>• *INT_NAME*   Interface type and number. Values include:<br><br>   — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **peerethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   — **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>   — **peerport-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br><br>• *INFO_LEVEL*   specifies level of detail provided by the output. Options include:<br><br>   — <no parameter>   command displays a table of STP data for the specified interface.<br>   — **detail**   command displays a data block for the specified interface. | No |
| show spanning-tree mst | show spanning-tree mst | **Command Syntax**<br><br>    `show spanning-tree mst` [*`INSTANCE`*] [*`INFO_LEVEL`*]<br><br>**Parameters**<br><br>• *INSTANCE* – MST instance for which the command displays information. Options include:<br><br>   — <no parameter>   all MST instances.<br>   — *mst_inst*   MST instance number. Value of *mst_inst* ranges from 0 to 4094.<br><br>• *INFO_LEVEL* – type and amount of information in the output. Options include:<br><br>   — <no parameter>   output is interface data in tabular format.<br>   — **detail**   output is a data block for each interface. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show spanning-tree mst configuration | show spanning-tree mst configuration | **Command Syntax**<br>  `show spanning-tree mst configuration [`*`INFO_LEVEL`*`]`<br><br>**Parameters**<br>• *INFO_LEVEL*   specifies data provided by the output. Options include:<br><br>  — \<no parameter\>   command displays VLAN-to-instance map.<br>  — **digest**   command displays the MST configuration digest. | Yes |
| show spanning-tree mst interface | show spanning-tree mst interface | **Command Syntax**<br>  `show spanning-tree mst [`*`INSTANCE`*`] interface `*`INT_NAME`*` [`*`INFO_LEVEL`*`]`<br><br>**Parameters**<br>• *INSTANCE*   MST instance for which the command displays information. Options include:<br><br>  — \<no parameter\>   all MST instances.<br>  — *mst_inst*   denotes a single MST instance. Value of *mst_inst* ranges from 0 to 4094.<br><br>• *INT_NAME*   Interface type and number. Values include:<br><br>  — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  — **peerethernet***e_num*   Ethernet interface specified by *e_num*.<br>  — **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>  — **peerport-channel***p_num*   Port-channel interface specified by *p_num*.<br><br>• *INFO_LEVEL*   specifies level of detail provided by the output. Options include:<br><br>  — \<no parameter\>   command displays a table of STP instance data for the specified interface<br>  — **detail**   command displays a data block for all specified instance-interface combinations. | No |

221

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show spanning-tree root | show spanning-tree root | **Command Syntax**<br><br>    `show spanning-tree root` [*INFO_LEVEL*]<br><br>**Parameters**<br><br>• *INFO_LEVEL* specifies output format. Options include:<br><br>   — &lt;no parameter&gt; output displays data in tabular format.<br>   — **detail** output displays a data block for each instance. | Yes |
| show storm-control | show storm-control | **Command Syntax**<br><br>    `show storm-control` [*INT_NAME*]<br><br>**Parameters**<br><br>• &lt;no parameter&gt; Command returns data for all interfaces configured for storm control.<br><br>• *INT_NAME* interface type and port range. Settings include:<br><br>   — **ethernet** *e_range* Ethernet interfaces that *e_range* denotes.<br>   — **port-channel** *p_range* Port channel interfaces that *p_range* denotes.<br><br>When storm control commands exist for a port-channel and an Ethernet port that is a member of the port channel, the command for the port-channel takes precedence.<br><br>Valid *range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |
| show tacacs | show tacacs | **Command Syntax**<br><br>    `show tacacs` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show track | show track | **Command Syntax**<br>`show track [`*`OBJECT`*`] [`*`INFO_LEVEL`*`]`<br><br>**Parameters**<br>• *OBJECT*   tracked object for which information is displayed. Options include:<br>— <no parameter>   displays information for all tracked objects configured on the switch.<br>— *object_name*   displays information for the specified object.<br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br>— <no parameter>   displays complete information including object status, number of status changes, time since last change, and client process tracking the object (if any).<br>— **brief**   displays brief list of all tracked objects and their current status. | Yes |
| show user-account | show user-account | **Command Syntax**<br>`show user-account` | Yes |
| show users | show users | **Command Syntax**<br>`show users` | Yes |

223

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show version | show version | **Command Syntax**<br>    `show version [INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*   Specifies information the command displays. Options include<br>   —  &lt;no parameter&gt;   Model and serial numbers, manufacturing data, uptime, and memory.<br>   —  **detail**   Data listed &lt;*no parameter*&gt; option plus version numbers of internal components. | Yes |
| show vlan | show vlan | **Command Syntax**<br>    `show vlan [VLAN_LIST] [PORT_ACTIVITY]`<br><br>**Parameters**<br>• *VLAN_LIST*   List of VLANs displayed by command. Options include:<br>   —  &lt;no parameter&gt;   all VLANs.<br>   —  *v_range*   VLANs specified by *v_range*.<br>   —  **id** *v_range*   VLANs specified by *v_range*.<br>   —  **name** *v_name*   VLANs specified by the VLAN name *v_name*.<br><br>   *v_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *PORT_ACTIVITY*   Ports listed in table. Options include:<br>   —  &lt;no parameter&gt;   table displays only active ports (same as **active-configuration** option).<br>   —  **active-configuration**   table displays only active ports.<br>   —  **configured-ports**   table displays all configured ports.<br><br>**Display Values**<br>• **VLAN**   The VLAN ID.<br>• **Name**   The name of the VLAN.<br>• **Status**   The status of the VLAN.<br>• **Ports**   The ports that are members of the VLAN. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show vlan private-vlan | show vlan private-vlan | **Command Syntax**<br>    `show vlan private-vlan` | Yes |
| show vlan summary | show vlan summary | **Command Syntax**<br>    `show vlan summary` | Yes |
| show vrf | show vrf | **Command Syntax**<br>    `show vrf` [*`VRF_INSTANCE`*]<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance to display.<br>   — <no parameter>   information is displayed for all VRFs.<br>   — **vrf** *vrf_name*   information is displayed for the specified user-defined VRF. | Yes |

225

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show vrrp | show vrrp | **Command Syntax** <br><br> ```show vrrp [INFO_LEVEL] [STATES]``` <br> ```show vrrp INTF [GROUP_NUM] [INFO_LEVEL] [STATES]``` <br> ```show vrrp GROUP_NUM INTF_GROUP [INFO_LEVEL] [STATES]``` <br><br> **Parameters** <br><br> • *INTF*  specifies the VRRP groups for which the command displays status. When the parameter is omitted or specifies only an interface, the group list is filtered by the *STATES* parameter. <br><br> — <no parameter>  specified groups on all interfaces. <br> — **interface ethernet** *e_num*  specified groups on Ethernet interface. <br> — **interface loopback** *l_num*  specified groups on loopback interface. <br> — **interface management** *m_num*  specified groups on management interface. <br> — **interface port-channel** *p_num*  specified groups on port channel interface. <br> — **interface vlan** *v_num*  specified groups on VLAN interface. <br> — **interface vxlan** *vx_num*  specified groups on VXLAN interface. <br><br> • *GROUP_NUM*  the VRRP ID number of the group for which the command displays status. <br><br> — <no parameter>  all groups on specified interface. <br> — *vrid_num*  virtual router identifier (VRID). Value ranges from 1 to 255. <br><br> • *INFO_LEVEL*  Specifies format and amount of displayed information. Options include: <br><br> — <no parameter>  displays a block of data for each VRRP group. <br> — **brief**  displays a single table that lists information for all VRRP groups. <br><br> • *STATES*  Specifies the groups, by VRRP router state, that are displayed. Options include: <br><br> — <no parameter>  displays data for groups in the *master* or *backup* states. <br> — **all**  displays all groups, including groups in the *stopped* and *interface down* states. | Yes |

226

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp trap link-status | snmp trap link-status | **Command Syntax**<br><br>`snmp trap link-status`<br>`no snmp trap link-status`<br>`default snmp trap link-status` | Yes |
| snmp-server chassis-id | snmp-server chassis-id | **Command Syntax**<br><br>`snmp-server chassis-id `*`id_text`*<br>`no snmp-server chassis-id`<br>`default snmp-server chassis-id`<br><br>**Parameters**<br><br>• *id_text*    chassis ID string | No |

227

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server community | snmp-server community | **Command Syntax**<br><br>`snmp-server community` *string_text* `[`***MIB_VIEW***`][`***ACCESS***`][`***ACL_NAMES***`]`<br>`no snmp-server community` *string_text*<br>`default snmp-server community` *string_text*<br><br>**Parameters**<br><br>• *string_text*   community access string.<br>• ***MIB_VIEW***   community access availability. Options include:<br>   — <no parameter>   community string allows access to all objects.<br>   — **view** *view_name*   community string allows access only to objects in the *view_name* view.<br>• ***ACCESS***   community access availability. Options include:<br>   — <no parameter>   read-only access (default setting).<br>   — **ro**   read-only access.<br>   — **rw**   read-write access.<br>• ***ACL_NAMES***   community access availability. Options include:<br>   — <no parameter>   community string allows access to all objects.<br>   — *list_v4*   IPv4 ACL list.<br>   — **ipv6** *list_v6*   IPv6 ACL list.<br>   — **ipv6** *list_v6*  *list_v4*   IPv4 and IPv6 ACL list. | No |
| snmp-server contact | snmp-server contact | **Command Syntax**<br><br>`snmp-server contact` *contact_string*<br>`no snmp-server contact`<br>`default snmp-server contact`<br><br>**Parameters**<br><br>• *contact_string*   system contact string. | No |

228

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server enable traps | snmp-server enable traps | **Command Syntax**<br>    **snmp-server enable traps** [*trap_type*]<br>    **no snmp-server enable traps** [*trap_type*]<br>    default snmp-server enable traps [*trap_type*]<br><br>**Parameters**<br>• *trap_type*   controls the generation of informs or traps for the specified MIB:<br>  — <no parameter>   controls notifications for MIBs not covered by specific commands.<br>  — **entity**   controls entity-MIB modification notifications.<br>  — **lldp**   controls LLDP notifications.<br>  — **msdpBackwardTransition**   controls msdpBackwardTransition notifications.<br>  — **msdpEstablished**   controls msdpEstablished notifications.<br>  — **snmp**   controls SNMP-v2 notifications.<br>  — **switchover**   controls switchover notifications.<br>  — **snmpConfigManEvent**   controls snmpConfigManEvent notifications.<br>  — **test**   controls test traps. | Yes |
| snmp-server engineID local | snmp-server engineID local | **Command Syntax**<br>    **snmp-server engineID local** *engine_hex*<br>    **no snmp-server engineID local**<br>    **default snmp-server engineID**<br><br>**Parameters**<br>• *engine_hex*   the switch's name for the local SNMP engine (hex string).<br><br>The string must consist of at least ten characters with a maximum of 64 characters. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server engineID remote | snmp-server engineID remote | **Command Syntax**<br>**snmp-server engineID remote** *engine_addr* [***PORT***] *engine_hex*<br>**no snmp-server engineID remote** *engine_addr* [***PORT***]<br>**default snmp-server engineID remote** *engine_addr* [***PORT***]<br><br>**Parameters**<br>• *engine_addr*   location of remote engine (IP address or host name).<br>• ***PORT***   udp port location of the remote engine. Options include:<br>— <No parameter>   port number 161 (default).<br>— **udp-port** *port_num*   port number. Ranges from 0 to 65535.<br>• *engine_hex*   the switch's name for the remote SNMP engine (hex string).<br>The string must have at least ten characters and can contain a maximum of 64 characters. | No |

230