# EXHIBIT 65

CISCO



# Cisco IOS IP Routing: BGP Command Reference

**First Published:** November 21, 2012

**Last Modified:** March 22, 2013

**Americas Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
http://www.cisco.com
Tel: 408 526-4000
800 553-NETS (6387)
Fax: 408 527-0883

© 2013 Cisco Systems, Inc. All rights reserved.



# CONTENTS

CHAPTER 1 **BGP Commands: A through B** 1

activate (bmp) 4
additional-paths 6
address (bmp) 8
address-family ipv4 (BGP) 10
address-family l2vpn 14
address-family mvpn 17
address-family nsap 19
address-family rtfilter unicast 21
address-family vpnv4 23
advertise additional-paths 25
aggregate-address 27
autodiscovery (MPLS) 31
auto-summary (BGP) 33
bgp additional-paths 36
bgp additional-paths install 39
bgp additional-paths select (additional paths) 41
bgp additional-paths select (diverse path) 44
bgp advertise-best-external 46
bgp aggregate-timer 48
bgp always-compare-med 50
bgp asnotation dot 52
bgp bestpath as-path ignore 56
bgp bestpath compare-routerid 57
bgp bestpath cost-community ignore 59
bgp bestpath igp-metric ignore 61
bgp bestpath med confed 63
bgp bestpath med missing-as-worst 65

bgp bestpath prefix-validate 66
bgp client-to-client reflection 68
bgp client-to-client reflection intra-cluster 71
bgp cluster-id 74
bgp confederation identifier 76
bgp confederation peers 80
bgp consistency-checker 84
bgp dampening 86
bgp default ipv4-unicast 89
bgp default local-preference 91
bgp deterministic-med 93
bgp dmzlink-bw 95
bgp enforce-first-as 97
bgp enhanced-error 99
bgp fast-external-fallover 101
bgp graceful-restart 103
bgp graceful-shutdown all 106
bgp inject-map 109
bgp listen 112
bgp log-neighbor-changes 115
bgp maxas-limit 117
bgp mpls-local-label 119
bgp nexthop 121
bgp nexthop trigger delay 124
bgp nexthop trigger enable 125
bgp nopeerup-delay 126
bgp recursion host 128
bgp redistribute-internal 133
bgp refresh max-eor-time 135
bgp refresh stalepath-time 137
bgp regexp deterministic 139
bgp route-map priority 141
bgp router-id 142
bgp rpki server 144
bgp rr-group 146

bgp scan-time 148
bgp slow-peer detection 151
bgp slow-peer split-update-group dynamic 153
bgp soft-reconfig-backup 155
bgp sso route-refresh-enable 157
bgp suppress-inactive 158
bgp transport 160
bgp update-delay 162
bgp update-group split as-override 164
bgp upgrade-cli 167
bgp-policy 169
bmp 173

CHAPTER 2 **BGP Commands: C through I** 177

clear bgp l2vpn evpn 180
clear bgp nsap 183
clear bgp nsap dampening 185
clear bgp nsap external 187
clear bgp nsap flap-statistics 188
clear bgp nsap peer-group 190
clear ip bgp 191
clear ip bgp dampening 196
clear ip bgp external 198
clear ip bgp flap-statistics 201
clear ip bgp in prefix-filter 204
clear ip bgp ipv4 205
clear ip bgp ipv6 210
clear ip bgp l2vpn 214
clear ip bgp mvpn 217
clear ip bgp peer-group 219
clear ip bgp rpki server 223
clear ip bgp table-map 225
clear ip bgp update-group 228
clear ip bgp vpnv4 231
clear ip bgp vpnv4 unicast dampening 235



CSI-CLI-00299860

clear ip bgp vpnv6 **237**

clear ip bgp vpnv6 unicast dampening **241**

clear ip prefix-list **243**

continue **245**

debug ip bgp event rpki **251**

debug ip bgp igp-metric ignore **253**

debug ip bgp import **254**

debug ip bgp route-server **257**

default (bmp) **259**

default-information originate (BGP) **262**

default-metric (BGP) **264**

description (bmp) **267**

description (route server context) **269**

distance bgp **271**

distribute-list in (BGP) **273**

distribute-list out (BGP) **276**

exit-bmp-server-mode (bmp) **279**

exit-peer-policy **281**

exit-peer-session **282**

exit-route-server-context **283**

export map (VRF table to global table) **284**

failure-retry-delay (bmp) **287**

flapping-delay (bmp) **289**

ha-mode graceful-restart **291**

import ipv4 **293**

import map **296**

import path limit **299**

import path selection **301**

import-map **304**

inherit peer-policy **306**

inherit peer-session **308**

initial-delay (bmp) **310**

ip as-path access-list **312**

ip bgp fast-external-fallover **316**

ip bgp-community new-format **318**



CSI-CLI-00299861

ip community-list 320
ip extcommunity-list 326
ip policy-list 333
ip prefix-list 335
ip prefix-list description 339
ip prefix-list sequence-number 341
ip verify unicast vrf 343

CHAPTER 3 BGP Commands: M through N 345
match additional-paths advertise-set 348
match as-path 352
match community 355
match extcommunity 358
match local-preference 360
match policy-list 362
match rpki 364
match source-protocol 366
maximum-paths eibgp 369
maximum-paths ibgp 372
mvpn single-forwarder-selection highest-ip-address 376
neighbor accept-route-legacy-rt 377
neighbor activate 379
neighbor additional-paths 383
neighbor advertise additional-paths 386
neighbor advertise best-external 389
neighbor advertise diverse-path 392
neighbor advertise-map 395
neighbor advertisement-interval 398
neighbor allow-policy 400
neighbor announce rpki state 402
neighbor bmp-activate 405
neighbor capability orf prefix-list 407
neighbor cluster-id 409
neighbor default-originate 411
neighbor description 413



CSI-CLI-00299862

neighbor disable-connected-check 415

neighbor distribute-list 417

neighbor dmzlink-bw 421

neighbor ebgp-multihop 423

neighbor fall-over 425

neighbor filter-list 429

neighbor ha-mode graceful-restart 432

neighbor ha-mode sso 434

neighbor inherit peer-policy 436

neighbor inherit peer-session 438

neighbor internal-vpn-client 440

neighbor local-as 442

neighbor maximum-prefix (BGP) 449

neighbor next-hop-self 452

neighbor next-hop-unchanged 454

neighbor password 457

neighbor path-attribute discard 460

neighbor path-attribute treat-as-withdraw 462

neighbor peer-group (assigning members) 464

neighbor peer-group (creating) 466

neighbor prefix-list 469

neighbor remote-as 473

neighbor remove-private-as 479

neighbor route-map 483

neighbor route-reflector-client 486

neighbor route-server-client 489

neighbor send-community 491

neighbor shutdown 494

neighbor slow-peer detection 497

neighbor slow-peer split-update-group dynamic 500

neighbor slow-peer split-update-group static 503

neighbor soft-reconfiguration 505

neighbor soo 507

neighbor suppress-signaling-protocol 510

neighbor timers 512



CSI-CLI-00299863

neighbor translate-update 514
neighbor transport 517
neighbor ttl-security 521
neighbor unsuppress-map 523
neighbor update-source 525
neighbor version 528
neighbor weight 530
network (BGP and multiprotocol BGP) 532
network backdoor 535

CHAPTER 4 **BGP Commands: O through show bgp** 537
redistribute (BGP to ISO IS-IS) 539
redistribute (IP) 542
redistribute (ISO IS-IS to BGP) 552
redistribute dvmrp 555
router bgp 557
route-server-context 563
scope 565
set as-path 567
set comm-list delete 571
set community 574
set dampening 576
set extcomm-list delete 579
set extcommunity cost 581
set extcommunity rt 585
set extcommunity soo 590
set extcommunity vpn-distinguisher 594
set ip dscp (bmp) 597
set ip next-hop self (BGP) 599
set ip next-hop (BGP) 600
set ipv6 next-hop (BGP) 603
set metric (BGP-OSPF-RIP) 606
set metric-type internal 609
set origin (BGP) 611
set traffic-index 613



CSI-CLI-00299864

set weight 615

show bgp all community 618

show bgp all neighbors 622

show bgp ipv6 628

show bgp l2vpn evpn 633

show bgp l2vpn vpls 637

show bgp mvpn 641

show bgp nsap 643

show bgp nsap community 646

show bgp nsap community-list 650

show bgp nsap dampened-paths 653

show bgp nsap dampening 655

show bgp nsap filter-list 659

show bgp nsap flap-statistics 662

show bgp nsap inconsistent-as 665

show bgp nsap neighbors 668

show bgp nsap paths 677

show bgp nsap quote-regexp 679

show bgp nsap regexp 682

show bgp nsap summary 685

show bgp vpnv6 multicast 688

show bgp vpnv6 unicast 690

CHAPTER 5 **BGP Commands: show ip through Z** 693

show ip as-path-access-list 696

show ip bgp 698

show ip bgp bmp 710

show ip bgp all dampening 713

show ip bgp cidr-only 716

show ip bgp cluster-ids 719

show ip bgp community 722

show ip bgp community-list 726

show ip bgp dampened-paths 729

show ip bgp dampening dampened-paths 731

show ip bgp dampening flap-statistics 733



CSI-CLI-00299865

show ip bgp dampening parameters **737**

show ip bgp extcommunity-list **739**

show ip bgp filter-list **741**

show ip bgp flap-statistics **744**

show ip bgp inconsistent-as **746**

show ip bgp injected-paths **747**

show ip bgp ipv4 **750**

show ip bgp ipv4 multicast **754**

show ip bgp ipv4 multicast summary **757**

show ip bgp ipv6 multicast **759**

show ip bgp ipv6 unicast **760**

show ip bgp l2vpn **763**

show ip bgp neighbors **770**

show ip bgp path-attribute discard **791**

show ip bgp path-attribute unknown **793**

show ip bgp paths **794**

show ip bgp peer-group **796**

show ip bgp quote-regexp **798**

show ip bgp regexp **802**

show ip bgp replication **806**

show ip bgp rib-failure **808**

show ip bgp rpki servers **810**

show ip bgp rpki table **812**

show ip bgp rtfilter **814**

show ip bgp summary **817**

show ip bgp template peer-policy **825**

show ip bgp template peer-session **828**

show ip bgp unicast route-server **831**

show ip bgp update-group **834**

show ip bgp vpnv4 **838**

show ip bgp vpnv4 all dampening **852**

show ip bgp vpnv4 all sso summary **854**

show ip bgp vpnv6 unicast all dampening **856**

show ip community-list **858**

show ip extcommunity-list **860**



CSI-CLI-00299866

show ip policy-list 864

show ip prefix-list 865

show ip route 867

show ip route vrf 879

show tcp ha connections 886

slow-peer detection 888

slow-peer split-update-group dynamic 890

slow-peer split-update-group static 892

soo 893

stats-reporting-period (bmp) 896

synchronization 898

table-map 900

template peer-policy 903

template peer-session 907

timers bgp 911

update-source (bmp) 913

ve 915



CSI-CLI-00299867