# EXHIBIT 66

# CISCO.



## Cisco IOS Master Command List, All Releases

**First Published:** February 29, 2008
**Last Modified:** January 27, 2014



EXHIBIT

52

12|18|15

PENGAD 800-631-6989

**Americas Headquarters**
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
USA
http://www.cisco.com
Tel: 408 526-4000
     800 553-NETS (6387)
Fax: 408 527-0883



# C O N T E N T S

**CHAPTER 1**     **1, a through b  1**

Finding IOS Command Information  **1**

1, a through b  **4**

**CHAPTER 2**     **ca trust-point through clock mode  37**

ca trust-point through clock mode  **38**

**CHAPTER 3**     **clock rate through cwmp wan default  83**

Finding IOS Command Information  **83**

clock rate through cwmp wan default  **86**

**CHAPTER 4**     **dampening through debug smrp group  103**

Finding IOS Command Information  **103**

dampening through debug smrp group  **106**

**CHAPTER 5**     **debug smrp mcache through e  147**

Finding IOS Command Information  **147**

debug smrp mcache through e  **150**

**CHAPTER 6**     **f through h  187**

Finding IOS Command Information  **187**

f through h  **190**

**CHAPTER 7**     **icmp idle-timeout through ipv6 nd autoconfig prefix  211**

Finding IOS Command Information  **211**

icmp idle-timeout through ipv6 nd autoconfig prefix  **214**

**CHAPTER 8**          ipv6 nd cache expire through l  **257**

                       Finding IOS Command Information  **257**

                       ipv6 nd cache expire through l  **260**

**CHAPTER 9**          m  **287**

                       Finding IOS Command Information  **287**

                       m  **290**

**CHAPTER 10**         n through q  **323**

                       Finding IOS Command Information  **323**

                       n through q  **326**

**CHAPTER 11**         r  **359**

                       Finding IOS Command Information  **359**

                       r  **362**

**CHAPTER 12**         sa ipsec through show dxi pvc interface  **379**

                       Finding IOS Command Information  **379**

                       sa ipsec through show dxi pvc interface  **382**

**CHAPTER 13**         show eap registrations through show mvr source ports  **423**

                       Finding IOS Command Information  **423**

                       show eap registrations through show mvr source ports  **426**

**CHAPTER 14**         show mvrp interface through snmp-server enable traps ospf rate-limit  **469**

                       Finding IOS Command Information  **469**

                       show mvrp interface through snmp-server enable traps ospf rate-limit  **472**

**CHAPTER 15**         snmp-server enable traps ospf retransmit through u  **515**

                       Finding IOS Command Information  **515**

                       snmp-server enable traps ospf retransmit through u  **518**

**CHAPTER 16**         v through z  **557**

                       Finding IOS Command Information  **557**

class-map arp-peruser QOS

class-map type control ISG

class-map type inspect SEC, IPV6

class-map type multicast-flows IMC

class-map type traffic ISG

class-map type urlfilter SEC

class-map type waas WAN

class-range BBA

class-vc ATM

classname ISG

claw (backup) IBM

claw (primary) IBM

clear aaa cache filterserver acl SEC

clear aaa cache filterserver group SEC

clear aaa cache group SEC

clear aaa counters server sg MWG

clear aaa counters servers SEC

clear aaa local user fail-attempts SEC

clear aaa local user lockout SEC

clear access-list counters SEC, IPV6

clear access-template SEC

clear adjacency ISW

clear adjacency epoch ISW

clear aim IR

clear alps circuits IBM

clear alps counters IBM

clear appfw dns cache SEC

clear appletalk arp ATK

clear appletalk neighbor ATK

clear appletalk route ATK

clear appletalk traffic ATK

clear archive log config CF

clear arp interface IAD

clear arp-cache IAD

clear arp-cache counters ha IAD

clear ase signatures SEC

ca trust-point through clock mode

clear atm arp ATM

clear atm atm-vc ATM

clear atm signalling statistics ATM

clear atm vc ATM

clear authentication sessions SEC

clear autonomic AN

clear backhaul-session-manager group stats VR

clear bgp ipv6 IPV6

clear bgp ipv6 dampening IPV6

clear bgp ipv6 external IPV6

clear bgp ipv6 flap-statistics IPV6

clear bgp ipv6 peer-group IPV6

clear bgp l2vpn evpn BGP

clear bgp nsap BGP

clear bgp nsap dampening BGP

clear bgp nsap external BGP

clear bgp nsap flap-statistics BGP

clear bgp nsap peer-group BGP

clear bridge IBM

clear bridge multicast IBM

clear bridge-domain mac-table CE

clear cable admission control counters CBL

clear cable arp-filter CBL

clear cable bgsync counters CBL

clear cable dsg CBL

clear cable flap-list CBL

clear cable hop CBL

clear cable host CBL

clear cable ipc-stats CBL

clear cable load-balance CBL

clear cable logging CBL

clear cable modem attribute-masks CBL

clear cable modem cm-status CBL

clear cable modem counters CBL

clear cable modem delete CBL

clear cable modem flap-counters CBL

clear cable modem lock CBL

clear cable modem name CBL

clear cable modem rcs-counts CBL

clear cable modem reset CBL

clear cable modem rf-adapt CBL

clear cable modem service-type-id CBL

clear cable modem voice CBL

clear cable multicast ses-cache CBL

clear cable multicast statistics counter CBL

clear cable rf-status CBL

clear cable secondary-ip CBL

clear cable-diagnostics tdr IR

clear call admission statistics BBA

clear call application interface VR

clear call application stats VR

clear call fallback cache VR

clear call fallback stats VR

clear call threshold VR

clear call treatment stats VR

clear call voice VR

clear call-home diagnostic-signature statistics HA

clear call-router routes VR

clear callmon VR

clear catalyst6000 traffic-meter CF, IR

clear cdma pdsn cluster controller session records age MWP

clear cdma pdsn cluster controller statistics MWP

clear cdma pdsn cluster member statistics MWP

clear cdma pdsn redundancy statistics MWP

clear cdma pdsn selection MWP

clear cdma pdsn session MWP

clear cdma pdsn statistics MWP

clear cdp counters CDP

clear cdp table CDP

clear cef interface ISW

clear cef linecard ISW

clear cef load-balance statistics ISW

clear cef table ISW, IPV6

clear cem IR

clear class-map control ISG

clear clns cache ISO

clear clns es-neighbors ISO

clear clns is-neighbors ISO

clear clns neighbors ISO

clear clns route ISO

clear clns traffic ISO

clear cns config stats CNS

clear cns counters CNS

clear cns event stats CNS

clear cns image connections CNS

clear cns image status CNS

clear configuration lock CF

clear content-scan SEC

clear control-plane QOS

clear controller IR

clear controller call-counters VR

clear controller lex IR

clear controller t1 VR

clear controller vdsl IR

clear controller wanphy IR

clear cot summary DIA

clear counters IR

clear counters (async) DIA

clear counters line DIA

clear crypto call admission statistics SEC

clear crypto ctcp SEC

clear crypto datapath SEC

clear crypto engine accelerator counter SEC

clear crypto gdoi SEC

clear crypto gdoi ks cooperative role SEC

clear crypto ikev2 sa SEC, IPV6

clear crypto ikev2 stat SEC

clear crypto ikev2 stats SEC

clear crypto ipsec client ezvpn SEC

clear crypto isakmp SEC

clear crypto pki benchmarks SEC

clear crypto pki crls SEC

clear crypto sa SEC

clear crypto session SEC

clear csm-statistics modem VR

clear csm-statistics voice VR

clear data-store statistics MWG

clear decnet accounting DEC

clear decnet counters DEC

clear diagnostic event-log CF, IR

clear dialer DIA

clear dialer dnis DIA

clear dialer sessions DIA

clear dlsw circuit IBM

clear dlsw history IBM

clear dlsw local-circuit IBM

clear dlsw reachability IBM

clear dlsw statistics IBM

clear dlsw transparent IBM

clear dmvpn session SEC, IPV6

clear dmvpn statistics SEC

clear dot11 client WL

clear dot11 hold-list WL

clear dot11 statistics WL

clear dot1x SEC

clear drip counters IBM

clear dsip tracing IR, DIA

clear eap SEC

clear eigrp address-family neighbors EIGRP, IPV6

clear eigrp service-family SAF

clear entry TSV

clear eou SEC

clear ethernet cfm ais CE

clear ethernet cfm errors CE

clear ethernet cfm maintenance-points remote CE

clear ethernet cfm statistics CE

clear ethernet cfm traceroute-cache CE

clear ethernet event microwave data CE

clear ethernet event microwave statistics CE

clear ethernet lmi statistics CE

clear ethernet oam statistics CE

clear ethernet ring g8032 statistics CE

clear ethernet service instance CE

clear extended counters IBM

clear facility-alarm IR, CBL

clear flow exporter FNF

clear flow monitor FNF

clear fm netflow counters NF

clear fm performance-monitor counters MM

clear fm slb counters SLB

clear frame-relay-inarp WAN, IPV6

clear ggsn quota-server statistics MWG

clear gprs access-point statistics MWG

clear gprs charging cdr MWG

clear gprs charging cdr all no-transfer MWG

clear gprs gtp pdp-context MWG

clear gprs gtp statistics MWG

clear gprs iscsi statistics MWG

clear gprs redundancy statistics MWG

clear gprs service-aware statistics MWG

clear gprs slb statistics MWG

clear gprs statistics all MWG

clear gvrp statistics LSW

clear h323 gatekeeper call VR

clear h323 gatekeeper endpoint VR

clear h323 gatekeeper stats VR

clear h323 gateway VR

clear hccp counters CBL

clear hccp linecard CBL

clear host IAD

clear http client statistics VR

clear hub IR

clear hub counters IR

clear interface IR

clear interface cable-modem VR

clear interface cem IR

clear interface fastethernet IR

clear interface gigabitethernet IR

clear interface serial IR

clear interface virtual-access DIA

clear interface vlan IR

clear ip access-list counters IPV6, SEC

clear ip access-list counters through crl-cache none SEC

clear ip access-template SEC

clear ip accounting IAP

clear ip admission cache SEC

clear ip arp inspection log IAD

clear ip arp inspection statistics IAD

clear ip arp poll statistics IAD

clear ip audit configuration SEC

clear ip audit statistics SEC

clear ip auth-proxy cache SEC

clear ip auth-proxy watch-list SEC

clear ip bgp BGP

clear ip bgp dampening BGP

clear ip bgp external BGP

clear ip bgp flap-statistics BGP

clear ip bgp in prefix-filter BGP

clear ip bgp ipv4 BGP

clear ip bgp ipv6 BGP

clear ip bgp l2vpn BGP

clear ip bgp mvpn BGP

clear ip bgp peer-group BGP

clear ip bgp rpki server BGP

clear ip bgp table-map BGP

clear ip bgp topology MTR

clear ip bgp update-group BGP

clear ip bgp vpnv4 BGP

clear ip bgp vpnv4 unicast dampening BGP

clear ip bgp vpnv6 BGP

clear ip bgp vpnv6 unicast dampening BGP

clear ip cache ISW

clear ip cef epoch ISW

clear ip cef epoch full ISW

clear ip cef event-log ISW

clear ip cef inconsistency ISW

clear ip cef prefix-statistics ISW

clear ip cgmp IMC

clear ip dhcp binding IAD

clear ip dhcp conflict IAD

clear ip dhcp limit lease IAD

clear ip dhcp server statistics IAD

clear ip dhcp snooping binding IAD

clear ip dhcp snooping database statistics IAD

clear ip dhcp snooping statistics IAD

clear ip dhcp subnet IAD

clear ip dvmrp route IMC

clear ip eigrp neighbors EIGRP

clear ip eigrp topology MTR

clear ip eigrp vrf neighbors EIGRP

clear ip flow stats NF

clear ip http client cache CF

clear ip http client cookie HTTPS, BBA

clear ip http client cookie through show ip http server secure status HTTPS

clear ip icmp rate-limit IAP

clear ip igmp group IMC

clear ip igmp snooping filter statistics IMC

clear ip igmp snooping statistics IMC

clear ip inspect ha SEC

clear ip inspect session SEC

clear ip interface IAD, MTR

clear ip ips configuration SEC

clear ip ips statistics SEC

clear ip iscsi statistics MWG

clear ip lisp map-cache LISP

clear ip lisp route-import LISP

clear ip lisp statistics LISP

clear ip mds ISW

clear ip mds forwarding ISW

clear ip mds linecard ISW

clear ip mfib counters IMC

clear ip mobile binding IMO, MWH

clear ip mobile host-counters IMO, MWH

clear ip mobile router agent IMO

clear ip mobile router registration IMO

clear ip mobile router traffic IMO

clear ip mobile secure IMO, MWH

clear ip mobile traffic IMO, MWH

clear ip mobile visitor IMO, MWP

clear ip mrm status-report IMC

clear ip mroute IMC

clear ip msdp peer IMC

clear ip msdp sa-cache IMC

clear ip msdp statistics IMC

clear ip multicast limit IMC

clear ip multicast redundancy statistics IMC

clear ip nat translation IAD

clear ip nat translation redundancy IAD

clear ip nbar QOS

clear ip nbar protocol-discovery QOS

clear ip nhrp IAD

clear ip ospf OSPF

clear ip ospf force-spf OSPF

clear ip ospf traffic OSPF

clear ip pgm host IMC

clear ip pgm router IMC

clear ip pim auto-rp IMC

clear ip pim interface count IMC

clear ip pim rp-mapping IMC

clear ip pim snooping statistics IMC

clear ip pim snooping vlan IMC

clear ip prefix-list BGP

clear ip route IAD

clear ip route dhcp IAD

clear ip route dhcp through ip arp entry learn IAD

clear ip route download DIA

clear ip route multicast MTR

clear ip route topology MTR

clear ip route vrf MP

clear ip rsvp authentication QOS

clear ip rsvp counters QOS

clear ip rsvp hello bfd MP

clear ip rsvp hello instance counters MP, QOS

clear ip rsvp hello instance statistics MP, QOS

clear ip rsvp hello statistics MP, QOS

clear ip rsvp high-availability counters QOS, HA

clear ip rsvp msg-pacing MP, QOS

clear ip rsvp reservation QOS

clear ip rsvp sender QOS

clear ip rsvp signalling fast-local-repair statistics QOS

clear ip rsvp signalling rate-limit QOS

clear ip rsvp signalling refresh reduction QOS

clear ip rtp header-compression IMC

clear ip sap IMC

clear ip sctp statistics IAP

clear ip sdee SEC

clear ip sdr IMC

clear ip slb connections SLB

clear ip slb counters SLB

clear ip slb sessions SLB

clear ip slb sticky asn msid SLB

clear ip slb sticky gtp imsi SLB

clear ip slb sticky radius SLB

clear ip snat sessions IAD

clear ip snat translation distributed IAD

clear ip snat translation peer IAD

clear ip subscriber ISG

clear ip tcp header-compression IAP

clear ip traffic IAP, ISW

clear ip traffic (MTR) MTR

clear ip translation peer IAD

clear ip trigger-authentication SEC

clear ip urlfilter cache SEC

clear ip wccp IAP

clear ipc statistics IR

clear ipv6 access-list IPV6, SEC

clear ipv6 dhcp IAD, IPV6

clear ipv6 dhcp binding IAD, IPV6

clear ipv6 dhcp client IAD, IPV6

clear ipv6 dhcp conflict IAD, IPV6

clear ipv6 dhcp relay binding IAD, IPV6

clear ipv6 dhcp route IAD

clear ipv6 dhcp-ldra statistics IAD

clear ipv6 eigrp IPV6, EIGRP

clear ipv6 flow stats IPV6

clear ipv6 inspect IPV6, SEC

clear ipv6 lisp map-cache LISP

clear ipv6 lisp route-import LISP

clear ipv6 lisp statistics LISP

clear ipv6 mfib counters IPV6

clear ipv6 mld counters IPV6

clear ipv6 mld traffic IPV6

clear ipv6 mobile binding IPV6

clear ipv6 mobile home-agents IPV6

clear ipv6 mobile pmipv6 lma IMO

clear ipv6 mobile pmipv6 mag IMO

clear ipv6 mobile traffic IPV6

clear ipv6 mtu IPV6

clear ipv6 multicast aaa authorization IPV6

clear ipv6 nat translation IAD, IPV6

clear ipv6 nd destination IPV6

clear ipv6 nd on-link prefix IPV6

clear ipv6 nd router IPV6

clear ipv6 neighbors IPV6

clear ipv6 nhrp IPV6

clear ipv6 ospf IPV6

clear ipv6 ospf counters IPV6

clear ipv6 ospf events IPV6

clear ipv6 ospf traffic OSPF

clear ipv6 pim counters IPV6

clear ipv6 pim limit IPV6

clear ipv6 pim reset IPV6

clear ipv6 pim topology IPV6

clear ipv6 pim traffic IPV6

clear ipv6 prefix-list IPV6

clear ipv6 rip IPV6

clear ipv6 route IPV6

clear ipv6 snooping counters IPV6, SEC

clear ipv6 spd IPV6

clear ipv6 traffic IPV6

clear ipv6 wccp IPV6

clear ipx accounting IPX

clear ipx cache IPX

clear ipx nhrp IPX

clear ipx nlsp neighbors IPX

clear ipx route IPX

clear ipx sap IPX

clear ipx traffic IPX

clear isis lsp-full IRS

clear isis rib redistribution IRS

clear issu state HA

clear kerberos creds SEC

clear l2tp VPD

clear l2tp counters session VPD

clear l2tp counters tunnel VPD

clear l2tun WAN

clear l2tun counters WAN

clear l2tun counters tunnel l2tp WAN

clear l2vpn atom fsm MP

clear l2vpn service MP

clear lacp counters IR

clear lane le-arp ATM

clear lane server ATM

clear ldap server SEC

clear license agent CSA

clear license agent through debug license CSA

clear line DIA

clear line async-queue DIA

clear lisp ddt LISP

clear lisp site LISP

clear lldp CE

clear logging CF

clear logging ip access-list cache IAD, SEC

clear logging system CF

clear logging xml CF

clear mac-address-table LSW

clear mcsa statistics IMO

clear mdns cache IAD

clear mdns statistics IAD

clear mediatrace incomplete-sessions MM

clear memory low-water-mark CF

clear mgcp src-stats VR

clear mgcp statistics VR

clear mls acl counters IAP

clear mls cef ip accounting per-prefix ISW

clear mls cef ipv6 accounting per-prefix IPV6

clear mls ip multicast bidir-rpcache IMC

clear mls ip multicast group IMC

clear mls ip multicast statistics IMC

clear mls nde flow counters NF

clear mls netflow NF

clear mls qos QOS

clear mls statistics CF

clear modem DIA

clear modem counters DIA

clear modem log DIA

clear modempool-counters DIA

clear mpf interface BBA

clear mpf punt BBA

clear mpls counters MP

clear mpls ip iprm counters MP

clear mpls ldp checkpoint MP

clear mpls ldp neighbor MP

clear mpls ldp nsr statistics MP

clear mpls traffic-eng auto-bw timers MP

clear mpls traffic-eng auto-tunnel backup tunnel MP

clear mpls traffic-eng auto-tunnel mesh tunnel MP

clear mpls traffic-eng auto-tunnel primary tunnel MP

clear mpls traffic-eng tunnel counters MP

clear mpoa client cache ATM

clear mpoa server cache ATM

clear mrcp client statistics VR

clear mvr counters LSW

clear mvrp statistics LSW

clear nat64 statistics IAD

clear nat64 translations IAD

clear nat64 ha statistics IAD

clear nat64 statistics IAD

clear ncia circuit IBM

clear ncia client IBM

clear ncia client registered IBM

clear netbios-cache IBM

clear netconf CNS

clear oer api OER

clear oer border OER

clear oer master OER

clear oer master appl tcp OER

clear oer master border OER

clear oer master prefix OER

clear oer master traffic-class OER

clear oer master traffic-class application nbar OER

clear ospfv3 counters IPV6

clear ospfv3 force-spf IPV6

clear ospfv3 process IPV6

clear ospfv3 redistribution IPV6

clear ospfv3 traffic IPV6

clear otv arp-nd WAN

clear otv isis WAN

clear otv isis lspfull WAN

clear otv isis neighbors WAN

clear otv isis rib WAN

clear packetcable gate counter commit CBL

clear packetcable rks CBL

clear pagp LSW

clear parameter-map type protocol-info SEC

clear parser cache CF

clear parser statistics CF

clear pfr border PFR

clear pfr master PFR

clear pfr master border PFR

clear pfr master export statistics PFR

clear pfr master prefix PFR

clear pfr master traffic-class PFR

clear pfr master traffic-class application nbar PFR

clear platform hardware capacity rewrite-engine counter BSM

clear platform hardware qfp active feature sbc sfx SBCD

clear platform netint CF, IR

clear platform software vnic-if-nvtable IR

clear platform software wccp IAP, SBCD

clear policy-firewall SEC

clear policy-firewall stats global SEC

clear policy-firewall stats vrf SEC

clear policy-firewall stats vrf global SEC

clear policy-firewall stats zone SEC

clear port DIA

clear port log DIA

clear port-security SEC

clear ppp mux MWR

clear ppp subscriber statistics BBA

clear pppatm interface atm ATM, BBA

clear pppatm statistics BBA

clear pppoe BBA

clear pppoe derived BBA

clear pppoe relay context BBA

clear pppoe statistics BBA

clear processes interrupt mask CF

clear pw-udp vc MP

clear pxf ISW, CBL

clear pxf statistics drl cable-wan-ip CBL

clear pxf statistics drl wan-non-ip CBL

clear radius SEC

clear radius local-server SEC, WL

clear radius-proxy client ISG

clear radius-proxy session ISG

clear rbscp IR

clear record-storage-module stats MWG

clear redundancy CBL

clear resource-pool DIA

clear rif-cache IBM

clear rlm group VR

clear router-guard ip multicast statistics IMC

clear rpms-proc counters VR

clear rudpv0 statistics VR

clear rudpv1 statistics VR

clear sampler FNF

clear sbc SBCD

clear sbc dbe media-stats SBCD

clear sbc dbe media-stats (session border controller) SBCD

clear sbc h248 bac SBCD

clear sbc sbe adjacency statistics SBCD

clear sbc sbe blacklist SBCD

clear sbc sbe cac-policy-set-stats SBCD

clear sbc sbe cac-rejection-stats SBCD

clear sbc sbe call SBCD

clear sbc sbe call-policy-set-stats SBCD

clear sbc sbe call-rate-stats SBCD

clear sbc sbe call-rejection-stats SBCD

clear sbc sbe call-stats SBCD

clear sbc sbe policy-failure-stats SBCD

clear sbc sbe policy-rejection-stats SBCD

clear sbc sbe radius-client SBCD

clear sbc sbe radius-client-stats SBCD

clear sbc sbe script-set-stats SBCD

clear sbc sbe sip statistics SBCD

clear sbc sbe sip subscriber aor SBCD

clear sbc sbe statistics SBCD

clear sbc sbe transcoding-stats SBCD

clear sccp server statistics VR

clear scp accounting CF

clear sctp statistics IAP

clear sdspfarm counters VR

clear service-group traffic-stats QOS

clear service-module serial IR

clear service-routing capabilities-manager SAF

clear service-routing xmcp client SAF

clear sgcp statistics VR

clear sip-ua statistics VR

clear sip-ua tcp connection VR

clear sip-ua tcp tls connection VR

clear sip-ua udp connection VR

clear smrp mcache ATK

clear snapshot quiet-time DIA

clear sockets IAP

clear source-bridge IBM

clear spanning-tree detected-protocol LSW

clear spe DIA

ca trust-point through clock mode

clear spe counters DIA

clear spe log DIA

clear ss7 sm-stats VR

clear sse IBM

clear ssg connection SSG

clear ssg host SSG

clear ssg next-hop SSG

clear ssg open-garden SSG

clear ssg pass-through-filter SSG

clear ssg pending-command SSG

clear ssg prepaid default-quota SSG

clear ssg radius-proxy client-address SSG

clear ssg radius-proxy nas-address SSG

clear ssg service SSG

clear ssg user transparent all SSG

clear ssg user transparent passthrough SSG

clear ssg user transparent suspect SSG

clear ssg user transparent unidentified SSG

clear statistics dial-peer voice VR

clear stcapp statistics VR

clear subscriber lite-session ISG

clear subscriber policy dpm statistics ISG

clear subscriber policy peer ISG

clear subscriber policy peer session ISG

clear subscriber session ISG

clear subscriber trace history ISG

clear subscription VR

clear tarp counters ISO

clear tarp ldb-table ISO

clear tarp tid-table ISO

clear tcp CF

clear tcp statistics IAP

clear tgrep counters VR

clear tgrep neighbor VR

clear time-range ipc IAP

clear top counters interface report IR

clear vlan LSW

clear vlan counters CF, LSW

clear vlan mapping LSW

clear vlan statistics IBM, LSW

clear voice accounting method VR

clear voice dsp VR

clear voice statistics VR

clear voip fpi rtts VR

clear voip fpi stats VR

clear vpdn counters VPD

clear vpdn dead-cache VPD

clear vpdn history failure VPD

clear vpdn redirect VPD

clear vpdn tunnel VPD

clear vpdn tunnel pppoe WAN

clear vsp statistics VR

clear vtemplate redundancy counters VPD

clear vtp counters LSW

clear waas WAN

clear wccp IAP

clear webvpn nbns SEC

clear webvpn session SEC

clear webvpn stats SEC

clear wsma agent WSMA

clear wsma profile WSMA

clear x25 WAN

clear xconnect MP

clear xot WAN

clear xsm SEC

clear zone-pair SEC

cli IOS_TCL

cli (cns) CNS

clid SEC, VR

clid (dial peer) VR

clid (voice service voip) VR

clid group DIA

sa ipsec through show dxi pvc interface

sgcp graceful-shutdown VR

sgcp max-waiting-delay VR

sgcp modem passthru VR

sgcp quarantine-buffer disable VR

sgcp request retries VR

sgcp request timeout VR

sgcp restart VR

sgcp retransmit timer VR

sgcp timer VR

sgcp tse payload VR

sgi beep listener ISG

shape QOS

shape (percent) QOS

shape (policy-map class) QOS

shape adaptive QOS

shape fecn-adapt QOS

shape fr-voice-adapt WAN

shape max-buffers QOS

shdsl annex IR

shdsl rate IR

shelf-id IR, DIA

shell environment load IOS_SHL

shell environment save IOS_SHL

shell init IOS_SHL

shell processing IOS_SHL

shortcut-frame-count ATM

shortcut-frame-time ATM

show CF, LSW

show command append CF

show command begin CF

show command exclude CF

show command include CF

show command redirect CF

show command section CF

show command tee CF

show <command> append CF

show <command> begin CF

show <command> exclude CF

show <command> include CF

show <command> redirect CF

show <command> section CF

show <command> tee CF

show (Flash file system) CF

show (ca-trustpool) SEC

show (cs-server) SEC

show (satellite initial configuration) IR

show aaa attributes SEC

show aaa cache filterserver SEC

show aaa cache group SEC

show aaa common-criteria policy SEC

show aaa dead-criteria SEC

show aaa local user lockout SEC

show aaa memory SEC

show aaa method-lists SEC

show aaa servers SEC

show aaa servers sg MWG

show aaa service-profiles SEC

show aaa subscriber profile SEC

show aaa user SEC

show aal2 profile VR

show aal2 profile through show call filter match-list VR

show aal2 xgcpspi ATM

show access-expression BR, IBM

show access-group mode interface SEC

show access-list template BBA, IPV6

show access-list template through vpn service BBA

show access-lists SEC, IPV6

show access-lists compiled SEC

show access-lists rate-limit QOS

show accounting SEC

show acircuit checkpoint MP, WAN

show adjacency ISW, IPV6

show adjacency through show ip cef with source ISW

show alarm-interface IR

show alg sip IAD

show aliases CF

show alignment CF

show alps ascu IBM

show alps circuits IBM

show alps peers IBM

show als IR

show appfw SEC

show appletalk access-lists ATK

show appletalk adjacent-routes ATK

show appletalk arp ATK

show appletalk aurp events ATK

show appletalk aurp topology ATK

show appletalk cache ATK

show appletalk domain ATK

show appletalk eigrp interfaces ATK

show appletalk eigrp neighbors ATK

show appletalk eigrp topology ATK

show appletalk globals ATK

show appletalk interface ATK

show appletalk macip-clients ATK

show appletalk macip-servers ATK

show appletalk macip-traffic ATK

show appletalk name-cache ATK

show appletalk nbp ATK

show appletalk neighbors ATK

show appletalk remap ATK

show appletalk route ATK

show appletalk sockets ATK

show appletalk static ATK

show appletalk traffic ATK

show appletalk zone ATK

show application-buckets CBL

show aps IR

show arap TSV

show archive CF

show archive config differences CF

show archive config incremental-diffs CF

show archive config rollback timer CF

show archive log config CF

show arp IAD

show arp application IAD

show arp ha IAD

show arp summary IAD

show as5400 CF

show ase SEC

show asic-version IR

show async bootp CF

show async status DIA

show atm arp-server ATM

show atm bundle QOS

show atm bundle stat QOS

show atm bundle svc QOS

show atm bundle svc stat QOS

show atm cell-packing ATM, MP

show atm class-links ATM

show atm ilmi-configuration ATM

show atm ilmi-status ATM

show atm interface atm ATM

show atm map ATM, IPV6

show atm pvc ATM

show atm pvc dbs ATM

show atm signalling statistics ATM

show atm svc ATM

show atm svc ppp BBA

show atm traffic ATM

show atm vc ATM, MP

show atm video-voice address VR

show atm vp ATM

show audit SEC

show authentication interface SEC

show authentication registrations SEC

show authentication sessions SEC

show auto discovery qos QOS

show auto discovery qos through show ip rsvp hello client lsp detail QOS

show auto qos QOS

show auto secure config SEC

show auto-config VR

show auto-ip-ring IAD

show autonomic control-plane AN

show autonomic device AN

show autonomic interfaces AN

show autonomic neighbor AN

show autonomic registrar AN

show autonomic service AN

show autoupgrade configuration unknown CF

show backhaul-session-manager group VR

show backhaul-session-manager session VR

show backhaul-session-manager set VR

show backup DIA

show bcm560x CF

show bfd drops IRI

show bfd neighbors IPV6, IRI

show bfd summary IPV6

show bgp all community BGP

show bgp all neighbors BGP

show bgp ipv6 IPV6, BGP

show bgp ipv6 community IPV6

show bgp ipv6 community-list IPV6

show bgp ipv6 dampened-paths IPV6

show bgp ipv6 filter-list IPV6

show bgp ipv6 flap-statistics IPV6

show bgp ipv6 inconsistent-as IPV6

show bgp ipv6 labels IPV6

show bgp ipv6 neighbors IPV6

show bgp ipv6 paths IPV6

show bgp ipv6 peer-group IPV6

show bgp ipv6 prefix-list IPV6

show bgp ipv6 quote-regexp IPV6

show bgp ipv6 regexp IPV6

show bgp ipv6 route-map IPV6

show bgp ipv6 summary IPV6

show bgp l2vpn evpn BGP

show bgp l2vpn vpls BGP

show bgp mvpn BGP

show bgp nsap BGP

show bgp nsap community BGP

show bgp nsap community-list BGP

show bgp nsap dampened-paths BGP

show bgp nsap dampening BGP

show bgp nsap filter-list BGP

show bgp nsap flap-statistics BGP

show bgp nsap inconsistent-as BGP

show bgp nsap neighbors BGP

show bgp nsap paths BGP

show bgp nsap quote-regexp BGP

show bgp nsap regexp BGP

show bgp nsap summary BGP

show bgp vpnv6 multicast BGP

show bgp vpnv6 unicast IPV6, BGP

show bootflash: CF

show bootvar CF

show bridge BR, IBM

show bridge cable-modem CBL

show bridge circuit-group BR, IBM

show bridge group BR, IBM

show bridge multicast BR, IBM

show bridge vlan BR, IBM

show bridge-domain MP, CE

show bsc IBM

show bstun IBM

show buffers CF

show buffers leak BSM

show buffers summary CF

show buffers tune BSM

show buffers usage BSM

show busyout DIA

show c2600 CF

show c7200 CF

show c7300 IR

show c7300 errorlog IR

show c7300 pxf accounting IR

show c7300 pxf interfaces IR

show c7300 slot IR

show cable acfe controller CBL

show cable acfe interface CBL

show cable acfe summary CBL

show cable active-reman CBL

show cable admission-control CBL

show cable arp-filter CBL

show cable bgsync CBL

show cable bundle IR, CBL

show cable bundle multicast CBL

show cable burst-profile CBL

show cable calls CBL

show cable cgd-associations CBL

show cable clock CBL

show cable clock dti counters CBL

show cable clock dti status CBL

show cable device access-group CBL

show cable dsg CBL

show cable dsg cfr CBL

show cable dsg host CBL

show cable dsg static-group bundle CBL

show cable dsg tg CBL

show cable dsg tunnel CBL

show cable dynamic-qos trace CBL

show cable fiber-node CBL

show cable filter CBL

show cable flap-list CBL

show cable flap-list wb-rf CBL

show cable hop CBL

show cable host access-group CBL

show cable ib-ipc CBL

show cable ipc-stats CBL

show cable l2-vpn dot1q-vc-map CBL

show cable l2-vpn vc-map CBL

show cable l2-vpn xconnect CBL

show cable leasequery-filter CBL

show cable licenses all CBL

show cable load-balance CBL

show cable load-balance docsis-group CBL

show cable logging CBL

show cable mac-domain cable forwarding CBL

show cable mac-domain cgd-associations CBL

show cable mac-domain downstream-service-group CBL

show cable mac-domain rcc CBL

show cable mac-domain upstream-service-group CBL

show cable metering-status CBL

show cable modem CBL

show cable modem access-group CBL

show cable modem auth-profile CBL

show cable modem calls CBL

show cable modem classifiers CBL

show cable modem cnr CBL

show cable modem connectivity CBL

show cable modem counters CBL

show cable modem cpe CBL

show cable modem docsis device-class CBL

show cable modem docsis version CBL

show cable modem domain-name CBL

show cable modem errors CBL

show cable modem extended-power CBL

show cable modem flap CBL

show cable modem ipv6 CBL

show cable modem mac CBL

show cable modem maintenance CBL

show cable modem offline CBL

show cable modem partial-mode CBL

show cable modem partial-service CBL

show cable modem phy CBL

show cable modem primary-channel CBL

show cable modem primary-channel summary total CBL

show cable modem privacy CBL

show cable modem qos CBL

show cable modem registered CBL

show cable modem remote-query CBL

show cable modem resiliency CBL

show cable modem rf-adapt CBL

show cable modem rogue CBL

show cable modem service-flow CBL

show cable modem service-type-id CBL

show cable modem summary CBL

show cable modem summary wb-rf CBL

show cable modem tcs summary CBL

show cable modem type CBL

show cable modem unregistered CBL

show cable modem vendor CBL

show cable modem voice CBL

show cable modem wideband CBL

show cable modem wideband phy CBL

show cable modem wideband primary-channel CBL

show cable modem wideband rcs-status CBL

show cable modulation-profile CBL

show cable multicast authorization CBL

show cable multicast db CBL

show cable multicast debug CBL

show cable multicast dsid CBL

show cable multicast qos CBL

show cable multicast ses-cache CBL

show cable multicast statistics failure CBL

show cable noise CBL

show cable privacy CBL

show cable qos enforce-rule CBL

show cable qos permission CBL

show cable qos profile CBL

show cable rate-adapt CBL

show cable rate-limit-ccf CBL

show cable redundancy CBL

show cable resiliency CBL

show cable rf-adapt CBL

show cable rf-status CBL

show cable rsvp flow-db CBL

show cable service-class CBL

show cable service-voice downstream-type CBL

show cable signal-quality CBL

show cable spectrum-analysis CBL

show cable spectrum-group CBL

show cable subscriber-usage CBL

show cable tech-support CBL

show cable throttle-modem CBL

show cable upstream service-flow summary CBL

show cable urm CBL

show cable us-sg CBL

show cable-diagnostics tdr IR

show calendar BSM

show call accounting-template voice VR

show call active fax IPV6, VR

show call active media VR

show call active video VR

show call active voice IPV6, VR

show call admission statistics SEC, BBA

show call application app-level VR

show call application gateway-level VR

show call application interface VR

show call application services registry VR

show call application session-level VR

show call application sessions VR

show call application voice VR

show call calltracker active DIA

show call calltracker handle DIA

show call calltracker history DIA

show call calltracker summary DIA

show call fallback cache VR

show call fallback config VR

show call fallback stats VR

show call filter components VR

show call filter match-list VR

show call history fax IPV6, VR

show call history fax through show debug condition VR

show call history media VR

show call history video VR

show call history video record VR

show call history voice IPV6, VR

show call language voice VR

show call leg VR

show call media forking VR

show call progress tone DIA

show call prompt-mem-usage VR

show call resource voice stats VR

show call resource voice threshold VR

show call rsvp-sync conf VR

show call rsvp-sync stats VR

show call spike status VR

show call threshold VR

show call treatment VR

show call-home HA

show call-home diagnostic-signature HA

show call-home through vrrp sso HA

show call-router routes VR

show call-router status VR

show caller DIA

show callmon VR

show catalyst6000 CF, IR

show cca DIA

show ccm clients BBA

show ccm group WAN

show ccm queues BBA

show ccm sessions WAN, BBA

show ccm-manager VR

show cdapi VR

show cdma pdsn MWP

show cdma pdsn accounting MWP

show cdma pdsn accounting detail MWP

show cdma pdsn accounting session MWP

show cdma pdsn accounting session detail MWP

show cdma pdsn accounting session flow MWP

show cdma pdsn accounting session flow user MWP

show cdma pdsn ahdlc MWP

show cdma pdsn cluster controller MWP

show cdma pdsn cluster controller configuration MWP

show cdma pdsn cluster controller member MWP

show cdma pdsn cluster controller session MWP

show cdma pdsn cluster controller statistics MWP

show cdma pdsn cluster member MWP

show cdma pdsn flow MWP

show cdma pdsn flow service MWP

show cdma pdsn pcf MWP

show cdma pdsn redundancy MWP

show cdma pdsn redundancy statistics MWP

show cdma pdsn resource MWP

show cdma pdsn selection MWP

show cdma pdsn session MWP

show cdma pdsn statistics MWP

show cdma pdsn statistics prepaid MWP

show cdp CDP

show cdp entry CDP, IPV6

show cdp interface CDP

show cdp neighbors CDP, IPV6

show cdp tlv CDP

show cdp traffic CDP

show cef ISW, IPV6

show cef drop ISW

show cef events ISW

show cef features global ISW

show cef interface ISW, IPV6

show cef interface policy-statistics ISW

show cef linecard ISW, IPV6

show cef memory ISW

show cef not-cef-switched ISW

show cef nsf HA

show cef state ISW, HA

show cef subtree context client ISW

show cef table ISW, IPV6

show cef table download priority ISW

show cef timers ISW

show cef vrf ISW

show cellular gps DIA

show cellular sms DIA

show cem IR

show cem circuit IR

show ces ATM

show ces circuit ATM

show ces clock-select VR

show ces interface cbr ATM

show ces status ATM

show cfmpal CE

show chassis IR

show checkpoint BBA, CBL

show class cem IR

show class-map QOS

show class-map type control ISG

show class-map type inspect SEC

show class-map type nat QOS

show class-map type port-filter QOS

show class-map type traffic ISG

show class-map type urlfilter SEC

show clns ISO

show clns cache ISO

show clns es-neighbors ISO

show clns filter-expr ISO

show clns filter-set ISO

show clns interface IRS, ISO

show clns is-neighbors IRS, ISO

show clns neighbor areas ISO

show clns neighbors ISO, IPV6

show clns protocol ISO

show clns route ISO

show clns traffic IRS, ISO

show clock BSM, IPV6

show cls CF

show cmts ipc-cable client base CBL

show cns config connections CNS

show cns config outstanding CNS

show cns config stats CNS

show cns config status CNS

show cns event connections CNS

show cns event gateway CNS

show cns event stats CNS

show cns event status CNS

show cns event subject CNS

show cns image connections CNS

show cns image inventory CNS

show cns image status CNS

show compress IR

show config id CF

show configuration id CF

show configuration lock CF

show connect VR

show connect (FR-ATM) WAN

show connection MP, WAN

show content-scan SEC

show context CF

show control-plane cef-exception counters QOS

show control-plane cef-exception features QOS

show control-plane counters QOS

show control-plane features QOS

show control-plane host counters QOS

show control-plane host features QOS

show control-plane host open-ports QOS

show control-plane transit counters QOS

show control-plane transit features QOS

show controller dsl IR

show controller dwdm IR

show controller gigabitethernet CBL

show controller integrated-cable CBL

show controller vdsl IR

show controllers (GRP image) CF

show controllers (line card image) CF

show controllers analysis-module IR

show controllers atm ATM

show controllers bri DIA

show controllers cable CBL

show controllers cable jib CBL

show controllers cable upstream spectrum CBL

show controllers cable-modem CBL

show controllers cable-modem bpkm CBL

show controllers cable-modem classifiers CBL

show controllers cable-modem cmcert CBL

show controllers cable-modem crypto des CBL

show controllers cable-modem filters CBL

show controllers cable-modem lookup-table CBL

show controllers cable-modem mac CBL

show controllers cable-modem manuf-cert CBL

show controllers cable-modem phs CBL

show controllers cable-modem phy CBL

sa ipsec through show dxi pvc interface

show controllers cable-modem qos CBL

show controllers cable-modem service-flows CBL

show controllers cable-modem tuner CBL

show controllers cbus IR

show controllers channel IBM

show controllers clock-reference CBL

show controllers content-engine IR

show controllers dsx3 IR

show controllers e1 IR

show controllers e1 call-counters DIA

show controllers e1 cas-data DIA

show controllers e3 IR

show controllers ethernet IR

show controllers fastethernet IR, LSW

show controllers fddi IR

show controllers gigabitethernet IR

show controllers integrated-service-engine IR

show controllers ism IR

show controllers j1 IR

show controllers jacket CBL

show controllers lex IR

show controllers logging CF

show controllers mci IR

show controllers modular-cable CBL

show controllers pcbus IR

show controllers pos IR

show controllers rs366 VR

show controllers satellite IR

show controllers serial IR

show controllers serial bert IR

show controllers serial through show hw-module slot proc cpu IR

show controllers shdsl BBA

show controllers sm IR

show controllers sonet IR

show controllers t1 IR

show controllers t1 bert IR

show controllers t1 call-counters DIA

show controllers t1 cas-data DIA

show controllers t1 clock DIA

show controllers t1 firmware-status DIA

show controllers t1 timeslots DIA

show controllers t3 IR

show controllers t3 bert IR

show controllers tech-support CF

show controllers timeslots VR

show controllers token IR

show controllers token (IBM) BR, IBM

show controllers usb CBL

show controllers vg-anylan IR

show controllers voice VR

show controllers vsi control-interface MP

show controllers vsi descriptor MP

show controllers vsi session MP

show controllers vsi status MP

show controllers vsi traffic MP

show controllers wanphy IR

show controllers wlan-controller IR

show controllers xtagatm MP

show cops servers QOS

show cot dsp DIA

show cot request DIA

show cot summary DIA

show counters interface IR

show coverage history CF

show cpd CBL

show cr10k-rp cable CBL

show cr10k-rp controller CBL

show cr10k-rp queue CBL

show cr10k-rp slots CBL

show crm VR

show crypto ace redundancy SEC

show crypto ace redundancy through show cts sxp SEC

show crypto ca certificates SEC, CBL

show crypto ca crls SEC

show crypto ca roots SEC

show crypto ca timers SEC

show crypto ca trustpoints SEC, CBL

show crypto call admission statistics SEC

show crypto ctcp SEC

show crypto datapath SEC

show crypto debug-condition DB, SEC

show crypto dynamic-map SEC

show crypto eli SEC

show crypto eng qos QOS, SEC

show crypto engine SEC, IPV6

show crypto engine accelerator logs SEC

show crypto engine accelerator ring SEC

show crypto engine accelerator sa-database SEC

show crypto engine accelerator statistic SEC

show crypto entropy status QOS

show crypto gdoi SEC

show crypto ha SEC

show crypto identity SEC

show crypto ikev2 stats SEC

show crypto ikev2 cluster SEC

show crypto ikev2 diagnose error SEC

show crypto ikev2 policy SEC, IPV6

show crypto ikev2 profile SEC, IPV6

show crypto ikev2 proposal SEC

show crypto ikev2 sa SEC, IPV6

show crypto ikev2 session SEC, IPV6

show crypto ikev2 stats SEC

show crypto ipsec client ezvpn SEC

show crypto ipsec default transform-set SEC

show crypto ipsec policy IPV6

show crypto ipsec sa SEC, IPV6

show crypto ipsec security-association idle-time SEC

show crypto ipsec security-association lifetime SEC

show crypto ipsec transform-set SEC

show crypto ipsec transform-set default SEC

show crypto isakmp default policy SEC

show crypto isakmp diagnose error SEC

show crypto isakmp key SEC, IPV6

show crypto isakmp peers SEC, IPV6

show crypto isakmp policy SEC, IPV6

show crypto isakmp profile SEC, IPV6

show crypto isakmp sa SEC

show crypto key mypubkey rsa SEC

show crypto key pubkey-chain rsa SEC

show crypto map (IPsec) SEC, IPV6

show crypto mib ipsec flowmib endpoint SEC

show crypto mib ipsec flowmib failure SEC

show crypto mib ipsec flowmib global SEC

show crypto mib ipsec flowmib history SEC

show crypto mib ipsec flowmib history failure size SEC

show crypto mib ipsec flowmib history tunnel size SEC

show crypto mib ipsec flowmib spi SEC

show crypto mib ipsec flowmib tunnel SEC

show crypto mib ipsec flowmib version SEC

show crypto mib isakmp flowmib failure SEC

show crypto mib isakmp flowmib global SEC

show crypto mib isakmp flowmib history SEC

show crypto mib isakmp flowmib peer SEC

show crypto mib isakmp flowmib tunnel SEC

show crypto pki benchmarks SEC

show crypto pki certificates SEC

show crypto pki certificates storage SEC

show crypto pki counters SEC

show crypto pki crls SEC

show crypto pki server SEC

show crypto pki server certificates SEC

show crypto pki server crl SEC

show crypto pki server requests SEC

show crypto pki timers SEC

show crypto pki token SEC

show crypto pki trustpoints SEC

show crypto pki trustpool SEC

show crypto route SEC

show crypto ruleset SEC

show crypto session SEC, IPV6

show crypto session group SEC

show crypto session summary SEC

show crypto socket SEC, IPV6

show crypto tech-support SEC

show crypto vlan SEC

show csm VR

show csm call VR

show cts credentials SEC

show cts interface SEC

show cts server-list SEC

show cts sxp SEC

show cube status VR

show cwan LSW

show cwan qinq LSW

show cwan qinq bridge-domain LSW

show cwan qinq interface LSW

show cwan qinq load-balance LSW

show cwan qinq port-channel LSW

show cwmp map BBA

show cwmp methods BBA

show cwmp parameter BBA

show cwmp persistent BBA

show cwmp session BBA

show cwtlc qinq LSW

show dampening interface IRI

show data-corruption CF

show data-store MWG

show data-store statistics MWG

show database data ISG

show debug CBL

show debug condition VR

show debugging DB, IAP, CF, SBCD

show debugging condition DB

show declassify CF

show decnet DEC

show decnet accounting DEC

show decnet interface DEC

show decnet map DEC

show decnet neighbors DEC

show decnet route DEC

show decnet static DEC

show decnet traffic DEC

show depi CBL

show depi session CBL

show depi tunnel CBL

show derived-config CF

show device-sensor cache SEC

show dhcp CBL, DIA

show diag IR

show diagnostic bootup CBL

show diagnostic bootup level IR

show diagnostic cns CF, IR

show diagnostic content CBL

show diagnostic content module IR

show diagnostic description module IR

show diagnostic events IR

show diagnostic health IR

show diagnostic ondemand settings IR

show diagnostic ood-status CBL

show diagnostic result CBL

show diagnostic result module IR

show diagnostic result slot IR

show diagnostic sanity CF, IR

show diagnostic schedule CBL

show diagnostic schedule module IR

show diagnostic simulation failure IR

show diagnostic status IR

show dial-peer VR

show dial-peer through show gatekeeper zone prefix VR

show dial-peer video VR

show dial-peer voice IPV6, VR

show dial-shelf DIA

show dial-shelf split DIA

show dialer DIA

show dialer dnis DIA

show dialer interface bri DIA

show dialer maps DIA

show dialer sessions DIA

show dialplan dialpeer VR

show dialplan in-carrier VR

show dialplan in-trunk-group-label VR

show dialplan incall VR

show dialplan incall uri VR

show dialplan number VR

show dialplan uri VR

show diameter peer SEC, MWG

show diameter peer through show object-group SEC

show disk CF

show disk0: CF

show disk1: CF

show dlsw capabilities IBM

show dlsw circuits IBM

show dlsw circuits history IBM

show dlsw fastcache IBM

show dlsw local-circuit IBM

show dlsw peers IBM

show dlsw reachability IBM

show dlsw statistics IBM

show dlsw transparent cache IBM

show dlsw transparent map IBM

show dlsw transparent neighbor IBM

show dmvpn SEC, IPV6

show dn-numbers VR

show dnsix SEC

show dot11 aaa authentication mac-authen filter-cache WL

show dot11 associations WL

show dot11 carrier busy WL

show dot11 statistics client-traffic WL

show dot11 statistics interface WL

show dot11 vlan-name WL

show dot1q-tunnel LSW

show dot1x SEC

show dot1x (EtherSwitch) SEC

show drip BR, IBM

show dsc clock IR, DIA

show dsi IR, DIA

show dsip IR, DIA

show dsip clients IR, DIA

show dsip nodes IR, DIA

show dsip ports IR, DIA

show dsip queue IR, DIA

show dsip tracing IR, DIA

show dsip transport IR, DIA

show dsip version IR, DIA

show dsl interface atm BBA

show dsp-group VR

show dspfarm VR

show dspfarm profile VR

show dspu IBM

show dss log SEC

show dtp interface IR

show dwnld_mgr ISG

show dxi map ATM

show dxi pvc ATM

show dxi pvc interface ATM

sa ipsec through show dxi pvc interface



# show eap registrations through show mvr source ports

- Finding IOS Command Information, page 423
- show eap registrations through show mvr source ports, page 426

# Finding IOS Command Information

**First Published: February 2008**

**Last Updated: January 2014**

This document contains a list of the commands supported in many different software releases and on many different platforms. Some of the commands may not be supported in your Cisco IOS software release. To search for a command, use the alphabet key at the top part of this document and then scroll down until you find the command of interest, or use the Find function in your web browser. To access the documentation for a particular command, click the link to the command reference designator to the right of the command name. This list is intended to be used online only.

Alternatively, you may search for commands using the Command Lookup Tool (https://tools.cisco.com/Support/CLILookup), where you will be prompted to provide your Cisco.com username and password.

*Table 13: Command Reference Designators*

| ANCP | Cisco IOS Access Node Control Protocol Command Reference |
| --- | --- |
| ATK | Cisco IOS AppleTalk Command Reference |
| AN | Cisco IOS Autonomic Networking Command Reference |
| ATM | Cisco IOS Asynchronous Transfer Mode Command Reference |
| BBA | Cisco IOS Broadband Access Aggregation and DSL Command Reference |
| BGP | Cisco IOS IP Routing: BGP Command Reference |
| BR | Cisco IOS Bridging Command Reference |
| CE | Cisco IOS Carrier Ethernet Command Reference |

**Finding IOS Command Information**

| CF | Cisco IOS Configuration Fundamentals Command Reference |
|---|---|
| CSA | Cisco IOS Software Activation Command Reference |
| DB | Cisco IOS Debug Command Reference |
| DEC | Cisco IOS DECnet Command Reference |
| DIA | Cisco IOS Dial Technologies Command Reference |
| EIGRP | Cisco IOS IP Routing: EIGRP Command Reference |
| EM | Cisco IOS Embedded Menu Manager Command Reference |
| FHP | Cisco IOS First Hop Redundancy Protocols Command Reference |
| FNF | Cisco IOS Flexible NetFlow Command Reference |
| HA | Cisco IOS High Availability Command Reference |
| IAD | Cisco IOS IP Addressing Services Command Reference |
| IAP | Cisco IOS IP Application Services Command Reference |
| IBM | Cisco IOS IBM Networking Command Reference |
| IMC | Cisco IOS IP Multicast Command Reference |
| IMO | Cisco IOS IP Mobility Command Reference |
| IPV6 | Cisco IOS IPv6 Command Reference |
| IPX | Cisco IOS Novell IPX Command Reference |
| IR | Cisco IOS Interface and Hardware Component Command Reference |
| IRI | Cisco IOS IP Routing: Protocol-Independent Command Reference |
| IRS | Cisco IOS IP Routing: ISIS Command Reference |
| ISG | Cisco IOS Intelligent Services Gateway Command Reference |
| ISO | Cisco IOS ISO CLNS Command Reference |
| ISW | Cisco IOS IP Switching Command Reference |
| LISP | Cisco IOS IP Routing: LISP Command Reference |
| LSW | Cisco IOS LAN Switching Command Reference |
| MM | Cisco IOS Media Monitoring Command Reference |
| MP | Cisco IOS Multiprotocol Label Switching Command Reference |
| MSP | Cisco IOS Media Services Proxy Command Reference |
| MTR | Cisco IOS Multi-Topology Routing Command Reference |
| MWG | Cisco IOS Mobile Wireless Gateway GPRS Support Node Command Reference |
| MWH | Cisco IOS Mobile Wireless Home Agent Command Reference |
| MWP | Cisco IOS Mobile Wireless Radio Access Networking Command Reference |

| MWR | Cisco IOS Mobile Wireless Radio Access Networking Command Reference |
|------|---------------------------------------------------------------------|
| NF | Cisco IOS NetFlow Command Reference |
| NM | Cisco IOS Network Management Command Reference |
| ODR | Cisco IOS IP Routing: ODR Command Reference |
| OER | Cisco IOS Optimized Edge Routing Command Reference |
| OSPF | Cisco IOS IP Routing: OSPF Command Reference |
| PFR | Cisco IOS Performance Routing Command Reference |
| QOS | Cisco IOS Quality of Service Solutions Command Reference |
| RIP | Cisco IOS IP Routing: RIP Command Reference |
| SAF | Cisco IOS Service Advertisement Framework Command Reference |
| SBCD | Cisco Unified Border Element (SP Edition) Command Reference: Distributed Model |
| SBCU | Cisco Unified Border Element (SP Edition) Command Reference: Unified Model |
| SEC | Cisco IOS Security Command Reference |
| SLA | Cisco IOS IP SLAs Command Reference |
| SLB | Cisco IOS Server Load Balancing Command Reference |
| SM | Cisco IOS Software Modularity Command Reference |
| SSG | Cisco IOS Service Selection Gateway Command Reference |
| TSV | Cisco IOS Terminal Services Command Reference |
| VPD | Cisco IOS VPDN Command Reference |
| VR | Cisco IOS Voice Command Reference |
| VS | Cisco IOS Virtual Switch Command Reference |
| WAN | Cisco IOS Wide-Area Networking Command Reference |
| WL | Cisco IOS Wireless LAN Command Reference |

# show eap registrations through show mvr source ports

s

show eap registrations SEC

show eap sessions SEC

show echo-cancel VR

show eigrp address-family accounting EIGRP, IPV6

show eigrp address-family events EIGRP, IPV6

show eigrp address-family interfaces EIGRP, IPV6

show eigrp address-family neighbors EIGRP, IPV6

show eigrp address-family timers EIGRP, IPV6

show eigrp address-family topology EIGRP, IPV6

show eigrp address-family traffic EIGRP, IPV6

show eigrp plugins EIGRP, SAF

show eigrp protocols EIGRP, SAF

show eigrp service-family SAF

show eigrp service-family external-client SAF

show eigrp service-family ipv4 topology SAF

show eigrp service-family ipv6 topology SAF

show eigrp tech-support EIGRP, SAF

show entry TSV

show environment CF

show environment alarm CF

show environment connector CF

show environment cooling CF

show environment status CF

show environment temperature CF

show eobc IR

show eou SEC

show epm session SEC

show erm statistics IPV6

show errdisable detect CF, IR

show errdisable flap-values LSW

show errdisable recovery CF, IR

show esmc IR

show etherchannel IR

show etherchannel load-balancing IR

show ethernet cfm domain CE

show ethernet cfm errors CE

show ethernet cfm maintenance-points local CE

show ethernet cfm maintenance-points local through weight CE

show ethernet cfm maintenance-points remote CE

show ethernet cfm maintenance-points remote crosscheck CE

show ethernet cfm maintenance-points remote detail CE

show ethernet cfm mpdb CE

show ethernet cfm pm CE

show ethernet cfm smep CE

show ethernet cfm statistics CE

show ethernet cfm traceroute-cache CE

show ethernet event microwave statistics CE

show ethernet event microwave status CE

show ethernet lmi CE

show ethernet loopback CE

show ethernet mac-tunnel engine slot CE

show ethernet oam debug link-monitor CE

show ethernet oam discovery CE

show ethernet oam runtime CE

show ethernet oam statistics CE

show ethernet oam status CE

show ethernet oam summary CE

show ethernet ring g8032 brief CE

show ethernet ring g8032 configuration CE

show ethernet ring g8032 port status CE

show ethernet ring g8032 profile CE

show ethernet ring g8032 statistics CE

show ethernet ring g8032 status CE

show ethernet ring g8032 summary CE

show ethernet ring g8032 trace CE

show ethernet service dynamic CE

show ethernet service evc WAN, CE

show ethernet service instance WAN, CE

show ethernet service interface WAN, CE

show ethernet service mac-tunnel CE

show event manager detector EEM

show event manager directory user EEM

show event manager environment EEM

show event manager history events EEM

show event manager history traps EEM

show event manager metric processes EEM

show event manager policy active EEM

show event manager policy available EEM

show event manager policy pending EEM

show event manager policy registered EEM

show event manager scheduler EEM

show event manager session cli username EEM

show event manager statistics EEM

show event manager version EEM

show event-manager consumers VR

show extended channel backup IBM

show extended channel cmgr IBM

show extended channel cmpc IBM

show extended channel connection-map llc2 IBM

show extended channel csna IBM

show extended channel icmp-stack IBM

show extended channel ip-stack IBM

show extended channel lan IBM

show extended channel llc2 IBM

show extended channel max-llc2-sessions IBM

show extended channel packing names IBM

show extended channel packing stats IBM

show extended channel statistics IBM

show extended channel subchannel IBM

show extended channel tcp-connections IBM

show extended channel tcp-stack IBM

show extended channel tg IBM

show extended channel tn3270-server IBM

show extended channel tn3270-server client-ip-address IBM

show extended channel tn3270-server client-name IBM

show extended channel tn3270-server dlur IBM

show extended channel tn3270-server dlurlink IBM

show extended channel tn3270-server nailed-domain IBM

show extended channel tn3270-server nailed-ip IBM

show extended channel tn3270-server nailed-name IBM

show extended channel tn3270-server pu IBM

show extended channel tn3270-server pu lu IBM

show extended channel tn3270-server response-time application IBM

show extended channel tn3270-server response-time global IBM

show extended channel tn3270-server response-time link IBM

show extended channel tn3270-server response-time listen-point IBM

show extended channel tn3270-server response-time subnet IBM

show extended channel tn3270-server security IBM

show extended channel udp-listeners IBM

show extended channel udp-stack IBM

show fabric IR

show facility-alarm status CBL

show fastblk CF

show file descriptors CF

show file information CF

show file systems CF

show firewall vlan-group SEC

show flh-log CF

show flow exporter FNF

show flow interface FNF

show flow monitor FNF

show flow monitor cache aggregate FNF

show flow monitor cache filter FNF

show flow monitor cache sort FNF

show flow monitor type mace WAN

show flow record FNF

show flow record type WAN, MM

show flow-sampler NF

show fm features IR

show fm inband-counters IR

show fm inspect CF

show fm interface CF

show fm ipv6 pbr all IPV6, IRI

show fm ipv6 pbr interface IPV6, IRI

show fm ipv6 traffic-filter IPV6

show fm nat netflow data NF

show fm netflow NF

show fm private-hosts SEC

show fm raguard IPV6, SEC

show fm reflexive CF

show fm slb counters SLB

show fm summary CF

show format XMLPI

show fpm package-group SEC

show fpm package-info SEC

show frame-clocks CBL

show frame-relay end-to-end keepalive WAN

show frame-relay fragment WAN

show frame-relay ip rtp header-compression QOS

show frame-relay ip tcp header-compression QOS, WAN

show frame-relay iphc WAN

show frame-relay lapf WAN

show frame-relay lmi WAN, IPV6

show frame-relay map WAN, IPV6

show frame-relay multilink WAN, IPV6

show frame-relay pvc WAN, IPV6

show frame-relay qos-autosense WAN

show frame-relay route WAN

show frame-relay svc maplist WAN

show frame-relay traffic WAN

show frame-relay vc-bundle WAN

show frame-relay vofr VR

show fras IBM

show fras map IBM

show fras-host IBM

show funi CF

show gatekeeper calls VR

show gatekeeper circuits VR

show gatekeeper cluster VR

show gatekeeper endpoint circuits VR

show gatekeeper endpoints VR

show gatekeeper gw-type-prefix VR

show gatekeeper performance statistics VR

show gatekeeper servers VR

show gatekeeper status VR

show gatekeeper status cluster VR

show gatekeeper zone cluster VR

show gatekeeper zone prefix VR

show gatekeeper zone status VR

show gateway VR

show gateway through show modem relay statistics VR

show ggsn csg MWG

show ggsn quota-server MWG

show glbp FHP, IPV6

show gprs MWG

show gprs access-point MWG

show gprs access-point statistics MWG

show gprs access-point throughput statistics MWG

show gprs bandwidth-pool status MWG

show gprs charging parameters MWG

show gprs charging statistics MWG

show gprs charging status MWG

show gprs gtp ms MWG

show gprs gtp parameters MWG

show gprs gtp path MWG

show gprs gtp path statistics history MWG

show gprs gtp path statistics remote-address MWG

show gprs gtp path throughput MWG

show gprs gtp pdp-context MWG

show gprs gtp statistics MWG

show gprs gtp status MWG

show gprs memory threshold statistics MWG

show gprs ms-address exclude-range MWG

show gprs pcscf MWG

show gprs plmn MWG

show gprs plmn ip address MWG

show gprs qos status MWG

show gprs redundancy MWG

show gprs service-aware statistics MWG

show gprs service-mode MWG

show gprs slb detail MWG

show gprs slb mode MWG

show gprs slb statistics MWG

show gprs slb vservers MWG

show gprs umts-qos map traffic-class MWG

show gprs umts-qos police pdp-context tid MWG

show gprs umts-qos profile pdp tid MWG

show gsr CF

show gsr through show monitor event trace CF

show gt64010 (7200) CF

show gtp IR

show gvrp interface LSW

show gvrp summary LSW

show h323 calls preserved VR

show h323 gateway VR

show h323 gateway prefixes VR

show hardware CF

show hccp CBL

show hccp channel-switch CBL

show hccp group CBL

show hccp interface CBL

show hccp linecard CBL

show health-monitor CF

show history CF

show history all CF

show hosts IAD, CF

show html CF

show http client cache VR

show http client cookie VR

show http client history VR

show http client secure status VR

show http client statistics VR

show hub IR

show hw-module all fpd IR

show hw-module bay CBL

show hw-module bay oir CBL

show hw-module bay transceiver CBL

show hw-module slot (6500) IR

show hw-module slot align IR

show hw-module slot fpd IR

show hw-module slot logging IR

show hw-module slot proc cpu IR

show hw-module slot tech-support IR

show hw-module slot tech-support through show interfaces vg-anylan IR

show hw-module subslot IR

show hw-module subslot fpd IR

show hw-module subslot oir IR

show hw-module subslot service-engine status IR

show hw-module subslot transceiver IR

show hw-programmable IR

show icc IR

show idb CF

show identity policy CF

show identity profile CF

show idmgr SEC, ISG

show idprom CF

show ima interface atm ATM

show interface bundle CBL

show interface cable CBL

show interface cable admission-control reservation CBL

show interface cable cable-monitor CBL

show interface cable downstream CBL

show interface cable dsg downstream CBL

show interface cable dsg downstream tg CBL

show interface cable dynamic-service statistics CBL

show interface cable intercept CBL

show interface cable mac-scheduler CBL

show interface cable modem CBL

show interface cable monitor CBL

show interface cable multicast-sessions CBL

show interface cable packetcable statistics CBL

show interface cable privacy CBL

show interface cable qos paramset CBL

show interface cable service-flow CBL

show interface cable sid CBL

show interface cable signal-quality CBL

show interface cable upstream CBL

show interface cable upstream debug CBL

show interface cbr ATM

show interface dampening IRI

show interface dspfarm VR

show interface gigabitethernet CBL

show interface history IR

show interface integrated-cable CBL

show interface integrated-cable queue CBL

show interface mac IAP

show interface modular-cable CBL

show interface modular-cable accounting CBL

show interface modular-cable description CBL

show interface modular-cable dlm CBL

show interface modular-cable downstream CBL

show interface modular-cable intercept CBL

show interface modular-cable multicast-sessions CBL

show interface modular-cable stats CBL

show interface modular-cable summary CBL

show interface modular-cable switching CBL

show interface monitor ISG

show interface multicast-gcr CBL

show interface port-channel CBL

show interface precedence IAP

show interface pseudowire MP

show interface rf-status CBL

show interface sbc SBCD

show interface sdcc IR

show interface stats ISW

show interface tunnel configuration MP

show interface virtual-access SEC

show interface virtual-ethernet MP

show interface wideband-cable CBL

show interface wideband-cable multicast-sessions CBL

show interface wideband-cable queue CBL

show interface xtagatm MP

show interfaces IR

show interfaces accounting IR, IPV6

show interfaces analysis-module IR

show interfaces atm ATM

show interfaces bdi IR

show interfaces bri DIA

show interfaces cable-modem CBL, VR

show interfaces capabilities IR

show interfaces cem IR

show interfaces channel IBM

show interfaces content-engine IR

show interfaces counters nonzero IR

show interfaces crb BR, IBM

show interfaces ctunnel IR

show interfaces debounce IR

show interfaces description IR

show interfaces ethernet IR

show interfaces fair-queue QOS

show interfaces fastethernet IR

show interfaces fddi IR

show interfaces flowcontrol IR

show interfaces gigabitethernet IR

show interfaces hssi IR

show interfaces integrated-service-engine IR

show eap registrations through show mvr source ports

show interfaces irb BR, IBM

show interfaces ism IR

show interfaces lex IR

show interfaces loopback IR

show interfaces port-channel IR

show interfaces port-channel etherchannel IR

show interfaces pos IR

show interfaces private-vlan mapping IR

show interfaces random-detect QOS

show interfaces rate-limit QOS

show interfaces satellite IR

show interfaces serial IR

show interfaces serial bchannel DIA

show interfaces sm IR

show interfaces status IR

show interfaces summary IR

show interfaces switching ISW

show interfaces switchport IR

show interfaces switchport backup IR

show interfaces tokenring IR

show interfaces tokenring (IBM) BR, IBM

show interfaces transceiver IR

show interfaces trunk IR

show interfaces tunnel IR

show interfaces ucse IR

show interfaces unidirectional IR

show interfaces vg-anylan IR

show interfaces virtual-access VPD, DIA

show interfaces vlan mapping IR

show interfaces vlan mapping through show scp IR

show interfaces wlan-controller IR

show inventory CF

show ip access-lists SEC

show ip accounting IAP

show ip admission SEC

show ip aliases IAD

show ip arp IAD

show ip arp inspection IAD

show ip arp inspection log IAD

show ip arp poll IAD

show ip arp vrf CBL

show ip as-path-access-list BGP

show ip audit configuration SEC

show ip audit interface SEC

show ip audit statistics SEC

show ip auth-proxy SEC

show ip auth-proxy watch-list SEC

show ip bgp BGP, HA

show ip bgp bmp BGP

show ip bgp all dampening BGP

show ip bgp cidr-only BGP

show ip bgp cluster-ids BGP

show ip bgp community BGP

show ip bgp community-list BGP

show ip bgp dampened-paths BGP

show ip bgp dampening dampened-paths BGP

show ip bgp dampening flap-statistics BGP

show ip bgp dampening parameters BGP

show ip bgp extcommunity-list BGP

show ip bgp filter-list BGP

show ip bgp flap-statistics BGP

show ip bgp inconsistent-as BGP

show ip bgp injected-paths BGP

show ip bgp ipv4 BGP

show ip bgp ipv4 multicast BGP

show ip bgp ipv4 multicast summary BGP

show ip bgp ipv6 multicast BGP

show ip bgp ipv6 unicast BGP

show ip bgp l2vpn BGP, MP

show ip bgp labels MP, SEC

show ip bgp neighbors BGP, MP, HA

show ip bgp path-attribute discard BGP

show ip bgp path-attribute unknown BGP

show ip bgp paths BGP

show ip bgp peer-group BGP

show ip bgp quote-regexp BGP

show ip bgp regexp BGP

show ip bgp replication BGP

show ip bgp rib-failure BGP

show ip bgp rpki servers BGP

show ip bgp rpki table BGP

show ip bgp rtfilter BGP

show ip bgp summary BGP

show ip bgp template peer-policy BGP

show ip bgp template peer-session BGP

show ip bgp topology MTR

show ip bgp unicast route-server BGP

show ip bgp update-group BGP

show ip bgp vpnv4 BGP, MP, HA

show ip bgp vpnv4 all dampening BGP

show ip bgp vpnv4 all sso summary BGP, HA

show ip bgp vpnv6 unicast all dampening BGP

show ip cache ISW

show ip cache flow NF

show ip cache flow aggregation NF

show ip cache policy IRI

show ip cache verbose flow NF

show ip cache verbose flow aggregation NF

show ip casa affinities IAP

show ip casa oper IAP

show ip casa stats IAP

show ip casa wildcard IAP

show ip cef ISW

show ip cef exact-route ISW

show ip cef adjacency ISW

show ip cef epoch ISW

show ip cef events ISW

show ip cef exact-route ISW

show eap registrations through show mvr source ports

show ip cef inconsistency ISW

show ip cef non-recursive ISW

show ip cef platform ISW, IRI

show ip cef summary ISW

show ip cef switching statistics ISW

show ip cef traffic prefix-length ISW

show ip cef tree ISW

show ip cef unresolved ISW

show ip cef vlan ISW

show ip cef vrf ISW

show ip cef with epoch ISW

show ip cef with source ISW

show ip community-list BGP

show ip ddns update IAD

show ip ddns update method IAD

show ip device tracking SEC

show ip dfp SLB

show ip dhcp binding IAD

show ip dhcp conflict IAD

show ip dhcp database IAD

show ip dhcp import IAD

show ip dhcp limit lease IAD

show ip dhcp pool IAD

show ip dhcp relay information trusted-sources IAD

show ip dhcp server statistics IAD

show ip dhcp snooping IAD

show ip dhcp snooping binding IAD

show ip dhcp snooping database IAD

show ip dhcp vrf IAD

show ip dns name-list IAD

show ip dns primary IAD

show ip dns statistics IAD

show ip dns view IAD

show ip dns view-list IAD

show ip dvmrp route IMC

show ip dvmrp route through show ip sdr IMC

show ip eigrp accounting EIGRP

show ip eigrp events EIGRP

show ip eigrp interfaces EIGRP

show ip eigrp neighbors EIGRP

show ip eigrp topology EIGRP, MTR

show ip eigrp traffic EIGRP

show ip eigrp vrf accounting EIGRP

show ip eigrp vrf interfaces EIGRP

show ip eigrp vrf neighbors EIGRP

show ip eigrp vrf topology EIGRP

show ip eigrp vrf traffic EIGRP

show ip explicit-paths MP

show ip extcommunity-list BGP

show ip flow export NF

show ip flow top NF

show ip flow top-talkers NF

show ip helper-address IAP

show ip host-list IAD

show ip http client HTTPS

show ip http client connection HTTPS

show ip http client cookie HTTPS, BBA

show ip http client history HTTPS

show ip http client secure status HTTPS

show ip http client session-module HTTPS

show ip http help-path HTTPS

show ip http server HTTPS

show ip http server secure status HTTPS

show ip icmp rate-limit IAP

show ip igmp groups IMC

show ip igmp interface IMC

show ip igmp membership IMC

show ip igmp snooping IMC

show ip igmp snooping explicit-tracking IMC

show ip igmp snooping filter IMC

show ip igmp snooping mrouter IMC

show ip igmp snooping rate-limit IMC

show eap registrations through show mvr source ports

show ip igmp snooping statistics IMC

show ip igmp ssm-mapping IMC

show ip igmp static-group class-map IMC

show ip igmp udlr IMC

show ip inspect SEC

show ip inspect ha SEC

show ip interface IAD, SEC, IR

show ip interface (MTR) MTR

show ip interface brief CBL

show ip interface unnumbered IAD

show ip interface virtual-access DIA

show ip ips SEC

show ip ips auto-update SEC

show ip ips category SEC

show ip ips event-action-rules SEC

show ip ips sig-clidelta SEC

show ip ips signature-category SEC

show ip irdp IAD

show ip iscsi name MWG

show ip iscsi session MWG

show ip iscsi stats MWG

show ip iscsi target MWG

show ip lisp LISP

show ip lisp database LISP

show ip lisp forwarding LISP

show ip lisp instance-id LISP

show ip lisp locator-table LISP

show ip lisp map-cache LISP

show ip lisp route-import LISP

show ip lisp statistics LISP

show ip local policy IRI

show ip local pool DIA

show ip masks IAD

show ip mcache IMC

show ip mds forwarding ISW

show ip mds forwarding through show monitor event-trace merged-list ISW

show eap registrations through show mvr source ports     istrations through show mvr source ports

show ip mds interface ISW

show ip mds stats ISW

show ip mds summary ISW

show ip mfib IMC

show ip mfib active IMC

show ip mfib count IMC

show ip mfib interface IMC

show ip mfib route IMC

show ip mfib status IMC

show ip mfib summary IMC

show ip mobile aaa requests host IMO

show ip mobile binding IMO, MWH

show ip mobile cdma ipsec MWP

show ip mobile cdma ipsec profile MWP

show ip mobile globals IMO, MWH

show ip mobile host IMO, MWH

show ip mobile interface IMO

show ip mobile mobile-networks IMO

show ip mobile proxy IMO, MWP

show ip mobile router IMO

show ip mobile router agent IMO

show ip mobile router interface IMO

show ip mobile router registration IMO

show ip mobile router traffic IMO

show ip mobile secure IMO, MWH, MWP

show ip mobile traffic IMO, MWH, MWP

show ip mobile tunnel IMO, MWH

show ip mobile violation IMO, MWH, MWP

show ip mobile visitor IMO, MWP

show ip mobile vpn-realm IMO

show ip mpacket IMC

show ip mr proxy IMC

show ip mrib client IMC

show ip mrib route IMC

show ip mrib route summary IMC

show ip mrm interface IMC

show eap registrations through show mvr source ports

show ip mrm manager IMC

show ip mrm status-report IMC

show ip mroute IMC

show ip msdp count IMC

show ip msdp peer IMC

show ip msdp rpf-peer IMC

show ip msdp sa-cache IMC

show ip msdp summary IMC

show ip multicast IMC

show ip multicast interface IMC

show ip multicast mpls vif MP

show ip multicast redundancy state IMC

show ip multicast redundancy statistics IMC

show ip multicast rpf tracked IMC

show ip multicast topology IMC

show ip nat limits all-host IAD

show ip nat limits all-vrf IAD

show ip nat nvi statistics IAD

show ip nat nvi translations IAD

show ip nat redundancy IAD

show ip nat statistics IAD

show ip nat translations IAD

show ip nat translations redundancy IAD

show ip nat translations rsvp QOS

show ip nbar attribute QOS

show ip nbar link-age QOS

show ip nbar pdlm QOS

show ip nbar port-map QOS

show ip nbar protocol activated QOS

show ip nbar protocol-attribute QOS

show ip nbar protocol-discovery QOS

show ip nbar protocol-id QOS

show ip nbar protocol-pack QOS

show ip nbar resources flow QOS

show ip nbar statistics QOS

show ip nbar trace QOS

show ip nbar unclassified-port-stats QOS

show ip nbar version QOS

show ip nhrp IAD

show ip nhrp group-map IAD

show ip nhrp multicast IAD

show ip nhrp nhs IAD, SEC

show ip nhrp summary IAD

show ip nhrp traffic IAD

show ip ospf OSPF

show ip ospf border-routers OSPF

show ip ospf database OSPF

show ip ospf database opaque-area MP

show ip ospf events OSPF

show ip ospf fast-reroute OSPF

show ip ospf flood-list OSPF

show ip ospf interface OSPF, MTR

show ip ospf max-metric OSPF

show ip ospf mpls ldp interface MP

show ip ospf mpls traffic-eng MP

show ip ospf multi–area OSPF

show ip ospf neighbor OSPF

show ip ospf nsf OSPF, HA

show ip ospf nsr OSPF

show ip ospf request-list OSPF

show ip ospf retransmission-list OSPF

show ip ospf rib OSPF

show ip ospf sham-links OSPF

show ip ospf statistics OSPF

show ip ospf summary-address OSPF

show ip ospf timers rate-limit OSPF

show ip ospf topology-info MTR

show ip ospf traffic OSPF

show ip ospf virtual-links OSPF

show ip pgm host defaults IMC

show ip pgm host sessions IMC

show ip pgm host traffic IMC

show ip pgm router IMC

show ip pim boundary IMC

show ip pim bsr-router IMC

show ip pim interface IMC

show ip pim mdt bgp IMC

show ip pim mdt history IMC

show ip pim mdt receive IMC

show ip pim mdt send IMC

show ip pim neighbor IMC

show ip pim rp IMC

show ip pim rp mapping IMC

show ip pim rp-hash IMC

show ip pim rp-hash (BSR) IMC

show ip pim snooping IMC

show ip pim tunnel IMC

show ip pim vc IMC

show ip policy IRI

show ip policy-list BGP

show ip port-map SEC

show ip portbundle ip ISG

show ip portbundle status ISG

show ip prefix-list BGP

show ip protocols IRI

show ip protocols topology MTR

show ip protocols vrf MP

show ip redirects IAP

show ip rip database RIP

show ip rip neighbors RIP

show ip route BGP, IRI, MP

show ip route dhcp IAD

show ip route loops IRI

show ip route multicast MTR

show ip route profile IRI

show ip route summary IRI

show ip route supernets-only IRI

show ip route tag EIGRP, IRI

show ip route topology MTR

show ip route track-table IRI

show ip route vrf BGP, IRI, MP, MWH

show ip rpf IMC

show ip rpf events IMC

show ip rpf select IMC

show ip rsvp QOS

show ip rsvp aggregation ip QOS

show ip rsvp aggregation ip endpoints QOS

show ip rsvp atm-peak-rate-limit QOS

show ip rsvp authentication QOS

show ip rsvp counters QOS

show ip rsvp counters state teardown QOS

show ip rsvp fast bw-protect MP, QOS

show ip rsvp fast detail MP, QOS

show ip rsvp fast-reroute QOS

show ip rsvp fast-reroute bw-protect QOS

show ip rsvp fast-reroute detail QOS

show ip rsvp hello MP, QOS

show ip rsvp hello bfd nbr MP

show ip rsvp hello bfd nbr detail MP

show ip rsvp hello bfd nbr summary MP

show ip rsvp hello client lsp detail QOS

show ip rsvp hello client lsp summary QOS

show ip rsvp hello client lsp summary through show lane qos database QOS

show ip rsvp hello client nbr detail QOS

show ip rsvp hello client neighbor detail QOS

show ip rsvp hello client neighbor summary QOS

show ip rsvp hello graceful-restart QOS

show ip rsvp hello instance detail MP, QOS

show ip rsvp hello instance summary MP, QOS

show ip rsvp hello statistics MP, QOS

show ip rsvp high-availability counters QOS, HA

show ip rsvp high-availability database MP, QOS

show ip rsvp high-availability summary QOS

show ip rsvp host MP, QOS

show ip rsvp host vrf QOS

show ip rsvp ingress QOS

show ip rsvp installed QOS

show ip rsvp interface QOS

show ip rsvp interface detail MP, QOS, HA

show ip rsvp listeners QOS

show ip rsvp neighbor QOS

show ip rsvp p2mp counters QOS

show ip rsvp policy QOS

show ip rsvp policy cops QOS

show ip rsvp policy identity QOS

show ip rsvp policy local QOS

show ip rsvp policy vrf QOS

show ip rsvp precedence QOS

show ip rsvp request QOS

show ip rsvp reservation QOS

show ip rsvp sbm QOS

show ip rsvp sender QOS

show ip rsvp signalling QOS

show ip rsvp signalling blockade QOS

show ip rsvp signalling fast-local-repair QOS

show ip rsvp signalling rate-limit QOS

show ip rsvp signalling refresh QOS

show ip rsvp snooping QOS

show ip rsvp tos QOS

show ip rsvp transport QOS

show ip rsvp transport sender QOS

show ip rtp header-compression QOS

show ip rtp header-compression (mobile wireless) MWR

show ip sap IMC

show ip sctp association list IAP

show ip sctp association parameters IAP

show ip sctp association statistics IAP

show ip sctp errors IAP

show ip sctp instances IAP

show ip sctp statistics IAP

show ip sdee SEC

show ip sdr IMC

show ip sla application SLA

show ip sla authentication SLA

show ip sla auto discovery SLA

show ip sla auto endpoint-list SLA

show ip sla auto group SLA

show ip sla auto schedule SLA

show ip sla auto summary-statistics SLA

show ip sla auto template SLA

show ip sla configuration SLA

show ip sla endpoint-list SLA

show ip sla enhanced-history collection-statistics SLA

show ip sla enhanced-history distribution-statistics SLA

show ip sla ethernet-monitor configuration SLA

show ip sla event-publisher SLA

show ip sla group schedule SLA

show ip sla history SLA

show ip sla history interval SLA

show ip sla monitor application SLA

show ip sla monitor authentication SLA

show ip sla monitor collection-statistics SLA

show ip sla monitor configuration SLA

show ip sla monitor distributions-statistics SLA

show ip sla monitor enhanced-history collection-statistics SLA

show ip sla monitor enhanced-history distribution-statistics SLA

show ip sla monitor group schedule SLA

show ip sla monitor history SLA

show ip sla monitor mpls-lsp-monitor collection-statistics SLA

show ip sla monitor mpls-lsp-monitor configuration SLA

show ip sla monitor mpls-lsp-monitor lpd operational-state SLA

show ip sla monitor mpls-lsp-monitor neighbors SLA

show ip sla monitor mpls-lsp-monitor scan-queue SLA

show ip sla monitor mpls-lsp-monitor summary SLA

show ip sla monitor reaction-configuration SLA

show ip sla monitor reaction-trigger SLA

show ip sla monitor responder SLA

show ip sla monitor statistics SLA

show ip sla monitor statistics aggregated SLA

show ip sla monitor totals-statistics SLA

show ip sla mpls-lsp-monitor collection-statistics SLA

show ip sla mpls-lsp-monitor configuration SLA

show ip sla mpls-lsp-monitor lpd operational-state SLA

show ip sla mpls-lsp-monitor neighbors SLA

show ip sla mpls-lsp-monitor scan-queue SLA

show ip sla mpls-lsp-monitor summary SLA

show ip sla profile video SLA

show ip sla reaction-configuration SLA

show ip sla reaction-trigger SLA

show ip sla responder SLA

show ip sla statistics SLA

show ip sla statistics aggregated SLA

show ip sla summary SLA

show ip sla twamp connection SLA

show ip sla twamp session SLA

show ip sla twamp standards SLA

show ip slb conns SLB

show ip slb dfp SLB

show ip slb firewallfarm SLB

show ip slb fragments SLB

show ip slb gtp SLB

show ip slb map SLB

show ip slb natpool SLB

show ip slb probe SLB

show ip slb reals SLB

show ip slb replicate SLB

show ip slb serverfarms SLB

show ip slb sessions SLB

show ip slb static SLB

show ip slb stats SLB

show ip slb sticky SLB

show ip slb vservers SLB

show ip slb wildcard SLB

show ip snat IAD

show ip sockets IAP, IPV6

show ip sockets through show sockets IAP

show ip source binding IAD

show ip source-track SEC

show ip source-track export flows SEC

show ip ssh SEC

show ip static route IRI, MTR

show ip static route bfd IRI, MTR

show ip static route summary MTR

show ip subscriber ISG

show ip tcp header-compression IAP, QOS

show ip through show rtr SLA

show ip traffic IAP, ISW

show ip traffic (MTR) MTR

show ip traffic-engineering MP

show ip traffic-engineering configuration MP

show ip traffic-engineering routes MP

show ip traffic-engineering routes through show mpls memory MP

show ip traffic-export SEC

show ip trigger-authentication SEC

show ip trm config SEC

show ip trm subscription status SEC

show ip urlfilter SEC

show ip urlfilter cache SEC

show ip urlfilter config SEC

show ip verify source IAD

show ip virtual-reassembly SEC

show ip vrf MP, QOS

show ip wccp IAP

show ip wccp global counters IAP

show ip wccp web-caches IAP

show ipc IR

show ipc hog-info IR

show ipc sctp MWP

show ipdr collector CBL

show ipdr exporter CBL

show ipdr session CBL

show ipdr session collector CBL

show ipdr session template CBL

show iphc-profile QOS

show ipv6 access-list IPV6, SEC

show ipv6 cef IPV6

show ipv6 cef adjacency IPV6

show ipv6 cef events IPV6

show ipv6 cef exact-route IPV6

show ipv6 cef neighbor discovery throttling IPV6

show ipv6 cef non-recursive IPV6

show ipv6 cef platform IPV6

show ipv6 cef summary IPV6

show ipv6 cef switching statistics IPV6

show ipv6 cef traffic prefix-length IPV6

show ipv6 cef tree IPV6

show ipv6 cef unresolved IPV6

show ipv6 cef vrf IPV6, MP

show ipv6 cef with epoch ISW, IPV6

show ipv6 cef with source ISW, IPV6

show ipv6 cga address-db IPV6, SEC

show ipv6 cga modifier-db IPV6, SEC

show ipv6 destination-guard policy IPV6

show ipv6 dhcp IAD, IPV6

show ipv6 dhcp binding IAD, IPV6

show ipv6 dhcp conflict IAD, IPV6

show ipv6 dhcp database IAD, IPV6

show ipv6 dhcp guard policy IAD, IPV6

show ipv6 dhcp interface IAD, IPV6

show ipv6 dhcp pool IAD, IPV6

show ipv6 dhcp relay binding IAD, IPV6

show ipv6 dhcp route IAD

show ipv6 dhcp-ldra IAD

show ipv6 eigrp events IPV6, EIGRP

show ipv6 eigrp interfaces IPV6, EIGRP

show ipv6 eigrp neighbors IPV6, EIGRP

show ipv6 eigrp topology IPV6, EIGRP

show ipv6 eigrp traffic IPV6, EIGRP

show ipv6 flow cache aggregation IPV6

show ipv6 flow export IPV6

show ipv6 general-prefix IPV6

show ipv6 inspect IPV6, SEC

show ipv6 interface IPV6

show ipv6 lisp LISP

show ipv6 lisp database LISP

show ipv6 lisp forwarding LISP

show ipv6 lisp instance-id LISP

show ipv6 lisp locator-table LISP

show ipv6 lisp map-cache LISP

show ipv6 lisp route-import LISP

show ipv6 lisp statistics LISP

show ipv6 local pool IPV6

show ipv6 mfib IPV6, IMC

show ipv6 mfib active IPV6, IMC

show ipv6 mfib count IPV6, IMC

show ipv6 mfib global IPV6, IMC

show ipv6 mfib instance IPV6, IMC

show ipv6 mfib interface IPV6, IMC

show ipv6 mfib route IPV6, IMC

show ipv6 mfib status IPV6, IMC

show ipv6 mfib summary IPV6, IMC

show ipv6 mld groups IPV6, IMC

show ipv6 mld groups summary IPV6, IMC

show ipv6 mld host-proxy IPV6, IMC

show ipv6 mld interface IPV6, IMC

show ipv6 mld snooping IPV6, IMC

show ipv6 mld ssm-map IPV6, IMC

show ipv6 mld traffic IPV6, IMC

show ipv6 mobile binding IPV6

show ipv6 mobile globals IPV6

show ipv6 mobile home-agents IPV6

show ipv6 mobile host groups IPV6

show ipv6 mobile pmipv6 lma binding IMO

show ipv6 mobile pmipv6 lma globals IMO

show ipv6 mobile pmipv6 lma stats IMO

show ipv6 mobile pmipv6 lma tunnel IMO

show ipv6 mobile pmipv6 mag binding IMO

show ipv6 mobile pmipv6 mag globals IMO

show ipv6 mobile pmipv6 mag stats IMO

show ipv6 mobile router IPV6

show ipv6 mobile traffic IPV6

show ipv6 mobile tunnels IPV6

show ipv6 mrib client IPV6, IMC

show ipv6 mrib route IPV6, IMC

show ipv6 mroute IPV6, IMC

show ipv6 mroute active IPV6, IMC

show ipv6 mtu IPV6

show ipv6 nat statistics IAD, IPV6

show ipv6 nat translations IAD, IPV6

show ipv6 nd destination IPV6

show ipv6 nd on-link prefix IPV6

show ipv6 nd ra session ISG

show ipv6 nd raguard counters IPV6, SEC

show ipv6 nd raguard policy IPV6, SEC

show ipv6 nd secured certificates IPV6, SEC

show ipv6 nd secured counters interface IPV6, SEC

show ipv6 nd secured nonce-db IPV6, SEC

show ipv6 nd secured solicit-db IPV6, SEC

show ipv6 nd secured timestamp-db IPV6, SEC

show ipv6 neighbor binding IPV6

show ipv6 neighbors IPV6

show ipv6 nhrp IPV6

show ipv6 nhrp multicast IPV6

show ipv6 nhrp nhs IPV6

show ipv6 nhrp summary IPV6

show ipv6 nhrp traffic IPV6

show ipv6 ospf IPV6, OSPF, IMO

show ipv6 ospf border-routers IPV6

show ipv6 ospf database IPV6

show ipv6 ospf event IPV6

show ipv6 ospf flood-list IPV6

show ipv6 ospf graceful-restart IPV6

show ipv6 ospf interface IPV6, IR, IMO

show ipv6 ospf neighbor IPV6

show ipv6 ospf request-list IPV6

show ipv6 ospf retransmission-list IPV6

show ipv6 ospf statistics IPV6

show ipv6 ospf summary-prefix IPV6

show ipv6 ospf timers rate-limit IPV6

show ipv6 ospf traffic IPV6, OSPF

show ipv6 ospf virtual-links IPV6

show ipv6 pim bsr IPV6, IMC

show ipv6 pim df IPV6, IMC

show ipv6 pim df winner IPV6, IMC

show ipv6 pim group-map IPV6, IMC

show ipv6 pim interface IPV6, IMC

show ipv6 pim join-prune statistic IPV6, IMC

show ipv6 pim limit IPV6, IMC

show ipv6 pim neighbor IPV6, IMC

show ipv6 pim range-list IPV6, IMC

show ipv6 pim topology IPV6, IMC

show ipv6 pim traffic IPV6, IMC

show ipv6 pim tunnel IPV6, IMC

show ipv6 policy IPV6, IRI

show ipv6 port-map IPV6, SEC

show ipv6 prefix-list IPV6, SEC

show ipv6 protocols IPV6

show ipv6 rip IPV6

show ipv6 route IPV6, IRI

show ipv6 route shortcut IPV6, IRI

show ipv6 route summary IPV6, IRI

show ipv6 route tag EIGRP, IRI

show ipv6 route vrf IPV6, IRI, MP

show ipv6 routers IPV6

show ipv6 rpf IPV6, IMC

show ipv6 snooping capture-policy IPV6, SEC

show ipv6 snooping counters IPV6, SEC

show ipv6 snooping features IPV6, SEC

show ipv6 snooping policies IPV6, SEC

show ipv6 source-guard policy IPV6

show ipv6 spd IPV6, SEC

show ipv6 static IPV6

show ipv6 through udp-port IMC

show ipv6 traffic IPV6

show ipv6 tunnel IPV6

show ipv6 virtual-reassembly IPV6, SEC

show ipv6 virtual-reassembly features IPV6, SEC

show ipv6 wccp IPV6

show ipv6 wccp global counters IPV6

show ipx access-list IPX

show ipx accounting IPX

show ipx cache IPX

show ipx compression DIA

show ipx eigrp interfaces IPX

show ipx eigrp neighbors IPX

show ipx eigrp topology IPX

show ipx eigrp traffic IPX

show ipx interface IPX

show ipx nasi connections IPX

show ipx nhrp IPX

show ipx nhrp traffic IPX

show ipx nlsp database IPX

show ipx nlsp neighbors IPX

show ipx nlsp spf-log IPX

show ipx route IPX

show ipx servers IPX

show ipx spx-protocol DIA

show ipx spx-spoof IPX

show ipx traffic IPX

show isdn DIA

show isdn nfas group DIA

show isis database IRS, IPV6

show isis database verbose IRS, MP

show isis fast-reroute IRS, IRI

show isis hostname IRS

show isis ip rib IRS

show isis ipv6 rib IPV6

show isis lsp-log IRS

show isis mpls ldp MP

show isis mpls traffic-eng adjacency-log MP

show isis mpls traffic-eng advertisements MP

show isis mpls traffic-eng downstream-tree MP

show isis mpls traffic-eng tunnel MP

show isis neighbors IRS, MTR

show isis nsf IRS, HA

show isis rib IRS

show isis rib redistribution IRS

show isis route ISO

show isis spf-log IRS, IPV6

show isis topology IRS, IPV6

show issu HA

show issu clients MP, HA

show issu comp-matrix HA

show issu entities MP, HA

show issu message types MP, HA

show issu negotiated MP, HA

show issu outage HA

show issu patch HA

show issu platform img-dnld HA

show issu rollback timer HA

show issu sessions MP, HA

show issu state HA

show iua as VR

show iua asp VR

show kerberos creds SEC

show key chain IRI, IPV6

show keymap TSV

show kron schedule CNS

show l2cac WAN

show l2fib WAN

show l2protocol-tunnel IR

show l2tp class VPD

show l2tp counters VPD

show l2tp memory VPD

show l2tp redundancy VPD

show l2tp session VPD, IPV6

show l2tp tunnel VPD, IPV6

show l2tun WAN

show l2tun counters tunnel l2tp WAN

show l2tun session WAN, IPV6

show l2tun tunnel WAN

show l2vpn atom binding MP

show l2vpn atom checkpoint MP

show l2vpn atom hw-capability MP

show l2vpn atom memory MP

show l2vpn atom pwid MP

show l2vpn atom static-oam MP

show l2vpn atom summary MP

show l2vpn atom vc MP

show l2vpn pwmib MP

show l2vpn rib MP

show l2vpn service MP

show l2vpn signaling rib MP

show l2vpn vfi MP

show l3-mgr IR

show l3vpn encapsulation ip IR

show l4f WAN

show lacp IR, CE

show lane ATM

show lane bus ATM

show eap registrations through show mvr source ports

show lane bus through vc-class atm ATM

show lane client ATM

show lane config ATM

show lane database ATM

show lane default-atm-addresses ATM

show lane le-arp ATM

show lane neighbor ATM

show lane qos database QOS

show lane server ATM

show lat advertised TSV

show lat groups TSV

show lat nodes TSV

show lat services TSV

show lat sessions TSV

show lat traffic TSV

show ldap attributes SEC

show ldap server SEC

show license CSA

show license call-home CSA

show license right-to-use CSA

show license statistics CSA

show license through snmp-server host CSA

show line TSV

show line async-queue DIA

show line autodetect TSV

show line x121-address WAN

show link state group IR

show lisp LISP

show lisp ddt LISP

show lisp locator-table LISP

show lisp site LISP

show llc2 IBM

show lldp CE

show lnm bridge BR, IBM

show lnm config BR, IBM

show lnm interface BR, IBM

show lnm ring BR, IBM

show lnm station BR, IBM

show local-ack IBM

show location CF

show logging CF

show logging count CF

show logging history CF

show logging ip access-list IAD, SEC

show logging persistent ESM

show logging system CF

show logging xml CF

show login SEC

show mab SEC

show mac access-group interface SEC

show mac-address-table SEC, LSW

show mac-address-table aging-time LSW

show mac-address-table dynamic IR, LSW

show mac-address-table learning LSW

show mac-address-table static LSW

show mace metrics WAN

show management event SNMP

show management expression SNMP

show management-interface SEC

show mcsa statistics IMO

show mdf EMM

show mdns cache IAD, WAN

show mdns requests IAD, WAN

show mdns statistics IAD, WAN

show mdr download image HA

show media resource status VR

show mediacard VR

show mediatrace flow-specifier MM

show mediatrace initiator MM

show mediatrace path-specifier MM

show mediatrace profile perf-monitor MM

show mediatrace profile system MM

show mediatrace responder app-health MM

show mediatrace responder sessions MM

show mediatrace session MM

show mediatrace session-params MM

show memory CF

show memory allocating-process CF

show memory dead CF

show memory debug incremental DB, CF

show memory debug leaks DB, CF

show memory debug references DB, CF

show memory debug unused DB, CF

show memory detailed CF

show memory ecc CF

show memory events CF

show memory failures alloc CF

show memory fast CF

show memory fragment CF

show memory lite-chunks CF

show memory multibus CF

show memory pci CF

show memory processor CF

show memory scan CF

show memory statistics history CF

show memory traceback CF

show memory transient CF

show metadata MD

show metadata application table QOS, MD

show metadata flow QOS, MD

show mgcp VR

show mgcp connection VR

show mgcp endpoint VR

show mgcp nas VR

show mgcp profile VR

show mgcp srtp VR

show mgcp statistics VR

show microcode CF

show mlrib common log WAN

show mlrib layer2 log WAN

show mls acl inconsistency SEC

show mls asic IR

show mls cef ISW

show mls cef adjacency ISW

show mls cef exact-route ISW

show mls cef exception ISW

show mls cef hardware ISW

show mls cef inconsistency ISW

show mls cef ip ISW

show mls cef ip multicast ISW

show mls cef ipv6 ISW, IPV6

show mls cef ipx ISW

show mls cef logging ISW

show mls cef lookup ISW

show mls cef mac ISW

show mls cef maximum-routes ISW

show mls cef mpls ISW

show mls cef mpls exact-route MP

show mls cef rpf ISW

show mls cef statistics ISW

show mls cef summary ISW

show mls cef vrf ISW

show mls df-table LSW

show mls ip IR

show mls ip cef rpf-table ISW

show mls ip multicast IMC

show mls ip multicast bidir IMC

show mls ip multicast rp-mapping IMC

show mls ip multicast sso IMC

show mls ip non-static ISW, NF

show mls ip routes ISW, NF

show mls ip static ISW, NF

show mls ip statistics ISW

show mls ipx IR

show mls masks LSW

show mls nde NF

show mls netflow NF

show mls netflow ip NF

show mls netflow ip dynamic NF

show mls netflow ip routes NF

show mls netflow ip sw-installed NF

show mls netflow ipv6 NF, IPV6

show mls netflow ipx NF

show mls qos QOS

show mls qos aggregate policer QOS

show mls qos free-agram QOS

show mls qos interface QOS

show mls qos maps QOS

show mls qos mpls QOS

show mls qos protocol QOS

show mls qos queuing interface QOS

show mls qos statistics-export info QOS

show mls qos through wrr-queue threshold QOS

show mls rate-limit SEC

show mls rp LSW

show mls rp interface LSW

show mls rp ip multicast LSW

show mls rp ipx LSW

show mls rp vtp-domain LSW

show mls sampling NF

show mls statistics CF

show mls table-contention ISW

show mmls igmp explicit-tracking LSW

show mmls msc LSW

show mobility IR

show modem DIA

show modem at-mode DIA

show modem bundled-firmware DIA

show modem call-stats DIA

show modem calltracker DIA

show modem configuration DIA

show modem configuration (pvdm2) DIA

show modem connect-speeds DIA

show modem cookie DIA

show modem csm DIA

show modem log DIA

show modem log (pvdm2) DIA

show modem mapping DIA

show modem mica DIA

show modem operational-status DIA

show modem operational-status (pvdm2) DIA

show modem relay statistics VR

show modem summary DIA

show modem test DIA

show modem version DIA

show modem version (pvdm2) DIA

show modem-pool DIA

show modemcap DIA

show module CF, IR

show monitor capture EPC

show monitor event-trace ISW, IRI, CF

show monitor event-trace adjacency ISW

show monitor event-trace cef ISW

show monitor event-trace cef events ISW

show monitor event-trace cef interface ISW

show monitor event-trace cef ipv4 ISW

show monitor event-trace cef ipv6 ISW, IPV6

show monitor event-trace continuous ISW

show monitor event-trace cpu-report ISW

show monitor event-trace dmvpn SEC

show monitor event-trace gdoi SEC, CF

show monitor event-trace hw-api ISW

show monitor event-trace merged-list ISW

show monitor event-trace sbc HA

show monitor event-trace sbc ha SBCD

show monitor event-trace vpn-mapper IPV6

show monitor permit list through show process memory CF

show monitor permit-list CF

show monitor session CF

show mpf cpu BBA

show mpf interface BBA

show mpf ip exact-route BBA

show mpf punt BBA

show mpls atm-ldp bindings MP

show mpls atm-ldp bindwait MP

show mpls atm-ldp capability MP

show mpls atm-ldp summary MP

show mpls cos-map MP

show mpls discovery vpn SLA

show mpls flow mappings MP

show mpls forwarding vrf MP

show mpls forwarding-table MP, IPV6

show mpls forwarding-table exact-route MP

show mpls infra lfd block-database MP

show mpls interfaces MP

show mpls ip binding MP

show mpls ip iprm counters MP, HA

show mpls ip iprm ldm MP, HA

show mpls ip iprm statistics MP

show mpls l2 vc detail MP

show mpls l2transport binding MP

show mpls l2transport checkpoint MP, WAN

show mpls l2transport hw-capability MP

show mpls l2transport static-oam MP

show mpls l2transport summary MP

show mpls l2transport vc MP

show mpls label range MP

show mpls ldp backoff MP

show mpls ldp bindings MP

show mpls ldp capabilities MP

show mpls ldp checkpoint MP

show mpls ldp discovery MP

show mpls ldp graceful-restart MP

show mpls ldp igp sync MP

show mpls ldp neighbor MP

show mpls ldp neighbor password MP

show mpls ldp nsr MP

show mpls ldp parameters MP

show mpls memory MP

show mpls mldp bindings IMC

show mpls mldp count IMC

show mpls mldp database IMC

show mpls mldp filter IMC

show mpls mldp ha count IMC

show mpls mldp ha database IMC

show mpls mldp ha neighbors IMC

show mpls mldp ha root IMC

show mpls mldp interface IMC

show mpls mldp label release IMC

show mpls mldp neighbors IMC

show mpls mldp root IMC

show mpls oam echo statistics MP

show mpls oam echo statistics through switching tlv MP

show mpls platform MP

show mpls prefix-map MP

show mpls static binding MP

show mpls static crossconnect MP

show mpls tp link-management admission-control failures MP

show mpls traffic tunnel backup MP

show mpls traffic-eng auto-tunnel backup MP

show mpls traffic-eng auto-tunnel mesh MP

show mpls traffic-eng auto-tunnel primary MP

show mpls traffic-eng autoroute MP

show mpls traffic-eng destination list MP

show mpls traffic-eng exp MP

show mpls traffic-eng fast-reroute database MP

show mpls traffic-eng fast-reroute log reroutes MP

show mpls traffic-eng forwarding path-set MP

show mpls traffic-eng forwarding statistics MP

show mpls traffic-eng forwarding-adjacency MP

show mpls traffic-eng link-management admission-control MP

show mpls traffic-eng link-management advertisements MP

show mpls traffic-eng link-management bandwidth-allocation MP

show mpls traffic-eng link-management igp-neighbors MP

show mpls traffic-eng link-management interfaces MP

show mpls traffic-eng link-management summary MP

show mpls traffic-eng lsp attributes MP

show mpls traffic-eng nsr MP

show mpls traffic-eng process-restart iprouting MP

show mpls traffic-eng topology MP

show mpls traffic-eng topology path MP

show mpls traffic-eng tunnels MP

show mpls traffic-eng tunnels statistics MP

show mpls traffic-eng tunnels summary MP

show mpls ttfib MP

show mpoa client ATM

show mpoa client cache ATM

show mpoa client statistics ATM

show mpoa default-atm-addresses ATM

show mpoa server ATM

show mpoa server cache ATM

show mpoa server statistics ATM

show mrcp client session active VR

show mrcp client session active through show sip dhcp VR

show mrcp client session history VR

show mrcp client statistics hostname VR

show msfc CF, IR

show mtm table MTR

show mux IMO

show mux cache IMO

show mux interface IMO

show mux profile IMO

show mvr LSW

show mvr groups LSW

show mvr interface LSW

show mvr members LSW

show mvr receiver ports LSW

show mvr source ports LSW

show eap registrations through show mvr source ports



# show mvrp interface through snmp-server enable traps ospf rate-limit

- Finding IOS Command Information, page 469
- show mvrp interface through snmp-server enable traps ospf rate-limit, page 472

# Finding IOS Command Information

**First Published: February 2008**

**Last Updated: January 2014**

This document contains a list of the commands supported in many different software releases and on many different platforms. Some of the commands may not be supported in your Cisco IOS software release. To search for a command, use the alphabet key at the top part of this document and then scroll down until you find the command of interest, or use the Find function in your web browser. To access the documentation for a particular command, click the link to the command reference designator to the right of the command name. This list is intended to be used online only.

Alternatively, you may search for commands using the Command Lookup Tool (https://tools.cisco.com/Support/CLILookup), where you will be prompted to provide your Cisco.com username and password.

*Table 14: Command Reference Designators*

| ANCP | Cisco IOS Access Node Control Protocol Command Reference |
|------|--------------------------------------------------------|
| ATK | Cisco IOS AppleTalk Command Reference |
| AN | Cisco IOS Autonomic Networking Command Reference |
| ATM | Cisco IOS Asynchronous Transfer Mode Command Reference |
| BBA | Cisco IOS Broadband Access Aggregation and DSL Command Reference |
| BGP | Cisco IOS IP Routing: BGP Command Reference |
| BR | Cisco IOS Bridging Command Reference |
| CE | Cisco IOS Carrier Ethernet Command Reference |

**Finding IOS Command Information**

| CF | Cisco IOS Configuration Fundamentals Command Reference |
|---|---|
| CSA | Cisco IOS Software Activation Command Reference |
| DB | Cisco IOS Debug Command Reference |
| DEC | Cisco IOS DECnet Command Reference |
| DIA | Cisco IOS Dial Technologies Command Reference |
| EIGRP | Cisco IOS IP Routing: EIGRP Command Reference |
| EM | Cisco IOS Embedded Menu Manager Command Reference |
| FHP | Cisco IOS First Hop Redundancy Protocols Command Reference |
| FNF | Cisco IOS Flexible NetFlow Command Reference |
| HA | Cisco IOS High Availability Command Reference |
| IAD | Cisco IOS IP Addressing Services Command Reference |
| IAP | Cisco IOS IP Application Services Command Reference |
| IBM | Cisco IOS IBM Networking Command Reference |
| IMC | Cisco IOS IP Multicast Command Reference |
| IMO | Cisco IOS IP Mobility Command Reference |
| IPV6 | Cisco IOS IPv6 Command Reference |
| IPX | Cisco IOS Novell IPX Command Reference |
| IR | Cisco IOS Interface and Hardware Component Command Reference |
| IRI | Cisco IOS IP Routing: Protocol-Independent Command Reference |
| IRS | Cisco IOS IP Routing: ISIS Command Reference |
| ISG | Cisco IOS Intelligent Services Gateway Command Reference |
| ISO | Cisco IOS ISO CLNS Command Reference |
| ISW | Cisco IOS IP Switching Command Reference |
| LISP | Cisco IOS IP Routing: LISP Command Reference |
| LSW | Cisco IOS LAN Switching Command Reference |
| MM | Cisco IOS Media Monitoring Command Reference |
| MP | Cisco IOS Multiprotocol Label Switching Command Reference |
| MSP | Cisco IOS Media Services Proxy Command Reference |
| MTR | Cisco IOS Multi-Topology Routing Command Reference |
| MWG | Cisco IOS Mobile Wireless Gateway GPRS Support Node Command Reference |
| MWH | Cisco IOS Mobile Wireless Home Agent Command Reference |
| MWP | Cisco IOS Mobile Wireless Radio Access Networking Command Reference |

| MWR | Cisco IOS Mobile Wireless Radio Access Networking Command Reference |
| NF | Cisco IOS NetFlow Command Reference |
| NM | Cisco IOS Network Management Command Reference |
| ODR | Cisco IOS IP Routing: ODR Command Reference |
| OER | Cisco IOS Optimized Edge Routing Command Reference |
| OSPF | Cisco IOS IP Routing: OSPF Command Reference |
| PFR | Cisco IOS Performance Routing Command Reference |
| QOS | Cisco IOS Quality of Service Solutions Command Reference |
| RIP | Cisco IOS IP Routing: RIP Command Reference |
| SAF | Cisco IOS Service Advertisement Framework Command Reference |
| SBCD | Cisco Unified Border Element (SP Edition) Command Reference: Distributed Model |
| SBCU | Cisco Unified Border Element (SP Edition) Command Reference: Unified Model |
| SEC | Cisco IOS Security Command Reference |
| SLA | Cisco IOS IP SLAs Command Reference |
| SLB | Cisco IOS Server Load Balancing Command Reference |
| SM | Cisco IOS Software Modularity Command Reference |
| SSG | Cisco IOS Service Selection Gateway Command Reference |
| TSV | Cisco IOS Terminal Services Command Reference |
| VPD | Cisco IOS VPDN Command Reference |
| VR | Cisco IOS Voice Command Reference |
| VS | Cisco IOS Virtual Switch Command Reference |
| WAN | Cisco IOS Wide-Area Networking Command Reference |
| WL | Cisco IOS Wireless LAN Command Reference |

# show mvrp interface through snmp-server enable traps ospf rate-limit

**S**

show mvrp interface LSW

show mvrp module LSW

show mvrp summary LSW

show mwi relay clients VR

show nat64 IAD

show nat64 adjacency IAD

show nat64 aliases IAD

show nat64 ha status IAD

show nat64 limits IAD

show nat64 map-t IAD

show nat64 mappings dynamic IAD

show nat64 pools IAD

show nat64 prefix stateless IAD

show nat64 prefix stateful IAD

show nat64 prefix stateless IAD

show nat64 routes IAD

show nat64 services IAD

show nat64 statistics IAD

show nat64 timeouts IAD

show nat64 translations IAD

show nat64 translations entry-type IAD

show nat64 translations redundancy IAD

show nat64 translations time IAD

show nat64 translations total IAD

show nat64 translations v4 IAD

show nat64 translations v6 IAD

show nat64 translations verbose IAD

show nbf cache DIA

show nbf sessions DIA

show ncia circuits IBM

show ncia client IBM

show ncia server IBM

show netbios-cache BR, IBM

show netconf CNS

show network-clocks ATM, IR

show nextport VR

show nextport vpd VR

show nhrp debug-condition IAD

show nhrp group-map IAD

show nls CBL

show nls ag-id CBL

show nls flow CBL

show nmsp CE

show node TSV

show ntp associations BSM, IPV6

show ntp info BSM

show ntp packets BSM

show ntp status BSM, IPV6

show num-exp VR

show object-group SEC

show odm-format XMLPI

show oer api client OER

show oer api provider OER

show oer border OER

show oer border active-probes OER

show oer border defined application OER

show oer border passive applications OER

show oer border passive cache OER

show oer border passive learn OER

show oer border passive prefixes OER

show oer border routes OER

show oer master OER

show oer master active-probes OER

show oer master appl OER

show oer master border OER

show oer master cost-minimization OER

show oer master defined application OER

show oer master learn list OER

show oer master link-group OER

show oer master nbar application OER

show oer master policy OER

show oer master prefix OER

show oer master traffic-class OER

show oer master traffic-class application nbar OER

show oer proxy OER

show ospfv3 border-routers IPV6

show ospfv3 database IPV6

show ospfv3 events IPV6

show ospfv3 flood-list IPV6

show ospfv3 graceful-restart IPV6

show ospfv3 interface IPV6

show ospfv3 max-metric IPV6

show ospfv3 neighbor IPV6

show ospfv3 request-list IPV6

show ospfv3 retransmission-list IPV6

show ospfv3 sham-links OSPF

show ospfv3 statistic IPV6

show ospfv3 summary-prefix IPV6

show ospfv3 timers rate-limit IPV6

show ospfv3 traffic IPV6

show ospfv3 virtual-links IPV6

show otv WAN

show otv adjacency WAN

show otv adjacency-server replication-list WAN

show otv arp-nd-cache WAN

show otv data-group WAN

show otv isis database WAN

show otv isis hostname WAN

show otv isis lsp-log WAN

show otv isis neighbors WAN

show otv isis nsf WAN

show otv isis protocol WAN

show otv isis rib WAN

show otv isis spf-log WAN

show otv isis vlan-database WAN

show otv log WAN

show otv mroute WAN

show otv route WAN

show otv site WAN

show otv statistics WAN

show otv summary WAN

show otv vlan WAN

show packetcable cms CBL

show packetcable event CBL

show packetcable gate CBL

show packetcable gate counter commit CBL

show packetcable gate ipv6 CBL

show packetcable gate multimedia CBL

show packetcable global CBL

show pagp CF, IR

show parameter-map type inspect SEC

show parameter-map type consent SEC

show parameter-map type consent through show users SEC

show parameter-map type inspect SEC

show parameter-map type inspect-global SEC

show parameter-map type inspect-vrf SEC

show parameter-map type inspect-zone SEC

show parameter-map type ooo global SEC

show parameter-map type protocol-info SEC

show parameter-map type regex SEC

show parameter-map type trend-global SEC

show parameter-map type urlf-glob SEC

show parameter-map type urlfilter SEC

show parameter-map type urlfpolicy SEC

show parameter-map type waas WAN

show parser dump CF

show parser macro CF

show parser statistics CF

show parser view SEC

show pas caim IR

show pas eswitch address IR

show pas i82543 interface IR

show pas isa controller IR

show pas isa interface IR

show pas vam controller IR

show pas vam interface IR

show pas y88e8k interface IR

show pci CF

show pci aim IR

show pci hardware CF

show perf-meas CF

show performance monitor aggregated MM

show performance monitor cache MM

show performance monitor clients MM

show performance monitor clock rate MM

show performance monitor history MM

show performance monitor status MM

show pfr api provider PFR

show pfr border PFR

show pfr border active-probes PFR

show pfr border defined application PFR

show pfr border passive applications PFR

show pfr border passive cache learned PFR

show pfr border passive learn PFR

show pfr border passive prefixes PFR

show pfr border routes PFR

show pfr border rsvp PFR

show pfr master PFR

show pfr master active-probes PFR

show pfr master appl PFR

show pfr master bandwidth-resolution PFR

show pfr master border PFR

show pfr master cost-minimization PFR

show pfr master defined application PFR

show pfr master exits PFR

show mvrp interface through snmp-server enable traps ospf rate-limit

show pfr master export statistics PFR

show pfr master learn list PFR

show pfr master link-group PFR

show pfr master nbar application PFR

show pfr master policy PFR

show pfr master prefix PFR

show pfr master statistics PFR

show pfr master target-discovery PFR

show pfr master traffic-class PFR

show pfr master traffic-class application nbar PFR

show pfr master traffic-class performance PFR

show pfr proxy PFR

show piafs status VR

show plat hardware qfp active feature ess state pppoe DIA

show platform CF, IR

show platform hardware qfp active feature ipsec SEC

show platform hardware qfp feature alg statistics sip IAD, SEC

show platform hardware qfp feature firewall SEC

show platform hardware qfp feature firewall datapath scb SEC

show platform software firewall SEC

show platform 6rd tunnel-endpt IPV6

show platform acl software-switched IR

show platform atom disp-tbl backup IR

show platform atom disp-tbl local-vc-label IR

show platform atom imp-tbl backup IR

show platform atom imp-tbl remote-vc-label IR

show platform atom tbl-summary IR

show platform bridge CF

show platform cfm CF

show platform diag CF, IR

show platform discover-devices IR

show platform dwdm alarm history IR

show platform flow FNF

show platform hardware acl entry global-qos QOS

show platform hardware acl entry interface MM

show platform hardware capacity CF, IR

Case 5:14-cv-05344-BLF    Document 615-26    Filed 11/08/16    Page 103 of 130

show mvrp interface through snmp-server enable traps ospf rate-limit    show mvrp interface    h snmp-server enable traps ospf rate-limit

show platform hardware capacity rewrite-engine IR

show platform hardware interface IR

show platform hardware network-clocks IR

show platform hardware pp active infrastructure pi npd rx policer QOS

show platform hardware qfp feature alg SEC

show platform hardware qfp act feature ipsec datapath memory SEC

show platform hardware qfp active feature cef-mpls prefix ip IRI, IR

show platform hardware qfp active feature cef-mpls prefix ipv6 IRI

show platform hardware qfp active feature cef-mpls prefix mpls IRI, IR

show platform hardware qfp active feature cef-mpls urpf IR

show platform hardware qfp active feature multicast IR

show platform hardware qfp active feature pbr PFR

show platform hardware qfp active feature qos config global QOS

show platform hardware qfp active feature sbc sfx SBCD

show platform hardware qfp active feature wccp IAP

show platform hardware qfp active interface if-name statistics IR

show platform hardware qfp feature IAD, SEC

show platform hardware qfp feature otv client interface WAN

show platform hardware qfp feature td SEC

show platform hardware qfp interface IR

show platform hardware qfp statistics drop IR

show platform hardware slot IR

show platform hardware subslot IR

show platform hardware subslot (4400) IR

show platform hardware throughput level IR

show platform hardware transceiver IR

show platform isg CF

show platform isg memory IR

show platform isg session ISG

show platform isg session-count ISG

show platform lowq QOS

show platform mgf IR

show platform oam CF

show platform process slot CF, IR

show platform qos policy-map QOS

show platform redundancy CF

show platform redundancy bias HA

show platform slot r0 pcie status IR

show platform software ccm MM

show platform software configuration access policy TSV

show platform software ethernet f0 efp MP

show platform software ethernet f1 efp MP

show platform software feature-manager performance-monitor MM

show platform software feature-manager tcam MM

show platform software filesystem CF

show platform software frame-relay WAN

show platform software infrastructure lsmpi WL

show platform software infrastructure punt statistics QOS

show platform software infrastructure punt-keepalive IR

show platform software interface summary IR

show platform software ipsec f0 encryption-processor registers SEC

show platform software ipsec fp active flow SEC

show platform software ipsec fp active spd-map SEC

show platform software ipsec policy statistics SEC

show platform software ipv6-multicast IPV6

show platform software l2fib fp WAN

show platform software l2fib rp WAN

show platform software memory CF, IR

show platform software mfr WAN

show platform software mount CF, IR

show platform software mpls MP

show platform software multicast ip bidir IMC

show platform software multicast ip capability IMC

show platform software multicast ip complete IMC

show platform software multicast ip connected IMC

show platform software multicast ip interface IMC

show platform software multicast ip partial IMC

show platform software multicast ip source IMC

show platform software multicast ip statistics IMC

show platform software multicast ip summary IMC

show platform software multicast ip vrf IMC

show platform software otv fp WAN

show platform software pbr PFR

show platform software process list CF, IR

show platform software process memory IR

show platform software route-map PFR

show platform software snapshot status CF

show platform software status control-processor IR, LSW

show platform software tech-support CF, IR

show platform software trace message IAD

show platform software urpf qfp active configuration SEC

show platform software vnic-if interface-mapping IR

show platform software vpn IPV6, MP

show platform software wccp IAP

show platform subscriber-group CF

show platform supervisor CF

show platform time-source IR

show plim fpga IR

show policy-firewall config SEC

show policy-firewall mib SEC

show policy-firewall session SEC

show policy-firewall stats SEC

show policy-firewall stats vrf SEC

show policy-firewall stats vrf global SEC

show policy-firewall stats zone SEC

show policy-firewall summary-log SEC

show policy-manager events QOS

show policy-manager policy QOS

show policy-map QOS

show policy-map apn MWG

show policy-map class QOS

show policy-map control-plane QOS

show policy-map interface MP, QOS, IR

show policy-map interface brief QOS

show policy-map interface service group QOS

show policy-map interface service instance QOS

show policy-map mgre QOS

show policy-map multipoint QOS

show policy-map session QOS

show policy-map target service-group QOS

show policy-map type access-control QOS

show policy-map type class-routing ipv4 unicast MTR

show policy-map type control ISG

show policy-map type inspect SEC

show policy-map type inspect urlfilter SEC

show policy-map type inspect zone-pair SEC

show policy-map type inspect zone-pair urlfilter SEC

show policy-map type mace WAN

show policy-map type nat QOS

show policy-map type performance-monitor MM

show policy-map type port-filter QOS

show policy-map type service ISG

show policy-map type waas WAN

show port config DIA

show port digital log DIA

show port flowcontrol LSW

show port log DIA

show port modem calltracker DIA

show port modem log DIA

show port modem test DIA

show port operational-status DIA

show port-security SEC

show pots csm VR

show pots status VR

show pots volume VR

show power CF, IR

show power inline IR

show ppp atm trace BBA

show ppp bap DIA

show ppp interface BBA

show ppp mppe VPD

show ppp multilink DIA

show ppp mux MWR

show ppp queues SEC

show ppp subscriber statistics BBA

show pppatm redundancy BBA

show pppatm session BBA

show pppatm statistics BBA

show pppatm summary BBA

show pppoe debug conditions BBA

show pppoe derived BBA

show pppoe redundancy BBA

show pppoe relay context all BBA

show pppoe session SEC, BBA

show pppoe statistics BBA

show pppoe summary BBA

show pppoe throttled mac BBA

show presence global VR

show presence subscription VR

show private-hosts access-lists SEC

show private-hosts configuration SEC

show private-hosts interface configuration SEC

show private-hosts mac-list SEC

show privilege SEC

show processes CF

show processes cpu CF

show processes cpu monitor ISG

show processes detailed CF

show processes interrupt mask buffer CF

show processes interrupt mask detail CF

show processes memory CF

show profile device MSP

show profile flow MSP

show protocol phdf QOS

show protocols CF

show protocols through showmon CF

show proxy h323 calls VR

show proxy h323 detail-call VR

show proxy h323 status VR

show ptp clock dataset IR, CE

show ptp clock dataset parent IR, CE

show ptp clock dataset time-properties IR, CE

show ptp clock running IR, CE

show ptp port dataset foreign-master IR, CE

show ptp port dataset port IR, CE

show pw-udp vc MP

show pxf accounting ISW

show pxf accounting through test cef table consistency ISW

show pxf cable CBL

show pxf cable controller CBL

show pxf cable feature CBL

show pxf cable interface CBL

show pxf cable multicast CBL

show pxf cpu CBL

show pxf cpu access-lists ISW, IR

show pxf cpu atom ISW

show pxf cpu bba ISW

show pxf cpu buffers ISW

show pxf cpu cef ISW

show pxf cpu context ISW

show pxf cpu drl-trusted-sites CBL

show pxf cpu feedback ISW

show pxf cpu iedge ISW, IR, ISG

show pxf cpu ipv6 ISW

show pxf cpu isg ISG

show pxf cpu mpls ISW

show pxf cpu mroute ISW

show pxf cpu pbr action ISW

show pxf cpu police ISW

show pxf cpu policy-data ISW

show pxf cpu qos ISW, IR

show pxf cpu queue ISW, CBL

show pxf cpu queue wb-spa CBL

show pxf cpu reasm_index ISW

show pxf cpu statistics ISW, BR, CBL

show pxf cpu statistics drl ipv4 CBL

show pxf cpu statistics drl ipv6 CBL

show pxf cpu statistics drl us-cable CBL

show pxf cpu subblock BR

show pxf cpu subblocks ISW

show pxf cpu tbridge BR

show pxf cpu vcci ISW

show pxf crash ISW

show pxf dma ISW, IR, CBL

show pxf feature cef ISW

show pxf feature cef vrf ISW

show pxf feature nat ISW

show pxf interface ISW

show pxf max-logical-interfaces IR

show pxf microcode ISW, CBL

show pxf netflow ISW

show pxf stall-monitoring ISW

show pxf statistics ISW

show pxf xcm ISW, CBL

show qbm client QOS

show qbm pool QOS

show qdm status QOS

show qllc IBM

show qm-sp port-data IR

show queue QOS

show queueing QOS

show queueing interface QOS

show queuing virtual-access DIA

show radius local-server statistics SEC, WL

show radius server-group SEC

show radius statistics SEC

show radius table attributes SEC

show radius-proxy client ISG

show radius-proxy session ISG

show random-detect-group QOS

show raw VR

show rawmsg VR

show rbscp IR

show rcapi status DIA

show record-storage-module stats MWG

show record-storage-module target-info MWG

show redirect group ISG

show redirect translations ISG

show redundancy IR, HA

show redundancy (HSA redundancy) IR

show redundancy (ubr10012) CBL

show redundancy application asymmetric-routing SEC

show redundancy application control-interface group IAD, SEC

show redundancy application data-interface IAD, SEC

show redundancy application faults group IAD, SEC

show redundancy application group IAD, SEC

show redundancy application if-mgr IAD, SEC

show redundancy application protocol IAD, SEC

show redundancy application transport IAD, SEC

show redundancy config-sync CBL, HA

show redundancy config-sync ignored failures mcl HA

show redundancy interlink IR

show redundancy linecard-group SEC

show redundancy platform CBL

show region CF

show registry CF

show reload CF

show rep topology LSW

show resource all ERM

show resource database ERM

show resource owner ERM

show resource relationship ERM

show resource user ERM

show resource-pool call DIA

show resource-pool customer DIA

show resource-pool discriminator DIA

show resource-pool queue CF

show resource-pool resource DIA

show resource-pool vpdn VPD, DIA

show rgf groups WAN

show rgf history WAN

show rgf statistics WAN

show rhosts CF

show rif BR, IBM

show rlm group statistics VR

show rlm group status VR

show rlm group timer VR

show rmon RMON

show rmon alarms RMON

show rmon capture RMON

show rmon events RMON

show rmon filter RMON

show rmon hc-alarms RMON

show rmon history RMON

show rmon hosts RMON

show rmon matrix RMON

show rmon statistics RMON

show rmon topn RMON

show rom-monitor CF

show rom-monitor slot CF

show route-map IRI, IPV6

show route-map ipc ISW

show route-tag list EIGRP, IRI

show router-guard IMC

show rpc IR

show rpms-proc counters VR

show rtpspi VR

show rtr application SLA

show rtr authentication SLA

show rtr collection-statistics SLA

show rtr configuration SLA

show rtr distributions-statistics SLA

show rtr enhanced-history collection-statistics SLA

show rtr enhanced-history distribution-statistics SLA

show rtr group schedule SLA

show rtr history SLA

show rtr mpls-lsp-monitor configuration SLA

show rtr mpls-lsp-monitor neighbors SLA

show rtr mpls-lsp-monitor scan-queue SLA

show rtr operational-state SLA

show rtr reaction-configuration SLA

show rtr reaction-trigger SLA

show rtr responder SLA

show rtr totals-statistics SLA

show rtsp client session VR

show rudpv0 failures VR

show rudpv0 statistics VR

show rudpv1 VR

show running identity policy CF

show running identity profile CF

show running interface auto-template MP

show running-config SEC, CF

show running-config control-plane CF

show running-config interface cable CBL

show running-config map-class CF

show running-config partition CF

show running-config service-group QOS

show running-config vnet EVN

show running-config vrf IAD, MP, SEC

show sampler FNF

show sasl SEC

show sbc SBCD

show sbc dbe addresses SBCD

show sbc dbe addresses (session border controller) SBCD

show sbc dbe controllers SBCD

show sbc dbe controllers (session border controller) SBCD

show sbc dbe flow-stats SBCD

show sbc dbe flow-stats (session border controller) SBCD

show sbc dbe forwarder-stats SBCD

show sbc dbe forwarder-stats (session border controller) SBCD

show sbc dbe h248-profile SBCD

show sbc dbe history SBCD

show sbc dbe media-flow-stats SBCD

show sbc dbe media-flow-stats (session border controller) SBCD

show sbc dbe media-stats (session border controller) SBCD

show sbc dbe signaling-flow-stats SBCD

show sbc dbe signaling-flow-stats (session border controller) SBCD

show sbc h248 bac SBCD

show sbc rg SBCD

show sbc rsrcmon SBCD

show sbc sbe aaa SBCD

show sbc sbe addresses SBCD

show sbc sbe adjacencies SBCD

show sbc sbe adjacencies authentication-realms SBCD

show sbc sbe admin-domain SBCD

show sbc sbe all-authentication-realms SBCD

show sbc sbe all-peers SBCD

show sbc sbe billing SBCD

show sbc sbe blacklist SBCD

show sbc sbe blacklist configured-limits SBCD

show sbc sbe blacklist critical SBCD

show sbc sbe blacklist critical configured-limits SBCD

show sbc sbe blacklist critical current-blacklisting SBCD

show sbc sbe blacklist current-blacklisting SBCD

show sbc sbe cac-policy-set SBCD

show sbc sbe call branches SBCD

show sbc sbe call-policy-set SBCD

show sbc sbe call-policy-set (enum) SBCD

show sbc sbe call-policy-set default SBCD

show sbc sbe call-policy-set table entries SBCD

show sbc sbe call-policy-set table entry SBCD

show sbc sbe call-policy-set tables SBCD

show sbc sbe call-policy-sets SBCD

show sbc sbe call-rate-stats SBCD

show sbc sbe call-stats SBCD

show sbc sbe calls SBCD

show sbc sbe codec-list SBCD

show sbc sbe codecs SBCD

show sbc sbe diameter SBCD

show sbc sbe diameter peers SBCD

show sbc sbe diameter stats SBCD

show sbc sbe editors SBCD

show sbc sbe enum SBCD

show sbc sbe enum entry SBCD

show sbc sbe h323 timers SBCD

show sbc sbe hold-media-timeout SBCD

show sbc sbe hunting-trigger SBCD

show sbc sbe media-gateway-associations SBCD

show sbc sbe media-gateway-policy SBCD

show sbc sbe media-gateways SBCD

show sbc sbe media-policy SBCD

show sbc sbe policy-failure-stats SBCD

show sbc sbe policy-failure-stats dst-account SBCD

show sbc sbe policy-failure-stats dst-adjacency SBCD

show sbc sbe policy-failure-stats src-account SBCD

show sbc sbe policy-failure-stats src-adjacency SBCD

show sbc sbe qos-profiles SBCD

show sbc sbe radius-client-accounting accounting SBCD

show sbc sbe radius-client-accounting authentication SBCD

show sbc sbe radius-client-stats SBCD

show sbc sbe radius-server-stats SBCD

show sbc sbe redirect-limit SBCD

show sbc sbe resource-priority-sets SBCD

show sbc sbe script-set SBCD

show sbc sbe sdp-h245-mapping SBCD

show sbc sbe sdp-match-table SBCD

show sbc sbe sdp-policy-table SBCD

show sbc sbe sip body-editor SBCD

show sbc sbe sip body-profile SBCD

show sbc sbe sip delegate-profiles SBCD

show sbc sbe sip error-profile SBCD

show sbc sbe sip essential-headers SBCD

show sbc sbe sip essential-methods SBCD

show sbc sbe sip essential-options SBCD

show sbc sbe sip fast-register-stats SBCD

show sbc sbe sip header-editor SBCD

show sbc sbe sip header-profile SBCD

show sbc sbe sip header-profiles SBCD

show sbc sbe sip ip-fqdn-mapping SBCD

show sbc sbe sip method-editor SBCD

show sbc sbe sip method-profile SBCD

show sbc sbe sip method-profiles SBCD

show sbc sbe sip method-stats SBCD

show sbc sbe sip option-editor SBCD

show sbc sbe sip option-profile SBCD

show sbc sbe sip option-profiles SBCD

show sbc sbe sip parameter-editor SBCD

show sbc sbe sip sdp-match-table SBCD

show sbc sbe sip sdp-media-profile SBCD

show sbc sbe sip sdp-policy-table SBCD

show sbc sbe sip statistics SBCD

show sbc sbe sip subscribers SBCD

show sbc sbe sip timers SBCD

show sbc sbe stream-list SBCD

show sbc sbe subscriber-stats SBCD

show sbc sbe transcoding-stats SBCD

show sbc services SBCD

show sccp IPV6, VR

show sccp ccm group VR

show sccp connections details VR

show sccp connections internal VR

show sccp connections rsvp VR

show sccp connections summary VR

show sccp server statistics VR

show scp CF, IR

show sctp association 1AP

show sctp association list 1AP

show sctp association parameters 1AP

show sctp association statistics IAP

show sctp errors IAP

show sctp instance IAP

show sctp instances IAP

show sctp statistics IAP

show sdllc local-ack IBM

show sdspfarm VR

show secure bootset SEC

show service TSV

show service-group QOS

show service-group interface QOS

show service-group state QOS

show service-group stats QOS

show service-group traffic-stats QOS

show service-module serial IR

show service-module serial through standby port IR

show service-routing capabilities-manager SAF

show service-routing capabilities-manager internal SAF

show service-routing plugins capman SAF

show service-routing xmcp clients SAF

show service-routing xmcp server SAF

show sessions DIA

show settlement VR

show sgbp DIA

show sgbp queries DIA

show sgcp connection VR

show sgcp endpoint VR

show sgcp statistics VR

show sgi ISG

show shared-line VR

show shell environment IOS_SHL

show shell functions IOS_SHL

show sip dhcp VR

show sip service VR

show sip service through show trunk hdlc VR

show sip-disk IR

show sip-ua calls IPV6, VR

show sip-ua connections IPV6, VR

show sip-ua map VR

show sip-ua min-se VR

show sip-ua mwi VR

show sip-ua register status VR

show sip-ua retry VR

show sip-ua service VR

show sip-ua statistics VR

show sip-ua status IPV6, VR

show sip-ua status refer-ood VR

show sip-ua timers VR

show slot CF

show slot0: CF, IR

show slot1: CF

show smds addresses WAN

show smds addresses through waas export WAN

show smds map WAN

show smds traffic WAN

show smf IR

show smm SEC

show smrp forward ATK

show smrp globals ATK

show smrp group ATK

show smrp mcache ATK

show smrp neighbor ATK

show smrp port ATK

show smrp route ATK

show smrp traffic ATK

show sna IBM

show snapshot DIA

show snasw class-of-service IBM

show snasw connection-network IBM

show snasw directory IBM

show snasw dlctrace IBM

show snasw dlus IBM

show snasw ipstrace IBM

show snasw link IBM

show snasw lu IBM

show snasw mode IBM

show snasw node IBM

show snasw pdlog IBM

show snasw port IBM

show snasw pu IBM

show snasw rtp IBM

show snasw session IBM

show snasw statistics IBM

show snasw summary-ipstrace IBM

show snasw topology IBM

show snmp SNMP

show snmp chassis SNMP

show snmp community SNMP

show snmp contact SNMP

show snmp context mapping MTR

show snmp group SNMP

show snmp host SNMP

show snmp location SNMP

show snmp mib SNMP

show snmp mib bulkstat transfer SNMP

show snmp mib context SNMP

show snmp mib ifmib ifindex SNMP

show snmp mib ifmib traps SNMP

show snmp mib nhrp status SEC

show snmp mib notification-log SNMP

show snmp pending SNMP

show snmp sessions SNMP

show snmp stats oid SNMP

show snmp sysobjectid SNMP

show snmp user SNMP

show snmp view SNMP

show sntp BSM

show sockets IAP

■  show mvrp interface through snmp-server ⌐⌐⌐le traps ospf rate-limit

show software package CF

show software authenticity file CF

show software authenticity keys CF

show software authenticity running CF

show software installer rollback-timer CF

show source-bridge BR, IBM

show span BR, IBM

show spanning-tree BR, IBM, LSW

show spanning-tree mst MP, LSW

show spantree BR, LSW

show spe DIA

show spe digital DIA

show spe digital active DIA

show spe digital csr DIA

show spe digital disconnect-reason DIA

show spe digital summary DIA

show spe log DIA

show spe modem DIA

show spe modem active DIA

show spe modem csr DIA

show spe modem disconnect-reason DIA

show spe modem high speed DIA

show spe modem high standard DIA

show spe modem low speed DIA

show spe modem low standard DIA

show spe modem summary DIA

show spe recovery DIA

show spe version DIA

show spe voice VR

show srcp WAN

show srp IR

show ss7 mtp1 channel-id VR

show ss7 mtp1 links VR

show ss7 mtp2 ccb VR

show ss7 mtp2 state VR

show ss7 mtp2 stats VR

show mvrp interface through snmp-server enable traps ospf rate-limit

show ss7 mtp2 timer VR

show ss7 mtp2 variant VR

show ss7 sm session VR

show ss7 sm set VR

show ss7 sm stats VR

show sscop ATM

show sse summary IPX

show ssg auto-domain exclude-profile SSG

show ssg binding SSG

show ssg connection SSG

show ssg dial-out exclude-list SSG

show ssg direction SSG

show ssg host SSG

show ssg interface SSG

show ssg multidomain ppp exclude-list SSG

show ssg next-hop SSG

show ssg open-garden SSG

show ssg pass-through-filter SSG

show ssg pending-command SSG

show ssg port-map ip SSG

show ssg port-map status SSG

show ssg prepaid default-quota SSG

show ssg radius-proxy SSG

show ssg service SSG

show ssg summary SSG

show ssg tcp-redirect group SSG

show ssg user transparent SSG

show ssg user transparent authorizing SSG

show ssg user transparent passthrough SSG

show ssg user transparent suspect SSG

show ssg user transparent unidentified SSG

show ssg vc-service-map SSG

show ssh SEC

show ssl-proxy module state SEC, LSW

show ssm ISG

show ssm group MP

show sss circuits BBA

show sss session BBA

show stacks CF

show standby FHP, IPV6

show standby arp gratuitous FHP

show standby capability FHP

show standby delay FHP

show standby internal FHP

show standby neighbors FHP

show standby redirect FHP

show startup-config CF

show stcapp buffer-history VR

show stcapp device IPV6, VR

show stcapp feature codes VR

show stcapp statistics VR

show storm-control IR

show stun IBM

show subscriber default-session ISG

show subscriber policy dpm statistics ISG

show subscriber policy peer ISG

show subscriber policy ppm-shim-db QOS

show subscriber service ISG

show subscriber session ISG

show subscriber statistics ISG

show subscriber trace history ISG

show subscriber trace statistics ISG

show subscriber-policy BR, IBM

show subscription VR

show subscription local VR

show subsys CF

show subsys license CSA

show sup-bootflash CF, IR

show svc ATM

show syscon sdp IR

show sysctrl CF

show system jumbomtu CF, IR

show table-map QOS

show tacacs SEC

show tarp ISO

show tarp blacklisted-adjacencies ISO

show tarp host ISO

show tarp interface ISO

show tarp ldb ISO

show tarp map ISO

show tarp static-adjacencies ISO

show tarp tid-cache ISO

show tarp traffic ISO

show tbct VR

show tcam counts IR

show tcam interface IR

show tcam-mgr subslot IR

show tcp IAP

show tcp brief IAP

show tcp ha connections BGP, HA

show tcp ha statistics HA

show tcp intercept connections SEC

show tcp intercept statistics SEC

show tcp statistics IAP

show tcp through start-forwarding agent IAP

show tdm backplane IR

show tdm connections IR

show tdm data IR

show tdm detail IR

show tdm information IR

show tdm mapping VR

show tdm pool IR

show tech-support IAP, CF, MWG, SEC, CBL

show tech-support alg SEC

show tech-support ipsec SEC

show tech-support modem DIA

show tech-support mpls MP

show tech-support nbar platform QOS

show tech-support rsvp QOS

show tech-support spe DIA

show tech-support subscriber ISG

show template CF

show terminal TSV

show tgrep neighbors VR

show tgrm DIA

show through show fm summary CF

show time-range BSM

show time-range ipc IAP

show tn3270 ascii-hexval TSV

show tn3270 character-map TSV

show top counters interface report IR

show topology MTR

show trace multilink IPV6

show track IAP, IPV6

show track resolution IAP

show track route IAP

show traffic-shape QOS

show traffic-shape queue QOS

show traffic-shape statistics QOS

show translate TSV

show translate ruleset TSV

show translation-rule VR

show transport-map TSV

show trunk group VR, DIA

show trunk hdlc VR

show ttycap TSV

show tunnel 6rd IPV6

show tunnel 6rd destination IPV6

show tunnel 6rd prefix IPV6

show tunnel endpoints SEC

show tunnel interface IR

show tunnel keys-database tunnel IR

show ucse imc download progress IR

show ucse imc files IR

show ucse server boot IR

show ucse server erase device status IR

show ucse server raid level IR

show udld LSW

show udp IAP

show upgrade file IR

show upgrade fpd file IR

show upgrade fpd package default IR

show upgrade fpd progress IR

show upgrade fpd table IR

show upgrade fpga progress IR

show upgrade hw-programmable file IR

show upgrade hw-programmable progress IR

show upgrade package default IR

show upgrade progress IR

show upgrade table IR

show usb controllers SEC, CF

show usb device SEC, CF

show usb driver SEC, CF

show usb port SEC, CF

show usb tree SEC, CF

show usb-devices summary SEC

show usbtoken SEC, CF

show user-group SEC

show users SEC, TSV

show vasi pair SEC

show vc-group WAN

show vdev VR

show vdev through show voice statistics memory-usage VR

show version CF

show vfc VR

show vfc cap-list VR

show vfc default-file VR

show vfc directory VR

show vfc version VR

show vfi MP, WAN

show video call summary VR

show vlan LSW

show vlan access-log config LSW

show vlan access-log flow LSW

show vlan access-log statistics LSW

show vlan access-map LSW

show vlan all-ports LSW

show vlan counters LSW

show vlan dot1q tag native LSW

show vlan filter LSW

show vlan free LSW

show vlan free summary LSW

show vlan free summary LSW

show vlan group SEC

show vlan group through switchport port-security violation SEC

show vlan internal free summary LSW

show vlan internal usage LSW

show vlan mapping LSW

show vlan port provisioning LSW

show vlan private-vlan LSW

show vlan remote-span LSW

show vlan through spanning-tree vlan LSW

show vlan virtual-port LSW

show vlan-range LSW

show vlan-switch LSW

show vlans LSW

show vlans dot1q LSW

show vlans tokenring LSW

show vmi neighbors IR, IMO

show vnet EVN

show vnet counters EVN

show vnet tag EVN

show voice accounting method VR

show voice accounting response pending VR

show voice busyout VR

show voice cable-status VR

show voice call VR

show voice call rate VR

show voice cause-code VR

show voice class called-number VR

show voice class called-number-pool VR

show voice class e164-pattern-map VR

show voice class resource-group VR

show voice class uri VR

show voice connectivity summary VR

show voice data VR

show voice dnis-map VR

show voice dsmp stream VR

show voice dsp VR

show voice dsp channel VR

show voice dsp crash-dump VR

show voice dsp summary VR

show voice eddri prefix VR

show voice enum-match-table VR

show voice hpi capture VR

show voice iec description VR

show voice lmr VR

show voice pcm capture VR

show voice permanent-call VR

show voice port CBL, VR

show voice source-group VR

show voice statistics csr interval accounting VR

show voice statistics csr interval aggregation VR

show voice statistics csr since-reset accounting VR

show voice statistics csr since-reset aggregation-level VR

show voice statistics csr since-reset all VR

show voice statistics iec VR

show voice statistics interval-tag VR

show voice statistics memory-usage VR

show voice trace VR

show voice trace through shutdown (voice-port) VR

show voice translation-profile VR

show voice translation-rule VR

show voice trunk-conditioning signaling VR

show voice trunk-conditioning supervisory VR

show voice vtsp VR

show voip debug version VR

show voip fpi call-rate VR

show voip fpi calls VR

show voip fpi stats VR

show voip htsp VR

show voip recmsp session VR

show voip rtp connections IPV6, VR

show voip rtp forking VR

show voip trunk group VR

show vpdn VPD

show vpdn dead-cache VPD

show vpdn domain VPD

show vpdn group VPD

show vpdn group-select VPD

show vpdn group-select keys VPD

show vpdn history failure VPD

show vpdn multilink VPD

show vpdn redirect VPD

show vpdn redundancy VPD

show vpdn session BBA, VPD, IPV6

show vpdn tunnel VPD, IPV6

show vrf MP, QOS, IPV6

show vrf counters EVN

show vrf list EVN

show vrm active_calls VR

show vrm vdevices VR

show vrrp FHP

show vrrp interface FHP

show vrrs FHP

show vrrs clients FHP

show vrrs group FHP

show vrrs plugin database FHP

show vrrs summary FHP

show vsp VR

show vtemplate SEC, VPD, DIA

show vtemplate redundancy VPD

show vtp LSW

show waas accelerator WAN

show waas alarms WAN

show waas auto-discovery WAN

show waas cache http-express metadatacache WAN

show waas connection WAN

show waas statistics accelerator WAN

show waas statistics aoim WAN

show waas statistics application WAN

show waas statistics auto-discovery WAN

show waas statistics class WAN

show waas statistics dre WAN

show waas statistics errors WAN

show waas statistics global WAN

show waas statistics lz WAN

show waas statistics pass-through WAN

show waas statistics peer WAN

show waas status WAN

show waas token WAN

show warm-reboot CF

show wccp IAP

show wccp global counters IAP

show webvpn context SEC

show webvpn gateway SEC

show webvpn install SEC

show webvpn license SEC

show webvpn nbns SEC

show webvpn policy SEC

show webvpn session SEC

show webvpn sessions SEC

show webvpn statistics SEC

show webvpn stats SEC

show wedged-interfaces IR

show whoami CF

show wiretap CF

show wlccp wds SEC

show wrr-queue QOS

show wsapi VR

show wsma agent WSMA

show wsma id WSMA

show wsma profile WSMA

show x25 context WAN

show x25 cug WAN

show x25 hunt-group WAN

show x25 interface WAN

show x25 map WAN

show x25 pad TSV

show x25 profile WAN

show x25 remote-red WAN

show x25 route WAN

show x25 services WAN

show x25 vc WAN

show x25 xot WAN

show x28 hunt-group WAN

show x29 access-lists WAN

show xconnect MP, WAN

show xcsp port VR

show xcsp slot VR

show xdr ISW

show xsd-format XMLPI

show xsm status SEC

show xsm xrd-list SEC

show xtagatm cos-bandwidth-allocation MP

show xtagatm cross-connect MP

show xtagatm vc MP

show zone security SEC

show zone-pair security SEC

show_spd CBL

showmon CF

shut VR

shutdown (Annex G neighbor) VR

shutdown (Annex G) VR

shutdown (CMCC) IBM

shutdown (DSP Farm profile) VR

shutdown (FR-ATM) WAN

shutdown (IP multiplexing) IMO

shutdown (MTR) MTR

shutdown (OER) OER

shutdown (PVC range) BBA

shutdown (PVC-in-range) BBA

shutdown (PfR) PFR

shutdown (RLM) VR

shutdown (TN3270) IBM

shutdown (address-family) EIGRP

shutdown (auto-config application) VR

shutdown (bridge-domain) CE

shutdown (certificate server) SEC

shutdown (controller) IR

shutdown (cs-server) SEC

shutdown (dial-peer) VR

shutdown (dwdm) IR

shutdown (firewall) SEC

shutdown (gatekeeper) VR

shutdown (gateway) IPV6, VR

shutdown (hub) IR

shutdown (interface) IR

shutdown (mediacard) VR

shutdown (mpls) MP

shutdown (port) DIA

shutdown (router OSPF) OSPF

shutdown (service-family) SAF

shutdown (settlement) VR

shutdown (spe) DIA

shutdown (voice-port) VR