1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION AND FILTRATION** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain documents filed in connection with Cisco's Trial Brief Re: Analytic Dissection and Filtration.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions | Arista |
| Exhibit A to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions<br><br>This document was previously filed and the Court has already granted the sealing of the highlighted portions of this document. Dkt. 487 at 5-10. | Cisco<br><br>Arista |
| Exhibit C to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions | Arista |
| Exhibit F to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions | Arista |
| Exhibit G to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Cisco<br><br>Arista |
| Exhibit H to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions<br><br>This document was previously filed and the Court has already granted the sealing of the highlighted portions of this document. Dkt. 487 at 10-13. | Cisco<br><br>Arista |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions<br><br>This document was previously filed and the Court has already granted the sealing of the highlighted portions of this document. Dkt. 487 at 14-15. | Cisco |
| Exhibit 2 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Highlighted Portions | Cisco |
| Exhibit 4 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Arista |
| Exhibit 11 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Arista |
| Exhibit 13 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Cisco |
| Exhibit 16 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Arista |
| Exhibit 17 to the Declaration of Drew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection | Entire | Arista |

-4-

1  **IT IS SO ORDERED.**

3  Dated: _____              By: _____
                                             Hon. Judge Beth Labson Freeman