KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
AJAY KRISHNAN - #222476
DAVID J. ROSEN - # 296139
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
akrishnan@kvn.com, drosen@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DISSECTION BRIEF UNDER SEAL**<br><br>Dept.:      Courtroom 3 – 5th Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DISSECTION BRIEF UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1123937

1    Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),
2  Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file
3  under seal portions of Arista's Opening Brief re Analytic Dissection.

4    Arista seeks to file under seal the portions of documents listed in the table below, which
5  describe or contain material that has previously been designated as confidential or highly
6  confidential by Cisco Systems, Inc. ("Cisco") and third parties Dell, Juniper Networks, and HP
7  Enterprise. The Court previously ordered the underlying material at issue to be filed under seal,
8  in connection with other filings in this case. *See* ECF 487 (Aug. 24, 2016 Sealing Order); ECF
9  490 (Aug. 26, 2016 Sealing Order). Arista takes no position on whether sealing the information
10 designated confidential by Cisco or third parties remains appropriate. Arista expects that Cisco
11 and/or the third parties will file supporting declarations pursuant to Civil L.R. 79-5(e)(1) if they
12 seek to keep any of this information under seal, if they believe it to be necessary in light of the
13 Court's prior rulings finding good cause for sealing this material. Arista files this administrative
14 motion only to afford the designating parties the opportunity to defend their confidentiality
15 designations as required by Civil Local Rule 79-5(e).

| Document | Portions to Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Arista's Opening Brief re Analytic Dissection | Highlighted Portions | Cisco, Juniper, Dell, HP |

   The Declaration of Ryan Wong in Support of Arista's Administrative Motion to File Arista's Dissection Brief Under Seal, filed contemporaneously herewith, attaches a complete unredacted version of the document filed publicly in redacted form that highlights the specific portions of the documents that Arista is submitting under seal.

1
DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DISSECTION BRIEF UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1123937

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 8, 2016 | KEKER & VAN NEST LLP |
|   | By: */s/ Brian L. Ferrall*<br>BRIAN L. FERRALL |
|   | Attorney for Defendant<br>ARISTA NETWORKS, INC. |

2
DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DISSECTION BRIEF UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1123937