1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  BRIAN L. FERRALL - #160847
   DAVID SILBERT - #173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

17

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DISSECTION BRIEF UNDER SEAL** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Dept.:   Courtroom 3 – 5th Floor<br>Judge:   Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DISSECTION BRIEF UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1124025

I, RYAN K. WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Under Seal Arista's Opening Brief regarding Analytic Dissection.

3. Arista seeks to file under seal the portions of documents listed in the table below, which describe or contain material that has previously been designated as confidential or highly confidential by Cisco Systems, Inc. ("Cisco") and third parties Dell, Juniper Networks, and HP Enterprise.

4. The Court previously ordered the underlying material at issue to be filed under seal, in connection with other filings in this case. *See* ECF 487 (Aug. 24, 2016 Sealing Order); ECF 490 (Aug. 26, 2016 Sealing Order).

| Document | Portions to Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Arista's Opening Brief re Analytic Dissection | Highlighted Portions | Cisco, Juniper, Dell, HP |

5. Arista takes no position on whether sealing the information designated confidential by Cisco or third parties remains appropriate. Arista expects that Cisco and/or the third parties will file supporting declarations pursuant to Civil L.R. 79-5(e)(1) if they seek to keep any of this information under seal, if they believe it to be necessary in light of the Court's prior rulings finding good cause for sealing this material. Arista files this administrative motion only to afford the designating parties the opportunity to defend their confidentiality designations, as required by Civil Local Rule 79-5(e).

1

DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DISSECTION BRIEF UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1124025

1    Executed November 8, 2016, at San Francisco, California.

2    I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct.

_____
RYAN WONG