1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant
   ARISTA NETWORKS, INC.
14

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                           SAN JOSE DIVISION

18 | CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARISTA'S OPENING BRIEF RE ANALYTIC DISSECTION** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Dept.:    Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL ARISTA'S OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1124019.01

The Court, having fully considered the papers and arguments presented by the parties, and for good cause shown, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Under Seal Arista's Opening Brief re Analytic Dissection as follows:

| Document | Portions to Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Arista's Opening Brief re Analytic Dissection | Highlighted Portions | Cisco, Juniper, Dell, HP |

**IT IS SO ORDERED.**

Dated: _____    _____
HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL ARISTA'S OPENING BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1124019.01