Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF ANDREW M. HOLMES IN SUPPORT OF CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION** |

**DECLARATION OF ANDREW M. HOLMES**

I, Andrew Holmes, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Cisco's Trial Brief Re: Analytic Dissection.

3. Attached hereto as Exhibit 1 are true and correct excerpts from the opening expert report of Arista's technical expert Dr. John Black.

4. Attached hereto as Exhibit 2 is a true and correct copy of Cisco's Supplemental Exhibit F to Cisco's Supplemental Responses to Interrogatory Nos. 16 & 19.

5. Attached hereto as Exhibit 3 is a true and correct copy of Cisco's Supplemental Responses to Interrogatory Nos. 16 & 19.

6. Attached hereto as Exhibit 4 is a true and correct copy of Cisco's Supplemental Exhibit I to Cisco's Response to Interrogatory No. 31.

7. Attached hereto as Exhibit 5 is a true and correct copy of Cisco's Supplemental Response to Interrogatory No. 31.

8. Attached hereto as Exhibit 6 are true and correct excerpts from the November 20, 2015 deposition of Kirk Lougheed.

9. Attached hereto as Exhibit 7 are true and correct excerpts from the April 4, 2016 deposition of Kirk Lougheed.

10. Attached hereto as Exhibit 8 are true and correct excerpts from the September 16, 2016 of Kirk Lougheed.

11. Attached hereto as Exhibit 9 are true and correct excerpts from the deposition of Abhay Roy.

12. Attached hereto as Exhibit 10 are true and correct excerpts from the deposition of Devadas Patil.

13. Attached hereto as Exhibit 11 are true and correct excerpts from the deposition of Adam Sweeney.

14. Attached hereto as Exhibit 12 are true and correct excerpts from the deposition of Terry Slattery.

15. Attached hereto as Exhibit 13 are true and correct excerpts from the deposition of Phillip Remaker.

16. Attached hereto as Exhibit 14 is a true and correct copy of CSI-CLI00608716.

17. Attached hereto as Exhibit 15 are true and correct excerpts from the deposition of Tong Liu.

18. Attached hereto as Exhibit 16 is a true and correct copy of Arista's Supplemental Response to Interrogatory No. 9.

19. Attached hereto as Exhibit 17 is a true and correct copy of Arista's Supplemental Response to Interrogatory No. 26.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on November 8, 2016.

*/s/ Andrew M. Holmes*
Andrew M. Holmes

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Andrew M. Holmes.

Dated: November 8, 2016           */s/ John M. Neukom*
                                  John M. Neukom