# EXHIBIT 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
    CISCO SYSTEMS, INC.     Case No.: 5:14-cv-05344-BLF(PSG)
 5
 6              Plaintiff,

 7       v.

 8  ARISTA NETWORKS, INC.

                Defendants.
 9  _____
10
11
12
13    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
14       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED
15              Palo Alto, California
16              Monday, April 4, 2016
17                    Volume 2
18
19
20
21  Reported by:
22  LESLIE JOHNSON
23  RPR, CSR No. 11451
24  Job No.: 2285024
25  PAGES 190 - 399
```

Page 190

1   who is we?
2       A.   Myself and the engineers at Cisco.
3       Q.   Have you ever heard of engineers outside
4   of Cisco using the term "IP route" to distinguish
5   between an IP route and a DECnet route or a PUP
6   route?
7       A.   I was -- I wasn't particularly associating
8   with engineers doing network protocol outside of
9   Cisco.  And if it was -- if it was -- I wouldn't be
10  surprised if others did, but I -- I was using my own
11  internal terminology as to what I felt was my own
12  internal -- our internal terminology.
13      Q.   Did you personally come up with the term
14  "IP route"?
15      A.   In the first software I actually used
16  "route" because there was no need to -- the original
17  software was IP only.  There was no need to
18  distinguish.
19      Q.   It was not a multiprotocol?
20      A.   The original stuff was not multiprotocol.
21      Q.   How long did it take for you to come up
22  with the command "show ip route," the syntax?
23      A.   Once I made the decision that we needed to
24  generalize the command hierarchy so that we could
25  distinguish between commands with similar functions

Page 330

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   but for different protocols, then it was a very easy
 2   generalization.
 3       Q.   So a matter of minutes?
 4       A.   Once the decision had been made to do
 5   that, yes.
 6       Q.   What do you think is creative about the
 7   command "show ip route"?
 8            MR. NEUKOM:  Objection.  Calls for opinion
 9   and legal conclusion.
10            THE WITNESS:  So for the "route" command,
11   I originally needed some way of saying -- what I
12   needed was a way of indicating to the software that
13   if I had a packet destined for a particular network,
14   which is the first argument, that I send it to a
15   particular IP address, which is the IP address of a
16   router.  And one of those list of network and router
17   pairs may actually be the default, if I didn't find
18   a network mentioned anywhere and couldn't figure out
19   what to do with it.  Otherwise, send it to this
20   particular router or gateway.  Those are the pieces
21   of information that I needed, and I just -- I chose
22   the name "route."  And "IP route" came along
23   afterwards.
24   BY MR. WONG:
25       Q.   Are you the originator of the "show
```

Page 331

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1   spanning-tree" command?
2        A.   Yes, I am.
3        Q.   What is a spanning tree?
4        A.   My testimony earlier in the day addresses
5   that question.
6        Q.   So thank you.
7             And your explanation of what is a spanning
8   tree earlier in today's deposition would be the same
9   for my question regarding the "show spanning-tree"
10  command; is that correct?
11       A.   Right.
12       Q.   And what functionality does the "show
13  spanning-tree" command perform?
14       A.   It displayed global parameters having to
15  do with the spanning tree and interface-specific
16  parameters having to do with the spanning tree on
17  the box.
18       Q.   And the term "spanning tree," you didn't
19  come up with that, right, Mr. Lougheed?
20       A.   No, I didn't.
21       Q.   The term "spanning tree" is used in
22  ANSI/IEEE standards, correct?
23       A.   Yes.  To my knowledge.
24            (Exhibit 467 marked for identification.)
25  / / / /
```

Page 332

```
 1        Q.   And why did you choose to put a hyphen
 2   between the words "spanning" and "tree"?
 3        A.   Because I like English phrases and I like
 4   separating them with dashes.
 5        Q.   Why did you --
 6        A.   And I saw -- go ahead.
 7        Q.   No, no.  I interrupted you, Mr. Lougheed.
 8   Go ahead.
 9        A.   And I had no concept or no belief at the
10   time that I would need to turn that into a
11   hierarchy.
12        Q.   And when you say -- refer to a need to
13   turn it into a hierarchy, are you referring to the
14   option of using a space instead of a hyphen in
15   between the word "spanning" and "tree"?
16        A.   Yes.
17        Q.   How long did it take for you to come up
18   with the command "show spanning-tree," the syntax?
19        A.   The syntax?  Once I had the protocol
20   working, wouldn't have been very long.
21        Q.   Matter of minutes?
22        A.   Less than a day.
23        Q.   Do you think the command "show
24   spanning-tree" is creative?
25        A.   I don't understand.
```

Page 336

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           MR. NEUKOM:  Objection.  Calls for opinion
 2   testimony.
 3           THE WITNESS:  I don't understand what you
 4   mean by the word "creative."
 5   BY MR. WONG:
 6       Q.  Do you believe that it took any degree of
 7   creativity to come up with the command "show
 8   spanning-tree"?
 9           MR. NEUKOM:  Same objection.  Calls for
10   opinion testimony.  Also calls for a legal
11   conclusion.
12           But notwithstanding my objections, you
13   should still try to answer these questions to the
14   best of your ability.
15           THE WITNESS:  And the question is?
16   BY MR. WONG:
17       Q.  Do you believe that it took any creativity
18   to come up with the command "show spanning-tree"?
19       A.  I do believe that it shows a degree of
20   creativity.
21       Q.  And describe -- go ahead.
22       A.  I mean --
23       Q.  Were you done with your answer?
24       A.  Yes.
25       Q.  And what is creative about the command
```

Veritext Legal Solutions
866 299-5127

```
 1    "show spanning-tree"?
 2             MR. NEUKOM:  Objection.  Calls for a legal
 3    conclusion and calls for opinion testimony.
 4             THE WITNESS:  And I just -- I'm not sure
 5    what the hell you mean by "creative."
 6    BY MR. WONG:
 7        Q.   Have you -- do you know what the word
 8    "creative" means?
 9             What do you understand the word "creative"
10    to mean?  The question is, what do you understand
11    the word "creative" to mean?
12             MR. NEUKOM:  Objection to form.
13             THE WITNESS:  It's the ability to create
14    things.  And I was creating a command expression to
15    monitor a piece of complex software.
16             What do you mean by "creative"?
17    BY MR. WONG:
18        Q.   I'm going to use your definition of
19    creative here, Mr. Lougheed.  Under your definition
20    of "creative," what's creative about the "show
21    spanning-tree" command?
22             MR. NEUKOM:  Objection.  Calls for opinion
23    testimony and calls for a legal conclusion.
24             THE WITNESS:  Writing any piece of
25    software involves some degree of creativity.  It may
```

Page 338

1  not be at the Shakespearean level, but maybe more
2  prosaic.  But you actually have to figure out
3  something.  You have to create something to show how
4  stuff is done or to create something to communicate.
5  And that's what I was doing was creating something
6  to communicate to the customer, to the user of the
7  stuff, here is a command expression that will get
8  you information, and it's easy enough to understand
9  what was being done.
10            MR. NEUKOM:  I think we've now been going
11 for about an hour, 15 minutes, thereabouts.  Should
12 we take a short break.
13            MR. WONG:  I only have one more command
14 and we can wrap up this volume.  It could be fast.
15 Can you do another . . .
16            MR. NEUKOM:  Just from looking at
17 Mr. Lougheed, he looks to me like a man who could
18 use five minutes of sunshine.
19            MR. WONG:  I'll leave it up to you,
20 Mr. Lougheed, but in terms of these command-specific
21 questions, I only have one more.
22            THE WITNESS:  I'd like to take a break.
23            MR. WONG:  Okay.  Sure.
24            MR. NEUKOM:  Just for a little bit.
25            MR. WONG:  Sure.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        THE VIDEOGRAPHER:  Going off the record.
2   The time is 2:35 p.m.
3            (A recess was taken.)
4        THE VIDEOGRAPHER:  Back on the record.
5   The time is 2:51 p.m.
6   BY MR. WONG:
7       Q.   Mr. Lougheed, are you the
8   author/originator of the "timers bgp" command?
9       A.   Yes, I am.
10      Q.   How do you know that you are the
11  originator of the "timers bgp" command?
12      A.   Because I remember creating the command.
13  I created the original BGP support.
14      Q.   If you look at Exhibit -- well, before we
15  do that, do you know approximately when you came up
16  with the "timers bgp" command?
17      A.   It would be sometime in 1989.
18      Q.   Okay.  If you look at Exhibit 464,
19  page 42.  Let me know when you're there.
20      A.   Yep.
21      Q.   You see fourth from the bottom in the
22  table, there's the "timers bgp" command shown there?
23      A.   Uh-huh.
24      Q.   And the date of earliest known document
25  for the "timers bgp" command in Exhibit 464 says
```

Page 340