# EXHIBIT 9

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    _____

                                    )

6    CISCO SYSTEMS, INC.,           )

7              Plaintiff,           )

8        vs.                        ) Case No.:

                                    ) 5:14-cv-05344-BLF(PSG)

9    ARISTA NETWORKS, INC.,         )

                                    )

10             Defendant.           )

     _____)

11

12

13        ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF ABHAY ROY

15                 Palo Alto, California

16              Friday, December 18, 2015

17                      Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                            Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | encounters a shorter version, they can expand it, and if | 09:49AM |
| 2 | RIP is used further down the document, you can keep | 09:49AM |
| 3 | saying router information protocol or you can shorthand | 09:49AM |
| 4 | it, and, typically, at the first documents, you will | 09:49AM |
| 5 | have both versions, which this is the shorthand for | 09:49AM |
| 6 | that. | 09:49AM |
| 7 | Q    Are these capitalized letters actually part of | 09:49AM |
| 8 | the CLI command or are they there for some different | 09:49AM |
| 9 | reason? | 09:49AM |
| 10 | MR. NEUKOM:  Objection; vague and compound. | 09:49AM |
| 11 | THE WITNESS:  I mean, just looking at this, it's | 09:49AM |
| 12 | hard to say.  There's probably a more detailed document | 09:49AM |
| 13 | on this command that can probably tell us more.  Just by | 09:49AM |
| 14 | looking at it, it's hard to say what it's trying to say. | 09:50AM |
| 15 | BY MR. SILBERT: | 09:50AM |
| 16 | Q    You claim to be the person who authored the | 09:50AM |
| 17 | command "bfd all-interfaces"; correct? | 09:50AM |
| 18 | MR. NEUKOM:  Objection; misstates prior | 09:50AM |
| 19 | statements and calls for a legal conclusion. | 09:50AM |
| 20 | THE WITNESS:  So bfd all-interfaces is -- is -- | 09:50AM |
| 21 | looks like a broader implication for various protocols. | 09:50AM |
| 22 | My involvement has been on OSPF site, and I have written | 09:50AM |
| 23 | some code on OSPF, which makes use of bfd | 09:50AM |
| 24 | all-interfaces. | 09:50AM |
| 25 | Is that what you are asking? | 09:50AM |

Page 23

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. SILBERT: | 09:50AM |
| 2 | Q   Okay.  Well, let me just understand. | 09:50AM |
| 3 | Did -- is it true that you did not author the | 09:50AM |
| 4 | command "bfd all-interfaces"? | 09:50AM |
| 5 | MR. NEUKOM:  Objection; calls for a legal | 09:50AM |
| 6 | conclusion. | 09:50AM |
| 7 | THE WITNESS:  So bfd all-interfaces code I have | 09:50AM |
| 8 | written for OSPF. | 09:50AM |
| 9 | BY MR. SILBERT: | 09:51AM |
| 10 | Q   Okay.  I'm sorry, did I -- were you finished? | 09:51AM |
| 11 | A   Yes. | 09:51AM |
| 12 | Q   Okay.  Did you come up with the phrase | 09:51AM |
| 13 | "bfd all-interfaces" or did someone else do that? | 09:51AM |
| 14 | A   So this is -- this is quite dated.  My best | 09:51AM |
| 15 | recollection is we actually looked at a variety of IPv6 | 09:51AM |
| 16 | protocols, and we were trying to figure out what could | 09:51AM |
| 17 | be one of the -- one of the best ways to express this. | 09:51AM |
| 18 | So this is more of a collaborative effort.  I cannot | 09:51AM |
| 19 | take credit of coming up with it.  It's a team of | 09:51AM |
| 20 | engineers actually who looked into it, how this fits | 09:51AM |
| 21 | into the bigger -- bigger piece of organization of | 09:51AM |
| 22 | commands, what makes sense, what is more aesthetically | 09:51AM |
| 23 | correct in the -- in the correct scope and with the | 09:51AM |
| 24 | choices we had and the team of engineers, I believe, who | 09:51AM |
| 25 | came up with this. | 09:51AM |

Page 24

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1      Q    Okay.  So if you can't take credit for coming up    09:51AM

 2   with the phrase "bfd all-interfaces," who, to your          09:51AM

 3   knowledge, on the team of engineers came up with that       09:52AM

 4   phrase?                                                     09:52AM

 5        MR. NEUKOM:  Objection; misstates prior               09:52AM

 6   testimony.                                                  09:52AM

 7        THE WITNESS:  Can't recollect exactly, was it one     09:52AM

 8   engineer or was it a bunch of proposals we had and we      09:52AM

 9   collectively said this -- this is the best thing to go     09:52AM

10   with.                                                      09:52AM

11   BY MR. SILBERT:                                            09:52AM

12      Q    Okay.  So you don't know who came up with the      09:52AM

13   phrase "bfd all-interfaces"?                               09:52AM

14      A    I can't at this point, yeah.                       09:52AM

15      Q    Okay.  But you do know, I believe you said, that   09:52AM

16   when the team of engineers was working, doing the work     09:52AM

17   that resulted in that phrase, they were consulting         09:52AM

18   protocols or industry standards; correct?                  09:52AM

19        MR. NEUKOM:  Objection; misstates prior               09:52AM

20   testimony.                                                 09:52AM

21        THE WITNESS:  So it's a team of engineers are         09:52AM

22   typically looking at what is the best way to express a     09:52AM

23   certain functionality, right?  And they are trying to      09:52AM

24   come up with the best possible command-line interface,     09:52AM

25   and -- and we can get into sort of why and -- and what     09:52AM
```

Veritext Legal Solutions
866 299-5127

```
 1   is the process and so on, right?                    09:53AM

 2         In Cisco, there is -- there is a team of people   09:53AM

 3   who are part of alias called "parser police."  What they   09:53AM

 4   do is if you want to write a new command, you send them   09:53AM

 5   your proposal.  They review it.  They will tell you that   09:53AM

 6   you are not going in the right direction, because they   09:53AM

 7   are guiding the overall architecture purity.  They are   09:53AM

 8   giving you the overall choice on how to sort of design   09:53AM

 9   such things.                                         09:53AM

10         What I was trying to say is the team of engineers   09:53AM

11   write proposals, send it to parser police, for example,   09:53AM

12   for their governance, and what finally gets decided,   09:53AM

13   again, among engineers and the governance party, is what   09:53AM

14   developers implement at the end of the day.          09:53AM

15         (Discussion off the stenographic record.)      09:53AM

16   BY MR. SILBERT:                                      09:53AM

17   Q   Okay.  Understanding that you didn't come up with   09:54AM

18   the phrase bfd all-interfaces, you are familiar with   09:54AM

19   that CLI command; correct?                           09:54AM

20   A   Yes, I am.                                       09:54AM

21         MR. NEUKOM:  Objection; compound.              09:54AM

22   BY MR. SILBERT:                                      09:54AM

23   Q   Would a -- strike that.                          09:54AM

24         Is it -- I just want to use the correct        09:54AM

25   terminology.                                         09:54AM
```

Page 26

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Would you say that it's system administrators who | 09:54AM |
| 2 | are entering CLI commands?  Should we call them "users"? | 09:54AM |
| 3 | What would make the most sense? | 09:54AM |
| 4 | MR. NEUKOM:  Objection to form. | 09:55AM |
| 5 | THE WITNESS:  I mean, any person who wants to | 09:55AM |
| 6 | configure a device, so you could choose any language. | 09:55AM |
| 7 | You could choose a "user."  You could choose "operator." | 09:55AM |
| 8 | MR. SILBERT:  Okay. | 09:55AM |
| 9 | THE WITNESS:  You could choose variety of | 09:55AM |
| 10 | different titles. | 09:55AM |
| 11 | BY MR. SILBERT: | 09:55AM |
| 12 | Q   Okay.  If an operator wanted to enter this | 09:55AM |
| 13 | command, what would he or she actually type into the | 09:55AM |
| 14 | interface? | 09:55AM |
| 15 | A   So -- so when you -- | 09:55AM |
| 16 | MR. NEUKOM:  Objection; vague. | 09:55AM |
| 17 | THE WITNESS:  -- when you said "this command," | 09:55AM |
| 18 | you will have to be a little bit more explicit, right? | 09:55AM |
| 19 | because the document clearly says this command is | 09:55AM |
| 20 | applicable for variety of different technologies. | 09:55AM |
| 21 | So, first, you have to get to which technology | 09:55AM |
| 22 | are you talking about, and then how do you configure | 09:55AM |
| 23 | that, and how do you type in the right place.  It's | 09:55AM |
| 24 | quite -- quite a bit to get to the question you are | 09:55AM |
| 25 | asking, that what will he type. | 09:55AM |

Page 27

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Okay.  Would you look at the page -- I want to | 10:27AM |
| 2 | direct your attention to Section 2.10, and it's the page | 10:27AM |
| 3 | number -- if you look at the bottom-right corner, those | 10:27AM |
| 4 | little numbers on the bottom that lawyers call "Bates | 10:27AM |
| 5 | numbers," it ends in 005. | 10:28AM |
| 6 | A    Yes, I see that. | 10:28AM |
| 7 | Q    Do you see where it says Section 2.10 "Content: | 10:28AM |
| 8 | Command Clarity"? | 10:28AM |
| 9 | A    Yeah, I see that. | 10:28AM |
| 10 | Q    Under that heading, do you see where it says, | 10:28AM |
| 11 | "Commands should be self-explanatory, so that a | 10:28AM |
| 12 | relatively knowledgeable user can figure out the command | 10:28AM |
| 13 | function from the command and on-line help without | 10:28AM |
| 14 | having to scurry off to the manuals, or worse, consume | 10:28AM |
| 15 | support resources." | 10:28AM |
| 16 | Did I read that correctly? | 10:28AM |
| 17 | A    Yes. | 10:28AM |
| 18 | Q    Is that a principle that Cisco applies in naming | 10:28AM |
| 19 | CLI commands? | 10:28AM |
| 20 | MR. NEUKOM:  Objection; lacks foundation, | 10:28AM |
| 21 | document speaks for itself, and asked and answered. | 10:28AM |
| 22 | THE WITNESS:  So -- so your question is, again, | 10:28AM |
| 23 | quite broad, Does Cisco do this?  This document -- I | 10:29AM |
| 24 | don't know the applicability of this to which operating | 10:29AM |
| 25 | system or what software we are talking about, but if | 10:29AM |

Page 44

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | you -- if you -- if you are purely quoting this, the | 10:29AM |
| 2 | first -- the first line of this document, it does | 10:29AM |
| 3 | recommend the choice of commands should be | 10:29AM |
| 4 | self-explanatory. | 10:29AM |
| 5 | BY MR. SILBERT: | 10:29AM |
| 6 | Q   Is that a principle that you have used in naming | 10:29AM |
| 7 | CLI commands? | 10:29AM |
| 8 |       MR. NEUKOM:  Objection; vague and compound, asked | 10:29AM |
| 9 | and answered. | 10:29AM |
| 10 |       THE WITNESS:  You -- you do want to make smart | 10:29AM |
| 11 | choices, choices which, as I answered earlier, makes | 10:29AM |
| 12 | sense from -- from aesthetic perspective, makes sense | 10:29AM |
| 13 | from the alignment and architectural perspective. | 10:29AM |
| 14 |       Self-explanatory is -- is quite tricky because | 10:30AM |
| 15 | if -- if I really wanted to be self-explanatory, the | 10:30AM |
| 16 | command will be quite long, right?  So -- so the | 10:30AM |
| 17 | challenge any developer has is:  What is the command you | 10:30AM |
| 18 | really want to do?  And the principles -- which I said | 10:30AM |
| 19 | earlier, I think those are the varying principles at | 10:30AM |
| 20 | least I have used. | 10:30AM |
| 21 | BY MR. SILBERT: | 10:30AM |
| 22 | Q   Okay.  Let me direct your attention back to the | 10:30AM |
| 23 | document, picking up where I left off reading.  It says, | 10:30AM |
| 24 | "What constitutes 'self-explanatory' will vary by your | 10:30AM |
| 25 | target audience, so be prepared to defend that point to | 10:30AM |

Page 45

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your reviewers.  It is entirely possible that a | 10:30AM |
| 2 | non-expert reviewer may find the command," quote, | 10:30AM |
| 3 | "forward-peak-cell-rate-clp1," unquote, "offensively | 10:30AM |
| 4 | complex, but the point can be made that this will be the | 10:30AM |
| 5 | only acceptable syntax for the ATM community based on | 10:30AM |
| 6 | the vocabulary and culture of that user group." | 10:31AM |
| 7 | And I'll stop reading there. | 10:31AM |
| 8 | Are you familiar with that command that's in | 10:31AM |
| 9 | quotation marks there? | 10:31AM |
| 10 | A    No, I'm not. | 10:31AM |
| 11 | Q    Okay.  Do you have any reason to disagree that | 10:31AM |
| 12 | the point could be made that that command would be the | 10:31AM |
| 13 | only acceptable syntax for the ATM community based on | 10:31AM |
| 14 | the vocabulary and culture of that user group? | 10:31AM |
| 15 | MR. NEUKOM:  Objection; lacks foundation. | 10:31AM |
| 16 | THE WITNESS:  I'm not familiar with what this | 10:31AM |
| 17 | command is, but purely going by the text, if -- if some | 10:31AM |
| 18 | developer thought that is the only way to write that | 10:31AM |
| 19 | command, I think that is what it's trying to capture. | 10:31AM |
| 20 | BY MR. SILBERT: | 10:31AM |
| 21 | Q    And are you aware of other CLI commands used by | 10:31AM |
| 22 | Cisco where a developer thought that the command used by | 10:31AM |
| 23 | Cisco was the only acceptable syntax for the user group | 10:31AM |
| 24 | based on the vocabulary and culture of the group? | 10:32AM |
| 25 | MR. NEUKOM:  Objection; misstates the witness's | 10:32AM |

Page 46

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | prior testimony, lack of foundation, calls for | 10:32AM |
| 2 | speculation. | 10:32AM |
| 3 | THE WITNESS:  Yes, it's a broad question.  I | 10:32AM |
| 4 | can't -- I can't tell you any command particular. | 10:32AM |
| 5 | Again, if you have something specific, I can possibly | 10:32AM |
| 6 | look at some documents and talk. | 10:32AM |
| 7 | BY MR. SILBERT: | 10:32AM |
| 8 | Q   When you have named CLI commands at Cisco, did | 10:32AM |
| 9 | you take into account the vocabulary and culture of the | 10:32AM |
| 10 | user group who would be using the command? | 10:32AM |
| 11 | MR. NEUKOM:  Objection; vague and compound. | 10:32AM |
| 12 | THE WITNESS:  So the way I have designed the -- | 10:32AM |
| 13 | the commands -- I think I already explained, right?  -- | 10:32AM |
| 14 | you typically look at the content, look at the feature, | 10:32AM |
| 15 | look at what is being asked, and you start with your | 10:32AM |
| 16 | best guess.  Your best guess, again, may or may not be | 10:32AM |
| 17 | the best which will eventually have the light of the | 10:32AM |
| 18 | day, but you go with your knowledge and your judgment. | 10:32AM |
| 19 | MR. SILBERT:  Right. | 10:33AM |
| 20 | Q   And in applying your knowledge and judgment, did | 10:33AM |
| 21 | you take into account the vocabulary and culture of the | 10:33AM |
| 22 | user group that would use the command? | 10:33AM |
| 23 | MR. NEUKOM:  Objection; asked and answered, vague | 10:33AM |
| 24 | and compound. | 10:33AM |
| 25 | THE WITNESS:  So vocabulary and culture of user | 10:33AM |

Page 47

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | group requires people to be plugged in with the | 10:33AM |
| 2 | vocabulary and culture, and a lot of this is really | 10:33AM |
| 3 | marketing-type people who are more plugged in. | 10:33AM |
| 4 | Engineers are typically hiding in a cube doing | 10:33AM |
| 5 | their own stuff.  They may not even be as plugged in, so | 10:33AM |
| 6 | it -- it's hard to put that in what you are designing. | 10:33AM |
| 7 | The first instinct, including me and other | 10:33AM |
| 8 | engineers, is you look at what is being asked and you | 10:33AM |
| 9 | come with command which actually aligns with rest of the | 10:33AM |
| 10 | things. | 10:33AM |
| 11 | BY MR. SILBERT: | 10:33AM |
| 12 | Q   So your testimony is that, with respect to the | 10:34AM |
| 13 | commands that you have named, you have not taken into | 10:34AM |
| 14 | consideration the vocabulary and culture of the user | 10:34AM |
| 15 | group that would use the command? | 10:34AM |
| 16 | MR. NEUKOM:  Objection; calls for speculation, | 10:34AM |
| 17 | vague, compound, and asked and answered. | 10:34AM |
| 18 | THE WITNESS:  So for most of my work, I would say | 10:34AM |
| 19 | I have relied on -- on the requirements and the | 10:34AM |
| 20 | documents at hand and not at the culture and the user | 10:34AM |
| 21 | group. | 10:34AM |
| 22 | BY MR. SILBERT: | 10:34AM |
| 23 | Q   When you say "the requirements," are you | 10:34AM |
| 24 | referring to the specifications or protocols relating to | 10:34AM |
| 25 | that feature? | 10:34AM |

Page 48