# EXHIBIT 10

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   _____
 5   CISCO SYSTEMS, INC.,          )
 6          Plaintiff,             )
 7       vs.                       )Civil Action No.:
 8   ARISTA NETWORKS, INC.,        )5:14-cv-05344-BLF(PSG)
 9          Defendant.             )
10   _____)
11
12                     CONFIDENTIAL
13
14        VIDEOTAPED DEPOSITION OF DEVADAS PATIL
15                Palo Alto, California
16             Sunday, February 21, 2016
17                     Volume 1
18
19
20
21   Reported by:
22   RACHEL FERRIER, CSR No. 6948
23   Job No. 2223126
24
25   PAGES 1 - 234
```

Page 1

```
 1              Do you see that?                                    01:56PM
 2       A    Yes.                                                  01:56PM
 3       Q    What are "MIB tables"?                                01:56PM
 4       A    So "MIB tables" are the -- the storage that make      01:56PM
 5   SNMP queries possible, so MIBs are -- essentially              01:56PM
 6   support information for SNMP.                                  01:56PM
 7       Q    And so are -- are the tables different from the       01:56PM
 8   MIBs themselves?                                               01:56PM
 9       A    MIBs -- MIB tables are like the blueprint for the     01:56PM
10   actual tables -- I'm sorry, MIB tables are the blueprint       01:56PM
11   for the actual MIB data, if that makes sense.                  01:56PM
12       Q    MIB tables -- I'm sorry, can you explain that?        01:56PM
13   So let me -- let me ask the question again.                    01:57PM
14              How -- strike that.                                 01:57PM
15              Are tables different from the MIBs themselves?      01:57PM
16       A    In -- in the -- and I have not used this language     01:57PM
17   for a long time, and I've not used SNMP in a long time,        01:57PM
18   but my understanding is that the language of SNMP -- in        01:57PM
19   the language of SNMP, the MIB table is like a blueprint.       01:57PM
20   It's called the data that is housed in the MIB.                01:57PM
21       Q    And the -- the term "MIB table," that -- is that      01:57PM
22   a term that is familiar to those in networking industry?       01:57PM
23              MR. CANNON:  Objection; vague, lacks foundation,    01:57PM
24   calls for improper opinion testimony.                          01:57PM
25              THE WITNESS:  Yes.                                  01:57PM
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. WONG: | 01:57PM |
| 2 | Q    And you certainly know what a "MIB table" is if | 01:57PM |
| 3 | you heard that term used; correct? | 01:58PM |
| 4 | A    Yes. | 01:58PM |
| 5 | Q    And you would understand what a "MIB table" is | 01:58PM |
| 6 | based upon your experience working in the networking | 01:58PM |
| 7 | industry; correct? | 01:58PM |
| 8 | A    Yes. | 01:58PM |
| 9 | Q    What was the process at Cisco for selecting a | 01:58PM |
| 10 | command syntax?  And we can talk specifically about the | 01:58PM |
| 11 | commands listed on Exhibit 316 -- | 01:58PM |
| 12 | A    Mm-hmm. | 01:58PM |
| 13 | Q    -- but -- so let me just rephrase the question, | 01:58PM |
| 14 | actually. | 01:58PM |
| 15 | For the commands listed in Exhibit 316, what was | 01:58PM |
| 16 | the process at Cisco for selecting the command syntax? | 01:58PM |
| 17 | MR. CANNON:  Objection; vague, lacks foundation, | 01:58PM |
| 18 | calls for speculation. | 01:58PM |
| 19 | THE WITNESS:  Well, there is -- the -- the | 01:58PM |
| 20 | product owner, which is me, lead developer for the | 01:58PM |
| 21 | product, comes up with initial proposal, and it is, | 01:58PM |
| 22 | essentially, reviewed by a group of people that are | 01:58PM |
| 23 | highly experienced for -- for usability and | 01:59PM |
| 24 | extensibility, and so on, so there are certain criteria | 01:59PM |
| 25 | that they look -- look at, including usability, | 01:59PM |

Page 161

| | | |
|---|---|---|
| 1 | extensibility, aesthetics, etc. | 01:59PM |
| 2 | BY MR. WONG: | 01:59PM |
| 3 | Q    And have you heard of the term "parser-police"? | 01:59PM |
| 4 | A    Yes. | 01:59PM |
| 5 | Q    Is the group of people that you are referring to | 01:59PM |
| 6 | in your prior answer -- is that the parser-police? | 01:59PM |
| 7 | A    That's the -- that's the main one, yes. | 01:59PM |
| 8 | Q    Are there other groups of people at Cisco that | 01:59PM |
| 9 | review proposed command syntaxes? | 01:59PM |
| 10 | A    Yes, there are. | 01:59PM |
| 11 | Q    Who are the other groups of people besides the | 01:59PM |
| 12 | parser-police that review proposed command syntaxes? | 02:00PM |
| 13 | A    That -- | 02:00PM |
| 14 | MR. CANNON:  Objection; vague, calls for | 02:00PM |
| 15 | speculation. | 02:00PM |
| 16 | THE WITNESS:  That would be the functional | 02:00PM |
| 17 | specification and design specification reviewers. | 02:00PM |
| 18 | BY MR. WONG: | 02:00PM |
| 19 | Q    Are those the same reviewers that are listed on | 02:00PM |
| 20 | the -- the cover page of the functional specification | 02:00PM |
| 21 | that we were looking at earlier? | 02:00PM |
| 22 | A    Yes. | 02:00PM |
| 23 | Q    Okay.  And were those individuals listed on the | 02:00PM |
| 24 | cover page of Exhibit 317 involved in reviewing the | 02:00PM |
| 25 | command syntaxes for the commands listed on Exhibit 316? | 02:00PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A    Yes. | 02:00PM |
| 2 | Q    How were those individuals listed on the cover | 02:00PM |
| 3 | page of Exhibit 317 involved in coming up with the | 02:00PM |
| 4 | syntaxes for the commands listed on Exhibit 316? | 02:01PM |
| 5 | A    Well, they -- they -- they're also quite | 02:01PM |
| 6 | experienced in developing these -- these -- these types | 02:01PM |
| 7 | of commands, and they give an initial opinion on whether | 02:01PM |
| 8 | to take it to the next level and get it -- get it | 02:01PM |
| 9 | reviewed by parser-police, so there were initial -- | 02:01PM |
| 10 | initial -- there would basically be an initial | 02:01PM |
| 11 | verification of the usability and extensibility criteria | 02:01PM |
| 12 | that we talked about earlier. | 02:01PM |
| 13 | Q    Looking at the cover page of Exhibit 317 -- | 02:01PM |
| 14 | A    Yes. | 02:02PM |
| 15 | Q    -- was Mr. Deepak Kumar involved in creating the | 02:02PM |
| 16 | command syntaxes for the commands listed on Exhibit 316? | 02:02PM |
| 17 | MR. CANNON:  Objection; vague. | 02:02PM |
| 18 | THE WITNESS:  I mean, in -- in all as a reviewer, | 02:02PM |
| 19 | yes, but I came up with the initial proposal. | 02:02PM |
| 20 | BY MR. WONG: | 02:02PM |
| 21 | Q    Is that true for each of the individuals listed | 02:02PM |
| 22 | on the cover of Exhibit 317? | 02:02PM |
| 23 | MR. CANNON:  Objection; vague. | 02:02PM |
| 24 | THE WITNESS:  For Exhibit 317, these -- | 02:02PM |
| 25 | these were -- these were engineers in my immediate | 02:02PM |

Page 163

| | | |
|---|---|---|
| 1 | Q   What do you mean by that? | 02:36PM |
| 2 | A   What I mean by that is whatever syntax we are | 02:36PM |
| 3 | using at the global level, let's keep it similar at the | 02:37PM |
| 4 | interface level so that we have -- we have consistency | 02:37PM |
| 5 | and, naturally, the skills transfer associated with | 02:37PM |
| 6 | consistency. | 02:37PM |
| 7 | Q   So similar to what we were talking about with | 02:37PM |
| 8 | respect to Exhibit 320, the prior e-mail that we were | 02:37PM |
| 9 | talking about? | 02:37PM |
| 10 | A   Yes. | 02:37PM |
| 11 | Q   Further on in this paragraph on Exhibit 321, | 02:37PM |
| 12 | after "c," you say, "there aren't many org-specific | 02:37PM |
| 13 | commands belonging to MED, IEEE, IETF to warrant a | 02:37PM |
| 14 | strict hierarchy." | 02:37PM |
| 15 |     Do you see that? | 02:37PM |
| 16 | A   Yes. | 02:37PM |
| 17 | Q   What do you mean by a "strict hierarchy" there? | 02:37PM |
| 18 | A   I -- I -- I think the contention was between | 02:37PM |
| 19 | creating a middle order node and listing all the options | 02:38PM |
| 20 | below or to create whole -- whole commands for each | 02:38PM |
| 21 | option, and I was -- I don't recall exactly what | 02:38PM |
| 22 | position I took, but I -- I was always inclined to | 02:38PM |
| 23 | support the usability story and the consistency story, | 02:38PM |
| 24 | and there aren't many -- many aren't specific commands | 02:38PM |
| 25 | belonging to MED, IEEE, and IETF to warrant strict | 02:38PM |

Veritext Legal Solutions
866 299-5127

```
 1   hierarchy.                                                    02:38PM
 2        If you want a strict hierarchy, you would have an        02:38PM
 3   intermediate node and list all the specific options, but      02:38PM
 4   since there aren't any, I might have taken this               02:38PM
 5   position; although, it's -- it's -- it may seem a little      02:38PM
 6   bit weak for in terms of future-proofing things.              02:38PM
 7        So there's a -- there's a -- there's a balance           02:39PM
 8   between future-proofing and -- and verbosity, and -- and      02:39PM
 9   the more you try to feature-proof, the more verbose you       02:39PM
10   can become, so it's more of a subjective column how you       02:39PM
11   design, keeping all of these in mind, yeah.                   02:39PM
12   Q    Thank you.                                               02:39PM
13        And after letter "d" on Exhibit 321, you say,            02:39PM
14   quote:  It is more intuitive for first-time users, end        02:39PM
15   quote.                                                        02:39PM
16        Do you see that?                                         02:39PM
17   A    Yes.                                                     02:39PM
18   Q    What did you mean by that?                               02:39PM
19   A    This means that -- that user interface should            02:39PM
20   flow naturally in a sense that if I've never used             02:39PM
21   anything similar, I should be pretty much able to -- I        02:39PM
22   should be able to come in and type in a reasonable            02:39PM
23   keyword for things and get help on it and be able to          02:40PM
24   complete a configuration within a reasonable amount of        02:40PM
25   time rather than going through hours of research on it.       02:40PM
```

```
1    Q    And that approach that you just described, did      02:40PM
2    you apply that approach for the commands that are listed  02:40PM
3    in Exhibit 316?                                           02:40PM
4         MR. CANNON:  Objection; vague.                       02:40PM
5         THE WITNESS:  The -- what is 316?  This is the       02:40PM
6    one -- okay.  This -- it -- it certainly influenced our   02:40PM
7    structure for these commands.  Yeah, so intuitiveness,    02:40PM
8    extensibility, usability, aesthetics are all factors      02:40PM
9    that we considered.                                       02:40PM
10   BY MR. WONG:                                              02:41PM
11       Q    Let's look at Exhibit 316 now, Mr. Patil.        02:41PM
12       A    Yeah.                                            02:41PM
13       Q    Starting with the first command, you were        02:41PM
14   associated with "clear lldp counters."                    02:41PM
15            Do you see that?                                 02:41PM
16       A    Yes.                                             02:41PM
17       Q    What function does the "clear lldp counters"     02:41PM
18   command perform?                                          02:41PM
19       A    It's basically a reset, if you will, of all the  02:41PM
20   statistics that have been accumulated over a period of    02:41PM
21   time, and if you want to start off on a clean slate       02:41PM
22   again at a certain period of time on a -- on a certain    02:41PM
23   router or switch, then you could issue that command and   02:42PM
24   it will clear all the statistics.                         02:42PM
25       Q    And how long did it take you, approximately, to  02:42PM
```

| | | |
|---|---|---|
| 1 | come up with the syntax of "clear lldp counters"? | 02:42PM |
| 2 |     MR. CANNON:  Objection; vague. | 02:42PM |
| 3 |     THE WITNESS:  Oh, just that one command? | 02:42PM |
| 4 |     MR. WONG:  Mm-hmm. | 02:42PM |
| 5 |     THE WITNESS:  I don't know, 15 minutes. | 02:42PM |
| 6 | BY MR. WONG: | 02:42PM |
| 7 |     Q   Okay.  How long did it take you, approximately, | 02:42PM |
| 8 | to do the source code writing to implement the | 02:42PM |
| 9 | functionality for the "clear lldp counters" command? | 02:42PM |
| 10 |     MR. CANNON:  Objection; vague, assumes facts not | 02:42PM |
| 11 | in evidence. | 02:42PM |
| 12 |     THE WITNESS:  Okay.  That would be, again, | 02:42PM |
| 13 | 15 minutes, and I have to add that this is a easiest one | 02:42PM |
| 14 | to implement. | 02:42PM |
| 15 | BY MR. WONG: | 02:42PM |
| 16 |     Q   For the "clear lldp table" command -- | 02:42PM |
| 17 |     A   Mm-hmm. | 02:42PM |
| 18 |     Q   -- what functionality does that perform? | 02:43PM |
| 19 |     A   That is, again, a reset, but more at the enable | 02:43PM |
| 20 | level in the sense that, let's say, a device comes up | 02:43PM |
| 21 | and it discovers ten neighbors and we want to come in | 02:43PM |
| 22 | and manually reset the table by making it forget all | 02:43PM |
| 23 | those ten neighbors instantly, then we would use that | 02:43PM |
| 24 | command. | 02:43PM |
| 25 |     Q   And approximately how long did it take you to | 02:43PM |