# EXHIBIT 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4          Case No.:  5:14-cv-05344-BLF(PSG)
 5
 6   _____
 7   CISCO SYSTEMS, INC.,
 8                  Plaintiff,
 9   Vs.
10   ARISTA NETWORKS, INC.,
11                  Defendant.
12   _____X
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF TERRY SLATTERY
17                 Washington, D.C.
18                 January 6, 2016
19
20
21
22
23
24
25   PAGES 1 - 155
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   see -- mode sensitive command prompting?
 2        A    No.  And your reference to that is?
 3        Q    I'm looking at Exhibit 80, page 19.
 4        A    Page 908?
 5        Q    Yes.
 6        A    You're referring to the section, mode
 7   sensitive command prompting?
 8        Q    Right.
 9        A    The answer is still no.
10        Q    Is your -- the description of your
11   contextual use of the question mark, is that
12   described in this article anywhere?
13        A    It's in Example 2 at the top of
14   page 908.  Reference page number ending in
15   page 908.  Also on page 907, beginning with the
16   section, command syntax help.  Continuing with
17   the section, word help.  With Example 1 and
18   Example 2.
19        Q    On the bottom of page 908, page 19 of
20   the article, but control number 908, there's a
21   section called keyword completion.
22        A    Yes.
23        Q    So -- and you write that the -- "the
24   Cisco's original command parser accepts unique
25   truncated keywords."  So that was in the
```

```
 1   pre-existing parser?
 2       A   Yes.  Uh-huh.
 3       Q   And that would automatically -- even
 4   in the pre-existing parser, that would
 5   automatically invoke the full command --
 6       A   Uh-huh.
 7       Q   -- if a truncated version of the
 8   command was entered?
 9       A   Yes.  So to clarify, you could
10   abbreviate the words within a command as long
11   as the word was still unique, the abbreviation
12   was unique.
13       Q   Essentially, an unambiguous
14   abbreviation of the command.
15       A   Correct.
16       Q   Now, in your work on the CLI, did you
17   compose some text that is displayed in response
18   to help commands?
19       A   Yes.
20       Q   And whose idea was it to prepare that
21   text?  Was that a requirement from Cisco?
22       A   I don't recall there being a specific
23   requirement from Cisco.
24       Q   Did the previous version of the CLI
25   provide any explanation of the help function?
```

Page 127

```
 1              A    I don't recall whether it did or not.
 2              Q    Did you personally compose that
 3         language?  That was -- the language that is
 4         displayed when you type in help to your CLI?
 5              A    When you type the word help, I don't
 6         know if I personally did it, but someone at
 7         Chesapeake did.
 8              Q    Did you compose any other text that
 9         is displayed on the screen of your CLI?
10                   MR. NEUKOM:  Objection to form.
11              Vague.
12    BY MR. FERRALL:
13              Q    That was new to your CLI, not that
14         pre-existed.
15              A    Yes.
16              Q    What -- what other text did you
17         compose?
18              A    My recollection is that the original
19         pre-9.21 parser only displayed help at the
20         upper command prompt where you would not have
21         entered anything.  Once you started entering a
22         command, there was no help available after that
23         point.  In the new parser, you could type show
24         space question mark, as the article described.
25         And Example 2 shows an example of that, where
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         you type configure space question mark and then
 2         it shows you the set of options that are
 3         available, the command arguments that are
 4         available at that point in the overall command.
 5         We had to create that help text.
 6              Q    So to use this Example 2 from
 7         Exhibit 80 as our example, what here is the
 8         text that you composed?
 9              A    Where it says, com dash server pound
10         sign space configure space question mark, so
11         the user has entered configure space question
12         mark.
13                   The stuff in bold is the command
14         prompt.  The word "memory, network" and
15         "terminal" are all arguments to the configure
16         command.  Those were fixed by the pre-existing
17         syntax of the commands.  The help text that we
18         created is the next to the right of that.
19              Q    So for memory, it's configure from NV
20         memory.
21              A    Yes.
22              Q    Was there a description of those
23         commands that you used as a basis for composing
24         these screens?
25              A    Yes.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        Q    What was that text that you used as a
2    basis for this?
3        A    The 8.x manuals and the software, the
4    code itself.  Where there were discrepancies
5    between the documentation and the code, we had
6    to figure out who was right.
7        Q    And the manual version, you said is
8    8.0?
9        A    I don't recall specifically which
10   version we started with.  I think it was 8.3.
11   Again, you'd have to go back and look at the
12   stuff.
13       Q    Do you have any of those old manuals?
14       A    Uh-huh.
15       Q    The eight dot -- do you have the
16   manuals, the 8.3 or the 8.0 manuals, you think?
17       A    I have 8.0, I have 8.2, I have 8.3
18   and 9.1.
19       Q    Okay.  Well, I think those are ones
20   that we would like to follow up with and see if
21   we can get copies of those.
22       A    Uh-huh.
23       Q    Work with Mr. Neukom on that.
24            Did you ever have any discussions
25   with Cisco about registering the copyright in
```

Page 130

```
 1      any of the work that you did for them on the
 2      CLI project?
 3          A    Registering, no.  I think our
 4      contract specified work for hire, so all rights
 5      were assigned.
 6          Q    Are you familiar with a -- a protocol
 7      called TACACS, T-A-C-A-C-S?
 8          A    Yes.
 9          Q    What is that?
10          A    It's an acronym.
11          Q    What is the protocol?
12          A    It is a protocol for network log in.
13      It's an authentication protocol.
14          Q    Is there another version called
15      XTACACS?
16          A    Yes.
17          Q    Was Cisco involved in developing
18      those protocols, to your knowledge?
19              MR. NEUKOM:  Objection.
20      Foundation.
21              THE WITNESS:  I don't know for
22      sure.
23  BY MR. FERRALL:
24          Q    Do you know if those -- do you know
25      if the TACACS protocol is open source?
```

Page 131