# EXHIBIT 15

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,
 6            Plaintiff,
 7  vs.                        No. 5:14-cv-05344-BLF(PSG)
 8  ARISTA NETWORKS, INC.,
 9            Defendant.
    _____/
10
11
12     CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
13
14         VIDEOTAPED DEPOSITION OF TONG LIU
15            FRIDAY, JANUARY 15, 2016
16              PALO ALTO, CALIFORNIA
17
18
19
20
21  Reported by:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23  CSR LICENSE NO. 9830
24  JOB NO. 2211574
25  Pages 1 - 215
```

Page 1

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1              It is 2:19.
 2              Please don't forget your mics.
 3              (Recess taken.)
 4              THE VIDEOGRAPHER:  We are back on the record.
 5              This is the beginning of Disc 3 in Volume I
 6   in the deposition of Ms. Liu.
 7              It's 2:32.
 8              MR. WONG:  Q.  Ms. Liu, can you turn to
 9   page '601 on Exhibit 98, please.
10        A     '601.  (Witness complies.)  Okay.  Yes.
11        Q     This page '601 at the top says "show PTP
12   clock."
13              Do you see that?
14        A     Yes.
15        Q     And that's one of the commands that you are
16   associated with in Exhibit 92; correct?
17        A     Right.
18        Q     At the bottom of page '601, there's an
19   "examples" line.
20              Do you see that?
21        A     Yes.
22        Q     And it says:
23              "This example shows how to display the PTP
24   clock information."
25              Do you see that?
```

Page 166

1  A   Uh-huh.
2  Q   And below that, there looks to be, I guess,
3  an example of what happens when you enter in that
4  command.
5      Do you see that?
6  A   Yes.
7  Q   Is that an accurate description of what is
8  displayed there?
9  A   Yes.
10 Q   Okay.  Were you responsible for choosing what
11 displays when you enter the "show PTP clock" command?
12 A   Yes.
13 Q   Okay.  Was that part of just developing this
14 function -- I'm sorry -- this command?
15     MR. PAK:  Objection; vague.
16     MR. WONG:  Let me rephrase the question.
17 Q   Was creating the output of the "show PTP
18 clock" command part of your development work on this
19 command?
20 A   It was part of it.
21 Q   How did you decide what to include in the
22 output of the "show PTP clock" command?
23 A   Based on my understanding of how it works.
24 And I think I chose the most important fields that I
25 think would be meaningful to show to the user.

Page 167

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1        Q    And when you say "most important fields," you
 2   mean most important fields that are part of the PTP
 3   standard?
 4             MR. PAK:  Objection; vague; mischaracterizes
 5   the witness' testimony.
 6             THE WITNESS:  I believe this was part of a
 7   personal choice.  It may not have been -- how to
 8   say -- it may not be a complete set of what can be
 9   displayed for the clock.  But I think these other
10   ones, which user may care about about the clock.
11             MR. WONG:  Q.  How did you make the
12   distinction between what you thought the user would
13   care about and what the user wouldn't care about for
14   the "show PTP clock" command?
15        A    It's based on my understanding of the spec
16   and what we have implemented.  We didn't implement the
17   complete spec.  We implemented the major functionality
18   of PTP clock.
19        Q    And how long, approximately, did it take for
20   your team to implement the portions of the PTP
21   standard that you actually did implement for the Cisco
22   device?
23        A    Again, I don't recall exactly.  Three months,
24   five months.  It's -- it's in that frame.  Maybe a few
25   months.
```

Page 168