Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Chicago, IL
Telephone: 312-705-7400
Facsimile: 312-705-7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF KEVIN C. ALMEROTH IN SUPPORT OF CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION** |

I, Kevin Almeroth, declare as follows:

1. I am a Professor in the Department of Computer Science at the University of California, Santa Barbara. I hold three degrees from the Georgia Institute of Technology: (1) a Bachelor of Science degree in Information and Computer Science (with minors in Economics, Technical Communication, and American Literature) earned in June, 1992; (2) a Master of Science degree in Computer Science (with specialization in Networking and Systems) earned in June, 1994; and (3) a Doctor of Philosophy (Ph.D.) degree in Computer Science (Dissertation Title: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems, minor in Telecommunications Public Policy) earned in June, 1997.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3. I have been retained to provide my opinions on issues related to Cisco Systems, Inc.'s ("Cisco") copyrighted works and the infringement of certain Cisco copyrights by Arista Networks, Inc. ("Arista").

4. Attached hereto as Exhibit A is a true and correct copy of the opening expert report ("Almeroth Opening Report") I prepared in this action, which was signed on June 3, 2016 and is a true and correct expression of my opinions based on the facts I currently know.

5. Attached hereto as Exhibit B is a true and correct copy of Exhibit 1 to the Almeroth Opening Report.

6. Attached hereto as Exhibit C is a true and correct copy of Exhibit 2 to the Almeroth Opening Report.

7. Attached hereto as Exhibit D is a true and correct copy of Exhibit 3 to the Almeroth Opening Report.

8. Attached hereto as Exhibit E is a true and correct copy of Exhibit 4 to the Almeroth Opening Report.

9. Attached hereto as Exhibit F is a true and correct copy of Exhibit 5 to the Almeroth Opening Report.

10. Attached hereto as Exhibit G is a true and correct copy of Exhibit 6 to the Almeroth Opening Report.

11. Attached hereto as Exhibit H is a true and correct copy of the rebuttal expert report ("Almeroth Rebuttal Report") I prepared in this action, which was signed on June 17, 2016 and is a true and correct expression of my opinions based on the facts I currently know.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Austin, Texas, on November 8, 2016.

*Kevin C. Almeroth*
Kevin C. Almeroth