| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| ip dhcp relay | Enables or disables the DHCP relay agent. |<br>| ip dhcp relay address | Configures the IP address of a DHCP server on an interface. |<br>| ip dhcp relay sub-option type cisco | Enables DHCP to use Cisco proprietary numbers 150, 152, and 151 when filling the link selection, server ID override, and VRF name/VPN ID relay agent option-82 suboptions. |<br>| ip dhcp snooping | Globally enables DHCP snooping on the device. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-311. | **Related Commands**<br><br>• **ip dhcp snooping** globally enables DHCP snooping.<br>• **ip dhcp snooping vlan** enables DHCP snooping on specified VLANs.<br>• **ip helper-address** enables the DHCP relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1270. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**<br><br>This example shows how to enable VRF support for the DHCP relay agent, which is dependent upon enabling Option-82 support for the DHCP relay agent, and how to configure a DHCP server address on a Layer 3 interface when the DHCP server is in a VRF named SiteA:<br><br>`switch# configure terminal`<br>`switch(config)# ip dhcp relay information option`<br>`switch(config)# ip dhcp relay information option vpn`<br>`switch(config)# interface ethernet 1/3`<br>`switch(config-if)# ip dhcp relay address 10.43.87.132 use-vrf SiteA`<br>`switch(config-if)#`<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-314. | **Example**<br><br>• This command enables the attachment of tags to DHCP requests that are forwarded to DHCP server addresses.<br><br>`switch(config)#ip dhcp relay information option`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1237.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1068; Arista User Manual, v. 4.11.1 (1/11/13), at 852; Arista User Manual v. 4.10.3 (10/22/12), at 688. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Command | Description |<br>| feature dhcp | Enables the DHCP snooping feature on the device. |<br>| ip dhcp relay | Enables the DHCP relay agent. |<br>| ip dhcp relay address | Configures an IP address of a DHCP server on an interface. |<br>| ip dhcp relay information option | Enables the insertion and removal of option-82 information from DHCP packets forwarded by the DHCP relay agent. |<br>| ip dhcp snooping | Globally enables the DHCP snooping on the device. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-317. | **Example**<br><br>• This command enables the DHCP relay agent.<br><br>`switch(config)#ip dhcp relay always-on`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1263.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1047; Arista User Manual, v. 4.11.1 (1/11/13), at 890; Arista User Manual v. 4.10.3 (10/22/12), at 688. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip dhcp smart-relay**<br><br>To enable Dynamic Host Configuration Protocol (DHCP) smart relay on a Layer 3 interface, use the **ip dhcp smart-relay** command. To disable DHCP smart relay on a Layer 3 interface, use the no form of this command.<br><br>ip dhcp smart-relay<br><br>no ip dhcp smart-relay<br><br>Syntax Description    This command has no arguments or keywords.<br><br>Defaults    Disabled<br><br>Command Modes    Interface configuration mode (config-if)<br><br>SupportedUserRoles    network-admin<br>vdc-admin<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-319. | **ip dhcp smart-relay**<br><br>The ip dhcp smart-relay command configures the DHCP smart relay status on the configuration mode interface. DHCP smart relay supports forwarding DHCP requests with a client's secondary IP addresses in the gateway address field. Enabling DHCP smart relay on an interface requires that DHCP relay is also enabled on that interface.<br><br>By default, an interface assumes the global DHCP smart relay setting as configured by the ip dhcp smart-relay global command. The ip dhcp smart-relay command, when configured, takes precedence over the global smart relay setting.<br><br>The no ip dhcp smart-relay command disables DHCP smart relay on the configuration mode interface. The default ip dhcp smart-relay command restores the interface's to the default DHCP smart relay setting, as configured by the ip dhcp smart-relay global command, by removing the corresponding ip dhcp smart-relay or no ip dhcp smart-relay statement from *running-config*.<br><br>Platform    all<br>Command Mode    Interface-Ethernet Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>Command Syntax<br>ip dhcp smart-relay<br>no ip dhcp smart-relay<br>default ip dhcp smart-relay<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1266. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Related Commands<br>Command    Description<br>ip dhcp smart-relay    Enables DHCP smart relay on a Layer 3 interface.<br>ip dhcp relay    Enable the DHCP relay agent.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-322. | Related Commands<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br>• ip dhcp smart-relay enables the DHCP smart relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Examples**   This example shows how to globally enable DHCP snooping:

```
switch# configure terminal
switch(config)# ip dhcp snooping
switch(config)#
```

**Related Commands**

| Command | Description |
|---|---|
| feature dhcp | Enables the DHCP snooping feature on the device. |
| ip dhcp relay | Enables or disables the DHCP relay agent. |
| ip dhcp snooping information option | Enables the insertion and removal of option-82 information for DHCP packets forwarded without the use of the DHCP relay agent. |
| ip dhcp snooping trust | Configures an interface as a trusted source of DHCP messages. |
| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |

Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-323. | Command Syntax

```
ip dhcp snooping
no ip dhcp snooping
default ip dhcp snooping
```

Related Commands

- ip dhcp snooping information option enables insertion of option-82 snooping data.
- ip dhcp snooping vlan enables DHCP snooping on specified VLANs.
- ip helper-address enables the DHCP relay agent on a configuration mode interface.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1269. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **ip dhcp snooping information option**<br><br>To enable the insertion and removal of option-82 information for DHCP packets, use the **ip dhcp snooping information option command**. To disable the insertion and removal of option-82 information, use the **no** form of this command.<br><br>    ip dhcp snooping information option<br>    no ip dhcp snooping information option<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  By default, the device does not insert and remove option-82 information.<br><br>**Command Modes**  Global configuration<br><br>**SupportedUserRoles**  network-admin<br>  vdc-admin<br><br>**Command History**<br>Release   Modification<br>4.0(1)   This command was introduced.<br><br>**Usage Guidelines**  To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command).<br>This command does not require a license.<br><br>**Examples**  This example shows how to globally enable DHCP snooping:<br>switch# configure terminal<br>switch(config)# ip dhcp snooping information option<br>switch(config)#<br><br>**Related Commands**<br>Command   Description<br>ip dhcp relay information option   Enables the insertion and removal of option-82 information from DHCP packets forwarded by the DHCP relay agent.<br>ip dhcp snooping   Globally enables DHCP snooping on the device.<br>ip dhcp snooping trust   Configures an interface as a trusted source of DHCP messages.<br>ip dhcp snooping vlan   Enables DHCP snooping on the specified VLANs.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-325. | **ip dhcp snooping information option**<br><br>The ip dhcp snooping information option command enables the insertion of option-82 DHCP snooping information in DHCP packets on VLANs where DHCP snooping is enabled. DHCP snooping is a layer 2 switch process that allows relay agents to provide remote-ID and circuit-ID information to DHCP reply and request packets. DHCP servers use this information to determine the originating port of DHCP requests and associate a corresponding IP address to that port.<br><br>DHCP snooping uses information option (Option-82) to include the switch MAC address (router-ID) along with the physical interface name and VLAN number (circuit-ID) in DHCP packets. After adding the information to the packet, the DHCP relay agent forwards the packet to the DHCP server through DHCP protocol processes.<br><br>VLAN snooping on a specified VLAN requires each of these conditions:<br>• DHCP snooping is globally enabled.<br>• Insertion of option-82 information in DHCP packets is enabled.<br>• DHCP snooping is enabled on the specified VLAN.<br>• DHCP relay is enabled on the corresponding VLAN interface.<br><br>When global DHCP snooping is not enabled, the ip dhcp snooping information option command persists in *running-config* without any operational effect.<br><br>The no ip dhcp snooping information option and default ip dhcp snooping information option commands disable the insertion of option-82 DHCP snooping information in DHCP packets by removing the ip dhcp snooping information option statement from *running-config*.<br><br>Platform   Trident<br>Command Mode   Global Configuration<br><br>**Command Syntax**<br>ip dhcp snooping information option<br>no ip dhcp snooping information option<br>default ip dhcp snooping information option<br><br>**Related Commands**<br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping vlan enables DHCP snooping on specified VLANs.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>**Example**<br>• These commands enable DHCP snooping on DHCP packets from ports on snooping-enabled VLANs. DHCP snooping was previously enabled on the switch.<br>switch(config)#ip dhcp snooping information option<br>switch(config)#show ip dhcp snooping<br>DHCP Snooping is enabled<br>DHCP Snooping is operational<br>DHCP Snooping is configured on following VLANs:<br>   100<br>DHCP Snooping is operational on following VLANs:<br>   100<br>Insertion of Option-82 is enabled<br>   Circuit-id format: Interface name:Vlan ID<br>   Remote-id: 00:1c:73:1f:b4:38 (Switch MAC)<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1270. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| **Command** | **Description** |<br>| ip dhcp snooping | Globally enables DHCP snooping on the device. |<br>| ip dhcp snooping information option | Enables the insertion and removal of Option-82 information for DHCP packets forwarded without the use of the DHCP relay agent. |<br>| ip dhcp snooping verify mac-address | Enables MAC address verification as part of DHCP snooping. |<br>| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |<br>| show ip dhcp snooping | Displays general information about DHCP snooping. |<br>| show running-config dhcp | Displays DHCP snooping configuration, including IP Source Guard configuration. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-328. | **ip dhcp snooping vlan**<br><br>The **ip dhcp snooping vlan** command enables DHCP snooping on specified VLANs. DHCP snooping is a layer 2 process that allows relay agents to provide remote-ID and circuit-ID information in DHCP packets. DHCP servers use this data to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP snooping is configured on a global and VLAN basis.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1271. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | **Command** | **Description** |<br>| ip dhcp snooping trust | Configures an interface as a trusted source of DHCP messages. |<br>| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |<br>| show ip dhcp snooping | Displays general information about DHCP snooping. |<br>| show running-config dhcp | Displays DHCP snooping configuration, including IP Source Guard configuration. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-330. | **Related Commands**<br><br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping vlan enables DHCP snooping on specified VLANs.<br>• ip dhcp snooping information option enables insertion of option-82 snooping data.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1302. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip dhcp snooping vlan**<br><br>To enable DHCP snooping one or more VLANs, use the **ip dhcp snooping vlan** command. To disable DHCP snooping on one or more VLANs, use the **no** form of this command.<br><br>ip dhcp snooping vlan *vlan-list*<br><br>no ip dhcp snooping vlan *vlan-list*<br><br>**Syntax Description**<br>*vlan-list*  Range of VLANs on which to enable DHCP snooping. The *vlan-list* argument allows you to specify a single VLAN ID, a range of VLAN IDs, or comma-separated IDs and ranges (see the "Examples" section). Valid VLAN IDs are from 1 to 4096.<br><br>**Defaults**  By default, DHCP snooping is not enabled on any VLAN.<br><br>**Command Modes**  Global configuration<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**<br>Release  Modification<br>4.0(1)  This command was introduced.<br><br>**Usage Guidelines**  To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command). This command does not require a license.<br><br>**Examples**  This example shows how to enable DHCP snooping on VLANs 100, 200, and 250 through 252:<br>switch# **configure terminal**<br>switch(config)# **ip dhcp snooping vlan** 100,200,250-252<br>switch(config)#<br><br>**Related Commands**<br>Command  Description<br>ip dhcp snooping  Globally enables DHCP snooping on the device.<br>ip dhcp snooping information option  Enables the insertion and removal of option-82 information for DHCP packets forwarded without the use of the DHCP relay agent.<br>ip dhcp snooping trust  Configures an interface as a trusted source of DHCP messages.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-331. | **ip dhcp snooping vlan**<br><br>The ip dhcp snooping vlan command enables DHCP snooping on specified VLANs. DHCP snooping is a layer 2 process that allows relay agents to provide remote-ID and circuit-ID information in DHCP packets. DHCP servers use this data to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP snooping is configured on a global and VLAN basis.<br><br>VLAN snooping on a specified VLAN requires each of these conditions:<br>• DHCP snooping is globally enabled.<br>• Insertion of option-82 information in DHCP packets is enabled.<br>• DHCP snooping is enabled on the specified VLAN.<br>• DHCP relay is enabled on the corresponding VLAN interface.<br>When global DHCP snooping is not enabled, the ip dhcp snooping vlan command persists in *running-config* without any operational affect.<br><br>The no ip dhcp snooping information option and default ip dhcp snooping information option commands disable DHCP snooping operability by removing the ip dhcp snooping information option statement from *running-config*.<br><br>Platform  Trident<br>Command Mode  Global Configuration<br><br>**Command Syntax**<br>ip dhcp snooping vlan *v_range*<br>no ip dhcp snooping vlan *v_range*<br>default ip dhcp snooping vlan *v_range*<br><br>**Parameters**<br>• *v_range*  VLANs upon which snooping is enabled. Formats include a number, a number range, or a comma-delimited list of numbers and ranges. Numbers range from 1 to 4094.<br><br>**Related Commands**<br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping information option enables insertion of option-82 snooping data.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>**Example**<br>• These commands enable DHCP snooping globally, DHCP on VLAN interface100, and DHCP snooping on VLAN 100.<br>switch(config)#ip dhcp snooping<br>switch(config)#ip dhcp snooping information option<br>switch(config)#ip dhcp snooping vlan 100<br>switch(config)#interface vlan 100<br>switch(config-if-V1100)#ip helper-address 10.4.4.4<br>switch(config-if-V1100)#show ip dhcp snooping<br>DHCP Snooping is enabled<br>DHCP Snooping is operational<br>DHCP Snooping is configured on following VLANs:<br>  100<br>DHCP Snooping is operational on following VLANs:<br>  100<br>Insertion of Option-82 is enabled<br>  Circuit-id format: Interface name:Vlan ID<br>  Remote-id: 00:1c:73:1f:b4:38 (Switch MAC)<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1302. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **set-dscp-transmit** Specifies the differentiated services code point (DSCP) value for IPv4<br>*dscp-value* and IPv6 packets. The range is from 0 to 63.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-444. | **qos dscp**<br><br>The qos dscp command specifies the default differentiated services code point (DSCP) value of the configuration mode interface. The default DSCP determines the traffic class for non-IP packets that are inbound on DSCP trusted ports. DSCP trusted ports determine the traffic class for inbound packets as follows:<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1093.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 991; Arista User Manual, v. 4.11.1 (1/11/13), at 795; Arista User Manual v. 4.10.3 (10/22/12), at 646; Arista User Manual v. 4.9.3.2 (5/3/12), at 576; Arista User Manual v. 4.8.2 (11/18/11), at 666. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **policy-map type control-plane**<br><br>To create or specify a control plane policy map and enter policy map configuration mode, use the **policy-map type control-plane** command. To delete a control plane policy map, use the **no** form of this command.<br><br>policy-map type control-plane *policy-map-name*<br><br>no policy-map type control-plane *policy-map-name*<br><br>**Syntax Description**<br>*policy-map-name*   Name of the class map. The name is alphanumeric, case sensitive, and has a maximum of 64 characters.<br><br>**Defaults**   None<br><br>**Command Modes**   Global configuration<br><br>**SupportedUserRoles**   network-admin<br>vdc-admin<br><br>**Command History**<br>Release   Modification<br>4.0(1)   This command was introduced.<br><br>**Usage Guidelines**   You can use this command only in the default VDC.<br><br>This command does not require a license.<br><br>**Examples**   This example shows how to specify a control plane policy map and enter policy map configuration mode:<br>switch# config t<br>switch(config)# policy-map type control-plane PolicyMapA<br>switch(config-pmap)#<br>This example shows how to delete a control plane policy map:<br>switch# config t<br>switch(config)# no policy-map type control-plane PolicyMapA<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-448. | **policy-map type control-plane**<br><br>The **policy-map type control-plane** command places the switch in Policy-Map (control plane) configuration mode, which is a group change mode that modifies a control-plane policy map. A policy map is a data structure that consists of class maps that identify a specific data stream and specify bandwidth and shaping parameters that controls its transmission. Control plane policy maps are applied to the control plane to manage traffic.<br><br>The **copp-system-policy** policy map is supplied with the switch and is always applied to the control plane. Copp-system-policy is the only valid control plane policy map.<br><br>The **exit** command saves pending policy map changes to *running-config* and returns the switch to global configuration mode. Policy map changes are also saved by entering a different configuration mode. The **abort** command discards pending changes, returning the switch to global configuration mode.<br><br>The **no policy-map type control-plane** and **default policy-map type control-plane** commands delete the specified policy map by removing the corresponding **policy-map type control-plane** command and its associated configuration.<br><br>Platform   FM6000, Petra, Trident<br>Command Mode   Global Configuration<br><br>Command Syntax<br>policy-map type control-plane copp-system-policy<br>no policy-map type control-plane copp-system-policy<br>default policy-map type control-plane copp-system-policy<br><br>copp-system-policy is supplied with the switch and is the only valid control plane policy map.<br><br>Commands Available in Policy-Map Configuration Mode<br>• class (policy-map (control-plane) – FM6000)<br>• class (policy-map (control-plane) – Trident)<br><br>Related Commands<br>• class-map type control-plane enters control-plane class-map configuration mode.<br><br>Example<br>• This command places the switch in policy-map configuration mode to edit the copp-system-policy policy map.<br>switch(config)#policy-map type control-plane copp-system-policy<br>switch(config-pmap-copp-system-policy)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1194.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 980; Arista User Manual, v. 4.11.1 (1/11/13), at 784. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To view per-entry statistics, use the show access-lists command or the applicable following command:<br><br>• show ip access-lists<br>• show ipv6 access-lists<br>• show mac access-lists<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-517. | **Displaying Contents of an ACL**<br><br>These commands display ACL contents.<br><br>• show ip access-lists<br>• show ipv6 access-lists<br>• show mac access-lists<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 845.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 724; Arista User Manual, v. 4.11.1 (1/11/13), at 552; Arista User Manual v. 4.10.3 (10/22/12), at 466. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Examples    This example shows how to display control plane class map information:<br><br>`switch# show class-map type control-plane`<br><br>```<br>class-map type control-plane match-any copp-system-class-critical<br>  match access-grp name copp-system-acl-arp<br>  match access-grp name copp-system-acl-msdp<br><br>class-map type control-plane match-any copp-system-class-important<br>  match access-grp name copp-system-acl-gre<br>  match access-grp name copp-system-acl-tacas<br><br>class-map type control-plane match-any copp-system-class-normal<br>  match access-grp name copp-system-acl-icmp<br>  match redirect dhcp-snoop<br>  match redirect arp-inspect<br>  match exception ip option<br>  match exception ip icmp redirect<br>  match exception ip icmp unreachable<br>```<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-552. | Example<br>• This command displays all control plane class maps.<br>• This command displays the available control plane class maps.<br><br>```<br>switch>show class-map type control-plane<br>  Class-map: CM-CP1 (match-any)<br>    Match: ip access-group name LIST-CP1<br>  Class-map: copp-system-acllog (match-any)<br>  Class-map: copp-system-arp (match-any)<br>  Class-map: copp-system-arpresolver (match-any)<br>  Class-map: copp-system-bpdu (match-any)<br>  Class-map: copp-system-glean (match-any)<br>  Class-map: copp-system-igmp (match-any)<br>  Class-map: copp-system-ipmcmiss (match-any)<br>  Class-map: copp-system-ipmcrsvd (match-any)<br>  Class-map: copp-system-l3destmiss (match-any)<br>  Class-map: copp-system-l3slowpath (match-any)<br>  Class-map: copp-system-l3ttl1 (match-any)<br>  Class-map: copp-system-lacp (match-any)<br>  Class-map: copp-system-lldp (match-any)<br>  Class-map: copp-system-selfip (match-any)<br>  Class-map: copp-system-selfip-tc6to7 (match-any)<br>  Class-map: copp-system-sflow (match-any)<br>  Class-map: copp-system-tc3to5 (match-any)<br>  Class-map: copp-system-tc6to7 (match-any)<br>switch>``<br>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/20140), at 1212. |

311

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display the DHCP relay status and configured DHCP server addresses:<br><br>`switch# show ip dhcp relay`<br>DHCP relay service is enabled<br>Insertion of option 82 is enabled<br>Insertion of VPN suboptions is enabled<br>Helper addresses are configured on the following interfaces:<br>Interface    Relay Address    VRF Name<br>------------    -------------    --------<br>Ethernet1/4    10.10.10.1    red<br>switch#<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-630. | **Example**<br>• This command displays the DHCP relay agent configuration status.<br><br>`switch>show ip dhcp relay`<br>DHCP servers: 172.22.22.11<br>Vlan1000:<br>    DHCP clients are permitted on this interface<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1237.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1047; Arista User Manual, v. 4.11.1 (1/11/13), at 868; Arista User Manual v. 4.10.3 (10/22/12), at 716. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display general status information about DHCP snooping:<br><br>`switch# show ip dhcp snooping`<br>DHCP snooping service is enabled<br>Switch DHCP snooping is enabled<br>DHCP snooping is configured on the following VLANs:<br>1,13<br>DHCP snooping is operational on the following VLANs:<br>1<br>Insertion of Option 82 is disabled<br>Verification of MAC address is enabled<br>DHCP snooping trust is configured on the following interfaces:<br>Interface    Trusted<br>------------    -------<br>Ethernet2/3    Yes<br>switch#<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-634. | **Example**<br>• This command DHCP snooping hardware status.<br><br>`switch>show ip dhcp snooping hardware`<br>DHCP Snooping is enabled<br>DHCP Snooping is enabled on following VLANs:<br>    None<br>    Vlans enabled per Slice<br>        Slice: FixedSystem<br>    None<br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1304. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | <br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-661. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405-06; Arista User Manual v. 4.10.3 (10/22/12), at 336; Arista User Manual v. 4.9.3.2 (5/3/12), at 405-06. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-664. | <br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 698.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 562; Arista User Manual, v. 4.11.1 (1/11/13), at 446; Arista User Manual v. 4.10.3 (10/22/12), at 366; Arista User Manual v. 4.9.3.2 (5/3/12), at 338. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-695. | **ip dhcp snooping**<br><br>The ip dhcp snooping command enables DHCP snooping globally on the switch. DHCP snooping is a set of layer 2 processes that can be configured on LAN switches and used with DHCP servers to control network access to clients with specific IP/MAC addresses. The swtich supports Option-82 insertion, which is a DHCP snooping process that allows relay agents to provide remote-ID and circuit-ID information to DHCP reply and request packets. DHCP servers use this information to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP servers use port information to track host location and IP address usage by authorized physical ports.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1269. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Usage Guidelines** In order for LLDP to discover servers connected to your device, the servers must be running openLLDP software.<br><br>LLDP must be enabled on the device before you can enable or disable it on any interfaces.<br><br>**Note** LLDP is supported only on physical interfaces. LLDP timers and type, length, and value (TLV) descriptions cannot be configured using Cisco DCNM.<br><br>LLDP can discover up to one device per port. LLDP can discover up to one server per port. LLDP can discover only Linux servers that are connected to your device. LLDP can discover Linux servers, if they are not using a converged network adapter (CNA); however, LLDP cannot discover other types of servers.<br><br>Make sure that you are in the correct virtual device context (VDC). To switch VDCs, use the switchto vdc command.<br><br>This command does not require a license.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 174. | 12.2.4  Guidelines and Limitations<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interface.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 576.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 448; Arista User Manual, v. 4.11.1 (1/11/13), at 366. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **lldp holdtime**<br><br>To configure the amount of time that a receiving device should hold the information sent by your device before discarding it, use the **lldp holdtime** command. To remove the hold time configuration, use the no form of this command.<br><br>**lldp holdtime** *seconds*<br><br>Syntax Description: *seconds* — Hold time in seconds. The range is from 10 to 255 seconds.<br><br>Defaults: 120 seconds<br><br>Command Modes: Global configuration mode (config)<br><br>SupportedUserRoles: network-admin, network-operator, vdc-admin, vdc-operator<br><br>Command History: Release 5.0(1) — This command was introduced.<br><br>Usage Guidelines: Make sure that you are in the correct virtual device context (VDC). To switch VDCs, use the switchto vdc command. This command does not require a license.<br><br>Examples: This example shows how to configure the Link Layer Discovery Protocol (LLDP) hold time:<br>`switch(config)# lldp holdtime 180`<br>`switch(config)#`<br><br>This example shows how to remove the LLDP hold time configuration:<br>`switch(config)# no lldp holdtime 180`<br>`switch(config)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 228. | **lldp holdtime**<br><br>The lldp holdtime command specifies the amount of time a receiving device should hold the information sent by the device before discarding it.<br><br>Platform: all<br>Command Mode: Global Configuration<br><br>Command Syntax<br>`lldp holdtime` *period*<br>`no lldp holdtime`<br>`default lldp holdtime`<br><br>Parameters<br>• *period* — The amount of time a receiving device should hold the LLDPDU information sent before discarding it. Value ranges from 10 to 65535 second; default value is 120 seconds.<br><br>Examples<br>• This command sets the amount of time to 180 seconds before the receiving device discards the LLDPDU information.<br>`switch(config)# lldp holdtime 180`<br>`switch(config)#`<br><br>• This command removes the configured time before the receiving device discards the LLDPDU information.<br>`switch(config)# no lldp holdtime 180`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 585.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 458; Arista User Manual, v. 4.11.1 (1/11/13), at 376. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br>**Command** — lldp reinit — **Description** Specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 228. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 462; Arista User Manual, v. 4.11.1 (1/11/13), at 380. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br>**Command** lldp transmit — **Description** Enables the transmission of LLDP packets on an interface.<br>show lldp interface ethernet — Displays the LLDP configuration on an interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 231. | **lldp transmit**<br><br>The lldp transmit command enables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 446; Arista User Manual, v. 4.11.1 (1/11/13), at 384. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br>**Command** lldp holdtime — **Description** Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 232. | 12.3.3.2   Setting the LLDP Hold Time<br>The lldp holdtime command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>lldp reint — Specifies the delay time in seconds for LLDP to initialize on any interface.<br>lldp holdtime — Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br>show lldp timers — Displays the LLDP holdtime, delay time, and update frequency configuration.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 235. | **lldp timer**<br><br>The lldp timer command specifies the amount of time a receiving device should hold the information sent by the device before discarding it. The no form of this command removes the configured LLDP timer.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 591.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 464; Arista User Manual, v. 4.11.1 (1/11/13), at 382. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **lldp tlv-select**<br><br>To configure the type, length, and value (TLV) descriptions to send and receive in Link Layer Discovery Protocol (LLDP) packets, use the lldp tlv-select command. To remove the TLV configuration, use the no form of this command.<br><br>lldp tlv-select [dcbxp \| management-address \| port-description \| port-vlan \| system-capabilities \| system-description \| system-name]<br><br>no lldp tlv-select [dcbxp \| management-address \| port-description \| port-vlan \| system-capabilities \| system-description \| system-name]<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 236. | 12.3.3.5  **Selecting the LLDP TLV**<br><br>The lldp tlv-select command configures the type, length, and value (TLV) descriptions to send and receive in Link Layer Discovery Protocol (LLDP) packets. Use the no form of this command to remove the TLV configuration.<br><br>**Example**<br>• This command enables the system descriptions to be included in the TLVs.<br>  switch(config)# **lldp tlv-select** system-description<br>  switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 368-69. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **logging console**<br><br>To enable logging messages to the console session, use the **logging console** command. To disable logging messages to the console session, use the **no** form of this command.<br><br>logging console [severity-level]<br><br>no logging console<br><br>**Syntax Description**  severity-level  (Optional) Number of the desired severity level at which messages should be logged. Messages at or numerically lower than the specified level are logged. Severity levels are as follows:<br><br>• 0—emergency: System unusable<br>• 1—alert: Immediate action needed<br>• 2—critical: Critical condition—default level<br>• 3—error: Error condition<br>• 4—warning: Warning condition<br>• 5—notification: Normal but significant condition<br>• 6—informational: Informational message only<br>• 7—debugging: Appears during debugging only<br><br>**Defaults**  None<br><br>**Command Modes**  Global configuration mode<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**  Release  Modification<br>4.0(1)  This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to enable logging messages with a severity level of 4 (warning) or higher to the console session:<br><br>`switch# configure terminal`<br>`switch(config)# logging console 4`<br>`switch(config)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 242. | **logging trap system**<br><br>The **logging trap system** command enables the logging of system messages to a remote server, or limits the syslog messages saved to a remote server based on severity. Use this command without a specified level to enable remote logging.<br><br>The **no logging trap system** and **default logging trap system** commands clear the specified method list by removing the corresponding **logging trap system** command from running-config.<br><br>Platform  all<br>Command Mode  Global Configuration<br><br>**Command Syntax**<br>logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]<br>no logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]<br>default logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]<br><br>The TEXT parameter, when present, is always last. All other parameters can be placed in any order.<br><br>**Parameters**<br>• FACILITY_LEVEL  Defines the appropriate facility.<br>  — <no parameter>  Specifies default facility.<br>  — facility <facility-name>  Specifies named facility.<br>• CONDITION  Specifies severity level. Options include:<br>  — <no parameter>  Specifies default condition level.<br>  — severity <condition-level>  Name of the severity level at which messages should be logged.<br><br>Valid condition-level options include:<br>  ✳ 0 or emergencies  System is unusable<br>  ✳ 1 or alerts  Immediate action needed<br>  ✳ 2 or critical  Critical conditions<br>  ✳ 3 or errors  Error conditions<br>  ✳ 4 or warnings  Warning conditions<br>  ✳ 5 or notifications  Normal but significant conditions<br>  ✳ 6 or informational  Informational messages<br>  ✳ 7 or debugging  Debugging messages<br>• PROGRAM  Filters packets based on program name. Options include:<br>  — <no parameter>  All tags or program names.<br>  — tag program-name  Specific tag or program name.<br>• TEXT  Specifies log message text. Options include:<br>  — <no parameter>  Specify text contained in log message.<br>  — content reg-expression  Specify text contained in log message.<br><br>**Examples**<br>• This command enables the logging of system informational messages to a remote server.<br><br>`switch(config)#logging trap informational`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2015), at 155. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To configure the interval between Precision Time Protocol (PTP) announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface, use the **ptp announce** command. To remove the interval configuration for PTP messages, use the **no** form of this command.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 330. | **Set the Peer Delay Request Interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages, use the **ptp pdelay-req interval** command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 273.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 216. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to configure the interval between PTP announce messages on an interface:<br>`switch# configure terminal`<br>`switch(config)# interface ethernet 5/1`<br>`switch(config-if)# ptp announce interval 1`<br>`switch(config-if)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 330. | **Examples**<br>• This command shows how to configure the interval between PTP announce messages on an interface.<br>`switch(config)# interface ethernet 5`<br>`switch(config-if-Et5)# ptp announce interval 1`<br>`switch(config-if-Et5)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<table><tr><td>Command</td><td>Description</td></tr><tr><td>ptp</td><td>Enables or disables PTP on an interface.</td></tr><tr><td>ptp announce</td><td>Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface.</td></tr><tr><td>ptp sync interval</td><td>Configures the interval between PTP synchronization messages on an interface.</td></tr><tr><td>ptp vlan vlan</td><td>Configures the PTP VLAN value on an interface.</td></tr></table><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 333. | **ptp announce interval**<br><br>The ptp announce interval command configures the interval between PTP announcement messages on or the number of PTP intervals before a timeout occurs. To disable this feature, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp delay-request minimum interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) delay-request messages when the port is in the master state, use the **ptp delay-request minimum interval** command. To remove the minimum interval configuration for PTP delay-request messages, use the **no** form of this command.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 332. | **ptp delay-req interval**<br><br>The **ptp delay-req interval** command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Related Commands<br><br>| Command | Description |<br>|---|---|<br>| feature ptp | Enables or disables PTP on the device. |<br>| ptp source | Configures the source IP address for all PTP packets. |<br>| ptp priority1 | Configures the priority1 value to use when advertising this clock. |<br>| ptp priority2 | Configures the priority2 value to use when advertising this clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 334. | **ptp source ip**<br><br>The **ptp source ip** command configures the source IP address for all PTP packets. The IP address can be in IPv4 format. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 328.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 264; Arista User Manual, v. 4.11.1 (1/11/13), at 210. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **ptp priority1**<br><br>To configure the priority1 value when advertising the Precision Time Protocol (PTP) clock, use the ptp priority1 command. To remove the priority1 value, use the no form of this command.<br><br>ptp priority1 *priority-number*<br><br>no ptp priority1 *priority-number*<br><br>Syntax Description    *priority-number*    Priority number. The range is from 0 to 255.<br><br>Defaults    255<br><br>Command Modes    Global configuration mode (config)<br><br>SupportedUserRoles    network-admin<br>vdc-admin<br><br>Command History    Release    Modification<br>5.2(1)    This command was introduced.<br><br>Usage Guidelines    This command does not require a license.<br><br>Examples    This example shows how to configure the priority1 value when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# ptp priority1 10`<br><br>This example shows how to remove the priority1 value when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# no ptp priority1 10`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 336. | **Set the PTP Priority1**<br><br>To configure the priority1 value when advertising the clock, use the **ptp priority1** command. This value overrides the default criteria for best master clock selection. Lower values take precedence.<br><br>•   The **ptp priority1** command configures the priority1 value of 120 to use when advertising the clock.<br>     `switch(config)# ptp priority1 120`<br>     `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 214-15. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Related Commands<br><br>| Command | Description |<br>|---|---|<br>| feature ptp | Enables or disables PTP on the device. |<br>| ptp source | Configures the source IP address for all PTP packets. |<br>| ptp domain | Configures the domain number to use for this clock. |<br>| ptp priority2 | Configures the priority2 value to use when advertising this clock. |<br>| show ptp brief | Displays the PTP status. |<br>| show ptp clock | Displays the properties of the local clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 336. | **ptp domain**<br><br>The **ptp domain** command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp priority2**<br><br>To configure the priority2 value when advertising the Precision Time Protocol (PTP) clock, use the ptp priority2 command. To remove the priority2 value when advertising the PTP, use the no form of this command.<br><br>    ptp priority2 *priority-number*<br><br>    no ptp priority2 *priority-number*<br><br>Syntax Description     *priority-number*     Priority number. The range is from 0 to 255.<br><br>Defaults     255<br><br>Command Modes     Global configuration mode (config)<br><br>SupportedUserRoles     network-admin<br>       vdc-admin<br><br>Command History     Release     Modification<br>       5.2(1)     This command was introduced.<br><br>Usage Guidelines     This command does not require a license.<br><br>Examples     This example shows how to configure the priority2 value when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# ptp priority2 1`<br>    This example shows how to remove the priority2 value configuration for use when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# no ptp priority2 1`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | Set the PTP Priirity2<br><br>To configure the priority2 value when advertising this clock, use the ptp priority2 command. This value is used to decide between two devices that are otherwise equally matched in the default criteria.<br><br>• The ptp priority2 command configures the priority2 value of 128 to use when advertising this clock.<br>`switch(config)# ptp priority2 128`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 215. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>feature ptp — Enables or disables PTP on the device.<br>ptp source — Configures the source IP address for all PTP packets.<br>ptp domain — Configures the domain number to use for this clock.<br>ptp priority1 — Configures the priority1 value to use when advertising this clock.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | **ptp source ip**<br><br>The ptp source ip command configures the source IP address for all PTP packets. The IP address can be in IPv4 format. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 10/2/2014), at 328.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 264; Arista User Manual, v. 4.11.1 (1/11/13), at 210. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>feature ptp — Enables or disables PTP on the device.<br>ptp source — Configures the source IP address for all PTP packets.<br>ptp domain — Configures the domain number to use for this clock.<br>ptp priority1 — Configures the priority1 value to use when advertising this clock.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | **ptp domain**<br><br>The ptp domain command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Command** — **Description**<br>ptp priority1 — Configures the priority1 value to use when advertising this clock.<br>ptp priority2 — Configures the priority2 value to use when advertising this clock.<br>show ptp brief — Displays the PTP status.<br>show ptp clock — Displays the properties of the local clock.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **Set the PTP Priority1**<br><br>To configure the priority1 value when advertising the clock, use the ptp priority1 command. This value overrides the default criteria for best master clock selection. Lower values take precedence.<br><br>• The ptp priority1 command configures the priority1 value of 120 to use when advertising the clock.<br>   switch(config)# ptp priority1 120<br>   switch(config)#<br><br>**Set the PTP Priority2**<br><br>To configure the priority2 value when advertising this clock, use the ptp priority2 command. This value is used to decide between two devices that are otherwise equally matched in the default criteria.<br><br>• The ptp priority2 command configures the priority2 value of 128 to use when advertising the clock.<br>   switch(config)# ptp priority2 128<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 214-15. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp sync interval**<br><br>To configure the interval between Precision Time Protocol (PTP) synchronization messages on an interface, use the **ptp sync interval** command. To remove the interval configuration for PTP messages synchronization, use the no form of this command.<br><br>    **ptp sync interval** *seconds*<br><br>    **no ptp sync interval** *seconds*<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **Set the Peer Delay Request Interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages, use the **ptp pdelay-req interval** command.<br><br>• The **ptp pdelay-req interval** command configures the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages to 3.<br><br>    switch(config-if-Et5)# **ptp pdelay-request interval 3**<br>    switch(config-if-Et5)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 273.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 216. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp sync interval**<br><br>To configure the interval between Precision Time Protocol (PTP) synchronization messages on an interface, use the **ptp sync interval** command. To remove the interval configuration for PTP messages synchronization, use the no form of this command.<br><br>    **ptp sync interval** *seconds*<br><br>    **no ptp sync interval** *seconds*<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **ptp delay-req interval**<br><br>The ptp delay-req interval command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.<br><br>Platform      Arad, FM6000<br>Command Mode    Interface-Ethernet Configuration<br>             Interface-Port Channel Configuration<br><br>Command Syntax<br>    **ptp delay-req interval** *log_interval*<br>    **no ptp delay-req interval**<br>    **default ptp delay-req interval**<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| ptp | Enables or disables PTP on an interface. |<br>| ptp announce | Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface. |<br>| ptp delay-request minimum interval | Configures the minimum interval allowed between PTP delay-request messages when the port is in the master state. |<br>| ptp vlan vlan | Configures the PTP VLAN value on an interface. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 342. | **Examples**<br><br>• This command shows how to configure the minimum interval allowed between PTP delay-request messages.<br><br>```<br>switch(config)# interface ethernet 5<br>switch(config-if-Et5)# ptp delay-request interval 3<br>switch(config-if-Et5)#<br>```<br><br>• This command removes the configured minimum interval allowed between PTP delay-request messages.<br><br>```<br>switch(config)# interface ethernet 5<br>switch(config-if-Et5)# no ptp delay-request interval<br>switch(config-if-Et5)#<br>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Make sure that you have globally enabled PTP on the device and configured the source IP address for PTP communication.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 343. | The **ptp delay-req interval** command specifies the time recommended to the slave devices to send delay-request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Related Commands**

| Command | Description |
|---|---|
| ptp | Enables or disables PTP on an interface. |
| ptp announce | Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface. |
| ptp delay-request minimum interval | Configures the minimum interval allowed between PTP delay-request messages when the port is in the master state. |
| ptp sync interval | Configures the interval between PTP synchronization messages on an interface. |

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 344. | **ptp announce interval**

The ptp announce interval command configures the interval between PTP announcement messages on or the number of PTP intervals before a timeout occurs. To disable this feature, use the no form of this command.

| Platform | Arad, FM6000 |
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Port Channel Configuration |

Command Syntax
```
ptp announce interval log_interval
no ptp announce interval
default ptp announce interval
```

Parameters
• *log_interval*   The number of log seconds between PTP announcement message (base 2 log (seconds)). Value ranges from 0 to 4; default value is 1.

Examples
• This command shows how to configure the interval between PTP announce messages on an interface.
```
switch(config)# interface ethernet 5
switch(config-if-Et5)# ptp announce interval 1
switch(config-if-Et5)#
```
• This command removes the configured interval between PTP announce messages on interface Ethernet 5.
```
switch(config)# interface ethernet 5
switch(config-if-Et5)# no ptp announce interval
switch(config-if-Et5)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp-server user**<br><br>To configure the Simple Network Management Protocol (SNMP) user information, use the **snmp-server user** command. To disable the configuration or to revert to factory defaults, use the **no** form of this command.<br><br>snmp-server user *username* [*group-name*] [auth {md5 \| sha} *password* [priv {aes-128} *password*] [localizedkey] [engineID *id*]]<br><br>no snmp-server user *username* [*group-name*] [auth {md5 \| sha} *password* [priv {aes-128} *password*] [localizedkey] [engineID *id*]]<br><br><table><tr><td>Syntax Description</td><td>*username*</td><td>Name of the user. The name can be any case-sensitive, alphanumeric string up to 32 characters.</td></tr><tr><td></td><td>*group-name*</td><td>(Optional) Name of the group. The name can be any case-sensitive, alphanumeric string up to 32 characters.</td></tr><tr><td></td><td>auth</td><td>(Optional) Sets authentication parameters for the user.</td></tr><tr><td></td><td>md5</td><td>Uses the MD5 algorithm for authentication.</td></tr><tr><td></td><td>sha</td><td>Uses the SHA algorithm for authentication.</td></tr><tr><td></td><td>*password*</td><td>User password. The password can be any case-sensitive, alphanumeric string up to 64 characters. If you configure the **localizedkey** keyword, the password can be any case-sensitive, alphanumeric string up to 130 characters.</td></tr><tr><td></td><td>priv</td><td>(Optional) Sets encryption parameters for the user.</td></tr><tr><td></td><td>aes-128</td><td>(Optional) Sets the 128-byte AES algorithm for privacy.</td></tr><tr><td></td><td>localizedkey</td><td>(Optional) Sets passwords in the localized key format. If you configure this keyword, the password can be any case-sensitive, alphanumeric string up to 130 characters.</td></tr><tr><td></td><td>**engineID** *id*</td><td>(Optional) Configures the SNMP Engine ID for a notification target user. The engineID format is a 12-digit colon-separated decimal number.</td></tr></table><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 394. | **snmp-server user**<br><br>The snmp-server user command adds a user to a Simple Network Management Protocol (SNMP) group or modifies an existing user's parameters.<br><br>To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides. A remote agent's engine ID must be configured before remote users for that agent are configured. A user's authentication and privacy digests are derived from the engine ID and the user's password. The configuration command fails if the remote engine ID is not configured first.<br><br>The no snmp-server user and default snmp-server user commands remove the user from an SNMP group by deleting the user command from *running-config*.<br><br>**Platform**     all<br>**Command Mode**    Global Configuration<br><br>**Command Syntax**<br>snmp-server user *user_name group_name* [*AGENT*] *VERSION* [*ENGINE*] [*SECURITY*]<br>no snmp-server user *user_name group_name* [*AGENT*] *VERSION*<br>default snmp-server user *user_name group_name* [*AGENT*] *VERSION*<br><br>**Parameters**<br>• *user_name*   name of the user on the host that connects to the agent.<br>• *group_name*   name of the group to which the user is associated.<br>• *AGENT*   location of the host connecting to the SNMP agent. Configuration options include:<br>  — &lt;no parameter&gt;   local SNMP agent.<br>  — remote *addr* [udp-port *p_num*]   remote SNMP agent location (IP address, udp port).<br>    *addr* denotes the IP address; *p_num* denotes the udp port socket. (default port is 162).<br>• *VERSION*   SNMP version; options include:<br>  — v1   SNMPv1.<br>  — v2c   SNMPv2c.<br>  — v3   SNMPv3; enables user-name match authentication.<br>• *ENGINE*   engine ID used to localize passwords. Available only if *VERSION* is v3.<br>  — &lt;no parameter&gt;   Passwords localized by SNMP copy specified by *agent*.<br>  — localized *engineID*   octet string of engineID.<br>• *SECURITY*   Specifies authentication and encryption levels. Available only if *VERSION* is v3. Encryption is available only when authentication is configured.<br>  — &lt;no parameter&gt;   no authentication or encryption.<br>  — auth *a_meth a_pass* [priv *e_meth e_pass*]   authentication and encryption parameters.<br>    *a-meth*   authentication method: options are md5 (HMAC-MD5-96) and sha (HMAC-SHA-96).<br>    *a-pass*   authentication string for users receiving packets.<br>    *e-meth*   encryption method: tions are aes (AES-128) and des (CBC-DES).<br>    *e-pass*   encryption string for the users sending packets.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1999. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1689; Arista User Manual, v. 4.11.1 (1/11/13), at 1374; Arista User Manual v. 4.10.3 (10/22/12), at 1141; Arista User Manual v. 4.9.3.2 (5/3/12), at 896; Arista User Manual v. 4.8.2 (11/18/11), at 703; Arista User Manual v. 4.7.3 (7/18/11), at 559. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**   This example shows how to display the EEE status on an interface:<br><br>```<br>switch# show interface ethernet2/6<br>Ethernet2/6 is down (Link not connected)<br>admin_state is up, Dedicated Interface<br>  Hardware: 10000 Ethernet, address: 0022.5579.de41 (bia 001b.54c1.af5d)<br>  MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec<br>  reliability 255/255, txload 1/255, rxload 1/255<br>  Encapsulation ARPA, medium is broadcast<br>  auto-duplex, auto-speed, media type is 10G<br>  Beacon is turned off<br>  Auto-Negotiation is turned off<br>  Input flow-control is off, output flow-control is off<br>  Auto-mdix is turned off<br>  Rate mode is shared<br>  Switchport monitor is off<br>  EtherType is 0x8100<br>  EEE (efficient-ethernet) : n/a<br>  Last link flapped never<br>  Last clearing of "show interface" counters never<br>  0 interface resets<br>  30 seconds input rate 0 bits/sec, 0 packets/sec<br>  30 seconds output rate 0 bits/sec, 0 packets/sec<br>  Load-Interval #2: 5 minute (300 seconds)<br>```<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 514. | **Example**<br>• This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>```<br>switch(config)#interface ethernet 7<br>switch(config-if-Et7)#mac-address 001c.2804.17e1<br>switch(config-if-Et7)#show interface ethernet 7<br>Ethernet3 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)<br>  Description: b.e45<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 seconds input rate 7.84 kbps (0.0% with framing), 10 packets/sec<br>  5 seconds output rate 270 kbps (0.0% with framing), 24 packets/sec<br>  1363799 packets input, 222736140 bytes<br>    Received 0 broadcasts, 290904 multicast<br>    0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 alignment, 0 symbol<br>    0 PAUSE input<br>  2264927 packets output, 2348747214 bytes<br>    Sent 0 broadcasts, 28573 multicast<br>    0 output errors, 0 collisions<br>    0 late collision, 0 deferred<br>    0 PAUSE output<br>switch(config-if-Et7)#<br>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>show lldp tlv-select — Displays the LLDP TLV configuration.<br>lldp tlv-select — Specifies the TLVs to send and receive in LLDP packets.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 515. | **lldp tlv-select**<br><br>The **lldp tlv-select** command allows the user to specify the TLVs to send and receive in LLDP packets. The available TLVs are management-address, port-description, port-vlan, system-capabilities, system-description, and system-name.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 592.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 383. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>show lldp traffic interface ethernet — Displays the number of LLDP packets sent and received on the interface.<br>show running-config lldp — Displays the global LLDP configuration.<br>lldp transmit — Enables the transmission of LLDP packets on an interface.<br>lldp receive — Enables the reception of LLDP packets on an interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | **lldp transmit**<br><br>The **lldp transmit** command enables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 466; Arista User Manual, v. 4.11.1 (1/11/13), at 384. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>show lldp holdtime — Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br>lldp reinit — Specifies the delay time in seconds for LLDP to initialize on any interface.<br>lldp timer — Specifies the transmission frequency of LLDP updates in seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | 12.3.3.2    Setting the LLDP Hold Time<br><br>The **lldp holdtime** command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| show lldp holdtime | Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it. |<br>| lldp reinit | Specifies the delay time in seconds for LLDP to initialize on any interface. |<br>| lldp timer | Specifies the transmission frequency of LLDP updates in seconds. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 462; Arista User Manual, v. 4.11.1 (1/11/13), at 380. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| show lldp traffic interface ethernet | Displays the number of LLDP packets sent and received on the interface. |<br>| show running-config lldp | Displays the global LLDP configuration. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 527. | **show lldp traffic**<br><br>The show lldp traffic command displays LLDP counters, including the number of packets sent and received, and the number of packets discarded.<br><br>Platform    all<br>Command Mode    EXEC<br><br>Command Syntax<br>    show lldp traffic [INTERFACE]<br><br>Parameters<br>•  *INTERFACE*    Interface type and numbers. Options include:<br>    —  <no parameter>    Display information for all interfaces.<br>    —  ethernet *e_range*    Ethernet interface range specified by *e_range*.<br>    —  management *m_range*    Management interface range specified by *m_range*.<br><br>        Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 599.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 472; Arista User Manual, v. 4.11.1 (1/11/13), at 390. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — show lldp traffic — **Description** Displays the LLDP counters, including the number of LLDP packets sent and received by the device, the number of discarded packets, and the number of unrecognized TLVs.<br><br>show running-config lldp — Displays the global LLDP configuration.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 529. | **show lldp traffic**<br><br>The show lldp traffic command displays LLDP counters, including the number of packets sent and received, and the number of packets discarded.<br><br>Platform    all<br>Command Mode    EXEC<br><br>**Command Syntax**<br>show lldp traffic [*INTERFACE*]<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br>— <no parameter>   Display information for all interfaces.<br>— ethernet *e_range*   Ethernet interface range specified by *e_range*.<br>— management *m_range*   Management interface range specified by *m_range*.<br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 599.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 472; Arista User Manual, v. 4.11.1 (1/11/13), at 390. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp clock**<br><br>To display the Precision Time Protocol (PTP) clock information, use the show ptp clock command.<br><br>show ptp clock<br><br>**Syntax Description**    This command has no arguments or keywords.<br><br>**Defaults**    None<br><br>**Command Modes**    Any command mode<br><br>**SupportedUserRoles**    network-admin<br>     network-operator<br>     vdc-admin<br>     vdc-operator<br><br>**Command History**    Release    Modification<br>     5.2(1)    This command was introduced.<br><br>**Usage Guidelines**    This command does not require a license.<br><br>**Examples**    This example shows how to display the PTP clock information:<br><br>`switch# show ptp clock`<br>`PTP Device Type: Boundary clock`<br>`Clock Identity :   0:18:ba:ff:ff:d8: e:17`<br>`Clock Domain:0`<br>`Number of PTP ports: 2`<br>`Priority1 : 255`<br>`Priority2 : 255`<br>`Clock Quality:`<br>`        Class : 248`<br>`        Accuracy : 254`<br>`        Offset (log variance) : 65535`<br>`Offset From Master : 0`<br>`Mean Path Delay : 0`<br>`Steps removed : 1`<br>`Local clock time:Sun Jan 15 20:57:29 2011`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 601. | **Show PTP Clock and Offset**<br><br>To display the Precision Time Protocol (PTP) local clock and offset, use the show ptp clock command.<br><br>• The show ptp clock command displays the Precision Time Protocol (PTP) local clock and offset.<br><br>`switch#show ptp clock`<br>`PTP Mode: Boundary Clock`<br>`Clock Identity: 0x00:1c:73:ff:ff:1e:83:24`<br>`Clock Domain: 1`<br>`Number of PTP ports: 24`<br>`Priority1: 128`<br>`Priority2: 128`<br>`Clock Quality:`<br>`      Class: 248`<br>`      Accuracy: 0x30`<br>`      OffsetScaledLogVariance: 0xffff`<br>`Offset From Master: 0`<br>`Mean Path Delay: 0`<br>`Steps Removed: 0`<br>`switch#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 217. |

334

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp clock foreign-masters-record**<br><br>To display information about the state of foreign masters known to the Precision Time Protocol (PTP) process, use the show ptp clocks foreign-masters-record command.<br><br>show ptp clock foreign-masters-record {interface [ethernet]}<br><br>**Syntax DescriptionT**<br>interface — Specifies an interface.<br>ethernet — (Optional) Specifies an Ethernet interface.<br><br>**Defaults** — None<br><br>**Command Modes** — Any command mode<br><br>**SupportedUserRoles**<br>network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release — Modification<br>5.2(1) — This command was introduced.<br><br>**Usage Guidelines** — This command does not require a license.<br><br>**Examples** — This example shows how to display information about the state of foreign masters known to the PTP process:<br><br>switch# show ptp clock foreign-masters-record interface ethernet 7/1<br>RP/0/0/CPU0:demo#show ptp clocks foreign-masters<br>P1=Priority1, P2=Priority2, C=Class, A=Accuracy,<br>OSLV=Offset-Scaled-Log-Variance, SR=Steps-Removed<br>GM=Is grandmaster<br><br>Interface  Clock-ID  P1 P2 C A OSLV SR<br><br>Eth7/10  0:18:ba:ff:ff:d8: e:16 255  248  254 65535 0  GM<br>Eth7/1  0:18:ba:ff:ff:d8: e:16 255  248  254 65535 0  GM<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 603. | Show PTP  Foreign Master<br><br>To display information about the state of foreign masters known to the Precision Time Protocol (PTP) process, use the show ptp foreign-master-record command.<br><br>• The show ptp foreign-master-records command displays information about the state of foreign masters known to the PTP process.<br><br>switch# show ptp clocks foreign-master-record<br>No Foreign Master Records<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 277.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 219-220. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples** This example shows how to display information about the state of foreign masters known to the PTP process.<br><br>switch# **show ptp clock foreign-masters-record interface ethernet 7/1**<br>RP/0/0/CPU0:demo#show ptp clocks foreign-masters<br>P1=Priority1, P2=Priority2, C=Class, A=Accuracy,<br>OSLV=Offset-Scaled-Log-Variance, SR=Steps-Removed<br>GM=Is grandmaster<br><br>Interface    Clock-ID            P1  P2  C   A   OSLV   SR<br>---------    --------            --  --  --- --- -----  ---<br>Eth7/10      0:18:ba:ff:ff:d8: e:16 255  255  248  254 65535  0    GM<br>Eth7/1       0:18:ba:ff:ff:d8: e:16 255  255  248  254 65535  0    GM<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 603. | **Examples**<br>• This command shows how to display information about the state of foreign masters known to the PTP process.<br><br>switch# **show ptp clocks foreign-masters-record**<br>No Foreign Master Records<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 282; Arista User Manual, v. 4.11.1 (1/11/13), at 228. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>show ptp parent<br><br>Syntax Description   This command has no arguments or keywords.<br><br>Defaults   None<br><br>Command Modes   Any command mode<br><br>SupportedUserRoles   network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History   Release   Modification<br>5.2(1)   This command was introduced.<br><br>Usage Guidelines   This command does not require a license.<br><br>Examples   This example shows how to display information about the parent and grand master of the PTP clock:<br><br>switch# show ptp parent<br>Parent Clock:<br>Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:   0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 254<br>Offset (log variance): 65535<br>Priority1: 255<br>Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 607. | **Show PTP Parent Information**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>• The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br><br>switch# show ptp parent<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 0x30<br>OffsetScaledLogVariance: 0xffff<br>Priority1: 128<br>Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 217. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp parent** <br><br> To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command. <br><br> show ptp parent <br><br> **Syntax Description** — This command has no arguments or keywords. <br><br> **Defaults** — None <br><br> **Command Modes** — Any command mode <br><br> **SupportedUserRoles** — network-admin / network-operator / vdc-admin / vdc-operator <br><br> **Command History** — Release: 5.2(1) Modification: This command was introduced. <br><br> **Usage Guidelines** — This command does not require a license. <br><br> **Examples** — This example shows how to display information about the parent and grand master of the PTP clock: <br><br> switch# **show ptp parent** <br> Parent Clock: <br> Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16 <br> Parent Port Number: 1546 <br> Observed Parent Offset (log variance): N/A <br> Observed Parent Clock Phase Change Rate: N/A <br><br> Grandmaster Clock: <br> Grandmaster Clock Identity:    0:18:ba:ff:ff:d8: e:16 <br> Grandmaster Clock Quality: <br> Class: 248 <br> Accuracy: 254 <br> Offset (log variance) 65535 <br> Priority1: 255 <br> Priority2: 255 <br><br> **Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 607.** | **show ptp parent** <br><br> The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock. <br><br> Platform          Arad, FM6000 <br> Command Mode    Privileged EXEC <br><br> Command Syntax <br> show ptp parent <br><br> Examples <br> • This command shows how to display information about the parent and master of the PTP clock. <br><br> switch# **show ptp parent** <br> Parent Clock: <br> Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40 <br> Parent Port Number: 0 <br> Parent IP Address: N/A <br> Observed Parent Offset (log variance): N/A <br> Observed Parent Clock Phase Change Rate: N/A <br><br> Grandmaster Clock: <br> Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40 <br> Grandmaster Clock Quality: <br> Class: 248 <br> Accuracy: 0x30 <br> OffsetScaledLogVariance: 0xffff <br> Priority1: 128 <br> Priority2: 128 <br> switch# <br><br> Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 352. <br><br> *See also* Arista User Manual v. 4.12.3 (7/17/13), at 285; Arista User Manual, v. 4.11.1 (1/11/13), at 231. |

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the **show ptp time-property** command.<br><br>show ptp time-property<br><br>**Syntax Description**   This command has no arguments or keywords.<br><br>**Defaults**   None<br><br>**Command Modes**   Any command mode<br><br>**SupportedUserRoles**   network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>**Release**      **Modification**<br>5.2(1)            This command was introduced.<br><br>**Usage Guidelines**   This command does not require a license.<br><br>**Examples**   This example shows how to display the PTP clock properties:<br>switch# **show ptp time-property**<br>PTP CLOCK TIME PROPERTY:<br>  Current UTC offset valid: 0<br>  Current UTC offset: 33<br>  Leap59: 0<br>  Leap61: 0<br>  Time Traceable: 0<br>  Frequency Traceable: 0<br>  PTP Timescale: 0<br>  Time Source: 0xA0(internal Oscillator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 611. | Show PTP Clock Properties<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>• The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br>switch# show ptp time-property<br>  Current UTC offset valid: False<br>  Current UTC offset: 0<br>  Leap 59: False<br>  Leap 61: False<br>  Time Traceable: False<br>  Frequency Traceable: False<br>  PTP Timescale: False<br>  Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275-76.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 218. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | 

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 611. | 

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 287; Arista User Manual, v. 4.11.1 (1/11/13), at 233. |

Exhibit Copying-1—Evidence of Documentation Copying



Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 634.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1657-58; Arista User Manual, v. 4.11.1 (1/11/13), at 1344-45; Arista User Manual v. 4.10.3 (10/22/12), at 1111; Arista User Manual v. 4.9.3.2 (5/3/12), at 867; Arista User Manual v. 4.8.2 (11/18/11), at 678; Arista User Manual v. 4.7.3 (7/18/11), at 549.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 639.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1978.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1668; Arista User Manual, v. 4.11.1 (1/11/13), at 1355; Arista User Manual v. 4.10.3 (10/22/12), at 1122; Arista User Manual v. 4.9.3.2 (5/3/12), at 878; Arista User Manual v. 4.8.2 (11/18/11), at 686; Arista User Manual v. 4.7.3 (7/18/11), at 542.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Precision Time Protocol**<br><br>The Precision Time Protocol (PTP) is a time synchronization protocol for nodes distributed across a network. Its hardware timestamp feature provides greater accuracy than other time synchronization protocols such as Network Time Protocol (NTP). For more information about PTP, see Chapter 4, "Configuring PTP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-3. | 5.3.2  Precision Time Protocol (PTP)<br><br>The Precision Time Protocol (PTP) can substantially enhance the accuracy of real-time clocks in networked devices by providing sub-microsecond clock synchronization. Inbound clock signals are organized into a master-slave hierarchy. PTP identifies the switch port that is connected to the device with the most precise clock. This clock is referred to as the master clock. All the other devices on the network synchronize their clocks with the master and are referred to as slaves.<br><br>The master clock sends out a sync message every second. The slave clock sends a delay request message to the master clock noting the time it was sent in order to measure and eliminate packet delays. The master clock then replies with the time stamp the delay message was received. The slave clock then computes the master clock time compensated for delays and finalizes synchronization. Constantly exchanged timing messages ensure continued synchronization.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 270.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 213; Arista User Manual, v. 4.11.1 (1/11/13), at 163. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMP**<br><br>The Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a message format for communication between SNMP managers and agents. SNMP provides a standardized framework and a common language used for the monitoring and management of devices in a network. For more information, see Chapter 11, "Configuring SNMP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-5. | 37.2  **SNMP** Conceptual Overview<br><br>Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a standardized framework and a common language to monitor and manage network devices.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1961.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1651; Arista User Manual, v. 4.11.1 (1/11/13), at 1338; Arista User Manual v. 4.10.3 (10/22/12), at 1105; Arista User Manual v. 4.9.3.2 (5/3/12), at 861; Arista User Manual v. 4.8.2 (11/18/11), at 673; Arista User Manual v. 4.7.3 (7/18/11), at 529. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMP**<br><br>The Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a message format for communication between SNMP managers and agents. SNMP provides a standardized framework and a common language used for the monitoring and management of devices in a network. For more information, see Chapter 11, "Configuring SNMP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-5. | Chapter 37    SNMP<br><br>SNMP is an application-layer protocol that provides a standardized framework and a common language to monitor and manage network devices.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 43.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 37; Arista User Manual, v. 4.11.1 (1/11/13), at 31Arista User Manual v. 4.10.3 (10/22/12), at 28; Arista User Manual v. 4.9.3.2 (5/3/12), at 24; Arista User Manual v. 4.8.2 (11/18/11), at 20; Arista User Manual v. 4.7.3 (7/18/11), at 18. |

Exhibit Copying-1—Evidence of Documentation Copying



| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Configuring the NTP Source IP Address**<br><br>NTP sets the source IP address for all NTP packets based on the address of the interface through which the NTP packets are sent. You can configure NTP to use a specific source IP address.<br><br>To configure the NTP source IP address, use the following command in global configuration mode:<br><br>| Command | Purpose |<br>|---|---|<br>| [no] ntp source ip-address<br><br>Example:<br>switch(config)# ntp source 192.0.2.1 | Configures the source IP address for all NTP packets. The ip-address can be in IPv4 or IPv6 format. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 3-16. | **Configure the Source IP**<br><br>To configure the source IP address for all PTP packets, use the ptp source ip command.<br><br>• The ptp source ip command configures the source IP address of 10.0.2.1 for all PTP packets.<br><br>switch(config)# ptp source ip 10.0.2.1<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 215. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Configuration Examples for NTP**<br><br>This example shows how to configure an NTP server and peer, enable NTP authentication, enable NTP logging, and then save the configuration in startup so that it is saved across reboots and restarts:<br><br>switch# config t<br>Enter configuration commands, one per line. End with CNTL/Z.<br>switch(config)# ntp server 192.0.2.105 key 42<br>switch(config)# ntp peer 2001:0db8::4101<br>switch(config)# show ntp peers<br>--------------------------------------------------<br>  Peer IP Address               Serv/Peer<br>--------------------------------------------------<br>  2001:db8::4101             Peer (configured)<br>  192.0.2.105                Server (configured)<br>switch(config)# ntp authentication-key 42 md5 aNiceKey<br>switch(config)# show ntp authentication-keys<br>--------------------------------------------------<br>  Auth key        MD5 String<br>--------------------------------------------------<br>  42                aNiceKey<br>switch(config)# ntp trusted-key 42<br>switch(config)# show ntp trusted-keys<br>Trusted Keys:<br>42<br>switch(config)# ntp authenticate<br>switch(config)# show ntp authentication-status<br>Authentication enabled.<br>switch(config)# ntp logging<br>switch(config)# show ntp logging<br>NTP logging enabled.<br>switch(config)# copy running-config startup-config<br>[########################################] 100%<br>switch(config)#<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 3-25. | **Example**<br>• These commands configure the switch to authenticate NTP packets using key 328 with the plaintext password "timeSync."<br><br>switch(config)# ntp authentication-key 328 md5 timeSync<br>switch(config)# ntp trusted key 328<br>switch(config)# ntp authenticate<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 270. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | | |
|---|---|---|---|
| | **Step 4** | `[no] ptp domain number`<br><br>**Example:**<br>`switch(config)# ptp domain 1` | (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128. |
| | **Step 5** | `[no] ptp priority1 value`<br><br>**Example:**<br>`switch(config)# ptp priority1 10` | (Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255. |
| | **Step 6** | `[no] ptp priority2 value`<br><br>**Example:**<br>`switch(config)# ptp priority2 20` | (Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. |

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

## ptp domain

The ptp domain command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.

| Platform | Arad, FM6000 |
|---|---|
| Command Mode | Global Configuration |

Command Syntax

`ptp domain domain number`
`no ptp domain`
`default ptp domain`

Parameters

- *domain_number*   The domain number to use for the clock. Value ranges from 0 to 255.

Examples

- This command shows how to configure domain 1 for use with a clock.

  `switch(config)# ptp domain 1`
  `switch(config)#`

- This command removes the configured domain 1 for use with a clock.

  `switch(config)# no ptp domain 1`
  `switch(config)#`

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204.

Exhibit Copying-1—Evidence of Documentation Copying

| | |
|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Step 4** `[no] ptp domain number`<br>**Example:**<br>`switch(config)# ptp domain 1`<br><br>**Step 5** `[no] ptp priority1 value`<br>**Example:**<br>`switch(config)# ptp priority1 10`<br><br>**Step 6** `[no] ptp priority2 value`<br>**Example:**<br>`switch(config)# ptp priority2 20` — (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128.<br><br>(Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255.<br><br>(Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6. | **ptp priority1**<br><br>The ptp priority1 command configures the priority1 value to use when advertising the clock. This value overrides the default criteria for best master clock selection. Lower values take precedence. The range is from 0 to 255. To remove PTP settings, use the no form of this command.<br><br>Platform    Arad, FM6000<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br>`ptp priority1 priority_rate`<br>`no ptp priority1`<br>`default ptp priority1`<br><br>**Parameters**<br>• *priority_rate*    The value to override the default criteria (clock quality, clock class, etc.) for best master clock selection. Lower values take precedence. Value ranges from 0 to 255. The default is 128.<br><br>**Examples**<br>• This command configures the preference level for a clock; slave devices use the priority1 value when selecting a master clock.<br>  `switch(config)# ptp priority1 120`<br>  `switch(config)#`<br>• This command removes the configured the preference level for a clock.<br>  `switch(config)# no ptp priority1`<br>  `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 326.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. |

Exhibit Copying-1—Evidence of Documentation Copying

| Step 4 | [no] ptp domain number<br><br>**Example:**<br>switch(config)# ptp domain 1 | (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128. |
| Step 5 | [no] ptp priority1 value<br><br>**Example:**<br>switch(config)# ptp priority1 10 | (Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255. |
| Step 6 | [no] ptp priority2 value<br><br>**Example:**<br>switch(config)# ptp priority2 20 | (Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. |

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

---

### ptp priority2

The ptp priority2 command configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. To remove PTP settings, use the no form of this command.

| Platform | Arad, FM6000 |
| Command Mode | Global Configuration |

**Command Syntax**

    ptp priority2 priority_rate
    no ptp priority2
    default ptp priority2

**Parameters**

- priority_rate   Sets a secondary preference level for a clock; slave devices use the priority2 value when selecting a master clock. Value ranges from 0 to 255.

### Examples

- This command sets a secondary preference level for a clock to 128.

        switch(config)# ptp priority2 128
        switch(config)#

- This command removes the secondary preference level for a clock.

        switch(config)# no ptp priority2
        switch(config)#

---

**Cisco NX-OS 6.2**

**Effective date of registration: 11/13/2014**

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 327.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 319; Arista User Manual v. 4.12.3 (7/17/13), at 263; Arista User Manual, v. 4.11.1 (1/11/13), at 209.

---

**Cisco NX-OS 6.2**

**Effective date of registration: 11/13/2014**

**BEFORE YOU BEGIN**

Make sure that you are in the correct VDC. To change the VDC, use the **switchto vdc** command.

Make sure that you have globally enabled PTP on the device and configured the source IP address for PTP communication.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-7.

### ptp delay-req interval

The ptp delay-req interval command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

**Step 4** [no] ptp announce {interval *seconds* | timeout *count*}

**Example:**
switch(config-if)# ptp announce interval 1

(Optional) Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface.

The range for the PTP announcement interval is from 0 to 4 seconds, and the range for the interval timeout is from 2 to 10.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-8.

**ptp announce interval**

The ptp announce interval command configures the interval between PTP announcement messages on or the number of PTP intervals before a timeout occurs. To disable this feature, use the no form of this command.

| Platform | Arad, FM6000 |
|---|---|
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Port Channel Configuration |

**Command Syntax**

ptp announce interval *log_interval*
no ptp announce interval
default ptp announce interval

**Parameters**

- *log_interval*   The number of log seconds between PTP announcement message (base 2 log (seconds)). Value ranges from 0 to 4; default value is 1.

**Examples**

- This command shows how to configure the interval between PTP announce messages on an interface.

```
switch(config)# interface ethernet 5
switch(config-if-Et5)# ptp announce interval 1
switch(config-if-Et5)#
```

- This command removes the configured interval between PTP announce messages on interface Ethernet 5.

```
switch(config)# interface ethernet 5
switch(config-if-Et5)# no ptp announce interval
switch(config-if-Et5)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 252; Arista User Manual, v. 4.11.1 (1/11/13), at 199.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-8.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Verifying the PTP Configuration**<br><br>To display the PTP configuration, perform one of the following tasks:<br><br>| Command | Purpose |<br>|---|---|<br>| show ptp brief | Displays the PTP status. |<br>| show ptp clock | Displays the properties of the local clock. |<br>| show ptp clock foreign-masters record [interface *interface slot/port*] | Displays the state of foreign masters known to the PTP process. For each foreign master, the output displays the clock identity, basic clock properties, and whether the clock is being used as a grandmaster. |<br>| show ptp corrections | Displays the last few PTP corrections. |<br>| show ptp parent | Displays the properties of the PTP parent. |<br>| show ptp port interface *interface slot/port* | Displays the status of the PTP port. |<br>| show ptp time-property | Displays the properties of the PTP clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-9. | **show ptp foreign-master-record**<br><br>The show ptp foreign-master-record command displays information about the state of foreign masters known to the Precision Time Protocol (PTP) process.<br><br>Platform        Arad, FM6000<br>Command Mode    EXEC<br><br>**Command Syntax**<br>    **show ptp foreign-master-record**<br><br>**Examples**<br>• This command shows how to display information about the state of foreign masters known to the PTP process.<br><br>    switch# **show ptp clocks foreign-masters-record**<br>    No Foreign Master Records<br>    switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 282; Arista User Manual, v. 4.11.1 (1/11/13), at 228. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMP Functional Overview**<br><br>The SNMP framework consists of three parts:<br><br>• An SNMP manager—The system used to control and monitor the activities of network devices using SNMP.<br><br>• An SNMP agent—The software component within the managed device that maintains the data for the device and reports these data, as needed, to managing systems. Cisco NX-OS supports the agent and MIB. To enable the SNMP agent, you must define the relationship between the manager and the agent.<br><br>• A managed information base (MIB)—The collection of managed objects on the SNMP agent.<br><br>SNMP is defined in RFCs 3411 to 3418.<br><br>Cisco NX-OS supports SNMPv1, SNMPv2c, and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco NX-OS supports SNMP over IPv6.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-2. | 37.2.3    SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• SNMPv1: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• SNMPv2c: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• SNMPv3: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **SNMP Functional Overview**<br><br>The SNMP framework consists of three parts:<br><br>• An SNMP manager—The system used to control and monitor the activities of network devices using SNMP.<br><br>• An SNMP agent—The software component within the managed device that maintains the data for the device and reports these data, as needed, to managing systems. Cisco NX-OS supports the agent and MIB. To enable the SNMP agent, you must define the relationship between the manager and the agent.<br><br>• A managed information base (MIB)—The collection of managed objects on the SNMP agent.<br><br>SNMP is defined in RFCs 3411 to 3418.<br><br>Cisco NX-OS supports SNMPv1, SNMPv2c, and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco NX-OS supports SNMP over IPv6.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | 37.2.3     SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | Cisco NX-OS supports SNMPv1, SNMPv2c and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 10-2. | 37.2.3   SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• SNMPv1: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• SNMPv2c: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• SNMPv3: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br><br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>This section includes the following topics:<br>• Security Models and Levels for SNMPv1, v2, v3, page 11-4<br>• User-Based Security Model, page 11-5<br>• CLI and SNMP User Synchronization, page 11-5<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | 37.2.3    SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br><br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br><br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br><br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | **37.2.3   SNMP Versions**<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br><br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 7-2. | 37.2.3  SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br><br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | SNMPv3 uses contexts to distinguish between these multiple instances. An SNMP context is a collection of management information that you can access through the SNMP agent. A device can support multiple contexts for different logical network entities. An SNMP context allows the SNMP manager to access one of the multiple instances of a MIB module supported on the device for the different logical network entities.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | An SNMP context is a collection of management information items accessible by an SNMP entity. Each item of may exist in multiple contexts. Each SNMP entity can access multiple contexts. A context is identified by the EngineID of the hosting device and a context name.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1684; Arista User Manual, v. 4.11.1 (1/11/13), at 1369; Arista User Manual v. 4.10.3 (10/22/12), at 1136; Arista User Manual v. 4.9.3.2 (5/3/12), at 892; Arista User Manual v. 4.8.2 (11/18/11), at 699; Arista User Manual v. 4.7.3 (7/18/11), at 555. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Step 2  **vlan** *vlan*<br><br>**Example:**<br>`switch(config)# vlan 901`<br>`switch(config-vlan)#`<br><br>Enters VLAN configuration mode for the VLAN specified.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 16-18. | **Example**<br>• This command creates VLAN 49 and enters VLAN configuration mode for the new VLAN:<br><br>`switch(config)#vlan 49`<br>`switch(config-vlan-49)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 803.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 650; Arista User Manual, v. 4.11.1 (1/11/13), at 502; Arista User Manual v. 4.10.3 (10/22/12), at 420; Arista User Manual v. 4.9.3.2 (5/3/12), at 359. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To permit the discovery of non-Cisco devices, the switch also supports the *Link Layer Discovery Protocol (LLDP)*, a vendor-neutral device discovery protocol that is defined in the IEEE 802.1ab standard. LLDP allows network devices to advertise information about themselves to other devices on the network. This protocol runs over the data-link layer, which allows two systems running different network layer protocols to learn about each other.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | Link Layer Discovery Protocol (LLDP) allows Ethernet network devices to advertise details about themselves, such as device configuration, capabilities and identification, to directly connected devices on the network that are also using LLDP.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 572.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 447; Arista User Manual, v. 4.11.1 (1/11/13), at 365. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Guidelines and Limitations**<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interfaces.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br>• LLDP can discover Linux servers, provided they are not using a converged network adapter (CNA). LLDP cannot discover other types of servers.<br>• DCBXP incompatibility messages might appear when you change the network QoS policy, if a physical loopback connection is in the device. The incompatibility exists for only a short time and then clears.<br>• DCBXP is not supported for the Cisco Nexus 2000 Series Fabric Extender.<br>• Beginning with Cisco NX-OS Release 5.2, LLDP is supported for the Cisco Nexus 2000 Series Fabric Extender. LLDP packets can now be sent and received through the Fabric Extender ports for neighbor discovery.<br>　– All LLDP configuration on Fabric Extender ports occurs on the supervisor. LLDP configuration and show commands are not visible on the Fabric Extender console.<br>　– LLDP is not supported for a Fabric Extender-virtual port channel (vPC) connection.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | 12.2.4    Guidelines and Limitations<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interface.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 576.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 448; Arista User Manual, v. 4.11.1 (1/11/13), at 366. |

Exhibit Copying-1—Evidence of Documentation Copying



**Enabling or Disabling LLDP on an Interface**

After you globally enable LLDP, it is enabled on all supported interfaces by default. However, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.

✏ **Note**    If the interface is configured as a tunnel port, LLDP is disabled automatically.

**BEFORE YOU BEGIN**

Make sure that you are in the correct VDC. To switch VDCs, use the **switchto vdc** command.
Make sure that you have globally enabled LLDP on the device.

**SUMMARY STEPS**

1. **config t**
2. **interface ethernet** *slot/port*
3. **[no] lldp transmit**
4. **[no] lldp receive**
5. (Optional) **show lldp interface ethernet** *slot/port*
6. (Optional) **copy running-config startup-config**

**DETAILED STEPS**

| | Command | Purpose |
|---|---|---|
| Step 1 | **config t**<br><br>**Example:**<br>switch# config t<br>Enter configuration commands, one per line. End with CNTL/Z.<br>switch(config)# | Enters global configuration mode. |
| Step 2 | **interface ethernet** *slot/port*<br><br>**Example:**<br>switch(config)# interface ethernet 7/1<br>switch(config-if)# | Specifies the interface on which you are enabling LLDP and enters the interface configuration mode. |
| Step 3 | **[no] lldp transmit**<br><br>**Example:**<br>switch(config-if)# lldp transmit | Enables or disables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |
| Step 4 | **[no] lldp receive**<br><br>**Example:**<br>switch(config-if)# lldp receive | Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6.

12.3.2    Enabling LLDP on an Interface

After you globally enable LLDP, it is enabled on all supported interfaces by default. However, by using the lldp transmit and lldp receive commands, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.

**Examples**

* These commands enable Ethernet port 3/1 to transmit LLDP packets.
  ```
  switch(config)# interface ethernet 3/1
  switch(config-if-Et3/1)# lldp transmit
  switch(config-if-Et3/1)#
  ```
* These commands enable Ethernet port 3/1 to receive LLDP packets.
  ```
  switch(config)# interface ethernet 3/1
  switch(config-if-Et3/1)# lldp receive
  switch(config-if-Et3/1)#
  ```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 466; Arista User Manual, v. 4.11.1 (1/11/13), at 384.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Step 4** `[no] lldp receive`<br><br>**Example:**<br>`switch(config-if)# lldp receive`<br><br>Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6. | **lldp receive**<br><br>The lldp receive command enables the reception of LLDP packets on an interface. After you globally enable LLDP it is enabled on all supported interfaces by default. The no form of the is command disables the reception of LLDP packets on an interface.<br><br>Platform          all<br>Command Mode    Interface-Ethernet configuration<br>                Interface-Management configuration<br><br>**Command Syntax**<br>`lldp receive`<br>`no lldp receive`<br>`default lldp receive`<br><br>**Examples**<br>• These commands enables the reception of LLDP packets on a specific interface.<br>`switch(config)#interface ethernet 4/1`<br>`switch(config-if-Et4/1)#lldp receive`<br>`switch(config-if-Et4/1)#`<br><br>• These commands disables LLDP the reception of LLDP packets on a specific interface.<br>`switch(config)#interface ethernet 4/1`<br>`switch(config-if-Et4/1)# no lldp receive`<br>`switch(config-if-Et4/1)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 588.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 461; Arista User Manual, v. 4.11.1 (1/11/13), at 379. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Configuring Optional LLDP Parameters**<br><br>You can configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-7. | 12.3.3   Optional LLDP Parameters<br><br>You can globally configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367. |

Exhibit Copying-1—Evidence of Documentation Copying

| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Step 2** **[no] lldp holdtime** *seconds*

**Example:**
`switch(config)# lldp holdtime 200`

(Optional) Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.

The range is 10 to 255 seconds; the default is 120 seconds.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | 12.3.3.2   Setting the LLDP Hold Time

The lldp holdtime command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.

**Examples**
• This command specifies that the receiving device should retain the information for 180 seconds before discarding it.
`switch(config)# lldp holdtime 180`
`switch(config)#`
• This command reverts the LLDP hold time and to the default value of 120 seconds.
`switch(config)# no lldp holdtime 180`
`switch(config)#`

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368. |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **[no] lldp reinit** *seconds*

**Example:**
`switch(config)# lldp reinit 5`

(Optional) Specifies the delay time in seconds for LLDP to initialize on any interface.

The range is 1 to 10 seconds; the default is 2 seconds.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | **lldp reinit**

The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.

Platform         all
Command Mode     Global Configuration

**Command Syntax**
    lldp reinit *delay*
    no lldp reinit
    default lldp reinit

**Parameters**
• *delay*   the amount of time the device should wait before re-initialization is attempted. Value ranges from 1 to 20 seconds; default value is 2 seconds.

**Examples**
• This command specifies that the switch should wait 10 seconds before attempting to re-initialize.
`switch(config)# lldp reinit 10`
`switch(config)#`
• This command removes the re-initialize timer.
`switch(config)# no lldp reinit 10`
`switch(config)#`

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. |

Exhibit Copying-1—Evidence of Documentation Copying



Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

### lldp tlv-select

The lldp tlv-select command allows the user to specify the TLVs to send and receive in LLDP packets. The available TLVs are management-address, port-description, port-vlan, system-capabilities, system-description, and system-name.

| Platform | all |
| Command Mode | Global Configuration |

**Command Syntax**

    lldp tlv-select TLV_NAME
    no lldp tlv-select TLV_NAME
    default lldp tlv-select TLV_NAME

**Parameters**

- *TLV_NAME*   the TLV specifies the information to be sent or received in the LLDP packet. Options include:
  - link-aggregation   specifies the link aggregation TLV.
  - management-address   specifies the management address TLV.
  - max-frame-size   specifies the Frame size TLV.
  - port-description   specifies the port description TLV.
  - port-vlan   specifies the port VLAN ID TLV.
  - system-capabilities   specifies the system capabilities TLV.
  - system-description   specifies the system description TLV.
  - system-name   specifies the system name TLV.

**Example**

- This command enables the system description TLV:

      switch(config)# lldp tlv-select system-description
      switch(config)#

- This command disables the system description TLV:

      switch(config)# no lldp tlv-select system-description
      switch(config)#

- This command enables the max-frame-size TLV:

      switch(config)# lldp tlv-select max-frame-size
      switch(config)#

- This command disables the max-frame-size TLV:

      switch(config)# no lldp tlv-select max-frame-size
      switch(config)#

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 592.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 383.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **show lldp traffic** | Displays the LLDP counters, including the number of LLDP packets sent and received by the device, the number of discarded packets, and the number of unrecognized TLVs.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-9. | 12.3.5.4    Viewing LLDP Traffic<br><br>The show lldp traffic command displays the LLDP counters, including the number of packets sent and received, and the number of packets discarded by the switch.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 581.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 454; Arista User Manual, v. 4.11.1 (1/11/13), at 372. |

Exhibit Copying-1—Evidence of Documentation Copying