# EXHIBIT D

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | ```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
    5 packets input, 560 bytes, 0 no buffer
    Received 0 broadcasts, 0 runts, 0 giants
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
    5 packets output, 560 bytes, 0 underruns
    0 output errors, 0 collisions, 0 interface resets
    0 output buffer failures, 0 output buffers swapped out
``` | **Examples**<br>• These commands display interface counters, clear the counters, then display the counters again.<br><br>```
switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 01 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
  2285370854055 packets input, 225028582832583 bytes
  Received 29769609741 broadcasts, 3073437605 multicast
  113 runts, 1 giants
  118 input errors, 117 CRC, 0 alignment, 18 symbol
  27511409 PAUSE input
  335031607678 packets output, 27845413138330 bytes
  Sent 14282316688 broadcasts, 54045824072 multicast
  108 output errors, 0 collisions
  0 late collision, 0 deferred
  0 PAUSE output
``` |
| | Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 476 | |
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 646.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration:<br>8/12/2005 | Router# **show ip route**<br><br>Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP<br>D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area<br>N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2<br>E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP<br>i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2<br>ia - IS-IS inter area, * - candidate default, U - per-user static route<br>o - ODR, P - periodic downloaded static route<br><br>Gateway of last resort is not set<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553 | **IPv4 Routing**                                             Chapter 23  IPv4<br><br>**Examples**<br>• This command displays IP routes learned through BGP.<br><br>switch>**show ip route bgp**<br>Codes: C - connected, S - static, K - kernel,<br>O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,<br>E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,<br>N2 - OSPF NSSA external type2, B I - IBGP, B E - eBGP,<br>R - RIP, A - Aggregate<br><br>B E    170.44.48.0/23 [20/0] via 170.44.254.78<br>B E    170.44.50.0/23 [20/0] via 170.44.254.78<br>B E    170.44.54.0/23 [20/0] via 170.44.254.78<br>B E    170.44.254.112/30 [20/0] via 170.44.254.78<br>B E    170.53.0.34/32 [1/0] via 170.44.254.78<br>B I    170.53.0.35/32 [1/0] via 170.44.254.2<br>via 170.44.254.13<br>via 170.44.254.67<br>via 170.44.254.98<br><br>switch><br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 617.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 840.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 880.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1085.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1188.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1228.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1250.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1246.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1254.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1248.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1206. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Usage Guidelines** This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command.<br><br>**Command Examples** The following is sample output from the **show snmp** command:<br><br>```
Router# show snmp
Chassis: 12161083
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output



    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
```<br><br>Cisco IOS SNMP Support Command Reference (2011), at 95-96 | Configuring SNMP                                    Chapter 37  SNMP<br><br>```
    8 SNMP packets input
        0 Bad SNMP version errors
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        0 Number of requested variables
        0 Number of altered variables
        8 Get-request PDUs
        4 Get-next PDUs
        0 Set-request PDUs
   21 SNMP packets output
        0 Too big errors
        0 No such name errors
        0 Bad value errors
        0 General errors
        8 Response PDUs
        0 Trap PDUs
SNMP logging: enabled
    Logging to taccon.162
SNMP agent enabled
switch(config)#
```<br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 1043.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1924.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1968.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1982.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1986.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1980. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Command Examples** This example shows the output from the **show port-security** command when you do not enter any options<br><br>Router# **show port-security**<br><br><br>Cisco IOS Security Command Reference Commands S to Z (July 2011), at 692 | Example<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 318.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 405-406.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 439.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 520.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 624.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 624.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 634.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 630.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 638.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 630. |

4

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | ```Router# show interface cbr 6/0``` <br>```CBR6/0 is up, line protocol is up```<br>```  Hardware is DCU```<br>```  MTU 0 bytes, BW 1544 Kbit, DLY 0 usec, rely 255/255, load 248/255```<br>```  Encapsulation ET_ATMCES_T1, loopback not set```<br>```  Last input 00:00:00, output 00:00:00, output hang never```<br>```  Last clearing of "show interface" counters never```<br>```  Queueing strategy: fifo```<br>```  Output queue 0/0, 0 drops; input queue 0/75, 0 drops```<br>```  5 minute input rate 1507000 bits/sec, 3957 packets/sec```<br>```  5 minute output rate 1507000 bits/sec, 3955 packets/sec```<br>```     3025960 packets input, 142220120 bytes, 0 no buffer```<br>```     Received 0 broadcasts, 0 runts, 0 giants```<br>```     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort```<br>```     3030067 packets output, 142413149 bytes, 0 underruns```<br>```     0 output errors, 0 collisions, 0 interface resets```<br>```     0 output buffer failures, 0 output buffers swapped out```<br>The table below describes the fields shown in the display.<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 460 | ```switch#show interfaces ethernet 1```<br>```Ethernet1 is up, line protocol is up (connected)```<br>```  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)```<br>```  MTU 9212 bytes, BW 10000000 Kbit```<br>```  Full-duplex, 10Gb/s, auto negotiation: off```<br>```  Last clearing of "show interface" counters never```<br>```  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec```<br>```  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec```<br>```     2285370854005 packets input, 225028582832583 bytes```<br>```     Received 29769609741 broadcasts, 3073437605 multicast```<br>```     113 runts, 1 giants```<br>```     118 input errors, 117 CRC, 0 alignment, 18 symbol```<br>```     27511409 PAUSE input```<br>```     335031607678 packets output, 27845413138330 bytes```<br>```     Sent 14282316688 broadcasts, 54045824072 multicast```<br>```     108 output errors, 0 collisions```<br>```     0 late collision, 0 deferred```<br>```     0 PAUSE output```<br><br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 646<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | ```
Router# show interfaces
Ethernet0/0 is up, line protocol is up
  Hardware is AmdP2, address is aabb.cc03.6c00 (bia aabb.cc03.6c00)
  Internet address is 172.17.1.1/16
  MTU 1500 bytes, BW 10000 Kbit, DLY 1000 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 00:00:06, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 input packets with dribble condition detected
     11 packets output, 1648 bytes, 0 underruns
     0 output errors, 0 collisions, 1 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier
     0 output buffer failures, 0 output buffers swapped out
``` <br><br> Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 44 | ```
switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
     2285370854005 packets input, 225028582832583 bytes
     Received 29769609741 broadcasts, 3073437605 multicast
     113 runts, 1 giants
     118 input errors, 117 CRC, 0 alignment, 18 symbol
     27511409 PAUSE input
     335031607678 packets output, 27845413138330 bytes
     Sent 14282316688 broadcasts, 54045824072 multicast
     108 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
``` <br><br> Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413. <br> Arista User Manual v. 4.11.2.1 (3/1/2013), at 447. <br> Arista User Manual v. 4.12.4 (9/16/2013), at 533. <br> Arista User Manual v. 4.13.6F (4/14/2014), at 637. <br> Arista User Manual v. 4.13.7M (6/17/2014), at 638. <br> Arista User Manual v. 4.14.3F – Rev. 2 (10/2/14), at 646. <br> Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648. <br> Arista User Manual v. 4.14.6M (1/19/2015), at 644. <br> Arista User Manual v. 4.15.0F (4/18/2015), at 652. <br> Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |
| Cisco IOS 15.4 <br><br> Effective date of registration: 11/26/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Use the **show interface** *interface-type interface-number* command to display the information and statistics for Ethernet 0 on R4.<br><br>R4> `show interface ethernet 0`<br>Ethernet0 is up, line protocol is up<br>  Hardware is Lance, address is 00e0.1eb8.eb0e (bia 00e0.1eb8.eb0e)<br>The MAC address for Ethernet 0 on R4 is 00e0.1eb8.eb0e. The format of the client identifier for this interface is null-cisco-00e0.1eb8.eb0e-et0.<br><br>Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 81 | This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>switch(config)#`interface ethernet 7`<br>switch(config-if-Et7)#`mac-address 001c.2804.17e1`<br>switch(config-if-Et7)#`show interface ethernet 7`<br>Ethernet3 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 312.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 342.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 390.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 429.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 429.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 437<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 439.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 435.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 443.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 435. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip igmp snooping**<br><br>To display the Internet Group Management Protocol (IGMP) snooping configuration of a device, use the show ip igmp snooping command in user EXEC or privileged EXEC mode.<br><br>show ip igmp snooping [groups [count] vlan *vlan-id* [*ip-address*] count]] mrouter [[vlan *vlan-id*] [bd *bd-id*]] \| querier] vlan *vlan-id*] bd *bd-id*]<br><br>Cisco IOS Multicast Command Reference at 625 (2013)<br><br>The following is sample output from the **show ip igmp snooping** command:<br><br>`Router# show ip igmp snooping`<br>`Global IGMP Snooping configuration:`<br>`-----------------------------------`<br>`IGMP snooping         : Enabled`<br>`IGMPV3 snooping (minimal) : Enabled`<br>`Report suppression    : Enabled`<br>`TCN solicit query     : Disabled`<br>`TCN flood query count : 2`<br>`Last Member Query Interval : 1000`<br><br>IOS Multicast Command Reference (2013), at 625 | IGMP Snooping Status<br><br>The show ip igmp snooping command displays the Internet Group Management Protocol (IGMP) snooping configuration of a device.<br><br>**Example**<br>• This command displays the switch's IGMP snooping configuration.<br><br>`switch>show ip igmp snooping`<br>`   Global IGMP Snooping configuration:`<br>`   ------------------------------------`<br>`   IGMP snooping         : Enabled`<br>`   Robustness variable   : 2`<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1263.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1339.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1559.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1733.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1810.<br>Arista User Manual v. 4.14.3F - Rev 2 (10/2/14), at 1785.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1799.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1794.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1803.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1797. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show interfaces transceiver**<br><br>To display information about the optical transceivers that have digital optical monitoring (DOM) enabled, use the showinterfacestransceiver command in privileged EXEC mode.<br><br>**Catalyst 6500 Series Switches and Cisco 7600 Series Routers**<br><br>show interfaces [*interface interface-number*] transceiver [threshold violations| properties] [detail module number]<br><br>**Cisco 7200 VXR**<br><br>show interfaces [*interface interface-number*] transceiver<br><br>**Cisco ASR 901 Routers**<br><br>show interfaces [*interface interface-number*] transceiver [threshold {table | violations) | detail | supported-list]<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1878<br><br>**Examples**    This example shows how to display transceiver information:<br><br>```<br>Router# show interfaces transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>++ : high alarm, + : high warning, - : low warning, -- : low alarm.<br>NA or N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br><br>                                            Optical   Optical<br>         Temperature  Voltage  Current  Tx Power  Rx Power<br>Port     (Celsius)    (Volts)  (mA)     (dBm)     (dBm)<br>------   -----------  -------  -------  --------  --------<br>Gi1/1    40.6         5.09     0.4      -25.2     N/A<br>Gi2/1    35.5         5.05     0.1      -29.2     N/A<br>Gi2/2    49.5         3.30     0.0      7.1       -18.7<br>```<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1879 | **show interfaces transceiver**<br><br>The show interfaces transceiver command displays operational transceiver data for the specified interfaces.<br><br>Platform        all<br>Command Mode    EXEC<br><br>Command Syntax<br><br>show interfaces [*INTERFACE*] transceiver [*DATA_FORMAT*]<br><br>. . .<br><br>Examples<br>• This command displays transceiver data on Ethernet interfaces 1 through 4.<br><br>```<br>switch>show interfaces ethernet 1-4 transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br>                                Bias    Optical   Optical<br>       Temp        Voltage  Current  Tx Power  Rx Power  Last Update<br>Port   (Celsius)   (Volts)  (mA)     (dBm)     (dBm)     (Date Time)<br>-----  ---------   -------  -------  --------  --------  -------------<br>Et1    34.17       3.30     6.75     -2.41     -2.83     2011-12-02 16:18:48<br>Et2    35.08       3.30     6.75     -2.23     -2.06     2011-12-02 16:18:42<br>Et3    36.72       3.30     7.20     -2.02     -2.14     2011-12-02 16:18:49<br>Et4    35.91       3.30     6.92     -2.20     -2.23     2011-12-02 16:18:45<br>switch><br>```<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 326.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 356.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 404.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 443.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 443.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 451.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 453.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 449.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 457.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 449. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | *start-ip*     Starting IP address that defines the range of addresses in the address pool.<br><br>*end-ip*     Ending IP address that defines the range of addresses in the address pool.<br><br><br>Cisco IOS IP Addressing Services Command Reference at 22 (2011) | *start_addr*   The starting IP address that defines the range of addresses in the address pool (IPv4 addresses in dotted decimal notation).<br><br>*end_addr*   The ending IP address that defines the range of addresses in the address pool. (IPv4 addresses in dotted decimal notation).<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 1121.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1233.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1251.<br>Arista User Manual v. 4.14.3F -  Rev. 2 (10/2/2014), at 1278<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1299.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1295.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1303.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1297. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | The following is sample output from the **show ip ospf** command when entered without a specific OSPF process ID:<br><br>Router# `show ip ospf`<br><br>Routing Process "ospf 201" with ID 10.0.0.1 and Domain ID 10.20.0.1<br>Supports only single TOS(TOS0) routes<br>Supports opaque LSA<br>SPF schedule delay 5 secs, Hold time between two SPFs 10 secs<br>Minimum LSA interval 5 secs. Minimum LSA arrival 1 secs<br>LSA group pacing timer 100 secs<br>Interface flood pacing timer 55 msecs<br>Retransmission pacing timer 100 msecs<br>Number of external LSA 0. Checksum Sum 0x0<br>Number of opaque AS LSA 0. Checksum Sum 0x0<br>Number of DCbitless external and opaque AS LSA 0<br>Number of DoNotAge external and opaque AS LSA 0<br>Number of areas in this router is 2. 2 normal 0 stub 0 nssa<br>External flood list length 0<br>    AREA BACKBONE(0)<br>      Number of interfaces in this area is 2<br>      Area has message digest authentication<br>      SPF algorithm executed 4 times<br>      Area ranges are<br>      Number of LSA 4. Checksum Sum 0x29BEB<br>      Number of opaque link LSA 0. Checksum Sum 0x0<br>      Number of DCbitless LSA 3<br>      Number of indication LSA 0<br>      Number of DoNotAge LSA 0<br>      Flood list length 0<br>    Area 172.16.26.0<br>      Number of interfaces in this area is 0<br>      Area has no authentication<br>      SPF algorithm executed 1 times<br>      Area ranges are<br>      192.168.0.0/16 Passive Advertise<br>      Number of LSA 1. Checksum Sum 0x44FD<br>      Number of opaque link LSA 0. Checksum Sum 0x0<br>      Number of DCbitless LSA 1<br>      Number of indication LSA 0<br>      Number of DoNotAge LSA 0<br>      Flood list length 0<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 174 | switch#`show ip ospf`<br>Routing Process "ospf 1" with ID 10.168.103.1<br> Supports opaque LSA<br> Maximum number of LSA allowed 12000<br>  Threshold for warning message 75%<br>  Ignore-time 5 minutes, reset-time 5 minutes<br>  Ignore-count allowed 5, current 0<br> It is an area border router<br> Hold time between two consecutive SPFs 5000 msecs<br> SPF algorithm last executed 00:00:09 ago<br> Minimum LSA interval 5 secs<br> Minimum LSA arrival 1000 msecs<br> Number of external LSA 0. Checksum Sum 0x000000<br> Number of opaque AS LSA 0. Checksum Sum 0x000000<br><br><br> Number of LSA 27.<br> Number of areas in this router is 3. 3 normal 0 stub 0 nssa<br>  Area BACKBONE(0.0.0.0)<br>    Number of interfaces in this area is 2<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 153 times<br>    Number of LSA 8. Checksum Sum 0x03e13a<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br>  Area 0.0.0.2<br>    Number of interfaces in this area is 1<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 153 times<br>    Number of LSA 11. Checksum Sum 0x054e57<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br>  Area 0.0.0.3<br>    Number of interfaces in this area is 1<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 5 times<br>    Number of LSA 6. Checksum Sum 0x02a401<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 947.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 991.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1226.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1341-1342.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1359-1360.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1391-1392.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1413.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1409.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1417.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1411. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | 11 | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | Examples    The following is sample output from the **show snmp** command:<br><br>Router# show snmp<br>Chassis: 121A1083<br>0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>0 Input queue packet drops (Maximum queue size 1000)<br>0 SNMP packets output<br>    0 Too big errors (Maximum packet size 1500)<br>    0 No such name errors<br>    0 Bad values errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>    SNMP Trap Queue: 0 dropped due to resource failure.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 83 | Example<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>switch(config)#snmp-server chassis-id xyz-1234<br>switch(config)#show snmp<br>    Chassis: xyz-1234                              <---*chassis ID*<br><br>    8 SNMP packets input<br>        0 Bad SNMP version errors<br>        0 Unknown community name<br>        0 Illegal operation for community name supplied<br>        0 Encoding errors<br>        8 Number of requested variables<br>        0 Number of altered variables<br>        4 Get-request PDUs<br>        4 Get-next PDUs<br>        0 Set-request PDUs<br>    21 SNMP packets output<br>        0 Too big errors<br>        0 No such name errors<br>        0 Bad value errors<br>        0 General errors<br>        8 Response PDUs<br>        0 Trap PDUs<br>SNMP logging: enabled<br>    Logging to taccon.162<br>SNMP agent enabled<br>switch(config)# |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1352-1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1432-1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-82.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980 |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | IGMP version | 2 | | | | Current IGMP router version: 2<br>IGMP query interval: 125 seconds<br>IGMP max query response time: 100 deciseconds<br>Last member query response interval: 10 deciseconds<br>Last member query response count: 2<br>IGMP querier: 172.17.26.1<br>Robustness: 2<br>Require router alert: enabled<br>Startup query interval: 312 deciseconds<br>Startup query count: 2<br>General query timer expiry: 00:00:22<br>Multicast groups joined:<br>  239.255.255.250 |

Full Cisco column detail:

| Cisco setting | Value |
|---|---|
| IGMP version | 2 |
| Startup query interval | 30 seconds |
| Startup query count | 2 |
| Robustness value | 2 |
| Querier timeout | 255 seconds |
| Query timeout | 255 seconds |
| Query max response time | 10 seconds |
| Query interval | 125 seconds |
| Last member query response interval | 1 second |
| Last member query count | 2 |
| Group membership timeout | 260 seconds |
| Report link local multicast groups | Disabled |
| Enforce router alert | Disabled |
| Immediate leave | Disabled |

Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 24

Arista User Manual v. 4.10.0 (7/19/2012), at 970.
Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1261.
Arista User Manual v. 4.11.2.1 (3/1/2013), at 1337.
Arista User Manual v. 4.12.4 (9/16/2013), at 1606.
Arista User Manual v. 4.13.6F (4/14/2014), at 1780.
Arista User Manual v. 4.13.7M (6/17/2014), at 1808.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/14), at 1850.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1864.
Arista User Manual v. 4.14.6M (1/19/2015), at 1860.
Arista User Manual v. 4.15.0F (4/18/2015), at 1868.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1862.

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display VTP interface switchport information on the device:<br><br>```<br>switch# show interface switchport<br>Name: Ethernet8/11<br>  Switchport: Enabled<br>  Switchport Monitor: Not enabled<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (default)<br>  Trunking Native Mode VLAN: 1 (default)<br>  Trunking VLANs Enabled: 1,10,20-30<br>  Pruning VLANs Enabled: 2-1001<br>  Administrative private-vlan primary host-association: none<br>  Administrative private-vlan secondary host-association: none<br>  Administrative private-vlan primary mapping: none<br>  Administrative private-vlan secondary mapping: none<br>  Administrative private-vlan trunk native VLAN: none<br>  Administrative private-vlan trunk encapsulation: dot1q<br>  Administrative private-vlan trunk normal VLANs: none<br>  Administrative private-vlan trunk private VLANs: none<br>  Operational private-vlan: none<br>switch#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 44 | **Example**<br>• These commands create the trunk mode allowed VLAN list of 6-10 for Ethernet interface 14, then verifies the VLAN list.<br><br>```<br>switch(config)#interface ethernet 14<br>switch(config-if-Et14)#switchport trunk allowed vlan 6-10<br>switch(config-if-Et14)#show interfaces ethernet 14 switchport<br>Name: Et14<br>  Switchport: Enabled<br>  Administrative Mode: trunk<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (inactive)<br>  Trunking Native Mode VLAN: 1 (inactive)<br>  Administrative Native VLAN tagging: disabled<br>  Trunking VLANs Enabled: 6-10<br>  Trunk Groups:<br><br>switch(config-if-Et14)#<br>```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 665.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 773.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 791.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 798.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 800.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 796.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 804.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 796. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples**    This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:<br><br>`switch# show interface vlan 5`<br>`Vlan5 is administratively down, line protocol is down`<br>`Hardware is EtherSVI, address is 0000.0000.0000`<br>`MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,`<br>`  reliability 255/255, txload 1/255, rxload 1/255`<br>`Encapsulation ARPA, loopback not set`<br>`Keepalive not supported`<br>`ARP type: ARPA`<br>`Last clearing of "show interface" counters 01:21:55`<br>`1 minute input rate 0 bytes/sec, 0 packets/sec`<br>`1 minute output rate 0 bytes/sec, 0 packets/sec`<br>`L3 Switched:`<br>`  input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes`<br>`L3 in Switched:`<br>`  ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br>`L3 out Switched:`<br>`  ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 44 | **Example**<br>• This command display configuration and status information for Ethernet interface 1 and 2.<br><br>`switch# show interfaces ethernet 1-2`<br>`Ethernet1 is up, line protocol is up (connected)`<br>`  Hardware is Ethernet, address is 001c.2481.7647 (bia 001c.2481.7647)`<br>`  Description: mkt.1`<br>`  MTU 9212 bytes, BW 10000000 Kbit`<br>`  Full-duplex, 10Gb/s, auto negotiation: off`<br>`  Last clearing of "show interface" counters never`<br>`  5 seconds input rate 33.5 Mbps (0.3% with framing), 846 packets/sec`<br>`  5 seconds output rate 180 kbps (0.0% with framing), 55 packets/sec`<br>`  76437268 packets input, 94280286608 bytes`<br>`  Received 2208 broadcasts, 73358 multicast`<br>`  0 runts, 0 giants`<br>`  0 input errors, 0 CRC, 0 alignment, 0 symbol`<br>`  0 PAUSE input`<br>`  6184281 packets output, 4071319140 bytes`<br>`  Sent 2209 broadcasts, 345754 multicast`<br>`  0 output errors, 0 collisions`<br>`  0 late collision, 0 deferred`<br>`  0 PAUSE output`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 567.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 672.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 673.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 681.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 683.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 679.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 687.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 679. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**      This example shows how to display STP when you are running Rapid PVST+:<br><br>`switch# show spanning-tree`<br><br>`VLAN0001`<br>`Spanning tree enabled protocol rstp`<br>`Root ID    Priority    32769`<br>`           Address     000d.eca3.9f01`<br>`           Cost        4`<br>`           Port        4105 (port-channel10)`<br>`           Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec`<br><br>`Bridge ID  Priority    32769  (priority 32768 sys-id-ext 1)`<br>`           Address     0022.5579.7641`<br>`           Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec`<br><br>`Interface      Role Sts Cost      Prio.Nbr Type`<br><br>`Po10           Root FWD 2         128.4105 (VPC peer-link) P2p`<br>`Po20           Desg FWD 1         128.4115 (VPC) P2p`<br>`Po30           Root FWD 1         128.4125 (VPC) P2p`<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 63 | Show commands (such as show spanning-tree) displays the RSTP instance as MST0 (MST instance 0).<br><br>**Example**<br>• This command, while the switch is in RST mode, displays RST instance information.<br><br>`switch(config)#show spanning-tree`<br>`MST0`                                    `<---RSTP mode indicator`<br>`Spanning tree enabled protocol rstp`<br>`Root ID    Priority    32768`<br>`           Address     001c.730c.1867`<br>`           This bridge is the root`<br><br>`Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)`<br>`           Address     001c.730c.1867`<br>`           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec`<br><br>`Interface      Role       State      Cost     Prio.Nbr Type`<br><br>`Et51           designated forwarding 2000     128.51   P2p`<br><br>`switch(config)#`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 860.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 924.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 942.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 960.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 962.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 958.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 966.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 958. |

16

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2  Effective date of registration: 11/13/2014 | This example shows how to display STP information when you are running MST:  `switch# show spanning-tree`  ```MST0000   Spanning tree enabled protocol mstp   Root ID    Priority    32768              Address     0018.bad8.fc150              Cost        0              Port        258 (Ethernet 2/2)              Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec    Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)              Address     0018.bad8.239d              Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec    Interface       Role Sts Cost       Prio.Nbr  Type   --------------- ---- --- --------- -------- --------------------------   Eth2/1          Altn BKN 20000     128.257   Network, P2p   BA_Inc.   Eth2/2          Root FWD 20000     128.258   Edge, P2p   Eth3/48         Desg FWD 20000     128.43228 P2p ```  Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 63 | This command displays output from the show spanning-tree command:  `Switch# show spanning-tree`  ```MST0   Spanning tree enabled protocol mstp   Root ID    Priority    32768              Address     0011.2201.0301              This bridge is the root    Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)              Address     0011.2201.0301              Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec    Interface       Role       State       Cost       Prio.Nbr Type   --------------- ---------- ---------- --------- -------- ------------------   Et4             designated forwarding 2000      128.4    P2p   Et5             designated forwarding 2000      128.5    P2p   ...   PEt4            designated forwarding 2000      128.31   P2p   PEt5            designated forwarding 2000      128.44   P2p   ...   Po3             designated forwarding 1999      128.1003 P2p ```  Arista User Manual v. 4.12.4 (9/16/2013), at 883.  Arista User Manual v. 4.13.6F (4/14/2014), at 947.  Arista User Manual v. 4.13.7M (6/17/2014), at 965.  Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.  Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 985.  Arista User Manual v. 4.14.6M (1/19/2015), at 981.  Arista User Manual v. 4.15.0F (4/18/2015), at 989.  Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 981. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32770<br>           Address    000d.eca3.9f01<br>           Cost       4<br>           Port       4105 (port-channel10)<br>           Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32770  (priority 32768 sys-id-ext 2)<br>           Address    0022.5579.7641<br>           Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface       Role Sts Cost      Prio.Nbr Type<br>--------------------------------------------------------<br>Po10            Root FWD 2         128.4105 (vPC peer-link) P2p<br>Po20            Desg FWD 1         128.4115 (vPC) P2p<br>Po30            Root FWD 1         128.4125 (vPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 73 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32768<br>           Address    001c.7301.07b9<br>           Cost       1999 (Ext) 0 (Int)<br>           Port       101 (Port-Channel2)<br>           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>           Address    001c.7304.195b<br>           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface       Role     State      Cost     Prio.Nbr Type<br>--------------------------------------------------------<br>Et4             designated forwarding 20000    128.4   P2p<br>Et5             designated forwarding 20000    128.5   P2p<br>Et6             designated forwarding 20000    128.6   P2p<br>Et23            designated forwarding 20000    128.23  P2p<br>Et26            designated forwarding 20000    128.26  P2p<br>Et32            designated forwarding 2000     128.32  P2p<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 883.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 947.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 965.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 985.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 981.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 989.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 981. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | This example shows how to display detailed information about the STP configuration:<br><br>`switch(config)# show spanning-tree detail`<br><br>VLAN0001 is executing the rstp compatible Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 1, address 0022.5579.7641<br>  Configured hello time 2, max age 20, forward delay 15<br>  Current root has priority 32768, address 000d.eca3.9f01<br>  Root port is 4105 (port-channel10), cost of root path is 4<br>  Topology change flag not set, detected flag not set<br>  Number of topology changes 1 last change occurred 20:24:36 ago<br>        from port-channel10<br>  Times:  hold 1, topology change 35, notification 2<br>          hello 2, max age 20, forward delay 15<br>  Timers: hello 0, topology change 0, notification 0<br><br> Port 4105 (port-channel10, vPC Peer-link) of VLAN0001 is root forwarding<br>   Port path cost 2, Port priority 128, Port Identifier 128.4105<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4105, designated path cost 2<br>   Timers: message age 16, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default<br><br>   BPDU: sent 36729, received 36739<br><br> Port 4115 (port-channel20, vPC) of VLAN0001 is designated forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4115<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4115, designated path cost 2<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 0<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br> Port 4125 (port-channel30, vPC) of VLAN0001 is root forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4125<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 000d.eca3.9f01<br>   Designated port id is 128.4125, designated path cost 0<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 0<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 73 | • This command displays STP data, including an information block for each interface running STP.<br><br>`switch>show spanning-tree vlan 1000 detail`<br><br>MST0 is executing the rstp Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 0, address 001c.7304.195b<br>  Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6<br>  Current root has priority 32768, address 001c.7301.07b9<br>  Root port is 101(Port-Channel2), cost of root path is 1999 (Ext) 0 (Int)<br>  Number of topology changes 4109 last change occurred 1292651 seconds ago<br>        from Ethernet13<br><br> Port 4 (Ethernet4) of MST0 is designated forwarding<br>   Port path cost 20000, Port priority 128, Port Identifier 128.4.<br>   Designated root has priority 32768, address 001c.7301.07b9<br>   Designated bridge has priority 32768, address 001c.7304.195b<br>   Designated port id is 128.4, designated path cost 1999 (Ext) 0 (Int)<br>   Timers: message age 1, forward delay 15, hold 20<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default, Internal<br>   BPDU: sent 452252, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br> Port 5 (Ethernet5) of MST0 is designated forwarding<br>   Port path cost 20000, Port priority 128, Port Identifier 128.5.<br>   Designated root has priority 32768, address 001c.7301.07b9<br>   Designated bridge has priority 32768, address 001c.7304.195b<br>   Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)<br>   Timers: message age 1, forward delay 15, hold 20<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default, Internal<br>   BPDU: sent 1006266, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 884.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 948.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 966.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 984.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 986.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 982.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 990.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 982. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | This example shows how to display STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/2`<br><br>Vlan      Role Sts Cost    Prio.Nbr Type<br>--------- ---- --- --------- ------------------------<br>VLAN0001   Altn BLK 20000   128.1025 P2p<br><br>VLAN0002   Desg FWD 20000   128.1025 P2p<br><br>This example shows how to display STP information about a specified interface when you are running MST:<br><br>`switch(config)# show spanning-tree interface ethernet 2/50`<br><br>Mst Instance  Role Sts Cost    Prio.Nbr Type<br>---------------- ---- --- --------- -------------------<br>MST0000       Desg FWD 2000   128.1281 P2p<br><br>This example shows how to display detailed STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/1 detail`<br><br>Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking<br>  Port path cost 20000, Port priority 128, Port Identifier 128.1025<br>  Designated root has priority 28672, address 0018.bad8.239d<br>  Designated bridge has priority 28672, address 0018.bad8.239d<br>  Designated port id is 128.1281, designated path cost 0<br>  Timers: message age 15, forward delay 0, hold 0<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default<br>  The port type is network by default.<br>  BPDU: sent 4657, received 188<br><br>Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding<br>  Port path cost 20000, Port priority 128, Port Identifier 128.1025<br>  Designated root has priority 32770, address 0018.bad7.fc15<br>  Designated bridge has priority 32770, address 0018.bad7.fc15<br>  Designated port id is 128.1025, designated path cost 0<br>  Timers: message age 0, forward delay 0, hold 0<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default<br>  The port type is network by default.<br>  BPDU: sent 4838, received 0 | Examples<br><br>• This command displays an STP table for Ethernet 5 interface.<br><br>`switch>show spanning-tree interface ethernet 5`<br>Instance       Role    State    Cost    Prio.Nbr Type<br>----------- ---------- -------- ------- --------------<br>MST0          designated forwarding 20000   128.5   P2p<br>switch><br><br>• This command displays a data block for Ethernet interface 5.<br><br>`switch>show spanning-tree interface ethernet 5 detail`<br>Port 5 (Ethernet5) of MST0 is designated forwarding<br>  Port path cost 20000, Port priority 128, Port Identifier 128.5.<br>  Designated root has priority 32768, address 001c.7301.07b9<br>  Designated bridge has priority 32768, address 001c.7304.195b<br>  Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)<br>  Timers: message age 1, forward delay 15, hold 20<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default, Internal<br>  BPDU: sent 1008766, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>  Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>switch> |

| | | |
|---|---|---|
| | | Arista User Manual v. 4.12.4 (9/16/2013), at 888.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 952.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 970.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 988.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 990.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 986.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 994.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 986. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 77. | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ```switch# show spanning-tree mst```<br><br>```##### MST0    vlans mapped:   1-4094```<br>```Bridge        address 0018.bad7.fc15   priority     32768 (32768 sysid 0)```<br>```Root          this switch for the CIST```<br>```Regional Root this switch```<br>```Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6```<br>```Configured     hello time 2 , forward delay 15, max age 20, max hops   20```<br><br>```Interface        Role Sts Cost      Prio.Nbr Type```<br>```---------------- ---- --- ---------- -------- --------------------------------```<br>```Eth8/1           Desg FWD 20000     128 1025 P2p```<br>```Eth8/2           Desg FWD 20000     128 1026 P2p```<br><br>This example shows how to display STP information about a specific MST instance:<br><br>```switch# show spanning-tree mst 0```<br><br>```##### MST0    vlans mapped:   1-4094```<br>```Bridge        address 0018.bad7.fc15   priority     32768 (32768 sysid 0)```<br>```Root          this switch for the CIST```<br>```Regional Root this switch```<br>```Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6```<br>```Configured     hello time 2 , forward delay 15, max age 20, max hops   20```<br><br>```Interface        Role Sts Cost      Prio.Nbr Type```<br>```---------------- ---- --- ---------- -------- --------------------------------```<br>```Eth8/1           Desg FWD 20000     128.1025 P2p```<br>```Eth8/2           Desg FWD 20000     128.1026 P2p```<br><br>This example shows how to display detailed STP information about the MST protocol:<br><br>```switch# show spanning-tree mst detail```<br><br>```##### MST0    vlans mapped:   1-4094```<br>```Bridge        address 0018.bad7.fc15   priority     32768 (32768 sysid 0)```<br>```Root          this switch for the CIST```<br>```Regional Root this switch```<br>```Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6```<br>```Configured     hello time 2 , forward delay 15, max age 20, max hops   20```<br><br>```Eth8/1 of MST0 is designated forwarding```<br>```Port info          port id           128.1025 priority    128   cost    20000```<br>```Designated root    address 0018.bad7.fc15   priority 32768 cost        0```<br>```Design. regional root address 0018.bad7.fc15   priority 32768 cost        0```<br>```Designated bridge  address 0018.bad7.fc15   priority 32768 port id 128.1025```<br>```Timers: message expires in 0 sec, forward delay 0, forward transitions 1```<br>```Bpdus sent 1379, received 3```<br><br>```Eth8/2 of MST0 is designated forwarding```<br>```Port info          port id           128.1026 priority    128   cost    20000```<br>```Designated root    address 0018.bad7.fc15   priority 32768 cost        0```<br>```Design. regional root address 0018.bad7.fc15   priority 32768 cost        0```<br>```Designated bridge  address 0018.bad7.fc15   priority 32768 port id 128.1026```<br>```Timers: message expires in 0 sec, forward delay 0, forward transitions 1```<br>```Bpdus sent 1380, received 2```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 80. | Examples<br>• This command displays interface data blocks for MST instance 3.<br><br>```switch>show spanning-tree mst 3 detail```<br>```##### MST3    vlans mapped:   3```<br>```Bridge        address 0011.2233.4402 priority     32771 (32768 sysid 3)```<br>```Root          address 0011.2233.4401 priority     32771 (32768 sysid 3)```<br><br>```Ethernet1 of MST3 is root forwarding```<br>```Port info          port id           128.1 priority    128   cost    2000```<br>```Designated root    address 0011.2233.4401 priority 32768 cost        0```<br>```Designated bridge  address 0011.2233.4401 priority 32768 port id 128.1```<br><br>```Ethernet2 of MST3 is alternate discarding```<br>```Port info          port id           128.2 priority    128   cost    2000```<br>```Designated root    address 0011.2233.4401 priority 32768 cost        0```<br>```Designated bridge  address 0011.2233.4401 priority 32768 port id 128.2```<br><br>```Ethernet3 of MST3 is designated forwarding```<br>```Port info          port id           128.3 priority    128   cost    2000```<br>```Designated root    address 0011.2233.4402 priority 32768 cost        0```<br>```Designated bridge  address 0011.2233.4402 priority 32768 port id 128.3```<br><br>• This command displays interface tables for all MST instances.<br><br>```switch>show spanning-tree mst```<br>```##### MST0    vlans mapped:   1,4-4094```<br>```Bridge        address 0011.2233.4402 priority     32768 (32768 sysid 0)```<br>```Root          address 0011.2233.4401 priority     32768 (32768 sysid 0)```<br>```Regional Root address 0011.2233.4401 priority     32768 (32768 sysid 0)```<br><br>```Interface        Role      State      Cost    Prio.Nbr Type```<br>```---------------- --------- ---------- ------- -------- ----------```<br>```Et1              root      forwarding 2000    128.1    P2p```<br>```Et2              alternate discarding 2000    128.2    P2p```<br>```Et3              designated forwarding 2000    128.3    P2p```<br>```Et4              designated forwarding 2000    128.4    P2p```<br><br>```##### MST2 vlans mapped: 2```<br>```Bridge        address 0011.2233.4402 priority     8194 (8192 sysid 2)```<br>```Root          this switch for MST2```<br><br>```Interface        Role      State      Cost    Prio.Nbr Type```<br>```---------------- --------- ---------- ------- -------- ----------```<br>```Et1              designated forwarding 2000    128.1    P2p```<br>```Et2              designated forwarding 2000    128.2    P2p```<br>```Et3              designated forwarding 2000    128.3    P2p```<br>```Et4              designated forwarding 2000    128.4    P2p```<br><br>```##### MST3 vlans mapped: 3```<br>```Bridge        address 0011.2233.4402 priority     32771 (32768 sysid 3)```<br>```Root          address 0011.2233.4401 priority     32771 (32768 sysid 3)```<br><br>```Interface        Role      State      Cost    Prio.Nbr Type```<br>```---------------- --------- ---------- ------- -------- ----------```<br>```Et1              root      forwarding 2000    128.1    P2p```<br>```Et2              alternate discarding 2000    128.2    P2p```<br>```Et3              designated forwarding 2000    128.3    P2p```<br>```Et4              designated forwarding 2000    128.4    P2p```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 889-890.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 953-954.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 971-972.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 990.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 991-992.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 987-988.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 995-996.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 987-988. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | This example shows how to display information about the MST configuration:<br><br>`switch)# show spanning-tree mst configuration`<br><br>Name:        [mst-bldg-sj6/3]<br>Revision:      1      Instances Configured: 3<br>Instance     Vlans mapped<br>-------     -------------------------------<br>0          1<br>2000       2-2000<br>4094       2001-4094<br>-------------------------------------------<br><br>This example shows how to display the MD5 digest included in the current MST configuration:<br><br>`switch)# show spanning-tree mst configuration digest`<br><br>Name     [mst-config]<br>Revision  10    Instances configured 25<br>Digest         0x40D5ECA178C657835C83BBCB16723192<br>Pre-std Digest  0x27BF112A75B72781ED928D9EC5BB4251<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 81. | Examples<br><br>• This command displays the MST region's VLAN-to-instance map.<br><br>`switch>show spanning-tree mst configuration`<br><br>Name      []<br>Revision   0      Instances configured 3<br><br>Instance  Vlans mapped<br>-------  -------------------<br>0        1,4-4094<br>2        2<br>3        3<br>-------  -------------------<br>switch><br><br>• This command displays the MST region's configuration digest.<br><br>`switch>show spanning-tree mst configuration digest`<br><br>Name      []<br>Revision   0      Instances configured 3<br>Digest         0xAC36177F50283CD4B83821D8AB26DE62<br>switch><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 891.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 955.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 973.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 991.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 993.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 989.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 997.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 989. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display information for the root bridge:<br><br>switch(config)# **show spanning-tree root**<br><br>MST Instance    Root ID      Cost  Time Age Dly  Root Port<br>MST0000    32768  0018.bad7.fc15      0    2    20   15  This bridge is root<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 82-83. | Examples<br>• This command displays a table of root bridge information.<br><br>switch>**show spanning-tree root**<br><br>                                        Root  Hello Max  Fwd<br>Instance    Priority   MAC addr   Cost  Time  Age  Dly  Root Port<br>---------   --------   --------   ----  ----  ---  ---  ---------<br>MST0    32768  001c.7301.23de    0    2    20   15  Po937<br>MST101   32869  001c.7301.23de  3998   0    0    0   Po909<br>MST102   32870  001c.7301.23de  3998   0    0    0   Po911<br>switch><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 894.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 958.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 976.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 994.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 996.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 992.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1000.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 992. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display information about the number of VLANs configured on the device:<br><br>switch# **show vlan summary**<br><br>Number of existing VLANs         : 9<br>  Number of existing user VLANs    : 9<br>  Number of existing extended VLANs : 0<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 94. | **Example**<br>• This command displays the number of VLANs on the switch.<br><br>switch>**show vlan summary**<br>Number of existing VLANs          : 18<br><br>switch><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 658.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 766.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 784.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 791.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 793.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 789.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 797.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 789. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples** This example shows how to display information about all private VLANs on the device:<br><br>`switch (config)# show vlan private-vlan`<br><br>```<br>Primary  Secondary  Type        Ports<br>-------  ---------  ----------  --------------<br>200      201        isolated    Eth2/26, Eth2/27<br>200      202        community   Eth2/26, Eth2/28<br>```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 100. | **Example**<br><br>• This command displays the private VLANs.<br><br>`switch>show vlan private-vlan`<br><br>```<br>Primary  Secondary  Type        Ports<br>-------  ---------  ----------  --------------<br>5        25         isolated<br>5        26         isolated<br>7        31         community<br>7        32         isolated<br>switch><br>```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 657.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 765.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 783.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 790.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 792.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 788.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 796.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 788. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2  Effective date of registration: 11/13/2014 | BGP table version is 10, local router ID is 3.3.3.3<br>Status: s-suppressed, x-deleted, S-stale, d-dampened, h-history, *-valid, >-best<br>Origin codes: i - IGP, e - EGP, ? - incomplete \| - multipath<br>Path type: i-internal, e-external, c-confed, l-local, a-aggregate, r-redist<br><br>  Network       Next Hop      Metric    LocPrf    Weight Path<br>* i200.0.1.100/32  201.0.25.1             100        100 6553601 i<br>*>e               201.0.13.1                       0 6553601 i<br>* i200.0.2.100/32  201.0.25.1             100        100 6553601 i<br>*>e               201.0.13.1                       0 6553601 i<br>*>1200.0.3.100/32  0.0.0.0                100      32768 i<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (August 2013), at 401. | switch>**show ip bgp neighbors 10.14.4.4 advertised-routes regexp _64502_**<br>BGP routing table information for VRF default<br>Router identifier 172.24.78.191, local AS number 64498<br>Route status codes: s - suppressed, * - valid, > - active, E - ECMP head, e - ECMP<br>                     S - Stale<br>Origin codes: i - IGP, e - EGP, ? - incomplete<br>AS Path Attributes: Or-ID - Originator ID, C-LST - Cluster List, LL Nexthop - Link Local Nexthop<br><br>    Network        Next Hop      Metric    LocPref  Weight Path<br>* >  10.99.31.0/24    10.88.202.1    333        100      -    (64502 64503) 99 i<br>* >  10.99.41.0/24    10.88.202.1    333        100      -    (64502 64503) 99 i<br>* >  10.99.99.0/24    10.88.202.1    333        100      -    (64502 64504) 99 i<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1587.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1605.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1637.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1651.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1647.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1655.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1649. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Examples<br><br>This example shows how to display information about IGMP snooping queriers:<br><br>`switch(config)# show ip igmp snooping querier`<br>`Vlan  IP Address      Version   Port`<br>`1     172.20.50.11    v3        fa2/1`<br>`2     172.20.40.20    v2        Router`<br>`switch(config)#`<br><br><br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (August 2013), at 50. | Example<br>• This command displays the querier IP address, version, and port servicing each VLAN.<br><br>`switch>show ip igmp snooping querier`<br>`Vlan  IP Address       Version  Port`<br>`------------------------------------------------`<br>`1     172.17.0.37      v2       Po1`<br>`20    172.17.20.1      v2       Po1`<br>`26    172.17.26.1      v2       Cpu`<br>`2028  172.17.255.29    v2       Po1`<br>`switch>`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 1560.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1790.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1755.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1860.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1874.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1870.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1878.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1872. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Examples**   This example shows how to use the **show port-security** command to view the status of the port security feature on a device:<br><br>`switch# show port-security`<br><br>`Total Secured Mac Addresses in System (excluding one mac per port)    : 0`<br>`Max Addresses limit in System (excluding one mac per port) : 8192`<br><br>`Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action`<br>`              (Count)       (Count)      (Count)`<br><br>`Ethernet1/4       5             1            0              Shutdown`<br><br>`switch#`<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-661. | **Example**<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br>`switch(config)#interface ethernet 7`<br>`switch(config-if-Et7)#switchport port-security`<br>`switch(config-if-Et7)#switchport port-security maximum 2`<br>`switch(config-if-Et7)#exit`<br>`switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7`<br>`switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7`<br>`switch(config)#clear mac address-table dynamic interface ethernet 7`<br>`switch(config)#show port-security`<br>`Secure Port      MaxSecureAddr    CurrentAddr    SecurityViolation    Security Action`<br>`                  (Count)         (Count)        (Count)`<br>`    Et7              2               2              0              Shutdown`<br>`Total Addresses in System: 1`<br>`switch(config)#show port-security address`<br>`                    Secure Mac Address Table`<br>`Vlan   Mac Address      Type          Ports   Remaining Age`<br>`                                               (mins)`<br>`----   -----------      ----          -----   -----------`<br>`10     0034.24c2.8f11   SecureConfigured   Et7   N/A`<br>`10     4464.842d.17ce   SecureConfigured   Et7   N/A`<br>`Total Mac Addresses for this criterion: 2`<br>`switch(config)#`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 520.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 624.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 624.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 632.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 634.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 630.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 638.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 630. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-664. | <br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 581.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 686.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 690.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 698.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 700.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 696.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 704.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 696. |

28

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | Examples    This example shows how to display the EEE status on an interface:<br><br>`switch# show interface ethernet2/6`<br>`Ethernet2/6 is down (Link not connected)`<br>`admin state is up, Dedicated Interface`<br>  `Hardware: 10000 Ethernet, address: 0022.5579.de41 (bia 001b.54c1.af5d)`<br>  `MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec`<br>  `reliability 255/255, txload 1/255, rxload 1/255`<br>  `Encapsulation ARPA, medium is broadcast`<br>  `auto-duplex, auto-speed, media type is 10G`<br>  `Beacon is turned off`<br>  `Auto-Negotiation is turned off`<br>  `Input flow-control is off, output flow-control is off`<br>  `Auto-mdix is turned off`<br>  `Rate mode is shared`<br>  `Switchport monitor is off`<br>  `EtherType is 0x8100`<br>  `EEE (efficient-ethernet) : n/a`<br>  `Last link flapped never`<br>  `Last clearing of "show interface" counters never`<br>  `0 interface resets`<br>  `30 seconds input rate 0 bits/sec, 0 packets/sec`<br>  `30 seconds output rate 0 bits/sec, 0 packets/sec`<br>  `Load-Interval #2: 5 minute (300 seconds)`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 514. | Example<br><br>• This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>  `switch(config)#interface ethernet 7`<br>  `switch(config-if-Et7)#mac-address 001c.2804.17e1`<br>  `switch(config-if-Et7)#show interface ethernet 7`<br>  `Ethernet3 is up, line protocol is up (connected)`<br>    `Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)`<br>    `Description: b.e45`<br>    `MTU 9212 bytes, BW 10000000 Kbit`<br>    `Full-duplex, 10Gb/s, auto negotiation: off`<br>    `Last clearing of "show interface" counters never`<br>    `5 seconds input rate 7.84 kbps (0.0% with framing), 10 packets/sec`<br>    `5 seconds output rate 270 kbps (0.0% with framing), 24 packets/sec`<br>      `1363799 packets input, 222736140 bytes`<br>      `Received 0 broadcasts, 290904 multicast`<br>      `0 runts, 0 giants`<br>      `0 input errors, 0 CRC, 0 alignment, 0 symbol`<br>      `0 PAUSE input`<br>      `2264927 packets output, 2348747214 bytes`<br>      `Sent 0 broadcasts, 28573 multicast`<br>      `0 output errors, 0 collisions`<br>      `0 late collision, 0 deferred`<br>      `0 PAUSE output`<br>  `switch(config-if-Et7)#` |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.12.4 (9/16/2013), at 390.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 429.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 429.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 437.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 439.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 435.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 443.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 435. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp clock**<br><br>To display the Precision Time Protocol (PTP) clock information, use the show ptp clock command.<br><br>show ptp clock<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release          Modification<br>5.2(1)          This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display the PTP clock information:<br>switch# show ptp clock<br>PTP Device Type: Boundary clock<br>Clock Identity :   0:18:ba:ff:d8: e:17<br>Clock Domain: 0<br>Number of PTP ports: 2<br>Priority1 : 255<br>Priority2 : 255<br>Clock Quality:<br>      Class : 248<br>      Accuracy : 254<br>      offset (log variance)  : 65535<br>Offset From Master : 0<br>Mean Path Delay : 0<br>Steps removed : 1<br>Local clock time:Sun Jan 15 20:57:29 2011 | **Show PTP Clock and Offset**<br><br>To display the Precision Time Protocol (PTP) local clock and offset, use the show ptp clock command.<br><br>• The show ptp clock command displays the Precision Time Protocol (PTP) local clock and offset.<br>switch#show ptp clock<br>PTP Mode: Boundary Clock<br>Clock Identity: 0x00:1c:73:ff:1e:83:24<br>Clock Domain: 1<br>Number of PTP ports: 24<br>Priority1: 128<br>Priority2: 128<br>Clock Quality:<br>      Class: 248<br>      Accuracy: 0x30<br>      OffsetScaledLogVariance: 0xffff<br>Offset From Master: 0<br>Mean Path Delay: 0<br>Steps Removed: 0<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 233.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 601. | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>  show ptp parent<br><br>Syntax Description  This command has no arguments or keywords.<br><br>Defaults  None<br><br>Command Modes  Any command mode<br><br>SupportedUserRoles  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History  Release  Modification<br>5.2(1)  This command was introduced.<br><br>Usage Guidelines  This command does not require a license.<br><br>Examples  This example shows how to display information about the parent and grand master of the PTP clock:<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity:  0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:  0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>  Class: 248<br>  Accuracy: 254<br>  Offset (log variance): 65535<br>  Priority1: 255<br>  Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 607. | **Show PTP Parent Information**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>• The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>  Class: 248<br>  Accuracy: 0x30<br>  OffsetScaledLogVariance: 0xffff<br>  Priority1: 128<br>  Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 233-234.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br><br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |

31

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>show ptp parent<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release  Modification<br>5.2(1)  This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display information about the parent and grand master of the PTP clock:<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:    0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>  Class: 248<br>  Accuracy: 254<br>  Offset (log variance)  65535<br>  Priority1: 255<br>  Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 607. | **show ptp parent**<br><br>The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br><br>Platform          Arad, FM6000<br>Command Mode      Privileged EXEC<br><br>Command Syntax<br>show ptp parent<br><br>**Examples**<br>• This command shows how to display information about the parent and master of the PTP clock.<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>  Class: 248<br>  Accuracy: 0x30<br>  OffsetScaledLogVariance: 0xffff<br>  Priority1: 128<br>  Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 301.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 344.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 344.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 352.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 354.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 350.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 334.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 334. |

32

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>show ptp time-property<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release  Modification<br>5.2(1)  This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display the PTP clock properties:<br>switch# show ptp time-property:<br>PTP CLOCK TIME PROPERTY:<br>  Current UTC offset valid: False<br>  Current UTC offset: 33<br>  Leap59: 0<br>  Leap61: 0<br>  Time Traceable: False<br>  Frequency Traceable: 0<br>  PTP Timescale: 0<br>  Time Source: 0xA0(internal Osccilator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 611. | Show PTP Clock Properties<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>• The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br>switch# show ptp time-property<br>  Current UTC offset valid: False<br>  Current UTC offset: 0<br>  Leap 59: False<br>  Leap 61: False<br>  Time Traceable: False<br>  Frequency Traceable: False<br>  PTP Timescale: False<br>  Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 234.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267-268.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267-268.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 275-76.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>show ptp time-property<br><br>Syntax Description    This command has no arguments or keywords.<br><br>Defaults    None<br><br>Command Modes    Any command mode<br><br>SupportedUserRoles    network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History    Release    Modification<br>5.2(1)    This command was introduced.<br><br>Usage Guidelines    This command does not require a license.<br><br>Examples    This example shows how to display the PTP clock properties:<br>switch# show ptp time-property<br>PTP CLOCK TIME PROPERTY:<br>Current UTC offset valid: 0<br>Current UTC offset: 33<br>Leap59: 0<br>Leap61: 0<br>Time Traceable: 0<br>Frequency Traceable: 0<br>PTP Timescale: 0<br>Time Source: 0xA0(internal Osccilator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 611. | **show ptp time-property**<br><br>The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br><br>Platform        Arad, FM6000<br>Command Mode        Privileged EXEC<br><br>Command Syntax<br>show ptp time-property<br><br>**Examples**<br>• This command shows the PTP clock properties.<br>switch# show ptp time-property<br>Current UTC offset valid: False<br>Current UTC offset: 0<br>Leap 59: False<br>Leap 61: False<br>Time Traceable: False<br>Frequency Traceable: False<br>PTP Timescale: False<br>Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 303.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 346.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 346.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 356.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 352.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 336.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 336. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples**    This example shows how to display the SNMP information:<br><br>`switch(config)# show snmp`<br>`sys contact:`<br>`sys location: anyplace, Anywhere`<br><br>`0 SNMP packets input`<br>`    0 Bad SNMP versions`<br>`    0 Unknown community name`<br>`    0 Illegal operation for community name supplied`<br>`    0 Encoding errors`<br>`    0 Number of requested variables`<br>`    0 Number of altered variables`<br>`    0 Get-request PDUs`<br>`    0 Get-next PDUs`<br>`    0 Set-request PDUs`<br>`0 SNMP packets output`<br>`    0 Too big errors`<br>`    0 No such name errors`<br>`    0 Bad values errors`<br>`    0 General errors`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 634. | **Example**<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>`switch(config)#snmp-server chassis-id xyz-1234`<br>`switch(config)#show snmp`<br>`      Chassis: xyz-1234`    *<---chassis ID*<br><br>`8 SNMP packets input`<br>`    0 Bad SNMP version errors`<br>`    0 Unknown community name`<br>`    0 Illegal operation for community name supplied`<br>`    0 Encoding errors`<br>`    8 Number of requested variables`<br>`    0 Number of altered variables`<br>`    4 Get-request PDUs`<br>`    4 Get-next PDUs`<br>`    0 Set-request PDUs`<br>`21 SNMP packets output`<br>`    0 Too big errors`<br>`    0 No such name errors`<br>`    0 Bad value errors`<br>`    0 General errors`<br>`    8 Response PDUs`<br>`    0 Trap PDUs`<br>`SNMP logging: enabled`<br>`    Logging to taccon.162`<br>`SNMP agent enabled`<br>`switch(config)#` |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | | Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-1982.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show snmp engineID**<br><br>To display the Simple Network Management Protocol (SNMP) engine ID, use the show snmp engineID command.<br><br>show snmp engineID<br><br>Syntax Description — This command has no arguments or keywords.<br><br>Defaults — None<br><br>Command Modes — Any command mode<br><br>SupportedUserRoles — network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History<br>Release — Modification<br>4.0(1) — This command was introduced.<br><br>Usage Guidelines — This command does not require a license.<br><br>Examples — This example shows how to display the SNMP engine ID:<br>switch(config)# show snmp engineID<br>Local SNMP engineID: [Hex] 8000000903000530 0A0B0C<br>[Dec] 128:000:000:009:003:000:005:048:010:011:012<br><br>Related Commands<br>Command — Description<br>snmp-server user — Configures SNMP target notification users.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference, Release 5.x (April 2010), at 533. | **show snmp engineID**<br><br>The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.<br><br>Platform          all<br>Command Mode    EXEC<br><br>Command Syntax<br>show snmp engineID<br><br>Example<br>• This command displays the ID of the local SNMP engine.<br>switch>show snmp engineid<br>Local SNMP EngineID: f5717f001c730436d700<br>switch><br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1363.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1443.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1716.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1906.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1934.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1978.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1991.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1987.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1995.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1989. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**