1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   John M. Neukom (SBN 275887)
7  johnneukom@quinnemanuel.com.
   QUINN EMANUEL URQUHART &
8  SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone: (415) 875-6600
10 Facsimile: (415) 875-6700

11 Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
12 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
13 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
14 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
15

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Beth Labson Freeman |

02099-00004/8544153.1

**CERTIFICATE OF SERVICE**

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On November 8, 2016, I served true copies of the following documents associated with Dkt. 616 on the interested parties in this action as follows:

> **Unredacted Copy of Cisco's Trial Brief Re: Analytic Dissection and Filtration**

> **Unredacted Copies of Exhibits A, C, F, G and H to the Declaration of Kevin C. Almeroth in Support of Cisco's Trial Brief Re: Analytic Dissection and Filtration**

> **Unredacted Copies of Exhibits 1, 2, 4, 11, 13, 16, and 17 to the Declaration of Andrew Holmes in Support of Cisco's Trial Brief Re: Analytic Dissection and Filtration**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on November 8, 2016 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Brian L. Ferrall | Juanita R. Brooks |
| Michael S. Kwun | brooks@fr.com |
| David J. Silbert | Fish & Richardson P.C. |
| Robert Van Nest | 12390 El Camino Real |
| arista-kvn@kvn.com | San Diego, CA 92130-2081 |
| Keker & Van Nest LLP | |
| 633 Battery Street | Kelly C. Hunsaker |
| San Francisco, CA 94111-1809 | hunsaker@fr.com |
| | Fish & Richardson PC |
| | 500 Arguello Street, Suite 500 |
| Susan Chreighton | Redwood City, CA 94063 |
| Scott Andrew Sher | |
| Arista-WSGR@wsgr.com | Ruffin B. Cordell |
| Wilson Sonsini Goodrich Rosati | cordell@fr.com |
| 1700 K Street | Lauren A. Degnan |
| Washington, DC 20006 | degnan@fr.com |
| | Michael J. McKeon |
| | mckeon@fr.com |
| | Fish & Richardson PC |
| | 1425 K Street NW |
| | 11th Floor |
| | Washington, DC 20005 |

1

2       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

4       Executed on November 8, 2016, at Redwood Shores, California.

5

6                                             /s/ *Sara E. Jenkins*
                                                  Sara E. Jenkins

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28