| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**PROOF OF SERVICE**<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 8, 2016, I served the following document(s):

1. **EXHIBIT 9 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

2. **EXHIBIT 10 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

3. **EXHIBIT 11 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)**

4. **EXHIBIT 13 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

5. **EXHIBIT 14 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

6. **EXHIBIT 15 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)**

7. **EXHIBIT 16 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)**

8. **EXHIBIT 17 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

9. **EXHIBIT 18 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)**

10. **EXHIBIT 20 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)**

11. **EXHIBIT 22 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)**

| | | |
|---|---|---|
| | 12. | **EXHIBIT 30 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 13. | **EXHIBIT 20 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)** |
| | 14. | **EXHIBIT 32 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)** |
| | 15. | **EXHIBIT 33 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 16. | **EXHIBIT 36 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 17. | **EXHIBIT 38 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 18. | **EXHIBIT 39 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 19. | **EXHIBIT 42 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 20. | **EXHIBIT 44 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNREDACTED)** |
| | 21. | **EXHIBIT 45 TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPENING BRIEF RE ANALYTIC DISSECTION (UNDER SEAL)** |

☑ by **E-MAIL VIA PDF FILE/FTP**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10022<br>Tel:    (212) 849-7000<br>Fax:   (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Tel:    (415) 875-6320<br>Fax:   (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com |

| | |
|---|---|
| Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA  94104<br>Tel:     (415) 439-1476<br>Fax:    (415) 439-1500<br>aalper@kirkland.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel:     (650) 801-5000<br>Fax:    (650) 801-5100<br>marktung@quinnemanuel.com |
| Michael W. De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA  90071<br>Tel:     (213) 680-8590<br>Fax:    (213) 680-8500<br>michael.devries@kirkland.com<br>Cisco-AristaCopyrightTeam@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:     (212) 446-4800<br>Fax:    (212) 446-6460<br>Steven.cherny@kirkland.com |

Matthew Powers
William Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA  94065
Tel:     (650) 802-6000
Fax:    (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com

Executed on November 8, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Laura Lind