# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
| 1 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 61- (Amended Appendix K to Black Rebuttal Report) | 381-61 | Public |
| 2 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 1 (Summary regarding Command Word Analysis – Industry Standard Terms Tr. Ex. 9044) | 586-1 | Public |
| 3 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 2 (Summary regarding Command Word Analysis – Customary and Common Terms. -Tr. Ex. 9043) | 586-2 | Public |
| 4 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 2- (Appendix A to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (IETF Standards and Publications) | 381-2 | Public |
| 5 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 3- (Appendix B to the Opening Expert Report of John Black, Jr., dated June 3, 2016 (IEEE Standards and Protocols) | 381-3 | Public |
| 6 | Trial exhibit 6944, RFC 791 (Internet Protocol, DARPA Internet Program Protocol Specification), dated September 1981 | | Public |
| 7 | Trial exhibit 5040, RFC 1883 (Internet Protocol, Version 6 (IPv6) Specification), dated December 1995 | | Public |
| 8 | Trial exhibit 5724, RFC 793 (Transmission Control Protocol, DARPA Internet Protocol, Protocol Specification), dated September 1981 | | Public |
| 9 | Exhibit G to Cisco's Objections and Responses to Arista's First Set of Interrogatories (Interrogatory No. 2), Help Description ("helpdesc") Copying re: IOS | | Sealed |
| 10 | Exhibit H to Cisco's Objections and Responses to Arista's First Set of Interrogatories (Interrogatory No. 2), Multi-Word | | Sealed |

# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
| | Description ("helpdesc") Copying re: IOS-XR | | |
| 11 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 63 (Compilation of Deposition Excerpts) | 380-64/ 512-8 | Redacted |
| 12 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 24 (Kathail deposition Excerpts) | 509-11 | Public |
| 13 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 26 (Remaker Depo Exhibit 436) | 378-29 | Sealed |
| 14 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 27 (Cisco document bates labeled CSI-CLI-00836643 - CSI-CLI-00836652) | 378-30 | Sealed |
| 15 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 4 (Li Depo Excerpts) | 508-22 | Redacted |
| 16 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 17 (Remaker 3/31/16 Depo Excerpts) | 378-7/ 509-7 | Redacted |
| 17 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 25 (Remaker Depo Ex. 413) | 378-28 | Sealed |
| 18 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 30 (Sweeney Depo Excerpts) | 379-30 | Sealed |
| 19 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 3 (Summary regarding Command Word Analysis – Legacy Command Words Tr. Ex. 9045) | 586-3 | Public |
| 20 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 1 (Black Opening Report) | 379-33/ 508-16 | Redacted |
| 21 | Santacana Declaration ISO Arista's Motion for Summary Judgment Ex. 2 (Opening Almeroth Report Excerpts) | 329-3/ 508-2 | Public |
| 22 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 38 (Black Rebuttal Report dated June 17, 2016) | 379-31/ 508-17 | Redacted |

2

# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
| 23 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 5 (Appendix D to Black Opening Report) | 381-5 | Public |
| 24 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 6 (Appendix E to Black Opening Report) | 381-6 | Public |
| 25 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 7 (Appendix F to Black Opening Report) | 381-7 | Public |
| 26 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment, Ex. 8 (Appendix G to Black Opening Report) | 381-8 | Public |
| 27 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment, Ex. 62 (Appendix L.1 to Black Opening Report) | 381-62 | Public |
| 28 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 35 (Cisco user manual) | 380-43 | Public |
| 29 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 10 (Tr. Ex. 9051) | 586-10 | Public |
| 30 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 18 (Lougheed Depo Excerpts, dated April 4, 2016) | 378-22/ 509-8 | Redacted |
| 31 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 39 (Am. App. C to Black Rebuttal Report) | 381-39 | Public |
| 32 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 7 (Kasten Depo Excerpts) | 584-8 | Sealed |
| 33 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 5 (Cato (Dell) Depo Excerpts.) | 380-6/ 509-1 | Redacted |
| 34 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 8 (Cato (Dell) Depo Excerpts) | 584-10 | Public |

# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
| 35 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 9 (Venkatraman Depo Excerpts) | 584-12/ 607-4 | Public |
| 36 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 11 (Liu Depo Excerpts) | 586-11/ 607-5 | Redacted |
| 37 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment, dated July 14, 2016 | 381 | Public |
| 38 | Black Declaration ISO Arista's Response to Cisco's Submission re Protectable Elements, Ex. 1 (Black Supplemental Report) | 587-2/ 607-2 | Redacted |
| 39 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 12 (Lougheed Depo Excerpts, dated September 16, 2016) | 586-12/ 607-6 | Redacted |
| 40 | Santacana Declaration ISO Arista's Motion for Summary Judgment Ex. 3 (Cisco's Objections to Arista's Interrogatory Nos. 2-10) | 328-5/ 508-3 | Public |
| 41 | Santacana Declaration ISO Arista's Motion for Summary Judgment Ex. 4 (Cisco's Amended Exhibit F in Support of Cisco's Eighth Supplemental Response to Interrogatory No. 16 and No. 19, dated April 3, 2016) | 329-5 | Public |
| 42 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 1 (Lougheed Depo Excerpts, dated November 20, 2015) | 378-5/ 508-20 | Redacted |
| 43 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 2 (Satz Depo Excerpts) | 380-3/ 508-21 | Public |
| 44 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 33 (Remaker 3/30/16 Depo Excerpts) | 380-34/ 511-1 | Redacted |
| 45 | Wong Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 19 (Cisco document bates labeled CSI-CLI-00816815 - CSI-CLI-00816816) | 378-23 | Sealed |
| 46 | Black Declaration ISO Arista's Opposition to Motion for | 381-32 | Public |

# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
|  | Summary Judgment Ex. 32 (Appendix K to Black Opening Report) |  |  |
| 47 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 41 (Black Am. App. G to Black Rebuttal Report) | 381-41 | Public |
| 48 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 4 (Tr. Ex. 9039) | 586-4 | Public |
| 49 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 5 (Tr. Ex. 9041) | 586-5 | Public |
| 50 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 47 (Am. App. H-DE to Black Rebuttal Report) | 381-47 | Public |
| 51 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 28 (App. I to Black Opening Report) | 381-28 | Public |
| 52 | Wong Declaration ISO Arista's Response to Cisco's Submission of Protectable Elements Ex. 6 (Tr. Ex. 9048) | 586-6 | Public |
| 53 | Black Declaration ISO Arista's Response to Cisco's Submission re Protectable Elements, Ex. 2 (Appendix O to Black Supplemental Report) | 587-2 | Public |
| 54 | Black Declaration ISO Arista's Response to Cisco's Submission re Protectable Elements, Ex. 3 (Appendix P to Black Supplemental Report) | 587-3 | Public |
| 55 | Black Declaration ISO Arista's Response to Cisco's Submission re Protectable Elements, Ex. 4 (Appendix Q to Black Supplemental Report) | 587-4 | Public |

# Index A
# Index of Documents Filed in Support of Arista's Brief re Analytic Dissection of Asserted Works

| Wong Exhibit Number | Description | Previous Original/ Re-Filed ECF Number (if applicable) | Public/ Redacted/ Sealed |
|---|---|---|---|
| 56 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-65[1] | Public |
| 57 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-66 | Public |
| 58 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-67 | Public |
| 59 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-68 | Public |
| 60 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-69 | Public |
| 61 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-70 | Public |
| 62 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-71 | Public |
| 63 | Black Declaration ISO Arista's Opposition to Motion for Summary Judgment Ex. 65 (Appendix N to Black Rebuttal Rpt.) | 381-72 | Public |
| 64 | Exhibit Copying 5 to the Opening Expert Report of Kevin Almeroth, (Evidence of Hierarchy Copying) | | Public |
| 65 | Cisco IOS IP Routing: BGP Command Reference Manual (Trial Exhibit 7390) | | Public |
| 66 | Cisco IOS Master Command List, All Releases (Trial Exhibit 5035) | | Public |
| 67 | Declaration of John Black, Jr. in Support of Arista's Response to Cisco's Submission Re Protectable Elements | 552 | Public |

---

[1] Exhibit 65 was filed in several parts due to the size.