| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS**<br><br>Dept.:        Courtroom 3 – 5th Floor<br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN
CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124340

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file under seal documents submitted in support of Arista's Brief re Defining Cisco's Copyrighted Works.

Arista seeks to file under seal the document listed in the table below, pursuant to Civil Local Rule 79-5(e), because it contains material that Plaintiff Cisco Systems, Inc. ("Cisco") has previously designated as confidential under the Protective Order in this case. Arista takes no position regarding whether this material should be sealed under the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material. Arista expects that Cisco will file a supporting declaration pursuant to Civil L.R. 79-5(e)(1) if it seeks to keep any of this material under seal.

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Audrey Hadlock ISO Arista's Brief Re Defining Cisco's Copyrighted Works (Cisco Interrogatory Responses) | Entire Document | *Cisco* |

The Declaration of Audrey Hadlock in Support of Arista's Administrative Motion to File Documents Under Seal In Connection With Arista's Brief re Defining Cisco's Copyrighted Works, filed contemporaneously herewith, attaches a complete unredacted version of the document that Arista is submitting under seal.

                                                  Respectfully submitted,

Dated:  November 10, 2016          KEKER & VAN NEST LLP

                                    By:  */s/ Brian L. Ferrall*
                                          BRIAN L. FERRALL

                                          Attorney for Defendant
                                          ARISTA NETWORKS, INC.