| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF AUDREY HADLOCK IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS**<br><br>Dept.:         Courtroom 3 – 5th Floor<br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DECLARATION OF AUDREY HADLOCK IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124336

I, AUDREY HADLOCK, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Documents Under Seal in connection with Arista's Brief Re Defining Cisco's Copyrighted Works.

3. Arista is submitting the document listed in the table below under seal, pursuant to Civil Local Rule 79-5(e), because it contains material that Plaintiff Cisco Systems, Inc. ("Cisco") has previously designated as confidential under the Protective Order in this case. Arista takes no position regarding whether this material should be sealed under the "good cause" standard and Civil L.R. 79-5(b). Arista is only filing this document under seal to provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material. Arista expects that Cisco will file a supporting declaration pursuant to Civil L.R. 79-5(e)(1) if it seeks to keep any of this material under seal.

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Audrey Hadlock ISO Arista's Brief Re Defining Cisco's Copyrighted Works (Cisco Interrogatory Responses) | Entire Document | *Cisco* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 10, 2016, in San Francisco, California.

AUDREY HADLOCK

1
DECLARATION OF AUDREY HADLOCK IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124336