KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |
| | Dept.:        Courtroom 3 – 5th Floor |
| | Judge:        Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S ADMIN MOTION TO FILE DOCUMENTS UNDER
SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124344.01

The Court, having fully considered the papers and arguments presented by the parties, and for good cause shown, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal in connection with Arista's Brief Defining Cisco's Copyrighted Works:

| Document | Portions to Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Audrey Hadlock ISO Arista's Brief Re Defining Cisco's Copyrighted Works (Cisco Interrogatory Responses) | Entire document | Cisco |

**IT IS SO ORDERED.**

Dated: _____          _____
                                      HON. BETH LABSON FREEMAN

1

[PROPOSED] ORDER GRANTING ARISTA'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S BRIEF DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)