# EXHIBIT 1

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9                               UNITED STATES DISTRICT COURT

10                              NORTHERN DISTRICT OF CALIFORNIA

11                                      SAN JOSE DIVISION

12
   CISCO SYSTEMS, INC.,                      Case No. 5:14-cv-05344-BLF (PSG)
13
              Plaintiff,                     **DEFENDANT ARISTA NETWORKS,**
14                                           **INC.'S NOTICE OF RULE 30(b)(6)**
        v.                                   **DEPOSITION OF PLAINTIFF CISCO**
15                                           **SYSTEMS, INC.**
   ARISTA NETWORKS, INC.,
16                                           Judge:      Hon. Beth Labson Freeman
              Defendant.
17                                           Date Filed: December 5, 2014
                                             Trial Date: November 21, 2016
18

19

20

21

22

23

24

25

26

ARISTA NETWORKS, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF CISCO SYSTEMS, INC.
Case No. 5:14-cv-05344-BLF (PSG)
1014440

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure and Civil L.R. 30, the Court's Corrected Case Management Order, and any other applicable orders or standing orders, Defendant Arista Networks, Inc. ("Arista") will take the testimony upon oral deposition of Plaintiff Cisco Systems, Inc. ("Cisco"), through one or more of its officers, directors, managing agents, or other persons designated and consenting to testify on the matters listed in **ATTACHMENT A**.

The deposition will commence on February 15, 2016, or a mutually agreeable date thereafter, at the law offices of **Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111** at 9:00 a.m. each day, before a court reporter or other officer authorized to administer oaths. The deposition will continue day to day until completed, will be conducted in accordance with the Federal Rules of Civil Procedure, and will be recorded by stenographic and videographic means, including real-time transcription.

At least seven days before the deposition, Cisco shall produce a list of proposed witnesses designated to testify for each topic identified in **ATTACHMENT A**. Cisco shall also affirmatively describe the scope of testimony that each such witness will be prepared to provide for each of that witness's designated topics.

Arista hereby reserves the right to notice and depose Cisco pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure at a later date on other subject matters, as agreed upon by the parties.

Dated:  January 19, 2016                                       KEKER & VAN NEST LLP

                                                By:    /s/ Brian L. Ferrall
                                                       ROBERT A. VAN NEST
                                                       BRIAN L. FERRALL
                                                       DAVID SILBERT
                                                       MICHAEL S. KWUN

                                                       Attorneys for Defendant ARISTA
                                                       NETWORKS, INC.

# ATTACHMENT A
## DEFINITIONS AND INSTRUCTIONS

1. "CISCO," "YOU," and "YOUR" means Cisco Systems, Inc. and all affiliate, parent, predecessor, subsidiary, and successor corporations, any joint venture to which it may be a party, and all agents, attorneys, accountants, consultants, directors, employees, and officers thereof, including any person who has served in any such capacity at any time.

2. "ARISTA" means Arista Networks, Inc. and all affiliate, parent, predecessor, subsidiary, and successor corporations, any joint venture to which it may be a party, and all agents, attorneys, accountants, consultants, directors, employees, and officers thereof, including any person who has served in any such capacity at any time.

3. "THIS LITIGATION" means the matter captioned *Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:14-cv-05344-BLF (PSG), pending in the United States District Court for the Northern District of California.

4. "SECOND AMENDED COMPLAINT" means the document entitled "SECOND AMENDED COMPLAINT FOR COPYRIGHT AND PATENT INFRINGEMENT" filed on July 23, 2015 as Docket Number 64 in THIS LITIGATION, and all exhibits and attachments thereto. If YOU are permitted to file an amended pleading that supersedes the SECOND AMENDED COMPLAINT, then this term shall refer to the version of the complaint that is operative at the time of the deposition.

5. "'526 PATENT" means United States Patent No. 7,047,526, as well as any and all parents, continuations, continuations-in-part, or divisional relating thereto.

6. "'886 PATENT" means United States Patent No. 7,953,886, as well as any and all parents, continuations, continuations-in-part, or divisional relating thereto.

7. "COPYRIGHTED WORKS" means each and every alleged copyrighted work, and each and every asserted aspect thereof, that CISCO contends has been and/or is being infringed by Arista in THIS LITIGATION.

8. "ASSERTED PATENT(S)" means the '526 PATENT and the '886 PATENT. The term "ASSERTED PATENTS" includes each patent individually and the patents collectively so as to give the associated topics the broadest possible scope.

9. "NAMED INVENTORS" means Anil Bansal, Prakash Bettadapur, Paul Mustoe, Jung Tjong, Sastry Varanasi, Jeffrey Wheeler, the named inventors of the ASSERTED PATENTS.

10. "ACCUSED '526 PRODUCTS" means all products, including all versions, features, and functionality thereof, that CISCO contends infringes the '516 PATENT in THIS LITIGATION.

11. "ACCUSED '886 PRODUCTS" means all products, including all versions, features, and functionality thereof, that CISCO contends infringes the '886 PATENT in THIS LITIGATION.

12. "ACCUSED PRODUCTS" means the ACCUSED '526 PRODUCTS, the ACCUSED '886 PRODUCTS, and all products, including all versions, features, and functionality thereof, that CISCO contends infringes its COPYRIGHTED WORKS in THIS LITIGATION.

13. "IETF" means The Internet Engineering Task Force, which is an organized activity of the Internet Society (ISOC).

14. "RFC" means "Request for Comments," which is a type of publication from the IETF and the Internet Society, the principal technical development and standards-setting bodies for the Internet.

15. "IEEE" means Institute of Electrical and Electronics Engineers.

16. "EOS" means any Arista operating system that CISCO contends infringes the ASSERTED PATENTS and/or its COPYRIGHTED WORKS in THIS LITIGATION, including the "Extensible Operating System" software, and all versions, parts, and subparts thereof, including any source code, software applications, application programming interfaces (APIs), and extensions thereof. "EOS" as defined herein should also include EOS+ to the extent Cisco accuses it of infringing the ASSERTED PATENTS and/or COPYRIGHTED WORKS in THIS LITIGATION.

17. "IOS" means the Internetwork Operating System provided by Cisco on Cisco products, including IOS, IOS XR, and IOS XE and including all versions, parts and subparts, including any source code, software applications, application programming interfaces (APIs), and extensions thereof.

18. "NX-OS" means the Nexus Operating System provided by Cisco on Cisco products, including NX-OS and including all versions, parts and subparts, including any source code, software applications, application programming interfaces (APIs), and extensions thereof.

19. "Cisco IOS" means any Cisco operating system, including any source code, software applications, application programming interfaces (APIs), and extensions thereof, and including both "IOS" and "NX-OS."

20. "CLI" means command-line interface.

21. "Cisco CLI" means the command-line interface used with and supported by any version of Cisco IOS.

22. "Arista CLI" means the command-line interface used with and supported by any version of EOS.

23. "CLI command" means any word or combination of words that is used or recognized as a command in a command-line interface.

24. "NETWORK MANAGEMENT PRODUCT" means any product used to monitor, configure, or otherwise manage network devices and/or their associated firmware and software, including without limitation YOUR CiscoWorks Networks Compliance Monitor product and all device drivers that it supports (or has ever supported), the Tail-f Network Control System (NCS) and all network element drivers (NEDs) that it supports (or has ever supported), and the Cisco Network Service Orchestrator (NSO) enabled by Tail-f, and all NEDs that it supports (or has ever supported).

25. "OPEN SOURCING" means making or denoting source code, or portions thereof, freely available for the use, redistribution, and/or modification by users and/or other developers.

26. "STANFORD UNIVERSITY" means The Leland Stanford Junior University, which is also known in official documents as The Board of Trustees of the Leland Stanford Junior