# EXHIBIT 2

1   Kathleen Sullivan (SBN 242261)              Steven Cherny (admitted *pro hac vice*)
    kathleensullivan@quinnemanuel.com          steven.cherny@kirkland.com
2   QUINN EMANUEL URQUHART &                    KIRKLAND & ELLIS LLP
    SULLIVAN LLP                                601 Lexington Avenue
3   51 Madison Avenue, 22nd Floor              New York, New York 10022
    New York, NY 10010                          Telephone: (212) 446-4800
4   Telephone: (212) 849-7000                   Facsimile: (212) 446-4900
    Facsimile: (212) 849-7100
5                                               Adam R. Alper (SBN 196834)
    Sean S. Pak (SBN 219032)                    adam.alper@kirkland.com
6   seanpak@quinnemanuel.com                    KIRKLAND & ELLIS LLP
    John M. Neukom (SBN 275887)                 555 California Street
7   johnneukom@quinnemanuel.com.                San Francisco, California  94104
    QUINN EMANUEL URQUHART &                    Telephone: (415) 439-1400
8   SULLIVAN LLP                                Facsimile: (415) 439-1500
    50 California Street, 22nd Floor
9   San Francisco, CA 94111                     Michael W. De Vries (SBN 211001)
    Telephone: (415) 875-6600                   michael.devries@kirkland.com
10  Facsimile: (415) 875-6700                   KIRKLAND & ELLIS LLP
                                                333 South Hope Street
11  Mark Tung (SBN 245782)                      Los Angeles, California 90071
    marktung@quinnemanuel.com                   Telephone: (213) 680-8400
12  QUINN EMANUEL URQUHART &                    Facsimile: (213) 680-8500
    SULLIVAN LLP
13  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
14  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

16  *Attorneys for Plaintiff Cisco Systems, Inc.*

17                **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19  CISCO SYSTEMS, INC.,              )    CASE NO.  5:14-cv-05344-BLF
                                      )
20            Plaintiff,              )
                                      )    **PLAINTIFF CISCO SYSTEMS, INC.'S**
21        v.                          )    **SUPPLEMENTAL OBJECTIONS AND**
                                      )    **RESPONSES TO DEFENDANT**
22  ARISTA NETWORKS, INC.,            )    **ARISTA NETWORKS, INC.'S**
                                      )    **INTERROGATORY NO. 1**
23            Defendant.              )
                                      )
24  _____)

23.    Cisco objects to each interrogatory as premature to the extent it calls for documents or information that is the subject of later disclosure deadlines in this Litigation and/or expert reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Patent Local Rules of the Northern District of California, and the Case Management Order to be entered in this Litigation.

24.    Any Cisco response that it will provide information or produce documents should not be construed to mean that responsive information or documents in fact exist; only that, if such relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's possession, custody, or control, and are located after a reasonable search of the location or locations where responsive information or documents are likely to be located, such information or documents will be produced in a timely manner.

25.    Cisco further reserves all rights to supplement its responses to Arista's Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule 26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this Litigation.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

State in detail Cisco's factual bases for each allegation of damage or harm that Cisco claims to have suffered as a result of any act or omission of Arista.

### RESPONSE TO INTERROGATORY NO. 1:

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls for information not pertaining to the acts at issue in this suit. Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available or equally available to Arista, and therefore is of no greater burden for Arista to

1  obtain than for Cisco to obtain. Cisco also objects to this interrogatory as undefined, vague,

2  ambiguous, overbroad, and unduly burdensome in its use of the terms "each allegation of damage

3  or harm" and "as a result of any act or omission of Arista." Cisco further objects to this

4  interrogatory as premature contention discovery, especially in light of Arista's failure to produce

5  information regarding sales of its accused products. Cisco further objects to this interrogatory on

6  the grounds that it prematurely seeks expert testimony. Cisco further objects to this interrogatory

7  to the extent it seeks information that is protected by the attorney-client privilege, that constitutes

8  attorney work-product, or that is protected by any other applicable privilege, protection, or

9  immunity, including without limitation in connection with the common interest doctrine.

10      Subject to and without waiver of its general and specific objections, Cisco incorporates by

11  reference, as if fully set forth herein, its Initial Disclosures pursuant to Rule 26(a)(1) and any

12  subsequent amendments thereto.

13      Cisco further responds that Arista uses its infringing products to take sales (and profits)

14  from Cisco. Arista admits that it competes with Cisco. *See, e.g.*, Arista presentation *available at*

15  http://investors.arista.com/files/doc_presentations/Arista%20Overview-Roadshow.pdf, p. 8; Arista

16  presentation entitled "Our Journey to Software Driven Cloud Networking," *available at*

17  http://investors.arista.com/files/doc_presentations/Pres/Arista-BarclaysPres-120914-FINAL-

18  USETHISv2_v001_a8p3ci.pdf, p. 5; "Arista Networks Inc at Bernstein Technology Innovation

19  Summit – Final," *available at* http://www.crmz.com/NewsStory.aspx?NewsId=14139822; and

20  Arista Networks, Inc. 2014 Annual Report, *available at*

21  http://investors.arista.com/files/doc_financials/Arista-2014-Annual-Report_v001_d7suv1.pdf, p.

22  16. Arista regularly relies on its infringing CLI to promote sales of its products. *See, e.g.*, Arista

23  presentation *available at* http://investors.arista.com/files/doc_presentations/Arista%20Overview-

24  Roadshow.pdf, p. 13; Arista Networks, Inc. 2014 Annual Report, *available at*

25  http://investors.arista.com/files/doc_financials/Arista-2014-Annual-Report_v001_d7suv1.pdf, pp.

26  7, 12. Arista specifically emphasizes the similarity between its infringing CLI and Cisco's

27  patented and copyrighted CLI to promote sales of its infringing products—at Cisco's expense:

28

1    **PROOF OF SERVICE**

2         I hereby certify that, at the date entered below and per the agreement of the parties, I

3    caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

4    made available to counsel at the email addresses below:

5    Juanita R. Brooks                          Brian L. Ferrall
     brooks@fr.com                              blf@kvn.com
6    Fish & Richardson P.C.                     Michael S. Kwun
     12390 El Camino Real                       mkwun@kvn.com
7    San Diego, CA 92130-2081                   David J. Silbert
                                                djs@kvn.com
8    Kelly C. Hunsaker                          Robert Van Nest
9    hunsaker@fr.com                            rvannest@kvn.com
     Fish & Richardson PC                       Keker & Van Nest LLP
10   500 Arguello Street, Suite 500             633 Battery Street
     Redwood City, CA 94063                     San Francisco, CA 94111-1809
11
12   Ruffin B. Cordell                          Susan Chreighton
     cordell@fr.com                             screighton@wsgr.com
13   Lauren A. Degnan                           Scott Andrew Sher
     degnan@fr.com                              ssher@wsgr.com
14   Michael J. McKeon                          Wilson Sonsini Goodrich Rosati
     mckeon@fr.com                              1700 K Street
15   Fish & Richardson PC                       Washington, DC 20006
16   1425 K Street NW
     11th Floor
17   Washington, DC 20005

18
19        I declare under penalty of perjury that the foregoing is true and correct.  Executed on June

20   10, 2016, at San Francisco, California.

21                                        _/s/ Catherine R. Lacey_
                                          _____
22                                        Catherine R. Lacey

23

24

25

26

27

28