KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF AUDREY HADLOCK IN SUPPORT OF ARISTA'S BRIEF RE DEFINING CISCO'S COPYRIGHTED WORKS**<br><br>Dept.:      Courtroom 3 - 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF AUDREY HADLOCK IN SUPPORT OF ARISTA'S BRIEF RE DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124290.01

I, AUDREY HADLOCK, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Plaintiff Cisco Systems, Inc.'s Corrected Supplemental Objections and Responses to Defendant Arista Networks Inc.'s Interrogatory Nos. 21, 24, & 25, dated June 3, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Plaintiff Cisco's Systems, Inc.'s Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s Interrogatory Nos. 2-10, dated May 27, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Notice of Policy Decision of the U.S. Copyright Office regarding its Registration Decision on Registration and Deposit of Computer Screen Displays published in the Federal Register on June 10, 1988, which can be found at http://www.copyright.gov/history/mls/ML-387.pdf.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the U. S. Copyright Office's Compendium of U.S. Copyright Office Practices (3rd Edition), dated December 2014, which can be found at http://www.copyright.gov/comp3/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed November 10, 2016, at San Francisco, California.

_____
AUDREY HADLOCK

1
DECLARATION OF AUDREY HADLOCK IN SUPPORT OF ARISTA'S BRIEF RE DEFINING CISCO'S COPYRIGHTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1124290.01