# EXHIBIT 2

1    Kathleen Sullivan (SBN 242261)       Steven Cherny (admitted *pro hac vice*)
     kathleensullivan@quinnemanuel.com     steven.cherny@kirkland.com
2    QUINN EMANUEL URQUHART &       KIRKLAND & ELLIS LLP
     SULLIVAN LLP                    601 Lexington Avenue
3    51 Madison Avenue, 22nd Floor      New York, New York 10022
     New York, NY 10010            Telephone: (212) 446-4800
4    Telephone: (212) 849-7000       Facsimile: (212) 446-4900
     Facsimile: (212) 849-7100
5                          Adam R. Alper (SBN 196834)
     Sean S. Pak (SBN 219032)        adam.alper@kirkland.com
6    seanpak@quinnemanuel.com       KIRKLAND & ELLIS LLP
     John M. Neukom (SBN 275887)     555 California Street
7    johnneukom@quinnemanuel.com.     San Francisco, California  94104
     QUINN EMANUEL URQUHART &       Telephone: (415) 439-1400
8    SULLIVAN LLP                    Facsimile: (415) 439-1500
     50 California Street, 22nd Floor
9    San Francisco, CA 94111        Michael W. De Vries (SBN 211001)
     Telephone: (415) 875-6600      michael.devries@kirkland.com
10   Facsimile: (415) 875-6700       KIRKLAND & ELLIS LLP
                          333 South Hope Street
11   Mark Tung (SBN 245782)        Los Angeles, California 90071
     marktung@quinnemanuel.com      Telephone: (213) 680-8400
12   QUINN EMANUEL URQUHART &       Facsimile: (213) 680-8500
     SULLIVAN LLP
13   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
14   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

15

16   *Attorneys for Plaintiff Cisco Systems, Inc.*

17             **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19   CISCO SYSTEMS, INC., | ) | CASE NO.  5:14-cv-05344-BLF |
| 20        Plaintiff, | ) | |
| 21      v. | ) ) | **PLAINTIFF CISCO SYSTEMS, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT** |
| 22   ARISTA NETWORKS, INC., | ) ) | **ARISTA NETWORKS, INC.'S INTERROGATORY NOS. 2-10** |
| 23       Defendant. | ) ) | |
| 24 | ) | |

25

26

27

28

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1   earliest operating system (product) that contained each command expression, and the date on

2   which each such operating system was first distributed.  Pursuant to Fed. R. Civ. P. 33(d), Cisco

3   additionally refers Arista to the documents cited in its supplemental responses to Arista's

4   Interrogatory No. 16, including source code and documents identified by Bates number.

5          Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

6   supplement this response in light of facts learned during discovery, including information

7   regarding Arista's accused products and expert discovery.

8

9   **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

10          Subject to and without waiver of its general and specific objections, Cisco further responds

11   as follows:

12          Cisco incorporates by reference its responses (and all supplements and exhibits) to

13   Interrogatory Nos. 24 and 25.

14          Insofar as Arista is asking whether Cisco took its CLI commands from third parties—for

15   example, third parties using the same multi-word commands as those implemented by Cisco in

16   IOS—Cisco also incorporates by reference its responses to Interrogatory Nos. 8, 16, 19 and 22.

17   Cisco also incorporates by reference the deposition testimony of the following witnesses:  Kirk

18   Lougheed; Abhay Roy; Adam Sweeney; Anthony Li; Devadas Patil; Greg Satz; Hugh Holbrook;

19   Phillip Remaker; Ramanthan Kavasseri; and Tong Liu.

20          Cisco's investigation of the subject matter of this interrogatory is ongoing.  Cisco therefore

21   reserves the right to supplement this response as additional information becomes available,

22   including information that may be the subject of expert testimony and expert discovery.

23

24   **INTERROGATORY NO. 5:**

25          Identify with specificity each copyrighted work (by copyright and registration number) that

26   You contend Arista has unlawfully copied.

27

28

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1  **RESPONSE TO INTERROGATORY NO. 5:**

2      Cisco incorporates by reference its General Objections as though fully set forth herein.

3  Cisco further objects to this interrogatory on the grounds that it is needlessly duplicative of other

4  interrogatories, including Interrogatory No. 2.  Cisco also objects to this interrogatory as

5  undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "by

6  copyright and registration number" and "unlawfully copied."  Cisco further objects to this

7  interrogatory to the extent it seeks information that is protected by the attorney-client privilege,

8  that constitutes attorney work-product, or that is protected by any other applicable privilege,

9  protection, or immunity, including without limitation in connection with the common interest

10 doctrine.

11      Subject to and without waiver of its general and specific objections, Cisco incorporates by

12 reference, as if fully set forth herein, its operative complaint (and any subsequent amendments

13 thereto) and all documents cited therein.  Cisco further responds, pursuant to Fed. R. Civ. P. 33(d),

14 that Cisco will produce documents containing information responsive to this interrogatory, which

15 information may be obtained from the documents by Arista as easily as by Cisco.  Cisco further

16 responds that Arista has infringed at least Cisco's copyrights in the following works:

17
| Copyrighted Work Infringed by Arista | Registration Number(s) |
| --- | --- |
| Cisco IOS 11.0 | TXu 1-036-057 |
| Cisco IOS 11.1 (including supplement) | TX 5-531-435; TXu1-048-569 |
| Cisco IOS 11.2 | TXu1-036-063 |
| Cisco IOS 11.3 (including supplement) | TXu1-036-062; TXu1-057-804 |
| Cisco IOS 12.0 (including supplement) | TXu1-036-064; TXu1-057-805 |
| Cisco IOS 12.1 (including supplement) | TXu1-036-066; TXu1-057-807 |
| Cisco IOS 12.2 (including supplement) | TXu1-036-065; TXu1-057-806 |
| Cisco IOS 12.3 | TXu1-188-975 |
| Cisco IOS 12.4 | TXu1-259-162 |
| Cisco IOS 15.0 | TX 7-938-524 |
| Cisco IOS 15.1 | TX 7-938-525 |
| Cisco IOS 15.2 | TX 7-937-159 |
| Cisco IOS 15.4 | TX 7-938-341 |
| Cisco IOS XR 3.0 | TXu1-237-896 |
| Cisco IOS XR 3.2 | TXu1-270-592 |
| Cisco IOS XR 3.3 | TXu1-336-997 |
| Cisco IOS XR 3.4 | TXu1-344-750 |
| Cisco IOS XR 3.5 | TXu1-592-305 |

| Copyrighted Work Infringed by Arista | Registration Number(s) |
|---|---|
| Cisco IOS XR 4.3 | TX 7-933-364 |
| Cisco IOS XR 5.2 | TX 7-933-353 |
| Cisco IOS XE 2.1 | TX 7-937-240 |
| Cisco IOS XE 3.5 | TX 7-937-234 |
| Cisco NX OS 4.0 | TX 7-940-713 |
| Cisco NX OS 5.0 | TX 7-940-718 |
| Cisco NX OS 5.2 | TX 7-940-727 |
| Cisco NX OS 6.2 | TX 7-940-722 |

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Cisco identifies at least the following documents and testimony as containing responsive information:  Deposition Testimony of Phillip Remaker, Tong Liu, Abhay Roy, Kenneth Duda, Philip Shafer, Anthony Li, Greg Satz, and Kirk Lougheed.

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

## INTERROGATORY NO. 6:

Identify with specificity each Arista CLI Command that You contend infringes any copyrighted work identified in your response to Arista's Interrogatory No. 6, identify which work(s) it infringes, and explain in detail how each infringes.

## RESPONSE TO INTERROGATORY NO. 6:

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory on the grounds that it is needlessly duplicative of other

1   01010072-CSI-CLI-01010347, CSI-CLI-01010348-CSI-CLI-01011702, CSI-CLI-01011703-CSI-

2   CLI-01012066, CSI-CLI-01012067-CSI-CLI-01012355, CSI-CLI-01012356-CSI-CLI-01016323,

3   CSI-CLI-01016330-CSI-CLI-01017570, CSI-CLI-01017571-CSI-CLI-01017816, CSI-CLI-

4   01017817-CSI-CLI-01018442, CSI-CLI-01018443-CSI-CLI-01020174, CSI-CLI-01020175-CSI-

5   CLI-01021530, CSI-CLI-01021531-CSI-CLI-01022293, CSI-CLI-01022294-CSI-CLI-01024115,

6   CSI-CLI-01024116-CSI-CLI-01026323, CSI-CLI-01026324-CSI-CLI-01026761, CSI-CLI-

7   01026762-CSI-CLI-01028393, CSI-CLI-01028394-CSI-CLI-01028687, CSI-CLI-01028688-CSI-

8   CLI-01029723, CSI-CLI-01030760-CSI-CLI-01031005, CSI-CLI-01031006-CSI-CLI-01031136,

9   CSI-CLI-01031137-CSI-CLI-01033756, CSI-CLI-01033757-CSI-CLI-01036302, CSI-CLI-

10  01036303-CSI-CLI-01038556, CSI-CLI-01036303-CSI-CLI-01038556, CSI-CLI-01038557-CSI-

11  CLI-01039330, CSI-CLI-01039331-CSI-CLI-01041106, CSI-CLI-01042983-CSI-CLI-01044384,

12  CSI-CLI-01044385-CSI-CLI-01045982, CSI-CLI-01045983-CSI-CLI-01046296, CSI-CLI-

13  01046297-CSI-CLI-01049592, CSI-CLI-01049593- CSI-CLI-01049801, CSI-CLI-01049802-CSI-

14  CLI-01050104, CSI-CLI-01050105-CSI-CLI-01050634, CSI-CLI-01050635-CSI-CLI-01051202,

15  CSI-CLI-01051203-CSI-CLI-01051418, CSI-CLI-01051419-CSI-CLI-01051565, CSI-CLI-

16  01051566-CSI-CLI-01051605, CSI-CLI-01051606-CSI-CLI-01052137, CSI-CLI-01052138-CSI-

17  CLI-01052341, CSI-CLI-01052342-CSI-CLI-01052547, CSI-CLI-01052548-CSI-CLI-01052797,

18  CSI-CLI-01052798-CSI-CLI-01052993, CSI-CLI-01052994-CSI-CLI-01053577, CSI-CLI-

19  01053578-CSI-CLI-01053763, CSI-CLI-01053764-CSI-CLI-01053821, CSI-CLI-01053822-CSI-

20  CLI-01053932, CSI-CLI-01053933-CSI-CLI-01054026, CSI-CLI-01054027-CSI-CLI-01054122,

21  CSI-CLI-01054123-CSI-CLI-01054235, CSI-CLI-01054236-CSI-CLI-01059274, CSI-CLI-

22  01059275-CSI-CLI-01060223, CSI-CLI-01060224-CSI-CLI-01062264, CSI-CLI-01062265-CSI-

23  CLI-01064584, CSI-CLI-01064585-CSI-CLI-01065152, CSI-CLI-01065153-CSI-CLI-01066352.

24      Cisco's investigation of the subject matter of this interrogatory is ongoing.  Cisco therefore

25  reserves the right to supplement this response as additional information becomes available.

26

27

28  DATED:  May 27, 2016                              Respectfully submitted,

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1

2

/s/ Sean S. Pak

3

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com

4

QUINN EMANUEL URQUHART &
SULLIVAN LLP

5

51 Madison Avenue, 22nd Floor
New York, NY 10010

6

Telephone: (212) 849-7000
Facsimile: (212) 849-7100

7

8

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)

9

johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &

10

SULLIVAN LLP
50 California Street, 22nd Floor

11

San Francisco, CA 94111
Telephone: (415) 875-6600

12

Facsimile: (415) 875-6700

13

Mark Tung (SBN 245782)
marktung@quinnemanuel.com

14

QUINN EMANUEL URQUHART &
SULLIVAN LLP

15

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

16

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

17

18

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP

19

601 Lexington Avenue
New York, New York 10022

20

Telephone: (212) 446-4800
Facsimile: (212) 446-4900

21

22

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP

23

555 California Street
San Francisco, California  94104

24

Telephone: (415) 439-1400
Facsimile: (415) 439-1500

25

26

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP

27

333 South Hope Street
Los Angeles, California 90071

28

Telephone: (213) 680-8400

-55-

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1            Facsimile: (213) 680-8500

2           *Attorneys for Plaintiff Cisco Systems, Inc.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

         CASE NO. 5:14-CV-05344-BLF

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1

2                                     **PROOF OF SERVICE**

3          I hereby certify that, at the date entered below and per the agreement of the parties, I

4   caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

5   made available to counsel at the email addresses below:

6          Juanita R. Brooks                              Brian L. Ferrall
           brooks@fr.com                                  blf@kvn.com
7          Fish & Richardson P.C.                         Michael S. Kwun
           12390 El Camino Real                           mkwun@kvn.com
8          San Diego, CA 92130-2081                       David J. Silbert
                                                          djs@kvn.com
9          Kelly C. Hunsaker                              Robert Van Nest
10         hunsaker@fr.com                                rvannest@kvn.com
           Fish & Richardson PC                           Keker & Van Nest LLP
11         500 Arguello Street, Suite 500                 633 Battery Street
           Redwood City, CA 94063                         San Francisco, CA 94111-1809
12

13         Ruffin B. Cordell                              Susan Chreighton
           cordell@fr.com                                 screighton@wsgr.com
14         Lauren A. Degnan                               Scott Andrew Sher
           degnan@fr.com                                  ssher@wsgr.com
15         Michael J. McKeon                              Wilson Sonsini Goodrich Rosati
           mckeon@fr.com                                  1700 K Street
16         Fish & Richardson PC                           Washington, DC 20006
17         1425 K Street NW
           11th Floor
18         Washington, DC 20005

19

20         I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

21  27, 2016, at San Francisco, California.

22                                                            */s/ Catherine R. Lacey*
                                                          _____
23                                                        Catherine R. Lacey

24

25

26

27

28

CASE NO. 5:14-CV-05344-BLF
           CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10