| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Plaintiff Cisco Systems, Inc.* | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>       Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Beth Labson Freeman |

02099-00004/8554593.1

# CERTIFICATE OF SERVICE

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On November 10, 2016, I served true copies of the following documents associated with Dkt. 631 on the interested parties in this action as follows:

**Unredacted Copy of Cisco's Trial Brief Re: Copyrighted Work**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on November 10, 2016 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Brian L. Ferrall | Juanita R. Brooks |
| Michael S. Kwun | brooks@fr.com |
| David J. Silbert | Fish & Richardson P.C. |
| Robert Van Nest | 12390 El Camino Real |
| arista-kvn@kvn.com | San Diego, CA 92130-2081 |
| Keker & Van Nest LLP | |
| 633 Battery Street | Kelly C. Hunsaker |
| San Francisco, CA 94111-1809 | hunsaker@fr.com |
| | Fish & Richardson PC |
| | 500 Arguello Street, Suite 500 |
| Susan Chreighton | Redwood City, CA 94063 |
| Scott Andrew Sher | |
| Arista-WSGR@wsgr.com | Ruffin B. Cordell |
| Wilson Sonsini Goodrich Rosati | cordell@fr.com |
| 1700 K Street | Lauren A. Degnan |
| Washington, DC 20006 | degnan@fr.com |
| | Michael J. McKeon |
| | mckeon@fr.com |
| | Fish & Richardson PC |
| | 1425 K Street NW |
| | 11th Floor |
| | Washington, DC 20005 |

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 10, 2016, at Redwood Shores, California.

                                                                              /s/ *Sara E. Jenkins*
                                                                                 Sara E. Jenkins