| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR TRIAL**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1    WHEREAS, trial in the above-captioned matter is scheduled to commence on November 21, 2016;

2    WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

3    WHEREAS, the parties wish to coordinate their use of presentation equipment to be used in the courtroom during trial;

4    NOW THEREFORE, Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant Arista Networks, Inc. ("Arista") respectfully request permission for the parties to bring the electronic equipment listed below into the courthouse on November 18, 2016 between 1:00 and 3:00 P.M. and to possess and use that equipment in Courtroom 3 for the duration of the trial.  The parties have agreed to share the electronic presentation equipment and will coordinate with the Court's staff to set up and test the equipment prior to commencement of opening statements at such time as the Court may specify. The parties also respectfully request permission to bring in other equipment such as rolling carts and a printer for use in breakout rooms that the parties have reserved during trial.

The specific electronic devices and other equipment the parties seek to bring into the courthouse are as follows:

1. 1 Projector
2. 1 96" X 96' Tripod Screen
3. 3 17' LCD Screens
4. 2 Mackie Speakers
5. 2 Cap 1
6. 2 Dalite Projectostands
7. 2 Extron 6x1 Switches
8. 2 Extron 1x2 DAs
9. 3 Tech Tables
10. 2 Printers
11. 2 portable scanners

| | | |
|---|---|---|
| 12. | 2 easels and large notepads |
| 13. | 8 hand trucks |
| 14. | 8 rolling library carts |
| 15. | Laptops for attorneys and staff |
| 16. | Power strips and cables |
| 17. | Digital storage devices |
| 18. | 3 Arista switches and accompanying laptop |
| 19. | Model of Arista switch design and Sonoma Arista switch |
| 20. | 3 Cisco switches and accompanying laptop |

Dated: November 11, 2016                 KEKER & VAN NEST LLP


                                        By:   /s/ Brian L. Ferrall


                                        Attorneys for Defendant
                                        ARISTA NETWORKS, INC.

Dated: November 11, 2016                By:   /s/ John M. Neukom

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 875-6600
                                        Facsimile: (415) 875-6700

                                        Attorneys for Plaintiff
                                        CISCO SYSTEMS, INC.

IT IS SO ORDERED.


Dated: _____           By: _____
                                        Hon. Judge Beth Labson Freeman

## SIGNATURE ATTESTATION

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF user Brian L. Ferrall.

Dated: November 11, 2016      */s/ John M. Neukom*
                              John M. Neukom