1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13
14

| | |
|---|---|
| 15 CISCO SYSTEMS, INC., <br> 16           Plaintiff, <br> 17      vs. <br> 18 ARISTA NETWORKS, INC., <br> 19           Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S TRIAL BRIEF** |

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Trial Brief.
3   Having considered Cisco's motion, and good cause having been shown, the Court
4   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Trial Brief | Highlighted Portions | Arista |

**IT IS SO ORDERED.**

Dated: _____         By: _____
                                      Hon. Judge Beth Labson Freeman