NAME: _____

**Juror No.:** _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | . |
| Plaintiff, | **[JOINT PROPOSED] JURY SELECTION QUESTIONNAIRE** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |
| _____ | |

To Prospective Jurors:

Please complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Cisco Systems, Inc., vs. Arista Networks, Inc.*

Please read the instructions on this page carefully and then complete the following questionnaire. Please print your answers clearly in blue or black ink. Do not leave any questions unanswered. Your answers are confidential and they will be seen only by the Judge and the attorneys for this case; your answers will not be shared with any other members of the jury panel. Complete written answers will save the Court, parties, and prospective jurors a great deal of time. If a question asks you to "explain," you must describe the circumstances or other details pertaining to your answer. You may not have enough room after the question to provide the best answer. The Court encourages you to write in the margins if you need to use the last page of the questionnaire. Complete and detailed answers may avoid further follow-up questions later in the process. Please do not write on the back of any sheet.

It is very important that the answers be yours and yours alone. You must fill out this questionnaire by yourself and without consulting any other person.  Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers.  You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court.  Thank you for your time and effort in completing this questionnaire.

1.  Full name: _____

2.  Age: _____

3.  Residence:   Address: _____

    City/Town: _____

 Do you own or rent?  _____

4.  Have you heard, read or seen anything about this case?

 YES _____ NO _____

 If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____

5.  Have you, any member of your family or anyone close to you ever had any experience using the products of Cisco Systems, Inc. or Arista Networks, Inc?
    YES _____ NO _____

   If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____

6. Have you, any member of your family or anyone close to you ever had any memorable experience in general, either positive or negative, with either of Cisco Systems, Inc. or Arista Networks, Inc?

   YES _____ NO _____

   If Yes, please explain:
   _____
   _____
   _____
   _____
   _____
   _____
   _____

7. Have you, any member of your family, or anyone close to you or ever been employed by Cisco Systems, Inc. or Arista Networks, Inc.?

   YES _____ NO _____

   If Yes, please explain:
   _____
   _____
   _____
   _____
   _____
   _____
   _____

8. Have you, any member of your family, or anyone close to you ever had a business relationship with Cisco Systems, Inc. or Arista Networks, Inc.?

   YES _____ NO _____

   If Yes, please explain:

   _____
   _____
   _____
   _____
   _____
   _____
   _____

9. Have you, any member of your family, or anyone close to you ever owned stock in Cisco Systems, Inc. or Arista Networks, Inc.?

   YES _____ NO _____

   If Yes, please explain:

   _____
   _____
   _____
   _____
   _____
   _____
   _____

10. Do you, any member of your family, or anyone close to you currently own stock in Cisco Systems, Inc. or Arista Networks, Inc.?

    YES _____ NO _____

    If Yes, please explain:

    _____
    _____
    _____
    _____

4

_____
_____
_____

11. What was your <u>highest level</u> of education?

_____ 0 – 8th Grade

_____ Some High School

_____ High School Graduate

_____ Some College

_____ Associate's Degree

_____ College Graduate (Bachelor's Degree)

_____ Some Graduate School

_____ Post-Graduate Degree

12. Please describe your educational background, including vocational school(s) and/or college(s) attended.

| <u>Degree Received</u> | <u>Major Field of Study</u> | <u>School/College Attended</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

13. Have you ever been educated, employed, trained or had any experience in any of the following areas?

a. Ethernet switches?              YES _____ NO _____

b. Networking technologies
   and equipment?                  YES _____ NO _____

c. Computer servers
   or routers?                     YES _____ NO _____

d. Computer products,
   such as hardware or software?   YES _____ NO _____

5

e.  Computer programming?        YES _____ NO_____

f.  Information technology?        YES _____ NO_____

g.  Internet operations?           YES _____ NO_____

h.  Engineering?                   YES _____ NO_____

i.  Law?                           YES _____ NO_____

j.  Copyrights?                    YES _____ NO_____

k.  Patents?                       YES _____ NO_____

l.  Licensing?                     YES _____ NO_____

m.  Finance/Accounting?            YES _____ NO _____

If Yes to any of the above areas, please explain your answer:

_____
_____
_____
_____
_____
_____

14. Do you closely follow the computer or information technology industries?

YES _____ NO _____

If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____

15. What is your current job status?

 Working full-time  \_\_\_\_\_     Working part-time \_\_\_\_\_     Unemployed _____

 Homemaker   \_\_\_\_\_          Retired  _____          Full -time student _____

 Disabled   \_\_\_\_\_

16. What is your occupation? _____

 (PLEASE NOTE:  If you are currently unemployed, retired, homemaker or disabled, please skip to question 18.)

17. Who is your employer? _____

   a. What is your present job position or title? _____

   b. Any previous position with the same employer?   YES _____     NO _____

      If Yes, please describe:

_____
_____
_____

   c. Do you supervise other people?  YES \_\_\_\_ NO\_\_\_\_

      If yes, how many people? \_\_\_\_\_

   d. How long have you been with this employer? _____

   e. Duties and responsibilities of your present job:

_____
_____
_____
_____
_____
_____

18. Please list the last three occupations / job positions you have had with dates of employment and describe your duties and responsibilities for each:

_____
_____
_____
_____
_____
_____
_____

19. Have you or someone close to you ever owned a business?

   YES _____ NO _____

   If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

20. What is your spouse/partner's job status?

   Working full-time _____   Working part-time _____   Unemployed _____

   Homemaker _____          Retired _____           Full-time student _____

   Disabled _____

21. What is your spouse/partner's occupation? _____

   (PLEASE NOTE: If your spouse/partner is currently unemployed, retired, homemaker or disabled, please skip to question 23.)

22. Who is your spouse/partner's employer? _____

22a. What is your spouse/partner's present job position or title? _____

22b. Duties and responsibilities of your spouse/partner's present job:

_____
_____
_____
_____
_____
_____
_____

23. Do you have children?

YES _____ NO _____

23a. If yes, please state for each child:

| Gender | Age | Occupation |
|--------|-----|------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

24. Have you, any member of your family, or anyone close to you ever applied for, or obtained a copyright or patent?

YES _____ NO _____

If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

25. Have you, any member of your family, or anyone close to you ever created an original work of authorship or invented a new product or process, even if not copyrighted or patented?

YES _____ NO _____

If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

26. Have you, any member of your family, or anyone close to you ever been involved in a dispute about a copyrighted work or patent rights?

YES _____ NO _____

If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

27. Have you, any member of your family, or anyone close to you ever been in a situation where somebody else stole a creative work, or a product, process or idea that you (or your family member etc.) developed, and then sold it without permission?

YES _____ NO _____

If Yes, please explain your answer:

_____
_____
_____

_____
_____
_____
_____

28. Have you, any member of your family, or anyone close to you currently work for, or ever worked for, a company that has copyrighted works or patented products or processes?

    YES _____ NO _____

    If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

29. Have you, any member of your family, or anyone close to you currently work for, or ever worked for, a company that was involved in a copyright or patent dispute?

    YES _____ NO _____

    If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

30. Have you or someone close to you had any dealings with the United States Copyright Office or the United States Patent and Trademark Office?

    YES _____ NO _____

If Yes, please explain your answer:

_____

_____

_____

_____

_____

_____

_____

31. Have you, any member of your family, or anyone close to you ever been employed by the United States Copyright Office or the United States Patent and Trademark Office?

YES _____ NO _____

If Yes, please explain your answer:

_____

_____

_____

_____

_____

_____

_____

32. Do you have any strong opinions about (or memorable experiences with) copyrights, patents, the United States Copyright Office or the United States Patent and Trademark Office?

YES _____ NO _____

If Yes, please explain your answer:

_____

_____

_____

_____

_____

____________________________________________________________

____________________________________________________________

33. Have you, any member of your family, or anyone close to you ever been a victim of fraud?

YES _______ NO _______

If Yes, please explain:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

34. If you have served before as a juror in a civil or criminal case, please describe your experience below:

| Date | Civil/Criminal | Subject Matter of the Case | Did Jury Reach a Verdict? |
|---|---|---|---|
| _____ | ___________ | ____________________ | _____________ |
| _____ | ___________ | ____________________ | _____________ |
| _____ | ___________ | ____________________ | _____________ |
| _____ | ___________ | ____________________ | _____________ |

Were you ever the jury foreperson? YES _______ NO _______

35. Have you ever been a party to a lawsuit, whether civil or criminal?

YES _______ NO _______

If Yes, were you: Plaintiff __________ Defendant __________

What was the nature of the case?

____________________________________________________________

____________________________________________________________

____________________________________________________________

_____
_____
_____
_____

36. With regards to the witnesses and attorneys listed below, do you know or have any experience with any of the identified individuals?

YES _____ NO _____

If Yes, please circle the individual(s) and explain what you know or your relationship(s). If you have any strong feelings about any of these individuals, please note that also.

**Witnesses**
Kevin Almeroth
Andreas Bechtolsheim
Christine Bakan
Prakash Bettadapur
Mark Berly
Jeff Birnbaum
John Black
Gavin Cato
John Chambers
Mark Chandler
Jeffrey Chase
Judith Chevalier
Doug Clark
Lincoln Dale
Kenneth Duda
Terry Eger
Cate Elsten
Mark Foss
Charles Giancarlo
Doug Gourlay
John Hartingh
David Heyman
Hugh Holbrook
Kevin Jeffay
Soni Jiandani
Mansour Karam
Phillip Kasten
Pradeep Kathail
Ramanathan Kavasseri
Dan Lang
Anthony Li
Tong Liu

14

Kirk Lougheed
Deepak Malik
Carl Moberg
Cesar Obediente
Frank Palumbo
Devadas Patil
Andre Pech
Drew Pletcher
Ariff Premji
Phillip Remaker
Abhay Roy
Anshul Sadana
Greg Satz
William Seifert
Phillip Shafer
Terry Slattery
David Sollender
Chris Summers
Adam Sweeney
Jayshree Ullal
Balaji Venkatraman
Michael Volpi
Jeffrey Wheeler

**Attorneys**
Todd Anten
Carl Anderson
Amy Candido
Sean Christofferson
Brian Ferrall
Jordan Jaffe
Sara Jenkins
Audrey Hadlock
Andrew Holmes
Ajay Krishnan
Michael Kwun
Elizabeth McCloskey
David Nelson
John Neukom
Sean Pak
David Rosen
Andrea Nill Sanchez
Eduardo Santacana
David Silbert
Kathleen Sullivan
Kenneth Suh
Marc Taxay
Mark Tung

Robert Van Nest
Ryan Wong
Lance Yang

37. Are you aware of any reason(s) why you would be unable to render a verdict based solely on the evidence presented at trial or follow the law as instructed by the Judge?

YES _____ NO _____

If Yes, please explain your answer:
_____
_____
_____
_____
_____
_____
_____

I declare under the penalty of perjury that the foregoing information is true and correct.

Signature: _____        Date: _____