| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401<br><br>[Additional counsel listed on signature page]<br><br>ATTORNEYS FOR PLAINTIFF CISCO SYSTEMS, INC. | Robert A. Van Nest (SBN 84065)<br>rvannest@kvn.com<br>Brian L. Ferrall (SBN 160847)<br>bferrall@kvn.com<br>David Silbert (SBN 173128)<br>dsilbert@kvn.com<br>MICHAEL S. KWUN (SBN 198945)<br>mkwun@kvn.com<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>ATTORNEYS FOR DEFENDANT ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**PARTIES' UNDISPUTED STATEMENT OF THE CASE; JURY INSTRUCTION NO. 2**<br><br>Dept.:     Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Plaintiff Cisco Systems, Inc. and Defendant Arista Networks, Inc. hereby provide the following undisputed: (1) Neutral Statement of the Case, to be read in advance of the Juror Questionnaire; and (2) Preliminary Jury Instruction No. 2 re Claims and Defenses:

**STIPULATED: Neutral Statement of the Case**

The plaintiff in this case is Cisco Systems, Inc.  The defendant is Arista Networks, Inc.

This is a case involving claims of copyright and patent infringement.  Cisco and Arista sell networking switches.  Cisco asserts that Arista infringed Cisco's copyrights.  Arista asserts that it did not infringe any of Cisco's copyrights, and various other defenses.  Cisco also asserts that Arista has infringed one of Cisco's patents.  Arista denies that it has infringed the patent.

**STIPULATED: Preliminary Instruction No. 2 re Claims And Defenses**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The plaintiff in this case is Cisco Systems, Inc., which I will refer to as "Cisco," and the defendant is Arista Networks, Inc., which I will refer to as "Arista."  This is a case involving claims of copyright and patent infringement.  Cisco and Arista sell networking switches.

Cisco asserts that Arista infringed Cisco's copyrights by copying certain elements of Cisco's user interface and copying certain portions of Cisco's product manuals.  [Cisco also asserts that Arista infringed its copyrights willfully.]  Cisco has the burden of proving its claim of copyright infringement [and its claim of willfulness].  Arista contends that it does not infringe any of Cisco's copyrights [and that the asserted elements of Cisco's works are not protected by copyright because of the merger and scènes à faire doctrines {should the Court determine these are not affirmative defenses}].  Arista also asserts as affirmative defenses that any use of the accused elements is a "fair use" under the law, [that the asserted elements of Cisco's works are not protected by copyright because of the merger and scènes à faire doctrines {should the Court determine these are affirmative defenses }], and that Cisco has [misused its copyrights,] abandoned its copyrights[, and waived its rights to enforce the copyrights at issue].  Arista has the burden of proof on these affirmative defenses.

///

Cisco also asserts that Arista has infringed United States Patent No. 7,047,526, which I and the parties will refer to as the "'526 Patent." [Cisco also asserts that Arista infringed the '526 Patent willfully.] Cisco has the burden of proving its claim of patent infringement [and its claim of willfulness]. Arista denies that it has infringed the '526 Patent.

DATED: November 14, 2016                    Respectfully submitted,

/s/ _John M. Neukom_
Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson  (admitted pro hac vice)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W. Madison St., Ste. 2450
Chicago, IL  60661
Telephone: (312) 705-7465
Facsimile: (312) 705-7401

Steven Cherny (admission pro hac vice pending)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

|   |   |
|---|---|
| | Adam R. Alper (SBN 196834) |
| | adam.alper@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| | San Francisco, California  94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | |
| | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| | Los Angeles, California 90071 |
| | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |
| | |
| | Attorneys for Plaintiff Cisco Systems, Inc. |

Dated:  November 14, 2016            KEKER & VAN NEST LLP


                                By:   */s/ Brian L. Ferrall*
                                      Robert A. Van Nest  - # 84065
                                      rvannest@kvn.com
                                      Brian L. Ferrall - # 160847
                                      bferrall@kvn.com
                                      David Silbert - # 173128
                                      dsilbert@kvn.com
                                      Michael S. Kwun - # 198945
                                      mkwun@kvn.com
                                      Keker & Van Nest LLP
                                      633 Battery Street
                                      San Francisco, CA 94111-1809
                                      Telephone:     415 391 5400
                                      Facsimile:     415 397 7188

                                      Attorneys for Defendant Arista Networks, Inc.


### **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of John M. Neukom within this e-filed document.

                                      */s/ Brian L. Ferrall*
                                      BRIAN L. FERRALL