KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF AUDREY HADLOCK IN SUPPORT OF ARISTA'S REPLY BRIEF RE ANALYTIC DISSECTION**<br><br>Dept.:     Courtroom 3 - 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1   I, Audrey Hadlock, declare:

2   1.  I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

3   2.  I submit this declaration in support of Arista's Reply Brief Re Analytic Dissection.

4   3.  Attached hereto as Exhibit A is a true and correct copy of Internet Engineering Task Force Request for Comment 1587. This document is bates numbered ARISTANDCA00024940-ARISTANDCA00024956, marked as Trial Exhibit 6847, and is available on the world-wide-web at https://tools.ietf.org/pdf/rfc1587.pdf.

5   4.  Attached hereto as Exhibit B is a true and correct copy of Internet Engineering Task Force Request for Comment 2740. This document is bates numbered ARISTANDCA00027710- ARISTANDCA00027789, is marked as Trial Exhibit 6892, and is available on the world-wide-web at https://tools.ietf.org/pdf/rfc2740.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed November 14, 2016, at San Francisco, California.

_____
AUDREY HADLOCK

1
DECLARATION OF AUDREY HADLOCK IN SUPPORT OF ARISTA'S REPLY BRIEF RE ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1124762.01