1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
   DAVID H. REICHENBERG (*pro hac vice*)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue Of The Americas, 40th Floor
   New York, NY 10019-6022
11 Telephone:  (212) 999-5800
   Email:  jjacobson@wsgr.com; cpak@wsgr.com;
12 dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> ARISTA NETWORKS, INC., <br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **ARISTA NETWORKS, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF 615-2)** <br><br> Dept.:      Courtroom 3 – 5th Floor <br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

Pursuant to the Court's e-filing guidelines, Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to remove permanently from ECF an incorrectly filed document that contains sensitive information intended to be filed under seal: Docket No. 615-2.

The document e-filed on November 8, 2016 as ECF Docket No. 615-2 (Exhibit 42 to the Declaration of Ryan Wong In Support Of Arista's Opening Brief re Analytic Dissection) inadvertently omitted certain redactions of confidential Cisco information that the Court has previously ordered filed under seal.  (Arista moved to seal the confidential portions of this document as stated in Arista's Administrative Motion to File Documents Under Seal (ECF Docket No. 612), and filed a sealed, unredacted version of the document in connection with that motion.)  Arista promptly notified the ECF Help Desk of this filing error and understands that public access to the inadvertently filed document has been temporarily blocked.

Arista respectfully moves the Court to remove the incorrectly filed document permanently from the Court's public docket and ECF.  Arista will file a corrected version of the document shortly.

Dated:  November 15, 2016

Respectfully submitted,

KEKER & VAN NEST LLP

By: */s/ Brian L. Ferrall*
BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.