KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF 615-2)**<br><br>Dept.:      Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT (ECF 615-2)
Case No. 5:14-cv-05344-BLF (NC)

1125723.01

1    The Court, finding good cause, hereby GRANTS Arista Networks, Inc.'s Motion to

2  Remove Incorrectly Filed Document (ECF 615-2).

3    The Court HEREBY ORDERS THE CLERK to remove, from the physical and electronic

4  docket in this matter, the following documents:  Exhibit 42 to the Declaration of Ryan Wong in

5  Support of Arista's Opening Brief re Analytic Dissection, currently filed as ECF 615-2.

7    **IT IS SO ORDERED.**

10  Dated: _____          _____
                                            HON. BETH LABSON FREEMAN

1125723.01