# EXHIBIT 42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,        )
                                 )
 6               Plaintiff,      )
                                 ) Case No.
 7           vs.                 ) 5:14-cv-05344-BLF (PSG)
                                 )
 8    ARISTA NETWORKS, INC.,     )
                                 )
 9               Defendant.      )
     _____)

10

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15     VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16              Palo Alto, California

17           Friday, November 20, 2015

18                  Volume I

19

20

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908

24   Job No. 2187110

25   Pages 1 - 189
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1     UNITED STATES DISTRICT COURT | 1  APPEARANCES (Continued): |
| 2     NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3        SAN JOSE DIVISION | 3  For the Defendant: |
| 4 | 4     KEKER & VAN NEST LLP |
| 5  CISCO SYSTEMS, INC.,    ) | 5     BY: BRIAN L. FERRALL, Attorney at Law |
| 6     Plaintiff,  ) | 6     BY: RYAN WONG, Attorney at Law |
| ) Case No. | 7     633 Battery Street |
| 7     vs.      ) 5:14-cv-05344-BLF (PSG) | 8     San Francisco, California 94111 |
| 8  ARISTA NETWORKS, INC.,  ) | 9     415.391.5400 |
| ) | 10    bferrall@kvn.com |
| 9     Defendant.  ) | 11    rwong@kvn.com |
| _____) | 12 |
| 10 | 13  ALSO PRESENT: Sean Grant, Video Operator |
| 11 | 14        --o0o-- |
| 12 | 15 |
| 13 | 16 |
| 14 | 17 |
| 15 | 18 |
| 16     VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, | 19 |
| 17  Volume I, taken on behalf of Defendant, at | 20 |
| 18  650 Page Mill Road, Palo Alto, California, beginning | 21 |
| 19  at 9:19 a.m., and ending at 6:15 p.m., on Friday, | 22 |
| 20  November 20, 2015, before CARLA SOARES, Certified | 23 |
| 21  Shorthand Reporter No. 5908. | 24 |
| 22 | 25 |
| 23 | |
| 24 | |
| 25 | |
| Page 2 | Page 4 |

| | |
|---|---|
| 1  APPEARANCES: | 1        INDEX |
| 2 | 2  WITNESS |
| 3  For the Plaintiff and the Witness: | 3  KIRK LOUGHEED            EXAMINATION |
| 4     QUINN EMANUEL URQUHART & SULLIVAN, LLP | Volume I |
| 5     BY: JOHN (JAY) NEUKOM, Attorney at Law | 4 |
| 6     50 California Street, 22nd Floor | 5     BY MR. FERRALL          10 |
| 7     San Francisco, California 94111 | 6 |
| 8     415.875.6341 | 7        EXHIBITS |
| 9     johnneukom@quinnemanuel.com | 8  NUMBER       DESCRIPTION       PAGE |
| 10        and | 9  Exhibit 29  Document headed "Internet     73 |
| 11    KIRKLAND & ELLIS LLP | 10     Protocol," |
| 12    BY: JOSHUA L. SIMMONS, Attorney at Law | 11     Bates ARISTANDCA0031553 - 1601 |
| 13    601 Lexington Avenue | 12 |
| 14    New York, New York 10022 | 13  Exhibit 30  Document headed "DoD Internet     73 |
| 15    212-446-4989 | 14     Host Table Specification" |
| 16    joshua.simmons@kirkland.com | 15 |
| 17 | 16  Exhibit 31  Document headed "An Ethernet     73 |
| 18 | 17     Address Resolution Protocol or |
| 19 | 18     Converting Network Protocol |
| 20 | 19     Addresses to 48.bit Ethernet |
| 21 | 20     Address for Transmission on |
| 22 | 21     Ethernet Hardware," |
| 23 | 22     Bates ARISTANDCA0003130 - 1639 |
| 24 | 23 |
| 25 | 24 |
| Page 3 | 25 |
| | Page 5 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBITS**

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Ladlouer from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

Page 6

**EXHIBITS**

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

Page 7

**EXHIBITS**

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 181 |

--o0o--

Page 8

1        Palo Alto, California       08:37:04

2        Friday, November 20, 2015

3        9:19 a.m.

4

5     P R O C E E D I N G S     08:37:10

6     THE VIDEO OPERATOR: Good morning. We're

7 on the record. The time is 9:19 a.m., and the date

8 is November 20th, 2015. This begins the videotaped

9 deposition of Kirk Lougheed.

10     My name is Sean Grant, here with our court   09:19:25

11 reporter, Carla Soares. We're here from Veritext

12 Legal Solutions at the request of counsel for

13 defendant.

14     This deposition is being held at Wilson

15 Sonsini in Palo Alto, California. The caption of   09:19:34

16 this case is Cisco Systems, Inc., versus Arista

17 Networks, Inc., Case No. 5:14-CV-05344-BLF.

18     Please note that audio- and

19 video-recording will take place unless all parties

20 have agreed to go off the record. Microphones are   09:19:54

21 sensitive and may pick up whispers, private

22 conversations, or cellular interference.

23     At this time, will counsel please identify

24 themselves and state whom they represent.

25     MR. FERRALL: Brian Ferrall of Keker &   09:20:06

Page 9

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1    A   Could you explain to me what you mean by    11:09:26
2   "parser"?
3    Q   Do you know what a parser is?
4    A   I know in a generic sense what a parser
5   is.                                              11:09:45
6    Q   What's a parser in your -- based on your
7   understanding?
8    A   A parser is something that takes a string
9   of text and divides it up into a sequence of tokens,
10  and then takes some action based on those sequence
11  of tokens.
12   Q   Based upon that understanding, do you know
13  whether EXEC had a parser?
14   A   Yes.
15   Q   It did?                                      11:10:25
16   A   It did.
17   Q   How do you know that it had a parser?
18   A   Because it had the behavior that I
19  described.
20   Q   Had you ever seen the EXEC source code?
21   A   Yes.
22   Q   And had you seen the parser code of EXEC?
23   A   I had seen parts of it.
24   Q   How did you come to see that code?
25   A   It was -- Stanford had a source license to   11:11:33

Page 54

1   that software.                                   11:11:38

Page 55

19   Q   Are you familiar with the syntax of
20  TOPS-20 commands?                                11:17:00
21   A   In a -- yes.
22   Q   Can you explain what it is?
23   A   There are many commands.  I do not
24  remember all of them.
25   Q   Was there a general format for TOPS-20      11:17:37

Page 56

1   commands, to your recollection?                  11:17:42
2    A   Yes.
3    Q   What was that format?
4    A   Again, there are many commands, and I
5   don't remember all the details of those commands.   11:18:10
6    Q   Okay.  Do you -- I was trying to get
7   beyond that by asking you a general question about
8   the format that might be applicable to a range of
9   commands.
10       Is there such a thing, to your knowledge?   11:18:27
11       MR. NEUKOM:  Objection to form.  Vague.
12       THE WITNESS:  The -- the EXEC -- the
13  number of such commands was large and varied.  And
14  DEC appeared to have a standard way of doing things,
15  but I don't remember all the details.            11:18:55
16  BY MR. FERRALL:
17   Q   Okay.  Can you tell me anything you
18  remember about the way TOPS-20 commands were
19  formatted as a general matter?
20       MR. NEUKOM:  Objection to form.             11:19:20
21       THE WITNESS:  There would be a leading
22  keyword, perhaps one or two leading keywords.  There
23  was -- to help people along, you could hit an
24  "escape" key.  You would complete -- it might print
25  out something called a guide word.               11:20:05

Page 57

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 62**

1 software prior to receiving a copy of it from   11:31:52
2 Mr. Yeager?
3    A  The software that I was interested in was
4 the terminal server software, which...
5    Q  And why did you know about it?   11:32:18
6    A  Stanford had a number of terminal servers
7 on its network, and we used them.
8    Q  Can you tell me what you -- what is a
9 terminal server?
10   A  It is a device for concentrating character   11:32:47
11 mode terminals onto a network, and using a network
12 protocol to exchange characters back and forth
13 between the terminal server and the networked
14 computer at the other end.
15   Q  Did the software that Mr. Yeager provided   11:33:17
16 to you, did it have a name at the time?
17   A  Not that I recall.
18   Q  And was that software actually in use at
19 the time that you received a copy of it?
20   A  That was my understanding.   11:33:40
21   Q  That it was in use?
22   A  Yes.
23   Q  Where was it in use?
24   A  In terminal servers on the Stanford
25 network.   11:33:51

**Page 63**

1    Q  And would this software -- let's say the   11:33:54
2 terminal server part of it at least, was that
3 running on the -- for example, the DECSYSTEM-20
4 computers?
5    A  No.   11:34:09
6    Q  What was it running on?
7    A  It was running on a SUN processor card
8 where -- well, a SUN processor card.
9    Q  The SUN processor card was not a -- itself
10 a Sun computer, known as a Sun computer yet?   11:34:52
11   A  It was not known -- it was -- could you
12 rephrase the question?
13   Q  Sure.
14      Well, SUN -- SUN is -- you're referring to
15 Sun Microsystems?   11:35:14
16   A  No.
17   Q  What does -- what's the SUN processor card
18 then?
19   A  Stanford University network.
20   Q  Okay.  And did that -- do you understand   11:35:24
21 that SUN became the Sun of Sun Microsystems?
22   A  That is my understanding.
23   Q  Had Sun Microsystems come into existence
24 at this time?
25   A  I don't recall the dates.   11:35:53

**Page 64**

1    Q  Okay.  So you weren't responsible for the   11:35:54
2 terminal server software as part of your duties at
3 Stanford, were you?
4    A  I was not responsible for the terminal
5 server software as part of my official duties.   11:36:27
6    Q  Okay.  So you requested the software from
7 Mr. Yeager out of interest; is that fair?
8    A  Yes.
9    Q  And do you know approximately when you
10 made that request to Mr. Yeager for the software?   11:36:44
11   A  To the best of my recollection, it was
12 early 1985.  It could have been late 1984, though.
13   Q  Do you know who wrote the software that
14 Mr. Yeager provided to you?
15   A  I do not know -- I do not know who wrote   11:37:43
16 the software.
17   Q  Do you know anyone who contributed to that
18 software?
19   A  I believe Mr. Yeager was one of the people
20 that contributed to that software.   11:37:58
21   Q  Do you know anyone else who contributed to
22 it?
23   A  Not with any certainty.
24   Q  Who is Benji Levy?
25   A  He was an undergraduate at Stanford.   11:38:29

**Page 65**

1    Q  While you were there?   11:38:34
2    A  Yes.
3    Q  Did you ever work with Mr. Levy?
4    A  Yes.
5    Q  In what capacity?   11:38:48
6    A  I hired him.
7    Q  At Cisco?
8    A  Yes.  At Stanford.
9    Q  Oh.  In what role did you hire him?  Or
10 what position did you hire him for, to be clear?   11:39:26
11   A  We referred to it as a cable -- a cable
12 troll.  Hardware technician would probably be the
13 more modern description of that.
14   Q  Did he work at all on modifying the
15 software that Mr. Yeager provided to you?   11:40:21
16   A  Not to my direct knowledge.  Software was
17 not part of his job duties for me.
18   Q  And to be clear, did Mr. Almquist work on
19 modifying any of that software that Mr. Yeager
20 provided to you?   11:40:55
21   A  He may have.
22   Q  To your knowledge, did he?
23   A  I have no direct knowledge of that.
24   Q  Were you asked to make any changes to the
25 software that Mr. Yeager provided to you?   11:41:13

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    A   No. That was not part of my duties.    11:41:16 | 1  to Stanford.    11:45:55 |
| 2    Q   Did you talk to anyone about what you were | 2    Q   And that's what you had done your |
| 3  going to do with that software before doing it? | 3  modifications on? |
| 4    A   I may have. | 4    A   Yep. |
| 5    Q   Who did you talk to?    11:41:38 | 5    Q   Did you make any modifications to the    11:46:12 |
| 6    A   I don't remember if I talked to anybody | 6  router functionality of the Yeager software? |
| 7  before I started on that. | 7    A   My initial interest was only in the -- |
| 8    Q   And what prompted you to start modifying | 8  only in the terminal server software. |
| 9  or changing that software? | 9    Q   So is that -- I'm sorry. Is that a no, |
| 10    A   I wanted to learn a new technology, and I    11:42:39 | 10  you didn't make any modifications to the router    11:46:43 |
| 11  wanted to see if I could improve the behavior of the | 11  functionality? |
| 12  terminal server. | 12    A   I removed it. |
| 13    Q   What was your intention of what you would | 13    Q   You removed it from your copy or -- what |
| 14  do with the -- with your modifications to the | 14  do you mean, you removed it? |
| 15  software?    11:43:04 | 15    A   That is correct. I removed it from my    11:46:58 |
| 16    A   That I would be able to improve its | 16  copy. |
| 17  performance and its manageability. | 17    Q   So again, going back to your testimony |
| 18    Q   Sticking with the terminal server | 18  earlier this morning, about to extending |
| 19  functionality, did you improve its performance? | 19  and making improvements on software you received |
| 20    A   Yes, I did.    11:43:44 | 20  from Mr. Yeager, was that only as to the terminal    11:47:49 |
| 21    Q   And did you provide your modifications | 21  server functionality? |
| 22  back to Mr. Yeager? | 22    A   That was my initial intent. |
| 23    A   I don't recall if I -- I don't recall if I | 23    Q   Okay. My question was asking about what |
| 24  did or not. | 24  you did as opposed to your intent. |
| 25    Q   Did you provide those to anyone at    11:44:13 | 25    Did you only extend and/or make    11:48:13 |
| Page 66 | Page 68 |
| 1  Stanford?    11:44:15 | 1  improvements to the terminal server part of the    11:48:18 |
| 2    A   I don't remember if I provided the source | 2  software Mr. Yeager provided you? |
| 3  back. I certainly provided copies of the improved | 3    MR. NEUKOM: Objection to form. Vague, |
| 4  software. | 4  compound. |
| 5    Q   You mean perhaps in binary form?    11:44:34 | 5    THE WITNESS: At a later date I did write    11:48:39 |
| 6    A   In binary form. | 6  router support and put it into the software. |
| 7    Q   Why didn't you -- sorry. Strike that. | 7  BY MR. FERRALL: |
| 8    The software you received from Mr. Yeager | 8    Q   Okay. First, what's router support? |
| 9  was in source? | 9    A   Being able to receive a packet on an |
| 10    A   Correct.    11:44:44 | 10  interface and figure out which of -- which other    11:49:28 |
| 11    Q   Why didn't you provide the source back to | 11  interface to send it out upon, rewriting the header |
| 12  Stanford? | 12  of the packet as appropriate. |
| 13    MR. NEUKOM: Objection. Misstates prior | 13    Q   What was the -- strike that. |
| 14  testimony. | 14    Was there router support functionality in |
| 15    THE WITNESS: I don't recall if I provided    11:45:02 | 15  the software Mr. Yeager provided you?    11:50:00 |
| 16  the source code back to anybody at Stanford. I was | 16    A   Yes. |
| 17  Stanford. | 17    Q   And what did you do to change that? |
| 18  BY MR. FERRALL: | 18    A   I removed his support because I wasn't |
| 19    Q   Did you implement the improved terminal | 19  interested in it at the time, and later on -- later |
| 20  server software at Stanford?    11:45:22 | 20  on my interest changed.    11:50:45 |
| 21    A   Yes. | 21    Q   Okay. I understand that. |
| 22    Q   So where did the source for that improved | 22    So what happened later on when your |
| 23  terminal server software reside when you implemented | 23  interest -- your interest then moved to the router |
| 24  it? | 24  functionality? What did you do? |
| 25    A   On a UNIX system that was -- that belonged    11:45:46 | 25    A   I wrote support for IP, and I took a few    11:51:10 |
| Page 67 | Page 69 |

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 pieces of the PUP support that Mr. Yeager had there.    11:51:28
2     Well, actually, the PUP support actually
3 already existed for the terminal server portion.
4     Q  So the terminal server portion already had
5 PUP support for routing?    11:52:08
6     A  For routing and for terminal sessions.
7     Q  Okay.  And did the software from
8 Mr. Yeager have any routing support for IP?
9     A  Yes.
10    Q  And did you use any of that?    11:52:46
11    A  No.
12    Q  What did you do with it?
13    A  It was a confusing mess.  I threw it out
14 and wrote my own.
15    Q  And when did you write that routing    11:53:03
16 support for IP?
17    A  Late '85, I believe.
18    Q  You wrote that -- the code -- sorry.
19        When you wrote that, the code was on this
20 UNIX computer at Stanford; is that right?    11:53:51
21    A  I did my development on a UNIX system at
22 Stanford.
23    Q  Did you talk to anyone about your
24 intentions in writing this IP routing support prior
25 to doing so?    11:54:41

Page 70

1     A  No.    11:54:43
2     Q  Why did you do it?
3     A  I had figured out terminal servers and
4 PUP.  The Internet protocol was the -- was the new
5 developing technology, and I wanted to learn more    11:55:07
6 about how IP worked.
7     Q  What resources did you look at to learn
8 about how IP worked?
9     A  I looked at RFCs.
10    Q  Anything else?    11:55:46
11    A  Not that I -- not that I recall.
12    Q  At some point did you tell anyone else at
13 Stanford that you were writing this IP support?
14    A  I told my boss, Steve Hanson, and I also
15 discussed it with Len Bosack.    11:56:28
16    Q  Tell me about your discussion with
17 Mr. Hanson.  What did you say to him?
18    A  "This is what I'm doing in my spare time."
19    Q  And what did he say?
20    A  "Fine."    11:56:54
21    Q  And what did you tell Mr. Hanson?
22    A  That I was -- I don't remember the details
23 of what I told him.  We had technical discussions.
24    Q  What were the technical discussions about?
25    A  How elements of the protocol suite worked,    11:57:42

Page 71

1 programming techniques, possibly where the stuff    11:57:53
2 could be -- what stuff would be useful to Stanford
3 that would also be interesting for me.
4     Q  At what time did you first have the idea
5 to use this software in your own commercial venture?    11:58:34
6         MR. NEUKOM:  Objection to form.
7         THE WITNESS:  I did not come up with that
8 idea.
9 BY MR. FERRALL:
10    Q  Who did?    11:58:54
11    A  I believe it was Len.
12    Q  And when did you first learn of Len
13 Bosack's idea to use this software that you were
14 working on?
15    A  Sometime in early '86.    11:59:32
16    Q  Did you ever tell Mr. Hanson about that
17 idea to use the software in a commercial venture?
18    A  No.
19    Q  Did you tell anyone at Stanford about that
20 idea other than Mr. Bosack?    11:59:56
21    A  No.
22    Q  Who is Eric Schoen, S-C-H-O-E-N?
23    A  I don't know.
24    Q  Do you know a Frank Gilmurray?
25    A  Vaguely.    12:00:25

Page 72

1     Q  Do you know --    12:00:28
2     A  I recognize the name.
3     Q  You can't pin what he did in terms of your
4 time at Stanford?
5     A  I -- my recollection is that he was a    12:00:45
6 systems programmer or some sort of software person
7 or manager I believe in one of the other projects.
8 I don't know whether it was AIM or SUMEX.
9         MR. FERRALL:  Okay.  All right.  We've
10 been going for a bit.  Why don't we go off the    12:01:09
11 record.
12        MR. NEUKOM:  Sounds good.
13        THE VIDEO OPERATOR:  Going off the record,
14 the time is 12:01 p.m.
15        (Recess, 12:01 p.m. - 12:48 p.m.)    12:01:15
16        (Exhibit 29, Exhibit 30 and Exhibit 31
17 were marked for identification and are
18 attached hereto.)
19        THE VIDEO OPERATOR:  Back on the record.
20 The time is 12:48 p.m.    12:47:54
21 BY MR. FERRALL:
22    Q  Good afternoon, Mr. Lougheed.
23        I'd like to hand or have handed to you
24 three exhibits that we had marked at the break, and
25 I'll identify them for the record.  But they're    12:48:12

Page 73

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 right now.                                    12:58:39
2       Mr. Lougheed, you have to understand,
3 we've got a lot to cover today, and I need to --
4       A And I'm also under oath, and I want to
5 make sure my replies to your answers (sic) are    12:58:47
6 correct.
7       Q Okay. So I'm asking you -- you can put
8 the document down, frankly.
9       Do you ever recall reviewing an RFC for an
10 address resolution protocol?                   12:58:58
11      A Yes, I do recall reviewing a document --
12 it may have been an RFC -- on address resolution.
13      Q Do you know who developed address
14 resolution protocols?
15      A I don't recall.                         12:59:20
16      Q Did you contribute to that field?
17      A No.
18      Q All right. Do you know David Plummer?
19      A I have heard the name before but I don't
20 know the person.                               12:59:31
21      Q How many IETF RFCs have you authored in
22 whole or in part?
23      A Two, maybe three.
24      Q What were the subject or subjects of those
25 RFCs?                                          13:00:07

                                                  Page 78

1       A They were all on the border gateway      13:00:09
2 protocol.
3       Q Has Cisco ever had any policies about
4 their employees submitting RFCs to the IETF?
5       A I'm not aware of any specific policies.   13:01:02
6       Q Did the software that you worked on at
7 Stanford, the routing and terminal server software
8 we talked about, did that include an address
9 resolution protocol?
10      MR. NEUKOM: Objection to form. Vague.      13:02:09
11 BY MR. FERRALL:
12      Q I should say an address resolution
13 protocol feature.
14      MR. NEUKOM: Same objection.
15      THE WITNESS: Yes.                          13:02:23
16 BY MR. FERRALL:
17      Q And what were the sources of information
18 for you in order to -- well, strike that.
19      Did you write software for the address
20 resolution protocol feature?                   13:02:38
21      A Yes.
22      Q And what were the sources of information
23 that you used to prepare that address resolution
24 protocol feature?
25      MR. NEUKOM: Objection to form. Vague,      13:02:58

                                                  Page 79

1 calls for a conclusion.                         13:03:06
2       THE WITNESS: Documents whose name I do
3 not recall.
4 BY MR. FERRALL:
5       Q Can you describe generally what they were?  13:03:16
6       A They were documents that described a
7 packet format and described an associated state
8 machine.
9       Q Is the address resolution protocol
10 referred to simply by the acronym ARP?         13:03:59
11      A There's a general concept of an address
12 resolution protocol, and then there's one, possibly
13 more, that are -- may be described in various
14 documents from the IETF.
15      Q When did you first hear -- have you ever   13:04:52
16 heard the address resolution protocol abbreviated as
17 ARP?
18      A Yes.
19      Q When did you first hear that abbreviation?
20      A I don't recall -- I don't recall the     13:05:17
21 precise time.
22      Q Was it while you were still at Stanford?
23      A It certainly could have been.
24      Q Did you develop any features for the
25 address resolution protocol yourself?          13:05:52

                                                  Page 80

1       MR. NEUKOM: Objection. Vague.             13:05:56
2       THE WITNESS: I do not understand your
3 question. What do you mean, develop features for
4 the address resolution protocol?
5 BY MR. FERRALL:                                 13:06:12
6       Q Fair enough. Let me ask it a different
7 way.
8       Did you contribute to any IETF RFC
9 relating to the address resolution protocol?
10      MR. NEUKOM: Objection. Asked and           13:06:27
11 answered.
12      THE WITNESS: No.
13 BY MR. FERRALL:
14      Q Did you develop features at -- while at
15 Cisco that relate to ARP, if you don't mind me using  13:06:44
16 the acronym?
17      A I don't understand the question.
18      Q Who is Glenn Truitt?
19      A He's a -- at my time at Stanford, he was a
20 graduate student.                              13:08:37
21      Q Did you work with him while at Stanford?
22      A Briefly.
23      Q In what capacity?
24      A I recollect that he may have written a
25 user guide to the software at the time, but that's  13:09:21

                                                  Page 81

21 (Pages 78 - 81)

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 98**

13:48:49

13:49:27

13:50:36

**Page 100**

1   (Exhibit 35 was marked for identification          16:48:10
2       and is attached hereto.)
3   BY MR. FERRALL:
4       Q   We've marked as Exhibit 35 a set of emails
5   bearing control numbers CSI-CLI-01134849 to 850.      14:03:19
6       This appears to be some email exchange
7   between you and Joe Hielscher.
8       Did I say that right?
9       A   I have no idea if you said it correctly.
10      Q   Do you know who he is?                         14:03:47
11      A   I think he's a communications person
12   working at Cisco.
13      Q   Okay.  My question here is just about your
14   email at the top of the first page.  You explain in
15   the first sentence that Releases 8, 9 and 10 can be   14:04:22
16   found on a volume if you have a UNIX account.  And
17   then you write, "Releases 5, 6 and 7 are likely
18   lost, since I believe their archives were deleted by
19   someone."
20      Do you -- do you have a recollection about         14:04:43
21   whether releases of IOS are -- were lost at some
22   point?
23      A   Yes.
24      Q   Were they?  Were certain releases lost?
25      A   Yes.  The source code to a number of early     14:05:11

**Page 99**

13:51:05

13:51:30

13:51:39

14  
15      MR. FERRALL:  I didn't realize that.             13:51:39
16   Thank you for clarifying that.
17      Actually, we can take a quick break.
18      MR. NEUKOM:  Okay.
19      THE VIDEO OPERATOR:  Going off the record,
20   the time is 1:52 p.m.                                13:51:57
21      (Recess, 1:52 p.m. - 2:03 p.m.)
22      THE VIDEO OPERATOR:  Back on the record.
23   The time is 2:03 p.m.
24      MR. FERRALL:  Let's mark this as the next
25   exhibit.                                             14:03:07

**Page 101**

1   releases was stored on a machine that was            14:05:17
2   decommissioned when nobody -- nobody clever was
3   looking in that direction.
4       Q   And when did that happen, do you know?
5       A   I don't know when it happened.  Possibly     14:05:49
6   early '90s.
7       (Exhibit 36 was marked for identification
8       and is attached hereto.)
9   BY MR. FERRALL:
10      Q   We've marked as Exhibit 36 a document        14:06:18
11   entitled "Stanford Ethertip/Gateway User and
12   Configuration Guide." bearing control numbers
13   CSI-CLI-01315523 to 5568.
14      Do you recognize Exhibit 36?
15      A   Yes, I do.                                    14:06:48
16      Q   And did you co-author this?
17      A   Yes.
18      Q   With Mr. Truitt?
19      A   Yes.
20      Q   Was this a -- what was the purpose of this    14:07:14
21   guide?
22      A   To describe to users and administrators
23   the functionality and operation of the -- of the
24   software.
25      Q   And which software is this describing?        14:07:54

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  exhibit.                                    14:20:06
2       (Exhibit 37 was marked for identification
3       and is attached hereto.)
4  BY MR. FERRALL:
5       Q   We've marked as Exhibit 37 a document      14:20:18
6  entitled "cisco Systems AGS User Manual System
7  Version 6.0." It bears control numbers
8  CSI-CLI-00358166 to 222.
9       Do you recognize Exhibit 37?
10      A   I do.                             14:20:38
11      Q   Did you help prepare it?
12      A   I did.
13      Q   And this is -- this is the manual that
14 accompanied Version 6 of Cisco's software release;
15 is that correct?                           14:20:58
16      A   Correct.
17      Q   Do you recall who else would have helped
18 you prepare Exhibit 37?
19      A   I believe I was the sole author.
20      Q   Who -- strike that.               14:22:42
21      IOS has different modes, correct?
22      MR. NEUKOM: Objection. Vague, compound.
23      THE WITNESS: Yes.
24 BY MR. FERRALL:
25      Q   In the current version of IOS, how many    14:23:18

Page 106

1  different modes are there?                 14:23:20
2       A   A lot.
3       Q   Do you know how many?
4       A   No, not at present.
5       Q   More than five?                   14:23:44
6       A   Yes.
7       Q   More than ten?
8       A   Probably.
9       Q   Were there different modes in the
10 original -- actually, strike that.          14:24:04
11      Let me ask terminology.
12      What did you call the original Cisco
13 software before it became known as IOS?
14      A   The gateway software. The router
15 software. The terminal server software. The AGS    14:24:25
16 software. There was no branding.
17      Q   This Exhibit 37 refers to "AGS User
18 Manual."
19      What does AGS stand for?
20      A   Advanced gateway server.          14:24:45
21      Q   Okay. At the time of Version 6 of the
22 Cisco software, how many different modes were there,
23 do you know?
24      A   So I don't understand how you're using the
25 word "mode."                               14:25:21

Page 107

1       Q   Did Cisco use the word "mode" in       14:25:27
2  describing its functionality of its software?
3       A   We had -- there would be -- the phrase
4  "configuration mode" was certainly being used at
5  this time.                                14:25:46
6       Q   Okay. And how did -- how did
7  "configuration mode" differ from any other mode of
8  operation?
9       A   It allowed you to type in command
10 expressions that affected the configuration of the   14:26:04
11 system.
12      Q   And if you weren't in configuration mode,
13 how would you describe whatever mode you were in?
14      A   You were -- at this time you would have
15 said you are at the EXEC.                   14:26:32
16      Q   What does "EXEC" mean?
17      A   It was the term that I chose to refer to
18 the -- all the stuff that wasn't the configuration
19 mode.
20      Q   Give me an example of what that stuff is   14:27:08
21 or was.
22      A   The commands for connecting to other
23 computers on the network, the class of command
24 expressions that we call the "show" commands.
25      Basically the set of commands that did not    14:27:48

Page 108

1  reveal -- basically mostly status commands and ones   14:27:53
2  for handling connections over the network to other
3  hosts, sort of a subset of the -- of the terminal
4  server commands.
5       Q   And you said you chose the term "EXEC,"   14:28:26
6  that's E-X-E-C; is that right?
7       A   Yes.
8       Q   You chose that term, yes?
9       A   Yes.
10      Q   How did you come up with that term?       14:28:39
11      A   Well, I had a number of possible ways of
12 describing it. I could have used "shell" after
13 the -- modeling it along the UNIX way of -- UNIX
14 equivalent.
15      From -- I decided EXEC in sort of -- you      14:29:15
16 know, inspired by the TOPS-20 command processor.
17 You know, calling it the command processor would
18 have been another possibility.
19      There was a number of possibilities that I
20 could have called it, what I could have called that   14:29:38
21 particular part of the software, and I ended up
22 choosing EXEC.
23      Q   Now, were you responsible for determining
24 the prompt symbol on the interface?
25      I'm sorry. Let me be clear.           14:30:26

Page 109

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        I'm talking about on the interface line,        14:30:28
2   there are symbols that precede the input point, such
3   as a hash sign, for example, right?
4        A   So for -- I was responsible for choosing
5   the prompts for the command line interface, for the        14:30:45
6   CLI
7        Q   Okay   And tell me what those prompts are.
8   the various prompts that the Cisco CLI uses
9        A   There are many right now   But at the time
10  there was the -- the unprivileged EXEC commands, and        14:31:09
11  that was the host name of the -- of the router or --
12  of the router, followed by a close angle bracket
13       There was a privileged mode, and it
14  changed that prompt to a hash mark
15       And in the initial implementation of        14:31:55
16  configuration mode, there was no prompt
17       Q   Okay   How did you choose the hash prompt
18  for the privileged mode?
19       A   It was visually large and different than
20  the -- different -- just different than the        14:32:25
21  unprivileged EXEC prompt
22       Q   Okay   How did you use the unprivileged
23  close angle bracket prompt?
24       A   I don't understand your question
25       Q   Did you choose to use the close angle        14:32:59

Page 110

1   bracket prompt?        14:33:02
2        A   Router name, close angle bracket.
3        Q   Right.
4        A   Yes, I chose that.
5        Q   Okay.  How did you come to choose that?        14:33:09
6        A   Well, there were -- when you have multiple
7   devices on a network, one of the first things you
8   want to know if you're typing at something is to
9   what you are typing at.  So that -- sort of the most
10  aesthetic choice was the -- was the name of the        14:33:51
11  device.
12       And the angle bracket was a nice visual
13  way of terminating -- you know, here's where your
14  type-in begins.  Here's where the prompt ends,
15  here's where the type-in begins.        14:34:19
16       Q   Had you ever seen the angle bracket used
17  as a prompt in any other system?
18       A   I wasn't aware of any generally available
19  host -- general purpose timesharing that actually
20  that was the default, that was the prompt.        14:34:56
21       Q   I'm not sure what you mean by that.
22       But had you ever seen any system that used
23  a close angle bracket as a prompt?
24       A   No.  TOPS-20 used an "at" sign and UNIX
25  used a percent sign.        14:35:19

Page 111

1        Q   And you're not aware of any use of a hash        14:35:22
2   sign as a prompt?
3        A   Not to my recollection.
4        Q   You were familiar with UNIX in the mid
5   1980s, right?        14:36:18
6        A   As a user of UNIX.
7        Q   And -- by the way, are you familiar with
8   Linux?
9        A   Only as a user.
10       Q   When did you first become familiar with        14:36:38
11  Linux?
12       A   With Linux?  I think I first heard mention
13  of it in the late '90s.
14       Q   Did Cisco come up with the nomenclature of
15  calling a mode "privileged," to your knowledge?        14:38:02
16       A   I don't believe -- I don't believe Cisco
17  came up with that terminology.
18       Q   Let me turn to the current set of IOS CLI
19  commands.
20       I don't expect an exact number, but do you        14:38:54
21  know approximately how many IOS CLI commands there
22  are today?
23       A   I would have to guess.  It is a -- it's a
24  very large number.
25       Q   Can you just give me a ballpark?        14:39:15

Page 112

1        A   I believe it's in the low thousands.        14:39:20
2        Q   Do you know if it's more or less than
3   5,000?
4        A   No, I don't.  I've not counted it.  I've
5   not -- I've not counted it, nor have I heard of        14:39:43
6   somebody who has counted how many there are and how
7   many variations there are in total.
8        Q   What is IOS XR?
9        MR. NEUKOM:  Objection.  Asked and
10  answered.        14:40:16
11       THE WITNESS:  IOS XR is a Cisco-developed
12  variant of IOS for the -- for the service provider
13  marketplace.
14  BY MR. FERRALL:
15       Q   Does IOS XR have a different set of CLI        14:40:43
16  commands?
17       A   It has --
18       Q   From IOS, that is.
19       A   It is substantially the same.  There is
20  functionality that exists only for a service        14:41:02
21  provider that has commands that are not contained in
22  the other variants of IOS.
23       Q   What is IOS XE?
24       A   That is a variant of IOS.
25       Q   What's the purpose of that variant?        14:41:27

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    Q   Why did you feel that way?    14:51:39 | 1   BY MR. FERRALL:    14:55:22 |
| 2    A   Because the changes that I had in mind | 2    Q   In what ways does it have value for Cisco? |
| 3   were basically minor tweaks that didn't add value. | 3      MR. NEUKOM: Same objections. |
| 4    Q   Do Cisco customers invest in training to | 4      THE WITNESS: It is the -- it's the look |
| 5   become familiar with Cisco's CLI?    14:52:24 | 5   and feel of Cisco router software.    14:55:38 |
| 6      MR. NEUKOM: Objection. Vague, compound | 6   BY MR. FERRALL: |
| 7   and foundation. | 7    Q   Why is that valuable? |
| 8      THE WITNESS: I have no reason to believe | 8      MR. NEUKOM: Objection. Calls for |
| 9   that they don't. | 9   opinion, and vague. |
| 10   BY MR. FERRALL:    14:52:41 | 10      THE WITNESS: It lets customers know what    14:56:11 |
| 11    Q   Do you know that they do? | 11   they are getting. |
| 12      MR. NEUKOM: Same objections. | 12   BY MR. FERRALL: |
| 13      THE WITNESS: I don't have direct | 13    Q   Can you explain that more? How does a CLI |
| 14   experience with customers' network operations. | 14   command set let customers know what they are |
| 15   BY MR. FERRALL:    14:52:59 | 15   getting?    14:56:37 |
| 16    Q   Well, but you're familiar with the whole | 16    A   There is a -- it's a look and feel that |
| 17   Cisco certification process, aren't you? | 17   long-time customers are familiar with, are |
| 18    A   I know of it. | 18   comfortable with, and it recognizes that this is |
| 19      MR. NEUKOM: Objection. Vague. | 19   a -- this is a Cisco product, not necessarily |
| 20   BY MR. FERRALL:    14:53:13 | 20   somebody else's product.    14:57:24 |
| 21    Q   What is that process? Can you tell me | 21      MR. NEUKOM: Brian, whenever you think is |
| 22   what you know about it? | 22   a good time. I think we've been going about an |
| 23    A   It is a set of training and a | 23   hour. |
| 24   certification that you have understood the training | 24      MR. FERRALL: Okay. Okay. We can take a |
| 25   involved in networking.    14:53:29 | 25   break.    14:58:04 |
|                         Page 118 |                         Page 120 |
| 1    Q   What's Cisco's role in -- strike that.    14:53:35 | 1      THE VIDEO OPERATOR: Going off the record,    14:58:06 |
| 2      What are the levels of certification one | 2   the time is 2:58 p m |
| 3   can get from that training, do you know? | 3      (Recess, 2:58 p m - 3:24 p m.) |
| 4    A   I do not know. | 4      THE VIDEO OPERATOR: Back on the record |
| 5    Q   Have you ever heard of the term CCIE?    14:53:51 | 5   The time is 3:24 p m    15:24:02 |
| 6    A   Yes, I have. | 6   BY MR. FERRALL: |
| 7    Q   What's that? | 7    Q   Mr. Lougheed, when did you first become |
| 8    A   I believe it's Cisco certified Internet | 8   aware of DOS, D-O-S? |
| 9   engineer. I'm not sure. | 9    A   I'd say whose DOS? |
| 10    Q   Do you know what Cisco's role is in    14:54:10 | 10    Q   MS-DOS          15:24:36 |
| 11   determining that certification for a CCIE? | 11    A   MS-DOS? I probably heard about it when |
| 12    A   I'm not familiar with the details of that | 12   IBM announced the IBM PC |
| 13   program. | 13    Q   Do you recall that MS-DOS uses a close |
| 14    Q   Does Cisco itself provide training? | 14   angle bracket as a prompt? |
| 15      MR. NEUKOM: Objection. Vague.    14:54:35 | 15    A   Now that you remind me, it does    15:25:16 |
| 16   BY MR. FERRALL: | 16    Q   Do you think you might have been inspired |
| 17    Q   Training to learn how to use Cisco devices | 17   by that prompt when you chose the close angle |
| 18   and use the CLI? | 18   bracket for Cisco's prompt? |
| 19    A   Not for customers. I don't believe it | 19    A   No I was not a DOS user |
| 20   provides training for customers.    14:54:53 | 20    Q   So it's just a coincidence that you and    15:25:34 |
| 21    Q   Do you think that the Cisco CLI has value | 21   DOS came up with the same prompt, to your knowledge? |
| 22   to Cisco? | 22      MR. NEUKOM: Objection Asked and |
| 23      MR. NEUKOM: Objection. As phrased, calls | 23   answered |
| 24   for opinion. Also, vague and compound. | 24      THE WITNESS: I was not a DOS user I |
| 25      THE WITNESS: Yes, it has value.    14:55:21 | 25   first -- I was not a DOS user    15:26:06 |
|                         Page 119 |                         Page 121 |

31 (Pages 118 - 121)

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 122**

1  MR. FERRALL: Let's mark this as the next   15:26:35
2  exhibit.
3       (Exhibit 38 was marked for identification
4       and is attached hereto.)
5  BY MR. FERRALL:   15:26:37
6  Q  Exhibit 38 is a set of emails between you
7  and Mr. Remaker, among others. It bears control
8  numbers CSI-ANI-00043306.
9  A  Okay. I'd like to read this
10 Q  First let me ask you the question so you   15:27:19
11 know what to look for.
12 A  I will forget the question by the time I'm
13 done reading this.
14 Q  Well, Mr. Lougheed, that's not the way it
15 works, actually. I ask the question and you answer   15:27:28
16 it.
17 A  Okay.
18 Q  If you can't answer it, then you tell me.
19    My only question is, did you send the
20 email that's at the top of Exhibit 38, the one at   15:27:38
21 12-11-2008 at 10:14 p.m.?
22    MR. NEUKOM: Mischaracterizes the document
23 on its face.
24    And I know that Mr. Ferrall would like you
25 to feel comfortable to read the page-and-a-half   15:27:54

**Page 123**

1  document that he's just put in front of you before   15:27:57
2  answering his question.
3     THE WITNESS: Okay. I'll read it.
4     MR. FERRALL: Actually, no, I would like
5  him to answer the question.   15:28:03
6  Q  Are you telling me you can't tell me
7  whether you sent the email?
8     MR. NEUKOM: It's a totally unfair
9  question. The email that he sent would necessarily
10 include everything that follows.   15:28:10
11    If you want him to tell you whether he
12 remembers this or whether he sent it, let him read
13 the document. Come on, Brian.
14    It's a page and a half. We're not talking
15 about him wasting 30 minutes to read a product   15:28:20
16 manual. It's a page-and-a-half email. The witness
17 has said he wants to read it, and we're going to let
18 him read it.
19    THE WITNESS: Okay. I've read it.
20 BY MR. FERRALL:   15:29:28
21 Q  Okay. Did you send this email that's
22 dated December 11, 2008, at 10:14 p.m.?
23 A  I believe I did.
24 Q  Okay. And in the last paragraph of that
25 email, you write, "The percent sign leading a   15:29:41

**Page 124**

1  message indicates that you are looking at an error   15:29:49
2  message. An ancient operating system called TOPS-20
3  used such a convention and I adopted it."
4     Do you see that?
5  A  Yeah, I do see that.   15:29:59
6  Q  Why did you adopt a TOPS-20 convention?
7  A  Of the possibilities that I had, that
8  seemed -- that seemed a reasonable -- to me, it
9  seemed like a reasonable way of doing things
10 Q  Did you get permission from Digital   15:30:32
11 Equipment Company to use that convention?
12    MR. NEUKOM: Objection. Calls for a legal
13 conclusion and misstates prior testimony.
14    THE WITNESS: No, I did not seek
15 permission.   15:30:55
16 BY MR. FERRALL:
17 Q  Have you ever heard of the acronym RIP in
18 the context of networking?
19 A  It typically means routing information
20 protocol.   15:31:18
21 Q  You're familiar with that protocol?
22 A  It's been a while, but yes, I'm familiar
23 with it.
24 Q  Did you make up the acronym RIP for
25 routing information protocol?   15:31:32

**Page 125**

1  A  No, I did not make up that acronym.   15:31:37
2  Q  Did you make up the term "routing
3  information protocol"?
4  A  No.
5  Q  Did you submit an RFC for the routing   15:31:51
6  information protocol?
7  A  No.
8  Q  Do you know who did?
9  A  No, I don't know who did.
10 Q  Did you ever ask permission from the   15:32:25
11 person who made up the term "RIP" for permission to
12 use it, to use that term?
13    MR. NEUKOM: Objection. Foundation,
14 vague, and calls for a legal conclusion.
15    THE WITNESS: There was no one whose   15:32:50
16 permission one could ask.
17 BY MR. FERRALL:
18 Q  Well, I'll tell you, a Mr. Charles Hedrick
19 at Rutgers submitted what I believe to be the first
20 RFC on the routing information protocol.   15:33:05
21    Do you know Mr. Hedrick?
22 A  I do.
23 Q  Did you ever ask him for permission to use
24 the term "RIP"?
25    MR. NEUKOM: Objection. Asked and   15:33:15

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 answered.                              15:33:15
2      THE WITNESS: Mr. Hedrick formally
3 documented an informal standard that was already in
4 use in the industry for a number of years.
5 BY MR. FERRALL:                        15:33:27
6      Q  And what's the significance of that?
7      MR. NEUKOM: Objection. Calls for
8 speculation.
9      THE WITNESS: It wouldn't have occurred to
10 me to ask him for permission.          15:33:47
11 BY MR. FERRALL:
12     Q  I think you testified earlier that you
13 submitted several RFCs for the border gateway
14 protocol, correct?
15     A  Correct.                        15:34:07
16     Q  And your co-author on at least the first
17 such RFC was a Mr. Yakov Rekhter, correct?
18     A  Correct.
19     Q  Was he your co-author on the subsequent
20 submissions, too, do you know?         15:34:31
21     A  Certainly on the second one. I don't
22 recall on the third one. And after that, there were
23 other co-authors.
24     Q  And where does Mr. Rekhter or did
25 Mr. Rekhter work at the time?          15:34:50
                                          Page 126

1      A  He worked for IBM.             15:34:52
2      Q  What was Mr. Rekhter's contribution to the
3 BGP RFC? The first one?
4      A  We were co-designers.
5      Q  Are you able to describe what he        15:35:28
6 contributed as opposed to what you contributed?
7      A  No. We worked closely together.
8      Q  Do you know whether you ever made any
9 declarations to the IETF concerning copyrights that
10 Cisco claimed in any of the language in the first    15:35:57
11 BGP RFC?
12     MR. NEUKOM: Objection. Vague, compound.
13     THE WITNESS: To the best of my
14 recollection, we made no copyright claims in the
15 first BGP RFC.                         15:36:17
16 BY MR. FERRALL:
17     Q  Did Cisco make any disclosures to the IETF
18 regarding copyright claims in any of the BGP RFCs?
19     MR. NEUKOM: Objection. Compound, vague.
20     THE WITNESS: Not to my knowledge.   15:36:35
21 BY MR. FERRALL:
22     Q  Did you ever make a disclosure to the
23 Internet Architecture Board of any intellectual
24 property rights in BGP, to your knowledge?
25     A  To my knowledge --              15:36:57
                                          Page 127

1      MR. NEUKOM: Objection. Compound, vague.   15:37:00
2      THE WITNESS: -- we did not make any such
3 assertions.
4      MR. NEUKOM: And foundation.
5 BY MR. FERRALL:                        15:37:08
6      Q  Did you ever have an agreement with
7 Mr. Rekhter about the right to use any of his
8 contributions to the BGP work that you guys did?
9      MR. NEUKOM: Vague, compound, calls for a
10 legal conclusion --                   15:37:44
11     THE WITNESS: Could you --
12     MR. NEUKOM: -- and mischaracterizes prior
13 testimony.
14     THE WITNESS: Could you repeat the
15 question, please?                      15:37:59
16 BY MR. FERRALL:
17     Q  Sure. I'll ask a slightly different
18 question.
19     Did you ever ask permission from
20 Mr. Rekhter to use any of his contributions to the   15:38:09
21 BGP project?
22     MR. NEUKOM: Objection. Vague, compound,
23 calls for a legal conclusion.
24     THE WITNESS: We did not seek permission
25 from one another for our individual contributions.   15:38:26
                                          Page 128

1 BY MR. FERRALL:                        15:38:30
2      Q  Okay. IBM didn't ask you for permission,
3 either, correct?
4      A  No.
5      Q  One of the CLI terms in this case is the    15:39:20
6 term "IP address."
7      Are you familiar with that?
8      A  I'm familiar with the command expression
9 "IP address."
10     Q  Did you come up with the phrase "IP      15:39:33
11 address"?
12     A  When Cisco came out of Stanford, we were
13 shipping an IP -- an Internet protocol only router.
14 And there was a command "address" that took some
15 arguments.                            15:40:12
16     And after -- after a while, we started
17 adding other protocols to the software. The first
18 one was "DECnet." And since "address" was already
19 taken to refer to IP functionality, Internet
20 protocol functionality, we came up with "DECnet     15:40:44
21 address," and then had a DECnet address after it.
22     That "DECnet address" command could have
23 very well have said "address," and then DECnet
24 addresses look different than IP addresses, and we
25 could have had the software figure out which type of   15:41:11
                                          Page 129

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 address we were referring to. But we chose "DECnet    15:41:13
2 address."
3        It became clear that much more -- that we
4 were becoming a multi-protocol router. We were
5 adding other protocols into the box, into the    15:41:27
6 software.
7        And I had -- I value -- I value the
8 aesthetic of having a symmetric-looking command line
9 expression, symmetric hierarchy. It was clear we
10 were heading towards a hierarchy.    15:41:52
11       So at some point after DECnet and perhaps
12 a few other protocols to make things look very
13 similar, we started prefacing our IP-only commands
14 with "IP." And that gave a very -- what I thought
15 was a very elegant, symmetric, elegant way of    15:42:16
16 referring to different protocols within a
17 multi-protocol router.
18       So that is the history of the "IP address"
19 command.
20     Q Okay. My question was simpler. I    15:42:36
21 appreciate that answer. But my question was a
22 little simpler than that, but let me ask it a
23 different way.
24     **You had heard of the term "IP address"**
25 **before you joined Cisco, hadn't you?**    15:42:51
Page 130

1        MR. NEUKOM: Objection. Vague and asked    15:42:59
2 and answered.
3      **THE WITNESS: I suppose I had. When one**
4 **is talking about different networking protocols, one**
5 **needs to clarify which networking protocol one is**    15:43:10
6 **talking about. So it was probably terminology that**
7 **was in the air.**
8 BY MR. FERRALL:
9     Q Does the same go for "IP host," also? You
10 had heard that before you joined Cisco?    15:43:29
11       MR. NEUKOM: Objection. Misstates prior
12 testimony.
13       THE WITNESS: The original form of the
14 "host" command was just "host command." It was
15 another one that had to distinguish, in a    15:43:41
16 multi-protocol world, in a multi-protocol piece of
17 software, what you were talking about.
18       It would have looked very odd in a
19 multi-protocol router that there was one protocol
20 that wasn't prefaced by a -- some descriptive    15:44:03
21 keyword.
22 BY MR. FERRALL:
23     Q Following up on that, the purpose of your
24 use of "IP" as the first keyword in that command "IP
25 host" was to distinguish the protocol that it's    15:44:33
Page 131

1 referring to?    15:44:36
2     A That was the aesthetic choice I made.
3       MR. NEUKOM: Objection. Mischaracterizes
4 prior testimony.
5       THE WITNESS: There were many possible    15:44:49
6 ways of doing it. As I indicated, I could perhaps
7 take a look at an address and then infer what it
8 was. But that was not the choice that I made at the
9 time.
10 BY MR. FERRALL:    15:45:07
11     Q What were the alternative commands that
12 you considered for "IP host"?
13     A "Name." "Name" was certainly one of the
14 possible candidates. "Network system" or
15 "system" -- there are many, many words that one    15:45:51
16 could use to refer to all sorts of different things.
17     Q Okay. But now you're talking about
18 alternatives for the word "host," right?
19     A Um-hum.
20     Q Okay. You didn't -- you're not the first    15:46:08
21 one to use the word "host," are you?
22     A No.
23     Q I mean, "host" had been used for -- well
24 before you joined Cisco to refer to a computer host.
25 It's a conventional term, right?    15:46:29
Page 132

1        MR. NEUKOM: Objection. Vague, compound,    15:46:31
2 foundation, and calls for opinion testimony.
3        THE WITNESS: It was one of the
4 possibilities that I had -- that I had.
5 BY MR. FERRALL:    15:46:46
6     Q And "host" was the term that was used in
7 the commands in the software that came from
8 Stanford; is that right?
9        MR. NEUKOM: Objection. Mischaracterizes
10 prior testimony.    15:47:13
11       THE WITNESS: I had implemented the "host"
12 command while I was at Stanford.
13 BY MR. FERRALL:
14     Q Okay. And what did you -- so did you
15 decide to use the word "host" for the command on the    15:47:27
16 software you worked at while you were employed by
17 Stanford?
18       MR. NEUKOM: Objection. Vague.
19       THE WITNESS: Could you restate that
20 question?    15:47:50
21 BY MR. FERRALL:
22     Q Sure.
23       For the software that -- strike that.
24       For the gateway TIP software that you
25 worked on while you were employed at Stanford, was    15:48:02
Page 133

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 interface, and it would -- as a packet that was          16:12:12
2 being sent -- sent out that interface, it could
3 either be permitted or denied going through that
4 interface.
5       Those were the two original uses of the          16:12:29
6 "access list" command expression.
7    Q  Do you believe that you coined the term
8 "access list"?
9    A  It was my choice to use that description.
10   Q  Well, I'm asking you if you coined that          16:12:56
11 term, or had you ever heard that term before in the
12 context of networking?
13      MR. NEUKOM:  Objection.  Vague, compound,
14 asked and answered.
15      THE WITNESS:  I do not believe that I had          16:13:13
16 heard the term before.
17 BY MR. FERRALL:
18   Q  Had you heard the term "IP access group"
19 before?
20   A  Yes.                           16:13:25
21   Q  Who coined that term, to your knowledge,
22 do you know?
23   A  I did.
24   Q  Under what circumstances?  Or for what
25 purpose, I should say?                       16:13:39

Page 142

1    A  I don't remember the exact details, but it          16:13:52
2 is -- either assigns an access list to an interface
3 or -- I think it assigns an interface to a -- an
4 access list to an interface.  I believe it's access
5 class or something like that assigns it to an          16:14:07
6 interface or to a line number.
7    Q  The term "domain name" is not a term that
8 you made up, is it?
9    A  No, I didn't make -- I -- no, I did not.
10   Q  "Domain name" is a term that goes back to          16:15:38
11 the ARPANET, actually.  Are you aware of that?
12      MR. NEUKOM:  Objection.  Foundation.
13      THE WITNESS:  I would be unsurprised if it
14 went back that far.
15      Are you referring to ARPANET protocols or          16:16:02
16 ARPANET network?
17 BY MR. FERRALL:
18   Q  The ARPANET network.
19   A  I believe the concept was introduced while
20 the ARPANET network was still running.          16:16:15
21   Q  What about the words "domain lookup"?  Did
22 you coin that term "domain lookup"?
23      MR. NEUKOM:  Objection.  Vague.
24      THE WITNESS:  It's a parallel construction
25 to terms like "address lookup" or "host lookup" or          16:16:52

Page 143

1 the like, or "database lookup" or...          16:16:59
2 BY MR. FERRALL:
3    Q  Did you coin the term "domain lookup"?
4    A  I decided to use that as a command
5 expression within the software, yes.          16:17:21
6    Q  I'll ask the question one more time.  I'm
7 asking you if you coined the term "domain lookup."
8      MR. NEUKOM:  Objection.  Asked and
9 answered and vague.
10      THE WITNESS:  I did not.          16:17:43
11 BY MR. FERRALL:
12   Q  Do you know who did?
13   A  No idea.
14   Q  When was -- to your knowledge, when was
15 the term "routing" ever used in conjunction with the          16:18:41
16 Internet protocol?
17      MR. NEUKOM:  Objection.  Vague and
18 foundation.
19      THE WITNESS:  I don't know when the term
20 "routing" was used.          16:19:05
21 BY MR. FERRALL:
22   Q  Were people in the field talking about
23 routing in connection with IP before you joined
24 Cisco?
25      MR. NEUKOM:  Objection.  Vague, compound.          16:19:24

Page 144

1      THE WITNESS:  Yes          16:19:27
2 BY MR. FERRALL:
3    Q  Tell me what, if anything, was creative
4 about your decision to use the term "IP routing" as
5 a CLI command          16:19:51
6      MR NEUKOM:  Objection  Calls for opinion
7 testimony
8      THE WITNESS:  At Stanford where we had
9 terminal servers and gateways in the same software,
10 there were times when it was convenient -- just          16:20:26
11 because something had multiple interfaces, it could
12 still perhaps be a terminal server  So I needed a
13 way of turning off, disabling routing functionality
14      And I used the command -- I chose the
15 keyword -- configuration keyword command expression          16:21:07
16 "routing "  Then "no routing" would turn off routing
17 functionality in whatever software was running at
18 the time despite its hardware configuration
19      And then later on at Cisco, to keep the --
20 keep the form of the hierarchy of commands, we added          16:21:35
21 the -- we added our choice of -- we added "IP" in
22 front of it because you could potentially turn off
23 other sorts of routing, or at least that was the --
24 that was the -- that was a possibility for other
25 network protocols          16:22:02

Page 145

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 product was built by one company, to use your words?    16:31:31
2    A  Well, that was the belief of the
3 engineers.
4    Q  I'm asking you to explain why you believe
5 that.    16:31:52
6    A  It's an opinion of mine. I have no -- did
7 not have evidence for it at the time.
8    Q  What is the alternative or alternatives to
9 the framework for the hierarchy you described?
10    MR. NEUKOM: Objection. Vague and    16:32:33
11 compound, calls for speculation.
12    THE WITNESS: So I don't have experience
13 with other vendors' interfaces for routers and
14 networking devices. I have only had descriptions
15 from others of styles of interfaces.    16:33:01
16    We had a competitor named Wellfleet that
17 attempted to introduce a user interface that, as it
18 was described to me, was typing in ASN.1 notation as
19 defined in the SNMP protocol for retrieving and
20 setting information.    16:33:27
21    An ASN.1 notation is numbers and --
22 numbers and decimal points.
23    My understanding is that it was not
24 popular with customers. But it was a way of
25 managing a system.    16:33:52
Page 150

1 BY MR. FERRALL:    16:34:00
2    Q  Are you aware of any other CLI command
3 sets that are arranged hierarchically?
4    A  No, I'm not.
5    Q  Were you aware of any -- prior to your --    16:34:16
6 strike that.
7    Prior to your joining Cisco, were you
8 aware of any operating systems that used multi-word
9 commands?
10    MR. NEUKOM: Objection. Vague.    16:34:39
11    THE WITNESS: I was not aware of any
12 router or switch products that had such things.
13 BY MR. FERRALL:
14    Q  Well, were you aware of any operating
15 systems that used multi-word commands?    16:34:53
16    MR. NEUKOM: Objection. Asked and
17 answered.
18    THE WITNESS: Yes.
19 BY MR. FERRALL:
20    Q  What examples were you aware of?    16:35:04
21    A  Of operating systems that had multi-word
22 commands? I was most familiar with UNIX and
23 TOPS-20.
24    Q  Any others?
25    A  I had the vague impression that VMS had    16:35:27
Page 151

1 such things.    16:35:35
2    Q  Prior to your joining Cisco, were you
3 aware of any operating systems that had two or more
4 commands that began with the same first word?
5    MR. NEUKOM: Objection. Vague.    16:36:02
6    THE WITNESS: Two or more commands that
7 began with the same word. I can't recall any.
8    MR. FERRALL: Let's mark this as the next
9 exhibit.
10    (Exhibit 39 was marked for identification    16:48:10
11    and is attached hereto.)
12 BY MR. FERRALL:
13    Q  Exhibit 39 is a document entitled "Cisco's
14 Response to Arista's Interrogatory No. 16 amended
15 Exhibit D-1 (IOS Release 11.0)."    16:37:09
16    And I assume, Mr. Lougheed, that you
17 haven't seen the cover page, but tell me if you've
18 seen any of the inside to Exhibit 39.
19    A  I've not seen the inside of this.
20    Q  You've never seen these images?    16:37:35
21    A  I don't recall having seen them before.
22    Q  Okay. So if you look at -- if you go a
23 couple of pages in, let's just take an example of
24 the "clear" command set --
25    A  I'd like to page through the rest of this    16:38:14
Page 152

1 before I offer a --    16:38:18
2    MR. NEUKOM: Which page are you currently
3 looking at, Brian?
4    MR. FERRALL: The page that begins with
5 the "clear" command. It's number 5, I guess. I    16:38:24
6 didn't realize there were pages on here.
7    MR. NEUKOM: Mr. Simmons has helpfully
8 reminded me that we've now been on the record for an
9 hour and 15 minutes. I'm open-minded on timing, but
10 when we get to a good spot, it would be nice to take    16:38:49
11 a short break.
12    MR. FERRALL: Okay. Let me just finish
13 some questions about this.
14    THE WITNESS: Okay. I've scanned it
15 briefly.    16:39:32
16 BY MR. FERRALL:
17    Q  Okay. If you could turn to page 5, which
18 is where the "clear" command set begins.
19    Are you there?
20    A  Yes, I am.    16:39:39
21    Q  Okay. At Cisco, do you have a terminology
22 for the different levels of the hierarchy?
23    A  No, no particular terminology for the
24 hierarchy. There would be a top level command, top
25 level commands and sub commands.    16:40:14
Page 153

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q  So in this case, there's a command, for          16:40:25
2  example, "clear ARP-cache," right?
3  A  Yes.
4  Q  In that command, is that the ARP cache
5  that's being cleared?          16:40:55
6  A  I believe that command clears -- clears
7  all address resolution caches.  There's more than
8  one address resolution protocol in the system, or at
9  least there was when we were a primarily
10  multi-protocol router.          16:41:19
11  Q  Okay.  If you go to page 6, the next page,
12  now, for this, "interface Ethernet," is that a
13  hierarchy?
14  A  It is --
15  MR. NEUKOM: Objection.  Calls for opinion          16:42:27
16  testimony.
17  THE WITNESS:  It is the leading element of
18  a hierarchy.
19  One of the choices that I made at Stanford
20  actually in introducing the "interface" command was          16:42:49
21  that it assumed a block structure where I could say
22  things like "interface Ethernet zero," and then I
23  could say -- I could have a bunch of -- at Stanford
24  I had a bunch of what we called interface sub
25  commands that would follow on subsequent lines.          16:43:17

Page 154

1  I could very well have made the choice to          16:43:21
2  write that as, on one line, for example, "interface
3  Ethernet zero address," an IP address, a subnet
4  mask, and you would have a hierarchy of
5  configuration stuff.          16:43:44
6  Going outside into Cisco, you could have
7  "interface Ethernet zero." I could have "IP" and
8  then a bunch of IP keywords after that.  I could
9  have "interface Ethernet zero DECnet" and have a
10  bunch of DECnet keywords underneath that.  And that          16:44:00
11  would very clearly demonstrate a hierarchy.
12  I made the aesthetic choice of saying --
13  of turning the word "interface" -- which I could
14  have chosen something like "IF" or "net-in" or
15  something like that, but I chose "interface" -- I          16:44:23
16  like writing words out -- I chose as a typing
17  shorthand to say this is the front end of all -- of
18  the hierarchy for all the rest of these commands.
19  So this does -- it is a hierarchy,
20  especially in the Cisco multi-protocol world that it          16:44:47
21  evolved into.
22  BY MR. FERRALL:
23  Q  So I'm trying to understand the nature of
24  your hierarchy.
25  You said, for example, you could have used          16:45:50

Page 155

1  "IF" instead of "interface."          16:45:51
2  A  It was just an example of choice of --
3  choice of word.
4  But under discussion was rather what was a
5  hierarchy here.  And these are the -- "interface"          16:46:05
6  with an argument after it is the first part of a
7  hierarchy.
8  You could draw this in a tree shape, and
9  it would be -- the hierarchy would be very obvious.
10  Q  So is it still -- would it still be using          16:46:36
11  your hierarchy if this command were "IF Ethernet"?
12  MR. NEUKOM: Objection.  Calls for
13  speculation, vague.
14  THE WITNESS:  There's many other pieces to
15  the -- there are many other pieces to the hierarchy.          16:47:00
16  This is -- I was aiming for a hierarchical,
17  symmetric, aesthetically pleasing set of
18  configuration command expressions.
19  BY MR. FERRALL:
20  Q  Tell me about -- what's aesthetically          16:47:28
21  pleasing about this command expression "interface
22  Ethernet"?
23  MR. NEUKOM: Objection.  Calls for opinion
24  testimony.
25  THE WITNESS:  This is a command fragment.          16:47:44

Page 156

1  This is the leading part of a command.  There's more          16:47:45
2  to it than this.
3  MR. NEUKOM: Brian, I think at this point
4  we're coming up on an hour and a half.  Do you mind
5  if we take a short break?          16:48:05
6  MR. FERRALL: Well, let me just ask one
7  more question.
8  Q  If you go back to the "clear" example on
9  page 5, am I right that your conception of a
10  hierarchy for this command would still be          16:48:38
11  implemented even if the "clear" keyword command were
12  changed to something else like "white"?  Is that
13  right?
14  MR. NEUKOM: Objection.  Vague, compound,
15  hypothetical, calls for opinion testimony.          16:49:04
16  THE WITNESS:  Are you asking if I could
17  have chosen another word besides "clear"?
18  BY MR. FERRALL:
19  Q  No.  I'm asking if you're -- another way
20  of asking it is does the concept of your hierarchy          16:49:18
21  depend upon the selection of the first word, or is
22  it independent of that?
23  MR. NEUKOM: Objection.  Vague, calls for
24  speculation and opinion testimony.
25  THE WITNESS:  There is a limited set of          16:49:48

Page 157

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 what we could call perhaps top-level keywords,      16:49:49
2 and -- that refer to configurable entities in the
3 software, in the system, that are often analogous.
4       And when you have a situation like that,
5 developing a hierarchy is a way of managing complex   16:50:18
6 entities that have many similarities and a few
7 differences.
8 BY MR. FERRALL:
9       Q  I'm sorry.  I've got to ask the question
10 again.  If you can't answer it, tell me you can't    16:50:46
11 answer it.  But here's my question:
12       In this example on page 5 of Exhibit 39,
13 does your concept of the hierarchy depicted here
14 depend upon the choice of the first keyword?
15       MR. NEUKOM:  Objection.  Mischaracterizes    16:51:08
16 the document and the witness's prior testimony,
17 vague, and calls for speculation and asked and
18 answered.
19       THE WITNESS:  I do not believe I can
20 improve on my answer at this point.                  16:51:20
21 BY MR. FERRALL:
22       Q  Okay.  So you couldn't tell me -- if I
23 used a different first keyword, could you tell me
24 whether I'm using your hierarchy idea or not?
25       MR. NEUKOM:  Same objections.                16:51:38

Page 158

1       And we'll take a break after the witness    16:51:47
2 answers this question
3       THE WITNESS:  I've answered the question
4 to the best of my ability
5 BY MR. FERRALL:                                      16:52 03
6       Q  Well, I'm entitled to an answer to this
7 one, not a reference to some past answer  So listen
8 to the question
9       Can you tell me, if I used a different
10 keyword instead of "clear" on page 5 of Exhibit 39,  16:52:14
11 would I still be using your concept of a hierarchy?
12       MR NEUKOM:  Same objections
13       And we're about five questions beyond the
14 one question you asked for before a break
15       THE WITNESS:  There is -- there's the       16:52:46
16 abstract concept of a hierarchy, and I -- I
17 basically don't understand what you're getting at
18 I've answered the question to the best of
19 my ability
20       MR FERRALL:  Okay  All right  Let's go      16:53:22
21 off the record
22       THE VIDEO OPERATOR:  Going off the record,
23 the time is 4:53 p m
24       (Recess, 4:53 p m  - 5:13 p m )
25       THE VIDEO OPERATOR:  Back on the record      17:07:48

Page 159

1 The time is 5:13 p.m.                                17:13:27
2       (Exhibit 40 was marked for identification
3       and is attached hereto.)
4 BY MR. FERRALL:
5       Q  Okay.  We just marked as Exhibit 40 an    17:13:32
6 email bearing control numbers CSI-CLI-00746398.  It
7 appears to be between you and a Craig Fox, among
8 others.
9       And I guess my only question for you,
10 Mr. Lougheed, is do you have any reason to believe   17:13:57
11 that you didn't send this email that's Exhibit 40?
12       A  It looks like I sent it.  I have not had a
13 chance to read it.
14       Q  Are you on the Parser Police mailing list?
15       MR. NEUKOM:  Objection.  Vague.              17:14:36
16       THE WITNESS:  At one point I was.
17 BY MR. FERRALL:
18       Q  For what period of time were you on that
19 mailing list?
20       A  I don't -- I don't remember a time period,  17:14:56
21 but it has been many years since I have been on that
22 mailing list.
23       Q  Are you on the Fellows mailing list?
24       MR. NEUKOM:  Objection.  Vague.
25       THE WITNESS:  I'm on -- I've been on         17:15:32

Page 160

1 various mailing lists that have included Cisco       17:15:33
2 Fellows.
3 BY MR. FERRALL:
4       Q  Can you tell me which ones those are, to
5 the best of your knowledge?                          17:15:44
6       A  To the best of my knowledge, there was
7 a -- an older mailing list called Fellows@cisco.com.
8 More recently there's the mailing list called
9 DE-Fellows-Meeting-Attendees.
10       Q  And you've been on both of those?          17:16:05
11       A  Yes.
12       Q  I don't have any other questions about
13 that.
14       A  Okay.  I rather liked what I wrote.
15       Q  Tell me what a loopback is.  Are you      17:16:35
16 familiar with that term?
17       A  It's a term -- I believe it originated in
18 electronics, certainly in pieces of hardware, where
19 you can take the output signal of a device and put
20 it into -- to input and see if it receives it        17:17:18
21 correctly.
22       It tests the internal state machine of
23 whatever entity you're testing.
24       Q  When did you first hear it used in the
25 networking context?                                  17:17:35

Page 161

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 command "clear" that blanks a screen. I'm not aware    17:47:22
2 of any operating system that uses "clear" in the
3 sense that the Cisco CLI uses "clear."
4 BY MR. FERRALL:
5    Q   Tell me about the creative process that    17:47:57
6 went into your selection of the word "clear" as the
7 first keyword in these commands.
8       MR. NEUKOM: Objection. Vague and
9 compound.
10       THE WITNESS: I needed some way of    17:48:19
11 resetting or clearing data structures in the box,
12 something that's very useful in the debugging of --
13 that sort of action is very useful in debugging
14 software, correcting problems in a running system
15 and the like.    17:48:53
16       And "reset" or "clear" or "zero" or
17 "restart" certainly could have been possibilities.
18 It was a very generically simple example. It was
19 another sort of generic activity of I wanted to
20 clear or reset some data structures. And that    17:49:20
21 one -- I don't recall, but I suspect that one seemed
22 reasonable and came to mind.
23 BY MR. FERRALL:
24    Q   Do you recall why you selected the word
25 "clear"?    17:49:47

Page 174

1    A   It seemed -- it seemed aesthetically    17:49:52
2 pleasing to me. It was something that was
3 descriptive of an action that I wanted to take that
4 was a fairly generic action, a fairly common action.
5    Q   What does "banner MOTD" mean?    17:50:47
6    A   MOTD is message of the day.
7    Q   Did you make up that acronym?
8    A   No, I did not.
9    Q   Who did?
10    A   I don't know.    17:51:07
11    Q   Did you coin the term "banner" as an
12 operating system command?
13       MR. NEUKOM: Objection. Vague.
14       THE WITNESS: I simply implemented the
15 command.    17:51:37
16 BY MR. FERRALL:
17    Q   Are you aware of operating systems in
18 existence before you joined Cisco that used the
19 command "banner"?
20    A   I don't recall any at this point.    17:51:52
21    Q   When did you come up with the command
22 "banner MOTD"?
23    A   The command that came first was just
24 "banner," and its function was to print a vacant
25 terminal message on a terminal and to apply some    17:52:26

Page 175

1 jitter in the positioning so that it wouldn't burn    17:52:31
2 in those letters in the -- in one spot in the
3 terminal.
4       Then I think after we left Stanford --
5 actually, I'm not clear when the MOTD was    17:52:55
6 implemented. I suspect it was after I left
7 Stanford, but I'm not -- my memory is not clear on
8 that.
9    Q   So to be clear, you're not saying that you
10 came up with the term "banner" as a command, are    17:53:15
11 you?
12       MR. NEUKOM: Objection. Misstates prior
13 testimony, vague.
14       THE WITNESS: I implemented certain
15 functionality that I triggered with that    17:53:26
16 configuration command.
17 BY MR. FERRALL:
18    Q   I'm going to ask the question again.
19       Are you saying that you came up with the
20 term "banner" as a command?    17:53:38
21       MR. NEUKOM: Same objections.
22       THE WITNESS: That was a choice that I
23 made.
24 BY MR. FERRALL:
25    Q   You borrowed it from another operating    17:53:55

Page 176

1 system, didn't you?    17:53:57
2       MR. NEUKOM: Objection. Asked and
3 answered.
4       THE WITNESS: I have no memory of
5 borrowing it.    17:54:05
6 BY MR. FERRALL:
7    Q   Okay. Do you have a memory of the
8 creative process whereby you decided on "banner" as
9 a command?
10    A   I don't remember the details.    17:54:21
11       (Exhibit 42 was marked for identification
12       and is attached hereto.)
13 BY MR. FERRALL:
14    Q   We've marked as Exhibit 42 another excerpt
15 of code that we've reformatted. It bears control    17:54:43
16 numbers CSI-CLI-01108326.
17       MR. NEUKOM: Counsel, I take it this is a
18 printout of a file or a document that was produced
19 with an AEO designation.
20       MR. FERRALL: Right.    17:55:02
21       MR. NEUKOM: Okay. So we're going to mark
22 the witness's copy and we'll ask that all copies in
23 the room be marked by hand with the phrase "Highly
24 Confidential - AEO."
25 ///    17:55:10

Page 177

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BY MR. FERRALL:                              17:55:19
2    Q   Mr. Lougheed, this is a document that
3  appears to be your work, according to the copyright
4  notice on the front.
5        Do you see that?               17:55:29
6    A   Yes, I see that.
7    Q   Okay. Do you know when -- do you
8  recognize it?
9    A   Yes, I do.
10   Q   What is it?                    17:55:36
11   ████ █ ████████████████ ██
12
13   ██████
14   Q   And when did you compose what's
15  Exhibit 42?                         17:56:02
16   A   Is there a question?
17   Q   Yes. I asked when did you compose
18  Exhibit 42?
19   A   Apparently June of 1985.
20   Q   And you were employed by Stanford at that   17:56:28
21  time, right?
22   A   Correct.
23   Q   We had talked earlier about the ARP,
24  address resolution protocol.
25       Do you remember that?          17:56:57

Page 178

1    A   Yes.                          17:56:58
2    Q   Okay.
3    A   I remember you asked questions about that.
4    Q   Are you familiar with there being a
5  provision for time-outs in the ARP protocol?   17:57:15
6        MR. NEUKOM: Objection. Vague and
7  compound.
8        THE WITNESS: There is the -- ARP entries
9  can become stale. If you unplug the computer or you
10  move the computer somewhere else or you replace the   17:57:43
11  network interface, entries will become stale.
12  Implementing a time-out is a way of making sure the
13  cache isn't stale.
14  BY MR. FERRALL:
15   Q   Are you aware of there being a provision   17:58:10
16  for time-outs in the RFC for ARP?
17       MR. NEUKOM: Objection. Vague and
18  compound, asked and answered.
19       THE WITNESS: I'm not -- I don't remember
20  such language right now.                17:58:38
21  BY MR. FERRALL:
22   Q   Did you create the term "distance BGP"?
23   A   Yes.
24   Q   How did you come up with that term?
25   A   The Cisco IOS started supporting multiple   17:59:11

Page 179

1  interior routing protocols. And customer networks,   17:59:19
2  especially in the early days when they were attached
3  to the -- they had campus networks running one
4  routing protocol, they'd be attached to the NSFNET
5  backbone as well running a different routing   17:59:39
6  protocol.
7        And since routing protocols would give
8  incommensurate metrics, metrics that could not be
9  compared, I developed a concept of distance that
10  says if one routing protocol says it knows a route   18:00:08
11  to one destination and another routing protocol says
12  it knows a route to that same destination, which --
13  the routing protocol with the smallest
14  administrative distance would be the one that would
15  be entered into the routing table.   18:00:24
16       And so that was the problem, and my
17  solution was the administrative distance mechanism
18  that I described.
19       And when I implemented BGP, that was a
20  natural extension to include for BGP as well to be   18:00:49
21  able to configure an administrative distance to
22  determine the believability of BGP.
23       If no routing protocol -- if only one
24  routing protocol knew the destination, you would
25  believe that. If there are two or more,   18:01:10

Page 180

1  administrative distance was the tie-breaker.   18:01:16
2    Q   Sorry. I'm going to jump back to ARP.
3        There's a term you use associated with
4  ARP, "ARP cache." We talked about that earlier in
5  looking at one of the "clear" commands, right?   18:01:52
6        Where did the term "ARP cache" come from?
7    A   The cache is a -- logically a list of
8  items. An ARP cache would be a list of ARP requests
9  that have been satisfied, including their MAC
10  addresses and how long since the last time we'd seen   18:02:37
11  a -- the router had seen an ARP request go by for
12  that particular source address.
13       That sort of computer science concept of a
14  cache is found all over.
15   Q   One of the commands that is indicated that   18:03:14
16  you authored is the command "boot system."
17       Had you ever heard someone use the words
18  "boot system" together before you joined Cisco?
19       MR. NEUKOM: Objection. Vague.
20       THE WITNESS: I had heard phrases like   18:03:45
21  "boot the system up," "reboot the system," "reload
22  the system," "start the system," "restart the
23  system."
24       (Exhibit 43 was marked for identification
25       and is attached hereto.)        16:48:10

Page 181

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 182**

1 BY MR. FERRALL:                         18:04:06
2     Q  We've marked as Exhibit 43 a document
3 entitled "DECbrouter 90 Products Configuration and
4 Reference Volume 2." It bears control numbers
5 CSI-ANI-00081683 to 81683.000344.        18:04:25
6         Have you ever seen Exhibit 43 before?
7     A  No.
8     Q  According to the metadata of this
9 document, you are the custodian.
10        Do you have any idea why that's the case?  18:05:03
11    A  No, I don't.  I haven't seen it before.
12    Q  Let me turn to another question.
13        Were you -- have you ever tracked the
14 extent to which other companies have used Cisco CLI
15 commands?                                18:05:45
16    A  No, I have not.
17    Q  Are you aware of other companies using
18 Cisco CLI commands?
19    A  I'm aware of Arista using Cisco CLI
20 commands.                                18:06:07
21    Q  Are you aware of any other company using
22 Cisco CLI commands?
23    A  No, I'm not.
24    Q  When did you first become aware of Arista
25 using Cisco CLI commands?                 18:06:16

**Page 183**

1     A  When Cisco announced the -- actually, it  18:06:22
2 was in the Mercury News in the morning, and then
3 later through internal email at Cisco.
4     Q  When the suit was filed?
5     A  When the suit was filed.             18:06:38
6     Q  Okay.  Not before?
7     A  Not before.
8     Q  Did you have any involvement in the
9 litigation between Cisco and Huawei?
10    MR. NEUKOM:  That's a "yes" or "no" due to  18:06:49
11 privilege concerns.
12    THE WITNESS:  No, I was not involved with
13 Huawei.
14 BY MR. FERRALL:
15    Q  Are you able to -- sorry.  Strike that.  18:07:26
16        Were you involved at all in composing any
17 of the commands that begin with "AAA"?
18    A  No.
19    Q  Can you tell me how the "clock set"
20 command was composed?                     18:08:07
21    A  No, I cannot.  I wasn't involved.
22    Q  Can you tell me how any of the IPv6
23 commands were composed?
24    A  Yes.
25    Q  Which ones?                         18:08:30

**Page 184**

1     A  IPv6 address  IPv6 route            18:08:37
2     Q  What was your role in composing IPv6
3 address?
4     A  I was creating a prototype IPv6
5 implementation                           18:09:03
6     Q  Did you come up with that command, "IPv6
7 address"?
8     A  Yes
9     Q  When did you do that?
10    A  I believe it was 1996               18:09:21
11    Q  Did you work with anyone else on that?
12    A  Yes
13    Q  Who?
14    A  Dino Farinacci and Rand Atkinson, and
15 later Pedro Marquez                       18:09:42
16    Q  The other one you said was IPv6 route?
17    A  That may have been Dino
18    MR. FERRALL:  Let me go off the record for
19 a second
20    THE VIDEO OPERATOR:  Going off the record,  18:10:11
21 the time is 6:10 p m
22    (Recess, 6:10 p m - 6:11 p m )
23    THE VIDEO OPERATOR:  Back on the record
24 The time is 6:11 p m
25 ///                                      18:11:34

**Page 185**

1 BY MR. FERRALL:                          18:11:36
2     Q  Did you compose the command "timers basic
3 RIP"?
4     A  I believe I did.
5     Q  Prior to your joining Cisco, are you    18:11:55
6 familiar with any commands that use the word
7 "timers"?
8     MR. NEUKOM:  Objection.  Vague.
9     THE WITNESS:  No, I was not aware of any
10 operating system, general purpose or network       18:12:13
11 specific, that used -- had a "timers" command.
12 BY MR. FERRALL:
13    Q  How did you come up with the command
14 "timers basic RIP"?  Describe that creative process
15 for me.                                   18:12:30
16    A  There developed a need or a desire to
17 change some of the fundamental timing constants
18 of -- I think first was the IGRP routing protocol,
19 and I implemented a command that allowed those
20 timers to be user-configured.             18:12:59
21        And later on I or someone else extended
22 that to the RIP timers so customers could speed up
23 or slow down the pulse of routing updates.
24    Q  And when did that occur?
25    A  1988 or 1989.                        18:13:36

47 (Pages 182 - 185)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q  How did you choose the term -- the words    18:13:39
2  "timers basic" for this function?
3    A  I don't remember where "basic" came from.
4  But using the keyword "timers" was my -- was my
5  introduction, was my creation.    18:14:00
6    MR. NEUKOM:  Counsel, I believe we're now
7  beyond seven hours.
8    MR. FERRALL:  Okay.  Well, I -- given
9  Mr. Lougheed's tenure at Cisco, I thank him for his
10  time, but I will say I think we deserve some more    18:14:22
11  time with him.
12    But I understand seven hours is up and
13  you're going to say enough is enough for today I
14  take it; is that right?
15    MR. NEUKOM:  Certainly for today for the    18:14:31
16  sake of the witness.  And we will respectfully
17  disagree with the idea that counsel needs more than
18  seven hours --
19    MR. FERRALL:  Okay.
20    MR. NEUKOM:  -- needs more than today.    18:14:41
21  But we can discuss that for another day.
22    In the meantime, I should note for the
23  record the witness reserves the right to review the
24  transcript and make corrections.
25    Brian, I'm not sure I did that for    18:14:51

Page 186

1  Mr. Tjong.  If you're okay with it, I'd like to just    18:14:53
2  do a stipulation across the case that both sides
3  have the 30-day review and errata right for all
4  transcripts regardless whether counsel puts it on
5  the record at the depo as a two-way street.    18:15:04
6    MR. FERRALL:  That's fine.  I thought it
7  existed as a matter of procedure anyway.  So that's
8  fine.
9    MR. NEUKOM:  I hope you're right, but glad
10  to have the stipulation, even if it's unnecessary.    18:15:17
11    MR. FERRALL:  Okay.
12    MR. NEUKOM:  Thanks very much.
13    THE VIDEO OPERATOR:  This concludes
14  today's videotaped deposition of Mr. Kirk Lougheed.
15  We're off the record at 6:15 p.m.  Thank you.    18:15:25
16    (TIME NOTED:  6:15 p.m.)
17    --o0o--
18
19
20
21
22
23
24
25

Page 187

8    I, KIRK LOUGHEED, do hereby declare under
9  penalty of perjury that I have read the foregoing
10  transcript; that I have made any corrections as
11  appear noted, in ink, initialed by me, or attached
12  hereto; that my testimony as contained herein, as
13  corrected, is true and correct.
14    EXECUTED this _____ day of _____,
15  2015, at _____, _____.
16    (City)        (State)
17
18
19    _____
20    KIRK LOUGHEED
21
22
23
24
25

Page 188

1    I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12    Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16    I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19    IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 11/25/2015
23
24    Carla Soares
25    CARLA SOARES
    CSR No. 5908

Page 189

48 (Pages 186 - 189)