# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

CISCO SYSTEMS INC,

          Plaintiff,

    v.

ARISTA NETWORKS, INC.,

          Defendant.

Case No.  14-cv-05344-BLF

**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Before the Court is Arista Networks, Inc. ("Arista")'s motion to remove and correctly file Exhibit 42 to the Declaration of Ryan Wong in support of Arista's Opening Brief re Analytic Dissection.  ECF 655.  Arista states that the Exhibit contains sensitive information intended to be filed under seal and is already the subject of a sealing motion at ECF Docket No. 612.  *Id.* at 1.

Pursuant to this Court's rules, a document that is filed incorrectly and which includes the "unintended disclosure of confidential information" can be removed from the docket.  *See* http://www.cand.uscourts.gov/ecf/correctingmistake.  As is the Court's practice, the clerk has locked Docket Entry 615-2 pending a determination as to whether the documents should be sealed.

Accordingly, the Court GRANTS Arista's motion.  For efficiency and ease of access purposes, the Court HEREBY DIRECTS THE CLERK to remove Docket Entry 615-2 from the docket.

**IT IS SO ORDERED.**

Dated: November 15, 2016

BETH LABSON FREEMAN
United States District Judge