Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

[Additional counsel listed on signature page]

ATTORNEYS FOR PLAINTIFF CISCO SYSTEMS, INC.

Robert A. Van Nest (SBN 84065)
rvannest@kvn.com
Brian L. Ferrall (SBN 160847)
bferrall@kvn.com
David Silbert (SBN 173128)
dsilbert@kvn.com
MICHAEL S. KWUN (SBN 198945)
mkwun@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ATTORNEYS FOR DEFENDANT ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **JOINT STIPULATION REGARDING EXHIBITS; [PROPOSED] ORDER** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

1    Plaintiff Cisco Systems, Inc. and Defendant Arista Networks, Inc., (collectively the
2 "Parties") by and through their undersigned counsel, stipulate and agree to the following:
3    1.   Absent a good faith challenge to the authenticity of a specific document, all
4 documents produced by the parties are presumed authentic.  The parties' agreement does not
5 cover metadata exhibits.  The parties reserve all other objections to the admissibility of these
6 exhibits.  The stipulation is not an agreement that any exhibit is part of any asserted copyrighted
7 work.
8    2.   The documents listed in Exhibit A are authentic under Federal Rule of Evidence
9 902(11) and should not be excluded as hearsay pursuant to the hearsay exception found at Federal
10 Rule of Evidence 803(6).  The parties reserve all other objections to the admissibility of these
11 exhibits.

   SO STIPULATED

                                        Respectfully submitted,

Dated: November 15, 2016      By:  */s/ John M. Neukom*

                                        Kathleen Sullivan (SBN 242261)
                                        kathleensullivan@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
                                        Telephone:    (212) 849-7000
                                        Facsimile:    (212) 849-7100


                                        Sean S. Pak (SBN 219032)
                                        seanpak@quinnemanuel.com
                                        Amy H. Candido (SBN 237829)
                                        amycandido@quinnemanuel.com
                                        John M. Neukom (SBN 275887)
                                        johnneukom@quinnemanuel.com.
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, CA 94111
                                        Telephone:    (415) 875-6600
                                        Facsimile:    (415) 875-6700

                                        Mark Tung (SBN 245782)
                                        marktung@quinnemanuel.com

1
JOINT STIPULATION REGARDING EXHIBITS; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, CA 94065 |
| 3 | Telephone:    (650) 801-5000 |
|   | Facsimile:    (650) 801-5100 |
| 4 | |
|   | Steven Cherny *(pro hac vice)* |
| 5 | steven.cherny@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 6 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 7 | Telephone:    (212) 446-4800 |
|   | Facsimile:    (212) 446-4900 |
| 8 | |
|   | Adam R. Alper (SBN 196834) |
| 9 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 10 | 555 California Street |
|   | San Francisco, California  94104 |
| 11 | Telephone:    (415) 439-1400 |
|   | Facsimile:    (415) 439-1500 |
| 12 | |
|   | Michael W. De Vries (SBN 211001) |
| 13 | michael.devries@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 14 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 15 | Telephone:    (213) 680-8400 |
|   | Facsimile:    (213) 680-8500 |
| 16 | |
|   | Attorneys for Plaintiff |
| 17 | CISCO SYSTEMS, INC. |

1
2   Dated: November 15, 2016         By:   */s/ Brian L. Ferrall*

3                                           KEKER & VAN NEST LLP
                                            ROBERT A. VAN NEST - # 84065
4                                           rvannest@kvn.com
                                            BRIAN L. FERRALL - # 160847
5                                           bferrall@kvn.com
                                            DAVID J. SILBERT - # 173128
6                                           dsilbert@kvn.com
                                            MICHAEL S. KWUN - # 198945
7                                           mkwun@kvn.com
                                            633 Battery Street
8                                           San Francisco, CA 94111-1809
                                            Telephone:    (415) 391 5400
9                                           Facsimile:    (415) 397 7188

10                                          Attorneys for Defendant
                                            ARISTA NETWORKS, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
JOINT STIPULATION REGARDING EXHIBITS; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)

02099-00004/8524258.1
1123212.01

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of John M. Neukom within this e-filed document.

>     /s/  Brian L. Ferrall
>     BRIAN L. FERRALL

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: _____, 2016

5

6

7                                          _____
                                          Hon. Beth Labson Freeman
8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28