# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 5097 | 5568 | 5974 | 7344 | 7704 |
| 5098 | 5569 | 5975 | 7345 | 7705 |
| 5099 | 5570 | 5976 | 7346 | 7706 |
| 5100 | 5571 | 5977 | 7347 | 7707 |
| 5101 | 5572 | 6115 | 7348 | 7708 |
| 5108 | 5573 | 6116 | 7349 | 7709 |
| 5109 | 5574 | 6117 | 7350 | 7710 |
| 5110 | 5575 | 6118 | 7668 | 7711 |
| 5111 | 5576 | 6119 | 7669 | 7712 |
| 5112 | 5577 | 6120 | 7670 | 8101 |
| 5113 | 5578 | 6121 | 7671 | 8224 |
| 5114 | 5579 | 6122 | 7672 | 8225 |
| 5115 | 5580 | 6172 | 7673 | 8226 |
| 5236 | 5581 | 6766 | 7674 | 8227 |
| 5237 | 5945 | 6767 | 7675 | 8228 |
| 5240 | 5946 | 6768 | 7676 | 8229 |
| 5541 | 5947 | 6769 | 7677 | 8976 |
| 5542 | 5948 | 6770 | 7678 | 8977 |
| 5543 | 5949 | 6771 | 7679 | 8982 |
| 5544 | 5950 | 6772 | 7680 | 8983 |
| 5545 | 5951 | 6773 | 7681 | |
| 5546 | 5952 | 6774 | 7682 | |
| 5547 | 5953 | 6775 | 7683 | |
| 5548 | 5954 | 6776 | 7684 | |
| 5549 | 5955 | 6777 | 7685 | |
| 5550 | 5956 | 6778 | 7686 | |
| 5551 | 5957 | 6779 | 7687 | |
| 5552 | 5958 | 6780 | 7688 | |
| 5553 | 5959 | 7329 | 7689 | |
| 5554 | 5960 | 7330 | 7690 | |
| 5555 | 5961 | 7331 | 7691 | |
| 5556 | 5962 | 7332 | 7692 | |
| 5557 | 5963 | 7333 | 7693 | |
| 5558 | 5964 | 7334 | 7694 | |
| 5559 | 5965 | 7335 | 7695 | |
| 5560 | 5966 | 7336 | 7696 | |
| 5561 | 5967 | 7337 | 7697 | |
| 5562 | 5968 | 7338 | 7698 | |
| 5563 | 5969 | 7339 | 7699 | |
| 5564 | 5970 | 7340 | 7700 | |
| 5565 | 5971 | 7341 | 7701 | |
| 5566 | 5972 | 7342 | 7702 | |
| 5567 | 5973 | 7343 | 7703 | |