1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant
14 ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ARISTA'S ADMINISTRATIVE MOTION TO REDACT/SEAL PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE***<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

ARISTA'S ADMINISTRATIVE MOTION TO REDACT/SEAL
PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*
CASE NO. 5:14-CV-05344-BLF (NC)

1125847.01

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to redact and seal portions of the Court's Order RE Motions *In Limine* [Re: ECF 524, 525, 526, 527, 531, 532, 533, 534, 535, 536], which the Court made available to the parties on November 9 for the purpose of identifying potentially sealable information.

Arista seeks to redact and seal the following portions of the Court's under-seal order:

- Page 7, lines 15 & 28;
- Page 8, line 2;
- Page 12, lines 19–21, starting with "Arista's Senior Vice President" and ending with "publicly."

Because this motion to redact and seal relates to a non-dispositive motion, the documents and information that the parties request to file under seal are not subject to a strong presumption of public access. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to the material that Arista seeks to file under seal. *Id.* at 1179. Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

Arista has established good cause to redact and seal the passages listed above through the Declaration of David J. Rosen filed herewith.

Dated:  November 16, 2016                                      KEKER & VAN NEST LLP

                                                             By:     */s/ Brian L. Ferrall*
                                                                     BRIAN L. FERRALL

                                                                     Attorneys for Defendant
                                                                     ARISTA NETWORKS, INC.

1

ARISTA'S ADMINISTRATIVE MOTION TO REDACT/SEAL
PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF (NC)

1125847.01