1   KEKER & VAN NEST LLP                    SUSAN CREIGHTON, SBN 135528
    ROBERT A. VAN NEST - # 84065            SCOTT A. SHER, SBN 190053
2   BRIAN L. FERRALL - # 160847             WILSON SONSINI GOODRICH & ROSATI
    DAVID SILBERT - # 173128                Professional Corporation
3   MICHAEL S. KWUN - #198945               1700 K Street NW, Fifth Floor
    633 Battery Street                      Washington, D.C., 20006-3817
4   San Francisco, CA 94111-1809            Telephone:    (202) 973-8800
    Telephone:    (415) 391-5400            Email:  screighton@wsgr.com;
5   Email:  rvannest@kvn.com;               ssher@wsgr.com
    bferrall@kvn.com; dsilbert@kvn.com;
6   mkwun@kvn.com

7
    JONATHAN M. JACOBSON, NY SBN 1350495
8   CHUL PAK (*pro hac vice*)
    DAVID H. REICHENBERG (*pro hac vice*)
9   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
10  1301 Avenue Of The Americas, 40th Floor
    New York, NY 10019-6022
11  Telephone:    (212) 999-5800
    Email:  jjacobson@wsgr.com; cpak@wsgr.com;
12  dreichenberg@wsgr.com

13  Attorneys for Defendant
    ARISTA NETWORKS, INC.
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18  CISCO SYSTEMS, INC.,                    Case No. 5:14-cv-05344-BLF (NC)

19              Plaintiff,                  **DECLARATION OF DAVID J. ROSEN IN
                                            SUPPORT OF DEFENDANT ARISTA
20       v.                                 NETWORKS, INC.'S ADMINISTRATIVE
                                            MOTION TO REDACT/SEAL PORTIONS
21  ARISTA NETWORKS, INC.,                  OF COURT'S ORDER RE MOTIONS *IN
                                            LIMINE***
22              Defendant.
                                            Judge:       Hon. Beth Labson Freeman
23
                                            Date Filed:  December 5, 2014
24
                                            Trial Date:  November 21, 2016
25

26

27

28

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO
REDACT/SEAL PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF (NC)

1125848.01

1    I, DAVID J. ROSEN, declare and state as follows:

2    1.    I am an attorney licensed to practice law in the State of California and admitted to

3  practice before this Court.  I am an associate at the law firm of Keker & Van Nest LLP and

4  counsel for Defendant Arista Networks, Inc. in the above-captioned action.  I have personal

5  knowledge of the facts stated herein and, if called as a witness, I could testify competently

6  thereto.

7    2.    Arista seeks to redact and seal certain portions of the Court's Order RE Motions I*n*

8  *Limine* [Re: ECF 524, 525, 526, 527, 531, 532, 533, 534, 535, 536], which the Court made

9  available to the parties on November 9 for the purpose of identifying potentially sealable

10  information.

11    3.    Because this motion to redact and seal relates to a non-dispositive motion, the

12  documents and information that the parties request to file under seal are not subject to a strong

13  presumption of public access. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180

14  (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil

15  Procedure applies to the material that Arista seeks to file under seal. *Id.* at 1179. Civil Local Rule

16  79-5 further requires that a party seeking to seal information and documents "establish[] that the

17  document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to

18  protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored

19  to seek sealing only of sealable material." *Id*.

20    4.    Arista seeks to redact and seal the following portions of the Court's Order on

21  Motions *In Limine* :

22    • Page 7, lines 15 & 28;

23    • Page 8, line 2;

24    • Page 12, lines 19–21, starting with "Arista's Senior Vice President" and ending

25      with "publicly."

26    5.    Good cause supports sealing the specified lines on pages 7 and 8 because they

27  quote statements and findings from the CONFIDENTIAL VERSION of the International Trade

28  Commission's Opinion in *In the Matter of Certain Network Devices, Related Software, and*

1

1125848.01

1    *Components Thereof (I)*, Investigation No. 337-TA-944.  Compelling reasons justify redacting

2    this reference because it consists of Arista confidential business information.  The confidential

3    version of the Commission's Opinion contains information designated by Arista as confidential

4    business information pursuant to Commission Rule 201.6, which defines confidential information

5    as: "information which concerns or relates to the trade secrets, processes, operations, style of

6    works, or apparatus, or to the production, sales, shipments, purchases, transfers, identification of

7    customers, inventories, or amount or source of any income, profits, losses, or expenditures of any

8    person, firm, partnership, corporation, or other organization, or other information of commercial

9    value, the disclosure of which is likely to have the effect of either impairing the Commission's

10   ability to obtain such information as is necessary to perform its statutory functions, or causing

11   substantial harm to the competitive position of the person, firm, partnership, corporation, or other

12   organization from which the information was obtained, unless the Commission is required by law

13   to disclose such information."  19 C.F.R. § 201.6(a)(1).  Arista previously requested confidential

14   treatment for certain portions of the Commission's Opinion, and the public version of the Opinion

15   does not include the information quoted and cited to in the Court's order.

16        6.      Good cause supports sealing the specified lines on page 12 because they

17   summarize an Arista witness's discussion of internal, non-public information regarding

18   competitive intelligence and Arista sales strategies.  *See In re Elec. Arts, Inc.*, 298 F. App'x at

19   569–70; Delphix, 2014 WL 4145520, at *2; *Koninklijke Philips*, 2015 WL 581574, at *1–2; s*ee*

20   *also Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the

21   dissemination of similar sensitive internal business information to competitors, who would find it

22   valuable).

23        7.      Arista does not seek to seal any other portions of the Court's Order.

24

25

26

27

28

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO
REDACT/SEAL PORTIONS OF COURT'S ORDER RE: MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF (NC)

1125848.01

1    Executed November 16, at San Francisco, California.

2    I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct.

4

5

6

7    DAVID J. ROSEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1125848.01