KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:    (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:    (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO REDACT/SEAL PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*** <br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO REDACT/SEAL PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF (NC)

1125849

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby GRANTS Arista Networks, Inc.'s Administrative Motion to Redact/Seal the following
3  portions of the Court's Order RE Motions *In Limine*:
4  - Page 7, lines 15 & 28;
5  - Page 8, line 2;
6  - Page 12, lines 19–21, starting with "Arista's Senior Vice President" and ending
7  with "publicly."
8  **IT IS SO ORDERED.**

11  Dated: _____          _____
                                            HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO REDACT/SEAL PORTIONS OF COURT'S ORDER RE MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF (NC)

1125849