KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Email: rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.01

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), and General Order 59, Defendant Arista Networks, Inc. respectfully submits this administrative motion to seal and redact portions of the pretrial conference transcript that disclose confidential portions of an ITC opinion.

Arista seeks to seal and redact the following portions of the pretrial conference transcript:

- page 59 lines 22–25
- page 60 lines 1–2
- page 62 lines 12–16
- page 65 lines 11–17
- page 66 lines 2–4 and 8–17
- page 93 lines 19–20 and 23

For the Court's convenience, Arista has filed a highlighted version of the transcript under seal indicating the portions Arista seeks to seal as Exhibit A to the Declaration of Eduardo E. Santacana filed herewith.

Because this motion to redact and seal relates to a non-dispositive motion, the documents and information that the parties request to file under seal are not subject to a strong presumption of public access. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to the material that Arista seeks to file under seal. Id. at 1179. Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

Arista seeks to seal the portions of the pretrial conference transcript that disclose confidential portions of the International Trade Commission's "Commission Opinion." The sealing or not of portions of that Opinion have been the subject of vigorous litigation at the ITC. The result of that litigation was the ITC's "Public Version" of its Opinion. *See* Santacana Decl., Ex. B. At the Federal Circuit, after Cisco attempted to unseal portions of the Opinion, the Federal

1
ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.01

1   Circuit recognized that the sealing of its own Opinions is a "matter of great institutional concern
2   to the Commission," and so remanded the question to the Commission to decide in the first
3   instance.  *See* Santacana Decl., Ex. C.  The matter is currently pending.
4       There is good cause to seal the portions of the pretrial conference transcript identified
5   above.  The ITC's rules allow for speedy and broad discovery, and in exchange provide for strict
6   confidentiality of the information disclosed in those proceedings.  The Commission has an
7   institutional interest in ensuring the confidentiality of certain portions of its own Opinions, and it
8   has already made a determination that the portions discussed during the pretrial conference should
9   remain under seal.  Accordingly, there is good cause to seal them here.

Dated:  November 16, 2016                KEKER & VAN NEST LLP

By:  */s/ Brian L. Ferrall*
     BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.

2
ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.01