KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S ADMINISTRATIVE
MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125663.01

I, EDUARDO E. SANTACANA, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. Arista seeks to seal and redact certain portions of the pretrial conference transcript.

3. Good cause supports sealing those portions because they discuss confidential portions of the ITC's Final Commission Opinion in Investigation No. 337-TA-944, *In the Matter of Certain Network Devices, Related Software and Components Thereof (I)*.

4. Attached hereto as Exhibit A is a highlighted portion of the pretrial conference transcript indicating the portions Arista seeks to redact.

5. The Commission has already determined which portions of its Opinion should be made public after vigorous litigation between the parties. The result of the Commission's decision-making process is the Public Version of the Opinion, a true and correct copy of which is attached hereto as Exhibit B.

6. The Federal Circuit has also indicated that the sealing or not of portions of Commission opinions is a matter of "great institutional concern" to the Commission. The Federal Circuit thus remanded to the Commission a request by Cisco to unseal portions of the Opinion. A true and correct copy of that order, dated November 10, 2016, is attached hereto as Exhibit C.

7. The portions of the pretrial conference transcript that Arista seeks to seal are those portions that discuss material that the Commission has already determined should remain under seal.

//
//
//
//
//

1
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125663.01

8. Arista does not seek to seal any other portions of the pretrial conference transcript.

Executed on November 16, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
EDUARDO E. SANTACANA

2
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125663.01