| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**PROOF OF SERVICE**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 16, 2016, I served the following document(s):

1. **EXHIBIT A TO DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT (UNDER SEAL)**

☑ by **E-MAIL VIA PDF FILE/FTP**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10022<br>Tel:     (212) 849-7000<br>Fax:    (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Tel:     (415) 875-6320<br>Fax:    (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com |
| Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA  94104<br>Tel:     (415) 439-1476<br>Fax:    (415) 439-1500<br>aalper@kirkland.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel:     (650) 801-5000<br>Fax:    (650) 801-5100<br>marktung@quinnemanuel.com |
| Michael W. De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA  90071<br>Tel:     (213) 680-8590<br>Fax:    (213) 680-8500<br>michael.devries@kirkland.com<br>Cisco-AristaCopyrightTeam@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:     (212) 446-4800<br>Fax:    (212) 446-6460<br>Steven.cherny@kirkland.com |

| | |
|---|---|
| Matthew Powers | Lee-Anne Shortridge, CSR, CRR |
| William Nelson | Official Court Reporter |
| Tensegrity Law Group LLP | United States District Court |
| 555 Twin Dolphin Drive, Suite 650 | Northern District of California |
| Redwood Shores, CA 94065 | 450 Golden Gate Avenue |
| Tel: (650) 802-6000 | San Francisco, CA 94102 |
| Fax: (650) 802-6001 | Tel: (408) 287-4580 |
| matthew.powers@tensegritylawgroup.com | Lee-Anne_Shortridge@cand.uscourts.gov |
| william.nelson@tensegritylawgroup.com | |

☑ by regular **UNITED STATES MAIL** by placing Original in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Lee-Anne Shortridge, CSR, CRR
Official Court Reporter
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (408) 287-4580
Lee-Anne_Shortridge@cand.uscourts.gov

Executed on November 16, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson