Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - #198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:   (212) 999-5800

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **JOINT STIPULATION REGARDING CERTAIN TRIAL EVIDENCE; [PROPOSED] ORDER** <br><br> Judge:   Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant Arista Networks, Inc. ("Arista") hereby stipulate as follows:

1. Arista will remove Cisco General Counsel Mark Chandler from its witness list and will not call Mr. Chandler as a witness at trial.

2. Exhibit Nos. 5341 and 5605 ("the Chandler blog posts") are true and correct copies of posts by Mr. Chandler, acting in his official capacity, on the Cisco blog (www.blogs.cisco.com).  Exhibit 5341 (attached hereto as Exhibit A), was published on the Cisco blog on December 5, 2014 and Exhibit 5605 (attached hereto as Exhibit B) was published on the Cisco blog on January 25, 2016.

3. The parties agree that Arista may offer the attached redacted versions of Exhibits 5341 and/or 5605 into evidence through any witness familiar with the Chandler blog posts, including without limitation Arista's experts, and Cisco will not object to their admission into evidence.

SO STIPULATED.

Respectfully submitted,

Dated:  November 16, 2016        By:    */s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: November 16, 2016 | By: | */s/ David J. Silbert* |

          KEKER & VAN NEST LLP
          ROBERT A. VAN NEST - # 84065
          rvannest@kvn.com
          BRIAN L. FERRALL - # 160847
          bferrall@kvn.com
          DAVID J. SILBERT - # 173128
          dsilbert@kvn.com
          MICHAEL S. KWUN - # 198945
          mkwun@kvn.com
          633 Battery Street
          San Francisco, CA 94111-1809
          Telephone:    (415) 391 5400
          Facsimile:    (415) 397 7188

          JONATHAN M. JACOBSON, NY # 1350495
          jjacobson@wsgr.com
          CHUL PAK (pro hac vice)
          cpak@wsgr.com
          DAVID H. REICHENBERG (pro hac vice)
          dreichenberg@wsgr.com
          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation
          1301 Avenue of the Americas, 40th Floor
          New York, NY 10019-6022
          Telephone:    (212) 999-5800

          SUSAN CREIGHTON, SBN 135528
          screighton@wsgr.com
          SCOTT A. SHER, SBN 190053
          ssher@wsgr.com
          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation
          1700 K Street NW, Fifth Floor
          Washington, D.C., 20006-3817
          Telephone:    (202) 973-8800

          Attorneys for Defendant
          ARISTA NETWORKS, INC.

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Sean S. Pak within this e-filed document.

                                          */s/  David J. Silbert*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____
Hon. Beth Labson Freeman
United States District Judge

5
STIPULATION AND [PROPOSED] ORDER RE TRIAL EVIDENCE
Case No. 5:14-cv-05344-BLF (NC)
1125890.01


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____
Hon. Beth Labson Freeman
United States District Judge