# EXHIBIT B

# Cisco seeks only fair competition



[Mark Chandler](#) - January 25, 2016 - 0 Comments

████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Let me be clear. We welcome the opportunity to show that Cisco's business practices are consistent with a highly competitive and vibrant industry. We seek only fair competition, but will take action against those who misappropriate our technology and use it to compete against us.

By contrast, the extent of Arista's copying of our CLI sets them apart from others in the industry. They have directly lifted more than 500 multi-word command line expressions. By comparison, networking products from HP, Brocade, Alcatel-Lucent, Juniper Networks and Extreme each have only a small fraction of overlapping commands. It is no surprise then, that when Arista's Chief Technology Officer and

Senior Vice President of Software Engineering was asked about the CLI, he references his company's "slavish" copying.

Our goal has always been to protect Cisco's innovation, and stop Arista from using our patented and copyrighted technology. Arista's behavior has negative consequences for the industry, and for their customers and partners who were sold products using stolen technology. They can no longer delay the inevitable.

Tags: