**ARISTA'S FIRST AMENDED PROPOSED VERDICT FORM**
**November 16, 2016**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.[1]

---

[1] Source: N.D. Cal. Model Patent Jury Instruction C.3 (July 16, 2015).

**YOUR ANSWERS MUST BE UNANIMOUS**

**<u>Cisco's Claim for Copyright Infringement</u>**

1. Has Cisco proven that Arista copied protected expression from any of Cisco's registered works?

      Yes    No

     (For Cisco) (For Arista)

      ____   ____

**IF YOU ANSWERED "NO" TO QUESTION 1, PLEASE GO TO QUESTION 10.**

**IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE CONTINUE TO QUESTION 2.**

2. Has Cisco proven that any of Arista's operating systems that you find contain copied protected expression are virtually identical to any of Cisco's registered operating systems as a whole?

      Yes    No

     (For Cisco) (For Arista)

      ____   ____

**IF YOU ANSWERED "YES" TO QUESTION 2, PLEASE MARK ON EXHIBIT A TO THIS VERDICT FORM EACH ITEM OF CISCO'S OPERATING SYSTEMS THAT YOU FIND IS PROTECTED EXPRESSION THAT ARISTA COPIED.**

3. Has Cisco proven that any of Arista's technical documentation that you find contain copied protected expression is virtually identical to any of Cisco's registered technical documentation?

      Yes    No

     (For Cisco) (For Arista)

      ____   ____

**IF YOU ANSWERED "YES" TO QUESTION 2PLEASE CONTINUE TO QUESTION 4, OTHERWISE PLEASE GO TO QUESTION 6.**

ARISTA'S PROPOSED VERDICT FORM
Case No. 5:14-cv-05344-BLF (NC)

1124016.01

### Arista's Fair Use Defense

4. Has Arista proven that Arista's use of the items that you found were infringed in Exhibit A was "fair use"?

          Yes          No

   (For Arista)   (For Cisco)

     ____         ____

### Arista's Copyright Misuse Defense

5. Has Arista proven that Cisco misused its copyrights?

          Yes          No

   (For Arista)   (For Cisco)

     ____         ____

**IF YOU ANSWERED "YES" TO EITHER QUESTION 4 OR QUESTION 5, PLEASE GO TO QUESTION 10, OTHERWISE PLEASE CONTINUE TO QUESTION 6.**

### Cisco's Claim for Copyright Damages

6. Has Cisco proven that it lost profits as a result of the infringement?

          Yes          No

   (For Cisco)   (For Arista)

     ____         ____

**IF YOU ANSWERED "NO" TO QUESTION 6, PLEASE GO TO QUESTION 8.**

**IF YOU ANSWERED "YES" TO QUESTION 6, PLEASE CONTINUE TO QUESTION 7.**

7. What amount of lost profits do you award to Cisco for Arista's infringement of Cisco's copyright?

   $_____

8. Has Cisco proven that Arista earned profits as a result of the infringement?

                        Yes          No

               (For Cisco)    (For Arista)

                      ____          ____

**IF YOU ANSWERED "NO" TO QUESTION 8, PLEASE GO TO QUESTION 10.**

**IF YOU ANSWERED "YES" TO QUESTION 8, PLEASE CONTINUE TO QUESTION 9.**

9. What amount of Arista's profits do you award to Cisco for Arista's infringement of Cisco's copyright that you did not already award in Question 7 as lost profits?

   $_____

### Cisco's Claim for Patent Infringement

10. Has Cisco proven that Arista infringed claims 1 and 14 of the '526 patent?

                    Yes          No

             (For Cisco)    (For Arista)

   a. Claim 1      ____        ____

   b. Claim 14    ____        ____

**IF YOU ANSWERED "NO" IN QUESTION 10 FOR BOTH CLAIMS OF THE '526 PATENT, PLEASE GO TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

**IF YOU ANSWERED "YES" IN QUESTION 10 FOR ANY CLAIM OF THE '526 PATENT, PLEASE CONTINUE TO QUESTION 11.**

11. What amount of damages do you award Cisco for Arista's patent infringement?

   $_____

**QUESTION 12 IS ON THE NEXT PAGE.**

12. Has Cisco proven that it is highly probable that from an objective point of view the defenses put forth by Arista failed to raise any substantial question with regard to infringement, validity, or enforceability of the patent claim?

          Yes    No

          ____   ____

**IF YOU ANSWERED "NO" TO QUESTION 12, PLEASE GO TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

**IF YOU ANSWERED "YES" TO QUESTION 12, PLEASE ANSWER QUESTION 13.**

13. Has Cisco proven that Arista willfully infringed the '526 patent through the sale of EOS+?

          Yes    No

          ____   ____

**PLEASE SIGN AND DATE BELOW.**

_____        Date:_____

**Foreperson**

**Exhibit A**

**PLEASE MARK EACH ITEM THAT YOU FIND TO BE PROTECTED AND COPIED BY ARISTA.**

1. **CLI Commands**

    aaa accounting          ____

    aaa authentication login          ____

    aaa authorization config-commands          ____

    aaa authorization console          ____

    aaa group server radius          ____

                             *   *   *

[Final list to be determined after analytic dissection]

1124016.01

2. **Modes & Prompts**

    User EXEC                                                     ____

    \>                                                                       ____

    Privileged EXEC                                      ____

    #                                                                    ____

    Global Configuration                         ____

    #                                                                    ____

                                                \*      \*      \*

[Final list to be determined after analytic dissection]

1124016.01

3. **Hierarchies**

 aaa     \_\_\_\_

 bgp     \_\_\_\_

 clear     \_\_\_\_

 dot1x     \_\_\_\_

 ip     \_\_\_\_

        \*   \*   \*

[Final list to be determined after analytic dissection]

4. **CLI Command Responses**

```
Switch(config)#help

Help may be requested at any point in a command by entering a question mark '?'. If nothing
matches, the help list will be empty and you must backup until entering a '?' shows the
available options.

Two styles of help are provided:

    1. Full help is available when you are ready to enter a command argument (e.g. 'show ?')
       and describes each possible argument

    2. Partial help is provided when an abbreviated argument is entered and you want to know
       what arguments match the input (e.g. 'show pr?'.)
```

```
Switch#show snmp
Chassis: CAT1552S66E
0 SNMP packets input
        0 Bad SNMP version errors
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        0 Number of requested variables
        0 Number of altered variables
        0 Get-request PDUs
        0 Get-next PDUs
        0 Set-request PDUs
        0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
        0 Too big errors (Maximum packet size 1500)
        0 No such name errors
        0 Bad values errors
        0 General errors
        0 Response PDUs
        0 Trap PDUs
SNMP global trap: disabled
SNMP agent enabled
```

\*   \*   \*

[Final list to be determined after analytic dissection]

5. **Help Descriptions**

| | |
|---|---|
| 32-bit tag value | ____ |
| 48-bit hardware address of ARP entry | ____ |
| AAA group definitions | ____ |
| ARP type ARPA | ____ |
| ASBR summary link states | ____ |

*     *     *

[Final list to be determined after analytic dissection]