09:38AM

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4


 5
     CISCO SYSTEMS, INC.,            )  CV-14-5344-BLF
 6                                   )
                    PLAINTIFF,       )  SAN JOSE, CALIFORNIA
 7                                   )
            VS.                      )  NOVEMBER 18, 2016
 8                                   )
     ARISTA NETWORKS, INC.,          )  VOLUME 1
 9                                   )
                    DEFENDANT        )  PAGES 1-24
10                                   )

11                   TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13      A P P E A R A N C E S:

14      FOR THE PLAINTIFF:  DAVID A. NELSON
                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16


17      FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA  94111
19
                            BY:  DAVE NELSON
20                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, ILLINOIS  60661
21

22                  APPEARANCES CONTINUED ON NEXT PAGE

23      OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                               CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

APPEARANCES CONTINUED ON NEXT PAGE

1          APPEARANCES (CONTINUED)

2          FOR THE DEFENDANT:  KEKER & VAN NEST, LLP
                               BY:   ROBERT ADDY VAN NEST
3                                    BRIAN FERRALL
                                     DAVID J. SILBERT
4                                    ELIZABETH K. MCCLOSKEY
                                     EDUARDO E. SANTACANA
5                                    RYAN WONG
                                     DAVID J. ROSEN
6                              KEKER & VAN NEST LLP
                               633 BATTERY STREET
7                              SAN FRANCISCO, CA 94111-1809

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                 NOVEMBER 18, 2016
 2                  P R O C E E D I N G S
 3        (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS
 4    WERE HELD:)
 5             THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE
 6    SEATED.
 7        WELCOME, EVERYONE.  MY NAME IS JUDGE BETH FREEMAN AND I
 8    WILL BE PRESIDING OVER THIS JURY.  I WANT TO THANK ALL OF YOU
 9    FOR BEING HERE TODAY.
10        I KNOW NONE OF YOU VOLUNTEERED FOR JURY SERVICE.  JURY
11    SERVICE ALWAYS COMES AT A REALLY ANNOYING TIME IN YOUR LIFE
12    WHEN YOU ARE TOO BUSY TO GIVE UP YOUR TIME.  I GOT A JURY
13    SUMMONS FOR SAN MATEO COUNTY JUST RECENTLY AND I HAVE BEEN
14    SCRATCHING MY HEAD ABOUT HOW I'M GOING TO MAKE THAT WORK, SO I
15    CAN ONLY IMAGINE WHAT IT'S LIKE FOR ALL OF YOU BEING HERE.  SO
16    THANK YOU.
17        IT IS YOUR CIVIC DUTY, YOU ALL KNOW THAT, THAT'S WHY YOU
18    CAME IN EARLY THIS MORNING.  AND IT IS ONE OF THE FEW THINGS
19    THAT OUR GOVERNMENT ASKS OF ITS CITIZENS, AND THAT IS TO SERVE
20    ON JURORS.
21        AND I WANT TO SPEND A FEW MINUTES TALKING TO YOU ABOUT WHY
22    THAT'S SO IMPORTANT.  I WANT TO TALK TO YOU ABOUT WHAT IT IS TO
23    SERVE ON A JURY, BECAUSE FOR SOME OF YOU, YOU HAVEN'T HAD THAT
24    OPPORTUNITY YET.
25        YOU KNOW, THIS -- SERVING ON A JURY IS REALLY, IN MY VIEW,
```

09:39AM 1   ONE OF THE GREAT HONORS OF BEING A CITIZEN IN THIS COUNTRY

09:39AM 2   BECAUSE YOU HAVE A FUNDAMENTAL ROLE IN DETERMINING HOW JUSTICE

09:39AM 3   IS SERVED AND DELIVERED IN THIS COUNTRY.

09:39AM 4       YOU WILL BE, IF YOU ARE SELECTED ON THIS JURY, THE FINDERS

09:39AM 5   OF FACT IN THIS TRIAL.  AND YOU WILL JOIN ME AS THE JUDGE OF

09:39AM 6   THE LAW IN RENDERING A VERDICT IN THIS CASE.  IT'S A VERY

09:39AM 7   IMPORTANT JOB.  IT'S IMPORTANT TO THE PARTIES WHO ARE HERE, WHO

09:39AM 8   I WILL INTRODUCE YOU TO IN A MOMENT, BUT IT'S IMPORTANT TO OUR

09:39AM 9   COMMUNITY, BECAUSE THESE ARE THE MATTERS THAT OUR COMMUNITY

09:39AM 10  MEMBERS BRING TO THIS COURT FOR DECISION.  AND I CAN'T DO IT

09:39AM 11  WITHOUT YOU, AND NO JUDGE CAN.

09:39AM 12      NOW I KNOW A LOT OF YOU ARE THINKING, WELL, HOW COULD I BE

09:40AM 13  A JUROR, I HAVEN'T BEEN TO LAW SCHOOL, I DIDN'T STUDY THE LAW,

09:40AM 14  I ACTUALLY DON'T EVEN HAVE MUCH OF AN INTEREST IN THE LAW AND

09:40AM 15  NOW I'VE GOT TO BE THE EXPERT.

09:40AM 16      WELL ACTUALLY, THAT IS THE GENOUS OF OUR SYSTEM.  I

09:40AM 17  CERTAINLY COULD DECIDE THIS CASE, AND FRANKLY I GET PAID TO DO

09:40AM 18  THAT, SO THAT SEEMS VERY EFFICIENT.  THE PROBLEM WITH THAT IS,

09:40AM 19  IS THERE IS NO COMMUNITY INPUT IF I AM THE ONLY ONE DOING IT

09:40AM 20  OVER AND OVER AGAIN.

09:40AM 21      AND THE IMPORTANT THING IS TO BRING PEOPLE TOGETHER AS

09:40AM 22  JURORS WHO TAKE AN OATH TO BE OPEN-MINDED AND FAIR AND DECIDE

09:40AM 23  THE CASE BASED ON THE EVIDENCE SUBMITTED IN THE CASE ACCORDING

09:40AM 24  TO THE LAW.  TO GIVE IT YOUR BEST REVIEW OF THE FACTS AND YOUR

09:40AM 25  OPEN AND HONEST CONSIDERATION OF HOW THOSE FACTS APPLY TO THE

09:40AM 1    LAW.

09:40AM 2         AND YOU HAVE -- I WILL BE PICKING JURORS WHO HAVE NO

09:40AM 3    AGENDA, WHO DON'T WANT TO SEE ONE OUTCOME OR THE OTHER, THAT

09:40AM 4    YOU ARE LOOKING FOR THE CORRECT OUTCOME AND THE CHIPS FALL

09:41AM 5    WHERE THEY MAY, WHOEVER PREVAILS IN THE CASE WILL GET THE

09:41AM 6    VERDICT.

09:41AM 7         IT'S A VERY IMPORTANT ROLE.  AND I THINK FOR ALL OF US,

09:41AM 8    REGARDLESS OF THE KIND OF CASE IT IS, YOU ARE PERFORMING ONE OF

09:41AM 9    OUR MOST IMPORTANT CONSTITUTIONAL OBLIGATIONS.  AND WE ALL RELY

09:41AM 10   ON OUR SYSTEM OF JUSTICE TO MAKE A DIFFERENCE IN OUR LIVES.

09:41AM 11   AND SO EACH OF YOU HAS THE OPPORTUNITY TO PARTICIPATE IN IT.

09:41AM 12        NOW ALL THAT BEING SAID, I KNOW THAT YOU ARE ALL BUSY

09:41AM 13   PEOPLE.  AND I KNOW THAT THIS COMES AT A DIFFICULT TIME, SO MY

09:41AM 14   PROMISE TO YOU IS THAT ALTHOUGH I CAN REQUIRE YOU TO BE HERE, I

09:41AM 15   NEED TO ASSURE YOU AND I DO ASSURE YOU, I WILL NOT WASTE YOUR

09:41AM 16   TIME.  I'M GOING TO MOVE THIS CASE ALONG AS EFFICIENTLY AS I

09:41AM 17   CAN, AND I WILL TRY TO DELIVER IT ON TIME AS I'VE DESCRIBED TO

09:41AM 18   YOU IN THE FIRST QUESTIONNAIRE THAT YOU FILLED OUT.

09:41AM 19        AS YOU SAW IN THE FIRST QUESTIONNAIRE ON HARDSHIP, WE ARE

09:42AM 20   NOT IN SESSION NEXT WEEK.  NEXT WEEK EVERYONE IS GOING TO BE

09:42AM 21   MAKING ARRANGEMENTS FOR THANKSGIVING, MANY OF YOU WILL BE

09:42AM 22   TRAVELLING, SO THIS MORNING IS YOUR OBLIGATION TODAY AND THEN

09:42AM 23   YOU WILL COME BACK A WEEK FROM MONDAY ON NOVEMBER 28TH WHEN I

09:42AM 24   WILL ACTUALLY PICK THE JURY.  AND THEN WE WILL GET STARTED.

09:42AM 25        WE WILL GO DAY TO DAY UNTIL THE CASE IS OVER.  AND MY BEST

09:42AM 1    ESTIMATE IS THAT THE CASE WILL CONCLUDE BY DECEMBER 16TH, WHICH

09:42AM 2    IS A FRIDAY.

09:42AM 3        NOW I WANT YOU TO UNDERSTAND IT'S ONLY MY BEST ESTIMATE, I

09:42AM 4    HAVE BEEN DOING THIS FOR A LONG TIME.  I DO A PRETTY GOOD JOB,

09:42AM 5    BUT SOMETIMES CASES TAKE LONGER.  SOMETIMES JURORS NEED TO

09:42AM 6    DELIBERATE LONGER THAN I HAD EXPECTED.  AND SO OF COURSE YOU

09:42AM 7    ARE HERE UNTIL THE CASE IS OVER, WE DON'T JUST SEND YOU HOME

09:42AM 8    BECAUSE WE'VE RUN OUT OF TIME.

09:42AM 9        BUT I WILL -- WE CERTAINLY HAVE MORE HOLIDAYS COMING UP,

09:43AM 10   YOU HAVE MORE TRAVEL COMING UP BEYOND WHAT I ASKED YOU TO

09:43AM 11   CLEAR, AND WE WILL TALK FURTHER ABOUT THAT AS WELL.

09:43AM 12       NOW, I KNOW THAT SOME OF YOU HAVE SERVED ON JURORS BEFORE,

09:43AM 13   SO THIS MAY SEEM FAIRLY ROUTINE TO YOU ABOUT WHAT YOUR JOB IS

09:43AM 14   AND WHAT WE ARE GOING TO DO.  OTHERS OF YOU HAVE NOT SERVED ON

09:43AM 15   A JURY AND SOME OF YOU MAY NEVER HAVE BEEN IN A COURTROOM

09:43AM 16   BEFORE.

09:43AM 17       AND SO THAT'S WHERE I KNOW SOME OF THE CONCERN IS IN YOUR

09:43AM 18   MINDS IS NOT KNOWING WHAT YOU'RE SUPPOSED TO DO.

09:43AM 19       WELL, THE GOOD NEWS IS MY JOB IS TO TELL YOU WHAT YOUR

09:43AM 20   RESPONSIBILITIES ARE, IS TO GIVE YOU THROUGH JURY INSTRUCTIONS,

09:43AM 21   THE LAW THAT YOU ARE REQUIRED TO FOLLOW.

09:43AM 22       THE ATTORNEY'S JOB IS TO PRESENT TO YOU THE EVIDENCE AND

09:43AM 23   GIVE YOU ARGUMENT ON HOW THE LAW APPLIES TO THE EVIDENCE YOU'VE

09:43AM 24   SEEN AND TO DISCUSS WITH YOU HOW THEY SEE THAT EVIDENCE IN

09:43AM 25   THEIR CLOSING ARGUMENTS.  AND SO YOU AS JURORS END UP BEING

09:44AM 1    ACTUALLY FAIRLY PASSIVE, YOU DON'T ASK QUESTIONS, YOU DON'T

09:44AM 2    PARTICIPATE IN THE TRIAL IN ACTIVE WAY, YOU ARE LISTENERS.

09:44AM 3         BUT YOUR DELIBERATIONS AT THE END, AMONG YOURSELVES ONLY, I

09:44AM 4    DON'T SIT IN ON YOUR DELIBERATIONS AND YOU DON'T DO IT HERE IN

09:44AM 5    THE COURTROOM, THAT IS WHERE YOU HAVE THE OPPORTUNITY TO

09:44AM 6    PRIVATELY WITH ALL THE JURORS, DISCUSS WHAT YOU HAVE SEEN AND

09:44AM 7    HEARD, LOOK AT THE LAW, UNDERSTAND THE LAW AND APPLY IT AFTER

09:44AM 8    YOU DETERMINED WHAT HAPPENED IN THIS CASE, WHAT THE FACTS ARE.

09:44AM 9    AND SO THAT WILL BE YOUR JOB.

09:44AM 10        SO IT'S NEVER THAT EASY AND I WILL BE TALKING TO YOU ALONG

09:44AM 11   THE WAY ABOUT WHAT YOU WILL BE DOING AS JURORS.

09:44AM 12        TODAY MY ROLE IS FAIRLY LIMITED AND YOUR JOB IS FAIRLY

09:44AM 13   LIMITED TODAY, SO I'M NOT GOING TO GET AHEAD OF MYSELF ON SOME

09:44AM 14   OF THOSE MORE COMPLEX ISSUES.

09:44AM 15        MY JOB TODAY IS TO GET STARTED ON THE JURY SELECTION.  NOW

09:45AM 16   ULTIMATELY I'M LOOKING FOR EIGHT JURORS WHO WILL SIT THROUGH

09:45AM 17   THE TRIAL.  NOW I KNOW THAT MANY OF YOU HAVE ALREADY LOOKED

09:45AM 18   AROUND THE ROOM AND YOU'VE DONE THE MATH IN YOUR HEAD AND

09:45AM 19   YOU'VE DECIDED YOUR ODDS ARE PRETTY GOOD OF GETTING OUT OF

09:45AM 20   HERE, AND THAT WOULD BE CORRECT, EXCEPT HERE'S ADMONITION AND

09:45AM 21   REQUEST OF YOU.  AS YOU ANSWER MY QUESTIONS, YOU NEED YOU TO

09:45AM 22   PRESUME THAT YOU WILL BE ON THE JURY.  BECAUSE IF YOU JUST

09:45AM 23   CHECK OUT AND GIVE ME NO ANSWERS TO ANYTHING, THE CHANCES ARE

09:45AM 24   YOU ARE GOING TO GET PICKED BECAUSE I HAVE NOT HEARD ENOUGH

09:45AM 25   FROM YOU.

09:45AM 1      SO I NEED YOU TO CONCENTRATE ON THE QUESTIONS AND GIVE ME

09:45AM 2  YOUR OPEN AND HONEST ANSWERS SO THAT WE CAN PICK THE JURY FOR

09:45AM 3  THIS CASE.

09:45AM 4      NOW WHEN WE PICK A JURY, WE DON'T PICK THE PEOPLE WHO WANT

09:45AM 5  TO BE ON THE JURY.  WE DON'T EXCUSE THE PEOPLE WHO WANT TO BE

09:45AM 6  EXCUSED.  THIS NOW IS A GROUP THAT WE WILL BE EVALUATING BASED

09:45AM 7  ON THE INFORMATION THAT YOU GIVE US.

09:45AM 8      YOU'VE ALREADY TAKEN AN OATH, YOU WILL TAKE OTHER OATHS ON

09:46AM 9  THE PAPER THAT YOU FILL OUT TO TELL THE TRUTH.  AND I KNOW EACH

09:46AM 10  OF YOU WILL BE HONEST, BUT I NEED TO JUST REMIND YOU THAT

09:46AM 11  THAT'S VERY IMPORTANT.

09:46AM 12      I WILL BE JUDGING YOUR STATEMENTS THAT YOU MAKE TO MAKE

09:46AM 13  SURE THAT YOU ARE TELLING ME THE TRUTH, AND TRUST ME, I'VE BEEN

09:46AM 14  DOING THIS FOR A LONG TIME, SO WHEN THE JURORS ARE SKATING ON

09:46AM 15  THE TRUTH, I USUALLY CAN FIGURE THAT OUT AND WE WILL PROBE THAT

09:46AM 16  A LITTLE BIT MORE.  BUT GENERALLY THAT'S NOT A PROBLEM.

09:46AM 17      I'M LOOKING FOR A JURY THAT IS MADE UP OF INDIVIDUALS WHO

09:46AM 18  CAN BE FAIR AND OPEN-MINDED, WHO CAN LISTEN TO ALL THE EVIDENCE

09:46AM 19  BEFORE YOU REACH A CONCLUSION, WHO CAN LISTEN TO THE LAW AND

09:46AM 20  APPLY THAT LAW REGARDLESS OF WHETHER YOU AGREE WITH THAT LAW OR

09:46AM 21  NOT.

09:46AM 22      AND THOSE ARE ALL VERY IMPORTANT IDEAS.  SO LET ME JUST

09:46AM 23  START WITH BEING FAIR AND OPEN MINDED, IT SOUNDS SIMPLE, BUT I

09:46AM 24  THINK FOR MANY OF US, WE MAKE DECISIONS EVERY MINUTE OF OUR

09:46AM 25  LIVES, AND WE USE OUR LIFE EXPERIENCE TO INFORM US ABOUT THOSE

09:47AM 1    DECISIONS.

09:47AM 2        AND YOUR LIFE EXPERIENCES ARE IMPORTANT AND YOUR COMMON

09:47AM 3    SENSE IS IMPORTANT, BUT YOUR SPECIALIZED TRAINING AND YOUR

09:47AM 4    PARTICULAR INDIVIDUAL LIFE EXPERIENCE THAT MIGHT HAVE COLORED

09:47AM 5    YOUR MIND SO THAT YOU ARE NO LONGER OPEN-MINDED, IS WHAT I NEED

09:47AM 6    TO KNOW ABOUT.

09:47AM 7        AND WE WILL, THROUGH A QUESTIONNAIRE THAT I'M GOING TO

09:47AM 8    DISCUSS WITH YOU IN A FEW MINUTES AND IN QUESTIONING IN COURT

09:47AM 9    WHEN YOU COME BACK A WEEK FROM MONDAY, TALK ABOUT THOSE THINGS.

09:47AM 10       NOW YOU HAVE A WEALTH OF LIFE EXPERIENCES.  THIS CASE IS

09:47AM 11   ONE SLICE, AND IT MAY HAVE NO CONNECTION TO ANYTHING YOU'VE

09:47AM 12   EVER DONE IN YOUR LIFE, OR IT MAY BE WHAT YOU LIVE EVERY DAY.

09:47AM 13   AND SO WE WILL START TO LEARN ABOUT THAT AND DETERMINE WHETHER

09:47AM 14   OR NOT YOU WOULD BE THE RIGHT PERSON FOR THIS TRIAL.

09:47AM 15       BUT LET ME JUST BE CLEAR, WE ARE NOT ASKING YOU WHETHER YOU

09:47AM 16   WANT TO BE ON THIS CASE AS A JUROR, WE ARE NOT ASKING YOU

09:48AM 17   WHETHER YOU THINK THIS IS THE RIGHT CASE FOR YOU TO BE A JUROR,

09:48AM 18   WE ARE LOOKING TO SEE WHETHER YOU CAN BE FAIR AND OPEN MINDED.

09:48AM 19       NOW IN DAILY LIFE WE OFTEN MAKE SNAP JUDGMENTS.  I THINK

09:48AM 20   ALL OF US HAVE PROBABLY ENDED UP RED FACED FROM JUMPING TO

09:48AM 21   CONCLUSIONS WHERE WE WERE ONLY PROVED TO BE WRONG.  HOW MANY

09:48AM 22   TIMES HAVE WE AT SAT AT A LIGHT TEN CARS BACK, IT TURNS GREEN,

09:48AM 23   NOBODY MOVES, YOU START HONKING YOUR HORN OR AT LEAST CURSING

09:48AM 24   IN YOUR CAR QUITELY TO YOURSELF, ONLY TO LEARN THAT A

09:48AM 25   PEDESTRIAN HAS DECIDED TO WALK IN THAT CROSS WALK AFTER THE

09:48AM 1    LIGHT CHANGED AND THE PATIENT FRONT DRIVER DECIDED NOT TO MOW

09:48AM 2    THAT PERSON DOWN, WHICH WAS PROBABLY NOT A WISE DECISION.

09:48AM 3        SO NOT HAVING ALL THE INFORMATION, WE HAVE MADE A

09:48AM 4    CONCLUSION THAT SOMEBODY IS PUTTING ON THEIR MASCARA OR SHAVING

09:48AM 5    AT THE LIGHT AND NOT MOVING ALONG.

09:48AM 6        THAT'S ALMOST A SILLY EXAMPLE, BUT I WANT TO MAKE IT CLEAR,

09:48AM 7    IT'S -- ONLY ONE PERSON CAN TALK AT A TIME IN THE COURTROOM.

09:49AM 8    ONLY ONE WITNESS CAN BE ON THE WITNESS STAND, ONLY ONE SIDE CAN

09:49AM 9    PRESENT THEIR CASE AT A TIME.  SO WE HAVE TO HEAR EVERYTHING.

09:49AM 10       AND I KNOW IN YOUR LIVES WHETHER IT'S HOME OR WORK, YOU'VE

09:49AM 11   HAD SITUATIONS LIKE THAT WHERE YOU'VE ACTUALLY HAD TO GATHER

09:49AM 12   ALL THE INFORMATION BEFORE YOU CAN DRAW A CONCLUSION.

09:49AM 13       SOME OF YOU MAY BE SCIENTISTS OR TRAINED AS SCIENTISTS AND

09:49AM 14   YOU UNDERSTAND THE SCIENTIFIC METHOD REQUIRES THAT.  SOME OF

09:49AM 15   YOU MAY HAVE OTHER KINDS OF WORK, YOU MAY WORK IN HUMAN

09:49AM 16   RESOURCES, YOU MAY BE SCHOOL TEACHERS, YOU MAY WORK IN THE

09:49AM 17   MEDICAL FIELD WHERE YOU REALIZE THAT IF YOU DON'T WAIT TO

09:49AM 18   GATHER ALL OF THE INFORMATION, YOU ARE GOING TO MAKE VERY

09:49AM 19   IMPORTANT MISTAKES THAT MAY HURT OTHER PEOPLE.

09:49AM 20       SOME OF YOU HAVE EXPERIENCES IN YOUR FAMILIES, YOU MIGHT

09:49AM 21   HAVE CHILDREN WHO ARE ALWAYS TATTLING ON EACH OTHER AND YOU

09:49AM 22   HAVE TO FIGURE OUT WHICH ONE OF THESE CHILDREN IS TELLING THE

09:49AM 23   TRUTH.

09:49AM 24       AND OF COURSE IN COURT, WE DON'T JUST PUNISH EVERYBODY

09:49AM 25   BECAUSE WE ARE TOO BUSY TO FIGURE OUT WHAT'S GOING ON.  WE ARE

09:49AM 1    GOING TO TRY TO DETERMINE THROUGH JUDGING CREDIBILITY, THINKING

09:50AM 2    ABOUT THE EVIDENCE, DETERMINING WHAT HAPPENED IN THE CASE, AND

09:50AM 3    YOU ARE THE ONES WHO DO THAT.

09:50AM 4         SO I'M LOOKING FOR JURORS WHO CAN PERFORM THAT JOB, WHO CAN

09:50AM 5    SIT THROUGH THE TRIAL AND LISTEN AND THEN DISCUSS IT WITH YOUR

09:50AM 6    FELLOW JURORS TO REACH A VERDICT.

09:50AM 7         NOW, WE ALL HAVE BIASES.  ALL OF US DO.  SOME BIASES ARE

09:50AM 8    HARMLESS.  I MEAN FOR EXAMPLE I LIKE THE COLOR GREEN, I HAVE A

09:50AM 9    BIAS IN FAVOR OF THE COLOR GREEN.  THAT GENERALLY DOESN'T HURT

09:50AM 10   ANYONE.

09:50AM 11        OTHER PEOPLE HAVE BIASES THAT ARE ACTUALLY VERY HURTFUL.

09:50AM 12   THEY COULD BE RACIAL BIASES, THEY COULD BE GENDER BIASES, THOSE

09:50AM 13   ARE VERY HURTFUL THINGS.

09:50AM 14        AND SO SOME OF US ARE AWARE OF THOSE BIASES AND ARE WORKING

09:50AM 15   ON TRYING TO CHANGE THEM.  OTHERS OF US MIGHT NOT BE AWARE OF

09:50AM 16   THEM AND OTHERS MIGHT NOT HAVE THE BIAS, IT'S NOT FOR ME TO

09:50AM 17   JUDGE WHETHER YOU HAVE A BIAS OR NOT.

09:50AM 18        WHAT I'M ASKING IS, IS THAT AS YOU LISTEN TO THE QUESTIONS

09:50AM 19   IN THIS CASE, IF YOU RECOGNIZE THAT YOU HAVE A STRONGLY HELD

09:51AM 20   VIEW ONE WAY OR THE OTHER THAT WOULD PREVENT YOU FROM BEING

09:51AM 21   OPEN MINDED, THAT YOU LET ME KNOW.

09:51AM 22        NOW, AS I SAY, NOT EVERY CASE DRAWS IN EVERY ASPECT OF YOUR

09:51AM 23   LIFE, AND SO YOU MIGHT BE THINKING ABOUT YOUR OWN BIASES AND

09:51AM 24   REALIZE AS WE TALK ABOUT THIS CASE, OH, THAT'S NOT EVEN AN

09:51AM 25   ISSUE HERE, THAT'S JUST, I DON'T EVEN HAVE TO WORRY ABOUT THAT

09:51AM 1    BECAUSE THAT'S NOT THE SUBJECT MATTER.  AND THAT'S FINE.  SO

09:51AM 2    THIS IS A SIFTING PROCESS YOU WILL GO THROUGH AS WE LISTEN.

09:51AM 3        I NEED YOU TO HONESTLY TELL ME IF YOU HAVE STRONGLY HELD

09:51AM 4    VIEWS THAT ARE GOING TO MAKE A DIFFERENCE OF YOU BEING FAIR IN

09:51AM 5    THIS CASE.  BUT I NEED YOU TO BE HONEST IN NOT MAKING UP

09:51AM 6    STRONGLY HELD VIEWS SO YOU CAN GET OFF THIS CASE.  AND THAT'S

09:51AM 7    ALWAYS ONE OF MY CONCERNS HERE.  SO I PUT IT RIGHT OUT THERE TO

09:51AM 8    LET YOU KNOW THOSE ARE MY CONCERNS.

09:51AM 9        SO WE WILL, THROUGHOUT THIS JURY SELECTION PROCESS,

09:52AM 10   CONTINUE TO EXPLORE THOSE IDEAS.  NOW WHAT I WOULD LIKE TO DO,

09:52AM 11   THE FINAL THING I WANT TO TELL YOU ABOUT JURY SERVICE, AND IT'S

09:52AM 12   SOMETHING YOU WILL HEAR FROM ME OVER AND OVER AGAIN, I'M SORRY

09:52AM 13   I WILL SOUND LIKE A BROKEN RECORD, BUT IT IS VERY IMPORTANT.

09:52AM 14       AS OF NOW, YOU KNOW THE NAME OF THIS CASE AND YOU KNOW MY

09:52AM 15   NAME AND YOU ACTUALLY DON'T KNOW ANYTHING ELSE ABOUT THE CASE.

09:52AM 16   YOU CANNOT DO ANY RESEARCH OR INVESTIGATION ABOUT THIS CASE,

09:52AM 17   ABOUT ME, ABOUT THE ATTORNEYS, ABOUT THE SUBJECT MATTER.

09:52AM 18       NOW FOR MANY OF YOU IN YOUR JOBS, YOU GET AHEAD BY TEACHING

09:52AM 19   YOURSELVES AHEAD OF THE JOB ASSIGNMENT HOW TO DO SOMETHING SO

09:52AM 20   THAT YOU ARE READY ON DAY ONE.  WELL, IN JURY SERVICE THERE'S

09:52AM 21   NO HOMEWORK AND IN FACT IT'S PROHIBITED AND IN FACT IT'S A

09:52AM 22   COURT ORDER THAT YOU NOT DO ANY INVESTIGATION.

09:52AM 23       NOW THAT USED TO BE EASY FOR ME TO TALK TO JURORS ABOUT, I

09:52AM 24   WOULD SAY TO THEM, DON'T TALK TO FRIENDS OR FAMILY MEMBERS WHO

09:53AM 25   ARE EXPERTS IN THE FIELD, DON'T GO TO THE LIBRARY AND DO

09:53AM  1    RESEARCH, AND DON'T LOOK AT DICTIONARIES TO UNDERSTAND WHAT

09:53AM  2    WORDS MEAN.

09:53AM  3         WELL, LET'S SEE, SO NOBODY KNOWS WHAT A DICTIONARY IS

09:53AM  4    ANYMORE AND IF A LIBRARY IF IT'S EVEN OPEN YOU DON'T KNOW WHERE

09:53AM  5    IT IS ANYMORE, YOU DON'T USE THOSE.  THE WORLD IS AT YOUR

09:53AM  6    FINGER TIPS MOST OF YOU ARE CARRYING IT IN YOUR POCKET PURSE OR

09:53AM  7    BRIEFCASE RIGHT NOW, AND IT'S THE INTERNET.

09:53AM  8         IF YOU ARE LIKE ME, YOU ARE GOING TO DO A SEARCH ON

09:53AM  9    EVERYTHING THAT PASSES YOUR WAY, WHETHER IT'S IMPORTANT OR NOT

09:53AM  10   IT'S YOUR HABIT, IT'S HOW WE LIVE OUR LIVES.

09:53AM  11        AND YOU CAN DEEP DOING THAT, EXCEPT WHAT'S OFF LIMITS IS

09:53AM  12   EVERYTHING ABOUT THIS CASE AND ALL OF THE PEOPLE INVOLVED IN

09:53AM  13   IT.  IT'S OFF LIMITS FROM NOW FORWARD.  I'M SORRY TO TELL YOU,

09:53AM  14   THIS IS A COURT ORDER, THERE ARE GRAVE CONSEQUENCES IF YOU

09:53AM  15   VIOLATE THIS ORDER, BUT YOU MAY HEAR WORDS THAT YOU'VE NEVER

09:53AM  16   HEARD BEFORE.  YOU CANNOT LOOK THEM UP.  YOU CANNOT.

09:53AM  17        YOU MAY HEAR CONCEPTS THAT ARE NOT FAMILIAR TO YOU, YOU

09:54AM  18   CANNOT DO THE RESEARCH YOURSELF.  THAT IS MY JOB TO EXPLAIN

09:54AM  19   THAT TO YOU.  AND I NEED YOU TO TRUST THAT YOUR JURY

09:54AM  20   INSTRUCTIONS WILL COVER IT AND THE ATTORNEYS WILL BE GIVEN THE

09:54AM  21   OPPORTUNITY TO DISCUSS IT WITH YOU IN THEIR OPENING AND CLOSING

09:54AM  22   ARGUMENTS AS WELL.

09:54AM  23        AND THERE'S A REASON FOR THIS.  YOU MAY WONDER WHY IS THIS

09:54AM  24   SO DIFFERENT THAN ANYTHING ELSE IN LIFE.  IN A COURT OF LAW

09:54AM  25   THERE ARE RULES AS TO WHAT MATERIAL CAN BE PRESENTED TO A JURY.

09:54AM 1    AND THOSE ARE CALLED THE FEDERAL RULES OF EVIDENCE.  THOSE ARE

09:54AM 2    THE GROUND RULES.

09:54AM 3        AND SO IF YOU DO YOUR OWN INVESTIGATION, YOU HAVE NO IDEA

09:54AM 4    WHETHER YOU ARE READING A FALSE REPORT OR A TRUE REPORT WHEN

09:54AM 5    YOU ARE ON THE INTERNET.  YOU HAVE NO IDEA.  AND I HAVE NO IDEA

09:54AM 6    WHAT YOU ARE READING, BUT MORE IMPORTANTLY, THE PARTIES IN THIS

09:54AM 7    CASE DON'T EVEN HAVE A CHANCE TO GIVE ANOTHER VERSION OF WHAT

09:54AM 8    YOU'RE LOOKING AT.  AND SO YOU CAN'T LOOK AT ANYTHING, YOU HAVE

09:55AM 9    TO TRUST THAT THIS SYSTEM PROVIDES IN AN ADVERSARIAL SETTING

09:55AM 10   FOR EACH SIDE TO GIVE YOU THE EVIDENCE THAT THEY FEEL WILL

09:55AM 11   PERSUADE YOU THAT THEIR POSITION IS CORRECT.  AND THE OTHER

09:55AM 12   SIDE HAS THE CHANCE, THROUGH CROSS-EXAMINATION OR PRESENTING

09:55AM 13   OTHER EVIDENCE, TO PERSUADE YOU THAT THAT'S NOT CORRECT AND

09:55AM 14   THEIR POSITION IS THE CORRECT ONE.

09:55AM 15       AND SO YOU ARE WELCOME, AS I SAID, TO USE YOUR DEVICES,

09:55AM 16   WHATEVER YOU USE, TO CONTINUE TO READ WHAT YOU LIKE TO READ,

09:55AM 17   BUT NOT ABOUT THIS CASE.  AND IF YOU WERE TO FLASH UPON

09:55AM 18   SOMETHING ABOUT THIS CASE, YOU HAVE TO TURN IT OFF.

09:55AM 19       THAT ALSO EXTENDS TO YOUR CONVERSATIONS WITH PEOPLE WHO YOU

09:55AM 20   KNOW AND COME IN CONTACT WITH AND YOUR FELLOW JURORS.  YOU

09:55AM 21   CANNOT TALK TO ANYONE ABOUT THIS CASE.  WHAT YOU CAN SAY TO THE

09:55AM 22   PEOPLE YOU NORMALLY CHAT WITH IS THAT YOU ARE A PROSPECTIVE

09:55AM 23   JUROR AND THE CASE IS EXPECTED TO LAST UNTIL DECEMBER 16TH.

09:55AM 24       WHEN THEY SAY TO YOU OH, WHAT'S THE CASE ABOUT?  YOU CAN

09:56AM 25   SAY, I AM A PROSPECTIVE JUROR AND THE CASE IS EXPECTED TO LAST

09:56AM 1    UNTIL DECEMBER 16TH.  THAT'S THE ONLY ANSWER YOU ARE ALLOWED TO

09:56AM 2    GIVE.

09:56AM 3        I KNOW THAT'S ARTIFICIAL, I KNOW MANY OF YOU SIT DOWN AT

09:56AM 4    DINNER WITH FRIENDS OR FAMILY AND YOU TALK ABOUT YOUR DAY AND

09:56AM 5    YOU CAN'T TALK ABOUT THE SUBSTANCE OF YOUR DAY HERE.

09:56AM 6        WHEN WE HAVE LUNCH BREAKS IF YOU WANT TO HAVE LUNCH WITH

09:56AM 7    YOUR FELLOW JURORS, BY ALL MEANS PLEASE DO, TALK ABOUT ANYTHING

09:56AM 8    YOU WANT EXCEPT YOUR JURY SERVICE, AND I'M SURE IT'S NOT THE

09:56AM 9    MOST INTERESTING THING IN YOUR LIFE, YOU WILL HAVE A WEALTH OF

09:56AM 10   INFORMATION TO CHAT ABOUT, BUT JUST NOT THIS CASE.

09:56AM 11       AND SO I NEED TO GO OVER THIS OVER AND OVER AGAIN BECAUSE

09:56AM 12   IT IS SO IMPORTANT AND IT HAS BECOME SUCH AN ODDITY IN THE WAY

09:56AM 13   WE LIVE OUR LIVES.

09:56AM 14       SO I THANK YOU FOR THAT, I THANK YOU FOR LISTENING TO THAT,

09:56AM 15   BUT THAT'S REALLY WHAT WE NEED TO DO.

09:56AM 16       NOW LET ME BEGIN TO INTRODUCE YOU TO THIS CASE SO THAT WE

09:56AM 17   CAN MOVE ALONG.  THIS CASE IS CALLED CISCO SYSTEMS V. ARISTA

09:56AM 18   NETWORKS.  AND I AM GOING -- LET ME INTRODUCE THE ATTORNEYS WHO

09:57AM 19   ARE HERE TODAY.

09:57AM 20       THE LEAD COUNSEL, I WILL LET THEM INTRODUCE THEIR

09:57AM 21   CO-COUNSEL NEXT WEEK WHEN YOU COME BACK ON THE 28TH, FOR

09:57AM 22   PLAINTIFF, CISCO SYSTEMS, LET ME INTRODUCE DAVID NELSON.

09:57AM 23           MR. NELSON:  GOOD MORNING, EVERYBODY.

09:57AM 24           THE COURT:  AND FOR ARISTA NETWORKS, LET ME INTRODUCE

09:57AM 25   ROBERT VAN NEST.

09:57AM 1      MR. VAN NEST:  GOOD MORNING, EVERYONE.

09:57AM 2     AND I'M HERE WITH MY COLLEAGUE BRIAN FERRALL.  THANK YOU

09:57AM 3  FOR BEING HERE.

09:57AM 4      THE COURT:  THANK YOU.

09:57AM 5     NOW, I'M NOT GOING TO GIVE YOU MUCH INFORMATION ABOUT THE

09:57AM 6  CASE, AND IN FACT I DON'T GIVE YOU A LOT OF INFORMATION ABOUT

09:57AM 7  THE CASE.  I WANT TO ORIENT YOU AS TO THE SUBJECT MATTER OF THE

09:57AM 8  CASE, BECAUSE IN A FEW MINUTES WE WILL EXCUSE OURSELVES AND I'M

09:57AM 9  GOING TO ASK YOU TO FILL OUT A QUESTIONNAIRE.  AND I WANT YOU

09:57AM 10  TO HAVE SOME GENERAL CONTEXT FOR UNDERSTANDING WHY YOU ARE

09:57AM 11  BEING ASKED THESE QUESTIONS.  AND I WILL EXPLAIN THAT

09:57AM 12  QUESTIONNAIRE, BUT LET ME GIVE YOU THIS GENERAL STATEMENT ABOUT

09:57AM 13  THE CASE.

09:58AM 14     THE PLAINTIFF IN THIS CASE IS CISCO SYSTEMS.  THE DEFENDANT

09:58AM 15  IS ARISTA NETWORKS.  THIS IS A CASE INVOLVING CLAIMS OF

09:58AM 16  COPYRIGHT AND PATENT INFRINGEMENT.  CISCO AND ARISTA SELL

09:58AM 17  NETWORKING SWITCHES.

09:58AM 18     CISCO ASSERTS THAT ARISTA INFRINGED CISCO'S COPYRIGHTS.

09:58AM 19  ARISTA ASSERTS THAT IT DID NOT INFRINGE ANY OF CISCO'S

09:58AM 20  COPYRIGHTS AND VARIOUS OTHER DEFENSES.

09:58AM 21     CISCO ALSO ASSERTS THAT ARISTA HAS INFRINGED ONE OF CISCO'S

09:58AM 22  PATENTS.  ARISTA DENIES THAT IT HAS INFRINGED THE PATENT.

09:58AM 23     NOW, THAT DOESN'T TELL YOU VERY MUCH, THAT'S NOT EVIDENCE,

09:58AM 24  THAT IS REALLY THE BOOK JACKET.  IN FACT, THAT'S THE SHORTENED

09:58AM 25  VERSION OF THE BOOK JACKET.  AND I JUST WANT YOU TO KNOW THAT

09:58AM 1    SUBJECT MATTER.

09:58AM 2        LET ME EXPLAIN WHAT I'M GOING TO HAVE YOU DO.  I NEED A LOT

09:58AM 3    OF INFORMATION ABOUT YOU, AND IT COULD TAKE TWO DAYS FOR ME TO

09:59AM 4    QUESTION ALL OF YOU, OR I COULD HAVE YOU, AND WHAT I'M GOING TO

09:59AM 5    DO, IS TO SPEND ANYWHERE FROM 30 MINUTES TO AN HOUR THIS

09:59AM 6    MORNING FILLING OUT THIS QUESTIONNAIRE AND ALLOWING ME TO GAIN

09:59AM 7    IN AN HOUR WHAT COULD TAKE ME TWO DAYS TO ASK EACH OF YOU.

09:59AM 8        AGAIN, MY INTEREST IS IN PRESERVING AND RESPECTING YOUR

09:59AM 9    TIME.  AND SO THIS QUESTIONNAIRE, I HAVE DEVELOPED, ALONG WITH

09:59AM 10   THE ASSISTANCE OF THE ATTORNEYS, TO ASK YOU QUESTIONS THAT WILL

09:59AM 11   HELP US DETERMINE IF YOU SHOULD SIT ON THIS JURY.

09:59AM 12       IT STARTS OFF VERY SIMPLY, GIVING YOU SOME DIRECTIONS ON

09:59AM 13   HOW TO FILL IT OUT.  FOR ME, THE MOST IMPORTANT THING IS THAT

09:59AM 14   IT BE LEGIBLE AND COMPLETE.  BUT WE LITERALLY START WITH YOUR

09:59AM 15   NAME AND WE ASK YOU HOW OLD YOU ARE, WE ASK YOU WHERE YOU LIVE,

09:59AM 16   AND SOME QUESTIONS ABOUT YOUR PERSONAL BACKGROUND.

09:59AM 17       IN MANY CASES, YOU ARE GOING TO CIRCLE A YES OR NO.  IN

09:59AM 18   OTHER CASES THERE ARE LINES FOR YOU TO GIVE AN EXPLANATION.  WE

09:59AM 19   DON'T NEED YOUR LIFE HISTORY, THIS IS NOT INTENDED TO BE AN

10:00AM 20   AUTO BIOGRAPHY ABOUT YOU, BUT THERE IS SOME SPECIFIC

10:00AM 21   INFORMATION THAT'S ASKED FOR, IN MANY CASES BECAUSE YOUR ANSWER

10:00AM 22   IS YES OR NO, YOU ARE NOT ASKED TO EXPLAIN.  BUT THERE ARE SOME

10:00AM 23   INSTANCES WHERE YOU MAY FIND THAT WE ARE ASKING FOR YOUR

10:00AM 24   EXPLANATION.

10:00AM 25       THE FORM ALSO IS ASKING FOR INFORMATION ABOUT YOU AND

10:00AM  1    FAMILY MEMBERS AND CLOSE FRIENDS.  AND THE REASON FOR THAT IS

10:00AM  2    WE WANT TO KNOW THE INFLUENCES ON YOU.

10:00AM  3        SO FOR EXAMPLE, IF YOU LIVE WITH SOMEONE WHO HAS, WHO WORKS

10:00AM  4    FOR ONE OF THESE COMPANIES, THAT'S AS IMPORTANT TO US AS IF YOU

10:00AM  5    WORK FOR ONE OF THESE COMPANIES, AND SO WE ARE GOING TO WANT TO

10:00AM  6    KNOW THAT.

10:00AM  7        THESE QUESTIONS, AS I SAY, IT'S QUITE A FEW PAGES, BUT IT'S

10:00AM  8    DESIGNED IN A WAY TO ALLOW YOU TO DO A LOT OF CHECKING OF BOXES

10:00AM  9    SO THAT YOU CAN MOVE THROUGH IT RELATIVELY QUICKLY.  AND THE

10:00AM  10   QUESTIONS ARE DESIGNED TO GET OUT THE KINDS OF BIASES THAT

10:01AM  11   WOULD BE IMPORTANT TO KNOW IN THIS CASE, AND NOT TO ASK YOU

10:01AM  12   QUESTIONS THAT WOULD BE COMPLETELY IRRELEVANT TO THIS CASE.

10:01AM  13       SO THIS FORM IS CONFIDENTIAL.  NOW LET ME EXPLAIN WHAT

10:01AM  14   CONFIDENTIAL MEANS.  CERTAINLY I WILL SEE IT, BUT THE ATTORNEYS

10:01AM  15   WILL SEE IT AS WELL.  BUT YOU WILL NOT HAVE TO DISCUSS THESE

10:01AM  16   THINGS IN OPEN COURT WITH YOUR FELLOW JURORS.

10:01AM  17       THERE ARE THINGS ON THIS FORM THAT SOME OF YOU MIGHT FIND

10:01AM  18   TO BE PERSONAL.  AND SO THEY'RE HERE AND YOU CAN FILL THIS OUT.

10:01AM  19   WE DON'T MEAN TO PRY INTO YOUR PERSONAL LIFE, BUT I'VE REALLY

10:01AM  20   LOOKED AT THIS AND I'M SATISFIED I NEED TO KNOW THE ANSWERS TO

10:01AM  21   THESE QUESTIONS.

10:01AM  22       AS YOU CAN TELL, BECAUSE OF THE SUBJECT MATTER OF THIS

10:01AM  23   CASE, THERE ARE A LOT OF ISSUES THAT OTHER COURTS MIGHT HAVE

10:01AM  24   ASKED YOU IN DIFFERENT KINDS OF CASES THAT WE ARE NOT CONCERNED

10:01AM  25   ABOUT HERE, SO THOSE QUESTIONS WON'T BE HERE.

10:01AM 1    NOW, AS YOU GO THROUGH THE FORM, IT'S IMPORTANT THAT YOU

10:02AM 2  ANSWER EVERY QUESTION.  AND LET ME JUST POINT OUT TO YOU,

10:02AM 3  TOWARD THE BACK OF THE FORM YOU ARE ASKED IF YOU KNOW ANY OF

10:02AM 4  THE PROSPECTIVE WITNESSES OR ATTORNEYS IN THE CASE.

10:02AM 5    NOW IT'S A LONG LIST OF NAMES.  I DON'T WANT YOU TO BE

10:02AM 6  FREAKED OUT ABOUT SEEING HOW LONG IT IS, I'VE ASKED THE

10:02AM 7  ATTORNEYS TO GIVE ME THE NAMES OF EVERYONE WHO MIGHT TESTIFY.

10:02AM 8  THEY AREN'T ALL GOING TO BE TESTIFYING, BUT I NEED TO KNOW IF

10:02AM 9  YOU KNOW ANY OF THESE INDIVIDUALS.  IF THIS IS YOUR BEST FRIEND

10:02AM 10  OR YOUR FAVORITE AUNT, I NEED TO KNOW THAT.

10:02AM 11    MANY PEOPLE HAVE COMMON NAMES.  I HAVE ONE OF THOSE NAMES.

10:02AM 12  WHENEVER I GO TO THE DOCTOR, WHICH BETH FREEMAN ARE YOU?  SO I

10:03AM 13  HAVE TO TELL THEM, WELL, I'M THE ONE WHO LIVES AT THIS ADDRESS,

10:03AM 14  AND THEN THEY GET THE RIGHT RECORDS OUT FOR ME.

10:03AM 15    MANY OF YOU, I'M SURE, HAVE COMMON NAMES AS WELL AND YOU

10:03AM 16  ARE FAMILIAR WITH THAT.  WELL, SAME THING WITH OUR WITNESSES.

10:03AM 17  SO IF YOU CIRCLE A NAME, THE FORM IS ASKING YOU, BUT HERE'S

10:03AM 18  WHAT I NEED TO KNOW, I NEED YOU TO IDENTIFY SOMETHING ABOUT THE

10:03AM 19  PERSON I KNOW THAT WOULD BE DISTINCTIVE SO WE CAN DETERMINE IF

10:03AM 20  IT'S THE SAME PERSON.  I CAN'T TELL YOU WHO THE WITNESS IS, I

10:03AM 21  WOULD BE GIVING EVIDENCE IN THE CASE.

10:03AM 22    SO YOU HAVE TO TELL US, SO FOR EXAMPLE IF THERE WAS A JOHN

10:03AM 23  SMITH ON THE LIST AS A WITNESS AND YOU KNEW A JOHN SMITH.  YOU

10:03AM 24  WOULD WRITE DOWN JOHN SMITH IS MY DENTIST.  OKAY.  THEN I CAN

10:03AM 25  ASK THE PARTIES, IS YOUR WITNESS A DENTIST.  WELL, GIVEN THE

10:03AM 1    NATURE OF THIS CASE, THAT'S PRETTY UNLIKELY.  AND WE CAN JUST

10:03AM 2    PASS THAT ON AND WE ARE DONE, BECAUSE WE KNOW.

10:03AM 3        IT COULD BE, YOU KNOW, MARY JONES IS MY CHILD'S FOURTH

10:04AM 4    GRADE TEACHER.  WELL, AGAIN, THE ATTORNEYS ARE GOING TO KNOW IF

10:04AM 5    THEIR WITNESS IS A FOURTH GRADE TEACHER AND THAT'S SOMETHING

10:04AM 6    DISTINCTIVE.  IT COULD BE THIS IS MY NEXT DOOR NEIGHBOR IN THE

10:04AM 7    TOWN OF MOUNTAIN VIEW OR WHEREVER YOU MIGHT LIVE.

10:04AM 8        SO IT'S JUST A BRIEF DESCRIPTION, JUST A LITTLE HANDLE SO

10:04AM 9    THAT WE CAN FIGURE IT OUT.  AND IF WE CAN'T FIGURE IT OUT, WE

10:04AM 10   WILL COME BACK TO YOU ON THE MONDAY WHEN WE COME BACK IN, BUT

10:04AM 11   THAT WAY WE CAN TAKE CARE OF THIS PRETTY EFFICIENTLY.  SO THE

10:04AM 12   FORM ASKS YOU TO CIRCLE THE NAME THAT YOU KNOW.

10:04AM 13       AND I WOULD SAY THAT MOST OF YOU WILL CIRCLE NO NAMES, BUT

10:04AM 14   SOME OF YOU MAY KNOW PEOPLE WITH THESE NAMES AND I NEED YOU TO

10:04AM 15   LET ME KNOW THAT.  AND PLEASE MAKE SURE YOU DO ALL OF THAT.

10:04AM 16       NOW ON THE LAST PAGE, YOU NEED TO SIGN AND DATE IT.  IT'S

10:04AM 17   REALLY IMPORTANT THAT YOU SIGN IT.  YOU ARE TAKING ANOTHER OATH

10:04AM 18   TO TELL THE TRUTH.  I KNOW YOU WILL BUT I ALWAYS LIKE TO POINT

10:05AM 19   THAT OUT FOR YOU.

10:05AM 20       WHEN YOU ARE DONE FILLING OUT THIS FORM, YOU ARE FREE TO GO

10:05AM 21   FOR THE DAY AND YOU WILL BE COMING BACK ON NOVEMBER 28TH AND

10:05AM 22   ALL OF YOU WILL BE COMING BACK ON THAT DAY.

10:05AM 23       I ALWAYS WORRY WHEN IT'S SO MANY DAYS THAT PEOPLE WILL

10:05AM 24   FORGET, LET ME JUST TELL YOU, I KNOW YOU WILL ALL PUT IT ON

10:05AM 25   YOUR CALENDARS.  SOMETIMES EMERGENCIES ARISE, AND IT'S A LOT OF

10:05AM 1  DAYS, SO I NEED YOU TO DOT ME THE FAVOR OF MAKING SURE THAT YOU

10:05AM 2  HAVE THE CORRECT PHONE NUMBER FOR THE COURT TO CALL MY

10:05AM 3  COURTROOM DEPUTY MS. SALINAS-HARWELL IF THERE IS AN EMERGENCY

10:05AM 4  THAT IS KEEPING YOU FROM ARRIVING.

10:05AM 5      FIRST OF ALL, YOU WILL BE KEEPING ALL OF YOUR FELLOW JURORS

10:05AM 6  WAITING, AND THEIR TIME IS VALUABLE JUST AS YOURS IS.  IF

10:05AM 7  SOMETHING HAS HAPPENED THAT YOU CAN'T BE HERE OR THAT YOU'RE

10:05AM 8  BEHIND BECAUSE OF AN ACCIDENT ON THE ROAD, PLEASE CALL US, AND

10:06AM 9  THERE'S VOICE MAIL SO YOU CAN LEAVE A MESSAGE SO YOU WILL BE

10:06AM 10 ABLE TO GET THROUGH, SO THAT'S VERY IMPORTANT TO ALL OF US.

10:06AM 11     IF WE DON'T HEAR FROM YOU AND YOU ARE NOT HERE, A VERY

10:06AM 12 FRIENDLY UNITED STATES MARSHAL WILL KNOCK ON YOUR DOOR, BUT IT

10:06AM 13 WILL NOT BE A SOCIAL VISIT, LET ME MAKE THAT CLEAR, AND YOU

10:06AM 14 WILL BE BROUGHT TO COURT BY A UNITED STATES MARSHAL.  SO I

10:06AM 15 DON'T WANT THAT TO HAPPEN, SO THAT'S WHY WE TRY TO MAKE

10:06AM 16 EVERYTHING AVAILABLE TO ASSIST YOU.

10:06AM 17     AND WHEN YOU COME BACK ON NOVEMBER 28TH, I WILL TURN THIS

10:06AM 18 OVER TO THE ATTORNEYS TO ASK YOU FOLLOW UP QUESTIONS FROM WHAT

10:06AM 19 WE'VE LEARNED ABOUT YOU ON THE QUESTIONNAIRE.  AND THAT MORNING

10:06AM 20 WE WILL SELECT OUR JURY.  AND THAT WILL GO RELATIVELY QUICKLY.

10:06AM 21     SO FOR -- I DON'T KNOW WHICH OF YOU WILL BE JOINING ME IN

10:06AM 22 OBSERVING THIS TRIAL, BUT MANY OF YOU WILL BE EXCUSED FROM YOUR

10:07AM 23 JURY SERVICE ON MONDAY.  YOU CAN'T ALL MAKE PLANS FOR MONDAY

10:07AM 24 AFTERNOON BECAUSE YOU DON'T KNOW.  AND WE GO RIGHT INTO THE

10:07AM 25 TRIAL, AS SOON AS THE JURY IS SWORN, WE GO RIGHT INTO THE

10:07AM 1    OPENING JURY INSTRUCTIONS.

10:07AM 2         SO MONDAY, THAT DAY ON NOVEMBER 28TH, IS A DAY THAT I WANT

10:07AM 3    YOU TO ALL EXPECT TO BE HERE.

10:07AM 4         NOW THE LAST THING THAT I'M GOING TO ASK YOU TO DO ON THE

10:07AM 5    FORM, AND YOU CAN DO IT AT THE VERY END, EITHER BELOW YOUR

10:07AM 6    SIGNATURE OR SOMEWHERE WHERE THERE ARE LINES, MY BEST ESTIMATE

10:07AM 7    IS THAT THE CASE WILL BE CONCLUDED ON DECEMBER 16TH.  AND WE'VE

10:07AM 8    ASKED YOU ALL THAT IN THE FIRST QUESTIONNAIRE.

10:07AM 9         I WOULD LIKE TO KNOW IF YOU WOULD BE UNAVAILABLE, SHOULD

10:07AM 10   THE CASE LAST A LITTLE LONGER ON JUST THE TWO DAYS AFTER THAT,

10:07AM 11   WHICH WOULD BE DECEMBER 19TH AND 20, THE MONDAY AND TUESDAY

10:07AM 12   BEFORE THE HOLIDAY.

10:07AM 13        I JUST WANT TO KNOW.  AND WE WILL -- I'M NOT GOING TO

10:08AM 14   EXCUSE YOU BECAUSE OF IT.  WE WILL NOT UNDER ANY CIRCUMSTANCES

10:08AM 15   BE IN SESSION BETWEEN THE 21ST AND JANUARY -- AND WE WOULD COME

10:08AM 16   BACK ON JANUARY 3RD IF WE HAD TO.  AGAIN, MY BEST ESTIMATE IS

10:08AM 17   MUCH EARLIER, BUT AS I TOLD YOU, IT'S ONLY MY BEST ESTIMATE.

10:08AM 18        SO I DON'T WANT ANY OF YOU TO WORRY ABOUT CREEPING INTO

10:08AM 19   THAT WEEK AND THE HOLIDAY, BUT -- AND I WANT TO KNOW, I MIGHT

10:08AM 20   NOT EVEN BE IN SESSION ON THE 19TH AND 20TH, I WANT TO KNOW

10:08AM 21   YOUR AVAILABILITY.  SO IF YOU COULD LET ME KNOW THAT, I WOULD

10:08AM 22   APPRECIATE IT.  IF YOU FORGET IT'S SOMETHING I WILL ASK AGAIN

10:08AM 23   ON NOVEMBER 28TH WHEN WE COME BACK JUST TO SEE WHAT WE'VE GOT.

10:08AM 24        SO LADIES AND GENTLEMEN, THAT TAKES CARE OF EVERYTHING THAT

10:08AM 25   I HAVE.  THANK YOU.

10:08AM  1    THE FORM IS GOING TO TAKE YOU A LITTLE BIT OF TIME TO FILL

10:08AM  2  OUT.  I WOULD SAY THAT MOST OF YOU WILL BE HERE PROBABLY PRETTY

10:08AM  3  CLOSE TO 11:00.  DON'T RUSH THROUGH IT.  FILL IT OUT.  BUT SOME

10:09AM  4  OF YOU -- YOU HAVE ALL TAKEN TESTS, SOME OF YOU ARE THE FIRST

10:09AM  5  OUT THE DOOR AND YOU GET THE "A," AND SOME OF YOU ARE THE LAST

10:09AM  6  TO FINISH AND YOU GET THE "A" ALSO.  SO THERE'S NO RULE, TAKE

10:09AM  7  IT AT YOUR OWN PACE, BUT JUST BE COMPLETE AND THOUGHTFUL ABOUT

10:09AM  8  IT, AND THAT'S WHAT I ASK OF YOU AND I DO APPRECIATE THAT.

10:09AM  9  THANK YOU.

10:09AM  10    AGAIN, LET ME REMIND YOU THAT THERE'S NO RESEARCH OR

10:09AM  11  INVESTIGATION IN THE CASE.  AND HAVE A WONDERFUL THANKSGIVING

10:09AM  12  HOLIDAY FOR ALL OF YOU.  I WILL SEE YOU ON NOVEMBER 28TH.

10:09AM  13    I'M GOING TO ASK THE ATTORNEYS TO JOIN ME SO YOU DON'T HAVE

10:09AM  14  TO HAVE THEM STARING AT YOU WHILE YOU ARE FILLING OUT THIS

10:09AM  15  QUESTIONNAIRE.  AND MS. SALINAS-HARWELL WILL REMAIN IN THE

10:09AM  16  COURTROOM TO ASSIST YOU, AND PLEASE ASK HER QUESTIONS AS YOU

10:09AM  17  NEED SO THAT SHE CAN ANSWER THOSE QUESTIONS AND HELP YOU.

10:09AM  18    SO THANK YOU ALL.

10:09AM  19    (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

20

21

22

23

24

25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____
     SUMMER A. FISHER, CSR, CRR
25   CERTIFICATE NUMBER 13185          DATED: 11/18/16