Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S AMENDED PROPOSED PRELIMINARY INSTRUCTION NO. 12**<br><br>Date: November 22, 2016<br>Dept: Courtroom 3 - 5th Floor<br>Judge: Hon. Beth Labson Freeman |

1   As represented to the Court at the November 21, 2016 conference (*see* Tr. 257:4-17), Cisco has amended its proposed Preliminary Jury Instruction No. 12 to provide the jury with a high-level backdrop of protected and unprotected matter under copyright law as relevant to this case. This amended proposed instruction differs from the one that Cisco filed pursuant to the Parties' Third Amended Stipulated and Proposed Jury Instructions, *see* ECF No. 674 at 23, in that it has taken account of the Court's suggestions at the November 21, 2016 conference. In an effort to advance the Court's analysis of this proposed instruction, Cisco used Arista's proposed Preliminary Instruction No. 12 as a model.

Cisco maintains its arguments set forth in its position on Arista's proposed Preliminary Instruction No. 12 as to the deficiencies of Arista's proposed instruction, which are fully incorporated herein (*see* ECF No. 674 at 24-27). For example, Arista's proposed instruction would instruct the jury as to what is ***not*** protectable without instructing the jury as to what ***is*** protectable. *See Harper House, Inc. v. Thomas Nelson, Inc.*, 889 F.2d 197, 207 (9th Cir. 1989) (jury instructions erroneous where they "did not adequately explain to the jury which material was, in fact, protectable"). Thus, Cisco's amended proposed Preliminary Instruction No. 12 addresses both protectable and unprotectable materials in a balanced fashion.

**DISPUTED: Cisco's Preliminary Instruction No. 12 re Protected and Unprotected Matter**

Copyright law allows a copyright owner to prevent others from copying the original elements of his or her copyrighted work. These original elements are "protected matter" under copyright law. An "original" element in a copyrighted work is one that was created by the work's author by use of at lease some minimal creativity. In addition, the use of a process by which an author exercises his or her judgment and expertise in creating an element may render that element "original."[1]

---

[1] ECF No. 482 at 12-13; *CDN Inc. v. Kapes*, 197 F.3d 1256, 1260 (9th Cir. 1999) (affirming district court's finding that "'[t]he evidence indicates that the plaintiff uses its considerable expertise and judgment to determine how a multitude of variable factors impact upon available bid and ask price data. And it is this creative process which ultimately gives rise to the Plaintiff's 'best

Elements to which copyright protection does not extend are called "unprotected matter." Unprotected matter is not entitled to copyright protection and therefore may be copied by another author.

During this trial, you will be asked to consider Cisco's copyrighted works. In so doing, you will be asked to consider certain protected matter, and to not consider certain unprotected matter, within Cisco's works. Here are a few examples.

1. You will not be asked to determine whether any individual word standing alone is protected by copyright. However, a combination of words, even ordinary words, may be protected by copyright if that combination shows a spark of creativity.

2. You will not be asked to consider any matter that is not original to Cisco.

3. You will not be asked to determine whether any matter, standing alone, is in the public domain and thus not protectable. However, a creative combination of works from the public domain may be protectable.

4. You will not be asked to determine whether an idea, concept, principle, discovery, fact, actual event, process, or method is protected by copyright. However, an author's particular expression of an idea, concept, principle, discovery, fact, actual event, process, or method may be protectable. For example, the general idea of using a grammatical structure such as [verb] [object] [noun] is not protectable, but a particular creative expression that consists of a verb, an object and a noun may be protectable.

5. The underlying function of any element of Cisco's works is not protectable by copyright law, but Cisco's particular expression of an element of a copyrighted work that is functional is entitled to copyright protection as long as the author had multiple ways to express the underlying idea.

At the end of this trial, I will provide you with more detailed instructions on protectable and unprotectable matter.

---

guess' as to what the current 'bid' and 'ask' prices should be. As such, the Court finds that these prices were created, not discovered.'").

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 21, 2016 | Respectfully submitted, |
| 3 | | /s/ John M. Neukom |
| 4 | | Kathleen Sullivan (SBN 242261) |
| | | kathleensullivan@quinnemanuel.com |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 7 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 8 | | |
| | | Sean S. Pak (SBN 219032) |
| 9 | | seanpak@quinnemanuel.com |
| | | Amy H. Candido (SBN 237829) |
| 10 | | amycandido@quinnemanuel.com |
| | | John M. Neukom (SBN 275887) |
| 11 | | johnneukom@quinnemanuel.com. |
| | | QUINN EMANUEL URQUHART & |
| 12 | | SULLIVAN LLP |
| | | 50 California Street, 22nd Floor |
| 13 | | San Francisco, CA 94111 |
| | | Telephone: (415) 875-6600 |
| 14 | | Facsimile: (415) 875-6700 |
| 15 | | David Nelson (*admitted pro hac vice*) |
| | | davenelson@quinnemanuel.com |
| 16 | | QUINN EMANUEL URQUHART & |
| | | SULLIVAN LLP |
| 17 | | 500 W Madison St, Suite 2450 |
| | | Chicago, IL 60661 |
| 18 | | Telephone: (312) 705-7465 |
| | | Facsimile: (312) 705 7401 |
| 19 | | |
| | | Steven Cherny *admitted pro hac vice)* |
| 20 | | steven.cherny@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 21 | | 601 Lexington Avenue |
| | | New York, New York 10022 |
| 22 | | Telephone: (212) 446-4800 |
| | | Facsimile: (212) 446-4900 |
| 23 | | |
| | | Adam R. Alper (SBN 196834) |
| 24 | | adam.alper@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 25 | | 555 California Street |
| | | San Francisco, California  94104 |
| 26 | | Telephone: (415) 439-1400 |
| | | Facsimile: (415) 439-1500 |
| 27 | | |
| | | Michael W. De Vries (SBN 211001) |
| 28 | | michael.devries@kirkland.com |

1  
2  
3  

KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

4   *Attorneys for Plaintiff Cisco Systems, Inc.*

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28