KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **ARISTA NETWORKS, INC.'S DEPOSITION DESIGNATIONS (SUPPLEMENTAL KAVASSERI DESIGNATIONS)** <br><br> Judge:   Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1    Pursuant to Judge Freeman's Jury Pretrial Standing Order, Arista Networks, Inc.
2  ("Arista") hereby discloses the following supplemental deposition designations for Ram
3  Kavasseri, attached hereto as Attachment A.  Arista makes these supplemental designations to
4  incorporate certain of Cisco's initial designations and counter-designations, in the event Cisco
5  decides to withdraw them.  Cisco's Arista's initial designations are based on the arguments it
6  expects to make in support of its affirmative defenses as well as its understanding of the evidence
7  that Cisco is likely to present and the arguments that Cisco is likely to make.  To the extent that
8  Cisco intends or attempts to rely on evidence and/or to make different or additional arguments
9  from those timely disclosed by Cisco, Arista reserves the right to supplement or amend its
10 depositions designations. Additionally, Arista's initial designations are based on the current status
11 of the case.  Arista reserves the right to supplement or amend its designations in light of any
12 future rulings by the Court or any motions *in limine* or other evidentiary objections raised by the
13 parties prior to trial.
14    Arista's initial designations do not constitute or reflect any commitment that Arista will
15 present deposition testimony at trial from any particular witness or that it will present the entirety
16 of its initial designations for any witness.  Arista's initial designations also do not constitute or
17 reflect a waiver of any evidentiary objection or an admission by Arista that any particular
18 testimony by any witness should be permitted at trial.

Dated: November 23, 2016                KEKER & VAN NEST LLP


                                  By:    */s/ Robert A. Van Nest*
                                         ROBERT A. VAN NEST


                                         Attorneys for Defendant
                                         ARISTA NETWORKS, INC.

1

ARISTA NETWORKS, INC.'S DEPOSITION DESIGNATIONS
Case No. 5:14-cv-05344-BLF (NC)

1124368.01

| RAM KAVASSERI February 23, 2016 ||||||
|---|---|---|---|---|---|
| **Arista Designation** | **Cisco Objection** | **Cisco Counter-Designation** | **Arista Objections** | **Arista Counter-Counter Designations** | **Cisco Objections** |
| 10:16 - 10:19 | | | | | |
| 11:9 - 11:12 | | | | | |
| 12:24 - 13:2 | | | | | |
| 39:13–18 | | | | | |
| 39:25–40:4 | | | | | |
| 40:11–40:18 | | | | | |
| 41:5–41:9 | | | | | |
| 41:19–41:22 | | | | | |
| 46:5 - 46:10 | | 47:22-48:5 | | | |
| 46:25 - 47:4 | | 47:22-48:5 | | | |
| 47:8 - 47:10 | | 47:22-48:5 | | | |
| 47:22 - 48:5 | | 47:22-48:5 | | | |
| 48:11 - 49:17 | | 47:22-48:5 | | | |
| 62:18 - 62:24 | | 63:9-18 | ERR; IMPROPER COUNTER; IRR; 403 | | |
| 71:6 - 71:10 | beyond scope of designations | 71:11-13 | | | |
| 90:14 - 90:17 | | | | | |
| 102:1 - 102:5 | | 102:6-19 | IRR; 403 | | |
| 102:24 - 103:3 | | 102:6-19 | IRR; 403 | | |
| 103:8 - 103:11 | | 102:6-19 | IRR; 403 | | |
| 106:3 - 106:7 | 602, speculation | 106:14-107:7 | IMPROPER COUNTER; IRR; 403 | | |
| 106:25 - 107:11 | speculation | 106:14-107:7 | IMPROPER COUNTER; IRR; 403 | | |
| 107:15 - 108:21 | speculation | 106:14-107:7 | IMPROPER COUNTER; | | |

|  |  |  |  | IRR; 403 |  |  |
|---|---|---|---|---|---|---|
| 108:22 - 109:9 | speculation | 109:13-24 |  |  |  |  |
| 109:25 - 110:5 |  | 109:13-24 |  |  |  |  |
| 110:18 - 111:8 |  | 111:9-112:11 |  |  |  |  |
| 112:12 - 113:1 | Ambiguous, speculation, 602 | 113:2-5 |  |  |  |  |
| 146:1 - 146:9 |  | 146:10-16 |  | F |  |  |
| 146:17 - 147:11 |  | 146:10-16 |  | IMPROPER COUNTER; F |  |  |
| 149:9 - 149:23 |  | 150:6-13 |  | IMPROPER COUNTER |  |  |
| 150:25 - 151:16 |  | 150:6-13 |  | IMPROPER COUNTER |  |  |
| 151:20 - 152:17 |  | 150:6-13 |  | IMPROPER COUNTER |  |  |
| 153:10 - 153:12 | Not testimony |  |  |  |  |  |
| 154:4 - 154:12 | Speculation, 602 |  |  |  |  |  |
| 154:18 - 154:24 | Speculation, 602 |  |  |  |  |  |
| 158:5 - 158:14 |  |  |  |  |  |  |
| 158:15 - 159:12 |  |  |  |  |  |  |
| 167:20 - 167:23 |  | 167:24-168:11 |  | IMPROPER COUNTER |  |  |
| 170:18 - 171:25 |  | 170:14-19 |  |  |  |  |
| 179:6 - 179:14 | Speculation, 602 |  |  |  |  |  |

02099-00004/8401825.1
1124361.01