08:21AM

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4

5

CISCO SYSTEMS, INC.,          )  CV-14-5344-BLF

6                          )

             PLAINTIFF,   )  SAN JOSE, CALIFORNIA

7                          )

         VS.          )  NOVEMBER 28, 2016

8                          )

ARISTA NETWORKS, INC.,      )  VOLUME 3

9                          )

            DEFENDANT   )  PAGES 261-533

10                        )

11           TRANSCRIPT OF PROCEEDINGS

      BEFORE THE HONORABLE BETH LABSON FREEMAN

12         UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14      FOR THE PLAINTIFF:  DAVID A. NELSON

                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

15                 500 WEST MADISON STREET, SUITE 2450

                 CHICAGO, IL 60661

16

17      FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN

                  BY:  SEAN PAK

18                 50 CALIFORNIA STREET, 22ND FLOOR

                 SAN FRANCISCO, CALIFORNIA  94111

19

20

21

22         APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR

                    CERTIFICATE NUMBER 13185

24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY

       TRANSCRIPT PRODUCED WITH COMPUTER

1        APPEARANCES (CONTINUED)

2        FOR THE DEFENDANT:   KEKER & VAN NEST, LLP
                             BY:   ROBERT ADDY VAN NEST
3                                  BRIAN FERRALL
                                   DAVID J. SILBERT
4                            KEKER & VAN NEST LLP
                             633 BATTERY STREET
5                            SAN FRANCISCO, CA 94111-1809

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    <u>INDEX OF WITNESSES</u>

2

PLAINTIFF'S OPENING STATEMENT        P. 387

3

DEFENDANT'S OPENING STATEMENT        P. 418

4


5

<u>PLAINTIFF'S</u>

6

**CHRISTINE BAKAN**

7    DIRECT EXAM BY MR. NELSON          P. 448
     CROSS-EXAM BY MR. FERRALL          P. 469

8    REDIRECT EXAM BY MR. NELSON        P. 484

9


10   **KIRK LOUGHEED**
     DIRECT EXAM BY MR. PAK             P. 488

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        INDEX OF EXHIBITS

2                                    MARKED        ADMITTED

3          PLAINTIFF'S

4          4269                                    P. 457
           760                                     P. 465
5

6

7          DEFENDANT'S

8          8110                                    P. 472

9          5299                                    P. 473

10         8092                                    P. 478

11         6736                                    P. 482

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | SAN JOSE, CALIFORNIA                    NOVEMBER 28, 2016     |
|         | 2  |                P R O C E E D I N G S                          |
|         | 3  |     (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF THE |
| 08:30AM | 4  | PRESENCE OF THE JURY:)                                        |
| 08:30AM | 5  |         THE COURT:  ALL RIGHT.  LET'S CALL OUR CASE.  WE WILL |
| 08:30AM | 6  | DO THAT ONCE FOR THE TRIAL AND GET EVERYONE'S NAME ON THE     |
| 08:31AM | 7  | RECORD.                                                       |
| 08:31AM | 8  |         THE CLERK:  CALLING CV-14-5344-BLF.  CISCO SYSTEMS,   |
| 08:31AM | 9  | INC. V. ARISTA NETWORKS, INC.                                |
| 08:31AM | 10 |    COUNSEL PLEASE STATE YOUR APPEARANCES.                    |
| 08:31AM | 11 |         MR. NELSON:  GOOD MORNING, YOUR HONOR.               |
| 08:31AM | 12 |    DAVE NELSON ON BEHALF OF CISCO; AND WITH ME IS SEAN PACK; |
| 08:31AM | 13 | AND THEN ALSO AT THE TRIAL THAT MIGHT BE DOING SOME WITNESSES |
| 08:31AM | 14 | IT WILL BE JORDAN JAFFE; AND THEN CHRISTINE BAKAN IS GOING TO |
| 08:31AM | 15 | BE HERE AS A CORPORATE WITNESS, EXCUSE ME, THE CORPORATE      |
| 08:31AM | 16 | REPRESENTATIVE FOR TRIAL                                      |
| 08:31AM | 17 |         THE COURT:  OKAY.  GOOD.  WONDERFUL.  WONDERFUL.     |
| 08:31AM | 18 | THANK YOU.                                                   |
| 08:31AM | 19 |         MR. NELSON:  THANK YOU.                              |
| 08:31AM | 20 |         MR. VAN NEST:  GOOD MORNING, YOUR HONOR.            |
| 08:31AM | 21 | BOB VAN NEST FROM KEKER & VAN NEST FOR ARISTA NETWORKS.      |
| 08:31AM | 22 |    I'M HERE WITH BRIAN FERRALL AND DAVE SILBERT,            |
| 08:31AM | 23 | ELIZABETH MCCLOSKEY, MICHAEL KWUN, EDUARDO SANTACANA.  AND OUR |
| 08:31AM | 24 | CLIENT REP IS SEAN CHRISTOFFERSON, AND HE WILL BE HERE        |
| 08:31AM | 25 | THROUGHOUT THE TRIAL AS OUR CORPORATE DESIGNEE.              |

08:32AM 1       GOOD MORNING.

08:32AM 2          THE COURT:  ALL RIGHT.  GOOD MORNING EVERYONE.  WE

08:32AM 3 ARE GOING TO TRY TO GET TO WORK RIGHT AWAY ON THESE MOTIONS

08:32AM 4 BECAUSE WE HAVE QUITE A LOT TO DO.

08:32AM 5       LET ME JUST ASK, WHEN THE JURY COMES IN THEY WILL ONLY NEED

08:32AM 6 THE FIRST TWO ROWS, SO FOR THOSE OF YOU IN THE AUDIENCE I'M

08:32AM 7 GOING TO ASK YOU TO SIT BEHIND THE FIRST TWO ROWS AND HAVE NO

08:32AM 8 INTERACTION WITH THE JURORS AS YOU ARE CERTAINLY AWARE.

08:32AM 9       I HAVE PRELIMINARY JURY INSTRUCTIONS.  THANK YOU.  I'M

08:32AM 10 READY TO READ THOSE.  WE WILL GO ON TO OUR VOIR DIRE THIS

08:32AM 11 MORNING.

08:32AM 12      AND LET'S START WITH ARISTA'S OBJECTIONS TO THE EVIDENCE

08:32AM 13 THAT WAS DESIGNATED.  AND LET ME TELL YOU THAT IT WAS A LITTLE

08:32AM 14 BIT CUMBERSOME TO WORK WITH THESE DOCUMENTS, AND WE WILL HAVE

08:32AM 15 TO COME UP WITH MAYBE AN EASIER WAY TO DO THIS.

08:32AM 16      WHAT -- I THINK THERE WERE EIGHT MATTERS THAT WERE OBJECTED

08:32AM 17 TO IN YOUR THREE PAGE BRIEF.  I COMMEND YOU FROM SQUEEZING ALL

08:33AM 18 OF THAT IN.  BUT THANK YOU FOR BEING SO TIMELY ON IT.

08:33AM 19     MR. FERRALL, ARE YOU GOING TO BE ARGUING IT?

08:33AM 20        MR. FERRALL:  I'M GOING TO BE ARGUING AT LEAST ONE OF

08:33AM 21 THEM, AND WE HAVE NARROWED SOME OF THE ISSUES.

08:33AM 22        THE COURT:  THAT'S GREAT.  I'M GOING TO TICK OFF EACH

08:33AM 23 ONE, AND WHEN WE GET TO IT YOU CAN LET ME KNOW IT'S BEEN

08:33AM 24 RESOLVED.  AND I'M GRATEFUL TO HEAR THAT.

08:33AM 25     ALL RIGHT.  THE FIRST ISSUE WAS THE SCOPE OF TESTIMONY FROM

08:33AM 1  CHRISTINE BAKAN, INCLUDING ALL EXHIBITS DISCLOSED.

08:33AM 2       MR. FERRALL:  THAT HAS NOT BEEN NARROWED, SO WE WILL

08:33AM 3  BE ARGUING THAT ONE.

08:33AM 4       THE COURT:  OKAY.

08:33AM 5    I WAS MR. FERRALL, YOU INDICATED THAT MS. BAKAN WAS

08:33AM 6  DESIGNATING THAT -- YOU PROVIDED TO ME EXHIBIT C.  EXHIBIT C

08:33AM 7  SHOWED THAT PLAINTIFF INDICATED IT WOULD ID NO ONE FOR ANY OF

08:33AM 8  THOSE TOPICS, SO I DON'T ACTUALLY EVEN KNOW WHAT SHE WAS

08:33AM 9  IDENTIFIED FOR, I DIDN'T GET THAT DOCUMENT THAT SAID SHE WAS

08:33AM 10  THE CORPORATE REP.  BUT I PRESUME FROM YOUR PAPERS THAT SHE WAS

08:34AM 11  LATER DESIGNATED FOR THOSE TOPICS

08:34AM 12       MR. FERRALL:  YEAH, I THINK THAT'S RIGHT.  SHE WAS.

08:34AM 13  BY E-MAIL.

08:34AM 14       THE COURT:  FINE.  ALL RIGHT.  THE EXHIBITS

08:34AM 15  THEMSELVES SEEM TO DEAL WITH THE CCIE CERTIFICATION.

08:34AM 16    SO, MR. PAK, WILL YOU BE ARGUING THAT ONE?

08:34AM 17       MR. NELSON:  I CAN DO THAT, YOUR HONOR.

08:34AM 18       THE COURT:  MR. NELSON, SORRY.

08:34AM 19       MR. NELSON:  SO THE CCIE IS NOT GOING TO BE AN ISSUE.

08:34AM 20  I CAN TELL YOU WHAT -- MEANING I'M NOT USING THOSE.

08:34AM 21       THE COURT:  SO THOSE DOCUMENTS WILL NOT BE COMING IN?

08:34AM 22       MR. NELSON:  NO, NOT THE CCIE STUFF.  THE ONLY THING

08:34AM 23  THAT I -- I CAN GIVE YOU AN OUTLINE, MAYBE THAT HELPS.

08:34AM 24       THE COURT:  I JUST NEED -- SO THE MINUTE I GET TO

08:34AM 25  9:00 I'M USING YOUR TIME.

08:34AM  1              MR. NELSON:  RIGHT.  UNDERSTOOD.

08:34AM  2              THE COURT:  THIS WAS AN OBJECTION TO HER TESTIMONY

08:34AM  3     GOING BEYOND THE 30(B)(6) DESIGNATIONS, AND I THINK WE ENLARGED

08:35AM  4     THAT TO ANYTHING SHE ACTUALLY TESTIFIED TO.

08:35AM  5              MR. NELSON:  RIGHT.

08:35AM  6              THE COURT:  MR. NUKEOM ACTUALLY DURING THE DEPOSITION

08:35AM  7     OBJECTED TO TESTIMONY THAT CROSSED THIS LINE CLAIMING SHE

08:35AM  8     HADN'T BEEN DESIGNATED.  THESE DOCUMENTS DEAL DIRECTLY WITH THE

08:35AM  9     CERTIFICATION PROGRAMS.  SO IF YOU'RE OFFERING THE EXHIBITS,

08:35AM  10    ARE YOU OFFERING THEM THROUGH MS. BAKAN?

08:35AM  11             MR. NELSON:  NO.  NO.

08:35AM  12             THE COURT:  OKAY.

08:35AM  13             MR. NELSON:  THAT IS AN ISSUE.  WE HAVE TO DO THE

08:35AM  14    DESIGNATION A COUPLE OF DAYS AHEAD AND THEN IT GETS NARROWED AS

08:35AM  15    WE GO THROUGH.

08:35AM  16      SO WHAT HAPPENS IS WE SHOULD HAVE HAD AN INITIAL DISCUSSION

08:35AM  17    LAST NIGHT.  SO I APOLOGIZE FOR THAT, YOUR HONOR.  THAT ISN'T

08:35AM  18    AN ISSUE.  REALLY ALL SHE'S TALKING ABOUT IS GOING TO BE THE

08:35AM  19    VALUE OF THE CLI.  AND TO DO THAT SHE'S GOING TO TALK ABOUT

08:35AM  20    JUST BRIEFLY WHAT THE PRODUCTS ARE, THE SWITCH AND THE ROUTER,

08:35AM  21    THAT THE CLI IS A PART OF.

08:35AM  22      BUT REALLY, IT'S RELATIVELY SHORT AND FOCUSED, AND THE ONLY

08:35AM  23    EXHIBITS WOULD BE LIKE A DATA SHEET FOR SWITCH, I THINK IT IS,

08:35AM  24    THAT WOULD COME IN.  SO WE ARE NOT DOING THE CCIE.

08:36AM  25             SO I DON'T KNOW IF THAT RESOLVES THAT

08:36AM  1        MR. FERRALL:  IT DOES, YOUR HONOR.  CCIE WAS THE

08:36AM  2  ONLY, WAS THE SCOPE THAT WE WERE OBJECTING.

08:36AM  3        THE COURT:  OKAY.  ALL RIGHT, THEN.  IN ESSENCE, I

08:36AM  4  WILL BE GRANTING THAT.  BUT BASED UPON MR. NELSON'S TESTIMONY,

08:36AM  5  THAT WON'T BE A PROBLEM.

08:36AM  6     THE SECOND WAS EXHIBIT --

08:36AM  7        MR. NELSON:  THANK YOU, YOUR HONOR.

08:36AM  8        THE COURT:  633.  AND THE OBJECTION THERE, THIS HAS

08:36AM  9  TO DO WITH REDACTIONS, WHO WILL BE ADDRESSING THAT FOR ARISTA.

08:36AM  10        MR. SANTACANA:  I BELIEVE THAT CISCO HAS WITHDRAWN

08:36AM  11  THEIR OBJECTION TO THAT EXHIBIT.

08:36AM  12        THE COURT:  I DIDN'T KNOW WHAT YOU WANTED REDACTED.

08:36AM  13  I READ THE PAGES YOU GAVE ME.  IS THAT AGREED?

08:36AM  14        MR. PAK:  YES, YOUR HONOR.  I THINK IT'S BEEN

08:36AM  15  RESOLVED.  WITHDRAWN, 633.

08:36AM  16        THE COURT:  YOU HAVE WITHDRAWN THE EXHIBIT?

08:36AM  17        MR. PAK:  YES, YOUR HONOR.

08:36AM  18        THE COURT:  OKAY.  THAT'S GOOD.  ALL RIGHT.

08:37AM  19     THE THIRD ITEM WAS EXHIBIT 611 AND 3673.  THESE ARE MANUALS

08:37AM  20  THAT ARE ALLEGED TO HAVE NEVER BEEN DISCLOSED.

08:37AM  21        MR. PAK:  YES, YOUR HONOR.

08:37AM  22     WE HAVE WITHDRAWN THESE AS WELL.

08:37AM  23        THE COURT:  OKAY.  AND NUMBER 4 IS EXHIBIT 742, WHICH

08:37AM  24  IS CISCO'S 10-K.

08:37AM  25        MR. FERRALL:  I THINK THAT'S BEEN WITHDRAWN AS WELL.

08:37AM 1        MR. PAK:  FOR THIS ONE, YES, YOUR HONOR.

08:37AM 2        THE COURT:  ALL RIGHT.  THANK YOU.  I APPRECIATE ALL

08:37AM 3   THAT WORK THAT YOU DID OVER THE WEEKEND.

08:37AM 4      NUMBER 5 IS EXHIBITS 757 AND 771 WHICH ARE THE STUART BIGGS

08:37AM 5   AND WENDELL ODOM BLOGS; IS THAT RIGHT?

08:37AM 6        MR. PAK:  YES, YOUR HONOR.  THAT'S NO LONGER AT ISSUE

08:37AM 7   ON THAT ONE, EITHER.

08:38AM 8        THE COURT:  THAT'S RESOLVED?

08:38AM 9        MR. PAK:  YES, YOUR HONOR.

08:38AM 10        THE COURT:  OKAY.

08:38AM 11      AND NUMBER 6 IS A GROUP OF EXHIBITS, 3472, 4307, AND 5152

08:38AM 12   WHICH ARE TROUBLE SHOOTING GUIDES, ESSENTIALLY POWER POINTS AND

08:38AM 13   A POWER POINT ON UNDERSTANDING CISCO CULTURE

08:38AM 14        MR. PAK:  YES, YOUR HONOR.  AND I THINK THERE'S ONLY

08:38AM 15   ONE CURRENTLY IN DISPUTE IT'S THE 5152.

08:38AM 16        THE COURT:  THAT'S THE -- THAT'S THE CULTURE.

08:38AM 17        MR. PAK:  THAT'S RIGHT YOUR HONOR.

08:38AM 18        THE COURT:  SO THE OTHER TWO ARE WITHDRAWN?

08:38AM 19        MR. PAK:  YES, FOR THESE DAY ONE WITNESSES,

08:38AM 20   YOUR HONOR.

08:38AM 21        THE COURT:  OKAY.  AND THE 5152 -- THE OBJECTION IS

08:38AM 22   THAT -- WELL, I GUESS THE REAL QUESTION IS ARE THESE BUSINESS

08:39AM 23   RECORDS AND HOW ARE YOU SEEKING TO ADMIT THEM, MR. PAK?

08:39AM 24        MR. PAK:  YES.

08:39AM 25      THIS DOCUMENT IS A POWER POINT, YOUR HONOR, THAT WAS GIVEN

08:39AM  1   BY MR. REMAKER TO THE TECHNICAL ASSISTANCE CENTER TEAM IN

08:39AM  2   JAPAN, AND THIS IS THE TYPE OF PRESENTATION THAT HE GIVES ON A

08:39AM  3   REGULAR BASIS.

08:39AM  4       HE TESTIFIED TO THAT, IN FACT, AT HIS DEPOSITION ON

08:39AM  5   PAGE 52, LINE 25 TO PAGE 53, TO LINE 11.

08:39AM  6       I WILL JUST READ BRIEFLY THE QUESTION AND ANSWER EXCHANGE,

08:39AM  7   YOUR HONOR.

08:39AM  8           "QUESTION:  DID YOU GIVE SIMILAR PRESENTATIONS TO

08:39AM  9   OTHER TAC ENGINEERS ANYWHERE AROUND THE WORLD?

08:39AM 10           "ANSWER:  YES.

08:39AM 11           "QUESTION:  HOW FREQUENTLY WOULD YOU DO THAT?

08:39AM 12           "ANSWER:  I'VE DONE IT AT DIFFERENT TIMES THROUGHOUT

08:39AM 13   MY CAREER AT CISCO.  TYPICALLY, I WOULD GET CALLED ON MAYBE

08:39AM 14   ONCE OR TWICE A YEAR TO GIVE A PRESENTATION LIKE THIS TO A NEW

08:39AM 15   TACK CENTER OR A LARGE GROUP OF NEW HIRES."

08:39AM 16       THE TAC CENTER, YOUR HONOR, IS THE TRAINING FACILITIES THEY

08:39AM 17   HAVE.  AND HE'S A DISTINGUISHED ENGINEER.  HE MAKES THESE TRIPS

08:40AM 18   ON A REGULAR BASIS.  WE BELIEVE THAT THIS IS A BUSINESS RECORD

08:40AM 19           THE COURT:  AND THEY ARE BEING OFFERED -- SO THE

08:40AM 20   QUESTION -- I MEAN THE OBJECTION WAS THAT THIS IS NOT -- THAT

08:40AM 21   THIS WOULD BE HEARSAY.  I'M NOT SURE WHAT YOU ARE OFFERING IT

08:40AM 22   FOR.  THE UNDERLYING TRUTH OF THE REPRESENTATION MADE IN THE

08:40AM 23   POWER POINT, I'M NOT SURE HOW IT FITS INTO YOUR CASE.

08:40AM 24           MR. PAK:  YOUR HONOR, I THINK IT'S REALLY MORE AS A

08:40AM 25   BASIS TO EXPLAIN, THIS IS A HELPFUL DOCUMENT FOR HIM TO EXPLAIN

08:40AM 1    SOME OF THE CISCO VALUES AND CULTURE ASPECTS RELATING TO THE

08:40AM 2    ORIGINATION PROCESS OF THE CLI COMMANDS.  AND HE'S GOING TO USE

08:40AM 3    IT AS A DOCUMENT TO TALK ABOUT HISTORICALLY HOW CISCO HAS

08:40AM 4    EXPLAINED THE ENGINEERING COMMUNITY AS WELL AS THE CLI TO

08:40AM 5    VARIOUS TRAINING FACILITIES.

08:40AM 6        WE THINK IT'S A BUSINESS RECORD EXCEPTION TO HEARSAY, SO WE

08:40AM 7    THINK THAT THIS SHOULD COME IN LIKE MANY OF THE DOCUMENTS WE

08:40AM 8    WILL BE SEEING IN THE CASE THAT ARE POWER POINTS OR OTHER TYPES

08:40AM 9    OF THINGS THAT ARE REGULARLY CREATED.

08:41AM 10       THE COURT:  SO, YOU KNOW, I DON'T KNOW WHAT POSITION

08:41AM 11   MR. REMAKER HAD, WHETHER HE WAS -- I DON'T KNOW WHAT HIS JOB

08:41AM 12   WAS.  AND WHEN HE PROVIDED THIS DOCUMENT, IT WAS 2003 THAT THIS

08:41AM 13   WAS PREPARED.

08:41AM 14       MR. PAK:  HIS JOB WAS DIRECTLY IN THIS AREA,

08:41AM 15   YOUR HONOR.  HE WAS A SERVICE ENGINEER.  SO HE PROVIDED

08:41AM 16   CUSTOMER SUPPORT.  AND HIS PRESENTATION WAS DIRECTLY TO THE

08:41AM 17   TECHNICAL ASSISTANCE CENTER, WHICH IS FULL OF THE DISTINGUISHED

08:41AM 18   AND OTHER TYPES OF SERVICE ENGINEERS.

08:41AM 19       SO THIS WAS A PRESENTATION THAT WAS CREATED DURING HIS

08:41AM 20   REGULAR COURSE OF CONDUCT AND REPRESENTING THE COMPANY IN THAT

08:41AM 21   CAPACITY.  SO WE THINK THIS IS --

08:41AM 22       THE COURT:  AND HE PREPARED IT DURING THE REGULAR

08:41AM 23   COURSE OF HIS BUSINESS AND IT WAS MAINTAINED.

08:41AM 24       MR. PAK:  ABSOLUTELY YOUR HONOR.

08:41AM 25       THE COURT:  ALL RIGHT.  LET ME HEAR THE OTHER SIDE OF

08:41AM 1    THIS AGAIN.

08:41AM 2         MS. MCCLOSKEY:  YOUR HONOR, THIS POWER POINT IN

08:41AM 3    PARTICULAR IS NOTHING BUT A MARKETING PUFF PIECE.  IT HAS KIND

08:41AM 4    OF LINES SUCH AS ENGINEERS ARE GRUMPY CONTROLS.  WE DON'T THINK

08:41AM 5    THAT THERE'S ANY INDICATION THAT IN SPITE OF THE TESTIMONY THAT

08:42AM 6    MR. PAK JUST READ, THAT THIS WAS MADE AS A -- BY REGULARLY

08:42AM 7    CONDUCTED BUSINESS ACTIVITY OR KEPT IN THE REGULAR COURSE OF

08:42AM 8    BUSINESS, IT JUST DOESN'T SEEM TO US TO MEET THE BUSINESS

08:42AM 9    RECORDS EXCEPTION TO THE HEARSAY RULE.

08:42AM 10        THE COURT:  WELL, I HAVE SOME CONCERNS ABOUT IT.  I

08:42AM 11   HAVE NO CONCERN ABOUT MR. REMAKER'S TESTIMONY ABOUT WHAT HIS

08:42AM 12   UNDERSTANDING OF THE CULTURE WAS AND THE ENVIRONMENT HE WORKED

08:42AM 13   IN AND THAT HISTORICAL BACKGROUND IS NOT BEING OBJECTED TO.

08:42AM 14        THE DOCUMENT ITSELF DOES SEEM TO BE LAUDATORY AND

08:42AM 15   SELF-CONGRATULATORY, WHICH COMPANIES SHOULD DO, THAT'S A GOOD

08:42AM 16   THING FOR COMPANIES, IT DOESN'T MEAN IT'S TRUE AND I THINK IT

08:42AM 17   CAN CREATE SOMETHING OF A FALSE IMAGE THERE.

08:42AM 18        IT DOESN'T -- I DON'T KNOW THAT YOU HAVE THE RIGHT PEOPLE

08:42AM 19   TO ESTABLISH THAT IT'S A BUSINESS RECORD BASED UPON THE SHOWING

08:42AM 20   MADE BY CISCO.  I WOULD GRANT THE MOTION TO EXCLUDE THE

08:42AM 21   DOCUMENT, ALLOWING MR. REMAKER CERTAINLY TO TESTIFY, EVEN THAT

08:43AM 22   HE PREPARED POWER POINTS AND TAUGHT ON THIS.  THAT'S A TRUE

08:43AM 23   THING THAT HE CAN TESTIFY TO AND THAT'S NOT BEING OBJECTED TO.

08:43AM 24        MS. MCCLOSKEY:  THANK YOU, YOUR HONOR.

08:43AM 25        MR. PAK:  THANK YOU, YOUR HONOR.

08:43AM 1        THE COURT:  ALL RIGHT.  THANK YOU.

08:43AM 2        AND THEN LET'S MOVE ON TO THE SEVENTH ITEM WHICH WAS

08:43AM 3    EXHIBIT 4790.  AND I THINK THE SAME ISSUES APPLY TO THE, LET'S

08:43AM 4    SEE, 4787 IS PRETTY SIMILAR.  THIS IS A -- TO ME THIS WAS

08:43AM 5    REALLY QUITE A SIGNIFICANT MOTION, I HAVE REAL CONCERNS ABOUT

08:43AM 6    IT.  EXHIBIT 4790 IS A -- IT'S A -- LET ME GET THE RIGHT

08:43AM 7    DESCRIPTION HERE.  IT'S TOO HARD FOR ME TO PULL IT UP.

08:44AM 8        THIS IS A CHART THAT WAS PREPARED -- IT LOOKS LIKE IT WAS

08:44AM 9    IN RESPONSE TO DEFENSE INTERROGATORY NUMBER 31, AND THERE ARE A

08:44AM 10   NUMBER OF OBJECTIONS UNDER -- INDICATING BY ARISTA THAT IT'S

08:44AM 11   NOT ADMISSIBLE UNDER FEDERAL RULES OF EVIDENCE 1006.

08:44AM 12       I DON'T KNOW -- MAYBE, I'M NOT -- MR. NELSON, MR. PAK, WHO

08:44AM 13   IS ARGUING THIS?

08:44AM 14           MR. PAK:  I WILL BE ARGUING THIS ONE.

08:44AM 15           THE COURT:  I HAVE REAL CONCERNS ABOUT THIS.  AND, OF

08:44AM 16   COURSE, I APPRECIATE RECEIVING THE CITATION TO THE PEAT, INC.,

08:44AM 17   VERSUS VANGUARD CASE THAT STRIKES FEAR IN A JUDGE.

08:44AM 18           MR. PAK:  WELL, YOUR HONOR, I THINK IT GOES BACK TO

08:44AM 19   SOME OF THE EARLIER DISCUSSIONS THAT WE HAVE BEEN HAVING ABOUT

08:44AM 20   HOW TO PRESENT THE RELEVANT EVIDENCE IN THIS CASE.

08:44AM 21           THE COURT:  SURE.

08:44AM 22           MR. PAK:  WE -- AS WE'VE EXPLAINED TO YOUR HONOR FROM

08:45AM 23   DAY ONE, WE DON'T INTEND TO PRESENT INDIVIDUALIZED WITNESS

08:45AM 24   TESTIMONY FOR EVERY SINGLE COMMAND.  WE DON'T THINK THAT IS

08:45AM 25   WHAT THIS CASE IS ABOUT.  WE INTEND TO FOLLOW THE CDN MODEL AND

08:45AM  1    FOLLOW EVIDENCE ON THE PROCESS OF HOW THESE DIFFERENT BLOCKS

08:45AM  2    WERE CREATED.  WE HAVE ALL OF THAT TESTIMONY READY TO GO,

08:45AM  3    STARTING TODAY.

08:45AM  4         THIS COMES ABOUT BECAUSE THERE WERE, AS YOUR HONOR KNOWS,

08:45AM  5    DETAILED INTERROGATORIES THAT WERE SERVED ON CISCO, BOTH DURING

08:45AM  6    FACT DISCOVERY AND THEN THERE WAS ONE INTERROGATORY RESPONSE IN

08:45AM  7    THE HELP DESCRIPTIONS THAT WERE SERVED AFTER DISCOVERY

08:45AM  8    PERSONALLY TO YOUR HONOR.

08:45AM  9         THE COMPANY HAS EXPENDED A LOT OF EFFORT TO CORRECT ALL

08:45AM  10   THIS INFORMATION ABOUT THE AUTHORSHIP INFORMATION RELATING TO

08:45AM  11   ETCH00 OF THE COMMAND ELEMENTS AS WELL AS THE HELP

08:45AM  12   DESCRIPTIONS.  IT SHOWS EFFORT BY CISCO TO TRACK THIS

08:45AM  13   INFORMATION DOWN.  IT CONSISTS OF NAMES OF AUTHORS, NAMES OF

08:45AM  14   SOURCE CODE FILES, DOCUMENTS THAT WERE BUSINESS RECORDS OF

08:45AM  15   CISCO, THAT SUMMARIZES IN ONE COMPLETE CHART ALL OF THE

08:46AM  16   ORIGINATION INFORMATION THAT WE HAVE.

08:46AM  17        WE COULD HAVE, I SUPPOSE, SOMEBODY SIT HERE AND TRY TO READ

08:46AM  18   THAT INFORMATION INTO THE RECORD OR TALK ABOUT THE PROCESS --

08:46AM  19             THE COURT:  SO, MR. PAK, THE CHART ITSELF IS

08:46AM  20   BEAUTIFULLY CONSTRUCTED, AND IT IS EXACTLY THE KIND OF DOCUMENT

08:46AM  21   THAT RULE 1006 CONTEMPLATES AND THAT I WELCOME.  BUT I ONLY

08:46AM  22   WELCOME IT IF IT MEETS THE VERY HIGH BURDEN UNDER 1006, BECAUSE

08:46AM  23   YOU ARE ABLE TO CONDENSE FOR THE JURY A LOT OF INFORMATION THAT

08:46AM  24   BECOMES EXTREMELY PERSUASIVE BECAUSE OF ITS CONDENSED FORM AND

08:46AM  25   FORMATTING THAT IS DIRECTED TO A LAY JURY.

08:46AM  1       SO IT IS THE CASES THAT ARISTA PROVIDED TO ME, I THOUGHT,

08:46AM  2  WERE REALLY VERY INSTRUCTIVE AND CONCERNING TO ME.  CLEARLY YOU

08:46AM  3  HAD TO HAVE MADE AVAILABLE ALL OF THE UNDERLYING INFORMATION,

08:46AM  4  AND THOSE DOCUMENTS THEMSELVES EACH MUST BE SEPARATELY

08:46AM  5  ADMISSIBLE.

08:47AM  6       AND SO I HAVE CONCERN THAT YOU -- THE CHARGE THAT YOU DID

08:47AM  7  NOT TURN OVER EVERYTHING AND REFUSED TO DO SO BASED ON THE

08:47AM  8  COLLOQUY THAT WAS IN THE DEPOSITIONS PROVIDED TO ME, I HAVE THE

08:47AM  9  CONCERNS ABOUT WHETHER ANY OF THE DOCUMENTS, AND I'M ONLY

08:47AM  10  TALKING ABOUT THE SUPPORTING DOCUMENTS --

08:47AM  11       MR. PAK:  YES, YOUR HONOR.

08:47AM  12       THE COURT:  -- NOT THE CHART.  BUT IF ANY OF THE

08:47AM  13  SUPPORTING DOCUMENTS WERE, THEMSELVES, CREATED DURING THE

08:47AM  14  LITIGATION, THAT IS A PROBLEM.  AND THAT WAS MADE VERY CLEAR IN

08:47AM  15  THE CASES THAT WERE CITED, AND I THINK THIS WAS ALSO IN THE

08:47AM  16  PEAT, INC. CASE.

08:47AM  17       I HAVE FURTHER CONCERN THAT IF YOU WERE SUBMITTING AS

08:47AM  18  SUPPORTING DOCUMENTS E-MAILS THAT WE WILL BE HERE NIGHT AND DAY

08:47AM  19  AS REFERENCED IN THE BRIEF, THAT'S NOT GOING TO HAPPEN

08:48AM  20       MR. PAK:  MAY I SUGGEST SOMETHING, YOUR HONOR?

08:48AM  21       THE COURT:  YES.

08:48AM  22       MR. PAK:  SO ON 4790, THAT IS THE DOCUMENT THAT DEALS

08:48AM  23  WITH THE COMMANDS.  I BELIEVE THAT WE'VE PRODUCED ALL OF THE

08:48AM  24  SOURCE CODE IN THE UNDERLYING DOCUMENTS FOR THAT DOCUMENT.

08:48AM  25  THERE'S A SEPARATE ISSUE WITH RESPECT TO 4789 WHICH IS THE HELP

08:48AM   1    DESCRIPTIONS COMPILATION THAT HAPPENED AFTER FACT DISCOVERY,

08:48AM   2    PURSUANT TO YOUR HONOR'S ORDER.  AND THERE I DO BELIEVE THERE

08:48AM   3    WERE SOME DOCUMENTS IDENTIFIED THAT HAD NOT BEEN PREVIOUSLY

08:48AM   4    PRODUCED BECAUSE THAT WAS DONE AFTER FACT DISCOVERY CUTOFF,

08:48AM   5    PURSUANT TO THE REQUEST TO PROVIDE ADDITIONAL INFORMATION OF

08:48AM   6    THE HELP DESCRIPTIONS.

08:48AM   7            THE COURT:  OKAY.  ALTHOUGH IT IS ARGUED THAT YOU

08:48AM   8    DIDN'T PROVIDE ALL THE SUPPORTING DOCUMENTS AS TO 4790.

08:48AM   9            MR. PAK:  YES, YOUR HONOR.  I BELIEVE THAT'S NOT

08:48AM  10    TRUE.  BUT IN ANY EVENT, TO CUT TO THE CHASE, WE ARE NOT REALLY

08:48AM  11    INTERESTED IN THE UNDERLYING DOCUMENTATION OR THE SOURCE CODE.

08:48AM  12    OBVIOUSLY THIS IS A SUMMARY EXHIBIT THAT IS TRYING TO COMPILE

08:48AM  13    INFORMATION, AND WE ARE WILLING -- FOR EXAMPLE, THERE MAY BE

08:49AM  14    COLUMNS THAT TALK ABOUT SPECIFIC DOCUMENTS OR SOURCE CODE FOR

08:49AM  15    THOSE TABLES.  WE ARE WILLING TO REDACT THOSE FROM THE EXHIBITS

08:49AM  16    BECAUSE REALLY WHAT WE ARE INTERESTED IN SHOWING TO THE JURY,

08:49AM  17    YOUR HONOR, IS THAT CISCO DID KEEP BUSINESS RECORDS AND

08:49AM  18    UNDERTOOK THE EFFORT TO FIND THE AUTHORSHIP INFORMATION IN

08:49AM  19    TERMS OF WHEN THESE COMMANDS WERE FIRST INTRODUCED, WHEN, WHO

08:49AM  20    AUTHORED THE DOCUMENT, WHO AUTHORED THESE PARTICULAR COMMANDS,

08:49AM  21    AND THEN THE OPERATING SYSTEMS.

08:49AM  22            THE COURT:  MR. PAK, I THINK THAT MISSES THE POINT.

08:49AM  23    YOU CAN'T GIVE THE SUMMARY INFORMATION UNLESS IT'S BUILT ON THE

08:49AM  24    FOUNDATION OF ADMISSIBLE EVIDENCE.  AND SO REDACTING THE

08:49AM  25    CITATION FOR THE JURY, OF THAT FOUNDATION, DOESN'T GET AT WHAT

08:49AM  1    I BELIEVE THE MOTION IS ARGUING IS THAT YOU CAN'T GIVE WHAT

08:49AM  2    IS -- IF IT WAS AN EXPERT, WOULD BE THE ULTIMATE OPINION, IT'S

08:49AM  3    JUST MUCH EASIER FOR EXPERTS BECAUSE THE UNDERLYING INFORMATION

08:50AM  4    DOESN'T HAVE TO BE ADMISSIBLE.

08:50AM  5        THIS IS VERY DIFFERENT.  SO I BELIEVE, AM I READING TOO

08:50AM  6    MUCH INTO THE MOTION, THAT THIS STRIKES THE ENTIRE DOCUMENT?

08:50AM  7            MR. PAK:  YOUR HONOR, WE COULD HAVE A LONG DISPUTE

08:50AM  8    ABOUT 4790, I REALLY HONESTLY BELIEVE THAT THOSE -- THAT THE

08:50AM  9    DOCUMENTS.

08:50AM  10            THE COURT:  WELL, IF THERE IS AN E-MAIL THAT IT IS

08:50AM  11   BASED ON, THEN IT IS SUGGESTED THAT I HAVE A DUTY OF

08:50AM  12   DETERMINING INDIVIDUALLY THE ADMISSIBILITY AS A BUSINESS RECORD

08:50AM  13   OF THOSE E-MAILS.

08:50AM  14            MR. PAK:  RIGHT.  YOUR HONOR, WE BELIEVE THAT FOR

08:50AM  15   4790, THAT WE HAVE PRODUCED ALL THE E-MAILS THAT ARE UNDERLYING

08:50AM  16   THAT DOCUMENT, WHICH ARE THE PARSER POLICE E-MAILS AND --

08:50AM  17            THE COURT:  SO THAT'S THE PRODUCTION THAT THERE WERE

08:50AM  18   FOUR SEPARATE OBJECTIONS TO 4790.  ONE WAS THAT THE DOCUMENTS

08:50AM  19   WEREN'T MADE AVAILABLE.  SO LET'S MOVE ON.  YOU'VE GIVEN ME

08:50AM  20   YOUR POSITION ON THAT.

08:50AM  21            MR. PAK:  YES.

08:50AM  22            THE COURT:  SECOND WAS THAT YOU CAN'T ESTABLISH THAT

08:50AM  23   THE UNDERLYING DOCUMENTS ARE ADMISSIBLE.  AND SO THERE WERE TWO

08:50AM  24   ASPECTS TO THAT.

08:50AM  25            MR. PAK:  YES.

08:50AM 1          THE COURT:  THAT IF ANY -- AND I DON'T KNOW THE

08:51AM 2    ANSWER TO THIS, IF ANY OF THE UNDERLYING DOCUMENTS WAS CREATED

08:51AM 3    FOR LITIGATION, THEN IT IS NOT AN ADMISSIBLE --

08:51AM 4          MR. PAK:  YES, AND I APOLOGIZE, YOUR HONOR.  I THINK

08:51AM 5    WE HAD THE NUMBERS MIXED UP.  4790 WAS THE HELP DESCRIPTIONS

08:51AM 6    DOCUMENT AND 4789 WAS THE COMMANDS.

08:51AM 7          THE COURT:  OKAY.

08:51AM 8          MR. PAK:  AND SO JUST ALL MY COMMENTS WITH RESPECT TO

08:51AM 9    4789 WOULD BE THE COMMANDS.  ALL THOSE DOCUMENTS WERE PRODUCED,

08:51AM 10   YOUR HONOR.  AND THEY WERE ALL BUSINESS RECORDS.

08:51AM 11         THEY CONSIST OF TECHNICAL DOCUMENTATION, E-MAILS THAT ARE

08:51AM 12   PART OF THIS PARSER POLICE, YOUR HONOR, THAT YOU HAVE BEEN

08:51AM 13   HEARING ABOUT, WHICH GO TO THE CREATION PROCESS OF THESE

08:51AM 14   COMMANDS.

08:51AM 15         AND SO WITH RESPECT TO 4789, AT LEAST, WHICH ARE THE

08:51AM 16   COMMAND DOCUMENTS, ALL OF THAT INFORMATION WAS PRODUCED,

08:51AM 17   YOUR HONOR, AND WE BELIEVE ARE BUSINESS RECORDS.

08:51AM 18         THE COURT:  SO WHAT ABOUT THE ISSUE -- OKAY.  SO WE

08:51AM 19   ARE OVER THE HUMP OF IT ALL BEING PRODUCED.

08:51AM 20         MR. PAK:  YES.

08:51AM 21         THE COURT:  WHAT ABOUT ESTABLISHING THAT THE

08:52AM 22   UNDERLYING DOCUMENTS ARE EACH INDIVIDUALLY ADMISSIBLE?

08:52AM 23         MR. PAK:  WELL, SO I THINK THE WAY IT'S GOING TO WORK

08:52AM 24   IS WE HAVE MR. REMAKER --

08:52AM 25         THE COURT:  NO, NO, NO.  I'M SORRY.  LET ME, BECAUSE

08:52AM 1    I WANT TO BE CAREFUL ABOUT YOUR TIME.  IT'S -- YOU DON'T HAVE

08:52AM 2    TO, IN FRONT OF THE JURY, ESTABLISH THE ADMISSIBILITY OF THE

08:52AM 3    DOCUMENTS.  THE JURY, BLESSEDLY, WOULD BE FREE OF THAT.  I HAVE

08:52AM 4    TO BE PERSUADED THAT BEFORE I ADMIT THE SUMMARY, THAT THE

08:52AM 5    UNDERLYING DOCUMENTS ARE ADMISSIBLE.  TYPICALLY THROUGH THE

08:52AM 6    DISCOVERY PROCESS AND TURNING THINGS OVER, I'VE NEVER ACTUALLY

08:52AM 7    HAD OBJECTIONS LIKE THIS.  SO THIS IS JUST A DIFFERENT KIND OF

08:52AM 8    CASE.

08:52AM 9            MR. PAK:  RIGHT.

08:52AM 10           THE COURT:  SO WE ARE NOT TALKING ABOUT TRIAL TIME,

08:52AM 11   WE ARE TALKING ABOUT THIS KIND OF TIME.  AND, OF COURSE, IF YOU

08:52AM 12   HAD A THOUSAND E-MAILS THAT WERE SUPPORTING 4790, WE WOULD,

08:52AM 13   AGAIN, BE SENDING THE JURY HOME AND PICKING A JURY IN 2019

08:52AM 14   BECAUSE THIS WOULD TAKE ME TOO MUCH TIME.

08:53AM 15       SO I'M FEELING LIKE YOU ARE -- UNLESS YOU HAVE CASE LAW

08:53AM 16   THAT SAYS THAT ARISTA IS WRONG BUT THEY GAVE ME DEFINITIVE CASE

08:53AM 17   LAW FROM OUT OF DISTRICT, THAT THEIR POSITION IS SOUND UNDER

08:53AM 18   1006

08:53AM 19           MR. PAK:  WE BELIEVE YOUR HONOR THAT WE CITED CASES

08:53AM 20   AS WELL INDICATING THAT WHEN WE HAVE -- THIS GOES BACK TO THE

08:53AM 21   ISSUE -- SO SETTING ASIDE WHETHER IT'S A PROPER SUMMARY

08:53AM 22   DOCUMENT, I THINK WE ARE JUST GETTING TO THE ISSUE OF WHETHER

08:53AM 23   E-MAILS THAT HAVE BEEN MAINTAINED BY A COMPANY ARE BUSINESS

08:53AM 24   RECORDS WHEN THEY WERE CREATED DURING THE COURSE OF BUSINESS.

08:53AM 25           THIS IS AN E-MAIL -- YOUR HONOR, ALL THE E-MAILS WE ARE

08:53AM 1   TALKING ABOUT ARE NOT PERSONAL E-MAILS OR E-MAILS THAT ARE

08:53AM 2   BEYOND THE SCOPE OF THE EMPLOYEES'S OCCUPATION.  THESE WERE ALL

08:53AM 3   COMMAND ENGINEERS, OR CLI ENGINEERS WHO WERE CREATING COMMANDS.

08:53AM 4       THIS WAS THE PARSER POLICE E-MAIL LIST, WHICH WAS A

08:53AM 5   COMPANY-CREATED E-MAIL LIST THAT MAINTAINED RECORDS OF ALL OF

08:53AM 6   THE DISCUSSIONS THAT HAPPENED BETWEEN THE COMMAND ENGINEERS ON

08:54AM 7   HOW THE CLI COMMANDS WERE CREATED.  THIS IS PRECISELY, WE

08:54AM 8   BELIEVE, THE TYPE OF SUMMARY THAT WOULD HELP US

08:54AM 9           THE COURT:  IT WILL HELP EVERYONE.

08:54AM 10          MR. PAK:  YES.

08:54AM 11          THE COURT:  IT MAY NOT BE PERSUASIVE, BUT IT IS THE

08:54AM 12  TYPE OF SUMMARY.  SO HERE IS MY CONCERN, I MEAN, THERE ARE TWO

08:54AM 13  MORE ISSUES THAT ARE RAISED THAT I THINK ARE NOT AS SIGNIFICANT

08:54AM 14  AS THIS ONE BECAUSE I DON'T KNOW WHAT THE E-MAILS ARE.

08:54AM 15      I READ THE CASES THAT ARISTA PROVIDED TO ME.  THEY WERE

08:54AM 16  RIGHT ON POINT.  YOU READ THEM TOO.

08:54AM 17          MR. PAK:  YES.

08:54AM 18          THE COURT:  AND IT APPEARS, I THINK, THAT, OF COURSE

08:54AM 19  THE LAW HAS CERTAINLY EVOLVED SINCE THE EARLY CASE, THAT

08:54AM 20  E-MAILS ARE DEFINITELY OF THE TYPE OF DOCUMENT THAT CAN BE

08:54AM 21  BUSINESS RECORDS.

08:54AM 22          MR. PAK:  YES.

08:54AM 23          THE COURT:  THEY ARE NOT ALL BUSINESS RECORDS.

08:54AM 24          MR. PAK:  OF COURSE.

08:54AM 25          THE COURT:  AND SO YOU WANT TO SHOW THE PROCESS AND

08:54AM 1   THE CREATIVE ENERGY AND EFFORT THAT WENT INTO MAKING YOUR USER

08:55AM 2   INTERFACE THROUGH THESE DISCUSSIONS THAT WENT ON.

08:55AM 3        MR. PAK:  YES.

08:55AM 4        THE COURT:  AND I UNDERSTAND THAT.  BUT I DON'T HAVE

08:55AM 5   A LIST OF THE E-MAILS, I DON'T HAVE THE TO AND THE FROM, I

08:55AM 6   DON'T HAVE THE DATE.

08:55AM 7      THERE ARE REALLY A LIST OF CRITERION THAT COURTS SET OUT TO

08:55AM 8   ESTABLISH WHAT ARE E-MAIL BUSINESS RECORDS.  AND SO I THINK THE

08:55AM 9   BURDEN IS LOWER NOW THAN IT WAS IN 1994 WHEN THE FIRST CASE

08:55AM 10  CAME OUT WHEN COURTS WERE DESCRIBING WHAT E-MAIL IS TO THE

08:55AM 11  READER OF THE OPINION.

08:55AM 12     BUT WE ARE NOT THERE BECAUSE I DON'T ACTUALLY EVEN KNOW THE

08:55AM 13  SCOPE OF THIS.  THIS IS AN ISSUE.  IF YOU ARE PLANNING TO

08:55AM 14  INTRODUCE THIS DOCUMENT TODAY, WE ARE NOT READY.

08:55AM 15        MR. PAK:  YOUR HONOR, MAY I SUGGEST SOMETHING ELSE?

08:55AM 16  WE DON'T HAVE TO INTRODUCE IT TODAY.  WE HAVE AN EXPERT,

08:55AM 17  DR. ALMEROTH, WHO CAN INTRODUCE IT.  HE CAN BE A SPONSORING

08:55AM 18  WITNESS.  HE WILL COME LATER IN THE WEEK.

08:55AM 19     IF YOUR HONOR WOULD LIKE -- WE DIDN'T HAVE A CHANCE,

08:55AM 20  YOUR HONOR, TO RESPOND, OBVIOUSLY IN WRITING.  WE AGREED TO

08:56AM 21  THIS PROCEDURE WHERE THEY WOULD MAKE THE WRITTEN OBJECTION.  WE

08:56AM 22  ARE ARGUING IT NOW.

08:56AM 23        THE COURT:  I UNDERSTAND.

08:56AM 24        MR. PAK:  IF YOUR HONOR WOULD PERMIT US TO FILE A

08:56AM 25  FILING TONIGHT THAT WOULD LAY OUT THE INFORMATION ON THE

08:56AM   1    E-MAILS, THE TYPES OF INFORMATION THAT YOUR HONOR WOULD NEED TO

08:56AM   2    MAKE A DETERMINATION AS TO THE ADMISSIBILITY OF THE UNDERLYING

08:56AM   3    RECORD.

08:56AM   4            THE COURT:  SO THIS IS A BIG PROBLEM FOR ME BECAUSE

08:56AM   5    I'M GOING TO BE WORKING ON YOUR OBJECTIONS FOR TOMORROW

08:56AM   6    MORNING.

08:56AM   7            MR. PAK:  YES.

08:56AM   8            THE COURT:  SO I DON'T KNOW THAT YOU GET TO DO THAT.

08:56AM   9    LET'S GO ON.

08:56AM   10           MR. PAK:  SURE.

08:56AM   11           THE COURT:  THE THIRD OBJECTION IS THAT RULE 1006

08:56AM   12   REQUIRES THE PREPARER OF THE SUMMARY TO BE SUBJECT TO

08:56AM   13   CROSS-EXAMINATION, AND MR. LOUGHEED DOES NOT APPEAR TO BE THE

08:56AM   14   PREPARER OF THE DOCUMENT.  SO YOU ARE GOING TO NEED TO BRING IN

08:56AM   15   THE PEOPLE WHO, OR -- IF IT'S A TEAM LEADER WHO WORKED WITH A

08:56AM   16   TEAM, I THINK THAT'S FINE.

08:56AM   17       MR. LOUGHEED DIDN'T APPEAR TO BE THE PERSON WHO CREATED AND

08:56AM   18   DIRECTED THE DEVELOPMENT OF THE DOCUMENT, BASED ON WHAT I WAS

08:56AM   19   PROVIDED FROM HIS DEPOSITION.

08:56AM   20           MR. PAK:  SO MR. LOUGHEED -- SO LET'S BE CLEAR ABOUT

08:57AM   21   WHICH EXHIBIT WE ARE TALKING ABOUT.  SO 4790, THAT'S THE HELP

08:57AM   22   DESCRIPTIONS.

08:57AM   23           THE COURT:  THE HELP DESCRIPTIONS IS WHERE THIS IS

08:57AM   24   LAID OUT.

08:57AM   25           MR. PAK:  THAT'S CORRECT.  MR. LOUGHEED WAS NOT THE

08:57AM 1    TEAM LEADER, BUT MR. REMAKER WAS INVOLVED IN THE CREATION OF

08:57AM 2    THAT DOCUMENT.

08:57AM 3         4789, WHICH IS THE ONE THAT HAS ALL THE COMMAND

08:57AM 4    INFORMATION, MR. REMAKER WAS DIRECTLY INVOLVED, AND HE WAS THE

08:57AM 5    TEAM LEADER IN CREATING THAT DOCUMENT.

08:57AM 6         SO HE IS AVAILABLE TO BE CROSS-EXAMINED ON THAT.

08:57AM 7              THE COURT:  OKAY.  ALL RIGHT.

08:57AM 8              MR. PAK:  AND HE WILL ALSO BE THE ONE THAT WILL LAY

08:57AM 9    THE FOUNDATION AS TO ALL OF THE PURPOSE AND THE EXISTENCE OF

08:57AM 10   THE PARSER E-MAIL.

08:57AM 11             THE COURT:  THAT'S FINE.  ALL RIGHT.

08:57AM 12        THE FOURTH OBJECTION WAS THAT THE DOCUMENT DOES NOT,

08:57AM 13   REGARDING SOME -- LET'S SEE.  IT'S ARGUED THAT THE DOCUMENT IS

08:57AM 14   REPLETE WITH ASSERTIONS OF AUTHORS WITH NO DOCUMENTATION CITED

08:58AM 15   IN SUPPORT.

08:58AM 16             MR. PAK:  YOUR HONOR, THESE ARE E-MAILS WHERE

08:58AM 17   ENGINEERS ARE TALKING ABOUT DO I LIKE THIS COMMAND?  I DON'T

08:58AM 18   LIKE THAT COMMAND.  HERE ARE THE CHOICES THAT THEY ARE MAKING

08:58AM 19   WITH RESPECT TO --

08:58AM 20             THE COURT:  THERE'S JUST NO -- I MEAN, THERE'S JUST A

08:58AM 21   BLANK SPACE IN DOCUMENTS SUPPORTING IN THE CHART.  I THINK

08:58AM 22   THAT'S ALL THIS REFERS TO.

08:58AM 23             MR. PAK:  YES.  I THINK THAT'S ALL THEY ARE REFERRING

08:58AM 24   TO.  SOME OF THE DOCUMENTS, SOME OF THE COLUMNS WE DON'T HAVE

08:58AM 25   DOCUMENTS.

08:58AM 1      THE COURT:  SO WHERE DID THAT COME FROM?  SO IT CAN'T

08:58AM 2  BE A SUMMARY DOCUMENT IF IT'S BASED ON NOTHING.

08:58AM 3      MR. PAK:  IT'S BASED ON OUR INVESTIGATION OF THE

08:58AM 4  SOURCE CODE, YOUR HONOR.  THERE ARE TWO COLUMNS, YOUR HONOR.

08:58AM 5  IT'S THE COLUMN THAT HAS THE SOURCE CODE CHECK-IN INFORMATION,

08:58AM 6  SO THIS IS WHERE WE HAVE TWO FORMS OF BUSINESS RECORDS.  ONE IS

08:58AM 7  THE ACTUAL SOURCE CODE THAT CORRESPONDS TO EACH OF THE

08:58AM 8  OPERATIONS.

08:58AM 9      THE COURT:  YES, THAT COLUMN IS FILLED IN COMPLETELY.

08:58AM 10      MR. PAK:  YES, YOUR HONOR.  THAT IS THE BASIS FOR THE

08:58AM 11  AUTHORSHIP AND THE DATES.  WE HAVE ANOTHER OPTIONAL COLUMN

08:59AM 12  WHERE WE DO HAVE ADDITIONAL INFORMATION.

08:59AM 13      AND I WOULD NOTE, YOUR HONOR, THE PEAT CASE THEY CITED FROM

08:59AM 14  THE ELEVENTH CIRCUIT, THE REASON WHY THAT LINE OF CASES SAYS

08:59AM 15  YOU HAVE TO BE CAREFUL OF E-MAIL SUMMARIES IS TO THE EXTENT

08:59AM 16  THOSE E-MAILS OR UNDERLYING DOCUMENTS WAS CREATED AS PART OF

08:59AM 17  LITIGATION OTHER THAN BUSINESS RECORDS, EVERYTHING WE CITED,

08:59AM 18  WHETHER IT'S IN THE SOURCE CODE COLUMN OR IT'S IN THE COLUMN OF

08:59AM 19  EVIDENCE RELATING TO ADDITIONAL E-MAILS THAT WERE CREATED, ALL

08:59AM 20  PREDATE THIS LAWSUIT

08:59AM 21      THE COURT:  ALL RIGHT.

08:59AM 22      SO FOR ARISTA TO OBJECT ON THAT CASE BASIS I WOULD NEED TO

08:59AM 23  SEE WHICH UNDERLYING DOCUMENTS.  AS A GENERAL PROPOSITION OF

08:59AM 24  LAW, THAT'S CORRECT, BUT I'M NOT MAKING A GENERAL RULING.

08:59AM 25      THE LAST THING ARISTA ARGUED WAS THAT COLUMN HEADINGS ARE

08:59AM 1    PREJUDICIAL REGARDING AUTHORS AND ORIGINATORS, AND ASK THAT BE

08:59AM 2    REDACTED, BUT I'M GOING TO DENY THAT REQUEST AND YOU CAN MAKE

08:59AM 3    THAT ASSERTION AS TO WHAT IT REPRESENTS IN YOUR VIEW.

08:59AM 4        LET ME HEAR BRIEFLY FROM ARISTA ON SOME OF THESE ISSUES

09:00AM 5    BECAUSE WE REALLY HAVEN'T GOTTEN PAST THE ADMISSIBILITY OF THE

09:00AM 6    UNDERLYING DOCUMENTS.  AND I'M NOT QUITE SURE WHERE WE ARE

09:00AM 7    GOING TO GO FROM THERE.

09:00AM 8            MR. SANTACANA:  THANK YOU, YOUR HONOR.  EDUARDO

09:00AM 9    SANTACANA FOR ARISTA.

09:00AM 10       I THINK FIRST WITH RESPECT TO 4790, WHAT I HEAR MR. PAK

09:00AM 11   SAYING IS ESSENTIALLY THEY ARE NOT GOING TO OFFER IT.  I THINK

09:00AM 12   IT'S UNDISPUTED THAT THE UNDERLYING DOCUMENTS WEREN'T PRODUCED,

09:00AM 13   WHICH IS WHY WE HAVEN'T BEEN TALKING ABOUT THE HELP DESK

09:00AM 14   DOCUMENT.

09:00AM 15           THE COURT:  YOU THINK THEY ARE NOT GOING TO OFFER

09:00AM 16   THAT?

09:00AM 17           MR. SANTACANA:  I COULD BE WRONG, BUT THE RULE

09:00AM 18   CLEARLY REQUIRES THE UNDERLYING DOCUMENTS BE PRODUCED, AND I

09:00AM 19   DID NOT HEAR MR. PAK TALK ABOUT IT WHILE HE WAS UP HERE.

09:00AM 20           THE COURT:  THEN WHY DON'T YOU TWO TALK ABOUT THAT

09:00AM 21   BECAUSE PERHAPS THAT WILL BE RESOLVED.

09:00AM 22           MR. PAK:  YES, YOUR HONOR, WE WILL DISCUSS THAT ON

09:00AM 23   4790.

09:00AM 24           MR. SANTACANA:  AS FOR 4789, I THINK YOUR HONOR READ

09:00AM 25   THE PEAT CASE WHICH IS ON ALL FOURS.  IT'S ABOUT DEFINING TRADE

SECRETS.

AND THE PLAINTIFF THERE WANTED TO GET AROUND THE HEARSAY RULE, AND THE HARD WORK, AND I UNDERSTAND IT'S HARD WORK PROVING HOW EACH OF THESE COMMANDS WERE AUTHORED BY CONDUCTING WHAT IS ESSENTIALLY INVESTIGATION FOR PURPOSES OF LITIGATION, AND THAT'S WHAT MR. PAK JUST SAID.

THIS IS THE RESULT OF THE LITIGATION-DRIVEN INVESTIGATION. THE PERSON WHO SHOULD TESTIFY ABOUT THAT IS THE PERSON WHO CONDUCTED THE INVESTIGATION.  MR. PAK SAYS IT'S MR. REMAKER SO I DON'T UNDERSTAND HOW, FOR EXAMPLE, THIS COULD BE OFFERED THROUGH AN EXPERT LIKE DR. ALMEROTH.

BUT IN ADDITION TO THAT, IT IS FULL OF E-MAILS.  THEY ARE NOT ALL OF THE SAME KIND OF E-MAILS.  SOME ARE PARSER POLICING E-MAILS, SOME ARE JUST ONE-OFF E-MAILS, THE EARLIEST E-MAIL THAT CISCO COULD FIND MENTIONING THE COMMAND.

IT ALSO MENTIONS, FOR EXAMPLE, A FIRST OPERATING SYSTEM. OPERATING SYSTEMS LIKE IOS 10.3 HAVE NOT BEEN PRODUCED IN THIS CASE.  AS FAR AS I KNOW CISCO DOESN'T ACTUALLY HAVE IT ANYMORE.

SO I DON'T KNOW WHERE THAT INFORMATION COMES FROM.

THE COURT:  WELL, I MEAN, WHETHER THAT LEVEL OF PRODUCTION IS CONTEMPLATED BY 1006 IS NOT CLEAR TO ME.

IF THE E-MAIL IS THE FOUNDATION DOCUMENT, WHETHER YOU ARE ENTITLED TO EVERY DOCUMENT THAT MIGHT BE MENTIONED IN THOSE E-MAILS IS REALLY A DIFFERENT MATTER.  AND SO I'M NOT PREPARED TO GO DOWN THAT ROAD.

09:02AM  1           MR. SANTACANA:  I MEANT SOMETHING SLIGHTLY DIFFERENT,

09:02AM  2     YOUR HONOR.  MAKES ASSERTIONS ABOUT WHICH IS THE FIRST

09:02AM  3     OPERATING SYSTEM, BUT I DON'T KNOW WHERE THAT COMES FROM.

09:02AM  4     THERE'S NO DOCUMENT FROM ANY --

09:02AM  5           THE COURT:  THIS HAS TO DO WITH 4789.

09:02AM  6           MR. SANTACANA:  YES, THE COMMAND AUTHORSHIP.

09:02AM  7           THE COURT:  OKAY.  SO MR. PAK ASSERTED THAT

09:02AM  8     EVERYTHING WAS PRODUCED, AND HE WAS QUITE CERTAIN IT WAS.

09:02AM  9           MR. SANTACANA:  EVERYTHING IN THE COLUMN THAT SAYS

09:02AM  10    EARLIEST KNOWN DOCUMENT WAS PRODUCED.  WHERE IT SAYS SOURCE

09:02AM  11    CODE, THAT SOURCE CODE OF A LATER VERSION OF IOS.  THE ONES

09:02AM  12    THAT CITE THINGS LIKE IOS 7 OR 8 OR 9, I MEAN, THERE'S

09:03AM  13    TESTIMONY IN THE CASE THOSE VERSIONS DON'T EVEN EXIST, SO I

09:03AM  14    DON'T KNOW HOW THEY COULD KNOW THAT.

09:03AM  15        AND THAT'S WHY THIS IS HEARSAY.  THE REASON THEY KNOW THAT

09:03AM  16    IS PROBABLY BECAUSE THEY INVESTIGATED IT WITH THE PEOPLE AT

09:03AM  17    CISCO.  THAT'S CLASSIC TESTIMONY SOMEBODY NEEDS TO ACTUALLY

09:03AM  18    INTRODUCE ON THE STAND, NOT CREATE A SUMMARY EXHIBIT FOR IT.

09:03AM  19        IN ADDITION TO THAT, YOUR HONOR, I THINK THE PEAT CASE

09:03AM  20    POINTS OUT THE BIGGEST PROBLEM IS THE PURPOSE.  IF THE PURPOSE

09:03AM  21    WAS FOR LITIGATION, THE SUMMARY EXHIBIT ITSELF, AND IT'S

09:03AM  22    ESSENTIALLY HIDING --

09:03AM  23           THE COURT:  WELL, LET'S BACK UP.  YOU MADE THAT

09:03AM  24    ARGUMENT, AND I THINK THAT WAS INCORRECT.  THAT'S WHAT SUMMARY

09:03AM  25    EXHIBITS ARE, THEY ARE PRODUCED FOR LITIGATION.

09:03AM 1      THE ISSUE IS WHETHER THE UNDERLYING DOCUMENTS, BECAUSE IN

09:03AM 2   THE ROGERS CASE THEY SAT AROUND A TABLE AFTER THEY SUED AND

09:03AM 3   SAID SO WHAT ARE OUR TRADE SECRETS AND THEY CREATED THE

09:03AM 4   FOUNDATIONAL DOCUMENTS.  I'M ONLY TALKING ABOUT THE

09:03AM 5   FOUNDATIONAL DOCUMENTS.  OF COURSE, THE SUMMARY WAS CREATED FOR

09:03AM 6   LITIGATION, THEY ARE ALWAYS CREATED FOR LITIGATION AND THEY

09:04AM 7   NEVER PREEXIST

09:04AM 8      MR. SANTACANA:  THAT'S RIGHT, YOUR HONOR.

09:04AM 9      I GUESS WHAT I MEAN IS WHEN THE PURPOSE OF THIS DOCUMENT IS

09:04AM 10  TO IDENTIFY AN AUTHOR, IS TO PICK A NAME AND SAY THIS IS THE

09:04AM 11  PERSON WHO AUTHORED THE COMMAND, THAT'S THE SAME AS TRYING TO

09:04AM 12  DEFINE A TRADE SECRET, THAT'S A LEGAL QUESTION ABOUT WHO IS THE

09:04AM 13  PERSON WHO DID THE WORK FOR HIRE.

09:04AM 14      THE COURT:  THAT'S A FAIR STATEMENT THAT THE -- WHO

09:04AM 15  THE AUTHOR IS MAY NOT COME FROM DOCUMENTATION, THERE MAY NOT BE

09:04AM 16  A BUSINESS RECORD THAT ATTRIBUTES AUTHORSHIP TO AN INDIVIDUAL.

09:04AM 17  THERE COULD BE, BUT THERE MAY NOT BE.

09:04AM 18      MR. SANTACANA:  YOUR HONOR, CISCO FOUGHT US ON GIVING

09:04AM 19  US THIS ROG RESPONSE, AND THEIR CLAIM WAS THAT CISCO DOESN'T

09:04AM 20  IDENTIFY COPYRIGHT AUTHORS BECAUSE CISCO IS THE AUTHOR OF EVERY

09:04AM 21  COMMAND.  AND JUDGE GREWAL DISAGREED, AND THAT'S WHY THIS

09:04AM 22  DOCUMENT WAS CREATED.

09:04AM 23      THE COURT:  YES, YES.

09:04AM 24      MR. PAK:  IF I COULD QUICKLY RESPOND.  I KNOW WE ARE

09:04AM 25  GOING INTO OUR TIME NOW YOUR HONOR.

09:04AM  1          THE EARLIEST DOCUMENT, EVERYTHING HAS BEEN PRODUCED.  ALL

09:04AM  2     OF THE INFORMATION HERE THAT IS IDENTIFIED RELATES TO THE

09:04AM  3     DOCUMENTARY EVIDENCE.  WE HAVE THE SOURCE CODE.  FOR EXAMPLE,

09:04AM  4     10.3, WE DID PRODUCE A CODE FOR 10.3.  THAT'S THE CODE

09:05AM  5     IDENTIFIED THERE.  WE HAVE A DISTRIBUTION BASE.  WE HAVE ALL

09:05AM  6     THIS INFORMATION WE HAVE COLLECTED, AND AS COUNSEL FOR ARISTA

09:05AM  7     MENTIONED, WE DID THIS AT THEIR REQUEST.  WE WENT OUT AND WE

09:05AM  8     COLLECTED.  WE DIDN'T CREATE ANY LITIGATION DOCUMENTS,

09:05AM  9     YOUR HONOR.  WE WENT OUT AND WE COLLECTED SOURCE CODE, WE

09:05AM 10     COLLECTED E-MAILS OF BUSINESS RECORDS.  WE ORGANIZED THAT INTO

09:05AM 11     THE A TABLE FORM TO ADDRESS A REQUEST BY THEM IN THE

09:05AM 12     LITIGATION.  THEY'VE HAD FULL OPPORTUNITY TO CONSIDER THIS

09:05AM 13     DOCUMENT AND TO DEPOSE NUMEROUS WITNESSES.

09:05AM 14          WE ARE PUTTING MR. REMAKER UP WHO IS THE TEAM LEADER IN

09:05AM 15     CHARGE OF COLLECTING THIS, ALL THIS INFORMATION.  THERE'S

09:05AM 16     NOTHING IN HERE --

09:05AM 17               THE COURT:  WELL, IF HE CONDUCTED THE INVESTIGATION

09:05AM 18     THEN HE'S THE ONE.  THAT'S IMPORTANT.

09:05AM 19               MR. PAK:  THAT'S RIGHT, YOUR HONOR.

09:05AM 20               THE COURT:  WELL, MR. PAK, I DON'T KNOW HOW YOU COULD

09:05AM 21     PREPARE A RESPONSE.  THIS DOCUMENT IS -- I -- I LOOKED AT THE

09:05AM 22     SUMMARY DOCUMENT, BUT ALL I COULD DO WAS REALLY GLEAN ITS

09:06AM 23     ORGANIZATION.  AND THERE'S NOTHING ONE COULD DO TO PENETRATE

09:06AM 24     THE DOCUMENT.  YOU ALL HAVE COMMAND OF THE UNDERLYING

09:06AM 25     DOCUMENTS, AND I HAVE A FLAVOR OF THE TYPES OF DOCUMENTS.

09:06AM 1    I HAVE REAL CONCERN ABOUT WHAT TYPE OF DOCUMENT YOU ARE

09:06AM 2    OFFERING IS THE FOUNDATIONAL DOCUMENT ON AUTHORSHIP, WHY THAT

09:06AM 3    ISN'T AS SUGGESTED, REALLY THE FRUIT OF AN INVESTIGATION THAT

09:06AM 4    WOULD REQUIRE LIVE TESTIMONY AS OPPOSED TO A SUMMARY DOCUMENT

09:06AM 5    THAT HAS -- ATTRIBUTES TO A NAME TO A PORTION OF THE

09:06AM 6    COPYRIGHTED MATERIAL AND AUTHOR.

09:06AM 7        I SUPPOSE I NEED SOME KIND OF EXEMPLAR THERE THAT SHOWS ME

09:06AM 8    WHAT THE FOUNDATIONAL DOCUMENT IS BECAUSE IT IS, UNLESS YOU

09:06AM 9    ACTUALLY PUBLISH A BOOK ALONG THE WAY THAT SAYS

09:06AM 10   CONGRATULATIONS, THIS YEAR YOU WON THE MOST AUTHORSHIP AWARDS

09:06AM 11   FOR CISCO OR SOMETHING.

09:06AM 12       AND I DON'T MEAN TO DEMEAN IT, THIS IS THE WORK AT THE

09:06AM 13   HIGHEST LEVEL AND THE MOST IMPORTANT, BUT IT SOUNDS LIKE THERE

09:07AM 14   IS NO DOCUMENT THAT ATTRIBUTES AUTHORSHIP THAT -- AS OPPOSED TO

09:07AM 15   DOCUMENTS THAT SHOW THE CREATIVE PROCESS THAT YOU ARE GOING TO

09:07AM 16   ARGUE.

09:07AM 17            MR. PAK:  WE HAVE -- RIGHT.  WE HAVE DOCUMENTS THAT

09:07AM 18   SHOW THE CREATIVE PROCESS.  THAT'S NOT AT ISSUE.  THESE

09:07AM 19   DOCUMENTS, YOUR HONOR, HOWEVER, FOR EXAMPLE, ALL THE SOURCE

09:07AM 20   CODE HAS THE IDENTIFICATION OF THE INDIVIDUALS WHO CHECKED IN

09:07AM 21   THE SOURCE CODE.

09:07AM 22       THE E-MAILS ACTUALLY HAVE A FROM/TO LINES.  EVERYTHING THAT

09:07AM 23   WE'VE PRODUCED DOES INDICATE THE SOURCE OF THESE COMMANDS.  AND

09:07AM 24   THAT'S WHY -- THAT'S THE REASON WHY WE COLLECTED THIS

09:07AM 25   INFORMATION.

09:07AM 1      WE ARE WILLING TO CONSIDER WITHDRAWING THE OTHER DOCUMENT

09:07AM 2    PER THE CONVERSATION, BUT I THINK THIS ONE WE HAD THE PERSON

09:07AM 3    WHO DID THE INVESTIGATION, EVERYTHING HAS BEEN ADMITTED, HAS

09:07AM 4    BEEN PRODUCED.  THIS TYPE OF INFORMATION WILL HELP US CUT

09:07AM 5    THROUGH A LOT OF THE --

09:07AM 6           THE COURT:  NO QUESTION IT WOULD.  BUT OKAY.  HERE'S

09:07AM 7    WHAT I DO NEED, I NEED TO GO THE NEXT LEVEL.  I'M NOT WELCOMING

09:08AM 8    THIS BECAUSE OF THE TIME ISSUE, BUT I NEED TO KNOW -- I NEED

09:08AM 9    SOME EXEMPLARS.

09:08AM 10          MR. PAK:  SURE, YOUR HONOR.

09:08AM 11          THE COURT:  SO ARISTA NEEDS TO GIVE ME SOME EXEMPLARS

09:08AM 12   OF CATEGORIES YOU FEEL ARE NOT PROPERLY SUPPORTED AND SHOW ME

09:08AM 13   WHAT I -- I DON'T NEED TO SEE THE SOURCE CODE, BUT SHOW ME THE

09:08AM 14   DOCUMENTS -- BECAUSE I DON'T THINK YOU ARE OBJECTING TO THAT.

09:08AM 15   SHOW ME WHAT IS THE FOUNDATION OFFERED AND WHY IT'S

09:08AM 16   INSUFFICIENT.  AND MR. PAK IS TO DO JUST THE OPPOSITE.

09:08AM 17       SO I'M GOING TO ASK YOU TO MEET AND CONFER AND SELECT THE

09:08AM 18   SAME EXEMPLAR FOR ME, OR 2 OR 3 EVEN, AND GIVE ME YOUR BEST

09:08AM 19   ARGUMENT.  AND LET'S SEE WHAT WE HAVE.  I DON'T KNOW THAT I

09:08AM 20   CONCLUDE BASED ON EXEMPLARS.  YOU MAY SUBMIT IT BASED ON

09:08AM 21   EXEMPLARS AND WAIVE ANY FURTHER OBJECTION, I WELCOME THAT

09:08AM 22   STIPULATION.  BUT THE MOST I CAN DO IS TO SEE THE EXEMPLARS SO

09:08AM 23   THAT I UNDERSTAND AT A DEEPER LEVEL WHAT WE HAVE

09:08AM 24          MR. PAK:  THANK YOU, YOUR HONOR.

09:09AM 25          MR. SANTACANA:  THANK YOU, YOUR HONOR.

09:09AM   1          THE COURT:  I THINK THAT TAKES CARE OF THIS FOR AS

09:09AM   2   MUCH AS WE HAVE GOTTEN THROUGH TODAY.

09:09AM   3       IS OUR JURY PRESENT?

09:09AM   4          THE CLERK:  YES, YOUR HONOR.

09:09AM   5          MR. VAN NEST:  YOUR HONOR, I THINK WE'VE RESOLVED

09:09AM   6   ANYTHING PERTAINING TO THE OPENING STATEMENT.  THE ONE THING

09:09AM   7   THE PARTIES NEED SOME TIME TODAY, IT CERTAINLY DOESN'T NEED TO

09:09AM   8   BE NOW, SOME GUIDANCE FROM YOU ON THESE VIDEO DEPOSITION

09:09AM   9   EXCERPTS AND SUBMITTING THEM AND TIMING.  SO WE CAN DO THAT AT

09:09AM  10   THE BREAK.

09:09AM  11          THE COURT:  I'VE GOT A CHART FROM YOU THAT PROVIDED

09:09AM  12   ME WITH THE DEPOSITION DESIGNATION AND THE NATURE OF THE

09:09AM  13   OBJECTION.

09:09AM  14       BUT WHERE'S THE DEPOSITION?

09:10AM  15          MR. VAN NEST:  WE DON'T HAVE IT YET.

09:10AM  16          MR. SANTACANA:  THEY WERE SUBMITTED DIGITALLY,

09:10AM  17   YOUR HONOR, WITH THE TRIAL EXHIBITS, THE DIGITAL VERSION OF THE

09:10AM  18   TRIAL EXHIBITS.

09:10AM  19          THE COURT:  DID YOU REALLY THINK I WAS GOING TO LOOK

09:10AM  20   THROUGH SEVERAL MILLIONS OF PAGES OF DOCUMENTS TO FIND THAT?

09:10AM  21   YOU KNOW, I DON'T -- I WOULDN'T EVEN KNOW HOW TO BEGIN TO FIND

09:10AM  22   THAT.  AND THE COURT HOUSE WAS CLOSED FOR THE LAST FOUR DAYS,

09:10AM  23   AND I WAS WORKING FROM SEVERAL THOUSAND MILES AWAY.

09:10AM  24       SO YOU DIDN'T SEND ME AN E-MAIL WITH THIS ON IT THAT I

09:10AM  25   RECALL.  I JUST GOT A THREE-PAGE DOCUMENT.  AND SO I DON'T

09:10AM  1    KNOW -- AND IF YOU SUBMITTED A VIDEOTAPE, WERE YOU EXPECTING ME

09:10AM  2    TO WATCH A VIDEOTAPE?

09:10AM  3            MR. VAN NEST:  NO, NO, NO.  I THINK THE ONLY ISSUE IS

09:10AM  4    WHAT FORMAT DO YOU WANT MATERIALS --

09:10AM  5            THE COURT:  I JUST NEED THE TRANSCRIPT.

09:10AM  6            MR. VAN NEST:  YOU NEED THE TRANSCRIPT WITH

09:10AM  7    OBJECTIONS NOTED IN IT?

09:10AM  8            THE COURT:  WELL, YOU ARE GOING TO SEND ME THE

09:10AM  9    PORTION OF THE TRANSCRIPT THAT CONTAINS THE OBJECTION AND THE

09:10AM  10   TESTIMONY THAT'S BEING OFFERED SO THAT I CAN RULE ON THE

09:11AM  11   OBJECTION.

09:11AM  12           MR. VAN NEST:  GREAT.  AND YOU WANT THAT IN PAPER AND

09:11AM  13   THEN YOU MARK IT UP --

09:11AM  14           THE COURT:  I NEED IT IN PAPER.

09:11AM  15           MR. VAN NEST:  PAPER.  OKAY.  AND YOU NEED THAT TWO

09:11AM  16   DAYS BEFORE IT'S GOING TO BE PLAYED.

09:11AM  17           THE COURT:  THAT WOULD BE HELPFUL, YES.

09:11AM  18           MR. VAN NEST:  OKAY.  SO YOU WILL GET A PAPER

09:11AM  19   TRANSCRIPT WITH THE -- ALL THE TESTIMONY THAT IS GOING TO BE

09:11AM  20   PLAYED, THE STUFF THAT'S OBJECTED TO MARKED AS OBJECTED WITH

09:11AM  21   THE OBJECTION NOTED, AND THEN YOU WILL READ IT, RULE ON IT,

09:11AM  22   GIVE IT BACK TO US, AND WE WILL CUT THE VIDEO.

09:11AM  23           THE COURT:  BECAUSE THE CHART IS TERRIFIC AND IT

09:11AM  24   DOESN'T LOOK LIKE THERE'S A LOT IN DISPUTE.  IT LOOKS LIKE I

09:11AM  25   CAN GET THROUGH THIS PRETTY QUICKLY.

09:11AM 1          MR. VAN NEST:  I THINK YOU CAN.

09:11AM 2          THE COURT:  AND YOU ARE GOING TO GIVE ME -- NOW, THE

09:11AM 3   ONE THINGS I NEED TO UNDERSTAND IS I HAVE NO IDEA WHO THESE

09:11AM 4   PEOPLE ARE.  SO SOMETIMES READING AN OBJECTION DOESN'T HELP ME

09:11AM 5   BECAUSE I DON'T EVEN KNOW WHO THE DEPONENT IS.

09:11AM 6          MR. VAN NEST:  AS I UNDERSTAND WHAT YOU WANT, YOU

09:11AM 7   WANT THE TRANSCRIPT WITH ALL THE TESTIMONY AND THAT WILL GIVE

09:11AM 8   YOU THE INTRODUCTION UPFRONT.

09:11AM 9          THE COURT:  THAT WILL GIVE ME THE INTRODUCTION.  IS

09:11AM 10  THIS JUST ONE PERSON?

09:11AM 11         MR. VAN NEST:  NO.  THERE'S GOING TO BE MULTIPLE OF

09:12AM 12  THESE THROUGHOUT THE TRIAL.

09:12AM 13         THE COURT:  THIS IS ONLY ONE SUBMITTED.

09:12AM 14         MR. VAN NEST:  I'M NOT SURE WHAT WAS SUBMITTED, BUT

09:12AM 15  THERE WILL BE MULTIPLE.

09:12AM 16         THE COURT:  I HAVE ONE FROM MR. OF KAVESSERI.  THAT'S

09:12AM 17  THE ONLY ONE I HAVE.

09:12AM 18         MR. SANTACANA:  YOUR HONOR, I DON'T THINK THERE'S ANY

09:12AM 19  PENDING DISPUTE FROM DEPOSITION TESTIMONY TODAY.  BUT THESE

09:12AM 20  DESIGNATIONS WILL BE CUT DOWN BY THEN.

09:12AM 21         MR. VAN NEST:  THAT'S WHY I SAID, IT'S JUST THE

09:12AM 22  PROCEDURE WE NEED TO KNOW ABOUT.  AND YOU'VE TOLD US WHAT YOU

09:12AM 23  WANT.  YOU WANT PAPER WITH THE TRANSCRIPTS WITH THE TESTIMONY

09:12AM 24  MARKED AND THE OBJECTIONS AND YOU WILL RULE ON THEM.

09:12AM 25         THE COURT:  THAT'S RIGHT.

09:12AM 1       MR. VAN NEST:  YOU NEED THOSE A COUPLE OF DAYS BEFORE

09:12AM 2  THEY ARE PLAYED SO WE CAN GET YOUR RULING AND CUT THE VIDEO.

09:12AM 3       THE COURT:  AND THEN YOU HAVE SOME WORK TO DO AS

09:12AM 4  WELL.  YES.  I'M SORRY.  I THOUGHT -- BECAUSE THIS SHOWS

09:12AM 5  OBJECTIONS, I THOUGHT YOU SUBMITTED THAT.  OKAY.  THEN THAT'S

09:12AM 6  EASIER.

09:12AM 7      AND THEN I WAS GIVEN A PROPOSED ORDER CLARIFYING AN IN

09:12AM 8  LIMINE RULING WHICH I BELIEVE THIS TRACKS WHAT'S ON THE RECORD

09:12AM 9  SO THERE'S NO OBJECTION?

09:12AM 10      MR. PAK:  NO OBJECTION.

09:12AM 11      MR. VAN NEST:  THAT'S STIPULATED YOUR HONOR.

09:12AM 12      THE COURT:  THANK YOU.

09:13AM 13      MR. VAN NEST:  THE ONLY OTHER OPEN MATTER WAS WE DID

09:13AM 14  NOT RECEIVE A DISSECTION ORDER FROM YOUR HONOR, AND I'M NOT

09:13AM 15  COMPLAINING ABOUT THAT BECAUSE WE HAVE PRELIMINARY EXHIBIT, OR

09:13AM 16  INSTRUCTION 12 THAT THE PARTIES HAVE AGREED ON.

09:13AM 17      THE COURT:  YES.

09:13AM 18      MR. VAN NEST:  BUT I UNDERSTOOD THAT ONE OF THE

09:13AM 19  ISSUES THAT WAS STILL UP IN THE AIR IS WHETHER MODES AND

09:13AM 20  PROMPTS WERE ACTUALLY A METHOD OF OPERATION OR AN IDEA, WHETHER

09:13AM 21  THEY WERE GOING TO BE IN OR OUT.

09:13AM 22      THEY HAVE WITHDRAWN THE HIERARCHIES, OBVIOUSLY, BUT GIVEN

09:13AM 23  THE DESCRIPTION THAT WAS MADE BY MR. NELSON HERE OF MOVING FROM

09:13AM 24  ONE MODE TO ANOTHER, AND GIVEN THAT THEY ARE NOT CLAIMING ANY

09:13AM 25  PROTECTION IN THE INDIVIDUAL NAMES, I THOUGHT SURELY THAT WOULD

09:13AM  1     BE OUT AS A METHOD OF OPERATION OR AN IDEA THAT WASN'T

09:13AM  2     PROTECTABLE BY COPYRIGHT.  AND IF THAT'S STILL PENDING, FINE,

09:13AM  3     WE HAVEN'T OBJECTED TO IT IN THEIR OPENING.

09:14AM  4          THE COURT:  AND I APPRECIATE THAT.  AND WHAT I HAVE

09:14AM  5     INTENDED AND HOPE TO DO IN THE NEXT COUPLE OF DAYS IS ISSUE A

09:14AM  6     TENTATIVE RILING, BECAUSE THERE ARE OTHER ISSUES I NEED TO

09:14AM  7     INCORPORATE BASED ON TESTIMONY.

09:14AM  8          BUT ON MODES AND PROMPTS I THINK THERE ARE ASPECTS OF IT

09:14AM  9     THAT COULD BE CONSIDERED A METHOD OR AN IDEA.  I DON'T BELIEVE

09:14AM  10    THAT CISCO IS OFFERING IT IN THAT WAY.

09:14AM  11         I BELIEVE THAT IT IS A SELECTION AND ARRANGEMENT AS IT

09:14AM  12    APPEARS EXACTLY AS SUBMITTED.  AND SO IT WILL -- IT IS -- IT

09:14AM  13    DOES NEED DISSECTION, REALLY, ALONG THE LINES THAT YOU

09:14AM  14    DESCRIBED, MR. VAN NEST, IS THE JURY WILL BE INSTRUCTED THAT ON

09:14AM  15    MODES AND PROMPTS, THE IDEA OF A MODE AND PROMPT IS NOT

09:14AM  16    PROTECTABLE.  THAT THE METHOD OF MOVING FROM ONE TO ANOTHER IN

09:14AM  17    THIS PATH, IN A PATH, IS NOT PROTECTED.  BUT THIS PARTICULAR

09:14AM  18    ARRANGEMENT OF A PATH IS THE SELECTION AND ARRANGEMENT THAT I

09:14AM  19    WILL ALLOW.

09:14AM  20         SO IT'S A VERY -- THERE'S REALLY VERY LITTLE LEFT.  AND

09:15AM  21    IT'S REALLY CONSISTENT WITH EVERYTHING ELSE THAT I'VE TALKED

09:15AM  22    ABOUT WITH THE COMMANDS IS THAT THE INDIVIDUAL WORDS, AND EVEN

09:15AM  23    THE SELECTION OF A WORD, WE WILL GET TO SOME TESTIMONY ON THAT.

09:15AM  24    I THINK I WILL BE HEARING TESTIMONY ALONG THE LINES OF WHAT

09:15AM  25    YOU'VE TOLD ME THAT, IN FACT, THERE WERE VERY FEW CHOICES, EVEN

09:15AM  1      THOUGH THE THESAURUS IS BOUNTIFUL, IT WASN'T REALISTIC.

09:15AM  2           SO IT WILL JUST BE THE SELECTION AND ARRANGEMENT OF THE

09:15AM  3      PHRASE OR FRAGMENT, OR HOWEVER WE WANT TO DESCRIBE IT, THAT

09:15AM  4      WILL BE PROTECTABLE.  AND MY VIEW ON MODES AND PROMPTS IS IT

09:15AM  5      REALLY IS CONSISTENT WITH THE OTHER

09:15AM  6           MR. VAN NEST:  FAIR ENOUGH.  WE LOOK FORWARD TO THAT.

09:15AM  7      THANK YOU, YOUR HONOR.

09:15AM  8           THE COURT:  OKAY.  WE ARE GOING TO BRING THE JURY IN.

09:15AM  9      LET ME JUST TELL YOU THAT THE JURORS, THEY WILL RETAIN THE

09:15AM  10     NUMBER THAT YOU HAVE ON THE JURY FORM, BUT THEY WILL BE

09:15AM  11     SITTING.  THERE WON'T BE BLANK CHAIRS, OBVIOUSLY, FOR THE ONES

09:15AM  12     THAT HAVE BEEN DISMISSED.

09:16AM  13          WE HAVE 30 JURORS WHO HAVE BEEN HERE TODAY.  AND WE ARE

09:16AM  14     GOING TO PUT JUROR NUMBER 1 IN THE BACK ROW CLOSEST TO THE

09:16AM  15     AUDIENCE, THROUGH 6, AND JUROR NUMBER 7 IN THE CHAIR CLOSEST TO

09:16AM  16     THE AUDIENCE IN THE FRONT, THROUGH 12, JUST THE WAY THEY SIT IN

09:16AM  17     THE JURY BOX.

09:16AM  18          THEN JUROR NUMBER 13 WILL BE OVER HERE ON THE ARISTA SIDE

09:16AM  19     ALL THE WAY IN THE CORNER.  I DO SIX IN THE FRONT ROW, AND THEN

09:16AM  20     THE NEXT SIX IN THE FRONT ROW, AND THEN I WILL HAVE ONE FINAL

09:16AM  21     ROW STARTING THERE, AND WHO WILL SIT BEHIND THERE, AND FINISH

09:16AM  22     OUT OUR 30.  JUST SO THAT YOU KNOW WHERE THEY ARE SITTING.

09:16AM  23          I THINK YOU WILL CALL THEM BY NAME, BUT IF YOU WANT TO SPOT

09:16AM  24     CHECK TO MAKE SURE PEOPLE ARE IN THEIR SEATS, EITHER I CAN DO

09:16AM  25     THAT OR YOU CAN.  SO LET'S TAKE A BREAK.  WE ARE GOING TO BRING

09:16AM  1    THE JURORS UP.

09:16AM  2         ARE THEY READY TO BE BROUGHT?

09:16AM  3              THE CLERK:  YES.

09:16AM  4              THE COURT:  ALL RIGHT.

09:16AM  5         (WHEREUPON A RECESS WAS TAKEN.)

09:28AM  6              THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE

09:28AM  7    SEATED.

09:28AM  8         WELCOME, EVERYONE.  THANK YOU ALL FOR BEING HERE THIS

09:28AM  9    MORNING.  I HOPE YOU HAD A WONDERFUL HOLIDAY BREAK, AND MAYBE

09:28AM 10    THE ABSENCE OF FOOD IN THE COURTROOM WILL BE A BLESSING FOR ALL

09:29AM 11    OF US TODAY.  I KNOW IT WILL BE FOR ME.

09:29AM 12         LET ME BEGIN BY FORMALLY CALLING THE CASE.  THIS IS CISCO

09:29AM 13    SYSTEMS, INC., V. ARISTA NETWORKS, INC.  ALL OF OUR JURORS ARE

09:29AM 14    PRESENT NOW, AND I KNOW YOU ARE SEATED IN THE ORDER THAT YOUR

09:29AM 15    NAMES CAME UP ON OUR RANDOM LIST.  SO THANK YOU ALL FOR THAT.

09:29AM 16         LET ME EXPLAIN WHAT WE ARE GOING TO DO TODAY.  AND THEN I'M

09:29AM 17    GOING TO REINTRODUCE THE ATTORNEYS SO THAT YOU REALLY CAN MEET

09:29AM 18    THEM ALL AS YOU WILL THROUGHOUT THE JURY SELECTION.

09:29AM 19         THIS MORNING OUR JOB IS TO SELECT A JURY OF EIGHT PEOPLE

09:29AM 20    WHO WILL STAY HERE WITH US THROUGH THE END OF THE TRIAL TO HEAR

09:29AM 21    AND SEE ALL THE EVIDENCE AND TO DELIBERATE AFTER I PROVIDE JURY

09:29AM 22    INSTRUCTIONS TO THAT JURY.

09:29AM 23         YOU FILLED OUT A LENGTHY QUESTIONNAIRE FOR ME A WEEK AND A

09:29AM 24    HALF AGO.  THANK YOU.  THAT INFORMATION IS EXTRAORDINARILY

09:29AM 25    HELPFUL, AND IT ALLOWS US TO SELECT A JURY IN MUCH LESS TIME,

09:30AM 1    BOTHERING YOU LESS FROM YOUR BUSY SCHEDULES THAN WOULD BE THE

09:30AM 2    CASE IF I HAD TO QUESTION ALL OF YOU WITH EACH OF THOSE

09:30AM 3    QUESTIONS HERE IN OPEN COURT.  SO THANK YOU FOR THAT.

09:30AM 4         AND THE ATTORNEYS WILL BE BASING THEIR QUESTIONS ON FURTHER

09:30AM 5    INFORMATION THEY NEED, AND THEY TOO WON'T NEED TO REPEAT WHAT

09:30AM 6    THEY'VE ASKED YOU, ALTHOUGH THEY ARE GOING TO ASK YOU SOME

09:30AM 7    CLARIFICATION ON THOSE ISSUES.

09:30AM 8         AS I MENTIONED TO YOU LAST WEEK, HAVING -- GIVEN ME THE

09:30AM 9    ANSWERS ON THE QUESTIONNAIRE, I ACTUALLY DON'T NEED TO ASK YOU

09:30AM 10   ANY FURTHER QUESTIONS.  EVERY ONCE IN A WHILE I FOLLOW UP AFTER

09:30AM 11   THE ATTORNEYS, BUT IT'S PRETTY RARE BECAUSE THEY DO A TERRIFIC

09:30AM 12   JOB IN ASKING THE QUESTIONS.

09:30AM 13        NOW, AS I MENTIONED TO YOU LAST WEEK AS WELL, IT'S A LITTLE

09:30AM 14   AWKWARD TO BE IN A GROUP OF STRANGERS AND HAVE QUESTIONS ASKED

09:30AM 15   OF YOU ABOUT YOUR WORK AND YOUR EDUCATION AND YOUR LIFE

09:30AM 16   EXPERIENCES, BUT OUR PURPOSE IS IN FINDING A GROUP OF JURORS,

09:31AM 17   EIGHT PEOPLE, WHO CAN BE FAIR AND OPEN-MINDED, WHO CAN LISTEN

09:31AM 18   TO ALL OF THE EVIDENCE BEFORE YOU MAKE A DECISION, WHO WILL

09:31AM 19   LISTEN AND APPLY THE LAW THAT I GIVE YOU, WHETHER YOU AGREE

09:31AM 20   WITH THAT LAW OR NOT TO THE FACTS AS YOU FIND THEM.

09:31AM 21        AND SO AS JURORS, YOU JOIN ME AS JUDGES IN THE CASE.  AND I

09:31AM 22   AM THE JUDGE OF THE LAW AND I PROVIDE THAT LAW TO YOU IN JURY

09:31AM 23   INSTRUCTIONS.

09:31AM 24        EACH OF YOU IS REQUIRED TO APPLY THAT LAW AND TO NOT GIVE

09:31AM 25   IT A DIFFERENT DEFINITION AS YOU WOULD LIKE THAT LAW TO BE.

09:31AM 1          AS I ALWAYS SAY TO JURORS, IF YOU ARE UNHAPPY WITH THIS

09:31AM 2     LAW, I RESPECT THAT, AND WRITE TO YOUR CONGRESS PERSON AND ASK

09:31AM 3     THAT THAT BE CHANGED.  AND THROUGH THE LEGISLATIVE PROCESS, YOU

09:31AM 4     CAN GET THAT CHANGED, BUT THESE ARE THE RULES OF THE GAME IN

09:31AM 5     THIS COURTROOM TODAY.

09:31AM 6          I FOLLOW THE LAW, AND I KNOW ALL OF YOU WANT JUDGES WHO

09:31AM 7     FOLLOW THE LAW.  AND AS JUDGES OF THE FACTS, IT IS YOUR

09:32AM 8     OBLIGATION TO FOLLOW THE LAW AS WELL.

09:32AM 9          NOW, THE SUBJECT MATTER OF THIS LAW MAY NOT BE OF CONCERN

09:32AM 10    ONE WAY OR THE OTHER AS TO WHAT THE LAW IS FOR MOST OF YOU.  I

09:32AM 11    CERTAINLY HAVE HAD TRIALS WHERE PEOPLE FIND THE LAW TO BE

09:32AM 12    SOMETHING DIFFERENT THAN THEY WOULD LIKE AND THAT BECOMES AN

09:32AM 13    ISSUE.  BUT IT'S ALWAYS OF CONCERN AND REQUIRED IN A COURT

09:32AM 14    HOUSE.

09:32AM 15         NOW, YOU ALSO HAVE TAKEN AN OATH TO TELL THE TRUTH.  AND I

09:32AM 16    KNOW THAT YOU WILL.  BUT I JUST NEED TO REMIND YOU THAT IT'S

09:32AM 17    IMPORTANT THAT YOU BE OPEN AND CANDID AND ANSWER THE QUESTIONS

09:32AM 18    FULLY.  AND SOMETIMES YOUR ANSWER MAY CAUSE YOU TO SHOW A SIDE

09:32AM 19    OF YOURSELF THAT YOU MIGHT NOT BE AS PROUD OF AS YOU LIKE, BUT

09:32AM 20    I NEED YOU TO BE TRUTHFUL ABOUT IT.

09:32AM 21         SOMETIMES PEOPLE SIT AROUND THE COFFEE TABLE AND THINK UP

09:32AM 22    WAYS TO GET OFF JURY DUTY BY IMAGINING AND MAKING UP AND LYING

09:32AM 23    ABOUT CHARACTERISTICS THAT THEY DON'T ACTUALLY HAVE.  AND THAT

09:32AM 24    WOULD BE WRONG AND THAT WOULD VIOLATE YOUR OATH.  AND SO I KNOW

09:32AM 25    YOU WON'T DO THAT.

09:32AM  1        PLEASE ANSWER THESE QUESTIONS AS THOUGH YOU ARE ABOUT TO BE

09:33AM  2    SWORN IN AS A JUROR.  AS I SAID LAST WEEK, YOU CAN DO THE ODDS

09:33AM  3    AND SEE THAT IT'S UNLIKELY TO BE YOU, BUT I NEED YOUR ANSWERS

09:33AM  4    BECAUSE JUST WHEN YOU THINK THAT, YOU'VE ZONED OUT ON YOUR

09:33AM  5    ANSWER, AND YOU'RE THE ONE STANDING IN YOUR BOX WITH YOUR HAND

09:33AM  6    UP TO TAKE THE OATH.

09:33AM  7        SO PLEASE BE CANDID AND OPEN ABOUT THAT.

09:33AM  8        NOW, WHAT I'M GOING TO DO THIS MORNING IS I'M GOING TO GIVE

09:33AM  9    EACH SIDE 30 MINUTES TO ASK YOU QUESTIONS.  AND SO I AM GOING

09:33AM  10    TO BE THE TIME KEEPER ON THAT, AND THEN WHEN WE ARE DONE WITH

09:33AM  11    THAT, THEN I WILL EXPLAIN TO YOU HOW WE ARE GOING TO GO INTO

09:33AM  12    THE NEXT STEP.

09:33AM  13        SO WE HAVE ABOUT AN HOUR, AN HOUR AND FIVE MINUTES FROM NOW

09:33AM  14    BEFORE WE TAKE A BREAK AND DO THE JURY SELECTION.  SO BEFORE I

09:33AM  15    DO THAT, I DO WANT TO INTRODUCE THE ATTORNEYS WHO ARE HERE.

09:33AM  16    AND WHAT I'M GOING TO DO IS INTRODUCE THE LEAD ATTORNEY ON EACH

09:33AM  17    SIDE AND ASK HIM TO INTRODUCE HIS TEAM.

09:33AM  18        AND SO LET'S ME START WITH THE PLAINTIFF, CISCO SYSTEMS,

09:34AM  19    AND INTRODUCE TO YOU DAVID NELSON

09:34AM  20        MR. NELSON:  GOOD MORNING, EVERYBODY.

09:34AM  21        SO THE LAWYERS THAT YOU ARE GOING TO BE SEEING IN COURT, WE

09:34AM  22    HAVE A LOT OF FOLKS WORKING BEHIND THE SCENES, BUT I'M NOT

09:34AM  23    GOING TO INTRODUCE ALL THOSE PEOPLE.

09:34AM  24        BUT MR. SEAN PAK, HE WILL BE HERE.  MR. JORDAN JAFFE.  AND

09:34AM  25    THEN ALSO MS. CHRISTINE BAKAN, BAKAN, ACTUALLY, I SAID THAT

09:34AM  1    WRONG.  AND I WILL DO THAT WITH YOUR NAMES TOO, UNFORTUNATELY,

09:34AM  2    I'M SORRY.  I WILL DO THE BEST I CAN WITH THAT.  SHE'S ACTUALLY

09:34AM  3    A SENIOR DIRECTOR AT CISCO, AND YOU WILL SEE HER HERE IN COURT

09:34AM  4    WITH US EVERY DAY.  SHE WILL BE HERE AS WELL.

09:34AM  5        SO THANK YOU.

09:34AM  6            THE COURT:  THANK YOU.  AND LET ME INTRODUCE FOR

09:34AM  7    ARISTA NETWORKS, BOB VAN NEST.

09:34AM  8        MR. VAN NEST.

09:34AM  9            MR. VAN NEST:  THANK YOU, YOUR HONOR.  GOOD MORNING

09:34AM 10    EVERYBODY.  AND THANKS FOR BEING HERE.  I'M BOB VAN NEST, AND I

09:34AM 11    REPRESENT ARISTA NETWORKS.

09:34AM 12        AND WITH ME ARE BRIAN FERRALL AND DAVID SILBERT.  YOU ARE

09:35AM 13    ALSO GOING TO BE HEARING FROM ELIZABETH MCCLOSKEY,

09:35AM 14    EDUARDO SANTACANA, AND MICHAEL KWUN.  THEY ARE SITTING IN THE

09:35AM 15    BACK HERE BECAUSE YOU GUYS ARE FILLING UP THE FRONT.

09:35AM 16        WE HAVE A REPRESENTATIVE WITH US FROM ARISTA, SEAN

09:35AM 17    CHRISTOFFERSON.  HE'S THE DEPUTY COUNTY COUNSEL, AND HE WILL BE

09:35AM 18    HERE THROUGHOUT THE DURATION OF THE TRIAL AS WELL.

09:35AM 19        SO THANK YOU FOR BEING HERE, AND WE LOOK FORWARD TO THE

09:35AM 20    CHANCE TO MEET WITH YOU AND TALK TO YOU A LITTLE BIT FURTHER

09:35AM 21            THE COURT:  THANK YOU, MR. VAN NEST.

09:35AM 22        ALL RIGHT.  I KNOW YOU SAW A PATENT VIDEO THIS MORNING.

09:35AM 23    THERE IS A PATENT INVOLVED IN THIS CASE LAST WEEK.  AND I READ

09:35AM 24    A NEUTRAL STATEMENT OF THE CASE TO YOU.  YOU KNOW WE ARE

09:35AM 25    DEALING WITH COPYRIGHT ISSUES AS WELL.

09:35AM  1          I AM GOING TO NOT WASTE ANY MORE TIME HERE AND ASK

09:35AM  2     MR. NELSON, WILL YOU BE ASKING THE QUESTIONS OF THE JURY?

09:35AM  3          MR. NELSON:  YES, YOUR HONOR.

09:35AM  4          THE COURT:  ALL RIGHT.  I'M GOING TO TURN THIS OVER

09:35AM  5     TO MR. NELSON FOR 30 MINUTES OF QUESTIONING AND THANK YOU ALL.

09:35AM  6          GO AHEAD.

09:35AM  7          MR. NELSON:  THANK YOU, YOUR HONOR.

09:35AM  8          ONE QUESTION, JUST BEFORE I GET GOING, WOULD YOU PREFER

09:35AM  9     THAT I REFER TO THE FOLKS BY THE NUMBER OR THEIR LAST NAME?

09:36AM 10          THE COURT:  THE -- YOU CAN DO BOTH.  THE NAME IS

09:36AM 11     PROBABLY HELPFUL BECAUSE THE NUMBER IS ONE WE MADE UP, IT'S NOT

09:36AM 12     THEIR OFFICIAL JURY NUMBER, IT'S JUST A SHORTCUT FOR US.

09:36AM 13          MR. NELSON:  OH, OKAY.

09:36AM 14          THE COURT:  SO EITHER WAY.

09:36AM 15          MR. NELSON:  MEANING THE ONES I HAVE MIGHT NOT MATCH.

09:36AM 16          THE COURT:  THAT'S RIGHT.  THAT'S WHY I'M CONCERNED

09:36AM 17     ABOUT THOSE NUMBERS BECAUSE WE HAVE SOME THAT HAD BEEN EXCUSED

09:36AM 18     ALREADY.  SO NAMES ARE GOOD.

09:36AM 19          MR. NELSON:  AGAIN, I MIGHT HAVE TO ASK YOU HOW TO

09:36AM 20     PRONOUNCE.  I WILL TRY TO DO THE BEST I CAN.  BUT SOME NAMES

09:36AM 21     ARE A LITTLE DIFFICULT.  MINE IS PRETTY EASY, FOR ME, AT LEAST.

09:36AM 22          SO I DO APPRECIATE YOU ALL BEING HERE, AND YOU KNOW, THIS

09:36AM 23     IS, AS THE JUDGE SAID, YOU KNOW, SOME OF THE QUESTIONS MAY BE A

09:36AM 24     LITTLE PERSONAL.  WE ARE NOT TRYING TO DO THAT.  WE ARE NOT

09:36AM 25     TRYING TO PRY.  WE ARE JUST TRYING TO SEE IF YOU'RE THE RIGHT

09:36AM 1  JUROR FOR THIS PARTICULAR CASE.  WE JUST WANT SOMEBODY THAT

09:36AM 2  COMES IN WITH AN OPEN MIND AND NOT ALREADY A PREDISPOSITION

09:37AM 3  GOING IN.  SO THAT'S THE REASON FOR IT.

09:37AM 4      AND I APOLOGIZE IF YOU THINK ANYTHING IS GETTING A LITTLE

09:37AM 5  PERSONAL.  I'M FROM THE MIDWEST, I REALLY DON'T LIKE TO ASK

09:37AM 6  QUESTIONS LIKE THIS, BUT I HAVE TO DO IT ANY WAY.

09:37AM 7      SO WITH THAT, I WOULD LIKE TO GET STARTED AND MS. CHUANG --

09:37AM 8  YOU DON'T HAVE TO STAND UP.  I WILL STAND UP.  YOU CAN STAY

09:37AM 9  SEATED.

09:37AM 10     SO I JUST HAVE A FEW QUESTIONS.  IT LOOKED FROM YOUR

09:37AM 11 QUESTIONNAIRE LIKE YOU MAY BE IN THE TECH INDUSTRIES; IS THAT

09:37AM 12 RIGHT?

09:37AM 13             PROSPECTIVE JUROR:  YES.

09:37AM 14             MR. NELSON:  WHAT KIND OF POSITION DO YOU HAVE?

09:37AM 15             PROSPECTIVE JUROR:  I HAVE -- I'M A PRODUCT MANAGER

09:37AM 16 AT A SOFTWARE COMPANY.

09:37AM 17             MR. NELSON:  OKAY.  WHAT SOFTWARE COMPANY IS THAT?

09:37AM 18             PROSPECTIVE JUROR:  WE DO MEDICINE, BASICALLY

09:37AM 19 PLATFORM -- VIDEO CONFERENCING.

09:37AM 20             MR. NELSON:  THANK YOU.

09:37AM 21     AND SO I ALSO NOTICE THAT YOU HAVE SOME EXPERIENCE WITH

09:37AM 22 SOME CISCO PRODUCTS; IS THAT RIGHT?

09:37AM 23             PROSPECTIVE JUROR:  NO, JUST GENERAL.  CISCO PRODUCTS

09:37AM 24 ARE EVERYWHERE.  SO I SAID IN THE TECH INDUSTRY WE USE IT ALL

09:38AM 25 THE TIME.

09:38AM 1        MR. NELSON:  AND BASED UPON YOUR EXPERIENCE, DO YOU

09:38AM 2    HAVE AN OPINION OF CISCO COMING IN?

09:38AM 3        PROSPECTIVE JUROR:  DEPENDS ON WHICH PRODUCT.  IT

09:38AM 4    DOESN'T MATTER, IT'S ALL PRODUCT, COMPRISED AND PICK A PRODUCT.

09:38AM 5        MR. NELSON:  NOW, YOU ALSO HAD MENTIONED THAT YOU HAD

09:38AM 6    A CLOSE COUSIN THAT WORKS AT CISCO.

09:38AM 7        PROSPECTIVE JUROR:  I HAVE A COUSIN THAT I LIVED WITH

09:38AM 8    FOR TWO YEARS.

09:38AM 9        MR. NELSON:  ARE YOU IN CONTACT WITH HER STILL?

09:38AM 10       PROSPECTIVE JUROR:  YEAH.  WE HAVE DINNER TOGETHER

09:38AM 11   EVERY WEEK.

09:38AM 12       MR. NELSON:  DO YOU THINK THAT CONNECTION WOULD

09:38AM 13   AFFECT ANYTHING IN THE CASE HERE?

09:38AM 14       PROSPECTIVE JUROR:  I DON'T THINK SO BECAUSE I WASN'T

09:38AM 15   EVEN AWARE OF HAVING THIS CASE.  BUT YOU KNOW, LIKE, IF THE

09:38AM 16   CASE IS WELL KNOWN, THEN IT'S, YOU KNOW, IT'S A DISCUSSION

09:38AM 17   SOMETIMES WE HAVE AT FAMILY DINNERS ABOUT THINGS.

09:38AM 18       MR. NELSON:  YEAH.  SO -- AND THE JUDGE WILL, YOU

09:38AM 19   KNOW, OBVIOUSLY INSTRUCT YOU NOT TO TALK ABOUT THE CASE, BUT IN

09:38AM 20   TERMS OF HAVING A CLOSE RELATIVE LIKE THAT AT CISCO, DO YOU

09:38AM 21   THINK THAT THAT WOULD, YOU KNOW, AFFECT YOUR ABILITY IN THE

09:39AM 22   CASE, JUST TO KIND OF COME IN AT A NEUTRAL LEVEL?

09:39AM 23       PROSPECTIVE JUROR:  IT'S A HARD QUESTION TO ANSWER.

09:39AM 24       MR. NELSON:  I KNOW IT IS.  I'M SORRY.

09:39AM 25       PROSPECTIVE JUROR:  WELL, YES -- NO.  I DON'T KNOW.

09:39AM 1     IT'S EITHER YES OR NO.  IT'S EITHER A YES OR NO.

09:39AM 2             MR. NELSON:  WELL, TELL ME WHY IT MIGHT BE A LITTLE

09:39AM 3     BIT YES.

09:39AM 4             PROSPECTIVE JUROR:  WELL, I MEAN, I DON'T KNOW

09:39AM 5     ANYTHING ABOUT THE SPECIFIC CASE, RIGHT?  SO LIKE ONCE I HEAR

09:39AM 6     MORE ABOUT IT, I MAY HAVE OPINIONS THAT I WOULD LIKE TO TALK

09:39AM 7     ABOUT IT, BUT IT'S REALLY HARD TO NOT TALK ABOUT IT.  BUT I

09:39AM 8     WOULD NOT TALK ABOUT IT WITH THIS PARTICULAR COUSIN, OBVIOUSLY.

09:39AM 9             MR. NELSON:  UNDERSTOOD.  WHAT POSITION DOES YOUR

09:39AM 10    COUSIN HAVE THERE?

09:39AM 11            PROSPECTIVE JUROR:  I THINK SHE'S AN ENGINEER.

09:39AM 12            MR. NELSON:  DO YOU KNOW WHAT SHE DOES?

09:39AM 13            PROSPECTIVE JUROR:  NOT IN DETAIL, NO, NOT REALLY.

09:39AM 14            MR. NELSON:  OKAY.  NOW, THERE'S ALSO YOU HAD

09:39AM 15    MENTIONED, I BELIEVE, THAT YOU MIGHT HAVE CLOSE RELATIVES THAT

09:40AM 16    HAVE STOCK; IS THAT RIGHT?

09:40AM 17            PROSPECTIVE JUROR:  I THINK HAVING CISCO STOCK IS NOT

09:40AM 18    REALLY AN UNCOMMON THING.

09:40AM 19            MR. NELSON:  NO, UNDERSTOOD.  I'M NOT CASTING ANY

09:40AM 20    ASPERSIONS OR ANYTHING, I'M JUST ASKING.

09:40AM 21            PROSPECTIVE JUROR:  SHE HAS STOCKS, AND I THINK HER

09:40AM 22    SIBLINGS ALL HAVE STOCKS.  MY UNCLE HAS CISCO STOCK.

09:40AM 23            MR. NELSON:  THOSE RELATIVES, DO YOU KNOW HOW CLOSE

09:40AM 24    YOU ARE WITH THOSE?

09:40AM 25            PROSPECTIVE JUROR:  CLOSE.

09:40AM  1          MR. NELSON:  HOW OFTEN DO YOU SEE THEM, DO YOU THINK?

09:40AM  2          PROSPECTIVE JUROR:  ONCE A WEEK.

09:40AM  3          MR. NELSON:  NOW, I DON'T WANT TO GET INTO THE

09:40AM  4  DETAILS, BUT YOU HAD -- YOU KNOW THIS IS A PATENT CASE THAT

09:40AM  5  INVOLVES PATENTS AND COPYRIGHTS IN THE CASE?

09:40AM  6          PROSPECTIVE JUROR:  UH-HUH.

09:40AM  7          MR. NELSON:  RIGHT.  AND YOU ARE FAMILIAR WITH

09:40AM  8  PATENTS AND COPYRIGHTS?

09:40AM  9          PROSPECTIVE JUROR:  UH-HUH.

09:40AM 10          MR. NELSON:  SO I DON'T WANT TO GET INTO THE DETAILS

09:40AM 11  OF, YOU KNOW, WHAT YOU EXPRESSED IN THE -- IN YOUR

09:40AM 12  QUESTIONNAIRE, BECAUSE I APPRECIATE THAT, WE ARE NOT GOING TO

09:40AM 13  GO BACK THROUGH THAT.

09:40AM 14     BUT, YOU KNOW, GIVEN YOUR EXPERIENCE THERE AND YOUR

09:40AM 15  THOUGHTS, DO YOU THINK THIS IS MAY BE THE RIGHT CASE?

09:40AM 16          PROSPECTIVE JUROR:  RIGHT CASE IN TERMS OF?

09:41AM 17          MR. NELSON:  IN TERMS OF IT'S GOING TO INVOLVE

09:41AM 18  PATENTS AND COPYRIGHTS, RIGHT.  MEANING, DO YOU THINK THAT THIS

09:41AM 19  IS THE RIGHT CASE FOR YOU OR DO YOU HAVE SOME KIND OF

09:41AM 20  PRECONCEIVED IDEA OF PATENTS AND COPYRIGHTS AND MAYBE WHAT THEY

09:41AM 21  SHOULD BE USED FOR?

09:41AM 22          PROSPECTIVE JUROR:  WELL, SO THIS IS A HARD ANSWER --

09:41AM 23  THIS IS A HARD QUESTION TO ANSWER.

09:41AM 24     SO I'VE NEVER BEEN IN A CASE THAT'S INVOLVED.  SO BACK WHEN

09:41AM 25  I WAS WORKING FOR A LARGE COMPANY LIKE THERE ARE CERTAIN

09:41AM 1    PRACTICES OF FILING PATENTS THAT I'M NOT EXTREMELY LIKE FOND

09:41AM 2    OF.  I THINK IT HAS A LOT TO DO WITH THE STRUCTURE OF A

09:41AM 3    COMPANY, THE SIZE OF THE COMPANY, AND THE ATTITUDE THE COMPANY

09:41AM 4    TAKES ON THAT.

09:41AM 5         I WORK FOR A SMALLER COMPANY WHERE LIKE WE DON'T EVEN

09:41AM 6    BOTHER TO FILE PATENTS BECAUSE WE KNOW IT'S LARGELY NOT

09:41AM 7    DEFENDABLE, THERE'S HUNDREDS AND DOZENS OF PATENTS IN MY AREA,

09:41AM 8    AND, YOU KNOW, WE STARTED DOING SOME PATENT FILING AND AT SOME

09:41AM 9    POINT WE JUST GAVE UP BECAUSE IT'S, YOU KNOW, IT'S REALLY LIKE

09:42AM 10   ACTUALLY TAKING SOME TIME AWAY AND RESOURCES AWAY FROM US.  SO

09:42AM 11   IT'S PROBABLY NOT GOOD FOR US.

09:42AM 12        BUT, YOU KNOW, I UNDERSTAND THAT THERE COULD BE A REASON IN

09:42AM 13   THE FUTURE FOR US.  AND FOR A LARGE COMPANY, I KNOW ALL

09:42AM 14   ENGINEERS SIT DOWN, AND SOME DAY A LAWYER IS GOING TO COME DOWN

09:42AM 15   AND DO A LITTLE ONE-PAGE SKETCH, AND TURN IT INTO A PATENT,

09:42AM 16   VERY EASY.  SO IF YOU WORK FOR A COMPANY LIKE THAT, IT'S VERY

09:42AM 17   EASY TO OBTAIN A PATENT.

09:42AM 18        WHEN YOU WORK FOR A SMALL COMPANY LIKE US, A SMALL COMPANY,

09:42AM 19   YOU ARE NOT GOING TO EVEN TRY THAT ROUTE.  SO THAT'S MY

09:42AM 20   OPINION.

09:42AM 21        AND THEN ALSO THIS KIND OF SCALE OF THE DEPARTMENT WHERE,

09:42AM 22   LIKE, TEAMS OF LAWYERS WHOSE JOB IS FULL TIME TO ACTUALLY WORK

09:42AM 23   ON THESE THINGS.  THAT'S JUST SORT OF MY BIAS FEELING LIKE

09:42AM 24   THIS, IT'S A LARGELY UNFAIR PROCESS.

09:42AM 25             MR. NELSON:  SO YOU THINK IT'S UNFAIR THAT BIG

09:42AM 1    COMPANIES MIGHT HAVE PATENTS, SOME OF THE MORE PATENTS --

09:42AM 2                PROSPECTIVE JUROR:  RIGHT.  IT'S NOT UNFAIR MEANING

09:43AM 3    LIKE, YOU KNOW, LIKE, IT'S THE INVENTOR PROTECTING THE

09:43AM 4    INVENTORS, I MEAN, IT DOES THE JOB BUT IT'S NOT THAT GREAT.

09:43AM 5                MR. NELSON:  WHAT DO YOU MEAN WHEN YOU SAY, "NOT THAT

09:43AM 6    GREAT"?

09:43AM 7                PROSPECTIVE JUROR:  LIKE, YOU KNOW, FOR INSTANCE, IF

09:43AM 8    I INVENTED SOMETHING, WORKING FOR A COMPANY LIKE MY COMPANY, I

09:43AM 9    DON'T THINK WE HAVE THE LUXURY TO GO OUT AND TRY TO FILE THAT

09:43AM 10   PATENT BECAUSE IT TAKES THE RESOURCES AWAY FROM US, AND IT

09:43AM 11   COSTS MONEY TO FILE PATENTS.  AND, YOU KNOW, IT TAKES TIME TO

09:43AM 12   ACTUALLY WRITE THE PATENTS, AND WE ARE ALL VERY BUSY.

09:43AM 13       BUT IF YOU WORK FOR A BIGGER COMPANY THEN IT'S NO ISSUE,

09:43AM 14   IT'S PRETTY EASY TO SET IT UP FOR YOU.

09:43AM 15               MR. NELSON:  SO DOES THAT AFFECT YOUR THOUGHTS ABOUT

09:43AM 16   WHAT THE QUALITY OF PATENTS MIGHT BE GOING IN FOR BIG

09:43AM 17   COMPANIES?

09:43AM 18               MR. SANTACANA:  PROBABLY NOT.  BUT IT DEPENDS ON THE

09:43AM 19   CASE.

09:43AM 20               MR. NELSON:  NOW, HOW ABOUT COPYRIGHTS, YOU SAID YOU

09:43AM 21   WORK IN THE SOFTWARE INDUSTRY; IS THAT RIGHT?

09:43AM 22               PROSPECTIVE JUROR:  YES.

09:43AM 23               MR. NELSON:  SO, I MEAN, DO YOU HAVE ANY THOUGHTS

09:43AM 24   ABOUT COPYRIGHTS AND SOFTWARE?

09:43AM 25               PROSPECTIVE JUROR:  I DON'T HAVE STRONG OPINIONS

09:44AM 1    ABOUT COPYRIGHT.  YOU KNOW, IT'S SERVES A SLIGHTLY DIFFERENT

09:44AM 2    PURPOSE THERE.  SO I DON'T HAVE PERSONAL EXPERIENCE AS MUCH

09:44AM 3    WITH COPYRIGHT INFRINGEMENT.

09:44AM 4         MR. NELSON:  DO YOU HAVE ANY COPYRIGHTS YOURSELF OR

09:44AM 5    SOFTWARE YOU BOUGHT?

09:44AM 6         PROSPECTIVE JUROR:  NO.

09:44AM 7         MR. NELSON:  DO YOU WRITE SOFTWARE?

09:44AM 8         PROSPECTIVE JUROR:  YES, YEARS AGO, NOT TODAY, BUT

09:44AM 9    YEARS AGO.

09:44AM 10        MR. NELSON:  ALL RIGHT.  SO MR. -- I MIGHT COME BACK.

09:44AM 11   BUT, YEAH, YOU CAN PASS THE MIC TO MR. GRIER-RODDY.

09:44AM 12      SO I NOTICE YOU POSSIBLY OWN STOCK, YOU THOUGHT MAYBE.  DID

09:44AM 13   YOU GET A CHANCE TO CHECK ON THAT?

09:44AM 14        PROSPECTIVE JUROR:  I JUST GO AND HIT NEXT FUNDS -- I

09:44AM 15   OWN JUST INDEX FUNDS.  SO I'M SURE CISCO IS A PERCENTAGE OF

09:45AM 16   THAT, BUT I DON'T OWN ANY PARTICULAR CISCO SHARES.

09:45AM 17        MR. NELSON:  OKAY.  AND YOU HAD INDICATED THAT YOU'RE

09:45AM 18   AN OPERATIONS ANALYST AT GOOGLE NOW; IS THAT RIGHT?

09:45AM 19        PROSPECTIVE JUROR:  YES.

09:45AM 20        MR. NELSON:  AND I THINK WE WILL HEAR PRETTY QUICKLY

09:45AM 21   THAT ARISTA IS, OR EXCUSE ME, THE OTHER WAY AROUND, GOOGLE IS A

09:45AM 22   CUSTOMER OF ARISTA.  SO HAVE YOU HAD ANY DEALINGS WITH EITHER

09:45AM 23   CISCO OR ARISTA IN CONNECTION WITH YOUR WORK AT GOOGLE?

09:45AM 24        PROSPECTIVE JUROR:  NO.

09:45AM 25        THE COURT:  NOW, YOU PREVIOUSLY, I THINK, WORKED AT A

09:45AM 1    LITIGATION CONSULTING FIRM; IS THAT RIGHT?

09:45AM 2            PROSPECTIVE JUROR:  YES.

09:45AM 3            MR. NELSON:  WHAT KIND OF THINGS DID YOU DO THERE?

09:45AM 4            PROSPECTIVE JUROR:  SO SPECIFICALLY I DID ECONOMIC

09:45AM 5    ANALYSIS, LOOKING AT THE DAMAGES THAT MIGHT BE -- MIGHT NEED TO

09:45AM 6    BE PAID IN SECURITIES CLASS ACTIONS.

09:45AM 7            MR. NELSON:  OKAY.

09:45AM 8        DID -- DO YOU KNOW WHETHER YOU HAD ANY DEALINGS WITH EITHER

09:45AM 9    OF THE PARTIES IN CONNECTION WITH THAT LITIGATION CONSULTING

09:45AM 10   WORK?

09:45AM 11           PROSPECTIVE JUROR:  NEITHER OF THESE TWO PARTIES, NO.

09:46AM 12           MR. NELSON:  HOW ABOUT ANY OF THE LAW FIRMS THAT ARE

09:46AM 13   INVOLVED HERE?

09:46AM 14           PROSPECTIVE JUROR:  I DIDN'T RECOGNIZE THEM, BUT WE

09:46AM 15   WEREN'T AS CONNECTED TO THE LAW FIRMS.

09:46AM 16           MR. NELSON:  OKAY.  THAT WASN'T --

09:46AM 17           PROSPECTIVE JUROR:  WE SUPPORTED THE EXPERTS, EXPERT

09:46AM 18   TESTIMONY IN CASES.  SO WE WORKED THROUGH THE EXPERTS.

09:46AM 19           MR. NELSON:  AND YOU DID NOT RECOGNIZE ANY EXPERTS IN

09:46AM 20   THIS CASE?

09:46AM 21           PROSPECTIVE JUROR:  NO, NONE OF THE NAMES.

09:46AM 22           MR. NELSON:  WHEN YOU SAY YOU SUPPORTED THE EXPERTS,

09:46AM 23   YOU SUPPORTED DAMAGES EXPERT TESTIMONY?

09:46AM 24           PROSPECTIVE JUROR:  MOSTLY, YEAH.

09:46AM 25           MR. NELSON:  SO DO YOU HAVE KIND OF A VIEW ON HOW

09:46AM 1    DAMAGES EXPERT TESTIMONY SHOULD BE?

09:46AM 2              PROSPECTIVE JUROR:  HOW IT SHOULD BE DONE?  OR --

09:46AM 3              MR. NELSON:  YEAH, EXACTLY.

09:46AM 4              PROSPECTIVE JUROR:  YEAH, I MEAN, IN THAT PARTICULAR

09:46AM 5    CASE LIKE THERE WERE -- IN THAT PARTICULAR AREA I'M PRETTY

09:46AM 6    FAMILIAR WITH HOW THOSE CALCULATIONS WERE DONE.  IF THEY WERE

09:46AM 7    DONE IN A WAY THAT DIDN'T MATCH HOW OUR EXPERTS INSTRUCTED US,

09:46AM 8    I WOULD RECOGNIZE THAT.

09:46AM 9              MR. NELSON:  DID -- SO HOW LONG WERE YOU AT THE

09:46AM 10   LITIGATION CONSULTING --

09:47AM 11             PROSPECTIVE JUROR:  FOUR OR FIVE YEARS.

09:47AM 12             MR. NELSON:  DO YOU KNOW HOW MANY CASES YOU WORKED

09:47AM 13   ON?

09:47AM 14             PROSPECTIVE JUROR:  A GOOD NUMBER.  30, 40, 50.

09:47AM 15             MR. NELSON:  BUT YOU DON'T RECALL ANY PATENT CASES?

09:47AM 16             PROSPECTIVE JUROR:  I WORKED ON A COUPLE OF PATENT

09:47AM 17   CASES EARLY ON, BUT IT WAS -- I HADN'T -- THIS WAS WHEN I WAS A

09:47AM 18   FIRST-YEAR ANALYST, I WAS BASICALLY JUST LOOKING THROUGH

09:47AM 19   E-MAILS.

09:47AM 20             MR. NELSON:  DO YOU RECALL WHAT THE TECHNOLOGY WAS IN

09:47AM 21   THOSE CASES?

09:47AM 22             PROSPECTIVE JUROR:  ONE OF THEM HAD TO DO WITH CELL

09:47AM 23   PHONES AND THE OTHER ONES, NO.

09:47AM 24             MR. NELSON:  DO YOU RECALL WHICH IT WAS, WORKING ON

09:47AM 25   BEHALF OF THE PLAINTIFF OR THE OTHER WAY AROUND?

09:47AM 1          PROSPECTIVE JUROR:  MOSTLY THE PLAINTIFF, BUT IT WAS

09:47AM 2   MIXED.

09:47AM 3          MR. NELSON:  I WAS TALKING SPECIFICALLY ABOUT THE

09:47AM 4   PATENT CASES.

09:47AM 5          PROSPECTIVE JUROR:  OH, I THINK IT WAS A MIX.  SO THE

09:47AM 6   ONE THAT I WORKED ON, AGAIN, THIS WAS A COUPLE OF THEM I WORKED

09:47AM 7   ON FOR A COUPLE OF DAYS OR A WEEK.  I WORKED ON ONE FOR A MONTH

09:47AM 8   OR TWO AND THAT WAS FOR THE PLAINTIFF.  THE OTHER ONES WERE A

09:47AM 9   MIX.

09:47AM 10         MR. NELSON:  HOW ABOUT COPYRIGHT CASES?

09:47AM 11         PROSPECTIVE JUROR:  I DON'T RECALL.  SOME OF THE

09:47AM 12   PATENTS MIGHT HAVE HAD COPYRIGHT AS WELL, BUT I DON'T RECALL

09:48AM 13   SPECIFICALLY.

09:48AM 14         MR. NELSON:  DO YOU HAVE ANY PATENTS OR COPYRIGHTS

09:48AM 15   YOURSELF?

09:48AM 16         PROSPECTIVE JUROR:  NO.

09:48AM 17         MR. NELSON:  I ALSO -- YOUR PARENTS OWNED A BOOK

09:48AM 18   STORE; IS THAT RIGHT?

09:48AM 19         PROSPECTIVE JUROR:  YEAH, YEAH.

09:48AM 20         MR. NELSON:  WAS THERE EVER ANY DISCUSSION OF MAYBE

09:48AM 21   INTELLECTUAL PROPERTY ISSUES WITH RESPECT TO THAT, COPYRIGHT

09:48AM 22   ISSUES.

09:48AM 23         PROSPECTIVE JUROR:  NOT THAT I KNOW.  THIS WAS WHEN I

09:48AM 24   WAS IN HIGH SCHOOL SO I WASN'T REALLY INVOLVED AT ALL.

09:48AM 25         MR. NELSON:  OKAY.  THANK YOU.

09:48AM 1    I THINK YOU CAN PASS THE MIC NOW TO MR. BHAKTA.

09:48AM 2    DID I GET THE NAME RIGHT?

09:48AM 3        PROSPECTIVE JUROR:  YEAH.

09:48AM 4        MR. NELSON:  OH.  THANK YOU.  SO, MR. BHAKTA, FROM

09:48AM 5    YOUR QUESTIONNAIRE IT LOOKED LIKE YOU HAD SOME EXPERIENCE WITH

09:48AM 6    PATENTS AND COPYRIGHTS; IS THAT RIGHT?

09:48AM 7        PROSPECTIVE JUROR:  LIKE, I DON'T HAVE EXPERIENCE

09:49AM 8    DIRECTLY WORKING.  I GUESS, HAVING MY OWN OR ANYTHING LIKE

09:49AM 9    THAT.

09:49AM 10       MR. NELSON:  PERHAPS SOME VIEWS ON PATENTS AND

09:49AM 11   COPYRIGHTS?

09:49AM 12       PROSPECTIVE JUROR:  I THINK LIKE COPYRIGHTS ARE GOOD,

09:49AM 13   IT'S JUST SOME OF THE, LIKE, TIME LIMITS ON THEM I THINK ARE A

09:49AM 14   BIT TOO LONG.  BUT PATENTS, LIKE, I DON'T HAVE, LIKE, A VERY

09:49AM 15   STRONG VIEW, BUT I DO THINK THAT MAYBE SOME OF THE PATENTS

09:49AM 16   MIGHT BE OVERREACHING ON WHAT THEY PROTECT.

09:49AM 17       MR. NELSON:  NOW, I JUST WANT TO EXPLORE THAT A BIT.

09:49AM 18   SO WHEN YOU SAY, "OVERREACHING," WHAT DO YOU MEAN THERE?

09:49AM 19       PROSPECTIVE JUROR:  LIKE IT SEEMS LIKE AT LEAST SOME

09:49AM 20   PATENTS ARE, I GUESS SOME -- SORRY.

09:50AM 21       MR. NELSON:  NO, THAT'S OKAY.

09:50AM 22       PROSPECTIVE JUROR:  SO I GUESS SOME PATENTS, I THINK

09:50AM 23   SOME PATENTS ARE EITHER MAYBE LIKE MORE ON THE OBVIOUS SIDE OR

09:50AM 24   THEY MIGHT BE SOMETHING THAT I JUST FEEL LIKE THEY MIGHT NOT BE

09:50AM 25   SOMETHING THAT SHOULD BE PATENTED.

09:50AM 1          MR. NELSON:  SO BASED UPON THAT, I MEAN, IS THAT LIKE

09:50AM 2    A GENERAL IDEA YOU HAVE REGARDING PATENTS?

09:50AM 3          PROSPECTIVE JUROR:  YES.  YEAH.  LIKE, I DON'T

09:50AM 4    DISAGREE WITH LIKE, PATENTS IN GENERAL, BUT I DO THINK

09:50AM 5    SOMETIMES THEY DO.

09:50AM 6          MR. NELSON:  SO GIVEN THAT THERE'S PATENTS INVOLVED

09:50AM 7    IN THIS CASE, DO YOU THINK THAT THIS IS MAY BE THE BEST CASE OR

09:50AM 8    THERE MIGHT BE A CASE WHERE THERE'S DIFFERENT SUBJECT MATTER

09:50AM 9    THAT MIGHT BE BETTER FOR YOU?

09:50AM 10          PROSPECTIVE JUROR:  SO I MEAN, I THINK, LIKE, I CAN,

09:51AM 11   WHATEVER I THINK ABOUT IT, AND FOLLOW LIKE WHAT THE ACTUAL LAW

09:51AM 12   IS.

09:51AM 13          MR. NELSON:  MEANING SET THOSE THINGS ASIDE?

09:51AM 14          PROSPECTIVE JUROR:  YEAH.

09:51AM 15          MR. NELSON:  NOW, I ALSO SAW THAT YOU, I MEAN, YOU

09:51AM 16   HAD MENTIONED THAT YOU HAVE A BUNCH OF SONGS AND SOFTWARE OF

09:51AM 17   YOUR OWN.  RIGHT?

09:51AM 18          PROSPECTIVE JUROR:  YEAH.  THEY ARE NOT PUBLICLY

09:51AM 19   RELEASED.  NOTHING THAT'S LIKE PUBLIC.  I DON'T HAVE, LIKE,

09:51AM 20   ACTUAL, LIKE, REGISTERED.

09:51AM 21          MR. NELSON:  YEAH, THAT'S WHAT I WAS SAYING, BECAUSE

09:51AM 22   YOU HAD SAID SPECIFICALLY THAT YOU DIDN'T HAVE ANY PROTECTION

09:51AM 23   OR REGISTRATION FOR THOSE, RIGHT?

09:51AM 24          PROSPECTIVE JUROR:  YEAH.

09:51AM 25          MR. NELSON:  IS THERE SOME REASON FOR THAT?

09:51AM 1         PROSPECTIVE JUROR:  JUST BECAUSE I NEVER DID ANYTHING

09:51AM 2     PUBLICLY.

09:51AM 3         MR. NELSON:  BUT ARE YOU -- YOU ARE NOT OPPOSED TO

09:51AM 4     THAT IDEA, RIGHT?  REGISTERING COPYRIGHTS OR --

09:51AM 5         PROSPECTIVE JUROR:  NO.  I THINK COPYRIGHT IS GOOD,

09:51AM 6     BUT SOME OF THE TIME LIMITS ARE A LITTLE LONG.

09:51AM 7         MR. NELSON:  YEAH.  WELL, WHEN YOU SAY SOME OF THE

09:52AM 8     TIME LIMITS ARE LONG --

09:52AM 9         PROSPECTIVE JUROR:  LIKE A COPYRIGHT CAN LAST

09:52AM 10    70 YEARS.  I THINK THAT'S TOO LONG FOR THAT.

09:52AM 11        MR. NELSON:  LESS TIME IS OKAY?

09:52AM 12        PROSPECTIVE JUROR:  YEAH.

09:52AM 13        MR. NELSON:  OKAY.

09:52AM 14      YOU ALSO HAD MENTIONED THAT YOU KNOW A NUMBER OF PEOPLE WHO

09:52AM 15    WORK FOR CISCO OR ARISTA; IS THAT RIGHT?

09:52AM 16        PROSPECTIVE JUROR:  YEAH.  NOT CURRENTLY, BUT MORE OF

09:52AM 17    A FORMER WORKER.

09:52AM 18        MR. NELSON:  FORMER.  DO YOU KNOW HOW CLOSE YOU WERE

09:52AM 19    TO THOSE FOLKS?

09:52AM 20        PROSPECTIVE JUROR:  ONE OF THEM WAS A MANAGER FOR

09:52AM 21    QUITE A FEW YEARS.

09:52AM 22        MR. NELSON:  DO YOU HAVE ANY OPINIONS OF EITHER OF

09:52AM 23    THE COMPANIES BASED UPON YOUR INTERACTION WITH THESE FOLKS?

09:52AM 24        PROSPECTIVE JUROR:  NO.

09:52AM 25        MR. NELSON:  HAVE YOU HAD ANY EXPERIENCE WITH EITHER

09:52AM 1    OF THE COMPANIES IN TERMS OF THEIR PRODUCTS OR KNOW ANYTHING

09:52AM 2    ABOUT THEM?

09:52AM 3                PROSPECTIVE JUROR:  SO I'VE OWNED CISCO PRODUCTS, AND

09:52AM 4    I'VE, IN MY WORK I'VE WORKED ON ISSUES THAT DEALT WITH CISCO

09:53AM 5    PRODUCTS.

09:53AM 6                MR. NELSON:  SO DO YOU HAVE, LIKE, AN OPINION OF

09:53AM 7    CISCO COMING IN AS A COMPANY?

09:53AM 8                PROSPECTIVE JUROR:  SO LIKE, PERSONALLY LIKE, LIKE

09:53AM 9    THE CISCO PRODUCTS, I WAS HAPPY WITH THEM.  AT WORK, I DON'T

09:53AM 10   RECALL SPECIFICS, SO I DON'T HAVE AN OPINION OF THAT.

09:53AM 11               MR. NELSON:  OKAY.  NO, YOU DON'T HAVE TO, THAT'S

09:53AM 12   WHAT I'M ASKING IS IF THERE'S SOMETHING COMING IN.  OKAY.  I

09:53AM 13   APPRECIATE THAT.

09:53AM 14         NOW, MR. GORDON.  GOOD MORNING, SIR.

09:53AM 15               PROSPECTIVE JUROR:  GOOD MORNING.

09:53AM 16               MR. NELSON:  SO ON YOUR QUESTIONNAIRE YOU HAD

09:53AM 17   INDICATED THAT YOU HAD A ROOMMATE THAT WORKED AT CISCO.

09:53AM 18               PROSPECTIVE JUROR:  YEAH, HE WORKS IN FINANCE.

09:53AM 19               MR. NELSON:  FINANCE.  NOT AN ENGINEER OR THAT TYPE

09:53AM 20   POSITION.

09:53AM 21               PROSPECTIVE JUROR:  NO, NOT ANYTHING TO DO WITH

09:54AM 22   ENGINEERING.  HE DOES SOME, LIKE, FINANCIAL CALCULATIONS IN

09:54AM 23   EXCEL, I WOULD ASSUME, BUT I DON'T THINK HE DOES ANYTHING

09:54AM 24   INTERACTING WITH ENGINEERS.

09:54AM 25               MR. NELSON:  OKAY.

09:54AM 1          AND THE ROOMMATE, I MEAN, DOES HE TALK A LOT ABOUT HIS JOB?

09:54AM 2              PROSPECTIVE JUROR:  I WOULDN'T SAY A LOT.  WE TALK

09:54AM 3      ABOUT OUR JOBS SOMETIMES, BUT NOT IN GREAT DETAIL.

09:54AM 4              MR. NELSON:  SO DO YOU THINK THE FACT THAT YOUR

09:54AM 5      ROOMMATE WORKS FOR FINANCE IN CISCO WOULD AFFECT YOUR ABILITY

09:54AM 6      IN THIS CASE.

09:54AM 7              PROSPECTIVE JUROR:  NO, I DON'T THINK IT WOULD BIAS

09:54AM 8      ME ONE WAY OR THE OTHER.

09:54AM 9              MR. NELSON:  DO YOU THINK -- YOU WILL HAVE YOUR HONOR

09:54AM 10     TELLING YOU NOT TO DISCUSS THE CASE WITH ANYBODY.  WOULD THAT

09:54AM 11     BE AN ISSUE?

09:54AM 12             PROSPECTIVE JUROR:  YEAH.  NO, I WOULDN'T TALK ABOUT

09:54AM 13     THAT WITH HIM.

09:54AM 14             MR. NELSON:  ALL I TOLD HIM IS I'M A POTENTIAL JUROR,

09:54AM 15     AND I WILL BE RELEASED ON DECEMBER 19TH.

09:54AM 16        (LAUGHTER.)

09:54AM 17             THE COURT:  THAT'S RIGHT.

09:54AM 18             MR. NELSON:  THAT'S GREAT.  YOU WERE LISTENING.

09:55AM 19        NO, SO THAT'S -- THAT'S PERFECT.  I APPRECIATE THAT.

09:55AM 20        SO THEN MR. FRY?

09:55AM 21             PROSPECTIVE JUROR:  YES.

09:55AM 22             MR. NELSON:  OKAY.  THANK YOU, SIR.

09:55AM 23        SO IT LOOKS LIKE YOU'VE SPENT A LOT OF TIME IN A COURTROOM;

09:55AM 24     IS THAT RIGHT?

09:55AM 25             PROSPECTIVE JUROR:  YES.

09:55AM 1          MR. NELSON:  AND I APPRECIATE THAT.

09:55AM 2      SO BASED UPON THAT, YOUR TIME IN A COURTROOM, DO YOU THINK

09:55AM 3  THAT THERE WOULD BE SOME ISSUE THAT YOU WOULD HAVE ANY ISSUES

09:55AM 4  WITH HOW THE CASE IS PRESENTED OR FAVOR ONE SIDE OR THE OTHER?

09:55AM 5          PROSPECTIVE JUROR:  NO.  I WOULD LOOK AT THE MERITS.

09:55AM 6          MR. NELSON:  OKAY.  SO IT DOESN'T -- YOU DON'T THINK

09:55AM 7  THAT -- YOU WERE ON THE -- YOU WERE MAINLY ON THE PROSECUTION

09:55AM 8  AS A PROSECUTOR?

09:55AM 9          PROSPECTIVE JUROR:  CRIMINAL PROSECUTION, YES.

09:55AM 10         MR. NELSON:  HAVE YOU HAD ANY EXPERIENCE WITH CIVIL

09:55AM 11 CASES IN TERMS OF TRIAL WORK?

09:55AM 12         PROSPECTIVE JUROR:  OVER 30 YEARS AGO I BRIEFLY

09:56AM 13 HANDLED WHAT ARE CALLED DEPENDENCY CASES IN STATE COURT.

09:56AM 14         MR. NELSON:  NEVER ANY PATENTS OR COPYRIGHT CASES?

09:56AM 15         PROSPECTIVE JUROR:  NO, NO.

09:56AM 16         MR. NELSON:  HAVE YOU -- DO YOU HAVE ANY PERSONAL

09:56AM 17 FAMILIARITY WITH LAW IN PATENTS OR COPYRIGHT CASES?

09:56AM 18         PROSPECTIVE JUROR:  ONLY FROM LAW SCHOOL, SIR, AND

09:56AM 19 THAT WAS A LONG TIME AGO.

09:56AM 20         MR. NELSON:  YEAH.

09:56AM 21         PROSPECTIVE JUROR:  I DID TAKE PATENT LAW, WHICH WAS

09:56AM 22 AN ELECTIVE.  I DIDN'T HAVE TO.

09:56AM 23         MR. NELSON:  RIGHT.  OKAY.

09:56AM 24      BUT DO YOU THINK YOU WOULD HAVE ANY TROUBLE WITH FOLLOWING

09:56AM 25 HER HONOR'S INSTRUCTION ON WHAT THE LAW IS?

09:56AM  1                    PROSPECTIVE JUROR:  ABSOLUTELY NOT.

09:56AM  2                    MR. NELSON:  OKAY.  ALL RIGHT.  I THINK -- I DON'T

09:56AM  3       HAVE ANY FURTHER QUESTIONS OF YOU.  I APPRECIATE IT.

09:56AM  4                    PROSPECTIVE JUROR:  THERE IS SOMETHING I NEED TO MAKE

09:56AM  5       THE COURT AWARE OF.  SINCE THE LAST TIME WE WERE ALL IN COURT

09:56AM  6       AND I FILLED OUT THE QUESTIONNAIRE, A SCHEDULING ISSUE HAS

09:56AM  7       ARISEN.

09:56AM  8           I'VE BEEN SUBPOENAED AS A WITNESS IN A STATE TRIAL.  IT WAS

09:57AM  9       SCHEDULED FOR JANUARY 4TH, THOUGH IT WAS NOT A PROBLEM.  SINCE

09:57AM  10      THE LAST TIME WE WERE ALL IN COURT, I'VE LEARNED THAT THERE'S A

09:57AM  11      MOTION TO ADVANCE THE TRIAL.  THE MOTION WILL BE HEARD THIS

09:57AM  12      WEDNESDAY.  IT IS PROBABLY GOING TO BE GRANTED.

09:57AM  13          IF THE MOTION IS ADVANCED, I MEAN, IF THE TRIAL IS

09:57AM  14      ADVANCED, THEN THE TRIAL COULD CONFLICT WITH THIS ONE.  AND, OF

09:57AM  15      COURSE, THERE IS A POSSIBILITY THAT THE CASE WILL SETTLE.

09:57AM  16      THERE'S A PROBABILITY THAT THE CASE WILL SETTLE.  BUT THERE IS

09:57AM  17      THE POSSIBILITY THAT I WOULD BE UNAVAILABLE TO SIT ON THIS JURY

09:57AM  18      TRIAL.  I'M CERTAINLY WILLING TO SERVE, BUT I WANTED TO MAKE

09:57AM  19      THE COURT AWARE OF THE POSSIBILITY THAT I WILL NOT BE

09:57AM  20      AVAILABLE.

09:57AM  21                    THE COURT:  THANK YOU.  WHERE IS THE COURT?

09:58AM  22                    PROSPECTIVE JUROR:  SANTA CRUZ COUNTY, YOUR HONOR.

09:58AM  23                    THE COURT:  SANTA CRUZ.  THANK YOU.

09:58AM  24                    MR. NELSON:  THANK YOU, YOUR HONOR.

09:58AM  25          I APPRECIATE THAT.  THANK YOU FOR TELLING US.

09:58AM  1        SO MS. BROWN.  I WILL GET THE MICROPHONE.  THANK YOU, SIR.

09:58AM  2        SO I SAW FROM YOUR QUESTIONNAIRE THAT YOU WORKED AT

09:58AM  3    STANFORD A NUMBER OF YEARS AGO; IS THAT RIGHT?

09:58AM  4             PROSPECTIVE JUROR:  YES, ABOUT 14 YEARS AGO.

09:58AM  5             MR. NELSON:  EXCUSE ME?

09:58AM  6             PROSPECTIVE JUROR:  ABOUT 14 YEARS AGO.

09:58AM  7             MR. NELSON:  OKAY.  AND THAT'S WHEN YOU LEFT,

09:58AM  8    14 YEARS AGO?

09:58AM  9             PROSPECTIVE JUROR:  YES.

09:58AM 10             MR. NELSON:  WHAT PERIOD OF TIME WERE YOU THERE?

09:58AM 11             PROSPECTIVE JUROR:  I LEFT IN 2002 AND THEN FIVE

09:58AM 12    YEARS PRIOR TO THAT, SO 1997, I GUESS, BETWEEN THAT.  1997 TO

09:58AM 13    2002, ROUGHLY.

09:58AM 14             MR. NELSON:  OKAY.  AND WHAT KIND OF -- IT LOOKS LIKE

09:58AM 15    YOU WERE IN THE ENGINEER RESEARCH ADMINISTRATION; IS THAT

09:59AM 16    RIGHT?

09:59AM 17             PROSPECTIVE JUROR:  YEAH.  I STARTED OFF AT

09:59AM 18    ELECTRONIC ENGINEER AND THEN FOR TEMPORARY WENT TO COMPUTER

09:59AM 19    SCIENCES, AND I WORKED THERE FOR ABOUT THREE YEARS IN TWO

09:59AM 20    DIFFERENT PLACES, OR FOR TWO DIFFERENT PROFESSORS.

09:59AM 21        THEN I MOVED TO ENGINEERING.  AND THAT WAS MECHANICAL

09:59AM 22    ENGINEERING.

09:59AM 23             MR. NELSON:  OKAY.  DO YOU RECALL WHICH PROFESSOR IN

09:59AM 24    THE COMPUTER SCIENCE?

09:59AM 25             PROSPECTIVE JUROR:  OH, COMPUTER SCIENCE, YES, MONICA

09:59AM  1    LAM.  I CAN'T THINK OF THE OTHER GUY'S NAME FOR SOME REASON

09:59AM  2    RIGHT NOW.  BUT I DIDN'T DO AS MUCH FOR HIM.  IT WAS MOSTLY

09:59AM  3    MONICA LAM.  AND EE WAS TERESA MING.  AND KSL WAS RICHARD FICE.

09:59AM  4         AND I CANNOT THINK OF THE OTHER -- I ALSO DID, JUST AGAIN,

09:59AM  5    A SMALL AMOUNT FOR ANOTHER PROFESSORS BUT I CAN'T THINK OF HIM

09:59AM  6    NOW.

09:59AM  7              MR. NELSON:  NOW, IN YOUR TIME THERE, DID YOU HAVE --

09:59AM  8    I MEAN, STANFORD OBVIOUSLY SPENDS A LOT ON STARTUP.  DO YOU

10:00AM  9    HAVE OCCASION TO DO ANY WORK IN CONNECTION WITH ANY OF THOSE

10:00AM  10   SPINOUTS, MEANING, YOU KNOW, PROFESSORS LEAVING OR GRAD

10:00AM  11   STUDENTS OR SOMETHING TO GO WORK FOR STARTUPS?

10:00AM  12             PROSPECTIVE JUROR:  YEAH, THE GUYS ON OUR LEVEL WAS

10:00AM  13   YAHOO AND GOOGLE.  WE KNEW GOOGLE QUITE A BIT DID SOME WORK

10:00AM  14   BACK AND FORTH, BUT AS AN ADMINISTRATOR, I MOSTLY HANDLED

10:00AM  15   PAPERWORK.  I DO NOT KNOW THAT I WOULD REMEMBER NAMES.  I'VE

10:00AM  16   CERTAINLY HEARD OF BOTH OF THESE COMPANIES.  I KNOW PEOPLE THAT

10:00AM  17   WORK WITH, AT LEAST, THAT ONE.  AND -- CISCO.  THANK YOU.  I

10:00AM  18   DRAW BLANKS SOMETIMES WHEN I'M NERVOUS.  YEAH.  AND NEITHER PRO

10:00AM  19   NOR CON.  I'VE HEARD THE NAMES AND PEOPLE TALKING, PROBABLY

10:00AM  20   SOME PRO AND CON.  IT JUST NEVER RESONATED WITH ME, THOUGH,

10:00AM  21   BECAUSE I'M THERE TO DO THE PAPERWORK.

10:00AM  22             MR. NELSON:  THANK YOU.  AND DID YOU HAVE ANY

10:00AM  23   EXPERIENCE WITH, LIKE, ANY LICENSING WORK, SAY THAT THERE MIGHT

10:01AM  24   HAVE BEEN SOME TECHNOLOGY DEVELOPED AT STANFORD AND THEN, YOU

10:01AM  25   KNOW, THAT WAS OBVIOUSLY PERHAPS BE INVOLVED WITH THE STARTUP.

10:01AM 1          PROSPECTIVE JUROR:  YEAH, I DID BUDGETS AND THINGS

10:01AM 2    LIKE THAT AND PROPOSALS.  SO THERE MAY BE A PATENT.  WE MAY

10:01AM 3    HAVE TO HAVE SOME PAPERWORK TO SHOW THAT THIS DID THAT OR

10:01AM 4    WHATEVER TO PUT A PACKAGE TOGETHER.

10:01AM 5          BUT I WOULD NOT HAVE DONE THE PATENT WORK.  I WOULD NOT

10:01AM 6    HAVE DONE THE PAPERWORK TO GET A PATENT.  IT WOULD BE MORE LIKE

10:01AM 7    I NEED TO GO FIND THIS INFORMATION, I NEED TO CONTACT THAT

10:01AM 8    PERSON.

10:01AM 9          AND SINCE I DID A LOT OF THOSE, THAT COULD BE -- IT'S THE

10:01AM 10   SAME THING AS, THERE'S JUST THINGS YOU HAVE TO GO DOWN TO MAKE

10:01AM 11   SURE THIS IS A PROPOSAL TO GO FORTH.

10:01AM 12         THEN ONCE THE BUDGET IS BACK AND YOU'VE GOT ANYTHING, WHEN

10:01AM 13   ANYTHING IS CHARGED TO SOMETHING, YOU HAVE TO GO AGAIN AND YOU

10:01AM 14   HAVE TO MAKE SURE THIS IS PART OF A CONTRACT AND ESPECIALLY IN

10:01AM 15   CONTRACTS AND GRANTS.  BUT IT WOULD BE MORE LIKE THAT, JUST TO

10:01AM 16   SEE THAT THIS IS IN PLAY AND THAT WE DO HAVE THE PROPER

10:01AM 17   PAPERWORK.

10:02AM 18          MR. NELSON:  DID YOU DO ANY OF THAT KIND OF WORK THAT

10:02AM 19   YOU JUST DESCRIBED WITH RESPECT TO CISCO?

10:02AM 20          PROSPECTIVE JUROR:  I DON'T KNOW FOR SURE.  I THINK

10:02AM 21   SO.  I THINK ONE OF MY PROFESSORS, THE ONE I CAN'T REMEMBER AT

10:02AM 22   KSL, HAD SOMETHING TO DO WITH CISCO BEFORE I ACTUALLY KIND OF

10:02AM 23   STARTED WORKING WITH HIM.  SO THERE'S A FINE LINE IN THERE.

10:02AM 24   BUT I DON'T ACTUALLY REMEMBER, AND I DON'T HAVE ANY PROBLEM

10:02AM 25   OF -- OR REMEMBER ANYTHING HE HAD A PROBLEM WITH OR ANYTHING.

10:02AM 1      MR. NELSON:  SO BASED UPON THAT WORK, DO YOU HAVE ANY

10:02AM 2  OPINIONS ABOUT STARTUPS COMING OUT OF STANFORD OR ANYTHING LIKE

10:02AM 3  THAT?

10:02AM 4      PROSPECTIVE JUROR:  NO.

10:02AM 5      MR. NELSON:  OKAY.  I THINK THAT'S ALL FOR YOU THAT I

10:02AM 6  HAVE.  SO I APPRECIATE YOUR TIME.  THANK YOU.

10:02AM 7      AND NOW MR. CHOU.  MAYBE I'M SAYING IT WRONG.  CHOU.  OH,

10:03AM 8  OKAY.  SORRY.

10:03AM 9      HOW IS IT PRONOUNCED?

10:03AM 10      PROSPECTIVE JUROR:  CHOU OR CHOW IS OKAY.

10:03AM 11      MR. NELSON:  HOW SHOULD I --

10:03AM 12      PROSPECTIVE JUROR:  MY FIRST NAME IS ALEX.

10:03AM 13      MR. NELSON:  OKAY.  SO I SHOULD USE THAT?

10:03AM 14      PROSPECTIVE JUROR:  YEAH.

10:03AM 15      MR. NELSON:  OKAY.  MR. ALEX.  YOU MENTIONED IN YOUR

10:03AM 16  QUESTIONNAIRE THAT YOU HAVE FRIENDS AT CISCO; IS THAT RIGHT?

10:03AM 17      PROSPECTIVE JUROR:  YEAH, USED TO BE.  I'M NOT SURE

10:03AM 18  IF THEY ARE STILL AT CISCO OR NOT.

10:03AM 19      MR. NELSON:  DO YOU KNOW WHAT POSITIONS THEY HAD IN

10:03AM 20  CISCO?

10:03AM 21      PROSPECTIVE JUROR:  SOME OF THEM ARE THE DIRECTOR OR

10:03AM 22  SOME OF THEM WERE ENGINEERS.

10:03AM 23      MR. NELSON:  DO YOU KNOW WHAT KIND OF WORK THEY DID?

10:03AM 24      PROSPECTIVE JUROR:  I THINK THEY ARE DOING

10:03AM 25  TELECONFERENCING.  RIGHT NOW THAT BRANCH MAY BE CLOSED ALREADY.

10:03AM  1          MR. NELSON:  AND DO YOU STILL HAVE CLOSE CONTACT WITH

10:03AM  2   ANY OF THESE PEOPLE?

10:03AM  3          PROSPECTIVE JUROR:  NOT QUITE, YEAH.

10:04AM  4          MR. NELSON:  NOW AND THEN.  BUT YOU ARE NOT AWARE OF

10:04AM  5   WHETHER THEY STILL WORK AT CISCO?

10:04AM  6          PROSPECTIVE JUROR:  NOT QUITE SURE, NO.

10:04AM  7          MR. NELSON:  AND BASED UPON THAT, DO YOU KNOW, I

10:04AM  8   MEAN, DO YOU HAVE -- THINK IT WOULD BE AN ISSUE WITH RESPECT TO

10:04AM  9   BEING IMPARTIAL OR THIS CASE BECAUSE CISCO IS INVOLVED?

10:04AM 10          PROSPECTIVE JUROR:  MAYBE NOT.

10:04AM 11          MR. NELSON:  OKAY.  YOU SAY MAYBE NOT.  IS THAT --

10:04AM 12   WHAT DO YOU MEAN THERE?

10:04AM 13          PROSPECTIVE JUROR:  THE CASE IS INVOLVING A ROUTER,

10:04AM 14   AND I'M NOT QUITE FAMILIAR WITH THAT YET EVEN THOUGH I USE

10:04AM 15   THEM.

10:04AM 16          MR. NELSON:  OH, OKAY.  SO WHAT YOU MEAN IS YOU ARE

10:04AM 17   NOT FAMILIAR WITH THE TECHNOLOGY THEN?

10:04AM 18          PROSPECTIVE JUROR:  A LITTLE BIT.  NOT EXACTLY.

10:04AM 19          MR. NELSON:  YEAH.  BUT YOU WOULD BE OKAY --

10:04AM 20          PROSPECTIVE JUROR:  I SHOULD BE OKAY, YEAH.

10:04AM 21          MR. NELSON:  IN OTHER WORDS, BASED UPON WHAT EVIDENCE

10:04AM 22   WE GIVE YOU CONCERNING THE TECHNOLOGY.

10:04AM 23          PROSPECTIVE JUROR:  YES.

10:04AM 24          MR. NELSON:  AND DECIDING THE CASE BASED ON THAT?

10:05AM 25          PROSPECTIVE JUROR:  YES.

10:05AM 1            MR. NELSON:  OKAY.

10:05AM 2        SO YOU WORKED IN THE TECH INDUSTRY FOR A NUMBER OF YEARS;

10:05AM 3    IS THAT RIGHT?

10:05AM 4            PROSPECTIVE JUROR:  YEAH, MAYBE 20 YEARS.

10:05AM 5            MR. NELSON:  TWENTY YEARS.  DO YOU HAVE ANY

10:05AM 6    PATENTS -- OR OPINIONS ON PATENTS BASED UPON THAT?

10:05AM 7            PROSPECTIVE JUROR:  NO.

10:05AM 8            MR. NELSON:  HOW ABOUT COPYRIGHT?

10:05AM 9            PROSPECTIVE JUROR:  NO.  MOST TIMES I'M DOING THE

10:05AM 10   FLOOR DESIGN.  I'M NOT IN THE RESEARCH.  SO I'M NOT WRITING

10:05AM 11   PATENTS.

10:05AM 12           MR. NELSON:  OKAY.  SO YOU ARE DOING THE ACTUAL

10:05AM 13   APPLICATION OF THE TECHNOLOGY TO THE PRODUCTS.

10:05AM 14           PROSPECTIVE JUROR:  YEAH.  I'M DOING PRODUCT DESIGN.

10:05AM 15           MR. NELSON:  OKAY.  THANK YOU, SIR.  I APPRECIATE

10:05AM 16   THAT.

10:05AM 17       NOW NEXT I WOULD LIKE TO TALK TO MS. GREENSTEIN.

10:05AM 18           PROSPECTIVE JUROR:  YES.

10:05AM 19           MR. NELSON:  OKAY.  THANK YOU.

10:05AM 20       SO I NOTICE FROM YOUR QUESTIONNAIRE THAT YOU HAVE AT LEAST

10:05AM 21   TWO CHILDREN THAT RUN STARTUPS; IS THAT RIGHT?

10:05AM 22           PROSPECTIVE JUROR:  THREE, ACTUALLY.

10:05AM 23           MR. NELSON:  THREE.  OKAY.  THREE.

10:06AM 24       AND WHAT KIND OF BUSINESS?  ARE YOU AWARE OF?

10:06AM 25           PROSPECTIVE JUROR:  THE FIRST ONE WAS IN THE GAME

10:06AM   1   INDUSTRY, BUT HE'S NOW IN A STARTUP DEVELOPING GIFS FOR THE

10:06AM   2   COMPUTER PROGRAMS ON THE SATELLITE CAMS, AND HE'S ALSO A PATENT

10:06AM   3   ATTORNEY.

10:06AM   4           MR. NELSON:  REGISTERED PATENT ATTORNEY?

10:06AM   5           PROSPECTIVE JUROR:  REGISTERED PATENT.  HE LEFT THE

10:06AM   6   LAW TO GO TO A STARTUP, AND I DON'T THINK HE PAYS HIS DUES TO

10:06AM   7   THE BAR ASSOCIATION.

10:06AM   8      BUT, YEAH, HE'S A FULL ATTORNEY.

10:06AM   9           MR. NELSON:  SO HE'S A RECOVERED LAWYER?

10:06AM   10           PROSPECTIVE JUROR:  RECOVERED LAWYER, EXACTLY.

10:06AM   11           MR. NELSON:  AND THEN YOU SAID YOU HAD TWO MORE

10:06AM   12   CHILDREN?

10:06AM   13           PROSPECTIVE JUROR:  THE SECOND ONE IS ALSO AN

10:06AM   14   ATTORNEY.  HE LEFT GOODWIN PROCTER TO GO TO THE LEARNING CLUB

10:06AM   15   WHICH WAS KIND OF A STARTUP AND WAS FOR THE IPO THERE.  AND HE

10:06AM   16   JUST GOT BACK TO GOODWIN PROCTER TO BE AN ATTORNEY.

10:06AM   17           MR. NELSON:  SO WHAT KIND OF LAW DOES HE PRACTICE?

10:07AM   18           PROSPECTIVE JUROR:  WELL, HE'S ALSO AN ENGINEER SO

10:07AM   19   SOME PATENT.  MOSTLY HE LOVES CORPORATE LAW.  IPO, MERGERS,

10:07AM   20   ACQUISITIONS.

10:07AM   21           MR. NELSON:  NOW, DO YOU RECALL WHEN YOUR CHILDREN

10:07AM   22   WERE WORKING AT THE STARTUPS WHETHER THEY WERE INVOLVED IN ANY

10:07AM   23   LEGAL DISPUTES?

10:07AM   24           PROSPECTIVE JUROR:  NO, THEY WERE NOT INVOLVED.

10:07AM   25           MR. NELSON:  SO NO PATENT --

10:07AM   1                    PROSPECTIVE JUROR:  NO DISPUTES THAT I KNOW OF.

10:07AM   2                    MR. NELSON:  I'M SORRY.  I DIDN'T MEAN TO CUT YOU

10:07AM   3       OFF.

10:07AM   4                    PROSPECTIVE JUROR:  NONE THAT I KNOW OF.

10:07AM   5                    MR. NELSON:  OKAY.  AND NO PATENTS OR COPYRIGHT

10:07AM   6       DISPUTE?

10:07AM   7                    PROSPECTIVE JUROR:  NO.

10:07AM   8                    MR. NELSON:  NOW, BASED UPON THE EXPERIENCE --

10:07AM   9       OBVIOUSLY YOU ARE CLOSE TO YOUR CHILDREN?

10:07AM  10                    PROSPECTIVE JUROR:  VERY.

10:07AM  11                    MR. NELSON:  DO YOU HAVE ANY OPINIONS COMING IN ABOUT

10:07AM  12       PATENTS AND COPYRIGHTS, THAT KIND OF THING?

10:07AM  13                    PROSPECTIVE JUROR:  NO.  I WOULD LISTEN TO THE FACTS,

10:07AM  14       AND I KNOW WHAT A PATENT IS.  I ATTENDED THE IEEE CONFERENCES

10:07AM  15       FOR 15 YEARS, AND I ENJOY THEM A LOT.  AND COPYRIGHT IS A

10:08AM  16       LITTLE STRONGER FOR ME THAN PATENTS, BUT I WOULD LISTEN TO THE

10:08AM  17       FACTS, AND I THINK I WOULD HAVE AN INTELLIGENT OPINION.

10:08AM  18                    MR. NELSON:  OKAY.  THANK YOU VERY MUCH.  I

10:08AM  19       APPRECIATE THAT.

10:08AM  20                    THE COURT:  I THINK THAT IS TIME.  THANK YOU.

10:08AM  21                    MR. NELSON:  THANK YOU, YOUR HONOR.

10:08AM  22                    THE COURT:  ALL RIGHT.  MR. VAN NEST.

10:08AM  23                    MR. VAN NEST:  THANK YOU, YOUR HONOR.  AND GOOD

10:08AM  24       MORNING AGAIN, EVERYBODY.  I WANT TO THANK EVERYBODY FOR DOING

10:08AM  25       SUCH A GOOD JOB ON THE QUESTIONNAIRES.  AS JUDGE FREEMAN SAID,

10:08AM  1    THEY WERE REALLY, REALLY HELPFUL.

10:08AM  2         AND COULD I PASS THE MIC TO MR. HWANG, JUROR NUMBER 2.

10:08AM  3    THANK YOU, TIFFANY.

10:08AM  4         GOOD MORNING, MR. HWANG.  DO I HAVE THAT RIGHT?

10:08AM  5              PROSPECTIVE JUROR:  THAT'S CORRECT.

10:08AM  6              MR. VAN NEST:  OKAY.  TERRIFIC.

10:08AM  7         YOU MENTIONED SOME CONTACTS THAT YOU'VE HAD IN THE PAST

10:08AM  8    WITH CISCO AND OBVIOUSLY I WANT TO EXPLORE THOSE A LITTLE BIT.

10:08AM  9    YOU MENTIONED HAVING BEEN RETAINED OR ASKED TO DO A KEYNOTE

10:09AM  10   SPEECH.  HOW LONG AGO THAT WAS?

10:09AM  11             PROSPECTIVE JUROR:  I BELIEVE THAT WAS PROBABLY 2010

10:09AM  12   OR SO.

10:09AM  13             MR. VAN NEST:  OKAY.  AND FOLLOWING THAT, DID YOU

10:09AM  14   DEVELOP SOME SORT OF BUSINESS RELATIONSHIP WITH CISCO?

10:09AM  15             PROSPECTIVE JUROR:  I DID BUT REALLY ON A

10:09AM  16   PROFESSIONAL LEVEL.  THERE WAS NEVER ANY CONTRACTED

10:09AM  17   RELATIONSHIP BEYOND THAT.  I HAD DINNER WITH ONE OF THEIR

10:09AM  18   EXECUTIVES AT ONE POINT.  A COUPLE OF E-MAILS, PHONE CALLS.

10:09AM  19             MR. VAN NEST:  DO YOU KNOW WHO THAT WAS?

10:09AM  20             PROSPECTIVE JUROR:  DR. DANNY SANS.  HE WAS AN

10:09AM  21   EXECUTIVE VICE PRESIDENT CISCO.

10:09AM  22             MR. VAN NEST:  WHAT DOES HE DO?

10:09AM  23             PROSPECTIVE JUROR:  HE HEADED UP -- HE WAS ONE OF THE

10:09AM  24   GLOBAL LEADS FOR CISCO HEALTH CARE.  I BELIEVE HIS AREA OF

10:09AM  25   EXPERTISE WAS AROUND PATIENT ENGAGEMENT.  AND THEN I BELIEVE HE

10:09AM 1    LEFT THE COMPANY WHEN CISCO SHUT THAT PROGRAM I BELIEVE TWO

10:09AM 2    YEARS AGO.

10:09AM 3            MR. VAN NEST:  OKAY.  AND HOW ABOUT -- I KNOW YOU ARE

10:09AM 4    ON YOUR OWN, SELF EMPLOYED.  ARE YOU STILL LOOKING TO DEVELOP A

10:10AM 5    RELATIONSHIP WITH CISCO IN THE FUTURE?

10:10AM 6            PROSPECTIVE JUROR:  PROBABLY NOT.

10:10AM 7            MR. VAN NEST:  AND HOW ABOUT OTHER FOLKS AT CISCO, DO

10:10AM 8    YOU HAVE ANY BUSINESS RELATIONSHIPS WITH ANYONE, WITH ANYONE

10:10AM 9    ELSE NOW?

10:10AM 10           PROSPECTIVE JUROR:  NOT MYSELF.

10:10AM 11           MR. VAN NEST:  BY NOT YOURSELF, YOU MEAN --

10:10AM 12           PROSPECTIVE JUROR:  I HAVE RELATIVES LIKE MY BROTHER,

10:10AM 13   AS I MENTIONED.  MY BROTHER'S WIFE DID WORK FOR CISCO FOR QUITE

10:10AM 14   A WHILE.

10:10AM 15           MR. VAN NEST:  OKAY.  WELL, LET'S TALK ABOUT HER A

10:10AM 16   LITTLE BIT.  WHEN DID SHE LEAVE CISCO?

10:10AM 17           PROSPECTIVE JUROR:  I BELIEVE ABOUT A YEAR AND A HALF

10:10AM 18   AGO.

10:10AM 19           MR. VAN NEST:  AND HOW OFTEN DO YOU SEE HER?

10:10AM 20           PROSPECTIVE JUROR:  AT LEAST ONCE A WEEK.

10:10AM 21           MR. VAN NEST:  DO YOU TWO TALK ABOUT BUSINESS?

10:10AM 22           PROSPECTIVE JUROR:  YEAH.  BUT MAINLY REALLY JUST IN

10:10AM 23   HER ROLE AT WORK, NOT NECESSARILY ABOUT PRODUCTS OR ANYTHING

10:10AM 24   LIKE THAT.

10:10AM 25           MR. VAN NEST:  RIGHT.  HER ROLE MEANING WHAT SHE DOES

10:10AM  1    DAY TO DAY.

10:10AM  2            PROSPECTIVE JUROR:  YEAH, YEAH.  OR ISSUES AT WORK.

10:10AM  3            MR. VAN NEST:  WHEN DID SHE LEAVE THE COMPANY?

10:10AM  4            PROSPECTIVE JUROR:  A YEAR AND A HALF AGO.

10:10AM  5            MR. VAN NEST:  AND WHAT DID SHE DO WHILE SHE WAS

10:10AM  6    THERE?

10:10AM  7            PROSPECTIVE JUROR:  SHE DID PR FOR THE COMPANY AND

10:10AM  8    HELPED LAUNCH PRODUCTS.

10:11AM  9            MR. VAN NEST:  WHILE SHE WAS WORKING DID THE TWO OF

10:11AM  10   YOU GET INTO DETAILS ABOUT WHAT PRODUCTS?  WAS SHE WORKING

10:11AM  11   ROUTERS, SWITCHES?

10:11AM  12           PROSPECTIVE JUROR:  NEVER IN GREAT DETAIL.  NOTHING

10:11AM  13   THAT I RECALL.  AGAIN, I SAID IT WAS MOSTLY ABOUT PERSONAL

10:11AM  14   CHALLENGES AT WORK AND NOT NECESSARILY ABOUT THE ACTUAL

10:11AM  15   PRODUCTS.

10:11AM  16           MR. VAN NEST:  OKAY.  SO WOULD EITHER YOUR PAST

10:11AM  17   ASSOCIATIONS WITH CISCO, MR. HWANG, OR YOUR RELATIONSHIP WITH

10:11AM  18   YOUR SISTER-IN-LAW, WOULD EITHER OF THOSE GIVE YOU PAUSE IN

10:11AM  19   TERMS OF BEING ABLE TO JUDGE THE EVIDENCE IMPARTIALLY IN THIS

10:11AM  20   CASE?

10:11AM  21           PROSPECTIVE JUROR:  NO.  I THINK I CAN STILL BE

10:11AM  22   OBJECTIVE.

10:11AM  23           MR. VAN NEST:  WOULD YOU HAVE ANY DIFFICULTY

10:11AM  24   RENDERING A VERDICT AGAINST CISCO IF THAT'S WHAT THE EVIDENCE

10:11AM  25   REQUIRED IN YOUR EYES, IN LIGHT OF THE FACT THAT YOU GOT A

10:11AM 1    FAMILY MEMBER AND SOME RELATIONSHIP IN THE PAST WITH CISCO?

10:11AM 2              PROSPECTIVE JUROR:  NO, IT WOULDN'T AFFECT MY

10:11AM 3    OPINION.

10:11AM 4              MR. VAN NEST:  YOU THINK YOU COULD BE FAIR AND

10:11AM 5    IMPARTIAL?

10:11AM 6              PROSPECTIVE JUROR:  I THINK SO.

10:11AM 7              MR. VAN NEST:  DOES CISCO START OFF -- I'M GOING TO

10:12AM 8    ASK SOME QUESTIONS TO THE WHOLE GROUP, SO DON'T ANYBODY FALL

10:12AM 9    ASLEEP.

10:12AM 10       DOES CISCO START OFF A LITTLE BIT AHEAD IN THE GAME OVER

10:12AM 11   ARISTA THAT YOU DON'T HAVE ANY RELATIONSHIP WITH?

10:12AM 12             PROSPECTIVE JUROR:  IN TERMS OF MY OPINION OF THEM,

10:12AM 13   YES, ONLY BECAUSE I'M NOT FAMILIAR WITH ARISTA BEYOND ITS NAME.

10:12AM 14   I AM VERY WELL FAMILIAR WITH CISCO BECAUSE OF FAMILY MEMBERS

10:12AM 15   WORKING FOR THEM, BECAUSE OF MY OWN RELATIONSHIP WITH THEM, THE

10:12AM 16   FACT THAT I HAVE CISCO SWAG IN MY CLOSET AND THE FACT THAT I

10:12AM 17   USE THEIR PRODUCTS IN MY HOME AND AT WORK.

10:12AM 18       BUT, AGAIN, I DON'T THINK IT WOULD AFFECT MY ABILITY TO

10:12AM 19   RENDER A FAIR AND OBJECTIVE VERDICT.

10:12AM 20             MR. VAN NEST:  YOU COULD PUT THAT CISCO SWAG OUT OF

10:12AM 21   YOUR MIND IN EVALUATING OUR EVIDENCE?

10:12AM 22             PROSPECTIVE JUROR:  AS LONG AS I'M NOT WEARING THE

10:12AM 23   SHIRT IN THE COURTROOM.

10:12AM 24             MR. VAN NEST:  I WOULD APPRECIATE THAT.

10:12AM 25             PROSPECTIVE JUROR:  I BELIEVE SO.

10:12AM   1            MR. VAN NEST:  OKAY.  THANK YOU, MR. HWANG.

10:12AM   2        COULD WE PASS DOWN THE MIC TO MR. GORDON, PLEASE, NUMBER

10:12AM   3    12.  GOOD MORNING, MR. GORDON.  AGAIN, THANKS FOR TELLING US

10:13AM   4    ABOUT YOUR ROOMMATE.

10:13AM   5        SO I JUST WANT TO EXPLORE THAT A LITTLE BIT BECAUSE THIS IS

10:13AM   6    SOMEBODY THAT YOU LIVE WITH NOW.  AND SO WERE YOU TWO FRIENDS

10:13AM   7    BEFORE YOU BECAME ROOMMATES?

10:13AM   8            PROSPECTIVE JUROR:  NO.  WE MET THROUGH ONE OF MY OLD

10:13AM   9    CO-WORKERS.

10:13AM  10            MR. VAN NEST:  AND HOW LONG AGO WAS THAT?

10:13AM  11            PROSPECTIVE JUROR:  I THINK ABOUT A YEAR AGO.

10:13AM  12            MR. VAN NEST:  SO YOU HAVE BEEN ROOMMATES FOR ABOUT A

10:13AM  13    YEAR?

10:13AM  14            PROSPECTIVE JUROR:  YEAH.

10:13AM  15            MR. VAN NEST:  HAVE YOU BECOME GOOD FRIENDS?

10:13AM  16            PROSPECTIVE JUROR:  YEAH, WE ARE GOOD FRIENDS NOW.

10:13AM  17            MR. VAN NEST:  SO DO YOU TWO HANG OUT TOGETHER WHEN

10:13AM  18    YOU ARE NOT AT WORK?

10:13AM  19            PROSPECTIVE JUROR:  YEAH, WE PLAY VIDEO GAMES

10:13AM  20    TOGETHER.

10:13AM  21            MR. VAN NEST:  HOW OFTEN DO YOU TALK ABOUT WORK?

10:13AM  22            PROSPECTIVE JUROR:  NOT -- I WOULDN'T SAY FREQUENTLY.

10:13AM  23    IT'S A VERY SUPERFICIAL LEVEL WHEN WE DISCUSS WORK.  IT'S LIKE

10:14AM  24    HOW WAS YOUR DAY AT WORK, JUST KIND OF GENERAL CONVERSATION.

10:14AM  25    IT'S NOT -- WE DON'T GO INTO ANY DETAIL ABOUT -- SOMETIMES I GO

10:14AM   1    INTO DETAIL WITH HIM ABOUT WHAT I DO, BUT HE'S NEVER GONE INTO

10:14AM   2    DETAIL ABOUT HIS SPECIFIC JOB POSITION, HIS ROLE, HIS DETAILS.

10:14AM   3         MR. VAN NEST:  DO YOU KNOW WHAT HE DOES?

10:14AM   4         PROSPECTIVE JUROR:  I KNOW HE WORKS IN FINANCE, BUT

10:14AM   5    I'M NOT VERY FAMILIAR WITH WHAT WORKING IN FINANCE ACTUALLY

10:14AM   6    ENTAILS.

10:14AM   7         MR. VAN NEST:  OKAY.  DO YOU KNOW WHETHER HE'S

10:14AM   8    SUPPORTING ANY PARTICULAR BUSINESS -- YOU KNOW THIS CASE IS

10:14AM   9    ABOUT SWITCHES AND POSSIBLY ROUTERS, BUT DO YOU KNOW WHAT AREAS

10:14AM   10   OF THE COMPANY HE'S SUPPORTING IN FINANCE?

10:14AM   11        PROSPECTIVE JUROR:  NO, I DON'T.

10:14AM   12        MR. VAN NEST:  AND HOW LONG HAS HE BEEN A CISCO

10:14AM   13   EMPLOYEE?

10:14AM   14        PROSPECTIVE JUROR:  I BELIEVE HE GRADUATED FROM

10:14AM   15   BERKELEY TWO YEARS AGO AND STARTED A ROTATION PROGRAM AT CISCO,

10:14AM   16   AND HE WENT THROUGH THE FINANCE ROTATION PROGRAM FOR I THINK IT

10:14AM   17   WAS A YEAR, SPENDING EACH QUARTER IN A DIFFERENT POSITION AT

10:14AM   18   CISCO.  AND THEN CISCO MADE HIM AN OFFER SEVERAL MONTHS AGO.

10:15AM   19   SO HE'S BEEN THERE, I THINK, CLOSER TO TWO YEARS NOW.

10:15AM   20        MR. VAN NEST:  OKAY.  AND YOU HEARD JUDGE FREEMAN'S

10:15AM   21   FREQUENT ADMONITION NOT TO TALK ABOUT THE CASE, AND I THINK YOU

10:15AM   22   SAID YOU FELT YOU COULD DO THAT.

10:15AM   23        PROSPECTIVE JUROR:  YEAH.

10:15AM   24        MR. VAN NEST:  I HAVE A SLIGHTLY DIFFERENT QUESTION

10:15AM   25   THOUGH, WHICH IS, HOW DIFFICULT WOULD IT BE FOR YOU TO RENDER A

10:15AM 1    VERDICT AGAINST CISCO IF THAT'S WHAT THE EVIDENCE REQUIRED,

10:15AM 2    KNOWING THAT YOUR ROOMMATE WORKS THERE AND YOU SEE HIM NOT

10:15AM 3    EVERY NIGHT BUT OFTEN, AND YOU'RE FRIENDS?

10:15AM 4         PROSPECTIVE JUROR:  I DON'T THINK IT WOULD BE

10:15AM 5    DIFFICULT.  I THINK IF IT WAS A SMALL COMPANY WHERE I FELT IT

10:15AM 6    WOULD HAVE AN IMPACT ON HIM, THAT WOULD BE AN OBVIOUS CONFLICT

10:15AM 7    OF INTEREST.

10:15AM 8      BUT MY GENERAL FEELING IS THAT MAYBE IT'S AN UNFOUNDED

10:16AM 9    FEELING, BUT IT SEEMS LIKE I COULD BE AN OBJECTIVE OBSERVER,

10:16AM 10   NOT FEEL LIKE WHAT I DO IN THIS COURTROOM WOULD HAVE MUCH OF AN

10:16AM 11   EFFECT ON HIM.  AND THAT'S PROBABLY UNFOUNDED.  I FEEL LIKE

10:16AM 12   EITHER WAY I COULD PROBABLY RENDER AN EVIDENCE BASED SOLELY ON

10:16AM 13   OBJECTIVE FACT.  MY BACKGROUND IS AS A SCIENTIST.  AND WHEN I

10:16AM 14   MAKE DECISIONS, IT'S NOT IN LIGHT OF WHETHER I FEEL IF

10:16AM 15   SOMETHING IS GOOD OR BAD, IT'S MOSTLY JUST BASED ON WHAT THE

10:16AM 16   EVIDENCE LEADS ME TO CONCLUDE

10:16AM 17        PROSPECTIVE JUROR:  YEAH, EXACTLY.

10:16AM 18        MR. VAN NEST:  FAIR ENOUGH.  FAIR ENOUGH.  I

10:16AM 19   APPRECIATE HEARING THAT.

10:16AM 20      YOU ALSO MENTIONED IN YOUR QUESTIONNAIRE THAT AT ONE OF

10:16AM 21   YOUR PRIOR EMPLOYERS THERE HAD BEEN, I THINK, A PATENT LAWSUIT

10:16AM 22   OF SOME KIND.  AND DID YOU PLAY ANY ROLE IN THAT?

10:16AM 23        PROSPECTIVE JUROR:  NO, NOT IN THAT.  AT THAT

10:17AM 24   PREVIOUS EMPLOYER WORK THAT I DID DEFINITELY -- OR I THINK

10:17AM 25   CONTRIBUTED TO PATENTS AND INTELLECTUAL PROPERTY FOR THE

10:17AM 1      COMPANY.  BUT THE PATENT LAWSUIT WAS FOR A PRODUCT THAT WAS

10:17AM 2      BROUGHT TO MARKET BEFORE I WAS AT THE COMPANY.

10:17AM 3              MR. VAN NEST:  BEING00.  SO DID YOU PLAY ANY ROLE IN

10:17AM 4      THE LAWSUIT?

10:17AM 5              PROSPECTIVE JUROR:  NO.

10:17AM 6              MR. VAN NEST:  WERE YOU AWARE OF IT?

10:17AM 7              PROSPECTIVE JUROR:  NO.

10:17AM 8              MR. VAN NEST:  AND IT DIDN'T HAVE ANY IMPACT ON THE

10:17AM 9      WORK YOU WERE DOING?

10:17AM 10             PROSPECTIVE JUROR:  ONLY IN THE COMPANY PROBABLY

10:17AM 11     WOULDN'T HAVE EXISTED IF THEY HADN'T HAD BEEN SUCCESSFUL.

10:17AM 12             MR. VAN NEST:  I'M SORRY.  YOUR COMPANY OR THE OTHER

10:17AM 13     COMPANY?

10:17AM 14             PROSPECTIVE JUROR:  THE COMPANY THAT I WAS WORKING

10:17AM 15     FOR PROBABLY WOULD NOT HAVE CONTINUED TO BE A COMPANY FOR ME TO

10:17AM 16     WORK AT IF THEY HAD NOT BE BEEN SUCCESSFUL IN THAT LAWSUIT.

10:17AM 17             MR. VAN NEST:  OKAY.  HAS THAT LEFT YOU WITH ANY

10:17AM 18     STRONG VIEWS ONE WAY OR THE OTHER IN PATENTS OR PATENT

10:17AM 19     LITIGATION OR PATENT INFRINGEMENT, THERE IS A PATENT INVOLVED

10:18AM 20     IN THIS CASE?

10:18AM 21             PROSPECTIVE JUROR:  NO, I WOULDN'T SAY THAT

10:18AM 22     EXPERIENCE PUT ANY BIAS ON ME ONE WAY FOR HAVING FEELINGS ABOUT

10:18AM 23     PATENTS.

10:18AM 24             MR. VAN NEST:  NOW, BOTH OF THESE COMPANIES HAVE

10:18AM 25     PATENTS BUT, OF COURSE, CISCO IS THE ONE ASSERTING THE PATENT

10:18AM   1    IN THIS CASE.  WOULD THAT CAUSE YOU TO GIVE CISCO, JUST THAT

10:18AM   2    FACT STANDING ALONE THAT THEY ARE THE ONES WITH THE PATENT,

10:18AM   3    WOULD THEY START OUT AHEAD IN YOUR MIND?

10:18AM   4              PROSPECTIVE JUROR:  NO.  NOT HAVING BEEN EXPOSED TO

10:18AM   5    ANY OF THE EVIDENCE, I FEEL LIKE I'M COMING INTO IT WITHOUT ANY

10:18AM   6    PRECONCEIVED NOTIONS OF THE VALIDITY OF EITHER OF YOUR

10:18AM   7    ARGUMENTS.  SO JUST THEM STARTING WITH THE PATENT, I DON'T SEE

10:18AM   8    THAT AS HOLDING ANY WEIGHT.

10:18AM   9              MR. VAN NEST:  OKAY.  SO WE ARE ON AN EQUAL FOOTING,

10:18AM   10   CISCO AND ARISTA, UNTIL YOU HEAR THE EVIDENCE?

10:18AM   11             PROSPECTIVE JUROR:  CORRECT.

10:18AM   12             MR. VAN NEST:  THANK YOU VERY MUCH, MR. GORDON.

10:18AM   13      I WANT TO ASK MR. TAN-CHENG CHOU, MR. ALEX, A COUPLE OF

10:19AM   14   QUESTIONS IF I COULD.  I WILL COME BACK TO THE PANEL IN A

10:19AM   15   MINUTE.

10:19AM   16      THANK YOU.  MAY I CALL YOU MR. ALEX?

10:19AM   17             PROSPECTIVE JUROR:  YEAH.

10:19AM   18             MR. VAN NEST:  YOU MENTIONED FRIENDS AND YOU HAD A

10:19AM   19   LITTLE DISCUSSION WITH MR. NELSON ABOUT THAT, AND I JUST WANT

10:19AM   20   TO EXPLORE A LITTLE BIT FURTHER.

10:19AM   21      DO YOU HAVE MORE THAN ONE FRIEND THAT IS RETIRED OR WORKING

10:19AM   22   NOW AT CISCO?

10:19AM   23             PROSPECTIVE JUROR:  USED TO BE.  I'M NOT SURE IF THEY

10:19AM   24   ARE STILL WORKING.  I WORKED IN DIFFERENT AREAS.  THEY ARE

10:19AM   25   WORKING IN CISCO IN PURCHASING, NOT IN THE ENGINEERING TEAM.

10:19AM 1          MR. VAN NEST:  NOT IN ENGINEERING.  SO HE'S IN

10:19AM 2     PURCHASING.

10:19AM 3          PROSPECTIVE JUROR:  YEAH.

10:19AM 4          MR. VAN NEST:  IS HE STILL THERE?

10:19AM 5          PROSPECTIVE JUROR:  I THINK SO.

10:19AM 6          MR. VAN NEST:  HOW OFTEN DO YOU SEE HIM?

10:19AM 7          PROSPECTIVE JUROR:  PROBABLY ONCE A WEEK.

10:20AM 8          MR. VAN NEST:  DO THE TWO OF YOU TALK ABOUT BUSINESS

10:20AM 9     OR WORK?

10:20AM 10          PROSPECTIVE JUROR:  NO, NO.  NOT AT ALL.

10:20AM 11          MR. VAN NEST:  SO YOU ARE SOCIAL FRIENDS, NOT WORK

10:20AM 12    FRIENDS?

10:20AM 13          PROSPECTIVE JUROR:  NOT WORK FRIENDS.

10:20AM 14          MR. VAN NEST:  OKAY.  AND HOW ABOUT -- YOU MENTIONED

10:20AM 15    FRIENDS, PLURAL.  SO ARE THERE OTHER PEOPLE YOU KNOW THAT WORK

10:20AM 16    AT CISCO OR USED TO WORK?

10:20AM 17          PROSPECTIVE JUROR:  USED TO WORK, YEAH.  I DON'T KNOW

10:20AM 18    WHAT THEIR CURRENT STATUS IS.

10:20AM 19          MR. VAN NEST:  HOW MANY ARE THERE?

10:20AM 20          PROSPECTIVE JUROR:  ONE, TWO, THREE -- MAYBE THREE.

10:20AM 21          MR. VAN NEST:  THREE.  AND DO YOU SEE THEM ALL EVERY

10:20AM 22    WEEK LIKE THE OTHER PERSON?

10:20AM 23          PROSPECTIVE JUROR:  NO, NO.

10:20AM 24          MR. VAN NEST:  HOW OFTEN DO YOU SEE THE OTHER TWO?

10:20AM 25          PROSPECTIVE JUROR:  MAYBE -- OH, SOME OF THEM, EVERY

10:20AM  1    TWO YEARS, TWICE IN TWO YEARS.

10:20AM  2            MR. VAN NEST:  ONCE EVERY TWO YEARS.  OKAY.  IS THAT

10:20AM  3    TRUE FOR BOTH OF THEM?

10:20AM  4            PROSPECTIVE JUROR:  SOME OF THEM I DIDN'T SEE FOR

10:20AM  5    QUITE A FEW YEARS, I BELIEVE.

10:20AM  6            MR. VAN NEST:  OKAY.  SO I TAKE IT THAT THE FACT THAT

10:21AM  7    YOU HAVE FRIENDS THAT EITHER DID WORK OR IN SOME CASES DO WORK

10:21AM  8    AT CISCO, THAT'S NOT LIKELY TO AFFECT YOUR THINKING ABOUT THIS

10:21AM  9    CASE?

10:21AM  10           PROSPECTIVE JUROR:  I GUESS NOT, YEAH.

10:21AM  11           MR. VAN NEST:  YOU GUESS NOT?  ARE YOU -- ARE YOU

10:21AM  12   HESITATING A LITTLE BIT?

10:21AM  13           PROSPECTIVE JUROR:  YES.

10:21AM  14           MR. VAN NEST:  WHY?  TELL US MORE?

10:21AM  15           PROSPECTIVE JUROR:  BECAUSE I KNEW SOME OF THE

10:21AM  16   BUSINESS IN CISCO, AND I KNEW SOME --

10:21AM  17           MR. VAN NEST:  I'M SORRY.  YOU KNEW SOME OF THE

10:21AM  18   BUSINESS IN CISCO.  WHAT DID YOU MEAN BY THAT?

10:21AM  19           PROSPECTIVE JUROR:  I THINK ONE OF MY FRIENDS'S

10:21AM  20   COMPANY WAS TO BE PURCHASED BY OR ACQUIRED BY CISCO.  AND THAT

10:21AM  21   MIGHT BE INVOLVED IN THE --

10:22AM  22           MR. VAN NEST:  -- IN THE MARKET?

10:22AM  23           PROSPECTIVE JUROR:  NO.  THE PRODUCT HAS NEVER BEEN

10:22AM  24   USED.

10:22AM  25           MR. VAN NEST:  OH, THE PRODUCT HAS NEVER BEEN USED.

10:22AM 1    OKAY.

10:22AM 2            PROSPECTIVE JUROR:  THE COMPANY PURCHASED, ACQUIRED

10:22AM 3    THE PRODUCT BUT NEVER USED IT.

10:22AM 4            MR. VAN NEST:  NEVER USED IT.  OKAY.

10:22AM 5        BUT I TAKE IT TODAY YOU ARE NOT TALKING WITH ANY OF YOUR

10:22AM 6    FRIENDS A LOT ABOUT CISCO BUSINESS ONE WAY OR THE OTHER?

10:22AM 7            PROSPECTIVE JUROR:  NO.

10:22AM 8            MR. VAN NEST:  AND YOU ARE NOT SPEAKING WITH THEM

10:22AM 9    ABOUT SWITCHES OR ANY PARTICULAR PRODUCT LINES?

10:22AM 10           PROSPECTIVE JUROR:  NO.

10:22AM 11           MR. VAN NEST:  OKAY.  THANK YOU VERY MUCH, MR. ALEX.

10:22AM 12       I WOULD LIKE TO -- CAN I HAND THIS MIC, YOUR HONOR, TO

10:22AM 13   MR. WATANABE?

10:22AM 14           THE COURT:  YES.

10:22AM 15           MR. VAN NEST:  GOOD MORNING, MR. WATANABE.

10:23AM 16       YOU HAVE SOME -- YOU MENTIONED A COUPLE OF YOUR SONS ARE IN

10:23AM 17   TECHNOLOGY COMPANIES.

10:23AM 18           PROSPECTIVE JUROR:  YES.

10:23AM 19           MR. VAN NEST:  AND ONE OF THEM I THINK YOU SAID WAS

10:23AM 20   AT COVANCE.

10:23AM 21           PROSPECTIVE JUROR:  COVANCE.

10:23AM 22           MR. VAN NEST:  WHAT DOES COVANCE DO?

10:23AM 23           PROSPECTIVE JUROR:  IT'S A PHARMACEUTICAL RESEARCH

10:23AM 24   COMPANY.

10:23AM 25           MR. VAN NEST:  AND DOES HE LIVE HERE IN THE BAY AREA?

10:23AM 1                    PROSPECTIVE JUROR:  NO, HE DOESN'T.

10:23AM 2                    MR. VAN NEST:  HOW OFTEN DO YOU TALK WITH HIM ABOUT

10:23AM 3      BUSINESS, IF EVER?

10:23AM 4                    PROSPECTIVE JUROR:  NOT VERY OFTEN.

10:23AM 5                    MR. VAN NEST:  HOW LONG HAS HE BEEN THERE?

10:23AM 6                    PROSPECTIVE JUROR:  MAYBE THREE YEARS.

10:23AM 7                    MR. VAN NEST:  IS IT A BIG COMPANY OR A STARTUP OR?

10:23AM 8                    PROSPECTIVE JUROR:  IT'S A BIG COMPANY.  IT JUST GOT

10:23AM 9      BOUGHT OUT BY UNILAB SO I THINK IT'S A PRETTY BIG COMPANY.

10:23AM 10                   MR. VAN NEST:  OKAY.  AND I TAKE IT -- IS HE AN

10:23AM 11     ENGINEER OR IS HE -- WHAT'S HIS LINE OF WORK?

10:23AM 12                   PROSPECTIVE JUROR:  HE'S A SUPERVISOR IN, I THINK

10:23AM 13     DATA AND RESEARCH DEPARTMENT.

10:23AM 14                   MR. VAN NEST:  OKAY.  DOES HE HAVE ANY RESPONSIBILITY

10:23AM 15     FOR TECHNOLOGY THAT YOU KNOW OF?

10:23AM 16                   PROSPECTIVE JUROR:  NO, HE DOESN'T.

10:23AM 17                   MR. VAN NEST:  AND HE'S BEEN -- HE'S JUST STARTED

10:23AM 18     THERE AND NOW THEY HAVE BEEN ACQUIRED, I GUESS?

10:24AM 19                   PROSPECTIVE JUROR:  YEAH.

10:24AM 20                   MR. VAN NEST:  NOW, YOU HAVE ANOTHER SON AT T-MOBILE.

10:24AM 21     WHAT DOES HE DO THERE?

10:24AM 22                   PROSPECTIVE JUROR:  HE'S A SUPERVISOR FOR T-MOBILE.

10:24AM 23                   MR. VAN NEST:  DOES HE HAVE AN ENGINEERING

10:24AM 24     BACKGROUND.

10:24AM 25                   PROSPECTIVE JUROR:  NO, HE DOESN'T.

10:24AM 1          MR. VAN NEST:  WHAT LINE OF WORK IS HE IN?

10:24AM 2          PROSPECTIVE JUROR:  HE'S A RETAIL STORE MANAGER FOR

10:24AM 3    T-MOBILE.

10:24AM 4          MR. VAN NEST:  IS HE HERE IN THE BAY AREA?

10:24AM 5          PROSPECTIVE JUROR:  YES.

10:24AM 6          MR. VAN NEST:  DO THEY HAVE, AS FAR AS YOU KNOW, ANY

10:24AM 7    RELATIONSHIP WITH CISCO?

10:24AM 8          PROSPECTIVE JUROR:  NO, I'M NOT SURE.

10:24AM 9          MR. VAN NEST:  OKAY.  IS THERE -- HAS HE EVER TALKED

10:24AM 10   TO YOU ABOUT T-MOBILE AND THE CONTEXT OF CISCO OR RELATIONSHIP

10:24AM 11   WITH CISCO?

10:24AM 12         PROSPECTIVE JUROR:  NO, HE HAS NO RELATIONSHIP.

10:24AM 13         MR. VAN NEST:  AND I TAKE IT NOTHING ABOUT WHAT YOUR

10:24AM 14   KIDS DO, YOUR SONS DO WOULD HAVE ANY IMPACT ON YOUR THINKING

10:24AM 15   ABOUT THIS CASE?

10:24AM 16         PROSPECTIVE JUROR:  NO.

10:24AM 17         MR. VAN NEST:  OKAY.  WOULD YOU PASS IT DOWN TO

10:24AM 18   MR. HAMILTON.  HE'S TWO TO YOUR RIGHT -- TO YOUR LEFT.

10:25AM 19       GOOD MORNING, MR. HAMILTON.  HOW ARE YOU?

10:25AM 20         PROSPECTIVE JUROR:  GOOD.

10:25AM 21         MR. VAN NEST:  YOU ARE SELF-EMPLOYED AS A CONTRACTOR?

10:25AM 22         PROSPECTIVE JUROR:  YES.

10:25AM 23         MR. VAN NEST:  HAVE YOUR OWN BUSINESS?

10:25AM 24         PROSPECTIVE JUROR:  YES.

10:25AM 25         MR. VAN NEST:  CONGRATULATIONS.  IT SOUNDS LIKE YOU

10:25AM 1    HAVE BEEN DOING THAT A LONG TIME?

10:25AM 2              PROSPECTIVE JUROR:  YES.

10:25AM 3              MR. VAN NEST:  SO WHAT TECHNOLOGY DO YOU USE DAY TO

10:25AM 4    DAY IN YOUR BUSINESS?

10:25AM 5              PROSPECTIVE JUROR:  NONE.

10:25AM 6              MR. VAN NEST:  NONE.  OKAY.  DO YOU KNOW ANYTHING

10:25AM 7    ABOUT CISCO PRODUCTS?

10:25AM 8              PROSPECTIVE JUROR:  I KNOW I LOST MONEY ON THEM.

10:25AM 9              MR. VAN NEST:  OKAY.  IN THE STOCK MARKET?

10:25AM 10             PROSPECTIVE JUROR:  YEP.

10:25AM 11             MR. VAN NEST:  OKAY.  THAT WAS A LONG TIME AGO.

10:25AM 12             PROSPECTIVE JUROR:  A LONG TIME AGO.

10:25AM 13             MR. VAN NEST:  OKAY.  AND PROBABLY ON SOME OTHER

10:25AM 14   STOCKS TOO?

10:25AM 15             PROSPECTIVE JUROR:  YEAH.

10:25AM 16             MR. VAN NEST:  NO DOUBT.

10:25AM 17       SO HAVE YOU DONE ANY WORK AS A CONTRACTOR FOR EITHER CISCO

10:25AM 18   OR ARISTA NETWORKS?

10:25AM 19             PROSPECTIVE JUROR:  NOPE.

10:25AM 20             MR. VAN NEST:  DO YOU HAVE ANYTHING IN -- ANY IRONS

10:25AM 21   IN THE FIRE WITH EITHER COMPANY NOW?

10:25AM 22             PROSPECTIVE JUROR:  NOPE.  I'M TRYING TO RETIRE.

10:25AM 23             MR. VAN NEST:  TRYING TO RETIRE.  GOOD FOR YOU.

10:25AM 24   CONGRATULATIONS AND GOOD LUCK.

10:25AM 25       YOU MENTIONED YOUR DAUGHTER IS A STOCK ANALYST.  DOES SHE

```
10:25AM   1      ACTUALLY WORK AT LINKEDIN OR FOR A COMPANY THAT FOLLOWS

10:26AM   2      LINKEDIN?

10:26AM   3              PROSPECTIVE JUROR:  SHE WORKS AT LINKEDIN.

10:26AM   4              MR. VAN NEST:  AND WHAT AS A STOCK ANALYST DO YOU

10:26AM   5      KNOW WHAT SHE DOES THERE?

10:26AM   6              PROSPECTIVE JUROR:  SHE'S A MANAGER.

10:26AM   7              MR. VAN NEST:  SHE MANAGES OTHER ANALYSTS.

10:26AM   8              PROSPECTIVE JUROR:  YEP.

10:26AM   9              MR. VAN NEST:  DO YOU TALK WITH HER FREQUENTLY ABOUT

10:26AM  10      WHAT SHE DOES?

10:26AM  11              PROSPECTIVE JUROR:  WE TALK ONCE IN A WHILE BEING

10:26AM  12      BOUGHT OUT MY MICROSOFT.  SHE SAYS, WELL, YOU GOT A NEW JOB,

10:26AM  13      SHE SAYS, NOT YET, BUT I'M NOT WORRIED.

10:26AM  14              MR. VAN NEST:  GOOD.  GOOD FOR HER.

10:26AM  15         HOW LONG HAS SHE BEEN AT LINKEDIN.

10:26AM  16              PROSPECTIVE JUROR:  FIVE YEARS.

10:26AM  17              MR. VAN NEST:  SHE'S HAPPY THERE.

10:26AM  18              PROSPECTIVE JUROR:  OH, YEAH.  SHE LOVES THE PLACE.

10:26AM  19              MR. VAN NEST:  DO YOU KNOW WHETHER OR NOT SHE FOLLOWS

10:26AM  20      CISCO AS A COMPANY OR A STOCK?

10:26AM  21              PROSPECTIVE JUROR:  NO.  SHE'S TOO BUSY WITH HER

10:26AM  22      WORLDWIDE TRADES.

10:26AM  23              MR. VAN NEST:  OKAY.  WORLDWIDE TRADES FOR LINKEDIN.

10:26AM  24      DO YOU KNOW WHETHER OR NOT SHE OR LINKEDIN HAVE ANY

10:26AM  25      RELATIONSHIPS WITH CISCO?
```

10:26AM 1          PROSPECTIVE JUROR:  NO IDEA.

10:26AM 2          MR. VAN NEST:  THAT'S NOT SOMETHING YOU'VE EVER

10:26AM 3    TALKED ABOUT?

10:26AM 4          PROSPECTIVE JUROR:  NOPE.

10:26AM 5          MR. VAN NEST:  SO WOULD -- APPRECIATING THE FACT THAT

10:27AM 6    YOU LOST MONEY SOME YEARS AGO ON THE STOCK, DO YOU HAVE ANY

10:27AM 7    DOUBT IN YOUR MIND THAT YOU COULD BE IMPARTIAL HERE AS WE

10:27AM 8    PRESENT THE EVIDENCE?

10:27AM 9          PROSPECTIVE JUROR:  NOPE.  I'M JUST FINE THE WAY IT

10:27AM 10   IS.

10:27AM 11         MR. VAN NEST:  JUST FINE THE WAY IT IS.

10:27AM 12         PROSPECTIVE JUROR:  YEAH.

10:27AM 13         MR. VAN NEST:  WOULD IT BE DIFFICULT FOR YOU TO FIND

10:27AM 14   A VERDICT OF ZERO FOR CISCO -- THEY ARE ASKING FOR A LOT OF

10:27AM 15   MONEY -- IF THAT'S WHAT YOU FELT THE EVIDENCE REQUIRED?

10:27AM 16         PROSPECTIVE JUROR:  I DON'T KNOW.  I JUST -- IT'S

10:27AM 17   JUST ONE OF THESE THINGS THAT SOME COMPANIES GET ABUSIVE AND

10:27AM 18   SOME COMPANIES RELAXED ON WHAT THEY DO, AS FAR AS STOCKS -- NOT

10:27AM 19   STOCKS, BUT PATENTS AND COPYRIGHTS.  SO I DON'T KNOW.  I WOULD

10:27AM 20   JUST HAVE TO SEE WHAT GOES ON.

10:27AM 21         MR. VAN NEST:  WHAT DO YOU MEAN SOME COMPANIES GET

10:27AM 22   ABUSIVE AND SOME RELAX --

10:27AM 23         PROSPECTIVE JUROR:  THERE'S SOME PEOPLE WHO WILL LET

10:27AM 24   IT SLIDE A LITTLE BIT.  POSSIBLY THEY CAN TAKE ADVANTAGE OR IN

10:28AM 25   SOME WAY, BUT I DON'T KNOW.  I DON'T GET INVOLVED.

10:28AM  1          MR. VAN NEST:  OKAY.  AND JUST TO FOLLOW THAT

10:28AM  2   THOUGHT, WHEN YOU SAY LET IT SLIDE A LITTLE BIT, WHAT ARE YOU

10:28AM  3   REFERRING TO?  LET WHAT SLIDE?

10:28AM  4          PROSPECTIVE JUROR:  SOMEONE HAS A SQUARE NAIL AND

10:28AM  5   THEY WANT TO PUT IT IN A ROUND HOLE AND SOMEONE SAYS, WELL, IF

10:28AM  6   WE ROUND THE CORNERS OFF IT WILL FIT IN A ROUND HOLE SO WE WILL

10:28AM  7   JUST LET IT GO.

10:28AM  8          MR. VAN NEST:  OKAY.  AND PERTAINING THAT TO OUR

10:28AM  9   CASE, DOES THAT, DOES THAT GIVE YOU CONCERN ABOUT YOUR ABILITY

10:28AM  10  TO JUDGE THE CASE BASED ON THE MERITS OF THE EVIDENCE AS

10:28AM  11  OPPOSED TO WHO THE PARTIES ARE AND WHO IS ASKING FOR WHAT?

10:28AM  12         PROSPECTIVE JUROR:  IT'S EITHER ONE.  WHOEVER WANTS

10:28AM  13  WHAT.  I DON'T -- I DON'T KNOW.  I DON'T KNOW ANYTHING ABOUT

10:28AM  14  IT, SO I DON'T KNOW.

10:28AM  15         MR. VAN NEST:  OKAY.  SO YOU ARE COMING INTO IT --

10:28AM  16         PROSPECTIVE JUROR:  I'M BLIND.

10:28AM  17         MR. VAN NEST:  YOU ARE BLIND ON IT.  TO PUT IT

10:28AM  18  ANOTHER WAY, YOU ARE COMING INTO IT WITH AN OPEN MIND?

10:29AM  19         PROSPECTIVE JUROR:  YEP.

10:29AM  20         MR. VAN NEST:  NO PRECONCEPTIONS EITHER WAY.

10:29AM  21         PROSPECTIVE JUROR:  NO.

10:29AM  22         MR. VAN NEST:  OKAY.  THANK YOU.  THANKS,

10:29AM  23  MR. HAMILTON.

10:29AM  24     MS. KOSAI?

10:29AM  25         PROSPECTIVE JUROR:  YES.

10:29AM  1          MR. VAN NEST:  GOOD MORNING.  HOW ARE YOU?

10:29AM  2          PROSPECTIVE JUROR:  GOOD MORNING.  FINE.

10:29AM  3          MR. VAN NEST:  YOU ARE RETIRED?

10:29AM  4          PROSPECTIVE JUROR:  YES, I AM.

10:29AM  5          MR. VAN NEST:  CONGRATULATIONS.

10:29AM  6          PROSPECTIVE JUROR:  THANK YOU.

10:29AM  7          MR. VAN NEST:  NOW, YOU NOTED THAT YOUR HUSBAND

10:29AM  8  WORKED FOR SOME YEARS AT IBM?

10:29AM  9          PROSPECTIVE JUROR:  YES.

10:29AM  10         MR. VAN NEST:  IS HE RETIRED ALSO NOW?

10:29AM  11         PROSPECTIVE JUROR:  YES.

10:29AM  12         MR. VAN NEST:  WHAT DID HE DO FOR IBM?

10:29AM  13         PROSPECTIVE JUROR:  HE WAS A TECH ENGINEER, WENT

10:29AM  14  AROUND FIXING COMPUTERS.

10:29AM  15         MR. VAN NEST:  OKAY.

10:29AM  16         PROSPECTIVE JUROR:  AND SYSTEMS.

10:29AM  17         MR. VAN NEST:  AND HE HAD A LONG CAREER AT IBM?

10:29AM  18         PROSPECTIVE JUROR:  YES.

10:29AM  19         MR. VAN NEST:  WAS HE TRAINED AS AN ENGINEER?

10:29AM  20         THE WITNESS:  NO.

10:30AM  21         MR. VAN NEST:  HOW WAS HE ABLE TO FIX COMPUTERS?

10:30AM  22         PROSPECTIVE JUROR:  WELL, YEAH, I GUESS HE WAS

10:30AM  23  TRAINED.  HE WENT TO A COMPUTER SCHOOL WHEN HE GOT OUT OF THE

10:30AM  24  NAVY.

10:30AM  25         MR. VAN NEST:  OKAY.  SO THAT WAS A COMPUTER TRAINING

10:30AM   1    SCHOOL.

10:30AM   2             PROSPECTIVE JUROR:  RIGHT.

10:30AM   3             MR. VAN NEST:  IS HE TECHNICALLY AN ELECTRICAL

10:30AM   4    ENGINEER OR MECHANICAL ENGINEER?

10:30AM   5             PROSPECTIVE JUROR:  YOU KNOW, I REALLY DON'T KNOW

10:30AM   6    EXACTLY -- THAT'S TERRIBLE TO SAY.

10:30AM   7             MR. VAN NEST:  NO, IT'S NOT.  WE ARE NOT GOING TO

10:30AM   8    TELL HIM ANYTHING THAT HAPPENED.  TRUST US.  WE WILL KEEP THAT

10:30AM   9    TO OURSELVES.

10:30AM  10        DO YOU KNOW -- DID HE DO ANY WORK FOR IBM WITH CISCO?

10:30AM  11             PROSPECTIVE JUROR:  HE BOUGHT CISCO SYSTEMS'S

10:30AM  12    EQUIPMENT.

10:30AM  13             MR. VAN NEST:  OKAY.  AND WHAT DO YOU KNOW ABOUT

10:30AM  14    THAT?

10:30AM  15             PROSPECTIVE JUROR:  NOT A WHOLE LOT OTHER THAN I SEE

10:30AM  16    THE BOXES IN MY GARAGE STILL.

10:30AM  17             MR. VAN NEST:  OKAY.  HE NEEDS TO CLEAN THOSE OUT.

10:30AM  18    THAT, WE WILL TELL HIM.

10:30AM  19             PROSPECTIVE JUROR:  THAT HE NEEDS TO DO.

10:30AM  20             MR. VAN NEST:  SO WAS THAT SOMETHING HE DID AS PART

10:30AM  21    OF HIS JOB AT IBM OR WAS THAT SOMETHING HE DID TO BUY ROUTERS

10:31AM  22    FOR THE HOUSE?

10:31AM  23             PROSPECTIVE JUROR:  HE DID IT FOR IBM.

10:31AM  24             MR. VAN NEST:  AND WHAT REALM DID HE HAVE WITH CISCO

10:31AM  25    AS AN IBM EMPLOYEE?  WAS HE INSTALLING THEIR EQUIPMENT?

10:31AM 1          PROSPECTIVE JUROR:  YOU KNOW, I'M NOT REALLY TOO SURE

10:31AM 2    ON THAT.  I KNOW HE WOULD USE THEIR EQUIPMENT.

10:31AM 3          MR. VAN NEST:  OKAY.

10:31AM 4          PROSPECTIVE JUROR:  OCCASIONALLY LIKE HE DID AT OTHER

10:31AM 5    COMPANIES.

10:31AM 6          MR. VAN NEST:  ALL RIGHT.

10:31AM 7       WAS HE EVER -- DID HE VISIT WITH THE FOLKS AT CISCO?

10:31AM 8          PROSPECTIVE JUROR:  PROBABLY.

10:31AM 9          MR. VAN NEST:  DID YOU OR HE HAVE ANY SOCIAL

10:31AM 10   RELATIONSHIPS WITH FOLKS AT CISCO?

10:31AM 11         PROSPECTIVE JUROR:  NO.

10:31AM 12         MR. VAN NEST:  DID YOU KNOW, DID HE HAVE A STRONG

10:31AM 13   OPINION ABOUT CISCO PRODUCTS ONE WAY OR THE OTHER THAT HE

10:31AM 14   SHARED WITH YOU?

10:31AM 15         PROSPECTIVE JUROR:  NO, NOT REALLY.  HE'S A VERY

10:31AM 16   QUIET MAN.

10:31AM 17         MR. VAN NEST:  OKAY.  YOU SAY NOT REALLY.  IS THERE

10:31AM 18   ANYTHING IN THE BACK OF YOUR MIND THAT HE TOLD YOU ABOUT CISCO

10:31AM 19   THAT YOU'VE RECALLED AFTER THIS TIME?

10:32AM 20         PROSPECTIVE JUROR:  NO.

10:32AM 21         MR. VAN NEST:  ONE WAY OR THE OTHER?

10:32AM 22      NOW, YOU MENTIONED YOUR SON IS AN ENGINEERING TECHNICIAN.

10:32AM 23   WHAT IS HE DOING?

10:32AM 24         PROSPECTIVE JUROR:  I REALLY DON'T KNOW WHAT HE DOES.

10:32AM 25   I KNOW HE INSPECTS WHEN THEY ARE BUILDING, AND HE SOMETIMES

10:32AM  1    GETS UNDERGROUND TO MAKE SURE THAT THE FOUNDATIONS ARE ALL --

10:32AM  2               MR. VAN NEST:  OKAY.  DO YOU KNOW WHERE HE WORKS?

10:32AM  3               PROSPECTIVE JUROR:  NO.

10:32AM  4               MR. VAN NEST:  IS IT A GOVERNMENT LIKE THE CITY OR

10:32AM  5    THE COUNTY OR IT'S A PRIVATE COMPANY?

10:32AM  6               PROSPECTIVE JUROR:  IT'S A SMALL PRIVATE COMPANY.  IN

10:32AM  7    SUNNYVALE.

10:32AM  8               MR. VAN NEST:  ALL RIGHT.  IS HE TRAINED IN

10:32AM  9    ENGINEERING?

10:32AM  10              PROSPECTIVE JUROR:  NO.  YOU KNOW, I DON'T EVEN KNOW

10:32AM  11   WHAT MY KIDS DO.

10:32AM  12              MR. VAN NEST:  OKAY.  FAIR ENOUGH.  FAIR ENOUGH.

10:32AM  13   WELL, I'M JUST FOLLOWING UP A LITTLE BIT.

10:32AM  14      BUT I TAKE IT HE HASN'T DISCUSSED WITH YOU ANY RELATIONSHIP

10:32AM  15   THAT HE MIGHT HAVE WITH CISCO?

10:32AM  16              PROSPECTIVE JUROR:  NO.

10:32AM  17              MR. VAN NEST:  ONE WAY OR THE OTHER.

10:33AM  18      YOUR HONOR, HOW MUCH TIME DO I HAVE LEFT?

10:33AM  19              THE COURT:  YOU HAVE ABOUT SEVEN OR EIGHT MINUTES.

10:33AM  20              MR. VAN NEST:  SEVEN OR EIGHT MINUTES, OKAY.

10:33AM  21      LET'S GO ON HERE TO MR. LANDEROS.  DO I HAVE THAT RIGHT?

10:33AM  22              PROSPECTIVE JUROR:  YES.

10:33AM  23              MR. VAN NEST:  THANK YOU.

10:33AM  24      YOU MENTIONED THAT YOU HAD SOME TECH CLASSES.  YOU HAD A

10:33AM  25   LONG LIST OF STUFF TO CHECK.

10:33AM 1          PROSPECTIVE JUROR:  JUST GENERAL EDUCATION.  NOTHING

10:33AM 2    ADVANCED.

10:33AM 3          MR. VAN NEST:  OKAY.  SO DO YOU REMEMBER, THESE WERE

10:33AM 4    GENERAL TECHNOLOGY CLASSES RATHER THAN ANYTHING SPECIFIC?

10:33AM 5          PROSPECTIVE JUROR:  YES.

10:33AM 6          MR. VAN NEST:  DO YOU REMEMBER WHAT AREAS OF

10:33AM 7    TECHNOLOGY WERE INVOLVED?

10:33AM 8          PROSPECTIVE JUROR:  I CAN'T RECALL.

10:33AM 9          MR. VAN NEST:  OKAY.  HOW LONG AGO THAT WAS?

10:33AM 10         PROSPECTIVE JUROR:  TEN YEARS AGO.

10:33AM 11         MR. VAN NEST:  OKAY.  ALL RIGHT.  THEY -- ETHERNET

10:33AM 12   SWITCHES, ETHERNET ROUTING, WERE THOSE INVOLVED IN ANY OF THE

10:33AM 13   TRAINING?

10:33AM 14         PROSPECTIVE JUROR:  NO.

10:33AM 15         MR. VAN NEST:  AND I KNOW YOU WORK FOR THE CITY.

10:33AM 16   WHAT TECHNOLOGY DO YOU USE IN YOUR JOB TODAY?

10:34AM 17         PROSPECTIVE JUROR:  WE USE ADOBE, ADOBE.  AS FAR AS

10:34AM 18   THE SPECIFIC TECHNOLOGY, I'M NOT SURE.  I MAINLY JUST SUPERVISE

10:34AM 19   THE IMAGING CENTER.  WHEN WE GET PLANS FOR THE CONSTRUCTION

10:34AM 20   SITES, WE GET THEM THROUGH OUR SYSTEM.

10:34AM 21         MR. VAN NEST:  DOES THAT INVOLVE NETWORKING EQUIPMENT

10:34AM 22   THAT YOU HAVE ANY RESPONSIBILITY FOR?

10:34AM 23         PROSPECTIVE JUROR:  I'M NOT REALLY TOO INVOLVED IN

10:34AM 24   ANY OF THE TECHNOLOGY THAT WE USE.

10:34AM 25         MR. VAN NEST:  SO HOW MANY PEOPLE ARE YOU SUPERVISING

10:34AM 1    IN THE IMAGING DEPARTMENT?

10:34AM 2            PROSPECTIVE JUROR:  FOUR OR FIVE.

10:34AM 3            MR. VAN NEST:  ARE ANY OF THOSE FOLKS RESPONSIBLE FOR

10:34AM 4    NETWORK, I.T., ANYTHING LIKE THAT.

10:34AM 5            PROSPECTIVE JUROR:  NO.

10:34AM 6            MR. VAN NEST:  DO YOU HAVE ANY CISCO PRODUCTS AT YOUR

10:34AM 7    WORK?

10:34AM 8            PROSPECTIVE JUROR:  NOT THAT I CAN THINK OF.

10:34AM 9            MR. VAN NEST:  HOW ABOUT ARISTA, DO YOU HAVE ANY

10:34AM 10   ARISTA SWITCHES NETWORK IN THE CITY?

10:35AM 11           PROSPECTIVE JUROR:  I DON'T THINK SO.

10:35AM 12           MR. VAN NEST:  AND I TAKE IT THAT YOU ARE SUPERVISING

10:35AM 13   FOLKS, THERE'S AN I.T. DEPARTMENT SEPARATE FROM YOURS THAT

10:35AM 14   HANDLES I.T.?

10:35AM 15           PROSPECTIVE JUROR:  CORRECT.

10:35AM 16           MR. VAN NEST:  DO YOU TALK WITH THEM ON A REGULAR

10:35AM 17   BASIS?

10:35AM 18           PROSPECTIVE JUROR:  YEAH, JUST ON THE GENERAL

10:35AM 19   PROBLEMS WEER HAVING BUT NEVER ON THE LEVEL OF WHAT PRODUCTS WE

10:35AM 20   ARE USING OR WHAT TYPE OF TECHNOLOGY.

10:35AM 21           MR. VAN NEST:  SO NO DISCUSSION ABOUT SPECIFIC

10:35AM 22   COMPANIES GENERALLY?  IT'S JUST, HEY, WE ARE HAVING A PROBLEM,

10:35AM 23   WE NEED SOME HELP?  AND THEN YOU WAIT AND YOU WAIT AND YOU WAIT

10:35AM 24   AND THEN THE HELP FINALLY COMES, SOMETHING LIKE THAT?

10:35AM 25           PROSPECTIVE JUROR:  YES.

10:35AM 1        MR. VAN NEST:  I THINK WE ARE ALL IN THE SAME BOAT.

10:35AM 2      DO YOU HAVE ANY FRIENDS?  CISCO IS OBVIOUSLY A BIG EMPLOYER

10:35AM 3   HERE IN SAN JOSE.  DO YOU HAVE ANY FRIENDS THAT WORK AT CISCO

10:35AM 4   OR FAMILY MEMBERS, ANYTHING LIKE THAT?

10:35AM 5        PROSPECTIVE JUROR:  NO.

10:35AM 6        MR. VAN NEST:  OKAY.  GREAT.  THANK YOU,

10:35AM 7   MR. LANDEROS, I APPRECIATE THAT.

10:35AM 8      SO I WANT TO ASK SOME GENERAL QUESTIONS JUST IN THE VERY

10:35AM 9   FEW MINUTES THAT I'VE GOT.  AND I KNOW YOU ALL FILLED OUT

10:35AM 10  QUESTIONNAIRES, SO WE APPRECIATE THAT.  AND I DON'T WANT TO

10:36AM 11  REPEAT ANY, BUT THERE'S JUST A COUPLE OF AREAS THAT I WANT TO

10:36AM 12  MAKE SURE THAT WE'VE COVERED.

10:36AM 13     AND ONE I ASKED, AND THAT IS, THIS IS A COPYRIGHT CASE AND

10:36AM 14  CISCO IS THE ONE THAT HOLDS THE COPYRIGHTS THAT ARE BEING

10:36AM 15  ASSERTED.

10:36AM 16     DOES ANYBODY FEEL THAT CISCO HAS AN ADVANTAGE COMING IN

10:36AM 17  JUST BECAUSE THEY HOLD THE COPYRIGHTS AND THEY ARE THE ONES

10:36AM 18  ASSERTING THE COPYRIGHT?

10:36AM 19     DOES ANYBODY FEEL THAT THAT GIVES THEM AN ADVANTAGE?  THEY

10:36AM 20  ARE ON SOMETHING OTHER THAN A LEVEL PLAYING FIELD RIGHT AT THE

10:36AM 21  START?  DON'T BE SHY.  OKAY.  GREAT.

10:36AM 22        THE COURT:  WE DO HAVE A HAND UP.  MR. WATANABE.

10:36AM 23        MR. VAN NEST:  MR. LANDEROS, COULD YOU PASS HIM THE

10:36AM 24  MIC.

10:36AM 25     MR. WATANABE, TELL ME WHAT ARE YOU THINKING?

10:36AM 1           PROSPECTIVE JUROR:  WELL, IT'S NOT THAT I -- JUST

10:36AM 2  THEM HAVE AN ADVANTAGE.  I THINK THEM BEING A LARGE COMPANY HAS

10:37AM 3  AN ADVANTAGE BECAUSE I OWN STOCK AND IT DEALS IN SECURITY AND

10:37AM 4  SAFEGUARD PROTECTION.  AND THEY OWN PATENT LICENSING AND SO FOR

10:37AM 5  THE LAST FOUR YEARS I FOLLOW THE STOCK, AND I SEE ALL THE BIG

10:37AM 6  COMPANIES THAT SUE OTHER LITTLE COMPANIES.

10:37AM 7       AND YOU KNOW, EVEN CISCO, I MEAN, I DON'T WANT TO SAY IT,

10:37AM 8  BUT I KNOW THAT CISCO SIX MONTHS AGO WAS ORDERED TO PAY

10:37AM 9  MILLIONS WHEN THEY WERE GETTING SUED.  AND THEN THREE OR

10:37AM 10  FOUR YEARS AGO THEY WERE ORDERED AGAIN TO PAY MILLIONS TO

10:37AM 11  ANOTHER COMPANY THAT I WON'T EVEN MENTION IN THE SAME TYPE OF

10:37AM 12  PATENT INFRINGEMENT LAWSUIT.

10:37AM 13       SO PERSONALLY I THINK THIS JUST WAS ALL AROUND ALL THESE

10:37AM 14  COMPANIES.

10:37AM 15         MR. VAN NEST:  SO DOES THAT CAUSE YOU TO GIVE ONE OR

10:37AM 16  THE OTHER COMPANY AN ADVANTAGE?  THAT'S WHAT I'M NOT

10:37AM 17  UNDERSTANDING.

10:37AM 18         PROSPECTIVE JUROR:  YEAH, I TEND TO FAVOR -- TO BE

10:37AM 19  HONEST, I TEND TO FAVOR THE LITTLE PERSON.

10:37AM 20         MR. VAN NEST:  THE LITTLE GUY?

10:37AM 21         PROSPECTIVE JUROR:  YEAH.

10:37AM 22         MR. VAN NEST:  BUT --

10:37AM 23         PROSPECTIVE JUROR:  AND I SEE IT GOING AROUND ALL

10:38AM 24  SILICON VALLEY.  IF YOU FOLLOW CERTAIN TYPES OF STOCKS, YOU SEE

10:38AM 25  THEY ARE ALL SUING EACH OTHER.  EVERYBODY SUES EACH OTHER.

10:38AM  1          MR. VAN NEST:  OKAY.  BUT HERE BEFORE ANY EVIDENCE

10:38AM  2    HAS BEEN PRESENTED, THESE ARE BOTH SUBSTANTIAL COMPANIES.  YOU

10:38AM  3    KNOW, ONE IS BIGGER THAN THE OTHER, BUT THEY ARE BOTH DOING

10:38AM  4    PRETTY WELL.

10:38AM  5          DO YOU THINK THAT IN THIS CASE, WITHOUT HAVING HEARD ANY

10:38AM  6    EVIDENCE, YOU WOULD TEND TO FAVOR ONE OR THE OTHER WITHOUT EVEN

10:38AM  7    HEARING ANY EVIDENCE?

10:38AM  8          PROSPECTIVE JUROR:  I WOULD TEND, TO BE HONEST WITH

10:38AM  9    YOU, TEND TO FAVOR THE LITTLER GUY, JUST TO BE HONEST.  JUST

10:38AM  10   WHAT I HAVE SEEN FROM THE FACTS, CISCO INVOLVED IN OTHER

10:38AM  11   LAWSUITS BEFORE FROM DOING THE RESEARCH ON THE STOCK THAT I

10:38AM  12   OWN.

10:38AM  13         MR. VAN NEST:  THANK YOU, MR. WATANABE.  THANK YOU

10:38AM  14   FOR BEING SO CANDID TOO.

10:38AM  15         DOES ANYBODY ELSE HAVE A FEELING -- OKAY.  LET'S GET THE

10:39AM  16   MIC OVER HERE.

10:39AM  17         THE COURT:  THAT'S MS. GREENSTEIN.

10:39AM  18         PROSPECTIVE JUROR:  I THINK IF THEY OWN THE PATENT,

10:39AM  19   THEY WOULD REALLY HAVE TO SHOW WHY THEY WOULD TAKE IT.  AND IT

10:39AM  20   WOULD BE A CHALLENGE, AND I'M OPEN FOR THAT.

10:39AM  21         BUT I DO BELIEVE THAT IF THEY OWN THE PATENT, THEY HAVE

10:39AM  22   PROOF THAT THEY OWN IT, WHY WOULD THEY TAKE IT?  I WOULD HAVE

10:39AM  23   TO HEAR THE EVIDENCE.

10:39AM  24         MR. VAN NEST:  YOU WOULD HAVE TO HEAR THE EVIDENCE?

10:39AM  25         PROSPECTIVE JUROR:  I WOULD HAVE TO HEAR THE

10:39AM   1   EVIDENCE.

10:39AM   2          MR. VAN NEST:  SURE.  AND BEFORE HEARING ANY

10:39AM   3   EVIDENCE, DO YOU BELIEVE YOU COULD BE IMPARTIAL AND FAIR TO

10:39AM   4   BOTH PARTIES AND BASE YOUR RULING, YOUR DECISION, JUST ON THE

10:39AM   5   EVIDENCE?

10:39AM   6          PROSPECTIVE JUROR:  IF THEY PROVE IT AND FOLLOW THE

10:39AM   7   LAW, ABSOLUTELY.

10:39AM   8          MR. VAN NEST:  THANK YOU.

10:39AM   9       MR. ALEX?

10:39AM  10          PROSPECTIVE JUROR:  YEAH.  I THINK INFRINGEMENT IS

10:39AM  11   SOMETIMES VERY DIFFICULT TO JUSTIFY.  ESPECIALLY FOR BIG

10:39AM  12   COMPANIES, THEY OWN QUITE A FEW PATENTS.  AND THE PROBLEM IS

10:40AM  13   THE FUNCTION IS SIMILAR OR PEOPLE FROM -- OR PEOPLE THAT USED

10:40AM  14   TO WORK FOR CISCO AND COME TO OTHER COMPANIES AND THEY COPY

10:40AM  15   WHAT THEY HAD THE KNOWLEDGE OF THE TECHNOLOGY FROM CISCO AND

10:40AM  16   PUT IT INTO THE NEW COMPANY.  THAT IS THE COPIED PRODUCT.

10:40AM  17       BUT THE FUNCTION WISE IS CISCO HAS IT AND SOME COMPANIES

10:40AM  18   MAKE -- THEY DUPLICATE OR MAKE A SIMILAR PRODUCT WITH SIMILAR

10:40AM  19   FUNCTIONS.  AND IN THAT PORTION, MY PERSONAL FEELINGS IS I

10:40AM  20   DON'T FEEL THAT'S A COPYRIGHT.

10:40AM  21          MR. VAN NEST:  OKAY.  BUT, AGAIN, MR. ALEX, MY

10:40AM  22   QUESTION IS DOES EITHER SIDE START OFF WITH AN ADVANTAGE JUST

10:40AM  23   BECAUSE CISCO HAS A COPYRIGHT, OR COULD YOU JUDGE THE CASE

10:41AM  24   BASED ON THE EVIDENCE?

10:41AM  25          PROSPECTIVE JUROR:  AS I SAID, THE EVIDENCE IS, IS

10:41AM  1    VERY TECHNICAL, NOT MOST PEOPLE CAN JUSTIFY IT.  THAT'S WHAT I

10:41AM  2    THOUGHT.

10:41AM  3             MR. VAN NEST:  OKAY.  THANK YOU.  THANK YOU.  I WILL

10:41AM  4    LEAVE THE MIC THERE FOR JUST A MINUTE.

10:41AM  5        I WANT TO ASK ANOTHER SIMILAR QUESTION OF EVERYBODY.  AND

10:41AM  6    THAT IS THAT THERE'S A CLAIM IN A COPYRIGHT CASE OF COPYING,

10:41AM  7    COPYING, AND YOU WILL HEAR THAT THERE'S A -- WILL BE A

10:41AM  8    DISCUSSION ABOUT FAIR USE, WHICH IS A DEFENSE TO COPYING IN

10:41AM  9    SOME CIRCUMSTANCES.

10:41AM  10       SO MY QUESTION FOR THE GROUP IS, IS THERE ANYBODY WHERE

10:41AM  11   COPYING IS SOMETHING THAT CAN BE A HOT BUTTON?  IS THERE

10:41AM  12   ANYBODY HERE THAT WOULD, JUST BASED ON A CLAIM OF COPYING, BE

10:42AM  13   UNABLE TO APPLY THE LAW AS JUDGE FREEMAN GIVES IT AND EVALUATE

10:42AM  14   A DEFENSE LIKE FAIR USE, WHICH IS A DEFENSE TO COPYING?  IS

10:42AM  15   THERE ANYBODY SO CONCERNED ABOUT COPYING THAT THEY WOULD BE

10:42AM  16   UNABLE TO FOLLOW THE LAW WHICH MAKES FAIR USE, A DEFENSE TO

10:42AM  17   COPYING, IN SOME SITUATIONS?  I WILL ASK FOR HANDS ON THAT ONE

10:42AM  18   TOO.  ANYBODY WHO THINKS THEY WOULD HAVE TROUBLE WITH THAT?

10:42AM  19            MS. CHUANG.

10:42AM  20            PROSPECTIVE JUROR:  I THINK EVERYBODY COPIES.  IT'S

10:42AM  21   JUST HOW WELL WE COPY.  AND I WORK WITH DESIGNERS AND I

10:42AM  22   ATTENDED SOME FAMOUS SPEAKERS WHO TALK ABOUT DESIGN.  THEY TALK

10:42AM  23   ABOUT GOOD DESIGNER COPIES.  SO I THINK THE DEFINITION OF

10:42AM  24   COPYING IS -- IT'S ILL-DEFINED.

10:42AM  25            MR. VAN NEST:  BUT THAT WOULDN'T -- YOU WOULD BE ABLE

10:42AM 1     TO FOLLOW THE JUDGE'S INSTRUCTIONS, I TAKE IT?

10:42AM 2          PROSPECTIVE JUROR:  SURE, SURE.  THERE'S A LAW AND

10:42AM 3     THEN YOU UNDERSTAND BY THE LAW HOW IS IT DONE.  BUT PERSONALLY

10:42AM 4     I FEEL LIKE COPYING IS OVERRATED.

10:43AM 5          MR. VAN NEST:  OKAY.  BUT YOU WOULD BE ABLE TO SIT

10:43AM 6     AND EVALUATE THE EVIDENCE AS ITS PRESENTED AND APPLY THE LAW

10:43AM 7     THAT JUDGE FREEMAN --

10:43AM 8          PROSPECTIVE JUROR:  I DEFINITELY HAVE BIAS.  I

10:43AM 9     UNDERSTAND THE LAW, SO BIAS IS SO WHAT'S COPYING, EVERYBODY

10:43AM 10     COPIES, EVERYTHING HAS BEEN COPIED.

10:43AM 11          MR. VAN NEST:  THANK YOU.  THANK YOU.

10:43AM 12      ANYBODY ELSE?  I HAVE ANOTHER ONE.  MR. GORDON.

10:43AM 13          PROSPECTIVE JUROR:  I FEEL LIKE I WOULD BE ABLE TO

10:43AM 14     FAIRLY MAKE A DECISION BASED ON THE EVIDENCE.  I WOULD JUST SAY

10:43AM 15     THAT COMING FROM A SCIENTIFIC BACKGROUND, PLAGIARISM IS PRETTY

10:43AM 16     MUCH A CARDINAL SIN.  IN THAT RESPECT, THAT'S THE ONLY BIAS

10:43AM 17     THAT I WOULD HAVE.

10:43AM 18      BUT COMPARING FAIR USE TO COPYING, OR WHAT I WOULD CALL

10:43AM 19     PLAGIARISM, I DON'T HAVE ANY PRECONCEIVED NOTIONS OF HOW THOSE

10:43AM 20     TWO INTERPLAY.  SO I THINK I COULD DO THAT FAIRLY.

10:43AM 21          MR. VAN NEST:  THANK YOU.  THANK YOU FOR SHARING THAT

10:43AM 22     WITH US, MR. GORDON.

10:44AM 23      IS THERE ANYONE HERE THAT'S EITHER --

10:44AM 24          THE COURT:  WE ARE OUT OF TIME.

10:44AM 25          MR. VAN NEST:  WE ARE OUT OF TIME.  THANK YOU,

10:44AM 1    YOUR HONOR.  AND THANKS, EVERYBODY.

10:44AM 2          THE COURT:  ALL RIGHT.  THANK YOU, MR. VAN NEST.

10:44AM 3       ALL RIGHT.  THANK YOU ALL FOR RESPONDING TO THOSE

10:44AM 4    QUESTIONS.  I KNOW IT'S A LITTLE NERVE RACKING TO BE PUT ON THE

10:44AM 5    SPOT IN A ROOM FULL OF PEOPLE, ESPECIALLY IN A COURTROOM.  SO

10:44AM 6    THANK YOU ALL.  YOU'VE REALLY HELPED US A GREAT DEAL.

10:44AM 7       LET ME TELL YOU WHAT WE'RE GOING TO DO NEXT.  FIRST OF ALL,

10:44AM 8    YOU ARE GOING TO GET A BRING, SO I'M SURE YOU WILL LIKE THAT.

10:44AM 9    AND I'M GOING TO GIVE YOU A BREAK UNTIL TEN MINUTES PAST 11:00.

10:44AM 10   THAT WILL GIVE US ENOUGH TIME.

10:44AM 11      LET ME TELL YOU WHAT WE ARE GOING TO BE DOING.  I'M GOING

10:44AM 12   TO LEAVE THE COURTROOM WITH THE LAWYERS, AND WE ARE GOING TO

10:44AM 13   TALK ABOUT WHAT WE'VE LEARNED FROM YOU.  AND IN THAT PROCESS,

10:44AM 14   WE ARE GOING TO SELECT THE JURY.

10:44AM 15      WHEN YOU RETURN, I WILL BE EXCUSING A NUMBER OF YOU, AND

10:44AM 16   THE REMAINDER WILL BE SWORN AS JURORS, AND WE WILL GET STARTED

10:45AM 17   WITH THE TRIAL.

10:45AM 18      I'M GOING TO MAKE IT A LITTLE BIT LONGER BREAK BECAUSE I

10:45AM 19   THINK THE LAWYERS WOULD PROBABLY LIKE A BREAK AFTER WE ARE DONE

10:45AM 20   WITH OUR DISCUSSIONS AS WELL.  SO I WANT TO GIVE THEM THE TIME

10:45AM 21   TO DO THAT.

10:45AM 22      SO LET ME REMIND YOU, DON'T TALK ABOUT THE CASE TO ANYONE,

10:45AM 23   DON'T LOOK UP ANYTHING ON YOUR PHONE, OR WHATEVER ELECTRONIC

10:45AM 24   DEVICE YOU HAVE, YOU CAN'T DO ANY KIND OF RESEARCH OR

10:45AM 25   INVESTIGATION.  YOU CANNOT CHAT WITH EACH OTHER ABOUT WHAT'S

10:45AM 1    GOING ON IN THE COURTROOM, BUT FEEL FREE TO TALK AMONG

10:45AM 2    YOURSELVES IF THAT'S SOMETHING THAT WOULD BE PLEASANT TO GET TO

10:45AM 3    KNOW EACH OTHER.

10:45AM 4        AS YOU CAN SEE, THE COURTROOM HAS LOTS OF PEOPLE WHO ARE

10:45AM 5    NOT PROSPECTIVE JURORS AND THE COURTROOM IS OPEN TO THE PUBLIC,

10:45AM 6    AND WE WELCOME THE PUBLIC EVERY DAY.  BUT SOME OF THOSE PEOPLE

10:45AM 7    ARE RELATED TO THIS TRIAL.  PLEASE DON'T TALK TO ANY OF THEM.

10:45AM 8    THEY KNOW IT IS THEIR JOB NOT TO TALK TO YOU.

10:45AM 9        AND SO IF YOU APPROACH SOMEONE, EVEN WITH THE BENIGN

10:45AM 10   QUESTION OF WHAT TIME IS IT, YOU ARE GOING TO SEE THEM TURN

10:45AM 11   AROUND AND WALK AWAY FROM YOU NERVOUSLY BECAUSE I HAVE

10:45AM 12   INSTRUCTED THEM THAT THEY CANNOT HAVE ANY CONTACT WITH YOU.

10:46AM 13       SO PLEASE UNDERSTAND THEY ARE NOT BEING RUDE, THEY ARE JUST

10:46AM 14   TRYING TO PRESERVE THE APPROPRIATENESS OF THIS ENVIRONMENT SO

10:46AM 15   THAT JURORS ARE NOT -- DO NOT HAVE ANY OUTSIDE INPUT FROM

10:46AM 16   SOMEONE RELATED TO THE CASE.

10:46AM 17       SO WITH THAT I'M GOING TO LET YOU GO FOR YOUR BREAK.

10:46AM 18       AND, COUNSEL, IF YOU WOULD JOIN ME IN THE JURY ROOM.

10:46AM 19       (WHEREUPON A RECESS WAS TAKEN.)

11:20AM 20          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  ALL OF OUR

11:20AM 21   JURORS ARE HERE AND ALL COUNSEL.

11:20AM 22       LADIES AND GENTLEMEN, THANK YOU ARE FOR YOUR COURTESY.

11:21AM 23   SORRY THAT GOT TO BE A LITTLE LONG.  I DON'T ALWAYS HAVE THE

11:21AM 24   RIGHT ESTIMATE AND SOMETIMES I'M TOO AMBITIOUS.

11:21AM 25       HOWEVER, WE ARE NOW READY TO MOVE ON.  AND LET ME TELL YOU

11:21AM 1   WHAT I'M GOING TO DO.  I TOLD YOU BEFORE THAT WE WERE GOING TO

11:21AM 2   TALK ABOUT WHAT WE HEARD.

11:21AM 3       THE LAW ALLOWS ME TO DETERMINE THAT SOME OF YOU SHOULD BE

11:21AM 4   EXCUSED BASED UPON THE CONTENT OF YOUR ANSWERS.  THERE ARE NO

11:21AM 5   WRONG ANSWERS IN GIVING RESPONSES.  BUT I HAVE TO DETERMINE IF

11:21AM 6   YOU -- IF I THINK YOU CAN BE FAIR AND OPEN MINDED IN THIS CASE.

11:21AM 7       IN ADDITION TO THAT, EACH SIDE IS ALLOWED TO EXCUSE UP TO

11:21AM 8   THREE JURORS FOR NO REASON GIVEN.  IT'S CALLED A PEREMPTORY

11:21AM 9   CHALLENGE.  AND THE ATTORNEYS HERE, AS IN EVERY CASE I'VE EVER

11:21AM 10  PRESIDED OVER, HAVE DONE THAT.

11:21AM 11      NOW I'M NOT GOING TO TELL YOU WHICH ONE OF YOU WERE

11:21AM 12  PEREMPTORY CHALLENGES AND WHICH ONE WERE CAUSE, I DON'T WANT

11:21AM 13  YOU TO FEEL LIKE YOU GAVE A BAD ANSWER OR WRONG ANSWER, AND I

11:21AM 14  WILL CONFIRM IN THE RECORD AFTERWARDS EXACTLY HOW THAT WENT

11:22AM 15  DOWN.

11:22AM 16      BUT I AM GOING TO EXCUSE THE FOLLOWING JURORS, AND THEN WE

11:22AM 17  WILL MOVE FORWARD FROM THERE, AND THESE ARE IN NO -- THEY ARE

11:22AM 18  GENERALLY IN THE ORDER YOU ARE SITTING BUT NOT ENTIRELY.

11:22AM 19      SO I WOULD LIKE THAT THANK -- AND YOU CERTAINLY MAY LEAVE.

11:22AM 20  I WOULD LIKE TO THANK ERICA CHUANG.  THANK YOU FOR YOUR

11:22AM 21  SERVICE.

11:22AM 22      GLEN WATANABE, THANK YOU NEAR YOUR SERVICE.

11:22AM 23      GARY FRY.  MR. FRY, THANK YOU FOR YOUR JURY SERVICE.

11:22AM 24      MR. GRIER-RODDY, THANK YOU FOR YOUR JURY SERVICE.

11:22AM 25      MR. BHAKTA, THANK YOU FOR YOUR JURY SERVICE.  YOU ARE FREE

11:22AM   1    TO GO.

11:22AM   2        LET'S SEE, ALEX CHOU, THANK YOU FOR YOUR JURY SERVICE.

11:22AM   3        I WOULD LIKE TO THANK LAURA MURPHY.  THANK YOU FOR YOUR

11:22AM   4    JURY SERVICE.

11:22AM   5        ELIZABETH NEELY.  THANK YOU FOR YOUR JURY SERVICE

11:22AM   6        LAURA GREENSTEIN, THANK YOU FOR YOUR JURY SERVICE.  YOU ARE

11:22AM   7    FREE TO GO.

11:22AM   8        ALL RIGHT.  AND NOW I WANT TO MAKE SURE I HAVE SEVEN PEOPLE

11:23AM   9    SITTING HERE.  AND YOU KNOW I'M LOOKING FOR EIGHT.

11:23AM  10        AND I WOULD LIKE MR. GONDA, ROBERT GONDA.  WHERE ARE YOU?

11:23AM  11    SIR, YOU ARE GOING TO JOIN THE GROUP UP HERE.  YOU CAN SIT

11:23AM  12    ANYWHERE.  I WILL TELL YOU WHAT ORDER YOU ARE IN LATER.

11:23AM  13        AND, COUNSEL, I AM GOING TO READ THE NAMES OF THE JURORS

11:23AM  14    WHO HAVE BEEN SELECTED.  PLEASE LET ME KNOW IF THERE ARE ANY

11:23AM  15    MISTAKES THAT I HAVE MADE.  AND FOR THOSE OF YOU WHEN I CALL

11:23AM  16    YOUR NAME, WOULD YOU JUST RAISE YOUR HAND SO I CAN CONFIRM I'VE

11:23AM  17    GOT THE RIGHT PEOPLE.

11:23AM  18        JASON HWANG, MILES RUUD, JERRY HAMILTON, WONDA GROVE,

11:23AM  19    EVAN GORDON, ISABEL KOSAI, IVAN LANDEROS, AND ROBERT GONDA.

11:24AM  20        COUNSEL, IS THIS THE JURY WE HAVE SELECTED?

11:24AM  21            MR. PAK:  CORRECT YOUR HONOR.

11:24AM  22            MR. VAN NEST:  YES, YOUR HONOR.

11:24AM  23            THE COURT:  ALL RIGHT.  LET'S HAVE THE JURORS SWORN.

11:24AM  24    LADIES AND GENTLEMEN, THE LAW REQUIRES THAT EACH OF YOU TAKE AN

11:24AM  25    OATH TO SERVE ON THE JURY.  WE ARE GOING TO DO IT AS A GROUP

11:24AM 1    BUT EACH OF YOU IS REQUIRED TO AFFIRMATIVELY ACCEPT THAT OATH.

11:24AM 2    SO IF YOU WOULD PLEASE STAND.

11:24AM 3             THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

11:24AM 4             (SELECTED JURORS WERE GIVEN THE OATH.)

11:24AM 5             JURORS:  YES.

11:24AM 6             THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

11:24AM 7        COUNSEL, IS THERE ANY REASON I CANNOT EXCUSE THE REMAINDER

11:24AM 8    OF THE JURY PANEL?

11:24AM 9             MR. VAN NEST:  NO, YOUR HONOR.

11:24AM 10            MR. NELSON:  THAT'S FINE, YOUR HONOR.

11:24AM 11            THE COURT:  THANK YOU.  THANK YOU, BOTH.

11:24AM 12       ALL RIGHT.  LADIES AND GENTLEMEN, THOSE OF YOU IN THE

11:24AM 13   AUDIENCE WHO CAME HERE FOR JURY SERVICE, THANK YOU VERY MUCH.

11:24AM 14   I REALLY APPRECIATE THE TIME OUT OF YOUR BUSY SCHEDULES AND THE

11:24AM 15   ATTENTION THAT YOU PAID TO THIS CASE.

11:24AM 16       ALL CASES THAT ARE TRIED IN COURTROOMS ACROSS THE COUNTRY

11:24AM 17   ARE VERY IMPORTANT.  NOT ONLY TO THE INDIVIDUALS OR COMPANIES

11:25AM 18   THAT ARE INVOLVED IN THE CASE, BUT TO OUR ENTIRE COMMUNITY AND

11:25AM 19   TO OUR COUNTRY.

11:25AM 20       AS I DESCRIBED TO YOU, IT IS THE FOUNDATION OF OUR SYSTEM

11:25AM 21   OF JUSTICE AND YOU PARTICIPATED, AND I THANK YOU FOR THAT.

11:25AM 22       YOU ARE ALL FREE TO GO.  YOU CAN TALK ABOUT THE CASE, OR

11:25AM 23   NOT.  YOU CAN FOLLOW IT, OR NOT.  THAT IS UP TO YOU.

11:25AM 24       YOU CANNOT HAVE CONTACT WITH THE SEATED JURORS, I THINK

11:25AM 25   THAT IS OBVIOUS, BUT IF YOU KNOW ANY OF THEM, THEY WON'T BE

11:25AM  1    ABLE TO TALK ABOUT IT UNTIL THEY ARE DONE WITH THE CASE.

11:25AM  2         BUT WITH THAT, LADIES AND GENTLEMEN, ALL OF YOU ARE FREE TO

11:25AM  3    GO.  AND THANK YOU AGAIN.

11:25AM  4         ALL RIGHT.  LET ME DESCRIBE TO YOU WHAT WE ARE GOING TO DO

11:26AM  5    FOR THE REST OF THE DAY.  I TRY NOT TO LOSE ANY TIME, BECAUSE

11:26AM  6    EVERY MINUTE WE ARE IN TRIAL NOW IS THE MINUTE LESS AT THE BACK

11:26AM  7    END WHEN YOU COULD BE BACK TO YOUR NORMAL LIVES.

11:26AM  8         THE FIRST THING THAT I NEED TO DO IS TO READ TO YOU SOME OF

11:26AM  9    THE INITIAL JURY INSTRUCTIONS.  I DON'T READ THE VERY DETAILED

11:26AM 10    INSTRUCTIONS ON THE LAW THAT I WILL GIVE YOU AFTER YOU'VE HEARD

11:26AM 11    THE EVIDENCE.  I FIND THEY MAKE MORE SENSE AFTER YOU HEARD THE

11:26AM 12    FACTS AND THE EVIDENCE IN THE CASE.  BUT THESE INITIAL

11:26AM 13    INSTRUCTIONS ARE DESIGNED TO HELP YOU UNDERSTAND YOUR JOB AS

11:26AM 14    JURORS AND GIVE YOU SOME OVERVIEW OF THE ISSUES AND SOME

11:26AM 15    IMPORTANT INFORMATION ABOUT THE LAW IN THIS CASE.

11:26AM 16         WHEN I'M DONE WITH THAT, I'M GOING TO TURN TO CISCO.

11:26AM 17    MR. NELSON IS GOING TO GIVE AN OPENING STATEMENT.  AND WHEN

11:26AM 18    HE'S DONE I WILL TURN TO ARISTA, MR. VAN NEST, WILL GIVE HIS

11:26AM 19    OPENING STATEMENT.  AND WE CAN'T GET ALL OF THAT DONE BEFORE

11:26AM 20    LUNCH, NOR WILL WE.

11:26AM 21         SO I'M GOING TO GO AHEAD AND BEGIN READING.  SINCE WE HAD

11:27AM 22    SUCH A LENGTHY BREAK, I'M PROBABLY GOING TO GET STARTED ON THE

11:27AM 23    OPENING STATEMENT AND THEN TAKE A BREAK FOR LUNCH.  WE WILL

11:27AM 24    TAKE AN HOUR FOR LUNCH, AND I WILL JUST GAUGE THAT BASED ON

11:27AM 25    WHERE WE ARE IN THE PROCESS.

11:27AM 1    AND AS SOON AS THE OPENING STATEMENTS ARE DONE, WE ARE

11:27AM 2 GOING TO HAVE THE FIRST WITNESS CALLED.  SO WE REALLY ARE GOING

11:27AM 3 TO GET STARTED.

11:27AM 4    NOW, BEFORE I START READING THESE, LET ME TELL YOU, YOU

11:27AM 5 WILL HAVE NOTEBOOKS WHEN YOU COME BACK FROM LUNCH SO YOU CAN

11:27AM 6 TAKE NOTES, BUT WILL HAVE THESE WRITTEN INSTRUCTIONS IN THE

11:27AM 7 JURY ROOM AT THE END OF THE CASE.  SO THIS MAY FEEL LIKE IT

11:27AM 8 GOES BY QUICKLY, AND SOME OF YOU MAY BE NOTE TAKERS LIKE I AM,

11:27AM 9 BUT TRUST ME, YOU WILL HAVE THEM IN THE VERY FORM THAT I AM

11:27AM 10 READING FROM.

11:27AM 11    NOW THE LAW DOES REQUIRE THAT I READ THE INSTRUCTIONS TO

11:27AM 12 YOU.  IT'S NOT THE MOST INTERESTING READING AND IT'S -- BUT

11:27AM 13 IT'S VERY IMPORTANT, AND SO I ASK THAT YOU ALL LISTEN TO THE

11:27AM 14 INSTRUCTIONS AND THEN WE WILL GET STARTED.

11:27AM 15    MEMBERS OF THE JURY, YOU ARE NOW THE JURY IN THIS CASE.  IT

11:27AM 16 IS MY DUTY TO INSTRUCT YOU ON THE LAW.

11:27AM 17    AT THE END OF THE TRIAL I WILL GIVE YOU FINAL INSTRUCTIONS.

11:28AM 18 IT IS THE FINAL INSTRUCTIONS THAT WILL GOVERN YOUR DUTIES.

11:28AM 19    IT IS YOUR DUTY TO FIND THE FACTS FROM ALL THE EVIDENCE IN

11:28AM 20 THE CASE.  TO THOSE FACTS YOU WILL APPLY THE LAW AS I GIVE IT

11:28AM 21 TO YOU.  YOU MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER

11:28AM 22 YOU AGREE WITH IT OR NOT.  AND YOU MUST NOT BE INFLUENCED BY

11:28AM 23 ANY PERSONAL LIKES OR DISLIKES, OPINIONS, PREJUDICES OR

11:28AM 24 SYMPATHY.  THAT MEANS THAT YOU MUST DECIDE THE CASE SOLELY ON

11:28AM 25 THE EVIDENCE BEFORE YOU.  YOU WILL RECALL THAT YOU TOOK AN OATH

11:28AM 1    TO DO SO.

11:28AM 2        PLEASE DO NOT READ INTO THESE INSTRUCTIONS OR ANYTHING I

11:28AM 3    MAY SAY OR DO THAT I HAVE AN OPINION REGARDING THE EVIDENCE OR

11:28AM 4    WHAT YOUR VERDICT SHOULD BE.

11:28AM 5        TO HELP YOU FOLLOW THE EVIDENCE, I WILL GIVE YOU A BRIEF

11:28AM 6    SUMMARY OF THE POSITIONS OF THE PARTIES.

11:28AM 7        THE PLAINTIFF IN THIS CASE IS CISCO SYSTEMS, INC., WHICH I

11:28AM 8    WILL REFER TO AS CISCO.  AND THE DEFENDANT IS ARISTA NETWORKS,

11:28AM 9    INC., WHICH I WILL REFER TO AS ARISTA.  THIS IS A CASE

11:28AM 10   INVOLVING CLAIMS OF COPYRIGHT AND PATENT INFRINGEMENT.  CISCO

11:29AM 11   SELLS NETWORKING SWITCHES.

11:29AM 12       CISCO ASSERTS THAT ARISTA INFRINGED CISCO'S COPYRIGHTS BY

11:29AM 13   COPYING CERTAIN ELEMENTS OF CISCO'S USER INTERFACES AND COPYING

11:29AM 14   CERTAIN PORTIONS OF CISCO'S PRODUCT MANUALS.

11:29AM 15       CISCO HAS THE BURDEN OF PROVING ITS CLAIMS OF COPYRIGHT

11:29AM 16   INFRINGEMENT.  ARISTA CONTENDS THAT IT DOES NOT INFRINGE ANY OF

11:29AM 17   CISCO'S COPYRIGHTS.  ARISTA ALSO ASSERTS AS AFFIRMATIVE

11:29AM 18   DEFENSES THAT ANY USE OF THE ACCUSED ELEMENTS IS A FAIR USE

11:29AM 19   UNDER THE LAW, THAT THE ASSERTED ELEMENTS OF CISCO'S WORKS ARE

11:29AM 20   NOT PROTECTED BY COPYRIGHT BECAUSE OF THE MERGER AND

11:29AM 21   SCENES A' FAIRE DOCTRINES AND THAT CISCO HAS MISUSED ITS

11:29AM 22   COPYRIGHTS AND ABANDONED ITS COPYRIGHTS.

11:29AM 23       ARISTA HAS THE BURDEN OF PROOF ON THESE AFFIRMATIVE

11:30AM 24   DEFENSES.

11:30AM 25       CISCO ALSO ASSERTS THAT ARISTA HAS INFRINGED UNITED STATES

11:30AM 1    PATENT NUMBER 7,047,526 WHICH I AND THE PARTIES WILL REFER TO

11:30AM 2    AS THE '526 PATENT.  CISCO ALSO ASSERTS THAT ARISTA INFRINGED

11:30AM 3    THE '526 PATENT WILLFULLY.

11:30AM 4        CISCO HAS THE BURDEN OF PROVING ITS CLAIM OF PATENT

11:30AM 5    INFRINGEMENT AND ITS CLAIM OF WILLFULNESS.  ARISTA DENIES THAT

11:30AM 6    IT INFRINGED THE '526 PATENT.

11:30AM 7        TRIALS PROCEED IN THE FOLLOWING WAY.  FIRST, EACH SIDE MAY

11:30AM 8    MAKE AN OPENING STATEMENT.  AN OPENING STATEMENT IS NOT

11:30AM 9    EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND WHAT

11:30AM 10   THE PARTY EXPECTS THE EVIDENCE WILL SHOW.  A PARTY IS NOT

11:30AM 11   REQUIRED TO MAKE AN OPENING STATEMENT.

11:30AM 12       THE PLAINTIFF, CISCO, WILL THEN PRESENT EVIDENCE, AND

11:30AM 13   COUNSEL FOR THE DEFENDANT, ARISTA, MAY CROSS-EXAMINE.  THEN

11:30AM 14   ARISTA MAY PRESENT EVIDENCE, AND COUNSEL FOR CISCO MAY

11:31AM 15   CROSS-EXAMINE.

11:31AM 16       AFTERWARDS, ONE OR BOTH SIDES MAY THEN PRESENT REBUTTAL

11:31AM 17   EVIDENCE TO RESPOND TO THE OTHER PARTY.

11:31AM 18       AFTER THE EVIDENCE HAS BEEN PRESENTED, I WILL INSTRUCT YOU

11:31AM 19   ON THE LAW THAT APPLIES TO THE CASE, AND THE ATTORNEYS WILL

11:31AM 20   MAKE CLOSING ARGUMENTS.

11:31AM 21       AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE ON

11:31AM 22   YOUR VERDICT.

11:31AM 23       THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE FACTS

11:31AM 24   ARE CONSISTS OF:

11:31AM 25       THE SWORN TESTIMONY OF ANY WITNESS;

11:31AM 1          THE EXHIBITS THAT ARE ADMITTED INTO EVIDENCE;

11:31AM 2          ANY FACTS TO WHICH THE LAWYERS HAVE AGREED; AND,

11:31AM 3          ANY FACTS THAT I MAY INSTRUCT YOU TO ACCEPT AS PROOF.

11:31AM 4          CERTAIN THINGS ARE NOT EVIDENCE, AND YOU MAY NOT CONSIDER

11:31AM 5     THEM IN DECIDING WHAT THE FACTS ARE.

11:31AM 6          I WILL LIST THEM FOR YOU:

11:31AM 7          ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT EVIDENCE.  THE

11:31AM 8     LAWYERS ARE NOT WITNESSES.  WHAT THEY MAY SAY IN YOUR OPENING

11:32AM 9     STATEMENTS, CLOSING ARGUMENTS AND AT OTHER TIMES IS INTENDED TO

11:32AM 10    HELP YOU INTERPRET THE EVIDENCE.  BUT IT IS NOT EVIDENCE.

11:32AM 11         IF THE FACTS AS YOU REMEMBER THEM DIFFER FROM THE WAY THE

11:32AM 12    LAWYERS HAVE STATED THEM, YOUR MEMORY OF THEM CONTROLS.

11:32AM 13         QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT EVIDENCE.

11:32AM 14    ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN THEY

11:32AM 15    BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF EVIDENCE.

11:32AM 16    YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY THE COURT'S

11:32AM 17    RULING ON IT.

11:32AM 18         TESTIMONY OR EXHIBITS THAT ARE EXCLUDED OR STRICKEN, OR

11:32AM 19    THAT YOU ARE INSTRUCTED TO DISREGARD, ARE NOT EVIDENCE AND MUST

11:32AM 20    NOT BE CONSIDERED.  IN ADDITION, SOME EVIDENCE MAY BE RECEIVED

11:32AM 21    ONLY FOR A LIMITED PURPOSE.  WHEN I INSTRUCT YOU TO CONSIDER

11:32AM 22    CERTAIN EVIDENCE ONLY FOR A LIMITED PURPOSE, YOU MUST DO SO AND

11:32AM 23    YOU MAY NOT CONSIDER THAT EVIDENCE FOR ANY OTHER PURPOSE.

11:32AM 24         ANYTHING YOU MAY SEE OR HEAR WHEN THE COURT IS NOT IN

11:32AM 25    SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY ON

THE EVIDENCE RECEIVED AT THE TRIAL.

THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE RECEIVED INTO EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR OFFERS AN EXHIBIT INTO EVIDENCE AND A LAWYER ON THE OTHER SIDE THINKS THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT LAWYER MAY OBJECT.

IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED OR THE EXHIBIT RECEIVED.

IF I SUSTAIN THE OBJECTION, THE QUESTION CANNOT BE ANSWERED AND THE EXHIBIT CANNOT BE RECEIVED.

WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST IGNORE THE QUESTION AND MUST NOT GUESS WHAT THE ANSWER MIGHT HAVE BEEN.

SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE RECORD AND THAT YOU DISREGARD OR IGNORE THAT EVIDENCE.  THAT MEANS WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT CONSIDER THE STRICKEN EVIDENCE FOR ANY PURPOSE.

IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP IN MIND -- I'M SORRY.  PLEASE KEEP THEM TO YOURSELF UNTIL YOU GO TO THE JURY ROOM TO DECIDE THE CASE.  DO NOT LET NOTE TAKING DISTRACT YOU.

WHEN YOU LEAVE, YOUR NOTES SHOULD BE LEFT IN THE COURTROOM. NO ONE WILL READ YOUR NOTES.

WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

11:34AM 1    YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF

11:34AM 2    OTHER JURORS.

11:34AM 3         I WILL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

11:34AM 4         FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL AND DO NOT

11:34AM 5    DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

11:34AM 6    JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

11:34AM 7    CASE.

11:34AM 8         SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON THE

11:34AM 9    EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO THE

11:34AM 10   LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

11:34AM 11   INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

11:35AM 12   THE COURSE OF YOUR JURY DUTY.

11:35AM 13        THUS, UNTIL THE END OF THE CASE, OR UNLESS I TELL YOU

11:35AM 14   OTHERWISE, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT

11:35AM 15   LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE

11:35AM 16   MERITS OF THE CASE OR ANYTHING TO DO WITH IT.

11:35AM 17        THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING, BY

11:35AM 18   PHONE OR ELECTRONIC MEANS, VIA E-MAIL, TEXT MESSAGING, OR ANY

11:35AM 19   INTERNET CHAT ROOM, BLOG, WEBSITE, OR APPLICATION, INCLUDING

11:35AM 20   BUT NOT LIMITED TO, FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM,

11:35AM 21   LINKEDIN, SNAPCHAT, OR ANY OTHER FORMS OF SOCIAL MEDIA.

11:35AM 22        THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS UNTIL

11:35AM 23   I GIVE YOU THE CASE FOR DELIBERATION AND IT APPLIES TO

11:35AM 24   COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR FAMILY

11:35AM 25   MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE PEOPLE

11:35AM  1    INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND

11:35AM  2    YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR IN THE CASE

11:36AM  3    AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

11:36AM  4        BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

11:36AM  5    JURY SERVICE OR ANYTHING ABOUT THE CASE, YOU MUST RESPOND THAT

11:36AM  6    YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND REPORT THE

11:36AM  7    CONDUCT TO THE COURT.

11:36AM  8        BECAUSE YOU WILL RECEIVE ALL EVIDENCE AND LEGAL

11:36AM  9    INSTRUCTIONS YOU PROPERLY MAY CONSIDER TO REACH YOUR VERDICT,

11:36AM 10    DO NOT READ, WATCH OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

11:36AM 11    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  DO NOT DO

11:36AM 12    ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, SEARCHING THE

11:36AM 13    INTERNET OR USING ANY OTHER REFERENCE MATERIALS AND DO NOT MAKE

11:36AM 14    ANY INVESTIGATION IN ANY OTHER WAY TO TRY TO LEARN ABOUT THE

11:36AM 15    CASE ON YOUR OWN.  DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN

11:36AM 16    THIS CASE, AND DO NOT USE INTERNET PROGRAMS OR OTHER DEVICES TO

11:36AM 17    SEARCH FOR OR VIEW ANY PLACE DISCUSSED DURING THE TRIAL.

11:37AM 18        ALSO, DO NOT DO ANY RESEARCH ABOUT THE CASE, THE LAW OR THE

11:37AM 19    PEOPLE INVOLVED IN IT, INCLUDING THE PARTIES, THE WITNESSES OR

11:37AM 20    THE LAWYERS UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

11:37AM 21        IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THE CASE

11:37AM 22    IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

11:37AM 23    POSSIBLE.

11:37AM 24        THESE RULES PROTECT EACH PARTY'S RIGHTS TO HAVE THIS CASE

11:37AM 25    DECIDED ONLY ON EVIDENCE THAT HAD BEEN PRESENTED HERE IN COURT.

11:37AM 1    WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH, AND THE

11:37AM 2    ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

11:37AM 3    PROCESS.

11:37AM 4        IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE THE

11:37AM 5    COURTROOM, OR GAIN ANY INFORMATION THROUGH IMPROPER

11:37AM 6    COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

11:37AM 7    INACCURATE, INCOMPLETE OR MISLEADING INFORMATION THAT HAS NOT

11:37AM 8    BEEN TESTED BY THE TRIAL PROCESS.

11:37AM 9        EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

11:37AM 10   IMPARTIAL JURY.  AND IF YOU DECIDE THE CASE BASED ON

11:38AM 11   INFORMATION NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE

11:38AM 12   PARTIES A FAIR TRIAL.

11:38AM 13       REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES, AND

11:38AM 14   IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.

11:38AM 15       A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

11:38AM 16   FAIRNESS OF THESE PROCEEDINGS.  IF ANY JUROR IS EXPOSED TO ANY

11:38AM 17   OUTSIDE INFORMATION, PLEASE NOTIFY THE COURT IMMEDIATELY.

11:38AM 18       IF THERE IS ANY NEWS MEDIA ACCOUNT OR COMMENTARY ABOUT THE

11:38AM 19   CASE OR ANYTHING TO DO WITH IT, YOU MUST IGNORE IT.  YOU MUST

11:38AM 20   NOT READ, WATCH, OR LISTEN TO ANY NEWS MEDIA ACCOUNT OR

11:38AM 21   COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.

11:38AM 22       THE CASE MUST BE DECIDE BY YOU SOLELY AND EXCLUSIVELY ON

11:38AM 23   THE EVIDENCE THAT WILL BE RECEIVED IN THE CASE AND ON MY

11:38AM 24   INSTRUCTIONS AS TO THE LAW THAT APPLIES.

11:38AM 25       IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

11:38AM  1       NOTIFY ME IMMEDIATELY.

11:39AM  2           I URGE YOU TO PAY CLOSE ATTENTION TO THE TRIAL TESTIMONY AS

11:39AM  3       IT IS GIVEN.  DURING DELIBERATIONS, YOU WILL NOT HAVE A

11:39AM  4       TRANSCRIPT OF THE TRIAL TESTIMONY.

11:39AM  5           FROM TIME TO TIME DURING THE TRIAL, IT MAY BECOME NECESSARY

11:39AM  6       FOR ME TO TALK WITH THE ATTORNEYS OUT OF THE HEARING OF THE

11:39AM  7       JURY, EITHER BY HAVING A CONFERENCE AT THE BENCH WHEN THE JURY

11:39AM  8       IS PRESENT IN THE COURTROOM, OR BY CALLING A RECESS.

11:39AM  9           PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE ARE

11:39AM  10      WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

11:39AM  11      RELEVANT INFORMATION FROM YOU, BUT TO DECIDE HOW CERTAIN

11:39AM  12      EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

11:39AM  13      AVOID CONFUSION AND ERROR.

11:39AM  14          OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

11:39AM  15      LENGTH OF THESE CONFERENCES TO A MINIMUM, BUT I MAY NOT ALWAYS

11:39AM  16      BE ABLE TO GRANT AN ATTORNEY'S REQUEST FOR A CONFERENCE.

11:39AM  17          DO NOT CONSIDER MY GRANTING OR DENYING A REQUEST FOR A

11:39AM  18      CONFERENCE AS ANY INDICATION OF MY OPINION OF THE CASE OR WHAT

11:40AM  19      YOUR VERDICT SHOULD BE.

11:40AM  20          DURING THE TRIAL, YOU MUST KEEP IN MIND THAT COPYRIGHT

11:40AM  21      PROTECTION DOES NOT EXTEND TO ALL THE ELEMENTS OF A COPYRIGHTED

11:40AM  22      WORK.  ELEMENTS TO WHICH COPYRIGHT PROTECTION EXTENDS ARE

11:40AM  23      CALLED PROTECTED MATTER AND OTHER ELEMENTS ARE UNPROTECTED

11:40AM  24      MATTER.

11:40AM  25          UNPROTECTED MATTER IS NOT ENTITLED TO COPYRIGHT PROTECTION,

11:40AM 1    AND, THEREFORE, MAY BE COPIED BY ANOTHER AUTHOR.

11:40AM 2        IN THIS CASE, CISCO, DOES NOT ASSERT THE FOLLOWING AS

11:40AM 3    PROTECTED MATTER.

11:40AM 4        1.  SINGLE-WORD COMMANDS.

11:40AM 5        2.  ISOLATED WORDS IN CISCO'S MULTIWORD COMMAND

11:40AM 6    EXPRESSIONS.

11:40AM 7        3.  IDEAS, AS OPPOSED TO THE PARTICULAR EXPRESSION OF AN

11:40AM 8    IDEA, INCLUDING THE IDEA OF A HIERARCHY, THE IDEA OF MAKING

11:40AM 9    CERTAIN COMMANDS AVAILABLE ONLY IN CERTAIN MODES, THE IDEA OF

11:41AM 10   AN INTERACTIVE HELP SYSTEM, THE IDEA OF USING A TEXT-BASED USER

11:41AM 11   INTERFACE RATHER THAN A GRAPHICAL INTERFACE.  THE IDEA OF USING

11:41AM 12   MULTIWORD COMMANDS TO MANAGE OR CONFIGURE A DEVICE OR THE IDEA

11:41AM 13   OF HAVING A MINIMUM SYNTACTIC LENGTH.

11:41AM 14       4.  USE OF A QUESTION MARK TO CALL UP HELP DESCRIPTIONS.

11:41AM 15       5.  TAB COMPLETIONS.

11:41AM 16       6.  COMMAND PREFIXES THAT THE USER INTERFACE AUTO

11:41AM 17   COMPLETES.

11:41AM 18       7.  IDEA MODE INDICATORS AND INDIVIDUAL PROMPTS, OR

11:41AM 19       8.  THE FUNCTION OF ANY ASSERTED FEATURE AS OPPOSED TO

11:41AM 20   CISCO'S EXPRESSION OR PORTIONS OF MULTIWORD COMMAND EXPRESSIONS

11:41AM 21   THAT YOU FIND WERE DICTATED BY FUNCTIONAL DEMAND.

11:41AM 22       I WILL INSTRUCT YOU ABOUT THE TYPES OF PROTECTED AND

11:41AM 23   UNPROTECTED MATTER IN GREATER DETAIL AT THE END OF THE TRIAL.

11:42AM 24       EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

11:42AM 25   IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

11:42AM 1    WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

11:42AM 2         CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

11:42AM 3    WHICH YOU COULD FIND ANOTHER FACT.

11:42AM 4         YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE.  THE LAW MAKES

11:42AM 5    NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

11:42AM 6    OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

11:42AM 7    WEIGHT TO GIVE TO ANY EVIDENCE.

11:42AM 8         BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND SEE

11:42AM 9    THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT THAT IT

11:42AM 10   RAINED DURING THE NIGHT.  HOWEVER, OTHER EVIDENCE, SUCH AS A

11:42AM 11   TURNED ON GARDEN HOSE, MAY PROVIDE A DIFFERENT EXPLANATION FOR

11:42AM 12   THE PRESENCE OF WATER ON THE SIDEWALK.

11:42AM 13        THEREFORE, BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVED BY

11:42AM 14   CIRCUMSTANTIAL EVIDENCE, YOU MUST CONSIDER ALL THE EVIDENCE IN

11:43AM 15   LIGHT OF REASON, EXPERIENCE, AND COMMON SENSE.

11:43AM 16        THE PARTIES HAVE AGREED TO CERTAIN FACTS THAT WILL BE READ

11:43AM 17   TO YOU.  YOU MUST THEREFORE TREAT THESE FACT AS HAVING BEEN

11:43AM 18   PROVED.

11:43AM 19        IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

11:43AM 20   WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

11:43AM 21   YOU MAY BELIEVE EVERYTHING A WITNESS SAYS OR PART OF IT OR NONE

11:43AM 22   OF IT.

11:43AM 23        IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

11:43AM 24   INTO ACCOUNT THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE

11:43AM 25   OR HEAR OR KNOW THE THINGS TESTIFIED TO;

11:43AM 1    THE WITNESS'S MEMORY;

11:43AM 2    THE WITNESS'S MANNER WHILE TESTIFYING;

11:43AM 3    THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;

11:43AM 4    THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

11:43AM 5    WHETHER THE OTHER EVIDENCE CONTRADICTED THE WITNESS'S

11:43AM 6 TESTIMONY;

11:44AM 7    THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

11:44AM 8 ALL THE EVIDENCE; AND,

11:44AM 9    ANY OTHER FACTOR THAT BEARS ON BELIEVABILITY.

11:44AM 10    SOMETIMES A WITNESS MAY SAY SOMETHING THAT IS NOT

11:44AM 11 CONSISTENT WITH SOMETHING ELSE HE OR SHE SAID.  SOMETIMES

11:44AM 12 DIFFERENT WITNESSES WILL GIVE DIFFERENT VERSIONS OF WHAT

11:44AM 13 HAPPENED.  PEOPLE OFTEN FORGET THINGS OR MAKE MISTAKES IN WHAT

11:44AM 14 THEY REMEMBER.  ALSO, TWO PEOPLE MAY SEE THE SAME EVENT BUT

11:44AM 15 REMEMBER IT DIFFERENTLY.

11:44AM 16    YOU MAY CONSIDER THESE DIFFERENCES, BUT DO NOT DECIDE THE

11:44AM 17 TESTIMONY IS UNTRUE JUST BECAUSE IT DIFFERS FROM OTHER

11:44AM 18 TESTIMONY.  HOWEVER, IF YOU DECIDE THAT A WITNESS HAS

11:44AM 19 DELIBERATELY TESTIFIED UNTRUTHFULLY ABOUT SOMETHING IMPORTANT,

11:44AM 20 YOU MAY CHOOSE NOT TO BELIEVE ANYTHING THAT WITNESS SAID.

11:44AM 21    ON THE OTHER HAND, IF YOU THINK THE WITNESS TESTIFIED

11:44AM 22 UNTRUTHFULLY ABOUT SOME THINGS BUT TOLD THE TRUTH ABOUT OTHERS,

11:44AM 23 YOU MAY ACCEPT THE PART YOU THINK IS TRUE AND IGNORE THE REST.

11:45AM 24    THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

11:45AM 25 NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY.

11:45AM 1    WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES WERE AND HOW

11:45AM 2    MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

11:45AM 3         SOME WITNESSES, BECAUSE OF EDUCATION OR EXPERIENCE, ARE

11:45AM 4    PERMITTED TO STATE OPINIONS AND THE REASONS FOR THOSE OPINIONS.

11:45AM 5         SUCH OPINION TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER

11:45AM 6    TESTIMONY.  YOU MAY ACCEPT IT OR REJECT IT AND GIVE IT AS MUCH

11:45AM 7    WEIGHT AS YOU THINK IT DESERVES, CONSIDERING THE WITNESS'S

11:45AM 8    EDUCATION AND EXPERIENCE, THE REASONS GIVEN FOR THE OPINION AND

11:45AM 9    ALL OF THE OTHER EVIDENCE IN THE CASE.

11:45AM 10        A DEPOSITION IS A SWORN TESTIMONY OF A WITNESS TAKEN BEFORE

11:45AM 11   TRIAL.  THE WITNESS IS PLACED UNDER OATH TO TELL THE TRUTH AND

11:45AM 12   LAWYERS FOR EACH PARTY MAY ASK QUESTIONS.  THE QUESTIONS AND

11:45AM 13   ANSWERS ARE RECORDED.  WHEN A PERSON IS UNAVAILABLE TO TESTIFY

11:46AM 14   AT TRIAL, AND IN CERTAIN OTHER SITUATIONS, THE DEPOSITION OF

11:46AM 15   THAT PERSON MAY BE USED AT THE TRIAL.  INSOFAR AS POSSIBLE, YOU

11:46AM 16   SHOULD CONSIDER DEPOSITION TESTIMONY PRESENTED TO YOU IN COURT

11:46AM 17   IN LIEU OF LIVE TESTIMONY THE SAME WAY AS IF THE WITNESS HAD

11:46AM 18   BEEN PRESENT TO TESTIFY.

11:46AM 19        WHEN A PARTY HAS THE BURDEN OF PROOF ON ANY CLAIM OR

11:46AM 20   AFFIRMATIVE DEFENSE BY A PREPONDERANCE OF THE EVIDENCE, IT

11:46AM 21   MEANS YOU MUST BE PERSUADED BY THE EVIDENCE THAT THE CLAIM OR

11:46AM 22   AFFIRMATIVE DEFENSE IS MORE PROBABLY TRUE THAN NOT TRUE.

11:46AM 23        PREPONDERANCE OF THE EVIDENCE BASICALLY MEANS MORE LIKELY

11:46AM 24   THAN NOT.  YOU SHOULD BASE YOUR DECISION ON ALL THE EVIDENCE

11:46AM 25   REGARDLESS OF WHICH PARTY PRESENTED IT.

11:46AM   1        IN THIS CASE -- I'M SORRY.  THIS CASE ALSO INVOLVES A

11:46AM   2   DISPUTE RELATING TO A UNITED STATES PATENT.  BEFORE SUMMARIZING

11:47AM   3   THE POSITIONS OF THE PARTIES AND THE LEGAL ISSUES INVOLVED IN

11:47AM   4   THE DISPUTE, LET ME TAKE A MOMENT TO EXPLAIN WHAT A PATENT IS

11:47AM   5   AND HOW ONE IS OBTAINED.

11:47AM   6        PATENTS ARE GRANTED BY THE UNITED STATES PATENT AND

11:47AM   7   TRADEMARK OFFICE, SOMETIMES CALLED THE PTO.  THE PROCESS OF

11:47AM   8   OBTAINING A PATENT IS CALLED PATENT PROSECUTION.  A VALID

11:47AM   9   UNITED STATES PATENT GIVES THE PATENT OWNER THE RIGHT TO

11:47AM  10   PREVENT OTHERS FROM MAKING, USING, OFFERING TO SELL, OR SELLING

11:47AM  11   THE PATENTED INVENTION WITHIN THE UNITED STATES OR FROM

11:47AM  12   IMPORTING IT INTO THE UNITED STATES DURING THE TERM OF THE

11:47AM  13   PATENT WITHOUT THE PATENT HOLDER'S PERMISSION.

11:47AM  14        A VIOLATION OF A PATENT OWNER'S RIGHTS IS CALLED

11:47AM  15   INFRINGEMENT.  THE PATENT OWNER MAY TRY TO ENFORCE A PATENT

11:47AM  16   AGAINST PERSONS BELIEVED TO BE INFRINGERS BY A LAWSUIT FILED IN

11:47AM  17   FEDERAL COURT.  TO OBTAIN A PATENT, ONE MUST FILE AN

11:48AM  18   APPLICATION WITH THE PTO.

11:48AM  19        THE PTO IS AN AGENCY OF THE FEDERAL GOVERNMENT AND EMPLOYS

11:48AM  20   TRAINED EXAMINERS WHO REVIEW APPLICATIONS FOR PATENTS.  THE

11:48AM  21   APPLICATION INCLUDES WHAT IS CALLED A SPECIFICATION WHICH MUST

11:48AM  22   CONTAIN A WRITTEN DESCRIPTION OF THE CLAIMED INVENTION TELLING

11:48AM  23   WHAT THE INVENTION IS, HOW IT WORKS, HOW TO MAKE IT, AND HOW TO

11:48AM  24   USE IT, SO OTHERS SKILLED IN THE FIELD WILL KNOW HOW TO MAKE OR

11:48AM  25   USE IT.

11:48AM  1      THE SPECIFICATION CONCLUDES WITH ONE OR MORE NUMBERED

11:48AM  2  SENTENCES.  THESE ARE THE PATENT CLAIMS.  WHEN A PATENT IS

11:48AM  3  EVENTUALLY GRANTED BY THE PTO, THE CLAIMS DEFINE THE BOUNDARIES

11:48AM  4  OF ITS PROTECTION AND GIVE NOTICE TO THE PUBLIC OF THOSE

11:48AM  5  BOUNDARIES.

11:48AM  6      AFTER THE APPLICATION -- AFTER THE APPLICANT FILES THE

11:48AM  7  APPLICATION, A PTO PATENT EXAMINER REVIEWS THE PATENT

11:48AM  8  APPLICATION TO DETERMINE WHETHER THE CLAIMS ARE PATENTABLE AND

11:48AM  9  WHETHER THE SPECIFICATION ADEQUATELY DESCRIBES THE INVENTION

11:49AM 10  CLAIMED.

11:49AM 11      IN EXAMINING A PATENT APPLICATION, THE PATENT EXAMINER

11:49AM 12  REVIEWS RECORDS AVAILABLE TO THE PTO FOR WHAT IS REFERRED TO AS

11:49AM 13  PRIOR ART.  THE EXAMINER ALSO WILL REVIEW PRIOR ART IF IT IS

11:49AM 14  SUBMITTED TO THE PTO BY THE APPLICANT.

11:49AM 15      IN GENERAL, PRIOR ART INCLUDES THINGS THAT EXISTED BEFORE

11:49AM 16  THE CLAIMED INVENTION THAT WERE PUBLICLY KNOWN OR USED IN A

11:49AM 17  PUBLICLY ACCESSIBLE WAY IN THIS COUNTRY OR THAT WERE PATENTED

11:49AM 18  OR DESCRIBED IN A PUBLICATION IN ANY COUNTRY.

11:49AM 19      THE EXAMINER CONSIDERS, AMONG OTHER THINGS, WHETHER EACH

11:49AM 20  CLAIM DEFINES AN INVENTION THAT IS NEW, USEFUL, AND NOT OBVIOUS

11:49AM 21  IN VIEW OF THE PRIOR ART.

11:49AM 22      A PATENT LISTS THE PRIOR ART THAT THE EXAMINER CONSIDERED.

11:49AM 23  THIS LIST IS CALLED THE CITED REFERENCES.

11:49AM 24      AFTER THE PRIOR ART SEARCH AND EXAMINATION OF THE

11:49AM 25  APPLICATION, THE PATENT EXAMINER THEN INFORMS THE APPLICANT IN

11:50AM  1    WRITING WHAT THE EXAMINER HAS FOUND AND WHETHER ANY CLAIM IS

11:50AM  2    PATENTABLE AND THUS WILL BE ALLOWED.

11:50AM  3        THIS WRITING FROM THE PATENT EXAMINER IS CALLED AN OFFICE

11:50AM  4    ACTION.  IF THE EXAMINER REJECTS THE CLAIMS, THE APPLICANT THEN

11:50AM  5    RESPONDS AND SOMETIMES CHANGES THE CLAIMS OR SUBMITS NEW

11:50AM  6    CLAIMS.

11:50AM  7        THIS PROCESS, WHICH TAKES PLACE ONLY BETWEEN THE EXAMINER

11:50AM  8    AND THE PATENT APPLICANT, MAY GO BACK AND FORTH FOR SOME TIME

11:50AM  9    UNTIL THE EXAMINER IS SATISFIED THAT THE APPLICANT AND CLAIMS

11:50AM  10   MEET THE REQUIREMENTS FOR A PATENT.

11:50AM  11       THE PAPERS GENERATED DURING THIS TIME OF COMMUNICATING BACK

11:50AM  12   AND FORTH BETWEEN THE PATENT EXAMINER AND THE APPLICANT MAKE UP

11:50AM  13   WHAT IS CALLED THE PROSECUTION HISTORY.  ALL OF THIS MATERIAL

11:50AM  14   BECOMES AVAILABLE TO THE PUBLIC NO LATER THAN THE DATE WHEN THE

11:50AM  15   PATENT ISSUES.

11:50AM  16       THE FACT THAT THE PTO GRANTS A PATENT DOES NOT NECESSARILY

11:50AM  17   MEAN THAT ANY INVENTION CLAIMED IN THE PATENT, IN FACT,

11:50AM  18   DESERVES THE PROTECTION OF A PATENT.

11:51AM  19       FOR EXAMPLE, THE PTO MAY NOT HAVE HAD AVAILABLE TO IT ALL

11:51AM  20   THE INFORMATION THAT WILL BE PRESENTED TO YOU.

11:51AM  21       I WILL NOW INSTRUCT YOU ON CISCO'S PATENT CLAIM.  I WILL

11:51AM  22   FIRST GIVE YOU A SUMMARY OF EACH SIDE'S CONTENTIONS IN THIS

11:51AM  23   CASE FOR THE PATENT CLAIM.  I WILL THEN TELL YOU WHAT EACH SIDE

11:51AM  24   MUST PROVE TO WIN ON EACH OF ITS CONTENTIONS.

11:51AM  25       CISCO SEEKS MONEY DAMAGES FROM ARISTA FOR ALLEGEDLY

11:51AM  1    INFRINGING THE '526 PATENT BY MAKING, IMPORTING, USING, SELLING

11:51AM  2    AND/OR OFFERING FOR SALE PRODUCTS AND SERVICES THAT CISCO

11:51AM  3    ARGUES ARE COVERED BY CLAIMS 1 AND 14 OF THE '526 PATENT.

11:51AM  4         THESE ARE REFERRED TO AS THE ASSERTED CLAIMS OF THE '526

11:51AM  5    PATENT.

11:51AM  6         CISCO ALSO ARGUES THAT ARISTA HAS ACTIVELY INDUCED

11:51AM  7    INFRINGEMENT OF THESE CLAIMS OF THE '526 PATENT BY OTHERS AND

11:51AM  8    CONTRIBUTED TO INFRINGEMENT OF THESE CLAIMS OF THE '526 PATENT

11:52AM  9    BY OTHERS.

11:52AM  10        THE PRODUCTS AND SERVICES THAT ARE ALLEGED TO INFRINGE ARE

11:52AM  11   ARISTA SWITCHES AND ASSOCIATED PRODUCTS AND SERVICES THAT

11:52AM  12   INCORPORATE EOS, EOS+, AND VEOS NETWORK OPERATING SYSTEMS.

11:52AM  13        ARISTA DENIES THAT IT HAS INFRINGED THE ASSERTED CLAIMS OF

11:52AM  14   THE PATENT.  YOUR JOB IS TO DECIDE WHETHER THE ASSERTED CLAIMS

11:52AM  15   OF THE '526 PATENT HAVE BEEN INFRINGED.  IF YOU DECIDE THAT ANY

11:52AM  16   CLAIM OF THE PATENT HAS BEEN INFRINGED, YOU WILL THEN NEED TO

11:52AM  17   DECIDE ANY MONEY DAMAGE TO BE AWARDED TO CISCO TO COMPENSATE IT

11:52AM  18   FOR THE INFRINGEMENT.

11:52AM  19        YOU WILL ALSO NEED TO MAKE A FINDING AS TO WHETHER THE

11:52AM  20   INFRINGEMENT WAS WILLFUL.  IF YOU DECIDE THAT ANY INFRINGEMENT

11:52AM  21   WAS WILLFUL, THAT DECISION SHOULD NOT AFFECT ANY DAMAGE AWARD

11:52AM  22   YOU MAKE.

11:52AM  23        I WILL TAKE WILLFULNESS INTO ACCOUNT LATER.

11:52AM  24        THE PLAINTIFF, CISCO, CLAIMS THAT ARISTA COMMITTED

11:53AM  25   COPYRIGHT INFRINGEMENT BY COPYING CISCO'S ORIGINAL WORKS.

11:53AM 1    ARISTA DENIES INFRINGING CISCO'S COPYRIGHTED WORKS AND ASSERTED

11:53AM 2    DEFENSES.

11:53AM 3       TO HELP YOU UNDERSTAND THE EVIDENCE IN THIS CASE, I WILL

11:53AM 4    EXPLAIN SOME OF THE LEGAL TERMS YOU WILL HEAR DURING THE TRIAL.

11:53AM 5       COPYRIGHT IS THE EXCLUSIVE RIGHT TO COPY.  THIS RIGHT TO

11:53AM 6    COPY INCLUDES THE EXCLUSIVE RIGHT TO OR TO AUTHORIZE OTHERS TO:

11:53AM 7       1.  REPRODUCE THE COPYRIGHTED WORK AND COPIES.

11:53AM 8       2.  RECAST OR ADAPT THE WORK, THAT IS PREPARE, DERIVATIVE

11:53AM 9    WORKS BASED UPON THE COPYRIGHTED WORK.

11:53AM 10       3.  DISTRIBUTE COPIES OF THE COPYRIGHTED WORK TO THE PUBLIC

11:53AM 11    BY SALE OR OTHER TRANSFER OF OWNERSHIP; AND,

11:53AM 12       4.  DISPLAY PUBLICLY, A COPYRIGHTED WORK.

11:53AM 13       IT IS THE OWNER OF A COPYRIGHT WHO MAY EXERCISE THESE

11:53AM 14    EXCLUSIVE RIGHTS.  THE TERM "OWNER" INCLUDES THE AUTHOR OF THE

11:54AM 15    WORK.  AN OWNER MAY ENFORCE THESE RIGHTS TO EXCLUDE IN AN

11:54AM 16    ACTION FOR COPYRIGHT INFRINGEMENT.

11:54AM 17       A COPYRIGHTED WORK CAN BE A LITERARY WORK, MUSICAL WORK,

11:54AM 18    DRAMATIC WORK, PANTOMIME, CHOREOGRAPHIC WORK, PICTORIAL WORK,

11:54AM 19    GRAPHIC WORK, SCULPTURAL WORK, MOTION PICTURE, AUDIOVISUAL

11:54AM 20    WORK, SOUND RECORDING, ARCHITECTURAL WORK, COMPUTER PROGRAM OR

11:54AM 21    USER INTERFACE.

11:54AM 22       FACTS, IDEAS, PROCEDURES, PROCESSES, SYSTEMS, METHODS OF

11:54AM 23    OPERATION, CONCEPTS, PRINCIPLES, OR DISCOVERIES CANNOT

11:54AM 24    THEMSELVES BE COPYRIGHTED.

11:54AM 25       THE COPYRIGHTED WORK MUST BE ORIGINAL, AND ORIGINAL WORK

11:54AM 1   THAT CLOSELY RESEMBLES OTHER WORKS CAN BE COPYRIGHTED, SO LONG

11:54AM 2   AS THE SIMILARITY BETWEEN THE TWO WORKS IS NOT THE RESULT OF

11:54AM 3   COPYING.

11:54AM 4       IN THIS CASE, CISCO CONTENDS THAT ARISTA HAS INFRINGED

11:55AM 5   CISCO'S USER INTERFACES AND ASSOCIATED TECHNICAL MANUALS.

11:55AM 6       CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

11:55AM 7   EVIDENCE THAT, ONE, CISCO IS THE OWNER OF VALID COPYRIGHTS;

11:55AM 8   AND, TWO, ARISTA COPIED ORIGINAL EXPRESSION FROM THE

11:55AM 9   COPYRIGHTED WORKS.

11:55AM 10      CISCO MAY PROVE THAT ARISTA COPIED CISCO'S COPYRIGHTED

11:55AM 11  WORKS EITHER THROUGH DIRECT EVIDENCE THAT ARISTA COPIED CISCO'S

11:55AM 12  WORKS OR THROUGH CIRCUMSTANTIAL EVIDENCE THAT ARISTA HAD ACCESS

11:55AM 13  TO CISCO'S COPYRIGHTED WORKS AND THAT THERE IS SUBSTANTIAL

11:55AM 14  SIMILARITY BETWEEN THE ASSERTED ELEMENTS OF CISCO'S WORKS AND

11:55AM 15  THE ACCUSED ELEMENTS OF ARISTA'S WORK.

11:55AM 16      ARISTA CONTENDS THAT IT DID NOT INFRINGE CISCO'S COPYRIGHT.

11:55AM 17  ARISTA ALSO ASSERTS AFFIRMATIVE DEFENSES.  ARISTA MUST PROVE

11:55AM 18  ITS AFFIRMATIVE DEFENSES BY A PREPONDERANCE OF THE EVIDENCE.

11:55AM 19      ARISTA ASSERTS THE AFFIRMATIVE DEFENSE OF MERGER, WHICH

11:56AM 20  REQUIRES ARISTA TO PROVE THAT AT THE TIME CISCO CREATED THE

11:56AM 21  COPYRIGHTED WORK, THERE WAS ONLY ONE OR A VERY FEW WAYS TO

11:56AM 22  EXPRESS THE IDEA UNDERLYING THE ASSERTED ELEMENTS.

11:56AM 23      ARISTA ALSO ASSERTS THE AFFIRMATIVE DEFENSE OF SCENES A

11:56AM 24  FAIRE, WHICH REQUIRES ARISTA TO PROVE THAT AT THE TIME CISCO

11:56AM 25  CREATED THE COPYRIGHTED WORK, ETERNAL FACTORS OTHER THAN

11:56AM  1    CISCO'S CREATIVITY DICTATED THAT CISCO SELECT AND ARRANGE ITS

11:56AM  2    FEATURES IN THE MANNER IT DID.

11:56AM  3        FINALLY, ARISTA ASSERTS THE AFFIRMATIVE DEFENSE OF FAIR

11:56AM  4    USE.  ONE WHO IS NOT THE OWNER OF A COPYRIGHT MAY USE THE

11:56AM  5    COPYRIGHTED WORK IN A REASONABLE WAY UNDER CERTAIN

11:56AM  6    CIRCUMSTANCES WITHOUT THE CONSENT OF THE COPYRIGHT OWNER.

11:56AM  7        I WILL EXPLAIN THESE CIRCUMSTANCES TO YOU FURTHER AT THE

11:56AM  8    END OF THE TRIAL.  THE OWNER OF A COPYRIGHT CANNOT PREVENT

11:56AM  9    OTHERS FROM MAKING A FAIR USE OF THE OWNER'S COPYRIGHTED WORK.

11:56AM  10       IN DETERMINING WHETHER THE USE MADE OF THE WORK WAS FAIR,

11:57AM  11   YOU MAY CONSIDER THE FOLLOWING FACTORS.

11:57AM  12       1.  THE PURPOSE AND CHARGE OF THE USE, INCLUDING WHETHER

11:57AM  13   THE USE IS OF A COMMERCIAL NATURE OR IS FOR NONPROFIT

11:57AM  14   EDUCATIONAL PURPOSES;

11:57AM  15       2.  THE NATURE OF THE COPYRIGHTED WORK;

11:57AM  16       3.  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN

11:57AM  17   RELATION TO THE COPYRIGHTED WORK AS A WHOLE; AND,

11:57AM  18       4.  THE EFFECT OF THE USE UPON THE POTENTIAL MARKET FOR OR

11:57AM  19   VALUE OF THE COPYRIGHTED WORK.

11:57AM  20       THESE FACTORS ARE NOT EXCLUSIVE.

11:57AM  21       ALL RIGHT.  I GUESS I DIDN'T HAVE ANY TIME LEFT FOR OPENING

11:57AM  22   STATEMENTS.

11:57AM  23       THOSE ARE THE INITIAL INSTRUCTIONS.  AND AS I SAID, YOU

11:57AM  24   WILL GET COPIES OF THOSE.  I'M NOT GOING TO START NOW BECAUSE I

11:57AM  25   THINK EVERYONE PROBABLY WANTS THEIR NORMAL LUNCH BREAK.

11:57AM  1          LADIES AND GENTLEMEN, WE ALWAYS TAKE AN HOUR FOR LUNCH.

11:57AM  2     EVERY ONCE IN A WHILE I ADD A FEW MINUTES BUT NOT VERY OFTEN.

11:58AM  3     SO I'M GOING TO HAVE YOU TAKE AN HOUR LUNCH.  WE WILL COME BACK

11:58AM  4     AT 1:00 AND THEN I WILL TURN TO THOSE OPENING STATEMENTS

11:58AM  5     WITHOUT INTERRUPTIONS.

11:58AM  6          SO ENJOY YOUR LUNCH, AND I WILL SEE YOU AFTER LUNCH.

11:58AM  7          (WHEREUPON A RECESS WAS TAKEN.)

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

**AFTERNOON SESSION**

11:58AM  1

11:58AM  2     (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN THE

12:58PM  3     PRESENCE OF THE JURY:)

12:58PM  4        THE COURT:  WE ARE BACK ON THE RECORD.  ALL OF OUR

01:11PM  5     COUNSEL ARE HERE AND ALL OF OUR JURORS.  GOOD AFTERNOON, LADIES

01:11PM  6     AND GENTLEMEN.

01:11PM  7        ALL RIGHT.  WE ARE GOING TO GET READY FOR, AND GO RIGHT

01:11PM  8     INTO THE OPENING STATEMENTS.

01:11PM  9        MR. NELSON, WOULD YOU LIKE TO GIVE YOUR OPENING STATEMENT?

01:11PM  10        MR. NELSON:  YES, THANK YOU, YOUR HONOR.

01:11PM  11        THE COURT:  GO AHEAD, PLEASE.

01:11PM  12

01:11PM  13        **OPENING STATEMENT BY MR. NELSON**

01:11PM  14

01:11PM  15        MR. NELSON:  GOOD AFTERNOON, EVERYBODY.

01:11PM  16     THANKS FOR COMING BACK.  AND YOU KNOW, I KNOW IT'S PROBABLY

01:11PM  17     NOT, WHEN YOU CAME IN THIS MORNING, THINKING, YEAH, THIS IS

01:11PM  18     WHAT I WANT TO BE DOING WITH THE NEXT COUPLE OF WEEKS OF MY

01:11PM  19     LIFE.

01:11PM  20        I UNDERSTAND THAT.  BUT IT REALLY IS IMPORTANT TO US.  AS

01:11PM  21     HER HONOR SAID, IT'S IMPORTANT TO THE PROCESS, IT'S IMPORTANT

01:11PM  22     TO MY CLIENT.  I'M SURE IT'S IMPORTANT TO ARISTA AND THE

01:11PM  23     LAWYERS THERE.

01:11PM  24        SO WE DO APPRECIATE YOU TAKING THE TIME AND LISTENING

01:12PM  25     BECAUSE IT IS A WAY TO RESOLVE THIS DISPUTE.  SO THANK YOU FOR

01:12PM  1      THAT.

01:12PM  2            NOW WITH THAT, I WANT TO GET GOING, AND AS HER HONOR SAID,

01:12PM  3      IT'S MY OPPORTUNITY TO GIVE YOU AN OUTLINE OF WHAT I THINK THE

01:12PM  4      EVIDENCE IS GOING TO BE IN THE CASE.

01:12PM  5            NOW, OBVIOUSLY I CAN'T GO THROUGH EVERYTHING IN THE

01:12PM  6      45 MINUTES I HAVE.  BUT I WANT TO GIVE YOU THE OUTLINE.  AND I

01:12PM  7      PREPARED A PRESENTATION TO BEGIN TO SHOW YOU WHAT THE CASE IS

01:12PM  8      GOING TO BE FROM CISCO'S PERSPECTIVE.

01:12PM  9            NOW, I WANT TO TALK FIRST THAT HER HONOR HAD MENTIONED IN

01:12PM 10      SOME OF THE PRELIMINARY INSTRUCTIONS THAT THE CASE IS ABOUT

01:12PM 11      COPYRIGHT WITH A USER INTERFACE, AND THERE'S PATENT, A PATENT

01:12PM 12      CLAIM AS WELL.

01:12PM 13            LET ME TALK ABOUT THE USER INTERFACE, THE COPYRIGHT FIRST.

01:12PM 14            AND JUST BEFORE I GET INTO IT, THE USER INTERFACE, YOU

01:12PM 15      KNOW, THIS IS A PARTICULAR TYPE, AND I WILL TELL YOU MORE ABOUT

01:12PM 16      IT, AND YOU WILL HEAR ABOUT IT, IT'S CALLED A COMMAND LINE

01:12PM 17      INTERFACE, MEANING TEXT LINES, WORDS THAT GO BACK AND FORTH.

01:13PM 18      YOU MIGHT BE FAMILIAR WITH THE GRAPHIC USER INTERFACE THAT'S ON

01:13PM 19      YOUR PHONE OR COMPUTERS.

01:13PM 20            SO HERE IT'S THE SAME IN THE SENSE THAT IT'S A USER

01:13PM 21      INTERFACE, THE WAY THE USERS IN THE MACHINE WOULD INTERACT WITH

01:13PM 22      IT.

01:13PM 23            BUT HERE I'M GOING TO BE TALKING ABOUT, AND I WILL TELL YOU

01:13PM 24      MORE ABOUT, THIS THE COMMAND LINE INTERFACE.

01:13PM 25            SO USUALLY IN A COPYRIGHT CASE, ONE OF THE BIG FIGHTS IS

01:13PM   1    ABOUT WHETHER SOMETHING HAS BEEN COPIED, RIGHT?

01:13PM   2         I DON'T THINK YOU ARE GOING TO FIND THAT THAT'S A BIG FIGHT

01:13PM   3    HERE.  IN FACT, WE ARE GOING TO SHOW YOU EVIDENCE FROM ARISTA'S

01:13PM   4    OWN FOLKS THAT THEY DID COPY, THEY SET OUT TO COPY THIS, THEY

01:13PM   5    DID IT ON PURPOSE, RIGHT.

01:13PM   6         AND HERE I HAVE -- THIS IS -- I HAVE LITTLE EXHIBIT NUMBERS

01:13PM   7    YOU WILL SEE ON THERE.  I DON'T KNOW IF YOU HAVE JUROR

01:13PM   8    NOTEBOOKS YET, BUT AS I GO THROUGH, THESE EXHIBIT NUMBERS I

01:13PM   9    BELIEVE ARE THE TRIAL EXHIBIT NUMBERS THAT YOU ARE GOING TO

01:14PM  10    SEE.

01:14PM  11         SO AT TIMES YOU MAY WANT TO GO AHEAD AND WRITE THOSE DOWN

01:14PM  12    BECAUSE WE WILL BE COMING BACK TO THOSE DURING THE TRIAL AS THE

01:14PM  13    EVIDENCE IS ADMITTED.

01:14PM  14         BUT YOU WILL SEE HERE FROM MR. DUDA, YOU ARE GOING TO HEAR

01:14PM  15    FROM HIM ON THE STAND, HE WILL TESTIFY IN THIS CASE, HE'S

01:14PM  16    ARISTA'S CHIEF TECHNOLOGY OFFICER, BASICALLY THE TOP ENGINEER,

01:14PM  17    HIGHEST RANKING ENGINEER AT THE COMPANY.

01:14PM  18         AND THIS WAS A STATEMENT TO THE PUBLIC SAYING WE ACTUALLY

01:14PM  19    COPIED IT SLAVISHLY, RIGHT.  AND TELLS US WHAT THAT MEANS.

01:14PM  20    EVEN THE PARTS THEY THOUGHT WERE SILLY, THEY COPIED.  RIGHT?

01:14PM  21    AND THIS IS WITH RESPECT TO THAT USER INTERFACE THAT I TALKED

01:14PM  22    ABOUT.

01:14PM  23         SO THIS IS NOT REALLY GOING TO BE IN DISPUTE.  IN FACT,

01:14PM  24    EVEN DURING THIS CASE, AND I BELIEVE WHEN MR. DUDA GETS UP ON

01:14PM  25    THE STAND HE WILL CONFIRM THIS, THAT THOSE STATEMENTS HE MADE

01:14PM  1    ABOUT SLAVISHLY COPYING THE CLI COMMANDS, THIS COMMAND-LINE

01:14PM  2    INTERFACE, USER INTERFACE I TALKED ABOUT, HE MEANT THOSE.

01:14PM  3    THAT'S WHAT HAPPENED.

01:14PM  4        SO YOU MIGHT ASK YOURSELF WHY THAT WAS THE CASE.  WELL, YOU

01:15PM  5    KNOW, HERE -- AND THIS IS AN INTERNAL DOCUMENT THAT I HAVE FROM

01:15PM  6    ARISTA, AND YOU ARE GOING TO SEE A NUMBER OF THESE INTERNAL

01:15PM  7    DOCUMENTS.  I HIGHLIGHTED SOMETHING FROM HERE.

01:15PM  8        THIS IS FROM MR. ANSHUL SADANA, AND HE'S GOING TO TESTIFY

01:15PM  9    IN THIS CASE.  HE'S CURRENTLY ARISTA'S CHIEF CUSTOMER OFFICER.

01:15PM 10        AND HE SAID THAT WE PICKED CISCO IOS -- AND LET ME STOP

01:15PM 11    THERE.  THAT'S A REFERENCE TO THE OPERATING SYSTEM.  THE USER

01:15PM 12    INTERFACE IS PART OF THAT.  SO IN OTHER WORDS, THAT'S THE USER

01:15PM 13    INTERFACE FROM THAT OPERATING SYSTEM, JUST LIKE WITH WINDOWS

01:15PM 14    YOU MIGHT HAVE AN OPERATING SYSTEM THAT OPERATES THE COMPUTER,

01:15PM 15    BUT THE USER INTERFACE IS HOW YOU INTERACT WITH IT.

01:15PM 16        SO SIMILAR SITUATION HERE.  WE HAVE PICKED IOS AS THE CLI

01:15PM 17    MODEL FOR OUR PRODUCTS.

01:15PM 18        AND HE GOES ON TO SAY, JUNO, YOU WILL HEAR EVIDENCE ON THE

01:15PM 19    CASE, THAT'S AN OPERATING SYSTEM THAT JUNIPER OFFERS, AND

01:16PM 20    JUNIPER MAKES THESE TYPES OF PRODUCTS TOO, THESE SWITCHES AND

01:16PM 21    ROUTERS THAT ARE GOING TO BE AT ISSUE IN THIS CASE, MAY BE A

01:16PM 22    LOT BETTER, BUT WE DECIDED TO EMBRACE IOS.

01:16PM 23        SO SIMILAR TO THAT STATEMENT THAT WE JUST HEARD FROM

01:16PM 24    MR. DUDA, WE COPIED IT SLAVISHLY.  WE USE THIS AS THE MODEL.

01:16PM 25    EVEN THE PARTS THAT PERHAPS WE DIDN'T LIKE SO MUCH, RIGHT?

01:16PM 1     SO I DO NOT THINK THAT WE ARE GOING TO HAVE A SERIOUS

01:16PM 2   DISPUTE AS WE GO THROUGH ABOUT WHETHER THIS USER INTERFACE WAS

01:16PM 3   COPIED.

01:16PM 4     AND HERE, FROM -- ANOTHER STATEMENT.  THIS IS AGAIN A

01:16PM 5   PUBLIC STATEMENT FROM MS. ULLAL.  SHE WILL TESTIFY AS WELL.

01:16PM 6   THIS IS ARISTA'S CHIEF EXECUTIVE OFFICER OF THE COMPANY.  AND

01:16PM 7   SHE SAID, WE HAVE SIMILAR COMMAND-LINE INTERFACES.

01:16PM 8     NOW, THIS IS REFERRING TO THE, YOU WILL SEE THE EVIDENCE

01:16PM 9   WILL SHOW IT'S REFERRING TO THAT CISCO COMMAND-LINE INTERFACE,

01:16PM 10  AN OPERATIONAL LOOK AND FEEL.  WHERE WE DON'T HAVE TO INVENT,

01:16PM 11  WE DON'T.

01:16PM 12    WHERE WE DON'T HAVE TO INVENT, WE DON'T.

01:17PM 13    NOW, WHY?  AGAIN, WHY?  WE TALKED ABOUT THAT A LITTLE LIT,

01:17PM 14  BUT I WANT TO TALK ABOUT THAT A LITTLE BIT MORE.

01:17PM 15    HERE AGAIN IS MR. DUDA IN PUBLIC STATEMENTS.  HE TELLS US

01:17PM 16  WHY THIS IS THE CASE.  WE WANTED IT TO BE AS SEAMLESS AN

01:17PM 17  EXPERIENCE FOR OUR CUSTOMERS AS POSSIBLE.

01:17PM 18    IN OTHER WORDS, CISCO HAS CUSTOMERS, THEY ARE FAMILIAR WITH

01:17PM 19  THE CISCO USER INTERFACE.  THEY LIKE THE CISCO USER INTERFACE.

01:17PM 20  WE WANT THOSE CUSTOMERS.  WE WANT IT TO BE A SEAMLESS

01:17PM 21  TRANSITION FOR THEM.

01:17PM 22    NOW, IT ISN'T JUST MR. DUDA THAT SAID THAT.  HERE'S

01:17PM 23  MR. SADANA AGAIN.  AND WHEN HE GETS UP ON THE STAND, I BELIEVE

01:17PM 24  HE WILL CONFIRM THIS TESTIMONY THAT HE GAVE, WHERE HE SAYS, ARE

01:17PM 25  YOU DENYING, SIR, THAT YOU TOLD ARISTA CUSTOMERS THAT YOUR CLI

01:17PM   1    IS JUST LIKE CISCO'S CLI?

01:17PM   2         I'M NOT DENYING THAT.

01:18PM   3         YOU SAID THAT; CORRECT?

01:18PM   4         NO, YEAH, I SAID THAT.

01:18PM   5         AND THIS IS NOT SOMETHING THAT JUST -- YOU ARE GOING TO SEE

01:18PM   6    THE EVIDENCE IN THIS CASE -- THAT WAS DONE INTERNALLY.  THIS IS

01:18PM   7    NOT SOME DISCUSSION THAT THEY JUST HAD IN INTERNAL DOCUMENTS,

01:18PM   8    WE WANT TO DO THIS, THIS IS A GOAL, RIGHT?  THIS IS SOMETHING

01:18PM   9    THEY WERE OUT THERE TELLING CUSTOMERS.

01:18PM   10        AND I HAVE HERE AN EXAMPLE OF THAT.

01:18PM   11        AND I THINK, MR. FISHER, WHO YOU ARE GOING TO HEAR HIS NAME

01:18PM   12   A LOT BECAUSE HE'S GOING TO KEEP US IN ORDER IN TERMS OF OUR

01:18PM   13   PRESENTATION TO TRY TO MAKE THE PRESENTATION A BIT MORE

01:18PM   14   SEAMLESS FOR YOU.

01:18PM   15        BUT IF YOU COULD PLAY THIS, MR. FISHER, THE AUDIO FOR THIS.

01:18PM   16        (WHEREUPON AN AUDIO TAPE WAS PLAYED IN OPEN COURT.)

01:18PM   17        MR. NELSON:  SO HERE, THIS IS -- AND YOU WILL HEAR

01:18PM   18   FROM MR. LINCOLN DALE.  HE'S A FORMER ARISTA DISTINGUISHED

01:19PM   19   ENGINEER.  THAT WAS THE GENTLEMAN THAT WAS GIVING THE

01:19PM   20   PRESENTATION THAT YOU HEARD RIGHT HERE.

01:19PM   21        AND THIS WAS A PRESENTATION AT A CONFERENCE TO POTENTIAL

01:19PM   22   CUSTOMERS.  THAT'S WHAT THE EVIDENCE IS GOING TO SHOW IN THE

01:19PM   23   CASE.

01:19PM   24        AND YOU WILL SEE, I HAVE A BOX THAT'S HIGHLIGHTED THERE.

01:19PM   25   SOMETHING THERE TELLING THE CUSTOMERS, ARISTA'S CLI COMMANDS,

01:19PM  1    SAME AS CISCO IOS, RIGHT?

01:19PM  2         SO IT WASN'T JUST AN INTERNAL GOAL.  IT WASN'T JUST AN

01:19PM  3    INTERNAL STATEMENT.  IT WAS ACTUALLY SOMETHING THAT THEY WENT

01:19PM  4    OUT THERE AND MARKETED TO CUSTOMERS.  HEY, WE'RE THE SAME AS

01:19PM  5    CISCO IOS.  WE HAVE THE SAME COMMAND-LINE INTERFACE.

01:19PM  6         AND, IN FACT, YOU WILL SEE THAT THEY TALK ABOUT AN INDUSTRY

01:19PM  7    STANDARD.  AND I WILL TALK ABOUT THIS A BIT MORE.  THAT'S GOING

01:19PM  8    TO COME UP.  BECAUSE YOU ARE GOING TO HEAR AND YOU ARE GOING TO

01:19PM  9    SEE IN SOME DOCUMENTS REFERENCES TO INDUSTRY STANDARD.

01:19PM 10         BUT DON'T BE CONFUSED.  WE KNOW WHAT MR. DALE SAID WHEN HE

01:19PM 11    USED THIS TERM, WHAT HE MEANT BY THAT.  HE SAYS RIGHT HERE,

01:19PM 12    THAT'S MY JOKE FOR SAYING IT'S THE SAME AS IOS.  IN OTHER

01:20PM 13    WORDS, THE SAME AS CISCO.

01:20PM 14         AND HE GOES FURTHER TO SAY WHY THAT'S IMPORTANT HERE.

01:20PM 15    CATALYST OR NEXUS, YOU ARE GOING TO HEAR THE EVIDENCE IN THE

01:20PM 16    CASE, THOSE ARE CISCO PRODUCTS.  IN OTHER WORDS, COMPETING

01:20PM 17    PRODUCTS WITH ARISTA, NAMES OF SWITCHES OUT THERE.

01:20PM 18         AND YOU CAN TAKE THE CONFIG OFF.  IN OTHER WORDS, HOW

01:20PM 19    YOU'VE SET UP THAT SWITCH, HOW YOU'VE CONFIGURED IT IN THE

01:20PM 20    NETWORK, AND YOU CAN APPLY IT TO THE ARISTA PRODUCTS IN EXACTLY

01:20PM 21    THE SAME WAY.

01:20PM 22         IN OTHER WORDS, TELLING THE CUSTOMERS, YOU KNOW CISCO, YOU

01:20PM 23    CAN USE MINE BECAUSE IT'S THE SAME.

01:20PM 24         NOW, LET ME TAKE A STEP BACK HERE AND TALK A LITTLE BIT

01:20PM 25    ABOUT CISCO.  I'M SURE A NUMBER OF YOU KNOW ABOUT CISCO.  IT'S

01:20PM  1    A BAY AREA COMPANY.  AND YOU ALL LIVE HERE IN THE BAY AREA, BUT

01:20PM  2    LET ME GIVE YOU A LITTLE BIT OF BACKGROUND THAT YOU ARE GOING

01:20PM  3    TO HEAR IN THIS CASE.

01:20PM  4        IT WAS FOUNDED IN 1984, SO A LITTLE BETTER THAN 30 YEARS

01:20PM  5    AGO NOW, BY SOME PEOPLE IN TECHNOLOGY THAT WERE AT STANFORD.

01:21PM  6    AND IT CONTINUES TO BE A LEADER IN INTERNET AND CLOUD

01:21PM  7    TECHNOLOGY TODAY, AS THINGS GROW.  CISCO MAKES MANY, MANY

01:21PM  8    PRODUCTS.

01:21PM  9        BUT IN THIS CASE IT'S GOING TO BE IMPORTANT TO GO BACK IN

01:21PM  10   TIME, RIGHT?  BECAUSE SOME THINGS WE ARE TALKING ABOUT HERE,

01:21PM  11   THIS USER INTERFACE, THIS COMMAND-LINE INTERFACE THAT I TALKED

01:21PM  12   ABOUT, YOU ARE GOING TO HEAR FROM A GENTLEMAN, HE'S GOING TO

01:21PM  13   TESTIFY HOPEFULLY LATER THIS AFTERNOON, MR. KIRK LOUGHEED IS

01:21PM  14   HIS NAME.  AND HE WAS WORKING ON THESE THINGS AND DEVELOPING,

01:21PM  15   ALONG WITH THE SWITCHES THEMSELVES, THIS COMMAND-LINE

01:21PM  16   INTERFACE.  IN OTHER WORDS, SOMETHING PEOPLE COULD USE TO

01:21PM  17   CONFIGURE THESE PRODUCTS TO TROUBLESHOOT THEIR NETWORKS.

01:21PM  18       SEE, THIS IS GOING BACK IN TIME.  SOMETIMES IT'S HARDER TO

01:21PM  19   REMEMBER HOW THINGS WORK.  BUT AT THIS TIME, THIS BOX WITH THE

01:22PM  20   LITTLE PICTURE OF THE GOLDEN GATE BRIDGE THERE, KIND OF THE

01:22PM  21   SIDE VIEW OF THE GOLDEN GATE BRIDGE, THAT SAYS CISCO SYSTEMS ON

01:22PM  22   IT, THAT'S ACTUALLY ONE OF THE FIRST COMMERCIAL, WHAT WE CALL

01:22PM  23   INTERNET PROTOCOL ROUTERS.

01:22PM  24       SO YOU MAY HAVE HEARD THAT TERM IP, INTERNET PROTOCOL, IN

01:22PM  25   CONNECTION WITH THE INTERNET.  WHEN MR. LOUGHEED WAS WORKING ON

01:22PM 1      THIS, HE WAS ONE OF THE VERY FIRST TO DO THIS.

01:22PM 2          SO WHEN WE START, YOU ARE GOING TO HEAR A NUMBER OF THINGS

01:22PM 3      FROM ARISTA'S COUNSEL AND FROM ARISTA'S WITNESSES ABOUT A LOT

01:22PM 4      OF THESE TERMS THAT WE SEE IN THE USER INTERFACE, SOME OF THE

01:22PM 5      COMMANDS THAT I'M GOING TO TALK ABOUT IN A MINUTE.  THERE ARE

01:22PM 6      TERMS THAT MAY BE COMMON NOW, YOU KNOW, REFER TO PROTOCOLS,

01:22PM 7      THINGS LIKE THAT.

01:22PM 8          BUT WE'VE GOT TO PUT OURSELVES BACK TO WHEN IT WAS CREATED.

01:22PM 9      DON'T THINK ABOUT THE WAY THINGS ARE NOW, BECAUSE IF THAT WAS

01:22PM 10     TRUE, YOU COULD JUST COPY ANYTHING, BECAUSE ONCE YOU PUT IT

01:22PM 11     DOWN, EVERYBODY KNOWS WHAT IT IS.  AND THAT'S NOT THE CASE.

01:22PM 12         SO IT'S IMPORTANT TO GO BACK IN TIME AND THINK ABOUT HOW

01:23PM 13     THINGS WERE THEN RATHER THAN TRYING TO SIT HERE NOW AND THINK

01:23PM 14     ABOUT HOW THINGS MIGHT BE NOW.

01:23PM 15         SO CISCO, YOU KNOW, IT CONTINUES TO INNOVATE.  YOU ARE

01:23PM 16     GOING TO HEAR ABOUT THIS.  THERE ARE MANY AWARDS, AND I THINK

01:23PM 17     IT WILL PROBABLY BE NEXT WEEK WHEN YOU HEAR MOST OF THIS.

01:23PM 18         MR. JOHN CHAMBERS WILL TESTIFY, LONG TIME CEO OF CISCO, AND

01:23PM 19     HE WILL TELL YOU ABOUT SOME OF THE INNOVATION AND THE HISTORY

01:23PM 20     OF INNOVATION AND THE CULTURE OF INNOVATION AT THE COMPANY.

01:23PM 21         AND I THINK THAT'S AN IMPORTANT THING TO KEEP IN MIND AS

01:23PM 22     YOU GO THROUGH THIS CASE BECAUSE YOU MAY HEAR FROM SOME

01:23PM 23     DIFFERENT THINGS FROM THE OTHER SIDE, OR AT LEAST SOME

01:23PM 24     DIFFERENT CLAIMS FROM THE OTHER SIDE.

01:23PM 25         HERE, I WANT TO TALK ABOUT THIS FOR A LITTLE BIT BECAUSE

01:23PM 1    IT'S GOING TO BE IMPORTANT TO THIS CASE.

01:23PM 2         CISCO MAKES MANY PRODUCTS, RIGHT?  MANY OF THEM RELATED TO

01:24PM 3    DIFFERENT ASPECTS OF THE INTERNET AND CORPORATE NETWORKS AND

01:24PM 4    THINGS LIKE THAT.  SOME OF THEM ARE RELATED TO VOICE AND VIDEO,

01:24PM 5    THINGS THAT YOU AND I MIGHT USE MORE IF WE ARE DOING A VIDEO

01:24PM 6    CONFERENCE OR THINGS LIKE THAT.  SO THERE ARE A WIDE, WIDE

01:24PM 7    RANGE OF PRODUCTS.

01:24PM 8         IN THIS IOS, WE TALKED ABOUT THIS, CISCO IOS, WHERE THE CLI

01:24PM 9    COMES FROM THAT'S AT ISSUE IN THIS CASE.  THAT IS DESIGNED TO

01:24PM 10   CONTROL ALL OF THESE VARIOUS PRODUCTS, RIGHT?

01:24PM 11        SO YOU MIGHT HAVE FEATURES ON ONE PRODUCT THAT ARE

01:24PM 12   IMPORTANT TO THAT PRODUCT AND YOU HAVE FEATURES THAT ARE

01:24PM 13   IMPORTANT TO ANOTHER PRODUCT.  THEY ARE OBVIOUSLY NOT ALL

01:24PM 14   IMPORTANT TO ALL THE PRODUCTS.

01:24PM 15        BUT THERE IS ONE OPERATING SYSTEM THAT YOU USE TO CONTROL

01:24PM 16   ALL OF THOSE THINGS.

01:24PM 17        SO YOU MIGHT HEAR FROM ARISTA SAYING, WELL, WAIT A MINUTE,

01:24PM 18   IOS, RIGHT, WHERE THIS USER INTERFACE COMES FROM, IT HAS TONS

01:25PM 19   AND TONS OF COMMANDS.  I DON'T KNOW EXACTLY THE NUMBER YOU ARE

01:25PM 20   GOING TO HEAR, BUT LET'S SAY IT'S SOMEWHERE NORTH OF 15,000.

01:25PM 21   AND WE DIDN'T TAKE THAT MANY.  SO IT'S NOT A LOT.  WE DIDN'T

01:25PM 22   TAKE THAT MANY.

01:25PM 23        BUT LET ME TELL YOU WHAT THE EVIDENCE IS GOING TO SHOW HERE

01:25PM 24   AND WHAT'S IMPORTANT TO KEEP IN MIND AS YOU THINK ABOUT IT.

01:25PM 25        ARISTA, THEY ONLY HAVE ONE PRODUCT, RIGHT, THE SWITCHES

01:25PM 1    THAT WE ARE GOING TO TALK ABOUT IN THIS CASE.  SWITCHES,

01:25PM 2    ROUTERS, THERE'S A QUESTION AS TO -- AND YOU WILL HEAR SOME

01:25PM 3    TESTIMONY ABOUT WHAT MIGHT BE A DISTINCTION BETWEEN THESE.  BUT

01:25PM 4    THERE'S ONLY ONE PRODUCT LINE.

01:25PM 5        SO IF YOU THINK ABOUT IT, AND YOU ARE GOING TO HEAR THE

01:25PM 6    EVIDENCE IN THE CASE, YOU KNOW, WHEN YOU ARE GOING IN AND

01:25PM 7    TRYING TO FIGURE OUT WHAT THINGS YOU NEED FROM THE USER

01:25PM 8    INTERFACE, YOU TAKE WHAT IT IS YOU NEED.  YOU DON'T TAKE

01:25PM 9    EVERYTHING ELSE THAT YOU DON'T NEED, RIGHT?

01:25PM 10       SO TO COME AND SUGGEST THAT, HEY, WHAT WE DID, WE JUST TOOK

01:25PM 11   A LITTLE PIECE.  WHEN WE DON'T MAKE THOSE THINGS, WE DON'T USE

01:26PM 12   THOSE THINGS, THEREFORE WHAT WE DID IS UNIMPORTANT, THAT'S JUST

01:26PM 13   NOT THE CASE.

01:26PM 14       AND HOW DO WE KNOW IT'S NOT THE CASE?  WELL, WE KNOW IT'S

01:26PM 15   NOT THE CASE FROM SOME OF THE STATEMENTS.

01:26PM 16       AND WHAT WE ARE GOING TO USE IN THIS CASE, THE EVIDENCE WE

01:26PM 17   ARE GOING TO SHOW YOU, A LOT OF IT IS ARISTA'S OWN DOCUMENTS

01:26PM 18   AND THEIR OWN STATEMENTS.

01:26PM 19       THIS IS MR. LINCOLN DALE AGAIN.  YOU RECALL I PLAYED THAT

01:26PM 20   LITTLE CLIP FROM THE CONFERENCE WHERE HE WAS TALKING TO

01:26PM 21   CUSTOMERS ABOUT ARISTA, THE COMMANDS, THE SAME IOS COMMANDS.

01:26PM 22       WELL, HERE IN THIS INTERNAL DOCUMENT THAT YOU ARE GOING TO

01:26PM 23   SEE, WHICH IS A DOCUMENT THAT IS A RESPONSE TO SOME SALES

01:26PM 24   ENGINEERS WHO ARE ASKING QUESTIONS ABOUT, YOU KNOW, HOW WE

01:26PM 25   COMPARE TO CERTAIN OTHER COMPETITORS OUT THERE WITH RESPECT TO

01:26PM 1    THE USER INTERFACE, AND HE CONCLUDES BY SAYING, WE WOULD BE A

01:27PM 2    PRACTICAL DROP-IN REPLACEMENT FOR THE CISCO, GIVEN THE 99.9999

01:27PM 3    SIMILARITY IN THE CLI, RIGHT.

01:27PM 4        SO THINK ABOUT THAT WHEN YOU ARE GOING THROUGH.  THERE'S

01:27PM 5    GOING TO BE MORE OF THIS EVIDENCE AND YOU ARE GOING TO HEAR

01:27PM 6    FROM MR. DALE.

01:27PM 7        WHEN YOU ARE OUT THERE AND YOU ARE TRYING TO SELL TO

01:27PM 8    CUSTOMERS YOUR PRODUCT, YOUR COMPETING PRODUCT, YOU ARE TELLING

01:27PM 9    THEM, WE ARE THE DROP-IN REPLACEMENT, WE ARE THE SAME.

01:27PM 10       WHEN YOU COME TO COURT AND NOW YOU WANT TO BE EXCUSED FOR

01:27PM 11   YOUR COPYING, YOU SAY, WE DIDN'T TAKE VERY MUCH.

01:27PM 12       SO THINK ABOUT, AS YOU ARE GOING THROUGH AND YOU ARE

01:27PM 13   EVALUATING THE EVIDENCE, THINK ABOUT THAT.  BECAUSE I THINK

01:27PM 14   THAT'S AN IMPORTANT CONTRADICTION TO KEEP IN MIND.

01:27PM 15       SO LET ME NOW MOVE TO ARISTA A LITTLE BIT.  SO HERE IS

01:27PM 16   ACTUALLY A PRESENTATION TO INVESTORS FROM ARISTA, KIND OF

01:28PM 17   TALKING ABOUT SOME OF THE EXECUTIVE TEAMS AND SOME OF THE KEY

01:28PM 18   POSITIONS AND VP AND ENGINEERS AND THINGS AT ARISTA.

01:28PM 19       AND ONE THING YOU WILL NOTICE ON THIS -- AND I'M GOING TO

01:28PM 20   HIGHLIGHT IT SO WE CAN SEE IT A LITTLE BIT BETTER -- BUT THE

01:28PM 21   VAST MAJORITY OF THESE PEOPLE, IF I COUNTED UP, ALL BUT TWO --

01:28PM 22   THREE, EXCUSE ME, THE -- MR. SMITH, MS. BRANNAN, AND MR. TAXAY,

01:28PM 23   HAVE THEIR ROOTS IN CISCO.

01:28PM 24       AND YOU ARE GOING TO HEAR THAT AND YOU ARE GOING TO HEAR

01:28PM 25   EVIDENCE OF THAT, THAT THE PEOPLE WHO WENT OUT AND FOUNDED

01:28PM 1  ARISTA AND BUILT THEIR PRODUCTS ARE, MANY OF THEM, FORMER CISCO

01:28PM 2  PEOPLE THAT WERE WORKING ON EXACTLY THE SAME PRODUCTS WHEN THEY

01:28PM 3  WERE AT CISCO.

01:28PM 4      SO JUST TO GO THROUGH A LITTLE BIT OF HISTORY, A LITTLE BIT

01:29PM 5  OF TIMELINE HERE, I THINK WHAT THE EVIDENCE IS GOING TO SHOW IS

01:29PM 6  THAT ARISTA WAS FOUNDED IN ABOUT 2004.  THEY STARTED --

01:29PM 7  ORIGINALLY YOU WILL HEAR THE EVIDENCE THAT THEY WERE LOOKING AT

01:29PM 8  SOMETHING DIFFERENT.

01:29PM 9      IN OTHER WORDS, THEY WEREN'T LOOKING AT DOING THE NETWORK

01:29PM 10  SWITCHES THAT ARE GOING TO BE AT ISSUE IN THIS CASE.  THEY WERE

01:29PM 11  LOOKING AT DOING THIS DIFFERENT PRODUCT, IT'S CALLED RAIL, AND

01:29PM 12  I DON'T NEED TO GET INTO IT TOO MUCH, BUT LET'S SAY IT'S VERY

01:29PM 13  DIFFERENT THAN THE SWITCHES AND ROUTERS THAT ARE AT ISSUE HERE.

01:29PM 14      THAT WAS ABANDONED FOR VARIOUS REASONS, AND MR. DUDA MAY

01:29PM 15  EXPLAIN TO YOU WHY THAT WAS THE CASE.

01:29PM 16      THEN WHAT THE EVIDENCE IS GOING TO BE, I BELIEVE WHAT YOU

01:29PM 17  ARE GOING TO HEAR IS ARISTA WENT BACK TO MORE OF WHAT THEY

01:29PM 18  KNEW, MORE OF WHAT THEY WERE FAMILIAR WITH.  WE KNOW HOW TO

01:29PM 19  BUILD THESE SWITCHES.

01:29PM 20      AND IT'S 2008 WHERE THAT FIRST NETWORKING SWITCH WAS

01:30PM 21  RELEASED.  AND WHAT YOU ARE GOING TO HEAR IS THAT WAS A PRETTY

01:30PM 22  NICHE PRODUCT, VERY SPECIALIZED, NOT SOMETHING THAT REALLY

01:30PM 23  COMPETED WITH ANY OF THE CISCO OFFERINGS THAT WERE OUT THERE.

01:30PM 24      IT'S NOT UNTIL THE 2011/2012 TIMEFRAME, RIGHT IN THERE,

01:30PM 25  THAT ARISTA REALLY ENTERS THE DATA CENTER MARKET AND STARTS

COMPETING HEAD-TO-HEAD WITH CISCO.

SO IN OTHER WORDS, CISCO STARTS TO SEE WHAT IT IS THAT THEY ARE DOING, HOW THEY ARE MARKETING THEIR PRODUCT VERSUS THE CISCO PRODUCT.

SO THAT TIMELINE I THINK IS IMPORTANT TO KEEP IN MIND AS YOU GO THROUGH THE EVIDENCE HERE AND YOU ARE EVALUATING THE EVIDENCE.

BECAUSE WE ARE GOING TO HEAR STATEMENTS LIKE THIS, THIS IS ANOTHER PUBLIC STATEMENT, AND THIS IS MS. ULLAL AGAIN, THE CHIEF EXECUTIVE OFFICER OF ARISTA.

AND SHE SAYS -- THIS IS A PUBLIC STATEMENT, AND IT WILL BE AN EXHIBIT HERE AT TRIAL -- THERE IS A LOT OF CISCO DNA IN THIS COMPANY.  SINCE I HELPED BUILD THE CISCO ENTERPRISE, I WOULD NEVER COMPETE WITH CISCO DIRECTLY IN THE ENTERPRISE IN A CONVENTIONAL WAY.  IT MAKES NO SENSE.  IT WOULD TAKE ME 15 YEARS AND 15,000 ENGINEERS, AND THAT'S NOT A RECIPE FOR SUCCESS.

WELL, MS. ULLAL WILL BE HERE.  BUT THINK ABOUT THIS STATEMENT HERE.  I MEAN, THIS IS A STATEMENT THAT'S MADE TO THE PUBLIC THAT SAYS, I'M NOT GOING TO COMPETE WITH CISCO IN A CONVENTIONAL WAY.  I'M NOT GOING TO MAKE THE INVESTMENT OF THE TIME AND THE ENGINEERS TO DEVELOP THE TECHNOLOGY THE WAY CISCO DID.

NOW, EXACTLY WHAT SHE WAS REFERRING TO, WE WILL SEE.  BUT WE KNOW WHAT THE RESULTS ARE.  WE KNOW WHAT THE PUBLIC

01:31PM 1    STATEMENTS WERE THAT I SHOWED YOU EARLIER, WHICH IS, I'M GOING

01:31PM 2    TO GO OUT AND I'M GOING TO COPY THIS CLI, I'M GOING TO COPY IT

01:31PM 3    BECAUSE YOUR CUSTOMERS KNOW IT.  I'M GOING TO COPY IT BECAUSE

01:31PM 4    IT WILL BE A SEAMLESS TRANSITION FOR THEM.

01:32PM 5         SO PERHAPS THAT'S UNCONVENTIONAL.

01:32PM 6         NOW, I TOLD YOU I WAS GOING TO TELL YOU MORE ABOUT THE USER

01:32PM 7    INTERFACE THAT'S HERE.  I THINK IT'S GOOD FOR YOU TO START TO

01:32PM 8    GET FAMILIAR WITH THAT TO TRY TO UNDERSTAND WHAT I'M TALKING

01:32PM 9    ABOUT BECAUSE YOU HAVEN'T SEEN IT BEFORE.

01:32PM 10        SO CISCO HAS COPYRIGHTS OF ITS USER INTERFACE, AND AS I

01:32PM 11   SAID, IF YOU LOOK HERE ON THE RIGHT, IT'S JUST A DEPICTION

01:32PM 12   OF -- JUST TO GIVE YOU A LITTLE BIT, WE CALL THEM

01:32PM 13   DEMONSTRATIVES AS LAWYERS, BUT IT'S TEXT-BASED, RIGHT, IT'S

01:32PM 14   WORDS THAT ARE THERE.  MUCH LIKE, YOU KNOW, A BOOK ON A

01:32PM 15   TELEVISION, OR EXCUSE ME, ON A COMPUTER SCREEN.

01:32PM 16        SO WHAT ARE THESE -- WHAT ARE THESE USED FOR?  AND YOU ARE

01:32PM 17   GOING TO HEAR SOME OF THIS FROM MR. LOUGHEED, REMEMBER I TOLD

01:32PM 18   YOU THE GENTLEMAN WHO DID A LOT OF THE EARLY DEVELOPMENT IN

01:32PM 19   THIS AND WHAT HE DEVELOPED IT FOR AND WHAT IT WAS USED FOR.

01:33PM 20        WHAT YOU ARE GOING TO HEAR IS THIS IS -- USER INTERFACE IS

01:33PM 21   SOMETHING THAT ALLOWS A NETWORK ENGINEER, IN OTHER WORDS, THE

01:33PM 22   NETWORK ADMINISTRATORS THAT HAVE TO KEEP THESE NETWORKS UP AND

01:33PM 23   RUNNING, RIGHT?  IF THEY ARE WORKING AT A HOSPITAL AT KAISER

01:33PM 24   PERMANENTE, FOR EXAMPLE, YOU WILL HEAR, IT'S IMPORTANT IF THAT

01:33PM 25   NETWORK GOES DOWN, IT CAN BE A BIG PROBLEM, RIGHT?

01:33PM 1       OR OTHER COMPANIES LIKE THAT, GOOGLE, WE ALL HAVE

01:33PM 2   EXPERIENCE, AND FACEBOOK MAY GO DOWN FOR A WHILE.

01:33PM 3       THAT'S THEIR JOB IS TO MAKE SURE THAT THESE NETWORKS ARE UP

01:33PM 4   AND RUNNING.  AND ONE OF THE THINGS THEY USE WHEN THAT HAPPENS,

01:33PM 5   YOU KNOW, TO DO THIS TROUBLESHOOTING, TO DO THOSE KINDS OF

01:33PM 6   THINGS WHEN THE TIME PRESSURE IS THERE, IS THIS COMMAND-LINE

01:33PM 7   INTERFACE, THIS USER INTERFACE BECAUSE THEY CAN SEE EVERYTHING

01:33PM 8   IN THE NETWORK.  IT ISN'T JUST THAT LITTLE SWITCH.  YOU ARE

01:33PM 9   GOING TO HEAR NOT JUST THAT ONE, BUT EVERYTHING IT'S CONNECTED

01:33PM 10  TO AND WHAT'S GOING ON IN THAT NETWORK.

01:33PM 11      AND THAT'S WHAT'S IMPORTANT AND YOU ARE GOING TO HEAR

01:34PM 12  TESTIMONY AND EVIDENCE THAT WHEN THEY NEED IT, THIS IS WHAT

01:34PM 13  THEY USE.  THIS IS WHAT THEY TRUST.  THIS IS WHAT THEY COME

01:34PM 14  BACK TO.

01:34PM 15      SO LET ME TALK A LITTLE BIT MORE ABOUT SOME OF THE EVIDENCE

01:34PM 16  THAT YOU ARE GOING TO HEAR IN THE CASE.  BECAUSE THE WAY THIS

01:34PM 17  WORKS WE KIND OF, WE BREAK THIS DOWN INTO SOME ELEMENTS.  AND I

01:34PM 18  THINK THE JUDGE REFERRED TO THEM AS PROTECTABLE ELEMENTS,

01:34PM 19  RIGHT, THINGS THAT ARE -- HAVE SOME ORIGINALITY AND CREATIVITY.

01:34PM 20      SO ALTHOUGH THESE THINGS ARE ALL INTERRELATED AND I'M GOING

01:34PM 21  TO SHOW YOU A LITTLE BIT OF A GRAPHIC HERE THAT KIND OF PUTS

01:34PM 22  THOSE THINGS TOGETHER.  IT'S THE FOUR THINGS YOU WILL HEAR

01:34PM 23  ABOUT ARE MULTIWORD COMMANDS, SO IN OTHER WORDS, YOU KNOW, THE

01:34PM 24  ACTUAL COMMANDS, AND I WILL SHOW YOU SOME EXAMPLES OF THOSE.

01:34PM 25      THE OUTPUTS, WHICH IS KIND OF WHAT YOU GET BACK, RIGHT,

01:34PM 1    WHEN YOU ISSUE A COMMAND BECAUSE YOU WANT CERTAIN INFORMATION

01:34PM 2    ABOUT THE NETWORK BACK OR ABOUT THE VARIOUS SWITCHES, THOSE

01:34PM 3    KINDS OF THINGS.

01:34PM 4        YOU GET HELP DESCRIPTION, MEANING -- AND THIS WILL BE

01:35PM 5    IMPORTANT LATER, BUT YOU MIGHT REMEMBER SOME PART OF A

01:35PM 6    PARTICULAR COMMAND OR YOU MIGHT KNOW THAT I CAN LOOK AT VARIOUS

01:35PM 7    THINGS AND IT SHOWS ONE OF THE THINGS IT'S GOING TO DO THAT FOR

01:35PM 8    ME, OR I THINK I SAID THE THING, THAT'S GOING TO DO THAT FOR

01:35PM 9    ME.  SHOW IS THE THING THAT'S GOING TO DO THAT FOR ME.

01:35PM 10   SO I TYPE THE QUESTION MARK AND I GET ALL, KIND OF THE NEXT

01:35PM 11   LEVEL OF COMMANDS, LIKE ALL THE OTHER, THE THINGS THAT I CAN

01:35PM 12   SHOW, RIGHT?  THOSE WOULD BE CALLED THE HELP DESCRIPTIONS.

01:35PM 13   TELLING A NETWORK ADMINISTRATOR, BECAUSE THAT'S WHAT THE

01:35PM 14   AUDIENCE IS FOR THESE THINGS, THESE ARE THE PEOPLE WHO USE

01:35PM 15   THESE INTERFACES, WHAT THEY CAN DO.

01:35PM 16       THEN THERE'S GOING TO BE A PARTICULAR ARRANGEMENT OF SOME

01:35PM 17   MODES AND PROMPTS.  IN OTHER WORDS, HOW VARIOUS MODES OF

01:35PM 18   OPERATION, INCLUDING THE PROMPT THAT TELLS YOU KIND OF

01:35PM 19   INDICATES THAT USER, WHAT MODE THEY ARE IN, AND HOW THOSE ARE

01:36PM 20   ARRANGED IN THE CISCO USER INTERFACE.

01:36PM 21       SO THOSE ARE THE THINGS THAT WE ARE GOING TO BE TALKING

01:36PM 22   ABOUT HERE.

01:36PM 23       AND LET ME JUST KIND OF RUN THROUGH -- AND THEN OF COURSE

01:36PM 24   YOU HEARD SOME OF THIS, THERE ARE USER MANUALS, WHICH ARE NOT

01:36PM 25   PART OF THE USER INTERFACE.  THEY DESCRIBE SOME OF THE

01:36PM  1    OPERATION OF THE USER INTERFACE, AND THERE WAS COPYING THERE AS

01:36PM  2    WELL.

01:36PM  3         SO LET ME RUN THROUGH AN EXAMPLE HERE.  SO HERE I HAVE, I'M

01:36PM  4    IN A PARTICULAR MODE OF OPERATION, AND IT GIVES ME A PROMPT, IN

01:36PM  5    THIS CASE IT'S A POUND SIGN.  AND HERE I'VE DEPICTED A NETWORK

01:36PM  6    ADMINISTRATOR THAT'S SITTING THERE THAT WANTS TO GET SOME

01:36PM  7    INFORMATION HERE ABOUT THE NETWORK.

01:36PM  8         SO HE WILL TYPE IN A MULTIWORD COMMAND.  I SHOWED ONE OF

01:36PM  9    THEM CALLED SHOW INVENTORY.  AND YOU ARE GOING TO HEAR SOME

01:36PM 10    TESTIMONY, MAYBE THIS AFTERNOON, MAYBE TOMORROW, ABOUT THIS

01:36PM 11    PARTICULAR COMMAND, THIS SHOW INVENTORY COMMAND.

01:36PM 12         AND THAT WILL THEN, AS I SHOWED, BE SENT TO THE SWITCH.

01:37PM 13         AND THEN THE SCREEN OUTPUT WILL COME BACK, IN OTHER WORDS,

01:37PM 14    THE COMMAND OUTPUT.  WHAT KIND OF INFORMATION DID YOU ASK FOR?

01:37PM 15    WHAT KIND OF INFORMATION DO I HAVE?

01:37PM 16         AND THAT COMES BACK AND IS DISPLAYED IN A PARTICULAR WAY,

01:37PM 17    BECAUSE WHEN YOU THINK ABOUT IT, A USER NETWORK ADMINISTRATOR,

01:37PM 18    THEY EXPECT IT A PARTICULAR WAY.  IF THE INFORMATION IS JUST

01:37PM 19    RANDOMLY ON THERE, THAT'S DIFFICULT FOR THEM TO USE.

01:37PM 20         SO NOW I WANT TO TALK ABOUT THE HELP DESCRIPTION THAT I

01:37PM 21    JUST WAS DESCRIBING A BIT HERE.

01:37PM 22         SO HERE I'M -- I HAVE MY PROMPT, AND NOW I TYPE IN SHOW,

01:37PM 23    AND QUESTION MARK, BECAUSE I CAN'T REMEMBER WHAT VARIOUS THING

01:37PM 24    IT IS THAT I CAN SHOW.  I SEND THAT TO THE SWITCH.

01:37PM 25         AND IT WILL SEND ME BACK INFORMATION THAT HAS THE VARIOUS

01:37PM  1    HELP DESCRIPTIONS THERE.  IN OTHER WORDS, KIND OF WHAT'S THE

01:37PM  2    NEXT LEVEL OF THE COMMAND, WHAT KINDS OF THINGS CAN I DO?

01:37PM  3        SO THAT'S A BASIC DESCRIPTION OF WHAT THE ORGANIZATION IS

01:38PM  4    HERE THAT WE ARE GOING TO BE TALKING ABOUT IN THIS PARTICULAR

01:38PM  5    CASE.

01:38PM  6        AND HERE WHAT I'M SHOWING, THERE'S 506 OF THESE MULTIWORD

01:38PM  7    COMMANDS THAT ARE AT ISSUE HERE.  SO IN OTHER WORDS, 506 THAT

01:38PM  8    WE BELIEVE THE EVIDENCE WILL SHOW THAT ARISTA TOOK AND COPIED,

01:38PM  9    RIGHT?  AND I'M REFERRING TO THE PROTECTABLE -- EXCUSE ME --

01:38PM  10   WHAT HER HONOR REFERRED TO AS THE PROTECTABLE ELEMENTS.

01:38PM  11       WELL, I DON'T HAVE TIME, BECAUSE WE WOULD BE HERE UNTIL

01:38PM  12   JUNE, PERHAPS, IF I BROUGHT IN A WITNESS TO TESTIFY ABOUT EVERY

01:38PM  13   SINGLE COMMAND.  WE JUST DON'T HAVE TIME TO DO THAT.

01:38PM  14       BUT WHAT YOU ARE GOING TO HEAR IS ABOUT THE PROCESS, THE

01:38PM  15   PROCESS AT CISCO ABOUT HOW THESE COMMANDS ARE AUTHORED, WHAT

01:38PM  16   KIND OF DEBATE GOES INTO THAT, WHAT KIND OF CHOICES ARE MADE,

01:39PM  17   NOT JUST IN THE WORDS THEMSELVES, BUT IN THE STRUCTURE OF THE

01:39PM  18   COMMANDS.  AND I WILL EXPLAIN A LITTLE BIT, YOU KNOW, THE

01:39PM  19   SEQUENCING OF THE WORDS, WHY THAT'S IMPORTANT.

01:39PM  20       SO YOU KNOW, HERE I JUST HAVE A FEW, AND YOU ARE GOING TO

01:39PM  21   HEAR SOME INFORMATION ABOUT THESE COMMANDS.  AND YOU WILL SEE

01:39PM  22   THAT THERE ARE WORD CHOICES THAT GO INTO THOSE AND YOU WILL

01:39PM  23   HEAR TESTIMONY FROM SOME CISCO WITNESSES, INCLUDING MR. REMAKER

01:39PM  24   AND MR. LOUGHEED, THAT THERE ARE OFTENTIMES SOME HEALTHY DEBATE

01:39PM  25   AMONG THE ENGINEERS AT CISCO ABOUT WHAT THEY SHOULD BE

01:39PM 1    CHOOSING, AND THERE'S VARIOUS FACTORS THAT GO INTO THAT.

01:39PM 2        BUT THERE'S ANOTHER THING THAT'S IMPORTANT HERE WHEN WE

01:39PM 3    TALK ABOUT THE COMMANDS.  YOU ARE GOING TO HEAR FROM ARISTA

01:39PM 4    THAT THESE AREN'T ORIGINAL, RIGHT?  THESE ARE NOT SOMETHING

01:39PM 5    THAT CISCO SHOULD BE ABLE TO PROTECT.

01:39PM 6        JUST ONE POINT ON THAT BEFORE I GO ANY FURTHER.  YOU ARE

01:39PM 7    NOT GOING TO HEAR ANY EVIDENCE FROM ARISTA THAT A SINGLE ONE OF

01:40PM 8    THESE COMMANDS -- REMEMBER I TOLD YOU GO BACK IN TIME AND PUT

01:40PM 9    YOURSELF BACK TO WHEN THESE THINGS WERE BEING CREATED AND WHAT

01:40PM 10   THE STATE OF THINGS WERE -- YOU ARE NOT GOING TO HEAR THAT

01:40PM 11   THERE'S A SINGLE ONE OF THESE THAT WERE USED BEFORE CISCO CAME

01:40PM 12   UP WITH IT, NOT ONE.

01:40PM 13       SO KEEP THAT IN MIND.

01:40PM 14       BUT ANOTHER THING THAT YOU ARE GOING TO HEAR ABOUT,

01:40PM 15   BECAUSE, YOU KNOW, I HAVE THAT PICTURE AND IT LOOKS A LITTLE

01:40PM 16   CHAOTIC, RIGHT, WHEN YOU PUT THE COMMANDS UP THAT WAY AND THEY

01:40PM 17   ARE ALL KIND OF INTERSPERSED.  YOU KNOW, I'VE DONE SOMETHING

01:40PM 18   HERE AND YOU WILL SEE I'VE COLOR CODED AND PULLED OUT THE ONES

01:40PM 19   THAT BEGIN WITH IP, RIGHT?

01:40PM 20       AND YOU ARE GOING TO HEAR FROM MR. REMAKER, AND OTHERS,

01:40PM 21   WHAT THE SIGNIFICANCE OF THIS IS.  THERE'S A SEQUENCE THAT'S

01:40PM 22   IMPORTANT.

01:40PM 23       SO IN OTHER WORDS, IT DOESN'T -- YOU CAN'T JUST PUT THE

01:40PM 24   WORDS TOGETHER AND SAY, OKAY, IT'S ALL THE SAME, IT DOESN'T

01:40PM 25   MATTER.

01:40PM   1        BECAUSE WHAT YOU ARE TRYING TO DO -- REMEMBER, THESE

01:40PM   2    NETWORK ADMINISTRATORS ARE OUT THERE AND IT'S A TIME-CRITICAL

01:41PM   3    SITUATION AND THEY'VE GOT TO BE ABLE TO USE THIS IN A, YOU

01:41PM   4    KNOW, IN THE MANNER THEY NEED TO USE IT IN.

01:41PM   5        SO YOU'VE GOT TO MAKE SOME CHOICES ABOUT HOW YOU ARE GOING

01:41PM   6    TO STRUCTURE THESE COMMANDS.  AND YOU WILL HEAR THE TERM

01:41PM   7    "HIERARCHY," WHICH IS REALLY JUST HOW THE SEQUENCES OF WORDS

01:41PM   8    ARE ORGANIZED IN THE PARTICULAR COMMAND.  AND THERE'S DEBATE

01:41PM   9    THAT GOES ON ABOUT THAT, BECAUSE HERE FOR IP, FOR EXAMPLE --

01:41PM   10   AND YOU WILL HEAR ABOUT SOME OF THIS FROM MR. LOUGHEED -- IT

01:41PM   11   WASN'T AN OBVIOUS CHOICE TO DO THAT.  IN FACT, ORIGINALLY HE

01:41PM   12   SIMPLY -- HE DIDN'T EVEN USE THE TERM "IP," RIGHT?  HE MIGHT

01:41PM   13   SIMPLY USE THE TERM "ADDRESS," BECAUSE BACK AT THAT TIME HE

01:41PM   14   WASN'T WORRIED ABOUT OTHER PROTOCOLS THAT THE SWITCH MIGHT BE

01:41PM   15   ABLE TO USE.

01:41PM   16       SO THERE'S -- THERE IS CREATIVITY THAT GOES INTO THIS

01:41PM   17   BECAUSE WHAT IT DOES IS IT CREATES A MENTAL MODEL FOR THE USER.

01:41PM   18   YOU KNOW, IT'S A WAY FOR THEM TO THINK ABOUT IT AND SAY, I KNOW

01:41PM   19   I WANT TO DO SOMETHING RELATED TO IP, SO I'M GOING TO THINK

01:42PM   20   THAT THAT'S WHERE THESE COMMANDS MIGHT BE BECAUSE IT'S

01:42PM   21   FUNCTIONALITY THAT'S RELATED TO THAT.  AND SO THAT'S THE WAY,

01:42PM   22   IF YOU THINK, AS THE DESIGNER, THAT THAT'S THE PREDOMINANT WAY

01:42PM   23   SOMEBODY IS GOING TO THINK ABOUT THIS, AND THIS IS PART OF THE

01:42PM   24   DEBATE THAT'S GOING ON, THAT'S THE WAY YOU ARE GOING TO

01:42PM   25   ORGANIZE IT.

01:42PM   1       AS OPPOSED TO -- LET ME GO TO ANOTHER ONE.  SEE, HERE'S

01:42PM   2   SHOW.  AND SHOW IS WHAT CISCO CAME UP WITH WHEN YOU WANTED TO

01:42PM   3   DISPLAY INFORMATION OR PRINT.  YOU KNOW, THERE WERE DIFFERENT

01:42PM   4   THINGS, AND YOU WILL HEAR TESTIMONY ABOUT THAT, WAY BACK, THAT

01:42PM   5   OTHER SYSTEMS HAD USED FOR THAT KIND OF FUNCTIONALITY.

01:42PM   6       SO WHEN THEY WANTED TO SHOW CERTAIN INFORMATION THAT WAS IN

01:42PM   7   THE NETWORK, AND THAT WAS PREDOMINANTLY WHAT YOU WANTED TO DO,

01:42PM   8   YOU WOULD SAY, I WANT TO CREATE A COMMAND THAT'S WITHIN THIS

01:42PM   9   SHOW HIERARCHY.

01:42PM  10       IN OTHER WORDS, SHOW WOULD BE WHAT WE CALL THE PARENT.  IN

01:42PM  11   OTHER WORDS, THE FIRST WORD IN THIS ONE.

01:42PM  12       AND YOU WILL SEE HERE -- IT'S INTERESTING, BECAUSE YOU WILL

01:43PM  13   SEE SEVERAL OF THEM THAT SAY SHOW IP, BGP, NEIGHBORS IS ONE.

01:43PM  14   SHOW IP INTERFACE, IPV6, SO THERE ARE ONES IN THERE THAT

01:43PM  15   ACTUALLY REFER TO FUNCTIONALITY IN THE IP PROTOCOL.

01:43PM  16       BUT THE TESTIMONY IS GOING TO BE, SOMEBODY SAT THERE AND

01:43PM  17   MADE THE DECISION, NO, THAT'S NOT WHAT I WANT TO DO.  THAT'S

01:43PM  18   NOT HOW I WANT TO SEQUENCE THIS COMMAND.  THAT'S NOT HOW I WANT

01:43PM  19   TO STRUCTURE THIS COMMAND.

01:43PM  20       WHAT I WANT TO DO, I THINK PREDOMINANTLY WHEN SOMEBODY IS

01:43PM  21   THINKING ABOUT THIS, THEY ARE GOING TO WANT TO -- THEY ARE

01:43PM  22   GOING TO BE THINKING ABOUT WHAT INFORMATION THEY CAN SHOW.

01:43PM  23       AND THOSE DECISIONS WERE MADE, AND THAT'S PART OF THE

01:43PM  24   ORIGINALITY AND CREATIVITY PROCESS YOU ARE GOING TO HEAR.  YOU

01:43PM  25   ARE NOT GOING TO HEAR IT WITH RESPECT TO EVERY SINGLE ONE OF

01:43PM 1      THESE COMMANDS BECAUSE I DON'T HAVE TIME FOR THAT.  BUT YOU

01:43PM 2      WILL HEAR TESTIMONY ABOUT THIS PROCESS AND THIS DEBATE.

01:43PM 3          YOU WILL HEAR ABOUT A FEW OF THEM, THOUGH.  AND HERE'S ONE

01:43PM 4      THAT YOU WILL HEAR ABOUT FROM MR. REMAKER, BECAUSE MR. REMAKER

01:44PM 5      WAS ACTUALLY THE AUTHOR OF THIS PARTICULAR COMMAND.  THAT'S ONE

01:44PM 6      CALLED SHOW INVENTORY, RIGHT?  AND SHOW INVENTORY, YOU MAY LOOK

01:44PM 7      AT THAT AND SAY, OH, THOSE ARE COMMON WORDS.

01:44PM 8          BUT REMEMBER, THAT'S NOT THE AUDIENCE FOR THIS.  WE ARE

01:44PM 9      GOING BACK IN TIME AND THINKING ABOUT WHAT WOULD BE -- WHAT

01:44PM 10     WOULD MAKE SENSE WITHIN THE EXISTING STRUCTURE OF THIS USER

01:44PM 11     INTERFACE AND WHAT WOULD MAKE SENSE TO THE PEOPLE THAT NEED TO

01:44PM 12     USE THIS IN CRITICAL TIMES, RIGHT?

01:44PM 13         AND WHAT YOU ARE GOING TO HEAR FROM MR. REMAKER IS THERE

01:44PM 14     WAS CONSIDERABLE DEBATE, CONSIDERABLE DISCUSSION BACK AND FORTH

01:44PM 15     ABOUT HOW TO STRUCTURE THIS.  IN OTHER WORDS, SHOULD I PUT IT

01:44PM 16     AS I SAID UNDER THE "SHOW HIERARCHY," SHOULD I MAKE SHOW THE

01:44PM 17     FIRST WORD, OR SHOULD I CREATE A WHOLE NEW ONE THAT'S FOR

01:44PM 18     INVENTORY BECAUSE I'M GOING TO CREATE SOMETHING WHERE I WANT TO

01:44PM 19     DO A WHOLE BUNCH OF DIFFERENT THINGS REGARDING THE INVENTORY

01:44PM 20     PIECE.  OKAY.  IT WAS DECIDED WE ARE GOING TO HAVE SHOW BE THE

01:44PM 21     SEQUENCE.  I'M GOING TO PUT IT IN THAT HIERARCHY.

01:45PM 22         BUT THEN THERE WAS ALL SORTS OF DEBATE ABOUT WHAT WORD AM I

01:45PM 23     GOING TO USE, RIGHT?  SERIAL?  HARDWARE?  AND HE'S GOING TO

01:45PM 24     TELL YOU, SOME OF THESE WERE TAKEN, SOME OF THEM DIDN'T MAKE

01:45PM 25     SENSE.

01:45PM  1        AND, IN FACT, YOU ARE GOING TO HEAR THE WAY THAT SOME OF

01:45PM  2   THE INDUSTRY REFERRED TO THE PIECE OF EQUIPMENT THAT'S ACTUALLY

01:45PM  3   BEING, YOU ARE GETTING INFORMATION ABOUT HERE, THE MODULES

01:45PM  4   WITHIN THE BOARD -- OR EXCUSE ME -- WITHIN THE SWITCH, THEY

01:45PM  5   WERE REFERRED TO DIFFERENTLY.

01:45PM  6        SO THEY WENT ACTUALLY IN A DIFFERENT DIRECTION THAN HOW

01:45PM  7   PEOPLE REFERRED TO THOSE.  AND YOU ARE GOING TO HEAR ABOUT THAT

01:45PM  8   PROCESS.

01:45PM  9        YET, YOU ARE GOING TO HEAR FROM ARISTA NOT CREATED, RIGHT,

01:45PM 10   TOTALLY DICTATED BY THE FUNCTION, NO CHOICES, ANY OF THOSE

01:45PM 11   KINDS OF THINGS.  THAT'S WHAT YOU ARE GOING TO HEAR.

01:45PM 12        WELL, THAT'S JUST NOT THE CASE.  AND YOU ARE GOING TO

01:45PM 13   LISTEN TO THIS PROCESS THAT PEOPLE WENT THOUGH AND YOU ARE

01:45PM 14   GOING TO SEE THAT THAT ISN'T THE CASE.

01:46PM 15        YOU KNOW WHAT ELSE YOU ARE GOING TO HEAR?  WE ARE GOING TO

01:46PM 16   HEAR FROM PEOPLE THAT ARE CURRENTLY EMPLOYED BY ARISTA, AND WE

01:46PM 17   ARE GOING TO SEE EVIDENCE THAT WHEN THEY WERE WORKING ON THIS

01:46PM 18   KIND OF THING, IN OTHER WORDS, FIGURING OUT HOW THE COMMANDS

01:46PM 19   WERE GOING TO BE STRUCTURED AND WHAT TERMS THEY WERE GOING TO

01:46PM 20   USE, WHEN THEY WERE AT CISCO, THAT THEY ACTUALLY, AND THIS IS

01:46PM 21   FROM MR. ADAM SWEENEY, THIS WAS -- YOU CAN SEE THIS E-MAIL WAS

01:46PM 22   SENT WHILE HE WAS AT CISCO WORKING ON THIS.  HE'S NOW AT

01:46PM 23   ARISTA.  I WANT TO BE CLEAR ABOUT THAT.

01:46PM 24        BUT WHAT HE SAID IS, I AGREE THAT CLI NAMING IS VERY

01:46PM 25   SUBJECTIVE.  VERY SUBJECTIVE.

01:46PM   1          SO THAT IS WHAT THEY SAID THEN.

01:46PM   2          AND NOW THEY -- HE KIND OF BACKS AWAY FROM IT A LITTLE BIT.

01:46PM   3   BUT HE AGREES IT'S VERY SUBJECTIVE.

01:46PM   4          YET HERE IN THIS CASE, THEY WANT TO TELL YOU, OH, IT ISN'T,

01:47PM   5   IT'S NOT SUBJECTIVE, IT'S NOT CREATIVE.

01:47PM   6          SO THINK ABOUT WHAT WAS SAID BEFORE WE GOT TO THIS CASE.

01:47PM   7   THINK ABOUT WHAT PEOPLE WERE SAYING ABOUT IT, AND THINK ABOUT

01:47PM   8   WHAT THAT PROCESS WAS BEFORE WE GOT TO THIS CASE.

01:47PM   9          NOW, I TALKED A LITTLE BIT ABOUT THE INDUSTRY STANDARD,

01:47PM  10   RIGHT?  BECAUSE WHAT ARISTA -- ANOTHER THING THEY ARE GOING TO

01:47PM  11   TELL YOU IN THIS CASE IS I -- EVERYBODY ELSE WAS USING IT,

01:47PM  12   RIGHT, EVERYBODY ELSE WAS OUT THERE USING IT, AND THEREFORE I

01:47PM  13   SHOULD BE ABLE TO USE IT TOO.

01:47PM  14          WELL, WE KNOW FROM THIS THAT WHEN THEY USED THE TERM

01:47PM  15   "INDUSTRY STANDARD," MR. DALE USED THAT TERM, IT'S A JOKE FOR

01:47PM  16   SAYING IT'S THE SAME AS CISCO, RIGHT?  THAT'S A JOKE.

01:47PM  17          NOW, WE ALSO KNOW FROM SOME OF ARISTA'S INTERNAL E-MAILS

01:47PM  18   THAT THEY BELIEVED THAT THEY WERE ACTUALLY MORE LIKE CISCO THAN

01:47PM  19   EVERYBODY ELSE.  YOU ARE GOING TO HEAR THAT PEOPLE ARE OUT

01:47PM  20   THERE EMULATING CISCO AND THAT THERE ARE DOCUMENTS WITHIN CISCO

01:48PM  21   THAT REFER TO INDUSTRY STANDARDS, SURE.

01:48PM  22          CISCO -- AND YOU ARE GOING TO HEAR TESTIMONY THAT THAT'S

01:48PM  23   THE GOLD STANDARD.  YOU KNOW, WE ARE AN INDUSTRY LEADER.  WE

01:48PM  24   INVENT THESE THINGS, RIGHT?  WE EXPECT THERE'S GOING TO BE SOME

01:48PM  25   EMULATION.

01:48PM 1      WELL, HERE, ARISTA, WHAT THEY TOLD US IS THEY HAVE BY FAR

01:48PM 2   THE MOST SIMILAR ONE.  THAT'S THE TRUE INDUSTRY STANDARD.

01:48PM 3      SO IN OTHER WORDS, THEY ARE IN -- THEY ARE TELLING EACH

01:48PM 4   OTHER, YEAH, OTHER PEOPLE MIGHT DO SOME THINGS, BUT WE DO IT

01:48PM 5   THE MOST, RIGHT?  WE COPY THE MOST.  WE ARE 99.999 PERCENT

01:48PM 6   DROP-IN REPLACEMENT.

01:48PM 7      OKAY.  SO LET ME TELL YOU ONE THING STRAIGHT UP.  CISCO

01:48PM 8   DOESN'T LIKE TO BE HERE.  WE DON'T LIKE TO FILE LAWSUITS.  AND

01:48PM 9   IT HASN'T HAPPENED IN THE HISTORY OF THE COMPANY VERY OFTEN.

01:48PM 10  IN FACT, IN THIS COUNT, ONE OTHER TIME.

01:48PM 11     ONE OTHER TIME THIS HAPPENED, AND THERE WAS A COMPANY

01:49PM 12  CALLED HUAWEI THAT WAS OUT THERE.  AND THEY DID A VERY SIMILAR

01:49PM 13  THING.  AND THIS WAS FROM THE COMPLAINT, THEY CLONED THE CISCO

01:49PM 14  INTELLECTUAL PROPERTY AND THEY SLAVISHLY COPIED IT.

01:49PM 15     THAT'S WHAT HAPPENED.  THEY ARE OUT THERE.

01:49PM 16     WE ARE CISCO, WE ARE GOING TO TAKE YOU WHOLESALE, AND THE

01:49PM 17  LAWSUIT WAS FILED.

01:49PM 18     ULTIMATELY HUAWEI CHANGED.  THEY CHANGED WHAT THEY WERE

01:49PM 19  DOING AND THEY STOPPED USING THIS.  YOU ARE GOING TO HEAR THAT

01:49PM 20  EVIDENCE.

01:49PM 21     NOW, HERE'S SOME OF ARISTA'S OWN DOCUMENTS.  THIS IS THEIR

01:49PM 22  OWN DESCRIPTION.  THEY SAY THE SAME THINGS.  THEY USE THE SAME

01:49PM 23  WORDS.  THIS SYSTEM IS A VERY CLOSE CLONE OF THE IOS CLI.  WE

01:49PM 24  ACTUALLY COPIED IT SLAVISHLY.

01:49PM 25     SAME WORDS, SAME TERMS.  IT'S THE SAME SITUATION.

01:49PM 1      SO YEAH, CISCO IS FINE.  WE WILL BE THE INDUSTRY LEADER.

01:49PM 2   WE RECOGNIZE WHEN YOU ARE THE LEADER YOU ARE GOING TO BE

01:49PM 3   EMULATED.

01:49PM 4      BUT THAT'S A VERY DIFFERENT THING THAN GOING OUT AND

01:49PM 5   CLONING AND TELLING THE MARKET, WE ARE THE SAME, AND USING OUR

01:49PM 6   INTELLECTUAL PROPERTY TO COMPETE AGAINST US.  THAT'S A VERY,

01:50PM 7   VERY DIFFERENT THING.

01:50PM 8      NOW, LET ME TALK A LITTLE BIT ABOUT THE PATENT HERE, THE

01:50PM 9   CISCO PATENT, THE UNIFIED INTERFACE PATENT.  YOU ARE GOING TO

01:50PM 10  HEAR ABOUT THIS SO YOU DON'T HAVE TO ABSORB ALL THE DETAILS

01:50PM 11  NOW.  BUT THIS IS SOMETHING THAT GOES BACK TO THE TECHNOLOGY

01:50PM 12  THAT CISCO WAS WORKING ON IN 2000, RIGHT, BACK AND PREVIOUS TO

01:50PM 13  THE 2000 TIMEFRAME.

01:50PM 14     AND WHAT IT REALLY IS, IT'S SOMEWHAT RELATED TO WHAT I WAS

01:50PM 15  TALKING ABOUT AND ALSO SOME OTHER THINGS.

01:50PM 16     SO YOU MAY HAVE -- LET'S JUST THINK OF A USER INTERFACE.  I

01:50PM 17  HAVE A USER INTERFACE OUT THERE, AND I MIGHT WANT TO EXTEND,

01:50PM 18  LIKE ADD FUNCTIONALITY TO A PARTICULAR PRODUCT.

01:50PM 19     WELL, I DON'T NECESSARILY WANT TO HAVE TO CHANGE THE ENTIRE

01:50PM 20  USER INTERFACE TO DO THAT BECAUSE THAT MAKES IT HARDER FOR

01:50PM 21  CUSTOMERS.

01:50PM 22     SO ONE OF THE THINGS YOU CAN DO WHEN YOU HAVE THESE

01:50PM 23  MANAGEMENT PROGRAMS AND AGENTS, IN ORDER TO EXPAND THINGS, YOU

01:50PM 24  CAN ACTUALLY -- AND THIS IS THE CISCO PATENT, YOU WILL LEARN

01:50PM 25  MORE ABOUT IT -- YOU CAN HAVE SOME SOFTWARE THAT SITS IN THE

01:51PM 1    MIDDLE THAT BASICALLY ACTS LIKE A TRANSLATOR FOR YOU.

01:51PM 2        SO I DON'T HAVE TO CHANGE THAT USER INTERFACE.  I CAN STILL

01:51PM 3    ACCESS ALL THAT FUNCTIONALITY WITHOUT THE USER HAVING TO LEARN

01:51PM 4    BASICALLY A WHOLE NEW LANGUAGE, RIGHT?

01:51PM 5        WELL, THIS IS WHAT'S GOING TO BE ACCUSED.  SEE ARISTA, THEY

01:51PM 6    USE EXACTLY THE SAME KIND OF THING.  AND THEY USE THIS THING

01:51PM 7    CALLED SYSTEM DATABASE IN THE MIDDLE.  THAT'S THEIR TRANSLATOR

01:51PM 8    THAT SITS IN THE MIDDLE.  THEY USE THE SAME TECHNOLOGY THAT'S

01:51PM 9    DISCLOSED IN CISCO'S PATENT AND CLAIMED IN CISCO'S PATENT.

01:51PM 10       AND HERE, DRAWING IT A DIFFERENT WAY, THEY ACTUALLY EVEN

01:51PM 11   USE SOME OF THE SAME TERMINOLOGY ABOUT MANAGEMENT AGENTS AND

01:51PM 12   PROGRAMS BEING USED TO EXPAND THE FUNCTIONS AND THIS SYSDB

01:51PM 13   FUNCTIONALITY THAT YOU ARE GOING TO HEAR A LOT ABOUT.

01:51PM 14       SO ARISTA IS GOING TO TELL YOU, HEY, WE WENT OUT AND DID

01:51PM 15   SOMETHING TOTALLY NEW AND SOMETHING TOTALLY DIFFERENT.

01:52PM 16       BUT PART OF THE WAY THEY DID THAT IS, IN ADDITION TO THE

01:52PM 17   USER INTERFACE THAT THEY TOOK, THERE'S OTHER TECHNOLOGY IN THAT

01:52PM 18   SWITCH THAT'S CISCO'S TECHNOLOGY THAT THEY ARE USING TO CREATE

01:52PM 19   THAT FUNCTIONALITY.

01:52PM 20       NOW, I JUST WANTED TO SUM THINGS UP HERE FOR YOU A LITTLE

01:52PM 21   BIT BECAUSE YOU ARE GOING TO HEAR SOME DIFFERENT THINGS.

01:52PM 22       OBVIOUSLY THERE'S TWO SIDES OF EVERY STORY, AND I

01:52PM 23   UNDERSTAND THAT, BUT ARISTA IS GOING TO TELL YOU, HEY, THIS IS

01:52PM 24   ABOUT THE USER INTERFACE.  I DIDN'T TAKE THAT MUCH.  IT WAS

01:52PM 25   FAIR FOR ME TO DO IT, RIGHT?

01:52PM 1        THEY ARE ALSO GOING TO TELL YOU, I DID THIS WHOLE NEW

01:52PM 2    SWITCH ON THIS WHOLE NEW TECHNOLOGY.  I DID THIS WHOLE NEW

01:52PM 3    SOURCE CODE AND IT DOESN'T HAVE ANYTHING TO DO WITH CISCO'S

01:52PM 4    PRODUCT.

01:52PM 5        WELL, FIRST OF ALL, DON'T GET CONFUSED.  THE USER

01:52PM 6    INTERFACE, YOU CAN IMPLEMENT THAT WITH ALL DIFFERENT KINDS OF

01:52PM 7    SOURCE CODE.  IT DOESN'T CHANGE THAT YOU INFRINGE THE

01:52PM 8    COPYRIGHTS ON THE USER INTERFACE.

01:52PM 9        BUT THE OTHER THING IS THE PATENT, THE ALLEGATIONS IN THE

01:52PM 10   PATENT, YOU ARE GOING TO SEE THAT THE FUNCTIONALITY, IT'S IN

01:53PM 11   THE SOURCE CODE.  THAT'S WHERE IT'S FOUND.  IT'S THERE IN THE

01:53PM 12   SWITCH.

01:53PM 13       SO WE ARE NOT TALKING ABOUT SOMETHING THAT'S COMPLETELY AND

01:53PM 14   TOTALLY AND UTTERLY DIFFERENT.  THERE ARE -- WE HAVE THE USER

01:53PM 15   INTERFACE, AND WE HAVE THE PATENT THAT GOES TO FUNCTIONALITY

01:53PM 16   THAT'S IMPLEMENTED IN THIS SOURCE CODE IN THE SWITCH.

01:53PM 17       SO NOW LET ME JUST KIND OF SUMMARIZE A LITTLE BIT OF WHAT I

01:53PM 18   SAID, AND I VERY MUCH APPRECIATE YOUR ATTENTIVENESS, IT IS VERY

01:53PM 19   IMPRESSIVE.

01:53PM 20       NOW, WHAT ARE YOU GOING TO HEAR FROM ARISTA -- AND I'VE

01:53PM 21   PREVIEWED SOME OF THE STUFF -- NOT VALUABLE, NOBODY USES IT,

01:53PM 22   NOBODY NEEDS IT.  RIGHT?  IN TERMS OF THE USER INTERFACE, THEY

01:53PM 23   DON'T REALLY.

01:53PM 24       BUT THEN THEY ARE ALSO GOING TO TELL YOU, WELL, WE HAD TO

01:53PM 25   USE IT.  WE COULDN'T GET INTO THE MARKET.  WE COULDN'T HAVE

01:53PM 1   CUSTOMERS.  THEY WOULDN'T BUY OUR PRODUCT IF WE DIDN'T DO IT.

01:53PM 2        THINK ABOUT THAT.  BOTH OF THOSE THINGS CAN'T BE TRUE.

01:53PM 3        BUT YOU ARE GOING TO HEAR BOTH OF THOSE THINGS FROM THEM.

01:53PM 4        YOU ARE ALSO GOING TO HEAR, WE DIDN'T TAKE MUCH, JUST A

01:54PM 5   LITTLE BIT.

01:54PM 6        BUT REMEMBER, AS I TOLD YOU, THEY TOOK WHAT THEY NEEDED.

01:54PM 7   AND, IN FACT, THEY ARE OUT THERE TELLING CUSTOMERS, POTENTIAL

01:54PM 8   CUSTOMERS, WE ARE A DROP-IN REPLACEMENT.

01:54PM 9        SO IN THE CASE THEY ARE GOING TO TELL YOU, I DIDN'T TAKE

01:54PM 10  MUCH.

01:54PM 11       BUT WHEN THEY ARE OUT THERE TRYING TO SELL PRODUCT AND SELL

01:54PM 12  TO CUSTOMERS, THEY ARE LIKE, I AM A DROP-IN REPLACEMENT.

01:54PM 13       THEY ARE ALSO GOING TO SAY, HEY, IT'S NOT CREATIVE.

01:54PM 14       REMEMBER I WENT THROUGH THAT AND I TALKED TO YOU ABOUT

01:54PM 15  THAT.  I COULD COPY YOUR USER INTERFACE BECAUSE IT'S NOT

01:54PM 16  CREATIVE.  THERE'S NOTHING IN THERE THAT SHOULD BE PROTECTED.

01:54PM 17       WELL, WE SAW THAT WHEN THOSE SAME, MANY OF THOSE SAME

01:54PM 18  INDIVIDUALS WERE WORKING ON THAT USER INTERFACE, THEY SAID IT

01:54PM 19  WAS SUBJECTIVE.  IT WAS CREATIVE.  THERE WAS A LOT OF DEBATE

01:54PM 20  THAT WAS GOING BACK AND FORTH.

01:54PM 21       SO, I MEAN, THINK ABOUT THAT AS YOU ARE GOING THROUGH.

01:54PM 22  IT'S SO IMPORTANT AS YOU ARE EVALUATING THIS EVIDENCE IN THIS

01:54PM 23  CASE TO PUT YOURSELF OUT OF THE LAWSUIT A BIT, RIGHT?

01:55PM 24  EVERYTHING GETS PRESENTED TO YOU IN THIS FISHBOWL OF A LAWSUIT.

01:55PM 25       BUT THINK ABOUT WHAT WAS SAID AND WHAT WAS DONE AND WHAT

01:55PM 1    PEOPLE DID WHEN THEY WEREN'T IN A LAWSUIT, WHEN THEY WEREN'T

01:55PM 2    BEING ACCUSED OF COPYRIGHT INFRINGEMENT, THOSE KINDS OF THINGS.

01:55PM 3    IT'S AN IMPORTANT THING AS YOU GO THROUGH AND EVALUATE THIS

01:55PM 4    EVIDENCE --

01:55PM 5        HOW MUCH TIME DO I HAVE, YOUR HONOR?

01:55PM 6            THE COURT:  TWO MINUTES.

01:55PM 7            MR. NELSON:  TWO MINUTES.  OKAY.  GOOD TIMING.

01:55PM 8        SO AS YOU GO THROUGH AND EVALUATE THAT, IT'S VERY, VERY

01:55PM 9    IMPORTANT THAT YOU KEEP THAT IN MIND AS YOU ARE EVALUATING THE

01:55PM 10   EVIDENCE BECAUSE YOU WILL NOT SEE A SINGLE DOCUMENT FROM ARISTA

01:55PM 11   THAT SAYS THAT ANYBODY DID ANY OF THIS -- THESE COMMANDS FIRST.

01:55PM 12       THEY ARE ALL UNIQUE TO CISCO OUT THERE.

01:55PM 13       YOU WON'T SEE ANYTHING THAT SAYS, HEY, I DON'T THINK THIS

01:55PM 14   IS VALUABLE BEFORE THE CASE, RIGHT?  IN FACT, WE SEE THE

01:56PM 15   OPPOSITE.  I NEED TO DO IT.  I'M OUT MARKETING TO CUSTOMERS

01:56PM 16   TELLING THEM.  IT'S A MARKETING POINT -- WE SAW IT THERE -- I'M

01:56PM 17   THE SAME AS CISCO'S CLI.

01:56PM 18       AND THEN AGAIN, I DIDN'T TAKE TOO MUCH.  YOU KNOW, IT

01:56PM 19   WASN'T THAT MUCH THAT I TOOK.

01:56PM 20       HOW CAN THAT BE SQUARED WITH GOING OUT AND TELLING PEOPLE

01:56PM 21   BEFORE THIS LAWSUIT WAS FILED, I TOOK IT ALL?  I'M A DROP-IN

01:56PM 22   REPLACEMENT.

01:56PM 23       SO AS YOU ARE GOING THROUGH -- AND I APPRECIATE YOUR

01:56PM 24   TIME -- AS YOU ARE GOING THROUGH EVALUATING, PLEASE KEEP THOSE

01:56PM 25   THINGS IN MIND.

01:56PM 1      NOW WE ARE GOING TO HAVE EVIDENCE AND YOU ARE GOING TO HEAR

01:56PM 2  THAT AND I WILL HAVE A CHANCE TO TALK TO YOU AGAIN, BUT I

01:56PM 3  REALLY APPRECIATE YOUR ATTENTIVENESS.  I APPRECIATE YOU BEING

01:56PM 4  HERE.  I REALLY DO.

01:56PM 5      ALL RIGHT.  SO THANK YOU VERY MUCH.

01:56PM 6          THE COURT:  THANK YOU, MR. NELSON.

01:56PM 7      MR. VAN NEST.

01:56PM 8          MR. VAN NEST:  THANK YOU, YOUR HONOR.  I JUST NEED A

01:56PM 9  MOMENT TO SET UP.

01:56PM 10         THE COURT:  OF COURSE.

01:56PM 11         MR. VAN NEST:  AND MAYBE OUR JURORS CAN TAKE A

01:57PM 12  STRETCH.

01:57PM 13         THE COURT:  IF YOU WANT TO STAND UP AND STRETCH,

01:57PM 14  THAT'S A GOOD THING.  WE WILL TAKE A BREAK AFTER THIS OPENING

01:57PM 15  STATEMENT, IF YOU ARE ALL WONDERING.

01:57PM 16     (PAUSE IN PROCEEDINGS.)

01:57PM 17         MR. VAN NEST:  ARE WE READY, YOUR HONOR?

01:57PM 18         THE COURT:  WE SURE ARE.

01:57PM 19

01:57PM 20         **OPENING STATEMENT BY MR. VAN NEST**

01:57PM 21

01:57PM 22         MR. VAN NEST:  THANK YOU, AND GOOD AFTERNOON,

01:57PM 23  EVERYONE.

01:57PM 24     AS YOU KNOW, MY NAME IS BOB VAN NEST, AND I'M VERY PROUD TO

01:57PM 25  BE HERE REPRESENTING ARISTA NETWORKS, ONE OF THE MOST

01:58PM 1    INNOVATIVE YOUNG TECHNOLOGY COMPANIES IN THE UNITED STATES

01:58PM 2    TODAY.  THEY ARE THE DEFENDANT IN THE LAWSUIT AND I'M VERY

01:58PM 3    HAPPY TO BE HERE ON THEIR BEHALF.

01:58PM 4        I WANT TO JOIN MR. NELSON IN THANKING ALL OF YOU FOR BEING

01:58PM 5    HERE.  WE KNOW NOT YOU ARE NOT VOLUNTEERS, BUT WE REALLY

01:58PM 6    APPRECIATE YOUR TAKING TIME OUT OF YOUR BUSY LIVES, ESPECIALLY

01:58PM 7    NOW WITH THE HOLIDAYS COMING UP, TO HELP US.  THIS IS A VERY

01:58PM 8    IMPORTANT CASE, NOT ONLY FOR ARISTA AND CISCO, BUT FOR

01:58PM 9    TECHNOLOGY AND FOR INNOVATION IN GENERAL.

01:58PM 10       NOW, THIS LAWSUIT IS AN EFFORT BY AN OLDER ESTABLISHED

01:58PM 11   COMPANY WITH OLDER TECHNOLOGY TO PREVENT FAIR COMPETITION BY A

01:58PM 12   YOUNG NEW COMPANY WITH NEW TECHNOLOGY AND BETTER PRODUCTS.

01:58PM 13       THE ARISTA SWITCHES -- AND I HAVE AN ARISTA 7500 RIGHT

01:58PM 14   HERE -- WERE DESIGNED BY ARISTA ENGINEERS USING ARISTA

01:58PM 15   TECHNOLOGY, AND THEY SPENT YEARS DOING IT AND HUNDREDS OF

01:58PM 16   MILLIONS OF DOLLARS TO GET IT WHERE IT IS TODAY.

01:59PM 17       NOW, INSIDE THE SWITCH IS SOFTWARE, AND THE ARISTA SOFTWARE

01:59PM 18   IS MADE UP OF MILLIONS OF LINES OF SOURCE CODE WRITTEN BY

01:59PM 19   ARISTA ENGINEERS.

01:59PM 20       AND I WANT TO MAKE CLEAR RIGHT UP FRONT, THERE'S NO CLAIM

01:59PM 21   AT ALL THAT ANY OF THE SOFTWARE RUNNING THE SWITCH WAS COPIED.

01:59PM 22   AND THAT'S VERY IMPORTANT.

01:59PM 23       SO AS TO THE PRODUCT AND THE SOFTWARE, WHICH WAS WRITTEN BY

01:59PM 24   ARISTA ENGINEERS, THERE'S NO CLAIM WHATSOEVER THAT EVEN ONE

01:59PM 25   LINE OF THOSE MILLIONS OF LINES OF CODE WERE COPIED.

01:59PM 1    AND IT'S THAT SOFTWARE THAT WORKS TOGETHER WITH THE

01:59PM 2    HARDWARE THAT MAKES THE SWITCH RUN AND HAS GIVEN IT THE SUCCESS

01:59PM 3    IT'S HAD TODAY.

01:59PM 4    AND THE EVIDENCE IS GOING TO SHOW THAT WHEN ARISTA'S

01:59PM 5    SWITCHES CAME ON THE MARKET, WHEN THEY WERE FIRST LAUNCHED,

01:59PM 6    THEY WERE REVOLUTIONARY.  THE SWITCHES WERE TEN TIMES FASTER,

02:00PM 7    EASIER FOR CUSTOMERS TO CUSTOMIZE, MORE RELIABLE, AND USE

02:00PM 8    ONE-FIFTH THE POWER OF ANY OF THE SWITCHES ON THE MARKET AT

02:00PM 9    THAT TIME.

02:00PM 10    AND THAT WAS A REVOLUTION.  THAT OPENED UP A NEW MARKET.

02:00PM 11    IT OPENED UP A WHOLE NEW MARKET FOR WHAT WE CALL HIGH SPEED

02:00PM 12    NETWORKING IN THE CLOUD.  CLOUD COMPUTING IS BEING ENABLED

02:00PM 13    INITIALLY BY ARISTA SWITCHES.

02:00PM 14    AND THAT'S WHY COMPANIES LIKE GOOGLE, FACEBOOK, NETFLIX,

02:00PM 15    TWITTER, MICROSOFT, THEY ARE ALL USING ARISTA SWITCHES TO

02:00PM 16    PERFORM COMPUTING IN THE CLOUD.  IT'S BEEN A BIG DEAL, AND THE

02:00PM 17    LEADER THERE HAS BEEN ARISTA.

02:00PM 18    NOW, THERE'S ALSO NO DISPUTE THAT AS TO THE CLI, THE

02:00PM 19    COMMANDS -- AND THESE ARE SHORT, SIMPLE PHRASES, THEY ARE

02:00PM 20    MANUALLY TYPED INTO A TERMINAL TO COMMUNICATE WITH THE

02:00PM 21    SWITCH -- THERE'S NO QUESTION THAT THE ARISTA SWITCHES WERE

02:01PM 22    BUILT TO RECOGNIZE SOME OF THE SAME COMMANDS THAT CISCO USES.

02:01PM 23    THAT WASN'T DONE IN SECRET.  THAT'S BEEN OPEN AND OUT

02:01PM 24    THERE.  THE CLI IS PUBLIC.  WHEN YOU PRODUCE A PRODUCT LIKE

02:01PM 25    THIS, EVERYONE CAN TELL WHAT THE CLI ARE.  EVERYBODY KNEW THAT

02:01PM 1    BACK IN 2008 AND NO ONE SAID BOO.

02:01PM 2        THAT'S BECAUSE NOBODY, INCLUDING CISCO, THOUGHT THERE WAS

02:01PM 3    ANYTHING WRONG WITH USING THE SAME COMMANDS.

02:01PM 4        WHY IS THAT?  CISCO REPEATEDLY PROMOTED ITS OWN CLI AS

02:01PM 5    INDUSTRY STANDARD, OR DE FACTO INDUSTRY STANDARD.  THEY DID

02:01PM 6    THAT IN ENGINEERING DOCUMENTS, IN CUSTOMER PRESENTATIONS, IN

02:01PM 7    MARKETING MATERIALS, IN WHITE PAPERS.  WE ARE GOING TO LOOK AT

02:01PM 8    THOSE IN JUST A FEW MINUTES.

02:01PM 9        BUT THEY WERE OUT THERE BROADCASTING THAT OUR CLI IS

02:01PM 10   INDUSTRY STANDARD, AND THEY WERE FULLY AWARE THAT OTHER

02:02PM 11   COMPANIES, COMPETITORS, DELL, HEWLETT-PACKARD, JUNIPER,

02:02PM 12   BROCADE, FORCE10, MANY WERE USING ALL THE SAME SETS OF

02:02PM 13   COMMANDS, MANY OF THE SAME COMMANDS, AND THEY TOO WERE CALLING

02:02PM 14   THEIR CLI INDUSTRY STANDARD.

02:02PM 15       CISCO SAID IT, EVERYONE ELSE SAID IT, AND ALL THE ARISTA

02:02PM 16   FOLKS THAT WERE AT CISCO AT THE TIME, THEY WERE AWARE OF THAT

02:02PM 17   TOO.  CISCO PROMOTED ITS OWN SYSTEM THAT WAY AND THEY WERE

02:02PM 18   FULLY AWARE THAT EVERYBODY ELSE WAS DOING IT TOO.

02:02PM 19       NOW, THERE'S A GOOD REASON FOR THAT.  NETWORKING REQUIRES

02:02PM 20   HAVING INDUSTRY STANDARDS THAT EVERYBODY AGREES TO USE.  THE

02:02PM 21   SWITCHES MOVE DATA AROUND AMONG COMPUTERS AND SERVERS.  AND

02:02PM 22   THOSE SWITCHES HAVE TO TALK TO EACH OTHER NO MATTER WHO MAKES

02:02PM 23   THEM.  SO THE INDUSTRY AGREES ON STANDARDS.  AND EVERYBODY

02:02PM 24   FOLLOWS THEM.  THEY ARE CALLED PROTOCOLS.

02:03PM 25       MOST, IN FACT, THE VAST MAJORITY OF THE TERMS THAT CISCO

02:03PM   1      USES IN THE COMMANDS ARE TAKEN DIRECTLY FROM THOSE PROTOCOLS.

02:03PM   2      THEY ARE WORDS THAT NETWORKING ENGINEERS KNOW AND LEARN BECAUSE

02:03PM   3      THE INDUSTRY HAS AGREED TO USE THOSE TERMS, AND HAS USED THEM,

02:03PM   4      IN THEIR PROTOCOLS.

02:03PM   5          SO THE NETWORKING FOLKS, THE FOLKS THAT RUN THE NETWORKS,

02:03PM   6      THEY WANT TO LEARN A COMMON SET OF COMMANDS AND USE IT NO

02:03PM   7      MATTER WHOSE SWITCH THEY BUY.  THEY WANT THE FREEDOM TO BUY

02:03PM   8      FROM CISCO, ARISTA, BROCADE, HP, AND OTHERS.

02:03PM   9          CISCO DOESN'T WANT THAT FREEDOM NOW.  THEY ARE UNHAPPY WITH

02:03PM  10      THAT.

02:03PM  11          BUT THAT WAS THE REALITY AT THE TIME, AND THE NETWORK

02:03PM  12      ENGINEERS ALL INSISTED, I WANT THE SAME CLI, AND SO THEY HAD

02:03PM  13      IT.

02:03PM  14          THAT'S WHY, IN 2008 WHEN ARISTA LAUNCHED, CISCO DIDN'T

02:03PM  15      OBJECT.  THEY DIDN'T COMPLAIN.

02:03PM  16          AND ALSO, THEY DIDN'T IGNORE.  THEY WENT OUT AND THEY

02:04PM  17      BOUGHT ONE OF THESE.  CISCO WENT OUT RIGHT AWAY AND BOUGHT A

02:04PM  18      SWITCH, JUST LIKE YOU WOULD EXPECT ANY GOOD COMPETITOR TO DO.

02:04PM  19      THEY WENT OUT, THEY BOUGHT IT, THEY ANALYZED IT, THEY LEARNED

02:04PM  20      RIGHT AWAY IT'S USING THE SAME CLI.

02:04PM  21          AND THEY ACTUALLY CREATED A TEAM TO COMPETE DIRECTLY WITH

02:04PM  22      ARISTA, A TIGER TEAM.

02:04PM  23          IT WASN'T UNTIL SIX YEARS LATER IN 2016, YEARS AFTER THEY

02:04PM  24      WERE AWARE OF ALL OF THIS AFTER THEIR EFFORTS TO COMPETE ON THE

02:04PM  25      MERITS WERE UNSATISFYING AND THEY WERE UNABLE TO KEEP UP, THEY

02:04PM 1    WERE UNABLE TO INNOVATE WITH ARISTA, THEN AND ONLY THEN DID

02:04PM 2    THEY FILE THIS LAWSUIT CLAIMING FOR THE VERY FIRST TIME THAT

02:04PM 3    THE USE OF THE CLI WAS A COPYRIGHT VIOLATION AND WAS WRONG.

02:04PM 4        SO THE FOLKS -- THE EVIDENCE I'M ABOUT TO REVIEW WITH YOU,

02:04PM 5    AND WE WILL GO THROUGH IT STEP BY STEP, SHOW THAT ARISTA'S USE

02:04PM 6    OF A CLI WAS DONE IN GOOD FAITH BY PEOPLE WHO WERE AWARE OF

02:04PM 7    CISCO'S PRACTICES AND UNDERSTOOD THE CLI WERE FREE TO USE.  IT

02:05PM 8    WAS DONE OPENLY.  THEY TALKED ABOUT IT.  IT WASN'T A SECRET.

02:05PM 9    IT WAS FULLY OUT THERE.

02:05PM 10       AND THEY DID NO HARM TO THE SO-CALLED CISCO CLI.  IF CISCO

02:05PM 11   IS BEHIND, IT'S BECAUSE THEY FAILED TO INNOVATE, NOT BECAUSE

02:05PM 12   ARISTA IS USING THE SAME SET OF COMMANDS THAT EVERYBODY ELSE IN

02:05PM 13   THE INDUSTRY IS USING.

02:05PM 14       AND JUDGE FREEMAN MENTIONED -- I KNOW SHE READ A LOT OF

02:05PM 15   INSTRUCTIONS, BUT ONE OF THE INSTRUCTIONS SHE READ TOLD YOU

02:05PM 16   THAT FAIR USE ALLOWS COPYING WITHOUT THE OWNER'S CONSENT UNDER

02:05PM 17   CERTAIN CONDITIONS.

02:05PM 18       AND WHEN THAT COPYING IS LIMITED AND WHEN IT IS USED TO

02:05PM 19   CREATE A BRAND-NEW TRANSFORMATIVE PRODUCT, THAT IS THE

02:05PM 20   DEFINITION OF FAIR USE, AND THAT'S WHAT HAPPENED HERE.

02:05PM 21       SO LET ME START WITH THE KEY POINTS OF EVIDENCE THAT I

02:05PM 22   EXPECT TO SHOW THIS AFTERNOON.

02:05PM 23       FIRST, I MENTIONED, AND WE WILL START THERE, THESE SWITCHES

02:06PM 24   WERE DESIGNED FROM SCRATCH.  THEY WEREN'T COPIED FROM CISCO.

02:06PM 25   ARISTA'S INNOVATION HAS TRANSFORMED ETHERNET SWITCHES FOR THE

02:06PM 1   CLOUD.  AND WE WILL TALK ABOUT WHAT THE CLOUD IS.

02:06PM 2       CISCO PROMOTED ITS OWN CLI AS AN INDUSTRY STANDARD.  THE

02:06PM 3   SAME COMMANDS THEY NOW SAY THEY CAN PROTECT, THEY TOLD

02:06PM 4   EVERYBODY THEY ARE INDUSTRY STANDARD TERMS.

02:06PM 5       AND ARISTA'S USE OF THE CLI IS A FAIR USE ABSOLUTELY

02:06PM 6   CONSISTENT WITH INDUSTRY PRACTICE.

02:06PM 7       WE WILL SHOW YOU UP SIDE AND DOWN THAT THE REST OF THE

02:06PM 8   INDUSTRY HAS BEEN USING THE SAME SET OF COMMANDS FOR YEARS

02:06PM 9   WITHOUT ANY COMPLAINT FROM CISCO.

02:06PM 10      OKAY.  LET'S START WITH ENTERPRISE NETWORKING.  LET'S GO

02:06PM 11  BACK TO THE GOOD OLD DAYS.

02:06PM 12      YOU KNOW, IN AN OFFICE, OR I WILL SAY A HOSPITAL, OR A

02:06PM 13  CAMPUS, YOU HAVE A NETWORK.  THE SWITCHES ARE WHAT TRANSMIT THE

02:06PM 14  INFORMATION AROUND AMONG THE COMPUTERS AND THEY ARE ALL

02:06PM 15  CONNECTED TO SERVERS.  SO I MIGHT HAVE A SERVER RACK LIKE THE

02:07PM 16  ONE THERE ON THE LEFT WITH FOUR SERVERS IN IT, AND I MIGHT HAVE

02:07PM 17  A SWITCH.

02:07PM 18      AND IN THE OLD DAYS EVERYBODY HAD THEIR OWN SYSTEM.

02:07PM 19  EVERYBODY HAD THEIR OWN SET UP.  IF YOU ARE IN AN OFFICE,

02:07PM 20  HOSPITAL, CAMPUS, WHATEVER.

02:07PM 21      THAT'S ALL DIFFERENT NOW.  ARISTA'S SWITCHES WERE DESIGNED

02:07PM 22  FOR USE IN THE CLOUD.

02:07PM 23      COULD I HAVE THE NEXT SLIDE.

02:07PM 24      THERE'S THE CLOUD.  WHAT'S THE CLOUD?  THE CLOUD ARE LARGE

02:07PM 25  DATA CENTERS WITH MAYBE A HUNDRED THOUSAND SERVERS OR MORE.

02:07PM 1      HUNDRED THOUSAND SERVERS AND THOUSANDS OF SWITCHES.

02:07PM 2           AND THE CLOUD IS THERE SO THAT THOUSANDS OF CUSTOMERS CAN

02:07PM 3      BE SERVICED AT THE SAME TIME.  NOT EVERYBODY HAS TO HAVE THEIR

02:07PM 4      OWN NETWORK OR THEIR OWN SERVERS.  THEY ARE BUYING SERVICE IN

02:07PM 5      THE CLOUD AT THE SAME TIME.

02:07PM 6           SO FOLKS LIKE MICROSOFT, AMAZON, GOOGLE, THEY ARE ALL

02:07PM 7      OPERATING IN THE CLOUD.  THEY MIGHT BE PROVIDING SERVICES TO

02:07PM 8      LOTS OF CUSTOMERS ALL AT THE SAME TIME.  SO THAT'S LOTS AND

02:07PM 9      LOTS OF TRANSACTIONS.

02:08PM 10          HOW CAN THEY DO THAT?  HOW CAN THEY DO THAT?  THEY NEEDED

02:08PM 11     SOMETHING DIFFERENT.  SOMETHING THAT CHANGED THE WAY THEY DID

02:08PM 12     BUSINESS.

02:08PM 13          THE ARISTA 7500, THAT'S WHAT I'VE GOT RIGHT HERE.  AS I

02:08PM 14     SAID, WHEN IT CAME OUT IT WAS TEN TIMES FASTER.  MORE RELIABLE.

02:08PM 15          AND WHEN YOU ARE RUNNING THOUSANDS OF CUSTOMER'S

02:08PM 16     TRANSACTIONS, YOU'VE GOT TO BE RELIABLE.  YOU'VE GOT TO BE

02:08PM 17     SAFE.  POWER EFFICIENT.  POWER IS MONEY.  WHEN YOU ARE RUNNING

02:08PM 18     THOUSANDS OF TRANSACTIONS, HOW MUCH POWER YOU USE IS A BIG

02:08PM 19     DEAL.

02:08PM 20          OPEN AND PROGRAMMABLE.  WHAT DOES THAT MEAN?  THEY WANTED

02:08PM 21     TO BUILD IT AS AN OPEN TYPE ARCHITECTURE.  THEY USED SOMETHING

02:08PM 22     CALLED LINUX WHICH IS AN OPEN SOURCE SYSTEM THAT LOTS OF

02:08PM 23     TECHNOLOGISTS KNOW SO CUSTOMERS COULD BUILD ON TIME.  THEY

02:08PM 24     WANTED TO HAVE A PLATFORM FOR INNOVATION SO THAT CUSTOMERS

02:08PM 25     COULD INNOVATE ON TOP OF THE DEVICE.

02:08PM 1    SO LET'S TAKE A LOOK.  WE KNOW THAT WHEN GOOGLE AND APPLE

02:09PM 2  CAME OUT WITH SMART PHONES, THAT CHANGED CELL PHONE USE

02:09PM 3  FOREVER.  IT'S A WHOLE DIFFERENT BALL GAME.  TESLA IS DOING THE

02:09PM 4  SAME THING WITH CARS.

02:09PM 5    ARISTA SWITCHES ARE DOING THE SAME THING WITH THE NETWORK

02:09PM 6  BECAUSE THEY ARE TAKING IT TO A WHOLE DIFFERENT PLACE, A

02:09PM 7  BRAND-NEW TRANSFORMATIVE USE FOR THE CLI AND THE WHOLE

02:09PM 8  OPERATION.

02:09PM 9    WHAT AM I SHOWING HERE?  THE KEY TO THE ARISTA SWITCH IS

02:09PM 10  THE OPERATING SYSTEM, THE EOS OPERATING SYSTEM.  THAT'S THE

02:09PM 11  MILLIONS OF LINES OF SOURCE CODE.  THEY ARE COMPLETELY

02:09PM 12  DIFFERENT FROM WHAT CISCO HAS.

02:09PM 13    AND YOU KNOW DARN WELL THAT THEY SCANNED IT CAREFULLY TO

02:09PM 14  SEE IF THEY COULD FIND ANY COPYING INSIDE.  NONE.

02:09PM 15    THE ARISTA PRODUCT IS WRITTEN IN DIFFERENT PROGRAMMING

02:09PM 16  LANGUAGES, PYTHON, C++, TAC C.  IOS IS WRITTEN IN THE C

02:09PM 17  PROGRAMMING LANGUAGE, AND THERE ISN'T ANY CLAIM AT ALL THAT ANY

02:09PM 18  OF THAT SOURCE CODE WAS COPIED, NOT ONE LINE.

02:10PM 19    HOW DID ARISTA DO IT?  HARD WORK, TEN YEARS OF R&D,

02:10PM 20  HUNDREDS OF ENGINEERS.  WE ARE A SMALL COMPANY, 14-, 1500

02:10PM 21  EMPLOYEES, SO THAT'S A LOT SMALLER THAN CISCO, BUT HUNDREDS OF

02:10PM 22  ENGINEERS ARE WORKING ON THE SOFTWARE.  AND HUNDREDS OF

02:10PM 23  MILLIONS OF DOLLARS OVER THE YEARS.

02:10PM 24    IT TOOK THREE YEARS JUST TO GET THE PRODUCT TO THE MARKET,

02:10PM 25  AND THEN ANOTHER SEVEN TO GET IT WHERE IT IS TODAY.

02:10PM  1      SO ARISTA VERY PROUD OF THEIR CLIENTS.  GOOGLE, FACEBOOK,

02:10PM  2  MICROSOFT, ALL THE SERVICES WE ARE USING, GOOGLE MAPS,

02:10PM  3  FACEBOOK, EVERYTHING THAT WE WANT TO HAVE HAPPEN FAST IS

02:10PM  4  HAPPENING BECAUSE THESE FOLKS HAVE CLOUD COMPUTING.  EVEN THE

02:10PM  5  BANKS, THEY NEED TO BE FAST, NASDAQ AND THE NEW YORK STOCK

02:10PM  6  EXCHANGE, THEY NEED TO BE FAST AND RELIABLE TOO.

02:10PM  7      ALL RIGHT.  WHAT ARE WE TALKING ABOUT?  WHAT IS THE CLAIM

02:10PM  8  OF COPYING ABOUT?

02:10PM  9      IT'S ABOUT THE COMMAND-LINE INTERFACE.  WHAT IS THAT?  IT'S

02:10PM  10  THE SIMPLE PHRASES THAT THE NETWORK ENGINEERS TYPE MANUALLY

02:11PM  11  INTO THE SYSTEM.

02:11PM  12      HERE'S MY NETWORK ENGINEER.  AND HE OR SHE WANTS TO NAME A

02:11PM  13  ROUTER.  THAT MIGHT BE ONE THING THEY WANT TO DO.  SO THEY GET

02:11PM  14  A PROMPT ON THE SCREEN.  ROUTER CONFIG, ALL RIGHT.

02:11PM  15      YOU SEE THE BLINKING CURSOR.  THEY TYPE IN A COMMAND, HOST

02:11PM  16  NAME, SAN JOSE 3805.

02:11PM  17      SO WHAT'S HAPPENING THERE.  THE RED TEXT, THE HOST NAME IS

02:11PM  18  A COMMAND THAT SAYS CHANGE THE NAME OF THE SWITCH AND THE

02:11PM  19  SWITCH NAME, THE ROUTER NAME GETS CHANGED.

02:11PM  20      ALL WE ARE TALKING ABOUT IS THE COMMANDS.  NOT HOW THE

02:11PM  21  TESTIMONY MAKES THE CHANGE, NOT THE SOFTWARE UNDER THE HOOD.

02:11PM  22  THAT'S ALL ORIGINAL ARISTA, JUST THAT VERY SIMPLE TYPED

02:11PM  23  COMMAND.

02:11PM  24      SO WHAT'S MY ANALOGY?  SOME OF US REMEMBER THE GOOD OLD

02:11PM  25  DAYS OF YOUR STEREO TUNER.  EVERYBODY HAD A TUNER WITH KNOBS ON

02:11PM 1    IT, AND THE KNOBS ALL HAD LABELS, RIGHT, INPUT, VOLUME,

02:12PM 2    BALANCE.  ALL THE MANUFACTURES USE THE SAME LABELS FOR THE

02:12PM 3    KNOBS, BUT THE MANUFACTURERS COMPETED BASED ON HOW WELL THE

02:12PM 4    RECEIVER WORKED, HOW MUCH SOUND DOES IT PUT OUT, HOW CLEAR IS

02:12PM 5    THE SOUND, HOW GOOD IS IT?

02:12PM 6        THE SAME IS TRUE HERE.  ALL WE ARE TALKING ABOUT WITH THESE

02:12PM 7    COMMANDS ARE THE LABELS, NOT EVEN THE KNOBS.  THE KNOBS ARE

02:12PM 8    SOFTWARE CREATED BY ARISTA ORIGINAL FROM SCRATCH.

02:12PM 9        NOW, TODAY WE DON'T USE THE KNOBS SO MUCH.  WE DON'T USE

02:12PM 10   THE TUNERS.  BUT WE ALL USE REMOTES, AND THE SAME THING IS

02:12PM 11   TRUE.  WE BUY A REMOTE BECAUSE IT HAS SOME BASIC LABELS ON IT,

02:12PM 12   RIGHT, ON, OFF, SAT, MUTE, SOMETIMES RECORD.  BUT ALL THE

02:12PM 13   MANUFACTURERS USE THE SAME TYPE OF LABELS FOR THE BUTTONS.

02:12PM 14       AND YOU COMPETE ON WHAT'S IN THE TV SET.  THAT'S WHY

02:12PM 15   SAMSUNG IS DIFFERENT FROM LG, IS DIFFERENT FROM GE, IS

02:12PM 16   DIFFERENT FROM EVERYBODY ELSE.

02:12PM 17       WHAT THEY ARE TALKING ABOUT, THE THING THEY CLAIM WAS

02:12PM 18   COPIED ARE THE LABELS ON THE REMOTE.  THAT'S WHAT IT IS.

02:13PM 19       ARISTA'S LEADERSHIP, AND YOU WILL HEAR FROM A LOT OF ARISTA

02:13PM 20   FOLKS FOR SURE, JAYSHREE ULLAL AND ANDY BECHTOLSHEIM ARE BOTH

02:13PM 21   ENGINEERING LEADERS, BOTH ENGINEERS.

02:13PM 22       MS. ULLAL WAS A VERY SENIOR EXECUTIVE AT CISCO FOR MANY

02:13PM 23   YEARS, REPORTED DIRECTLY TO JOHN CHAMBERS.  SHE RAN ONE OF THE

02:13PM 24   BIGGEST UNITS THERE.  SHE WAS THERE FOR 15 YEARS.  SHE LEFT IN

02:13PM 25   '08 FOR A NEW CHALLENGE AND WAS RECRUITED INTO ARISTA.

02:13PM  1        AND ANDY BECHTOLSHEIM IS ONE OF THE MOST PROMINENT

02:13PM  2   INNOVATORS IN THE VALLEY.  HE WAS THE COFOUNDER OF SUN

02:13PM  3   MICROSYSTEMS.  AFTER THAT HE WAS ONE OF THE VERY FIRST

02:13PM  4   INVESTORS IN GOOGLE.  AFTER THAT HE FORMED A COMPANY THAT WAS

02:13PM  5   BOUGHT BY CISCO AND TOOK ONE OF THEIR MAIN PRODUCTS.  AND

02:13PM  6   MR. BECHTOLSHEIM LEFT IN '04 AND EVENTUALLY FOUNDED ARISTA.

02:13PM  7        AND YOU ARE GOING TO MEET ARISTA'S ENGINEERING TEAM, TOO.

02:14PM  8   KEN DUDA, ADAM SWEENEY, HUGH HOLBROOK.  THESE FOLKS ALL WORKED

02:14PM  9   AT CISCO TOO.  THEY WERE WELL AWARE OF CISCO'S PRACTICES WITH

02:14PM 10   RESPECT TO CLI, THAT CISCO DIDN'T CARE, CISCO UNDERSTOOD THAT

02:14PM 11   EVERYONE WAS USING THE SAME COMMANDS.

02:14PM 12        AND THERE'S NO CLAIM THAT THEY TOOK ANYTHING.  THE CLI ARE

02:14PM 13   PUBLIC.  THEY ARE PUBLISHED.  THEY ARE OUT THERE.  THEY ARE NOT

02:14PM 14   SECRET.

02:14PM 15        AND WHILE I'M TALKING ABOUT ARISTA, LET ME REINTRODUCE OUR

02:14PM 16   CLIENT REPRESENTATIVE.  SEAN CHRISTOFFERSON IS THE DEPUTY

02:14PM 17   GENERAL COUNSEL OF ARISTA AND MR. CHRISTOFFERSON WILL BE WITH

02:14PM 18   US THROUGHOUT THE TRIAL.

02:14PM 19        WHAT ARE YOU GOING TO HEAR FROM THIS LEADERSHIP GROUP, THEY

02:14PM 20   ARE GOING TO EXPLAIN WHY THE SWITCH AND THE CLI ARISTA USES ARE

02:14PM 21   REVOLUTIONARY.  DIFFERENT ARCHITECTURE.  SO THE THINGS RUN IN

02:14PM 22   PARALLEL AND THE SWITCHES ARE MORE RELIABLE.

02:14PM 23        BRAND-NEW OPERATING SYSTEM.  FASTER, MORE EFFICIENT.  OPEN

02:14PM 24   PLATFORM, LINUX.  EVERYBODY CAN BUILD ON TOP OF IT.

02:15PM 25        CUSTOMERS LOVE THAT.  THEY WANT TO BE ABLE TO DO THEIR OWN

02:15PM 1    THING.  THESE ARE BIG, SOPHISTICATED CUSTOMERS, GOOGLE AND

02:15PM 2    FACEBOOK.  THEY'VE GOT A LOT OF ENGINEERS TOO.

02:15PM 3         AND BRAND-NEW USES FOR THE CLI.  THEY FULLY AUTOMATED THE

02:15PM 4    CLI.  THEY WERE THE ONES, THE LEADERS IN DOING THAT TOO,

02:15PM 5    BECAUSE AS YOU CAN IMAGINE IN THE CLOUD AND HUNDREDS OF

02:15PM 6    THOUSANDS OF SERVERS, IT'S IMPRACTICAL TO TYPE THOSE IN ONE AT

02:15PM 7    A TIME.  THAT'S ALL GOT TO BE DONE AUTOMATICALLY.

02:15PM 8         SO THEY CREATED TOOLS TO ALLOW PEOPLE TO USE THE CLI IN A

02:15PM 9    VERY NEW AND DIFFERENT WAY.

02:15PM 10        THE TIMELINE MEANS, LET'S TAKE A LOOK AT THAT, THAT ARISTA

02:15PM 11   HAS MANY FIRSTS.  THEY STARTED IN '04, R&D STARTED SOON AFTER.

02:15PM 12   THAT'S CONTINUED TO TODAY.  THEY HAD THE FIRST AND FASTER

02:15PM 13   48-PORT SWITCH AT TEN GIGABITS IN 2008.

02:15PM 14        IN 2010, THAT WAS THE REAL REVOLUTION, INDUSTRY-FIRST 380

02:16PM 15   PORT.  PORTS ARE PORTS THAT YOU CAN CONNECT A SERVER TO.  SO

02:16PM 16   THE MORE PORTS YOU HAVE, THE MORE VOLUME YOU CAN RUN.

02:16PM 17        THEY HAD A TEN GIGABIT 384 PORT HIGH SPEED SWITCH WHEN

02:16PM 18   OTHER FOLKS WERE TRYING TO GET TO 60.

02:16PM 19        THEN IN 2013, TWO THOUSAND PORTS, TEN GIGABITS PLUS.

02:16PM 20   PEOPLE WERE TRYING TO GET TO 100.

02:16PM 21        AND IN JUNE OF 2014, THE COMPANY WENT PUBLIC.  FIRST,

02:16PM 22   FIRST, FIRST, FIRST.  THEY WERE A LEADER.

02:16PM 23        NOW, THIS WASN'T UNKNOWN TO CISCO.  CISCO DIDN'T IGNORE

02:16PM 24   THEM.  TAKE A LOOK AT THE BOTTOM.  YOU DIDN'T HEAR ANYTHING

02:16PM 25   ABOUT THIS.  THEY BOUGHT A SWITCH IN 2008, CISCO DID.  NOTHING

02:16PM  1    WRONG WITH THAT.  THEY BOUGHT IT, THEY TOOK IT IN-HOUSE, THEY

02:16PM  2    STUDIED IT.

02:16PM  3         IN 2011 THEY SAID, WAIT A MINUTE, WE NEED A TIME TO FIGHT

02:16PM  4    THESE GUYS.  THEY CREATED A TEAM AND PUT 20, 30 ENGINEERS ON IT

02:16PM  5    JUST TO COMPETE.

02:16PM  6         IN 2013 THEY SPENT A BILLION DOLLARS.  THEY WEREN'T ABLE TO

02:17PM  7    DEVELOP ANYTHING IN-HOUSE, SO THEY WENT OUT AND ACQUIRED A

02:17PM  8    COMPANY WITH A PRODUCT THEY SAID WAS THE ARISTA KILLER.

02:17PM  9         AND IN DECEMBER OF 2014, JUST SIX MONTHS AFTER THE IPO,

02:17PM 10    WITHOUT ANY WARNING TO ARISTA, WITHOUT ANY REQUEST FOR A CEASE

02:17PM 11    AND DESIST, WITHOUT ANY DIALOG WHATSOEVER, THEY FILED THIS

02:17PM 12    LAWSUIT.  BOOM.

02:17PM 13         NEXT SLIDE.

02:17PM 14         THIS IS AN INTERNAL DOCUMENT FROM CISCO.  EVERYBODY

02:17PM 15    EXCHANGES THEIR DOCUMENTS.  THIS IS AN INTERNAL DOCUMENT FROM

02:17PM 16    CISCO IN 2008 STUDYING THE ARISTA SWITCH.

02:17PM 17         WHAT DID THEY KNOW RIGHT UPFRONT?  INDUSTRY STANDARD CLI.

02:17PM 18    THIS WAS FOUND IN CISCO'S FILES AND THEY DON'T DENY THAT THEY

02:17PM 19    GOT THE SWITCH.  THEY STUDIED IT.  THEY ANALYZED IT.  THEY KNEW

02:17PM 20    WHAT THE CLI WAS AND, YET, THEY DID NOTHING.

02:17PM 21         OKAY.  WE'VE TALKED ABOUT THE ARISTA DEVELOPMENT.  WE'VE

02:17PM 22    TALKED ABOUT THE CLOUD AND ETHERNET.  CISCO PROMOTED ITS CLI AS

02:18PM 23    AN INDUSTRY STANDARD.

02:18PM 24         CAN WE BACK THAT UP?  YOU BET.

02:18PM 25         HERE'S A CUSTOMER PRESENTATION IN 2003.  THE CISCO -- FROM

02:18PM  1    CISCO TO AT&T, CISCO IOS CLI -- THAT'S THE CLI WE ARE TALKING

02:18PM  2    ABOUT HERE -- IS THE CURRENT DE FACTO STANDARD.  THIS IS WHAT

02:18PM  3    THEY WERE TELLING CUSTOMERS.

02:18PM  4        WHY?  THE CUSTOMERS DON'T WANT TO HAVE TO LEARN A NEW

02:18PM  5    COMMAND LANGUAGE EVERY TIME THEY BUY A DIFFERENT SWITCH.  SO

02:18PM  6    IT'S A BENEFIT FOR CISCO TO GIVE THEM COMFORT, YOU CAN LEARN IT

02:18PM  7    ONCE AND USE IT REPEATEDLY.

02:18PM  8        HERE'S ANOTHER ONE.  2009.  THEY INTRODUCED A NEW PRODUCT,

02:18PM  9    THE NEXUS, THE COMMAND-LINE INTERFACE SIMILAR TO THAT OF CISCO

02:18PM  10   IOS.  USES THE INDUSTRY STANDARD -- THIS IS CISCO'S WORDS --

02:18PM  11   IOS CLI TO MINIMIZE THE AMOUNT OF TIME NEEDED FOR OPERATORS TO

02:18PM  12   LEARN THE SYSTEM AND BECOME OPERATIONALLY PROFICIENT.

02:19PM  13       THAT'S A BENEFIT.

02:19PM  14       NEXT ONE.

02:19PM  15       THEY ACTUALLY PUBLISHED THE WHITE PAPER IN 2010.  THIS IS A

02:19PM  16   PUBLIC PUBLISHED PAPER TO THE WHOLE NETWORKING INDUSTRY.  THE

02:19PM  17   CISCO IOS CLI -- SAME ONE WE ARE TALKING ABOUT HERE -- HAS

02:19PM  18   ESSENTIALLY BECOME THE STANDARD FOR CONFIGURATION IN THE

02:19PM  19   NETWORKING INDUSTRY.

02:19PM  20       THAT WASN'T JUST CISCO THAT CALLED IT INDUSTRY STANDARD.

02:19PM  21   EVERYBODY ELSE DID TOO.

02:19PM  22       HERE'S JUNIPER, ONE OF THEIR BIG COMPETITORS.  JUNIPER USES

02:19PM  23   MANY OF THE SAME COMMANDS THAT ARE AT ISSUE IN THIS LAWSUIT.

02:19PM  24   THE SYSTEM CLI USES AN INDUSTRY DE FACTO STANDARD LOOK AND FEEL

02:19PM  25   WHICH MAY BE FAMILIAR TO YOU.

02:19PM  1    YOU ARE GOING TO HEAR FROM JUNIPER AT ONE POINT IN THE

02:19PM  2    TRIAL WHEN WE GET OUR OPPORTUNITY.

02:19PM  3    DELL.  NOW, YOU HEARD MR. NELSON MENTION 500 COMMANDS THAT

02:19PM  4    ARISTA USES.  DELL'S SYSTEM USES 1600 OF THE SAME COMMANDS THAT

02:20PM  5    CISCO DOES.  1600.  THREE TIMES.

02:20PM  6    HERE'S WHAT DELL SAYS ABOUT THEIRS.  IT'S AN INDUSTRY

02:20PM  7    STANDARD COMMAND-LINE INTERFACE, WHICH ALLOWS NETWORK

02:20PM  8    ADMINISTRATORS TO UTILIZE EXISTING SWITCH CONFIGURATION SKILLS.

02:20PM  9    MANY FOLKS JUST WENT ON OUT AND SAID, WE ARE CISCO-LIKE, WE ARE

02:20PM  10   IOS-LIKE.

02:20PM  11   HERE'S THE NEXT ONE FROM FORCE10.  THAT WAS A COMPETITOR

02:20PM  12   BOUGHT YEARS LATER BY DELL.

02:20PM  13   ALL FORCE10 SWITCHES OFFER A CISCO-LIKE CLI MAKING IT EASY

02:20PM  14   FOR ANY CCIE -- THAT'S SOMEONE TRAINED ON THE CISCO SWITCH

02:20PM  15   CLI -- TO MANAGE AND CONFIGURE A FORCE10 SWITCH.

02:20PM  16   BUT WHY WAS THIS HAPPENING?  IT'S HAPPENING BECAUSE MOST

02:20PM  17   NETWORKS HAVE A MULTIPLE VENDOR SETUP, RIGHT?  MOST NETWORKS,

02:20PM  18   SOME SWITCHES WORK, DO THINGS BETTER THAN OTHERS AT CERTAIN

02:20PM  19   THINGS.  SO IT'S NOT UNCOMMON TO HAVE A NETWORK WITH ARISTA,

02:21PM  20   DELL, CISCO, HP, IBM.  SO THE NETWORK OPERATORS WANT TO USE A

02:21PM  21   SINGLE COMMAND LANGUAGE.  THEY DON'T WANT TO HAVE TO LEARN ONE

02:21PM  22   FOR EACH ONE.

02:21PM  23   AND GUESS WHAT?  NETWORKING DEPENDS ON PROTOCOLS AND

02:21PM  24   STANDARDS.  THESE SWITCHES HAVE TO TALK TO EACH OTHER, SO THEY

02:21PM  25   HAVE TO AGREE ON WHAT THE PROTOCOL, THE SET OF RULES WILL BE TO

02:21PM   1    COMMUNICATE.

02:21PM   2        THE VAST MAJORITY OF TERMS IN THE CISCO CLI, LIKE EVERYBODY

02:21PM   3    ELSE, ARE DRAWN DIRECTLY FROM THESE STANDARDS.  IP, BGP, TERMS

02:21PM   4    WE WILL LOOK AT IN A MINUTE, TERMS THAT LOOK VERY UNFAMILIAR TO

02:21PM   5    US ARE FAMILIAR TO NETWORK ENGINEERS, NOT BECAUSE OF CISCO, BUT

02:21PM   6    BECAUSE THEY COME FROM PROTOCOLS THAT THE WHOLE INDUSTRY HAS

02:21PM   7    AGREED TO USE.  THEY ARE THE NAMES AND TERMS OF FEATURES AND

02:21PM   8    PROTOCOLS THAT THE INDUSTRY HAS COME TO USE TOGETHER.

02:21PM   9        AND WE ASKED DR. JOHN BLACK, WHO IS A PROFESSOR OF COMPUTER

02:22PM   10   SCIENCE AT THE UNIVERSITY OF COLORADO -- I THINK HE'S HERE.  IF

02:22PM   11   YOU ARE HERE, WILL YOU STAND UP?  DR. BLACK.

02:22PM   12       HE SPENT 35 YEARS IN NETWORKING.  HE HAS A PHD FROM DAVIS

02:22PM   13   HERE IN CALIFORNIA.

02:22PM   14       AND HE CONDUCTED A THOROUGH EVALUATION OF THE INDUSTRY AND

02:22PM   15   ALL THE INDUSTRY PLAYERS, AND I WILL GIVE YOU A LITTLE PREVIEW

02:22PM   16   OF WHAT YOU ARE GOING TO SEE.  HERE'S THE NEXT SLIDE.

02:22PM   17       SHOW VERSION, JUST THOSE TWO WORDS, THAT'S ONE OF THE

02:22PM   18   COMMANDS CISCO IS TRYING TO PROTECT IN THIS LAWSUIT.

02:22PM   19       AS YOU CAN SEE, THEY USE IT, ARISTA USES IT, BUT EVERY

02:22PM   20   OTHER MAJOR PLAYER USES IT.  HB, JUNIPER, BROCADE, ALCATEL,

02:22PM   21   EXTREME.

02:22PM   22       NOT ONLY THAT, 15 OTHER VENDORS THAT I DON'T HAVE ROOM ON

02:22PM   23   THE SCREEN TO USE TO DISPLAY USE THE SAME ONE.

02:22PM   24       HERE'S ANOTHER ONE, BOOT SYSTEM.  BOOT SYSTEM.  THEY ARE

02:22PM   25   SAYING BOOT SYSTEM IS OWNED BY CISCO.

02:22PM 1    WELL, YOU CAN SEE, EVERY MAJOR PLAYER AND OTHER 12 OTHER

02:23PM 2  VENDORS USE THAT.

02:23PM 3    CLOCK SET.  THAT'S A COMMAND THEY SAY IS CREATIVE AND

02:23PM 4  UNIQUE TO CISCO.  EVERYONE ELSE USES THAT TOO.

02:23PM 5    THIS IS WHY THEY WERE CALLING THEIR SYSTEMS INDUSTRY

02:23PM 6  STANDARD.  THAT'S HOW THEY REFERRED TO THEIR SYSTEMS, INDUSTRY

02:23PM 7  STANDARD.  THERE'S 16 OTHER VENDORS THAT USE THAT.

02:23PM 8    IP ADDRESS.  IP STANDS FOR INTERNET PROTOCOL.  THAT'S A

02:23PM 9  VERY SPECIFIC AND LESS KNOWN INDUSTRY PROTOCOL AND ALL THE

02:23PM 10  NETWORK FOLKS KNOW WHAT IT MEANS.

02:23PM 11    ADDRESS IS A DEFINED TERM IN THE INTERNET PROTOCOL.

02:23PM 12    IP ADDRESS IS A VERY LOGICAL PHRASE THAT EVERY NETWORK

02:23PM 13  ENGINEER COULD UNDERSTAND.  18 OTHER VENDORS USE THAT ONE.

02:23PM 14    SHOW IP INTERFACE.  IP, INTERNET PROTOCOL, INTERFACE IS

02:23PM 15  ANOTHER DEFINED TERM, DEFINED IN THE PROTOCOL.  SHOW HAS BEEN

02:23PM 16  AROUND FOR DECADES.  SHOW IP INTERFACE.  THERE'S 16 OTHER

02:23PM 17  VENDORS THAT USE THAT.

02:23PM 18    SHOW IP ROUTE.

02:23PM 19    I WILL SLOW DOWN, SUMMER.

02:23PM 20    WE CAN GO ON FOR A LONG TIME.  WE CAN GO ON FOR A LONG TIME

02:24PM 21  BECAUSE THESE ARE ALL PART OF INDUSTRY PROTOCOL TERMS.

02:24PM 22    LET'S LOOK AT THIS ONE.  NOW, WHAT DO I MEAN?  INDUSTRY

02:24PM 23  GROUPS COME TOGETHER AND THEY CREATE PROTOCOLS SO THAT

02:24PM 24  NETWORKING CAN HAPPEN AND SWITCHES CAN TALK TO ONE ANOTHER.

02:24PM 25    HERE'S SOME EXAMPLES.  I SAY ACRONYM BECAUSE THAT'S WHAT

02:24PM 1   YOU ARE GOING TO HEAR DURING TESTIMONY.  AN ACRONYM IS JUST AN

02:24PM 2   ABBREVIATION.  IT'S SHORT FOR SOMETHING ELSE.  IP STANDS FOR

02:24PM 3   INTERNET PROTOCOL.  BGP, NOT MANY OF US HAVE HEARD OF THAT, BUT

02:24PM 4   IT'S A STANDARD PROTOCOL THAT FOLKS KNOW, BORDER GATEWAY.  SPF,

02:24PM 5   OPEN SHORTEST PATH FIRST.  PTP, PRECISION TIME PROTOCOL, AND SO

02:24PM 6   ON.

02:24PM 7       THESE TERMS, ALTHOUGH THEY ARE UNFAMILIAR TO US, ARE

02:24PM 8   FAMILIAR TO NETWORK FOLKS.  AND THESE ARE THE TERMS THAT THE

02:24PM 9   CISCO PEOPLE PUT IN THE CLI.

02:24PM 10      HERE ARE SOME OTHER EXAMPLES.  THE IEEE IS THE INSTITUTE OF

02:24PM 11  ELECTRICAL -- EXCUSE ME -- OF ELECTRONICS AND ELECTRICAL

02:25PM 12  ENGINEERS.  IT'S AN INDUSTRY GROUP.  IEEE IS THE ENGINEERING

02:25PM 13  INTERNET TASK FORCE.

02:25PM 14      THESE ARE ALL TERMS YOU WILL SEE IN THE COMMANDS THAT WILL

02:25PM 15  LOOK NEW TO YOU, BUT THEY COME FROM THE INDUSTRY ITSELF.

02:25PM 16      NOW, DR. BLACK HAS DONE AN ANALYSIS OF THESE AND HE'S GOT A

02:25PM 17  COLOR CODED CHART.  HE'S LOOKED AT EVERY SINGLE COMMAND THEY

02:25PM 18  ARE COMPLAINING OF.  THE GRAY MEANS IT'S BEEN USED FOR YEARS BY

02:25PM 19  LOTS OF FOLKS BEFORE CISCO, THE GREEN MEANS IT'S DIRECTLY FROM

02:25PM 20  AN INDUSTRY STANDARD, AND THE BLUE MEANS IT'S A COMMON INDUSTRY

02:25PM 21  TERM.

02:25PM 22      SO LET'S TAKE AN EXAMPLE OF A COMMAND.  CLEAR IP, ARP.

02:25PM 23  CLEAR HAS BEEN AROUND FOR YEARS, IP STANDS FOR INTERNET

02:25PM 24  PROTOCOL, AND ARP STANDS FOR ADDRESS RESOLUTION PROTOCOL.  ALL

02:25PM 25  STANDARD TERMS IN NETWORKING.

02:25PM 1        BGP, SAME THING.  THAT'S BORDER GATEWAY PROTOCOL.

02:25PM 2        IGMP, THAT'S INTERNET GROUP MANAGEMENT PROTOCOL.  AND

02:26PM 3   GROUP, THAT'S A DEFINED TERM WITHIN THE IGMP STANDARD.

02:26PM 4        NOW, THIS ISN'T TOO SURPRISING BECAUSE CISCO SET IT UP TO

02:26PM 5   USE INDUSTRY STANDARD TERMS.  THEY TOLD THEIR DESIGNERS, DON'T

02:26PM 6   BE CREATIVE.  USE STUFF THAT EVERYBODY ALREADY KNOWS.

02:26PM 7        THIS DOCUMENT THAT WE GOT IN DISCOVERY, WE WEREN'T AWARE OF

02:26PM 8   IT, IS THEIR GUIDELINES TO THEIR ENGINEERS FOR WRITING

02:26PM 9   COMMANDS.  THIS IS THEIR INTERNAL SET OF GUIDELINES.

02:26PM 10       WHEN NAMING A COMMAND, PICK NAMES THAT WOULD BE FAMILIAR TO

02:26PM 11  PEOPLE IN THE INDUSTRY.  COMMANDS SHOULD BE SELF-EXPLANATORY.

02:26PM 12       THE IDEA IS DON'T CREATE SOMETHING NEW, USE WHAT'S OUT

02:26PM 13  THERE NOW AND THAT FOLKS ALREADY KNOW.

02:26PM 14       NOW, IT CERTAINLY WASN'T A SECRET TO CISCO THAT FOLKS WERE

02:26PM 15  USING THE SAME COMMANDS AND ALL CALLING THEM INDUSTRY STANDARD.

02:26PM 16       YOU ARE GOING TO HEAR FROM TERRY SLATTERY IN A DAY OR TWO.

02:27PM 17  HE'S NOT AN EMPLOYEE AT CISCO, BUT HE WAS A CONTRACTOR THAT

02:27PM 18  WORKED ON SOME OF THE COMMANDS.  AND HE WROTE AN ARTICLE IN

02:27PM 19  2007 ABOUT THE CLI AT CISCO.  HE SAID, OTHER COMPANIES ARE

02:27PM 20  EMULATING IT.  NETWORK ENGINEERS TYPICALLY BECOME EXPERTS IN

02:27PM 21  THE CISCO CLI FIRST, BECAUSE CISCO IS THE BIG DOG IN THE

02:27PM 22  MARKET, THEN MOVE TO OTHER VENDOR GEAR SO IT MAKES SENSE FOR

02:27PM 23  COMPANIES TO EMULATE IT.

02:27PM 24       NOW, YOU WERE TOLD DURING CISCO'S OPENING THAT MANY OF THE

02:27PM 25  ARISTA FOLKS CAME FROM CISCO, AND THAT'S CERTAINLY TRUE.  MANY

02:27PM   1    OF THEM CAME FROM CISCO.  THEY ARE ALL GOING TO TESTIFY THAT

02:27PM   2    WHEN THEY WERE AT CISCO, THEY WERE WELL AWARE THAT OTHERS WERE

02:27PM   3    USING THE SAME COMMANDS AND THAT CISCO MADE A CONSCIENCE CHOICE

02:27PM   4    NOT TO PURSUE ANYBODY BECAUSE HAVING AN INDUSTRY STANDARD

02:27PM   5    COMMAND THAT THEY COULD CALL THEIRS WAS A POSITIVE THING.

02:27PM   6    THAT'S WHY THERE WAS NO SECRET MADE WHEN ARISTA LAUNCHED ITS

02:27PM   7    PRODUCT.

02:27PM   8        HERE'S THE PATENT THAT CISCO PUBLISHED BACK IN -- APPLIED

02:28PM   9    FOR IN '05, PUBLISHED IN 2011.  PUBLIC STATEMENT, MANY

02:28PM  10    COMPANIES NOW STRIVE TO SUPPORT SOME VARIATION ON IOS CLI IN

02:28PM  11    THEIR ROUTING, AND MANY CONSUMERS HAVE INVESTED IN THAT SUPPORT

02:28PM  12    DEVELOPING SCRIPTS.

02:28PM  13        THEY WERE WELL AWARE OF ALL OF THIS.

02:28PM  14        NOW, LET ME PAUSE A MINUTE AND TALK ABOUT HUAWEI.  YOU

02:28PM  15    HEARD ABOUT A HUAWEI LAWSUIT.  THE HUAWEI LAWSUIT WAS VERY

02:28PM  16    DIFFERENT.  HUAWEI WAS ACCUSED OF COPYING SOURCE CODE INSIDE

02:28PM  17    THEIR SWITCH, NOT ALL THE SOURCE CODE, BUT A LOT OF IT.

02:28PM  18        SO TO THE EXTENT THERE WAS CLI CLAIMS THERE, THEY WERE

02:28PM  19    THROWN IN AS AN AFTERTHOUGHT.

02:28PM  20        AND GUESS WHAT?  HUAWEI WAS RESOLVED IN 2003.  ALL THESE

02:28PM  21    THINGS WE ARE LOOKING AT WERE SUBSEQUENT TO THAT.  FOR A DECADE

02:28PM  22    AND A HALF AFTER THAT, CISCO HAS BEEN OUT THERE CONTINUING TO

02:28PM  23    PROMOTE THE CLI'S STANDARD AND STANDING BY WHILE EVERYONE ELSE

02:28PM  24    IN THE INDUSTRY USED IT.

02:28PM  25        HUAWEI WAS THE ONE TIME THEY SUED, AND IT'S NOT BECAUSE OF

02:29PM 1   THE CLI, IT'S BECAUSE SOURCE CODE WAS COPIED.

02:29PM 2       LET'S GO TO OUR NEXT BULLET, WHICH IS ARISTA'S USE OF THE

02:29PM 3   CLI IS A FAIR USE CONSISTENT WITH INDUSTRY PRACTICE.

02:29PM 4       JUDGE FREEMAN READ YOU A BRIEF INTRODUCTION, AND I DON'T

02:29PM 5   WANT TO GET INTO TOO MUCH DEPTH HERE.  BUT THE POINT IS THAT

02:29PM 6   SOMEONE WHO IS NOT THE OWNER OF THE COPYRIGHT CAN USE

02:29PM 7   COPYRIGHTED MATERIAL UNDER SOME CIRCUMSTANCES WITHOUT THE

02:29PM 8   CONSENT OF THE OWNER, AND THE OWNER CAN'T PREVENT THAT IF THE

02:29PM 9   USE IS A FAIR USE.

02:29PM 10      THAT'S PART OF THE COPYRIGHT STATUTE.  IT'S JUST AS MUCH OF

02:29PM 11  THE LAW AS COPYRIGHT ITSELF.

02:29PM 12      AND YOU ALSO HEARD DURING THE BRIEF READING THAT THERE ARE

02:29PM 13  A SERIES OF FACTORS.  THE PURPOSE AND CHARACTER OF THE USE,

02:29PM 14  THAT'S ASKING, IS IT JUST A KNOCK OFF OR DID THEY CREATE

02:29PM 15  SOMETHING NEW AND DIFFERENT?  IF YOU KNOCK OFF SOMEONE'S CD OR

02:30PM 16  MOVIE AND SELL IT, THAT'S NOT FAIR USE.  WE ALL KNOW THAT.

02:30PM 17  PLAGIARISM, NOT FAIR USE.

02:30PM 18      BUT TAKING A SMALL PART OF SOMETHING AND CREATING SOMETHING

02:30PM 19  NEW AND DIFFERENT, THAT'S FAIR USE.

02:30PM 20      THE NATURE OF THE WORK MEANS IS IT LITERARY LIKE A POEM OR

02:30PM 21  PIECE OF ART, OR IS IT FUNCTIONAL AND INFORMATIONAL?  COPYRIGHT

02:30PM 22  PROTECTS LITERARY WORKS AT THE HIGHEST END, LIKE POEMS, MOVIES,

02:30PM 23  PLAYS.

02:30PM 24      FUNCTIONAL THINGS LIKE COMPUTER PROGRAMS, COMMANDS,

02:30PM 25  INFORMATION, LESS PROTECTED.

02:30PM 1      THE AMOUNT USED, WE WILL LOOK AT THAT IN A MINUTE.  DID YOU

02:30PM 2   TAKE A LOT OR A LITTLE?

02:30PM 3      THE NUMBER OF COMMANDS BEING USED IN THE ARISTA SWITCH ARE

02:30PM 4   LESS THAN THREE PERCENT OF ALL THE COMMANDS IN CISCO'S IOS.

02:30PM 5   LESS THAN THREE PERCENT.  500, ACCORDING TO THEM, OUT OF 16,000

02:30PM 6   OR MORE.

02:30PM 7      THE EFFECT OF THE USE ON THE MARKET FOR THE CLI.  THE

02:31PM 8   QUESTION THERE IS, IS YOUR USE OF THE COMMANDS WHAT'S CAUSING

02:31PM 9   HARM IF THERE'S HARM BEING CAUSED AT ALL TO CISCO?

02:31PM 10      CISCO'S FAILURE TO INNOVATE IS WHAT'S CAUSING THEM TO FALL

02:31PM 11   BEHIND.  PEOPLE ARE NOT BUYING THIS BECAUSE OF THE CLI.  THEY

02:31PM 12   ARE BUYING IT BECAUSE IT'S MUCH, MUCH BETTER OF A PRODUCT.

02:31PM 13   ENGINEERED BETTER, BETTER PERFORMANCE, BETTER PRICE POINT,

02:31PM 14   BETTER EVERYTHING REALLY.

02:31PM 15      AND SO IN ORDER TO SHOW THAT THE USE IS TRANSFORMATIVE, YOU

02:31PM 16   HAVE TO SHOW THAT YOU MADE SOME DIFFERENCE AND YOU CREATED

02:31PM 17   SOMETHING NEW AND DIFFERENT WITH A FURTHER PURPOSE.

02:31PM 18      SO LET'S LOOK AT OUR NEXT SLIDE.

02:31PM 19      YOU ARE GOING TO HEAR FROM THE ENGINEERS AT ARISTA THAT

02:31PM 20   THEY CHANGED EVERYTHING.  THEY BUILT FROM SCRATCH.  THEY DIDN'T

02:31PM 21   LIKE THE WAY THE CISCO SYSTEM WORKED AND THEY THOUGHT IT WAS

02:31PM 22   OLD SCHOOL, AND TO GET IN THE CLOUD THEY HAD TO HAVE SOMETHING

02:31PM 23   NEW.

02:31PM 24      SO THEY BUILT SOMETHING WITH AN ENTIRELY NEW ARCHITECTURE,

02:32PM 25   WITH AN ENTIRELY NEW OPERATING SYSTEM, WITH AN ENTIRELY NEW

02:32PM 1    BASE, THE LINUX CORE, WHICH COULD BE PROGRAMMED INDIVIDUALLY BY

02:32PM 2    CUSTOMERS.

02:32PM 3         AND THIS IS SOMETHING THEY GOT SOMETHING FASTER, MORE

02:32PM 4    RELIABLE, POWER EFFICIENT, OPEN AND PROGRAMMABLE.

02:32PM 5         AND NONE OF THESE PERFORMANCE BENEFITS COME FROM USING THE

02:32PM 6    CLI, NONE.  THE CLI IS INCIDENTAL TO THAT.  THESE PERFORMANCE

02:32PM 7    BENEFITS COME FROM THE SOFTWARE AND THE HARDWARE TOGETHER.

02:32PM 8         AND GUESS WHAT?  THEY TRANSFORMED THE CLI TOO.

02:32PM 9         ON THE LEFT WE SAW OUR FAMILIAR NETWORK ENGINEER, AND HE OR

02:32PM 10   SHE IS INDIVIDUALLY ENTERING COMMANDS FOR EACH SWITCH.

02:32PM 11        THAT CAN'T HAPPEN IN THE CLOUD WITH A HUNDRED THOUSAND

02:32PM 12   SERVERS AND THOUSANDS OF SWITCHES.  YOU HAVE TO AUTOMATE, AND

02:32PM 13   ARISTA FIGURED OUT A WAY TO DO THAT TOO.

02:32PM 14        YOU ARE GOING TO HEAR ABOUT THESE MANAGEMENT TOOLS, EAPI IS

02:32PM 15   ONE.  ZERO TOUCH PROVISIONING, WHERE THE SYSTEM SETS ITSELF UP

02:33PM 16   AND RUNS ITSELF BASED ON PROGRAMS WRITTEN BY THE CUSTOMER.  SO

02:33PM 17   THE CLI ARE USED, BUT THEY ARE IN A DIFFERENT CONTEXT.  THEY

02:33PM 18   ARE WITHIN A TOOL THAT FULLY AUTOMATES THEM FOR USE IN THE

02:33PM 19   CLOUD.

02:33PM 20        AND THAT'S WHY, AS YOU WILL HEAR, THERE HAS BEEN PRAISE NOT

02:33PM 21   JUST FOR ARISTA AS A COMPANY, BUT FOR THIS PRODUCT.

02:33PM 22        NOW, THIS PRODUCT HAS BEEN PRAISED THROUGHOUT INDUSTRY AS

02:33PM 23   ONE OF THE BEST, BEST OF INTEROP, BEST OF NETWORK WORLD.

02:33PM 24        AND THEY LOOK AT EVERYBODY, THEY COMPARE ARISTA TO

02:33PM 25   EVERYBODY, AND THEY ARE THE ONES THAT HAVE COME UP WITH THE

02:33PM 1    CONCLUSION THAT, HEY, THIS IS NUMBER ONE.  THAT'S THE HALLMARK

02:33PM 2    OF TRANSFORMATION.

02:33PM 3        HELP DESCRIPTIONS.  YOU HEARD A LITTLE BIT ABOUT THE HELP

02:33PM 4    DESCRIPTIONS.  THEY ARE NOTHING MORE THAN SIMPLE PHRASES USED

02:33PM 5    TO DESCRIBE THE COMMANDS.  THEY ARE NOT THE SOURCE CODE.  THEY

02:33PM 6    ARE NOT THE PROGRAM CODE.  THEY ARE DESCRIPTIONS THAT A NETWORK

02:34PM 7    OPERATOR CAN LOOK TO.

02:34PM 8        AND SO, AGAIN, THESE ARE VERY FUNCTIONAL THINGS, ALMOST

02:34PM 9    TRIVIAL, AND WHAT THEY ARE COMPLAINING ABOUT IS A TINY, TINY

02:34PM 10   PORTION OF ALL OF THE THOUSANDS OF HELP COMMANDS IN THE CISCO

02:34PM 11   SYSTEM.

02:34PM 12       LET'S LOOK AT THE CLI COMMANDS.  THEY SAID 500.  THERE

02:34PM 13   ARE -- THEY ARE COMPLAINING ABOUT 400 IN THE IOS SYSTEM.  THEY

02:34PM 14   HAVE SOME OTHER OPERATING SYSTEMS IN PLAY.  SO THEY ARE

02:34PM 15   COMPLAINING ABOUT 440 IN IOS.  THERE'S 16,000 IN IOS.  16,000.

02:34PM 16   SO THE 400 IS LESS THAN THREE PERCENT.

02:34PM 17       THE FOLKS AT ARISTA BUILT THEIR SWITCH TO RECOGNIZE THE

02:34PM 18   COMMANDS THAT THEY THOUGHT WOULD BE NECESSARY BACK IN THE EARLY

02:34PM 19   DAYS OF ENTERPRISE MANAGEMENT.

02:34PM 20       THEY'VE ADDED THOUSANDS OF THEIR OWN COMMANDS ON TOP OF

02:34PM 21   THOSE 400, BECAUSE OF ALL THE NEW FUNCTIONALITY AND NEW

02:35PM 22   TECHNOLOGY IN THE ARISTA SWITCH, THE 400 REPRESENT A VERY SMALL

02:35PM 23   PORTION OF THE COPYRIGHTED WORK.

02:35PM 24       TECHNICAL MANUALS.  YOU HEARD A STATEMENT BRIEFLY ABOUT

02:35PM 25   TECHNICAL MANUALS.  LET ME TALK ABOUT THAT FOR JUST A MINUTE.

02:35PM  1       HERE'S AN EXAMPLE OF WHAT THEY ARE COMPLAINING ABOUT.

02:35PM  2   HERE'S ONE OF THE TECHNICAL MANUALS THEY SAY WAS COPIED,

02:35PM  3   500-SOME PAGES.

02:35PM  4       NOW, USUALLY ENGINEERS DON'T PRINT THESE OUT, THEY LOOK AT

02:35PM  5   THEM ONLINE.

02:35PM  6       WHAT'S THEIR COMPLAINT?  THAT'S IT RIGHT THERE.  OUT OF

02:35PM  7   THESE 500 PAGES, THEY ARE ACTUALLY HERE COMPLAINING ABOUT THOSE

02:35PM  8   TWO LINES THAT THEY SAY WERE PLAGIARIZED FROM THIS MANUAL.

02:35PM  9       CISCO TAKES ANY FORM OF PLAGIARISM VERY SERIOUSLY, AS ANY

02:35PM  10  TECH COMPANY DOES.  SO WHEN THEY LEARNED THAT EVEN THESE TWO

02:35PM  11  LINES AND A FEW LINES IN OTHER MANUALS WERE COPIED, THEY

02:35PM  12  INVESTIGATED, THEY CHANGED THE MANUALS, THEY ASKED THE EMPLOYEE

02:36PM  13  TO LEAVE, BECAUSE ARISTA TAKES COPYING VERY SERIOUSLY.

02:36PM  14       BUT MY POINT IS THIS IS REALLY TRIVIAL IN THE SCHEME OF

02:36PM  15  THINGS, IF THAT'S WHAT THEY ARE HERE COMPLAINING ABOUT IS THE

02:36PM  16  MANUALS.

02:36PM  17       AND FINALLY, IT'S NOT THE USE OF THE CLI THAT IS CAUSING

02:36PM  18  ANY HARM TO CISCO.  THEIR INTERNAL E-MAILS SHOW THAT THEY ARE

02:36PM  19  LOSING BECAUSE THEY FAILED TO INNOVATE.  HERE'S AN E-MAIL FROM,

02:36PM  20  INTERNALLY, ONE OF THE CISCO EMPLOYEES, SAYING FACEBOOK'S

02:36PM  21  POSITION IS THAT CISCO IS BEHIND THE CURVE AND IS ON TARGET TO

02:36PM  22  BECOME IRRELEVANT.  IRRELEVANT.  THAT'S GOT NOTHING TO DO WITH

02:36PM  23  THE CLI.

02:36PM  24       SAME THING WITH MICROSOFT.  CISCO, WE HAVE FAILED TO --

02:36PM  25  THIS IS CISCO'S WORDS, NOT OURS, NOT EVEN MICROSOFT -- CISCO

02:36PM 1    SAYING WE FAILED TO DELIVER CRITICAL FEATURES FOR MICROSOFT FOR

02:36PM 2    THE PAST FIVE MONTHS OF THEM ASKING REPEATEDLY.

02:36PM 3        ONE OF THE HALLMARKS OF TRANSFORMATIVE USE IS NOT DOING

02:37PM 4    HARM TO THE ORIGINAL COPYRIGHTED WORK.

02:37PM 5        THE USE BY ARISTA OF THE SAME COMMANDS EVERYBODY ELSE USES

02:37PM 6    IS NOT WHAT HAS CAUSED THEM TO BE IN THE CLOUD.  AND ANY IMPACT

02:37PM 7    THEY'VE HAD ON CISCO IS BECAUSE CISCO FAILED TO KEEP UP AND

02:37PM 8    INNOVATE, AS THESE E-MAILS AND MANY, MANY MORE THAT YOU WILL

02:37PM 9    SEE DURING THE TRIAL DEMONSTRATE.

02:37PM 10       LET ME SPEND A COUPLE OF MINUTES ON THE PATENT.  IT'S

02:37PM 11   REALLY A PRETTY SMALL PART OF THE CASE, BUT I DO WANT TO COVER

02:37PM 12   IT BRIEFLY.

02:37PM 13       A PATENT IS DIFFERENT FROM COPYRIGHT.  NOW, WE ARE NOT

02:37PM 14   TALKING ABOUT SPECIFIC WORDS.

02:37PM 15       COPYRIGHT IS ABOUT SPECIFIC WORDS.  THIS IS ABOUT

02:37PM 16   INVENTIONS, BUT IT'S ALSO SPECIFIC.  THEY HAVE A PATENT THAT

02:37PM 17   PROTECTS ONLY A PARTICULAR WAY OF DOING THINGS, AND THE PATENT

02:37PM 18   HERE THEY ARE TALKING ABOUT IS A PATENT ON HOW THE COMMANDS ARE

02:37PM 19   PROCESSED.

02:37PM 20       LET'S LOOK AT THE NEXT SLIDE.

02:37PM 21       SO, THIS IS A LITTLE TRITE, BUT IT MAKES THE POINT.  YOU

02:37PM 22   DON'T GET A PATENT ON THE WHOLE UNIVERSE.  YOU GET A PATENT ON

02:37PM 23   A SPECIFIC WAY, SPECIFIC PROPERTY, A SPECIFIC WAY OF PROCESSING

02:38PM 24   COMMANDS.

02:38PM 25       SO CISCO MAY HAVE A PATENT ON THE CORNER THERE, BUT IF

02:38PM 1    ARISTA AND HP AND DELL ARE DOING IT DIFFERENTLY, THERE'S NO

02:38PM 2    INFRINGEMENT.  AND IN ORDER TO SHOW THAT SOMEONE IS INFRINGING,

02:38PM 3    YOU'VE GOT TO SHOW THAT EVERY REQUIRED ELEMENT OF YOUR PATENT

02:38PM 4    IS BEING USED.

02:38PM 5        SO LET'S ASSUME I'VE GOT A PATENT ON A SOCCER BALL, AND MY

02:38PM 6    ELEMENTS OF MY PATENT, MY REQUIREMENTS ARE THAT IT'S MADE OF

02:38PM 7    LEATHER, STITCHED TOGETHER, FILLED WITH AIR, AND ROUND.

02:38PM 8        ALL RIGHT.  YOU COME UP WITH A FOOTBALL AND I SAY YOU'RE

02:38PM 9    INFRINGING MY SOCCER PATENT.

02:38PM 10    OKAY, YOUR FOOTBALL, IT IS MADE OF LEATHER, STITCHED

02:38PM 11   TOGETHER, FILLED WITH AIR, BUT AH-HA, NOT ROUND, OBLONG.  NO

02:38PM 12   INFRINGEMENT.

02:38PM 13    WHY?  EVERY ELEMENT MUST BE PRESENT IN ORDER TO PROVE

02:38PM 14   INFRINGEMENT.

02:38PM 15    AND WE WILL SHOW IN THE EVIDENCE THAT THE WAY IN WHICH

02:38PM 16   ARISTA'S SWITCHES PROCESS COMMANDS IS FUNDAMENTALLY DIFFERENT

02:39PM 17   THAN WHAT THEIR PATENT REQUIRES.

02:39PM 18    LET'S LOOK AT OUR ONE SLIDE.

02:39PM 19    THEIR PATENT HAS A VERY SPECIFIC REQUIREMENT THAT EVERY

02:39PM 20   WORD IN THE COMMAND HAS TO BE ASSOCIATED WITH A COMMAND ACTION

02:39PM 21   VALUE.  IT'S GOT TO BE 1-TO-1.  IN THEIR SYSTEM, EVEN IF YOU

02:39PM 22   GET SOME OF THE WORDS WRONG, THE COMMAND WORKS.

02:39PM 23    IN ARISTA'S SYSTEM, THAT'S NOT HOW IT WORKS.  THERE ISN'T A

02:39PM 24   COMMAND VALUE ASSIGNED TO EVERY WORD, AND SO THE SYSTEM

02:39PM 25   OPERATES IN A FUNDAMENTALLY DIFFERENT WAY, AND WE WILL SHOW

02:39PM 1    THAT THROUGH THE TESTIMONY OF ARISTA ENGINEERS.

02:39PM 2         AND AGAIN, THERE WILL BE EXPERTS TESTIFYING ABOUT THAT ON

02:39PM 3    BOTH SIDES.

02:39PM 4         SO LET ME COME BACK TO MY KEY POINTS, WHICH ARE THAT THESE

02:39PM 5    SWITCHES WERE DESIGNED FROM SCRATCH AND THERE'S NO CLAIM THAT

02:39PM 6    ANY OF THE SOURCE CODE INSIDE WAS COPIED.  THEY HAVE

02:39PM 7    TRANSFORMED THE ETHERNET SWITCHING AND MADE THE CLOUD POSSIBLE.

02:39PM 8         CISCO PROMOTED ITS OWN CLI AS INDUSTRY STANDARD AND,

02:39PM 9    THEREFORE, ARISTA'S USE OF THE CLI IS A FAIR USE CONSISTENT

02:40PM 10   WITH INDUSTRY PRACTICE.

02:40PM 11        CISCO HAS FAILED TO INNOVATE, AND ARISTA HAS LED THE

02:40PM 12   INDUSTRY INTO THE CLOUD.

02:40PM 13        NOW, BEFORE I SIT DOWN, I WANT TO DO TWO THINGS.  I WANT TO

02:40PM 14   REINTRODUCE MY TEAM VERY BRIEFLY.  YOU ARE GOING TO BE HEARING

02:40PM 15   FROM SEVERAL LAWYERS ON BEHALF OF ARISTA.  BRIAN FERRALL, AND

02:40PM 16   DAVID SILBERT, LIZZY MCCLOSKEY AND RYAN WONG, AND

02:40PM 17   AJAY KRISHNAN AND MICHAEL KWUN WILL ALL BE EXAMINING WITNESSES

02:40PM 18   AS WE GO ON THROUGH THE NEXT COUPLE OF WEEKS.

02:40PM 19        I WILL ALSO ASK YOU ONE MORE THING AND THAT IS, KEEP AN

02:40PM 20   OPEN MIND.  DON'T BE FOOLED BY SNIPPETS OF E-MAILS OR PORTIONS

02:40PM 21   OF TESTIMONY TAKEN OUT OF CONTEXT, BECAUSE CISCO HAS THE BURDEN

02:40PM 22   OF PROOF.  THEY GO FIRST, AND WE WON'T HAVE AN OPPORTUNITY TO

02:40PM 23   PRESENT OUR CASE UNTIL THEY ARE DONE.  SO WE WON'T EVEN BEGIN

02:40PM 24   PRESENTING OUR CASE UNTIL NEXT WEEK.

02:40PM 25        SO IT'S VERY CRITICAL TO ARISTA AND THE PROCESS THAT YOU

02:41PM  1    KEEP AN OPEN MIND AS YOU LISTEN TO THE TESTIMONY THIS WEEK

02:41PM  2    UNTIL WE GET A CHANCE.

02:41PM  3        AND WE ARE REALLY LOOKING FORWARD TO PRESENTING OUR

02:41PM  4    EMPLOYEES, OUR ENGINEERS, OUR LEADERSHIP, OUR DOCUMENTS, OUR

02:41PM  5    EVIDENCE WHEN WE GET OUR OPPORTUNITY TO DO THAT NEXT WEEK.

02:41PM  6        AND THANKS AGAIN, LADIES AND GENTLEMEN OF THE JURY, FOR

02:41PM  7    BEING HERE TO HELP US.  WE REALLY APPRECIATE IT.

02:41PM  8        THANK YOU, YOUR HONOR

02:41PM  9            THE COURT:  THANK YOU, MR. VAN NEST.

02:41PM  10       ALL RIGHT.  LET'S TAKE A BREAK BEFORE WE CALL OUR FIRST

02:41PM  11   WITNESS.  IT'S A GOOD TIME TO STRETCH.  WE ARE GOING TO COME

02:41PM  12   BACK AT FIVE MINUTES TO 3:00.

02:41PM  13       (WHEREUPON A RECESS WAS TAKEN.)

02:59PM  14           THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

02:59PM  15   JURORS ARE PRESENT AND OUR LAWYERS AND PARTIES ARE HERE.

03:00PM  16       MR. NELSON, I'M GOING TO TURN TO YOU FOR THE PRESENTATION

03:00PM  17   OF YOUR CASE.  ARE YOU GOING TO CALL YOUR FIRST WITNESS?

03:00PM  18           MR. NELSON:  WE ARE.

03:00PM  19           THE COURT:  AND WHO WILL THAT BE?

03:00PM  20           MR. NELSON:  IT WILL BE MS. CHRISTINE BAKAN.

03:00PM  21           THE COURT:  ALL RIGHT.

03:00PM  22       MS. BAKAN, IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

03:00PM  23   PLEASE AND STAND TO BE SWORN.

03:00PM  24                       CHRISTINE BAKAN,

03:00PM  25       BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:00PM  1    HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

03:00PM  2    FOLLOWS:

03:00PM  3              THE WITNESS:  YES.

03:00PM  4              THE CLERK:  PLEASE BE SEATED.

03:00PM  5         IF YOU WOULD STATE YOUR NAME AND SPELL YOUR LAST FAME FOR

03:00PM  6    THE RECORD.

03:00PM  7              THE WITNESS:  CHRISTINE BAKAN.  B-A-K-A-N.

03:00PM  8              MR. NELSON:  YOU HAVE YOUR --

03:00PM  9              THE COURT:  I DO.

03:00PM 10              MR. NELSON:  OKAY.  THANK YOU, YOUR HONOR.

03:00PM 11

03:00PM 12              **DIRECT EXAMINATION BY MR. NELSON**

03:00PM 13

03:00PM 14    BY MR. NELSON:

03:00PM 15    Q.   PLEASE GO AHEAD AND INTRODUCE YOURSELF TO THE LADIES AND

03:00PM 16    GENTLEMEN OF THE JURY.

03:00PM 17    A.   MY NAME IS CHRISTINE BAKAN.  I WORK AT CISCO SYSTEMS.  I'M

03:00PM 18    A SENIOR DIRECTOR OF PRODUCT MANAGEMENT WITHIN THE ENTERPRISE

03:01PM 19    NETWORKING GROUP.

03:01PM 20    Q.   ALL RIGHT.  SO CAN YOU JUST TELL US A LITTLE BIT ABOUT YOUR

03:01PM 21    EMPLOYER, PLEASE?

03:01PM 22    A.   WELL, CISCO SYSTEMS WAS ORIGINALLY FOUNDED IN CALIFORNIA.

03:01PM 23    WE ARE THE LEADER IN THE NETWORKING SPACE.  WE PROVIDE

03:01PM 24    SWITCHING PRODUCTS, ROUTING PRODUCTS, AS WELL AS SECURITY

03:01PM 25    PRODUCTS THAT ESSENTIALLY SECURE THE INTERNET.  SO THE SWITCHES

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:01PM   1      AND ROUTERS THAT ESSENTIALLY POWER THE INTERNET.

03:01PM   2          WE ALSO PROVIDE LOTS OF DIFFERENT PRODUCTS, WHICH IS

03:01PM   3      TELECOMMUNICATIONS PRODUCTS, TELECONFERENCING SYSTEMS.  YOU MAY

03:01PM   4      HAVE HEARD OF WEBEX, FOR EXAMPLE, WHICH IS ANOTHER ONE OF OUR

03:01PM   5      PRODUCTS.

03:01PM   6          AND WE HAVE A VARIETY OF DIFFERENT PRODUCTS WITHIN THE

03:01PM   7      PORTFOLIO.

03:01PM   8   Q.   NOW, LET'S MOVE BACKWARD AND TELL US A LITTLE BIT ABOUT

03:01PM   9      YOURSELF.  CAN YOU TELL US WHAT YOUR EDUCATIONAL BACKGROUND IS,

03:01PM   10     PLEASE.

03:01PM   11  A.   SURE.  I WENT TO A LOCAL UNIVERSITY HERE IN NORTHERN

03:01PM   12     CALIFORNIA.  I WENT TO UC BERKELEY.  I GRADUATED WITH A COLLEGE

03:01PM   13     DEGREE IN MOLECULAR BIOLOGY.

03:01PM   14         DURING THAT TIME I ALSO WORKED AS AN ENGINEER IN THE

03:02PM   15     COMPUTER SCIENCE DEPARTMENT WORKING FOR SEVERAL PROFESSORS ON A

03:02PM   16     RESEARCH PROJECT FOR SEVERAL YEARS, WHICH WAS FROM 1992 TO

03:02PM   17     1995.

03:02PM   18         AND SEVERAL YEARS AFTER THAT I WENT BACK TO RECEIVE MY

03:02PM   19     DEGREE IN BUSINESS ADMINISTRATION FROM STANFORD UNIVERSITY.

03:02PM   20  Q.   SO YOU MENTIONED YOU WERE WORKING ON A RESEARCH PROJECT

03:02PM   21     WITH SEVERAL PROFESSORS S WHILE YOU WERE AT BERKELEY.

03:02PM   22  A.   YES.

03:02PM   23  Q.   CAN YOU TELL US A LITTLE BIT ABOUT THAT?

03:02PM   24  A.   SO THOSE WERE RESEARCH PROJECTS RELATING TO OPTICAL

03:02PM   25     CHARACTER RECOGNITION SYSTEMS, AS WELL AS IMAGE PROCESSING

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:02PM 1    SYSTEMS.  ESSENTIALLY BUILDING ARTIFICIAL INTELLIGENCE-BASED

03:02PM 2    SYSTEMS THAT COULD BETTER RECOGNIZE OPTICAL, ESSENTIALLY

03:02PM 3    CHARACTERS, TEXT, INFORMATION ON A PIECE OF PAPER, AS WELL AS

03:02PM 4    IMAGES THAT YOU COULD CAPTURE THROUGH SATALITE PHOTOS OR

03:02PM 5    DIGITAL PHOTOS, ET CETERA.

03:02PM 6    Q.   AND WHAT TIMEFRAME IS THIS WE ARE TALKING ABOUT?

03:03PM 7    A.   THIS IS BACK IN 1992 TO 1995.

03:03PM 8    Q.   NOW LET'S TALK A LITTLE BIT ABOUT YOUR EMPLOYMENT HISTORY.

03:03PM 9         CAN YOU TELL US YOUR FIRST POSITION, FIRST JOB AFTER YOUR

03:03PM 10   DEGREE, ANYWAY?

03:03PM 11   A.   SURE.  SO AFTER BERKELEY I WORKED AT ERNST & YOUNG, WHICH

03:03PM 12   IS A MANAGEMENT CONSULTING TECHNOLOGY COMPANY.  AND WHILE I WAS

03:03PM 13   AT ERNST & YOUNG, I WORKED WITH A VARIETY OF HIGH-TECH

03:03PM 14   COMPANIES, SUCH AS HEWLETT-PACKARD, AS WELL AS GENERAL

03:03PM 15   ELECTRIC -- SOME OF THESE ARE WELL-KNOWN COMPANIES -- AND

03:03PM 16   ESSENTIALLY HELPING THEM BUILD TECHNOLOGY PRODUCTS, TECHNOLOGY

03:03PM 17   DEVELOPMENTS.

03:03PM 18   Q.   AND CAN YOU JUST GIVE US A LITTLE BIT OF FLAVOR ON THAT?

03:03PM 19   WHAT KIND OF CONSULTING TECHNOLOGY DEVELOPMENT WERE YOU DOING?

03:03PM 20   A.   SO, FOR EXAMPLE, AT HEWLETT-PACKARD WE WERE BUILDING

03:03PM 21   FINANCIAL PROCESSING SYSTEMS.  SO WE WERE PART OF ESSENTIALLY

03:03PM 22   CREATING ESSENTIALLY DATA MANAGEMENT SYSTEMS.

03:03PM 23        I WAS PART OF A PROJECT BUILDING DATA MANAGEMENT SYSTEMS

03:03PM 24   FOR A FINANCIAL MANAGEMENT SOFTWARE AT HEWLETT-PACKARD.

03:04PM 25        AND AT GENERAL ELECTRIC, THEY BUILD A LOT OF AUTOMATIVE

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:04PM  1    SYSTEMS, WHETHER IT'S BASICALLY EQUIPMENT THAT ARE USED IN

03:04PM  2    HOSPITALS OR EQUIPMENT TO SERVICE EVEN AIRLINES, AND ALL THOSE

03:04PM  3    SYSTEMS NEEDED MANAGEMENT SYSTEMS TO ESSENTIALLY OPERATE ALL OF

03:04PM  4    THOSE TECHNOLOGIES.

03:04PM  5        SO AGAIN, I WAS PART OF BUILDING TECHNOLOGIES TO HELP DATA

03:04PM  6    MANAGEMENT OF ALL THOSE PRODUCTS.

03:04PM  7    Q.   SO THEN AFTER YOUR TIME AT ERNST & YOUNG, WHAT DID YOU DO?

03:04PM  8    A.   SO AFTER ERNST & YOUNG, I JOINED ORACLE CORPORATION, THIS

03:04PM  9    IS IN 1997, AND I BECAME PART OF ORACLE'S GROUP THAT FOCUSED ON

03:04PM  10   DATABASES AND APS, ESSENTIALLY APPLICATIONS, THAT ALSO WORK ON

03:04PM  11   TOP OF THE DATABASE.

03:04PM  12   Q.   AND HOW LONG WERE YOU THERE WITH ORACLE?

03:04PM  13   A.   SO I WAS AT ORACLE FROM 1997 TO 2005, SO ALMOST EIGHT

03:05PM  14   YEARS.  DURING THAT TIME, I ROSE FROM AN ENGINEER TO AN

03:05PM  15   ARCHITECT.

03:05PM  16       I BECAME A DIRECTOR OF DEVELOPMENT.  I RAN A TEAM THAT

03:05PM  17   BUILDS LOTS OF DIFFERENT TECHNOLOGIES, ONE OF WHICH, FOR

03:05PM  18   EXAMPLE, INCLUDED SECURING DATABASE TECHNOLOGIES BETTER SO THAT

03:05PM  19   ESSENTIALLY INFORMATION THAT ARE STORED IN THE DATABASES,

03:05PM  20   WHETHER IT'S PERSONAL INFORMATION, SUCH AS OUR SOCIAL SECURITY

03:05PM  21   NUMBERS, INFORMATION SUCH AS YOUR TELEPHONE NUMBERS, THINGS

03:05PM  22   THAT YOU REALLY DON'T WANT TO GET COMPROMISED, HAVE COMPROMISED

03:05PM  23   IN THE DATABASE ARE BETTER SECURED, WHETHER IT'S FOR USING

03:05PM  24   DATABASE IN THE INTERNET OR IN THE CLOUD, FOR EXAMPLE.

03:05PM  25   Q.   SO YOU USED A COUPLE OF TERMS REGARDING YOUR POSITIONS

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:05PM 1   THERE, "ENGINEER" AND "ARCHITECT."  CAN YOU EXPLAIN TO ME --

03:05PM 2   A.   SO THE ENGINEER IS BASICALLY SOMEONE WHO BUILDS THE

03:05PM 3   SOFTWARE CODE, DESIGNS THE CODE, ALSO JUST CREATES THE CODE

03:05PM 4   ITSELF.  SO I WROTE CODE.

03:05PM 5      AND ALSO AS AN ARCHITECT I HELPED OVERSEE THE DESIGN OF

03:06PM 6   CODE AND DEVELOPMENT OF SOFTWARE WITH A GROUP OF OTHER

03:06PM 7   ENGINEERS.

03:06PM 8   Q.   NOW, AFTER YOUR TIME AT ORACLE, WHAT DID YOU DO NEXT?

03:06PM 9   A.   SO AFTER ORACLE I JOINED ANOTHER SOFTWARE COMPANY NAMED VMC

03:06PM 10  SOFTWARE.  WE WERE ALSO BASED HERE LOCALLY OUT OF SAN JOSE.  I

03:06PM 11  RAN A RESEARCH AND DEVELOPMENT ORGANIZATION.  I WAS THE VICE

03:06PM 12  PRESIDENT OF RESEARCH AND DEVELOPMENT.  AND ESSENTIALLY THE

03:06PM 13  TECHNOLOGIES WE BUILT WERE ESSENTIALLY TO AUTOMATE THE SERVER

03:06PM 14  ENVIRONMENTS, ALSO TO MANAGE NETWORK ENVIRONMENTS.

03:06PM 15     SO THESE WERE ESSENTIALLY MANAGEMENT PRODUCTS FOR VARIOUS

03:06PM 16  DIFFERENT TECHNOLOGIES THAT CORPORATIONS USE.

03:06PM 17  Q.   AND THEN AFTER THAT, WHAT DID YOU DO?

03:06PM 18  A.   AFTER VMC SOFTWARE, I JOINED CISCO.  SO I JOINED CISCO BACK

03:06PM 19  IN 2013.

03:06PM 20     AND AT CISCO SYSTEMS I AM IN CHARGE OF ESSENTIALLY

03:06PM 21  PRIORITIZING, IDENTIFYING AS WELL AS PRIORITIZING CAPABILITIES

03:07PM 22  THAT OUR CUSTOMERS USE THE MOST.

03:07PM 23     BECAUSE OUR CUSTOMERS ARE LONG-TIME USERS OF CISCO

03:07PM 24  PRODUCTS, THEY HAVE BEEN LOYAL CUSTOMERS OF OURS FOR MANY

03:07PM 25  YEARS, DECADES LONG, FOR EXAMPLE.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:07PM 1     AND ONE OF OUR JOBS IS -- ONE OF MY JOBS IS TO MAKE SURE

03:07PM 2     THAT THOSE CUSTOMERS ARE HAPPY, THEY'RE SATISFIED USING OUR

03:07PM 3     PRODUCTS, THEY ARE ABLE TO GET THEIR DESIRES HEARD, AND THAT WE

03:07PM 4     PRIORITIZE THOSE NEEDS AND BUILD THEM INTO OUR PRODUCTS.

03:07PM 5     Q.   NOW, DO YOU HAVE A FORMAL JOB TITLE AT CISCO?

03:07PM 6     A.   YES.  MY FORMAL JOB TITLE IS SENIOR DIRECTOR OF PRODUCT

03:07PM 7     MANAGEMENT.

03:07PM 8     Q.   SO CAN YOU JUST DESCRIBE FOR US GENERALLY WHAT KINDS OF

03:07PM 9     THINGS YOU DO, DAY TO DAY?

03:07PM 10    A.   YES.  SO, AGAIN, WE WORK WITH CUSTOMERS, MY TEAM AND

03:07PM 11    MYSELF, WE WORK DAILY TO UNDERSTAND CUSTOMERS'S NEEDS THROUGH,

03:08PM 12    FOR EXAMPLE, SPEAKING WITH THEM DIRECTLY.  WE MEET WITH THEM IN

03:08PM 13    PERSON OR THROUGH CONFERENCE CALLS.  WE ARRANGE MEETINGS TO

03:08PM 14    MEET WITH THEM AT THEIR LOCATION SO WE UNDERSTAND BETTER HOW

03:08PM 15    THEY USE THE PRODUCTS WITHIN THEIR ENVIRONMENTS.

03:08PM 16    AND WE ALSO, FOR EXAMPLE, RUN SURVEYS.  BECAUSE SOMETIMES

03:08PM 17    WE CAN'T REACH EVERY SINGLE CUSTOMER, OR MAYBE NOT EVEN OUR

03:08PM 18    CUSTOMERS THAT ALSO MAY BE POTENTIAL CUSTOMERS IN THE FUTURE.

03:08PM 19    SO WE RUN SURVEYS AND INTERVIEWS BEYOND EVEN THE CUSTOMERS THAT

03:08PM 20    WE HAVE DIRECT CONTACT WITH.

03:08PM 21    SO THOSE ARE EXAMPLES OF HOW WE ESSENTIALLY ARE ABLE TO

03:08PM 22    IDENTIFY REALLY NEW CAPABILITIES, NEW INNOVATIONS THAT NEED TO

03:08PM 23    GO INTO OUR PRODUCTS.

03:08PM 24    Q.   SO WHY IS IT THAT YOU WANT TO LEARN HOW THE CUSTOMERS ARE

03:08PM 25    USING THE PRODUCTS IN THEIR ENVIRONMENT THEN?

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:08PM  1    A.   BECAUSE WE HAVE TO BE THE NUMBER ONE LEADER IN THE SPACE.

03:08PM  2    I MEAN, WE ARE THE NUMBER ONE LEADER IN THE SPACE AND WE ARE

03:08PM  3    DEFINITELY NOT RESTING ON OUR LAURELS AT ALL.  WE ARE VERY

03:09PM  4    VIGILANT ABOUT RETAINING OUR NUMBER ONE POSITION.  WE WANT TO

03:09PM  5    BE NUMBER ONE LEADERS IN NETWORKING AND SECURITY, IN

03:09PM  6    TELECONFERENCING, WEBEX SYSTEMS, COMMUNICATION SYSTEMS,

03:09PM  7    ET CETERA, ET CETERA.  SO WE HAVE VERY BIG AMBITIONS AND

03:09PM  8    ASPIRATIONS TO CONTINUE TO LEAD IN THE INDUSTRY.

03:09PM  9    Q.   SO YOU MENTIONED YOUR INTERACTION WITH THE CUSTOMERS.  CAN

03:09PM  10   YOU GIVE US SOME EXAMPLES OF SOME OF THESE CUSTOMERS?

03:09PM  11   A.   SURE.  SO IT RANGES ANYWHERE FROM, LET'S SAY, HEALTH CARE

03:09PM  12   PROVIDERS TO EDUCATIONAL ORGANIZATIONS.  SO KAISER PERMANENTE,

03:09PM  13   WHICH IS ALSO A LOCAL PROVIDER HERE IN THE AREA,

03:09PM  14   KAISER PERMANENTE ACTUALLY USES CISCO NETWORKING EQUIPMENT TO

03:09PM  15   CONNECT THEIR MEDICAL STUDIES THAT ARE IN THEIR HOSPITALS THAT

03:09PM  16   ARE ESSENTIALLY ARE CRITICAL CARE SYSTEMS.

03:09PM  17        FOR EXAMPLE, THEY KEEP PATIENTS ALIVE.  AND THOSE DEVICES

03:09PM  18   ARE CONNECTED TO THE NETWORK, SO THOSE SYSTEMS ARE NOT GOING

03:09PM  19   DOWN.  THEY ARE COMMUNICATING CONSISTENTLY.  SO ESSENTIALLY

03:10PM  20   THOSE ARE UP AND RUNNING.

03:10PM  21        THOSE ARE URGENT CARE TYPE SYSTEMS, THEY ARE CRITICAL,

03:10PM  22   CRITICAL SYSTEMS.  AND THE NETWORK ESSENTIALLY PROVIDES

03:10PM  23   CONNECTIVITY TO THOSE SYSTEMS.

03:10PM  24        ANOTHER EXAMPLE WOULD BE APPLE.  APPLE IS ACTUALLY A LARGE

03:10PM  25   USER OF CISCO NETWORKING EQUIPMENT.  SO IF YOU GO TO EVERY

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:10PM  1   SINGLE APPLE STORE ANYWHERE IN THE WORLD, IF YOU WALK INTO THE

03:10PM  2   STORE AND YOU ARE CONNECTING TO THEIR WI-FI NETWORK, IT'S ALL

03:10PM  3   POWERED THROUGH CISCO WI-FI NETWORK.

03:10PM  4        ANOTHER EXAMPLE WOULD BE THE LOS ANGELES UNIFIED SCHOOL

03:10PM  5   DISTRICT, THAT'S THE SCHOOL DISTRICT I WENT TO.  IT'S ONE OF

03:10PM  6   THE LARGEST SCHOOL DISTRICTS IN THE INDUSTRY.

03:10PM  7        AND IT'S A PUBLIC SCHOOL SYSTEM, AND ESSENTIALLY CISCO

03:10PM  8   NETWORKING EQUIPMENT CONNECTS THE STUDENTS AND THE TEACHERS TO

03:10PM  9   BE ABLE TO GET ACCESS TO THE INTERNET.

03:10PM  10  Q.   SO YOU'VE TALKED ABOUT SOME OF THE CISCO PRODUCTS.  I WANT

03:10PM  11  TO FOCUS ON A COUPLE OF THOSE FOR THIS CASE.  WE'VE HEARD

03:11PM  12  SOMETHING ABOUT THIS.

03:11PM  13       SO SWITCHES, NETWORK SWITCHES, LET'S START THERE.  OKAY?

03:11PM  14  A.   SURE.

03:11PM  15  Q.   CAN YOU TELL US GENERALLY WHAT A NETWORK SWITCH IS?

03:11PM  16  A.   SURE.  A NETWORK SWITCH SIMPLY IS BASICALLY A

03:11PM  17  HARDWARE-BASED DEVICE THAT ESSENTIALLY ALLOWS COMPUTERS WITHIN

03:11PM  18  A LOCAL NETWORK, WHICH IS BASICALLY A SPECIFIC LOCATION THAT

03:11PM  19  THE VARIOUS DIFFERENT COMPUTERS ARE CO-LOCATED IN.

03:11PM  20       SO, FOR EXAMPLE, THIS BUILDING COULD BE ESSENTIALLY A LOCAL

03:11PM  21  NETWORK WHERE THE COMPUTERS ARE IN FRONT OF YOU, THE COMPUTERS

03:11PM  22  THAT ARE IN FRONT OF THE VARIOUS DIFFERENT FOLKS IN THE ROOM,

03:11PM  23  AS WELL AS THE PRINTERS YOU MIGHT SEE, THOSE ARE CONNECTED ALL

03:11PM  24  TOGETHER TO COMMUNICATE WITH EACH OTHER THROUGH A SWITCH OR SET

03:11PM  25  OF SWITCHES.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:11PM 1      SO IF YOU SEND A PRINT JOB TO A PRINTER THAT'S WITHIN YOUR

03:11PM 2   SWITCH NETWORK, THOSE PRINT JOBS ESSENTIALLY DON'T HAVE TO GO

03:11PM 3   TO SOME OTHER LOCATION, DON'T HAVE TO GO TO AMAZON OR GOOGLE TO

03:11PM 4   ESSENTIALLY PRINT THAT JOB.  IT JUST BASICALLY PRINTS THAT JOB

03:11PM 5   THROUGH A SWITCH THAT'S IN YOUR LOCATION WITHIN THE BUILDING

03:12PM 6   Q.   AND WE'VE HEARD A LITTLE BIT ABOUT ROUTERS.  CAN YOU TELL

03:12PM 7   ME THE DISTINCTION BETWEEN THE TWO?

03:12PM 8   A.   SURE.  SO A SWITCH, AGAIN, IS JUST WITHIN A PARTICULAR

03:12PM 9   NETWORK.

03:12PM 10      A ROUTER CONNECTS MULTIPLE NETWORKS.  SO IF YOU CAN IMAGINE

03:12PM 11   THIS BUILDING IS CONNECTED THROUGH A SET OF SWITCHES, OR MAYBE

03:12PM 12   ONE SWITCH.

03:12PM 13      ANOTHER BUILDING THAT MAY BE, LET'S SAY, IN SOUTHERN

03:12PM 14   CALIFORNIA, THAT'S ANOTHER, LET'S SAY, FEDERAL COURTHOUSE, IF

03:12PM 15   THOSE TWO COURTHOUSES NEED TO ESSENTIALLY COMMUNICATE THROUGH

03:12PM 16   E-MAIL, IF ONE JUDGE NEEDS TO E-MAIL ANOTHER JUDGE IN A

03:12PM 17   DIFFERENT COURTHOUSE, ESSENTIALLY THAT COMMUNICATION GOES

03:12PM 18   THROUGH A ROUTER THAT CONNECTS THE TWO NETWORKS TOGETHER.

03:12PM 19   Q.   SO I WOULD LIKE YOU TO TURN TO YOUR BINDER THAT YOU SHOULD

03:12PM 20   HAVE IN FRONT OF YOU.  THERE WILL BE SOME DOCUMENTS THERE

03:12PM 21   BEHIND SOME TABS.  THE FIRST ONE I WANT YOU TO LOOK AT IS

03:12PM 22   EXHIBIT 4269.

03:13PM 23      NO, YOU WON'T HAVE THOSE.

03:13PM 24      THE WITNESS, I'M SORRY.

03:13PM 25      SO CAN YOU LOOK AT 4269?  DO YOU HAVE THAT?

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:13PM  1    A.   YES, I DO.

03:13PM  2    Q.   AND ARE YOU FAMILIAR WITH THIS DOCUMENT?

03:13PM  3    A.   YES.

03:13PM  4    Q.   AND CAN YOU TELL ME WHAT IT IS?

03:13PM  5    A.   IT'S A DATA SHEET FOR ONE OF OUR SWITCH PRODUCTS, WHICH IS

03:13PM  6    A CATALYST 4900M SWITCH.

03:13PM  7    Q.   DO YOU KNOW WHAT THE PURPOSE OF THESE DOCUMENTS ARE AT

03:13PM  8    CISCO?

03:13PM  9    A.   YES.  SO A DATA SHEET IS SOMETHING THAT WE PRODUCE FOR

03:13PM  10   EVERY ONE OF OUR PRODUCTS, WHETHER IT'S A SWITCH OR A ROUTER,

03:13PM  11   OR EVEN OUR SECURITY PRODUCTS, TO ESSENTIALLY PROVIDE FURTHER

03:13PM  12   INFORMATION THAT GOES INTO THE DETAILS ABOUT BASICALLY WHAT THE

03:13PM  13   FUNCTIONALITY IS FOR THE PRODUCT.

03:13PM  14       AND IT'S A STANDARD PROCESS THAT WE FOLLOW WITHIN OUR

03:13PM  15   BUSINESS TO INTRODUCE AND PROVIDE INFORMATION THAT'S SIMPLE TO

03:14PM  16   UNDERSTAND TO THE END USERS.

03:14PM  17           MR. NELSON:  SO, YOUR HONOR, AT THIS POINT I WOULD

03:14PM  18   MOVE INTO EVIDENCE EXHIBIT 4269.

03:14PM  19           THE COURT:  ANY OBJECTION?

03:14PM  20           MR. FERRALL:  NO OBJECTION.  MR. FERRALL.

03:14PM  21           THE COURT:  IT WILL BE ADMITTED.

03:14PM  22       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 4269, HAVING BEEN

03:14PM  23   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:14PM  24   EVIDENCE.)

03:14PM  25   BY MR. NELSON:

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:14PM  1    Q.   ALL RIGHT.  SO IF I LOOK AT THIS, IT'S -- THE TITLE IS

03:14PM  2    CISCO CATALYST 4900M SWITCH.  DO YOU SEE THAT?

03:14PM  3    A.   YES.

03:14PM  4    Q.   AND CAN YOU JUST DESCRIBE FOR US AT A HIGH LEVEL WHAT THE

03:14PM  5    CATALYST 4900M SWITCH IS?

03:14PM  6    A.   SURE.  CATALYST 4900M SWITCH IS A MODULAR SWITCH.  IT'S

03:14PM  7    WHAT WE CALL A TOP OF RACK SWITCH.  TYPICALLY IT'S USED IN DATA

03:14PM  8    CENTERS.

03:14PM  9         A TOP OF RACK -- SOUNDS KIND OF TECHNICAL -- WHAT THAT

03:14PM  10   MEANS IS BASICALLY -- A RACK IS BASICALLY A STEEL CAGE WHERE A

03:14PM  11   BUNCH OF DIFFERENT COMPUTERS COULD BE INSERTED TOGETHER TO

03:14PM  12   OPTIMIZE THE SPACE THAT YOU USE WITHIN A DATA CENTER.

03:14PM  13        A SWITCH, A TOP OF RACK SWITCH ESSENTIALLY GOES INTO THAT

03:15PM  14   RACK, THAT STEEL CAGE WHERE ALL THE OTHER SERVERS ARE CONNECTED

03:15PM  15   AND ESSENTIALLY PROVIDES CONNECTIVITY TO THE VARIOUS DIFFERENT

03:15PM  16   SERVERS IN THAT RACK.

03:15PM  17   Q.   SO IF YOU LOOK AT THE BOTTOM THIRD OF THAT PAGE, OR

03:15PM  18   QUARTER, JUST TO ESTIMATE, CAN YOU TELL US WHAT WE ARE LOOKING

03:15PM  19   AT HERE?

03:15PM  20   A.   RIGHT.  BECAUSE THIS IS A 4900M SWITCH, WHICH IS A MODULAR

03:15PM  21   SWITCH, IT PROVIDES MULTIPLE PORT OPTIONS.

03:15PM  22        SO THIS IS GETTING A BIT TECHNICAL, BUT BASICALLY THERE ARE

03:15PM  23   WHAT WE CALL FIXED PORTS, ESSENTIALLY PORTS THAT ARE SHIPPED

03:15PM  24   WITH THE HARDWARE DEVICE.  AS YOU CAN SEE, THERE ARE FIXED

03:15PM  25   PORTS AT THE BOTTOM OF THE DEVICE.  THEN THERE ARE ESSENTIALLY

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:15PM 1   OPTIONAL PORTS.  THEY PROVIDE DIFFERENT CAPABILITIES.

03:15PM 2       SO, FOR EXAMPLE, YOU COULD HAVE MORE PORTS.  SOME OF THESE

03:15PM 3   PHOTOS SHOW MORE PORT SLOTS, FOR EXAMPLE.

03:15PM 4       AND YOU COULD ALSO HAVE DIFFERENT LEVELS OF SPEED.  SO

03:15PM 5   SOMETIMES, LIKE IF YOU ARE USING WI-FI, SOME OF YOUR WI-FI

03:16PM 6   SPEED IS REALLY POOR, YOU GET JUST BAD CONNECTIVITY.  SOMETIMES

03:16PM 7   IF YOU GET HIGH INTERNET SPEED, LIKE THROUGH YOUR COMCAST

03:16PM 8   PROVIDER FOR EXAMPLE, YOU GET MUCH BETTER QUALITY AND MUCH

03:16PM 9   FASTER RESPONSE FROM WEB PAGES.

03:16PM 10      SO THOSE ARE THINGS THAT YOU COULD DO TO ESSENTIALLY

03:16PM 11  CONFIGURE A 4900 MODULAR SWITCH.

03:16PM 12  Q.  SO YOU USED THE TERM "PORT."  CAN YOU TELL ME WHAT A PORT

03:16PM 13  IS?

03:16PM 14  A.  SURE, YES.  A PORT IS ESSENTIALLY A LOCATION ON A SWITCH --

03:16PM 15  IT COULD ALSO BE ON A ROUTER AS WELL -- WHERE YOU ESSENTIALLY

03:16PM 16  INSERT A CABLE, AND I THINK YOU MAY HAVE SEEN A CABLE, IT LOOKS

03:16PM 17  KIND OF LIKE A PHONE CABLE, BUT FOR NETWORKS IT'S ACTUALLY A

03:16PM 18  THICKER CABLE, AND ESSENTIALLY THOSE CABLES CONNECT COMPUTERS

03:16PM 19  TO NETWORK EQUIPMENT SUCH AS THE SWITCH OR A ROUTER.

03:16PM 20  Q.  SO THE EXAMPLE THAT WE ARE LOOKING AT HERE IN 42 --

03:16PM 21  EXHIBIT 4269 OF THE CATALYST SWITCH, IS THAT HARDWARE?

03:17PM 22  A.  THIS IS HARDWARE, TRUE, CORRECT.

03:17PM 23      NOW, WITHIN EACH ONE OF THESE SWITCHES OR ROUTERS ARE

03:17PM 24  LAYERS OF SOFTWARE CAPABILITY.  IT'S ALMOST THE BRAIN OF THE

03:17PM 25  DEVICE BECAUSE THE DEVICE ITSELF HAS LOTS OF CAPABILITIES, BUT

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:17PM  1     YOU REALLY CAN'T USE ANY OF THOSE CAPABILITIES UNLESS YOU HAVE

03:17PM  2     A BRAIN THAT BASICALLY MAKES SURE THAT THOSE CAPABILITIES ARE

03:17PM  3     BEING USED.

03:17PM  4          SO ANY TIME YOU HAVE A DEVICE LIKE THIS, WHETHER IT'S A

03:17PM  5     SWITCH OR A ROUTER, IT COMES WITH AN OPERATING SYSTEM, WHICH IS

03:17PM  6     KIND OF THE BRAIN OF THE DEVICE, AND IT HELPS MANAGE AND

03:17PM  7     CONTROL, ESSENTIALLY, THE HARDWARE FUNCTIONS THAT ARE

03:17PM  8     AVAILABLE, ALL THE PORTS, SWITCHES, ALL THE PORT SLOTS THAT ARE

03:17PM  9     AVAILABLE, FOR EXAMPLE, ON THE SWITCH, AS WELL AS SOFTWARE

03:17PM  10    CAPABILITIES, SOFTWARE CAPABILITIES THAT ARE IN THE OPERATING

03:17PM  11    SYSTEM ITSELF.

03:17PM  12    Q.   OKAY.  NOW, IS THERE A PART OF THIS SOFTWARE THAT THE USER

03:17PM  13    CAN INTERACT WITH?

03:17PM  14    A.   ABSOLUTELY.  SO EVERY CISCO DEVICE, WHETHER IT'S A SWITCH

03:18PM  15    OR A ROUTER, COMES WITH AN IOS SOFTWARE, AND WITH EACH SOFTWARE

03:18PM  16    IT'S AVAILABLE WITH WHAT WE CALL THE COMMAND-LINE INTERFACE.

03:18PM  17    IT'S THE MOST COMPREHENSIVE DIRECT MECHANISM BY WHICH YOU COULD

03:18PM  18    TAKE ADVANTAGE AND USE ALL THE CAPABILITIES THAT ARE AVAILABLE

03:18PM  19    ON A SWITCH OR A ROUTER.

03:18PM  20    Q.   OKAY.  NOW, YOU MENTIONED EARLIER THAT THERE ARE OTHER

03:18PM  21    PRODUCTS THAT CISCO MAKES, RIGHT?

03:18PM  22    A.   YES, CORRECT.

03:18PM  23    Q.   AND SOME EXAMPLES, AGAIN?

03:18PM  24    A.   SO, FOR EXAMPLE, IT COULD BE A SECURITY PRODUCT.  SOMETIMES

03:18PM  25    YOU MAY HAVE HEARD OF SOMETHING CALLED A FIREWALL.  A FIREWALL

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:18PM   1    IS SOMETHING THAT BASICALLY MAKES SURE THAT TRAFFIC COMING INTO

03:18PM   2    YOUR NETWORK OR COMING INTO YOUR DEVICE, IF THERE'S MALICIOUS

03:18PM   3    TRAFFIC, FOR EXAMPLE, LIKE A VIRUS THAT THE DEVICE, THE

03:18PM   4    FIREWALL RECOGNIZES AS MALICIOUS, IT WILL BLOCK THAT TRAFFIC.

03:18PM   5         SO IT GOES BEYOND, FOR EXAMPLE, AN ANTIVIRUS TO MAKE SURE

03:19PM   6    THAT EVEN AT THE PACKET LEVEL, WE ARE ABLE TO DETECT

03:19PM   7    ESSENTIALLY SOMETHING THAT'S MALICIOUS AND BLOCK THAT KIND OF

03:19PM   8    TRAFFIC.

03:19PM   9         NOW, THOSE ARE SECURITY PRODUCTS THAT ALSO, FOR EXAMPLE,

03:19PM   10   HAVE CLI IN THEM.  IT WORKS IN CONJUNCTION WITH SWITCHES AND

03:19PM   11   ROUTERS.

03:19PM   12        WE ALSO HAVE COLLABORATION PRODUCTS, SUCH AS WEBEX

03:19PM   13   TECHNOLOGIES OR EVEN IPHONES.

03:19PM   14        SO A LOT OF TIMES IF YOU GO TO A CORPORATE OFFICE BUILDING,

03:19PM   15   IT'S NOT JUST THE ANALOG PHONES ANYMORE.  IT'S REALLY WHAT WE

03:19PM   16   CALL THESE DIGITAL PHONES.  AND THESE DIGITAL PHONES ARE

03:19PM   17   CONNECTED TO EACH OTHER SO THAT YOU COULD ESSENTIALLY MAKE

03:19PM   18   CALLS TO EACH OTHER THROUGH THESE DIGITAL PHONES AND THEY ARE

03:19PM   19   CONNECTED THROUGH THE SWITCHES AND ROUTERS AS WELL.

03:19PM   20        AND THOSE DEVICES, THE PHONES, ALSO HAVE A SOFTWARE

03:19PM   21   CAPABILITY FOR MANAGING THE CELL PHONES, AND THOSE COULD ALSO

03:20PM   22   BE WORKED, BUILT AND KIND OF CONFIGURED IN CONJUNCTION WITH A

03:20PM   23   SWITCH OR A ROUTER.

03:20PM   24   Q.   OKAY.  SO THEN THESE OTHER PRODUCTS THAT YOU TALKED ABOUT,

03:20PM   25   COULD THOSE ALSO BE CONTROLLED, AS YOU SAY, OR THE IOS RUN ON

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:20PM 1    THOSE PRODUCTS?

03:20PM 2    A.   SO IOS ISN'T RUNNING ON THOSE PRODUCTS.  BUT WHAT HAPPENS

03:20PM 3    IS ALL THE TRAFFIC, ALL THE COMMUNICATION GOES THROUGH A SWITCH

03:20PM 4    OR A ROUTER.  AND IF YOU WANTED, FOR EXAMPLE, HIGH QUALITY

03:20PM 5    WEBEX, SOMETIMES IF YOU DO SKYPE OR SOMETHING, YOU GET REALLY

03:20PM 6    FUZZY RECEPTION.

03:20PM 7         WITH THE CISCO SWITCH, YOU COULD ACTUALLY GO AHEAD AND SET

03:20PM 8    THE SWITCH TO ESSENTIALLY GIVE YOU HIGHER QUALITY, HIGHER

03:20PM 9    CLARITY FOR CERTAIN KIND OF CALLS.

03:20PM 10        OR IF YOU ARE USING A PHONE, ONE OF THESE DIGITAL PHONES,

03:20PM 11   THE IP PHONES, YOU COULD ALSO -- IN THE OLD DAYS, I REMEMBER

03:20PM 12   WHEN I FIRST USED AN IP PHONE, IT WAS REALLY STATIC-Y.

03:20PM 13        WITH OUR CISCO SWITCHES, WE HAVE AN OPTION, AGAIN, AN

03:21PM 14   OPTION AVAILABLE THROUGH CLI WHERE YOU COULD ESSENTIALLY

03:21PM 15   IMPROVE THE QUALITY OF THE CALLS BY CONFIGURING THESE SWITCHES.

03:21PM 16   Q.   NOW, ARE THERE OTHER -- WELL, FIRST -- STRIKE THAT.

03:21PM 17        IOS, CAN YOU TELL US WHAT THAT STANDS FOR?

03:21PM 18   A.   IOS STANDS FOR INNER NETWORKING OPERATING SYSTEM.  IT

03:21PM 19   SOUNDS VERY SIMILAR TO AN APPLE IOS, AND I COULD EXPLAIN THE

03:21PM 20   DIFFERENCE.

03:21PM 21   Q.   IS THERE A DISTINCTION BETWEEN THE APPLE IOS AND THE CISCO

03:21PM 22   IOS?

03:21PM 23   A.   ABSOLUTELY.  THERE ARE TWO DIFFERENT THINGS.

03:21PM 24        SO CISCO IOS, AGAIN, THE INNER NETWORKING OPERATING SYSTEM

03:21PM 25   WAS ORIGINALLY CREATED IN THE 1980S, AND THAT IS A TECHNOLOGY

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:21PM 1    THAT CISCO INVENTED.

03:21PM 2        APPLE IOS ACTUALLY STANDS FOR IPHONE OPERATING SYSTEM.  SO

03:21PM 3    IF SOME OF YOU HAVE AN IPHONE IN THE ROOM.  IT BASICALLY IS THE

03:22PM 4    OPERATING SYSTEM THAT RUNS ON THE PHONE.

03:22PM 5        AND APPLE LIKED THE NAME IOS SO MUCH THAT THEY ACTUALLY

03:22PM 6    ASKED CISCO PERMISSION TO USE THE NAME, AND WE GAVE THEM THE

03:22PM 7    OKAY TO ESSENTIALLY USE THE NAME IOS.

03:22PM 8    Q.   NOW, ARE -- FOR THE CISCO IOS, I WANT TO TALK ABOUT, ARE

03:22PM 9    THERE SPECIFIC VERSIONS OF THAT IN -- OTHER FLAVORS, SO TO

03:22PM 10   SPEAK?

03:22PM 11   A.   ABSOLUTELY.  SO THE CISCO IOS ITSELF, SOMETIMES THEY CALL

03:22PM 12   IT IOS CLASSIC.  WE HAVE A VARIETY OF OTHER OPERATING SYSTEMS

03:22PM 13   THAT ARE ALL STILL WITHIN THE FAMILY OF IOS OPERATING SYSTEMS,

03:22PM 14   SUCH AS NEXUS OS, WHICH WAS SPECIFICALLY BUILT TO CATER TO THE

03:22PM 15   NEEDS OF DATA CENTER CUSTOMERS, AS WELL AS WHAT WE CALL IOS XR

03:22PM 16   WHICH WAS BUILT TO ESSENTIALLY CATER TO TELECOM COMPANIES.

03:22PM 17       AN EXAMPLE OF A TELECOM WOULD BE AT&T OR COMCAST, VERIZON.

03:22PM 18   DEUTSCHE TELEKOM.

03:23PM 19       SO THESE ARE DIFFERENT TYPES OF OPERATING SYSTEMS THAT

03:23PM 20   CATER TO THE DIFFERENT NEEDS OF CUSTOMERS.

03:23PM 21   Q.   NOW, YOU MENTIONED THE CLI, THE COMMAND-LINE INTERFACE

03:23PM 22   BEING A USER INTERFACE IN THE CISCO IOS FOR EXAMPLE, RIGHT?

03:23PM 23   A.   YES.

03:23PM 24   Q.   ARE THERE OTHER USER INTERFACES IN THE PRODUCT AS WELL?

03:23PM 25   A.   SURE.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:23PM 1   Q.   CAN YOU EXPLAIN WHAT SOME OF THOSE ARE?

03:23PM 2   A.   SO CISCO'S CLI IS AVAILABLE ON EVERY ONE OF OUR DEVICES.

03:23PM 3   CUSTOMERS HAVE THE OPTION TO, FOR EXAMPLE, USE A GUI-BASED

03:23PM 4   PRODUCT, WHICH IS SOMETHING THAT BASICALLY SHOWS AS A

03:23PM 5   PHOTOGRAPHICAL DISPLAY WITH SOMETHING THAT YOU COULD GO AHEAD

03:23PM 6   AND CLICK WITH A MOUSE THAT HAS ESSENTIALLY ICONS OR BUTTONS,

03:23PM 7   DROP DOWN MENUS, ET CETERA.  IT'S ESSENTIALLY ANOTHER MECHANISM

03:23PM 8   BY WHICH YOU COULD ALSO GET ACCESS TO CAPABILITIES ON THE

03:23PM 9   DEVICE.

03:23PM 10       AS YOU CAN IMAGINE, IT'S NOT -- IT'S NEVER AS COMPREHENSIVE

03:23PM 11   AS ALL THE CAPABILITIES THAT ARE AVAILABLE THROUGH A CLI JUST

03:24PM 12   BECAUSE WE HAVE SUCH A RICH FUNCTIONALITY THAT'S AVAILABLE AT

03:24PM 13   THE CLI JUST AT THE TIP OF THE USER'S INPUT OF THE DEVICE.

03:24PM 14   Q.   NOW I WOULD LIKE YOU TO TURN TO ANOTHER TAB IN YOUR BINDER,

03:24PM 15   AND THIS WOULD BE EXHIBIT 760.  AND IF YOU COULD TAKE A LOOK AT

03:24PM 16   THAT DOCUMENT.  ARE YOU FAMILIAR WITH THIS DOCUMENT?

03:24PM 17   A.   YES.

03:24PM 18   Q.   CAN YOU TELL US WHAT IT IS?

03:24PM 19   A.   IT'S A PUBLISHED DOCUMENT ON THE IOS SOFTWARE TECHNOLOGY.

03:24PM 20   IT'S CALLED THE INTRODUCTION TO CISCO IOS SOFTWARE.

03:24PM 21       AGAIN, IT'S ONE OF THE PUBLICATIONS WE PROVIDE ROUTINELY AS

03:24PM 22   PART OF OUR PRODUCT DEVELOPMENT EFFORTS

03:24PM 23   Q.   AND DO YOU KNOW WHO THE AUDIENCE IS FOR A DOCUMENT LIKE

03:24PM 24   THIS?

03:24PM 25   A.   YES.  SO THESE TYPE OF DOCUMENTS ARE TARGETED FOR NETWORK

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:25PM  1   ADMINISTRATORS WHO ARE ESSENTIALLY THE EXPERTS AT RUNNING AND

03:25PM  2   TROUBLE SHOOTING AND KEEPING THESE CRITICAL NETWORK SYSTEMS UP

03:25PM  3   AND RUNNING.

03:25PM  4   Q.   AT THIS POINT I WOULD MOVE EXHIBIT 760 INTO EVIDENCE,

03:25PM  5   YOUR HONOR?

03:25PM  6            THE COURT:  ANY OBJECTION?

03:25PM  7            MR. FERRALL:  NO OBJECTION.

03:25PM  8            THE COURT:  IT WILL BE ADMITTED.

03:25PM  9        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 760, HAVING BEEN

03:25PM 10   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:25PM 11   EVIDENCE.)

03:25PM 12   BY MR. NELSON:

03:25PM 13   Q.   SO IF WE COULD GO MR. FISHER TO TABLE 41 WHICH IS ON

03:25PM 14   PAGE 5.  CAN YOU TAKE A LOOK AT THE SCREEN OR ON THE DOCUMENT

03:25PM 15   ITSELF, BUT EITHER WAY I WANT TO LOOK AT TABLE 4-1.  ARE YOU

03:25PM 16   THERE WITH ME?

03:25PM 17   A.   YES.

03:25PM 18   Q.   CAN YOU TELL US WHAT THIS IS?

03:25PM 19   A.   THIS IS A LIST OF SAMPLE IOS CLI UNDERSTAND DEMANDS.

03:25PM 20   Q.   AND ARE THESE ALL THE COMMANDS THAT ARE AVAILABLE?

03:25PM 21   A.   ABSOLUTELY NOT.  I MEAN, THESE ARE JUST A SMALL SUBSET OF

03:25PM 22   COMMANDS.

03:25PM 23   Q.   AND DO YOU KNOW WHAT THESE COMMANDS ARE USED FOR GENERALLY?

03:26PM 24   A.   THEY ARE USED.  SO THESE ARE SHOW COMMANDS.  SO AS A

03:26PM 25   NETWORK ADMINISTRATOR, YOU IMMEDIATELY KNOW THAT SHOW COMMANDS

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:26PM   1    ARE GOING TO GIVE YOU INFORMATION ABOUT THE DEVICE TO HELP YOU

03:26PM   2    TROUBLE SHOOT.  AND JUST GIVE STATUS INFORMATION, LIKE IS THE

03:26PM   3    DEVICE GOING BAD, IS IT ACTING UP, IS IT HELPING.  SO SHOW

03:26PM   4    COMMANDS, ESSENTIALLY ARE KNOWN BY NETWORK ADMINISTRATORS AS A

03:26PM   5    MECHANISM BY WHICH YOU COULD GET ACCESS TO THAT INFORMATION.

03:26PM   6    Q.   NOW I WANT TO GO BACK AND TALK A LITTLE BIT ABOUT THE

03:26PM   7    GRAPHICAL USER INTERFACE IN THE PRODUCT?

03:26PM   8    A.   SURE.

03:26PM   9    Q.   SO YOU SAID THERE WAS A GRAPHICAL USER INTERFACE AVAILABLE;

03:26PM   10   IS THAT RIGHT?

03:26PM   11   A.   YES, WE STILL CONTINUE TO HAVE GRAPHICAL USER INTERFACES.

03:26PM   12   Q.   SO THEN WHY IS THE CLI, THE COMMAND-LINE INTERFACE STILL

03:26PM   13   OFFERED?

03:26PM   14   A.   GREAT QUESTION.  WELL, WE LIKE TO PROVIDE CAPABILITIES THAT

03:27PM   15   HELP ALL OF OUR CUSTOMERS BE HAPPY USING OUR PRODUCTS.  WHAT WE

03:27PM   16   FIND AGAIN IN MY CAPACITY AS A PRODUCT MANAGEMENT LEADER AT

03:27PM   17   CISCO, WHAT WE FIND WHEN WE SPEAK TO CUSTOMERS WHETHER IT'S THE

03:27PM   18   DIRECT CONVERSATIONS OR THROUGH SURVEYS, WHAT WE FIND IS THAT

03:27PM   19   ACTUALLY OUR USERS PREFER TO USE THE COMMAND-LINE INTERFACE,

03:27PM   20   AND TIME AND TIME AGAIN, THIS IS BASICALLY THE RESPONSE WE GET

03:27PM   21   FROM EVERY CUSTOMER THAT I'VE EVER SPOKEN WITH IS SURE, THEY

03:27PM   22   WOULD LIKE ADDITIONAL OPTIONS SUCH AS PROGRAMMATIC INTERFACES,

03:27PM   23   BUT THEY ARE ABSOLUTELY SURE THAT CLI AND WHAT THEY USE DAY IN

03:27PM   24   AND DAY OUT TO TROUBLE SHOOT THE DEVICE.  THIS IS THE MOST

03:27PM   25   COMPREHENSIVE WAY THAT THEY COULD MANAGE THE DEVICE, GET

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:27PM   1   INFORMATION ABOUT THE DEVICE.  AND THIS IS THEIR PREFERRED

03:27PM   2   MECHANISM BY FAR.

03:27PM   3   Q.   AND HOW DO YOU KNOW IT'S THE PREFERRED MECHANISM?

03:27PM   4   A.   AGAIN, BECAUSE THIS IS WHAT THE CUSTOMERS TELL US.

03:28PM   5        MR. FERRALL:  OBJECTION, YOUR HONOR.  HEARSAY.

03:28PM   6        THE COURT:  SUSTAINED.

03:28PM   7   BY MR. NELSON:

03:28PM   8   Q.   YOU MENTIONED SURVEYS BEFORE?

03:28PM   9   A.   YES.  SO THIS IS WHAT THE CUSTOMERS HAVE TOLD US, WHETHER

03:28PM  10   IT'S VERBALLY OR THROUGH SURVEY RESULTS.  AND WHAT WE LIKE TO

03:28PM  11   DO AS PRODUCT MANAGERS IS TO BE -- SO AS PRODUCT MANAGERS WE

03:28PM  12   WANT TO BUILD CAPABILITIES INTO OUR TECHNOLOGIES THAT ARE NOT

03:28PM  13   WASTED MONEY OR WASTE OF TIME FOR OUR CUSTOMERS.  SO WE ARE

03:28PM  14   VERY DILIGENT ABOUT UNDERSTANDING WHAT DO OUR CUSTOMERS TRULY

03:28PM  15   WANT.

03:28PM  16        SO WE CONDUCT VARIOUS DIFFERENT MECHANISMS BY WHICH WE TRY

03:28PM  17   TO GET OBJECTIVE INFORMATION ABOUT THE NEEDS AND THE DESIRES OF

03:28PM  18   OUR CUSTOMERS.  ONE OF WHICH IS TO RUN SURVEYS AND TO RUN BLIND

03:28PM  19   INTERVIEWS.

03:28PM  20   Q.   DOES THE CLI HAVE ANY VALUE IN THE CISCO PRODUCT THEN?

03:28PM  21   A.   SO YES.  BECAUSE OUR CUSTOMERS HAVE INDICATED THAT THEY

03:29PM  22   PREFER THE USE OF --

03:29PM  23

03:29PM  24        MR. FERRALL:  OBJECTION, YOUR HONOR.  HEARSAY.

03:29PM  25        THE COURT:  SUSTAINED.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:29PM 1    BY MR. NELSON:

03:29PM 2    Q.   SO FROM CISCO'S PERSPECTIVE, WHY INCLUDE THIS, WHAT'S THE

03:29PM 3    VALUE IN THE CLI?

03:29PM 4    A.   WELL, OUR PRODUCTS ARE THE MOST POPULAR PRODUCTS IN THE

03:29PM 5    INDUSTRY.  WE HAVE 80 PERCENT MARKET SHARE IN THE NETWORKING

03:29PM 6    SPACE.  AND AS A RESULT WE KNOW THAT OUR PRODUCTS WHICH ARE

03:29PM 7    PRIMARILY MANAGED THROUGH CLI, ARE THE LEADING PRODUCTS OF

03:29PM 8    CHOICE BY OUR CUSTOMERS.  SO WE KNOW THAT CLI IS A VERY

03:29PM 9    IMPORTANT ASPECT OF OUR PRODUCTS.

03:29PM 10   Q.   AND HAS THERE EVER BEEN AN ATTEMPT AT CISCO TO DETERMINE

03:29PM 11   THE VALUE OF THE CLI SEPARATE FROM THE PRODUCT ITSELF?

03:29PM 12   A.   NO.  IT'S NOT SOMETHING THAT WE'VE THOUGHT ABOUT DOING

03:29PM 13   BECAUSE TO US CLI REPRESENTS ALL THE FUNCTIONALITY THAT'S

03:29PM 14   AVAILABLE IN THE PRODUCTS.  IT'S A MECHANISM BY WHICH THE

03:29PM 15   ADMINISTRATORS, THE USERS OF THESE PRODUCTS HAVE DIRECT ACCESS

03:30PM 16   TO BE ABLE TO NOT JUST CONFIGURE, NOT JUST CONTROL, NOT JUST TO

03:30PM 17   TURN SOMETHING ON, BUT TO ACTUALLY TROUBLE SHOOT, MAKE SURE

03:30PM 18   THAT THESE DEVICES THAT ARE RUNNING VERY MISSION-CRITICAL

03:30PM 19   SYSTEMS, ARE WORKING PROPERLY AND WORKING EFFICIENTLY ALL THE

03:30PM 20   TIME.  SO CLI IS A VERY CRITICAL ASPECT OF OUR PRODUCT

03:30PM 21   PORTFOLIO.  SO WE HAVE NEVER CONDUCTED A SEPARATE SURVEY TO

03:30PM 22   DETERMINE ITS OWN SEPARATE VALUE.

03:30PM 23        MR. NELSON:  I THANK YOU VERY MUCH AND I HAVE NO

03:30PM 24   FURTHER QUESTIONS AT THIS POINT, YOUR HONOR.

03:30PM 25        THE COURT:  THANK YOU.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

| | | |
|---|---|---|
| 03:30PM | 1 | MR. FERRALL, ARE YOU GOING TO CONDUCT THE CROSS? |
| 03:30PM | 2 | MR. FERRALL:  I AM.  THANK YOU, YOUR HONOR. |
| 03:30PM | 3 | THE COURT:  GO AHEAD, PLEASE. |
| 03:31PM | 4 | MR. FERRALL:  YOUR HONOR, MAY I APPROACH? |
| 03:31PM | 5 | THE COURT:  YES, PLEASE. |
| 03:31PM | 6 | THE WITNESS:  THANK YOU. |
| 03:31PM | 7 | |

**CROSS-EXAMINATION BY MR. FERRALL**

| | | |
|---|---|---|
| 03:31PM | 9 | |
| 03:31PM | 10 | Q.  AND YOUR HONOR, I HAVE A SET FOR YOU. |
| 03:31PM | 11 | GOOD AFTERNOON, MS. BAKAN, DID I PRONOUNCE THAT CORRECTLY? |
| 03:31PM | 12 | A.  YES. |
| 03:31PM | 13 | Q.  I'VE HANDED YOU A BINDER OF A FEW EXHIBITS I MIGHT ASK YOU |
| 03:31PM | 14 | ABOUT, AS WELL AS A COPY OF YOUR DEPOSITION, WHICH YOU GAVE IN |
| 03:31PM | 15 | THIS CASE. |
| 03:31PM | 16 | MS. BAKAN, YOU'RE A RELATIVE NEWCOMER TO CISCO, RIGHT? |
| 03:31PM | 17 | A.  I HAVE BEEN HERE THREE YEARS. |
| 03:31PM | 18 | Q.  AND TO BE CLEAR, YOU'VE NOT CREATED ANY OF THE CLI COMMANDS |
| 03:32PM | 19 | THAT ARE IN THIS CASE, RIGHT? |
| 03:32PM | 20 | A.  I HAVE NOT CREATED, YOU MEAN THE SPECIFIC COMMANDS?  NO, I |
| 03:32PM | 21 | HAVE NOT. |
| 03:32PM | 22 | Q.  AND YOU HAVEN'T CREATED ANY OF THE COMMAND RESPONSES THAT |
| 03:32PM | 23 | APPEAR ON THE SCREEN THAT ARE ASSERTED IN THIS CASE EITHER, |
| 03:32PM | 24 | RIGHT? |
| 03:32PM | 25 | A.  CORRECT. |

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:32PM 1    Q.   OKAY.  IN FACT.  ALL OF THE ASSERTED CLI FEATURES THAT ARE

03:32PM 2    ASSERTED IN THIS CASE, THEY WERE CREATED BEFORE YOU EVEN GOT TO

03:32PM 3    CISCO, RIGHT?

03:32PM 4    A.   YES.

03:32PM 5    Q.   YOU HAVE BEEN FOCUSED ON AN AREA AT CISCO CALLED SOFTWARE

03:32PM 6    DEFINED NETWORKING, RIGHT?

03:32PM 7    A.   SO WHEN I FIRST JOINED CISCO, THAT WAS ONE OF THE AREAS OF

03:32PM 8    RESPONSIBILITY THAT I HAD.  I ACTUALLY -- MY MAIN

03:32PM 9    RESPONSIBILITY IS TO OVERSEE THE SOFTWARE CAPABILITIES THAT ARE

03:32PM 10   AVAILABLE ON OUR NETWORKING TECHNOLOGIES, WHETHER IT'S SWITCHES

03:32PM 11   OR ROUTERS.  SO I OVERSEE THE SOFTWARE CAPABILITIES WITHIN THE

03:32PM 12   OPERATING SYSTEM AS WELL AS RUNNING OUTSIDE OF THE OPERATING

03:33PM 13   SYSTEM, SUCH AS FOR EXAMPLE SDN-TYPE OF TECHNOLOGIES.

03:33PM 14   Q.   OKAY.  AND YOUR WEB PAGE ON THE CISCO WEBSITE DESCRIBES YOU

03:33PM 15   AS A SENIOR DIRECTOR OF SOFTWARE DEFINED NETWORKING, THAT WAS

03:33PM 16   AS OF YESTERDAY, DOES THAT SOUND CORRECT TO YOU?

03:33PM 17   A.   I DON'T KNOW THAT THAT'S ON THE CISCO WEBSITE.  SO I'M NOT

03:33PM 18   SURE.

03:33PM 19   Q.   WELL, LET ME JUST HAND YOU THAT AND YOU CAN TELL ME WHETHER

03:33PM 20   THIS LOOKS FAMILIAR.

03:33PM 21   A.   OKAY.  SO I BELIEVE THIS WAS A -- RIGHT.  I THINK THIS WAS

03:33PM 22   CREATED QUITE SOME TIME AGO, CORRECT.  AND IT WAS FOR A BLOG,

03:33PM 23   AND USUALLY A BLOG THE BLOGS ARE CREATED BY PUBLIC RELATIONS

03:33PM 24   TEAMS SO I BELIEVE THIS WAS CREATED BY OUR PUBLIC RELATIONS

03:34PM 25   TEAM.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:34PM  1    Q.   OKAY.  SINCE YOU HAVE BEEN AT CISCO, YOU HAVE BEEN FOCUSED

03:34PM  2    ON THE ENTERPRISE MARKET SEGMENT FOR THE ENTIRE PERIOD; IS THAT

03:34PM  3    RIGHT?

03:34PM  4    A.   YES.

03:34PM  5    Q.   AND YOU DISCUSSED WITH MR. NELSON A CISCO DATA SHEET, DO

03:34PM  6    YOU REMEMBER THAT?

03:34PM  7    A.   A CISCO DATA SHEET, YOU MEAN FOR THE SWITCHES?

03:34PM  8    Q.   RIGHT.  THAT WAS THE NEXUS, THE NEXUS 4,000?

03:34PM  9    A.   I BELIEVE IT WAS THE CATALYST.

03:34PM 10    Q.   CATALYST 4,000, MY APOLOGIES.  AND DATA SHEETS, THEY ARE

03:34PM 11    MEANT TO TELL THE PUBLIC ABOUT CISCO'S PRODUCTS, RIGHT?

03:34PM 12    A.   THEY ARE MEANT TO SHARE INFORMATION ABOUT THE CAPABILITIES

03:34PM 13    OF THE PRODUCTS TO THE END USERS.

03:34PM 14    Q.   YOU EXPECT THAT PEOPLE ARE GOING TO RELY UPON THE ACCURACY

03:34PM 15    OF CISCO DATA SHEETS, RIGHT?

03:34PM 16    A.   OF COURSE.  SOMETIMES WE HAVE ERRORS AND WE HAVE TO CORRECT

03:35PM 17    THEM JUST LIKE ANYTHING, BUT GENERALLY, YES.

03:35PM 18    Q.   NOW THE DATA SHEET THAT YOU -- SO ARE YOU AWARE, MS. BAKAN,

03:35PM 19    THAT CISCO BE PUBLISHES DATA SHEETS THAT DESCRIBE ITS CLI AS AN

03:35PM 20    INDUSTRY STANDARD?

03:35PM 21    A.   I AM NOT AWARE.

03:35PM 22    Q.   YOU ARE NOT AWARE OF THAT.  CAN YOU LOOK AT EXHIBIT 810 IN

03:35PM 23    YOUR BINDER?

03:35PM 24    A.   I DO NOT HAVE AN EXHIBIT 810 IN MY BINDER.

03:35PM 25    Q.   SORRY, 8110, I MISSPOKE, THAT'S MY FAULT.  I'M SURE IT

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:36PM 1   WASN'T MY TEAM'S FAULT, THAT'S FOR SURE.  MS. BAKAN,

03:36PM 2   EXHIBIT 8110, THIS IS A CISCO DATA SHEET, RIGHT?

03:36PM 3   A.   CORRECT.

03:36PM 4   Q.   AND IT'S FOR CISCO UNIFIED COMMUNICATIONS, MANAGER EXPRESS

03:36PM 5   10.5, CORRECT?

03:36PM 6   A.   CORRECT.

03:36PM 7   Q.   AND THIS IS, I OFFER EXHIBIT 8110 INTO EVIDENCE,

03:36PM 8   YOUR HONOR?

03:36PM 9        THE COURT:  ANY OBJECTION?

03:36PM 10        MR. NELSON:  NO OBJECTION, YOUR HONOR.

03:36PM 11        THE COURT:  IT WILL BE ADMITTED.

03:36PM 12     (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 8110 HAVING BEEN

03:36PM 13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:36PM 14   EVIDENCE.)

03:36PM 15     BY MR. FERRALL:

03:36PM 16   Q.   THIS DATA SHEET TALKS ABOUT A PRODUCT THAT RUNS CISCO IOS,

03:36PM 17   RIGHT?

03:36PM 18   A.   YES.

03:36PM 19   Q.   OKAY.  AND IF YOU LOOK AT THE SECOND PAGE OF THIS DATA

03:36PM 20   SHEET, ABOUT TWO-THIRDS OF THE WAY DOWN, YOU WILL SEE UNDER THE

03:37PM 21   BULLET REMOTE MAINTENANCE AND TROUBLE SHOOTING, CISCO EXPLAINS

03:37PM 22   YOU CAN USE THE INDUSTRY STANDARD CISCO IOS SOFTWARE

03:37PM 23   COMMAND-LINE INTERFACE OR USER FRIENDLY GUI TO CONFIGURE AND

03:37PM 24   ADMINISTER CISCO UNIFIED COMMUNICATIONS MANAGER EXPRESS, RIGHT?

03:37PM 25   A.   THAT'S WHAT IT SAYS, CORRECT.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:37PM 1    Q.   AND CISCO DATA SHEETS FOR ITS ETHERNET SWITCHES ALSO

03:37PM 2    DESCRIBE ITS COMMAND-LINE INTERFACE AS AN INDUSTRY STANDARD,

03:37PM 3    RIGHT?

03:37PM 4    A.   I AM NOT AWARE OF THE SPECIFIC DATA SHEET THAT SAYS THAT.

03:37PM 5    Q.   OKAY.  LET'S LOOK AT EXHIBIT 5229 IN YOUR BINDER.

03:38PM 6    EXHIBIT 5229 IS A DATA SHEET FOR THE CISCO NEXUS 7,000 SERIES,

03:38PM 7    SIMPLIFIED END TO END MANAGEMENT, RIGHT?

03:38PM 8    A.   CORRECT.

03:38PM 9    Q.   AND THE NEXUS 7,000, BY THE WAY, THAT'S A PRODUCT DIRECTED

03:38PM 10   TO THE DATA CENTER, CORRECT?

03:38PM 11   A.   YES, IT IS.

03:38PM 12           MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 5299

03:38PM 13   INTO EVIDENCE?

03:38PM 14             THE COURT:  ANY OBJECTION?

03:38PM 15             MR. NELSON:  NO OBJECTION, YOUR HONOR.

03:38PM 16             THE COURT:  IT WILL BE ADMITTED.

03:38PM 17       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5299, HAVING BEEN

03:38PM 18   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:38PM 19   EVIDENCE.)

03:38PM 20           MR. FERRALL:  NOW THIS DATA SHEET, THIS DATES FROM

03:38PM 21   2008, I BELIEVE, DO YOU SEE THAT, I GUESS ON COPYRIGHT PAGE ON

03:38PM 22   THE SECOND, COPYRIGHT NOTICE ON THE SECOND PAGE.  THIS IS A

03:38PM 23   2008 DATA SHEET, CORRECT.

03:38PM 24           THE WITNESS:  CORRECT.  I DO SEE A COPYRIGHT DATE.

03:39PM 25   Q.   AND ON THE FIRST PAGE IN THE MIDDLE COLUMN, IF I COULD

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:39PM 1    DIRECT YOUR ATTENTION THERE, CISCO DESCRIBES ITS COMMAND-LINE

03:39PM 2    INTERFACE, CLI, SIMILAR TO THAT OF CISCO IOS SOFTWARE, USES THE

03:39PM 3    INDUSTRY STANDARD CISCO IOS CLI TO MINIMIZE THE AMOUNT OF TIME

03:39PM 4    NEEDED FOR OPERATORS TO LEARN THE SYSTEM AND BECOME

03:39PM 5    OPERATIONALLY PROFICIENT.  THAT'S THE WAY CISCO DESCRIBED ITS

03:39PM 6    CLI IN THIS DATA SHEET?

03:39PM 7    A.   CORRECT.

03:39PM 8    Q.   NOW IF I COULD GO BACK TO THE DATA SHEET YOU TALKED ABOUT

03:39PM 9    FOR THE CATALYST 4900, I DON'T KNOW IF YOU HAVE THAT HANDY, IF

03:39PM 10   YOU HAVE THE OTHER BINDER HANDY, THAT WAS EXHIBIT 4269.

03:40PM 11   A.   OKAY.

03:40PM 12   Q.   THIS IS A DATA SHEET FROM 2010?

03:40PM 13   A.   YES.

03:40PM 14   Q.   AND THIS DESCRIBES A PRODUCT THAT HAS TEN GIGABIT ETHERNET

03:40PM 15   CAPABILITIES, RIGHT?

03:40PM 16   A.   YES.

03:40PM 17   Q.   OKAY.  AND I THINK IF YOU LOOK AT PAGE 4 OF THIS DATA

03:40PM 18   SHEET, IT LISTS THE NUMBER OF PORTS OF TEN GIGABIT ETHERNET

03:40PM 19   PORTS THAT THIS SWITCH CAN ACCOMMODATE, RIGHT?

03:40PM 20   A.   YES.

03:40PM 21   Q.   OKAY.  AND THERE'S A RANGE OF OPTIONS THERE, IT'S IN THE

03:40PM 22   FIRST COLUMN AFTER THE TEXT IN THIS CHART, RIGHT?

03:40PM 23   A.   CORRECT.

03:40PM 24   Q.   AND YOU WILL SEE, THERE'S A BUNCH OF DIFFERENT OPTIONS, BUT

03:40PM 25   THE MAXIMUM LISTED FOR THIS PRODUCT IN 2010 WAS 24 PORTS,

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:41PM 1   RIGHT?

03:41PM 2   A.   YES.

03:41PM 3   Q.   AND SO WHAT THIS CISCO PRODUCT OFFERED WAS A SWITCH WITH,

03:41PM 4   AT MOST, ONE HALF THE NUMBER OF TEN GIGABIT PORTS AS ARISTA HAD

03:41PM 5   OFFERED TWO YEARS EARLIER IN 2008, RIGHT?

03:41PM 6   A.   I DO NOT KNOW WHEN ARISTA'S PRODUCT WAS AVAILABLE WITH THAT

03:41PM 7   PORT CONFIGURATION, BUT THIS IS CORRECT THIS IS THE PORT

03:41PM 8   CONFIGURATION OPTION FOR THE 4900 MODULAR SWITCH.

03:41PM 9          THE COURT:  MAY I ASK THAT YOU KEEP YOUR VOICE UP.  I

03:41PM 10  KNOW YOUR CHAIR DOESN'T MOVE AND THE MICROPHONE IS A LITTLE FAR

03:41PM 11  AWAY.  YEAH, THAT'S DIFFICULT.  I'M SORRY.

03:41PM 12         MR. FERRALL:

03:41PM 13  Q.   NOW, YOU ANSWERED SOME QUESTIONS ABOUT THE VALUE OF THE

03:42PM 14  CLI, I THINK YOU WOULD AGREE THAT CISCO DOESN'T HAVE A SEPARATE

03:42PM 15  STUDY VALUING ITS COMMAND-LINE INTERFACE?

03:42PM 16  A.   SO THE VALUE OF THE CLI AS I MENTIONED EARLIER IS

03:42PM 17  REPRESENTING ALL THE CAPABILITIES OF THE DEVICES WHETHER IT'S A

03:42PM 18  SWITCH OR YOU ROUTER.  IF YOU ARE ASKING SPECIFICALLY HAVE WE

03:42PM 19  RUN YOUR STUDIES ON THE MONETARY SPECIFIC VALUE OF THE CLI, NO,

03:42PM 20  WE HAVE NOT.

03:42PM 21  Q.   AND CISCO DOESN'T SELL ITS COMMAND-LINE INTERFACE SEPARATE

03:42PM 22  FROM THE HARDWARE, RIGHT?

03:42PM 23  A.   NO, WE DO NOT.  IT'S PART OF THE OPERATING SYSTEM.  THAT IS

03:42PM 24  THE BRAIN OF THE HARDWARE.

03:42PM 25  Q.   AND I KNOW IT'S YOUR VIEW THAT EVERYTHING THAT CISCO BUILDS

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:42PM  1   LEVERAGES THE COMMAND-LINE INTERFACE, NO MATTER WHAT INTERFACE

03:42PM  2   YOU PROVIDE TO THE CUSTOMER, RIGHT?

03:42PM  3   A.   SO TO -- I BELIEVE YOU ARE REFERRING TO THE DEPOSITION,

03:43PM  4   CORRECT?

03:43PM  5   Q.   WELL, THAT IS WHAT YOU TESTIFIED IN DEPOSITION, CORRECT?

03:43PM  6   A.   RIGHT.  SO ALL THE CAPABILITIES WE PROVIDE IN OUR

03:43PM  7   ENTERPRISING PRODUCTS, WHETHER IT'S THE SWITCHES OR THE

03:43PM  8   ROUTERS, WHEN WE PROVIDE AN INTERFACE ON TOP OF THE DEVICE

03:43PM  9   WHICH IS FOR EXAMPLE A MANAGEMENT INTERFACE OR GUI BASED

03:43PM 10   INTERFACE, THOSE ARE BUILT ON TOP OF THE COMMAND-LINE

03:43PM 11   INTERFACE.

03:43PM 12   Q.   OKAY.  AND YOU UNDERSTAND, THOUGH, THAT CISCO IS NOT

03:43PM 13   ASSERTING HERE THAT ARISTA HAS INFRINGED ALL OF THE FEATURES OF

03:43PM 14   THE CISCO COMMAND-LINE INTERFACE, YOU KNOW THAT, RIGHT?

03:43PM 15   A.   CORRECT.

03:43PM 16   Q.   AND CISCO IS CERTAINLY NOT ASSERTING THE SORT OF FEATURES

03:43PM 17   THAT YOUR TEAM IS DEVELOPING IN THE FIELD OF SOFTWARE DEFINED

03:43PM 18   NETWORKING, YOU KNOW THAT, RIGHT?

03:43PM 19   A.   I BELIEVE THAT'S TRUE, YES.

03:43PM 20   Q.   OKAY.  NOW HAVE YOU LEARNED -- STRIKE THAT HAS CISCO

03:44PM 21   DEVELOPED STRATEGIES ABOUT HOW TO IMPROVE THE PROGRAMMABILITY

03:44PM 22   OF ITS SWITCHES IN ORDER TO MEET CUSTOMER NEEDS?

03:44PM 23   A.   WE DEVELOPED CAPABILITIES.

03:44PM 24   Q.   STRATEGIES, I'M SORRY, STRATEGIES?

03:44PM 25   A.   SO WHAT WE LOOK TO DO IS WE KNOW THAT THERE ARE VERY

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:44PM 1   VARYING LEVELS OF TREND THAT IS OCCUR IN THE INDUSTRY, ONE OF

03:44PM 2   WHICH IS AN AUTOMATION-BASED TREND.  AND YES, SO WE LOOK AT

03:44PM 3   VARIOUS DIFFERENT STRATEGIES BY WHICH CUSTOMERS MAY WANT TO

03:44PM 4   HAVE CAPABILITIES BEYOND THE ACTUAL DEVICES THEMSELVES.

03:45PM 5   Q.  RIGHT.

03:45PM 6       AND THIS NOTION OF SOFTWARE-DEFINED NETWORKING, THAT

03:45PM 7   REFLECTS ITS A MAJOR TRANSITION IN THE WAY NETWORKS ARE BEING

03:45PM 8   CONFIGURED, RIGHT?

03:45PM 9   A.  WE FELT SO SEVERAL YEARS AGO.  WE WOULD ARGUE THAT TREND

03:45PM 10  HAS KIND OF DAMPENED.  I DON'T BELIEVE THAT TREND HAS REALLY

03:45PM 11  BECOME AS BIG OF A TREND AS WE THOUGHT IT ORIGINALLY COULD BE.

03:45PM 12      BUT YES, IT'S ONE OF THE TRENDS THAT WE HAVE BEEN PAYING

03:45PM 13  ATTENTION TO AND WE HAVE BEEN TRYING TO UNDERSTAND, WELL, HOW

03:45PM 14  DO WE BETTER MEET THE CUSTOMER NEEDS IN THIS AREA.

03:45PM 15  Q.  YOU BELIEVE THAT ONE OF THE PROMISES OF SOFTWARE DEFINED

03:45PM 16  NETWORKING IS TO ENABLE MORE OPEN AND PROGRAMMABLE NETWORK

03:45PM 17  INFRASTRUCTURE, DOES THAT SOUND FAMILIAR TO YOU?

03:45PM 18  A.  I DON'T KNOW EXACTLY WHERE I SAID THAT, BUT SURE.

03:45PM 19  Q.  THAT'S FROM CISCO'S 10-K'S FILING WITH THE SECURITIES AND

03:46PM 20  EXCHANGE COMMISSION.  DOES THAT SOUND RIGHT TO YOU?

03:46PM 21  A.  SURE.  OKAY.

03:46PM 22  Q.  AND THIS IS CERTAINLY AN AREA THAT YOU FOCUSED ON, RIGHT?

03:46PM 23  A.  CORRECT.  AND THIS IS SEVERAL YEARS AGO.

03:46PM 24  Q.  THAT WAS FROM JULY 2015, DOES THAT SOUND ABOUT RIGHT?

03:46PM 25  A.  2015?  OKAY.  WOW, OKAY.  SURE.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:46PM 1    Q.   IF I COULD ASK YOU TO TURN TO EXHIBIT 8092, PLEASE.

03:46PM 2    A.   OKAY.

03:46PM 3    Q.   EXHIBIT 8092 IS A CISCO POWER POINT PRESENTATION; IS THAT

03:46PM 4    RIGHT?

03:46PM 5    A.   YES.

03:46PM 6    Q.   AND IT'S -- IF I CAN JUST ASK YOU TO LOOK AT THE SECOND TO

03:46PM 7    LAST PAGE I THINK YOU WILL SEE YOUR NAME THERE IN THE CHART AT

03:47PM 8    THE BACK.

03:47PM 9    A.   AH, YES.

03:47PM 10   Q.   IT'S IN THE VERY MIDDLE BOX, RIGHT?

03:47PM 11   A.   YES.

03:47PM 12   Q.   AND YOU RECOGNIZE THIS AS A POWER POINT ON THE TOPIC OF

03:47PM 13   MSDC, OR MEGASCALE DATA CENTER, RIGHT?

03:47PM 14   A.   SURE.

03:47PM 15        MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 8092

03:47PM 16   INTO EVIDENCE.

03:47PM 17        MR. NELSON:  NO OBJECTION.

03:47PM 18        THE COURT:  IT WILL BE ADMITTED.

03:47PM 19        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 8092, HAVING BEEN

03:47PM 20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:47PM 21   EVIDENCE.)

03:47PM 22        BY MR. FERRALL:

03:47PM 23   Q.   AND JUST TO CLARIFY, MSDC, THAT DOES STAND FOR MEGASCALE

03:47PM 24   DATA CENT ARE, RIGHT?

03:47PM 25   A.   RIGHT.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:47PM  1    Q.   AND THAT REFERS TO SOME OF THE COMPANIES YOU TESTIFIED TO

03:47PM  2    EARLIER LIKE APPLE, RIGHT?

03:48PM  3    A.   SURE.

03:48PM  4    Q.   AND FACEBOOK, CORRECT?

03:48PM  5    A.   YES.

03:48PM  6    Q.   GOOGLE?

03:48PM  7    A.   THEY DO ALL HAVE MEGASCALE DATA CENTERS, YES.

03:48PM  8    Q.   OKAY.  AND ONE OF THE THINGS YOU LEARNED AS REFLECTED IN

03:48PM  9    THIS EXHIBIT IS THAT YOU NEED TO DEVELOP ALTERNATIVES TO THE

03:48PM  10   CLI TO MEET THEIR NEEDS, DON'T YOU?

03:48PM  11   A.   TO BE HONEST, I DON'T KNOW THAT I'VE HAD A CHANCE TO REALLY

03:48PM  12   GO THROUGH THIS DOCUMENT BEFORE.  I BELIEVE MY NAME IS HERE AS

03:48PM  13   ONE OF THE, WHAT'S CALLED PHASE THREE SUGGESTIONS, IS TO

03:48PM  14   EXPLORE OPPORTUNITIES WITHIN THE TOOLS AND ANALYTIC SPACE.  SO

03:48PM  15   I DON'T THINK THIS HAS ANYTHING TO DO WITH THE CLI IN

03:49PM  16   PARTICULAR.

03:49PM  17   Q.   OKAY.  WELL YOU TESTIFIED ON DIRECT EXAMINATION ABOUT APPLE

03:49PM  18   AND WHAT YOU -- HOW YOU INTERACTED WITH APPLE AND YOU GOT TO

03:49PM  19   LEARN WHAT THEIR NEEDS WERE, RIGHT?

03:49PM  20   A.   ABSOLUTELY.

03:49PM  21   Q.   RIGHT.  SO LET'S LOOK THEN AT THE PAGE, IT'S HARD TO READ

03:49PM  22   THE PAGINATION BUT IT'S THE PAGE ENDING IN 3781 IN THE SMALL

03:49PM  23   NUMBERS ON THE BOTTOM RIGHT.

03:49PM  24        SO THIS IS A SUMMARY OF CISCO'S ASSESSMENT OF APPLE ON THIS

03:49PM  25   MEGASCALE DATA CENTER PROJECT, RIGHT

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:49PM  1    A.   CORRECT.

03:49PM  2    Q.   AND ONE OF THE OBSERVATIONS ABOUT TWO THIRDS OF THE WAY

03:49PM  3    DOWN IS THEY DON'T WANT CLI OR SNMP, DO YOU SEE THAT?

03:49PM  4    A.   OKAY, YES.

03:49PM  5    Q.   THAT WAS CISCO'S ASSESSMENT OF APPLE'S NEEDS, RIGHT?  AND

03:50PM  6    THE STATEMENT GOES ON TO SAY, THEY WANT RESTFUL INTERFACES OR

03:50PM  7    JSON AT LEAST XML IS SLOW AND NOT FULLY FORMED.  AND LET ME

03:50PM  8    JUST PAUSE THERE AND ASK YOU, JSON, THAT'S A PROGRAMMING

03:50PM  9    LANGUAGE, CORRECT?

03:50PM 10    A.   CORRECT.

03:50PM 11    Q.   AND THAT'S A LANGUAGE THAT IS CURRENTLY BEING USED NOW TO

03:50PM 12    PROVIDE SOME ADDITIONAL INTERFACE CAPABILITY BEYOND

03:50PM 13    COMMAND-LINE INTERFACE, IS THAT TRUE?

03:50PM 14    A.   I BELIEVE THAT'S TRUE.  NOW JSON RESTFUL INTERFACES ARE

03:50PM 15    EXAMPLES OF PROGRAMATIC INTERFACES.  ONE OF THE THINGS WE KNOW

03:50PM 16    IS THAT THESE KINDS OF TRENDS COME AND GO, BUT YES, AT THAT

03:50PM 17    POINT THESE ARE THE TRENDS THAT ARE BEING DISCUSSED.

03:50PM 18    Q.   OKAY.  AND WELL, LET'S SEE, THIS, THE DATE OF THIS DOCUMENT

03:51PM 19    WAS NOVEMBER 2013 SO THAT WAS ONLY A FEW MONTHS AFTER YOU

03:51PM 20    ARRIVED AT CISCO, IS THAT ABOUT RIGHT?

03:51PM 21    A.   DECEMBER 2013, CORRECT -- NOVEMBER 2013.

03:51PM 22    Q.   NOVEMBER 2013.  OKAY.  SO LET'S FAST FORWARD A YEAR THEN,

03:51PM 23    BECAUSE WASN'T IT TRUE MS. BAKAN THAT EVEN A YEAR LATER CISCO

03:51PM 24    WAS STILL TALKING ABOUT ITS NEED TO DEVELOP A JSON ALTERNATIVE

03:51PM 25    TO THE CLI FOR PURPOSES OF PROVIDING INCREASED PROGRAMMABILITY,

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:51PM  1   DO YOU REMEMBER THAT?

03:51PM  2   A.   SO WE LOOK AT OPTIONS FOR PROVIDING CAPABILITIES OUR

03:51PM  3   CUSTOMERS MIGHT WANT.  WE HAVE LOTS OF DIFFERENT CUSTOMERS WITH

03:51PM  4   DIFFERENT NEEDS.  SO SOME CUSTOMERS WILL WANT CERTAIN FEATURES.

03:51PM  5   THIS IS JUST PART OF BUILDING PRODUCTS, SOME CUSTOMERS WILL

03:51PM  6   WANT ONE TYPE OF A FEATURE VERSUS ANOTHER.  SO YES, CERTAIN

03:52PM  7   CUSTOMERS WOULD ASK FOR PROGRAMMATIC INTERFACES, WHEREAS OTHERS

03:52PM  8   MAY NOT.

03:52PM  9   Q.   OKAY.  WELL, I GUESS A FEW MONTHS LATER, THREE MONTHS LATER

03:52PM 10   IN ABOUT FEBRUARY 2014, DO YOU REMEMBER A DISCUSSION WITH YOUR

03:52PM 11   COLLEAGUES IN WHICH THEY RECOGNIZED THAT IT WAS ARISTA, NOT

03:52PM 12   CISCO, WHO HAD THE BEST DEVICE PROGRAMMABILITY AVAILABLE AT

03:52PM 13   THAT TIME, DO YOU REMEMBER THAT DISCUSSION?

03:52PM 14   A.   YES, I DO.

03:52PM 15   Q.   SO LET'S LOOK AT EXHIBIT 6736 IN YOUR BINDER.  DO YOU HAVE

03:52PM 16   THAT IN FRONT OF YOU?

03:52PM 17   A.   YES, I DO.

03:52PM 18   Q.   THIS IS AN E-MAIL THAT -- IN WHICH YOU ARE COPIED ON,

03:52PM 19   CORRECT?

03:53PM 20   A.   YES.

03:53PM 21   Q.   AND IT IS FROM YOUR COLLEAGUES AT CISCO, RIGHT?

03:53PM 22   A.   CORRECT.  THESE ARE FROM THE TACTICAL MARKETING ENGINEER,

03:53PM 23   IT IS LEADER OF THE TECHNICAL MARKETING ENGINEERING TEAM.

03:53PM 24   THEIR JOB IS TO ESSENTIALLY GET COMPETITIVE CAPABILITIES IN THE

03:53PM 25   MARKET AND BE VERY VIGILANT AND THEY ARE KIND OF LIKE THE

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:53PM 1    PEOPLE WHO WANT TO MAKE SURE THAT WE ARE ALWAYS LOOKING OUT TO

03:53PM 2    MAKE SURE THAT WE BUILD BETTER CAPABILITIES THAN THE

03:53PM 3    COMPETITION.

03:53PM 4    Q.   OKAY.

03:53PM 5            MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 6736

03:53PM 6    IN EVIDENCE.

03:53PM 7            THE COURT:  ANY OBJECTION?

03:53PM 8            MR. NELSON:  NO OBJECTION, YOUR HONOR.

03:53PM 9            THE COURT:  IT WILL BE ADMITTED.

03:53PM 10       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 6736, HAVING BEEN

03:53PM 11   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:53PM 12   EVIDENCE.)

03:53PM 13           MR. FERRALL:

03:53PM 14   Q.   SO IF WE CAN LOOK AT THIS A LITTLE MORE CLOSELY, THIS IS AT

03:53PM 15   THE TOP, THIS IS AN E-MAIL FROM MR. KUMAR REDDY HE'S THE SENIOR

03:53PM 16   MANAGER OF TECHNICAL MARKETING ENGINEERING AT CISCO, RIGHT?

03:53PM 17   A.   CORRECT.

03:53PM 18   Q.   AND YOU ARE ON THE CC LINE?

03:53PM 19   A.   YES.

03:53PM 20   Q.   AND I WON'T GO THROUGH ALL THE NAMES HERE, BUT AMONG THE

03:54PM 21   PEOPLE IS MR. PRADEEP KATHAIL?

03:54PM 22   A.   CORRECT.

03:54PM 23   Q.   AND HE'S PRETTY SENIOR AT CISCO, RIGHT?

03:54PM 24   A.   YES.

03:54PM 25   Q.   HE IS CHIEF SOFTWARE ARCHITECT, THAT'S HIS TITLE, I THINK?

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:54PM 1    A.   I BELIEVE SO, YES.

03:54PM 2    Q.   SO FEBRUARY 2014, MR. REDDY WAS WRITING TO YOU ALL AND

03:54PM 3    SAYING IN THE FIRST PARAGRAPH THERE AT THE TOP, ARISTA HAS

03:54PM 4    ARGUABLY THE BEST DEVICE PROGRAMMABILITY TODAY?

03:54PM 5    A.   SO THIS WAS THREE MONTHS AFTER --

03:54PM 6    Q.   LET ME ASK YOU THE NEXT QUESTION.  HE GOES ON TO SAY, WE

03:54PM 7    NEED TO EQUAL OR EXCEED WHAT THEY CAN DO, RIGHT?

03:54PM 8    A.   THIS IS HIS OPINION, CORRECT.

03:54PM 9    Q.   HAS OPINION IS CISCO HAS GOT SOME CATCHES UP TO DO, RIGHT?

03:54PM 10   A.   THIS IS HIS OPINION, CORRECT.

03:54PM 11   Q.   AND AMONG THE THINGS HE LISTS THAT CISCO NEEDS TO EQUAL OR

03:55PM 12   EXCEED IS, LET'S GO TO THE SECOND ONE, REST JSON INTERFACE TO

03:55PM 13   CLI?

03:55PM 14   A.   YES.

03:55PM 15   Q.   SO YOU UNDERSTOOD HIS VIEW WAS THAT CISCO NEEDS TO DEVELOP

03:55PM 16   A JSON INTERFACE TO CLI TO CATCH UP TO ARISTA, AS OF THIS TIME,

03:55PM 17   RIGHT?

03:55PM 18   A.   CORRECT -- WELL, YES.  I THINK IT'S BASICALLY SAYING THAT

03:55PM 19   WE HAVE TO BUILD THOSE INTERFACES.  I DON'T KNOW THAT IT'S

03:55PM 20   SAYING THAT WE HAVE TO DO THAT TO CATCH UP WITH ARISTA, IT

03:55PM 21   DOESN'T SAY THAT HERE.

03:55PM 22   Q.   OKAY.  YOU RECOGNIZE SOME OF THOSE OTHER FEATURES THAT

03:55PM 23   MR. REDDY IS TALKING ABOUT THERE ARE ARISTA INNOVATIONS LIKE IN

03:55PM 24   THE THIRD BULLET POINT, VM TRACE, THAT'S AN ARISTA INNOVATION,

03:56PM 25   RIGHT?

REDIRECT EXAMINATION OF  MS. BAKAN BY MR. NELSON

03:56PM   1   A.   I'M NOT AWARE OF THAT PARTICULAR TECHNOLOGY.

03:56PM   2   Q.   OKAY.  YOU ARE AWARE THAT CISCO LATER CAME OUT WITH A

03:56PM   3   VERSION OF THAT CALLED VM TRACKER; ARE YOU FAMILIAR WITH THAT?

03:56PM   4   A.   NO.

03:56PM   5   Q.   LANS.  DO YOU KNOW THAT AS AN ARISTA INNOVATION?

03:56PM   6   A.   NO, I DO NOT.

03:56PM   7            MR. FERRALL:  ALL RIGHT.

03:56PM   8        NO FURTHER QUESTIONS, YOUR HONOR.

03:56PM   9        THANK YOU.

03:56PM   10           THE COURT:  MR. NELSON, ANY REDIRECT FOR THIS

03:56PM   11   WITNESS?

03:56PM   12           MR. NELSON:  THANK YOU, YOUR HONOR.

03:56PM   13

03:56PM   14          **REDIRECT EXAMINATION BY MR. NELSON**

03:56PM   15

03:56PM   16   BY MR. NELSON:

03:56PM   17   Q.   GOOD AFTERNOON.

03:56PM   18   A.   HELLO.

03:56PM   19   Q.   SO I JUST HAVE A FEW QUESTIONS FOR YOU?

03:56PM   20   A.   SURE.

03:56PM   21   Q.   THERE WAS SOME QUESTIONS ASKED ABOUT AUTOMATION, DO YOU

03:56PM   22   RECALL?

03:56PM   23   A.   YES.

03:56PM   24   Q.   CAN YOU EXPLAIN TO US WHAT THAT IS?

03:56PM   25   A.   SO AUTOMATION IS A MECHANISM BY WHICH YOU, FOR AUTOMATING

REDIRECT EXAMINATION OF  MS. BAKAN BY MR. NELSON

03:56PM 1    THE NETWORK DEVICES, YOU ARE ABLE TO LET'S SAY HAVE A SET OF

03:56PM 2    PROGRAMS THAT ARE RUNNING OUTSIDE OF THE NETWORK DEVICE TO

03:56PM 3    ISSUE COMMANDS TO THE BOXES THEMSELVES.

03:56PM 4        YOU COULD DO THAT IN PARALLEL COMMANDS, MEANING YOU COULD

03:56PM 5    DO THAT ACROSS MULTIPLE DEVICES AT THE SAME TIME.  ALL OF THOSE

03:57PM 6    PROGRAMS, THOSE AUTOMATION-BASED PROGRAMS, TODAY ULTIMATELY USE

03:57PM 7    THE CLI ON THE DEVICE TO EXECUTE THOSE COMMANDS.  SO THOSE ARE

03:57PM 8    THINGS THAT WE REFER TO WHEN WE TALK ABOUT AUTOMATION

03:57PM 9    Q.   OKAY.  SO YOU SAID -- ANOTHER THING YOU TALKED ABOUT WAS

03:57PM 10   SOFTWARE DEFINED NETWORKS, IS THAT RIGHT?

03:57PM 11   A.   YES.

03:57PM 12   Q.   IS THAT DIFFERENT FROM AUTOMATION?

03:57PM 13   A.   SO AN AUTOMATION CAPABILITY COULD BE USED IN CONJUNCTION

03:57PM 14   WITH A SOFTWARE DEFINED NETWORK AND TECHNOLOGY.  SO A SOFTWARE

03:57PM 15   DEFINED NETWORKING IS BASICALLY WHEN YOU ARE ABLE TO TAKE THE

03:57PM 16   CAPABILITY ON THE DEVICES THAT ARE IN THE OPERATING SYSTEMS,

03:57PM 17   AND ESSENTIALLY ABSTRACT AWAY, AND IT'S -- IN A SIMPLE WAY YOU

03:57PM 18   ESSENTIALLY HAVE ANOTHER SOFTWARE LAYER OUTSIDE OF THE DEVICE,

03:57PM 19   THAT CAN AUTOMATE ACROSS THE DEVICES.  AND SOME OF THE

03:57PM 20   CAPABILITIES WITHIN THAT LAYER ARE ABSTRACTIONS OF THE

03:58PM 21   TECHNOLOGY THAT'S IN THE OPERATING SYSTEM ITSELF.

03:58PM 22   Q.   SO THE -- DOES CISCO, FOR ITS PRODUCTS, SOME OF THE

03:58PM 23   SWITCHES AND ROUTERS THAT WE TALKED ABOUT, DO THEY HAVE

03:58PM 24   AUTOMATION TOOLS?

03:58PM 25   A.   WE DO.  WE DO HAVE AUTOMATION TOOLS THAT WE INVESTED IN AND

REDIRECT EXAMINATION OF  MS. BAKAN BY MR. NELSON

03:58PM 1   AND PROVIDE TO CUSTOMERS TODAY.

03:58PM 2   Q.   OKAY.  AND WHAT KINDS OF THINGS, BASED ON YOUR EXPERIENCE

03:58PM 3   WITH THE CUSTOMERS, WOULD THEY USE THE AUTOMATION TOOLS FOR?

03:58PM 4   A.   GREAT QUESTION.  SO AUTOMATION TOOLS ARE USED MOSTLY TO

03:58PM 5   CONDUCT OPERATIONS, ESSENTIALLY ISSUE COMMANDS TO ESSENTIALLY

03:58PM 6   MANAGE THE NETWORK IN THE A VERY STEADY STATE ENVIRONMENT.

03:58PM 7   WITH AUTOMATION YOU DON'T GET TO TROUBLE SHOOT THE NETWORK.

03:58PM 8       IF THE NETWORK IS GOING BAD, AND IF THE NETWORK IS FAILING,

03:58PM 9   AUTOMATION TOOLS, WHICH ARE ESSENTIALLY JUST CONFIGURING THE

03:59PM 10  DEVICES TO ESSENTIALLY PROVIDE A CERTAIN FUNCTIONALITY, THOSE

03:59PM 11  TOOLS WILL NOT THEN TROUBLE SHOOT THE DEVICES.  THOSE ARE

03:59PM 12  DIFFERENT TYPE OF TECHNOLOGIES IN ITSELF.  VERY DIFFERENT TYPE

03:59PM 13  OF CAPABILITY THAN AUTOMATION TECHNOLOGIES.  THOSE ARE

03:59PM 14  TYPICALLY CALLED MONITORING AND TROUBLE SHOOTING TOOLS.

03:59PM 15      WITH CLI, CLI PROVIDES INHERENT CAPABILITY ON THE DEVICE

03:59PM 16  WHERE YOU COULD ISSUE ALL OF THOSE COMMANDS TO ESSENTIALLY

03:59PM 17  CONFIGURE THE DEVICE, MANAGE THE DEVICE, AS WELL AS TROUBLE

03:59PM 18  SHOOT THE DEVICE.

03:59PM 19  Q.   SO THEN BASED UPON YOUR EXPERIENCE WITH THE CUSTOMERS THAT

03:59PM 20  YOU DESCRIBED, EVEN WITH THESE AUTOMATION TOOLS, DID CUSTOMERS

03:59PM 21  STILL USE CLI?

03:59PM 22  A.   ABSOLUTELY.

03:59PM 23  Q.   AND FOR WHAT KINDS OF THINGS?

03:59PM 24  A.   WELL, IT'S THE MOST TRUSTWORTHY MECHANISM BY WHICH YOU CAN

04:00PM 25  GET INFORMATION ABOUT WHAT'S HAPPENING ON THE DEVICE.

REDIRECT EXAMINATION OF MS. BAKAN BY MR. NELSON

04:00PM 1    SO IF YOU SEE THAT A PARTICULAR NETWORK IS PERFORMING

04:00PM 2    POORLY AND YOU ARE LOOKING TO FIND OUT SPECIFICALLY WHERE IS

04:00PM 3    THAT OCCURRING, THE NETWORK ADMINISTRATORS WILL USE CLI TO

04:00PM 4    SPECIFICALLY LOOK AT THE DEVICES THAT ARE PROBLEM ATTIC DEVICES

04:00PM 5    AND TO TROUBLE SHOOT THOSE DEVICES DIRECTLY

04:00PM 6        MR. NELSON:  THANK YOU.  I HAVE NO FURTHER QUESTIONS.

04:00PM 7        THE COURT:  ANYTHING ELSE FOR MS. BAKAN?

04:00PM 8        MR. FERRALL:  NO, YOUR HONOR.  THANK YOU.

04:00PM 9        THE COURT:  THANK YOU FOR YOUR TESTIMONY, MS. BAKAN,

04:00PM 10   YOU ARE FREE TO GO.

04:00PM 11      MR. NELSON, YOUR NEXT WITNESS?

04:00PM 12      MR. NELSON:  OUR NEXT WITNESS WILL BE MR. KIRK

04:00PM 13   LOUGHEED.

04:00PM 14      THE COURT:  MR. LOUGHEED, IF YOU WOULD PLEASE COME

04:01PM 15   FORWARD TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

04:01PM 16

04:01PM 17                  **KIRK LOUGHEED,**

04:01PM 18      BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

04:01PM 19   HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

04:01PM 20   FOLLOWS:

04:01PM 21         THE WITNESS:  YES.

04:01PM 22         THE CLERK:  THANK YOU.  PLEASE BE SEATED.

04:01PM 23         MR. PAK:  GOOD AFTERNOON, YOUR HONOR.

04:01PM 24      MAY I APPROACH THE WITNESS?

04:01PM 25         THE COURT:  YES.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:01PM   1          THE CLERK:  IF YOU WOULD PLEASE STATE YOUR NAME AND

04:01PM   2   SPELL YOUR LAST NAME FOR THE RECORD.

04:01PM   3          THE WITNESS:  MY NAME IS KIRK STEWART LOUGHEED.

04:01PM   4   K-I-R-K.  S-T-E-W-A-R-T.  LOUGHEED IS SPELLED L-O-U-G-H-E-E-D.

04:01PM   5

04:01PM   6              **DIRECT EXAMINATION BY MR. PAK**

04:01PM   7

04:01PM   8   BY MR. PAK:

04:01PM   9   Q.  GOOD AFTERNOON, MR. LOUGHEED.  FEEL FREE TO ADJUST THE MIC,

04:01PM   10  IF NECESSARY.

04:01PM   11         MAY I PROCEED, YOUR HONOR?

04:01PM   12            THE COURT:  YES.

04:01PM   13         BY MR. PAK:

04:02PM   14  Q.  MR. LOUGHEED, WOULD YOU PLEASE INTRODUCE YOURSELF TO THE

04:02PM   15  JURY?

04:02PM   16  A.  MY NAME IS KIRK LOUGHEED.

04:02PM   17  Q.  AND WHERE DO YOU WORK, MR. LOUGHEED?

04:02PM   18  A.  I WORK AT CISCO SYSTEMS.

04:02PM   19  Q.  AND WHAT IS YOUR JOB TITLE?

04:02PM   20  A.  MY JOB TITLE IS CISCO FELLOW.

04:02PM   21  Q.  AND WHAT DOES IT MEAN TO BE A CISCO FELLOW WITHIN THE

04:02PM   22  ORGANIZATION?

04:02PM   23  A.  THAT'S A HANDFUL OF VERY SENIOR ENGINEERS WHO TYPICALLY

04:02PM   24  TRANSFORM THE NETWORKING INDUSTRY SOME POINT IN THEIR CAREER.

04:02PM   25  Q.  AND HOW LONG HAVE YOU SPENT WORKING AT CISCO?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:02PM 1    A.   30 YEARS, SINCE JULY OF 1986.

04:02PM 2    Q.   AND WHAT ARE YOUR PRIMARY JOB RESPONSIBILITIES AS A CISCO

04:02PM 3    FELLOW?

04:02PM 4    A.   THESE DAYS I'M INVOLVED IN INNOVATION PROGRAMS AT CISCO.

04:02PM 5    Q.   AND CAN YOU GIVE THE JURY AN EXAMPLE OF AN INNOVATION

04:02PM 6    PROGRAM THAT YOU ARE DIRECTLY INVOLVED IN?

04:02PM 7    A.   ONE PROGRAM THAT I'M INVOLVED IN IS THE TECH FUND WHICH, IF

04:02PM 8    AN ENGINEER COMES UP WITH AN IDEA, A REALLY GREAT IDEA IN THE

04:02PM 9    COURSE OF DOING THEIR REGULAR WORK, BUT IT'S NOT RELATED TO THE

04:02PM 10   REGULAR WORK, THEY CAN APPLY TO THE TECH FUND TO GET FUNDING TO

04:03PM 11   BUILD A PROTOTYPE OF THEIR IDEA.

04:03PM 12       AND I'M A MEMBER OF THE COMMITTEE THAT REVIEWS AND SELECTS

04:03PM 13   THE BEST IDEAS.  AND I ALSO MET WITH THE ENGINEERS, GIVING THEM

04:03PM 14   THE ADVANTAGE OF MY EXPERIENCE SO THEY CAN BE SUCCESSFUL.

04:03PM 15   Q.   MR. LOUGHEED, DURING YOUR 30-YEAR YEAR AT CISCO, HAVE YOU

04:03PM 16   WON ANY AWARDS FOR YOUR WORK?

04:03PM 17   A.   CISCO DOES NOT GIVE AWARDS TO INDIVIDUALS, IT GIVES AWARDS

04:03PM 18   TO TEAMS OF PEOPLE.  THERE IS AN ANNUAL, WHAT'S CALLED PIONEER

04:03PM 19   AWARD.  IT'S GIVEN FOR INNOVATION.  AND I HAVE BEEN A MEMBER OF

04:03PM 20   TWO TEAMS THAT WON PIONEER AWARDS.

04:03PM 21   Q.   CAN YOU GIVE US AN EXAMPLE OF ONE OF THE PIONEER AWARDS

04:03PM 22   THAT YOU WON AS PART OF THIS TEAM?

04:03PM 23   A.   ACTUALLY, THE VERY FIRST PIONEER AWARD WAS GIVEN TO A TEAM

04:04PM 24   FOR WHICH I WAS THE LEAD ARCHITECT AND WAS DESIGNING A NEW

04:04PM 25   OPERATING SYSTEM FOR -- A NEW OPERATING SYSTEM THAT POTENTIALLY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:04PM 1    BECAME THE BASIS FOR WHAT WE SELL TODAY AS IOS XR.

04:04PM 2    Q.   THAT'S IOS XR?

04:04PM 3    A.   YES.

04:04PM 4    Q.   CAN YOU TELL THE JURY WHAT THAT IS, WHAT IS IOS XR?

04:04PM 5    A.   IT'S A ROUTER OPERATING SYSTEM, CONTROLS A ROUTER, AND IT'S

04:04PM 6    AIMED AT THE SERVICE PROVIDER MARKET PLACE, THINGS LIKE AT&T

04:04PM 7    AND VERIZON, AND COMCAST.

04:04PM 8         AND IT'S VERY, IT'S VERY ROBUST IMPLEMENTATION, IT USES

04:04PM 9    MODERN SOFTWARE TECHNIQUES SO THAT IF THERE'S A SOFTWARE

04:04PM 10   PROBLEM THE SYSTEM KEEPS ON RUNNING AND DOESN'T CRASH.  IT

04:04PM 11   DOESN'T DROP THE NETWORK ON YOU.

04:04PM 12   Q.   AND WHY IS THAT IMPORTANT TO SERVICE PROVIDERS LIKE THE

04:04PM 13   TELEPHONE COMPANIES AND THE CABLE OPERATORS?

04:05PM 14   A.   WELL, BECAUSE IT'S -- IF THE NETWORK GOES AWAY THESE DAYS,

04:05PM 15   EVERYBODY NOTICES IT.  SO IF WE WANT TO BUILD AN INFRASTRUCTURE

04:05PM 16   THAT'S REALLY SOLID, SO THAT IT DOESN'T GO AWAY, THE INTERNET

04:05PM 17   IS ALWAYS WORKING.

04:05PM 18   Q.   CAN YOU TELL THE JURY WHY YOU'VE STAYED HERE AT CISCO FOR

04:05PM 19   SO LONG, WHAT'S DRAWING YOU TO THE PLACE?

04:05PM 20   A.   I LIKE THE PEOPLE.  I LIKE THE CULTURE.

04:05PM 21   Q.   AND JUST STEPPING BACK, SO WHERE DID YOU GROW UP?

04:05PM 22   A.   I GROW UP ON A FARM IN NORTH WESTERN MINNESOTA.

04:05PM 23   Q.   AND WHERE DO YOU LIVE NOW?

04:05PM 24   A.   I LIVE IN SARATOGA.

04:05PM 25   Q.   AND HOW LONG HAVE YOU LIVED IN THE BAY AREA?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:05PM  1    A.   ABOUT 40 YEARS SINCE 1976.

04:05PM  2    Q.   CAN YOU TELL US BRIEFLY ABOUT YOUR FAMILY?

04:05PM  3    A.   I'M MARRIED.  I HAVE TWO ADULT DAUGHTERS.  ONE OF THEM

04:05PM  4    WORKS AS A PARALEGAL IN SAN JOSE.  THE YOUNGER ONE WORKS AS A

04:05PM  5    SOFTWARE ENGINEER IN THE LOS ANGELES AREA, AND SHE USED TO

04:06PM  6    TEACH HIGH SCHOOL LATIN.

04:06PM  7    Q.   CAN YOU PLEASE BRIEFLY DESCRIBE YOUR EDUCATIONAL

04:06PM  8    BACKGROUND.

04:06PM  9    A.   I HAVE A BACHELOR'S IN PHYSICS FROM STANFORD UNIVERSITY.

04:06PM  10   Q.   AND HOW DID YOU END UP AT STANFORD FROM MINNESOTA?

04:06PM  11   A.   WHEN IT CAME TIME TO APPLY TO COLLEGES, MY PARENTS TOLD ME

04:06PM  12   THAT I -- THAT LOOK ELSEWHERE BESIDES MINNESOTA.  SO I LOOKED

04:06PM  13   ON THE EAST AND WEST COAST, AND I HAD MY CHOICE OF SCHOOLS, AND

04:06PM  14   I ENDED UP SELECTING STANFORD.

04:06PM  15   Q.   AND FOR HOW LONG DID YOU -- WHEN DID YOU GRADUATE FROM

04:06PM  16   STANFORD AGAIN?

04:06PM  17   A.   I GRADUATED IN 1981.

04:06PM  18   Q.   OKAY.  AND WHAT DID YOU DO AFTER GRADUATING FROM STANFORD?

04:06PM  19   A.   I WORKED AT AN ASSISTANT PROGRAMMER AT STANFORD

04:06PM  20   SPECIALIZING IN A COMPUTER SYSTEM CALLED THE DEC SYSTEMS 20.

04:06PM  21   Q.   WAS THAT DEC SYSTEM 20?

04:06PM  22   A.   DECK SYSTEM-20.

04:07PM  23   Q.   AND WHEN YOU SAY SYSTEMS PROGRAMMER, WHAT KIND OF JOB WAS

04:07PM  24   THAT?

04:07PM  25   A.   THAT WAS A -- THESE DAYS IT WOULD BE CALLED A SYSTEMS

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:07PM   1    ADMINISTRATOR.  IT IS MAKING SURE THAT THE FACULTY STAFF AND

04:07PM   2    STUDENTS COULD CREATE ACCOUNTS FOR THEM, MAKE SURE THE PRINTERS

04:07PM   3    ARE WORKING, INSTALL SOFTWARE UPDATES AND BASICALLY HELP THEM

04:07PM   4    WHEN THEY HAVE QUESTIONS.

04:07PM   5    Q.   SO WHEN THE NETWORK GOES DOWN, THEY BLAME YOU?

04:07PM   6    A.   WELL, ACTUALLY, I STARTED EARLY ENOUGH THAT THERE WASN'T A

04:07PM   7    NETWORK ATTACHED TO THIS.

04:07PM   8    Q.   OKAY.  GOOD.

04:07PM   9         SO -- AND HOW LONG DID YOU HAVE THAT JOB AT STANFORD AS A

04:07PM  10    SYSTEMS ADMINISTRATOR?

04:07PM  11    A.   SIX YEARS.

04:07PM  12    Q.   SIX YEARS.  AND WHAT DID YOU DO AFTER STANFORD?

04:07PM  13    A.   I JOINED CISCO ITEMS.

04:07PM  14    Q.   AND JUST GOING BACK IN TIME, WHEN DID YOU FIRST BECOME

04:07PM  15    AWARE OF CISCO AS A COMPANY?

04:07PM  16    A.   IN LEN BOSACK, B-O-S-A-C-K, AND SANDY LEARNER,

04:08PM  17    L-E-A-R-N-E-R, WERE COLLEAGUES OF MINE AT STANFORD.  THEY

04:08PM  18    INCORPORATED THE COMPANY IN DECEMBER OF 1984.

04:08PM  19    Q.   AND IN 1985 WHEN YOU CAME ACROSS MR. BOSACK AND

04:08PM  20    MS. LEARNER, WHAT WERE THEY TRYING TO BUILD AT CISCO?

04:08PM  21    A.   WELL, GOING BACK A LITTLE BIT IN SPRING OF 1984, THE

04:08PM  22    DIGITAL EQUIPMENT CORPORATION, THE MAKER OF THE DEC SYSTEM 20

04:08PM  23    HAD DISCONTINUED THE PRODUCT LINE.  THERE WEREN'T GOING TO BE

04:08PM  24    ANY MORE NEW MACHINES.  AND LEN HAD WORKED ON DEC SYSTEMS-20 AS

04:08PM  25    AN EMPLOYEE AT DEC AND HE FELT THAT HE COULD ACTUALLY EXTEND

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:08PM 1    THE PRODUCT LINE OUTSIDE OF DEC.

04:08PM 2    Q.   AND HAVE YOU PREPARED SOME SLIDES TO HELP US UNDERSTAND

04:09PM 3    YOUR TESTIMONY HERE TODAY?

04:09PM 4    A.   YES.

04:09PM 5    Q.   OKAY.  SO, MR. FISHER, LET'S HAVE SLIDE 2.

04:09PM 6         SO WHAT ARE WE LOOKING AT HERE ON SLIDE 2?

04:09PM 7    A.   YOU ARE LOOKING AT A DEC SYSTEM-20.  IT'S A BIG MACHINE

04:09PM 8    THAT'S A MAIN FRAME.  IT PHYSICALLY, IT'S ABOUT 5 FEET HIGH, IT

04:09PM 9    CAN BE 20 TO 30 FEET LONG DEPENDING ON HOW MANY CABINETS YOU

04:09PM 10   PUT ON.

04:09PM 11        IT TAKES ON AN AWFUL LOT OF POWER, SPECIALIZED ELECTRICAL

04:09PM 12   POWER AND IS IN A ROOM THAT'S COOLED BY HEAVY AIR CONDITIONERS,

04:09PM 13   SITS ON A RAISED FLOOR SO THAT YOU CAN RUN CABLES UNDERNEATH.

04:09PM 14   Q.   AND SO IS THIS TYPE OF MAINFRAME PRODUCT, IS THAT RELATED

04:09PM 15   TO THE TYPE OF PRODUCTS THAT CISCO MAKES TODAY?

04:09PM 16   A.   NO, THEY ARE NOTHING ALIKE.

04:09PM 17   Q.   SO WHAT HAPPENED TO MR. BOSACK'S INITIAL IDEA TO MAKE HIS

04:09PM 18   VERSION OF THE DEC SYSTEM?

04:09PM 19   A.   THE VENTURE CAPITALISTS LISTENED TO HIM POLITELY AND THEN

04:09PM 20   DID NOT RETURN HIS PHONE CALLS.

04:09PM 21   Q.   AND WHAT HAPPENED TO YOU?  SO WHEN THE DEC SYSTEM-20 IS

04:10PM 22   ANNOUNCED TO BE DISCONTINUED, HOW DID THAT AFFECT YOUR JOB AT

04:10PM 23   STANFORD?

04:10PM 24   A.   WELL, SO THE DEC SYSTEM-20 WAS OBSOLETE, AND ESSENTIALLY I

04:10PM 25   WAS OBSOLETE AT THE TIME, SO I NEEDED TO TAKE A LOOK AROUND FOR

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:10PM  1   A NEW TECHNOLOGY AREA THAT I COULD BECOME EXPERT IN.

04:10PM  2   Q.   AND DID YOU FIND SOMETHING THAT PEAKED YOUR INTEREST?

04:10PM  3   A.   YES, NETWORKING.  NETWORKING WAS SOMETHING THAT WAS A BIG

04:10PM  4   THING AT STANFORD IN THOSE DAYS.

04:10PM  5   Q.   AND AT THE TIME AS PART OF YOUR EMPLOYMENT AGREEMENT WITH

04:10PM  6   STANFORD, DID YOU HAVE ANY RESTRICTIONS ON TYPE OF SIDE

04:10PM  7   PROJECTS THAT YOU COULD WORK ON?

04:10PM  8   A.   NO.  AS LONG AS I KEPT THE COMPUTERS UP AND RUNNING AND THE

04:10PM  9   FACULTY AND THE STAFF, THE FACULTY AND THE STUDENTS HAPPY, IN

04:10PM  10  THAT ORDER, I COULD DO WHAT I WANT.

04:10PM  11  Q.   GREAT.  AND THEN DID YOU EVENTUALLY FIND A SPECIFIC

04:10PM  12  NETWORKING PROJECT THAT YOU WERE INTERESTED IN WORKING ON?

04:10PM  13  A.   YES, I DID.

04:10PM  14  Q.   WHAT WAS THAT PROJECT?

04:10PM  15  A.   I WAS BUILDING AN IP ROUTER.

04:10PM  16  Q.   AN IP ROUTER?

04:11PM  17  A.   YES.

04:11PM  18  Q.   CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT AN

04:11PM  19  IP ROUTER WAS AT THAT TIME?

04:11PM  20  A.   SO IP IS AN ACRONYM FOR INTERNET PROTOCOL.  IT'S A STANDARD

04:11PM  21  WAY OF COMMUNICATING BETWEEN COMPUTERS OVER A NETWORK, AND A

04:11PM  22  ROUTER IS A DEVICE THAT CONNECTS NETWORKS TOGETHER.

04:11PM  23       ONE VERY COMMON USE OF A ROUTER IS IF YOU HAVE A HOME

04:11PM  24  NETWORK, COMPUTER ON THAT, IT SPEAKS IP, AND YOU WANT TO TALK

04:11PM  25  TO SOME COMPUTER OFF IN SOME OTHER PART OF THE WORLD, YOU WILL

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:11PM   1    SEND DATA TO YOUR ROUTER, THE ROUTER WILL LOOK AT WHAT'S CALLED

04:11PM   2    AN IP ADDRESS ON THAT DATA, AND THEN IT WILL FORWARD IT TO THE

04:11PM   3    SERVICE PROVIDER'S NETWORK, LIKE I SAID, AT&T OR COMCAST OR

04:11PM   4    WHOEVER IS PROVIDING THE SERVICE, AND THEN IT WILL THEN,

04:11PM   5    SUBSEQUENT ROUTERS WILL TAKE THAT DATA, PICK IT UP, LOOK AT

04:12PM   6    THAT IP ADDRESS AND SAY, OKAY, AND IT GOES HERE, IT GOES HERE,

04:12PM   7    IT GOES HERE UNTIL IT FINALLY REACHES ITS DESTINATION.

04:12PM   8        IT'S VERY MUCH LIKE THE POSTAL SYSTEM WHERE YOU WRITE AN

04:12PM   9    ADDRESS ON A LETTER AND THEN YOU POST THE LETTER AND THE POSTAL

04:12PM   10   SYSTEM BASICALLY PASSES THAT LETTER AROUND INSIDE ITSELF UNTIL

04:12PM   11   IT GETS DELIVERED AT THE OTHER END.

04:12PM   12   Q.   AND, MR. LOUGHEED, DID YOU END UP WRITING YOUR OWN COMPUTER

04:12PM   13   CODE FOR THIS IP ROUTING PROJECT?

04:12PM   14   A.   YES, I DID.

04:12PM   15   Q.   AND AT THAT TIME IN THE 1985, 1986 TIMEFRAME, WAS THERE AN

04:12PM   16   OPPORTUNITY TO DEMONSTRATE THIS IP ROUTER SOFTWARE THAT YOU HAD

04:12PM   17   WRITTEN?

04:12PM   18   A.   LEN BOSACK TOOK A COPY OF THE SOFTWARE OVER TO HP LABS

04:12PM   19   WHERE HE HAD BEEN A CONSULTANT, BASICALLY SHOWED THEM WHAT THE

04:12PM   20   SOFTWARE AND THE HARDWARE COULD DO.  AND HP WAS VERY INTERESTED

04:12PM   21   IN IT AND ACTUALLY SUGGESTED SOME IMPROVEMENTS AND ENHANCEMENTS

04:13PM   22   TO THE SOFTWARE.

04:13PM   23   Q.   AND IN ADDITION TO THIS PRIVATE DEMONSTRATION WITH HP LABS,

04:13PM   24   WAS THERE AN OPPORTUNITY TO DEMONSTRATE THE SOFTWARE TO A

04:13PM   25   LARGER PUBLIC?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:13PM 1    A.   YES.  IN MAY OF 1986 LEN AND SANDY AND I WENT TO A TRADE

04:13PM 2    SHOW IN TEXAS, A COMMUNICATIONS TRADE SHOW, AND WE DEMONSTRATED

04:13PM 3    IT TO PEOPLE THAT WERE ATTENDING THAT CONFERENCE.

04:13PM 4    Q.   AND HOW DID THE TRADE SHOW GO?

04:13PM 5    A.   IT WENT VERY WELL.  THERE WAS A LOT OF INTEREST IN THAT

04:13PM 6    TECHNOLOGY.

04:13PM 7    Q.   SO AFTER YOU RETURNED WITH YOUR COLLEAGUES BACK FROM THE

04:13PM 8    TRADE SHOW, WAS THERE ANY TYPE OF DISCUSSION ABOUT WHAT TO DO

04:13PM 9    WITH YOUR IP ROUTER SOFTWARE?

04:13PM 10   A.   YES, THERE WAS.  LEN FIGURED THERE WAS A REAL STRONG

04:13PM 11   COMMERCIAL OPPORTUNITY THERE, AND SUGGESTED THAT AT SOME POINT

04:13PM 12   IN THE NEAR FUTURE WE WOULD HAVE TO LEAVE STANFORD TO ACTUALLY

04:13PM 13   PURSUE THAT.

04:13PM 14        AND PERSONALLY I WAS REALLY ENTHUSIASTIC ABOUT THAT.  AS A

04:14PM 15   YOUNG GUY I WAS READING BOOKS ON SILICON VALLEY STARTUPS BACK

04:14PM 16   30 YEARS AGO, AND I WAS VERY ENTHUSED ABOUT GIVING THIS A TRY.

04:14PM 17   I WANTED TO GIVE IT A TRY.  AND I FIGURED THAT IF IT FAILED FOR

04:14PM 18   SOME REASON, I COULD EASILY ENOUGH GET A JOB SOMEWHERE IN

04:14PM 19   SILICON VALLEY.

04:14PM 20   Q.   AND WHAT WERE SOME OF THOSE STARTUP COMPANIES AROUND THAT

04:14PM 21   TIME THAT YOU WERE FAMILIAR WITH IN 1985?

04:14PM 22   A.   SUN MICROSYSTEMS HAD COME OUT OF STANFORD AT THE TIME,

04:14PM 23   USING -- HAVING DEVELOPED SOME COMPUTER TECHNOLOGY.  SILICON

04:14PM 24   GRAPHICS WAS ALSO -- CAME OUT BEFORE WE DID.

04:14PM 25   Q.   OKAY.  AND THEN DID THERE COME A TIME WHEN YOU ULTIMATELY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:14PM 1    DECIDED TO LEAVE STANFORD TO PURSUE THE CISCO OPPORTUNITY FULL

04:14PM 2    TIME?

04:14PM 3    A.   YES.

04:14PM 4    Q.   AND WHEN WAS THAT?

04:14PM 5    A.   THAT WAS IN JULY OF 1986, I RESIGNED.

04:14PM 6    Q.   SO WHEN YOU RESIGNED FROM STANFORD AND YOU WERE LEAVING TO

04:15PM 7    JOIN CISCO FULL TIME, WAS THERE A DISCUSSION YOU HAD WITH

04:15PM 8    STANFORD ABOUT WHAT TO DO WITH THE SOFTWARE YOU HAD DEVELOPED?

04:15PM 9    A.   YES.  I DISCUSSED IT WITH MY BOSS, THERE WERE LETTERS

04:15PM 10   EXCHANGED.  THERE'S BASICALLY AN HONEST DISAGREEMENT AS TO WHO

04:15PM 11   OWNED THE SOFTWARE, BUT WE LEFT AND THE -- STANFORD SENT US A

04:15PM 12   LETTER AND THE CEO OF THE COMPANY BASICALLY NEGOTIATED A

04:15PM 13   LICENSING AGREEMENT WITH STANFORD AND PAID FOR IT.  SINCE THEN

04:15PM 14   STANFORD AND CISCO HAD A REAL GOOD RELATIONSHIP.

04:15PM 15   Q.   AND AFTER YOU JOINED CISCO, HOW MANY EMPLOYEES WERE THERE

04:15PM 16   AT CISCO AT THE TIME?

04:15PM 17   A.   AT THE TIME I JOINED CISCO, THERE WERE FOUR EMPLOYEES.

04:15PM 18   THERE WAS LEN AND SANDY, MYSELF AND THE ADMINISTRATOR SECRETARY

04:16PM 19   GENERAL PURPOSE GLUING TOGETHER PERSON NAMED CECILIA

04:16PM 20   STRICKLAND.

04:16PM 21   Q.   LET'S TAKE A LOOK AT YOUR NEXT SLIDE.  WHO IS THAT IN THE

04:16PM 22   PICTURE THERE?

04:16PM 23   A.   THAT'S ME WITH A LOT MORE HAIR.

04:16PM 24   Q.   OKAY.  AND WHERE IS THIS, WHAT ARE WE LOOKING AT?

04:16PM 25   A.   THIS IS IN ONE OF THE TWO SPARE BEDROOMS IN LEN AND SANDY'S

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:16PM 1    HOUSE, CECILIA SAT IN THE OTHER SPARE BEDROOM.

04:16PM 2    Q.   SO I THOUGHT MOST STARTUPS CAME OUT OF A GARAGE, BUT THIS

04:16PM 3    ONE WAS A SPARE BEDROOM?

04:16PM 4    A.   IT WAS A BIG HOUSE THAT HAD A COUPLE OF SPARE BEDROOMS.

04:16PM 5    OUR MANUFACTURING FACILITY WAS THE LIVING ROOM.

04:16PM 6    Q.   AND WHAT ARE YOU DOING IN THIS PARTICULAR PICTURE?

04:16PM 7    A.   I'M LOOKING AT A CIRCUIT BOARD THAT IS THE MAIN PROCESSING

04:16PM 8    UNIT FOR AN EARLY CISCO ROUTER CALLED HES.

04:16PM 9    Q.   I SEE THERE'S A LITTLE TERMINAL THERE WHERE YOU CAN TYPE IN

04:16PM 10   SOME COMMANDS?

04:16PM 11   A.   YES.

04:16PM 12   Q.   WHERE IS THE ACTUAL COMPUTER IN THIS PICTURE?

04:16PM 13   A.   IT'S BEHIND ME UNDERNEATH THAT PHONE.  SOME PEOPLE THINK

04:17PM 14   THAT LOOKS LIKE A FILE CABINET, THAT'S JUST HP'S STYLING CIRCA

04:17PM 15   MID-1980'S.

04:17PM 16   Q.   SO INSIDE THAT WAS THE ACTUAL COMPUTER YOU WERE USING?

04:17PM 17   A.   THAT WAS THE COMPUTER THAT I WAS USING.

04:17PM 18   Q.   OKAY.  AND WHEN DID CISCO FIRST SHIP ITS FIRST PRODUCT?

04:17PM 19   A.   AT THE END OF JULY, 1986, WE SHIPPED ABOUT 10 OR 12

04:17PM 20   SYSTEMS, BUILT THEM IN THE LIVING ROOM AND BOXED THEM UP AND

04:17PM 21   PUT THEM IN OUR CARS AND TOOK THEM DOWN TO UPS TO SEND OFF.

04:17PM 22   SEVERAL WENT TO HP'S AND OTHERS WENT TO VARIOUS UNIVERSITIES.

04:17PM 23   Q.   LET'S TAKE A LOOK AT SLIDE 4.  WHAT IS THIS ON THIS

04:17PM 24   PARTICULAR SLIDE?

04:17PM 25   A.   THIS IS THE AGS, THE FIRST IP ROUTER THAT CISCO SHIPPED.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:17PM  1    IT'S ABOUT 19 INCHES WIDE BY ABOUT A FOOT OR SO HIGH, AND MAYBE

04:18PM  2    18 INCHES OR 18 INCHES OR 20 INCHES DEEP.

04:18PM  3    Q.   WHEN YOU SAY AGS, WHAT DOES THAT STAND FOR?

04:18PM  4    A.   THAT STANDS FOR ADVANCED GATEWAY SERVER.  GATEWAY BEING AN

04:18PM  5    OLD NAME FOR WHAT WE NOW CALL A ROUTER.

04:18PM  6    Q.   AND WHAT WAS SO EXCITING ABOUT THE NEW AGS ROUTER THAT WE

04:18PM  7    ARE LOOKING AT HERE?

04:18PM  8    A.   SO IT WAS ONE OF THE FIRST COMMERCIALLY AVAILABLE IP

04:18PM  9    ROUTERS, AND USING INTERNET TECHNOLOGY AND THESE ROUTERS, YOU

04:18PM  10   COULD ACTUALLY BUILD VERY LARGE SCALE NETWORKS FOR THE FIRST

04:18PM  11   TIME.  YOU COULD BUILD -- A BUSINESS COULD BUY THESE AND

04:18PM  12   CONNECT COMPUTERS ACROSS THE COUNTRY.

04:18PM  13        PREVIOUSLY, IF YOU WANTED TO DO SOMETHING LIKE THAT, YOU

04:18PM  14   EITHER HAD TO BUY THE SAME TECHNOLOGY THAT THE GOVERNMENT USED

04:18PM  15   FOR THE ARPA, AND THE ARPA CONTRACTOR WASN'T PARTICULARLY

04:18PM  16   INTERESTED IN SELLING YOU THAT STUFF, EITHER.

04:19PM  17        OR YOU USED -- THE TECHNOLOGY WAS CALLED BRIDGING

04:19PM  18   TECHNOLOGY WHICH PRETENDED THAT EVERYTHING WAS ONE BIG ETHERNET

04:19PM  19   CABLE.  AND THAT WORKED FOR A FEW HUNDRED COMPUTERS AND AFTER

04:19PM  20   THAT IT JUST -- YOU WOULD FAIL.  YOU COULDN'T DO MUCH MORE THAN

04:19PM  21   THAT.

04:19PM  22   Q.   AND IN ADDITION TO HP LABS AND THE UNIVERSITIES, WERE THERE

04:19PM  23   SOME OTHER EARLY CUSTOMERS OF AGS AT THE TIME?

04:19PM  24   A.   YES.  BOEING AIRCRAFT WAS ONE OF OUR EARLY CUSTOMERS.  WE

04:19PM  25   INSTALLED -- THEY HAD A LARGE BRIDGED NETWORK, AND WE INSTALLED

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:19PM  1    AN AGS IN THE MIDDLE OF THEIR BRIDGED NETWORK.  AND ALL THE

04:19PM  2    SUDDEN THEY HAD TWICE THE CAPACITY IN THE NETWORK THAT THEY HAD

04:19PM  3    BEFORE.  AND THEY WERE VERY IMPRESSED, AND THEY WANTED MUCH

04:19PM  4    MORE OF THIS TECHNOLOGY.  THEY WERE VERY INTERESTED IN IT.

04:19PM  5    Q.  I JUST NOTICED HERE, IT SAYS CISCO SYSTEMS, BUT THE C-I-S

04:19PM  6    LOWER CAP.  WHERE DOES THE WORD "CISCO" COME FROM?

04:19PM  7    A.  SO THE STORY I HEARD FROM SANDY LERNER WAS THAT SHE AND LEN

04:20PM  8    WERE UP IN SAN FRANCISCO REGISTERING A NAME FOR THE COMPANY AND

04:20PM  9    ALL THE NAMES INVOLVING NETWORKING HAD ALREADY BEEN TAKEN, AS

04:20PM 10    FAR AS THEY WERE CONCERNED.

04:20PM 11        AND SO AS THEY WERE STANDING IN SAN FRANCISCO, THEY SAID,

04:20PM 12    OKAY, IT'S GOING TO BE CISCO.

04:20PM 13    Q.  WHAT IS THE PICTURE TO THE LEFT THERE?

04:20PM 14    A.  THAT'S THE STYLE, THE GOLDEN GATE BRIDGE IS A SYMBOL OF

04:20PM 15    SAN FRANCISCO AND THAT'S A STILL GOLDEN GATE BRIDGE.  WE STILL

04:20PM 16    USE THAT IDEA IN OUR LOGO.

04:20PM 17    Q.  OKAY.  LET'S TAKE A QUICK LOOK AT THE NEXT SLIDE.  WHAT ARE

04:20PM 18    WE LOOKING AT HERE ON THIS SLIDE 5?

04:20PM 19    A.  THIS IS MY FIRST BADGE.

04:20PM 20    Q.  AND IT SAYS NUMBER 4?

04:20PM 21    A.  YES.

04:20PM 22    Q.  WHAT'S THE SIGNIFICANCE OF THAT?

04:20PM 23    A.  SO AS WE STARTED -- AS THE COMPANY STARTED GROWING AND

04:20PM 24    MAKING A LITTLE MONEY, WE STARTED HIRING MORE PEOPLE AND MOVED

04:20PM 25    INTO THE COMMERCIAL HEADQUARTERS OR A COMMERCIAL BUILDING IN

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:21PM   1    MENLO PARK.

04:21PM   2        AND THEN EVENTUALLY WE NEEDED TO HAVE BADGES TO GET ACCESS

04:21PM   3    TO THE BUILDING.  AND WHEN IT CAME TIME TO ASSIGN EMPLOYEE --

04:21PM   4    ASSIGN BADGE NUMBERS, WE GAVE BADGE 1 TO CECILIA BECAUSE THAT

04:21PM   5    WAS OUR WAY OF HONORING HER AND RESPECTING HER; SANDY HAD BADGE

04:21PM   6    2; LEN HAD BADGE 3, AND I HAD BADGE 4.

04:21PM   7    Q.  ALL RIGHT.

04:21PM   8        NOW, SWITCHING GEARS TO TALK ABOUT THE SPECIFIC

04:21PM   9    RESPONSIBILITIES YOU HAD IN THE EARLY DAYS OF CISCO, WHAT WERE

04:21PM  10    YOU WORKING ON PRIMARILY AT CISCO?

04:21PM  11    A.  I WAS WORKING ON THE SOFTWARE.

04:21PM  12    Q.  AND DID YOU WORK ON THE CISCO SOFTWARE ALSO INCLUDING WORK

04:21PM  13    ON THE USER INTERFACE FOR THAT SOFTWARE?

04:21PM  14    A.  YES, I DID.

04:21PM  15    Q.  WHO DECIDED ULTIMATELY WHAT TYPE OF USER INTERFACE CISCO

04:21PM  16    WOULD ELECT TO USE FOR ITS ROUTERS?

04:21PM  17    A.  THAT WAS MY DECISION.

04:21PM  18    Q.  AND WHEN DID YOU MAKE THAT DECISION?

04:21PM  19    A.  IN THE 1986 TIMEFRAME.

04:21PM  20    Q.  AND WE ARE GOING TO GET A LOT MORE INTO SPECIFICS OF THE

04:22PM  21    USER INTERFACE, BUT GENERALLY SPEAKING WHAT TYPE OF INTERFACE

04:22PM  22    DID YOU SELECT FOR CISCO?

04:22PM  23    A.  WHAT'S CALLED A COMMAND-LINE INTERFACE.

04:22PM  24    Q.  WHEN YOU SAY COMMAND-LINE INTERFACE, CAN YOU BRIEFLY

04:22PM  25    DESCRIBE FOR THE JURY WHAT THAT MEANS?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:22PM 1    A.   SO A COMMAND-LINE INTERFACE, OR A CLI, IS AN INTERFACE

04:22PM 2    WHERE IT'S BASICALLY A TEXTUAL INTERFACE WHERE YOU TYPE A

04:22PM 3    SERIES OF WORDS, THEN PRESS RETURN, AND THE COMPUTER AT THE

04:22PM 4    OTHER END INTERPRETS THOSE WORDS TO DO WHATEVER IT IS YOU

04:22PM 5    WANTED IT TO DO.

04:22PM 6    Q.   SO LET'S TAKE A LOOK AT SLIDE 6 FROM YOUR SLIDE DECK.  AND

04:22PM 7    WHAT ARE WE LOOKING AT ON THIS SLIDE?

04:22PM 8    A.   THIS IS THE STARTUP SCREEN WHEN YOU POWER ON A CISCO ROUTER

04:22PM 9    OR SWITCH FOR THE FIRST TIME.

04:22PM 10   Q.   OKAY.  AND THEN IF WE CLICK TO THE NEXT SLIDE, WHAT ARE WE

04:22PM 11   LOOKING AT HERE?

04:22PM 12   A.   THIS IS THE CONTINUATION OF THE STARTUP SCREENS.  IT WILL

04:22PM 13   TELL YOU WHAT THE VERSION, IT WILL TELL YOU WHAT TYPE OF

04:23PM 14   SOFTWARE, WHAT VERSION OF THE SOFTWARE, WHERE TO GET SUPPORT,

04:23PM 15   COPYRIGHT INFORMATION.  AND THEN IT GIVES YOU A LISTING OF THE

04:23PM 16   HARDWARE CONFIGURATION OF THE SYSTEM.

04:23PM 17   Q.   AND WHEN YOU SAY COMMAND-LINE INTERFACE, WHERE IS THE

04:23PM 18   COMMAND LINE IN THIS INTERFACE?

04:23PM 19   A.   WAY DOWN AT THE BOTTOM OF THE SCREEN, SOMEBODY HAS

04:23PM 20   PRESUMABLY PRESSED THE RETURN KEY AND THAT WORD SWITCH WITH AN

04:23PM 21   ANGLED BRACKET AFTER IT IS THE -- IS WHERE THE COMMAND LINE

04:23PM 22   STARTS.

04:23PM 23   Q.   SO THERE'S A BLINKING CURSER.  IS THAT WHERE YOU TYPE IN

04:23PM 24   WORDS?

04:23PM 25   A.   IT'S WAITING FOR YOU TO TYPE.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:23PM 1    Q.   AND LET'S WALK THROUGH SOME EXAMPLES OF COMMANDS AND SEE

04:23PM 2    HOW YOUR USER INTERFACE WORKED AT THE TIME.  SO CAN YOU TELL US

04:23PM 3    WHAT'S HAPPENING WITH THIS PARTICULAR COMMAND THAT YOU ARE

04:23PM 4    TYPING?

04:23PM 5    A.   WELL, THE COMMAND IS -- OF COURSE SHOW INTERFACES, AND

04:23PM 6    AFTER YOU PRESS THE RETURN KEY, IT WILL SHOW YOU STATUS

04:23PM 7    INFORMATION ABOUT THE -- THE INTERFACES IN THE SYSTEM.

04:24PM 8    Q.   AND WHEN YOU SAY INTERFACES IN THE SYSTEM, WHAT ARE YOU

04:24PM 9    REFERRING TO?

04:24PM 10   A.   I'M REFERRING TO THE, ESSENTIALLY -- THIS IS WHERE THE

04:24PM 11   NETWORK IS ATTACHED.  THESE ARE THE ATTACHMENT POINTS FOR THE

04:24PM 12   NETWORK.

04:24PM 13   Q.   WE HAVE A PICTURE OF SOMETHING THAT LOOKS LIKE A ROUTER OR

04:24PM 14   SWITCH ON THE BOTTOM?

04:24PM 15   A.   YES.

04:24PM 16   Q.   WHAT GENERATES THE SCREEN OUTPUT?

04:24PM 17   A.   THE ROUTER OR THE SWITCH ACTUALLY GENERATES THE OUTPUT.

04:24PM 18   Q.   I TAKE IT YOU COULD GO THROUGH AND ENTER MORE COMMANDS AND

04:24PM 19   SEE MORE OUTPUTS AND THAT'S HOW YOU INTERACT WITH THE SYSTEM?

04:24PM 20   A.   THAT IS INDEED THE CASE.

04:24PM 21   Q.   AND AT THE TIME -- WHY DID YOU SELECT IN 1986 WHEN YOU WERE

04:24PM 22   WORKING ON THIS FIRST IP ROUTER, WHY DID YOU END UP SELECTING A

04:24PM 23   TEXT-BASED COMMAND-LINE INTERFACE?

04:25PM 24   A.   BECAUSE IT WAS BECOMING CLEAR AT THE TIME THAT I WAS GOING

04:25PM 25   TO BE ADDING ADDITIONAL FUNCTIONALITY TO THE SYSTEM, AND I

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:25PM  1    WANTED A USER INTERFACE THAT I COULD EXTEND.

04:25PM  2    Q.   WHEN YOU SAY EXTEND, WHAT DO YOU MEAN BY EXTEND?

04:25PM  3    A.   I MEAN THAT I COULD ADD NEW FUNCTIONALITY TO IT AND NOT

04:25PM  4    NECESSARILY HAVE TO START OVER AGAIN EVERY TIME I HAD A NEW

04:25PM  5    FUNCTIONALITY.

04:25PM  6    Q.   AND HOW DOES A TEXT-BASED COMMAND-LINE INTERFACE LIKE THIS

04:25PM  7    ALLOW YOU TO EXTEND THE FUNCTIONALITY OF AN OPERATING SYSTEM?

04:25PM  8    A.   IT -- SO, IT'S WORD-BASED AND WORDS ARE REAL EASY TO USE TO

04:25PM  9    COMMUNICATE WHAT YOU ARE WANTING.  IT'S SORT OF TELEGRAPHIC

04:25PM  10   STYLE OF COMMUNICATION, BUT IT IS A MEANS OF COMMUNICATION.

04:25PM  11   Q.   OKAY.  AND DID YOU CONSIDER AT THE TIME SOME OTHER WAYS OF

04:25PM  12   PROVIDING A USER INTERFACE?

04:25PM  13   A.   YES, WE DID.  WE CONSIDERED MENUS, AND WE CONSIDERED WHAT'S

04:26PM  14   CALLED A GUI.

04:26PM  15   Q.   OKAY.  SO LET'S TAKE A LOOK AT SLIDE 11.

04:26PM  16        CAN YOU EXPLAIN BRIEFLY TO THE JURY WHAT ARE THE OTHER

04:26PM  17   TYPES OF USER INTERFACES THAT YOU HAD CONSIDERED INSTEAD OF A

04:26PM  18   COMMAND-LINE INTERFACE?

04:26PM  19   A.   SO ONE OF THEM WAS A GUI, OR GRAPHICAL USER INTERFACE.

04:26PM  20   THAT'S A USER INTERFACE THAT BASICALLY DRAWS PICTURES AND USES

04:26PM  21   A MOUSE, OR SOMETHING LIKE THAT, TO POINT AT VARIOUS THINGS

04:26PM  22   THAT YOU CAN GO AND CLICK AND SELECT AND THE LIKE.

04:26PM  23        A MENU-DRIVEN INTERFACE BASICALLY GIVES YOU A MENU OF ITEMS

04:26PM  24   AND YOU SELECT A PARTICULAR MENU ITEM AND THEN GO ON AND SELECT

04:26PM  25   FROM OTHER MENUS BASED ON THAT.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:26PM  1        THEN THERE'S THE COMMAND-LINE INTERFACE WHICH IS BASICALLY

04:26PM  2   TYPING A SENTENCE OF WORDS.

04:26PM  3   Q.   SO WHY DID YOU END UP USING THE TEXT-BASED COMMAND-LINE

04:26PM  4   INTERFACE OVER THESE OTHER POSSIBLE USER INTERFACE DESIGNS?

04:26PM  5   A.   SO GUI INTERFACES REQUIRED SOME HARDWARE SUPPORT THAT WE

04:26PM  6   DIDN'T HAVE AND WE WEREN'T WILLING TO ADD.  AND GUIS WERE VERY,

04:27PM  7   VERY NEW AT THE TIME.  THIS WAS 1986, AND GUIS, LIKE I SAID,

04:27PM  8   WERE VERY NEW TECHNOLOGY THEN.

04:27PM  9        MENU-DRIVEN INTERFACES ARE EXTREMELY SLOW AND CLUNKY AND

04:27PM 10   ARE NOT VERY EXPRESSIVE.  IT'S HARD TO TELL WHAT'S GOING ON

04:27PM 11   WHEN YOU HAVE A MENU-DRIVEN INTERFACE.

04:27PM 12   Q.   NOW, JUST TO BE CLEAR ON THE RECORD, YOU ARE NOT THE FIRST

04:27PM 13   PERSON IN THE WORLD TO COME UP WITH A PARTICULAR COMMAND-LINE

04:27PM 14   INTERFACE?

04:27PM 15   A.   OH, NO, NO.  THAT WAS HOW WE DID THINGS IN THOSE DAYS.

04:27PM 16   Q.   RIGHT.  AND THE QUESTION IS THEN, WHY DID YOU NOT JUST USE

04:27PM 17   SOMEBODY ELSE'S EXISTING COMMAND-LINE INTERFACE FOR THE CISCO

04:27PM 18   PRODUCTS?

04:27PM 19   A.   BECAUSE I HAD A NEW PROBLEM.  I HAD A NEW TECHNOLOGY.

04:27PM 20   THERE WERE NOT -- THE AGS WAS ONE OF THE FIRST COMMERCIAL IP

04:27PM 21   ROUTERS, IT WAS A COMPLETELY NEW TECHNOLOGY.  NOBODY KNEW WHAT

04:27PM 22   AN IP ROUTER WAS.  NOBODY WAS SHIPPING ONE.  I ACTUALLY HADN'T

04:27PM 23   SEEN ANYONE OTHER THAN WHAT I WAS CREATING.

04:28PM 24        SO THERE WERE JUST, THERE WERE NEW DEMANDS THAT THE OTHER,

04:28PM 25   OLDER COMMAND-LINE INTERFACES WOULD JUST NOT SUPPORT.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:28PM  1    Q.   AND WHAT ARE SOME OF THE THINGS YOU DID DIFFERENTLY WITH

04:28PM  2    YOUR COMMAND-LINE INTERFACE COMPARED TO WHAT EXISTED PRIOR TO

04:28PM  3    YOUR WORK AT CISCO?

04:28PM  4    A.   WELL, I MENTIONED THAT I WANTED TO MAKE IT EXTENSIBLE, AND

04:28PM  5    ONE WAY THAT I FELT THAT I KNEW HOW TO DO TO MAKE IT EXTENSIBLE

04:28PM  6    SO I COULD ADD THINGS EASILY WAS TO CREATE HIERARCHIES.

04:28PM  7    Q.   OKAY.  AND WHEN YOU SAY THE WORD "HIERARCHY," CAN YOU

04:28PM  8    EXPLAIN TO THE JURY WHAT YOU MEAN BY HIERARCHY?

04:28PM  9    A.   SO WE ARE GOING TO HAVE TO UNPACK THIS A LITTLE, OR UNPACK

04:28PM  10   THIS A LITTLE BIT.  I THINK THE BEST PLACE TO START WOULD BE

04:28PM  11   WITH OTHER DISCUSSIONS OF MODES.

04:28PM  12   Q.   SO LET'S DO THAT.  WHY DON'T WE LOOK AT SLIDE 12.  CAN YOU

04:28PM  13   EXPLAIN TO US WHAT WE ARE LOOKING AT ON SLIDE 12?

04:28PM  14   A.   SO WHAT WE ARE LOOKING AT IS A GRAPHICAL REPRESENTATION OF

04:28PM  15   WHAT WE CALL THE USER EXEC MODE.  IT'S THE TOP LEVEL MODE, IT'S

04:29PM  16   THE OUTER MOST ONE, IF YOU WILL.  AND IT'S IDENTIFIED BY A

04:29PM  17   PROMPT WHICH IS THE NAME OF THE SYSTEM.  IN ONE OF OUR EXAMPLES

04:29PM  18   IT WILL BE THE WORD SWITCH, BUT CUSTOMERS CAN NAME THIS DEVICE

04:29PM  19   WHATEVER THEY WANT.  AND THEN IT HAS A RIGHT ANGLED BRACKET.

04:29PM  20   Q.   LIKE A KARET SIGN?

04:29PM  21   A.   A KARET, YES.

04:29PM  22   Q.   AND SO WOULD THIS BE THE MODE THAT YOU ENTER AS SOON AS YOU

04:29PM  23   TURN ON THE ROUTER?

04:29PM  24   A.   AS SOON AS YOU TURN ON THE ROUTER AND PRESS THE RETURN KEY

04:29PM  25   AND YOU WILL GET A PROMPT, THE NAME OF THE DEVICE WITH AN

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:29PM  1    ANGLED BRACKET.

04:29PM  2    Q.   WHAT ARE THE TYPES OF COMMANDS YOU COULD USE IN THE USER

04:29PM  3    EXEC MODE?

04:29PM  4    A.   SAFE COMMANDS.   THIS IS SORT OF THE -- THIS IS THE

04:29PM  5    UNPRIVILEGED LEVEL.   THE THINGS LIKE SHOW COMMANDS LIKE SHOW

04:29PM  6    INTERFACES.   YOU CAN SORT OF SEE WHAT'S GOING ON IN THE SYSTEM

04:29PM  7    BUT YOU CAN'T ACTUALLY AFFECT IT IN ANY SIGNIFICANT WAY.

04:30PM  8    Q.   OKAY.   LET'S TAKE A LOOK AT THE NEXT SLIDE.   WHAT ARE WE

04:30PM  9    LOOKING AT ON THE NEXT VERSION OF SLIDE 12?

04:30PM  10   A.   THIS IS A REPRESENTATION OF THE MODE UNDERNEATH THE EXEC

04:30PM  11   MODE.   THIS IS WHAT WE CALL THE PRIVILEGED EXEC.   AND ITS

04:30PM  12   PROMPT IS THE NAME OF THE DEVICE AND A HASH MARK OR A POUND

04:30PM  13   SIGN FOLLOWING.

04:30PM  14        AND THESE ARE COMMANDS THAT ARE MUCH MORE POWERFUL, YOU

04:30PM  15   COULD RELOAD THE SYSTEM, YOU COULD CONFIGURE THE SYSTEM.

04:30PM  16   BASICALLY THERE'S SUFFICIENT POWER IN THIS MODE THAT TYPICALLY

04:30PM  17   CUSTOMERS WILL CONFIGURE A PASSWORD THAT HAS TO BE GIVEN BEFORE

04:30PM  18   THEY ENTER INTO THE PRIVILEGED MODE.

04:30PM  19   Q.   HOW WOULD YOU GET TO THE USER EXEC MODE TO THE PRIVILEGED

04:30PM  20   MODE?

04:30PM  21   A.   I WOULD GIVE THE COMMAND ENABLE, THEN IF THERE'S A

04:30PM  22   PASSWORD, I WOULD HAVE TO TYPE A PASSWORD.

04:30PM  23   Q.   AND JUST TO MAKE SURE WE HAVE A CLEAR ILLUSTRATION OF THE

04:30PM  24   PROMPTS, WHICH PROMPT ARE WE LOOKING AT ON SLIDE 13 WITH THE

04:31PM  25   KARET SIGN?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:31PM 1    A.   YOU ARE LOOKING AT THE USER EXEC, THE UNPRIVILEGED LEVEL.

04:31PM 2    Q.   THEN IF WE LOOK AT THE NEXT SLIDE, SLIDE 14 WITH THE HASH

04:31PM 3    SIGN, WHICH PROMPT IS THAT?

04:31PM 4    A.   THAT'S THE PRIVILEGED MODE.

04:31PM 5    Q.   NOW, DID YOU STOP THERE?  DID YOU STOP WITH JUST THE TWO

04:31PM 6    MODES WE HAVE BEEN DISCUSSING?

04:31PM 7    A.   NO.  OTHERS HAVE HAD IDEAS OF TWO-LEVEL MODES, NORMAL USER

04:31PM 8    AND PRIVILEGED MODE.  I ADDED A MODE CALLED THE GLOBAL

04:31PM 9    CONFIGURATION MODE.

04:31PM 10   Q.   THAT'S SLIDE 15.  CAN YOU EXPLAIN TO THE JURY WHAT IS THE

04:31PM 11   GLOBAL CONFIGURATION MODE?

04:31PM 12   A.   THAT'S THE MODE WHERE WE GIVE COMMANDS THAT ACTUALLY CHANGE

04:31PM 13   HOW THE DEVICE OPERATES.  WE TELL IT ABOUT NETWORK ADDRESSES,

04:31PM 14   WE TELL IT ABOUT NETWORK PROTOCOLS, WE TURN ON SOFTWARE.  WE

04:31PM 15   TELL IT WHAT IT NEEDS TO KNOW TO ACTUALLY DO ITS JOB.

04:31PM 16   Q.   AND HOW DO YOU GET TO THE GLOBAL CONFIGURATION MODE IN YOUR

04:31PM 17   USER INTERFACE?

04:31PM 18   A.   THE COMMAND CONFIGURE TERMINAL.

04:32PM 19   Q.   AND WAS THERE ANOTHER MODE THAT YOU CAME UP WITH IN

04:32PM 20   ADDITION TO THE GLOBAL CONFIGURATION?

04:32PM 21   A.   YES.  THERE'S A MODE UNDERNEATH THIS CALLED THE USER

04:32PM 22   INTERFACE CONFIGURATION MODE.

04:32PM 23   Q.   OKAY.  BEFORE WE DO THAT, JUST TO BE CLEAR ON THE RECORD,

04:32PM 24   IS THERE A PROMPT THAT'S ASSOCIATED WITH THE CONFIGURATION

04:32PM 25   MODE?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:32PM  1    A.   YES.   IT'S THE NAME OF THE DEVICE, THEN IN PARENTHESIS

04:32PM  2    CONFIG, THEN A HASH MARK.

04:32PM  3    Q.   SO WHEN THE USER SEES THAT THEY KNOW THEY ARE IN THE

04:32PM  4    CONFIGURATION MODE NOW?

04:32PM  5    A.   YES.

04:32PM  6    Q.   SO LET'S GO BACK AND LOOK AT SLIDE 17.   WHAT IS THIS USER

04:32PM  7    INTERFACE CONFIGURATION MODE YOU CAME UP WITH?

04:32PM  8    A.   THIS IS A MODE WHERE IT'S FOR CONFIGURING PARAMETERS ON

04:32PM  9    NETWORK INTERFACES WHICH ARE A CRUCIAL PART OF AN IP ROUTER.

04:32PM  10   IT -- YOU GET TO IT BY TYPING THE WORD "INTERFACE," THEN THE

04:32PM  11   NAME OF THE INTERFACE.   AND THEN THIS MODE HAS MEMORY.   THIS

04:33PM  12   MODE WILL REMEMBER THE NAME OF THAT INTERFACE.

04:33PM  13       AND THEN THE REST OF THOSE, ANY COMMANDS THAT ARE INTERFACE

04:33PM  14   SPECIFIC COMMANDS WILL THEN APPLY JUST TO THAT PARTICULAR

04:33PM  15   INTERFACE.   AND IF YOU TYPE A COMMAND THAT IS NOT AN

04:33PM  16   INTERFACE-SPECIFIC COMMAND, IT POPS YOU BACK UP TO THE GLOBAL

04:33PM  17   CONFIGURATION MODE.

04:33PM  18   Q.   WERE YOU AWARE OF OTHER TYPES OF CONFIGURATION MODES LIKE

04:33PM  19   THIS FOR NETWORKING WHERE IT REMEMBERED WHAT YOU WERE DOING?

04:33PM  20   A.   NO.   I WAS NOT AWARE OF ANY SUCH.

04:33PM  21   Q.   SO GOING BACK TO THE HIERARCHY QUESTION I ASKED YOU, YOU

04:33PM  22   SAID LET'S TALK ABOUT THE MODES AND PROMPTS, CAN YOU NOW

04:33PM  23   EXPLAIN TO THE JURY, HOW IS THE CONCEPT OF HIERARCHY REFLECTED

04:33PM  24   IN THIS SERIES OF MODES THAT WE ARE SEEING HERE?

04:33PM  25   A.   WELL, I MEAN, YOU BASICALLY START AT THIS TOP LEVEL, THIS

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:33PM  1   USER EXEC AND THEN AS -- YOU CAN DO SIMPLE THINGS LIKE JUST SEE

04:33PM  2   WHAT THE STATUS OF THE SYSTEM IS, IF YOU ACTUALLY WANT TO

04:33PM  3   CHANGE HOW THE SYSTEM OPERATES, THEN YOU GO INTO THE -- YOU

04:34PM  4   HAVE TO GIVE A PASSWORD TO GET INTO THE PRIVILEGED MODE.  YOU

04:34PM  5   CAN DO A FEW OTHER THINGS IN PRIVILEGED MODE LIKE RESTART THE

04:34PM  6   SYSTEM AND WHATNOT BUT MOSTLY --

04:34PM  7   Q.  HE WAS GETTING EXCITED THERE, MR. LOUGHEED.

04:34PM  8   A.  I'M SORRY.

04:34PM  9       YOU CAN DO A FEW OTHER THINGS IN THE PRIVILEGED EXEC, BUT

04:34PM  10  TYPICALLY PEOPLE GO DOWN INTO THE NEXT LEVEL WHICH IS THE

04:34PM  11  CONFIGURATION MODE.  BECAUSE IF YOU ARE A SYSTEM ADMINISTRATOR,

04:34PM  12  A NETWORK ADMINISTRATOR, THAT'S WHERE ALL THE ACTION IS.

04:34PM  13      THEN FROM THAT YOU CAN UPON GO INTO THIS INTERFACE

04:34PM  14  CONFIGURATION MODE, TELL IT WHAT INTERFACE YOU ARE INTERESTED

04:34PM  15  IN, AND THEN GO AND CONFIGURE THAT.  IT'S BASICALLY, IT'S A

04:34PM  16  HIERARCHY.

04:34PM  17  Q.  OKAY.  NOW, I UNDERSTAND THERE MAY BE OTHER MODES BUT HOW

04:34PM  18  WOULD YOU CHARACTERIZE THESE FOUR MODES, THE USER EXEC,

04:34PM  19  PRIVILEGED EXEC, GLOBAL CONFIGURATION, AND THE INTERFACE MODES?

04:35PM  20  A.  THESE ARE THE MAIN MODES OF THE SYSTEM.  THESE ARE THE

04:35PM  21  CRITICAL MODES.  THIS IS WHERE YOU SPEND YOUR TIME.

04:35PM  22  Q.  OKAY.  NOW, I WANT TO GO BACK WITH THIS BACKGROUND TO TALK

04:35PM  23  ABOUT SOME OF THE WORK THAT YOU DID IN TERMS OF COMING UP WITH

04:35PM  24  SPECIFIC COMMANDS IN THE CONTEXT OF THESE DIFFERENT MODES AND

04:35PM  25  PROMPTS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:35PM 1      SO I WANT TO GO BACK TO YOUR DAYS AT STANFORD.  SO THIS IS

04:35PM 2   SLIDE 18.  CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT

04:35PM 3   ON THIS SLIDE AS IT RELATES TO THE STANFORD USER INTERFACE?

04:35PM 4   A.   SO IN THE SOFTWARE THAT I DEVELOPED AT STANFORD, I NEEDED A

04:35PM 5   WAY OF ASSOCIATING AN INTERNET ADDRESS WITH AN INTERFACE.  AND

04:35PM 6   I DEVELOPED A, YOU KNOW, A SINGLE WORD COMMAND.  IN THIS CASE

04:35PM 7   IT WAS THE WORD "INTERFACE."

04:35PM 8      THEN THE NAME OF THE INTERFACE, THE WORD ADDRESS, AND THEN

04:35PM 9   I WOULD SPECIFY AFTER IT, THAT DOTTED STUFF IS AN IP ADDRESS,

04:36PM 10  AND THEN THE 255 IS, ALL THAT STUFF IS, IT'S SOMETHING CALLED A

04:36PM 11  SUBNET MASS, NOT PARTICULARLY IMPORTANT FOR THIS CASE.

04:36PM 12     THAT'S HOW I SET UP AN IP ADDRESS ON AN INTERFACE.

04:36PM 13  Q.   LET ME PAUSE YOU THERE TO BE CLEAR BECAUSE YOU SAID IT WAS

04:36PM 14  A SINGLE WORD COMMAND?

04:36PM 15  A.   IT WAS A SINGLE WORD COMMAND.

04:36PM 16  Q.   SO WHAT WAS THE COMMAND IN THIS FIRST LINE WE ARE SEEING

04:36PM 17  FROM STANFORD?

04:36PM 18  A.   INTERFACE.

04:36PM 19  Q.   SO THE REST OF THE TEXT, ETHERNET 0 ADDRESS AND SO ON,

04:36PM 20  WOULD THOSE BE THINGS THE USER PROVIDES AS INPUT?

04:36PM 21  A.   YES.

04:36PM 22  Q.   OKAY.  GREAT.  SO THEN YOU HAVE NEXT?

04:36PM 23  A.   SO THE NEXT THING I WANTED TO DO WAS TELL THE INTERFACE THE

04:36PM 24  LARGEST SIZED PACKET THAT WAS ALLOWED TO SEND OUT, SOMETHING

04:36PM 25  CALLED AN MTU, MAXIMUM TRANSMISSION UNIT.  SO I WOULD HAVE TO

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:36PM 1    TYPE ALL THE PREVIOUS BITS OF THAT COMMAND PLUS THE WORD MTU

04:36PM 2    AND A NUMBER.

04:37PM 3         AND THIS WAS -- I COULD TELL THAT THIS WASN'T GOING TO WORK

04:37PM 4    FOR ME VERY MUCH LONGER BECAUSE THERE WERE MORE THINGS I WANTED

04:37PM 5    TO ADD.

04:37PM 6    Q.   OKAY.  SO JUST TO BE CLEAR, EVERYTHING ON RED AT THE TOP,

04:37PM 7    THAT'S WHAT YOU WERE USING AT STANFORD, THAT'S WHAT RAN ON THE

04:37PM 8    STANFORD CODE?

04:37PM 9    A.   YES.

04:37PM 10   Q.   AND NOW WE ARE TRANSITIONING TO YOUR DAYS AT CISCO WHERE

04:37PM 11   YOU ARE WORKING ON THE CISCO INTERFACE?

04:37PM 12   A.   RIGHT.

04:37PM 13   Q.   SO CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT AT

04:37PM 14   THE BOTTOM THERE, INTERFACE ETHERNET COMMAND?

04:37PM 15   A.   SO THIS WAS THE BEGINNING OF AN INTERFACE MODE.  AND THEN

04:37PM 16   THIS IS, THIS IS BASICALLY THREE COMMANDS.  IT'S BETTER

04:37PM 17   ILLUSTRATED HERE.

04:37PM 18        THERE'S THE WORD INTERFACE, WHICH ENTERS THE MODE, YOU SAY

04:37PM 19   INTERFACE, THEN THE NAME OF, THE NAME OF THAT INTERFACE.  AND

04:37PM 20   THE SYSTEM REMEMBERS THAT YOU ARE TALKING ABOUT ETHERNET 0.

04:37PM 21        AND THEN THESE SUBSEQUENT COMMANDS, ADDRESS 1.2.3.4 AND

04:38PM 22   MTU, ARE COMMANDS THAT ARE INTERFACE-SPECIFIC COMMANDS THAT

04:38PM 23   KNOW THAT WHATEVER PARAMETERS YOU ARE SPECIFYING TO THEM, THEY

04:38PM 24   BELONG TO, IN THIS CASE, ETHERNET 0.

04:38PM 25   Q.   SO DID THE STANFORD INTERFACE HAVE THIS ABILITY TO REMEMBER

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:38PM  1    THINGS?

04:38PM  2    A.   NO, IT DID NOT.

04:38PM  3    Q.   SO FROM A USER EXPERIENCE PERSPECTIVE, WHAT ARE THE

04:38PM  4    BENEFITS OF HAVING COMMANDS AND MODES THAT ALLOW THE SYSTEM TO

04:38PM  5    REMEMBER WHAT YOU ARE TALKING ABOUT?

04:38PM  6    A.   IT SAVED A LOT OF TYPING AND IF YOU DO A LOT OF TYPING YOU

04:38PM  7    GET A LOT OF ERRORS.   IT MADE THE USER INTERFACE MORE

04:38PM  8    EXTENSIBLE BECAUSE I COULD ADD NEW COMMANDS WITHOUT INTERFERING

04:38PM  9    WITH THE EXISTING COMMANDS.

04:38PM  10   Q.   OKAY.   JUST TO BE CLEAR, AT THE BOTTOM THERE IN THE CISCO

04:38PM  11   ADDRESS COMMAND, THERE'S NO WORD IP ANYWHERE IN THAT COMMAND;

04:38PM  12   IS THAT RIGHT?

04:38PM  13   A.   WE WERE AN IP ONLY ROUTER AND WE JUST ASSUMED EVERYTHING

04:39PM  14   WAS IP.

04:39PM  15   Q.   OKAY.   SO ALTHOUGH IT WAS SETTING THE IP ADDRESS, IT DID

04:39PM  16   NOT SAY IP ADDRESS AT THIS TIME?

04:39PM  17   A.   CORRECT.

04:39PM  18   Q.   SO THEN WE FAST FORWARD A LITTLE BIT IN TIME.   WHAT ARE WE

04:39PM  19   LOOKING AT ON THE VERY BOTTOM OF THE CISCO BOX?

04:39PM  20   A.   SO WE ARE LOOKING AT THE COMMANDS AS THEY EXIST TODAY.   AND

04:39PM  21   WE ARE BASICALLY PREFACING THINGS LIKE, YOU KNOW, ADDRESS

04:39PM  22   BECOMES AN IP ADDRESS, MTU BECOMES AN IP MTU.

04:39PM  23        WHAT WE DISCOVERED WHEN WE WENT INTO THE MARKETPLACE WAS

04:39PM  24   THAT PEOPLE ALREADY HAD WHAT WAS PUT OUT BY OTHER VENDORS WHICH

04:39PM  25   WAS DEC AND XEROX AND THE LIKE.   AND THEY WANTED TO RUN TRAFFIC

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:39PM 1    FROM THOSE NETWORKS ACROSS THROUGH OUR ROUTERS.

04:39PM 2         AND SO WE STARTED ADDING THESE OTHER NETWORK PROTOCOLS IN

04:39PM 3    ADDITION TO IP, IN ADDITION TO THE INTERNET PROTOCOL INTO OUR

04:40PM 4    SYSTEM.  AND THESE OTHER PROTOCOLS HAD CONCEPTS LIKE ADDRESSES

04:40PM 5    AND MTU AND ROUTING TABLES AND THE LIKE.

04:40PM 6         AND SO WE HAD TO HAVE SOME WAY OF DISTINGUISHING BETWEEN

04:40PM 7    WHAT SORT OF ADDRESS ARE YOU TALKING ABOUT.  AND THE DECISION

04:40PM 8    THAT WE WENT WITH WAS TO PREFIX A LOT OF THESE COMMANDS WITH

04:40PM 9    THE PROTOCOL THAT THEY BELONGED TO.

04:40PM 10        SO THERE'S IP ADDRESS HERE, AND YOU HAVE A DEC NET ADDRESS.

04:40PM 11   XNS ADDRESS.  WE BASICALLY, BY THE MIDDLE OF THE '90S, HAD

04:40PM 12   ENDED UP WITH 14 DIFFERENT NETWORK PROTOCOLS IN THE BOX.  WE

04:40PM 13   HAD GONE FROM BEING JUST AN IP ROUTER TO BECOMING A MULTI

04:40PM 14   PROTOCOL ROUTER.

04:40PM 15   Q.  AND, AGAIN, AT THAT TIME, WHEN YOU WERE WORKING ON THE

04:40PM 16   FIRST IP ROUTER, WAS THERE ANY KIND OF CONSTRAINT ON YOU OR

04:40PM 17   FUNCTIONAL DEMAND THAT TOLD YOU, HEY, YOU'VE GOT TO DO IT THIS

04:40PM 18   WAY?

04:40PM 19   A.  THERE WEREN'T ANY OTHER DEVICES LIKE THIS AT THE TIME.

04:41PM 20   THERE WERE NOT ANY EXPECTATIONS THAT THE CUSTOMERS HAD, THAT

04:41PM 21   THERE WAS A WAY OF DOING THIS OR THERE WAS A WAY OF TALKING

04:41PM 22   ABOUT IT OR EVEN THE CHOICE OF WORDS.

04:41PM 23        WE COULD CERTAINLY, YOU KNOW, WE COULD CERTAINLY HAVE

04:41PM 24   CHOSEN DIFFERENT WORDS TO DO THIS.  WE COULD HAVE CHOSEN

04:41PM 25   DIFFERENT ORDERS OF THESE WORDS TO DO THIS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:41PM  1    Q.   NOW, LET'S TALK SPECIFICALLY.  BY THE WAY, BEFORE WE GO,

04:41PM  2    SLIDE 22, JUST TO REMIND THE JURY, WHAT IS THE PROMPT FOR THE

04:41PM  3    CONFIGURATION INTERFACE?

04:41PM  4    A.   THE NAME AS IT SHOWS ON THE SLIDE, THE NAME OF THE DEVICE

04:41PM  5    WHICH IS IN THIS CASE SWITCH, AND THEN IN PARENTHESES CONFIG-IF

04:41PM  6    HASH MARK.  SO YOU WOULD KNOW WHAT MODE YOU WERE IN.

04:41PM  7    Q.   SO YOU UNDERSTAND THAT YOU CREATED A LOT OF COMMANDS BUT

04:41PM  8    SOME OF THE COMMANDS THAT YOU CREATED AT CISCO ARE AT ISSUE IN

04:41PM  9    THIS CASE, YOU UNDERSTAND THAT?

04:41PM 10    A.   YES, I UNDERSTAND THAT.

04:41PM 11    Q.   SO I HAVE ON SLIDE 23 FROM YOUR PRESENTATION A NUMBER OF

04:42PM 12    THESE COMMANDS.  CAN YOU JUST CONFIRM FOR THE JURY THAT THESE

04:42PM 13    ARE, IN FACT, COMMANDS THAT YOU PERSONALLY AUTHORED?

04:42PM 14    A.   YES, THESE ARE ONES THAT I PERSONALLY AUTHORED.

04:42PM 15    Q.   AND BEFORE YOU CAME UP WITH ANY OF THESE COMMANDS, WERE YOU

04:42PM 16    AWARE OF ANY ORGANIZATION OR COMPANY THAT HAD USED ANY OF THESE

04:42PM 17    MULTIWORD COMMANDS BEFORE YOU?

04:42PM 18    A.   THERE WAS -- I DIDN'T KNOW OF ANYBODY ELSE THAT USED THESE

04:42PM 19    AT ALL.

04:42PM 20    Q.   AND I WANT TO TALK GENERALLY, AND WE ARE GOING TO GO

04:42PM 21    THROUGH THIS A LITTLE BIT MORE, THE PROCESS, THE CREATIVITY

04:42PM 22    PROCESS OR HOW YOU CAME UP WITH THESE COMMANDS.

04:42PM 23        CAN YOU JUST WALK US THROUGH YOUR MENTAL THOUGHT PROCESS IN

04:42PM 24    TERMS OF HOW YOU CAME UP WITH THESE COMMANDS AND HOW THAT

04:42PM 25    TRANSLATED ULTIMATELY TO OTHER COMMANDS BY OTHER ENGINEERS AT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:42PM   1    CISCO.

04:42PM   2    A.    OKAY.   I CAME UP WITH SOME OF THE FEW INITIAL KEY WORDS

04:42PM   3    SUCH AS SHOW, FOR STATUS COMMANDS.

04:42PM   4         AND AFTER I CAME UP WITH SORT OF THE INITIAL COMMAND SET,

04:43PM   5    VERY SMALL SET OF COMMANDS, WHAT I WOULD DO WHEN I HAD NEW

04:43PM   6    FUNCTIONALITY THAT I WAS CREATING WAS I WOULD LOOK TO SEE WHAT

04:43PM   7    I HAD DONE BEFORE, AND I NEEDED TO FIT IN WITH THAT.   I NEEDED

04:43PM   8    TO BE SORT OF SOMETHING REASONABLE AND LOGICAL THERE.   I DIDN'T

04:43PM   9    WANT TO HAVE -- IF THERE'S A RHYME AND A REASON TO THINGS,

04:43PM  10    PEOPLE WILL BE ABLE TO REMEMBER THEM MUCH EASIER.

04:43PM  11         SO I TOOK A LOOK AT WHAT I HAD DONE BEFORE.   I BECAME VERY

04:43PM  12    AWARE THAT I WAS GOING TO BE -- THIS WAS GOING TO CONTINUE TO

04:43PM  13    EVOLVE.   SO I WAS SORT OF TAKING MY BEST GUESS OF THE FUTURE AS

04:43PM  14    TO WHAT MIGHT FURTHER DEVELOP, AND I DIDN'T WANT TO CLOSE OFF

04:43PM  15    ANY AVENUES BY POOR CHOICE OF WORDS, OR THE LIKE.

04:43PM  16         I ALSO NEEDED TO COMMUNICATE TO NETWORK MANAGERS AND

04:43PM  17    SUPPORT PEOPLE SOME IDEAS.   I MEAN, WHAT SORT OF MAKES SENSE TO

04:44PM  18    THAT AUDIENCE.

04:44PM  19         AND THEN THERE WAS MY OWN IDIOSYNCRATIC THINGS.   CERTAIN

04:44PM  20    WORDS THAT APPEALED TO ME, CERTAIN WORDS THAT WERE SHORTER OR

04:44PM  21    LONGER.   I LIKE WORDS THAT ARE SPELLED OUT.   I DIDN'T PUT -- I

04:44PM  22    DON'T LIKE DOTS IN THE MIDDLE OF THINGS.   I LIKE HYPHENS AND

04:44PM  23    NOT UNDERSCORES, JUST LITTLE IDIOSYNCRATIC THINGS LIKE THAT.

04:44PM  24         AND THAT'S THE THOUGHT PROCESS THEY WENT THROUGH WHEN I WAS

04:44PM  25    CREATING COMMANDS IN THE EARLY DAYS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:44PM 1      AND AS WE HIRED ENGINEERS, I BASICALLY TAUGHT THEM THIS,

04:44PM 2  THIS IS HOW YOU THINK ABOUT IT, THIS IS HOW YOU DO IT.  AND

04:44PM 3  THEY WOULD DEVELOP THEIR OWN COMMANDS.  WE MIGHT TALK ABOUT

04:44PM 4  THOSE COMMANDS.  BUT EVENTUALLY -- ESSENTIALLY THEY HAD A GREAT

04:44PM 5  DEAL OF FREEDOM AS TO WHAT THEY WERE GOING TO CHOOSE.  AND

04:44PM 6  THAT'S BEEN BASICALLY THE PROCESS EVER SINCE.

04:44PM 7  Q.   OKAY.  AND I'M SURE -- ARE THERE COMMANDS HERE THAT YOU

04:45PM 8  LOOK BACK AND YOU COULD SAY, I PROBABLY WOULD HAVE COME UP WITH

04:45PM 9  A DIFFERENT COMMAND KNOWING THAT I KNOW NOW?

04:45PM 10  A.   UM, YES.  NO, THERE'S -- YOU CAN ALWAYS -- ONCE YOU

04:45PM 11  UNDERSTAND THE PROBLEM MORE CLEARLY FROM A DIFFERENT

04:45PM 12  PERSPECTIVE, YOU CAN USUALLY COME UP WITH DIFFERENT WAYS OF

04:45PM 13  DOING THINGS.

04:45PM 14  Q.   OF THESE COMMANDS HERE, I DON'T HAVE THE TIME TO GO THROUGH

04:45PM 15  ALL OF THEM, BUT COULD YOU JUST HIGHLIGHT FOR THE JURY SOME OF

04:45PM 16  THE COMMANDS THAT YOU PERSONALLY AUTHORED THAT ARE WIDELY

04:45PM 17  UTILIZED EVEN TODAY BY CISCO ENGINEERS?

04:45PM 18  A.   SO THERE IS -- WELL, IP ADDRESS THAT WE'VE TALKED ABOUT,

04:45PM 19  WHICH ASSIGNS AN IP ADDRESS TO AN INTERFACE.

04:45PM 20      IP ACCESS LIST SETS UP A BUNCH OF RULES AS TO WHAT PACKETS

04:45PM 21  CAN GO OUT TO PARTICULAR INTERFACES.  YOU CAN BUILD A REAL

04:45PM 22  SIMPLE THING CALLED A FIREWALL TO MAKE SURE THE WRONG PACKETS

04:45PM 23  DON'T GET IN OUR OUT OF A NETWORK.

04:45PM 24      AND SHOW INTERFACE IS ONE THAT'S USED EVERY DAY BY NETWORK

04:46PM 25  MANAGERS TO SEE WHAT'S GOING ON IN THE NETWORK.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:46PM 1   Q.   AND SO WE WILL TALK ABOUT HIERARCHY A LITTLE BIT FURTHER.

04:46PM 2   BUT JUST IN THINKING ABOUT THE WORD CHOICES, MR. LOUGHEED,

04:46PM 3   LET'S TAKE IP, FOR EXAMPLE.  WHAT ARE SOME OF THE WORDS YOU

04:46PM 4   COULD HAVE USED AND YOU HAD CONSIDERED INSTEAD OF JUST USING

04:46PM 5   THE LETTERS IP?

04:46PM 6   A.   WELL, I COULD HAVE USED INTERNET.  THAT WOULD HAVE BEEN A

04:46PM 7   PERFECTLY REASONABLE CHOICE.  I COULD HAVE USED IP V4, WHICH IS

04:46PM 8   -- THIS IP IS ACTUALLY THE FOURTH VERSION OF IP.  I COULD HAVE

04:46PM 9   USED THE WORD TCP-IP, JUST ALL RUN TOGETHER.  I COULD HAVE USED

04:46PM 10  INTERNET-PROTOCOL.  THERE'S A NUMBER OF POSSIBILITIES.

04:46PM 11  Q.   LET'S TAKE ADDRESS, FOR EXAMPLE.  THAT'S ANOTHER WORD

04:46PM 12  THAT'S COMMONLY USED TODAY, BUT AT THE TIME YOU WERE COMING UP

04:47PM 13  WITH THIS COMMAND, WHAT WERE SOME OTHER WORDS YOU COULD HAVE

04:47PM 14  CHOSEN?

04:47PM 15  A.   I COULD HAVE CHOSEN LABEL.

04:47PM 16       MR. SILBERT:  OBJECT TO COULD HAVE CHOSEN.

04:47PM 17       MR. PAK:  LET ME REPHRASE IT.

04:47PM 18  Q.   WHAT WERE SOME OF THE WORDS YOU DID CONSIDER AT THE TIME?

04:47PM 19  A.   IDENTIFIER.

04:47PM 20  Q.   ANY OTHERS THAT YOU CAN THINK OF?

04:47PM 21  A.   I THINK WE CONSIDERED THE LABEL.

04:47PM 22  Q.   AND AT THE TIME, JUST TO REMIND US AGAIN, WAS THERE ANY

04:47PM 23  FUNCTIONALITY RESTRICTION ON WHAT WORDS YOU HAVE TO CHOOSE FROM

04:47PM 24  A COMMAND PERSPECTIVE AT THE TIME?

04:47PM 25  A.   NO, AT THIS TIME THERE WERE NOT EXISTING CUSTOMERS.  THERE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:47PM 1  WAS NO EXPECTATION OF WHAT SORT OF USER INTERFACE OR WHAT

04:47PM 2  CHOICE OF WORDS PEOPLE WOULD USE.

04:48PM 3  Q.   AND LET'S TAKE ANOTHER ONE LAST EXAMPLE.  ACCESS LIST,

04:48PM 4  THAT'S ACCESS-LIST.  WHAT WERE SOME OF THE OTHER OPTIONS THAT

04:48PM 5  YOU CONSIDERED INSTEAD OF ACCESS LIST AT THE TIME?

04:48PM 6  A.   IP RULES WAS, BECAUSE THAT'S WHAT BASICALLY AN ACCESS LIST

04:48PM 7  IS, IS A LIST OF RULES OF WHERE PACKETS GO.

04:48PM 8  Q.   CAN YOU THINK OF ANY OTHERS THAT YOU DID CONSIDER AT THE

04:48PM 9  TIME FOR ACCESS LIST?

04:48PM 10  A.   PERMIT LIST.

04:48PM 11  Q.   AND, AGAIN, WERE THERE ANY RESTRICTIONS AT THE TIME ON THE

04:48PM 12  SPECIFIC WORDS YOU CHOSE OR THE ACRONYMS YOU CHOSE?

04:48PM 13  A.   NO.

04:48PM 14  Q.   NOW, I WANT TO GO BACK TO A COMMAND HIERARCHY, SO YOU

04:48PM 15  TALKED ABOUT HIERARCHY IN THE CONTEXT OF MODES, DO YOU RECALL

04:48PM 16  THAT CONVERSATION?

04:48PM 17  A.   YES.

04:48PM 18  Q.   NOW, I WOULD LIKE TO HAVE YOU WALK THE JURY THROUGH THE

04:48PM 19  CONCEPT OF HIERARCHY AS IT PERTAINS TO MULTIWORD COMMANDS.

04:48PM 20       SO AT A VERY HIGH LEVEL, CAN YOU EXPLAIN WHAT A COMMAND

04:48PM 21  HIERARCHY IS?

04:49PM 22  A.   IT'S A SET OF COMMANDS THAT SHARE SOME INITIAL WORDS IN

04:49PM 23  THE -- SET OF MULTIWORD COMMANDS THAT SHARE INITIAL WORDS.

04:49PM 24  Q.   OKAY.  SO IT'S -- LOOK AT AN EXAMPLE OF THAT, SLIDE 24 FROM

04:49PM 25  YOUR PRESENTATION.  CAN YOU SHOW US WHAT YOU ARE DEPICTING WITH

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:49PM  1    THIS PICTURE ON SLIDE 24?

04:49PM  2    A.   THIS IS THE "SHOW HIERARCHY," AND YOU CAN TYPE THE WORD

04:49PM  3    SHOW, AND WE'VE ALREADY SEEN INTERFACES IS ONE OF THE THINGS

04:49PM  4    THAT YOU CAN FOLLOW THE WORD SHOW WITH.  THERE'S ALSO SHOW IP,

04:49PM  5    THERE'S SHOW SPANNING-TREE, THERE'S SHOW ARP, SHOW HOSTS.

04:49PM  6    THAT'S SORT OF THE SECOND LEVEL OF THE HIERARCHY OF THE "SHOW

04:49PM  7    HIERARCHY."

04:49PM  8         THERE'S A THIRD LEVEL UNDER IP WHERE I CAN SAY SHOW IP,

04:49PM  9    BGP, ACCESS LISTS, INTERFACE, ARP, ROUTE.

04:50PM  10   Q.   AND WHY DID YOU DECIDE TO IMPOSE OR USE A HIERARCHY AS YOU

04:50PM  11   WERE COMING UP WITH THESE MULTIWORD COMMANDS AT CISCO?

04:50PM  12   A.   BASICALLY EASE OF USE BY HUMAN BEINGS.  I COULD ADD THINGS

04:50PM  13   IN HERE, I COULD ADD NEW FUNCTIONALITY IN BASICALLY BY HOOKING

04:50PM  14   IT IN IN THE RIGHT LEVEL IN THIS HIERARCHY.

04:50PM  15        ALSO IF A NETWORK ADMINISTRATOR KNEW SOME INITIAL WORDS OR

04:50PM  16   HAD SORT OF AN IDEA OF WHAT MIGHT BE THE LEADING WORDS, YOU

04:50PM  17   COULD ACTUALLY START EXPLORING THE HIERARCHY.

04:50PM  18   Q.   OKAY.  AND JUST GOING BACK TO YOUR DAYS AT STANFORD, DOES

04:50PM  19   STANFORD USE THE INTERFACE THAT YOU WORKED ON BEFORE YOU LEFT

04:50PM  20   FOR CISCO?  DID IT HAVE THIS KIND OF HIERARCHICAL STRUCTURE?

04:50PM  21   A.   THE SOFTWARE THAT I STARTED WITH HAD BASICALLY ALL THE

04:51PM  22   COMMANDS AT THE SAME LEVEL.  I DIDN'T THINK THAT WAS VERY

04:51PM  23   EXTENSIBLE, SO I STARTED -- ACTUALLY SHOW, I THINK, WAS ONE OF

04:51PM  24   THE VERY FIRST HIERARCHIES THAT I CREATED.

04:51PM  25   Q.   SO JUST TO BE CLEAR ON THE RECORD, AT STANFORD YOU DID NOT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:51PM  1    HAVE THIS MULTIWORD COMMAND HIERARCHY STRUCTURE?

04:51PM  2    A.   THE ORIGINAL STANFORD SOFTWARE DID NOT HAVE THE WORD SHOW.

04:51PM  3    Q.   LET'S LOOK AT ONE MORE HIERARCHY.

04:51PM  4         CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT ON SLIDE

04:51PM  5    25 OF YOUR PRESENTATION?

04:51PM  6    A.   WE ARE LOOKING AT AN IP HIERARCHY WITHIN THE CONFIGURATION

04:51PM  7    MODE, THE GLOBAL CONFIGURATION MODE AS WELL AS THE INTERFACE

04:51PM  8    CONFIGURATION MODE.

04:51PM  9         THESE ARE ALL THE -- THE FIRST LEVEL IS A LIST OF VERY

04:51PM  10   COMMON COMMANDS THAT YOU CAN GIVE WHILE YOU ARE CONFIGURING THE

04:51PM  11   SYSTEM.  THE WORD "DOMAIN" ACTUALLY CONTINUES ONTO A THIRD

04:51PM  12   LEVEL, WHERE YOU CAN SAY IP DOMAIN LOOKUP.

04:52PM  13   Q.   AND THEN I NOTICE SOMETHING HERE, SO THIS ONE HAS IP, AND

04:52PM  14   IT'S GOT ALL OF THESE ENTRIES UNDER THE IP HIERARCHY.  BUT THEN

04:52PM  15   WHEN I GO BACK TO YOUR EARLIER SLIDE FOR THE "SHOW HIERARCHY"

04:52PM  16   YOU ALSO HAVE SHOW IP.

04:52PM  17   A.   YES.

04:52PM  18   Q.   WHY DID YOU END UP PUTTING IP IN TWO SEPARATE HIERARCHIES?

04:52PM  19   HOW DID THAT DECISION COME ABOUT?

04:52PM  20   A.   BECAUSE WE WERE BASICALLY -- WE HAD BECOME A MULTI PROTOCOL

04:52PM  21   ROUTER, AND WE FIRST RAN INTO THE ISSUE OF HOW TO DISTINGUISH

04:52PM  22   BETWEEN PROTOCOLS IN THE CONFIGURATION MODES AND WE SOLVED THAT

04:52PM  23   BY PREFACING THE THINGS WITH IP.

04:52PM  24        AND THEN IN THE INTEREST OF JUST SYMMETRY, SO THAT THE

04:52PM  25   CUSTOMERS WOULD SEE SORT OF THE SAME PATTERNS REFLECTED AGAIN,

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:52PM  1    WE CREATED AN IP HIERARCHY IN THE SHOW COMMANDS.

04:52PM  2    Q.   NOW, IS THERE ANY REASON WHY YOU COULDN'T HAVE DECIDED TO

04:53PM  3    PUT IP AS ONE OF THE ENTRIES THERE?

04:53PM  4    A.   THAT WOULD HAVE BEEN PERFECTLY REASONABLE.  THAT WOULD BE

04:53PM  5    ONE WAY OF DOING THINGS.

04:53PM  6    Q.   AND YOU JUST MADE A DIFFERENT HIERARCHY CHOICE?

04:53PM  7    A.   I MADE THIS PARTICULAR HIERARCHICAL CHOICE.  THERE WAS

04:53PM  8    NOTHING SACRED ABOUT THIS PARTICULAR ORDERING OF COMMANDS OR

04:53PM  9    PARTICULAR ORGANIZING PRINCIPAL.  I COULD HAVE ORGANIZED THINGS

04:53PM  10   ENTIRELY BY TECHNOLOGY AREA OR --

04:53PM  11   Q.   WHAT DO YOU MEAN BY TECHNOLOGY AREA?

04:53PM  12   A.   SO I COULD HAVE HAD A TOP LEVEL SHOW COMMAND -- EXCUSE ME.

04:53PM  13   I COULD HAVE HAD A TOP LEVEL COMMAND CALLED IP, FOR INSTANCE.

04:53PM  14        AND I COULD HAVE BASICALLY SAID THERE'S IP AND THEN THERE

04:53PM  15   WOULD BE A COMMAND THAT MIGHT INVOKE SORT OF A CONFIGURATION

04:53PM  16   ACTION OR I COULD HAVE IP AND A BUNCH OF -- A FEW MORE WORDS,

04:54PM  17   THEN I COULD HAVE AT THE END DISPLAY OR SOMETHING LIKE THAT.  I

04:54PM  18   COULD HAVE DONE STUFF LIKE THAT AS WELL.  THERE'S NO INHERENT

04:54PM  19   REASON WHY THAT COULDN'T HAVE BEEN DONE.

04:54PM  20        MR. SILBERT:  YOUR HONOR, OBJECTION TO TESTIMONY

04:54PM  21   ABOUT WHAT COULD HAVE BEEN DONE.

04:54PM  22        THE COURT:  OVERRULED.

04:54PM  23      BY MR. PAK:

04:54PM  24   Q.   AND, MR. LOUGHEED, JUST TO MAKE IT ABSOLUTELY CLEAR ON THE

04:54PM  25   RECORD, DID YOU COPY ANY OF YOUR MULTIWORD COMMANDS OR THE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:54PM   1   HIERARCHIES FROM ANY OTHER SOURCE?

04:54PM   2   A.   NO.

04:54PM   3   Q.   I'M GOING TO MOVE ON TO TALK ABOUT COMMAND OUTPUTS.  THAT'S

04:54PM   4   SOMETHING ELSE WE HEARD IN THIS CASE.

04:54PM   5        SO WE LOOKED AT HOW COMMANDS GET ENTERED, FOR EXAMPLE, SHOW

04:54PM   6   INTERFACES.  WE BRIEFLY HAD YOU INTRODUCE THE IDEA OF HAVING

04:54PM   7   SOME SCREEN OUTPUTS THAT WERE SHOWN UP ON THE SCREEN.  DO YOU

04:54PM   8   SEE THAT, SIR?

04:54PM   9        I WANT TO SPEND A FEW MINUTES HERE WITH THE JURY.  THERE'S

04:55PM  10   JUST A LOT OF WORDS, SO CAN YOU HELP US JUST INTERPRET THAT.

04:55PM  11        SO CAN YOU INTERPRET FOR THE JURY WHAT YOU ARE SEEING HERE

04:55PM  12   WITH THESE WORDS AND HOW THAT'S ORGANIZED?

04:55PM  13   A.   SO THIS COMMAND IS USED BY NETWORK ADMINISTRATORS TO SEE

04:55PM  14   WHAT THE STATUS IS OF A NETWORK INTERFACE.  THIS IS A CRUCIAL

04:55PM  15   COMMAND FOR TROUBLE SHOOTING PROBLEMS.

04:55PM  16        AND IT'S ORGANIZED IN A FIXED WAY WITH THE MOST IMPORTANT

04:55PM  17   INFORMATION UP AT THE TOP.  IT TELLS YOU WHAT THE NAME OF THE

04:55PM  18   INTERFACE IS.  IN THIS CASE ETHERNET 0.

04:55PM  19        IT TELLS YOU WHETHER THE SYSTEM THINKS IT'S UP OR DOWN.  IT

04:55PM  20   TELLS YOU ABOUT SOMETHING CALLED HARDWARE ADDRESSES.  IT TELLS

04:55PM  21   YOU WHAT THE INTERNET ADDRESS IS.  IT TELLS YOU SOME, YOU KNOW,

04:55PM  22   PARAMETERS THAT ARE GOOD FOR, LIKE, MTU AND BANDWIDTH AND DELAY

04:55PM  23   AND THE LIKE THAT ARE USEFUL IN CERTAIN CONTEXTS, WHAT SORT OF

04:56PM  24   PACKETS IT SENDS.

04:56PM  25        THE TIME SINCE THE LAST INPUT OR THE LAST OUTPUT.  IF YOU

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:56PM  1   THINK THAT INTERFACE SHOULD BE ACTIVE AND IT'S BEEN SENDING

04:56PM  2   TRAFFIC AND IT HASN'T SENT ANYTHING FOR AN HOUR, YOU GOT A

04:56PM  3   PROBLEM.

04:56PM  4       IT GIVES YOU INFORMATION ABOUT OUTPUT AND INPUT CUES.  IF

04:56PM  5   ONE OF THOSE CUES IS ABSOLUTELY FULL, THERE'S PROBABLY

04:56PM  6   SOMETHING BADLY WRONG WITH THE SYSTEM AND NOTHING IS HAPPENING.

04:56PM  7   IT TELLS YOU ABOUT THE RATE OF INPUT AND OUTPUT AND BYTES AND

04:56PM  8   PACKET PER SECOND WHICH GIVES YOU A CLUE AS TO WHAT SORT OF

04:56PM  9   TRAFFIC PATTERNS YOU ARE SEEING THERE.

04:56PM  10      THEN THE SUMS OF THINGS LIKE THE NUMBER OF PACKETS AND

04:56PM  11  BYTES INPUT, OUTPUT, HAVE YOU RECEIVED ERROR PACKET, HAVE YOU

04:56PM  12  DROPPED THINGS BECAUSE YOU HAVE RUN OUT OF BUFFERS FOR THESE

04:56PM  13  PACKETS TO RUN INTO.

04:56PM  14      THAT'S WHAT THIS DOES.  AND BECAUSE IT'S A TEXTUAL OUTPUT,

04:57PM  15  BECAUSE IT'S A BUNCH OF WORDS, PEOPLE CAN SCAN THAT REAL

04:57PM  16  QUICKLY LIKE YOU SCAN THE FRONT PAGE OF A NEWSPAPER AND YOU CAN

04:57PM  17  SEE WHAT THE MOST IMPORTANT THING IS, IT CATCHES YOUR EYE.

04:57PM  18  Q.   JUST TO BE CLEAR, WAS THERE ANY KIND OF CONSTRAINT,

04:57PM  19  RESTRICTIONS OR SOMETHING THAT SAID YOU HAD TO USE THIS

04:57PM  20  PARTICULAR SEQUENCE OF WORDS AS ANY OF YOUR SCREEN OUTPUTS?

04:57PM  21  A.   NO, THERE WAS NO CONSTRAINT, THIS WAS JUST -- I WROTE THE

04:57PM  22  ORIGINAL FORM OF THIS COMMAND, AND I WAS USING IT FOR MYSELF

04:57PM  23  JUST TO FIGURE OUT WHAT WAS GOING ON IN THE NETWORK.  THIS IS

04:57PM  24  THE STUFF THAT I THOUGHT WAS THE MOST IMPORTANT.

04:57PM  25      THERE HAVE BEEN OTHER ENGINEERS THAT HAVE COME ALONG AND

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:57PM 1    ADDED SOME FUNCTIONALITY OVER THE YEARS, BUT THERE'S NO

04:57PM 2    CONSTRAINT.

04:57PM 3    Q.   AND GENERALLY SPEAKING, WHO AUTHORS SCREEN OUTPUTS AT

04:57PM 4    CISCO?

04:57PM 5    A.   THE ENGINEERS THAT WRITE THE FUNCTIONALITY THAT RELATES TO

04:57PM 6    THAT SCREEN OUTPUT.

04:58PM 7            MR. PAK:  AND, YOUR HONOR, I PROBABLY HAVE ABOUT TEN

04:58PM 8    MORE MINUTES.  SO WOULD YOU LIKE TO TAKE --

04:58PM 9            THE COURT:  WE ARE NOT GOING TO GO UNTIL TEN PAST

04:58PM 10   5:00.  WE ALWAYS STOP PROMPTLY AT 5:00.  SO THANK YOU FOR

04:58PM 11   ASKING.

04:58PM 12           MR. PAK:  SO LET ME GUEST A FEW MORE QUESTIONS TO GET

04:58PM 13   THE --

04:58PM 14           THE COURT:  OKAY.  SURE.

04:58PM 15       BY MR. PAK:

04:58PM 16   Q.   WITH RESPECT TO THE HELP DESCRIPTIONS, DO YOU RECALL THAT

04:58PM 17   AS BEING ANOTHER ELEMENT OF YOUR USER INTERFACE, JUST TO REMIND

04:58PM 18   THE JURY, WE HAVE OF -- WHAT DO WE SEE HERE ON SLIDE 28?

04:58PM 19   A.   YOU ARE SEEING SOMEBODY IS TYPING THE COMMAND SHOW AND THEN

04:58PM 20   THE QUESTION MARK.

04:58PM 21   Q.   OKAY.  AND THEN LET'S GO TO THE NEXT SLIDE.  WHAT ARE WE

04:58PM 22   LOOKING AT HERE?

04:58PM 23   A.   THIS IS HOW THE SYSTEM RESPONDS.  IT GIVES YOU A LIST ON

04:58PM 24   THE LEFT OF WHAT POSSIBILITIES YOU MIGHT TYPE NEXT.  THEN OVER

04:58PM 25   ON THE RIGHT-HAND SIDE IS SOMETHING THAT'S CALL A HELP MESSAGE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:58PM 1    OR A HELP DESCRIPTION THAT GIVES SOMETHING THE ENGINEER HAS

04:59PM 2    WRITTEN TO GIVE YOU SORT OF A CLUE -- THE DEVELOPING ENGINEER

04:59PM 3    TO GIVE YOU A CLUE AS TO WHAT THIS KEY WORD MIGHT MEAN OR WHAT

04:59PM 4    IT MIGHT DO.

04:59PM 5    Q.   AND GENERALLY SPEAKING, WHO AUTHORS THESE HELP DESCRIPTIONS

04:59PM 6    FOR EACH OF THESE COMMANDS THAT WE ARE SEEING HERE?

04:59PM 7    A.   THE ENGINEER WHO DEVELOPS THE FUNCTIONALITY THAT DEVELOPS

04:59PM 8    THE COMMANDS.

04:59PM 9    Q.   WAS THAT ALWAYS THE CASE OR WAS THERE A TIME THAT A

04:59PM 10   DIFFERENT PERSON MAY HAVE AUTHORED SOME OF THESE HELP

04:59PM 11   DESCRIPTIONS?

04:59PM 12   A.   IN THE VERY BEGINNING YOU COULD TYPE QUESTION MARK AT THE

04:59PM 13   TOP LEVEL AND YOU WOULD GET SORT OF A LIST OF COMMANDS AND SOME

04:59PM 14   HELP MESSAGE WITH THAT.

04:59PM 15       AND IN THE EARLY '90S WE REVISED THE PARSER AND MADE IT

04:59PM 16   MORE POWERFUL, AND ADDED THE ABILITY TO TYPE QUESTION MARK AT

04:59PM 17   ANY POINT IN THIS -- AT ANY POINT WHEN PEOPLE WERE TYPING.

04:59PM 18       AND THE CONTRACTOR THAT WAS IN CHARGE OF DOING THAT

05:00PM 19   ACTUALLY PUT IN THESE HELP DESCRIPTIONS, THESE HELP STRINGS,

05:00PM 20   PUT THEM ALL IN AT THAT POINT.

05:00PM 21       AND THEN AS TIME HAS GONE ON AND ENGINEERS HAVE ADDED NEW

05:00PM 22   COMMANDS, THE ENGINEERS THAT ARE DOING THE NEW FUNCTIONALITY

05:00PM 23   THAT ARE CREATING THESE COMMANDS WILL ADD, THEY ARE RESPONSIBLE

05:00PM 24   FOR ADDING THESE HELP MESSAGES

05:00PM 25   Q.   AND WHO IS THE NAME OF THE PERSON THAT CREATED THESE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

05:00PM  1    INITIAL HELP DESCRIPTIONS?

05:00PM  2    A.   TERRY SLATTERY.

05:00PM  3    Q.   AND, AGAIN, WERE THERE ANY CONSTRAINTS OR RESTRICTIONS OR

05:00PM  4    FUNCTIONAL DEMANDS THAT WOULD TELL THE ENGINEERS YOU HAVE TO

05:00PM  5    WRITE THE HELP DESCRIPTION IN THIS WAY?

05:00PM  6    A.   NO, THERE'S BASICALLY, THE -- BE HELPFUL, BUT BEYOND THAT

05:00PM  7    THERE WAS NOT ANY PARTICULAR REQUIREMENT THAT WAS PUT UPON

05:00PM  8    THEM.

05:00PM  9          MR. PAK:  I THINK WE CAN RECESS FOR TODAY,

05:00PM  10   YOUR HONOR.

05:00PM  11         THE COURT:  OKAY.  ALL RIGHT.  LADIES AND GENTLEMEN,

05:00PM  12   WE ARE DONE WITH OUR PRESENTATION OF TESTIMONY FOR TODAY.

05:01PM  13      I'M GOING TO MAKE A SLIGHT MODIFICATION IN THE SCHEDULE.

05:01PM  14   AND, COUNSEL, UNLESS THERE'S AN OBJECTION, WE CAN START AT 9:30

05:01PM  15   TOMORROW.  IS THAT GOING TO BE OKAY?

05:01PM  16         MR. PAK:  THAT WORKS FOR US YOUR HONOR.

05:01PM  17         MR. VAN NEST:  THAT'S FINE YOUR HONOR.

05:01PM  18         THE COURT:  I KNOW YOUR SCHEDULE SAYS 10:00 AND

05:01PM  19   NORMALLY I HAVE A LONG CRIMINAL CALENDAR BEFORE YOU ARRIVE ON

05:01PM  20   TUESDAYS, BUT NOBODY WANTED TO COME INTO COURT TOMORROW SO I

05:01PM  21   WILL BE VERY QUICK WITH THAT.

05:01PM  22      SO PLEASE GATHER -- MS. SALINAS-HARWELL WILL HAVE YOU

05:01PM  23   GATHER SOME TIME BEFORE 9:30 SO WE CAN START PROMPTLY.  WE WILL

05:01PM  24   BE IN SESSION UNTIL NOON AND TAKE AN HOUR FOR LUNCH AND THEN

05:01PM  25   THE REMAINDER OF THE DAY UNTIL 5:00.

05:01PM 1       SO LEAVE YOUR NOTEBOOKS AND BINDERS THERE AND TAKE YOUR

05:01PM 2   PERSONAL THINGS WITH YOU.  REMEMBER, YOU ARE NOT TO TALK TO

05:01PM 3   ANYONE ABOUT THE CASE OR DO ANY RESEARCH OR INVESTIGATION.

05:01PM 4   HAVE A GOOD EVENING.  I WILL SEE YOU IN THE MORNING

05:01PM 5       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF THE

05:01PM 6   PRESENCE OF THE JURY:)

05:01PM 7           THE COURT:  OKAY.  I THINK THAT'S ALL OF OUR JURORS

05:02PM 8   HAVE NOW LEFT.  PLEASE BE SEATED EVERYONE.  COUNSEL, I JUST

05:03PM 9   WANT TO MAKE A RECORD OF THE CHALLENGES FOR CAUSE AND

05:03PM 10  PEREMPTORIES BECAUSE OUR RECORD IS MUDDIED ON THAT.  AND LET ME

05:03PM 11  SUMMARIZE, AND THEN I WILL LET YOU CERTAINLY ADD TO IT.

05:03PM 12      AFTER THE JURY VOIR DIRE I MET WITH COUNSEL OFF THE RECORD.

05:03PM 13  I REQUESTED A LIST OF PROSPECTIVE JURORS THAT EACH SIDE WOULD

05:03PM 14  CHALLENGE FOR CAUSE AND THEN WE DID THE PEREMPTORY CHALLENGES.

05:03PM 15      THE PEREMPTORY CHALLENGES ARE DOCUMENTED ON A FORM.

05:03PM 16      CISCO ASKED THE COURT TO EXCUSE JURORS ERIKA CHUANG, GLENN

05:03PM 17  WATANABE, AND ALEX CHOU.  YES, THAT WAS RIGHT.  AND THE COURT

05:03PM 18  GRANTED THE REQUEST FOR CAUSE CHALLENGE REGARDING CHUANG AND

05:03PM 19  WATANABE AND DENIED REGARDING CHOU.  THE PARTIES JOINTLY AGREED

05:03PM 20  AND REQUESTED THAT JUROR GARY FRY BE EXCUSED FOR CAUSE, AND THE

05:04PM 21  COURT GRANTED THAT ONE.

05:04PM 22      THERE WERE NO OTHER REQUESTS.  AND MR. PAK, DID YOU WANT TO

05:04PM 23  MAKE A RECORD ON THE ONE THAT I DENIED?

05:04PM 24          MR. PAK:  NO.  I THINK WE ARE FINE, YOUR HONOR.

05:04PM 25          THE COURT:  ALL RIGHT.  AND, MR. VAN NEST, DID YOU

05:04PM 1      WANT TO MAKE A RECORD ON THE TWO THAT I GRANTED OVER YOUR

05:04PM 2      OBJECTION?

05:04PM 3              MR. VAN NEST:  NO.  THAT'S FINE, YOUR HONOR.

05:04PM 4              THE COURT:  ALL RIGHT.  THANK YOU.  THE REMAINDER OF

05:04PM 5      THE EXCUSED JURORS WERE USED UNDER THE PEREMPTORY CHALLENGES,

05:04PM 6      AND THE COURT HAS YOUR DOCUMENTATION WHICH WE WILL MAKE PART OF

05:04PM 7      THE RECORD.  SO I THINK THAT TAKES CARE OF DOCUMENTING THE JURY

05:04PM 8      SELECTION.

05:04PM 9          AND THAT WAS ALL I HAD FOR THIS AFTERNOON.  IS THERE

05:04PM 10     ANYTHING ELSE, ANY HOUSEKEEPING OR OTHER MATTERS TO ADDRESS?

05:04PM 11             MR. NELSON:  NOTHING FROM CISCO, YOUR HONOR.

05:04PM 12             MR. VAN NEST:  YOUR HONOR, I JUST -- I BELIEVE WE

05:04PM 13     WILL HAVE SOME MATTERS IN THE MORNING PURSUANT TO THE FIVE

05:04PM 14     OBJECTIONS.

05:04PM 15             THE COURT:  OKAY.

05:04PM 16             MR. VAN NEST:  SO WILL WE BE STARTING WITH YOUR HONOR

05:04PM 17     AT 9:00?

05:04PM 18             THE COURT:  NO, THANK YOU FOR ASKING.  LET'S MEET AT

05:05PM 19     8:30.  AND I EXPECT THAT MY CRIMINAL CALENDAR WILL ONLY TAKE

05:05PM 20     TEN MINUTES, SO IF WE HAVE TO PAUSE AND THEN COME BACK TO

05:05PM 21     FINISH UP, WE WILL HAVE TIME, BUT 8:30 WILL WORK FOR ME BEST OF

05:05PM 22     ALL.

05:05PM 23             MR. VAN NEST:  THANK YOU, YOUR HONOR.

05:05PM 24             THE COURT:  IS THAT EVERYTHING?

05:05PM 25             MR. NELSON:  YES, YOUR HONOR.

05:05PM  1          MR. SILBERT:  YOUR HONOR, I HAVE REALLY TRULY A

05:05PM  2   HOUSEKEEPING, BUT THERE'S A MOTION TO SEAL THAT'S BEEN FILED.

05:05PM  3   WE FILED IT, AND I KNOW WE FILED A BLIZZARD OF PLEADINGS

05:05PM  4   RECENTLY, BUT I DON'T BELIEVE IT'S UNOPPOSED RELATING TO WHEN

05:05PM  5   YOUR HONOR READ A FEW LINES OF A SEALED DOCUMENT IN THE RECORD

05:05PM  6   AT ONE OF THE HEARINGS.  WE MOVED TO SEAL JUST THAT LITTLE BIT

05:05PM  7   OF THE SECTION OF THE TRANSCRIPT.  I BELIEVE THE MOTION HAS

05:05PM  8   BEEN ON FILE NOW SINCE NOVEMBER 16TH.  I THINK IT'S JUST BEEN

05:05PM  9   LOST IN THE SHUFFLE.  WE JUST WANTED TO --

05:05PM  10          THE COURT:  WELL, WE WILL CERTAINLY TAKE A LOOK AT

05:05PM  11   THAT.

05:05PM  12      DO YOU WANT THIS DAY'S TRANSCRIPT TO BE SENT TO YOU SO THAT

05:05PM  13   YOU CAN MAKE THE DESIGNATION OF THE SEALING?

05:06PM  14          MR. SILBERT:  IF I WASN'T CLEAR, THE MOTION RELATES

05:06PM  15   TO A PRIOR HEARING, NOT TODAY.

05:06PM  16          THE COURT:  OH, PRIOR, EXCUSE ME.

05:06PM  17          MR. SILBERT:  WE FILED THE MOTION BACK ON

05:06PM  18   NOVEMBER 16TH.  IT RELATED TO THE PRETRIAL CONFERENCE, I THINK.

05:06PM  19          THE COURT:  SO -- THANK YOU.  AND MOST DEFINITELY WE

05:06PM  20   WILL TAKE A LOOK AT THAT.  AND I GATHER IT'S UNOPPOSED, SO WE

05:06PM  21   WILL JUST LOOK AT THE STANDARD.

05:06PM  22      IT RAISES A GOOD QUESTION.  THESE TRANSCRIPTS BECOME PUBLIC

05:06PM  23   AFTER A CERTAIN AMOUNT OF TIME.  SO IF YOU WISH THEM TO BE SENT

05:06PM  24   TO YOU SO THAT YOU CAN REQUEST REDACTIONS BASED ON MY SEALING

05:06PM  25   ORDERS, I NEED TO MAKE SURE THE COURT REPORTER UNDERSTANDS

05:06PM 1     THAT.

05:06PM 2          MR. SILBERT:  I THINK WE ARE BOTH RECEIVING DAILIES,

05:06PM 3     I BELIEVE.

05:06PM 4          THE COURT:  BUT ARE THEY POSTED -- THAT'S MY QUESTION

05:06PM 5     -- OR ARE THEY LOCKED?  I DON'T WORK WITH IT, SO MAYBE THIS

05:07PM 6     IS -- I WILL HAND TO YOU.  I WILL DO THE SEALING ORDERS.

05:07PM 7          WHEN YOU GET YOUR TRANSCRIPT YOU HAVE THREE DAYS TO

05:07PM 8     COMMUNICATE WITH THE COURT REPORTER OF SECTIONS, PHRASES TO BE

05:07PM 9     REDACTED FROM THE PUBLIC RECORD.  IF SHE HEARS NOTHING FROM YOU

05:07PM 10    WITHIN THREE DAYS, IT GETS POSTED ON THE PUBLIC RECORD.  SO I

05:07PM 11    WILL PUT THAT BALL IN YOUR COURT.

05:07PM 12         WE HAVE ONE FROM NOVEMBER 16TH.  WE WILL MAKE SURE THAT

05:07PM 13    GETS POSTED SO THAT YOU HAVE AN ORDER THAT YOU COMPLY WITH.

05:07PM 14          AND SHOULD I GET BEHIND, PLEASE FEEL FREE TO ASK THE

05:07PM 15    COURT REPORTER TO MAKE THE REDACTIONS, AND IF I DENY IT LATER,

05:07PM 16    THEY CAN BE OPENED UP LATER.  AND THAT WILL BE A BACKSTOP TO

05:07PM 17    PROTECT YOUR CLIENTS' CONFIDENTIAL INFORMATION AND THIRD

05:07PM 18    PARTIES.

05:07PM 19         MR. SILBERT:  IF IT'S HELPFUL, THE DOCKET.

05:07PM 20         MR. PAK:  THE PROPOSED ORDER WE FILED ON THE PREVIOUS

05:07PM 21    ONE THAT'S UNOPPOSED IS DOCUMENT 662-5.  I HAVE COPIES I WOULD

05:07PM 22    BE HAPPY TO HAND THE COURT, IF THAT'S HELPFUL.

05:07PM 23         THE COURT:  662-5.  I WILL GET THAT OFF THE COURT

05:08PM 24    FILE.

05:08PM 25         MR. PAK:  AND YOUR HONOR, JUST TO BE CLEAR, WITH

05:08PM 1    RESPECT TO THE TRIAL RECORD, IT WAS OUR UNDERSTANDING THAT WE

05:08PM 2    WOULD TRY TO KEEP AS MUCH OF IT PUBLIC AS POSSIBLE, THAT WE

05:08PM 3    WOULD ONLY BE SEALING TRULY CONFIDENTIAL INFORMATION SUCH AS

05:08PM 4    SOURCE CODE.

05:08PM 5         THE COURT:  ABSOLUTELY.  AND, OF COURSE, WE HAVE

05:08PM 6    SEALED NOTHING IN THE COURTROOM.  THE PUBLIC IS PRESENT, YOUR

05:08PM 7    COMPETITOR, SO THAT'S USUALLY WHAT YOU ARE MOST CONCERNED

05:08PM 8    ABOUT, NOT JUST INDIVIDUALS WALKING IN.

05:08PM 9        BUT THE COURTROOM IS OPEN AND IF THERE'S SOMETHING, PLEASE

05:08PM 10   GIVE ME A WARNING IN THE MORNING THAT WE ARE GOING TO HAVE TO

05:08PM 11   DO IT BECAUSE IT'S A LITTLE BIT AWKWARD IF I'M BEING SURPRISED.

05:08PM 12   I WOULD APPRECIATE THAT.  BUT, YES, THE COURTROOM IS OPEN AND

05:08PM 13   THE JURORS ARE NOT SWORN TO SECRECY ON ANYTHING ONCE THEY ARE

05:08PM 14   EXCUSED.

05:08PM 15        MR. PAK:  THANK YOU, YOUR HONOR.

05:08PM 16        THE COURT:  ALL RIGHT.  DOES THAT TAKE CARE OF

05:08PM 17   EVERYTHING?

05:08PM 18        MR. VAN NEST:  I BELIEVE SO, YOUR HONOR.

05:08PM 19        THE COURT:  ALL RIGHT.  GOOD.  THANK YOU.

05:13PM 20        (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

        21

        22

        23

        24

        25

1

2

3

4                          **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185          DATED: 11/28/16