UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 7 Hours 12 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge:** Beth Labson Freeman                **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**   11/28/2016                         **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF                 **Interpreter:** N/A

### CISCO SYSTEMS v. ARISTA NETWORKS
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert,

### PROCEEDINGS

**8:30** - Call to Order/Hearing held outside the presence of the jury
**9:20** - Jury Seated
**9:36** - Plaintiff Voir Dire
**10:08** - Defendant Voir Dire
**11:25** - Jury Seated/Sworn
**11:26** - Jury Instructions
**11:57** - The Court takes the lunch recess
**1:10** - Jury Seated/Call to Order
**1:11** - Plaintiff Opening Statements
**1:58** - Defendant Opening Statements
**2:40** - The Court takes the afternoon recess
**2:55** - Jury Seated/Call to Order
**3:00** - Plaintiff Calls Witness Christine Bakan
**3:00** - Direct Examination BAKAN
**3:31** - Cross Examination BAKAN
**3:56** - Re-Direct Examination BAKAN
**4:00** - Plaintiff Calls Witness Kirk Lougheed
**4:01** - Direct Examination LOUGHEED
**5:01** - Jury Released for Evening/Hearing held outside the presence of the jury
**5:10** - The Court adjourns for Evening

### ORDER AFTER HEARING

Further Jury Trial 11/29/2016 at 8:30 AM

**Exhibits Identified:**                       **Exhibits Admitted Into Evidence:**
**Pltf:** 4269, 760                            **Pltf:** 4269, 760
**Deft:** 8110, 5299, 8092, 6736               **Deft:** 8110, 5299, 8092, 6736

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: