08:15AM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,                  )   CV-14-5344-BLF
                                      )
                 PLAINTIFF,           )   SAN JOSE, CALIFORNIA
                                      )
          VS.                         )   NOVEMBER 29, 2016
                                      )
ARISTA NETWORKS, INC.,                )   VOLUME 4
                                      )
                 DEFENDANT            )   PAGES 534-819
                                      )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:  DAVID A. NELSON
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    500 WEST MADISON STREET, SUITE 2450
                    CHICAGO, IL 60661


FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                    BY:  SEAN PAK
                    50 CALIFORNIA STREET, 22ND FLOOR
                    SAN FRANCISCO, CALIFORNIA  94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                          CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

1        APPEARANCES (CONTINUED)

2        FOR THE DEFENDANT:  KEKER & VAN NEST, LLP
                            BY:   ROBERT ADDY VAN NEST
3                                 BRIAN FERRALL
                                  DAVID J. SILBERT
4                                 ELIZABETH K. MCCLOSKEY
                                  EDUARDO E. SANTACANA
5                                 RYAN WONG
                                  DAVID J. ROSEN
6                           KEKER & VAN NEST LLP
                            633 BATTERY STREET
7                           SAN FRANCISCO, CA 94111-1809

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX OF WITNESSES

2

3        PLAINTIFF'S

4        **KIRK LOUGHEED**
           DIRECT EXAM BY MR. PAK              P. 565
5          CROSS-EXAM BY MR. SILBERT           P. 572
           REDIRECT EXAM BY MR. PAK            P. 621
6          RECROSS-EXAM BY MR. SILBERT         P. 640

7

8        **PHILLIP REMAKER**
           DIRECT EXAM BY MR. NELSON           P. 643
9          CROSS-EXAM BY MR. FERRALL           P. 688
           REDIRECT EXAM BY MR. NELSON         P. 711
10         RECROSS-EXAM BY MR. FERRALL         P. 720

11

12       **TERRY SLATTERY**
           DIRECT EXAM BY MR. PAK              P. 722
13         CROSS-EXAM BY MR. KWUN              P. 743
           REDIRECT EXAM BY MR. PAK            P. 755
14         RECROSS-EXAM BY MR. KWUN            P. 757

15

16       **KENNETH DUDA**
           DIRECT EXAM BY MR. PAK              P. 758
17         CROSS-EXAM BY MR. SILBERT           P. 806

18

19

20

21

22

23

24

25

```
1                        INDEX OF EXHIBITS

2                              MARKED      ADMITTED

3        PLAINTIFF'S

4        851                              P. 652
         3195                             P. 672
5        2685                             P. 685
         5061                             P. 731
6        242                              P. 763
         180                              P. 766
7        189                              P. 783
         193                              P. 788
8        190                              P. 793
         182                              P. 794
9        194                              P. 797
         203                              P. 804
10

11       DEFENDANT'S

12       6944                             P. 575
         6947                             P. 585
13       6965                             P. 590
         5031                             P. 594
14       5724                             P. 602
         5025                             P. 607
15       5464                             P. 609
         7996                             P. 613
16       8267                             P. 615
         5175                             P. 694
17       5155                             P. 696
         9014                             P. 698
18       5168                             P. 702
         5159                             P. 705
19       5160                             P. 706
         5161                             P. 707
20       5162                             P. 708
         5157                             P. 709
21       5067                             P. 752
         536                              P. 808
22       4667                             P. 809
         7748                             P. 813
23

24

25
```

```
1       SAN JOSE, CALIFORNIA                    NOVEMBER 29, 2016

2                       P R O C E E D I N G S

3           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF THE

08:30AM  4   PRESENCE OF THE JURY:)

08:30AM  5            THE COURT:  WE ARE ON THE RECORD OUTSIDE THE PRESENCE

08:30AM  6   OF THE JURY IN CISCO VERSUS ARISTA.  AND WE HAVE A FEW MATTERS

08:31AM  7   TO TAKE UP THIS MORNING.

08:31AM  8        MR. NELSON, I WANT TO THANK YOU FOR THE PROMPT

08:31AM  9   COMMUNICATION ON THE MATTERS THAT YOU HAVE RESOLVED, THAT'S

08:31AM 10   VERY HELPFUL TO ME, AND AGAIN THE ARISTA BRIEF WAS SUCCINCT AND

08:31AM 11   CLEAR AND I ALWAYS APPRECIATE THAT.

08:31AM 12        LET'S WORK OUR WAY THROUGH THESE MATTERS AND I THINK WE

08:31AM 13   HAVE PLENTY OF TIME THIS MORNING, AND IF THERE ARE ANY OTHER

08:31AM 14   THINGS THAT HAVE ARISEN, WE CAN CERTAINLY ADDRESS THEM AS WELL.

08:31AM 15        IN THIS BRIEF, THERE WERE I BELIEVE EIGHT CATEGORIES OF

08:31AM 16   MATTERS THAT WERE -- MAYBE SIX -- THAT WERE ADDRESSED TO THE

08:31AM 17   COURT AND I WILL JUST GO THROUGH THEM.

08:31AM 18        THE FIRST CATEGORY REGARDING EXHIBIT 3605 HAS BEEN

08:31AM 19   RESOLVED.  THE SECOND CATEGORY REGARDING EXHIBIT 4799 HAS BEEN

08:31AM 20   RESOLVED.  THE THIRD CATEGORY INVOLVING EXHIBITS 249 AND 251

08:32AM 21   HAS BEEN PARTIALLY RESOLVED.  EXHIBIT 251 IS WITHDRAWN FOR THE

08:32AM 22   TIME BEING AND WE NEED TO LOOK AT EXHIBIT 249.

08:32AM 23        SO THAT'S WHERE I WILL START.

08:32AM 24        AND WHO FOR ARISTA IS -- MR. FERRALL, IS THIS YOUR JOB?

08:32AM 25            MR. FERRALL:  I AM, YOUR HONOR.  AND I SUGGEST WE
```

08:32AM 1    DEAL WITH THE DECLARATION AND THIS BLOG POST TOGETHER.  IF I

08:32AM 2    COULD PROVIDE A QUICK UPDATE ON THIS.

08:32AM 3            THE COURT:  OKAY.

08:32AM 4            MR. FERRALL:  HERE'S WHERE WE ARE, YOUR HONOR.  AS

08:32AM 5    YOU KNOW, WE TALKED ABOUT THIS IN THE MOTIONS IN LIMINE.

08:32AM 6            THE COURT:  YES.

08:32AM 7            MR. FERRALL:  WE HAVE PREPARED A PROPOSED

08:32AM 8    INSTRUCTION, PER THE COURT'S RULING ON THE MOTIONS IN LIMINE,

08:32AM 9    THAT COVERS THE FACT THAT IT'S NOT COVERED FOR THE TRUTH OF THE

08:32AM 10   MATTER ASSERTED, AND THAT IT CANNOT BE -- THE CONTENTS OF THE

08:32AM 11   DECLARATION CANNOT BE IMPUTED TOUT.  THAT'S IMPORTANT TO US.

08:33AM 12     HOWEVER, THE THIRD ASPECT OF THE COURT'S RULING THAT CISCO

08:33AM 13   CANNOT ELICIT THE FACT THAT GIANCARLO IS THEIR BOARD MEMBER.

08:33AM 14   WE CONSIDERED THAT FURTHER AND WE DON'T THINK IT'S PRACTICAL TO

08:33AM 15   DO THAT.

08:33AM 16           THE COURT:  I UNDERSTAND.

08:33AM 17           MR. FERRALL:  IS THERE ANY CHANCE A JURY MEMBER HAS

08:33AM 18   DONE ANY RESEARCH, IT'S TOO EASY TO FIND OUT AND THE JURY WILL

08:33AM 19   HOLD THAT AGAINST US AS IF WE WERE HIDING THAT FACT.

08:33AM 20     SO I DON'T THINK THAT'S PRACTICAL.  AND I WOULD LIKE TO

08:33AM 21   JUST, WITH YOUR HONOR'S INDULGENCE, ALLOW ME TO CONSIDER AGAIN

08:33AM 22   THE NOTION THAT THIS DECLARATION WAS FILED UNDER SEAL FOR

08:33AM 23   13 YEARS SO THAT IT WAS NOT A PUBLIC STATEMENT OF ANYTHING

08:33AM 24   ABOUT CISCO'S INTENTION.

08:33AM 25           THE ONLY THING IT COULD BE RELEVANT TO IS CISCO'S

08:33AM 1    UNDISCLOSED INTENTION ABOUT HOW IT FELT ABOUT THE CLI,

08:33AM 2    ET CETERA.  BUT UNDISCLOSED INTENTION IS NOT RELEVANT TO

08:34AM 3    ANYTHING IN THIS CASE.

08:34AM 4        WHAT MATTERS IS WHAT DOES CISCO DO PUBLICLY THAT EITHER

08:34AM 5    ARISTA OR THE REST OF THE INDUSTRY COULD HAVE KNOWN, AND THIS

08:34AM 6    HAS NO BEAR ON THAT.  THAT'S WHY IT'S VERY CONFUSING AND

08:34AM 7    PREJUDICIAL BECAUSE I THINK WE HAVE TO BRING OUT THE FACT THAT

08:34AM 8    MR. GIANCARLO IS AN ARISTA BOARD MACHINE.

08:34AM 9            THE COURT:  WELL, I GUESS MR. FERRALL, I WASN'T SURE

08:34AM 10   THAT IT WAS OFFERED FOR THE NARROW PROPOSITION -- THIS WAS

08:34AM 11   BEING OFFERED TO SHOW CISCO HAD A PUBLIC PROGRAM TO INFORM

08:34AM 12   OTHERS THAT IT WAS ENFORCING ITS COPYRIGHT RIGHTS.  I SAW IT

08:34AM 13   MORE AS SHOWING THAT THESE WERE BELIEFS THAT CISCO HELD,

08:34AM 14   POSITIONS IT HELD AS EARLY AS THE DATE OF THE DECLARATION.

08:34AM 15       I WILL HEAR FROM MR. NELSON AND MR. PAK ON IT.  LET'S HEAR

08:34AM 16   EXACTLY WHAT IT'S OFFERED TO PROVE, BECAUSE IT COULD BE OFFERED

08:34AM 17   IN MANY DIFFERENT WAYS.

08:34AM 18           MR. NELSON:  AND YOU ARE EXACTLY RIGHT, YOUR HONOR.

08:34AM 19       AS WE DISCUSSED AT THE MOTION IN LIMINE HEARING.  AND THIS

08:34AM 20   IS IN DIRECT RESPONSE TO ARGUMENTS THAT MR. VAN NEST MADE IN

08:35AM 21   OPENING WHERE HE SAID THE HUAWEI CASE IS NOT ABOUT CLI, HAS

08:35AM 22   NOTHING TO DO WITH CLI.

08:35AM 23       THE DECLARATION DIRECTLY CONTRADICTS THAT, SO I THINK

08:35AM 24   THAT'S CERTAINLY FAIR GAME.  THAT'S THE POSITION THAT CISCO

08:35AM 25   TOOK AT THE TIME.  AND SO IT'S TOTALLY RELEVANT TO THAT AS WELL

08:35AM 1    AS THE STATEMENTS THAT CISCO DIDN'T BELIEVE THE CLI WAS

08:35AM 2    PROTECTABLE, AS WE DISCUSSED.

08:35AM 3        ALSO, THERE'S A COMPLAINT THAT'S ASSOCIATED WITH IT AND THE

08:35AM 4    DECLARATION REFERENCES BACK TO THE COMPLAINT.  THE COMPLAINT IS

08:35AM 5    PUBLIC AND MAKES EXACTLY THE SAME STATEMENTS, WHICH KIND OF

08:35AM 6    TIES IN THE RELEVANCE OF THE BLOG FOR A COUPLE OF REASONS.  THE

08:35AM 7    BLOG SAYS STRAIGHT OUT, AND I KNOW THERE'S ITC ISSUES AND WE

08:35AM 8    CAN DEAL WITH REDACTIONS THIS YOUR HONOR WOULD LIKE TO DO WITH

08:35AM 9    THAT.

08:35AM 10        THE COURT:  SO THE BLOG IS EXHIBIT 249.

08:35AM 11        MR. NELSON:  CORRECT.  MR. GIANCARLO, AM I

08:36AM 12   PRONOUNCING THAT RIGHT?  YOU KNOW I'M NOT SUPER GOOD WITH

08:36AM 13   NAMES, IT SAYS HE WAS THE EXECUTIVE IN CHARGE OF THE LAWSUIT,

08:36AM 14   RIGHT.

08:36AM 15        THE COURT:  YOU ARE TALKING ABOUT THE BLOG OR THE

08:36AM 16   DECLARATION.

08:36AM 17        MR. NELSON:  I'M TALKING ABOUT THE BLOG NOW.  I WAS

08:36AM 18   KIND OF DONE WITH THE DECLARATION, ALTHOUGH THE DECLARATION --

08:36AM 19        THE COURT:  I'M GOING TO ACTUALLY OPEN UP THE BLOG

08:36AM 20   BECAUSE I WANT TO LOOK AT IT AGAIN.  AND LET'S SEE HOW HARD

08:36AM 21   THIS -- OKAY.  SO I HAVE THE BLOG HERE, AND THIS IS FROM 2014.

08:36AM 22        MR. NELSON:  CORRECT.

08:36AM 23        AND YOU WILL SEE INSINUATIONS COMPARING US TO HUAWEI.  I

08:36AM 24   WAS THE EXECUTIVE IN CHARGE OF INITIATING AND PURSUING THE

08:36AM 25   LAWSUIT AGAINST HUAWEI.  I THINK THAT'S AN IMPORTANT THING

08:36AM  1    BECAUSE IT'S NOT JUST THE DECLARATION, THERE ARE STATEMENTS,

08:36AM  2    EXPLICIT STATEMENTS MADE IN THE COMPLAINT WHICH FRANKLY ARE

08:36AM  3    VERY PUBLIC STATEMENTS, COMPLAINTS ARE PUBLIC, THIS WASN'T

08:36AM  4    FILED UNDER SEAL, I'M NOT SURE IF THAT'S EXACTLY POSSIBLE.

08:37AM  5         BUT THE -- AND MR. GIANCARLO IS TIED DIRECTLY TO THOSE AS

08:37AM  6    BEING THE EXECUTIVE IN CHARGE OF INITIATING AND PURSUING.  AND

08:37AM  7    IN FACT HIS DECLARATION REFERS SPECIFICALLY BACK TO RELEVANT

08:37AM  8    STATEMENTS IN THE COMPLAINT.  SO I THINK IT'S IMPORTANT TO TIE

08:37AM  9    THOSE THINGS TOGETHER.

08:37AM  10        NOW, THERE'S ONE OTHER PURPOSE WITH RESPECT TO THE BLOG,

08:37AM  11   AND THIS IS SOMETHING THAT I THINK REQUIRES SOME DISCUSSION

08:37AM  12   BECAUSE IT IS A RELATIVELY SENSITIVE TOPIC, AND I KNOW

08:37AM  13   YOUR HONOR'S SENSITIVITY WITH RESPECT TO THE ITC, SO I'M NOT

08:37AM  14   GOING THERE.

08:37AM  15        BUT MR. VAN NEST, IN OPENING, MADE STATEMENTS THAT SAID

08:37AM  16   THIS IS DESIGNED TOTALLY FROM SCRATCH, IT'S ALL NEW TECHNOLOGY,

08:37AM  17   IT'S TRANSFORMATIVE.  WELL, WE KNOW THERE ARE MANY OTHER

08:37AM  18   LAWSUITS THAT HAVE BEEN FILED IN TERMS OF PATENT INFRINGEMENT.

08:37AM  19   I DON'T NEED TO GET INTO THE LAWSUITS, BUT IN TERMS OF CISCO'S

08:37AM  20   ASSERTIONS THAT THERE'S MANY OTHER ASPECTS OF THE TECHNOLOGY

08:38AM  21   THAT HAVE BEEN TAKEN BEYOND JUST THE PATENT THAT'S ASSERTED

08:38AM  22   HERE.

08:38AM  23        MR. GIANCARLO'S BLOG ACKNOWLEDGES THAT, SO I DON'T NEED TO

08:38AM  24   GET IN NECESSARILY TO DETERMINATIONS, I'M NOT GOING THAT FAR AT

08:38AM  25   THIS POINT.  DETERMINATIONS THAT OTHER COURTS HAVE FOUND THAT

08:38AM   1    THERE ACTUALLY HAVE BEEN INFRINGEMENT.  BUT I DO THINK IT'S

08:38AM   2    VERY RELEVANT FOR OUR WITNESSES TO BE ABLE TO SAY, AND

08:38AM   3    MR. GIANCARLO TO BE ABLE TO ESTABLISH THAT YES, THERE ARE OTHER

08:38AM   4    ALLEGATIONS OUT THERE.  IT ISN'T FAIR TO COME IN AND JUST SAY,

08:38AM   5    WE DIDN'T DO ANYTHING ELSE.

08:38AM   6         THE COURT:  SO I'M NOT INCLINED TO ALLOW THE JURY TO

08:38AM   7    HEAR THAT OTHERS ARE CHARGES ARISTA WITH INFRINGEMENT.

08:38AM   8         MR. NELSON:  NOT OTHERS, CISCO.  THIS IS SPECIFIC TO

08:38AM   9    CISCO.  I'M NOT TALKING ABOUT OTHER COMPANIES OR ANYTHING LIKE

08:38AM  10    THAT.  THIS IS SPECIFIC TO CISCO TECHNOLOGY, MEANING MR. VAN

08:38AM  11    NEST HAS REPRESENTED THAT IT'S JUST THE CLI, THAT'S ALL WE ARE

08:38AM  12    TALKING ABOUT HERE.

08:38AM  13         THE COURT:  WELL, THAT IS ALL WE ARE TALKING ABOUT

08:38AM  14    HERE OTHER THAN THE 526.

08:39AM  15         MR. NELSON:  UNDERSTOOD, UNDERSTOOD.  BUT IT'S

08:39AM  16    ALSO -- I DON'T THINK IT'S A FAIR REPRESENTATION OF THE FACTS

08:39AM  17    OF THE CASE IF OUR WITNESSES ARE NOT ALLOWED TO SAY, WE BELIEVE

08:39AM  18    THERE ARE OTHER OF OUR PATENTED TECHNOLOGY THAT ARE BEING

08:39AM  19    INFRINGED.

08:39AM  20         THE COURT:  ALL RIGHT.  I'M NOT GOING TO LET THIS

08:39AM  21    CASE TAKE A DETOUR INTO HAVING THE SIDES PROVE INFRINGEMENT OR

08:39AM  22    NONINFRINGEMENT OF ALL OF THOSE OTHER PATENTS.  AND WHEN YOU

08:39AM  23    DROP THE BOMB OF, AND WE CHARGED YOU WITH INFRINGING OTHER

08:39AM  24    APPELLANTS, YOU PUT ARISTA IN THE POSITION OF HAVING SHOWN YOU

08:39AM  25    NONINFRINGEMENT OR INVALIDITY AS A DETOUR IN THE MEAGER

08:39AM  1      22 HOURS THEY HAVE FOR VERY LITTLE PROBATIVE VALUE.

08:39AM  2              MR. NELSON:  I UNDERSTAND, YOUR HONOR.

08:39AM  3          AND I UNDERSTAND EXACTLY WHAT YOU ARE SAYING.  I DO NOT

08:39AM  4      WANT TO GO DOWN THAT ROUTE.  BUT I ALSO DON'T THINK THAT IT'S

08:39AM  5      FAIR TO REPRESENT AND TO BE ABLE TO ARGUE THAT THERE'S NOTHING

08:39AM  6      ELSE, THIS IS A CLEAN SLATE, THIS HAS NOTHING ELSE TO DO WITH

08:39AM  7      CISCO TECHNOLOGY.

08:39AM  8          I DON'T THINK THAT'S A FAIR ARGUMENT UNDER THE FACTS THAT

08:39AM  9      YOU AND I KNOW IN THE CASE.  SO PERHAPS WE SHOULD BE LIMITING

08:40AM 10      THE ABILITY OF THEM TO ARGUE AND THEN WE DON'T HAVE TO GET INTO

08:40AM 11      A CASE LIKE THAT

08:40AM 12              THE COURT:  OKAY.  AND MAYBE THERE IS ACCOMMODATION

08:40AM 13      THERE.  MR. FERRALL, IT CERTAINLY WOULD PUT, POTENTIALLY PUT

08:40AM 14      ARISTA IN A FALSE LIGHT TO CLAIM WE ARE CLEAN EVERY WHERE ELSE

08:40AM 15      EXCEPT THIS BOGUS ALLEGATION WITHOUT LETTING CISCO COME BACK

08:40AM 16      AND SAY, WELL NOT SO FAST WE GOT ALL THESE DISPUTES LINE THE

08:40AM 17      UP.

08:40AM 18              MR. FERRALL:  WELL YOUR HONOR, WE TALKED ABOUT THIS

08:40AM 19      AT THE MOTION IN LIMINE.  WE ARE FOCUSED ON THE FACTS.  WE

08:40AM 20      DIDN'T COME OUT AND SAY WE'VE NEVER BEEN ACCUSED OF ANYTHING,

08:40AM 21      JUST LIKE CISCO CAN'T SAY CISCO HAS NEVER BEEN ACCUSED OF

08:40AM 22      PATENT INFRINGEMENT BY HUNDREDS OF PEOPLE, RIGHT.  THAT'S NOT

08:40AM 23      THE ISSUE OF PROSECUTE THE FACTS CAN BE PRESENTED.

08:40AM 24          SO THE FACTS OF WHAT CISCO DID TO DEVELOP ITS SOFTWARE AND

08:40AM 25      THAT IT DIDN'T RELY UPON OR LOOK AT, YOU KNOW, OTHER USE,

08:40AM 1    SOURCE CODE, THOSE ARE THE FACTS AND THEY CAN SAY NO, ACTUALLY

08:41AM 2    WE DEVELOPED THIS FEATURE FIRST, THAT'S THE WAY IT SHOULD PLAY

08:41AM 3    OUT.

08:41AM 4          THE COURT:  STAY AWAY FROM THE EXISTENCE OF LAWSUITS.

08:41AM 5          MR. FERRALL:  EXACTLY.

08:41AM 6          THE COURT:  ALL RIGHT.  WELL, AT THAT LEVEL,

08:41AM 7    CERTAINLY IN ORDER FOR ARISTA TO PRESENT EVIDENCE OF

08:41AM 8    TRANSFORMATIVE USE, THEY HAVE TO SHOW THAT THEY DIDN'T JUST

08:41AM 9    COPY MORE THAN IS CHARGED HERE.

08:41AM 10   SO I'M NOT GOING TO LET YOU BRING FORTH ANY EVIDENCE THAT

08:41AM 11   SUGGESTS THERE'S OTHER PENDING LAWSUITS, THAT'S PREJUDICIAL, IT

08:41AM 12   HAS NO PROBATIVE VALUE, YOU KNOW, AT ALL.  BUT IF YOU WANT TO

08:41AM 13   REFUTE THAT BY ESTABLISHING THAT YOU IN FACT HAVE A PATENT AND

08:41AM 14   IN FACT IT COVERS THIS SUBJECT MATTER, I MEAN, YOU CAN -- YOU

08:41AM 15   KNOW, STILL YOU ARE GOING TO END UP USING A LOT OF YOUR TIME ON

08:41AM 16   THIS.

08:41AM 17         MR. NELSON:  I UNDERSTAND THAT, YOUR HONOR.  I

08:41AM 18   UNDERSTAND.

08:41AM 19   BUT I THINK OUR WITNESS SHOULD AT LEAST BE ABLE TO DO THAT

08:41AM 20   BECAUSE I DO THINK IT'S A TOTALLY UNFAIR ARGUMENT THAT MR. VAN

08:41AM 21   NEST MADE DURING OPENING TO SUGGEST THAT THERE'S NOTHING ELSE.

08:42AM 22   AND HE DID EXACTLY WHAT WE SAID IN THE MOTION IN LIMINE HE WAS

08:42AM 23   GOING TO DO, RIGHT UP TO THAT LINE SAID THIS WAS A BOG US

08:42AM 24   LAWSUIT, DONE NOT BECAUSE IP WAS TAKEN BUT JUST TO PUT UP A

08:42AM 25   ROADBLOCK FOR COMPETITION AND THAT'S EXACTLY WHAT WE TALKED

08:42AM 1    ABOUT IN THE MOTION IN LIMINE HEARING.

08:42AM 2            THE COURT:  OKAY.

08:42AM 3            MR. NELSON:  AND I HAVE TO BE ABLE TO REFUTE THAT AS

08:42AM 4    WELL.

08:42AM 5            THE COURT:  ALL RIGHT.

08:42AM 6            MR. VAN NEST:  ALL I WAS GOING TO SAY, YOUR HONOR, IS

08:42AM 7    I THINK YOU HEARD THE OPENING BETTER THAN THEY DID.  WHAT I

08:42AM 8    SAID WAS THE ONLY CLAIM OF COPYING IS THE CLI.

08:42AM 9            THE COURT:  YES, THAT'S RIGHT.

08:42AM 10           MR. VAN NEST:  NOT ANY OF THE SOURCE CODE.  THAT'S

08:42AM 11   TRUE EVEN IN THE ITC.  YOU KNOW DARN WELL THEY COMBED THAT

08:42AM 12   SOURCE CODE TO SEE WHAT THEY COULD FIND AND THEY FOUND 0.  SO

08:42AM 13   ALL I TOLD THE JURORS WAS THAT THE ONLY CLAIM OF COPYING IN

08:42AM 14   THIS CASE IS AS TO THE CLI, NOT THE SOURCE CODE INSIDE THE

08:42AM 15   SWITCH, AND I WILL STAND BY THAT.

08:42AM 16     WE CAN CERTAINLY HAVE A DEBATE BEFORE THE CLOSING ARGUMENT

08:42AM 17   AS TO WHAT I CAN OR CAN'T SAY.  BUT FOR NOW THAT'S WHERE THE

08:42AM 18   RECORD STANDS AND THAT'S AN ABSOLUTELY TRUTHFUL STATEMENT AND I

08:43AM 19   HAD YOUR HONOR'S ADMONITIONS IN MIND THROUGHOUT THE OPENING.

08:43AM 20           THE COURT:  MR. FERRALL, AS WE GO THROUGH THIS BLOG

08:43AM 21   THOUGH THAT YOU ARE OBJECTING TO, AND SO --

08:43AM 22           MR. FERRALL:  THE BLOG, YOUR HONOR, IS -- THIS IS ALL

08:43AM 23   CIRCULAR TO THE DECLARATION.  THE ISSUE STARTS WITH THE

08:43AM 24   DECLARATION, AND I THINK THERE'S A BIT OF BOOT STRAPPING HERE

08:43AM 25   ABOUT THE BLOG AND TRYING TO CONTRADICT THE BLOG.  THE ONLY

08:43AM 1    QUESTION, REALLY, IS FIRST, YOU GOT TO START WITH, IS THE

08:43AM 2    DECLARATION ADMISSIBLE IN LIGHT OF THE FACT -- LOOK, THE

08:43AM 3    COMPLAINT -- THE HUAWEI COMPLAINT CAN COME IN --

08:43AM 4         THE COURT:  YOU KNOW, I ACTUALLY THINK THAT THE

08:43AM 5    DECLARATION IS ADMISSIBLE FOR A VERY LIMITED PURPOSE AND I

08:43AM 6    THINK THAT'S WHAT I'VE BEEN SAYING ALL ALONG.  SO YOUR LIMITING

08:43AM 7    INSTRUCTION IS IMPORTANT.

08:43AM 8         IT IS ADMISSIBLE TO THE ESTABLISH THE POSITION OF CISCO AT

08:44AM 9    THE TIME THE DECLARATION WAS MADE IN ORDER TO REFUTE THE IDEA

08:44AM 10   THAT THIS COPYING THING HAS ONLY COME UP NOW IN 2014 WHEN THE

08:44AM 11   COMPLAINT WAS FILED AND NEVER BEEN WAS CISCO CONCERNED ABOUT

08:44AM 12   THE COPYRIGHTABILITY AND PROTECTABILITY OF ITS CLI.

08:44AM 13        SO IT JUST SHOWS A PRIOR STATEMENT MADE IN A TIMEFRAME THAT

08:44AM 14   WOULD REFUTE YOUR ARGUMENT.  I THINK IT'S COMPLETELY

08:44AM 15   ADMISSIBLE.

08:44AM 16        IT'S NOT ADMISSIBLE IN ORDER TO SHOW THE -- SOME OF THESE

08:44AM 17   OTHER ASPECTS THAT YOU HAVE INDICATED, AND IT'S CERTAINLY IS

08:44AM 18   NOT ADMISSIBLE TO SHOW A PUBLIC CAMPAIGN TO SCARE OFF AND WARN

08:44AM 19   THE INDUSTRY THAT CISCO WAS ON A TIRADE TO PROTECT THIS

08:44AM 20   COPYRIGHT THROUGHOUT THE PERIOD.  IT HASN'T BEEN USED AS AN

08:44AM 21   AFFIRMATIVE WEAPON.  AND THE MERE FACT OF ITS SEALING TELLS US

08:44AM 22   THAT.

08:45AM 23        SO THAT'S VERY LIMITED AND I THINK THAT DOES ADDRESS ONE OF

08:45AM 24   YOUR CONCERNS BUT MR. NELSON IS NOT OFFERING IT AS THAT

08:45AM 25   AFFIRMATIVE SWORD

08:45AM  1        MR. NELSON:  CORRECT.  AND I AGREE WITH EVERYTHING

08:45AM  2   YOUR HONOR JUST SAID AND THAT IS 100 PERCENT CORRECT WHAT I'M

08:45AM  3   DOING.

08:45AM  4        AND IN TERMS OF BLOG, MAYBE I HAVE A SOLUTION BECAUSE I

08:45AM  5   LIKE TO PROPOSE SOLUTIONS.

08:45AM  6        THE COURT:  OKAY.  I APPRECIATE THAT.

08:45AM  7        MR. NELSON:  THE COMPLAINT IS AN IMPORTANT PART TO

08:45AM  8   THE PUBLIC ASPECT AND THE COMPLAINT TIES VERY MUCH BACK TO THE

08:45AM  9   DECLARATION.

08:45AM  10       AS LONG AS MR. GIANCARLO DOESN'T RUN AWAY FROM THE

08:45AM  11  COMPLAINT.

08:45AM  12       THE COURT:  HE DIDN'T FILE THE COMPLAINT.

08:45AM  13       MR. NELSON:  UNDERSTOOD.

08:45AM  14       BUT OF COURSE HE DIDN'T REVIEW THE COMPLAINT HIS

08:45AM  15  DECLARATION REFERS BACK TO THE COMPLAINT.  HE REPRESENTED

08:45AM  16  PUBLICLY EVEN AFTER THIS LAWSUIT WAS FILED THAT HE WAS THE

08:45AM  17  EXECUTIVE IN CHARGE OF INITIATING AND PURSUING THAT.

08:45AM  18       SO THAT WOULD BE THE PURPOSE FOR THE BLOG BECAUSE I THINK

08:45AM  19  IT'S A LITTLE BIT DISINGENUOUS TO RUN AWAY AND SAY, WELL I

08:45AM  20  DON'T KNOW ANYTHING ABOUT THAT OR, YOU KNOW, THAT WAS JUST A

08:45AM  21  LAWYER COMING UP WITH THAT.

08:46AM  22       SO AS LONG AS THAT'S NOT THE CASE, I DON'T REALLY NEED THE

08:46AM  23  BLOG AT THIS STAGE OF THE GAME AND MAYBE THAT RESOLVES IT.  BUT

08:46AM  24  I DO THINK IT'S UNFAIR -- HE CAN EXPLAIN WHATEVER HE WANTS AND

08:46AM  25  WHAT HE UNDERSTOOD AND YOU KNOW, THAT'S A CREDIBILITY

08:46AM 1    DETERMINATION, BUT TO SUGGEST THAT I HAVE NO IDEA ABOUT THE

08:46AM 2    COMPLAINT WHEN HIS DECLARATION REFERS SPECIFICALLY BACK TO IT,

08:46AM 3    AND HE'S REPRESENTED TO THE WORLD AS OF 2014 THAT HE WAS THE

08:46AM 4    EXECUTIVE IN CHARGE OF INITIATING AND PURSUING THAT LAWSUIT --

08:46AM 5         THE COURT:  WELL, I DON'T HAVE A -- YOU ARE RIGHT.

08:46AM 6    MAYBE YOU DON'T NEED TO ADMIT IT, BUT CERTAINLY YOU CAN

08:46AM 7    CROSS-EXAMINE HIM BY ASKING HIM IF HE POSTED A BLOG ON

08:46AM 8    DECEMBER 19, 2014, IN WHICH HE STATED, THEN YOU CAN SHOW IT TO

08:46AM 9    HIM, YOU CAN READ IT TO HIM.  THESE EXTRACTED PORTIONS I THINK

08:46AM 10   WOULD BE, MR. FERRALL, YOU ARE NOT OBJECTING TO THAT.

08:46AM 11        MR. FERRALL:  I'M NOT OBJECTING TO THAT, NO.

08:46AM 12        THE COURT:  AND I THINK MAYBE THAT'S THE BEST

08:46AM 13   APPROACH.

08:46AM 14        MR. NELSON:  OKAY.

08:46AM 15        THE COURT:  OKAY.  GOOD.

08:46AM 16        MR. FERRALL:  SO YOUR HONOR, ON THE LIMITING

08:46AM 17   INSTRUCTION, I HAVE A HAND OUT -- MR. NELSON AND I CONFERRED,

08:47AM 18   WE HAVE AN EDIT THAT NEEDS TO BE INCORPORATED.  SHOULD I MAKE

08:47AM 19   THAT EDIT AND THEN FILE IT?

08:47AM 20        THE COURT:  AND THEN IT'S STIPULATED?

08:47AM 21        MR. NELSON:  YEAH.  I CAN READ IT AGAIN, BUT IT

08:47AM 22   SEEMED FINE TO ME.

08:47AM 23        THE COURT:  AND YOU WILL JUST LET ME KNOW WHEN YOU

08:47AM 24   WOULD LIKE ME TO READ IT.

08:47AM 25        MR. FERRALL:  OKAY.  I THINK WHAT WE ARE PROPOSING IS

08:47AM   1    THAT IT BE READ BEFORE MR. GIANCARLO'S TESTIMONY.

08:47AM   2              THE COURT:  OKAY.

08:47AM   3              MR. FERRALL:  RIGHT BEFORE.

08:47AM   4              THE COURT:  OKAY.  THEN YOU WILL JUST REMIND ME.  IF

08:47AM   5    I FORGET.  I GENERALLY KEEP THEM RIGHT UP HERE.  SO OKAY.

08:47AM   6              MR. FERRALL:  AND WE WILL HAVE A PAPER COPY HANDY IN

08:47AM   7    CASE THAT'S EASIER FOR YOU.  THANK YOU.

08:47AM   8              THE COURT:  OKAY.  THAT TAKES CARE OF --

08:47AM   9              MR. NELSON:  THANK YOU, YOUR HONOR.

08:47AM   10             THE COURT:  YES.  OKAY.  SO WE HAVE DEALT WITH.

08:47AM   11       THE FIFTH ISSUE WAS EXHIBIT 184 THAT HAS BEEN WITHDRAWN FOR

08:47AM   12   THE TIME BEING.

08:47AM   13       THE SIXTH ISSUE IS A SERIES OF EXHIBITS AND I'M NOT REALLY

08:48AM   14   SURE WHAT I CAN DO WITH THIS NOW, BECAUSE APPARENTLY AT THE

08:48AM   15   TIME THIS THAT THIS MOTION WAS FILED, ARISTA WAS UNAWARE OF THE

08:48AM   16   PURPOSE FOR WHICH THIS SERIES OF DOCUMENTS WOULD BE OFFERED.

08:48AM   17       A NUMBER OF THEM HAVE BEEN WITHDRAWN FOR THE TIME BEING AS

08:48AM   18   WELL.  AND SO I AM LEFT TO BE CONCERNED ABOUT EXHIBIT 180, 203,

08:48AM   19   204, 381, 382 AND 383.

08:48AM   20       SO MR. NELSON, HOW -- DO WE KNOW, HAVE YOU -- MR. PAK, DO

08:48AM   21   WE KNOW WHY YOU ARE OFFERING THESE?  NOT WE, DOES ARISTA KNOW

08:48AM   22   SO THAT I CAN --

08:48AM   23             MR. PAK:  SURE, YOUR HONOR.

08:48AM   24       SO THESE ARE SOME OF THE CISCO DOCUMENTS I HAVE, THE CISCO

08:48AM   25   DESIGNATED CONFIDENTIAL.  RIGHT.

08:48AM 1      WE WENT THROUGH THOSE.  THERE ARE A FEW THAT CLEARLY WE

08:49AM 2   BELIEVE ARE NOT THE TYPE OF DOCUMENTS THAT SHOULD HAVE BEEN

08:49AM 3   RELEASED TO ANYONE, AND WE INTEND TO COVER THEM WITH MR.

08:49AM 4   SEDANA, AND THAT WAS THE SUBJECT OF EARLIER ARGUMENT ON THAT

08:49AM 5   ISSUE.

08:49AM 6      AS YOUR HONOR DETERMINED OVER THE WEEKEND, WILFULNESS OF

08:49AM 7   COPYRIGHT INFRINGEMENT IS STILL IN PLAY IN THIS CASE, AND WE

08:49AM 8   BELIEVE THESE DOCUMENTS SHOWING ACCESS TO VARIOUS CONFIDENTIAL

08:49AM 9   DOCUMENTS, ALTHOUGH WE ARE NOT BRINGING IN THE ITC

08:49AM 10  DETERMINATION, THESE WERE SOME OF THE UNDERLYING EVIDENCE THAT

08:49AM 11  WAS CONSIDERED BY THE ITC IN TERMS OF ESTABLISHING A PATTERN OF

08:49AM 12  CONDUCT, NOT CARING ABOUT OTHER PEOPLE'S INTELLECTUAL PROPERTY.

08:49AM 13      THE COURT:  SO I DON'T KNOW WHETHER THE ISSUE HERE IS

08:49AM 14  THE CISCO CONFIDENTIAL STAMP ON THE DOCUMENT OR THE UNDERLYING

08:49AM 15  DOCUMENT ITSELF.  YOU WANT TO ADMIT THESE DOCUMENTS INTO

08:49AM 16  EVIDENCE?

08:49AM 17      MR. PAK:  YES, YOUR HONOR, THAT'S CORRECT.

08:49AM 18      THE COURT:  THEN TO SHOW THE JURY THE SENSITIVE

08:49AM 19  NATURE OF THE DOCUMENT.

08:49AM 20      MR. PAK:  ABSOLUTELY.

08:49AM 21      THE COURT:  AND I ASSUME YOU WILL BE ATTEMPTING TO

08:49AM 22  ESTABLISH HOW ARISTA CAME TO HAVE POSSESSION.

08:49AM 23      MR. PAK:  OR LACK OF EXPLANATION FOR THAT, YES,

08:50AM 24  ABSOLUTELY.

08:50AM 25      THE COURT:  OKAY.  THEY PROBABLY WEREN'T FOUND ON THE

08:50AM 1    SIDEWALK SOMEWHERE.

08:50AM 2              MR. PAK:  NO.

08:50AM 3              THE COURT:  OKAY, WELL --

08:50AM 4              MR. PAK:  NOW TO THE EXTENT, AND THERE ARE A FEW AND

08:50AM 5    SOME OF THE ONES WE DROPPED YOUR HONOR, AS I EXPLAINED, SOME OF

08:50AM 6    THE DOCUMENTS MAY BE THINGS THAT WERE ON THE WEBSITE SOMEWHERE

08:50AM 7    AND THEY HAVE AN EXPLANATION THAT SAYS, LOOK, WE DOWNLOADED

08:50AM 8    THESE PUBLICLY, OR THEY WERE DISTRIBUTED PUBLICLY.

08:50AM 9       IF THEY WANT TO GET INTO THOSE FACTS, WITH RESPECT TO SOME

08:50AM 10   OF THE DOCUMENTS THAT WE USED, I THINK THAT'S FAIR FOR THEM TO

08:50AM 11   DO THAT TO RESPOND TO OUR ALLEGATIONS.

08:50AM 12      BUT AT THIS POINT WE HAVE OUR CISCO CONFIDENTIAL DOCUMENTS

08:50AM 13   WE DOWN SELECTED TO A SUBSET, AND I COVERED MANY OF THESE WITH

08:50AM 14   MR. SEDANA, WE INTEND TO COVER THEM TODAY WITH MR. SEDANA ON

08:50AM 15   THE STAND

08:50AM 16             THE COURT:  OKAY.  AND WHO FOR ARISTA IS ARGUING

08:50AM 17   THIS?

08:50AM 18             MR. ROSEN:  DAVID ROSEN FOR ARISTA.

08:51AM 19             THE COURT:  GOOD MORNING, MR. ROSE.

08:51AM 20             MR. ROSEN:  GOOD MORNING.

08:51AM 21             THE COURT:  SO NOW WE'VE GOT THE DISCLOSURE OF THE

08:51AM 22   USE OF THEM.  IT'S ALWAYS HELPFUL TO KNOW EXACTLY WHAT THEY ARE

08:51AM 23   BEING OFFERED FOR AND THIS IS CERTAINLY A THEME THAT HAS BEEN

08:51AM 24   ADDRESSED BEFORE THE COURT IN THE PAST.

08:51AM 25      SO WHAT IS YOUR POSITION AT THIS POINT?

553

08:51AM  1           MR. ROSEN:  SO OUR POSITION IS WE DON'T WANT TO

08:51AM  2    RELITIGATE OUR MOTION IN LIMINE ON THIS ISSUE.  BUT WHAT WE DO

08:51AM  3    WANT IS TO MAKE SURE THAT THESE DOCUMENTS ARE BEING OFFERED

08:51AM  4    ONLY FOR THE PURPOSE OF PATENT WILLFUL INFRINGEMENT AND NO

08:51AM  5    OTHER PURPOSE.  BECAUSE OTHERWISE WE HAVE CONCERNS THAT THEY

08:51AM  6    ARE GOING TO CONFUSE THE JURY.

08:51AM  7           THE DOCUMENTS DON'T -- THEY CONCERN TECHNOLOGY BUT THEY

08:51AM  8    DON'T ALLEGE THE COPYRIGHTED INFRINGEMENT.  THEY DON'T CONCERN

08:51AM  9    THE PATENT INFRINGEMENT EXCEPT TO THE EXTENT THEY COULD

08:51AM  10   POSSIBLY BE RELEVANT TO PATENT WILFULNESS.

08:52AM  11           THE COURT:  MR. PAK, IS THIS BEING OFFERED ONLY FOR

08:52AM  12   PATENT WILFULNESS INFRINGEMENT.

08:52AM  13           MR. PAK:  NO, YOUR HONOR.  I THINK IT'S CERTAINLY

08:52AM  14   RELEVANT TO PATENT WILFULNESS UNDER HALO, BUT WE HAVE THE

08:52AM  15   WILFULNESS WITH RESPECT TO THE COPYRIGHT INFRINGEMENT CASE.

08:52AM  16   AND WE THINK THAT HAVING ACCESS TO CONFIDENTIAL DOCUMENTS OF

08:52AM  17   EMPLOYEES WHO JOINED FROM CISCO TO ARISTA, WE CAN ESTABLISH

08:52AM  18   VERY CLEAR TODAY THEY HAD NO INTELLECTUAL PROPERTY TRAINING

08:52AM  19   WHATSOEVER WHEN THOSE EMPLOYEES CAME IN.  THIS CULTURE OF

08:52AM  20   COPYING IS HIGHLY RELEVANT TO THE COPYING ALLEGATION.

08:52AM  21           SO I THINK THIS IS THE UNDERLYING EVIDENCE WE WANT TO

08:52AM  22   PRESENT AND WE CAN LET THE JURY MAKE THAT DETERMINATION.  BUT

08:52AM  23   WILFULNESS OF BOTH COPYRIGHT AND THE PATENT INFRINGEMENT CLAIMS

08:52AM  24   ARE AT ISSUE IN THIS CASE, YOUR HONOR.

08:52AM  25           THE COURT:  MR. VAN NEST.

08:52AM   1          MR. VAN NEST:  YOU REFERENCED, I'M A LITTLE BIT

08:52AM   2   CONFUSED, BECAUSE WHEN I LEFT LAST WEEK I UNDERSTOOD THAT

08:52AM   3   COPYRIGHT WILFULNESS WAS NOT GOING TO BE INSTRUCTED ON.  AND

08:52AM   4   YOU SENT AN E-MAIL OVER THE WEEKEND, AND I ASSUME WHAT WE GET

08:52AM   5   TO JURY INSTRUCTIONS WE WILL WORK OUT THE FINAL INSTRUCTIONS.

08:52AM   6          BUT OUR POSITION ON COPYRIGHT WILFULNESS IS WE OFFERED TO

08:53AM   7   STIPULATE.  THE ONLY CIRCUMSTANCE IN WHICH COPYRIGHT WILFULNESS

08:53AM   8   COULD EVER COME UP NOW, NOW THAT YOUR HONOR HAS FOUND THAT

08:53AM   9   COPYRIGHT WILFULNESS IS ONLY RELEVANT IF YOU ARE DEDUCTING

08:53AM  10   TAXES, WHICH WE ARE NOT, AND POSSIBLY FOR STATUTORY DAMAGES,

08:53AM  11   THE ONLY POSSIBLE TIME THIS COULD WHICH UP IS IF THEY ELECT

08:53AM  12   STATUTORY DAMAGES

08:53AM  13          THE COURT:  SO, MR. VAN NEST, I READ JUDGE ALSUP'S

08:53AM  14   ORDER ON THIS ISSUE FROM ORACLE VERSUS GOOGLE AND HE DID, AND

08:53AM  15   YOU KNOW IT BETTER THAN I DO BECAUSE YOU LIVED IT, BUT JUDGE

08:53AM  16   ALSUP COVERED THE WATERFRONT ON THE ISSUE OF WHERE THE

08:53AM  17   NINTH CIRCUIT STANDS OR WOULD STAND ON THIS ISSUE OF IN ACTUAL

08:53AM  18   DAMAGES CASES, WHAT DEDUCTIONS ARE ALLOWED.

08:53AM  19          BUT THEN HE WENT ON TO SAY VERY DIRECTLY THAT BECAUSE THE

08:53AM  20   PLAINTIFF NEED NOT ELECT ITS DAMAGES, STATUTORY OR ACTUAL, THAT

08:53AM  21   THE ISSUE OF WILFULNESS WOULD GO TO THE JURY.

08:53AM  22          I THINK IT IS FANCIFUL TO THINK THAT ARISTA WOULD ELECT

08:54AM  23   STATUTORY DAMAGES.  BUT WHAT I THINK REALLY DOESN'T MATTER.

08:54AM  24   AND THE PLAINTIFF IS ENTITLED UNDER THE LAW TO WAIT AND MAKE

08:54AM  25   THE ELECTION.  MAYBE THIS JURY WILL AWARD $1 AND STATUTORY

08:54AM 1    DAMAGES ARE GOING TO LOOK PRETTY GOOD.  NO ONE KNOWS.

08:54AM 2         YOU KNOW, WE ARE ONE MINUTE INTO TRIAL.  IT IS SIMPLY NOT

08:54AM 3    PROPER FOR THE COURT TO ASSUME THAT THERE IS ONLY ONE DIRECTION

08:54AM 4    A PLAINTIFF CAN GO.

08:54AM 5         AND YOU KNOW, IF -- AND SINCE THE LAW CLEARLY ALLOWS THEM

08:54AM 6    TO ELECT UP UNTIL THE TIME I ENTER JUDGMENT, THERE'S NOTHING I

08:54AM 7    CAN DO.  I THINK JUDGE ALSUP STRUGGLED WITH THIS.  HE

08:54AM 8    BIFURCATED.  SO HE AVOIDED THIS PROBLEM.  I DON'T THINK THAT

08:54AM 9    THE LAW REQUIRES IT NOR DO I THINK UNDER OUR SCHEDULE HERE,

08:54AM 10   IT'S SIMPLY NOT FEASIBLE BRING A JURY BACK NEXT YEAR AND FINISH

08:54AM 11   THIS.  I NEVER ENTERTAINED THAT.

08:54AM 12        SO THAT'S WHY I LET YOU KNOW ON FRIDAY SO THAT YOU COULD

08:55AM 13   PREPARE YOUR OPENING.  AND I'M SORRY THAT I HAD A CHANGE OF

08:55AM 14   HEART, I JUST DID FURTHER RESEARCH ON IT AND I WOULD RATHER

08:55AM 15   THAT THEN AND THERE A JMOL.

08:55AM 16        MR. VAN NEST:  I GUESS YOUR HONOR THE ONE THING I'M

08:55AM 17   NOT SURE THE COURT WAS AWARE OF, BUT PERHAPS YOU ARE, AND THAT

08:55AM 18   IS WE TRIED TO SOLVE THIS ISSUE, WHICH IS AS YOU NOTICED,

08:55AM 19   FANCIFUL, BUT SAYING WE WILL STIPULATE TO WILFULNESS COPYRIGHT

08:55AM 20   INFRINGEMENT IF AND WHEN, AND FOR THE PURPOSE OF STATUTORY

08:55AM 21   DAMAGES.

08:55AM 22        IN OTHER WORDS, WE ARE NOT FIGHTING IT.  WE ARE SAYING --

08:55AM 23   BECAUSE THE STATUTE IS CLEAR ON WHAT YOU GET IF IT'S WILLFUL,

08:55AM 24   IT GOES FROM 50 GRAND I THINK TO $150,000 PER COPYRIGHTED WORK.

08:55AM 25        THE COURT:  THIS ARGUMENT WILL COST MORE THAN THE --

556

08:55AM  1        MR. VAN NEST:  I HOPE NOT.  BUT EXCUSE ME MR. PAK.

08:55AM  2   SO WHAT WE SAID IN THE PLEADING, AND I APOLOGIZE BECAUSE I

08:56AM  3   THOUGHT THIS WOULD GET RESOLVED LATER AT THE JURY INSTRUCTION

08:56AM  4   STAGE.

08:56AM  5        THE COURT:  I UNDERSTAND, YEAH.

08:56AM  6        MR. VAN NEST:  AND TOLD THE TEAM, LET'S NOT BOTHER

08:56AM  7   JUDGE FREEMAN OVER THE WEEKEND ANY FURTHER, IT'S -- WE OFFERED

08:56AM  8   TO STIPULATE, AND WE ARE STILL, WE WILL MAKE AN ADMISSION FOR

08:56AM  9   THE PURPOSE EVER STATUTORY DAMAGES IF THEY EVER ELECT THAT.

08:56AM 10   AND THAT IS SOMETHING THE COURT CAN TAKE INTO ACCOUNT IN

08:56AM 11   MANAGING THE TRIAL.  THE JURY HAS SO MANY ISSUES TO DEAL WITH.

08:56AM 12        WE ARE WILLING TO TAKE AND I WILL TURN IT BACK OVER TO

08:56AM 13   MR. ROSE, HAVE NOTHING TO DO WITH C COPYRIGHT CLAIMS.  BUT ANY

08:56AM 14   WAY, OUR OFFER STANDS AND I THINK IT'S UP TO YOUR HONOR AS A

08:56AM 15   MATTER OF TRIAL MANAGEMENT WHAT TO DO.  AND I THINK THAT'S

08:56AM 16   SOMETHING MAYBE WITH ALL THE PLEADINGS WE DIDN'T MAKE CLEAR

08:56AM 17   ENOUGH AND I APOLOGIZE.

08:56AM 18        THE COURT:  YOU KNOW, I WAS CERTAINLY AWARE OF THE

08:56AM 19   POSITION THAT YOU WERE TAKING BY NOT EVEN SEEKING THE

08:57AM 20   DEDUCTIONS THAT WOULD FOLLOW FROM WILFULNESS AND ACTUAL

08:57AM 21   DAMAGES, AND I'M SORRY TO SAY I WAS -- HAD FORGOTTEN OR WAS

08:57AM 22   UNAWARE OF THE AGREEMENT TO STIPULATE TO WILFULNESS IF THERE'S

08:57AM 23   A FINDING OF COPYRIGHT INFRINGEMENT AND AN ELECTION OF

08:57AM 24   STATUTORY DAMAGES.

08:57AM 25        MR. PAK, I HAVE NO REASON TO ALLOW THE TRIAL TO TAKE TIME

08:57AM  1    OF THIS JURY TO DECIDE SOMETHING THAT HAS BEEN, CAN BE

08:57AM  2    CONCLUSIVELY DECIDED IN THE EVENT THAT THERE'S A VERDICT OF

08:57AM  3    COPYRIGHT INFRINGEMENT.

08:57AM  4          MR. PAK:  TWO POINTS, YOUR HONOR.

08:57AM  5       FIRST OF ALL LET'S GO BACK TO THESE PARTICULAR DOCUMENTS.

08:57AM  6    WE'VE HEARD, WE TALKED ABOUT WILFULNESS, YOUR HONOR, BUT ALSO

08:57AM  7    THESE DOCUMENTS SHOW THAT THEY HAD ACCESS TO INFORMATION THAT

08:57AM  8    RELATE TO THE OTHER ASPECTS OF THE SOURCE CODE, OTHER ASPECTS

08:57AM  9    OF THE PRODUCT DESIGN.

08:57AM  10      YOUR HONOR JUST TALKED ABOUT WITH MR. NELSON THAT ALTHOUGH

08:57AM  11   WE CAN'T BRING IN ALLEGATIONS OF LAWSUITS, WE CAN CERTAINLY

08:57AM  12   BRING IN EVIDENCE TO SHOW THAT THERE WAS COPYING, THAT THERE

08:58AM  13   WAS SUGGESTIONS OF COPYING, CIRCUMSTANTIAL EVIDENCE OF COPYING.

08:58AM  14      SO WE CAN DEAL WITH THE WILFULNESS INSTRUCTION AT THE END,

08:58AM  15   WHETHER WE TAKE --

08:58AM  16          THE COURT:  WELL I DON'T THINK YOU ARE IN A POSITION

08:58AM  17   TO REFUSE TO WIN ON AN ASPECT OF THE CASE.

08:58AM  18          MR. PAK:  SURE, YOUR HONOR.  THAT I AGREE WITH.

08:58AM  19      BUT YOUR HONOR, WHAT WE CARE THE MOST ABOUT IS HAVING A

08:58AM  20   FAIR OPPORTUNITY TO REBUT SOME OF THE THESE ALLEGATIONS THAT WE

08:58AM  21   HEARD.  AND I THINK THE DOCUMENTS --

08:58AM  22          THE COURT:  MR. ROSEN, I ACTUALLY THINK THAT IT IS --

08:58AM  23   THAT THESE DOCUMENTS AND THE SENSITIVE NATURE OF THESE

08:58AM  24   DOCUMENTS AND THE INFERENCE THAT IT WAS INAPPROPRIATE FOR

08:58AM  25   ARISTA TO HAVE THESE DOCUMENTS IS IMPORTANT.  IT MAY BE

08:58AM 1    RELEVANT TO THE BAD FAITH ASPECT OF FAIR USE AND IT MAY BE

08:58AM 2    RELEVANT TO AN INFERENCE OF COPYING IN THE INDIRECT CASE,

08:58AM 3    ALTHOUGH I MEAN, I KNOW THERE'S EVIDENCE SUGGESTED BY PLAINTIFF

08:58AM 4    THAT THERE IS DIRECT EVIDENCE OF COPYING, BUT WE DON'T KNOW

08:59AM 5    WHAT THE JURY WILL CREDIT.

08:59AM 6        AND CISCO HAS MADE CLEAR THAT THEY WILL PUT ON AN INDIRECT

08:59AM 7    CASE OF COPYING AS WELL.  SO THIS INFERENCE THAT THEY WILL SEEK

08:59AM 8    TO DRAW FROM ARISTA HAVING POSSESSION OF THESE CONFIDENTIAL

08:59AM 9    DOCUMENTS, I THINK IS REASONABLE AND I THINK THAT IT IS

08:59AM 10   PROBATIVE OF ISSUES THAT REMAIN IN THE CASE.

08:59AM 11       AND OF COURSE, THERE'S NO OBJECTION TO, THAT YOU'VE

08:59AM 12   INDICATED THAT THESE DOCUMENTS CAN BE RELEVANT AND ARE RELEVANT

08:59AM 13   TO THE ISSUE OF WILLFUL PATENT INFRINGEMENT.

08:59AM 14       SO I'M GOING TO ALLOW THE DOCUMENTS.  I DON'T KNOW THAT YOU

08:59AM 15   ACTUALLY NEED A LIMITING INSTRUCTION AT THIS POINT.  THE JURY

08:59AM 16   WILL HEAR NOTHING ABOUT WILLFUL COPYRIGHT INFRINGEMENT.  THEY

08:59AM 17   WILL JUST BE UNAWARE OF THAT.

08:59AM 18       AND I WILL NEED A WRITTEN STIPULATION, OF COURSE, ON THE

08:59AM 19   WILLFUL INFRINGEMENT COPYRIGHT INFRINGEMENT UPON A JURY VERDICT

08:59AM 20   OF, OBVIOUSLY OF INFRINGEMENT, AND AN ELECTION OF STATUTORY

09:00AM 21   DAMAGES, THEN THERE WOULD BE -- THAT WOULD COME INTO PLAY.  AND

09:00AM 22   I NEED THAT CLEARLY BEFORE I INSTRUCT THE JURY.  I'M SURE THAT

09:00AM 23   WON'T BE A PROBLEM.

09:00AM 24           MR. VAN NEST:  WE WILL GET THAT DONE ASAP,

09:00AM 25   YOUR HONOR.

09:00AM 1          MR. PAK:  THANK YOU, YOUR HONOR.

09:00AM 2          THE COURT:  OKAY.  DOES THAT TAKE CARE -- THEN THERE

09:00AM 3    WAS ONE LAST THING, SORRY.  IT SEEMS MINOR AT THIS POINT, THE

09:00AM 4    SEVENTH ITEM WAS --

09:00AM 5          MR. PAK:  JUST THE RESUME, YOUR HONOR.

09:00AM 6          THE COURT:  4256.  YOU ARE NOT OFFERING THE RESUME

09:00AM 7    INTO EVIDENCE ARE YOU?

09:00AM 8          MR. PAK:  NO YOUR HONOR.  ALL WANTED TO DO WAS WE

09:00AM 9    HAVE MR. WHEELER WHO IS NOT A LIVE WITNESS YOUR HONOR AND HE'S

09:00AM 10   GOING TO WALK THROUGH THE BACKGROUND.  WE THOUGHT IT WOULD BE

09:00AM 11   HELP TO FEEL SHOW IT AS A DEMONSTRATIVE, BUT WE ARE NOT

09:00AM 12   ADMITTING THAT INTO EVIDENCE YOUR HONOR.

09:00AM 13         THE COURT:  OKAY.  THEN I THINK THAT'S RESOLVED AS

09:00AM 14   WELL.

09:00AM 15      OKAY.  THAT WAS VERY EFFICIENT.  I REALLY APPRECIATE THAT.

09:00AM 16   ANY -- AND IT'S EXACTLY 9:00.  SO ARE THERE ANY OTHER MATTERS

09:00AM 17   THAT WE NEED TO TAKE UP THIS MORNING?

09:00AM 18         MR. VAN NEST:  I HAVE JUST ONE, YOUR HONOR.

09:00AM 19         THE COURT:  YES.

09:01AM 20         MR. VAN NEST:  IT'S MORE IN THE NATURE OF A CONCERN

09:01AM 21   THAT I HAVE LAST WEEK AT THE DISSECTION HEARING THEY CLEARLY

09:01AM 22   WITH DREW THEIR CLAIM ON THE HIERARCHIES, AND ALTHOUGH I DIDN'T

09:01AM 23   HEAR MR. NELSON IN OPENING MAKE A CLAIM FOR HIERARCHY, SO I

09:01AM 24   APPRECIATE THAT.

09:01AM 25         NOW THAT WE HAVE THE WITNESSES, WE ARE HEARING A LOT OF

09:01AM 1    HIERARCHIES, AND I SEE COMING UP WITH MR. REMAKER AND OTHERS, A

09:01AM 2    LOT OF DISCUSSIONS ABOUT HIERARCHIES.  AND AT SOME POINT, I

09:01AM 3    WOULD ASK YOUR HONOR BECAUSE I THINK IT'S ABSOLUTELY

09:01AM 4    APPROPRIATE, TO TELL THE JURY SO THEY DON'T SPEND TIME ON IT,

09:01AM 5    THAT HIERARCHIES ARE NOT ONE OF THE THINGS ASSERTED IN THE CASE

09:01AM 6    AS COPIED BY ARISTA.

09:01AM 7        SO THAT'S NOW THE STATE OF EVIDENCE.  AND WITH ALL THIS

09:01AM 8    DISCUSSION FROM, YOU KNOW, WE DIDN'T OBJECT YESTERDAY BECAUSE

09:01AM 9    YOU SAID THEY COULD TALK ABOUT CREATIVITY THAT WAY, OKAY, FINE,

09:01AM 10   BUT I HAVE A FEELING, GIVEN WHAT I HEARD FROM MR. LOUGHEED THAT

09:01AM 11   THE MAJOR PORTION OF A LOT OF THIS TESTIMONY FROM HIM AND

09:02AM 12   REMAKER AND SLATTERY, AND THE GUYS COMING UP, IS GOING TO BE ON

09:02AM 13   HOW CREATIVE THESE HIERARCHIES ARE.

09:02AM 14       AND I THINK THE JURY NEEDS TO BE TOLD SOONER RATHER THAN

09:02AM 15   LATER THAT THERE'S NO CLAIM OF COPYING IN THIS CASE AS TO THOSE

09:02AM 16   SO THAT THEY DON'T SPEND TIME, YOU KNOW, IT'S HARD TO UN RING

09:02AM 17   THE BELL, IN OTHER WORDS.

09:02AM 18         THE COURT:  SURE.  I HAD UNDERSTOOD THE BEGINNING OF

09:02AM 19   MR. LOUGHEED'S TESTIMONY TO REALLY USE THE HIERARCHIES AS PART

09:02AM 20   OF THE CREATIVE PROCESS THAT HE WAS DESCRIBING IN ORDER TO

09:02AM 21   CREATE THE COMMAND, MULTIWORD COMMAND LINES.  OF COURSE I'VE

09:02AM 22   ONLY HEARD A LITTLE BIT OF HIS TESTIMONY SO MAYBE I'M MISLEAD

09:02AM 23   ON THAT.

09:02AM 24         MR. NELSON:  NO, THAT'S EXACTLY RIGHT, AND THAT'S

09:02AM 25   WHAT MR. REMAKER WILL DO AS WELL WHEN HE TALKS ABOUT THE

561

09:02AM  1    PROCESS WHICH IS EXACTLY THE DISCUSSION YOUR HONOR AND I HAD AT

09:02AM  2    THE FILTRATION OR DISSECTION OR WHATEVER, THAT HEARING THAT ONE

09:02AM  3    DAY A WEEK AGO MONDAY THAT WE HAD.

09:02AM  4        SO IT IS, AND I THINK THE WITNESS HAS BEEN VERY CLEAR AND I

09:02AM  5    WENT OUT OF MY WAY IN OPENING TO EXPLAIN EXACTLY THAT, THAT

09:03AM  6    THIS IS ABOUT THE SEQUENCING OF THE WORDS AND PART OF THE

09:03AM  7    CREATIVE PROCESS IN DETERMINING WHAT THAT IS.

09:03AM  8        SO, AND THAT'S WHAT WE TALKED ABOUT.  WE CAN USE IT FOR

09:03AM  9    THAT PURPOSE.  IN TERMS OF INSTRUCTING THE JURY, THEY DON'T

09:03AM 10    EVEN KNOW, IT WASN'T PRESENTED TO THEM AS ONE OF THE CLAIMED

09:03AM 11    ELEMENTS.  IN THE OPENING I WENT OUT OF MY WAY, I THINK IT'S

09:03AM 12    TOTALLY CONFUSING TO SAY --

09:03AM 13            THE COURT:  SO I ACTUALLY THINK, AND THIS IS THE

09:03AM 14    INSTRUCTION WE HAVEN'T REALLY DEVELOPED YET THAT WE HAVE TO

09:03AM 15    COME BACK TO.  MR. VAN NEST, I THINK YOUR POINT IS A GOOD ONE

09:03AM 16    AND THEY SHOULDN'T BE CONFUSED.  BUT I THINK IN THE CLOSING

09:03AM 17    INSTRUCTION ON ANALYTIC DISSECTION I THINK WE CAN MAKE IT CLEAR

09:03AM 18    TO THE JURY THAT THE FOLLOWING ELEMENTS ASSERTED BY CISCO, LIST

09:03AM 19    FOUR OF THEM.

09:03AM 20        THEN IT WILL BE CLEAR YOU CAN ARGUE FROM THAT YOU HEARD A

09:03AM 21    LOT ABOUT HIERARCHIES, LOOK THEY'RE NOT HERE IN THE

09:03AM 22    INSTRUCTION, AND I THINK THAT'S THE BEST WAY TO DEAL WITH IT.

09:03AM 23    AS OPPOSED TO NOW, THEY DON'T EVEN UNDERSTAND WHAT AN ASSERTED

09:03AM 24    ELEMENT IS AT THIS POINT.

09:03AM 25            MR. VAN NEST:  PERHAPS THAT'S TRUE YOUR HONOR, AND I

09:03AM  1    APPRECIATE THAT.  I THINK THAT'S THE MINIMUM WE NEED TO DO, OF

09:04AM  2    COURSE.  BUT MY CONCERN IS IF A LOT OF THE TESTIMONY IS FOCUSED

09:04AM  3    ON SHOWING THESE HIERARCHIES THROUGHOUT, IT'S GOING TO BE TOO

09:04AM  4    LATE BY THE TIME WE GET TO THE END OF THE CASE TO SAY, OH, BY

09:04AM  5    THE WAY, NONE OF THAT STUFF IS ACTUALLY CLAIMED AND ARISTA

09:04AM  6    DIDN'T COPY ANY OF THAT.  THAT'S WHAT I'M WORRIED ABOUT.

09:04AM  7         THE COURT:  SO I GUESS, MR. VAN NEST, MY RECOLLECTION

09:04AM  8    OF OUR DISCUSSION LAST MONDAY IS CISCO ASSERTED TWO SEPARATE

09:04AM  9    BUILDING BLOCKS AS THEY CATEGORIZE THEM.  AND IN YOUR BRIEFING

09:04AM  10   AND IN OUR HEARING I CAME TO THE CONCLUSION AS YOU HAD ASKED ME

09:04AM  11   TO RECOGNIZE THAT THE MULTIWORD COMMAND LINES AND THE

09:04AM  12   HIERARCHIES WERE DOUBLE COUNTING THE SAME THING.

09:04AM  13        AND YOU WERE, I THOUGHT, APPROPRIATELY CONCERNED ABOUT THAT

09:04AM  14   PILING ON OF THE EFFECT OF THESE TWO CATEGORIES THAT WERE

09:04AM  15   REALLY ONE AND THE SAME.

09:04AM  16        SO IN FACT, BY COLLAPSING THEM INTO ONE CATEGORY DIDN'T

09:05AM  17   TAKE ANY EVIDENCE OUT OF THE CASE, AND IT WAS -- AND IN FACT

09:05AM  18   CISCO REALLY CONCEDED THAT IT WOULD APPROACH THE MULTIWORD

09:05AM  19   COMMAND LINES THROUGH THE VEHICLE OF THE HIERARCHY RATHER THAN

09:05AM  20   ASSERTING THE HIERARCHIES SEPARATELY.

09:05AM  21        SO YOU KNOW, I THINK THIS WAS THE UPSHOT OF A LENGTHY

09:05AM  22   DISCUSSION A WEEK AGO, AND TO MUCH SUCCESS ON YOUR PART, BUT IT

09:05AM  23   DIDN'T ELIMINATE THE JURY HEARING AMPLE EVIDENCE ABOUT THE

09:05AM  24   HIERARCHY -- THE ROLE OF HIERARCHIES IN DEVELOPING THE

09:05AM  25   MULTIWORD COMMAND LINES.

563

09:05AM   1          AND AGAIN MR. NELSON, IF I'VE MISSTATED OR MISUNDERSTOOD

09:05AM   2    YOUR CASE, I APOLOGIZE AND YOU CAN HELP ME OUT

09:05AM   3          MR. NELSON:  NO, YOU ARE EXACTLY RIGHT.  THAT'S WHAT

09:05AM   4    WE DISCUSSED, THAT'S WHAT WE ARE DOING, THAT'S WHAT THE

09:05AM   5    WITNESSES HAVE BEEN CLEAR ABOUT AND WILL CONTINUE TO BE CLEAR

09:05AM   6    ABOUT.

09:05AM   7          THE COURT:  OKAY.  I THINK IT'S BEST DEALT WITH IN A

09:05AM   8    CLOSING JURY INSTRUCTION.  AND WE WILL HAVE A BETTER SENSE OF

09:05AM   9    THE VERDICT FORM AT THIS POINT WHICH WILL BE A WORK IN

09:06AM  10    PROGRESS.

09:06AM  11          MR. VAN NEST:  OKAY.  VERY WELL, YOUR HONOR.  I WILL

09:06AM  12    REMAIN VIGILANT, I'M STILL CONCERNED, BUT I UNDERSTAND

09:06AM  13    YOUR HONOR'S RULING.  THANK YOU.

09:06AM  14          THE COURT:  OKAY.  I DON'T THINK THERE'S ANY WITNESS

09:06AM  15    YOU COULD SIMPLY ASK, YOU ARE NOT ASSERTING HIERARCHIES.

09:06AM  16          MR. VAN NEST:  THESE WITNESSES --

09:06AM  17          THE COURT:  IT'S NOT APPROPRIATE FOR THESE WITNESSES,

09:06AM  18    THEY DON'T KNOW THE STRATEGY AND CAN'T BE HELD TO IT.

09:06AM  19          MR. VAN NEST:  THAT'S RIGHT.  THEY HAVE A LAWYER ON

09:06AM  20    THEIR LIST SO MAYBE HE WILL KNOW, ONE OF THEIR LAWYERS.

09:06AM  21          MR. NELSON:  HE'S JUST FOR THE COPYRIGHT

09:06AM  22    REGISTRATIONS.

09:06AM  23          THE COURT:  OKAY.  DOES THAT TAKE CARE OF EVERYTHING?

09:06AM  24    OKAY.  WE ARE GOING TO TAKE A BREAK, I'M GOING TO HANDLE MY

09:06AM  25    CRIMINAL CALENDAR --

09:06AM  1          MR. FERRALL:  THAT IS FINE.  THERE IS THE ISSUE OF

09:06AM  2   THE SUMMARY EXHIBIT AND THE EXCHANGE OF EXEMPLARS THAT

09:06AM  3   YOUR HONOR TALKED ABOUT.  WE CAN ADDRESS THAT AFTER YOUR

09:06AM  4   CRIMINAL CALENDAR.

09:06AM  5          THE COURT:  ARE YOU CONTINUING TO WORK ON THAT --

09:06AM  6          MR. PAK:  YES, YOUR HONOR.  WE JUST GOT AN EXCHANGE

09:06AM  7   FROM THEM PRETTY LATE LAST NIGHT.  WE ARE STILL WORKING THROUGH

09:06AM  8   THAT.

09:06AM  9          THE COURT:  YOU ARE UP LATER THAN I WAS.  ALL RIGHT.

09:06AM 10   WE WILL COME BACK AT 9:30 THEN.

09:07AM 11          MR. NELSON:  THANK YOU, YOUR HONOR.

09:07AM 12      (WHEREUPON A RECESS WAS TAKEN.)

09:07AM 13      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN THE

09:32AM 14   PRESENCE OF THE JURY:)

09:32AM 15          THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE

09:32AM 16   SEATED.

09:32AM 17      WE ARE BACK ON THE RECORD IN THE CISCO VERSUS ARISTA

09:32AM 18   MATTER.  ALL OF OUR JURORS ARE HERE, GOOD MORNING, LADIES AND

09:32AM 19   GENTLEMEN.  AND ALL COUNSEL ARE PRESENT.

09:32AM 20      COUNSEL, ARE YOU GOING TO CONTINUE WITH MR. LOUGHEED?

09:32AM 21          MR. PAK:  YES, YOUR HONOR.

09:32AM 22          THE COURT:  MR. LOUGHEED, IF YOU WOULD COME FORWARD

09:32AM 23   TO THE WITNESS STAND, PLEASE, AND I'M GOING TO HAVE YOU SWORN

09:32AM 24   FOR A NEW COURT DAY.

09:32AM 25                       **KIRK LOUGHEED,**

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:32AM 1    BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

09:32AM 2    HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

09:32AM 3    FOLLOWS:

09:32AM 4    THE WITNESS:  YES.

09:32AM 5    MR. PAK:  MAY I PROCEED, YOUR HONOR?

09:32AM 6    THE COURT:  PLEASE DO.

09:32AM 7    MR. PAK:  OKAY.

09:32AM 8

09:32AM 9    **DIRECT EXAMINATION BY MR. PAK**

09:32AM 10

09:32AM 11   BY MR. PAK:

09:32AM 12   Q.   GOOD MORNING, MR. LOUGHEED.

09:33AM 13   A.   GOOD MORNING.

09:33AM 14   Q.   SO WE ARE ACTUALLY GOING TO BACKTRACK A LITTLE BIT JUST TO

09:33AM 15   PICK UP WHERE WE LEFT OFF, AND MR. FISHER, IF I COULD HAVE

09:33AM 16   SLIDE 28 ON THE SCREEN.

09:33AM 17       AND I BELIEVE WE WERE JUST TALKING ABOUT THE HELP

09:33AM 18   DESCRIPTIONS THAT ARE PART OF THE CLI INTERFACE OR THE

09:33AM 19   COMMAND-LINE INTERFACE OF CISCO, DO YOU RECALL THAT?

09:33AM 20   A.   YES.

09:33AM 21   Q.   AND SO AGAIN, IF YOU COULD JUST REMIND THE JURY WHAT

09:33AM 22   HAPPENS WHEN YOU TYPE THE QUESTION MARK AFTER A COMMAND WORD.

09:33AM 23   A.   SO, YOU TYPE A QUESTION MARK AFTER A COMMAND WORD, IT WILL

09:33AM 24   DISPLAY SOME HELP, WHAT THE SYSTEM EXPECTS YOU TO TYPE NEXT.

09:33AM 25   AND IN THIS PARTICULAR EXAMPLE IT'S THE SHOW COMMAND.

566

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:33AM  1      YOU TYPE QUESTION MARK, THEN THIS IS ONE SCREEN OF A MANY

09:33AM  2  SCREEN DISPLAY OF THE POSSIBILITIES THAT YOU COULD HAVE AFTER A

09:33AM  3  SHOW COMMAND.

09:33AM  4      AND ON THE LEFT IS THE WORD THAT YOU COULD TYPE, THINGS

09:34AM  5  LIKE SHOW ARP, AND THEN ON THE RIGHT SIDE OF THE SCREEN IS A

09:34AM  6  HELP MESSAGE OR A HELP DESCRIPTION, JUST SORT OF A LITTLE HINT

09:34AM  7  THAT THE DEVELOPER LEFT AS TO WHAT THIS KEY WORD MIGHT REFER

09:34AM  8  TO.

09:34AM  9  Q.  I THINK WE TALKED ABOUT THIS THE OTHER DAY, BUT WHO

09:34AM  10  AUTHORED THE HELP DESCRIPTIONS ON THE RIGHT-HAND SIDE FOR EACH

09:34AM  11  OF THESE COMMANDS?

09:34AM  12  A.  IN THE EARLY NINETIES, WE HAD A CONTRACTOR GO THROUGH THE

09:34AM  13  SYSTEM AND REVISE THE PARSER AND PUT IN BETTER STRUCTURE,

09:34AM  14  BASICALLY IMPROVE THE STRUCTURE OF THE SYSTEM THERE.  AND ONE

09:34AM  15  OF THE THINGS HE INTRODUCED WAS THE ABILITY TO TYPE QUESTION

09:34AM  16  MARK AT ANY PLACE AND THE ABILITY TO HAVE A HELP DESCRIPTION

09:34AM  17  THAT WOULD BE PRINTED OUT WHEN THE QUESTION MARK WAS TYPED FOR

09:34AM  18  THAT PARTICULAR PLACE.

09:34AM  19      AND HE AND HIS ENGINEERS WENT THROUGH AND DEFINED THE HELP

09:35AM  20  MESSAGES FOR THE SYSTEM AT THAT POINT IN THE EARLY NINETIES.

09:35AM  21  EVER SINCE THEN, ANY ENGINEER THAT HAS BEEN ADDING

09:35AM  22  FUNCTIONALITY TO THE SYSTEM AND HAS CREATED COMMANDS FOR

09:35AM  23  MONITORING OR CONFIGURING THE SYSTEM, HIS DEFINED THOSE HELP

09:35AM  24  MESSAGES.

09:35AM  25  Q.  AND JUST TO REMIND THE JURY AGAIN, ARE THERE ANY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:35AM  1    RESTRICTIONS OR CONSTRAINTS OR FUNCTIONAL DEMAND THAT IS SAY

09:35AM  2    YOU HAVE TO USE THESE PARTICULAR WORDS IN THIS PARTICULAR

09:35AM  3    SEQUENCE?

09:35AM  4    A.   NO, THEY CAN EXPRESS THEMSELVES HOWEVER THEY WANT.  THERE'S

09:35AM  5    NO -- THE REAL POINT IS TO BE HELPFUL.  IF SOMEBODY WANTED TO

09:35AM  6    DO, YOU KNOW, TYPE IN GETTYSBURG ADDRESS, THERE'S A HELP

09:35AM  7    MESSAGE.  WE LOOK AT THEM REALLY STRANGELY AND SUGGEST THEY

09:35AM  8    MIGHT DO SOMETHING DIFFERENT, BUT OTHER THAN THAT, DO THE RIGHT

09:35AM  9    THING AND BE HELPFUL.

09:35AM  10   Q.   COULD YOU GIVE THE JURY A UNIQUE EXAMPLE THAT'S FOUND IN

09:35AM  11   THE CISCO HELP DESCRIPTIONS?

09:35AM  12   A.   THERE IS ONE PARTICULAR HELP STRING THAT I NOTICE THAT IS

09:36AM  13   VERY, VERY UNIQUELY, HAS A CISCO HISTORY, ARP TYPE ARPA.

09:36AM  14   Q.   IS THAT ARPA?  ARPA?

09:36AM  15   A.   YEAH, ARPA AS IN THE ARPA MAP.

09:36AM  16   Q.   CAN YOU TELL US WHY THAT'S UNUSUAL OR UNIQUE TO CISCO?

09:36AM  17   A.   SO THAT WAS THE TERMINOLOGY THAT I CREATED WHEN THE -- IN

09:36AM  18   1986 WHEN WE SHIPPED OUR FIRST PRODUCTS, ONE OF OUR BIG

09:36AM  19   CUSTOMERS WAS HEWLETT-PACKARD.  AND THEY PUT SOME OF THEIR

09:36AM  20   PACKETS ON THE ETHERNET WITH A PARTICULAR SET OF BYTES IN FRONT

09:36AM  21   OF THEM THAT WAS COMPLETELY DIFFERENT THAN THE WAY EVERYBODY

09:36AM  22   ELSE IN THE WORLD WAS DOING IT.

09:36AM  23       AND I NEEDED SOME WAY OF DISTINGUISHING BETWEEN THE WAY

09:36AM  24   THAT HP WAS DOING IT, WHICH WAS TO USE SOMETHING CALLED THE

09:36AM  25   IEEE STANDARD, AND THE WAY EVERYBODY ELSE WAS DOING IT.  AND I

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:37AM 1    HAD TO FIGURE OUT A WAY TO EXPRESS THAT DIFFERENCE.  AND THE

09:37AM 2    CALLED, THE WAY EVERYBODY DID IT WAS ARPA, WHAT I CONSIDERED

09:37AM 3    THE ARPA NET COMMUNITY WAS DOING IT.

09:37AM 4        SO I HAD TWO KEY WORDS, ARPA AND IEEE.

09:37AM 5    Q.  AND WHY WAS IT UNUSUAL TO CHOOSE THE WORD ARPA TO DESCRIBE

09:37AM 6    WHAT EVERYBODY ELSE WAS DOING AT THE TIME?

09:37AM 7    A.  WELL I DON'T THINK ANYBODY ELSE WOULD HAVE THOUGHT OF THAT

09:37AM 8    WORD TO DESCRIBE IT.  IT WAS JUST -- LIKE I SAID, I NEEDED SOME

09:37AM 9    WAY OF DISTINGUISHING BETWEEN THE IEEE STANDARD WAY OF DOING

09:37AM 10   THINGS AND THE WAY EVERYBODY ELSE DID IT.  I COULD HAVE CHOSEN

09:37AM 11   OTHER WORDS, BUT AT THE TIME WITH MY EXPERIENCE, THAT WAS WHAT

09:37AM 12   I SELECTED.  AND NOBODY HAS -- HP, VERY SOON THERE AFTER,

09:37AM 13   CHANGED THEIR SOFTWARE SO THEY DIDN'T DO IT IN THE IEEE WAY,

09:37AM 14   THEY DID IT THE WAY EVERYBODY ELSE DID IT.  SO I DON'T THINK

09:37AM 15   THERE'S BEEN ANY NEED FOR THAT FUNCTIONALITY FOR 25 YEARS OR

09:38AM 16   SO.

09:38AM 17   Q.  BUT IT'S STILL FOUND IN YOUR HELP DESCRIPTIONS?

09:38AM 18   A.  IT'S STILL IN THE HELP DESCRIPTIONS.  WE HAVE NOT DELETED

09:38AM 19   THE CODE.

09:38AM 20   Q.  OKAY.  SO LET'S TAKE A LOOK AT SLIDE 23, MR. FISHER.

09:38AM 21       AND JUST TO CLEAR, TO MAKE SURE WE HAVE A CLEAN RECORD

09:38AM 22   BECAUSE THE DEMONSTRATIVES THAT WE ARE SHOWING ARE PART OF THE

09:38AM 23   EVIDENCE, YOUR TESTIMONY IS.  MR. LOUGHEED, I WANT YOU TO LIST

09:38AM 24   OUT FOR THE JURY AND FOR THE RECORD THE SPECIFIC COMMANDS THAT

09:38AM 25   YOU AUTHORED THAT ARE AT ISSUE IN THIS CASE.  SO YOU COULD USE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:38AM 1    THIS AS A GUIDE TO DO THAT.

09:38AM 2    A.   DO YOU WANT ME TO JUST READ THEM?

09:38AM 3    Q.   YES, IF YOU COULD?

09:38AM 4    A.   OKAY.  ARP TIMEOUT, BANNER LOGIN, BANNER MOTD, BOOT SYSTEM,

09:38AM 5    CLEAR ARP-CACHE, CLEAR IGBGP, DISTANCE BGP, INTERFACE ETHERNET,

09:39AM 6    INTERFACE LOOPBACK, IP ACCESS-GROUP, IP ACCESS-LIST, IP

09:39AM 7    ADDRESS, IP DOMAIN LOOKUP, IP DOMAIN-NAME, IP HELPER-ADDRESS,

09:39AM 8    IP HOST, IP NAME-SERVER, IP PROXY-ARP.

09:39AM 9        IP ROUTE, IP ROUTING.  MAP-ADDRESS, MAC NO SNMP-SERVER,

09:39AM 10    PASSIVE-INTERFACE, ROUTER BGP, ROUTER RIP.

09:40AM 11        SHOW ARP, SHOW HOSTS.  SHOW INTERFACES, SHOW IP

09:40AM 12    ACCESS-LISTS.  SHOW IP ARP.  SHOW IP BGP.  SHOW IP INTERFACE.

09:40AM 13    SHOW IP ROUTE, SHOW SPANNING-TREE, TIMERS BASIC, AND TIMERS

09:40AM 14    BGP.

09:40AM 15    Q.   AND AGAIN FOR THE RECORD DID YOU PERSONALLY AUTHOR EACH OF

09:40AM 16    THESE MULTIWORD COMMAND EXPRESSIONS?

09:40AM 17    A.   YES.

09:40AM 18    Q.   AND DID YOU COPY THEM FROM ANY OTHER SOURCE?

09:40AM 19    A.   NO.

09:40AM 20    Q.   AND TO YOUR KNOWLEDGE HAS ANY OTHER ORGANIZATION OR COMPANY

09:40AM 21    USED THESE MULTIWORD COMMANDS BEFORE YOU CAME UP WITH THEM?

09:40AM 22    A.   BEFORE, NO, I WAS NOT AWARE OF ANYBODY USING ANY SUCH

09:40AM 23    COMMANDS BEFORE I CREATED THEM.

09:41AM 24    Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT MULTIWORD SOURCE CODE

09:41AM 25    COMMAND YOU IMPLEMENTED HERE?

570

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:41AM 1   A.   I USED A COPY OF THE STANFORD SOURCE THAT I HAD PUT ASIDE

09:41AM 2   AS MY DEVELOPMENT FOR ROUTER SOFTWARE.   THAT WAS THE ORIGINAL

09:41AM 3   PIECE.   AND THEN MANY OF THESE WERE CREATED AFTER I LEFT

09:41AM 4   STANFORD, I WAS WORKING AT CISCO.

09:41AM 5   Q.   AND WHAT HAPPENED TO THE STANFORD VERSION OF THE CODE THAT

09:41AM 6   DID NOT INCLUDE THESE COMMAND EXPRESSIONS?

09:41AM 7   A.   I GAVE THAT BACK TO STANFORD.

09:41AM 8   Q.   AND JUST TO MAKE IT CLEAR YOU TALKED ABOUT THE DISPUTE WITH

09:41AM 9   STANFORD THAT HAPPENED.   WHAT HAPPENED IN TERMS OF RESOLVING

09:41AM 10  THAT DISPUTE?

09:41AM 11  A.   THE CEO AT THE TIME MET WITH STANFORD AND NEGOTIATED A

09:41AM 12  LICENSE FOR THE SOFTWARE THAT I HAD OTHERS HAD WRITTEN AT

09:41AM 13  STANFORD UNIVERSITY.   SO WE HAVE A PAID FOR LICENSE TO ALL THAT

09:42AM 14  WORK.

09:42AM 15  Q.   OKAY.   AND CAN YOU THINK OF SOMEBODY ELSE WHO MIGHT HAVE

09:42AM 16  WRITTEN SOME OF THE CODE THAT WAS LICENSED TO YOU UNDER THE

09:42AM 17  STANFORD AGREEMENT?

09:42AM 18  A.   BILL YEAGER WROTE THIS CODE.

09:42AM 19  Q.   AND WHAT TYPE OF CODE DID MR. YEAGER WRITE?

09:42AM 20  A.   HE WROTE SOMETHING CALLED AN ETHER TIP CODE OR TERMINAL

09:42AM 21  SERVER, AND HE HAD WRITTEN SOME ROUTING CODE THAT I TOTALLY

09:42AM 22  ENDED UP ARE REMOVING FROM THE TESTIMONY BECAUSE I WASN'T

09:42AM 23  INTERESTED IN IT.   AND THEN LATER ON I PUT IN ROUTING CODE OF

09:42AM 24  MY OWN AUTHORSHIP.

09:42AM 25  Q.   OKAY.   AND DID EACH OF THESE MULTIWORD COMMANDS AND THE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:42AM 1    USER INTERFACE ELEMENTS, DID THAT INVOLVE THE ROUTER CODE THAT

09:42AM 2    YOU WROTE PERSONALLY?

09:42AM 3    A.  YES.

09:42AM 4    Q.  SO MR. LOUGHEED, THANK YOU FOR YOUR TESTIMONY, I JUST WANT

09:42AM 5    TO END WITH ASKING YOU A FEW QUESTIONS HERE.  YOU HAVE BEEN AT

09:42AM 6    CISCO FOR A LONG TIME, ARE YOU PROUD OF THE WORK THAT YOU'VE

09:42AM 7    DONE FOR 30 YEARS AT CISCO?

09:43AM 8    A.  I'M VERY PROUD OF THE WORK THAT I AND OTHERS HAVE DONE AT

09:43AM 9    CISCO.  WHEN WE STARTED THE INTERNET WAS JUST BASICALLY AN IDEA

09:43AM 10   AND NOW IT'S PART OF EVERY DAY LIFE.  IT'S MADE A BIG IMPACT IN

09:43AM 11   SOCIETY.  SOME OF IT NOT NECESSARILY FOR THE GOOD, BUT MOSTLY I

09:43AM 12   THINK FOR THE GOOD.  AND I'M VERY PROUD OF THE GOOD THAT HAS

09:43AM 13   BEEN BROUGHT INTO PEOPLE'S LIVES.

09:43AM 14   Q.  AND PARTICULARLY THE USER INTERFACE THAT WE HAVE BEEN

09:43AM 15   TALKING ABOUT, THE COMMAND-LINE INTERFACE THAT YOU DESIGNED FOR

09:43AM 16   CISCO, ARE YOU PROUD OF THAT INTERFACE?

09:43AM 17   A.  I AM.  IT'S -- IT SUCCEEDED, YOU KNOW, BEYOND MY DREAMS.

09:43AM 18   IT WAS -- IT WAS SOMETHING THE CUSTOMERS REALLY LOVED.  THE

09:43AM 19   ENGINEERS THAT HAVE COME AFTER ME HAVE CONTINUED TO EXTEND THAT

09:44AM 20   SOFTWARE, THAT USER INTERFACE.  AND IT'S BEEN GOING FOR

09:44AM 21   30 YEARS AND THAT IS A LONG, LONG TIME IN THE TECH INDUSTRY FOR

09:44AM 22   SOMETHING TO BE CONTINUALLY USED AND IMPROVED.

09:44AM 23        MR. PAK:  I THANK YOU FOR YOUR TESTIMONY.  I PASS THE

09:44AM 24   WITNESS, YOUR HONOR.

09:44AM 25        THE COURT:  THANK YOU.  MR. SILBERT,

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

1    CROSS-EXAMINATION?

2

3                    **CROSS-EXAMINATION BY MR. SILBERT**

4

5    Q.   GOOD MORNING, MR. LOUGHEED.

6    A.   GOOD MORNING.

7            MR. SILBERT:  YOUR HONOR, MAY WE APPROACH CAN WITH

8    COPIES OF MR. LOUGHEED'S DEPOSITION AND BINDERS?

9            THE COURT:  YES.

10   Q.   IT'S NOT AS BAD AS IT LOOKS, SIR, SOME OF THE MANUALS ARE

11   QUITE LARGE.

12   A.   OKAY.

13   Q.   GOOD MORNING, SIR.  WE HAVEN'T MET.  MY NAME IS DAVID

14   SILBERT, I'M ONE OF THE ATTORNEYS THAT REPRESENTING ARISTA.

15   A.   PLEASED TO MEET YOU.

16   Q.   THANK YOU.  YOU TESTIFIED YESTERDAY ABOUT THE PROCESS THAT

17   YOU USED TO CHOOSE CLI COMMANDS, DO YOU RECALL THAT?

18   A.   YES, I DO.

19   Q.   AND YOU SAID THAT FIRST YOU CAME UP WITH A FEW INITIAL KEY

20   WORDS SUCH AS SHOW, CORRECT?

21   A.   YES.

22   Q.   AND YOU TESTIFIED THAT AFTER YOU HAD A VERY SMALL SET OF

23   COMMANDS FOR A NEW FUNCTIONALITY YOU WOULD LOOK AT WHAT YOU HAD

24   ALREADY DONE BEFORE BECAUSE YOU NEEDED TO FIT IN WITH THAT,

25   CORRECT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:45AM 1    A.   YES.

09:45AM 2    Q.   AND YOU SAID THAT YOU NEEDED TO BE REASONABLE AND LOGICAL,

09:45AM 3    RIGHT?

09:45AM 4    A.   THAT WOULD BE DESIRABLE.  NOT REQUIRED, BUT DESIRABLE.

09:45AM 5    Q.   OKAY.  AND YOU SAID THAT YOU WANTED THERE TO BE A RHYME AND

09:45AM 6    A REASON TO THINGS, CORRECT?

09:46AM 7    A.   YES.

09:46AM 8    Q.   YOU ALSO SAID THAT YOU NEEDED TO COMMUNICATE TO NETWORK

09:46AM 9    MANAGERS AND SUPPORT PEOPLE, RIGHT?

09:46AM 10   A.   CORRECT.

09:46AM 11   Q.   AND YOU SAID THAT YOU NEEDED SOMETHING THAT WOULD MAKE

09:46AM 12   SENSE TO THAT AUDIENCE, RIGHT?

09:46AM 13   A.   RIGHT.

09:46AM 14   Q.   OKAY.  SO LET'S TALK ABOUT SOME OF THE ACTUAL COMMANDS THAT

09:46AM 15   YOU CHOSE.  ONE OF THE 506 CLI COMMANDS THAT CISCO IS ASSERTING

09:46AM 16   IN THIS CASE IS THE COMMAND IP ADDRESS, RIGHT?

09:46AM 17   A.   YES.

09:46AM 18   Q.   AND YOU CLAIM THAT YOU AUTHORED THE COMMAND IP ADDRESS,

09:46AM 19   RIGHT?

09:46AM 20   A.   YES.

09:46AM 21   Q.   OKAY.  YOU SAID YESTERDAY THAT YOU CONSIDERED SEVERAL

09:46AM 22   DIFFERENT OPTIONS FOR IP AND A FEW OPTIONS, AT LEAST TWO

09:46AM 23   OPTIONS FOR ADDRESS, AND YOU DECIDED ON IP ADDRESS, RIGHT?

09:46AM 24   A.   YES.

09:46AM 25   Q.   OKAY.  BUT YOU HAD HEARD THE TERM IP ADDRESS BEFORE YOU

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:47AM  1    JOINED CISCO, HADN'T YOU?

09:47AM  2    A.   I HAD INDEED HEARD THE TERM, IP ADDRESS.

09:47AM  3    Q.   THAT WAS THE TERM, IP ADDRESS WAS A TERM THAT PEOPLE IN THE

09:47AM  4    NETWORKING INDUSTRY WERE ALREADY USING BEFORE YOU JOINED CISCO,

09:47AM  5    RIGHT?

09:47AM  6    A.   YES.

09:47AM  7    Q.   OKAY.  SO THE CHOICE YOU MADE FOR IP ADDRESS WAS TO USE AS

09:47AM  8    A CLI COMMAND, A TERM THAT THE NETWORKING INDUSTRY WAS ALREADY

09:47AM  9    USING, RIGHT?

09:47AM  10   A.   THAT WAS ONE OF THE TERMS THAT THEY WERE USING, THAT WAS

09:47AM  11   THE ONE THAT I CHOSE.

09:47AM  12   Q.   OKAY.  YES.

09:47AM  13        AND JUST TALKING ABOUT THE INDIVIDUAL WORDS IN THAT

09:47AM  14   COMMAND, YOU SAID YESTERDAY THAT IP REFERS TO THE INTERNET

09:47AM  15   PROTOCOL, RIGHT

09:47AM  16   A.   CORRECT.

09:47AM  17   Q.   AND THAT THAT'S THE PROTOCOL THAT GOVERNS HOW DATA IS SENT

09:47AM  18   OVER THE INTERNET, RIGHT?

09:47AM  19   A.   CORRECT.

09:47AM  20   Q.   AND OBVIOUSLY YOU'RE FAMILIAR WITH THAT PROTOCOL, RIGHT,

09:47AM  21   SIR?

09:47AM  22   A.   YES.

09:47AM  23   Q.   SO WOULD YOU PLEASE LOOK IN YOUR BINDER AT EXHIBIT 6944.

09:48AM  24   DO YOU HAVE THAT IN FRONT OF YOU?

09:48AM  25   A.   I BELIEVE I DO.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:48AM 1   Q.  AND THAT'S THE INTERNET PROTOCOL, RIGHT?

09:48AM 2   A.  RFC, 791.

09:48AM 3   Q.  YES.  AND WHEN YOU USED ABBREVIATION IP IN A CLI COMMAND,

09:48AM 4   THAT'S WHAT YOU ARE REFERRING TO, RIGHT, THAT PROTOCOL?

09:48AM 5   A.  YES.

09:48AM 6          MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 6944.

09:48AM 7          THE COURT:  ANY OBJECTION?

09:48AM 8          MR. PAK:  NO OBJECTION, YOUR HONOR.

09:48AM 9          THE COURT:  IT WILL BE ADMITTED.

09:48AM 10      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 6944, HAVING BEEN

09:48AM 11  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

09:48AM 12  EVIDENCE.)

09:48AM 13         MR. SILBERT:

09:48AM 14  Q.  NOW THE DATE ON THIS DOCUMENT IS SEPTEMBER 1981, DO YOU SEE

09:48AM 15  THAT?

09:48AM 16  A.  I SEE THAT.

09:48AM 17  Q.  AND THAT WAS SEVERAL YEARS BEFORE CISCO EXISTED, CORRECT?

09:48AM 18  A.  CORRECT.

09:48AM 19  Q.  SO THIS PROTOCOL DOCUMENT ITSELF USES THE TERM IP TO REFER

09:49AM 20  TO THE INTERNET PROTOCOL; IS THAT RIGHT?

09:49AM 21  A.  I BELIEVE IT DOES.  THE PAGE YOU HAVE UP ALSO REFERS TO IT

09:49AM 22  AS THE INTERNET PROTOCOL SPELLED OUT.

09:49AM 23  Q.  OKAY.  WOULD YOU PLEASE LOOK AT SECTION 3.3, WHICH IS ON

09:49AM 24  PAGE 31 OF THE DOCUMENT.  AND IN THAT FIRST PARAGRAPH IN

09:49AM 25  SECTION 3.3, YOU SEE THE TERM IP USED MULTIPLE TIMES, RIGHT?

576

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:49AM  1    A.   ON PAGE 31?

09:49AM  2    Q.   YEAH.  IT MAY BE EASIER, SIR, IF YOU LOOK ON YOUR SCREEN,

09:49AM  3    IT'S UNDER SECTION 3.3?

09:50AM  4    A.   YES.

09:50AM  5    Q.   YOU SEE THE TERM IP THERE WITHIN THE PROTOCOL DOCUMENT

09:50AM  6    ITSELF, RIGHT?

09:50AM  7    A.   YES.

09:50AM  8    Q.   AND SO THE INDUSTRY WAS USING THE ABBREVIATION IP FOR

09:50AM  9    INTERNET PROTOCOL BEFORE YOU EVEN JOINED CISCO, CORRECT?

09:50AM  10   A.   CORRECT.

09:50AM  11   Q.   AND SO THEN LET'S TALK ABOUT THE WORD ADDRESS IN THE PHRASE

09:50AM  12   IP ADDRESS.

09:50AM  13        NOW, ADDRESSING IS A BASIC CONCEPT WITHIN THE INTERNET

09:50AM  14   PROTOCOL, RIGHT

09:50AM  15   A.   YES, IT IS.

09:50AM  16   Q.   AND IP ADDRESS IS A NUMBER THAT UNIQUELY IDENTIFIES A

09:50AM  17   DEVICE ON AN IP NETWORK; IS THAT RIGHT?

09:50AM  18   A.   YES.

09:50AM  19   Q.   AND THE INTERNET PROTOCOL DOCUMENT ITSELF CALLS THAT NUMBER

09:50AM  20   AN ADDRESS, ISN'T THAT RIGHT?

09:50AM  21   A.   THAT'S CORRECT.

09:50AM  22   Q.   SO -- AND IT'S JUST TAKE A LOOK AT THAT.  IF YOU COULD LOOK

09:50AM  23   PLEASE AT PAGE 7 OF THE SAME DOCUMENT, UNDER THE HEADING

09:50AM  24   ADDRESSES.  IF YOU LOOK AT THE SECOND PARAGRAPH THERE, IT SAYS,

09:51AM  25   ADDRESSES ARE FIXED LENGTH OF FOUR OCTETS.  AN ADDRESS BEGINS

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:51AM  1    WITH A NETWORK NUMBER FOLLOWED LIE LOCAL ADDRESS CALLED THE

09:51AM  2    REST FIELD.  DO YOU SEE THAT?

09:51AM  3    A.  I DO.

09:51AM  4    Q.  THAT'S WHAT YOU'RE TALKING ABOUT WHEN YOU USE THE TERM IP

09:51AM  5    ADDRESS IN THE CLI COMMAND IP ADDRESS, RIGHT?

09:51AM  6    A.  YES.

09:51AM  7    Q.  SO FOR THAT COMMAND IP ADDRESS, YOU -- THE TERM IP AND THE

09:51AM  8    TERM ADDRESS, BOTH APPEAR IN THE IP PROTOCOL DOCUMENT ITSELF,

09:51AM  9    RIGHT?

09:51AM  10   A.  THOSE WORDS DO APPEAR IN THE DOCUMENT ITSELF, YES.

09:51AM  11   Q.  AND IN ADDITION TO THAT, BEFORE YOU SELECTED THAT TERM AS A

09:51AM  12   CLI COMMAND, YOU KNEW THAT PEOPLE IN THE NETWORKING INDUSTRY

09:51AM  13   WERE ALREADY USING THE TWO-WORD PHRASE IP ADDRESS, CORRECT?

09:52AM  14   A.  YES.

09:52AM  15   Q.  SO THAT WAS A PRACTICAL CHOICE THAT YOU MADE, WASN'T IT?

09:52AM  16   A.  IT WAS A CHOICE I MADE, IT WAS NOT THE ONLY CHOICE I COULD

09:52AM  17   HAVE MADE.  I COULD HAVE SPELLED OUT IP, I COULD HAVE CALLED IT

09:52AM  18   INTERNET ADDRESS.  AND ACTUALLY, IN MY TESTIMONY YESTERDAY, I

09:52AM  19   STARTED OUT WITH THE COMMAND ADDRESS.  AND IN THE FIRST IP

09:52AM  20   ROUTER, FIRST INTERNET ROUTER, THAT WAS SHIPPED, AND AS WE

09:52AM  21   BECAME MULTI PROTOCOL THEN I NEEDED SOME WAY DISTINGUISHING

09:52AM  22   WHAT THAT ADDRESS WAS.  SO THE INITIAL COMMAND WAS ADDRESS.

09:52AM  23   Q.  RIGHT.  WHEN THERE WAS ONLY ONE PROTOCOL AND THEREFORE NO

09:52AM  24   REASON TO SPECIFY WHAT PROTOCOL YOU WERE USING, YOU USED THE

09:52AM  25   TERM ADDRESS, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:52AM 1   A.   YES.

09:52AM 2   Q.   AND THEN ONCE YOU HAD MORE THAN ONE PROTOCOL AND THEREFORE

09:52AM 3   THERE WAS A REASON TO SPECIFY WHETHER IT WAS IP OR PROTOCOL,

09:53AM 4   YOU STARTED CALLING IT AN IP ADDRESS, RIGHT?

09:53AM 5   A.   THAT WAS THE CHOICE I MADE.   THERE WAS THE OTHER

09:53AM 6   POSSIBILITY OF USING THE WORD ADDRESS AND THEN HAVING THE

09:53AM 7   COMPUTER DETERMINE WHAT SORT OF PROTOCOL ADDRESS THAT CAME

09:53AM 8   AFTER IT, BECAUSE TYPICALLY THE DIFFERENT NETWORK PROTOCOLS

09:53AM 9   HAVE DIFFERENT FORMATTED ADDRESSES THAT YOU CAN ACTUALLY TELL

09:53AM 10  APART.   BUT I WAS CONCERNED THAT THERE MIGHT BE SOME COME ALONG

09:53AM 11  THAT WOULD ACTUALLY LOOK THE STATEMENT.   SO BEING EXPLICIT

09:53AM 12  ABOUT WHAT SORT OF PROTOCOL ADDRESS IT WAS, WAS -- INFLUENCED

09:53AM 13  MY CHOICE.

09:53AM 14      I COULD HAVE ALSO HAVE PUT ADDRESS AND THEN IP.   AND THEN

09:53AM 15  AN IP ADDRESS TO DO THE DISTINGUISHING.

09:53AM 16  Q.   YEAH.   AND THE CHOICE YOU DID MAKE WAS TO USE A TERM THAT

09:53AM 17  THE NETWORK INDUSTRY WAS ALREADY USING, IP ADDRESS, RIGHT?

09:53AM 18  A.   YES.

09:53AM 19  Q.   NOW ANOTHER CLI COMMAND THAT YOU CLAIMED TO HAVE AUTHORED

09:54AM 20  IS THE COMMAND MAC ADDRESS; IS THAT RIGHT?

09:54AM 21  A.   YES.

09:54AM 22  Q.   AND A MAC ADDRESS IS AN IDENTIFIER THAT IS ASSIGNED TO A

09:54AM 23  DEVICE ON A NETWORK; IS THAT RIGHT?

09:54AM 24  A.   YES.

09:54AM 25  Q.   MAC STANDS FOR MEDIA ACCESS CONTROL, CORRECT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:54AM  1    A.   CORRECT.

09:54AM  2    Q.   AND YOU ARE FAMILIAR WITH THE IEEE, RIGHT?

09:54AM  3    A.   IT'S A STANDARDS ORGANIZATION.

09:54AM  4    Q.   YOU JUST REFERRED TO THE IEEE WANT A FEW MINUTES AGO IN

09:54AM  5    YOUR TESTIMONY, RIGHT?

09:54AM  6    A.   YES.

09:54AM  7    Q.   IT STANDS FOR THE INSTITUTE OF ELECTRICAL AND ELECTRONICS

09:54AM  8    ENGINEERS, CORRECT?

09:54AM  9    A.   THAT'S MY UNDERSTANDING.

09:54AM  10   Q.   AND YOU MENTIONED THAT IT'S A STANDARDS ORGANIZATION.   THE

09:54AM  11   IEEE SETS AND DEFINES STANDARDS THAT ARE USED BY THE NETWORKING

09:54AM  12   INDUSTRY AND OTHER INDUSTRIES, CORRECT?

09:54AM  13   A.   YES.

09:54AM  14   Q.   NOW AT THE TIME YOU ADDED THE MAC ADDRESS COMMAND TO THE

09:54AM  15   CISCO CLI, YOU KNEW THAT THE IEEE WAS ALREADY USING THE TERM

09:54AM  16   MAC ADDRESS, ISN'T THAT RIGHT?

09:54AM  17   A.   THEY WERE USING THE TERM MAC ADDRESS TO REFER TO A LEVEL 2

09:55AM  18   OR HARDWARE ADDRESS, YES.

09:55AM  19   Q.   RIGHT.   SO WITH MAC ADDRESS, YOUR DECISION AGAIN, WAS TO

09:55AM  20   USE AS A CLI COMMAND, A PHRASE THAT THE NETWORKING INDUSTRY WAS

09:55AM  21   ALREADY USING, CORRECT?

09:55AM  22   A.   THAT WAS ONE OF THE TERMS THEY WERE USING, BUT YES, IT WAS

09:55AM  23   A TERM THEY WERE USING.

09:55AM  24   Q.   OKAY.   AND AGAIN, THAT WAS A PRACTICAL CHOICE, WASN'T IT?

09:55AM  25   A.   THAT WAS MY JUDGMENT AT THE TIME OF WHAT -- I COULD HAVE

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:55AM 1    CALLED IT OTHER THINGS THAT PEOPLE WOULD HAVE UNDERSTOOD QUITE

09:55AM 2    WELL, BUT HARDWARE ADDRESS OR IEEE ADDRESS.  THINGS LIKE THAT.

09:55AM 3    Q.   BUT WHAT YOU DID CHOOSE TO DO WAS USE A TERM THAT THE

09:55AM 4    NETWORKING INDUSTRY HAD ALREADY BEEN USING?

09:55AM 5    A.   IT WAS ONE OF THE COMMON TERMS THEN, YES.

09:55AM 6    Q.   OKAY.  ANOTHER COMMAND THAT YOU CLAIMED TO HAVE AUTHORED IS

09:55AM 7    BOOT SYSTEM, RIGHT?

09:55AM 8    A.   YES.

09:55AM 9    Q.   AND YOU HAD HEARD CERTAINLY PEOPLE IN THE FIELD OF

09:56AM 10   COMPUTING, TALKING ABOUT BOOTING THE SYSTEM BEFORE YOU JOINED

09:56AM 11   CISCO, RIGHT?

09:56AM 12   A.   YES.

09:56AM 13   Q.   AND THAT WAS STANDARD COMPUTING TERMINOLOGY, RIGHT?

09:56AM 14   A.   THAT WAS STANDARD, YES, THE USE OF THE WORD BOOT FOR

09:56AM 15   STARTING THE SYSTEM WAS A COMMON TERM.

09:56AM 16   Q.   THAT'S TERMINOLOGY THAT WOULD MAKE SENSE TO YOUR AUDIENCE,

09:56AM 17   RIGHT?

09:56AM 18   A.   THAT'S ONE OF THE TERMS THAT WOULD MAKE SENSE.  THE POINT

09:56AM 19   OF THAT COMMAND WAS TO ACTUALLY SPECIFY A FILE.  WHEN THE

09:56AM 20   ROUTER FINALLY HAD FLASH MEMORY AND COULD KEEP FILES, I NEEDED

09:56AM 21   SOME WAY OF POINTING TO THE FILE THAT THE SYSTEM WAS GOING TO

09:56AM 22   START WITH.

09:56AM 23       SO INSTEAD OF BOOT SYSTEM, I COULD HAVE USED, YOU KNOW,

09:56AM 24   IMAGE OR START FILE OR INITIAL PROGRAM LOAD OR ALL SORTS OF

09:56AM 25   DIFFERENT THINGS.  THAT WOULD HAVE BEEN WELL UNDERSTOOD BY

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:56AM 1    NETWORK ADMINISTRATORS AND COMPUTER PEOPLE

09:57AM 2    Q.   IT WAS A PRACTICAL CHOICE, WASN'T IT?  BOOT SYSTEM?

09:57AM 3    A.   IT WAS A -- IT WAS ONE CHOICE OUT OF MANY.  THERE WOULD

09:57AM 4    HAVE BEEN NO MISUNDERSTANDING IF I JUST SAID LIKE IMAGE FILE OR

09:57AM 5    MAIN SYSTEM FILE OR THINGS ALONG THOSE LINES.

09:57AM 6    Q.   WOULD IT SURPRISE YOU THAT BESIDES CISCO AND ARISTA, AT

09:57AM 7    LEAST 12 OTHER NETWORKING SWITCH VENDORS USE THE CLI COMMAND

09:57AM 8    BOOT SYSTEM?

09:57AM 9    A.   IT MUST HAVE APPEALED TO SOME OTHER PEOPLE AS WELL.

09:57AM 10   Q.   AND YOU ALSO CLAIM TO BE THE AUTHOR OF THE CLI COMMAND SHOW

09:57AM 11   HOSTS; IS THAT RIGHT?

09:57AM 12   A.   YES.

09:57AM 13   Q.   NOW IN FACT, YOU CLAIM TO BE AUTHOR OF NINE DIFFERENT

09:57AM 14   COMMANDS THAT ARE IN THE FORM SHOW, THE WORD SHOW, FOLLOWED BY

09:57AM 15   SOMETHING TO BE SHOWN; IS THAT RIGHT?

09:57AM 16   A.   YES.

09:57AM 17   Q.   AND COULD WE PLEASE SEE MR. LOUGHEED'S DEMONSTRATIVE SLIDE

09:58AM 18   23.  THIS IS THE SLIDE THAT YOU USE, SIR, WE JUST ADDED SOME

09:58AM 19   HIGHLIGHTING ON THE SHOW COMMANDS.

09:58AM 20       YOU CLAIM TO BE THE AUTHOR OF ALL OF THESE COMMANDS THAT

09:58AM 21   ARE IN THE FORM SHOW FOLLOWED BY SOMETHING THAT YOU WANT THE

09:58AM 22   SWITCH TO SHOW, CORRECT?

09:58AM 23   A.   YES.

09:58AM 24   Q.   AND ARE YOU AWARE THAT OF THE 506 CLI COMMANDS THAT CISCO

09:58AM 25   IS ASSERTING IN THIS CASE, 155 OF THEM ARE IN THE FORM ARE THE

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:58AM 1    WORD SHOW, FOLLOWED BY SOMETHING TO BE SHOWN?

09:58AM 2    A.  I ACCEPT THAT.

09:58AM 3    Q.  OKAY.  YOU WERE FAMILIAR WITH THAT SYNTAX IN CLI COMMANDS

09:58AM 4    BEFORE YOU STARTED WORKING AT CISCO, ISN'T THAT RIGHT?

09:58AM 5    A.  I WAS AWARE OF COMMANDS SUCH AS INFORMATION AND I BELIEVE

09:58AM 6    THERE WERE SOME PROGRAMS THAT USED SHOW TO REQUEST INFORMATION

09:59AM 7    TO BE DISPLAYED.

09:59AM 8    Q.  DIDN'T YOU PERSONALLY ENTER INTO CLI'S BEFORE YOU STARTED

09:59AM 9    WORKING AT CISCO COMMANDS IN THE FORM SHOW FOLLOWED BY

09:59AM 10   SOMETHING TO BE SHOWN?

09:59AM 11   A.  IN THE DEC SYSTEM-20 SOFTWARE THAT I USED, THE MAIN COMMAND

09:59AM 12   PROCESSOR USED AN INFORMATION COMMAND, THE KEY WORD

09:59AM 13   INFORMATION.  THERE WAS ANOTHER PROGRAM FOR MONITORING PRINTERS

09:59AM 14   AND MAG TAPES THAT DIDN'T USE THE SHOW COMMAND.  AND THERE WERE

09:59AM 15   PROBABLY OTHER PROGRAMS THAT DID IT AS WELL.

09:59AM 16   Q.  RIGHT.  AND THAT PROGRAM THAT YOU REFERRED TO FOR

09:59AM 17   MONITORING PRINTERS, THAT WAS A PROGRAM CALLED WAY CZAR, RIGHT?

09:59AM 18   A.  THE PROGRAM'S NAME APPROXIMATE WAS OPR, AND QUASAR WAS A

10:00AM 19   SOFTWARE THAT, SOMETHING CALLED A SOFTWARE DEMON THAT RAN IN

10:00AM 20   THE BACKGROUND THAT OPR TALKS TO.

10:00AM 21   Q.  AND OPR, HAD A CLI, DIDN'T IT, SIR?

10:00AM 22   A.  YES.

10:00AM 23   Q.  AND YOU PERSONALLY USED THAT CLI WHILE YOU WERE AT

10:00AM 24   STANFORD, RIGHT?

10:00AM 25   A.  YES, I DID.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:00AM 1    Q.   AND THAT CLI THAT YOU USED AT STANFORD HAD SHOW COMMANDS,

10:00AM 2    CORRECT?

10:00AM 3    A.   YES, IT HAD A SHOW COMMAND.

10:00AM 4    Q.   BY THE WAY, YOU USED THAT CLI WHENEVER THE PRINTERS AT

10:00AM 5    STANFORD STOPPED WORKING, RIGHT?

10:00AM 6    A.   YES.

10:00AM 7    Q.   AND THAT WAS FREQUENTLY WITH THOUSANDS OF UNDER GRADUATES?

10:00AM 8    A.   YES, PRINTERS HAVE NOT CHANGED MUCH IN THE PAST 30 YEARS,

10:00AM 9    THEY GET PROBLEMS.

10:00AM 10   Q.   WE STARTED TALKING ABOUT THE COMMAND SHOW HOSTS AND WE'VE

10:00AM 11   TALKED ABOUT SHOW.  I WANT TO TALK ABOUT HOSTS.

10:01AM 12       IN NETWORKING TERMINOLOGY, A HOST IS A COMPUTER CONNECTED

10:01AM 13   TO A NETWORK, RIGHT?

10:01AM 14   A.   YES.  A COMPUTER, A SYSTEM CONNECTED TO A NETWORK.

10:01AM 15   Q.   AND YOU WERE AWARE OF PEOPLE IN THE FIELD OF COMPUTING

10:01AM 16   USING THE WORD HOST BEFORE YOU USED IT IN ANY CLI, RIGHT?

10:01AM 17   A.   YES.

10:01AM 18   Q.   AND I WANT TO LOOK AT AN EXAMPLE, IF YOU WOULD PLEASE TURN,

10:01AM 19   LOOK AGAIN AT EXHIBIT 6944, THIS AGAIN IS THE INTERNET PROTOCOL

10:01AM 20   THAT WE LOOKED AT EARLIER.  AGAIN, THIS DOCUMENT IS DATED

10:01AM 21   BEFORE CISCO EXISTED, RIGHT?

10:01AM 22   A.   YES.

10:01AM 23   Q.   I WANT TO DIRECT YOUR ATTENTION TO SECTION 1.1 OF THE

10:01AM 24   DOCUMENT UP THERE AT THE TOP, RIGHT UNDER INTRODUCTION, IT

10:01AM 25   SAYS, THE INTERNET -- I'M LOOKING DOWN STARTING AT THE THIRD

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:01AM  1    LINE.  THE INTERNET PROTOCOL PROVIDES FOR TRANSMITTING BLOCKS

10:01AM  2    OF DATA CALLED DATA GRAMS FROM SOURCE DESTINATIONS WHERE

10:02AM  3    SOURCES AND DESTINATIONS ARE HOSTS IDENTIFIED BY FIXED LENGTH

10:02AM  4    ADDRESSES.  DO YOU SEE THAT?

10:02AM  5    A.  I DO.

10:02AM  6    Q.  THE INTERNET PROTOCOL DOCUMENT ITSELF USES THE WORD HOSTS

10:02AM  7    TO REFER TO DEVICES ON THE NETWORK, RIGHT?

10:02AM  8    A.  CORRECT.

10:02AM  9    Q.  AND YOU AGREE THAT YOU HAD HEARD PEOPLE IN THE FIELD OF

10:02AM  10   COMPUTING AND NETWORKING USE THE TERM HOSTS IN THAT WAY BEFORE

10:02AM  11   YOU STARTED AT CISCO, RIGHT?

10:02AM  12   A.  THAT WAS ONE OF THE WORDS THEY USED, YES.

10:02AM  13   Q.  AND THEN THAT'S THE WORD THAT YOU USED IN THE CLI COMMAND,

10:02AM  14   SHOW HOSTS, RIGHT?

10:02AM  15   A.  YES.

10:02AM  16   Q.  AND THAT, AGAIN, WAS A PRETTY PRACTICAL CHOICE FOR YOU TO

10:02AM  17   MAKE, WASN'T IT, SIR?

10:02AM  18   A.  I COULD HAVE USED SYSTEM, WHICH WOULD HAVE BEEN ANOTHER --

10:02AM  19   WE TYPICALLY REFER TO THEM AS SYSTEMS.  HOST WAS ANOTHER TERM.

10:02AM  20   Q.  WOULD IT SURPRISE YOU THAT BESIDES CISCO AND ARISTA, AT

10:02AM  21   LEAST 11 OTHER NETWORK SWITCH VENDORS USE THE CLI COMMAND SHOW

10:02AM  22   HOSTS?

10:03AM  23   A.  GIVEN THEY CAME AFTER CISCO, I'M NOT SURPRISED.

10:03AM  24   Q.  OKAY.  YOU -- ANOTHER COMMAND THAT YOU CLAIM TO HAVE

10:03AM  25   AUTHORED IS SHOW ARP, RIGHT?  ARP?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:03AM 1    A.  YES.

10:03AM 2    Q.  NOW ARP -- I'M SORRY, WAS THAT A YES?

10:03AM 3    A.  YES.

10:03AM 4    Q.  ARP REFERS TO THE ADDRESS RESOLUTION PROTOCOL, RIGHT?

10:03AM 5    A.  CORRECT.

10:03AM 6    Q.  AND YOU'RE FAMILIAR WITH THAT PROTOCOL, RIGHT?

10:03AM 7    A.  YES.

10:03AM 8    Q.  WOULD YOU PLEASE LOOK AT EXHIBIT 6947 IN YOUR BINDER.

10:03AM 9    THAT'S THE ADDRESS RESOLUTION PROTOCOL, ISN'T IT, SIR?

10:03AM 10   A.  YES.

10:03AM 11           MR. SILBERT:  AND YOUR HONOR I OFFER EXHIBIT 6947.

10:03AM 12           THE COURT:  ANY OBJECTION?

10:03AM 13           MR. PAK:  NO OBJECTION, YOUR HONOR.

10:03AM 14           THE COURT:  IT WILL BE ADMITTED.

10:03AM 15       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 6947, HAVING BEEN

10:03AM 16   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:03AM 17   EVIDENCE.)

10:03AM 18           MR. SILBERT:

10:03AM 19   Q.  AGAIN, SIR, IF YOU COULD PLEASE LOOK AT THE DATE ON THIS

10:03AM 20   DOCUMENT IT'S FROM 1982, THAT'S ABOUT ALMOST FOUR YEARS BEFORE

10:04AM 21   YOU JOINED CISCO, RIGHT?

10:04AM 22   A.  CORRECT.

10:04AM 23   Q.  NOW PEOPLE IN THE NETWORKING INDUSTRY COMMONLY REFER TO THE

10:04AM 24   ADDRESS RESOLUTION PROTOCOL BY ITS INITIALS, THEY CALL IT ARP,

10:04AM 25   DON'T THEY?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:04AM  1    A.  THAT'S A COMMON WAY OF REFERRING TO IT, YES.

10:04AM  2    Q.  AND THAT'S THE SAME WAY YOU REFER TO IT IN THE CLI COMMAND

10:04AM  3    SHOW ARP, RIGHT?

10:04AM  4    A.  THAT'S THE DECISION I MADE.

10:04AM  5    Q.  AND THAT WAS ANOTHER PRACTICAL CHOICE FOR YOU TO MAKE,

10:04AM  6    WASN'T IT?

10:04AM  7    A.  I COULD HAVE JUST -- I COULD HAVE CALLED IT

10:04AM  8    ADDRESS-RESOLUTION OR ADDRESS RESOLUTION.  THOSE WOULD BE OTHER

10:04AM  9    POSSIBILITIES THERE.  PEOPLE WOULD HAVE VERY MUCH UNDERSTOOD

10:04AM  10   WHAT I WAS TALKING ABOUT.

10:04AM  11   Q.  YEAH.  YOU KNOW PEOPLE HAVE TO TYPE THESE THINGS THOUGH,

10:04AM  12   RIGHT?

10:04AM  13   A.  THAT HASN'T STOPPED ME FROM ACTUALLY SPELLING THINGS OUT.

10:04AM  14   THAT'S ONE OF THE DISTINCTIONS OF THE CISCO CLI IS THAT THERE'S

10:04AM  15   A LOT OF WORDS THAT DO GET SPELLED OUT.

10:04AM  16   Q.  WOULD IT SURPRISE YOU THAT BESIDES CISCO AND ARISTA, AT

10:04AM  17   LEAST 15 OTHER NETWORK SWITCH VENDORS USE THE CLI COMMAND SHOW

10:05AM  18   ARP?

10:05AM  19   A.  I ACCEPT YOUR ASSERTION.

10:05AM  20   Q.  OKAY.  WE ARE NOT GOING TO DO ALL OF THESE BECAUSE IT'S

10:05AM  21   GOING TO TAKE ALL DAY.  BUT LET'S TALK ABOUT 1 OR 2 MORE.  YOU

10:05AM  22   CLAIMED TO HAVE AUTHORED THE COMMAND SHOW IP ROUTE; IS THAT

10:05AM  23   RIGHT?  NOW AGAIN, IP REFERS TO THE INTERNET PROTOCOL, CORRECT?

10:05AM  24   A.  YES.

10:05AM  25   Q.  YOU HAD HEARD PEOPLE IN THE FIELD TALKING ABOUT ROUTING IN

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:05AM  1   CONNECTION WITH IP BEFORE YOU JOINED CISCO, RIGHT?

10:05AM  2   A.   CORRECT.

10:05AM  3   Q.   WOULD IT SURPRISE YOU THAT BESIDES CISCO AND ARISTA, AT

10:05AM  4   LEAST 17 OTHER SWITCH VENDORS USE THE COMMAND SHOW IP ROUTE?

10:05AM  5   A.   I PROVIDED A MODEL AND THEY APPEAR TO HAVE FOLLOWED IT.

10:05AM  6   Q.   OKAY.  YOU ALSO CLAIM TO BE THE AUTHOR OF THE COMMAND SHOW

10:05AM  7   SPANNING-TREE; IS THAT RIGHT?

10:05AM  8   A.   YES.

10:05AM  9   Q.   NOW A SPANNING-TREE IS AN INDUSTRY STANDARD NETWORKING

10:06AM  10  PROTOCOL, RIGHT?

10:06AM  11  A.   IT IS.

10:06AM  12  Q.   YOU DIDN'T COME UP WITH THE TERM SPANNING-TREE?

10:06AM  13  A.   NO, NO.

10:06AM  14  Q.   THE TERM SPANNING-TREE IS USED IN IEEE STANDARDS, RIGHT?

10:06AM  15  A.   YES, IT IS.

10:06AM  16  Q.   SO AGAIN IN THE COMMAND SHOW SPANNING-TREE, YOU TOOK THE

10:06AM  17  WORD SHOW AND THEN YOU USED AN EXISTING INDUSTRY, THE NAME OF

10:06AM  18  AN EXISTING INDUSTRY STANDARD PROTOCOL, RIGHT?

10:06AM  19  A.   YES, I DID.

10:06AM  20  Q.   THAT AGAIN WAS A PRACTICAL CHOICE FOR YOU TO TAKE, WASN'T

10:06AM  21  IT?

10:06AM  22  A.   ACTUALLY, I COULD HAVE ACTUALLY, ANOTHER CHOICE THAT I

10:06AM  23  COULD HAVE MADE WAS STP, WHICH IS HOW A PROTOCOL IS OFTEN KNOWN

10:06AM  24  AS.  IN THIS PARTICULAR CASE, I DECIDED FOR WHATEVER REASON AT

10:06AM  25  THE TIME, TO SPELL IT OUT.

588

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:06AM  1  Q.  WOULD IT SURPRISE YOU THAT BESIDES CISCO AND ARISTA, AT

10:06AM  2  LEAST 14 OTHER SWITCH VENDORS USED THE CLI COMMAND SHOW

10:06AM  3  SPANNING-TREE?

10:06AM  4  A.  I THINK I PROVIDED A MODEL AND THEY FOLLOWED IT.

10:07AM  5  Q.  OKAY.  LET'S CHANGE TOPICS SLIGHTLY.

10:07AM  6      NOW, YESTERDAY MR. PAK ASKED YOU IF YOU HAD COPIED ANY

10:07AM  7  MULTIWORD COMMAND FROM ANY OTHER SOURCE; DO YOU RECALL MR. PAK

10:07AM  8  ASKING YOU THAT?

10:07AM  9  A.  YES.

10:07AM  10  Q.  AND YOU ANSWERED VERY DEFINITIVELY, NO, YOU HAD NOT DONE

10:07AM  11  THAT, RIGHT?

10:07AM  12  A.  THAT WAS MY REPLY.

10:07AM  13  Q.  BUT IN FACT, YOU ACTUALLY DID COPY MULTIWORD COMMANDS FROM

10:07AM  14  PRE-EXISTING CLI'S INTO THE CISCO CLI, DIDN'T YOU?

10:07AM  15  A.  NO.

10:07AM  16  Q.  WELL, WHEN YOU WORKED AT STANFORD, YOU WERE A SYSTEMS

10:07AM  17  PROGRAMMER ON A SYSTEM CALLED THE DEC SYSTEM-20, RIGHT?

10:07AM  18  A.  CORRECT.

10:07AM  19  Q.  AND YOU SHOWED US A PICTURE OF THOSE COMPUTERS IN YOUR

10:07AM  20  TESTIMONY YESTERDAY, RIGHT?

10:07AM  21  A.  YES.

10:07AM  22  Q.  AND IF WE COULD PLEASE LOOK AT MR. LOUGHEED'S DEMONSTRATIVE

10:07AM  23  SLIDE TWO.  THOSE ARE THE DEC SYSTEM-20 COMPUTERS YOU WORKED

10:08AM  24  ON, RIGHT?

10:08AM  25  A.  THAT'S ONE DEC SYSTEM-20 COMPUTER, YES.

589

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:08AM  1    Q.    THE OPERATING SYSTEM THAT RAN ON THE DEC SYSTEM-20 WAS

10:08AM  2    CALLED TOPS 20, RIGHT?

10:08AM  3    A.    CORRECT.

10:08AM  4    Q.    AND WHEN YOU WERE AT STANFORD YOU HAD EXTENSIVE EXPERIENCE

10:08AM  5    IN THE DETAILS OF THE DEC SYSTEM-20 COMPUTER SYSTEM AND ITS

10:08AM  6    OPERATION, RIGHT?

10:08AM  7    A.    YES.

10:08AM  8    Q.    AND YOU HAD KNOWLEDGE OF ITS OPERATING SYSTEM TOPS 20,

10:08AM  9    CORRECT?

10:08AM  10   A.    CORRECT.

10:08AM  11   Q.    TOPS 20 HAD A CLI, RIGHT?

10:08AM  12   A.    ALL THOSE MACHINES IN THAT ERA HAD CLI'S, YES.

10:08AM  13   Q.    RIGHT.  AND ONE THING THAT THE TOPS 20 CLI ALLOWED YOU TO

10:08AM  14   DO WAS TO CONTROL HOW MANY LINES APPEARED ON THE MONITOR,

10:08AM  15   RIGHT?

10:08AM  16   A.    YES.

10:08AM  17   Q.    AND TOPS 20 HAD A CLI COMMAND FOR ALLOWING YOU TO DO THAT,

10:08AM  18   RIGHT?

10:08AM  19   A.    I BELIEVE IT DID.

10:08AM  20   Q.    AND THAT CLI COMMAND WAS THE COMMAND, TERMINAL LENGTH,

10:08AM  21   ISN'T THAT RIGHT?

10:09AM  22   A.    I WOULD HAVE TO GO AND CONSULT A MANUAL TO SEE IF THAT WAS

10:09AM  23   THE CASE.

10:09AM  24   Q.    OKAY.  WELL, LET'S DO THAT.  IF YOU WOULD PLEASE LOOK AT

10:09AM  25   EXHIBIT 6965.  DO YOU HAVE THAT IN FRONT OF YOU?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:09AM  1    A.   I DO HAVE THAT IN FRONT OF ME.

10:09AM  2    Q.   THAT'S THE TOPS 20 COMMAND REFERENCE MANUAL, RIGHT?

10:09AM  3    A.   YES.

10:09AM  4    Q.   THE DATE ON THIS DOCUMENT, IF YOU LOOK AT THE FRONT, IS

10:09AM  5    SEPTEMBER 1985.  DO YOU SEE THAT?

10:09AM  6    A.   YES.

10:09AM  7    Q.   THAT'S FROM BEFORE YOU JOINED CISCO, RIGHT, ALMOST A YEAR

10:09AM  8    BEFORE YOU JOINED CISCO?

10:09AM  9    A.   CORRECT.

10:09AM 10         MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 6965 INTO

10:09AM 11    EVIDENCE.

10:09AM 12         THE COURT:  ANY OBJECTION?

10:09AM 13         MR. PAK:  NO OBJECTION, YOUR HONOR.

10:09AM 14         THE COURT:  IT WILL BE ADMITTED.

10:09AM 15    (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 6965, HAVING BEEN

10:09AM 16    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:09AM 17    EVIDENCE.)

10:09AM 18         MR. SILBERT:

10:09AM 19    Q.   WOULD YOU PLEASE TURN TO PAGE 366 OF THE MANUAL.

10:10AM 20    A.   I SEE IT ON THE SCREEN HERE.

10:10AM 21    Q.   THESE ARE COMMANDS TO SET THE CHARACTERISTICS OF YOUR

10:10AM 22    TERMINAL, RIGHT?

10:10AM 23    A.   YES.

10:10AM 24    Q.   WHAT THE MANUAL EXPLAINS HERE IS THAT FIRST YOU TYPE THE

10:10AM 25    WORD TERMINAL AND THEN YOU COULD TYPE 1 OF THE CAPITALIZED

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:10AM  1    WORDS UNDER THAT HEADING, FEATURE ARGUMENTS, RIGHT?

10:10AM  2    A.   YES.

10:10AM  3    Q.   AND IF YOU SCROLL DOWN A LITTLE YOU WILL SEE ONE OF THE

10:10AM  4    WORDS UNDER THAT HEADING IS THE WORD LENGTH, RIGHT?

10:10AM  5    A.   YES.

10:10AM  6    Q.   AND THEN IT EXPLAINS AFTER LENGTH YOU TYPE IN A NUMBER FOR

10:10AM  7    HOW MANY LINES YOU WANT TO APPEAR ON THE TERMINAL, AND THE

10:10AM  8    DEFAULT NUMBER IS 66 LINES, RIGHT?

10:10AM  9    A.   YES.

10:10AM  10   Q.   SO TO SET THE NUMBER OF LINES ON THE TERMINAL USING THE

10:10AM  11   TOPS 20 CLI BEFORE YOU JOINED CISCO, YOU USED THE COMMAND

10:10AM  12   TERMINAL LENGTH, RIGHT?

10:11AM  13   A.   YES.

10:11AM  14   Q.   WHEN YOU GOT TO CISCO, YOU INSTITUTED A COMMAND TO CONTROL

10:11AM  15   THE NUMBER OF LINES THAT WOULD BE SHOWN ON THE TERMINAL, RIGHT?

10:11AM  16   A.   YES.

10:11AM  17   Q.   AND THE COMMAND THAT YOU USED AT CISCO IS THE COMMAND,

10:11AM  18   TERMINAL LENGTH, RIGHT?

10:11AM  19   A.   YES.

10:11AM  20   Q.   SO THAT COMMAND, YOU USED THE SAME COMMAND IN THE CISCO CLI

10:11AM  21   THAT YOU HAD PREVIOUSLY USED IN THE TOPS 20 CLI, RIGHT?

10:11AM  22   A.   THEY ARE THE SAME -- THEY ARE THE SAME COMMAND, YES, I

10:11AM  23   AGREE.

10:11AM  24   Q.   OKAY.  NOW, DO YOU KNOW, SIR, THAT EARLIER IN THIS CASE,

10:11AM  25   CISCO IDENTIFIED YOU AS THE AUTHOR OF THE COMMAND, TERMINAL

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:11AM  1    LENGTH, IN THE CISCO CLI?

10:11AM  2    A.   YES, I PUT THAT COMMAND INTO THE CISCO CLI.

10:11AM  3    Q.   AND ARE YOU AWARE THAT CISCO SAID THAT THAT COMMAND IN THE

10:11AM  4    CISCO CLI TERMINAL LENGTH WAS DOCUMENTED AS A CISCO COMMAND BY

10:11AM  5    JULY 20TH OF 1986?

10:11AM  6    A.   YES.

10:11AM  7    Q.   NOW YOU STARTED WORKING AT CISCO IN JULY OF 1986, RIGHT?

10:12AM  8    A.   YES.

10:12AM  9    Q.   IN FACT YOU SPECIFICALLY STARTED WORKING AT CISCO ON

10:12AM 10    JULY 14TH OF 1986, RIGHT?

10:12AM 11    A.   I WAS DOING WORK ACTUALLY EARLIER THAN THAT, BUT YES.

10:12AM 12    Q.   OKAY.  IT DIDN'T TAKE YOU LONG TO COME UP WITH THE COMMAND,

10:12AM 13    TERMINAL LENGTH, TO BE USED IN THE CISCO CLI, RIGHT?  DAYS OR

10:12AM 14    WEEKS AT THE MOST?

10:12AM 15    A.   I DON'T REMEMBER THE DETAILS, BUT --

10:12AM 16    Q.   AND THE REASON IT DIDN'T TAKE YOU LONG IS YOU USED, IN THE

10:12AM 17    CISCO CLI, A MULTIWORD COMMAND THAT YOU HAD PREVIOUSLY USED IN

10:12AM 18    SOMEONE ELSE'S CLI, RIGHT?

10:12AM 19    A.   YES.

10:12AM 20    Q.   YES.  AND THERE'S NOTHING WRONG WITH DOING THAT, IS THERE?

10:12AM 21    A.   ONE COMMAND CAN BE A COINCIDENCE.  500 IS NOT A

10:13AM 22    COINCIDENCE.

10:13AM 23    Q.   ARE YOU SAYING THIS WAS A COINCIDENCE, IS THAT YOUR

10:13AM 24    TESTIMONY?

10:13AM 25    A.   IT WAS PROBABLY SOMETHING THAT WAS UNDOUBTEDLY INFLUENCED

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:13AM  1    BY MY EXPERIENCE WITH THE TOPS 20 SYSTEM, YES.

10:13AM  2    Q.   RIGHT.  SO YOU USED, IN THE CISCO CLI, A MULTIWORD COMMAND

10:13AM  3    THAT YOU HAD PREVIOUSLY USED IN ANOTHER COMPANY'S CLI, ISN'T

10:13AM  4    THAT RIGHT?

10:13AM  5    A.   YES.

10:13AM  6    Q.   AND THERE'S NOTHING WRONG WITH THAT, IS THERE?

10:13AM  7    A.   I -- ONE COMMAND, I DON'T THINK THERE'S A PROBLEM WITH.  IF

10:13AM  8    I WAS TO COPY THE ENTIRE TOPS 20 COMMAND SET, I THINK THAT

10:13AM  9    WOULD BE A PROBLEM.

10:13AM  10   Q.   WELL, WHY DON'T WE LOOK AT ANOTHER EXAMPLE.

10:14AM  11   A.   OKAY.

10:14AM  12   Q.   IF YOU WOULD PLEASE LOOK AT EXHIBIT 5031.  I THINK THAT'S

10:14AM  13   IN A SEPARATE BINDER.  THAT'S THE ONE THAT'S IN THE SEPARATE

10:14AM  14   BINDER THAT WE GAVE YOU.

10:14AM  15   A.   OKAY.

10:14AM  16   Q.   NOW YOU USE A COMMAND IN THE CISCO CLI CALLED ARP TIMEOUT,

10:14AM  17   RIGHT?

10:14AM  18   A.   YES, THERE IS SUCH A COMMAND.

10:14AM  19   Q.   AND ARE YOU AWARE THAT ARP TIMEOUT, THAT CISCO TOLD US

10:14AM  20   PREVIOUSLY THAT ARP TIMEOUT WAS ENTERED INTO THE CISCO CLI IN

10:14AM  21   1993?

10:14AM  22   A.   THAT WAS -- OKAY.

10:15AM  23   Q.   OKAY.

10:15AM  24   A.   THAT MAY HAVE BEEN THE EARLIEST RECORD THAT WE HAVE OF THAT

10:15AM  25   COMMAND.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:15AM  1    Q.   WOULD YOU LOOK AT EXHIBIT 51, THIS IS A DOCUMENT THAT CAME

10:15AM  2    FROM YOUR FILES.  THIS IS A DEC COMMAND REFERENCE, RIGHT?

10:15AM  3    A.   YES.

10:15AM  4    Q.   YOU SEE THE DATE ON THAT IS MAY 1993, IF YOU LOOK ON THE

10:15AM  5    SECOND PAGE?

10:15AM  6            THE COURT:  WHAT DOCUMENT ARE WE LOOKING AT?

10:15AM  7            MR. SILBERT:  5031, IT'S IN A SEPARATE BINDER,

10:15AM  8    YOUR HONOR.

10:15AM  9            THE COURT:  I HEARD YOU SAY 51.

10:15AM  10           MR. SILBERT:  I'M SORRY, YOUR HONOR, I PROBABLY DID.

10:15AM  11   Q.   IF YOU LOOK ON THE SECOND PAGE DO YOU SEE THE DATE MAY,

10:15AM  12   1993?

10:15AM  13   A.   YES, I DO.

10:15AM  14           MR. SILBERT:  YOUR HONOR I OFFER EXHIBIT 5031 INTO

10:15AM  15   EVIDENCE.

10:15AM  16           THE COURT:  ANY OBJECTION?

10:15AM  17           MR. PAK:  NO, YOUR HONOR.

10:15AM  18           THE COURT:  IT WILL BE ADMITTED.

10:15AM  19       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5031, HAVING BEEN

10:15AM  20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:15AM  21   EVIDENCE.)

10:15AM  22           MR. SILBERT:

10:15AM  23   Q.   WOULD YOU PLEASE TURN, MR. LOUGHEED, TO THE PAGE ENDING

10:15AM  24   146.  I'M REFERRING TO WHAT LAWYERS CALL THE BATES NUMBERS,

10:16AM  25   THOSE NUMBERS THAT ARE ADDED TO THE BOTTOM.  DO YOU SEE THE

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:16AM  1    COMMAND ARP TIMEOUT AT THE END OF THE PAGE?

10:16AM  2    A.  YES, I DO.

10:16AM  3    Q.  DEC WAS USING THE ARP TIMEOUT CERTAINLY BY MAY 1993, RIGHT?

10:16AM  4    A.  YES.

10:16AM  5    Q.  YOU HAD THIS PARTICULAR REFERENCE IN YOUR FILES, RIGHT?

10:16AM  6    A.  IT MAY HAVE BEEN IN MY FILES BUT I DON'T REMEMBER ACTUALLY

10:16AM  7    EVER SEEING THIS DOCUMENT BEFORE IT WAS PRESENTED IN THE

10:16AM  8    DEPOSITION.

10:16AM  9    Q.  YOU BELIEVE IT'S A COINCIDENCE THAT BOTH YOU AND DEC USED

10:16AM  10   THE SAME COMMAND ARP TIMEOUT WHEN YOU HAD THIS DOCUMENT IN YOUR

10:16AM  11   FILES?

10:16AM  12   A.  ACTUALLY, I DO BELIEVE IT'S A COINCIDENCE.  I BELIEVE IF

10:16AM  13   YOU GO AND EXAMINE THE ARP PROTOCOL DOCUMENT, THAT IT MAY REFER

10:17AM  14   TO TIME OUTS, AGING COMMANDS -- AGING ARP ENTRIES.  IF YOU --

10:17AM  15   IT WAS A WELL KNOWN EARLY PROBLEM THAT IF YOU MOVED A COMPUTER

10:17AM  16   FROM ONE NETWORK TO ANOTHER, YOU MIND END UP WITH AN ARP

10:17AM  17   PROTOCOL ENTRIES THAT NEEDED TO BE -- THAT WOULD BECOME STALE.

10:17AM  18   Q.  RIGHT.  AND THE ARP PROTOCOL DOCUMENT ITSELF, I CAN TELL

10:17AM  19   YOU, DOES USE THE WORD TIME OUT TO REFER TO THAT, RIGHT?

10:17AM  20   A.  I'M SURE IT REFERS TO THAT CONCEPT.

10:17AM  21   Q.  SO YOU USED, IN YOUR COMMAND, THE NAME OF THE PROTOCOL,

10:17AM  22   ARP, AND THEN A WORD, TIMEOUT, THAT APPEARS IN THE PROTOCOL

10:17AM  23   DOCUMENT ITSELF, RIGHT?

10:17AM  24   A.  YES, I USED THAT WORD.

10:17AM  25   Q.  AND THAT'S JUST A LOGICAL WAY TO DO IT, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:17AM 1    A.  I COULD HAVE USED THE WORD STALE, FOR EXAMPLE, WHICH IS

10:17AM 2    ANOTHER COMMONLY UNDERSTOOD WAY OF REFERRING TO SUCH ENTRIES.

10:18AM 3    Q.  OKAY.  BUT CERTAINLY, YOUR BELIEF IS THAT IT MUST BE A

10:18AM 4    COINCIDENCE THAT BOTH CISCO AND DEC USED THE COMMAND ARP

10:18AM 5    TIMEOUT BECAUSE THE WORD TIMEOUT SIMPLY APPEARS IN THE ARP

10:18AM 6    PROTOCOL ITSELF, RIGHT?

10:18AM 7    A.  I BELIEVE IT'S A COINCIDENCE THAT DEC AND CISCO CAME UP

10:18AM 8    WITH THE SAME TERMINOLOGY.

10:18AM 9    Q.  BECAUSE YOU ARE BOTH SIMPLY USING A LOGICAL WAY TO EXPRESS

10:18AM 10   THINGS TO THE INTENDED AUDIENCE OF NETWORK ENGINEERS, RIGHT?

10:18AM 11   A.  WE BOTH HIT UPON THE SAME CHOICE ON HOW TO EXPRESS THE

10:18AM 12   CONCEPTS.

10:18AM 13   Q.  OKAY.  YOU CAN PUT THIS THAT DOCUMENT ASIDE.

10:18AM 14       YOU COPIED OTHER FEATURES FROM THE TOPS 20 CLI AS WELL,

10:18AM 15   DIDN'T YOU, MR. LOUGHEED?

10:18AM 16   A.  I'M SURE YOU WILL REFRESH MY MEMORY ON WHAT THEY MIGHT BE.

10:18AM 17   Q.  WELL, TOPS 20 USED A PERCENT SIGN TO LEAD TO AN ERROR

10:18AM 18   MESSAGE, DIDN'T IT?

10:18AM 19   A.  WARNING MESSAGE, YES.

10:18AM 20   Q.  AND YOU DECIDED TO DO THE SAME THING IN THE CISCO CLI,

10:19AM 21   RIGHT?

10:19AM 22   A.  YES.

10:19AM 23           MR. NELSON:  OBJECTION, YOUR HONOR.

10:19AM 24       I THINK WE ARE GETTING INTO UNPROTECTABLE ELEMENTS THAT ARE

10:19AM 25   NOT ASSERTED IN THE CASE.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:19AM 1        THE COURT:  LET'S MOVE ON THEN.

10:19AM 2        MR. SILBERT:  OKAY.

10:19AM 3   Q.   THERE WERE ALSO PROGRAMS RUNNING ON TOPS 20 THAT HAD MODES,

10:19AM 4   RIGHT?

10:19AM 5   A.   THE EXACT COMMAND PROCESSOR HAD MODES, YES.

10:19AM 6   Q.   RIGHT.  BY THE WAY, IOS, CISCO'S IOS HAS MANY MODES,

10:19AM 7   DOESN'T IT?

10:19AM 8   A.   IT DOES.

10:19AM 9   Q.   DOZENS OF MODES, RIGHT?

10:19AM 10  A.   RIGHT.

10:19AM 11  Q.   THERE ARE FOUR MODES THAT CISCO IS ASSERTING IN THIS CASE,

10:19AM 12  CORRECT?

10:19AM 13  A.   THAT'S MY UNDERSTANDING.

10:19AM 14  Q.   AND ACTUALLY, IF WE COULD LOOK AT THE SLIDE AGAIN, PLEASE,

10:19AM 15  MR. LOUGHEED'S DEMONSTRATIVE SLIDE 17.

10:19AM 16      NOW, I WANT TO ASK YOU ABOUT THIS IMAGE.  THIS IS AN IMAGE

10:19AM 17  THAT WAS PREPARED BY CISCO FOR THIS LAWSUIT, RIGHT?

10:20AM 18  A.   CORRECT.

10:20AM 19  Q.   THIS IS NOT SOMETHING THAT ANYONE USING A CISCO SWITCH

10:20AM 20  ACTUALLY SEES THIS IMAGE, RIGHT?

10:20AM 21  A.   IT'S A -- IT'S A GRAPHICAL REPRESENTATION OF WHAT THE

10:20AM 22  HIERARCHY IS.

10:20AM 23  Q.   RIGHT.  IT'S A GRAPHICAL REPRESENTATION THAT CISCO CREATED

10:20AM 24  FOR THIS COURT CASE, RIGHT?

10:20AM 25  A.   I BELIEVE THAT'S THE CASE.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:20AM  1    Q.   AND YOU'RE AWARE, AREN'T YOU, THAT THERE ARE MANY SWITCH

10:20AM  2    VENDORS WHO USE ALL FOUR OF THESE MODES?

10:20AM  3    A.   I -- I PROVIDED AN EXAMPLE.

10:20AM  4    Q.   AND MANY OTHER VENDORS FOLLOWED IT, RIGHT?

10:20AM  5    A.   AND MANY OTHER VENDORS FOLLOWED THE EXAMPLE OF HAVING

10:20AM  6    MODES.

10:20AM  7    Q.   ONE OF THE MODES THAT CISCO IS ASSERTING IN THIS CASE

10:20AM  8    THAT'S SHOWN HERE IS THE MODE, IS CALLED USER EXEC, RIGHT?

10:20AM  9    A.   UH-HUH -- YES.

10:20AM 10    Q.   NOW TOPS 20 HAD AN INTERFACE, YOU SAID, RIGHT?

10:21AM 11    A.   YES.

10:21AM 12    Q.   AND IT WAS CALLED EXEC, RIGHT?

10:21AM 13    A.   THAT WAS THE NAME OF THAT PROGRAM, YES.

10:21AM 14    Q.   YEAH.  AND YOU WERE INSPIRED BY TOPS 20'S USE OF THE WORD

10:21AM 15    EXEC WHEN YOU CHOSE TO CALL THE MODE IN CISCO THE EXEC MODE,

10:21AM 16    RIGHT?

10:21AM 17    A.   THAT WAS A CHOICE I MADE.  THE OTHER POSSIBILITY WAS TO

10:21AM 18    CALL IT SHELL, WHICH IS THE UNIX EQUIVALENT OF SUCH A PROGRAM.

10:21AM 19    Q.   YEAH.  YOU CHOSE TO CALL IT EXEC, AND YOU WERE INSPIRED BY

10:21AM 20    TOPS 20'S USE OF THE TERM EXEC WHEN YOU DECIDED TO CALL IT THE

10:21AM 21    EXEC MODE IN THE CASE OF THE CISCO CLI, RIGHT?

10:21AM 22    A.   YES.

10:21AM 23    Q.   NOW CISCO HAS SHOWN HERE CISCO IS ALSO ASSERTING A

10:21AM 24    PRIVILEGED EXEC MODE, RIGHT?

10:21AM 25    A.   YES.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:21AM 1    Q.   CISCO DIDN'T COME UP WITH THE IDEA OF A PRIVILEGED EXEC

10:21AM 2    MODE, RIGHT?

10:21AM 3    A.   THAT'S CORRECT.

10:21AM 4    Q.   TOPS 20 HAD A PRIVILEGED MODE, RIGHT?

10:21AM 5    A.   CORRECT.

10:21AM 6    Q.   AND IN TOPS 20, YOU TYPED A COMMAND TO ENTER THE PRIVILEGED

10:22AM 7    MODE, RIGHT?

10:22AM 8    A.   YES.

10:22AM 9    Q.   AND THE COMMAND YOU TYPED IN TOPS 20 WAS THE COMMAND

10:22AM 10   ENABLE, RIGHT?

10:22AM 11   A.   CORRECT.

10:22AM 12   Q.   AND YOU ALSO TYPE A COMMAND IN THE CISCO IOS CLI TO ENTER

10:22AM 13   THE PRIVILEGED MODE, RIGHT?

10:22AM 14   A.   I WASN'T SURE IF YOU WERE FINISHED ASKING ME A QUESTION.

10:22AM 15   Q.   YOU DO TYPE A COMMAND IN THE CISCO IOS CLI TO ENTER THE

10:22AM 16   PRIVILEGED MODE, CORRECT?

10:22AM 17   A.   CORRECT.

10:22AM 18   Q.   AND THE COMMAND THAT YOU TYPE IN THE CISCO CLI IS THE

10:22AM 19   COMMAND ENABLE, RIGHT?

10:22AM 20   A.   THE SINGLE WORD COMMAND ENABLE, YES.

10:22AM 21   Q.   AND THAT'S BECAUSE YOU USE THE SAME COMMAND TO ENTER THE

10:22AM 22   PRIVILEGED MODE IN IOS THAT YOU HAD PREVIOUSLY USED TO ENTER

10:22AM 23   THE PRIVILEGE MODE IN TOPS 20, RIGHT?

10:22AM 24   A.   YES.

10:22AM 25   Q.   OKAY.  LET'S TALK A LITTLE BIT ABOUT HELP DESCRIPTIONS.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:22AM 1    THE PURPOSE OF A HELP DESCRIPTION IS TO, I THINK YOU SAID

10:22AM 2    EARLIER THIS MORNING, GIVE A HINT AS TO, I'M NOT QUOTING

10:22AM 3    VERBATIM, BUT SOMETHING ALONG THOSE LINES.

10:23AM 4    A.   BE HELPFUL.

10:23AM 5    Q.   GIVE A HINT, BE HELPFUL OF WHAT THE COMMAND IS, THAT IS

10:23AM 6    RIGHT?

10:23AM 7    A.   YES.

10:23AM 8    Q.   THERE ARE TENS OF THOUSANDS OF HELP DESCRIPTIONS WITHIN

10:23AM 9    IOS; IS THAT RIGHT?

10:23AM 10   A.   THERE VERY WELL COULD BE.

10:23AM 11   Q.   AND DO YOU KNOW WHETHER ARISTA ALSO HAS THOUSANDS OF HELP

10:23AM 12   DESCRIPTIONS IN ARISTA'S SYSTEM?

10:23AM 13   A.   I DON'T KNOW FROM PERSONAL EXPERIENCE.

10:23AM 14   Q.   OKAY.  OF ALL THOSE HELP DESCRIPTIONS, CISCO WAS ACCUSING

10:23AM 15   ARISTA OF COPYING ABOUT 450 IN THIS CASE, RIGHT?

10:23AM 16   A.   I WILL ACCEPT THAT ASSERTION.

10:23AM 17   Q.   OKAY.  AND LET'S JUST TALK ABOUT SOME OF THEM.

10:23AM 18       ONE OF THE HELP DESCRIPTIONS THAT CISCO ACCUSES ARISTA OF

10:23AM 19   COPYING IS THE PHRASE DELETE A FILE, RIGHT?

10:23AM 20   A.   I ACCEPT THAT ASSERTION.

10:23AM 21   Q.   YOU HAD HEARD THE TERM DELETE A FILE, IN THE COMPUTER

10:23AM 22   CONTEXT BEFORE CISCO WAS FOUNDED, RIGHT?

10:24AM 23   A.   YES.

10:24AM 24   Q.   OTHER COMPANIES USED THE PHRASE, DELETE A FILE, BEFORE

10:24AM 25   CISCO DID, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:24AM 1    A.   YES.

10:24AM 2    Q.   IN FACT, THE TOPS 20 USER GUIDE USED THE PHRASE DELETE A

10:24AM 3    FILE TO EXPLAIN WHAT ITS DELETE COMMAND DID, RIGHT?

10:24AM 4    A.   YES.

10:24AM 5    Q.   AND THEN CISCO USED THAT PHRASE IN ITS HELP DESCRIPTIONS,

10:24AM 6    RIGHT?

10:24AM 7    A.   AN ENGINEER DECIDED THAT WAS A USEFUL HINT TO GIVE SOMEBODY

10:24AM 8    WHEN THEY TYPED THE QUESTION MARK AT A PARTICULAR POINT.

10:24AM 9    Q.   THEY USED THE SAME PHRASE THAT OTHERS IN THE INDUSTRY,

10:24AM 10   INCLUDING TOPS 20 IN ITS USER MANUAL, HAD ALREADY USED, RIGHT?

10:24AM 11   A.   YES.

10:24AM 12   Q.   ANOTHER EXAMPLE, CISCO ACCUSES ARISTA OF COPYING THE HELP

10:24AM 13   DESCRIPTION TRANSMISSION CONTROL PROTOCOL FOR THE KEY WORD TCP;

10:24AM 14   IS THAT RIGHT?

10:24AM 15   A.   I ACCEPT THAT ASSERTION.

10:24AM 16   Q.   NOW TRANSMISSION CONTROL PROTOCOL IS ANOTHER INDUSTRY

10:24AM 17   STANDARD PROTOCOL, RIGHT?

10:24AM 18   A.   YES.

10:24AM 19   Q.   AND IF YOU WOULD PLEASE LOOK AT EXHIBIT 5724 IN YOUR

10:25AM 20   BINDER.  IS THAT THE TRANSMISSION CONTROL PROTOCOL?

10:25AM 21   A.   THAT IS RC793 WHICH DEFINES THE TRANSMISSION CONTROL

10:25AM 22   PROTOCOL.

10:25AM 23   Q.   THE DATE ON THIS DOCUMENT IS SEPTEMBER 1981, RIGHT?

10:25AM 24   A.   CORRECT.

10:25AM 25   Q.   THAT'S SEVERAL YEARS BEFORE CISCO WAS FOUNDED, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:25AM 1    A.   YES.

10:25AM 2            MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 5724 INTO

10:25AM 3    EVIDENCE.

10:25AM 4            THE COURT:  ANY OBJECTION, MR. PAK?

10:25AM 5            MR. PAK:  NO OBJECTION, YOUR HONOR.

10:25AM 6            THE COURT:  IT WILL BE ADMITTED.

10:25AM 7        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5724, HAVING BEEN

10:25AM 8    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:25AM 9    EVIDENCE.)

10:25AM 10           MR. SILBERT:

10:25AM 11   Q.   IN THE NETWORKING CONTEXT SIR, TCP IS AN ACRONYM FOR

10:25AM 12   TRANSMISSION CONTROL PROTOCOL, RIGHT?

10:26AM 13   A.   YES.

10:26AM 14   Q.   CISCO DIDN'T COIN THE PHRASE TRANSMISSION CONTROL PROTOCOL,

10:26AM 15   RIGHT?

10:26AM 16   A.   NO.

10:26AM 17   Q.   YOU WOULDN'T BE SURPRISED TO LEARN THAT OTHER VENDORS IN

10:26AM 18   THE NETWORKING INDUSTRY USED THE TERM TRANSMISSION CONTROL

10:26AM 19   PROTOCOL IN THEIR OWN HELP DESCRIPTIONS FOR THE COMMAND TERM

10:26AM 20   TCP, RIGHT?

10:26AM 21   A.   IT WOULDN'T DUR SURPRISE ME.

10:26AM 22   Q.   BECAUSE TCP IS AN ACRONYM FOR TRANSMISSION CONTROL

10:26AM 23   PROTOCOL, RIGHT?

10:26AM 24   A.   YES.

10:26AM 25   Q.   AND THAT'S AN INDUSTRY STANDARD PROTOCOL, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:26AM 1    A.   THAT IS A STANDARD PROTOCOL, YES.

10:26AM 2    Q.   WHY DON'T WE LOOK AT ONE MORE EXAMPLE.  THE HELP STRING FOR

10:26AM 3    THE COMMAND, SHOW CLOCK, IS DISPLAYED THE SYSTEM CLOCK; IS THAT

10:26AM 4    RIGHT?

10:26AM 5    A.   I ACCEPT THAT.

10:26AM 6    Q.   THAT'S A PRETTY STRAIGHTFORWARD DESCRIPTION OF WHAT THAT

10:26AM 7    COMMAND DOES, RIGHT?

10:26AM 8    A.   I BELIEVE IT IS.

10:27AM 9    Q.   YOU HAVE NO PERSONAL KNOWLEDGE OF HOW ANY OF THESE HELP

10:27AM 10   DESCRIPTIONS WERE CREATED; IS THAT RIGHT?

10:27AM 11   A.   I HAVE NO PERSONAL KNOWLEDGE OF THESE.  I WAS -- I KNOW

10:27AM 12   WHAT THE GENERAL PROCESS IS FOR CREATING THEM, AT WHICH I

10:27AM 13   DESCRIBED EARLIER IN MY TESTIMONY.

10:27AM 14   Q.   ISN'T IT TRUE THAT CISCO HAS NOT KEPT TRACK OF HOW

10:27AM 15   ENGINEERS SELECTED PARTICULAR HELP STRINGS?

10:27AM 16   A.   WE -- WE HAVE NOT KEPT TRACK OF HOW THE ENGINEERS COME UP

10:27AM 17   WITH THE HELP STRINGS.  SOME OF OUR RECORDS FOR THE MORE RECENT

10:27AM 18   PARTS OF THE OPERATING SYSTEM ARE VERY COMPLETE AND WE KNOW

10:27AM 19   EXACTLY WHO AND WHEN.  BUT AS WE GO FURTHER BACK IN TIME IN

10:27AM 20   SOME OF THE OLDER COMMANDS, WE KNOW WHICH PIECE OF THE SOFTWARE

10:27AM 21   THEY ARE ASSOCIATED WITH, BUT WE DON'T NECESSARILY KNOW WHICH

10:27AM 22   DID WHAT.

10:27AM 23   Q.   AS FAR AS YOU KNOW, NOBODY AT CISCO EVER CHOKED TO SEE IF

10:28AM 24   ITS ENGINEERS WERE EVER COPYING HELP STRINGS FROM SOMEBODY

10:28AM 25   ELSE?

604

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:28AM  1    A.   THERE WOULD BE -- THERE WAS NO PARTICULAR -- CREATING A

10:28AM  2    HELP STRING, A HELP MESSAGE IS A VERY EASY THING TO DO, A VERY

10:28AM  3    QUICK THING TO DO.  AND MOSTLY WE ARE CREATING NEWER TECHNOLOGY

10:28AM  4    THAT ACTUALLY DOESN'T EXIST ANYWHERE.

10:28AM  5        SO I -- THE ENGINEER WOULD NOT BE PARTICULARLY MOTIVATED TO

10:28AM  6    GO LOOK ANYWHERE ELSE.  AND QUITE FRANKLY, IT'S JUST A LOT

10:28AM  7    EASIER FOR AN ENGINEER TO JUST TYPE IN WHAT THEY THINK IS A

10:28AM  8    USEFUL THING AND GET ON WITH CREATING THE COMMAND.

10:28AM  9    Q.   LET'S TALK ABOUT ANOTHER SUBJECT.

10:28AM 10        YOU TESTIFIED YESTERDAY AND AGAIN THIS MORNING ABOUT YOUR

10:28AM 11    DEPARTURE FROM STANFORD UNIVERSITY, RIGHT?

10:28AM 12    A.   I DID.

10:28AM 13    Q.   AND I BELIEVE THE TERM YOU USED YESTERDAY WAS THAT YOU HAD

10:29AM 14    AN HONEST DISAGREEMENT WITH STANFORD ABOUT WHO OWNED THE

10:29AM 15    SOFTWARE THAT EVENTUALLY BECAME CISCO'S IOS OPERATING SYSTEM,

10:29AM 16    RIGHT?

10:29AM 17    A.   YES.

10:29AM 18    Q.   AND THAT WAS SOFTWARE THAT YOU WORKED ON WHILE YOU WERE AN

10:29AM 19    EMPLOYEE OF STANFORD, RIGHT?

10:29AM 20    A.   YES.

10:29AM 21    Q.   YOU EXPLAINED TODAY THAT OTHER PEOPLE AT STANFORD ALSO

10:29AM 22    CONTRIBUTED TO THAT SOURCE CODE, RIGHT?

10:29AM 23    A.   THEY CONTRIBUTED TO AN EARLIER VERSION OF THAT SOFTWARE.

10:29AM 24    Q.   YEAH.  AND SPECIFICALLY MR. YEAGER THAT YOU MENTIONED THIS

10:29AM 25    MORNING?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:29AM 1    A.   YES.

10:29AM 2    Q.   AND YOU TOOK A COPY OF THAT SOFTWARE AND YOU GAVE IT TO

10:29AM 3    MR. BOSACK AND MS. LERNER AT CISCO, CORRECT?

10:29AM 4    A.   I TOOK THE SOURCES THAT I HAD BEEN WORKING ON AND I DIVIDED

10:29AM 5    THEM INTO TWO GROUPS OF FILES.  ONE WHICH WAS THE STANFORD

10:29AM 6    STUFF THAT WAS WORKING WITH -- THAT I CONSIDERED FOR STANFORD

10:30AM 7    AND WAS THE SOFTWARE THAT WAS RUNNING AT STANFORD, AND THEN I

10:30AM 8    HAD ANOTHER COPY OF THE SOFTWARE THAT I WAS DEVELOPING WITH THE

10:30AM 9    IDEA OF IT WOULD EVENTUALLY BECOME PART OF CISCO.  AND THAT WAS

10:30AM 10   THE COPY THAT I, AS YOU SAID, GAVE TO MR. BOSACK AND

10:30AM 11   MS. LERNER.

10:30AM 12   Q.   YOU HAD NO PERMISSION FROM STANFORD TO DO THAT, RIGHT?

10:30AM 13   A.   THAT IS CORRECT.

10:30AM 14   Q.   AND IN FACT, YOUR SUPERVISOR AT STANFORD DEMANDED THAT YOU

10:30AM 15   GIVE THAT SOFTWARE TO HIM, RIGHT?

10:30AM 16   A.   YES.

10:30AM 17   Q.   AND YOU REFUSED TO DO THAT, RIGHT?

10:30AM 18   A.   YES.

10:30AM 19   Q.   AND THEN STANFORD THREATENED LEGAL ACTION, RIGHT?

10:30AM 20   A.   STANFORD SENT A LETTER TO US AT CISCO BASICALLY SEEKING A

10:30AM 21   LICENSE FOR THAT SOFTWARE.

10:30AM 22   Q.   OKAY.  AND -- TAKING THE POSITION THAT STANFORD OWNED THE

10:30AM 23   SOFT AND CISCO WAS REQUIRED TO PAY THE LICENSE?

10:30AM 24   A.   THEY WANTED TO DISCUSS THE INTELLECTUAL PROPERTY RIGHTS

10:31AM 25   ISSUE OF THAT SOFTWARE.

606

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:31AM 1    Q.   AND YOU SAID THIS MORNING THAT CISCO WANTED TO WORK OUT A

10:31AM 2    DEAL WITH STANFORD AND TOOK A LICENSE WITH STANFORD?

10:31AM 3    A.   WE ARRANGED FOR AND PAID A LICENSE.

10:31AM 4    Q.   AND WHAT CISCO PAID FOR THE LICENSE TO THE SOFTWARE THAT

10:31AM 5    BECAME THE IOS OPERATING SYSTEM WAS $20,000 IN 1987 AND ANOTHER

10:31AM 6    $150,000 IN 2002; IS THAT RIGHT?

10:31AM 7    A.   THAT SOUNDS REASONABLE.  THEY CERTAINLY WEREN'T BETTING ON

10:31AM 8    US SUCCEEDING AS A COMPANY.

10:31AM 9    Q.   BY 2002?

10:31AM 10   A.   I DON'T KNOW WHAT THE 2002 STUFF IS ABOUT, I WAS NOT

10:31AM 11   FAMILIAR WITH IT ANY NEGOTIATIONS AT THAT POINT.

10:31AM 12   Q.   BY THE WAY, YOU SAID THAT WHEN YOU LEFT STANFORD TO GO TO

10:31AM 13   CISCO, YOU WERE AWARE OF OTHER STARTUP COMPANIES WHO HAD COME

10:31AM 14   OUT OF STANFORD, RIGHT?

10:31AM 15   A.   YES.

10:31AM 16   Q.   AND YOU MENTIONED SUN MICRO SYSTEMS AS A STARTUP THAT HAD

10:31AM 17   COME OUT OF STANFORD, RIGHT?

10:31AM 18   A.   YES.

10:32AM 19   Q.   WERE YOU AWARE AT THE TIME OF ANDY BECHTOLSHEIM, THE

10:32AM 20   COFOUNDER OF SUN MICRO SYSTEMS, NOW COFOUNDER OF ARISTA?

10:32AM 21   A.   I KNOW -- I KNOW MR. BECHTOLSHEIM.

10:32AM 22   Q.   YOU KNEW HIM BY REPUTATION?

10:32AM 23   A.   BY REPUTATION.

10:32AM 24   Q.   NOW STANFORD HAD A -- STRIKE THAT.  CISCO HAD A MANUAL FOR

10:32AM 25   ITS -- FOR ITS OPERATING SYSTEM BY JULY 20TH OF 1986, RIGHT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:32AM  1    A.  CORRECT.

10:32AM  2    Q.  AND WE ESTABLISHED EARLIER THAT YOU STARTED WORKING AT

10:32AM  3    CISCO AT SOME POINT IN JULY OF 1986, RIGHT?

10:32AM  4    A.  RIGHT, YES.

10:32AM  5    Q.  SO CISCO HAD A MANUAL FOR ITS OPERATING SYSTEM WITHIN,

10:32AM  6    LET'S SAY, WEEKS AFTER YOU STARTED WORKING AT CISCO, RIGHT?

10:32AM  7    A.  YES.

10:32AM  8    Q.  YOU DIDN'T WRITE THAT MANUAL FROM SCRATCH, DID YOU, SIR?

10:33AM  9    A.  IT WAS A MODIFICATION OF A MANUAL THAT I HAD WRITTEN AT

10:33AM  10   STANFORD.  AND THAT MANUAL WAS ALSO ONE OF THE THINGS THAT WAS

10:33AM  11   LICENSED BY CISCO.

10:33AM  12   Q.  YEAH.  BUT THE LICENSE -- LET'S BACK UP.  YOU COPIED

10:33AM  13   PORTIONS OF THE STANFORD USER MANUAL TO CREATE THE FIRST CISCO

10:33AM  14   MANUAL, RIGHT?

10:33AM  15   A.  I WAS THE AUTHOR OF BOTH MANUALS.

10:33AM  16   Q.  LET'S LOOK AT THE STANFORD MANUAL, WHICH WAS EXHIBIT 5025.

10:33AM  17   IF YOU COULD PLEASE LOOK IN YOUR BINDER.  THAT'S A STANFORD

10:33AM  18   MANUAL, RIGHT?

10:33AM  19   A.  YES.

10:33AM  20          MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 5025.

10:33AM  21          MR. PAK:  NO OBJECTION, YOUR HONOR.

10:33AM  22          THE COURT:  IT WILL BE ADMITTED.

10:33AM  23      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5025, HAVING BEEN

10:33AM  24   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:33AM  25   EVIDENCE.)

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:33AM 1          MR. SILBERT:

10:33AM 2     Q.   IF YOU LOOK RIGHT THERE ON THE COVER PAGE AT THE BOTTOM, IT

10:33AM 3     SAYS COPYRIGHT, 1986, STANFORD UNIVERSITY, RIGHT?

10:34AM 4     A.   CORRECT.

10:34AM 5     Q.   OKAY.  NOW YOU COPIED SUBSTANTIAL PORTIONS OF THIS MANUAL,

10:34AM 6     COPYRIGHTED TO STANFORD UNIVERSITY, TO CREATE THE CISCO MANUAL,

10:34AM 7     RIGHT?

10:34AM 8     A.   THAT'S CORRECT.

10:34AM 9     Q.   AND THE LICENSE THAT CISCO EVENTUALLY NEGOTIATED WITH

10:34AM 10    STANFORD WAS AT SOME POINT AFTER YOU CREATED THE CISCO MANUAL,

10:34AM 11    RIGHT?

10:34AM 12    A.   THAT'S CORRECT.

10:34AM 13    Q.   AT THE TIME YOU COPIED THE STANFORD MANUAL TO CREATE THE

10:34AM 14    CISCO MANUAL, YOU HAD NO LICENSE FROM STANFORD, RIGHT?

10:34AM 15    A.   THAT'S CORRECT.

10:34AM 16    Q.   OKAY.  I WANT TO SWITCH GEARS TO ANOTHER TOPIC.

10:34AM 17         YOU TESTIFIED YESTERDAY ABOUT HOW CISCO WAS FOUNDED, RIGHT

10:34AM 18    A.   YES.

10:34AM 19    Q.   AND ONE OF YOUR ROLES AT CISCO HAS BEEN TO PARTICIPATE IN

10:34AM 20    ACTIVITIES THAT CELEBRATE THE HISTORY OF CISCO, RIGHT?

10:34AM 21    A.   I'M OFTEN ASKED TO TALK ABOUT THE HISTORY OF CISCO, YES.

10:35AM 22    Q.   OKAY.  WOULD YOU PLEASE LOOK AT EXHIBIT 5464.  THIS IS A

10:35AM 23    DOCUMENT THAT WAS PRODUCED TO US FROM YOUR FILES?

10:35AM 24    A.   OKAY.

10:35AM 25    Q.   AND YOU SEE YOU ARE QUOTED IN THIS DOCUMENT AS WELL, IF YOU

609

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:35AM 1   LOOK UNDER THE HEADING, CRUCIAL EARLY DECISIONS LEAD TO

10:35AM 2   SUCCESS.  DO YOU SEE A QUOTE ATTRIBUTED TO YOU?  I THINK IT'S A

10:35AM 3   PARAGRAPH OR TWO DOWN FROM THAT, ACTUALLY.  IT'S THE PARAGRAPH

10:35AM 4   THAT BEGINS, WE WERE VERY INTERESTED IN WHATEVER THE CUSTOMER

10:35AM 5   WANTED TO PAY, SAYS LOUGHEED.  DO YOU SEE THAT?

10:35AM 6   A.   YES, I SEE THAT.

10:35AM 7           MR. SILBERT:  YOUR HONOR I OFFER EXHIBIT 5464.

10:36AM 8           MR. PAK:  NO OBJECTION, YOUR HONOR.

10:36AM 9           THE COURT:  IT WILL BE ADMITTED.

10:36AM 10      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5464, HAVING BEEN

10:36AM 11  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:36AM 12  EVIDENCE.)

10:36AM 13          MR. SILBERT:

10:36AM 14  Q.   IF WE LOOK AT THAT PARAGRAPH I REFERRED TO EARLIER, CRUCIAL

10:36AM 15  EARLY DECISIONS LEAD TO SUCCESS.  DO YOU SEE THAT ON THE MIDDLE

10:36AM 16  OF THE FIRST PAGE?

10:36AM 17  A.   YES.

10:36AM 18  Q.   IT SAYS SEVERAL EARLY DECISIONS ABOUT HOW TO BUILD IOS GAVE

10:36AM 19  IT STAYING POWER AND MADE CISCO A STANDOUT, SAY TWO OF CISCO'S

10:36AM 20  ENGINEERING LEADERS, JOEL BION, SVP OF RESEARCH AND ADVANCED

10:36AM 21  DEVELOPMENT, WHO LEADS THE NETWORK SOFTWARE AND SERVICE

10:36AM 22  TECHNOLOGY GROUP, NSSTG, AND JOINED CISCO 20 YEARS AGO, AND

10:36AM 23  KIRK LOUGHEED, A MEMBER OF CISCO'S FOUNDING TEAM, ITS FIRST

10:36AM 24  ENGINEER, THE DESIGNER OF IOS AND A CISCO FELLOW.

10:36AM 25          DO YOU SEE THAT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:36AM  1    A.  I SEE THAT.

10:36AM  2    Q.  NOW MR. BION, THAT'S WHO YOU REPORT TO AT CISCO, CORRECT?

10:36AM  3    A.  HE'S BEEN MY BOSS SINCE 2001, I BELIEVE.

10:36AM  4    Q.  OKAY.  OF THE SO IF YOU COULD TURN THE PAGE, I WANT TO

10:37AM  5    DIRECT YOUR ATTENTION TO THE SECOND PAGE UNDER THE HEADING

10:37AM  6    TRANSFORMING AN INDUSTRY.  NOW WHAT THE FIRST SENTENCE THERE

10:37AM  7    SAYS IS ONE OF IOS'S BIGGEST LEGACIES IS ESTABLISHING THE

10:37AM  8    INDUSTRY STANDARD FOR HOW PEOPLE INTERFACE WITH ROUTERS AND

10:37AM  9    SWITCHES KNOWN AS THE COMMAND LANGUAGE INTERFACE OR CLI.

10:37AM 10        DO YOU SEE THAT?

10:37AM 11    A.  I SEE THAT PARAGRAPH.

10:37AM 12    Q.  AND THEN THERE'S A QUOTE FROM MR. BION, YOUR BOSS, IT SAYS

10:37AM 13    "ANYONE WHO GOES TO CONFIGURE A COMPETITOR'S PRODUCT, PEOPLES

10:37AM 14    VERY MUCH AT HOME."

10:37AM 15        DO YOU SEE THAT LANGUAGE?

10:37AM 16    A.  I SEE THAT.

10:37AM 17    Q.  THAT'S A TRUE STATEMENT, RIGHT?

10:37AM 18    A.  I DON'T KNOW IF IT'S TRUE.  IT CERTAINLY -- YOU CERTAINLY

10:37AM 19    HAVE COMPETITORS PRODUCTS THAT DO NOT USE CISCO CLI'S.

10:38AM 20    Q.  OH, I SEE.  SO NOT EVERY COMPETITOR USES THE CISCO CLI?

10:38AM 21    A.  I DON'T KNOW ABOUT EVERY COMPETITOR.

10:38AM 22    Q.  OKAY.  WOULD YOU PLEASE -- YOU CAN PUT THAT ASIDE.  WOULD

10:38AM 23    YOU PLEASE TURN TO EXHIBIT 8267.

10:38AM 24        THIS IS ANOTHER E-MAIL PRODUCED TO US FROM YOUR FILES.

10:38AM 25    WOULD YOU PLEASE LOOK AT THE ADDRESSEE'S OF THE E-MAIL.  I'M

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:38AM   1   LOOKING AT THE E-MAIL BELOW THE LINE AT THE TOP THIRD OF THE

10:38AM   2   PAGE.  THIS WAS SENT TO YOU ALONG WITH MANY OTHER PEOPLE AT

10:38AM   3   CISCO, RIGHT

10:38AM   4   A.  I DON'T SEE MY NAME THERE DIRECTLY, BUT I WOULDN'T BE

10:39AM   5   SURPRISED.  I KNOW OF THE TEAM.

10:39AM   6           MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 8267.

10:39AM   7           THE COURT:  ANY OBJECTION?

10:39AM   8           MR. PAK:  I'M NOT SURE THERE'S FOUNDATION LAID WITH

10:39AM   9   THIS PARTICULAR WITNESS, YOUR HONOR.  THERE ARE OTHER WITNESSES

10:39AM  10   THAT WILL BE COMING TO TRIAL.

10:39AM  11           THE COURT:  ALL RIGHT.  WHY DON'T YOU LAY --

10:39AM  12           MR. SILBERT:  I CAN PROVIDE THE METADATA PRODUCED TO

10:39AM  13   US BY CISCO THAT SAYS THIS CAME FROM US.

10:39AM  14           THE COURT:  SURE.  LET'S DO THAT.

10:39AM  15           MR. SILBERT:  OKAY.

10:39AM  16           MR. PAK:  YOUR HONOR, I CAN JUST LOOK AT THE

10:39AM  17   METADATA.

10:39AM  18           THE COURT:  THAT WOULD BE GREAT, WHY DON'T WE DO IT

10:39AM  19   THAT WAY.

10:39AM  20           MR. SILBERT:  IT'S GOING TO TAKE ME A MOMENT TO FIND

10:40AM  21   THE METADATA, YOUR HONOR.  I CAN MOVE TO A SEPARATE DOCUMENT.

10:40AM  22           THE COURT:  WHY DON'T WE DO THAT.  AT A BREAK YOU CAN

10:40AM  23   PULL IT OUT AND I'M SURE WE CAN TAKE CARE OF IT.

10:40AM  24           MR. SILBERT:  OKAY.

10:40AM  25   Q.  LET'S GO TO -- WOULD YOU PLEASE LOOK AT EXHIBIT 7996.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:40AM  1    BEFORE WE DO THAT, DO YOU MIND JUST LOOKING AGAIN AT THAT

10:40AM  2    DOCUMENT, JUST IF WE CAN SAVE OURSELVES THE TROUBLE.  DO YOU

10:40AM  3    KNOW THAT YOU'RE A MEMBER OF ONE OF THESE E-MAIL GROUPS THAT

10:40AM  4    THIS E-MAIL IS SENT TO?

10:40AM  5    A.  I DON'T KNOW WHICH LIST, SOFTWARE ARP IS A POSSIBILITY.  I

10:40AM  6    KNOW THE PEOPLE THAT ARE REFERENCED HERE.

10:41AM  7         THE COURT:  WE WILL TAKE A BREAK IN FIVE MINUTES, SO

10:41AM  8    YOU WILL BE ABLE TO DEAL WITH IT.

10:41AM  9         MR. SILBERT:  OKAY.

10:41AM  10   Q.  WOULD YOU PLEASE THEN TURN TO EXHIBIT 7996.

10:41AM  11   A.  OKAY.

10:41AM  12   Q.  THIS IS ANOTHER DOCUMENT THAT WAS PRODUCED TO US FROM YOUR

10:41AM  13   FILES AT CISCO.  IT'S A CISCO PRESENTATION WITH THE TITLE,

10:41AM  14   TOMORROW STARTS HERE.  DO YOU SEE THE LOGO FOR CISCO LIVE?

10:41AM  15   A.  I'M NOT AWARE EVER WHAT THE LOGO IS FOR CISCO LIVE ON.  I

10:41AM  16   SEE THE CISCO LOGO AND I KNOW WHAT CISCO LIVE IS.

10:41AM  17   Q.  CISCO LIVE IS AN EVENT THAT'S PUT ON BY CISCO EVERY YEAR,

10:41AM  18   RIGHT?

10:41AM  19   A.  YES.

10:41AM  20        MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 7996.

10:41AM  21        THE COURT:  ANY OBJECTION?

10:41AM  22        MR. PAK:  NO, YOUR HONOR.

10:42AM  23      AGAIN, ARE YOU REPRESENTING THAT IT'S FOR -- NO OBJECTION,

10:42AM  24   YOUR HONOR.

10:42AM  25        THE COURT:  IT WILL BE ADMITTED.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:42AM  1          (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7996, HAVING BEEN

10:42AM  2     PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:42AM  3     EVIDENCE.)

10:42AM  4          MR. SILBERT:

10:42AM  5     Q.  NOW IF YOU SEE AT THE TOP, IT SAYS UP AT THE TOP OF THE

10:42AM  6     PAGE THERE IT'S FROM 2014.

10:42AM  7     A.  I DON'T SEE THAT ON THE --

10:42AM  8     Q.  IT'S HIGHLIGHTED ON THE SCREEN, IT'S THE VERY TOP OF THE

10:42AM  9     FIRST PAGE?

10:42AM  10    A.  OH, YES, YES, OKAY.

10:42AM  11    Q.  2014, THAT'S THE SAME YEAR THAT CISCO FILED THIS CURRENT

10:42AM  12    LAWSUIT AGAINST ARISTA, RIGHT?

10:42AM  13    A.  I ACCEPT THAT ASSERTION.

10:42AM  14    Q.  OKAY.  AND IF YOU WOULD PLEASE TURN TO THE SECOND PAGE OF

10:42AM  15    THE SLIDE DECK.  DO YOU SEE THE PRESENTER HERE HAS THE TITLE,

10:42AM  16    SENIOR EDUCATION SPECIALIST, CISCO SYSTEMS?

10:42AM  17    A.  YES.

10:42AM  18    Q.  ALL RIGHT.  NOW, IF I CAN ASK YOU, PLEASE, TO TURN TO SLIDE

10:43AM  19    NUMBER 24.  THE TITLE OF THE SLIDE IS IOS CLI, RIGHT?

10:43AM  20    A.  I SEE THAT.

10:43AM  21    Q.  OKAY.  AND IF YOU READ THE TEXT IN THE NOTES BELOW, IT SAYS

10:43AM  22    STARTING ON THE SENTENCE ON THE THIRD LINE, IT SAYS, OVER THE

10:43AM  23    YEARS, THE BASIC LOOK AND FEEL OF THE COMMAND-LINE INTERFACE

10:43AM  24    HAS BEEN MIMICKED BY OTHER MANUFACTURERS, TO THE POINT WHERE IT

10:43AM  25    IS THE DE FACTO STANDARD OF NETWORKING PROGRAMMING -- NETWORK

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:43AM 1    PROGRAMMING.

10:43AM 2        DO YOU SEE THAT LANGUAGE?

10:43AM 3    A.  I SEE THAT LANGUAGE.

10:43AM 4    Q.  THAT WAS A TRUE STATEMENT, WASN'T IT?

10:43AM 5    A.  I -- I DISAGREE.

10:43AM 6    Q.  YOU THINK THAT THE STATEMENT THAT CISCO MADE IN A

10:43AM 7    PRESENTATION AT ITS OWN CISCO LIVE EVENT THAT THE CISCO IOS CLI

10:44AM 8    HAS BECOME THE DE FACTO STANDARD OF NETWORKING PROGRAMMING IS

10:44AM 9    ACTUALLY FALSE?

10:44AM 10   A.  I AM NOT SURE WHAT THE AUTHOR OF THAT SLIDE MEANT BY DE

10:44AM 11   FACTO STANDARD.

10:44AM 12   Q.  OKAY.  THE AUTHOR IS SOMEONE WHO WORKED FOR CISCO, RIGHT?

10:44AM 13   A.  THERE ARE MANY PEOPLE THAT WORK FOR CISCO AND THERE'S MANY

10:44AM 14   PEOPLE WITH OPINIONS, YES.

10:44AM 15   Q.  THIS IS A SLIDE DECK FOR THE CISCO LIVE EVENT, RIGHT?

10:44AM 16   A.  YES.  I AGREE.

10:44AM 17   Q.  WHAT IT SAYS IN THIS SLIDE DECK PRESENTED AT THE CISCO LIVE

10:44AM 18   EVENT IS THAT OVER THE YEARS, THE BASIC LOOK AND FEEL OF THE

10:44AM 19   COMMAND-LINE INTERFACE HAS BEEN MIMICKED BY OTHER

10:44AM 20   MANUFACTURURES TO THE POINT WHERE IT IS THE DE FACTO STANDARD

10:44AM 21   OF NETWORK PROGRAMMING, RIGHT?

10:44AM 22   A.  THAT'S WHAT THAT SENTENCE SAYS.

10:44AM 23       MR. SILBERT:  OKAY.  YOUR HONOR, MAYBE WE COULD TAKE

10:45AM 24   A BREAK NOW.

10:45AM 25       THE COURT:  ALL RIGHT.  WE ARE GOING TO TAKE OUR

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:45AM 1    MORNING BREAK.  LET'S COME BACK AT FIVE MINUTES TO 11.

10:45AM 2        (WHEREUPON A RECESS WAS TAKEN.)

10:57AM 3            THE COURT:  MR. SILBERT BETTER, WOULD YOU LIKE TO

10:57AM 4    CONTINUE, AND MR. LOUGHEED IS PRESENT AS WELL.

10:57AM 5            MR. SILBERT:  MAY I PROCEED, YOUR HONOR?

10:57AM 6            THE COURT:  YES, PLEASE.

10:57AM 7            MR. SILBERT:  YOUR HONOR, WE EXCHANGED A COPY OF THE

10:57AM 8    METADATA, I BELIEVE WE --

10:57AM 9            MR. PAK:  WE WITHDRAW THE OBJECTION, YOUR HONOR.

10:57AM 10            THE COURT:  ALL RIGHT.  EXHIBIT 8267 WILL BE

10:57AM 11   ADMITTED.

10:57AM 12       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 8267, HAVING BEEN

10:57AM 13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:57AM 14   EVIDENCE.)

10:57AM 15            MR. SILBERT:

10:57AM 16   Q.  MR. LOUGHEED, THIS WAS AN E-MAIL THAT WAS SENT TO YOU ALONG

10:57AM 17   WITH A NUMBER OF OTHER PEOPLE AT CISCO, RIGHT?

10:57AM 18   A.  YES.

10:57AM 19   Q.  I BELIEVE YOU SAID YOU KNOW THE PEOPLE ON THE -- WHOSE

10:57AM 20   NAMES ARE ON THE E-MAIL?

10:58AM 21   A.  YES, I DO.

10:58AM 22   Q.  OKAY.  IF YOU WOULD LOOK AT THE E-MAIL TOWARDS THE --

10:58AM 23   UNDERNEATH THAT HORIZONTAL LINE SENT BY PRAKASH BETTADAPUR,

10:58AM 24   WHAT HE WRITES THERE IN THE TOP PARAGRAPH, THE COMMAND-LINE

10:58AM 25   INTERFACE, CLI, HAS BEEN THE CORNER STONE OF CISCO DEVICES

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:58AM  1    MANAGEABILITY AND HAS BEEN THE DE FACTO STANDARD IN THE

10:58AM  2    INDUSTRY.

10:58AM  3         DO YOU SEE THAT

10:58AM  4              THE COURT:  I SEE THOSE WORDS.

10:58AM  5    Q.   THAT WAS A TRUE STATEMENT, WASN'T IT?

10:58AM  6    A.   I AGREE THE COMMAND-LINE INTERFACE HAS BEEN THE CORNER

10:58AM  7    STONE OF CISCO DEVICE MANAGEABILITY.  I DO NOT AGREE THAT IT

10:58AM  8    HAS BEEN THE DE FACTO STANDARD IN THE INDUSTRY.

10:58AM  9    Q.   YOU THINK MR. BETTADAPUR WHEN HE WROTE TO A GROUP OF PEOPLE

10:58AM  10   AT CISCO THAT THE CLI HAS BEEN THE DE FACTO STANDARD, THE CISCO

10:58AM  11   CLI HAS BEEN THE DE FACTO STANDARD IN THE INDUSTRY, YOU THINK

10:58AM  12   HE'S SIMPLY -- WAS SIMPLY WRONG?

10:58AM  13   A.   I THINK HE WAS VERY ENTHUSIASTIC AND I DON'T AGREE WITH

10:58AM  14   THAT -- HIS ASSESSMENT.

10:59AM  15   Q.   OKAY.  WOULD YOU PLEASE LOOK AT, AGAIN, AT EXHIBIT 5031,

10:59AM  16   WHICH IS IN EVIDENCE.  THIS IS THE DEC MANUAL --

10:59AM  17              THE COURT:  THIS WAS THE SEPARATE BINDER?

10:59AM  18              MR. SILBERT:  YEAH.  THANK YOU.

10:59AM  19   Q.   THIS IS THE DEC ROUTER, DEC B ROUTER MANUAL THAT WAS

10:59AM  20   PRODUCED TO US FROM YOUR FILES FROM 1993.

10:59AM  21        DO YOU RECALL WE TALKED ABOUT THIS EARLIER?  WE LOOKED AT

10:59AM  22   THE COMMAND ARP TIMEOUT, WHICH IS IN THIS DEC MANUAL, ALSO

10:59AM  23   IN -- ALSO APPEARS IN CISCO CLI, AND YOU TESTIFIED THAT YOU

10:59AM  24   BELIEVED THAT THAT WAS A COINCIDENCE, RIGHT?

10:59AM  25   A.   YES.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:59AM 1    Q.   CISCO ALSO USES THE CLI COMMAND, CLEAR IP BGP, CORRECT?

10:59AM 2    A.   YES.

10:59AM 3    Q.   AND CISCO TOLD US IN THIS CASE THAT THAT COMMAND WAS ADDED

11:00AM 4    TO THE CISCO CLI IN 1993.  I WOULD LIKE YOU TO PLEASE LOOK AT

11:00AM 5    THE PAGE ENDING IN 233.  AGAIN, I'M REFERRING TO THOSE NUMBERS

11:00AM 6    THAT LAWYERS ADD AT THE BOTTOM OF THE PAGE, THE BATES NUMBERS.

11:00AM 7        YOU SEE THERE THE COMMAND IN THE DEC MANUAL FOR MAY 1993,

11:00AM 8    YOU SEE THE COMMAND CLEAR IP BGP?

11:00AM 9    A.   YES, I DO.

11:00AM 10   Q.   AND THAT'S THE SAME COMMAND THAT CISCO USES IN ITS CLI,

11:00AM 11   RIGHT?  THE SAME COMMAND THAT WAS IN THE DEC MANUAL THAT WAS IN

11:00AM 12   YOUR FILES, RIGHT?

11:00AM 13   A.   IT APPEARS TO BE THE SAME COMMAND.

11:00AM 14   Q.   DO YOU THINK THAT WAS A COINCIDENCE TOO?

11:00AM 15   A.   I SUSPECT THEY HAD SEEN WHAT CISCO HAD DONE.

11:01AM 16   Q.   YOU THINK THEY COPIED CISCO?

11:01AM 17   A.   I CAN'T SAY THAT WITH CERTAINTY.  CERTAINLY I WAS ONE OF

11:01AM 18   THE CO DESIGNERS OF THE BGP PROTOCOL AND I DID IMPLEMENT A

11:01AM 19   COMMAND-LINE INTERFACE THAT HAD FUNCTIONALITY LIKE THIS.

11:01AM 20   Q.   CISCO USED THE COMMAND CLEAR IP BGP, RIGHT?

11:01AM 21   A.   YES.

11:01AM 22   Q.   AND THAT COMMAND, ACCORDING TO CISCO, IN THE INFORMATION

11:01AM 23   THEY GAVE US IN THIS LAWSUIT, WAS ADDED TO THE CISCO CLI IN

11:01AM 24   1993, RIGHT?

11:01AM 25   A.   THERE WAS A -- SO YES, I SUSPECT THAT FORM OF THE COMMAND

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:01AM  1    WAS PROBABLY DONE AT THAT TIME.

11:01AM  2    Q.   OKAY.  AND THIS DEC ROUTER MANUAL DATED MAY 1993, WHICH WAS

11:02AM  3    IN YOUR FILES AT CISCO, HAS THE COMMAND, CLEAR IP BGP, RIGHT?

11:02AM  4    A.   YES.

11:02AM  5    Q.   AND YOU ARE TELLING ME YOU THINK THAT'S A COINCIDENCE?

11:02AM  6    A.   I REMEMBER IMPLEMENTING A COMMAND, CLEAR BGP.  I KNOW I

11:02AM  7    INVENTED SUCH A COMMAND EARLY ON BEFORE THIS TIMEFRAME BECAUSE

11:02AM  8    I WAS THE AUTHOR OF THAT PROTOCOL AT CISCO.  I WAS ALSO THE --

11:02AM  9    THE CO-AUTHOR OF THE PROTOCOL SPECIFICATION.  AND I CERTAIN

11:02AM  10    NEEDED A WAY OF RESTARTING OR CLEARING BGP DATA.

11:02AM  11         SO PREFACING IT WITH AN IP COULD HAVE BEEN ADDED LATER ON.

11:02AM  12    Q.   THAT'S JUST A LOGICAL THING TO DO, ONCE YOU HAVE CLEAR BGP,

11:02AM  13    IT'S JUST LOGICAL TO ADD IP IF YOU WANT TO SPECIFY INTERNET

11:02AM  14    PROTOCOL?

11:02AM  15    A.   IT WOULD BE IN LINE WITH REGULARIZING THE COMMAND-LINE

11:02AM  16    INTERFACE.

11:02AM  17    Q.   OKAY.  CISCO USES A COMMAND IN ITS CLI, DISTANCE BGP,

11:03AM  18    RIGHT?

11:03AM  19    A.   YES.

11:03AM  20    Q.   OKAY.  AND ACCORDING TO CISCO, THAT COMMAND WAS ADDED TO

11:03AM  21    THE CISCO CLI IN 1993.  COULD YOU PLEASE LOOK ONE PAGE EARLIER

11:03AM  22    IN EXHIBIT 5031, THE PAGE ENDING IN 232.  YOU SEE THE COMMAND

11:03AM  23    THERE IN THE DEC MANUAL THAT WAS IN YOUR FILES, DISTANCE BGP?

11:03AM  24    A.   YES.

11:03AM  25    Q.   THAT'S THE SAME COMMAND CISCO ADDED IN 1993?

619

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:03AM 1    A.   CISCO ADDED -- SO I SUSPECT THE DATES IN THE CISCO STUFF,

11:03AM 2    THE EARLIEST THEY WERE ABLE TO FIND RECORDS OF THOSE COMMANDS.

11:03AM 3    I HAD ADDED A DISTANCE COMMAND IN -- MUCH EARLIER THAN THAT.

11:03AM 4    Q.   YOU THINK THE DIGITAL EQUIPMENT CORPORATION COPED CISCO

11:03AM 5    CLI?

11:04AM 6    A.   I -- IT CERTAINLY LOOKS LIKE THEY USED THE SAME TERMINOLOGY

11:04AM 7    THAT I USED WHEN I CREATED THE DISTANCE COMMAND.

11:04AM 8    Q.   CISCO USES THE COMMAND IP DOMAIN LOOKUP, RIGHT?

11:04AM 9    A.   YES.

11:04AM 10   Q.   AND ACCORDING TO CISCO THAT WAS ADDED TO THE CLI IN 1993.

11:04AM 11   COULD YOU PLEASE LOOK AT PAGE 156 OF EXHIBIT 5031.  DO YOU SEE

11:04AM 12   THERE THE COMMAND IP DOMAIN LOOKUP IN THE DEC MANUAL THAT WAS

11:04AM 13   IN YOUR FILES?

11:04AM 14   A.   I SEE WHAT YOU'VE HIGHLIGHTED, YES.

11:04AM 15   Q.   DO YOU THINK THAT WAS A COINCIDENCE?

11:04AM 16   A.   I THINK THEY HAD SEEN WHAT CISCO HAD DONE AND --

11:05AM 17   Q.   YOU ARE SPECULATING, RIGHT?

11:05AM 18   A.   I'M SPECULATING.  I'M SPECULATING.  AS I'VE SAID, I HAVE

11:05AM 19   NOT SEEN THIS MANUAL BEFORE.  I HAVE NO MEMORY OF SEEING THE

11:05AM 20   MANUAL BEFORE.

11:05AM 21   Q.   OKAY.  IF YOU STILL LOOK AT THAT SAME PAGE, YOU SEE THE

11:05AM 22   COMMAND IP DOMAIN NAME UP THERE.  A FEW LINES UP?

11:05AM 23   A.   YEP.

11:05AM 24   Q.   THAT'S ANOTHER COMMAND THAT CISCO USES, RIGHT?

11:05AM 25   A.   YES.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:05AM  1    Q.   DO YOU HAVE ANY EXPLANATION FOR HOW IP DOMAIN NAME APPEARS

11:05AM  2    IN THE DEC MANUAL THAT WAS IN YOUR FILES AND ALSO APPEARS IN

11:05AM  3    THE CISCO CLI?

11:05AM  4    A.   NO, I DON'T.

11:05AM  5    Q.   CISCO USES A COMMAND, SHOW IP BGP, RIGHT?

11:05AM  6    A.   WHO DOES?

11:05AM  7    Q.   CISCO.

11:05AM  8    A.   YES.

11:05AM  9    Q.   WOULD YOU PLEASE LOOK AT THE PAGE ENDING IN 290 OF

11:06AM  10   EXHIBIT 5031.  YOU SEE THE COMMAND THERE SHOW IP BGP?

11:06AM  11   A.   I SEE THAT.

11:06AM  12   Q.   YOU HAVE NO EXPLANATION, DO YOU, FOR HOW THE COMMAND SHOW

11:06AM  13   IP BGP APPEARS BOTH IN CISCO'S CLI AND IN THE DEC MANUAL DATED

11:06AM  14   MAY 1993 THAT WAS IN YOUR FILES?

11:06AM  15   A.   NO, I DON'T.  I WAS -- AS I'VE INDICATED, I'M THE ONE OF

11:06AM  16   THE DESIGNERS OF BGP, AND MY CO-AUTHOR AND I CAME UP WITH THE

11:06AM  17   BGP IMPLEMENT, SEPARATE BGP IMPLEMENTATIONS, ONE DONE AT IBM,

11:06AM  18   ONE DONE AT CISCO, DONE IN 1989.

11:06AM  19   Q.   RIGHT.  AND BGP IS THE BORDER GATEWAY PROTOCOL, IT'S A

11:06AM  20   NETWORKING STANDARD PROTOCOL, RIGHT?

11:06AM  21   A.   IT IS NOW, YES.

11:06AM  22   Q.   EVERYBODY CALLS IT BGP, RIGHT?

11:07AM  23   A.   OR GATEWAY, YES.

11:07AM  24   Q.   AND THE COMMAND, THIS SPECIFIC CLI COMMAND, SHOW IP BGP,

11:07AM  25   THAT CLI COMMAND IS USED IN CISCO'S CLI, RIGHT?

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:07AM 1    A.   YES, IT IS.

11:07AM 2    Q.   AND ACCORDING TO CISCO, IN THIS LAWSUIT IT WAS ADDED TO

11:07AM 3    CISCO CLI IN 1993?

11:07AM 4    A.   I THINK IT WAS EARLIEST DOCUMENTED IS WHAT -- IS PROBABLY

11:07AM 5    THE CAVEAT THAT GOES WITH THAT.  BECAUSE I KNOW THIS WAS --

11:07AM 6    THIS WORK WAS DONE EARLIER.

11:07AM 7    Q.   DO YOU HAVE ANY EXPLANATION FOR HOW THE SAME COMMAND, SHOW

11:07AM 8    IP BGP APPEARS IN THE DEC, DIGITAL EQUIPMENT CORPORATION,

11:07AM 9    ROUTER MANUAL DATED MAY 1993 THAT CAME FROM YOUR FILES?

11:07AM 10    A.   NO, I DON'T.

11:07AM 11        MR. SILBERT:  OKAY.  THANK YOU, SIR.  I HAVE NO

11:07AM 12    FURTHER QUESTIONS.

11:07AM 13        THE COURT:  THANK YOU.

11:08AM 14      MR. PAK, REDIRECT?

11:08AM 15        MR. PAK:  YES.

11:08AM 16

11:08AM 17            **REDIRECT EXAMINATION BY MR. PAK**

11:08AM 18

11:08AM 19    BY MR. PAK:

11:08AM 20    Q.   GOOD MORNING, MR. LOUGHEED.

11:08AM 21    A.   GOOD MORNING.

11:08AM 22    Q.   WE ARE GOING TO GO THROUGH SOME OF THE TOPICS THAT WERE

11:08AM 23    COVERED WITH YOU BY ARISTA'S COUNSEL.

11:08AM 24    A.   YES.

11:08AM 25    Q.   SO FIRST OF ALL, IT'S TALK ABOUT THIS DEC SYSTEM 20 THAT

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:08AM  1    WAS THE SUBJECT OF MANY QUESTIONS FROM MR. SILBERT.

11:08AM  2         IF I CAN HAVE, I THINK IT WAS SLIDE NUMBER TWO.

11:08AM  3         IF WE COULD HAVE THAT ON THE SCREEN.

11:08AM  4         NOW JUST TO REMIND THE JURY HERE, WHAT TYPE OF SYSTEM WAS

11:08AM  5    THE DEC SYSTEMS 20 BACK IN THE EARLY 1980S?

11:09AM  6    A.   IT WAS A MAIN FRAME SYSTEM THAT PROVIDED GENERAL COMPUTING

11:09AM  7    SUPPORT.  STANFORD USED IT FOR THEIR FACULTY STAFF AND

11:09AM  8    COMPUTING NEEDS.

11:09AM  9    Q.   WAS THAT AN IP ROUTER?

11:09AM  10   A.   NO.

11:09AM  11   Q.   AND SO WHEN MR. SILBERT WAS ASKING YOU ALL THESE QUESTIONS

11:09AM  12   ABOUT SOME OF THE MANUALS AND SO FURTHER WITH RESPECT TO THE

11:09AM  13   DEC SYSTEMS 20, THAT SYSTEM MANUAL WAS NOT DESCRIBING AN IP

11:09AM  14   ROUTER; IS THAT CORRECT?

11:09AM  15   A.   THAT'S CORRECT.

11:09AM  16   Q.   AND SIR, DID YOU TRY TO SLAVISHLY COPY THE USER INTERFACE

11:09AM  17   OF THE DEC SYSTEMS 20 IN ORDER TO BUILD YOUR IP ROUTER?

11:09AM  18   A.   NO.

11:09AM  19   Q.   AND WHY NOT?

11:09AM  20   A.   IT WOULDN'T HAVE BEEN HELPFUL.  I HAD A NEW PROBLEM TO

11:09AM  21   SOLVE, AND I WAS NOT PARTICULARLY CONSTRAINED BY WHAT CHOICE OF

11:09AM  22   COMMANDS OR EXPRESSIONS OR HOW I DID THINGS.  IT WAS A NEW

11:10AM  23   PRODUCT, A NEW MARKETPLACE, AND THE CUSTOMERS WE WERE AIMING

11:10AM  24   HAD, MOST HAD NEVER SEEN AN IP ROUTER BEFORE, PRACTICALLY ALL

11:10AM  25   OF THEM HAD NOT SEEN AN IP ROUTER BEFORE 86.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:10AM 1   Q.  WHAT WOULD HAVE HAPPENED TO YOUR CUSTOMERS IF YOU HAD A

11:10AM 2   MAIN FRAME USER INTERFACE RUNNING ON AN IP ROUTER AT THE TIME?

11:10AM 3   A.  THEY WOULD HAVE THOUGHT THAT WAS INCREDIBLY STRANGE.

11:10AM 4   Q.  AND JUST TO BE CLEAR --

11:10AM 5   A.  AND UN HELPFUL.

11:10AM 6   Q.  AT THE TIME THAT YOU WERE IN THIS MARKETPLACE IN 1986, WAS

11:10AM 7   DEC MAKING ANY IP ROUTERS TO COMPETE AGAINST WHAT YOU WERE

11:10AM 8   DOING?

11:10AM 9   A.  NO.

11:10AM 10  Q.  NOW I WANT TO -- AND BY THE WAY, THERE WERE A NUMBER OF

11:10AM 11  QUESTIONS ABOUT DEC AGAIN.  TO YOUR KNOWLEDGE, HAS DEC EVER

11:10AM 12  COMPLAINED TO CISCO ABOUT THE USAGE OF ANY PARTICULAR COMMAND?

11:10AM 13  A.  NO, THEY HAVEN'T.

11:10AM 14  Q.  OKAY.  AND LET'S LOOK AT THE TOPS 20 COMMAND REFERENCE

11:10AM 15  MANUAL.  THIS IS 6965.  AND LET'S TURN TO PAGE LITTLE THREE --

11:11AM 16  A.  HOLD ON.  6965.  YES.  WHICH PAGE?

11:11AM 17  Q.  SO THE LITTLE THREE.  IT'S GOT ON THE BOTTOM SIDE THERE'S

11:11AM 18  GOING TO BE THE LETTERS THAT END IN 300.  AND IT'S THE

11:11AM 19  CONTENTS, THE TABLE OF CONTENTS, DO YOU SEE THAT?

11:11AM 20  A.  YES, I CAN SEE THAT.

11:11AM 21  Q.  MR. FISHER, IF WE CAN GO TO THAT SLIDE.

11:11AM 22      SO WHAT THIS IS, IS A MANUAL FOR THAT BIG MAIN FRAME WE SAW

11:11AM 23  AND THIS IS LISTING OUT THE COMMANDS; IS THAT RIGHT?

11:11AM 24  A.  YES.

11:11AM 25  Q.  AND DO YOU SEE THE COMMAND DESCRIPTIONS.  CAN YOU GO

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:11AM 1  THROUGH AND LOOK AT ALL THE COMMANDS THAT ARE HERE, AND ARE

11:11AM 2  THESE SINGLE WORD COMMANDS OR MULTIWORD COMMANDS THAT ARE

11:11AM 3  DESCRIBED HERE?

11:11AM 4  A.   THESE APPEAR TO BE, FOR THE MOST PART, SINGLE WORD

11:12AM 5  COMMANDS.

11:12AM 6  Q.   OKAY.  AND DO YOU KNOW, AND JUST TO EXPLAIN TO THE JURY,

11:12AM 7  WHAT IS THE DIFFERENCE BETWEEN A COMMAND NAME AND A COMMAND

11:12AM 8  ARGUMENT?

11:12AM 9  A.   THE COMMAND NAME IS SORT OF THE BEGINNING SET OF WORDS,

11:12AM 10  WORDS THAT USE THE COMMAND, THAT BASICALLY DEFINE THE COMMAND.

11:12AM 11  AND THEN THERE ARE OTHER THINGS THAT ARE ARGUMENTS OR

11:12AM 12  PARAMETERS THAT THE USER WILL TYPE.  THERE MAY OCCASIONALLY BE

11:12AM 13  OTHER WORDS THAT THE SYSTEM WILL SUPPLY, BUT THERE'S GENERALLY

11:12AM 14  OTHER WORDS THAT ARE TYPED IN BY THE USER.

11:12AM 15  Q.   AND MR. FISHER, IF WE COULD BRING UP THE STANFORD

11:12AM 16  DEMONSTRATION THAT WE DID IN MR. LOUGHEED'S DIRECT EXAMINATION.

11:12AM 17      DO YOU RECALL DESCRIBING TO THE JURY THE USER INTERFACE

11:13AM 18  THAT EXISTED AT STANFORD?

11:13AM 19  A.   YES, I DO.

11:13AM 20  Q.   WE DO SEE MULTIPLE WORDS HERE, INTERFACE, ETHERNET 0,

11:13AM 21  ADDRESS AND SO ON, DO YOU SEE THAT?

11:13AM 22  A.   YES.

11:13AM 23  Q.   I BELIEVE YOUR TESTIMONY WAS THAT THIS WAS A SINGLE WORD

11:13AM 24  COMMAND, DO YOU RECALL THAT?

11:13AM 25  A.   YES.  IT'S WHAT WE CALL THE INTERFACE COMMAND.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:13AM  1    Q.   WHY WAS THAT A SINGLE WORD COMMAND?

11:13AM  2    A.   BECAUSE THAT'S HOW WE DOCUMENTED IT, THAT'S HOW WE REFERRED

11:13AM  3    TO IT, THAT'S -- THERE WAS JUST ONE COMMAND AND IT HAD MULTIPLE

11:13AM  4    ARGUMENTS AFTERWARDS.

11:13AM  5    Q.   SO WHAT WOULD BE THE COMMAND NAME OR THE COMMAND WORD HERE

11:13AM  6    FOR THIS PARTICULAR COMMAND?

11:13AM  7    A.   INTERFACE.

11:13AM  8    Q.   AND THEN THESE OTHER WORDS LIKE ETHERNET 0, ADDRESS AND SO

11:13AM  9    ON, WHAT TYPES OF INFORMATION WOULD THAT BE?

11:13AM  10   A.   THOSE ARE WHAT WE CALL ARGUMENTS TO THE COMMAND.  THAT'S

11:13AM  11   ETHERNET 0 WOULD BE OKAY, WHAT TYPE OF INTERFACE ARE WE TALKING

11:13AM  12   ABOUT?  AND THEN YOU WOULD TYPE ADDRESS TO SAY YOU ARE WORKING

11:13AM  13   ON THE ADDRESS OF THE INTERFACE, WHICH WAS AN IP ADDRESS IN

11:13AM  14   THIS CASE.

11:13AM  15   Q.   AND THEN YOU RECALL THAT THERE WAS A LOT OF TESTIMONY YOU

11:13AM  16   GAVE ON DIRECT ABOUT HOW THAT INTERFACE WAS THEN CHANGED TO THE

11:14AM  17   ONE THAT YOU ADOPTED AT CISCO, DO YOU RECALL THAT?

11:14AM  18   A.   YES.

11:14AM  19   Q.   FAST FORWARD TO THAT.  AND SO AT THE BOTTOM OF SLIDE 21,

11:14AM  20   YOU WERE DESCRIBING THE CISCO INTERFACE IN BLUE, IS THAT TRUE?

11:14AM  21   A.   THAT'S CORRECT.

11:14AM  22   Q.   AND IF YOU LOOK AT, FOR EXAMPLE, ONE OF THE COMMANDS AT

11:14AM  23   ISSUE IN THIS CASE, IP ADDRESS, AND THERE'S A SERIES OF WORDS,

11:14AM  24   IS THAT A SINGLE WORD COMMAND OR IS THAT A MULTIWORD COMMAND?

11:14AM  25   A.   THAT'S A MULTIWORD COMMAND.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:14AM  1    Q.   WHY IS THAT A MULTIWORD COMMAND?

11:14AM  2    A.   BECAUSE YOU REFER TO IT BY THE FIRST TWO FIXED KEY WORDS,

11:14AM  3    IP ADDRESS.

11:14AM  4    Q.   AND SO I WANT TO FLIP TO NOW, WITH THAT UNDERSTANDING, THE

11:14AM  5    TERMINAL COMMAND THAT MR. SILBERT ASKED YOU ABOUT.  DO YOU

11:14AM  6    RECALL THAT COMMAND?

11:14AM  7    A.   YES.

11:14AM  8    Q.   SO IF YOU GO TO PAGE 366, MR. FISHER.  IF YOU COULD BLOW UP

11:14AM  9    366 IN THE DOCUMENTS, THAT'S 386-84 IN THE BATES LABEL.

11:15AM  10   WONDERFUL.  YEP.  THAT'S IT.

11:15AM  11        SO FIRST OF ALL, BLOW UP, AND I'M GOING TO HAVE YOU READ

11:15AM  12   INTO THE RECORD, THE DESCRIPTION OF THE ACTUAL TERMINAL COMMAND

11:15AM  13   THAT MR. SILBERT WAS ASKING YOU ABOUT.

11:15AM  14        CAN YOU READ THE FIRST PART AT THE TOP.

11:15AM  15   A.   SETS THE CHARACTERISTICS OF YOUR TERMINAL.  FORMAT OF THE

11:15AM  16   COMMAND IS THE AT SIGN WHICH IS THE PROMPT, FOR TOPS 20 CLI,

11:15AM  17   TERMINAL, THE WORD TERMINAL, AND THEN TOPS 20 HAS THE IDEA OF

11:15AM  18   GUIDE WORDS THAT ARE NOT REALLY PART OF THE COMMAND, THEY ARE

11:15AM  19   JUST SORT OF LIKE, THEY ARE LIKE HELP DESCRIPTIONS THAT TOPS 20

11:16AM  20   WOULD PROVIDE.  YOU WOULD TYPE TERMINAL, IT FILLS IT OUT, THESE

11:16AM  21   GUIDE WORDS.  THEN THERE'S ARGUMENT.  AND IT GOES ON TO SAY,

11:16AM  22   WHERE ARGUMENT IS A KEY WORD CHOSEN FROM THE LIST BELOW

11:16AM  23   REPRESENTING YOUR CHOICE --

11:16AM  24             THE COURT:  HOLD ON PLEASE FOR THE COURT REPORTER.

11:16AM  25             THE WITNESS:  I'M SORRY.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:16AM 1          WHERE ARGUMENT IS A KEY WORD CHOSEN FROM THE LIST BELOW

11:16AM 2    REPRESENTING YOUR CHOICE OF TERMINAL COMMAND OPTIONS, SOME

11:16AM 3    ARGUMENTS FURTHER REQUIRE A DECIMAL NUMBER TO COMPLETE THEIR

11:16AM 4    MEANING.

11:16AM 5    BY MR. PAK:

11:16AM 6    Q.   OKAY.  SO LET'S JUST STOP THERE.  IS THIS A SINGLE WORD

11:16AM 7    COMMAND OR A MULTIWORD COMMAND, GIVEN THE DESCRIPTION?

11:16AM 8    A.   BY THIS DESCRIPTION IT'S A SINGLE WORD COMMAND.

11:16AM 9    Q.   AND SO LENGTH THERE, THAT MR. SILBERT WAS ASKING YOU ABOUT,

11:16AM 10   WAS AN ARGUMENT THAT THE USER WOULD TYPE IN, IS THAT TRUE?

11:16AM 11         MR. SILBERT:  OBJECTION.  LEADING.

11:16AM 12         MR. PAK:  LET ME ASK IT THIS WAY, YOUR HONOR.

11:16AM 13   Q.   WHAT TYPE OF INFORMATION IS LENGTH, ACCORDING TO THE DEC

11:16AM 14   MANUAL?

11:16AM 15   A.   THAT'S AN ARGUMENT.

11:17AM 16   Q.   SO WE CAN SET THE DEC MANUAL ASIDE.

11:17AM 17         NOW, GOING TO THE RELATIONSHIP WITH DEC, AGAIN, THROUGHOUT

11:17AM 18   YOUR CAREER AT CISCO, HAVE YOU HAD INTERACTIONS WITH DEC IN A

11:17AM 19   PROFESSIONAL CAPACITY?

11:17AM 20   A.   NOT DETAILED INTERACTIONS.

11:17AM 21   Q.   OKAY.  AND ARE YOU AWARE OF ANY SITUATIONS IN WHICH DEC HAD

11:17AM 22   APPROACHED CISCO TO TALK ABOUT A LICENSE OR TO TALK ABOUT ANY

11:17AM 23   KINDS OF ISSUES RELATING TO THE USE OF ANY OF THEIR COMMANDS?

11:17AM 24         MR. SILBERT:  OBJECTION.  LACKS FOUNDATION.

11:17AM 25         MR. PAK:  TO YOUR KNOWLEDGE.

628

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:17AM   1          THE COURT:  OVERRULED.

11:17AM   2          THE WITNESS:  THE ONLY INSTANCE THAT I AM PERSONALLY

11:17AM   3   AWARE OF IS THAT WE LICENSE THE LOCAL AREA TERMINAL PROTOCOL,

11:18AM   4   CALLED LAC, FROM DEC.

11:18AM   5   Q.   AND THEREFORE IN THAT PARTICULAR INSTANCE, CISCO PAID MONEY

11:18AM   6   TO DEC FOR THAT PARTICULAR PROTOCOL AND YOU LICENSED THAT

11:18AM   7   TECHNOLOGY, IS THAT TRUE?

11:18AM   8   A.   I THINK WE HAD A LICENSE FROM DEC.  WE ALSO LICENSED

11:18AM   9   SUPPORTING CODE FROM A COMPANY CALLED, I THINK IT WAS CALLED

11:18AM  10   MERIDIAN, SOMETHING OR OTHER.

11:18AM  11   Q.   AND TO YOUR KNOWLEDGE HAS CISCO EVER COMPLAINED ABOUT THE

11:18AM  12   USE OF A SINGLE WORD COMMAND TERMINAL?

11:18AM  13          THE COURT:  I'M SORRY, WOULD YOU RESTATE THAT.

11:18AM  14   Q.   SURE.  TO YOUR KNOWLEDGE HAS DEC EVER COMPLAINED TO CISCO

11:18AM  15   ABOUT THE USE OF A SINGLE WORD COMMAND TERMINAL?

11:18AM  16   A.   NOT DEC AND TO MY KNOWLEDGE NOT DEC AND NOT ANY OF THE

11:18AM  17   SUCCESSOR COMPANIES EVER.

11:18AM  18   Q.   NOW I WANT TO NOW GO TO ANOTHER TOPIC, MR. LOUGHEED, WHICH

11:18AM  19   WAS THE, I THINK THERE WERE A NUMBER OF QUESTIONS ABOUT IP AND

11:18AM  20   SOME OF THE OTHER INTERNET PROTOCOL DOCUMENTS, DO YOU RECALL

11:18AM  21   THAT?  SO THIS IS A BIG FILE, BUT IF YOU TURN TO 69, I BELIEVE

11:19AM  22   IT WAS 6944, IN YOUR BINDER.

11:19AM  23   A.   YES.

11:19AM  24   Q.   OKAY.  YOU CAN SEE THE TITLE OF THIS DOCUMENT AT THE VERY

11:19AM  25   BEGINNING IS INTERNET PROTOCOL, CORRECT?

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:19AM 1    A.   CORRECT.

11:19AM 2    Q.   NOW YOU DIDN'T USE THE WORD INTERNET PROTOCOL TO TALK ABOUT

11:19AM 3    THE INTERNET IN YOUR COMMANDS, IS THAT TRUE?

11:19AM 4    A.   THAT'S CORRECT.

11:19AM 5    Q.   OKAY.  SO LET'S TURN TO A FEW MORE OF THESE.  IF YOU TURN

11:19AM 6    TO, WE WILL JUST GO IN ORDER, PAGE 7 OF THE DOCUMENT WHICH IS

11:19AM 7    31563.  AND IF YOU BLOW UP UNDER ADDRESSING, MR. SILBERT ASKED

11:19AM 8    YOU ABOUT THE WORD ADDRESS IN THAT PARTICULAR SECTION, DO YOU

11:20AM 9    RECALL THAT?

11:20AM 10   A.   I RECALL THAT.

11:20AM 11   Q.   BUT HE DIDN'T ASK YOU ABOUT FOUR OCTETS, DO YOU SEE THAT?

11:20AM 12   MAYBE WE CAN HIGHLIGHT THAT FOR THE JURY.  IT SAYS ADDRESSES

11:20AM 13   ARE FIXED LENGTH OF FOUR OCTETS.  DO YOU SEE THAT?

11:20AM 14   A.   YES.

11:20AM 15   Q.   WHAT ARE OCTETS, CAN YOU EXPLAIN THAT?

11:20AM 16   A.   THAT'S A NETWORKING JARGON THAT REFERS TO BYTES WHICH ARE

11:20AM 17   EIGHT BITS OF INFORMATION.

11:20AM 18   Q.   AND IS THAT A WELL KNOWN TERM, FOUR OCTETS?

11:20AM 19   A.   ONLY WITHIN THE NETWORKING INDUSTRY.

11:20AM 20   Q.   OKAY.  I DON'T KNOW IT, BUT I'M SURE YOU DID KNOW IT.  NOW,

11:20AM 21   COULD YOU HAVE USED THE WORD FOUR OCTETS TO TALK ABOUT THE

11:20AM 22   ADDRESS, BUT YOU DIDN'T DO THAT, DID YOU?

11:20AM 23   A.   NO, I DID NOT DO THAT.

11:20AM 24   Q.   LET'S GO TO THE NEXT SENTENCE IN THAT SAME DOCUMENT, LOCAL

11:20AM 25   ADDRESS, DO YOU SEE THAT?

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:20AM   1    A.   YES.

11:20AM   2    Q.   SO AGAIN THIS IS THE SAME DOCUMENT MR. SILBERT WAS ASKING

11:20AM   3    YOU ABOUT, IT SAYS LOCAL ADDRESS, DO YOU SEE THAT?

11:20AM   4    A.   YES.

11:20AM   5    Q.   DID YOU USE LOCAL ADDRESS TO DEFINE THE INTERNET PROTOCOL

11:20AM   6    WHEN YOU WERE COMING UP WITH YOUR COMMANDS?

11:21AM   7    A.   NO.

11:21AM   8    Q.   OKAY.  AND LOCAL -- AND IF YOU GO DOWN A LITTLE BIT FURTHER

11:21AM   9    THERE'S ANOTHER PARAGRAPH, CARE MUST BE TAKEN IN MAPPING

11:21AM  10    INTERNET ADDRESSES TO LOCAL NET ADDRESSES, DO YOU SEE THAT?

11:21AM  11    A.   YES.

11:21AM  12    Q.   AND AGAIN, DID YOU USE THE PHRASE LOCAL NET ADDRESSES WHEN

11:21AM  13    COMING UP WITH YOUR IP RELATED ADDRESS COMMANDS?

11:21AM  14    A.   NO.

11:21AM  15    Q.   LET'S LOOK AT SOME MORE.  SO THIS IS ON 31567, WHICH IS

11:21AM  16    PAGE 11.  DO YOU SEE THAT THIS IS AN EXAMPLE OF AN INTERNET

11:21AM  17    DATA GRAM HEADER?

11:21AM  18    A.   YES, I DO.

11:21AM  19    Q.   AND YOU EXPLAIN TO THE JURY WHAT THAT MEANS, WHAT IS AN

11:21AM  20    INTERNET DATA GRAM HEADER THAT'S AT THE BOTTOM?

11:21AM  21    A.   SO WHEN YOU ARE SENDING DATA USING THE INTERNET PROTOCOL,

11:22AM  22    THERE'S INFORMATION, I REFER TO LIKE THE ADDRESS ON AN ENVELOPE

11:22AM  23    OR SOMETHING LIKE THAT.  THIS IS SORT OF THE FORMAL HEADER ON

11:22AM  24    THE ENVELOPE, IF YOU WILL, SORT OF THE LEADING PIECE OF

11:22AM  25    INFORMATION THAT AN IP ROUTER WOULD ACTUALLY LOOK IN TO MAKE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:22AM 1    FORWARDING DECISIONS.

11:22AM 2    Q.   AND LET'S SEE HOW THIS INDUSTRY DOCUMENT TALKED ABOUT THE

11:22AM 3    ADDRESSES THAT ARE USED IN THIS INTERNET DATA GRAM HEADER.

11:22AM 4        MR. FISHER, CAN YOU HIGHLIGHT SOURCE ADDRESS, THEN CAN YOU

11:22AM 5    ALSO HIGHLIGHT DESTINATION ADDRESS.

11:22AM 6        AGAIN, MR. LOUGHEED, DID YOU USE THE PHRASES, SOURCE

11:22AM 7    ADDRESS AND DESTINATION ADDRESS WHEN YOU WERE COMING UP WITH

11:22AM 8    THE IP ADDRESS COMMANDS

11:22AM 9    A.   NO.

11:22AM 10   Q.   OKAY.  LET'S GO THROUGH SOME MORE EXAMPLES.  THIS IS

11:22AM 11   PAGE 23.  AND THIS IS 31579.  AND IF YOU ZERO IN ON INTERNET

11:23AM 12   HEADER, IN THE MIDDLE OF PAGE 23, AND AGAIN, SIR, DID YOU USE

11:23AM 13   THE PHRASE INTERNET HEADER OR INTERNET HEADER PADDING IN COME

11:23AM 14   OF YOUR COMMANDS RELATED TO IP ADDRESSING?

11:23AM 15   A.   NO.

11:23AM 16   Q.   ONE LAST EXAMPLE FROM THIS DOCUMENT.  LET'S LOOK AT

11:23AM 17   PAGE 32, WHICH IS 31588.

11:23AM 18       IF YOU COULD BLOW UP THE MIDDLE SECTION THERE, MR. FISHER.

11:23AM 19       CAN YOU -- DO YOU SEE THAT IT SAYS SRC, EQUALS SOURCE

11:23AM 20   ADDRESS.  DST, EQUALS DESTINATION ADDRESS.  DO YOU SEE THAT?

11:23AM 21   A.   YES.

11:23AM 22   Q.   AND AGAIN, YOU DIDN'T USE THE ACRONYMS SRC, OR DST, EVEN

11:24AM 23   THOUGH THEY ARE DESCRIBED IN THIS DOCUMENT WHEN YOU WERE COMING

11:24AM 24   UP WITH THE IP ADDRESS RELATED COMMANDS, CORRECT?

11:24AM 25       MR. SILBERT:  OBJECT TO THE LEADING, YOUR HONOR.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:24AM  1        MR. PAK:  LET ME ASK IT THIS WAY.

11:24AM  2    Q.  YOU DIDN'T USE SRC, AND DST WHEN COMING UP WITH THE IP

11:24AM  3    ADDRESS COMMANDS?

11:24AM  4    A.  NO, I DID NOT.

11:24AM  5    Q.  STEP BACK ONE PAGE, MR. FISHER.  IF YOU CAN BLOW UP THE

11:24AM  6    SECTION THAT SAYS 3.3, INTERFACES.

11:24AM  7        I WANT YOU TO READ INTO THE RECORD, MR. LOUGHEED, WHAT THE

11:24AM  8    ACTUAL DOCUMENT SAYS ABOUT INTERFACE AND USER INTERFACES.

11:24AM  9    A.  YES.  THE FUNCTIONAL DESCRIPTION OF USER INTERFACES TO IP

11:24AM  10   IS, AT BEST, FICTIONAL, SINCE EVERY OPERATING SYSTEM WILL HAVE

11:24AM  11   DIFFERENT FACILITIES.

11:24AM  12       CONSEQUENTLY, WE MUST WARN READERS THAT DIFFERENT IP

11:25AM  13   IMPLEMENTATIONS MAY HAVE DIFFERENT USER INTERFACES.  HOWEVER,

11:25AM  14   ALL IP'S MUST PROVIDE A CERTAIN MINIMUM SET OF SERVICES TO

11:25AM  15   GUARANTEE THAT ALL IP IMPLEMENTATIONS CAN SUPPORT THE SAME

11:25AM  16   PROTOCOL HIERARCHY.  THIS SECTION SPECIFIES THE FUNCTIONAL

11:25AM  17   INTERFACES REQUIRED OF ALL IP IMPLEMENTATIONS.

11:25AM  18   Q.  AND LET'S PAUSE YOU THERE.  AND AGAIN, FOR THE JURY THIS IS

11:25AM  19   PAGE 31 OF 6944; IS THAT CORRECT?

11:25AM  20   A.  YES.

11:25AM  21   Q.  OKAY.  SO CAN YOU DESCRIBE FOR THE JURY WHAT THE DIFFERENCE

11:25AM  22   IS BETWEEN USER INTERFACES AND FUNCTIONAL INTERFACES?

11:25AM  23   A.  SO THE FUNCTIONAL INTERFACE THAT IP, AS DEFINED BY THE

11:25AM  24   STANDARDS IS, YOU NEED TO EXCHANGE DATA GRAMS THAT HAVE THIS

11:26AM  25   PARTICULAR FORMAT, THE DATA IS ARRANGED IN A PARTICULAR WAY,

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:26AM 1    AND IF DATA IS RECEIVED WITH PARTICULAR SET, A VALUE SET, THAT

11:26AM 2    THE SYSTEM SHOULD REACT ACCORDING TO WHAT THE PROTOCOL SAYS,

11:26AM 3    WHAT THE STANDARD SAYS.

11:26AM 4        WHEN IT COMES TO USER INTERFACES, THEY ARE SILENT ON HOW TO

11:26AM 5    DO USER INTERFACES, THAT IS UP TO EACH, EACH COMPANY OR EACH

11:26AM 6    PERSON THAT IMPLEMENTS THOSE FUNCTIONAL REQUIREMENTS.

11:26AM 7        ONE WAY IS YOU COULD DO A COMMAND-LINE INTERFACE TO GO AND

11:26AM 8    DO THIS STUFF, YOU COULD HAVE A GUI THAT MONITORS AND

11:26AM 9    CONFIGURES THE FUNCTIONAL STUFF.  OR YOU COULD, YOU KNOW, HAVE,

11:26AM 10    AS I DESCRIBED, A MENU-BASED SYSTEM THAT WOULD DO IT.

11:26AM 11        AND THE DOCUMENTS, THE INTERNET PROTOCOL SPECIFICATION IS

11:27AM 12    SILENT ON ACTUALLY HOW THE USER INTERFACE LOOKS.  THAT'S UP TO

11:27AM 13    THE PEOPLE THAT MANUFACTURE THE STUFF.

11:27AM 14    Q.    YOU HAVE BEEN IN THE INDUSTRY FOR 30 YEARS PLUS, CORRECT?

11:27AM 15    A.    YES.

11:27AM 16    Q.    YOU MENTION THAT YOU ALSO WERE PART OF THE BEGINNINGS OF

11:27AM 17    THE BGP PROTOCOL THAT WAS RATIFIED BY THE INDUSTRY STANDARD

11:27AM 18    ORGANIZATIONS, CORRECT?

11:27AM 19    A.    YES.

11:27AM 20    Q.    NOW IN ALL OF YOUR EXPERIENCE, ARE YOU AWARE OF ANY

11:27AM 21    INDUSTRY STANDARDS ORGANIZATION THAT HAS RATIFIED A STANDARD OR

11:27AM 22    AN INDUSTRY STANDARD FOR A COMMAND-LINE INTERFACE FOR

11:27AM 23    NETWORKING EQUIPMENT?

11:27AM 24    A.    THERE IS NO SUCH THING.

11:27AM 25    Q.    AND AGAIN, MR. SILBERT ASKED YOU SOME QUESTIONS OF SOME

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:27AM  1    DOCUMENTS WHERE PHRASES LIKE INDUSTRY STANDARD AND DE FACTO

11:27AM  2    STANDARD WERE USED, DO YOU RECALL THAT?

11:27AM  3    A.  I RECALL THAT.

11:27AM  4    Q.  BUT THOSE WERE NOT YOUR WORDS, CORRECT?

11:27AM  5    A.  THOSE ARE NOT MY WORDS.

11:27AM  6    Q.  AND SITTING HERE TODAY, YOU DON'T KNOW WHAT THE AUTHORS OF

11:27AM  7    THOSE WORDS MEANT WHEN THEY USED THEM IN THAT CONTENT?

11:27AM  8        MR. SILBERT:  OBJECTION TO THE LEADING.

11:28AM  9    BY MR. PAK:

11:28AM  10   Q.  DO YOU KNOW, SIR, WHAT THOSE AUTHORS MEANT WHEN THEY USED

11:28AM  11   THOSE PHRASES?

11:28AM  12   A.  I DON'T KNOW WHAT THEY MEANT.

11:28AM  13   Q.  AND LET'S LOOK AT ONE OF THOSE DOCUMENTS, 7996, WHICH

11:28AM  14   MR. SILBERT USED.

11:28AM  15       IF YOU GO TO THE SECOND PAGE OF THAT, MR. FISHER.

11:28AM  16       THIS WAS THAT CISCO LIVE CONFERENCE, DO YOU RECALL THAT?

11:28AM  17   A.  YES, I RECALL THIS DOCUMENT.

11:28AM  18   Q.  IT SAYS JOSEPH J. RINEHART, MBA, IT SAYS SENIOR EDUCATION

11:28AM  19   SPECIALIST AT CISCO SYSTEMS, THAT'S THE PERSON WHO AUTHORED

11:28AM  20   THIS PRESENTATION?

11:28AM  21   A.  YES.

11:28AM  22   Q.  HAVE YOU HEARD OF MR. JOSEPH J. RINEHART UNTIL TODAY?

11:28AM  23   A.  I HAVE NOT HEARD OF HIM.

11:28AM  24   Q.  IS HE AN EXECUTIVE IN THE COMPANY?

11:28AM  25   A.  NO.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:28AM  1    Q.    TO YOUR KNOWLEDGE IS HE A CISCO FELLOW?

11:28AM  2    A.    NO.

11:28AM  3    Q.    DO YOU HAVE ANY IDEA WHAT A SENIOR EDUCATION SPECIALIST

11:28AM  4    DOES AT CISCO?

11:28AM  5    A.    PERHAPS THEY PRODUCE SLIDE DECKS.  I DON'T KNOW.

11:29AM  6    Q.    BUT THERE WERE LOTS OF QUESTIONS IN YOUR CROSS-EXAMINATION

11:29AM  7    ABOUT, WELL, OTHER PEOPLE ARE DOING THIS, OTHER PEOPLE ARE

11:29AM  8    DOING THAT, DO YOU RECALL THAT FROM MR. SILBERT?

11:29AM  9    A.    I RECALL THAT.

11:29AM 10    Q.    JUST TO MAKE IT CLEAR, ARE YOU AWARE OF ANYONE AT -- THAT

11:29AM 11    HAD DONE ANY OF THE MULTIWORD COMMANDS THAT WE ARE ASSERTING IN

11:29AM 12    THIS CASE PRIOR TO YOUR ORIGINATION OF THOSE COMMANDS?

11:29AM 13    A.    I'M NOT AWARE OF -- I WAS THE AUTHOR, I WAS THE CREATOR OF

11:29AM 14    THOSE MULTIWORD COMMANDS.

11:29AM 15    Q.    AND JUST TO BE CLEAR, THERE WERE SOME QUESTIONS ABOUT,

11:29AM 16    AGAIN, A LATER DECK MANUAL WHERE THEY WERE ASKING YOU QUESTIONS

11:29AM 17    AS TO, YOU KNOW, THIS IS 1993, HAS SOME COMMANDS THAT LOOK

11:29AM 18    SIMILAR TO THE COMMANDS THAT CISCO DID; DO YOU RECALL THOSE

11:29AM 19    LINES OF QUESTIONS?

11:29AM 20    A.    I DO RECALL THAT.

11:29AM 21    Q.    AND YOU SAID WELL, THE 1993 THAT CISCO OFFERED WAS THE

11:29AM 22    EARLIEST DATE FOR WHICH WE HAD EVIDENCE THAT CERTAIN COMMANDS

11:29AM 23    WERE ADDED TO THE CISCO SYSTEM, DO YOU RECALL THAT?

11:29AM 24    A.    I DID SAY THAT.

11:30AM 25    Q.    AND THEN YOU SAID, BUT IT'S MY RECOLLECTION THAT MANY OF

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:30AM  1   THESE COMMANDS WERE CREATED MUCH EARLIER IN TIME, DO YOU RECALL

11:30AM  2   THAT TESTIMONY?

11:30AM  3   A.   YES.

11:30AM  4   Q.   AND CAN YOU GIVE A SENSE TO THE JURY AS TO THE TIME PERIOD

11:30AM  5   WHEN MANY OF THESE COMMANDS THAT WERE ASKED BY YOU WOULD HAVE

11:30AM  6   BEEN CREATED?

11:30AM  7   A.   WHICH --

11:30AM  8   Q.   FOR EXAMPLE THE BGP SET OF COMMANDS.

11:30AM  9   A.   IN JANUARY OF 1989 YAKOV REKHTER OF IBM AND I COLLABORATED

11:30AM  10  ON DESIGNS A NETWORK PROTOCOL CALLED BGP.  THE INTERNET WAS

11:30AM  11  HAVING TOO MANY NETWORKS FOR THE EXISTING PROTOCOLS TO HANDLE

11:30AM  12  SO WE NEEDED TO CREATE SOMETHING NEW.

11:30AM  13      AND WE HAD MET AT A CONFERENCE.  WE SKETCHED IT ON TWO

11:30AM  14  COPIES OF NAPKINS.  I TOOK ONE OF THOSE COPIES, YAKOV TOOK THE

11:30AM  15  OTHER.  HE WENT BACK TO IBM, I WENT BACK TO CISCO AND WE

11:30AM  16  CREATED THE FIRST BGP IMPLEMENTATION, INCLUDING THE COMMANDS TO

11:31AM  17  SOME OF THE FUNDAMENTAL COMMANDS TO MONITOR THAT STUFF.

11:31AM  18      SO WITHIN A FEW MONTHS WE ACTUALLY HAD THE VERY FIRST TWO

11:31AM  19  IMPLEMENTATIONS TALKING TO ONE ANOTHER, AND SHORTLY THEREAFTER

11:31AM  20  WE PUBLISHED THE FIRST -- THE FIRST DOCUMENT THAT SORT OF

11:31AM  21  DEFINED THE PROTOCOL SO THAT OTHERS COULD LOOK AT IT AND COME

11:31AM  22  UP WITH THEIR OWN IMPLEMENTATIONS.  AND WITHIN SIX MONTHS THERE

11:31AM  23  WAS ANOTHER IMPLEMENTATION AND PEOPLE -- PEOPLE HAVE BEEN ABLE

11:31AM  24  TO CREATE -- BGP IS NOW A FOUNDATIONAL PROTOCOL IN THE INTERNET

11:31AM  25  Q.   AND JUST TO BE CLEAR, YOU WERE ONE OF THE FIRST OR YOU WERE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:31AM 1    ONE OF THE TWO COAUTHORS OF THAT WHOLE PROTOCOL; IS THAT

11:31AM 2    CORRECT?

11:31AM 3    A.  YES.

11:31AM 4    Q.  AND I WANT TO NOW, MR. FISHER, GO TO THE SLIDE THAT TALKS

11:31AM 5    ABOUT MODES AND PROMPTS.

11:32AM 6        YES.  WE WILL START HERE.  SO DO YOU RECALL THAT MR.

11:32AM 7    SILBERT ASKED YOU ABOUT THE MODES AND PROMPTS, AND HE FOCUSED

11:32AM 8    YOUR ATTENTION ON THE USER AND PRIVILEGE EXEC MODES, DO YOU

11:32AM 9    RECALL THOSE QUESTIONS?

11:32AM 10   A.  YES.

11:32AM 11   Q.  BUT YOU UNDERSTAND, SIR, THAT CISCO IS NOT CLAIMING THE

11:32AM 12   PROTECTION OVER INDIVIDUAL MODES?

11:32AM 13   A.  CORRECT.

11:32AM 14   Q.  AND YOU UNDERSTAND THAT CISCO IS CLAIMING PROTECTION OVER

11:32AM 15   THE COMBINATION OF ALL FOUR MODES AND THE ASSOCIATED PROMPTS IN

11:32AM 16   THIS CASE; DO YOU UNDERSTAND THAT?

11:32AM 17   A.  YES, THAT'S MY UNDERSTANDING.

11:32AM 18   Q.  AND LET'S LOOK AT THOSE ALL FOUR MODES, PARTICULARLY GLOBAL

11:32AM 19   CONFIGURATION MODE AND THE INTERFACE MODE.

11:32AM 20       CAN YOU REMIND THE JURY AGAIN WHAT THOSE MODES WERE?

11:32AM 21   A.  THE GLOBAL CONFIGURATION MODE WAS SOMETHING THAT I CREATED

11:32AM 22   WHEN I NEEDED TO BE ABLE TO LOAD CONFIGURATION COMMANDS INTO

11:32AM 23   THE SYSTEM INTERACTIVELY.

11:32AM 24       PREVIOUSLY THERE HAD BEEN, WE WOULD PUT THEM IN A FILE, WE

11:32AM 25   WOULD DOWNLOAD THEM OVER THE NETWORK, AND THAT WORKED JUST

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:33AM 1    FINE, IN CERTAIN SITUATIONS.  BUT IF I WAS AT A TRADE SHOW OR

11:33AM 2    AT A CUSTOMER SITE THAT DIDN'T HAVE THAT INFRASTRUCTURE IN

11:33AM 3    PLACE, I NEEDED SOME WAY TO BE ABLE TO GO IN TO THE TERMINAL

11:33AM 4    AND TYPE THESE COMMANDS AND ENTER THEM THAT WAY.  AND THAT'S

11:33AM 5    HOW I ENDED UP CREATING THE GLOBAL CONFIGURATION MODE.

11:33AM 6    Q.    AND DO YOU REMEMBER TALKING ABOUT THE INTERFACE MODE, YOU

11:33AM 7    TALKED ABOUT THAT BEING ABLE TO REMEMBER THINGS, CAN YOU

11:33AM 8    DESCRIBE WHAT THAT MODE IS?

11:33AM 9    A.    I THINK I TALKED EXTENSIVELY ABOUT THAT, BUT THAT IS

11:33AM 10   BASICALLY MY REALIZATION VERY EARLY AT CISCO THAT WE WERE GOING

11:33AM 11   TO HAVE ALL SORTS OF DIFFERENT PARAMETERS THAT WE WANTED TO

11:33AM 12   CONFIGURE ON AN INTERFACE.  AND ONE LONG COMMAND OR A SERIES OF

11:33AM 13   COMMANDS WAS -- DIDN'T PARTICULARLY APPEAL TO ME.  SO I CREATED

11:33AM 14   A MODE WHERE YOU COULD SAY INTERFACE, THE INTERFACE NAME, AND

11:33AM 15   IT REMEMBERED THAT.  AND THEN YOU COULD TYPE WHAT ARE CALLED

11:34AM 16   INTERFACE-SPECIFIC COMMANDS, SUBCOMMANDS UNDERNEATH THAT.

11:34AM 17       AND WHEN YOU TYPED IN A COMMAND THAT WAS NOT AN INTERFACE

11:34AM 18   SPECIFIC COMMAND, IT WOULD POP BACK TO THE GLOBAL CONFIGURATION

11:34AM 19   LEVEL

11:34AM 20   Q.    SO AGAIN JUST TO REMIND THE JURY, WHO CREATED THE GLOBAL

11:34AM 21   CONFIGURATION AND INTERFACE MODES?

11:34AM 22   A.    I DID.

11:34AM 23   Q.    WERE YOU AWARE OF ANY OTHER COMPANY OR ORGANIZATION THAT

11:34AM 24   HAD THOSE TWO PARTICULAR MODES AND THE ASSOCIATED PROMPTS?

11:34AM 25   A.    I WAS TOTALLY AWARE OF ANY COMPANY THAT HAD ANYTHING LIKE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:34AM  1    THAT.

11:34AM  2    Q.   SO IF I LOOK AT THE COLLECTION OF ALL FOUR MODES AND

11:34AM  3    PROMPTS HERE, ARE YOU AWARE OF ANY OTHER COMPANY IN THE WORLD

11:34AM  4    THAT HAD DONE THIS COMBINATION OF MODES AND PROMPTS BEFORE YOU

11:34AM  5    DID IT?

11:34AM  6    A.   NO.

11:34AM  7    Q.   LASTLY, I WANT TO TALK BRIEFLY ABOUT STANFORD, THERE WERE

11:34AM  8    SOME QUESTIONS.

11:34AM  9         JUST TO REMIND THE JURY AGAIN, ALL DISPUTES WITH RESPECT TO

11:34AM  10   STANFORD, WHAT HAPPENED TO THOSE DISPUTES; DO YOU RECALL WHAT

11:34AM  11   HAPPENED?

11:34AM  12   A.   WE NEGOTIATED A LICENSE -- WE NEGOTIATED AND PAID FOR A

11:35AM  13   LICENSE OF THAT SOFTWARE.

11:35AM  14   Q.   AND YOU UNDERSTAND THAT THERE'S AN EXCLUSIVE LICENSE TO

11:35AM  15   CISCO FOR ALL THE WORK THAT WAS DONE AT STANFORD RELATED IOS?

11:35AM  16   A.   YES.

11:35AM  17   Q.   AND CAN YOU BRIEFLY DESCRIBE FOR THE JURY THE TYPE OF

11:35AM  18   RELATIONSHIP THAT CISCO AND STANFORD HAS TODAY AND HAS HAD FOR

11:35AM  19   THE LAST 20 YEARS OR SO?

11:35AM  20   A.   IT'S A VERY FRIENDLY CORDIAL RELATIONSHIP.  ACTUALLY SINCE

11:35AM  21   2001 OR 2002, THE -- JOHN HENNESSY WHO WAS THE PRESIDENT OF

11:35AM  22   STANFORD UNIVERSITY JUST UP UNTIL THE LAST YEAR IS STILL ON OUR

11:35AM  23   BOARD OF DIRECTORS.

11:35AM  24        MR. PAK:  THANK YOU, YOUR HONOR.  I WILL PASS THE

11:35AM  25   WITNESS.

RECROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:35AM  1          THE COURT:  THANK YOU, MR. SILBERT, ANYTHING ELSE FOR

11:35AM  2    THIS WITNESS?

11:35AM  3          MR. SILBERT:  BRIEFLY, YOUR HONOR.  THANK YOU.

11:35AM  4

11:35AM  5          **RECROSS-EXAMINATION BY MR. SILBERT**

11:35AM  6

11:35AM  7          MR. SILBERT:

11:35AM  8    Q.  GOOD MORNING, MR. LOUGHEED.  IN THE TOPS 20 CLI, THE WORDS

11:36AM  9    THAT YOU ACTUALLY TYPED INTO THE CLI WERE TERMINAL LENGTH,

11:36AM  10   CORRECT?

11:36AM  11   A.  FOR THE TERMINAL COMMAND IF YOU WANTED TO SPECIFY THE

11:36AM  12   LENGTH YOU HAD TO TYPE TERMINAL THEN SUPPLY THE ARGUMENT,

11:36AM  13   LENGTH, THEN THE FOLLOW ON ARGUMENT OF THE LENGTH OF THE

11:36AM  14   TERMINAL YOU WANTED TO SPECIFY.

11:36AM  15   Q.  YOU TYPED THE WORD TERMINAL AND YOU TYPED A SPACE AND YOU

11:36AM  16   TYPED THE WORD LENGTH AND THEN A SPACE AND A NUMBER, RIGHT?

11:36AM  17   A.  YES.

11:36AM  18   Q.  AND THAT'S THE SAME WAY YOU DO IT IN THE CISCO CLI, RIGHT?

11:36AM  19   A.  WHAT WE ARE REFERRING TO, THERE'S SINGLE WORD COMMANDS THAT

11:36AM  20   ARE SPECIFIED BY -- BY THE FIRST SET OF UNIQUE WORDS THAT YOU

11:36AM  21   TYPE.

11:36AM  22       THE WAY THAT I WAS DESCRIBING IT WAS AS A SINGLE WORD

11:36AM  23   COMMAND.

11:36AM  24   Q.  MY QUESTION TO YOU, WHAT YOU ACTUALLY TYPED WAS THE WORD

11:37AM  25   TERMINAL AND THEN A SPACE AND THEN THE WORD LENGTH, RIGHT?

RECROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:37AM  1    A.   YES.

11:37AM  2    Q.   OKAY.  THE -- MR. PAK ASKED YOU SEVERAL QUESTIONS ABOUT

11:37AM  3    WHETHER DEC, MEANING DIGITAL EQUIPMENT CORPORATION, EVER

11:37AM  4    COMPLAINED TO CISCO ABOUT USE OF INTELLECTUAL PROPERTY, DO YOU

11:37AM  5    REMEMBER THAT?

11:37AM  6    A.   YES.

11:37AM  7    Q.   UNTIL THE FILING OF THIS LAWSUIT, CISCO NEVER COMPLAINED TO

11:37AM  8    ARISTA ABOUT ANY USE OR ALLEGED MISUSE OF ANY INTELLECTUAL

11:37AM  9    PROPERTY?

11:37AM  10   A.   I DON'T HAVE ANY KNOWLEDGE OF THAT.

11:37AM  11   Q.   OKAY.  DO YOU KNOW, SIR, THAT OVER MORE THAN SIX YEARS OF

11:37AM  12   ARISTA SELLING PRODUCTS, USING THE CLI THAT IT USES, CISCO

11:37AM  13   NEVER ONCE SENT A LETTER TO ARISTA SAYING, WE DISAPPROVE OF

11:37AM  14   THIS CLI YOU ARE USING, WE THINK IT'S OUR INTELLECTUAL

11:38AM  15   PROPERTY, WHY DON'T YOU KNOCK IT OFF?

11:38AM  16   A.   I HAVE NO KNOWLEDGE OF THAT.

11:38AM  17   Q.   YOU KNOW THAT CISCO NEVER ONCE PICKED UP THE PHONE AND

11:38AM  18   CALLED ARISTA AND SAID, WE NOTICED YOU ARE USING A CLI THAT'S

11:38AM  19   SIMILAR TO OURS, WOULD YOU PLEASE STOP?

11:38AM  20   A.   I HAVE NO KNOWLEDGE OF THAT.

11:38AM  21   Q.   YOU KNOW THAT, IN FACT, THE FIRST ARISTA EVER HEARD OF ANY

11:38AM  22   COMPLAINT BY CISCO WITH RESPECT TO USING THE CLI IS WHEN CISCO

11:38AM  23   FILED THIS LAWSUIT AND ISSUED A PRESS RELEASE?

11:38AM  24        MR. PAK:  OBJECTION.  ARGUMENTATIVE YOUR HONOR.

11:38AM  25   LACKS FOUNDATION.

RECROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:38AM  1         THE COURT:  OVERRULED.

11:38AM  2         MR. SILBERT:  DO YOU KNOW THAT, SIR.

11:38AM  3         THE WITNESS:  I HAVE NO KNOWLEDGE OF THAT.

11:38AM  4         MR. SILBERT:  NO FURTHER QUESTIONS.

11:38AM  5         THE COURT:  MR. PAK, ANYTHING FURTHER?

11:38AM  6         MR. PAK:  NO, YOUR HONOR.

11:38AM  7         THE COURT:  MAY MR. LOUGHEED BE EXCUSED?

11:38AM  8         MR. PAK:  YES.

11:38AM  9         THE COURT:  MR. LOUGHEED, THANK YOU FOR YOUR

11:38AM  10  TESTIMONY.  YOU ARE FREE TO GO.

11:38AM  11       MR. NELSON, YOU ARE CALLING THE NEXT WITNESS?

11:38AM  12        MR. NELSON:  I'M BACK, YOUR HONOR.

11:38AM  13        THE COURT:  OKAY.

11:38AM  14      AND WHO WILL THAT BE?

11:38AM  15        MR. NELSON:  THE NEXT WITNESS CISCO CALLS WILL BE

11:39AM  16  MR. PHIL REMAKER.

11:39AM  17        THE COURT:  OKAY.

11:39AM  18      AND WE WILL CALL MR. REMAKER INTO THE COURTROOM IF HE'S NOT

11:39AM  19  ALREADY HERE.

11:39AM  20      AND MR. REMAKER IF YOU COULD COME FORWARD TO THE WITNESS

11:39AM  21  STAND PLEASE AND STAND TO BE SWORN.

11:39AM  22

11:39AM  23              **PHILLIP REMAKER,**

11:39AM  24      BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

11:39AM  25  HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:39AM 1    FOLLOWS:

11:39AM 2

11:39AM 3              THE WITNESS:  YES.

11:39AM 4              THE CLERK:  THANK YOU.  PLEASE BE SEATED.

11:39AM 5         AND IF YOU WOULD, PLEASE STATE YOUR NAME AND SPELL YOUR

11:39AM 6    LAST NAME FOR THE RECORD.

11:39AM 7              THE WITNESS:  MY NAME IS PHILLIP REMAKER.

11:39AM 8         LAST NAME IS SPELLED R-E-M, AS IN MARY, A-K-E-R.

11:39AM 9              MR. NELSON:  MAY I APPROACH?

11:39AM 10             THE COURT:  YES, PLEASE.

11:39AM 11             MR. NELSON:  THANK YOU, YOUR HONOR.

11:40AM 12

11:40AM 13             **DIRECT EXAMINATION BY MR. NELSON**

11:40AM 14

11:40AM 15   BY MR. NELSON:

11:40AM 16   Q.  ALL RIGHT.  I DON'T KNOW HOW TO START THESE ANY OTHER WAY,

11:40AM 17   SO CAN YOU PLEASE STATE YOUR FULL NAME FOR THE RECORD.

11:40AM 18   A.  MY NAME IS PHILLIP REMAKER.

11:40AM 19   Q.  OKAY.  CAN YOU JUST TELL US A LITTLE BIT ABOUT YOURSELF?

11:40AM 20   WHERE DO YOU WORK, FOR EXAMPLE.

11:40AM 21   A.  I WORK AT CISCO SYSTEMS.

11:40AM 22   Q.  WHAT DO YOU DO THERE?  WHAT'S YOUR POSITION?

11:40AM 23   A.  MY POSITION IS TITLE IS DISTINGUISHED ENGINEER AND

11:40AM 24   SERVICES.

11:40AM 25   Q.  SO WHY DON'T YOU TELL US A LITTLE BIT WHAT A DISTINGUISHED

644

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:40AM  1    ENGINEER IS AT CISCO AND WHAT THAT MEANS?

11:40AM  2    A.   A DISTINGUISHED ENGINEER IS A HIGH LEVEL TECHNICAL POSITION

11:40AM  3    THAT DEALS WITH BROAD-SCALE TECHNICAL ISSUES.  IN SERVICES, IN

11:40AM  4    PARTICULAR, WE LOOK AT EMERGING NEW TECHNOLOGIES, HOW WE ARE

11:40AM  5    GOING TO SUPPORT THEM, AND IN PARTICULAR, I WORK ON OUR

11:40AM  6    INTELLECTUAL PROPERTY STRATEGY AS WELL.

11:40AM  7    Q.   AND WHEN YOU SAY SERVICES, DISTINGUISHED ENGINEER IN

11:40AM  8    SERVICES, CAN YOU TELL US WHAT YOU MEAN BY THAT?

11:40AM  9    A.   WELL, THE SERVICES ORGANIZATION IS THE GROUP THAT PROVIDES

11:40AM  10   SERVICES FOR OUR PRODUCTS.  IN OTHER WORDS, TECHNICAL SUPPORT,

11:41AM  11   PROFESSIONAL SERVICES, INSTALLATION AND EVERYTHING, EVERYTHING

11:41AM  12   AFTER THE SALE TO MAKE THE PRODUCT WORK.

11:41AM  13   Q.   DO YOU EVER WORK WITH CUSTOMERS IN THAT REGARD?

11:41AM  14   A.   I HAD WORKED WITH CUSTOMERS, YES.

11:41AM  15   Q.   NOW LET'S TALK ABOUT YOURSELF A LITTLE BIT MORE.  DO YOU

11:41AM  16   HAVE A FAMILY?

11:41AM  17   A.   I DO.

11:41AM  18   Q.   AND JUST TELL US A LITTLE BIT ABOUT YOUR FAMILY.

11:41AM  19   A.   SO I HAVE BEEN MARRIED FOR 24 YEARS.  I HAVE TWO KIDS THAT

11:41AM  20   ARE 19 AND 18.

11:41AM  21   Q.   AND WHERE DO YOU LIVE, SIR?

11:41AM  22   A.   I LIVE IN SAN JOSE.

11:41AM  23   Q.   HOW LONG HAVE YOU BEEN HERE IN THE BAY AREA?

11:41AM  24   A.   I HAVE BEEN IN THE BAY AREA SINCE 1989.

11:41AM  25   Q.   WHERE DID YOU COME FROM?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:41AM  1    A.  I GREW UP IN PHILADELPHIA.

11:41AM  2    Q.  WHAT BROUGHT YOU HERE?

11:41AM  3    A.  TECHNOLOGY.  SILICON VALLEY.  IT'S WHERE ENGINEERS GO.

11:41AM  4    Q.  OKAY.  WELL THEN, WHY DON'T WE DESCRIBE A LITTLE BIT ABOUT

11:41AM  5    YOUR EDUCATIONAL BACKGROUND NOW.

11:41AM  6    A.  I HAVE A BACHELOR'S DEGREE IN ELECTRICAL ENGINEERING THAT I

11:42AM  7    GOT FROM THE UNIVERSITY OF PENNSYLVANIA.  I HAVE A BACHELOR'S

11:42AM  8    OF SCIENCE IN ELECTRICAL ENGINEERING FROM THE UNIVERSITY OF

11:42AM  9    PENNSYLVANIA.  I GOT THAT IN 1989.

11:42AM  10      I HAVE A MASTER'S DEGREE IN ELECTRICAL ENGINEERING FROM

11:42AM  11   SANTA CLARA UNIVERSITY, WHICH I GOT AROUND 1996.  AND I HAVE A

11:42AM  12   MASTER'S DEGREE IN BUSINESS ADMINISTRATION THAT I ALSO GOT FROM

11:42AM  13   THE SANTA CLARA UNIVERSITY IN 2007.

11:42AM  14   Q.  OKAY.  SO I NOTICED A BREAK THERE BETWEEN WHEN YOU SAID YOU

11:42AM  15   GOT YOUR BACHELOR'S DEGREE AND YOUR MASTER'S DEGREE; IS THAT

11:42AM  16   RIGHT?

11:42AM  17   A.  YES.

11:42AM  18   Q.  DID YOU DO SOMETHING IN BETWEEN?

11:42AM  19   A.  I IMMEDIATELY AFTER GRADUATING WITH MY UNDER GRADUATE

11:42AM  20   DEGREE I STARTED WORKING AT ADVANCED MICRO DEVICES IN 1989.

11:42AM  21   Q.  AND WHAT'S ADVANCED MICRO DEVICES?

11:42AM  22   A.  ADVANCED MICRO DEVICES IS A SEMICONDUCTOR MANUFACTURER

11:42AM  23   BASED IN SUNNYVALE, CALIFORNIA.

11:42AM  24   Q.  SO WHAT KINDS OF THINGS WERE YOU DOING THERE?

11:42AM  25   A.  I MANAGED THEIR COMPUTER NETWORK.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:43AM 1    Q.   SO HOW LONG WERE YOU AT AMD THEN?

11:43AM 2    A.   I WAS AT AMD FOR ABOUT TWO AND A HALF YEARS.

11:43AM 3    Q.   AND THEN WHAT DID YOU DO?

11:43AM 4    A.   I WENT TO WORK FOR CISCO SYSTEMS.

11:43AM 5    Q.   WHAT YEAR WAS THAT?

11:43AM 6    A.   1992.

11:43AM 7    Q.   AND WHY DID YOU GO TO CISCO, WHY DID YOU CHOOSE CISCO?

11:43AM 8    A.   I WAS A CUSTOMER OF CISCO WHEN I WORKED AT ADVANCED MICRO

11:43AM 9    DEVICES.  AND I WAS REALLY IMPRESSED WITH THEIR PRODUCT AND

11:43AM 10   THEIR PEOPLE AND I WAS -- I'M AN ENGINEER AT HEART, AND THESE

11:43AM 11   FOLKS WERE REALLY TECHNICAL, REALLY PASSIONATE, AND IT LOOKED

11:43AM 12   LIKE A GREAT PLACE TO WORK.

11:43AM 13   Q.   SO THEN WHAT WAS YOUR FIRST POSITION WHEN YOU CAME TO

11:43AM 14   CISCO?

11:43AM 15   A.   I WAS A CUSTOMER SUPPORT ENGINEER, WHICH MEANT THAT I TOOK

11:43AM 16   CALLS AND E-MAILS FROM CUSTOMERS AND SOLVED THEIR PROBLEMS.

11:43AM 17   Q.   LIKE WHAT KINDS OF PROBLEMS?

11:43AM 18   A.   TECHNICAL PROBLEMS WITH THEIR COMPUTER NETWORKS,

11:43AM 19   SPECIFICALLY WITH THE ROUTERS THAT THEY USED TO CARRY THEIR

11:43AM 20   NETWORK TRAFFIC.

11:44AM 21   Q.   AND OTHER POSITIONS, WHAT OTHER KINDS OF POSITIONS DID YOU

11:44AM 22   HAVE AT CISCO?

11:44AM 23   A.   I'VE HAD QUITE A FEW.  I WENT ON TO BECOME A SENIOR SUPPORT

11:44AM 24   ENGINEER.  I WENT TO A GROUP CALLED THE ESCALATION TEAM WHICH

11:44AM 25   HANDLED SOME OF THE HARDEST CUSTOMER PROBLEMS.  I WENT ON TO

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:44AM 1    MANAGE THAT TEAM.

11:44AM 2        THEN I MADE A BREAK OVER TO THE PROFESSIONAL SERVICES

11:44AM 3    ORGANIZATION WHERE I HELPED DO OUR EARLY DEPLOYMENT OF DOING

11:44AM 4    TELEPHONES OVER NETWORK TECHNOLOGY.

11:44AM 5        FROM THERE I WENT ON TO BEING A TECHNICAL LEADER IN THE

11:44AM 6    SERVICES ORGANIZATION AND THEN ON TO BE A DISTINGUISHED

11:44AM 7    ENGINEER.

11:44AM 8    Q.   SO YOU TALKED ABOUT THE PROFESSIONAL SERVICES ORGANIZATION,

11:44AM 9    I THINK THAT'S A TERM I HEARD YOU USE?

11:44AM 10   A.   YES.

11:44AM 11   Q.   WHAT'S THAT?

11:44AM 12   A.   THE PROFESSIONAL SERVICES ORGANIZATION, WHEN A CUSTOMER HAS

11:44AM 13   A NEW TECHNOLOGY OR A COMPLICATED TECHNOLOGY, AND THEY DON'T

11:44AM 14   KNOW EXACTLY HOW TO DEPLOY IN THE NETWORK, THEY HIRE CISCO'S

11:44AM 15   PROFESSIONAL SERVICES TO HELP WITH THAT.

11:44AM 16   Q.   SO NOW, TODAY, CAN YOU GIVE US AN IDEA OF WHAT YOU TODAY TO

11:45AM 17   DAY, GENERALLY TODAY AT CISCO?

11:45AM 18   A.   SO DAY TO DAY I LOOK, AGAIN, AT EMERGING AND NEW

11:45AM 19   TECHNOLOGIES.  I WORK ON INTELLECTUAL PROPERTY STRATEGY AND I

11:45AM 20   WILL PERIODICALLY GO OUT AND SPEAK TO ENGINEERS AND HELP THEM

11:45AM 21   LEARN HOW TO BETTER INTERACT WITH THE ENGINEERING ORGANIZATION,

11:45AM 22   BOTH IN THE SERVICES GROUP AND IN THE PRODUCT DEVELOPMENT

11:45AM 23   GROUP.

11:45AM 24   Q.   SO IN CONNECTION WITH THAT, YOU SAID YOU GO OUT AND TALK TO

11:45AM 25   THE ENGINEERS, DO YOU MAKE ANY KINDS OF PRESENTATIONS TO

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:45AM 1    ENGINEERS?

11:45AM 2    A.  I DO.  I HAVE A NUMBER OF PRESENTATIONS I GIVE TO HELP

11:45AM 3    ENGINEERS UNDERSTAND HOW TO NAVIGATE THEIR WAY AROUND CISCO,

11:45AM 4    HOW TO INTERACT WITH ENGINEERING, AND BITS ABOUT THE CULTURE OF

11:45AM 5    HOW THE COMPANY WORKS.

11:45AM 6    Q.  WHY IS IT IMPORTANT TO TALK TO THEM ABOUT THE CULTURE?

11:45AM 7    A.  IF YOU UNDERSTAND HOW THE PEOPLE AROUND YOU THINK AND HOW

11:45AM 8    THEY WORK AND WHAT THEY DO, ENGINEERS CAN BE MORE EFFECTIVE.

11:46AM 9    Q.  SO PRETEND I'M AN ENGINEER, TELL ME ABOUT THE CULTURE, A

11:46AM 10   LITTLE BIT?

11:46AM 11   A.  THE CULTURE AT ITS VERY FOUNDATION IS ABOUT MAKING

11:46AM 12   CUSTOMERS SUCCESSFUL.

11:46AM 13       AND TWO OF THE MAJOR WAYS WE DO THAT IS BY EMPOWERING

11:46AM 14   INDIVIDUAL ENGINEERS TO DO THE RIGHT THING FOR CUSTOMERS AND TO

11:46AM 15   ENCOURAGE THEM TO WORK AS TEAMS, TO WORK AS GROUPS WITH EACH

11:46AM 16   OTHER, TO FIND THE BEST WAY TO SOLVE CUSTOMER PROBLEMS.

11:46AM 17   Q.  SO YOU SAY EMPOWERING.  CAN YOU TELL US WHAT YOU MEAN BY

11:46AM 18   EMPOWERING, MAYBE GIVE ME AN EXAMPLE?

11:46AM 19   A.  SO EMPOWERMENT IS THE ABILITY TO MAKE A DECISION, TO DO

11:46AM 20   SOMETHING WITH YOUR OWN PROFESSIONAL JUDGMENT WITHOUT

11:46AM 21   NECESSARILY HAVING TO JUMP THROUGH A LOT OF PROCESS HOOPS OR

11:46AM 22   FILL OUT A LOT OF PROCESS FORMS.

11:46AM 23       WE THINK IT'S ACTUALLY A GREAT THING FOR ENGINEERS.  WE

11:46AM 24   ACTUALLY CAN ATTRACT BETTER ENGINEERS BECAUSE OF THAT.  WE FIND

11:46AM 25   THAT THE CREATIVE AND STRONG ENGINEERS LIKE TO HAVE MORE SAY IN

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:46AM 1    WHAT THEY DO, LIKE TO HAVE MORE CONTROL OVER THEIR WORK.

11:46AM 2        SO AN ENVIRONMENT WHERE AN ENGINEER IS EMPOWERED TENDS TO,

11:47AM 3    I THINK, ATTRACT SMARTER AND MORE CLEVER ENGINEERS.

11:47AM 4    Q.   SO CAN YOU GIVE ME A SPECIFIC EXAMPLE OF EMPOWERMENT, AN

11:47AM 5    EXAMPLE OF EMPOWERMENT THAT MIGHT BE RELEVANT TO THIS CASE

11:47AM 6    HERE?

11:47AM 7    A.   IN DEVELOPING CISCO'S COMMAND-LINE INTERFACE, THERE IS A

11:47AM 8    LOT OF INDIVIDUAL JUDGMENT AND EMPOWERMENT OF ENGINEERS

11:47AM 9    INVOLVED IN THAT KIND OF DEVELOPMENT.

11:47AM 10   Q.   CAN YOU TELL ME WHAT YOU MEAN BY THAT?

11:47AM 11   A.   SO THE -- THE INDIVIDUAL -- THE INDIVIDUAL ENGINEER IS

11:47AM 12   RESPONSIBLE FOR WRITING CODE TO PERFORM FUNCTIONS IN THE

11:47AM 13   DEVICES.  AND AS PART OF DEVELOPING THE FUNCTIONS THEY HAVE TO

11:47AM 14   DEVELOP THE USER INTERFACE, THE COMMAND-LINE INTERFACE TO CAUSE

11:47AM 15   THAT TO HAPPEN.

11:47AM 16   Q.   NO, THAT'S GOOD.  IT'S MY TURN NOW.

11:47AM 17   A.   CAN I TELL YOU MORE?

11:47AM 18   Q.   NO, THAT'S GOOD.  NOW IT'S MY TURN.

11:47AM 19       WE HEARD ABOUT SOMETHING CALLED THE PARSER-POLICE

11:48AM 20   A.   YES.

11:48AM 21   Q.   HAVE YOU EVER HEARD OF THAT?

11:48AM 22   A.   YES, I HAVE HEARD THE PARSER-POLICE IS AN E-MAIL LIST, A

11:48AM 23   GLOBAL DISCUSSION GROUP ABOUT ISSUES AROUND THE COMMAND-LINE

11:48AM 24   INTERFACE, THE PARSER.

11:48AM 25   Q.   SO HAVE YOU HAD ANY INVOLVEMENT WITH THE PARSER-POLICE?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:48AM 1    A.  I HAVE -- I HAVE BEEN ON THE PARSER-POLICE MAILING LIST

11:48AM 2    PROVIDING FEEDBACK.  I HAVE DEVELOPED A COMMAND MYSELF AND GOT

11:48AM 3    FEEDBACK FROM THE PARSER-POLICE, AND I DEVELOPED A DOCUMENT

11:48AM 4    CALLED THE PARSER-POLICE MANIFESTER.

11:48AM 5    Q.  ALL RIGHT.  SO LET'S TALK ABOUT THE PARSER-POLICE

11:48AM 6    MANIFESTER.

11:48AM 7        CAN YOU TELL ME WHAT THE PARSER-POLICE MANIFESTER IS?

11:48AM 8    A.  THE PARSER-POLICE MANIFESTER IS A DOCUMENT THAT I AUTHORED

11:48AM 9    WHICH PROVIDES A SET OF GUIDELINES TO ENGINEERS ABOUT THE

11:48AM 10   CONTENTS OR THE WAY THEY SHOULD DEVELOP THE USER INTERFACE, THE

11:48AM 11   COMMAND-LINE INTERFACE TO CISCO PRODUCTS.

11:48AM 12   Q.  AND WHEN DID YOU AUTHOR THAT DOCUMENT?

11:48AM 13   A.  SOME TIME IN THE LATE 1990'S.

11:48AM 14   Q.  DO YOU KNOW WHETHER THAT'S A DOCUMENT THAT'S BEEN

11:48AM 15   MAINTAINED AT CISCO?

11:48AM 16   A.  IT HAS.  IT GETS PERIODICALLY REVISED AND THERE IS A

11:49AM 17   CURRENT VERSION IN OUR DOCUMENT CONTROL SYSTEM THAT YOU CAN

11:49AM 18   PULL UP.

11:49AM 19   Q.  HOW ABOUT -- IS IT SOMETHING THAT'S EVER REFERRED TO?

11:49AM 20   A.  A LOT OF INTERNAL PROCESSES REFER TO USING THE

11:49AM 21   PARSER-POLICE AND -- THE PARSER-POLICE MANIFESTER IS KEY TO

11:49AM 22   UNDERSTANDING HOW TO BEST USE THE PARSER-POLICE DISCUSSION

11:49AM 23   GROUP.

11:49AM 24   Q.  SO I WANT TO TURN TO THAT IN A MINUTE.  THE TERM POLICE,

11:49AM 25   THAT KIND OF TO ME, THAT'S AUTHORITY, RIGHT?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:49AM  1     A.   YOU WOULD THINK SO.  BUT IT'S ACTUALLY NOT AN AUTHORITY.

11:49AM  2     IT IS A DISCUSSION GROUP.  IT'S MORE OF AN ADVICE GROUP.

11:49AM  3     Q.   AND WHAT DO YOU MEAN BY THAT?  GIVE ME AN EXAMPLE?

11:49AM  4     A.   SO THE -- AN ENGINEER COMING UP WITH A NEW COMMAND WILL

11:49AM  5     PROPOSE THE SYNTAX TO THE PARSER-POLICE FOR FEEDBACK.  AND

11:49AM  6     THERE ARE A GROUP OF VOLUNTEERS WHO STAFF THIS LIST WHO PROVIDE

11:50AM  7     FEEDBACK BASED ON WHAT THEY BELIEVE ARE BEST PRACTICES.

11:50AM  8         AND THE DISCUSSIONS, AS YOU CAN IMAGINE, WE'VE GOT

11:50AM  9     EMPOWERED, OPINIONATED AND SMART ENGINEERS, THEY MAY NOT REACH

11:50AM  10    A CONCLUSION THAT EVERYBODY AGREES WITH.  BUT THE POINT IS IT'S

11:50AM  11    A SET OF FEEDBACK.

11:50AM  12        AND AT THE END OF THE DAY, THE ENGINEER WRITING THE COMMAND

11:50AM  13    HAS THE SAY OF HOW IT GOES INTO THE CODE, HOW THE COMMAND GETS

11:50AM  14    WRITTEN.

11:50AM  15    Q.   SO LET ME TURN TO -- OR HAVE YOU TURN TO, I GAVE YOU THE

11:50AM  16    BINDER, WE SHOULD USE IT.  EXHIBIT 851 SHOULD BE BEHIND A TAB

11:50AM  17    THERE.

11:50AM  18    A.   I HAVE IT.

11:50AM  19    Q.   DO YOU SEE THAT?

11:50AM  20    A.   I DO.

11:50AM  21    Q.   DO YOU RECOGNIZE THIS DOCUMENT?

11:50AM  22    A.   I DO.

11:50AM  23    Q.   AND CAN YOU TELL US WHAT IT IS?

11:50AM  24    A.   THIS IS ONE OF THE EARLY VERSIONS OF THE PARSER-POLICE

11:51AM  25    MANIFESTER.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:51AM 1    Q.    IS THIS A DOCUMENT THAT YOU AUTHOR?

11:51AM 2    A.    THIS IS A DOCUMENT THAT I AUTHORED.

11:51AM 3         MR. NELSON:  SO YOUR HONOR, AT THIS POINT I MOVE FOR

11:51AM 4    ADMISSION OF EXHIBIT 851 INTO EVIDENCE.

11:51AM 5         THE COURT:  ANY OBJECTION?

11:51AM 6         MR. FERRALL:  NO OBJECTION.

11:51AM 7         THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

11:51AM 8      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 851, HAVING BEEN

11:51AM 9    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:51AM 10   EVIDENCE.)

11:51AM 11        MR. NELSON:  ALL RIGHT.  SO LET'S GO -- WELL, WE

11:51AM 12   MIGHT AS WELL START AT THE BEGINNING.

11:51AM 13   Q.    THERE'S A SECTION THERE CALLED PURPOSE, DO YOU SEE THAT?

11:51AM 14   A.    YES.

11:51AM 15   Q.    CAN YOU TELL US WHAT THIS IS?

11:51AM 16   A.    THIS IS TO INTRODUCE PEOPLE WHO HAVE NOT ENCOUNTERED THE

11:51AM 17   PARSER-POLICE DISCUSSION GROUP BEFORE TO UNDERSTAND WHAT THE

11:51AM 18   PURPOSE OF THE MAILING LIST IS.

11:51AM 19   Q.    SO I WANT TO HIGHLIGHT A LITTLE BIT HERE WHERE IT SAYS, TO

11:51AM 20   ENSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF THE

11:51AM 21   CONFIGURATION INTERFACE TO CISCO IOS; DO YOU SEE THAT?

11:51AM 22   A.    YES.

11:51AM 23   Q.    SO WHAT DID YOU MEAN BY THAT, WHAT WERE YOU TRYING TO

11:52AM 24   CONVEY?

11:52AM 25   A.    NO, THERE'S A CERTAIN AESTHETIC TO THE DESIGN OF THE USER

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:52AM  1    INTERFACE, IT'S ARRANGED IN A HIERARCHY, THE WORDS SEND TO

11:52AM  2    APPEAR IN A SEQUENCE, AND THERE'S A SENSE OF HOW IT SHOULD BE,

11:52AM  3    AND WE -- WHEN IT WORKS WELL, WE SAY IT'S CONSISTENT, MEANING

11:52AM  4    THAT IT BEHAVES THE WAY YOU EXPECT AS YOU GO THROUGH IT.

11:52AM  5        IT'S USEABLE MEANING YOU CAN UNDERSTAND WHAT THE COMMANDS

11:52AM  6    MEAN, AND IT'S FRIENDLY, MEANING IT'S EASY TO USE AND NOT

11:52AM  7    CRAZY.

11:52AM  8    Q.   WHY DID YOU THINK THAT WAS IMPORTANT TO CONVEY TO THE

11:52AM  9    ENGINEERS THAT MIGHT BE COMING UP WITH COMMANDS?

11:52AM 10    A.   IF YOU'RE GENERATING A COMMAND, EVEN FOR THE FIRST TIME,

11:52AM 11    YOU MAY NOT HAVE ANY CONTEXT FOR THE COMMAND.  SO IT'S

11:52AM 12    IMPORTANT TO UNDERSTAND THAT THERE ARE ELEMENTS OF COMMAND

11:52AM 13    DEVELOPMENT THAT ARE IMPORTANT, INCLUDING BACKWARDS

11:52AM 14    COMPATIBILITY WITH WHAT EXISTS, THINKING ABOUT FUTURE

11:52AM 15    EXTENSIBILITY, CONSIDERING THE ENGINEER'S OWN PREFERENCES AND

11:53AM 16    THINKING ABOUT WHAT THE CUSTOMER MIGHT HAVE.  SO THESE ARE ALL

11:53AM 17    COMPETING CONCERNS.

11:53AM 18        SO YOU WANT TO LET THEM KNOW THAT THESE THINGS ARE

11:53AM 19    CONTAINED, I THINK, IN CONSISTENCY, USABILITY AND FRIENDLINESS.

11:53AM 20    Q.   AND ONE OF THE TERMS YOU USE THAT I HEARD A FEW TIMES IS

11:53AM 21    EXTENSIBILITY.

11:53AM 22    A.   YES.

11:53AM 23    Q.   CAN YOU TELL ME WHAT YOU MEAN BY THAT?

11:53AM 24    A.   WHEN FEATURES GET ADDED TO THE PRODUCT ALL THE TIME AND

11:53AM 25    THEY -- WHEN YOU ARE CREATING A COMMAND FOR THE FIRST TIME,

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:53AM 1    WHEN YOU ARE INTRODUCING A FEATURE FOR THE FIRST TIME AS AN

11:53AM 2    ENGINEER, YOU SHOULD THINK ABOUT WHAT MIGHT HAPPEN IN THE

11:53AM 3    FUTURE, WHAT THINGS MIGHT COME LATER AND DESIGN THE COMMAND SO

11:53AM 4    THAT NEW KEY WORDS CAN BED ADDED OR NEW ELEMENTS IN THE

11:53AM 5    SEQUENCE OR NEW MEMBERS OF THE HIERARCHY SO THAT WHEN YOU

11:53AM 6    CREATE A COMMAND FOR THE FIRST TIME, YOU THINK, YOU KNOW, 2, 3,

11:53AM 7    5, YEARS DOWN THE LINE WHAT'S GOING TO HAPPEN NEXT.

11:54AM 8    Q.    NOW, I WANT TO GO TO THE NEXT SECTION OF THIS DOCUMENT.  IT

11:54AM 9    SAYS AUTHORITY?

11:54AM 10   A.    YES.

11:54AM 11   Q.    CAN YOU TELL ME WHAT THE PURPOSE OF THIS SECTION WAS?

11:54AM 12   A.    THIS WAS TO MAKE IT CLEAR THAT THE PARSER-POLICE WAS IN

11:54AM 13   FACT A DISCUSSION GROUP AND THAT NOTHING THAT THE PARSER-POLICE

11:54AM 14   SAID WAS GOING TO BE BINDING ON THE PROFESSIONAL JUDGMENT OF

11:54AM 15   THE ENGINEER AUTHORING THE COMMAND, IT WAS JUST THERE FOR

11:54AM 16   GUIDELINES, ALTHOUGH SOME OTHER GUIDELINES IN THE COMPANY MIGHT

11:54AM 17   REQUIRE YOU TO GET FEEDBACK, THERE WAS NO REQUIREMENT THAT THE

11:54AM 18   ENGINEER ACCEPT THE FEEDBACK.

11:54AM 19   Q.    AND WHY WAS THAT?

11:54AM 20   A.    AGAIN, ENGINEERS ARE EMPOWERED, WE WANT THEM TO EXERCISE

11:54AM 21   THEIR PROFESSIONAL JUDGMENT IN DOING WHAT THEY DO.

11:54AM 22   Q.    SO I WANT TO GO TO THE SECOND PARAGRAPH, AND THE FIRST

11:54AM 23   SENTENCE THERE IN THE SECOND PARAGRAPH, IT SAYS, HOWEVER, AND

11:54AM 24   YOU CAN HIGHLIGHT THAT, MR. FISHER WHILE I READ QUITE SLOWLY.

11:55AM 25       HOWEVER, SINCE IT HAS NO SPECIFIC AUTHORITY, PARSER-POLICE

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:55AM  1   DERIVES ITS AUTHORITY BY HAVING GOOD ANSWERS, LEVEL-HEADED

11:55AM  2   DISCOURSE AND A HISTORY OF SUCCESSES.  DO YOU SEE THAT?

11:55AM  3   A.   THAT'S RIGHT.

11:55AM  4   Q.   SO WHAT WERE YOU REFERRING TO, WILLFUL-HEADED DISCOURSE

11:55AM  5   THERE?

11:55AM  6   A.   AS I SAID, WHEN YOU'VE GOT A BUNCH OF INTELLIGENCE,

11:55AM  7   OPINIONATED ENGINEERS, WHEN THEIR OPINIONS DIFFER, LET'S JUST

11:55AM  8   SAY SOME OF THE DISCUSSION CAN GET PERSONAL.  SO THIS WAS A

11:55AM  9   POLITE REMINDER TO THE MEMBERS OF THE LIST THAT WE EXPECTED THE

11:55AM 10   DISCOURSE TO BE CIVIL AND LEVEL HEADED, AND THAT THE AUTHORITY

11:55AM 11   DID NOT COME FROM SOME RULE SAYING YOU HAVE TO FOLLOW IT.  BUT

11:55AM 12   THE PARSER-POLICE ONLY HAD AUTHORITY WHEN IT CAME UP WITH GOOD

11:55AM 13   ANSWERS AND SUCCESSFUL ANSWERS.

11:55AM 14       SO IT WAS IMPORTANT TO BE POLITE AND LISTEN TO OTHER FOLKS

11:55AM 15   ON THE LIST AND NOT JUST GET INTO FIGHTS.

11:55AM 16   Q.   WERE THERE TIMES WHEN THAT WASN'T THE CASE, WHEN THE

11:55AM 17   DISCOURSE WAS LESS THAN LEVEL-HEADED?

11:56AM 18   A.   OH, YEAH.

11:56AM 19   Q.   AND WHAT DO YOU MEAN BY THAT?

11:56AM 20   A.   JUST, IF -- IF -- IF TWO CAMPS OF ENGINEERS HAD DIFFERENT

11:56AM 21   OPINIONS ABOUT, WELL, WE SHOULD ADD A NEW NODE NOT HEIRARCHY,

11:56AM 22   NO, IT REALLY SHOULD BE A KEY WORD IN THE EXISTING HIERARCHY,

11:56AM 23   YOU WOULD THINK THAT FOR SOMETHING SO NERDY AND TECHNICAL THAT

11:56AM 24   IT WOULDN'T GET VERY PASSIONATE, BUT THIS IS WHAT THE ENGINEERS

11:56AM 25   DO, THEY REALLY, THEY REALLY GET INTO IT.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:56AM  1          AND THERE ARE TIMES WHEN THE GROUP DID NOT COME TO A

11:56AM  2     CONSENSUS ABOUT THE BEST WAY TO DO THINGS.

11:56AM  3     Q.   HOW LONG WOULD THESE DISCUSSIONS GO ON?

11:56AM  4     A.   USUALLY, NO MORE THAN A COUPLE OF DAYS.

11:56AM  5     Q.   SO THEN YOU MENTIONED CONSENSUS, SO WE SHOULD PROBABLY DROP

11:56AM  6     DOWN A BIT.  AND I THINK IT'S ON THE SECOND PAGE, THERE'S A

11:56AM  7     HEADING CALLED NO CONSENSUS.  DO YOU SEE THAT?  IT'S TOWARDS

11:56AM  8     THE BOTTOM.

11:56AM  9          SO WHAT WAS THE PURPOSE OF THIS SECTION?

11:57AM 10     A.   AND AGAIN, THIS WAS TO MAKE IT CLEAR THAT THE GROUP WAS FOR

11:57AM 11     FEEDBACK.  IF A CONSENSUS WAS NOT REACHED, IT WOULD BE UP TO

11:57AM 12     THE PARTICULAR ENGINEER WHAT TO DO.

11:57AM 13     Q.   AND IF WE GO ON TO THE NEXT, I THINK IT CARRIES ON TO THE

11:57AM 14     NEXT PAGE, THERE'S ANOTHER PARAGRAPH THERE.

11:57AM 15          OKAY.  YEAH, I THINK YOU HAVE IT ALL NOW.  I'M SORRY TO

11:57AM 16     INTERRUPT.  GO AHEAD, PLEASE.

11:57AM 17     A.   YEAH.  THANK YOU.  RIGHT.

11:57AM 18          SO IF THE DECISION -- IF NO AGREEMENT WAS REACHED, IT WAS

11:57AM 19     THE PROFESSIONAL JUDGMENT OF THE ENGINEER THAT RULED THE DAY,

11:57AM 20     THE ENGINEER WRITING THE CODE OR INTRODUCING THE COMMAND.

11:57AM 21     Q.   AND WHY WAS -- WHY DID YOU HAVE THAT GUIDELINE IN THERE?

11:57AM 22     A.   IT WAS JUST, AGAIN, IT WAS TO MAKE IT CLEAR THAT THERE WERE

11:58AM 23     SOME SITUATIONS WHERE IF A CONSENSUS WASN'T REACHED, SOME

11:58AM 24     PEOPLE MIGHT SAY, WELL, I CAN'T PROCEED BECAUSE WE DIDN'T REACH

11:58AM 25     CONSENSUS, AND THIS WAS MAKING IT CLEAR THAT NO, YOU ABSOLUTELY

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:58AM 1    CAN PROCEED, THE PARSER-POLICE IS ABOUT GETTING FEEDBACK, NOT

11:58AM 2    ABOUT IMPOSING RULES.

11:58AM 3    Q.   SO IF I GO UP TO THAT FIRST PARAGRAPH, I THINK IT'S MAYBE

11:58AM 4    THIS SECOND SENTENCE, IT SAYS, IN PRACTICE, A SUBMITTER HAS THE

11:58AM 5    CHOICE OF HOW TO DEAL WITH FEEDBACK, BUT PROTOCOL DICTATES THAT

11:58AM 6    THE MOST APPROPRIATE AND PROFESSIONAL COURSE OF ACTION IS FOR

11:58AM 7    THE SUBMITTER TO TAKE RESPONSIBILITY TO WORK FOR A CONSENSUS.

11:58AM 8        DO YOU SEE THAT?

11:58AM 9    A.   THAT'S RIGHT.

11:58AM 10   Q.   SO WHAT WERE YOU TRYING TO CONVEY THERE?

11:58AM 11   A.   SO AGAIN, THE IDEA IS WE ARE ALL ADULTS HERE.  THE

11:58AM 12   SUBMITTER IS OF COURSE THE ENGINEER WRITING THE CODE.  AND THE

11:58AM 13   POINT IS THAT THE ENGINEER WRITING THE CODE SHOULD LISTEN TO

11:58AM 14   THE FEED BACK AND ENGAGE IN THE DISCUSSION AND SAY, WELL HOW

11:59AM 15   ABOUT THIS INSTEAD, AND HOW ABOUT THAT, INSTEAD OF THE POINT

11:59AM 16   WAS THAT BEING ON THE PARSER-POLICE WAS NOT A PASSIVE ACTIVITY,

11:59AM 17   YOU DIDN'T JUST LOB SOMETHING OVER THE WALL AND WAIT FOR A

11:59AM 18   RESPONSE, IT WAS A DISCUSSION GROUP.

11:59AM 19       AND THIS WAS TELLING PEOPLE THE SUBMITTER DOES HAVE THE

11:59AM 20   CHOICE, THEY ARE EMPOWERED ON HOW -- THEY WERE EMPOWERED ON

11:59AM 21   WHETHER OR NOT TO ACT ON THE FEEDBACK.

11:59AM 22       BUT THIS WAS A REMINDER THAT THE PEOPLE ON PARSER-POLICE

11:59AM 23   ARE SMART TOO.  AND IT WOULD BE IN THEIR BEST INTEREST TO PAY

11:59AM 24   ATTENTION TO AND ENGAGE IN THE FEEDBACK.

11:59AM 25   Q.   SO NOW THERE'S ANOTHER SECTION, LAST -- ACTUALLY IT'S THE

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:59AM  1    LAST SECTION OF THE DOCUMENT.  ITS HEADING IS SYNTAX DESIGN

11:59AM  2    GUIDELINES, DO YOU SEE THAT?

11:59AM  3    A.  YES.

11:59AM  4    Q.  SO IF I GO TO THE FIRST -- YEAH, EXACTLY, THAT FIRST

12:00PM  5    PARAGRAPH, IT SAYS, THINK EXTENSIBLE.  IF YOU ADD A COMMAND,

12:00PM  6    TRY TO ENVISION IF MORE SIMILAR COMMANDS THAT MAY BE ADDED, AND

12:00PM  7    STRUCTURE THE PARSE TREE NOT TO HAVE DEAD ENDS.

12:00PM  8        DO YOU SEE THAT?

12:00PM  9    A.  I DO.

12:00PM  10   Q.  CAN YOU EXPLAIN TO US WHAT THAT'S REFERRING TO?

12:00PM  11   A.  SO AS I MENTIONED EARLIER, COMMANDS ARE A SEQUENCE OF WORDS

12:00PM  12   ARRANGED IN A HIERARCHY.

12:00PM  13       AND THE IDEA IS THAT WHEN YOU CREATE A COMMAND WORD, YOU

12:00PM  14   SHOULD THINK ABOUT IF THAT COMMAND MIGHT EVER BE EXTENDED TO

12:00PM  15   INCLUDE ANOTHER WORD.

12:00PM  16       I HAVE AN EXAMPLE HERE, THERE'S A TECHNOLOGY CALLED DNS-IX,

12:00PM  17   AND WHEN IT WAS FIRST INTRODUCED THERE WAS ONLY THE DMDP

12:00PM  18   CAPABILITY.

12:00PM  19       SO THE ENGINEER, NOT THINKING EXTENSIBLY, MADE A SINGLE

12:01PM  20   CONCEPT.  DNS-IX-DMDP.

12:01PM  21       NOW THE PROBLEM IS WHEN WE WANTED TO ADD A NEW DNS-IX

12:01PM  22   FEATURE LATER, WE WERE STUCK, WE MADE A DEAD END.  IT WASN'T

12:01PM  23   EXTENSIBLE, BECAUSE A SINGLE WORD ACCIDENTALLY CONTAINED TWO

12:01PM  24   CONCEPTS.  JUST AN OVERSIGHT.

12:01PM  25       SO WE SAID THE BETTER PRACTICE WOULD BE TO MAKE DNS-IX ITS

659

12:01PM 1    OWN NODE SO THAT YOU CAN EXTEND THE HIERARCHY AND ADD DMDP

12:01PM 2    LATER, ADD ANY OTHER FEATURE AFTER IT SO THAT ALL THE DNS-IX

12:01PM 3    COMMANDS WOULD BE NATURALLY GROUPED TOGETHER

12:01PM 4    Q.   AND WHEN YOU ARE TALKING ABOUT THAT, YOU ARE TALKING ABOUT

12:01PM 5    THE SEQUENCE OF THE WORDING OF THE COMMANDS?

12:01PM 6    A.   THE SEQUENCE OF THE WORDS IN THE COMMAND IN THE

12:01PM 7    COMMAND-LINE INTERFACE.

12:01PM 8    Q.   OKAY.

12:01PM 9         THE COURT:  IS THAT THE END OF THE DOCUMENT?

12:02PM 10        MR. NELSON:  YEAH, I'M AT THE END OF THE DOCUMENT,

12:02PM 11   YOUR HONOR.

12:02PM 12        THE COURT:  ALL RIGHT.  IT'S TIME FOR OUR LUNCH

12:02PM 13   BREAK.  LET'S TAKE OUR ONE-HOUR LUNCH AND WE WILL COME BACK AT

12:02PM 14   1:05.

12:02PM 15        MR. NELSON:  THANK YOU, YOUR HONOR.

12:02PM 16     (WHEREUPON A RECESS WAS TAKEN.)

01:06PM 17       THE COURT:  ALL OF OUR JURORS ARE HERE AND, MR. NELSON, WE

01:06PM 18   ARE GOING TO CALL MR. REMAKER BACK TO THE STAND; IS THAT

01:06PM 19   CORRECT?

01:06PM 20        MR. NELSON:  YES, YOUR HONOR.  LET ME FIND HIM.

01:06PM 21        THE COURT:  THAT WOULD BE A GOOD THING.

01:06PM 22        MR. NELSON:  I FOUND HIM.

01:07PM 23        THE COURT:  GOOD AFTERNOON.  ALL RIGHT.  MR. NELSON,

01:07PM 24   GO AHEAD, PLEASE.

01:07PM 25        MR. NELSON:  THANK YOU, YOUR HONOR.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:07PM  1     Q.   SO WE WERE TALKING ABOUT THE PARSER-POLICE DOCUMENT BEFORE

01:07PM  2     LUNCH AND I WANT TO GO BACK AND REMIND US WHERE WE WERE.  THE

01:07PM  3     VERY LAST SECTION, SYNTAX DESIGN GUIDELINES, AND WE WERE

01:07PM  4     TALKING ABOUT NUMBER ONE.

01:07PM  5          SO MR. FISHER, IF WE COULD PUT THAT ON THE SCREEN.

01:07PM  6          SO YOU EXPLAINED TO US THIS IDEA OF EXTENSIBILITY AND HOW

01:07PM  7     WORD CHOICES MIGHT FIT INTO THAT.  BUT YOU ALSO TALKED SOMEWHAT

01:07PM  8     ABOUT THE WORD SEQUENCING; IS THAT RIGHT?

01:07PM  9     A.   YES.

01:07PM  10    Q.   OKAY.  SO WE HAVE A DEMONSTRATIVE WE PREPARED.  CAN WE PUT

01:07PM  11    UP SLIDE TWO.  AND IN THE CONTEXT OF THIS WORD SEQUENCING FOR

01:08PM  12    THE COMMAND CREATIONS, CAN YOU EXPLAIN TO US WHAT WE ARE

01:08PM  13    LOOKING AT HERE?

01:08PM  14    A.   SO AS I MENTIONED, THE COMMANDS TEND TO BE -- THE COMMANDS

01:08PM  15    ARE ARRANGED IN A HIERARCHY.  THERE IS A PARENT COMMAND WHICH

01:08PM  16    IS THE FIRST OF THE COMMANDS, AND THEN THE COMMAND THAT DEPENDS

01:08PM  17    ON IT, THE CHILD, AND THEN COMMAND THAT IS DEPEND ON THAT, THE

01:08PM  18    GRANDCHILD, OR THE GREAT GRANDCHILD COMMANDS.  AND IT'S THE

01:08PM  19    HIERARCHY, THEY TEND TO BE GROUPED IN AREAS WHERE THEY ARE

01:08PM  20    RELEVANT AND RELATED.

01:08PM  21    Q.   IF WE GO TO SLIDE THREE, CAN YOU TELL US WHAT WE ARE

01:08PM  22    LOOKING AT HERE ON SLIDE THREE?

01:08PM  23    A.   THIS IS AN EXAMPLE OF A COMMAND IN THE COMMAND-LINE

01:08PM  24    INTERFACE, DEMONSTRATING THE HIERARCHY.  FOR EXAMPLE, IN THIS

01:08PM  25    CASE, THE PARENT COMMAND IS SHOW.  THE CHILD COMMAND IS

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:08PM   1    INVENTORY.  SO SHOW INVENTORY.  INVENTORY IS SOMETHING THAT YOU

01:08PM   2    SHOW.

01:08PM   3        AND THE GRANDCHILD COMMAND IS INFORMATION ABOUT WHAT IT IS

01:09PM   4    ABOUT THE INVENTORY THAT YOU ARE SHOWING, WHETHER IT'S DETAILED

01:09PM   5    INFORMATION OR RAW INFORMATION, OR I COULD CONCEIVABLY ADD

01:09PM   6    ADDITIONAL KEY WORDS, OR EVEN ADDITIONAL LEVELS IN THE

01:09PM   7    HIERARCHY, IF NECESSARY.

01:09PM   8    Q.  SO YOU TALKED ABOUT SHOW AS BEING THE PARENT?

01:09PM   9    A.  YES.

01:09PM   10   Q.  ARE THERE OTHER THINGS YOU COULD SHOW THEN BESIDES

01:09PM   11   INVENTORY?

01:09PM   12   A.  YES, YES, THERE ARE OTHER ELEMENTS, OTHER THINGS YOU MIGHT

01:09PM   13   WANT TO SHOW.  YOU COULD SHOW THE VERSION OF THE BOX, YOU COULD

01:09PM   14   SHOW THE INTERFACES OF THE BOX, YOU CAN SHOW A LIST OF THE

01:09PM   15   ROUTES, YOU CAN SHOW THE BRIDGING TABLE, THESE WOULD ALL BE

01:09PM   16   OTHER COMMANDS, OTHER CHILDREN IN THAT HIERARCHY.

01:09PM   17   Q.  SO ARE THE COMMAND HIERARCHIES THAT YOU JUST DESCRIBED, ARE

01:09PM   18   THOSE IMPORTANT IN THE CREATION OF THE COMMANDS THEMSELVES?

01:09PM   19   A.  THE HIERARCHIES ARE VERY IMPORTANT.

01:09PM   20   Q.  AND CAN YOU EXPLAIN TO US WHY THAT'S THE CASE?

01:09PM   21   A.  THEY GROUP LIKE AND SIMILAR COMMANDS TOGETHER MAKING IT

01:10PM   22   EASIER TO FIND FUNCTIONALITY, MAKING IT MORE ACCESSIBLE AND

01:10PM   23   USEABLE AND ALLOWING PEOPLE TO FIND MORE COMMANDS THEY NEED,

01:10PM   24   MORE QUICKLY ACCESS THE POWERFUL FUNCTIONS OF THE DEVICE.

01:10PM   25   Q.  WHAT DO YOU MEAN WHEN YOU SAY TO MORE QUICKLY FIND THE

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:10PM  1    COMMANDS THAT THEY NEED?

01:10PM  2    A.   THAT IT'S MORE USEABLE, MORE FRIENDLY.  WHEN YOU'RE USING

01:10PM  3    THE BOX, THE THINGS, THE COMMANDS SHOULD BE ARRANGED AND

01:10PM  4    GROUPED IN A LOGICAL, EASY TO FIND ORDER.

01:10PM  5    Q.   SO NOW, I WANT TO GO BACK TO YOUR PARSER-POLICE MANIFESTER,

01:10PM  6    WHICH I BELIEVE IS EXHIBIT 851, AND LOOK AT THAT -- I KEEP

01:10PM  7    CALLING IT THE LAST SECTION BUT I'M ACTUALLY WRONG.  I THINK

01:10PM  8    IT'S THE NEXT TO LAST SECTION.  IT'S CALLED SYNTAX DESIGN

01:10PM  9    GUIDELINES.

01:11PM  10       DO YOU SEE THAT?

01:11PM  11   A.   YES.

01:11PM  12   Q.   AND YOU HAVE A LIST OF TEN THERE; IS THAT RIGHT?

01:11PM  13   A.   SORRY, A LIST OF --

01:11PM  14   Q.   THERE'S A LIST --

01:11PM  15   A.   THERE'S A LIST OF TEN GUIDELINES, YES.

01:11PM  16   Q.   OKAY.  SO, ARE THESE GUIDELINES ALWAYS FOLLOWED?

01:11PM  17   A.   THEY ARE NOT ALWAYS FOLLOWED.

01:11PM  18   Q.   AND CAN YOU GIVE US SOME EXAMPLES OF THAT?

01:11PM  19   A.   ONE OF THE EXAMPLES I HAVE IN SECTION 2 IN THE CASE WHERE

01:11PM  20   THE GUIDELINES WEREN'T FOLLOWED, I ILLUSTRATE AS A BAD EXAMPLE

01:11PM  21   OF FAILING TO THINK IN AN EXTENSIBLE WAY.

01:11PM  22   Q.   AND IF WE CAN PUT THAT, BLOW THAT SECTION UP, MR. FISHER.

01:11PM  23   SECTION 2 -- OKAY.  IS THIS THE SECTION YOU ARE TALKING ABOUT?

01:11PM  24   A.   YES.

01:11PM  25   Q.   CAN YOU EXPLAIN TO ME WHAT THE GOOD AND BAD EXAMPLE IS

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:11PM 1    THERE?

01:11PM 2    A.  SO, ISDN IS A TECHNOLOGY, A DIGITAL COMMUNICATIONS

01:11PM 3    TECHNOLOGY.  AND THIS COMMAND, THE PERSON WRITING THE ISDN,

01:12PM 4    COMMAND CREATED TWO CHILDREN IN THE DBUG HIERARCHY,

01:12PM 5    SPECIFICALLY ISDN, Q931 AND ISDN Q921 WHICH ARE DIFFERENT

01:12PM 6    ASPECTS OF THE ISDN PROTOCOL.

01:12PM 7        AND WHAT THEY DID WAS THEY MADE EACH, EVEN -- THE BETTER

01:12PM 8    WAY TO HAVE DONE IT WOULD HAVE BEEN TO TAKE ISDN THE CHILD AND

01:12PM 9    INTRODUCE Q921 AND Q931 AS CHILDREN SO THAT THE HIERARCHY WOULD

01:12PM 10   BE GROUPED TOGETHER.

01:12PM 11       I RELATED ISDN COMMANDS, WOULD BE UNDER A HIERARCHY INSTEAD

01:12PM 12   OF A BROADER GROUP.  THIS WOULD MAKE THE ISDN COMMANDS EASIER

01:12PM 13   TO FIND IF THEY WERE GROUPED AS A HIERARCHY.

01:12PM 14   Q.  IS THAT THE CASE IN THE CISCO CLI?

01:12PM 15   A.  IT IS NOT.  IT IS NOT.

01:12PM 16       AGAIN, THE ENGINEER WAS ABLE TO USE THEIR OWN CREATIVITY

01:12PM 17   AND JUDGMENT IN MAKING THE COMMANDS, AND THE AESTHETIC WOULD

01:13PM 18   HAVE LEAD US TO SEPARATE OR TO THINK EXTENSIBLY WAS THE

01:13PM 19   GUIDELINE, THE GUIDELINE WOULD BE TO THINK EXTENSIBLY.  AND IN

01:13PM 20   THIS CASE I'M AFRAID IT WAS OVERLOOKED.

01:13PM 21   Q.  NOW I WANT TO TALK ABOUT ANOTHER ONE.  IF WE GO TO NUMBER

01:13PM 22   FOUR IN YOUR LIST WHICH IS ON THE NEXT PAGE?

01:13PM 23   A.  YES.

01:13PM 24   Q.  IT SAYS WATCH FOR COLLISIONS; DO YOU SEE THAT?

01:13PM 25   A.  I DO.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:13PM  1    Q.   CAN YOU EXPLAIN TO ME WHAT THAT IS?

01:13PM  2    A.   OKAY.  SO LET'S GO BACK TO THE COMMAND SHOW, FOR EXAMPLE.

01:13PM  3    THE COMMAND SHOW IS ONE OF THE MOST COMMON COMMANDS THAT WE

01:13PM  4    TYPE IN THE USER INTERFACE.

01:13PM  5    Q.   AND LET ME STOP YOU THERE.

01:13PM  6         WHEN YOU SAY THE USER INTERFACE, WHAT USER INTERFACE ARE

01:13PM  7    YOU REFERRING TO?

01:13PM  8    A.   THAT WOULD BE THE COMMAND-LINE INTERFACE.

01:13PM  9    Q.   FOR WHOM?

01:13PM  10   A.   THE CISCO DEVICES, THE CISCO IOS AND RELATED OPERATING

01:13PM  11   SYSTEMS.

01:13PM  12        THE SHOW COMMAND COULD BE ABBREVIATED AS SH, BECAUSE AS

01:14PM  13   LONG AS YOU TYPE ENOUGH CHARACTERS TO MAKE THE WORD UNIQUE, IT

01:14PM  14   WOULD BE ACCEPTED.

01:14PM  15        SO IF, FOR EXAMPLE, AN ENGINEER WANTED TO INTRODUCE A NEW

01:14PM  16   COMMAND, SHOW CASE, THIS WOULD CAUSE A PROBLEM.  THIS WOULD BE

01:14PM  17   A COLLISION BECAUSE NOW AN ENGINEER THAT WOULD TYPE SHOW WOULD

01:14PM  18   GET AN ERROR BECAUSE THE PARSER WOULD SAY WELL, I DON'T KNOW

01:14PM  19   WHETHER YOU MEAN SHOW OR SHOW CASE.

01:14PM  20        SIMILARLY, THE ABBREVIATED FORM SH, IF THEY CREATED A TOP

01:14PM  21   LEVEL COMMAND CALLED SHARE, NOW CUSTOMERS USED TO TYPING JUST

01:14PM  22   SH WOULD NOW GET AN ERROR SAYING WELL, I DON'T KNOW WHETHER YOU

01:14PM  23   MEAN SHOW OR SHARE.

01:14PM  24        THOSE ARE WHAT WE WOULD CALL COLLISIONS IN THE PARSER,

01:14PM  25   MEANING IT'S A POINT WHERE THE COMMAND CAN BE CONFUSED WITH

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:14PM  1   ANOTHER COMMAND BECAUSE THE LETTERS OVERLAP.

01:14PM  2        SO THIS WAS SOMETHING TO AVOID.

01:14PM  3   Q.  SO HOW WOULD THAT GO INTO THE COMMAND CREATION ITSELF, THAT

01:15PM  4   CONCEPT?

01:15PM  5   A.  THIS WOULD BE PART OF THE ENGINEER EXERCISING THEIR

01:15PM  6   JUDGMENT AND UNDERSTANDING THINKING ABOUT BOTH EXTENSIBILITY

01:15PM  7   AND BACKWARDS COMPATIBILITY WITH THE EXISTING COMMANDS IN THE

01:15PM  8   DEVICE.

01:15PM  9   Q.  DO YOU KNOW WHETHER THERE ARE ANY COLLISIONS IN THE CISCO

01:15PM  10  CLI?

01:15PM  11  A.  THERE ARE PROBABLY SOME BECAUSE IT'S -- THERE'S NO --

01:15PM  12  THERE'S NOBODY EXPLICITLY STOPPING -- THERE'S NOBODY THAT CAN

01:15PM  13  STOP AN ENGINEER FROM DOING THAT.

01:15PM  14  Q.  NOW I WANT TO MOVE ON TO ANOTHER ONE IN YOUR LIST, THE

01:15PM  15  NUMBER SIX.  DO YOU SEE THAT?

01:15PM  16  A.  YES.

01:15PM  17  Q.  CAN YOU TELL US WHAT YOU ARE TALKING ABOUT HERE.

01:15PM  18  A.  SO THE IDEA IS, AS A GUIDELINE, THE ENGINEER WHEN THEY ARE

01:16PM  19  CREATING A COMMAND, HAVE TO PICK WHERE THEY ARE IN THE

01:16PM  20  HIERARCHY, THINK EXTENSIBLY, AVOID COLLISIONS, BUT THEY ALSO

01:16PM  21  NEED TO THINK ABOUT WHAT WORD THEY CHOOSE.  AND THAT COULD BE A

01:16PM  22  MATTER OF SOME DEBATE.

01:16PM  23        AND THE ENCOURAGEMENT HERE WAS TO, WHEN PICKING WORDS, WHEN

01:16PM  24  IT MADE SENSE, THEY SHOULD PICK SOMETHING THAT THE INDUSTRY

01:16PM  25  WOULD RECOGNIZE.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:16PM 1      FOR EXAMPLE, THERE'S A CONCEPT CALLED MAXIMUM TRANSMISSION

01:16PM 2   UNIT WHICH IS THE LARGEST SIZE PACKET YOU CAN SEND.  SO THE

01:16PM 3   PROPER NAME IS MAXIMUM TRANSMISSION UNIT SO THAT COULD BE A

01:16PM 4   WORD, BUT SINCE MTU IS A RECOGNIZED ABBREVIATION, WE SUGGEST IF

01:16PM 5   YOU CAN PICK SOMETHING THAT'S RECOGNIZED, THAT WOULD BE BETTER

01:16PM 6   THAN PICKING SOMETHING THAT'S HARDER TO RECOGNIZE.

01:16PM 7   Q.   NOW IN YOUR ANSWER, YOU SAID THAT THE CHOICE, EVEN IN THIS

01:16PM 8   CONTEXT IS SOMEWHAT OPEN TO DEBATE.  CAN YOU TELL ME WHAT YOU

01:17PM 9   MEAN BY THAT?

01:17PM 10  A.   THE ENGINEER COULD -- IN THAT CASE THEY COULD PICK EITHER

01:17PM 11  ONE.  THEY COULD PICK A DIFFERENT WORD IF THEY THINK THAT

01:17PM 12  THEY'VE GOT A NEW CONCEPT OR THEY'VE GOT A DIFFERENT AUDIENCE

01:17PM 13  THAT WOULDN'T USE THAT LANGUAGE.

01:17PM 14      THERE ARE SITUATIONS WHERE CISCO'S CREATED TERMINOLOGY AND

01:17PM 15  INTRODUCED IT TO THE CLI WHEN THERE WASN'T SOMETHING IN THE

01:17PM 16  INDUSTRY THAT MADE SENSE.

01:17PM 17  Q.   NOW EVEN IN THE CONTEXT, YOU USED THE MAXIMUM TRANSMISSION

01:17PM 18  CONTEXT?

01:17PM 19  A.   YES.

01:17PM 20  Q.   I WANT TO GO BACK TO YOUR DISCUSSION JUST A MINUTE AGO

01:17PM 21  ABOUT THE HIERARCHY IN THE WORD SEQUENCE?

01:17PM 22  A.   YES.

01:17PM 23  Q.   COULD YOU CREATE A MAXIMUM OR MTU HIERARCHY?

01:17PM 24  A.   IN FACT, BACK WHEN CISCO ONLY SUPPORTED THE IP PROTOCOL,

01:17PM 25  THE PARENT COMMAND WAS MTU IN THE EARLY DAYS, THE COMMAND MTU

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:17PM 1    IS IN FACT A PARENT-LEVEL COMMAND.  BUT WHEN WE STARTED

01:18PM 2    INTRODUCING NEW PROTOCOLS, IPV6, IPX, APPLE TALK, WE REALIZED

01:18PM 3    THE MTU MIGHT BE DIFFERENT FOR THEM.

01:18PM 4        SO IN FACT, WE GOT RID OF MTU AS A TOP LEVEL KEY WORD AND

01:18PM 5    INSTEAD USED A NEW TOP LEVEL KEY WORD FOR THE PROTOCOL, IP OR

01:18PM 6    IPV6, AND THEN MADE MTU IN THAT CASE, THE CHILD OF THAT

01:18PM 7    COMMAND.

01:18PM 8        SO IN FACT, YES, THERE ARE CASES WHERE YOU NEED TO DECIDE

01:18PM 9    AS AN ENGINEER IF IT MAKES SENSE TO ADD A NEW NODE INTO THE

01:18PM 10   HIERARCHY, IT'S NOT JUST A MATTER OF PICKING THE WORDS BUT

01:18PM 11   PICKING THE LOGICAL PLACE TO PLACE THE WORDS IN THE HIERARCHY

01:18PM 12   Q.  SO THEN THE NEXT ONE DOWN, NUMBER SEVEN.  FIRST SENTENCE

01:18PM 13   THERE IS DO NOT USE CODE NAMES IN COMMANDS; DO YOU SEE THAT?

01:18PM 14   A.  YES.

01:18PM 15   Q.  AND WHAT ARE YOU REFERRING TO THERE?

01:18PM 16   A.  SOMETIMES WHEN DEVELOPING PRODUCTS AT CISCO, WE MAY HAVE

01:19PM 17   INTERNAL CODE NAMES FOR HARDWARE OR PROTOCOL.

01:19PM 18       AND BEFORE WE'VE DECIDED WHAT WE ARE GOING TO CALL THEM TO

01:19PM 19   THE PUBLIC, WE WOULD USE SOME OF THOSE INTERNAL CODE NAMES,

01:19PM 20   SOMETIMES THE CODE WOULD HAVE TO BE WRITTEN BEFORE THE PROPER

01:19PM 21   NAME WAS DECIDED.  SO SOMETIMES THE CODE NAMES WOULD BE IN THE

01:19PM 22   USER INTERFACE.

01:19PM 23       AND THIS WAS A REMINDER TO ENGINEERS, IF YOU USED A CODE

01:19PM 24   NAME, GO BACK AND MAKE SURE IT'S CHANGED TO SOMETHING OTHER

01:19PM 25   THAN A CODE NAME BEFORE IT GETS TO CUSTOMERS.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:19PM 1    Q.   SO NOW I WANT TO GO TO THE LAST ONE ON YOUR LIST, NUMBER

01:19PM 2    TEN.  IT SAYS COMMAND SHOULD TEND TO BE SELF EXPLANATORY SO

01:19PM 3    THAT A RELATIVELY KNOWLEDGEABLE USER CAN FIGURE OUT THE COMMAND

01:19PM 4    FUNCTION FROM THE MANUALS -- NO, I SKIPPED A LINE, SORRY.  THE

01:19PM 5    COMMAND FUNCTION FROM THE COMMAND AND ONLINE HELP WITHOUT

01:20PM 6    HAVING IT SCURRY OFF TO THE MANUALS; DO YOU SEE THAT?

01:20PM 7    A.   RIGHT.

01:20PM 8    Q.   CAN YOU TELL ME WHAT YOU MEANT THERE?

01:20PM 9    A.   SO PART OF THIS IS ABOUT, YOU KNOW, CHOOSING THE HIERARCHY,

01:20PM 10   GROUPING STUFF TOGETHER, EXERCISING JUDGMENT AND CREATIVITY,

01:20PM 11   AND ARRANGING LIKE CONCEPTS TOGETHER.

01:20PM 12       SO THE IDEA IS THAT LOOKING AT A COMMAND, YOU SHOULD BE

01:20PM 13   ABLE TO, BASED ON YOUR KNOWLEDGE OF THE DESIGN AESTHETIC, THE

01:20PM 14   HIERARCHY AND THE TYPICAL SEQUENCE AND ORGANIZATION OF COMMANDS

01:20PM 15   USED BY CISCO, THAT THE CUSTOMER COULD LOOK AT THAT COMMAND AND

01:20PM 16   FIGURE OUT BASED ON THEIR EXPERIENCE IN USING COMMANDS LIKE IT,

01:20PM 17   WHAT THAT COMMAND SHOULD DO.  IT'S A PRINCIPLE OF CONSISTENCY

01:20PM 18   AND USABILITY

01:20PM 19   Q.   SO THEN I WANT TO LOOK AT THE NEXT SENTENCE THERE.  IT

01:20PM 20   SAYS, WHAT CONSTITUTES SELF EXPLANATORY WILL VARY BY YOUR

01:20PM 21   TARGET AUDIENCE, SO BE PREPARED TO DEFEND THAT POINT; DO YOU

01:20PM 22   SEE THAT?

01:21PM 23   A.   I DO.

01:21PM 24   Q.   WHAT'S THAT REFERRING TO IN THE GUIDELINES?

01:21PM 25   A.   SO THE IDEA IS THAT, AGAIN, WE WANT TO HAVE THE COMMAND

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:21PM  1    SELF EXPLANATORY.

01:21PM  2        SOMEBODY LOOKING AT A COMMAND LIKE FORWARD PEAK CELL RATE

01:21PM  3    CLP1 MIGHT SAY, I DON'T UNDERSTAND WHAT THAT MEANS.  BUT

01:21PM  4    SOMEONE WHO IS FAMILIAR ABOUT ATM, THE ASYNCHRONOUS TRANSFER

01:21PM  5    PROTOCOL, WILL IMMEDIATELY KNOW WHAT THAT MEANS.  THEY ARE THE

01:21PM  6    AUDIENCE.

01:21PM  7        SO THE COMMAND THERE IS COMPLETELY SELF EXPLANATORY TO

01:21PM  8    SOMEBODY FAMILIAR WITH ATM, BUT MAY NOT BE TO OTHER PEOPLE.

01:21PM  9        SO THE POINT WAS TO TELL PEOPLE TO CONSIDER THEIR AUDIENCE

01:21PM  10   IN MAKING THE COMMAND, AND ALSO TO OUR VIEWERS TO CONSIDER THE

01:21PM  11   AUDIENCE WHEN CRITIQUING A COMMAND.

01:21PM  12   Q.  ARE THERE MULTIPLE POTENTIAL AUDIENCES FOR A GIVEN COMMAND?

01:21PM  13   A.  THERE COULD BE MULTIPLE POTENTIAL AUDIENCES FOR A GIVEN

01:21PM  14   COMMAND.

01:21PM  15   Q.  AND WHY IS THAT?

01:22PM  16   A.  WE HAVE A BROAD RANGE OF USES AND FUNCTIONS OF THE CISCO

01:22PM  17   DEVICE.  THERE ARE FUNCTIONS THAT ARE USED, DIFFERENT PROTOCOLS

01:22PM  18   AND DIFFERENT PHYSICAL INTERFACES.

01:22PM  19       THERE'S LOTS OF FEATURES, LOTS OF DIFFERENT KINDS OF

01:22PM  20   CUSTOMERS, LOTS OF WAYS THE PRODUCT IS USED, SO THESE THINGS

01:22PM  21   ALL HAVE TO BE CONSIDERED BY THE DESIGNER.

01:22PM  22   Q.  NOW I WANT TO GO TO THE LAST SECTION WHICH IS THE LAST

01:22PM  23   SECTION THIS TIME, CHANGING SYNTAX.

01:22PM  24   A.  YES.

01:22PM  25   Q.  AND IN THAT FIRST SENTENCE IT SAYS CHANGING AN EXISTING

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:22PM  1    SYNTAX IS USUALLY A BAD IDEA; DO YOU SEE THAT?

01:22PM  2    A.   YES.

01:22PM  3    Q.   NOW YOU'VE TALKED SEVERAL TIMES NOW ABOUT THE NEED TO

01:22PM  4    MAINTAIN CONSISTENCY?

01:22PM  5    A.   YES.

01:22PM  6    Q.   DOES THIS HAVE ANYTHING TO DO WITH THAT?

01:22PM  7    A.   YES, IF YOU CHANGE A COMMAND, THAT COULD BE SURPRISING TO

01:22PM  8    CUSTOMERS.

01:22PM  9         IF YOU SUDDENLY DECIDE THAT YOU WANT TO DO THINGS IN A

01:22PM  10   DIFFERENT WAY, CUSTOMERS WILL BE DISORIENTED, COMMANDS THEY ARE

01:23PM  11   USED TO MAY NOT WORK.  THINGS THEY COMMITTED TO MUSCLE MEMORY

01:23PM  12   TO TYPING NO LONGER WORK THE WAY THEY ARE EXPECTING, AND THAT

01:23PM  13   COULD MAKE THEM UPSET.

01:23PM  14   Q.   SO LET'S -- I JUST WANT TO BE CLEAR ON THIS POINT, WHEN YOU

01:23PM  15   ARE TALKING ABOUT CONSISTENCY, CONSISTENCY WITH RESPECT TO

01:23PM  16   WHAT?

01:23PM  17   A.   CONSISTENCY WITH THE -- CONSISTENCY IN THE CISCO COMMAND

01:23PM  18   LINE AND USER INTERFACE.

01:23PM  19   Q.   OKAY.  SO YOU MEAN WHATEVER CISCO DECIDED TO DO BEFORE?

01:23PM  20   A.   YES.  THE USER INTERFACE BUILDS ON ITSELF.  THE USER

01:23PM  21   INTERFACE IS A CONSTANTLY GROWING BODY OF WORK BASED ON THE

01:23PM  22   CODING AND EXPERIENCE THAT WE GET.

01:23PM  23   Q.   NOW I WANT TO CHANGE GEARS A LITTLE BIT AND TALK ABOUT YOUR

01:23PM  24   PERSONAL EXPERIENCE IN AUTHORING COMMAND?

01:24PM  25   A.   OKAY.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:24PM  1    Q.    HAVE YOU HAD SUCH EXPERIENCE?

01:24PM  2    A.    I HAVE.

01:24PM  3    Q.    AND CAN YOU TELL US WHAT THAT IS?

01:24PM  4    A.    I DEVELOPED THE SHOW INVENTORY COMMAND.

01:24PM  5    Q.    AND WHEN WAS THAT?

01:24PM  6    A.    IT WAS AROUND 2002 AND 2003.

01:24PM  7    Q.    IT YOU TELL US WHAT THE SHOW INVENTORY COMMAND DOES?

01:24PM  8    A.    SO A PIECE OF CISCO HARDWARE INSIDE A CHASSIS USUALLY HAS

01:24PM  9    SEVERAL PIECES OF HARDWARE INSIDE IT, INCLUDING POSSIBLY A CPU,

01:24PM  10   A COMMUNICATIONS MODULE, SO THERE'S A COLLECTION OF HARDWARE,

01:24PM  11   ALL OF WHICH HAS PART NUMBERS AND SERIAL NUMBERS.  SO THE SHOW

01:24PM  12   INVENTORY COMMAND SHOWS AN INVENTORY OF ALL OF THOSE DEVICES

01:24PM  13   CONTAINED INSIDE THE CISCO HARDWARE.

01:24PM  14   Q.    SO NOW, I WANT TO TURN TO EXHIBIT 3195 IN YOUR BINDER,

01:24PM  15   PLEASE.  YOU WILL SEE IT BEHIND THE TAB, IT'S KIND OF TOWARDS

01:25PM  16   THE BACK.  SO TAKE A LOOK AND THEN WHEN YOU GET A CHANCE, TELL

01:25PM  17   ME WHAT THIS DOCUMENT IS, PLEASE.

01:25PM  18   A.    THIS IS AN EARLY DRAFT OF A FUNCTIONAL SPECIFICATION FOR

01:25PM  19   THE SHOW INVENTORY COMMAND.

01:25PM  20   Q.    AND DID YOU PREPARE THIS?

01:25PM  21   A.    I DID PREPARE THIS DOCUMENT.

01:25PM  22   Q.    AND WHY IS A DOCUMENT LIKE THIS PREPARED WHEN YOU'RE

01:25PM  23   DEVELOPING COMMANDS?

01:25PM  24   A.    BEFORE YOU WRITE CODE YOU SHOULD BE WRITING A SPECIFICATION

01:25PM  25   FOR HOW THE CODE GOES, BOTH TO GET FEEDBACK FROM PEOPLE THAT

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:25PM 1    WILL BE USING IT AND TO ULTIMATELY SERVE AS THE GUIDE FOR THE

01:25PM 2    PEOPLE WRITING THE CODE.

01:25PM 3    Q.   AND IS THIS THE KIND OF THING THAT IS GENERALLY PREPARED AT

01:25PM 4    CISCO?

01:25PM 5    A.   YES, WHEN CREATING A COMMAND, YOU WILL GENERALLY WRITE THE

01:25PM 6    AUTHOR OR THE ORIGINATOR WILL GENERATE A FUNCTIONAL

01:25PM 7    SPECIFICATION FOR THE COMMAND.

01:25PM 8    Q.   AND SO AT THIS POINT I WOULD MOVE 3195 INTO EVIDENCE,

01:25PM 9    YOUR HONOR?

01:25PM 10       MR. FERRALL:  NO OBJECTION.

01:26PM 11       THE COURT:  IT WILL BE ADMITTED.

01:26PM 12       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 3195, HAVING BEEN

01:26PM 13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

01:26PM 14   EVIDENCE.)

01:26PM 15   BY MR. NELSON:

01:26PM 16   Q.   NOW IF WE GO DOWN A LITTLE BIT ON THE FIRST PAGE THERE'S A

01:26PM 17   HEADING THERE CALLED PROPOSED COMMAND; DO YOU SEE THAT?

01:26PM 18   A.   I DO.

01:26PM 19   Q.   AND CAN YOU TELL US WHAT THE PURPOSE OF THIS SECTION IS?

01:26PM 20   A.   THIS SECTION IS TO SHOW THE ACTUAL PROPOSED COMMAND FOR THE

01:26PM 21   COMMAND-LINE INTERFACE THAT WOULD PROVIDE THE INVENTORY

01:26PM 22   INFORMATION THAT I DESCRIBED EARLIER.

01:26PM 23   Q.   NOW CAN YOU JUST EXPLAIN TO US, PUT YOURSELF BACK IN TIME,

01:26PM 24   WELL ACTUALLY I DON'T EVEN KNOW IF I ASKED YOU THAT, WHEN DID

01:26PM 25   YOU CREATE THE SHOW INVENTORY COMMAND?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:26PM  1    A.   THIS WAS AROUND 2002 OR 2003.

01:26PM  2    Q.   SO PUT YOURSELF BACK THERE.  CAN YOU JUST DESCRIBE FOR US

01:26PM  3    GENERALLY WHAT THE PROCESS WAS TO CREATE THIS COMMAND?

01:26PM  4    A.   SO WE KNEW WE HAD TO GET THIS LIST OF INFORMATION WITH

01:26PM  5    SERIAL NUMBERS AND DESCRIPTIONS, AND WE HAD TO FIND A WAY TO

01:27PM  6    PRESENT THAT INFORMATION TO THE CUSTOMERS AND THE NATURAL PLACE

01:27PM  7    IN THE HIERARCHY TO DISPLAY INFORMATION WOULD BE THE SHOW

01:27PM  8    COMMAND.

01:27PM  9    Q.   AND WHY WAS THAT?

01:27PM  10   A.   THE SHOW COMMAND IS A COMMAND THAT TYPICALLY PROVIDES

01:27PM  11   INFORMATION TO THE END USER ABOUT INTERFACES, ABOUT THE

01:27PM  12   VERSION, ABOUT THE CONFIGURATION, SO IT SEEMED LIKE A NATURAL

01:27PM  13   PLACE TO PUT INFORMATION ABOUT THE COLLECTION OF HARDWARE TO BE

01:27PM  14   DISPLAYED.

01:27PM  15   Q.   DID YOU IN CONNECTION WITH DEVELOPING THE COMMAND, DID YOU

01:27PM  16   EVER CONSIDER PUTTING IT IN A DIFFERENT HIERARCHY OR MAYBE

01:27PM  17   CREATING ITS OWN?

01:27PM  18   A.   AT THE TIME WE DIDN'T.  IN RETROSPECT, WE MIGHT HAVE MADE A

01:27PM  19   TOP-LEVEL COMMAND CALLED INVENTORY DEDICATED TO ALL TASKS

01:27PM  20   RELATED TO INVENTORY.  BUT "SHOW" REALLY SEEMED LIKE THE

01:27PM  21   SENSIBLE PLACE TO PUT IT.

01:27PM  22   Q.   OKAY.  NOW, LET'S TALK ABOUT THE SELECTION OF INVENTORY AS

01:28PM  23   A TERM.  WHERE DID THAT COME FROM?

01:28PM  24   A.   WHEN YOU THINK ABOUT A COLLECTION OF HARDWARE WITH PART

01:28PM  25   NUMBERS AND SERIAL NUMBERS, IT'S KIND OF LIKE AN INVENTORY OF

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:28PM  1    THINGS.

01:28PM  2    Q.   WHY DO YOU SAY THAT?

01:28PM  3    A.   IT'S JUST, YOU'VE GOT PART NUMBERS AND SERIAL NUMBERS

01:28PM  4    COLLECTED TOGETHER AND IT'S AN IMPORTANT PART OF ASSET

01:28PM  5    MANAGEMENT TO KNOW WHAT YOUR HARDWARE PART NUMBERS ARE AND IT

01:28PM  6    WOULD BE PART OF TAKING INVENTORY TO KNOW THAT.  SO IT WAS

01:28PM  7    JUST -- IT WAS A ---IT WAS A NAME WE SETTLED ON AFTER SOME

01:28PM  8    DEBATE.

01:28PM  9    Q.   SO DID YOU CONSIDER ANY ALTERNATIVES TO INVENTORY WHEN YOU

01:28PM  10   WERE COMING UP WITH THIS COMMAND?

01:28PM  11   A.   WE CONSIDERED A COUPLE OF DIFFERENT COMMANDS.

01:28PM  12   Q.   AND IF WE SHOW SLIDE FIVE HERE, IN FACT WAS INVENTORY THE

01:28PM  13   FIRST WORD YOU CONSIDERED?

01:28PM  14   A.   INVENTORY WAS NOT THE FIRST WORD WE CONSIDERED.

01:28PM  15   Q.   AND WHY WAS THAT?

01:28PM  16   A.   WE THOUGHT THERE WERE BETTER CHOICES THAT WE COULD HAVE

01:28PM  17   BESIDES INVENTORY.

01:28PM  18   Q.   AND WHAT DO YOU MEAN BETTER CHOICES?

01:29PM  19   A.   WE THOUGHT THAT THEY MIGHT BETTER DESCRIBE WHAT WAS GOING

01:29PM  20   ON.

01:29PM  21   Q.   LIKE WHAT?

01:29PM  22   A.   WELL, WE LOOKED AT SHOW SERIAL BECAUSE IT WAS SERIAL

01:29PM  23   NUMBERS AND THE SERIAL NUMBERS WERE VERY IMPORTANT, SO SHOW

01:29PM  24   SERIAL SEEMED LIKE A NATURAL THING TO DO.

01:29PM  25   Q.   AND WHY DID YOU PICK THAT?

675

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:29PM 1   A.   WE ALSO HAVE SERIAL COMMUNICATION INTERFACES ON THE DEVICE

01:29PM 2   AND WE THOUGHT IT MIGHT BE CONFUSING TO HAVE A SHOW COMMAND

01:29PM 3   THAT TALKS ABOUT SERIAL WHEN IN FACT WE HAVE SERIAL INTERFACES

01:29PM 4   SO WE DISCARDED THAT IDEA.

01:29PM 5   Q.   WAS THERE ANYTHING ELSE THAT YOU RECALL?

01:29PM 6   A.   WE THOUGHT SHOW HARDWARE BECAUSE IT'S AN INVENTORY OF THE

01:29PM 7   PHYSICAL HARD IN THE DEVICE.

01:29PM 8   Q.   AND WHY DIDN'T YOU PICK THAT?

01:29PM 9   A.   SHOW HARDWARE WAS ALREADY BEING USED TO DISPLAY VERSION

01:29PM 10  INFORMATION.

01:29PM 11  Q.   WHAT DO YOU MEAN WHEN YOU SAY VERSION INFORMATION?

01:29PM 12  A.   THE SOFTWARE VERSION, THE SOFTWARE VERSION.  WHEN YOU --

01:29PM 13  THE WHICH COMMAND SHOW HARDWARE TELLS YOU ACTUALLY THE SOFTWARE

01:29PM 14  RUNNING ON THE HARDWARE.  IT WAS A HISTORICAL CHOICE.

01:29PM 15       AGAIN, AND I DIDN'T MAKE THAT CHOICE, BUT THAT'S -- IT WAS

01:29PM 16  A COLLISION, SO WE COULDN'T DO IT.

01:30PM 17  Q.   SO SHOW HARDWARE TELLS YOU ABOUT THE SOFTWARE?

01:30PM 18  A.   SHOW HARDWARE TELLS YOU ABOUT THE SOFTWARE RUNNING ON THE

01:30PM 19  HARDWARE.

01:30PM 20  Q.   GOT YA.  DOES SOFTWARE RUN ANYWHERE ELSE?

01:30PM 21  A.   I'VE NEVER SEEN THE SOFTWARE RUN ANYWHERE ELSE.

01:30PM 22  Q.   OKAY.  ALL RIGHT.  SO ANYTHING ELSE YOU CONSIDERED WHEN YOU

01:30PM 23  WERE GOING THROUGH SHOW INVENTORY?

01:30PM 24  A.   WELL, IT TURNS OUT THAT THE ELEMENTS OF THE INVENTORY WE

01:30PM 25  WERE DISPLAYING ARE DESCRIBED IN THE IDENTITY MIB, MANAGEMENT

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:30PM  1    INFORMATION BASE, WHICH IS A DOCUMENT FROM THE INTERNET

01:30PM  2    ENGINEERING TASK FORCE, IETF.  SO WE THOUGHT BECAUSE THE

01:30PM  3    IDENTITY, THE IETF CALLED THIS CONCEPT IDENTITY, THAT MAYBE WE

01:30PM  4    COULD CALL IT SHOW IDENTITY.

01:30PM  5    Q.    OKAY.  SO I GOT TO BREAK THAT DOWN A BIT.  YOU SAID IETF?

01:30PM  6    A.    IETF.

01:30PM  7    Q.    OKAY.  SO I DID GET THAT RIGHT, WHAT IS THAT?

01:30PM  8    A.    THE IETF, THE INTERNET ENGINEERING TASK FORCE IS A

01:31PM  9    STANDARDS BODY THAT PRODUCES THE DOCUMENTS FOR ALL OF THE

01:31PM  10   PROTOCOLS THAT RUN THE INTERNET.

01:31PM  11   Q.    SO JUST SO WE DON'T HAVE ANY CONFUSION, IS THIS THE

01:31PM  12   STANDARDS BODY THAT TELLS YOU HOW TO MAKE COMMANDS IN A

01:31PM  13   COMMAND-LINE INTERFACE?

01:31PM  14   A.    THAT IS NOT WHAT THE STANDARDS BODY IS DEDICATED TO, NO,

01:31PM  15   IT'S COMMUNICATIONS PROTOCOLS.

01:31PM  16   Q.    ARE YOU AWARE OF ANY STANDARDS BODY THAT TELLS YOU HOW YOU

01:31PM  17   SHOULD, YOU KNOW, MAKE THE COMMANDS IN A COMMAND-LINE INTERFACE

01:31PM  18   FOR NETWORKING HARDWARE?

01:31PM  19   A.    I'M NOT AWARE OF ANY STANDARDS BODY THAT DOES THAT.

01:31PM  20   Q.    SO THEN BACK TO THE IETF, THAT STANDARDS BODY, REMIND ME

01:31PM  21   WHAT IT DOES?

01:31PM  22   A.    THEY CREATE STANDARDS FOR COMMUNICATIONS PROTOCOLS.

01:31PM  23   Q.    NOW THE PROTOCOL YOU TALKED ABOUT, I THINK YOU SAID

01:31PM  24   IDENTITY MIB?

01:31PM  25   A.    MIB, MANAGEMENT INFORMATION BASE, YES.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:31PM 1     Q.   OKAY.  WHAT'S THAT?

01:31PM 2     A.   IT'S PART OF A SYSTEM CALLED SNMP, SIMPLE NETWORK

01:32PM 3     MANAGEMENT PROTOCOL, AND IT'S A LIST OF ALL OF THE THINGS THAT

01:32PM 4     COULD BE SAID USING THE SIMPLE NETWORK MANAGEMENT PROTOCOL.

01:32PM 5     Q.   SO WHY THEN DIDN'T YOU USE THE IDENTITY TERM?

01:32PM 6     A.   IT TURNS OUT THAT THE CISCO DEVICE ALSO DOES A LOT OF

01:32PM 7     THINGS AROUND SECURITY, INCLUDING AUTHORIZATION, USER NAMES AND

01:32PM 8     PASSWORDS, AUTHENTICATION, WHAT PEOPLE ARE ALLOWED TO DO, AND

01:32PM 9     USUALLY THOSE SORTS OF THINGS ARE CONSIDERED IDENTITY BY THE

01:32PM 10    SECURITY COMMITTEE.

01:32PM 11         AND BECAUSE OUR DEVICE DOES A LOT OF THINGS WITH SECURITY,

01:32PM 12    WE THOUGHT WE DIDN'T WANT TO USE IDENTITY SO IT WOULD NOT BE

01:32PM 13    CONFUSED WITH THE SECURITY FUNCTIONS OF THE BOX, SO WE

01:32PM 14    DISCARDED THAT.

01:32PM 15    Q.   SO ANYTHING ELSE THAT YOU RECALL CONSIDERING?

01:32PM 16    A.   WELL, BECAUSE THEY WERE MODULES WE THOUGHT WE COULD SAY

01:32PM 17    SHOW MODULE, BUT SOME PLATFORMS HAD ALREADY USED THAT TO SHOW

01:32PM 18    OTHER TECHNICAL INFORMATION ABOUT THE MODULES.

01:32PM 19         WE THOUGHT CONTROLLERS, THESE ARE ELECTRONIC CONTROLLERS,

01:33PM 20    BUT THAT WAS ALSO USED BY SOME PLATFORMS TO USE OTHER

01:33PM 21    INFORMATION ABOUT HARDWARE.  MAYBE EVEN SHOW DEVICES, BECAUSE

01:33PM 22    THESE ARE DEVICES INCLUDE THE IN THE BOX.

01:33PM 23         BUT WE ULTIMATELY THOUGHT AFTER SOME HOURS OF DEBATE,

01:33PM 24    PROBABLY 6 TO 8 HOURS WITH A GROUP OF 6 TO 8 OF US OVER A

01:33PM 25    COUPLE OF WEEKS, WE SETTLED ON INVENTORY.

678

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:33PM  1    Q.   AND THE GROUP THAT YOU ARE TALKING ABOUT, WHAT GROUP IS

01:33PM  2    THAT?

01:33PM  3    A.   THAT IS -- THAT WAS MYSELF AND MY FELLOW DESIGNER, SOLOMON

01:33PM  4    THE PEOPLE IN THE -- SOME FOLKS IN THE TECHNICAL SUPPORT GROUP

01:33PM  5    WHO WOULD HAVE TO SUPPORT THIS AND SOME FOLKS IN THE

01:33PM  6    DEVELOPMENT GROUP THAT WOULD BE DOING SOME OF THE CODING WORK.

01:33PM  7    Q.   NOW I WANT TO CHANGE GEARS A LITTLE BIT AND IF WE GO TO

01:33PM  8    SLIDE SEVEN, I WANT TO TALK ABOUT THE SHOW INVENTORY OUTPUT,

01:33PM  9    OKAY?

01:33PM  10   A.   YES.

01:33PM  11   Q.   FIRST TELL US WHAT THE SHOW INVENTORY OUTPUT WOULD BE?

01:33PM  12   A.   SO IN ADDITION TO WRITING THE SPECIFICATION FOR THE SHOW

01:34PM  13   INVENTORY COMMAND, WE ALSO WROTE THE SPECIFICATION FOR THE

01:34PM  14   OUTPUT AND WE WROTE THE HELP TEXT.

01:34PM  15        SO WHEN YOU TYPE THE COMMAND SHOW INVENTORY, IT PRODUCES

01:34PM  16   SOME TEXT OUTPUT SHOWING YOU THE INVENTORY OF THE BOX.  AND WE

01:34PM  17   HAD TO DESIGN THAT.

01:34PM  18   Q.   AND WHY IS THAT?

01:34PM  19   A.   THAT'S JUST WHAT WE DO.  THERE'S -- IT'S THE -- THE

01:34PM  20   INFORMATION THAT WE KNOW THAT WE NEED TO SHOW, THE DEVICE NAME,

01:34PM  21   THE PART NUMBER, THE VERSION NUMBER, THE SERIAL NUMBER, HAD TO

01:34PM  22   BE DISPLAYED TO THE CUSTOMER IN A WAY THAT WAS EASY TO READ,

01:34PM  23   EASY TO UNDERSTAND AND EASY TO PROCESS.

01:34PM  24   Q.   SO DID YOU CREATE THE OUTPUT FOR THE SHOW INVENTORY

01:34PM  25   COMMAND?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:34PM 1    A.   OUR TEAM DEVELOPED THE OUTPUT FOR THE SHOW INVENTORY

01:34PM 2    COMMAND.

01:34PM 3    Q.   AND DO YOU RECALL WHETHER THERE WERE RESTRICTIONS ON WHAT

01:34PM 4    THAT OUTPUT COULD BE?

01:34PM 5    A.   THERE WERE NO RESTRICTIONS.  WE HAD TOTAL FREEDOM IN HOW WE

01:35PM 6    MADE THE OUTPUT LOOK.

01:35PM 7    Q.   SO HOW IS IT THAT YOU MADE THE DECISION ON WHAT THAT OUTPUT

01:35PM 8    SHOULD BE?

01:35PM 9    A.   WE WENT THROUGH A COUPLE OF THINGS.  WE WOULD HAVE LIKED TO

01:35PM 10   HAVE EACH PART TO FIT ON A SINGLE LINE, BUT WE THOUGHT THAT

01:35PM 11   WOULD BE HARD TO READ IF IT WENT OVER 80 COLUMNS, SO WE

01:35PM 12   ACTUALLY MADE EVERY ITEM APPEAR ON THE TWO LINES.  WITH THE

01:35PM 13   FIRST LINE BEING THE NAME AND THE DEVICE AND THE DESCRIPTION

01:35PM 14   AND THE SECOND LINE BEING THE IMPORTANT INFORMATION, THE

01:35PM 15   VERSION AND THE SERIAL NUMBER.

01:35PM 16       THEN WE WOULD REPEAT THAT FOR EVERY DEVICE INCLUDED.

01:35PM 17       WE ALSO INCLUDED ALL OF THE TEXT IN QUOTES AND SEPARATED

01:35PM 18   THINGS WITH COLONS SO THAT IF PEOPLE WANTED TO PROCESS IT

01:35PM 19   AUTOMATICALLY WITH A PROGRAM OR A SCRIPT THEY WOULD EASILY BE

01:35PM 20   ABLE TO FIND THE EDGES OF EACH FIELD, THEY COULD SEPARATE EACH

01:35PM 21   INFORMATION FIELD EASILY.

01:35PM 22   Q.   OKAY.  SO YOU SAID SOMETHING THERE, PROCESS AUTOMATICALLY

01:36PM 23   WITH A SCRIPT?

01:36PM 24   A.   YES.

01:36PM 25   Q.   CAN YOU EXPLAIN TO US WHAT THAT IS?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:36PM  1    A.   SO ALTHOUGH SOME PEOPLE USE THE DEVICE BY SITTING ON A KEY

01:36PM  2    BOARD AND TYPING, TYPING INDIVIDUAL COMMANDS AND READING THE

01:36PM  3    OUTPUT, SOMETIMES THEY PROGRAM A COMPUTER TO CONNECT FOR THEM

01:36PM  4    ISSUE THE COMMANDS, READ THE OUTPUT, AND THEN EXTRACT THE

01:36PM  5    INFORMATION FROM THE OUTPUT.  THAT'S A WAY OF AUTOMATING THE

01:36PM  6    PROCESS.

01:36PM  7         SO RATHER THAN HAVING TO LOG IN AND TYPE AND TYPE AND TYPE,

01:36PM  8    SOME NETWORK ADMINISTRATORS WILL WRITE A PROGRAM, A SCRIPT

01:36PM  9    WHICH WILL THEN GO AND PERFORM A BUNCH OF FUNCTIONS, SEND

01:36PM  10   COMMANDS AND THEN INTERPRET THE OUTPUT.

01:36PM  11   Q.   SO WOULD THAT TYPE OF PROGRAM, THAT AUTOMATION YOU

01:36PM  12   DESCRIBED STILL USE THE CLI?

01:36PM  13   A.   YES, THE CLI IS ONE OF THE WAYS THAT AN AUTOMATION PROGRAM

01:36PM  14   WOULD ACCESS A CISCO DEVICE.

01:36PM  15   Q.   NOW I WANT TO MOVE ON A LITTLE BIT.  WE WILL GO TO SLIDE 8

01:37PM  16   HERE AND TALK ABOUT THE SHOW INVENTORY HELP DESCRIPTION.

01:37PM  17        DO YOU SEE THAT?

01:37PM  18   A.   YES.

01:37PM  19   Q.   AT THE TIME YOU WERE CREATING THE SHOW INVENTORY COMMAND

01:37PM  20   WAS THERE ALSO A HELP DESCRIPTION CREATED?

01:37PM  21   A.   YES, WE CREATED HELP DESCRIPTION AT THE TIME WE CREATED THE

01:37PM  22   COMMAND.

01:37PM  23   Q.   AND WHAT WAS THAT HELP DESCRIPTION?

01:37PM  24   A.   SO, AT THE COMMAND LINE, BECAUSE THERE ARE DOZENS OF

01:37PM  25   POSSIBLE SHOW COMMANDS, IT'S NOT REASONABLE TO EXPECT SOMEBODY

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:37PM 1    TO MEMORIZE ALL OF THE COMMANDS.  SO WE HAVE ONLINE HELP.

01:37PM 2        IF YOU TYPE QUESTION MARK AFTER A COMMAND, IT WILL SHOW YOU

01:37PM 3    ALL THE POSSIBLE CHILD COMMANDS THAT ARE ALLOWED AT THAT

01:37PM 4    PROMPT, INCLUDING THE INVENTORY COMMAND.

01:37PM 5    Q.   AND THEN IN TERMS OF THE DESCRIPTION FOR THE INVENTORY

01:37PM 6    COMMAND ITSELF?

01:37PM 7    A.   YES.

01:37PM 8    Q.   WHAT WOULD THAT BE?

01:37PM 9    A.   SO FOR EACH COMMAND THERE'S A BRIEF EXPLANATION, A BRIEF

01:37PM 10   SHORT HELP STRING, A HELP TEXT THAT TELLS PEOPLE WHAT TO DO.

01:38PM 11   WE WROTE THE HELP TEXT TO DESCRIBE WHAT THE SHOW INVENTORY

01:38PM 12   COMMAND DID.  AND SPECIFICALLY WE SAID IT WAS TO SHOW THE

01:38PM 13   PHYSICAL INVENTORY OF THE BOX.  THAT'S THE PARTS INSIDE THE

01:38PM 14   BOX.

01:38PM 15   Q.   AND PHYSICAL INVENTORY IS TO DISTINGUISH IT FROM WHAT?

01:38PM 16   A.   WELL, YOU MIGHT GET AN INVENTORY OF SOFTWARE LICENSES IN

01:38PM 17   THE BOX OR YOU MIGHT GET AN INVENTORY OF SOFTWARE MODULES ON

01:38PM 18   THE BOX.  WE WANTED TO MAKE IT CLEAR WE WERE TALKING ABOUT

01:38PM 19   PHYSICAL THINGS THAT WERE, THAT WE ARE TAKING INVENTORY OF,

01:38PM 20   PHYSICAL HARDWARE.

01:38PM 21   Q.   SO WHEN YOU WERE DEVELOPING THE HELP DESCRIPTION, WERE YOU

01:38PM 22   CONSTRAINED?

01:38PM 23   A.   WE HAD NO CONSTRAINTS.  THE AESTHETIC WAS TO KEEP IT SHORT,

01:38PM 24   BUT THERE ARE NO OFFICIAL CONSTRAINTS THAT I'M AWARE OF FOR THE

01:38PM 25   HELP TEXT ITSELF.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:38PM 1    Q.   SO YOU SAID THAT WORD A FEW TIMES, AESTHETIC, CAN YOU

01:39PM 2    EXPLAIN TO US WHAT YOU MEAN IN THE CONTEXT OF CLI, THE

01:39PM 3    AESTHETIC?

01:39PM 4    A.   THE AESTHETIC IS THE WAY THE CLI IS ORGANIZED, THE WAY YOU

01:39PM 5    EXPECT, IF YOU LOOK AT THE WAY THIS TABLE OF HELP IS ORGANIZED,

01:39PM 6    YOU KNOW, HAVING STUFF TABBED OUT, HAVING EVERYTHING FIT

01:39PM 7    CLEANLY ON THE SCREEN, HAVING THE HIERARCHY, HAVING THE HELP,

01:39PM 8    HAVING THIS ALL FEEL OF THE INTERFACE, THAT'S PART OF WHAT I

01:39PM 9    WOULD CONSIDER THE AESTHETIC.

01:39PM 10   Q.   DOES THAT HAVING ANYTHING TO DO WITH THE CONSISTENCY THAT

01:39PM 11   YOU TALKED ABOUT EARLIER?

01:39PM 12   A.   I DON'T THINK IT DOES DIRECTLY.  CONSISTENCY IS PART OF THE

01:39PM 13   AESTHETIC, I SUPPOSE, BUT I DON'T KNOW HOW I WOULD LINK THEM.

01:39PM 14   Q.   OKAY.  NOW I WANT TO GO TO ANOTHER TOPIC.

01:39PM 15        SO WE TALKED ABOUT EARLIER, I THINK IT WAS BEFORE LUNCH.

01:39PM 16   YOU HAVE BEEN IN THE SERVICE DIVISION FOR ABOUT 20 YEARS OR SO;

01:39PM 17   IS THAT RIGHT?

01:39PM 18   A.   IT WILL BE 25 YEARS IN JANUARY.

01:39PM 19   Q.   OKAY.  25 YEARS.  SO IN CONNECTION WITH YOUR WORK, HAVE YOU

01:40PM 20   GAINED AN UNDERSTANDING OF HOW CUSTOMERS USE THE CISCO CLI?

01:40PM 21   A.   I HAVE.

01:40PM 22   Q.   AND WHAT HAVE YOU LEARNED?

01:40PM 23   A.   WELL, I'VE LEARNED THAT THEY LIKE IT.  IT CAN BE DIFFICULT

01:40PM 24   TO USE, BUT THEY LIKE IT BECAUSE IT'S VERY COMPACT AND POWERFUL

01:40PM 25   AND PUTS A LOT OF THE FUNCTIONS AT THEIR FINGER TIPS TO DO

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:40PM 1    AMAZING THINGS.

01:40PM 2    Q.    NOW WHEN YOU SAY COMPACT AND POWERFUL, CAN YOU TELL ME WHAT

01:40PM 3    YOU MEAN BY THAT?

01:40PM 4    A.    THERE ARE LOTS OF WAYS YOU COULD ARRANGE A USER INTERFACE.

01:40PM 5    SOME OF OUR COMPETITORS HAVE DONE MANY DRIVEN INTERFACES WHERE

01:40PM 6    YOU HAVE TO PICK ONE THING, PICK ANOTHER THING, AND WORK YOUR

01:40PM 7    WAY DOWN THE MENU TO GET THE INFORMATION.

01:40PM 8        AND WHILE THAT MAKES IT EASY TO FIND A COMMAND, IT'S VERY

01:40PM 9    DIFFICULT TO USE FOR ADVANCED USERS BECAUSE YOU KNOW EXACTLY

01:40PM 10    WHAT YOU WANT, AND BEING ABLE TO ACCESS IT QUICKLY IS A SOURCE

01:41PM 11    OF, A SOURCE OF POWER AND STRENGTH FOR USING THE BOX

01:41PM 12    EFFECTIVELY AND EFFICIENTLY AND QUICKLY.

01:41PM 13    Q.    SO DO YOU KNOW WHAT TYPES OF THINGS, TYPES OF ACTIVITIES

01:41PM 14    FOR LACK OF A BETTER TERM, THAT CUSTOMERS USE THE CISCO CLI FOR

01:41PM 15    WITH ITS PRODUCTS?

01:41PM 16    A.    ONE OF THE MOST IMPORTANT FUNCTIONS FOR THE CLI IS TROUBLE

01:41PM 17    SHOOTING.

01:41PM 18    Q.    AND CAN YOU EXPLAIN TO US WHAT YOU MEAN BY TROUBLE

01:41PM 19    SHOOTING?

01:41PM 20    A.    SO TROUBLE SHOOTING, THE CISCO DEVICES ROUTERS AND SWITCHES

01:41PM 21    SIT AT THE CORE OF A NETWORK.  AND WHEN THINGS GO WRONG, WHEN

01:41PM 22    THINGS SLOW DOWN OR THE NETWORK DOESN'T WORK, A NETWORK

01:41PM 23    ADMINISTRATOR HAS TO VERY QUICKLY UNDERSTAND WHAT'S GOING ON OR

01:41PM 24    COMPANIES ARE LOSING MONEY, THEY'RE FALLING APART.

01:41PM 25        THE COMMAND-LINE INTERFACE PROVIDES POWERFUL AND QUICK

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:42PM 1   ACCESS TO LOTS OF DETAILED INFORMATION ABOUT WHAT'S GOING ON IN

01:42PM 2   THE NETWORK AND INTERNALLY IN THE HARDWARE, THE CISCO DEVICE,

01:42PM 3   AND ALLOWS CUSTOMERS TO SOLVE THESE PROBLEMS MORE QUICKLY.

01:42PM 4   Q.   AND HOW DOES THE CLI, THE COMMAND-LINE INTERFACE, FIT INTO

01:42PM 5   THAT?

01:42PM 6   A.   THE COMMAND-LINE INTERFACE IS THE METHOD BY WHICH YOU

01:42PM 7   COLLECT THIS TROUBLE SHOOTING INFORMATION.

01:42PM 8   Q.   NOW IS THERE ANYTHING THAT CISCO PROVIDES TO TEACH ITS

01:42PM 9   CUSTOMERS ABOUT TROUBLE SHOOTING?

01:42PM 10  A.   WE PRODUCE A NUMBER OF TROUBLE SHOOTING GUIDES TO HELP

01:42PM 11  CUSTOMERS WITH THESE KINDS OF TROUBLE SHOOTING PROBLEMS.

01:42PM 12  Q.   SO I WANT YOU TO TURN TO -- WELL, I'M PERPLEXED BECAUSE IN

01:43PM 13  ONE PLACE HERE IT SAYS 2875 BUT MY TAB SAYS 26 -- DO YOU HAVE A

01:43PM 14  2875?  HOW ABOUT IF WE GO WITH THAT QUESTION?

01:43PM 15  A.   I DO NOT HAVE A 2875.

01:43PM 16  Q.   OKAY.  WELL, THAT'S UNFORTUNATE.  WELL, LET'S JUST TALK A

01:43PM 17  LITTLE BIT MORE ABOUT THE TROUBLE SHOOTING --

01:43PM 18  A.   I THINK I FOUND IT ON 2685 ON MINE.

01:43PM 19  Q.   OKAY.

01:43PM 20  A.   IT'S THE --

01:43PM 21  Q.   DO YOU HAVE A 2685, YOUR HONOR?

01:43PM 22         THE COURT:  I DO.

01:43PM 23         MR. NELSON:  EVERYBODY DOES BUT ME.  OKAY.  CAN --

01:43PM 24  LET ME NOT DO THAT.  LET ME ASK YOU THE QUESTIONS FIRST.

01:43PM 25  Q.   WHAT ARE THESE PRODUCED FOR?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:43PM 1   A.   I BEG YOUR PARDON?

01:43PM 2   Q.   THE TROUBLE SHOOTING GUIDE THAT YOU ARE LOOKING AT, RIGHT,

01:43PM 3   WHY ARE THEY MADE?

01:43PM 4   A.   THEY ARE PRODUCED BY CISCO TO HELP CUSTOMERS TO PROVIDE AN

01:44PM 5   AID TO CUSTOMERS FOR TROUBLE SHOOTING THEIR NETWORKS.

01:44PM 6   Q.   AND WHAT -- ARE THEY PRODUCED GENERALLY AS PART OF CISCO'S

01:44PM 7   BUSINESS?

01:44PM 8   A.   THESE ARE PRODUCED BY OUR DOCUMENTATION DEPARTMENT AND

01:44PM 9   DISTRIBUTED TO CUSTOMERS.

01:44PM 10   Q.   OKAY.  AND AT THIS POINT -- 2685?

01:44PM 11   A.   OKAY.

01:44PM 12          MR. NELSON:  I MOVE 2685 INTO EVIDENCE, YOUR HONOR.

01:44PM 13          MR. FERRALL:  NO OBJECTION.

01:44PM 14          THE COURT:  IT WILL BE ADMITTED.

01:44PM 15       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 2685, HAVING BEEN

01:44PM 16   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

01:44PM 17   EVIDENCE.)

01:44PM 18   BY MR. NELSON:

01:44PM 19   Q.   SO NOW WE ARE LOOKING AT THE FIRST PAGE OF 2685.  THIS SAYS

01:44PM 20   RELEASE -- IT SAYS CISCO NX-OS; DO YOU SEE THAT?

01:44PM 21   A.   2685 WAS THE IOS XR -- HOLD ON.  I'M SORRY, IT'S A

01:44PM 22   DIFFERENT TROUBLE SHOOTING DOCUMENT.

01:44PM 23   Q.   WELL, YOU WILL SELL YOU WHAT, PUT 2685 UP THERE, THAT'S THE

01:44PM 24   ONE WE ADMITTED INTO EVIDENCE AND WE ARE GOING TO TALK ABOUT

01:44PM 25   THAT ONE.  I APOLOGIZE, THIS HAPPENS SOMETIMES, THIS IS MY

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:45PM  1    FAULT.

01:45PM  2        ARE YOU THERE?

01:45PM  3    A.  I AM.

01:45PM  4    Q.  SO WHAT IS 2685?

01:45PM  5    A.  SO 2685 IS ONE OF MANY DOCUMENTS THAT CISCO PRODUCES TO

01:45PM  6    HELP CUSTOMERS TROUBLE SHOOT THEIR NETWORKS.

01:45PM  7    Q.  IT SAYS IOS XR, COULD YOU EXPLAIN TO US WHAT IOS XR IS?

01:45PM  8    A.  IOS XR IS A VARIANT OF THE IOS INTERNETWORK OPERATING

01:45PM  9    SYSTEM THAT RUNS ON PRODUCTS USED IN THE SERVICE PROVIDER

01:45PM  10   MARKET.

01:45PM  11   Q.  NOW, ARE THERE COMMANDS THAT YOU THINK ARE PARTICULARLY

01:46PM  12   IMPORTANT TO TROUBLE SHOOTING?

01:46PM  13   A.  THERE ARE.

01:46PM  14   Q.  AND WHAT KINDS OF COMMANDS WOULD THOSE BE, IF YOU COULD

01:46PM  15   GIVE US SOME EXAMPLES?

01:46PM  16   A.  SOME OF THEM COULD INCLUDE COMMANDS LIKE SHOW ARP, TO DIG

01:46PM  17   THROUGH THE ARP TABLE.  SHOW INTERFACE WILL GIVE YOU

01:46PM  18   INFORMATION ABOUT INTERFACE COMMANDS.  SHOW VERSION ABOUT THE

01:46PM  19   SOFTWARE VERSION THAT YOU ARE USING.  AND A NUMBER OF SIMILAR

01:46PM  20   COMMANDS LIKE THAT.

01:46PM  21   Q.  OKAY.  AND WHY ARE THOSE KINDS OF THINGS PARTICULARLY

01:46PM  22   IMPORTANT TO TROUBLE SHOOTING?

01:46PM  23   A.  THESE ARE -- THESE ARE GIVING CUSTOMERS INSIGHT INTO THINGS

01:46PM  24   THAT ARE GOING ON INSIDE THE DEVICE, AND WITH OTHER DEVICES,

01:46PM  25   OTHER COMPUTERS ON THE NETWORK SURROUNDING THE ROUTER OR

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:46PM 1    SWITCH.

01:46PM 2    Q.   NOW, ARE THERE OTHER THINGS THAT THE CLI IS IMPORTANT TO

01:46PM 3    BESIDES TROUBLE SHOOTING?  I MEAN WITH CUSTOMERS, BASED ON YOUR

01:46PM 4    EXPERIENCE.

01:47PM 5    A.   YES.  THE CLI IS ALSO USED FOR CONFIGURATION.

01:47PM 6    Q.   AND WHY IS THAT IMPORTANT FOR THAT?

01:47PM 7    A.   CONFIGURATION IS HOW YOU ADD NEW FEATURES TO YOUR NETWORK.

01:47PM 8    IT'S HOW YOU BUILD UP SECURITY FIREWALL INFORMATION.  IT'S HOW

01:47PM 9    YOU BLOCK MALICIOUS USERS.  IT'S A WAY TO SET COMMANDS IN THE

01:47PM 10   DEVICE TO MAKE FUNCTIONS HAPPEN.

01:47PM 11   Q.   SO THE -- WE HEARD YESTERDAY A LITTLE BIT ABOUT GRAPHICAL

01:47PM 12   USER INTERFACE THAT'S INCLUDED WITH CERTAIN OF THE IOS

01:47PM 13   VERSIONS.

01:47PM 14      ARE YOU FAMILIAR WITH THAT?

01:47PM 15   A.   SO THERE ARE GRAPHICAL USER INTERFACES THAT -- YOU CAN

01:47PM 16   CONFIGURE CISCO DEVICES THROUGH A GRAPHICAL USER INTERFACE ON A

01:47PM 17   SEPARATE DEVICE LIKE YOUR NETWORK MANAGEMENT STATION.

01:47PM 18   Q.   SO IF THOSE ARE AVAILABLE FOR CUSTOMERS, WHY IS CLI STILL

01:47PM 19   USED?

01:47PM 20   A.   OH.  SO ALTHOUGH IN THE NORMAL COURSE OF EVENTS YOU WOULD

01:48PM 21   LIKE TO HAVE SOME CENTRAL MANAGEMENT STATION MANAGING YOUR

01:48PM 22   NETWORK AND DOING THINGS AUTOMATICALLY THROUGH A GRAPHICAL USER

01:48PM 23   INTERFACE OR A PROGRAMATIC USER INTERFACE, WHEN THINGS GO

01:48PM 24   WRONG, YOU WANT TO GET RIGHT DOWN INTO THE SOURCE AND RIGHT

01:48PM 25   DOWN TO THE INDIVIDUAL HARDWARE THAT'S HAVING A PROBLEM.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:48PM 1      THE COMMAND-LINE INTERFACE IS THE WAY TO DO THAT, EVEN

01:48PM 2      THOUGH IT LOOKS LIKE DOS FROM THE 1980S, IT'S STILL THE

01:48PM 3      POWERFUL WAY TO MANAGE A NETWORK DEVICE IN A CUSTOMER'S

01:48PM 4      NETWORK.

01:48PM 5             MR. NELSON:  THANK YOU, SIR.

01:48PM 6          AT THIS POINT I DON'T HAVE ANY FURTHER QUESTIONS.  I WILL

01:48PM 7      PASS THE WITNESS, YOUR HONOR.

01:48PM 8             THE COURT:  ALL RIGHT.  MR. FERRALL, THIS IS YOUR

01:48PM 9      WITNESS.

01:48PM 10            MR. FERRALL:  YES, IT IS.  THANK YOU.

01:48PM 11            THE COURT:  ALL RIGHT.  CROSS-EXAMINATION.

01:49PM 12            MR. FERRALL:  GIVE ME A MOMENT, IF YOU WILL.

01:49PM 13

01:49PM 14            **CROSS-EXAMINATION BY MR. FERRAL**

01:49PM 15

01:49PM 16     BY MR. FERRALL:

01:49PM 17     Q.  GOOD AFTERNOON, MR. REMAKER.

01:49PM 18     A.  GOOD AFTERNOON.

01:49PM 19     Q.  WE MET BEFORE, RIGHT?

01:49PM 20     A.  WE HAVE.

01:49PM 21     Q.  I'VE HANDED YOU SOME DOCUMENTS WE MAY LOOK AT THIS

01:49PM 22     AFTERNOON AS WELL AS COPIES OF YOUR DEPOSITION FROM THIS CASE.

01:49PM 23         LET ME START WITH SOME BASICS HERE.

01:49PM 24         OF THE COMMANDS THAT ARE ASSERTED IN THIS CASE, YOU'VE ONLY

01:49PM 25     AUTHORED ONE OF THEM, RIGHT?  THE SHOW INVENTORY COMMAND?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:50PM  1    A.  YES.

01:50PM  2    Q.  OKAY.  AND I TAKE IT YOU CAN'T SPEAK TO WHAT WAS GOING

01:50PM  3    THROUGH THE MINDS OF THE PEOPLE, WHOEVER THEY WERE, WHO CREATED

01:50PM  4    THE OTHER 400 AND SOME COMMANDS, RIGHT?

01:50PM  5    A.  THAT'S CORRECT.

01:50PM  6    Q.  FOR EXAMPLE, YOU DON'T KNOW ONE WAY OR THE OTHER, WHETHER

01:50PM  7    THE AUTHORS OF ANY OF THOSE OTHER COMMANDS COPIED FROM SOME

01:50PM  8    OTHER PLACE, ANY OF THE WORDS THEY USED IN THOSE COMMANDS?

01:50PM  9    A.  I WOULD HAVE NO WAY TO KNOW THAT PERSONALLY.

01:50PM  10   Q.  AND I THINK WE SAW IN YOUR DIRECT TESTIMONY THAT CISCO

01:50PM  11   ENGINEERS ARE FREE TO USE INDUSTRY STANDARD PUBLICATIONS WHEN

01:50PM  12   THEY COME UP WITH COMMANDS, RIGHT?

01:50PM  13   A.  THAT'S CORRECT.

01:50PM  14   Q.  AND THAT WOULD INCLUDE, FOR EXAMPLE, IEEE STANDARD

01:51PM  15   PUBLICATIONS, RIGHT?

01:51PM  16   A.  CORRECT.

01:51PM  17   Q.  AND IETF PUBLICATIONS, CORRECT?

01:51PM  18   A.  YES.

01:51PM  19   Q.  NOW ON THE SUBJECT OF COMMANDS, I THINK YOU'VE USED THE

01:51PM  20   TERM NERD KNOB TO REFER TO A COMMAND, HAVEN'T YOU?

01:51PM  21   A.  I HAVE USED THAT TERM.

01:51PM  22   Q.  AND THAT'S BECAUSE A CLI COMMAND IS SORT OF LIKE A KNOB TO

01:51PM  23   CONTROL THE FUNCTION OF THE DEVICE, IS THAT FAIR?

01:51PM  24   A.  A NERD KNOB IS A SPECIFIC CLASS OF COMMAND, BUT OKAY.

01:51PM  25   Q.  OKAY.  LET'S TALK A LITTLE BIT ABOUT YOUR SHOW INVENTORY

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:51PM  1    COMMAND THAT YOU DESCRIBED ON DIRECT.

01:51PM  2         I THINK -- WELL, FIRST, LET ME START, YOU UNDERSTAND IN

01:52PM  3    THIS CASE CISCO IS NOT ASSERTING A CLAIM OVER THE FUNCTION OF

01:52PM  4    THAT COMMAND, RIGHT?

01:52PM  5    A.  I'M -- I'M NOT EXACTLY FAMILIAR WITH ALL OF THE LEGAL

01:52PM  6    TERMS.

01:52PM  7    Q.  OKAY.  WELL, LET'S FOCUS ON THE COMMAND WORDS THEMSELVES

01:52PM  8    THEN.

01:52PM  9         AND I THINK IT'S YOUR TESTIMONY THAT AT THE TIME THAT YOU

01:52PM  10   CAME UP WITH THE SHOW INVENTORY COMMAND, THE WORD "SHOW" HAD

01:52PM  11   BEEN USED A LOT ALREADY AT CISCO, RIGHT?

01:52PM  12   A.  YES.

01:52PM  13   Q.  AND SO YOU DIDN'T CONSIDER ANY OTHER WORD OTHER THAN SHOW,

01:52PM  14   TO BEGIN THE COMMAND FOR THE SHOW INVENTORY FUNCTION, RIGHT?

01:52PM  15   A.  I DIDN'T.

01:52PM  16   Q.  AND THAT'S BECAUSE YOU KNEW THAT THIS COMMAND WAS GOING TO

01:52PM  17   GENERATE AN OUTPUT ON THE SCREEN, RIGHT, YES?

01:53PM  18   A.  YES.

01:53PM  19   Q.  SORRY, WE JUST NEED AUDIBLE ANSWERS HERE.  AND FOR

01:53PM  20   FUNCTIONS THAT GENERATE AN OUTCOME ON THE SCREEN, IT'S ALWAYS

01:53PM  21   BEEN THE PRACTICE OF CISCO TO USE THE WORD SHOW?

01:53PM  22   A.  IT'S A COMMON PRACTICE.

01:53PM  23   Q.  SO THE EFFORT THAT YOU AND YOUR COLLEAGUES WENT THROUGH ON

01:53PM  24   THIS COMMAND WAS ALL ABOUT DETERMINING WHAT THE SECOND WORD

01:53PM  25   WOULD BE FOLLOWING SHOW, RIGHT?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:53PM 1    A.   AS WELL AS OTHER MEMBERS OF THE HIERARCHY LATER ON SUCH AS

01:53PM 2    DETAIL AND RAW.

01:53PM 3    Q.   OKAY.  AND IF WE COULD PULL UP THE CISCO SLIDE 6, PLEASE.

01:53PM 4    I JUST JOTTED DOWN THE NOTES, MR. REMAKER, FROM YOUR TESTIMONY,

01:54PM 5    AND I WANT TO MAKE SURE WE GOT THIS STRAIGHT.

01:54PM 6         IF I UNDERSTAND THE PROCESS THAT YOU WENT THROUGH, AND BY

01:54PM 7    THE WAY, THIS IS MEANT TO DEPICT THE 6 TO 8 PEOPLE WHO WORKED

01:54PM 8    ON COMING UP WITH THE WORD INVENTORY?

01:54PM 9    A.   YES.

01:54PM 10   Q.   OKAY.  AND THEY WORKED UPWARDS OF SIX -- I THINK YOU SAID 6

01:54PM 11   TO 8 OR 6 TO 10 HOURS TO DECIDE THIS?

01:54PM 12   A.   APPROXIMATELY, YES.

01:54PM 13   Q.   TO DECIDE INVENTORY.

01:54PM 14        AND WHAT HAPPENED WAS YOU REJECTED THE WORD SERIAL BECAUSE

01:54PM 15   THAT WAS CONFUSING, I THINK THAT'S WHAT YOU TESTIFIED TO,

01:54PM 16   RIGHT?

01:54PM 17   A.   POTENTIALLY CONFUSING.

01:54PM 18   Q.   OKAY.  AND THE WORD HARDWARE WAS ALREADY USED BY ANOTHER

01:54PM 19   COMMAND, RIGHT?

01:54PM 20   A.   RIGHT.

01:54PM 21   Q.   AND THE WORD IDENTITY WOULD BE POTENTIALLY CONFUSING

01:54PM 22   BECAUSE IT MIGHT RELATE TO SECURITY, RIGHT?

01:54PM 23   A.   YES.

01:54PM 24   Q.   AND MODULE AND CONTROLLER WERE REJECTED BECAUSE THOSE WERE

01:55PM 25   ALREADY USED ON OTHER PLATFORMS, RIGHT?

692

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:55PM 1    A.  RIGHT.

01:55PM 2    Q.  OKAY.  AND SO -- AND THEN YOU ARRIVED AT INVENTORY?

01:55PM 3    A.  YES.

01:55PM 4    Q.  OKAY.  SO THOSE WERE ALL CONSTRAINTS THAT YOUR TEAM

01:55PM 5    CONSIDERED IN DETERMINING THE WORDS OF THIS COMMAND, RIGHT?

01:55PM 6    A.  YES.

01:55PM 7    Q.  NOW COUNSEL ALSO TALKED TO YOU ABOUT -- ACTUALLY, LET'S GET

01:55PM 8    UP SLIDE SEVEN.  THERE WAS YOUR DEPICTION OF THE OUTPUT OF THE

01:55PM 9    SHOW INVENTORY COMMAND, RIGHT?

01:55PM 10   A.  YES.

01:55PM 11   Q.  AND YOU WOULD CONSIDER THIS PART OF THE CISCO USER

01:55PM 12   INTERFACE, CORRECT?

01:55PM 13   A.  YES.

01:55PM 14   Q.  AND YOU CONSIDER IT A VALUABLE PART OF THE CISCO USER

01:55PM 15   INTERFACE?

01:55PM 16   A.  YES.

01:55PM 17   Q.  AND YOU UNDERSTAND CISCO IS NOT ASSERTING IN THIS CASE THAT

01:55PM 18   ARISTA HAS COPIED THIS COMMAND RESPONSE, RIGHT?

01:55PM 19   A.  I'M NOT AWARE OF THE TECHNICALITIES.

01:55PM 20   Q.  OKAY.  AND COUNSEL ALSO HAD YOU EXPLAIN THE HELP

01:56PM 21   DESCRIPTION FOR THE SHOW INVENTORY COMMAND, RIGHT?

01:56PM 22   A.  YES.

01:56PM 23   Q.  DO YOU CONSIDER THAT VALUABLE?

01:56PM 24   A.  YES.

01:56PM 25   Q.  AND ARE YOU AWARE THAT CISCO IS NOT ACCUSING ARISTA OF

693

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:56PM    1    COPYING THAT EITHER?

01:56PM    2    A.    I'M NOT AWARE.

01:56PM    3    Q.    STICKING WITH SCREEN OUTPUTS OR COMMAND RESPONSES, I THINK

01:56PM    4    YOU TESTIFIED THAT THERE ARE -- YOU SAID DOZENS OF SHOW

01:56PM    5    COMMANDS, THAT'S AN UNDERSTATEMENT, ISN'T IT?

01:56PM    6    A.    PROBABLY.

01:56PM    7    Q.    AREN'T THERE ACTUALLY THOUSANDS OF SHOW COMMANDS WITHIN

01:56PM    8    IOS?

01:56PM    9    A.    I DON'T KNOW THE EXACT COUNT, BUT IT COULD BE A VERY LARGE

01:56PM    10   NUMBER.

01:56PM    11   Q.    OKAY.  AND EACH ONE OF THOSE HAS A SCREEN OUTPUT ASSOCIATED

01:56PM    12   WITH IT?

01:56PM    13   A.    YES.

01:56PM    14   Q.    OKAY.  AND IN THIS CASE, CISCO IS ACCUSING ARISTA OF

01:56PM    15   COPYING A TOTAL OF 16 COMMAND RESPONSES IN IOS OUT OF THE

01:57PM    16   THOUSANDS THAT ARE THERE; DO YOU KNOW THAT?

01:57PM    17   A.    I DIDN'T.

01:57PM    18   Q.    LET'S TALK A LITTLE BIT ABOUT PARSER-POLICE.

01:57PM    19       I THINK YOU EXPLAINED IN YOUR OPENING TESTIMONY, YOUR

01:57PM    20   DIRECT TESTIMONY THAT YOU AUTHORED THE FIRST VERSION OF THE

01:57PM    21   PARSER-POLICE MANIFESTER, RIGHT?

01:57PM    22   A.    I DID.

01:57PM    23   Q.    AND THE PURPOSE OF THAT MANIFESTO, AS WE SAW -- IF WE COULD

01:57PM    24   ASK YOU TO PULL UP 5175, SORRY, LET ME ASK YOU TO LOOK AT 5175

01:57PM    25   IN YOUR BINDER, FIRST.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:58PM  1     DO YOU RECOGNIZE THIS, MR. REMAKER, AS AN E-MAIL FROM YOU

01:58PM  2   IN WHICH YOU'RE ATTACHING A VERSION OF THE PARSER-POLICE

01:58PM  3   MANIFESTO?

01:58PM  4   A.   YES.

01:58PM  5         MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 5175

01:58PM  6   INTO EVIDENCE.

01:58PM  7         THE COURT:  ANY OBJECTION?

01:58PM  8         MR. NELSON:  NO OBJECTION, YOUR HONOR.

01:58PM  9         THE COURT:  IT WILL BE ADMITTED.

01:58PM  10     (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5175, HAVING BEEN

01:58PM  11   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

01:58PM  12   EVIDENCE.)

01:58PM  13   BY MR. FERRALL:

01:58PM  14   Q.   AND I THINK THIS IS JUST A DIFFERENT VERSION OF WHAT YOU

01:58PM  15   TESTIFIED ON DIRECT; IS THAT RIGHT?

01:58PM  16   A.   YES.

01:58PM  17   Q.   OKAY.  AND THE PURPOSE OF THE MANIFESTO AS STATED HERE, IS

01:58PM  18   TO ENSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF THE

01:58PM  19   CONFIGURATION INTERFACE, RIGHT?

01:58PM  20   A.   YES.

01:58PM  21   Q.   AND THE REASON TO ENSURE CONSISTENCY OF THE INTERFACE IS

01:59PM  22   BECAUSE CUSTOMERS EXPECT CONSISTENCY, RIGHT?

01:59PM  23   A.   CISCO'S CUSTOMERS EXPECT THAT, YES.

01:59PM  24   Q.   OKAY.  AND COUNSEL WALKED THROUGH WITH YOU A NUMBER OF

01:59PM  25   THESE GUIDELINES, AND I JUST WANT TO TOUCH UPON A COUPLE OF

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:59PM  1    THEM.  THE GUIDELINES, AT LEAST IN THIS EXHIBIT, THEY BEGIN ON

01:59PM  2    THE BOTTOM OF THE SECOND PAGE, I BELIEVE.

01:59PM  3         AND LET ME JUST ASK YOU GENERALLY ABOUT THESE GUIDELINES,

01:59PM  4    BECAUSE I THINK WE WALKED THROUGH THEM PRETTY CLEARLY.  THE

01:59PM  5    GUIDELINES WERE MEANT TO BE FOLLOWED, IF POSSIBLE, RIGHT?

01:59PM  6    A.  YES.

01:59PM  7    Q.  THE WHOLE IDEA WAS TO GIVE ENGINEERS AT CISCO GUIDELINES

01:59PM  8    FOR THEM TO FOLLOW WHEN THEY CAME UP WITH COMMANDS, RIGHT?

02:00PM  9    A.  YES.

02:00PM  10   Q.  LET'S LOOK AT THE SECTION OF THIS, SORRY, LET'S PUT 5175

02:00PM  11   BACK UP, PLEASE UNDER CHANGING SYNTAX, WHICH IS IN THE SECOND

02:00PM  12   TO LAST PAGE, THIS IS A LITTLE BIT HARD TO SEE, BUT IN THIS

02:00PM  13   PARAGRAPH, YOU WRITE THAT THERE ARE AT LEAST FOUR REASONS NOT

02:00PM  14   TO CHANGE THE SYNTAX OF A COMMAND, RIGHT?

02:00PM  15   A.  YES.

02:01PM  16   Q.  AND THE FIRST REASON YOU NOTE IS THAT CUSTOMERS ARE TRAINED

02:01PM  17   ON AND FAMILIAR WITH EXISTING SYNTAX.  THAT'S YOUR FIRST

02:01PM  18   REASON, CORRECT?

02:01PM  19   A.  YES.

02:01PM  20   Q.  OKAY.  AND THEN THE SECOND REASON TALKS ABOUT THE PROBLEM

02:01PM  21   WITH CHANGING SYNTAX COULD CAUSE CATASTROPHIC FAILURES, DO YOU

02:01PM  22   SEE THAT?

02:01PM  23   A.  YES.

02:01PM  24   Q.  AND IF YOU CHANGE SYNTAX AND THE CUSTOMER DOESN'T RECOGNIZE

02:01PM  25   OR KNOW THE COMMAND, IT CAN CAUSE A CATASTROPHIC FAILURE IN THE

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:01PM  1    NETWORK?

02:01PM  2    A.   IF NOT THE CUSTOMER, BUT THE CISCO DEVICE.   IF THE CISCO

02:01PM  3    DEVICE DOESN'T RECOGNIZE THE COMMAND, THERE COULD BE A

02:02PM  4    CATASTROPHIC PROBLEM.

02:02PM  5    Q.   AND THAT'S CERTAINLY NOT CONSISTENT WITH CISCO'S CULTURE OF

02:02PM  6    MAKING ITS CUSTOMERS SUCCESSFUL THAT YOU TESTIFIED AT THE OUT

02:02PM  7    SET TODAY, RIGHT?

02:02PM  8    A.   YES.

02:02PM  9    Q.   NOW STICKING WITH PARSER-POLICE, LET ME ASK YOU TO LOOK AT

02:02PM  10   EXHIBIT 5155, PLEASE.   EXHIBIT 5155 IS A CISCO POWER POINT

02:02PM  11   ENTITLED PARSER-POLICE, WHERE CAN WE GO FROM HERE.

02:02PM  12        DO YOU SEE THAT?

02:02PM  13   A.   YES.

02:02PM  14   Q.   AND YOU'RE LISTED HERE ON THE COVER OF THIS POWER POINT,

02:02PM  15   RIGHT?

02:02PM  16   A.   YES.

02:02PM  17        MR. FERRALL:   YOUR HONOR, I WOULD OFFER 5155 IN

02:02PM  18   EVIDENCE.

02:03PM  19        MR. NELSON:   NO OBJECTION, YOUR HONOR.

02:03PM  20        THE COURT:   IT WILL BE ADMITTED.

02:03PM  21        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5155, HAVING BEEN

02:03PM  22   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:03PM  23   EVIDENCE.)

02:03PM  24   BY MR. FERRALL:

02:03PM  25   Q.   THIS WAS A PRESENTATION THAT WAS CIRCULATED AT LEAST AMONG

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:03PM    1    YOUR COLLEAGUES IN THE ENGINEERING GROUP AT CISCO IN THE 2004

02:03PM    2    TIMEFRAME, RIGHT?

02:03PM    3    A.   YES.

02:03PM    4    Q.   AND THERE WERE SOME CONCERNS ABOUT HOW PARSER-POLICE WAS

02:03PM    5    OPERATING IN THIS TIME, RIGHT?

02:03PM    6    A.   YES.

02:03PM    7    Q.   AND AMONG THE QUESTIONS YOU ASKED ON PAGE 4 OF THIS POWER

02:03PM    8    POINT WAS, IS AN UPGRADE TO PARSER-POLICE PROCESS NECESSARY, OR

02:03PM    9    SORRY, UPGRADE TO PARSER-POLICE PROCESS NECESSARY, RIGHT?

02:03PM   10    A.   JUST TO CLARIFY, THOSE ARE NATARAJAN SHANKAR'S WORDS.

02:04PM   11    Q.   OKAY.  SO THIS PRESENTATION ASKS THAT QUESTION, RIGHT?

02:04PM   12    A.   YES.

02:04PM   13    Q.   AND THE FIRST BULLET POINT IN RESPONSE TO THIS QUESTION

02:04PM   14    STATES THAT CLI IS DE FACTO INDUSTRY STANDARD, NEED TO

02:04PM   15    CONTINUALLY FOSTER ITS SYNTACTIC AND BEHAVIORAL CONSISTENCY.

02:04PM   16    THAT'S WHAT MR. SHANKAR WROTE AT LEAST, WRITE?

02:04PM   17    A.   RIGHT.

02:04PM   18    Q.   AND WHAT HE MEANS THERE IS THAT BECAUSE IT'S THE DE FACTO

02:04PM   19    INDUSTRY STANDARD, IT'S IMPORTANT THAT WE KEEP SOME RULES ON

02:04PM   20    IT, RIGHT?

02:04PM   21    A.   THE CUSTOMERS IN THE INDUSTRY EXPECT THE CISCO DEVICE TO

02:04PM   22    BEHAVIOR CONSISTENTLY.

02:04PM   23    Q.   AND YOU UNDERSTAND WHAT DE FACTO STANDARD MEANS?

02:04PM   24    A.   I DON'T REALLY HAVE AN OPINION ON THAT.  IT COULD MEAN A

02:04PM   25    LOT OF THINGS TO A LOT OF PEOPLE.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:04PM 1    Q.   OKAY.  WELL, CISCO HAS A DEFINITION FOR DE FACTO STANDARD,

02:05PM 2    DOESN'T IT?

02:05PM 3    A.   NOT THAT I'M AWARE OF OTHER THAN IT'S POPULAR IN THE

02:05PM 4    INDUSTRY.

02:05PM 5    Q.   TAKE A LOOK AT EXHIBIT 9014 IN YOUR BINDER.  YOU SEE

02:05PM 6    EXHIBIT 9014 AS A DOCUMENT ENTITLED INTERNET TERMS AND

02:05PM 7    ACRONYMS?

02:05PM 8    A.   I SEE IT.

02:05PM 9    Q.   AND THAT'S A CISCO DOCUMENT, RIGHT?

02:05PM 10   A.   RIGHT.

02:05PM 11   Q.   AND THIS IS A GLOSSARY OF INTERNET WORKING TERMS, RIGHT?

02:05PM 12   A.   RIGHT.

02:05PM 13       MR. FERRALL:  YOUR HONOR, I MOVE EXHIBIT 9014 IN

02:05PM 14   EVIDENCE.

02:05PM 15       THE COURT:  ANY OBJECTION?

02:05PM 16       MR. NELSON:  THE ONLY THING I WOULD LIKE TO ESTABLISH

02:05PM 17   A BIT MORE, NOT SO MUCH THE DOCUMENT BUT WHETHER THERE'S ANY

02:05PM 18   FOUNDATION FOR THE WITNESS TO TALK ABOUT IT.

02:05PM 19       THE COURT:  WELL, WHY DON'T WE DO THAT WITH WHEN THE

02:05PM 20   QUESTION IS ASKED.  NO OBJECTION TO THE DOCUMENT ITSELF?

02:06PM 21       MR. NELSON:  CORRECT, YOUR HONOR.

02:06PM 22       THE COURT:  ALL RIGHT.

02:06PM 23     THE DOCUMENT WILL BE ADMITTED.

02:06PM 24      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 9014, HAVING BEEN

02:06PM 25   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:06PM  1    EVIDENCE.)

02:06PM  2    BY MR. FERRALL:

02:06PM  3    Q.  IF YOU TURN TO PAGE 37 OF THIS EXHIBIT 9014, DO YOU SEE

02:06PM  4    THERE'S A DEFINITION THERE OF DE FACTO STANDARD?

02:06PM  5    A.  I SEE IT.

02:06PM  6    Q.  IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF DE FACTO

02:06PM  7    STANDARD?

02:06PM  8    A.  SO IT SAYS A STANDARD BY USAGE RATHER THAN OFFICIAL DECREE;

02:06PM  9    A DEFAULT STANDARD.

02:06PM  10        SO THAT COULD BE ONE OF THE POSSIBLE DEFINITIONS FOR

02:06PM  11    DE FACTO STANDARD, YES.

02:06PM  12    Q.  THAT'S A FAIR DEFINITION, RIGHT?

02:06PM  13    A.  IT SEEMS REASONABLE.

02:06PM  14    Q.  OKAY.  SO GOING BACK TO EXHIBIT 5155 -- AND IF WE COULD SEE

02:07PM  15    THE PORTION WE WERE LOOKING AT.

02:07PM  16        ISN'T IT TRUE, MR. REMAKER, THAT AT THIS TIME IN 2004,

02:07PM  17    CISCO WAS HAPPY WITH ITS CLI COMMANDS BEING A DE FACTO INDUSTRY

02:07PM  18    STANDARD BECAUSE THAT ADVANCED YOUR CULTURE OF MAKING CUSTOMERS

02:07PM  19    SUCCESSFUL, RIGHT?

02:07PM  20    A.  COULD YOU REPEAT THAT QUESTION, I'M SORRY.

02:07PM  21    Q.  SURE.

02:07PM  22        CISCO WAS HAPPY WITH THE CLI COMMANDS BEING A DE FACTO

02:07PM  23    INDUSTRY STANDARD BECAUSE THAT WAS CONSISTENT WITH THE CULTURE

02:07PM  24    OF MAKING CUSTOMERS SUCCESSFUL?

02:07PM  25    A.  YES, A CONSISTENT CLI MAKES OUR CUSTOMERS SUCCESSFUL.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:07PM    1    Q.   WELL, AN INDUSTRY STANDARD CLI MAKES YOUR CUSTOMERS

02:08PM    2    SUCCESSFUL ALSO, RIGHT?

02:08PM    3    A.   WELL, TO THE EXTENT IT'S POPULAR IN THE INDUSTRY AND THAT

02:08PM    4    PEOPLE IN THE INDUSTRY KNOW HOW TO USE IT, SURE.

02:08PM    5    Q.   AND THAT WAS THE VIEWS OF ONE OF YOUR COLLEAGUES IN THE

02:08PM    6    SENIOR ENGINEERING GROUP, MR. JOEL BION, RIGHT?

02:08PM    7    A.   IT MIGHT BE, I DON'T KNOW.

02:08PM    8    Q.   OKAY.  YOU KNOW MR. BION?

02:08PM    9    A.   I DO KNOW MR. BION.

02:08PM   10    Q.   WHAT POSITION DOES HE HAVE AT CISCO?

02:08PM   11    A.   HE IS THE SENIOR VICE PRESIDENT, BUT I DON'T KNOW IN WHAT

02:08PM   12    GROUP SPECIFICALLY.

02:08PM   13    Q.   THAT'S A VERY SENIOR POSITION AT CISCO, ISN'T IT?

02:08PM   14    A.   THAT IS A VERY SENIOR POSITION.

02:08PM   15    Q.   IF WE COULD LOOK AT EXHIBIT 5464 WHICH WAS PREVIOUSLY

02:08PM   16    ADMITTED.  AND IF WE COULD TURN TO THE SECOND PAGE?

02:09PM   17    A.   SORRY, I DON'T SEEM TO HAVE IT.

02:09PM   18    Q.   IT'S NOT IN YOUR --

02:09PM   19    A.   WHAT WAS THE NUMBER AGAIN.

02:09PM   20    Q.   5464?

02:09PM   21    A.   OH, I'M SORRY, I HAVE IT.  I SEE IT.

02:09PM   22    Q.   IT WAS A NEW ADDITION BECAUSE IT WAS JUST ADMITTED IN

02:09PM   23    EVIDENCE.

02:09PM   24             MR. FERRALL:  DO YOU HAVE IT, YOUR HONOR?

02:09PM   25             THE COURT:  NO, BUT THAT'S OKAY.  OH, HERE IT IS, I

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:09PM   1    DO.  SORRY.

02:09PM   2    BY MR. FERRALL:

02:09PM   3    Q.  ON THE SECOND PAGE OF THIS, THIS IS A PRESS RELEASE --

02:09PM   4    SORRY, STRIKE THAT THIS IS A PRESS RELEASE THAT CISCO APPEARS

02:09PM   5    TO HAVE RELEASED OR PREPARED IN 2009.  DO YOU SEE THAT?

02:09PM   6    A.  YES.

02:09PM   7    Q.  OKAY.  AND ON THE SECOND PAGE UNDER THE HEADING, THERE'S A

02:10PM   8    TRANSFORMING AN INDUSTRY, THERE'S A QUOTE FROM MR. BION WHERE

02:10PM   9    IT STARTS, ONE OF IOS'S BIGGEST LEGACIES IS ESTABLISHING THE

02:10PM   10   INDUSTRY STANDARD FOR HOW PEOPLE INTERFACE WITH ROUTERS AND

02:10PM   11   SWITCHES KNOWN AS IT IS COMMAND LANGUAGE INTERFACE OR CLI?

02:10PM   12   A.  YES.

02:10PM   13   Q.  YOU SEE THAT LANGUAGE.  THEN THERE'S A QUOTE FROM MR. BION,

02:10PM   14   COULD YOU READ THAT?

02:10PM   15   A.  ANYONE WHO GOES TO CONFIGURE A COMPETITOR'S PRODUCT FEELS

02:10PM   16   VERY MUCH AT HOME.

02:10PM   17   Q.  AND THAT SENTIMENT FROM MR. BION, THAT WAS CONSISTENT WITH

02:10PM   18   CISCO'S CULTURE OF MAKING ITS CUSTOMERS SUCCESSFUL, RIGHT?

02:10PM   19   A.  WE ARE CERTAINLY INTERESTED IN MAKING OUR CUSTOMERS

02:11PM   20   SUCCESSFUL.

02:11PM   21   Q.  AND YOU KNOW, MR. REMAKER, THAT MAKING A CUSTOMER LEARN 20

02:11PM   22   DIFFERENT COMMAND LANGUAGES THAT ARE USED BY EACH OF THE

02:11PM   23   VARIOUS COMPETITORS OF CISCO, THAT DOESN'T MAKE YOUR CUSTOMERS

02:11PM   24   SUCCESSFUL, DOES IT?

02:11PM   25   A.  NO, OUR CUSTOMERS PREFER A COMMON COMMAND LINE LANGUAGE.

702

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:11PM  1    Q.   NOW WE'VE TALKED A BIT ABOUT CISCO CULTURE, ISN'T IT TRUE,

02:11PM  2    MR. REMAKER, THAT NOT TOO LONG AGO THERE WERE SOME OBSERVATIONS

02:11PM  3    AT CISCO THAT ITS CULTURE WAS ACTUALLY HINDERING INNOVATION AT

02:11PM  4    CISCO?

02:11PM  5    A.   TELL ME MORE ABOUT THAT.

02:11PM  6    Q.   SURE, LET'S LOOK AT EXHIBIT 5168.  DO YOU RECOGNIZE THIS

02:12PM  7    DOCUMENT?

02:12PM  8    A.   I HAD SEEN IT DURING MY DEPOSITION.

02:12PM  9    Q.   THIS IS A DOCUMENT THAT CAME FROM YOUR FILES, RIGHT?

02:12PM  10   A.   APPARENTLY IT CAME FROM MY E-MAIL.

02:12PM  11   Q.   AND THIS IS AN INTERNAL CISCO DOCUMENT REGARDING AN

02:12PM  12   ASSESSMENT AT CISCO, RIGHT?

02:12PM  13   A.   YES.

02:12PM  14        MR. FERRALL:  YOUR HONOR, I OFFER EXHIBIT 5168 INTO

02:12PM  15   EVIDENCE.

02:12PM  16        THE COURT:  ANY OBJECTION?

02:12PM  17        MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:12PM  18        THE COURT:  IT WILL BE ADMITTED.

02:12PM  19        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5168, HAVING BEEN

02:12PM  20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:12PM  21   EVIDENCE.)

02:12PM  22   BY MR. FERRALL:

02:12PM  23   Q.   AND SO THIS DOCUMENT ENTITLED INNOVATION AT CISCO DATED

02:12PM  24   SEPTEMBER 2013; IS THAT CORRECT?

02:12PM  25   A.   YES.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:12PM  1    Q.    AND THIS WAS A COMPANY-WIDE ASSESSMENT AT CISCO OF ASPECTS

02:13PM  2    OF ITS BUSINESS BY AN EXTERNAL CONSULTING COMPANY, RIGHT?

02:13PM  3    A.    THAT'S MY UNDERSTANDING, YES.

02:13PM  4    Q.    LET'S FIRST LOOK, LET'S FIRST LOOK AT PAGE 6 OF THIS

02:13PM  5    EXHIBIT.  WHAT HAPPENED IN THIS ASSESSMENT IS THAT MANY VERY

02:13PM  6    SENIOR PEOPLE AT CISCO WERE INTERVIEWED ABOUT INNOVATION AT

02:13PM  7    CISCO, CORRECT?

02:13PM  8    A.    YES.

02:13PM  9    Q.    AND THAT INCLUDES PEOPLE LIKE CHUCK ROBBINS, THE CURRENT

02:13PM  10   CEO OF CISCO, RIGHT?

02:13PM  11   A.    RIGHT.

02:13PM  12   Q.    AND MR. BION WHO WE JUST TALKED ABOUT, RIGHT?

02:13PM  13   A.    RIGHT.

02:13PM  14   Q.    AND PEOPLE LIKE PANKAJ PATEL WHO LATER BECAME, I THINK THE

02:14PM  15   CHIEF TECHNOLOGY OFFICER AT CISCO, RIGHT?

02:14PM  16   A.    PANKAJ PATEL WAS THE LEAD ENGINEER, OF ENGINEERING, BUT NOT

02:14PM  17   THE CHIEF TECHNOLOGY OFFICER.

02:14PM  18   Q.    OKAY.  THANK YOU.

02:14PM  19        AND THE CONCLUSIONS AFTER ALL OF THESE INTERVIEWS ARE

02:14PM  20   CAPTURED ON THE SECOND PAGE OF THIS SUMMARY.  IF WE COULD LOOK

02:14PM  21   AT THAT.  IF WE COULD FOCUS ON THE SECOND BULLET POINT HERE IN

02:14PM  22   THE EXECUTIVE SUMMARY AND BLOW THAT UP A LITTLE BIT.

02:14PM  23        SO TO BE CLEAR, MR. REMAKER, WHAT WE ARE SEEING HERE IS THE

02:14PM  24   RESULT OF AN INTERNAL ASSESSMENT AT CISCO, THIS IS NOT THE

02:14PM  25   OPINION OF SOME THIRD PARTY, RIGHT?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:14PM  1    A.   THIS WAS AN INTERNAL ASSESSMENT CONDUCTED BY THE

02:15PM  2    COMMITTEES.

02:15PM  3    Q.   AND THAT ASSESSMENT LEAD TO THE CONCLUSION, A STRONG

02:15PM  4    AGREEMENT ACROSS SENIOR LEADERSHIP AROUND THE BIGGEST

02:15PM  5    INNOVATION ROOT CAUSES.  WE LACK CLARITY ABOUT WHERE WE WANT TO

02:15PM  6    INTERNALLY INNOVATE.

02:15PM  7        THAT WAS THE FIRST CONCLUSION, RIGHT?

02:15PM  8    A.   I SEE THAT.

02:15PM  9    Q.   OKAY.  THE SECOND, OUR ORGANIZATION AND POLICIES ARE TOO

02:15PM  10    RIGID TO SUPPORT INNOVATION?

02:15PM  11    A.   I SEE THAT.

02:15PM  12    Q.   INCENTIVES AND CULTURE DON'T PROMOTE INNOVATION.

02:15PM  13        DO YOU SEE THAT?

02:15PM  14    A.   I SEE THAT.

02:15PM  15    Q.   AND LEADERSHIP AND TALENT ARE NOT DRIVING INNOVATION?

02:15PM  16    A.   I SEE THAT.

02:16PM  17    Q.   NOW IN TERMS OF, I WANT TO SHIFT FOCUS HERE AND GO BACK TO

02:16PM  18    THE CLI A LITTLE BIT.

02:16PM  19        YOU'VE EXPRESSED SOME APPRECIATION FOR THE WAY ARISTA HAS

02:16PM  20    USED CLI; DO YOU REMEMBER THAT?

02:16PM  21    A.   THERE IS ONE SPECIFIC INSTANCE, YES.

02:16PM  22    Q.   RIGHT.  YOU WATCHED AN ARISTA VIDEO DESCRIBING SOME NEW

02:16PM  23    FEATURES THAT IT HAD INTRODUCED IN THE 2012 TIMEFRAME, DOES

02:16PM  24    THAT SOUND FAMILIAR?

02:16PM  25    A.   YES.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:16PM 1    Q.   OKAY.  AND LET'S, LET'S LOOK AT EXHIBIT 5159, PLEASE.  OR

02:16PM 2    IF YOU COULD LOOK AT EXHIBIT 5159, PLEASE.

02:16PM 3    A.   I HAVE IT.

02:16PM 4    Q.   OKAY.  THIS IS AN E-MAIL EXCHANGE FROM YOU TO SOME OF YOUR

02:17PM 5    COLLEAGUES, RIGHT?

02:17PM 6    A.   YES.

02:17PM 7         MR. FERRALL:  ALL RIGHT.  I OFFER EXHIBIT 5159 INTO

02:17PM 8    EVIDENCE, PLEASE.

02:17PM 9         MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:17PM 10        THE COURT:  IT WILL BE ADMITTED.

02:17PM 11        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5159, HAVING BEEN

02:17PM 12   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:17PM 13   EVIDENCE.)

02:17PM 14   BY MR. FERRALL:

02:17PM 15   Q.   AM I RIGHT, MR. REMAKER, IN THIS E-MAIL EXCHANGE,

02:17PM 16   MR. PIGNATARO AT CISCO, HAD FORWARDED TO YOU A LINK TO AN

02:17PM 17   ARISTA VIDEO ABOUT ITS CLOUD VISION FEATURE, RIGHT?

02:17PM 18   A.   YES.

02:17PM 19   Q.   AND MR. PIGNATARO, WAS HE YOUR BOSS AT THE TIME?

02:17PM 20   A.   HE'S A PEER.

02:17PM 21   Q.   PEER.  OKAY.  AND YOU PROCEEDED TO WATCH THE VIDEO ONLINE,

02:17PM 22   RIGHT?

02:17PM 23   A.   YES.

02:17PM 24   Q.   AND YOU MADE SOME OBSERVATIONS OVER THE NEXT 5 OR

02:17PM 25   10 MINUTES?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:17PM 1    A.   I DID.

02:17PM 2    Q.   YES.  AND THE FIRST THING YOU NOTED IS THAT ARISTA WAS

02:17PM 3    IMPLEMENTING COMMANDS USING JABBER, RIGHT, OR SOMETHING LIKE

02:17PM 4    JABBER?

02:17PM 5    A.   YES.

02:17PM 6    Q.   WHICH, JABBER IS LIKE A CHAT CLIENT, RIGHT, OR CHAT TOOL?

02:18PM 7    A.   IT'S LIKE INSTANT MESSAGE OR AN SMSGROUP.

02:18PM 8    Q.   FAIR ENOUGH.  AND YOUR REACTION TO THAT WAS KEWL, RIGHT?

02:18PM 9    A.   YES.

02:18PM 10    Q.   AND THEN LET'S LOOK AT THE NEXT EXHIBIT, 5160.  THIS IS

02:18PM 11    ANOTHER E-MAIL FROM YOU TO MR. PIGNATARO, A COUPLE OF MINUTES

02:18PM 12    LATER, RIGHT?

02:18PM 13    A.   YES.

02:18PM 14          MR. FERRALL:  I WOULD LIKE TO OFFER EXHIBIT 5160,

02:18PM 15    YOUR HONOR.

02:18PM 16          THE COURT:  ANY OBJECTION?

02:18PM 17          MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:18PM 18          THE COURT:  IT WILL BE ADMITTED.

02:18PM 19       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5160, HAVING BEEN

02:18PM 20    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:18PM 21    EVIDENCE.)

02:18PM 22    BY MR. FERRALL:

02:18PM 23    Q.   SO HERE I THINK IT'S A MINUTE LATER AT 12:33 YOU NOTE, WELL

02:18PM 24    SO MUCH FOR THAT PATENT.  DOES IT DO MULTI POINT, MORE

02:18PM 25    IMPORTANTLY, CAN WE IMITATE IT, VERY COOL.

707

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:18PM 1      ARE YOU STILL TALKING ABOUT THE JABBER CHAT USE OF THE CLI?

02:19PM 2  A.  NO.  OH, I'M SORRY, I'M SORRY, IN THIS DOCUMENT?

02:19PM 3  Q.  YES.

02:19PM 4  A.  YES.

02:19PM 5  Q.  YOU ARE.  OKAY.  ALL RIGHT.

02:19PM 6      AND THEN LET'S LOOK AT WHAT I THINK IS THE NEXT E-MAIL,

02:19PM 7  5161, THIS IS THE NEXT E-MAIL FROM YOU TO THE GROUP?

02:19PM 8      THIS ACTUALLY IS NOW TO MR. LOUGHEED, I APOLOGIZE, RIGHT?

02:19PM 9  A.  YES.

02:19PM 10         MR. FERRALL:  I OFFER EXHIBIT 5161 IN EVIDENCE.

02:19PM 11         MR. NELSON:  WHICH -- THIS IS AN E-MAIL FROM WHOM?

02:19PM 12         MR. FERRALL:  MR. REMAKER TO MR. LOUGHEED.

02:19PM 13         MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:19PM 14         THE COURT:  IT WILL BE ADMITTED.

02:19PM 15      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5161, HAVING BEEN

02:19PM 16  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:19PM 17  EVIDENCE.)

02:19PM 18  BY MR. FERRALL:

02:19PM 19  Q.  SO HERE AT 1234 ABOUT A MINUTE LATER YOU WRITE, ARISTA HAS

02:19PM 20  AN XMPP BASED CLI, VERY COOL, WISH WE HAD DONE THIS, RIGHT?

02:19PM 21  A.  YES.

02:19PM 22  Q.  OKAY.  AND XMPP BASED CLI, THAT'S, AGAIN, ANOTHER TERM

02:20PM 23  REFERRING TO THIS JABBER TYPE TOOL, AM I RIGHT ABOUT THAT?

02:20PM 24  A.  XMPP IS A PROTOCOL FOR CHAT ROOMS, MULTI POINT CHAT ROOMS.

02:20PM 25  Q.  AND YOU NOTE, AMONG OTHER THINGS, THIS KICKS ASS?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:20PM    1    A.  YES.

02:20PM    2    Q.  AND THEN I THINK WE'VE JUST GOT ONE MORE IN THE SERIES.  IF

02:20PM    3    WE COULD LOOK AT EXHIBIT 5162.  THIS IS ANOTHER E-MAIL FROM YOU

02:20PM    4    TO MR. PIGNATARO ON THE SAME DAY AND TOPIC, RIGHT?

02:20PM    5    A.  YES.

02:20PM    6    Q.  IF WE COULD OFFER -- I WOULD LIKE TO OFFER 5162 IN

02:20PM    7    EVIDENCE?

02:20PM    8         MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:20PM    9         THE COURT:  IT WILL BE ADMITTED.

02:20PM    10        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5162, HAVING BEEN

02:20PM    11   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:20PM    12   EVIDENCE.)

02:20PM    13   BY MR. FERRALL:

02:20PM    14   Q.  AND BY NOW I GUESS THIS IS ABOUT FIVE MINUTES FROM OUR

02:21PM    15   FIRST E-MAIL IN THIS THREAD, RIGHT?

02:21PM    16   A.  YES.

02:21PM    17   Q.  OKAY.  AND YOU ARE UP TO PART THREE OF THE VIDEO, CORRECT?

02:21PM    18   A.  YES.

02:21PM    19   Q.  AND YOU CONCLUDE, I WISH IOS DID THIS, RIGHT?

02:21PM    20   A.  YES.

02:21PM    21   Q.  NOW, MR. REMAKER, I KNOW THAT YOU HAVE RESPECT FOR ARISTA,

02:21PM    22   CORRECT?

02:21PM    23   A.  I KNOW PEOPLE THAT WORK THERE.

02:21PM    24   Q.  YEAH.  YOU KNOW A LOT OF FOLKS WHO WORK THERE AND YOU

02:21PM    25   RESPECT THEM, DON'T YOU?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:21PM    1    A.   I RESPECT THEM.

02:21PM    2    Q.   AND IF WE COULD LOOK AT 5157, PLEASE, OR YOU COULD.  THIS

02:22PM    3    IS AN E-MAIL FROM YOU TO A FORMER CISCO EMPLOYEE, RIGHT?

02:22PM    4    A.   YES.

02:22PM    5             MR. FERRALL:  I WOULD LIKE TO OFFER 5157 INTO

02:22PM    6    EVIDENCE.

02:22PM    7             MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:22PM    8             THE COURT:  IT WILL BE ADMITTED.

02:22PM    9        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5157, HAVING BEEN

02:22PM   10    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:22PM   11    EVIDENCE.)

02:22PM   12    BY MR. FERRALL:

02:22PM   13    Q.   THIS IS AN E-MAIL FROM YOU TO MR. MOOTHEDATH?

02:22PM   14    A.   MOOTHEDATH.

02:22PM   15    Q.   AND YOU HAD WORKED WITH HIM AT CISCO, RIGHT?

02:22PM   16    A.   I WORKED WITH HIM IN THE BANGALORE OFFICE.

02:22PM   17    Q.   AND HE HAD TOLD YOU IN THIS E-MAIL THREAD THAT HE WAS GOING

02:22PM   18    TO WORK FOR ARISTA, RIGHT?

02:22PM   19    A.   YES.

02:22PM   20    Q.   AND THERE'S NOTHING WRONG, OF COURSE, WITH MOVING FROM ONE

02:22PM   21    COMPANY TO ANOTHER, RIGHT?

02:22PM   22    A.   YES.

02:22PM   23    Q.   THIS E-MAIL, BY THE WAY, IS DATED NOVEMBER 18, 2014, RIGHT?

02:23PM   24    A.   YES.

02:23PM   25    Q.   AND YOU KNOW THAT THAT'S ONLY ABOUT TWO WEEKS BEFORE THIS

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:23PM   1   LAWSUIT WAS FILED?

02:23PM   2   A.   I DIDN'T KNOW AT THE TIME, BUT I KNOW NOW.

02:23PM   3   Q.   YOU DIDN'T KNOW THE LAWSUIT WAS GOING TO BE FILED WHEN YOU

02:23PM   4   WROTE THIS E-MAIL, RIGHT?

02:23PM   5   A.   THAT'S RIGHT.

02:23PM   6   Q.   OKAY.  AND YOU WRITE, ARISTA IS TRULY AN AMAZING COMPANY

02:23PM   7   WITH SOME AMAZING PEOPLE, RIGHT?

02:23PM   8   A.   YES.

02:23PM   9   Q.   AND IN THE SECOND PARAGRAPH YOU SAY, I ACTUALLY MET ANDY B.

02:23PM  10   FOR THE FIRST TIME LAST WEEK.  WHO IS ANDY B.?

02:23PM  11   A.   THAT WOULD BE ANDY BECHTOLSHEIM.

02:23PM  12   Q.   AND YOU DESCRIBE HIM AS A GENTLE GIANT AND A GENIUS?

02:23PM  13   A.   YES.

02:23PM  14   Q.   AND CISCO SHOULD FEAR WHENEVER HE TREADS NEARBY, YOU WROTE,

02:23PM  15   RIGHT?

02:23PM  16   A.   YES.

02:23PM  17   Q.   AND YOU'RE RECOUNTING YOUR CONVERSATION WITH

02:23PM  18   MR. BECHTOLSHEIM, RIGHT?

02:24PM  19   A.   THE --

02:24PM  20   Q.   THE NEXT SENTENCE?

02:24PM  21   A.   OH, THE NEXT SENTENCE, YES.

02:24PM  22   Q.   AND BECAUSE IN THAT CONVERSATION YOU JOKED WITH HIM ABOUT

02:24PM  23   IT, BUT HE SAID THAT HE HAD NOTHING BUT THE UTMOST RESPECT FOR

02:24PM  24   CISCO?

02:24PM  25   A.   THAT'S RIGHT.

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:24PM  1              MR. FERRALL:  I HAVE NO FURTHER QUESTIONS.

02:24PM  2         THANK YOU.

02:24PM  3              THE COURT:  REDIRECT FOR THIS WITNESS?

02:24PM  4              MR. NELSON:  I'M GOING TO SEE IF I CAN DO BETTER WITH

02:24PM  5    THE EXHIBIT NUMBERS, YOUR HONOR, SORRY ABOUT THAT.

02:24PM  6

02:24PM  7              **REDIRECT EXAMINATION BY MR. NELSON**

02:24PM  8

02:24PM  9    BY MR. NELSON:

02:24PM  10   Q.   GOOD AFTERNOON.  I JUST HAVE A FEW QUESTIONS FOR YOU.

02:24PM  11        I WANT TO GO BACK TO SOME QUESTIONS YOU WERE ASKED EARLY ON

02:24PM  12   ABOUT CONSISTENCY, THIS GOES TO YOUR SHOW INVENTORY COMMAND AND

02:24PM  13   TALKING ABOUT CONSISTENCY WITH THE EXISTING CLI, DO YOU RECALL

02:25PM  14   THOSE?

02:25PM  15   A.   YES.

02:25PM  16   Q.   SO EXPLAIN TO ME WHAT YOU MEAN AGAIN WHEN YOU SAY

02:25PM  17   CONSISTENCY WITH THE EXISTING CLI?

02:25PM  18   A.   IT'S -- WE HAVE MULTIPLE DIFFERENT OPERATING SYSTEMS AT

02:25PM  19   CISCO, AND WE WANT TO HAVE THEM ALL CONSISTENT, BOTH INSIDE

02:25PM  20   EACH OPERATING SYSTEM AND ACROSS THE DIFFERENT OPERATING

02:25PM  21   SYSTEMS AT CISCO.

02:25PM  22        AND CONSISTENCY WILL BE THE ABILITY FOR CUSTOMERS TO FIND

02:25PM  23   WHAT THEY NEED IN THE COMMAND LINE AND TO FIND WHAT THEY NEED

02:25PM  24   IN THE OUTPUT TO THE COMMAND LINE AS WELL, LIKE BEING ABLE TO

02:25PM  25   FIND INFORMATION QUICKLY.

712

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:25PM  1    Q.   SO YOU'RE TALKING ABOUT CONSISTENCY WITH WHAT CISCO ALREADY

02:25PM  2    AUTHORED IN ITS COMMAND-LINE INTERFACE; IS THAT RIGHT?

02:25PM  3    A.   ABSOLUTELY.  CONSISTENCY, INTERNAL CONSISTENCY WITHIN THE

02:26PM  4    OPERATING SYSTEM AND ACROSS OUR DIFFERENT OPERATING SYSTEM

02:26PM  5    FAMILIES.

02:26PM  6    Q.   AND YOU MENTION SOMETHING ABOUT CONSISTENCY, CUSTOMERS

02:26PM  7    WOULD EXPECT TO SEE CONSISTENCY WITH RESPECT TO CISCO PRODUCTS;

02:26PM  8    IS THAT RIGHT?

02:26PM  9    A.   THAT'S RIGHT.

02:26PM  10   Q.   AND WHAT DO YOU MEAN BY THAT?

02:26PM  11   A.   IT'S WHEN THEY ARE MOVING FROM ONE PRODUCT TO ANOTHER, ONE

02:26PM  12   SOFTWARE VERSION TO ANOTHER, AGAIN, THEN THE PARSER-POLICE

02:26PM  13   MANIFESTO, I TALKED ABOUT MOVING IT IN SOFTWARE VERSIONS.  WHEN

02:26PM  14   THEY CHANGE THE CODE OR MOVE AROUND IN THE CISCO PRODUCT

02:26PM  15   FAMILIES, THEY EXPECT WHAT THEY KNOW, WHAT THEY'VE LEARNED,

02:26PM  16   THEIR KNOWLEDGE, THEIR EXPERIENCE, THEIR SCRIPTS, TO ALL WORK

02:26PM  17   THE SAME WAY ACROSS THEM.

02:26PM  18   Q.   OKAY.  AND SO YOU TALKED ABOUT THE SHOW INVENTORY COMMAND

02:26PM  19   AND WENT THROUGH SOME OF THE VARIOUS CHOICES AND TALKED ABOUT,

02:26PM  20   I THINK COUNSEL CHARACTERIZED IT AS CONSTRAINTS, RIGHT?

02:26PM  21   A.   RIGHT.

02:26PM  22   Q.   DO YOU RECALL THAT?

02:26PM  23   A.   YES.

02:26PM  24   Q.   ARE THOSE CONSTRAINTS THAT CAME FROM FITTING IT INTO THE

02:26PM  25   EXISTING CISCO CLI?

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:27PM   1    A.   I'M SORRY, I DON'T UNDERSTAND THE QUESTION.

02:27PM   2    Q.   SO IN OTHER WORDS, SOME OF THE EXAMPLES, IF WE PUT SLIDE

02:27PM   3    SEVEN BACK UP THERE, I MIGHT AS WELL PUT THE -- OR IS IT SIX --

02:27PM   4    IT'S THE SHOW INVENTORY COMMAND.  THE PREVIOUS ONE, MR. FISHER.

02:27PM   5    THE ONE WITH THE EASEL, PLEASE.  IT'S EASIER IF I DESCRIBE IT.

02:27PM   6         OKAY.  SO SHOW SERIAL.

02:27PM   7    A.   YES.

02:27PM   8    Q.   NOW YOU TALKED ABOUT THAT.  SHOW SERIAL, WHAT WAS THE

02:27PM   9    REASON YOU DIDN'T USE SHOW SERIAL?

02:27PM  10    A.   BECAUSE WE THOUGHT IT WOULD BE CONFUSING COMPARED TO OUR

02:27PM  11    SERIAL INTERFACES.

02:27PM  12    Q.   AND SO CISCO, WITHIN ITS EXISTING CLI, ALREADY SUPPORTED

02:27PM  13    SERIAL INTERFACES, IS THAT WHAT YOU ARE SAYING?

02:27PM  14    A.   THAT'S RIGHT.

02:27PM  15    Q.   SO THEN WHAT DO YOU MEAN CONFUSING WITH RESPECT TO WHAT?

02:27PM  16    A.   OH, JUST THAT SERIAL NUMBER VERSUS SERIAL INTERFACE, IT'S

02:28PM  17    JUST BECAUSE THE WORD CAN HAVE TWO DIFFERENT MEANINGS, WE WANT

02:28PM  18    TO STEER AWAY FROM IT TO AVOID THE CONFUSION.  AND WE DIDN'T

02:28PM  19    THINK THAT WOULD BE HELPFUL.

02:28PM  20    Q.   AND SO THE SAME THEN WITH SHOW HARDWARE.  YOU EXPLAINED

02:28PM  21    THAT TO ME.  WAS THAT SOMETHING WHEN YOU REFERRED TO IT AS A

02:28PM  22    CONSTRAINT, THAT WAS BECAUSE OF THE EXISTING CISCO CLI?

02:28PM  23         MR. FERRALL:  OBJECTION.  LEADING.

02:28PM  24         THE COURT:  SUSTAINED.

02:28PM  25    BY MR. NELSON:

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:28PM  1    Q.   WHERE DID THAT COME FROM?

02:28PM  2    A.   THE SHOW HARDWARE OR THE CONSTRAINT, I'M SORRY?

02:28PM  3    Q.   WELL BOTH, LET'S SAY SHOW HARDWARE FIRST, EXPLAIN TO US,

02:28PM  4    REMIND US WHAT THAT IS?

02:28PM  5    A.   AGAIN, THE INDIVIDUAL ENGINEERS BEFORE US HAVE HAD THE

02:28PM  6    OPPORTUNITY TO EXERCISE THEIR PROFESSIONAL JUDGMENT AND THEIR

02:28PM  7    EXPERIENCE AND THEIR CAPABILITY AND THEIR DISCUSSION WITH

02:28PM  8    OTHERS AND THEIR TEAMS TO COME UP WITH THE WORDS.  IF THE

02:28PM  9    COMMAND ALREADY EXISTED, WE COULDN'T REPLICATE IT.

02:28PM  10       IN THAT CASE SHOW HARDWARE ALREADY EXISTED.  SO WE COULDN'T

02:28PM  11   MAKE ANOTHER COMMAND CALLED SHOW HARDWARE.

02:29PM  12       AND, YOU KNOW, WE WOULD -- THAT WOULD HAVE TO BE CONSISTENT

02:29PM  13   WITH OUR PREVIOUS VERSION OF THE SOFTWARE.  EACH VERSION OF

02:29PM  14   SOFTWARE BUILDS ON THE PREVIOUS VERSION.

02:29PM  15   Q.   SO THEN WHEN YOU WERE SAYING THERE WAS A CONSTRAINT, WHERE

02:29PM  16   DID THAT COME FROM?

02:29PM  17   A.   THE CONSTRAINT CAME FROM THE EXISTING CODE, THE EXISTING --

02:29PM  18   THE CONSTRAINT IS NOT BY PROCESS OR NOT -- THE CONSTRAINT IS

02:29PM  19   BECAUSE WE HAVE TO BE CONSISTENT WITH STUFF WE'VE DONE BEFORE.

02:29PM  20   WE HAVE TO -- WE CAN'T SUDDENLY CHANGE WHAT A COMMAND MEANS FOR

02:29PM  21   NO REASON.

02:29PM  22   Q.   OKAY.  NOW, YOU WERE ASKED SOME QUESTIONS ABOUT INDUSTRY

02:29PM  23   STANDARD AND DE FACTO INDUSTRY STANDARD; DO YOU RECALL THOSE?

02:29PM  24   A.   I DO.

02:29PM  25   Q.   OKAY.  AND HAVE YOU EVER HEARD ANYONE IN CISCO -- WELL,

715

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:29PM   1    ACTUALLY STRIKE THAT.  DO YOU THINK THAT CISCO'S CLI IS JUST

02:29PM   2    FREE FOR EVERYBODY TO USE?

02:29PM   3    A.   I DON'T.  IT'S A COPYRIGHTED PRODUCT OF CISCO'S.

02:29PM   4    Q.   AND HAVE YOU EVER HEARD ANYBODY AT CISCO SAY HEY, IT'S FREE

02:30PM   5    FOR EVERYBODY TO USE?

02:30PM   6    A.   I'VE NEVER HEARD THAT.

02:30PM   7    Q.   DID ANYONE FROM ARISTA CALL YOU UP AND ASK WHETHER THIS WAS

02:30PM   8    FREE FOR THEM TO USE?

02:30PM   9    A.   NOBODY CALLED ME.

02:30PM  10    Q.   ARE YOU AWARE OF WHETHER THEY EVER CALLED ANYBODY AT CISCO

02:30PM  11    AND SAID HEY, IS THIS FREE FOR US TO USE?

02:30PM  12    A.   I'M NOT AWARE OF ANYTHING LIKE THAT.

02:30PM  13    Q.   ARE YOU AWARE OF WHETHER ANYBODY AT ARISTA SAID, DO YOU

02:30PM  14    THINK IT WOULD BE GOOD FOR YOUR CUSTOMERS IF I COPIED THE CLI?

02:30PM  15    A.   I DON'T RECALL ANYTHING LIKE THAT.

02:30PM  16    Q.   DID YOU EVER HEAR ANYBODY FROM ARISTA -- HEAR ABOUT ANYBODY

02:30PM  17    FROM ARISTA ASKING CISCO THAT?

02:30PM  18    A.   I HAVEN'T HEARD THAT.

02:30PM  19    Q.   NOW, I WANT TO GO TO A COUPLE OF THE EXHIBITS THAT YOU WERE

02:30PM  20    ASKED ABOUT.  EXHIBIT 5168.

02:31PM  21        SO I BELIEVE THIS WAS REPRESENTED TO BE THE CONSULTANT

02:31PM  22    SUMMARY OF THE INNOVATION SURVEY; IS THAT RIGHT?

02:31PM  23    A.   YES.

02:31PM  24    Q.   OKAY.  SO YOU WERE ASKED A FEW QUESTIONS, BUT I WANT TO

02:31PM  25    LOOK AT PAGE 20.

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:31PM 1    A.    PAGE 20?

02:31PM 2    Q.    YEAH.  SO YOU SEE HERE, IT SAYS THE TITLE OF THIS IS CISCO

02:31PM 3    HAS MANY STRENGTHS, PARTICULARLY FOR DEVELOPING INCREMENTAL

02:31PM 4    INNOVATION; DO YOU SEE THAT?

02:31PM 5    A.    I SEE THAT.

02:31PM 6    Q.    DO YOU BELIEVE THAT'S TRUE?

02:31PM 7    A.    ABSOLUTELY.

02:31PM 8    Q.    AND THEN THE NEXT ONE THERE IS INNOVATION IS CONSIDERED A

02:31PM 9    HIGH PRIORITY ACROSS THE ORGANIZATION.  DO YOU SEE THAT?

02:31PM 10   A.    YES.

02:31PM 11   Q.    DO YOU THINK THAT'S TRUE?

02:31PM 12   A.    I AGREE WITH THAT AS WELL.

02:31PM 13   Q.    HOW DOES THAT FIT IN WITH EARLIER IN YOUR TESTIMONY WE

02:31PM 14   TALKED ABOUT THE CISCO CULTURE?

02:32PM 15   A.    WE ARE DEDICATED TO CUSTOMER SUCCESS AND EMPOWERMENT.  WE

02:32PM 16   HAVE SMART ENGINEERS DOING AMAZING THINGS.  AND WE ALSO GRADE

02:32PM 17   OURSELVES VERY HARSHLY.  WE ALWAYS WANT TO BE DOING BETTER AND

02:32PM 18   WE ARE VERY HARD ON OURSELVES IF WE DON'T DO AS WELL AS WE

02:32PM 19   THINK WE CAN.

02:32PM 20   Q.    SO A SURVEY LIKE THIS, IS THIS SOMETHING THAT YOU EVER

02:32PM 21   ENCOUNTERED BEFORE?  IN OTHER WORDS, THE SURVEY OF THE

02:32PM 22   ORGANIZATION ABOUT MAYBE WHAT CHANGES WE SHOULD MAKE?

02:32PM 23   A.    YES, EVERY GOOD ORGANIZATION IS ALWAYS LOOKING TO IMPROVE.

02:32PM 24   Q.    I THINK YOU SAID WE ARE HARD GRADERS ON OURSELVES?

02:32PM 25   A.    ABSOLUTELY.

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:32PM 1    Q.  HOW DOES THAT FIT IN WITH A SURVEY LIKE THIS?

02:32PM 2    A.  A SURVEY LIKE THIS HELPS FOCUS THE ALLOCATION OF RESOURCES

02:32PM 3    AND TIME AND ORGANIZATION TO DO BETTER AT THE THINGS, AND WE

02:32PM 4    ASKED ALL THE PEOPLE BECAUSE WE VALUED THEIR OPINION AND ROLLED

02:32PM 5    IT UP INTO AN ACTION PLAN, OR I PRESUME IT GOT ROLLED UP INTO

02:32PM 6    AN ACTION PLAN.

02:32PM 7    Q.  SO THEN IN YOUR EXPERIENCE WITH THESE IMPROVEMENT SURVEYS,

02:33PM 8    DO YOU ONLY TALK ABOUT GOOD THINGS?

02:33PM 9    A.  WELL THAT WOULD BE A WASTE OF MONEY.

02:33PM 10   Q.  OKAY.  SO IS THAT WHERE THE HARD GRADING COMES IN?

02:33PM 11   A.  WE -- WE -- YEAH.  YOU PAY A COACH TO MAKE YOU BETTER, NOT

02:33PM 12   TO TELL YOU HOW GOOD YOU ARE.

02:33PM 13   Q.  ALL RIGHT.  NOW I WANT TO GO TO, I BELIEVE IT WAS 5159 YOU

02:33PM 14   WERE ASKED A FEW QUESTIONS, THERE WAS A SERIES OF E-MAILS ABOUT

02:33PM 15   THE JABBER.  AND I THINK YOU HAD DESCRIBED THIS AS XML, WRAPPED

02:33PM 16   AROUND CLI?

02:33PM 17   A.  XMPP.

02:33PM 18   Q.  XMPP WRAPPED AROUND CLI?

02:33PM 19   A.  YES.

02:33PM 20   Q.  CAN YOU EXPLAIN TO ME WHAT THAT MEANS?

02:33PM 21   A.  THE IDEA, BEFORE I SAW CLOUD VISION, WE HAD BEEN TALKING

02:34PM 22   ABOUT THE IDEA INTERNALLY OF HAVING A BUNCH OF DEVICES,

02:34PM 23   ESSENTIALLY IN A CHAT ROOM WHERE YOU CAN SEND A SINGLE COMMAND

02:34PM 24   TO MULTIPLE DEVICES.

02:34PM 25        AND WE WERE KICKING AROUND THAT IDEA INTERNALLY.  AND I SAW

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:34PM  1    THAT ARISTA HAD DONE IT, I WAS IMPRESSED.  AS YOU MAY HAVE

02:34PM  2    NOTICED FROM MY TESTIMONY, I GET EXCITED ABOUT THINGS AND I

02:34PM  3    FIRED OFF E-MAILS TO EVERYONE I KNEW SAYING THIS IS PRETTY

02:34PM  4    COOL.

02:34PM  5    Q.  SO -- AT THE DATE ON THIS E-MAIL IS FEBRUARY 22ND, 2012; IS

02:34PM  6    THAT RIGHT?

02:34PM  7    A.  THAT'S RIGHT.

02:34PM  8    Q.  SO AT THE TIME YOU WROTE THIS E-MAIL DID YOU KNOW THAT

02:34PM  9    CISCO ACTUALLY HAD A PATENT OF ITS OWN ON THAT TECHNOLOGY?

02:34PM  10           MR. FERRALL:  OBJECTION.  LACKS FOUNDATION.

02:34PM  11           THE COURT:  OVERRULED.

02:34PM  12           THE WITNESS:  I KNOW OF NO SUCH PATENT.

02:34PM  13   BY MR. NELSON:

02:34PM  14   Q.  NOW THE -- I WANT TO TALK A LITTLE BIT ABOUT, I BELIEVE

02:35PM  15   IT'S 5157.  SO THIS IS THE E-MAIL FROM YOURSELF TO

02:35PM  16   MR. MOOTHEDATH?

02:35PM  17   A.  MOOTHEDATH, YES.

02:35PM  18   Q.  MOOTHEDATH.  OKAY.  THANK YOU.

02:35PM  19        AND IT'S DATED NOVEMBER 18TH, 2014, RIGHT?

02:35PM  20   A.  CORRECT.

02:35PM  21   Q.  NOW AT THE TIME YOU WROTE THIS E-MAIL DID YOU KNOW ABOUT

02:35PM  22   THE INTELLECTUAL PROPERTY MISAPPROPRIATION?

02:35PM  23   A.  NO.

02:35PM  24   Q.  DID YOU KNOW ABOUT THE EXTENT OF COPYING OF THE CLI?

02:35PM  25   A.  NO.

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:35PM  1    Q.   DID YOU KNOW ABOUT ANY OF THE OTHER TECHNOLOGY

02:35PM  2    MISAPPROPRIATIONS OF ARISTA AT THE TIME YOU WROTE THIS E-MAIL?

02:35PM  3    A.   NO.

02:35PM  4    Q.   HAVE YOU SINCE LEARNED ABOUT THOSE?

02:35PM  5    A.   AS PART OF PREPARING FOR THIS CASE, I HAVE.

02:36PM  6    Q.   OKAY.  SO, I MEAN, SO ARISTA IS TRULY AN AMAZING COMPANY,

02:36PM  7    LET'S GO BACK TO THAT.  AT THE TIME, DID YOU BELIEVE THAT?

02:36PM  8    A.   I DID.

02:36PM  9    Q.   AND DO SOMETIMES AMAZING COMPANIES DO THINGS NOT SO GREAT?

02:36PM  10   A.   YES.  AMAZING COMPANIES SOMETIMES MAKE UNFORTUNATE CHOICES.

02:36PM  11   Q.   SO AFTER THIS, SO YOU'RE AWARE NOW OF THE EXTENT OF THE

02:36PM  12   INTELLECTUAL PROPERTY MISAPPROPRIATION, DO YOU HAVE A PERSONAL

02:36PM  13   DISLIKE FOR THE PEOPLE THAT YOU KNEW AT ARISTA?

02:36PM  14   A.   NO.

02:36PM  15   Q.   AND WHY NOT?

02:36PM  16   A.   IT'S A SMALL VALLEY, EVERYBODY IN THE INDUSTRY TENDS TO

02:36PM  17   KNOW EACH OTHER AND WE ALL TEND TO BE FRIENDS.

02:36PM  18            MR. NELSON:  ALL RIGHT.  THANK YOU, SIR.  I DON'T

02:36PM  19   HAVE ANY FURTHER QUESTIONS FOR YOU.

02:36PM  20            THE COURT:  MR. FERRALL, ANYTHING ELSE FOR THIS

02:36PM  21   WITNESS?

02:36PM  22            MR. FERRALL:  I DO HAVE A QUICK FOLLOW UP.

02:36PM  23        THANK YOU.

02:36PM  24

02:36PM  25

RECROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

**RECROSS-EXAMINATION BY MR. FERRALL**

02:36PM 1

02:36PM 2

02:36PM 3    BY MR. FERRALL:

02:37PM 4    Q.   MR. REMAKER, THAT CLOUD VISION VIDEO THAT YOU WATCHED, THAT

02:37PM 5    WAS IN FEBRUARY 2012?

02:37PM 6    A.   YES.

02:37PM 7    Q.   RIGHT?

02:37PM 8         ARE YOU TELLING ME THAT -- TELLING THE JURY THAT YOU WERE

02:37PM 9    NOT AWARE THAT ARISTA HAD AN INDUSTRY STANDARD CLI THEN OR TWO

02:37PM 10   AND A HALF YEARS AFTER THAT WHEN YOU WERE COMPLIMENTING ARISTA?

02:37PM 11   A.   I KNEW THERE WERE ELEMENTS THAT WERE CISCO-LIKE, BUT I

02:37PM 12   CERTAINLY DIDN'T KNOW THE EXTENT OF THE COPYING.

02:37PM 13   Q.   MY LAST QUESTION IS ABOUT 5168, WHICH YOUR COUNSEL ASKED

02:37PM 14   YOU ABOUT.  IF WE COULD PULL UP THAT.

02:37PM 15   A.   5168?

02:37PM 16   Q.   YES.

02:37PM 17   A.   OKAY.

02:37PM 18   Q.   THE CONCLUSIONS IN THIS ASSESSMENT DID TRULY GO TO PROBLEMS

02:38PM 19   WITH THE CULTURE AT CISCO AT THE TIME.  IF YOU LOOK AT PAGE 4,

02:38PM 20   FOR EXAMPLE.  THE CONCLUSION IN THE LAST BULLET POINT WAS FROM

02:38PM 21   SENIOR MANAGEMENT AT CISCO, OUR INNOVATION CULTURE HAS STALLED

02:38PM 22   AND LEADERSHIP HAS NOT REACTED AS QUICKLY AS IT SHOULD TO

02:38PM 23   REIGNITE AN INNOVATIVE CULTURE?

02:38PM 24   A.   I SEE THAT.

02:38PM 25   Q.   RIGHT?

RECROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:38PM  1        AND TWO BULLET POINTS ABOVE THAT, CISCO LEADERSHIP

02:38PM  2    CONCLUDED CISCO HAS MISSED OR HAS BEEN LATE TO IMPORTANT

02:38PM  3    TECHNOLOGY INNOVATIONS AND HAS BEEN SLOW TO INNOVATE ON

02:38PM  4    BUSINESS MODELS AND OPERATIONAL PROCESSES, RIGHT?

02:39PM  5    A.   RIGHT.

02:39PM  6    Q.   SO THIS WAS A CULTURAL PROBLEM AT CISCO IN 2013?

02:39PM  7    A.   I THINK CULTURAL MAY BE OVERSTATING IT, BUT IT WAS

02:39PM  8    CERTAINLY A PROBLEM THAT NEEDED TO BE ADDRESSED.

02:39PM  9            MR. FERRALL:  NO FURTHER QUESTIONS.

02:39PM  10           THE COURT:  MR. NELSON, ANYTHING ELSE FOR

02:39PM  11   MR. REMAKER?

02:39PM  12           MR. NELSON:  NO, NOTHING ELSE.  HE CAN BE EXCUSED,

02:39PM  13   YOUR HONOR.

02:39PM  14           THE COURT:  ALL RIGHT.  MR. REMAKER, THANK YOU FOR

02:39PM  15   YOUR TESTIMONY.  YOU ARE FREE TO GO.

02:39PM  16       ALL RIGHT.  I THINK WE ARE GOING TO TAKE A BREAK BEFORE WE

02:39PM  17   GO ON TO OUR NEXT WITNESS.  LET'S MAKE THIS A TEN-MINUTE BREAK

02:39PM  18   AND COME BACK AT TEN MINUTES TO 3:00.

02:39PM  19       (WHEREUPON A RECESS WAS TAKEN.)

02:49PM  20           THE COURT:  PLEASE BE SEATED, EVERYONE.  WE ARE BACK

02:55PM  21   ON THE RECORD AND ALL OF OUR JURORS ARE HERE.

02:56PM  22       MR. PAK, WHO IS YOUR NEXT WITNESS?

02:56PM  23           MR. PAK:  WE HAVE MR. TERRY SLATTERY.

02:56PM  24           THE COURT:  MR. SLATTERY, IF YOU WOULD COME FORWARD

02:56PM  25   TO THE WITNESS STAND, AND STAND TO BE SWORN.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

**TERRY SLATTERY,**

BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

FOLLOWS:

THE WITNESS:  YES.

THE CLERK:  PLEASE BE SEATED.  PLEASE STATE YOUR NAME

AND SPELL YOUR LAST NAME FOR THE RECORD.

THE WITNESS:  TERRY SLATTERY.  S, AS IN SAM,

L-A-T-T-E-R-Y.


**DIRECT EXAMINATION BY MR. PAK**


BY MR. PAK:

Q.  WONDERFUL.  GOOD AFTERNOON, MR. SLATTERY.  CAN YOU BRIEFLY

INTRODUCE YOURSELF TO THE JURY.

A.  YES.

I'M TERRY SLATTERY.  I AM A CONSULTANT FOR NET CRAFTSMEN.

MY POSITION THERE IS PRINCIPAL ARCHITECT.  AND I DO NETWORK

CONSULTING FOR A VARIETY OF CUSTOMERS.

Q.  AND SO HOW LONG HAVE YOU BEEN IN THE NETWORKING INDUSTRY?

A.  FOR 35 YEARS.

Q.  AND JUST GOING BACK IN TIME, HOW DID YOU FIRST GET INVOLVED

IN THE NETWORKING INDUSTRY?

A.  I WAS WORKING AT THE U.S. NAVAL ACADEMY AND WE HAD SOME

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

02:57PM 1    COMPUTER SYSTEMS THAT NEEDED TO COMMUNICATE FILES BACK AND

02:57PM 2    FORTH, SO WE STARTED USING NETWORKING TO MAKE THAT HAPPEN.

02:57PM 3    Q.   OKAY.  AND WHAT WAS YOUR POSITION WHILE YOU WERE WORKING

02:57PM 4    FOR THE UNITED STATES NAVAL ACADEMY?

02:57PM 5    A.   ELECTRICAL ENGINEER.

02:57PM 6    Q.   AND WHAT WAS YOUR ENGINEERING BACKGROUND BEFORE YOU WERE

02:57PM 7    HIRED BY THE AND NAVAL ACADEMY?

02:57PM 8    A.   I GRADUATED FROM VANDERBILT UNIVERSITY IN 1975.  I WORKED

02:57PM 9    FOR FOUR YEARS AT WESTINGHOUSE ELECTRONICS IN BALTIMORE,

02:57PM 10   MARYLAND, AND THEN I SWITCHED TO THE NAVAL ACADEMY.

02:57PM 11   Q.   AND WHEN YOU FIRST STARTED WORKING AT THE NAVAL ACADEMY,

02:57PM 12   WHAT TYPE OF EQUIPMENT WERE YOU WORKING ON?

02:57PM 13   A.   WE STARTED WITH A BUNCH OF EQUIPMENT, COMPUTER SYSTEMS FROM

02:57PM 14   DIGITAL EQUIPMENT CORPORATION, AND THEN EVENTUALLY WE WOUND UP

02:58PM 15   BUYING A CISCO ROUTER TO FACILITATE THE COMMUNICATIONS BETWEEN

02:58PM 16   THE COMPUTER SYSTEMS.

02:58PM 17   Q.   THANK YOU, MR. SLATTERY.

02:58PM 18        DO YOU REMEMBER THE TIMEFRAME WHEN YOU FIRST BOUGHT A CISCO

02:58PM 19   ROUTER?

02:58PM 20   A.   IT WOULD HAVE BEEN AROUND 1987, I THINK.

02:58PM 21   Q.   AND WERE YOU INVOLVED IN THE DECISION TO BUY A CISCO ROUTER

02:58PM 22   FOR THE UNITED STATES NAVAL ACADEMY?

02:58PM 23   A.   YES, I WAS.

02:58PM 24   Q.   WHY DID YOU DECIDE TO PURCHASE CISCO PRODUCTS AT THE TIME?

02:58PM 25   A.   THE COMPUTER SCIENCE DEPARTMENT HAD A PROTEON ROUTER WHICH

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

02:58PM  1   WAS A COMPETITOR AT THAT TIME TO CISCO, AN ASSOCIATE

02:58PM  2   ORGANIZATION OF THE BALLISTIC RESEARCH LAB HAD A ROUTER THEY

02:58PM  3   HAD DEVELOPED BASED OFF OF CODE FROM MIT.

02:58PM  4       AND THEN WE TOOK A LOOK AT THE SYSTEM AND SAID, WELL, THIS

02:58PM  5   IS A DIFFERENT ONE, WE WILL COMPARE THE THREE DIFFERENT SYSTEMS

02:58PM  6   WITH EACH OTHER.

02:58PM  7   Q.   AND AT THAT TIME, DID YOU HAVE A CHANCE TO WORK WITH THE

02:58PM  8   CISCO USER INTERFACE OR WHAT WE HAVE BEEN CALLING THE

02:58PM  9   COMMAND-LINE INTERFACE?

02:58PM  10  A.   YES, I DID.

02:58PM  11  Q.   SO WHAT DO YOU REMEMBER, IF ANYTHING, ABOUT YOUR INITIAL

02:59PM  12  REACTION WORKING WITH THE CISCO COMMAND-LINE INTERFACE IN 1987?

02:59PM  13  A.   IT WAS DIFFERENT.  IT WAS NOT THE SAME AS THE COMPUTER

02:59PM  14  SYSTEMS THAT WE HAD.

02:59PM  15      SO THE COMPUTER SYSTEMS, EVEN THOUGH THEY USED, A SIMILAR

02:59PM  16  WAY, THEY HAD A COMMAND-LINE INTERFACE, SO YOU TYPED COMMANDS

02:59PM  17  ON A COMMAND LINE, AND THE CISCO HAD A SIMILAR KIND OF

02:59PM  18  INTERFACE, BUT THE COMMANDS WERE TOTALLY DIFFERENT.

02:59PM  19  Q.   AND DID YOU NOTICE ANYTHING SORT OF UNUSUAL ABOUT SOME OF

02:59PM  20  THE COMMANDS THAT YOU WERE SEEING FROM CISCO AT THE TIME?

02:59PM  21  A.   THEY DIDN'T MATCH ANYTHING I HAD EVER RUN INTO BEFORE.

02:59PM  22  Q.   CAN YOU THINK OF A PARTICULAR CLI COMMAND THAT YOU THOUGHT

02:59PM  23  THIS ONE LOOKS KIND OF UNUSUAL?

02:59PM  24  A.   THERE WAS ONE CALLED ACCESS LIST.  ACCESS, SPACE, LIST.

02:59PM  25      AND WHAT IT DID WAS TO IDENTIFY -- IT ALLOWED YOU TO

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

02:59PM  1    IDENTIFY PACKETS OF DIFFERENT TYPES SO THAT YOU COULD DO

02:59PM  2    FILTERING OPERATIONS OR YOU COULD PERMIT PACKETS THROUGH.

03:00PM  3    Q.   MR. SLATTERY, WE HAVE A COURT REPORTER, SO I WILL TRY MY

03:00PM  4    BEST TO SLOW DOWN AND I WILL ASK YOU TO DO THE SAME AS WELL.

03:00PM  5         OKAY.  NOW, SINCE YOUR FIRST INTRODUCTION TO CISCO IN THE

03:00PM  6    1987 TIMEFRAME, DID YOU EVER END UP WORKING FOR CISCO IN ANY

03:00PM  7    CAPACITY

03:00PM  8    A.   YES, I DID.  I DID A VARIETY OF CONSULTING PROJECTS.

03:00PM  9    ACTUALLY, THE INTRODUCTION TO CISCO WAS A PRETTY INTERESTING

03:00PM  10   STORY.

03:00PM  11        I WOUND UP GOING TO A TRADE SHOW DOWN IN WASHINGTON, D.C.

03:00PM  12   AND THERE WAS A LITTLE COMPANY CALLED CISCO EXHIBITING THERE.

03:00PM  13   AND --

03:00PM  14   Q.   DID YOU SAY LITTLE COMPANY?

03:00PM  15   A.   A LITTLE COMPANY, CISCO.  IT WAS A LITTLE COMPANY AT THAT

03:00PM  16   TIME.  I MET THE CEO, BILL GRAVES, AND ANOTHER GENTLEMAN GREG

03:00PM  17   SATZ.  AND IT TURNS OUT THAT GREG SATZ AND I HAD KNOWN EACH

03:00PM  18   OTHER, WORKED TOGETHER COLLABORATIVELY ON SOME DEC SYSTEM

03:00PM  19   OPERATING SYSTEM COMMUNICATIONS FOR NETWORKING.

03:00PM  20        SO GREG ASKED ME, WOULD I LIKE TO COME TO WORK FOR CISCO,

03:01PM  21   BECAUSE HE KNEW MY BACKGROUND.  AND I SAID NO, I REALLY DON'T

03:01PM  22   WANT TO MOVE TO CALIFORNIA.  SORRY, I HAD FAMILY AND STUFF IN

03:01PM  23   MARYLAND.

03:01PM  24        SO INSTEAD WHAT I SUGGESTED WAS PERHAPS I COULD DO SOME

03:01PM  25   CONSULTING WORK.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:01PM 1    Q.   AND DID THAT MATERIALIZE INTO ANY SOFTWARE DEVELOPMENT

03:01PM 2    CONSULTING WORK ON BEHALF OF CISCO?

03:01PM 3    A.   YES.  SO I DID A COUPLE OF PROJECTS FOR GREG, AND THEN HE

03:01PM 4    CAME TO ME AND SAID, I HAVE THIS BIG PROJECT THAT I NEED YOU TO

03:01PM 5    DO.  I NEED YOU TO REWRITE OUR PARSER SO IT CAN BE EXTRACTED,

03:01PM 6    JUST THE PARSER, AND MOVE TO OTHER PRODUCTS.

03:01PM 7    Q.   NOW BEFORE WE GET INTO THE DETAILS ABOUT THE CONSULTING

03:01PM 8    WORK YOU DID FOR CISCO ON THE PARSER, AFTER THAT POINT IN TIME

03:01PM 9    DID YOU ALSO DO SOME ADDITIONAL CONSULTING WORK FOR CISCO AS

03:01PM 10   WELL?

03:01PM 11   A.   I DID SOME OTHER STUFF, YES.

03:01PM 12   Q.   OKAY.  AND JUST TO BE CLEAR ON THE RECORD, SIR, YOU ARE

03:01PM 13   WORKING IN CONNECTION WITH THIS CASE AS A CONSULTANT, CORRECT?

03:01PM 14   A.   YES, I AM.

03:01PM 15   Q.   AND SO FOR THE TIME THAT YOU SPENT GATHERING MATERIALS OR

03:02PM 16   PROVIDING INFORMATION TO THE LAWYERS ON BOTH SIDES, YOU WERE

03:02PM 17   COMPENSATED AS A CONSULTANT IN THIS CASE?

03:02PM 18   A.   THAT'S CORRECT.

03:02PM 19   Q.   AND WHAT WAS THE RATE THAT YOU CHARGED?

03:02PM 20   A.   $350 AN HOUR.

03:02PM 21   Q.   AND HOW DOES THAT COMPARE TO YOUR STANDARD CONSULTING RATE?

03:02PM 22   A.   MY STANDARD RATE IS $400 AN HOUR.

03:02PM 23   Q.   JUST TO BE CLEAR, YOU ARE NOT BEING PAID FOR YOUR TESTIMONY

03:02PM 24   HERE TODAY?

03:02PM 25   A.   THAT IS CORRECT.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:02PM 1    Q.   SO LET'S GO BACK TO THE INITIAL CONSULTING WORK THAT YOU

03:02PM 2    DID FOR CISCO, THAT WAS IN 1990, YOU SAID?

03:02PM 3    A.   YES.

03:02PM 4    Q.   AND YOU MENTIONED SOMETHING CALLED A PARSER.

03:02PM 5        CAN YOU DESCRIBE TO THE JURY WHAT A PARSER WAS AT THAT TIME

03:02PM 6    IN THE CONTEXT OF THE CISCO CLI INTERFACE?

03:02PM 7    A.   CERTAINLY.

03:02PM 8        THE PARSER IS THE PIECE OF THE PRODUCT OR IT'S A PIECE OF

03:02PM 9    SOFTWARE THAT WHEN YOU TYPE COMMANDS IN TO IT, CHECKS THOSE

03:02PM 10   COMMANDS AND MAKES SURE YOU'VE TYPED THEM CORRECTLY AND THEN

03:02PM 11   FIGURES OUT WHAT THOSE COMMANDS ARE SUPPOSED TO DO AND THEN

03:02PM 12   EXECUTES THE FUNCTION THAT YOU'VE TOLD IT.

03:02PM 13       SO IF YOU NEEDED TO DO FILTERING ON PACKETS, YOU WOULD USE

03:03PM 14   THE ACCESS LIST COMMAND.  THE PARSER WOULD READ THOSE COMMAND

03:03PM 15   WORDS, ACCESS LIST AND WHATEVER OTHER PARAMETERS WITH IT, AND

03:03PM 16   THEN PERFORM THE APPROPRIATE ACTION?

03:03PM 17   Q.   AND IN 1990 WHEN THEY APPROACHED YOU FOR THIS THING

03:03PM 18   FREQUENT, WHAT DID CISCO ASK YOU TO DO WITH THEIR EXISTING CLI

03:03PM 19   PARSER?

03:03PM 20   A.   THEY WANTED TO EXTRACT IT AND MOVE IT INTO OTHER PRODUCTS.

03:03PM 21   AND THE KEY FUNDAMENTAL THING THAT GREG TOLD ME, GAVE ME

03:03PM 22   DIRECTION ON, WAS 100 PERCENT BACKWARDS COMPATIBILITY WHICH

03:03PM 23   MEANT THAT SOMEBODY SITTING DOWN WITH THE OLD PARSER AND NEW

03:03PM 24   PARSER TYPING COMMANDS, WOULD NOT SEE ANY DIFFERENCE.

03:03PM 25   Q.   AND TO BE CLEAR, WHEN YOU SAY 100 PERCENT BACKWARD

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:03PM  1    COMPATIBLE, YOU WERE TALKING ABOUT BEING BACKWARD COMPATIBLE

03:03PM  2    WITH CISCO PRODUCTS; IS THAT CORRECT?

03:03PM  3    A.   CORRECT.   JUST THEIR COMMAND LANGUAGE.   SO THE SYNTAX HAD

03:03PM  4    TO BE EXACTLY THE SAME, CHANGE NO COMMANDS.

03:03PM  5    Q.   DID THEY TELL YOU ANYTHING ABOUT WHAT YOU COULD DO WITH THE

03:03PM  6    CODE THAT IMPLEMENTED THE PARSER?

03:03PM  7    A.   NO, THERE WAS NO DIRECTION, JUST MAKE IT SO THAT IT'S

03:03PM  8    PORTABLE SO WE CAN MOVE IT.

03:04PM  9    Q.   AND DID YOU FOLLOW THAT GUIDANCE FROM CISCO, DID YOU CHANGE

03:04PM  10   ANY OF THE COMMANDS?

03:04PM  11   A.   WE DID NOT CHANGE ANY OF THE COMMANDS, NO.   WE FOLLOWED IT.

03:04PM  12   Q.   DID YOU END UP ADDING ANY FUNCTIONALITY TO THE USER

03:04PM  13   INTERFACE?

03:04PM  14   A.   YES, WE DID.

03:04PM  15        IN THE COURSE OF GOING THROUGH AND WRITING THE STUFF,

03:04PM  16   MYSELF AND THE OTHER MEMBERS OF MY TEAM THAT WERE BETWEEN 2 AND

03:04PM  17   4 OF US AT DIFFERENT POINTS IN TIME WORKING ON THIS, OVER THE

03:04PM  18   COURSE OF 18 MONTHS.

03:04PM  19        WE SPENT -- WE HAD SPENT TIME WORKING ON OTHER OPERATING

03:04PM  20   SYSTEMS THAT PROVIDED SOME LITTLE LEVEL OF HELP, SO YOU COULD

03:04PM  21   ASK THE SYSTEM, CAN YOU DESCRIBE A COMMAND TO ME.   AND LET ME

03:04PM  22   KNOW WHAT ALL THE WORDS ARE THAT I NEEDED TO TYPE IN FOR A

03:04PM  23   SPECIFIC COMMAND.

03:04PM  24        AND THAT WAS NOT AVAILABLE IN THE CISCO PARSER AT THE TIME

03:04PM  25   WE STARTED THE PROJECT.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:04PM 1    Q.   AND WAS THERE A NAME THAT YOU GAVE IT, THIS FUNCTIONALITY

03:04PM 2    THAT YOU WERE GOING TO ADD TO CISCO?

03:04PM 3    A.   SO WHAT WE ADDED WAS THE ABILITY TO KEEP A HISTORY OF THE

03:04PM 4    COMMANDS THAT WERE, THAT HAD BEEN INPUT, ALLOW EDITING OF THOSE

03:05PM 5    COMMANDS AND PROVIDE HELP ON THOSE COMMANDS.

03:05PM 6         AND SO THE HELP FUNCTIONALITY ALLOWED -- WE BUILT A SYSTEM

03:05PM 7    SO THAT YOU COULD TYPE QUESTION MARK AT ANY POINT IN TYPING A

03:05PM 8    COMMAND IN, AND IT WOULD REPLY TO YOU AND TELL YOU WHAT

03:05PM 9    COMMANDS COULD BE EXPECTED AT THAT TIME.

03:05PM 10   Q.   SO LET ME TAKE AN EXAMPLE.

03:05PM 11        SO IF I HAD ON THE PROMPT "SHOW QUESTION MARK," YOUR NEW

03:05PM 12   SYSTEM WOULD ALLOW YOU TO PROVIDE HELP DESCRIPTIONS FOR THAT,

03:05PM 13   IS THAT TRUE?

03:05PM 14   A.   YES.  AND WE WOULD HAVE HELP DESCRIPTIONS FOR EACH ONE OF

03:05PM 15   THE OPTIONS FOR THE SHOW COMMAND.

03:05PM 16        SO YOU MIGHT HAVE "SHOW INTERFACE," AND THEN IT WOULD SAY,

03:05PM 17   HELP TEXT WOULD FOLLOW THAT TO SAY, SHOW THE INTERFACES IN THE

03:05PM 18   PRODUCT.

03:05PM 19   Q.   AND THEN IF I THEN WENT AHEAD AND TYPED IN THE OTHER WORDS,

03:05PM 20   SO I SAID "SHOW INTERFACES," QUESTION MARK, WOULD THE SYSTEM

03:05PM 21   PROVIDE SOME TYPE OF HELP DESCRIPTION AT THAT POINT AS WELL?

03:05PM 22   A.   YES.  IT WAS SHOW YOU AT THAT POINT THE LIST OF INTERFACES

03:06PM 23   THAT WERE ACTUALLY ON THAT SYSTEM.

03:06PM 24   Q.   AND HOW -- HOW DID YOU FEEL THAT ADDING THIS TYPE OF

03:06PM 25   FUNCTIONALITY WITH THE SPECIFIC HELP DESCRIPTIONS IMPROVE THE

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:06PM  1    USER INTERFACE EXPERIENCE?

03:06PM  2    A.   IN THE ORIGINAL SYSTEM THAT CAME IN, WHEN WE HAD TO

03:06PM  3    CONFIGURE IT, WE HAD TO HAVE THE MANUAL RIGHT THERE NEXT TO US.

03:06PM  4        SO WE HAD THE DOCUMENTATION, AND WE WERE SITTING THERE AT

03:06PM  5    THE KEYBOARD AND WE HAD TO LOOK AT THE MANUAL AND GO, OKAY,

03:06PM  6    THAT'S THE COMMAND, AND HERE'S HOW IT'S SPELLED, BECAUSE

03:06PM  7    SOMETIMES THE SPELLING WAS WEIRD.

03:06PM  8        LIKE THERE WAS A -- ONE OF THE COMMANDS THAT WAS ACTUALLY

03:06PM  9    DONE LATER, THAT STRIKES ME IS ERROR DISABLE.  NOW YOU WOULD

03:06PM  10   THINK IT WOULD BE SPELLED E-R-R-O-R, ERROR DISABLED.  WELL

03:06PM  11   INSTEAD, THEY ABBREVIATED IT, IT'S E-R-R, DISABLED.

03:06PM  12       AND SO YOU HAVE SOME QUIRKS LIKE THAT THAT ARE IN THE

03:06PM  13   COMMAND LANGUAGE.  SO WE HAD TO DO KNOW, SO WE HAD TO HAVE THE

03:06PM  14   MANUAL THERE TO TYPE IT IN TO MAKE SURE WE GOT IT EXACTLY

03:07PM  15   RIGHT.

03:07PM  16       BECAUSE IN THE OLD INTERFACE, IF YOU GOT IT, YOU HAD TO GO

03:07PM  17   BACK AND EXAMINE IT -- I'M SORRY, I'M PROBABLY SPEAKING TOO

03:07PM  18   QUICKLY.  YOU HAD TO GO BACK AND EXAMINE IT AND DETERMINE WHERE

03:07PM  19   YOU HAD MADE AN ERROR, IT MAY HAVE BEEN A TYPO.  AND THEN YOU

03:07PM  20   HAD TO TYPE THE WHOLE COMMAND OVER AGAIN.

03:07PM  21       SO THERE WAS NO WAY TO GO BACK AND EDIT THE COMMANDS.

03:07PM  22   Q.   AND DID YOU HAVE AN OPPORTUNITY AT THE TIME TO ACTUALLY ADD

03:07PM  23   THIS INTERACTIVE HELP DESCRIPTION SYSTEM ALONG WITH THE HELP

03:07PM  24   DESCRIPTION TEXT?

03:07PM  25   A.   YES, WE DID.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:07PM 1    Q.   AND AT THIS TIME I WOULD LIKE TO HAVE YOU LOOK IN THE

03:07PM 2    BINDER, IT SHOULD BE IN FRONT OF YOU, AT EXHIBIT 5061.  AND IF

03:07PM 3    YOU LOOK AT THE FRONT OF THIS DOCUMENT; DO YOU RECOGNIZE THIS

03:07PM 4    DOCUMENT?

03:07PM 5    A.   YES, I DO.  THIS IS A QUARTERLY NEWSLETTER THAT CISCO

03:08PM 6    PUBLISHED.  THIS IS FROM THE THIRD QUARTER OF 1993.  AND I

03:08PM 7    PUBLISHED OR I WROTE AN ARTICLE FOR THIS ISSUE.

03:08PM 8    Q.   AND IS THIS THE TYPE OF PUBLICATION THAT CISCO WOULD

03:08PM 9    PUBLISH REGULARLY AS PART OF ITS BUSINESS?

03:08PM 10   A.   EVERY QUARTER, YES.

03:08PM 11            MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT INTO

03:08PM 12   EVIDENCE 5061.

03:08PM 13            MR. KWUN:  NO OBJECTION.

03:08PM 14            THE COURT:  IT WILL BE ADMITTED.

03:08PM 15       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 5061, HAVING BEEN

03:08PM 16   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:08PM 17   EVIDENCE.)

03:08PM 18            MR. PAK:  LET'S PULL THAT OUT, MR. FISHER.  AND IF

03:08PM 19   YOU COULD BLOW UP THE TOP PORTION OF THAT.

03:08PM 20   Q.   THIS SAYS CISCO SYSTEMS USER'S MAGAZINE VOLUME V NUMBER

03:08PM 21   THREE, THIRD QUARTER 1993; IS THAT RIGHT?

03:08PM 22   A.   THAT'S CORRECT.

03:08PM 23   Q.   AND IT'S TITLED *THE PACKET?*

03:08PM 24   A.   THE PACKET, YES.

03:08PM 25   Q.   SO THEN DO YOU SEE ON THE RIGHT-HAND SIDE, IT SAYS, THERE'S

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:08PM 1    SOME HEADINGS THERE, AND IT TALKS ABOUT USER PROFILES AND SO

03:08PM 2    ON, AND LET'S JUMP TO THE PAGE THAT I THINK HAS YOUR ARTICLE IN

03:09PM 3    IT, THAT'S PAGE 18.  IF YOU COULD BLOW UP THE TOP OF THAT.

03:09PM 4        AND CAN YOU READ INTO THE RECORD, MR. SLATTERY, THE TITLE

03:09PM 5    OF YOUR ARTICLE THAT WAS PUBLISHED?

03:09PM 6    A.    THE TITLE IS *FRIENDLIER THAN EVER*.  CISCO'S COMMUNICATION

03:09PM 7    SERVERS SUPPORT ENHANCED USER INTERFACE.

03:09PM 8    Q.    AND THAT'S YOUR NAME, TERRANCE SLATTERY, THERE?

03:09PM 9    A.    THAT IS ME, YES.

03:09PM 10   Q.    THERE'S A COMPANY CALLED CHESAPEAKE COMPUTER CONSULTANTS

03:09PM 11   WAS THAT THE NAME OF YOUR COMPANY AT THE TIME?

03:09PM 12   A.    YES, IT WAS.

03:09PM 13   Q.    AND THEN ON THE LEFT-HAND SIDE CAN YOU READ INTO THE RECORD

03:09PM 14   THE TEXT THAT APPEARS AT THE LEFT-HAND CORNER WITH THE NEW USER

03:09PM 15   INTERFACE?

03:09PM 16   A.    THE NEW USER INTERFACE FOR CISCO'S COMMUNICATION SERVERS

03:09PM 17   ALSO WILL BE SUPPORTED FOR ROUTERS IN A FUTURE SOFTWARE

03:09PM 18   RELEASE.

03:09PM 19   Q.    AND WHAT WAS THE PURPOSE OF YOU WRITING THIS ARTICLE THAT

03:09PM 20   WOULD BE PUBLISHED IN A CISCO PUBLICATION AT THE TIME?

03:09PM 21   A.    TO HELP COMMUNICATE THE NEW USER INTERFACE AND A LITTLE BIT

03:10PM 22   ABOUT HOW IT WORKS TO CISCO'S CUSTOMERS.

03:10PM 23   Q.    OKAY.  AND THEN LET'S TAKE A LOOK AT PAGE 18.  AT THE

03:10PM 24   BOTTOM THERE'S A COMMAND SYNTAX UP TO THE RIGHT, MR. FISHER, TO

03:10PM 25   THE RIGHT-HAND SIDE, SORRY.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:10PM   1       AND CAN YOU EXPLAIN WHAT YOU WERE DESCRIBING HERE WITH THE

03:10PM   2   SECTION TITLED COMMAND SYNTAX HELP?

03:10PM   3   A.    THIS IS SIMILAR TO THE DESCRIPTION I JUST GAVE, WHEN YOU

03:10PM   4   ARE TYPING A COMMAND IN, AT ANY POINT YOU CAN HIT QUESTION

03:10PM   5   MARK, AND IT WILL PROVIDE HELP FOR YOU INDICATING WHAT COMMANDS

03:10PM   6   OR WHAT WORDS ARE POSSIBLE IN A COMMAND AT THAT POINT.

03:10PM   7   Q.    AND THEN LET'S TAKE A LOOK AT THE EXAMPLES THAT ARE GIVEN

03:10PM   8   AT THE BOTTOM STARTING WITH EXAMPLE ONE.  IT'S A LITTLE BIT

03:10PM   9   HARD TO READ, BUT MAYBE YOU CAN DESCRIBE WHAT WE ARE SEEING

03:10PM   10  HERE TO THE JURY.

03:10PM   11  A.    YES.  SO THIS IS AN EXAMPLE OF SOMEONE WORKING THROUGH

03:10PM   12  INPUTTING A COMMAND, THE COMMAND APPEARS DOWN AT THE BOTTOM.

03:11PM   13  BUFFERS, SMALL, PERMANENT, 200.

03:11PM   14      IN THE OLD INTERFACE, YOU WOULD HAVE TO REMEMBER ALL OF

03:11PM   15  THOSE WORDS AND TYPE THEM IN EXACTLY.  WITH THE NEW INTERFACE,

03:11PM   16  YOU WOULD TYPE IN BUFFERS, AND THEN QUESTION MARK.  AND IT

03:11PM   17  SHOWS THAT YOU COULD DO BIG, HUGE, LARGE, MIDDLE, AND SMALL

03:11PM   18  BUFFERS.

03:11PM   19      SO THERE ARE DIFFERENT SIZES OF BUFFERS YOU CAN CONFIGURE.

03:11PM   20  AND THEN WE SELECTED SMALL, THEN HIT QUESTION MARK AGAIN.  AND

03:11PM   21  WE COULD SEE INITIAL BUFFERS, THEN THE HELP TEXT BESIDE THAT,

03:11PM   22  TEMPORARY BUFFERS, ALLOCATED AT SYSTEM RELOAD.

03:11PM   23      SO THAT WAS THE HELP THAT WE CREATED.  THE HELP TEXT.  AND

03:11PM   24  THAT WAS NEW FUNCTIONALITY THAT PREVIOUSLY DID NOT EXIST.

03:11PM   25  Q.    LET'S LOOK AT ONE MORE EXAMPLE WHICH IS I BELIEVE ON

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:11PM  1    PAGE 19, EXAMPLE TWO IN THE DOCUMENT.  THAT'S AT THE TOP.

03:11PM  2        AND CAN YOU WALK US BRIEFLY THROUGH THIS EXAMPLE TWO FROM

03:11PM  3    YOUR ARTICLE.

03:12PM  4    A.   SURE.

03:12PM  5        SO THE CISCO COMMAND, EVEN IN THE ORIGINAL PARSER, WOULD

03:12PM  6    ACCEPT ABBREVIATIONS OF COMMANDS.  SO AS LONG AS WHAT YOU HAD

03:12PM  7    TYPED IN WAS UNIQUE, IT WOULD ACCEPT THAT COMMAND.

03:12PM  8        SO HERE'S AN EXAMPLE WHERE WE ARE TYPING IN CO, AND GOSH, I

03:12PM  9    DON'T QUITE REMEMBER HOW TO SPELL THE REST OF IT, LET ME TYPE

03:12PM  10   QUESTION MARK.

03:12PM  11       WELL, I HAVE AN OPTION OF CONFIGURE, COMMENT OR COPY.  THEY

03:12PM  12   ALL START WITH THE LETTER CO.  AND THEN WE FINISH THE WORD

03:12PM  13   CONFIGURE, SPACE, THEN HIT QUESTION MARK.

03:12PM  14       WHAT ARE MY OPTIONS HERE?  I HAVE THREE OPTIONS, MEMORY,

03:12PM  15   NETWORK OR TERMINAL.  AND THEN THERE'S HELP TEXT ASSOCIATED

03:12PM  16   WITH EACH ONE OF THOSE.

03:12PM  17       I DECIDED TO PICK TERMINAL HERE, CONFIGURE FROM THE

03:12PM  18   TERMINAL, SO I'M GOING TO TYPE IN CONFIGURATION COMMANDS FROM

03:12PM  19   THE TERMINAL.  AND THEN WHEN I SAY, TERMINAL, I HIT ENTER, AND

03:12PM  20   THEN THE COMMAND PROMPT CHANGES.

03:12PM  21   Q.   AND WE TALKED ABOUT THAT WITH SOME OF THE OTHER WITNESSES.

03:12PM  22   SO NOW THIS CONFIG PROMPT, WHAT TYPE OF MODE DOES THAT INDICATE

03:13PM  23   TO THE USER AT THIS POINT?

03:13PM  24   A.   THE CISCO CLI HAD SEVERAL MODES TO IT.  SO THERE WAS THE

03:13PM  25   INITIAL EXECUTIVE MODE THAT ALLOWED YOU TO DO THINGS LIKE

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:13PM 1    TROUBLE SHOOTING OR SHOW COMMANDS, THINGS LIKE THAT.

03:13PM 2        THEN THERE'S THE CONFIGURATION MODE WHERE YOU ACTUALLY

03:13PM 3    CHANGE PERMANENTLY, THE CONFIGURATION OF THE BOX.  AND THEN

03:13PM 4    WITHIN CONFIGURATION MODE, THERE WERE OTHER CONFIGURATION MODES

03:13PM 5    FOR CONFIGURING INTERFACE OR CONFIGURING A ROUTING PROTOCOL.

03:13PM 6        SO ONE OF THE THINGS THAT ALWAYS BUGGED US WAS WE DIDN'T

03:13PM 7    QUITE REMEMBER ALL THE TIME WHAT MODE WE WERE IN, PARTICULARLY

03:13PM 8    IF SOMEONE CAME AND BUGGED US WITH A QUESTION AND I TURNED BACK

03:13PM 9    AROUND AND SAID OKAY, WHERE WAS I, WHAT WAS I DOING.

03:13PM 10       AND SO WHAT WE DID WAS WE ADDED IN THESE PROMPTS TO WHAT

03:13PM 11   MODE YOU WERE IN.

03:13PM 12   Q.   AND HAD YOU SEEN BEFORE YOUR WORK WITH CISCO, ANY TYPE OF

03:13PM 13   ROUTING OR NETWORKING EQUIPMENT THAT HAD A CONFIGURATION MODE

03:13PM 14   AND AN INTERFACE CONFIGURATION MODE?

03:13PM 15   A.   NO, I HAD NOT.  AND I DON'T RECALL ANY SYSTEM HAVING

03:14PM 16   PROMPTING THAT CHANGED LIKE THIS WHEN YOU CHANGED MODES.

03:14PM 17   Q.   AND FOCUSSING NOW ON THESE SPECIFIC HELP DESCRIPTIONS AND

03:14PM 18   WE SAW SOME EXAMPLES OF THAT, WHO CAME UP WITH THOSE HELP

03:14PM 19   DESCRIPTIONS BACK IN THIS TIME PERIOD OF 1990?

03:14PM 20   A.   MY TEAM DID.

03:14PM 21   Q.   OKAY.  AND THAT WAS YOU AND OTHERS WHO WERE WORKING WITH

03:14PM 22   YOU AT THE TIME?

03:14PM 23   A.   YES, AT CHESAPEAKE.

03:14PM 24   Q.   AT CHESAPEAKE.

03:14PM 25       AND YOU HAD A CONSULTING AGREEMENT WITH CISCO SO THE WORK

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:14PM  1    YOU WERE DOING WAS FOR CISCO AT THE TIME?

03:14PM  2    A.   THAT IS CORRECT.

03:14PM  3    Q.   OKAY.

03:14PM  4        AND CAN YOU WALK US THROUGH AT A HIGH LEVEL, WE ARE NOT

03:14PM  5    GOING TO OBVIOUSLY GO THROUGH EVERY HELP DESCRIPTION TODAY, BUT

03:14PM  6    CAN YOU WALK US THROUGH AT A HIGH LEVEL THE PROCESS YOU AND

03:14PM  7    YOUR TEAM USED TO COME UP WITH THESE SPECIFIC HELP DESCRIPTIONS

03:14PM  8    FOR YOUR SYSTEM?

03:14PM  9    A.   SURE.

03:14PM  10       WE USED TWO PRIMARY THINGS.  WE WOULD TAKE THE CISCO

03:14PM  11   DOCUMENTATION THAT CISCO HAD CREATED AND WE WOULD READ THAT

03:14PM  12   PARTICULAR COMMAND WE WERE IMPLEMENTING.

03:14PM  13       THEN WE WOULD ALSO LOOK AT THE CISCO SOURCE CODE FROM THE

03:15PM  14   OLD PARSER AND WE WOULD FIGURE OUT WHAT DID THE OLD SYSTEM DO,

03:15PM  15   MAKE SURE IT MATCHED WHAT THE TEXT IN THE MANUAL SAID, BECAUSE

03:15PM  16   SOMETIMES IT DIDN'T MATCH, WHICH WAS REALLY INTERESTING.  BUT

03:15PM  17   THEN WE MADE SURE THEY MATCHED.

03:15PM  18       THEN BASED ON THOSE TWO SOURCES OF INFORMATION, WE CREATED

03:15PM  19   THE TEXT FOR THE HELP.

03:15PM  20   Q.   AND WERE YOU JUST COPYING TEXT OUT OF MANUALS TO PUT INTO

03:15PM  21   THESE HELP DESCRIPTIONS OR WHAT WAS THE PROCESS THERE?

03:15PM  22   A.   NO, WE DID NOT.  AND THE REASON IS THAT THAT TEXT TYPICALLY

03:15PM  23   WAS A PARAGRAPH OR SEVERAL SENTENCES AND THE DISPLAYS IN THOSE

03:15PM  24   DAYS WERE FAIRLY SMALL, SO WE DIDN'T HAVE A LOT OF SCREEN REAL

03:15PM  25   ESTATE TO PUT OUT A LOT OF TEXT.

737

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:15PM  1    SO WHAT WE DID IS WE CREATED SOME SHORTER HELP TEXT TO PUT

03:15PM  2    ON THE SCREENS, JUST AS YOU SAW IN THE EXAMPLES.

03:15PM  3    Q.   AND WERE YOU CONSULTING ANY OTHER SOURCES OUTSIDE OF CISCO,

03:15PM  4    WERE YOU LOOKING AT INDUSTRY DOCUMENTS OR OTHER SYSTEMS WHEN

03:15PM  5    YOU WERE CREATING THESE HELP DESCRIPTIONS?

03:15PM  6    A.   NO, WE WERE NOT.

03:15PM  7    Q.   AND WAS THERE ANY TECHNICAL CONSTRAINT OR RESTRICTION OR

03:16PM  8    FUNCTIONAL DEMAND THAT SAID YOU HAVE TO USE THESE PARTICULAR

03:16PM  9    WORDS FOR ANY OF THESE HELP DESCRIPTIONS?

03:16PM  10   A.   NO.

03:16PM  11   Q.   I THINK GOOGLE IS WITH US EVERYWHERE.

03:16PM  12       AND DID CISCO TELL YOU ABOUT ANY SPECIFIC RESTRICTIONS OR

03:16PM  13   GUIDANCE ON THESE HELP DESCRIPTIONS THAT YOU WERE COMING UP

03:16PM  14   WITH AT THE TIME?

03:16PM  15   A.   NO.

03:16PM  16   Q.   AND HOW LONG DID THIS PROJECT TAKE?

03:16PM  17   A.   18 MONTHS.

03:16PM  18   Q.   OKAY.  AND HOW MANY PEOPLE WORKED ON THAT PROJECT?

03:16PM  19   A.   AVERAGED OUT, IT WAS BETWEEN 2 AND 4 PEOPLE AND AVERAGED

03:16PM  20   OUT ABOUT TWO AND A HALF PEOPLE, IF YOU WILL, FULL TIME

03:16PM  21   EQUIVALENCE.

03:16PM  22   Q.   AND HAVE YOU GOTTEN FEEDBACK OVER THE YEARS OF

03:16PM  23   CISCO-TRAINED CUSTOMERS OR ENGINEERS WHO HAVE HAD A CHANCE TO

03:16PM  24   WORK WITH THE INTERACTIVE HELP DESCRIPTIONS AND BE ABLE TO SEE

03:16PM  25   THESE HELP DESCRIPTIONS IN PLAY?

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:16PM  1          MR. KWUN:  OBJECTION, YOUR HONOR.  HEARSAY.

03:17PM  2          THE COURT:  I WILL LET HIM ANSWER THIS QUESTION AND

03:17PM  3     SEE WHERE IT GOES NEXT.  THIS IS A YES OR NO.

03:17PM  4          MR. PAK:  YES OR NO.

03:17PM  5          THE WITNESS:  PLEASE ASK THE QUESTION AGAIN.

03:17PM  6     BY MR. PAK:

03:17PM  7     Q.   LET ME PHRASE IT THIS WAY, YOUR HONOR.

03:17PM  8          AS ONE OF THE TEAM MEMBERS WHO WORKED ON THE INTERACTIVE

03:17PM  9     HELP DESCRIPTION AND AUTHORED THE HELP DESCRIPTION TEXT, HOW DO

03:17PM 10     YOU THINK THAT IMPROVED THE USER EXPERIENCE, FROM YOUR

03:17PM 11     PERSPECTIVE?

03:17PM 12     A.   IT CERTAINLY HAS HELPED ME A LOT, BECAUSE I DON'T HAVE TO

03:17PM 13     MEMORIZE THE HUNDREDS AND HUNDREDS OF COMMANDS THAT EXIST IN

03:17PM 14     THE INTERFACE.

03:17PM 15     Q.   AND CISCO HAS LOTS OF PRODUCTS, ISN'T THAT RIGHT?

03:17PM 16     A.   THEY HAVE LOT OF PRODUCTS.

03:17PM 17     Q.   SO THEY HAVE LOTS OF COMMANDS IN THEIR IOS AND OPERATING

03:17PM 18     SYSTEMS?

03:17PM 19     A.   AND MANY OF THESE COMMANDS ARE CHALLENGING TO REMEMBER ALL

03:17PM 20     THE PARAMETERS THAT GET INPUT.

03:17PM 21     Q.   I WANT TO SWITCH GEARS A LITTLE BIT AND TALK ABOUT

03:17PM 22     SOMETHING THAT WE MIGHT HAVE SEEN IN THIS CASE CALLED CCIE.

03:17PM 23     ARE YOU FAMILIAR WITH THAT ACRONYM?

03:17PM 24     A.   YES, I AM.

03:18PM 25     Q.   WHAT DOES CCIE STAND FOR?

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:18PM 1      A.    CCIE IS THE CISCO CERTIFIED INTERNET WORK EXPERT, AND IT'S

03:18PM 2      A PROGRAM THAT CISCO PUT TOGETHER TO IDENTIFY INDIVIDUALS WHO

03:18PM 3      ARE EXPERTS USING CISCO EQUIPMENT.

03:18PM 4      Q.    AND ARE YOU CERTIFIED PERSONALLY AS A CCIE EXPERT?

03:18PM 5      A.    YES, I AM.

03:18PM 6      Q.    OKAY.  AND WHEN DID YOU GET THAT CERTIFICATION?

03:18PM 7      A.    1993.

03:18PM 8      Q.    AND DO YOU KNOW HOW MANY OTHER PEOPLE IN THE WORLD HAD

03:18PM 9      TAKEN AND GOTTEN A CCIE CERTIFICATION BEFORE YOU?

03:18PM 10     A.    THE LAST TIME I CHECKED, THE NUMBER WAS OVER 40,000.

03:18PM 11     Q.    I'M TALKING ABOUT THE PEOPLE BEFORE YOU?

03:18PM 12     A.    OH, BEFORE ME, I'M SORRY.

03:18PM 13     Q.    YES.  SO WHAT YOU WERE TALKING ABOUT WAS 40,000 AFTER --

03:18PM 14     A.    TOTAL, YES.  THAT WAS THE LAST TIME I CHECKED.  THERE WAS

03:18PM 15     ONLY ONE IN FRONT OF ME, AND IT TURNS OUT THAT PERSON WAS

03:18PM 16     STEWART BIGS, HE PUT THE TEST TOGETHER, AND I'M THE FIRST

03:18PM 17     PERSON TO ACTUALLY GO AND TAKE THE TEST.

03:18PM 18          SO IN A WAY OF SAYING, I'M THE SECOND CCIE FROM SOME

03:18PM 19     PERSPECTIVES, AND I'M THE FIRST FROM A DIFFERENT PERSPECTIVE.

03:19PM 20     Q.    AND GENERALLY SPEAKING DOES CCIE TRAINING INVOLVE TRAINING

03:19PM 21     ON BASIC NETWORK PROTOCOLS AND CONCEPTS AND SO ON AS WELL AS

03:19PM 22     SPECIFIC TRAINING ON THE CLI?

03:19PM 23     A.    YES, IT DOES.

03:19PM 24     Q.    OKAY.  AND YOU MENTIONED THAT YOU GOT THE CCIE

03:19PM 25     CERTIFICATION IN 1993.  HAVE YOU REMAINED CCIE CERTIFIED SINCE

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:19PM 1    THEN?

03:19PM 2    A.   YES, I AM.

03:19PM 3    Q.   OKAY.  AND I THINK YOU MENTIONED THIS, BUT TO YOUR

03:19PM 4    KNOWLEDGE THERE ARE AROUND 40,000 OR MORE THAN 40,000 CCIE'S

03:19PM 5    AROUND THE WORLD?

03:19PM 6    A.   YES.

03:19PM 7    Q.   IN YOUR COURSE -- IN THE COURSE OF YOUR WORK AS A NETWORK

03:19PM 8    ENGINEER, HAVE YOU BECOME FAMILIAR WITH USER INTERFACES OTHER

03:19PM 9    THAN CISCO'S FOR NETWORKING EQUIPMENT?

03:19PM 10   A.   YES.

03:19PM 11   Q.   AND WHICH ONES IN PARTICULAR?

03:19PM 12   A.   I'VE SEEN THE JUNIPER INTERFACE, F5, PALO ALTO, THOSE ARE

03:19PM 13   THE ONES THAT COME TO MIND OFF HAND.

03:19PM 14   Q.   AND AS PART OF YOUR WORK AS A NETWORKING CONSULTANT, WHEN

03:20PM 15   YOU LOOK AT THE JUNIPER USER INTERFACE, WHAT TYPE OF OPERATING

03:20PM 16   SYSTEM IS THAT, THAT JUNIPER RUNS, DO YOU KNOW?

03:20PM 17           MR. KWUN:  OBJECTION, YOUR HONOR.

03:20PM 18       THIS IS EXPERT TESTIMONY.

03:20PM 19           MR. PAK:  THIS IS BASED ON HIS PERSONAL EXPERIENCE,

03:20PM 20   YOUR HONOR.

03:20PM 21           THE COURT:  WE ARE JUST TALKING AT A HIGH LEVEL?

03:20PM 22           MR. PAK:  YES.

03:20PM 23           THE COURT:  I WILL ALLOW THAT AT A HIGH LEVEL.

03:20PM 24   OVERRULED.

03:20PM 25           THE WITNESS:  I THINK THEY CALL THEIR SYSTEM JUNOS.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:20PM 1    J-U-N-O-S.

03:20PM 2    BY MR. PAK:

03:20PM 3    Q.   AND AS A NETWORKING CONSULTANT, WHEN YOU USE THE JUNEOS

03:20PM 4    USER INTERFACE FROM JUNIPER, HOW DOES THAT EXPERIENCE COMPARE

03:20PM 5    TO THE EXPERIENCE OF USING A CISCO USER INTERFACE?

03:20PM 6            MR. KWUN:  OBJECTION, YOUR HONOR.  FOUNDATION.

03:20PM 7        IT'S ALSO VERGING FURTHER INTO THE EXPERT TESTIMONY.

03:20PM 8            THE COURT:  OVERRULED.  JUST BASED ON YOUR PERSONAL

03:20PM 9    EXPERIENCE.

03:20PM 10           THE WITNESS:  OKAY.  BASED ON MY PERSONAL EXPERIENCE,

03:20PM 11   THE JUNIPER COMMAND SYNTAX IS VASTLY DIFFERENT THAN THE CISCO

03:20PM 12   COMMAND SYNTAX.

03:20PM 13       THE INTERACTIVE FEATURES OF BEING ABLE TO EDIT THE COMMAND

03:21PM 14   LINES EXIST IN BOTH PRODUCTS, SO THAT SORT OF FUNCTIONALITY IS

03:21PM 15   SIMILAR, BUT THE COMMANDS ARE VERY, VERY DIFFERENT FOR DOING

03:21PM 16   EQUIVALENT FUNCTIONS.

03:21PM 17   BY MR. PAK:

03:21PM 18   Q.   OKAY.  AND ARE YOU FAMILIAR WITH, THIS AGAIN, THIS IS BASED

03:21PM 19   ON YOUR PERSONAL EXPERIENCE, MR. SLATTERY, ARE YOU FAMILIAR

03:21PM 20   WITH ANY SPECIFIC COMMANDS THAT YOU'VE USED THAT IS DIFFERENT

03:21PM 21   BETWEEN CISCO'S USER INTERFACE AND THE JUNIPER USER INTERFACE?

03:21PM 22   A.   ON THE CISCO SIDE, ONE IN PARTICULAR THAT I RECALL, IT'S

03:21PM 23   VERY SIMPLE, YOU TYPICALLY NETWORKS GIVE A NAME TO EACH ONE OF

03:21PM 24   THE NETWORK COMPONENTS SO THAT YOU CAN UNIQUELY IDENTIFY IT IN

03:21PM 25   A VARIETY OF WAYS FOR A VARIETY OF PURPOSES.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:21PM 1      SO THERE'S A COMMAND CALLED HOST NAME, AND YOU GIVE IT THE

03:21PM 2  NAME OF THE SYSTEM.  CISCO'S IS EXACTLY THAT, HOST NAME, AND

03:21PM 3  THEN THE NAME YOU GIVE IT.

03:21PM 4      ON THE JUNOS SYSTEM, THERE ARE TWO DIFFERENT MECHANISMS,

03:22PM 5  BUT THE SIMPLEST ONE IS SET, HOST NAME, THEN THE NAME OF THE

03:22PM 6  BOX.

03:22PM 7  Q.  THEY PERFORM THE SAME FUNCTION BUT THEY USE DIFFERENT

03:22PM 8  COMMANDS?

03:22PM 9  A.  YES.

03:22PM 10 Q.  I THINK WE'VE SEEN THIS IN THE CASE, BUT MR. SLATTERY, HAVE

03:22PM 11 YOU WRITTEN SOME ARTICLES ABOUT CISCO'S POSITION AS A MARKET

03:22PM 12 LEADER, PARTICULARLY WITH RESPECT TO THE CLI?

03:22PM 13 A.  YES.

03:22PM 14 Q.  OKAY.  AND DO YOU RECALL IN SOME OF THOSE ARTICLES YOU

03:22PM 15 TALKED ABOUT OTHER COMPANIES POSSIBLY EMULATING WHAT CISCO HAD

03:22PM 16 DONE IN TERMS OF THE CLI?

03:22PM 17 A.  YES.

03:22PM 18 Q.  WHAT DID YOU MEAN WHEN YOU SAID THAT OTHER COMPANIES TRY TO

03:22PM 19 EMULATE WHAT CISCO HAS DONE WITH THEIR CLI?

03:22PM 20 A.  I MEANT -- OKAY.  EMULATION, TO ME, MEANS THAT THE

03:22PM 21 FUNCTIONALITY IS SOMEWHAT SIMILAR, BUT IT IS NOT A DIRECT COPY.

03:22PM 22     SO FOR ME, HAVING INTERACTIVE HELP, BEING ABLE TO EDIT THE

03:23PM 23 COMMANDS, THINGS LIKE THAT ARE PART OF THE EMULATION.  THE FACT

03:23PM 24 THAT THE COMMANDS SYNTAX ARE DIFFERENT, DOESN'T MATTER A WHOLE

03:23PM 25 LOT TO ME.

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:23PM  1    Q.   OKAY.  AND DID YOU MEAN EMULATE TO MEAN COPY WHEN YOU WROTE

03:23PM  2    THOSE WORDS?

03:23PM  3    A.   NO, SPECIFICALLY NOT.

03:23PM  4    Q.   AND WERE YOU SPECIFICALLY SUGGESTING IN THOSE ARTICLES THAT

03:23PM  5    OTHER COMPANIES SHOULD COPY THE CISCO COMMANDS, THE CISCO

03:23PM  6    OUTPUTS, AND THE CISCO HELP DESCRIPTIONS THAT YOU HELPED TO

03:23PM  7    CREATE?

03:23PM  8    A.   NO.

03:23PM  9          MR. PAK:  WITH THAT, YOUR HONOR, I PASS THE WITNESS.

03:23PM  10          THE COURT:  THANK YOU.

03:23PM  11        MR. KWUN, CROSS-EXAMINATION?

03:23PM  12          MR. KWUN:  YOUR HONOR, MAY I APPROACH THE WITNESS?

03:23PM  13          THE COURT:  YES.

03:23PM  14

03:23PM  15              **CROSS-EXAMINATION BY MR. KWUN**

03:24PM  16

03:24PM  17    Q.   MR. SLATTERY, WE HAVEN'T MET BEFORE, HAVE WE?

03:24PM  18    A.   NOT TO MY KNOWLEDGE.

03:24PM  19    Q.   LET ME INTRODUCE MYSELF.  MY NAME IS MICHAEL KWUN.  I'M ONE

03:24PM  20    OF THE ATTORNEYS REPRESENTING ARISTA IN THIS CASE.

03:24PM  21    A.   GOOD TO MEET YOU.

03:24PM  22    Q.   GOOD AFTERNOON.

03:24PM  23        SO YOU TESTIFIED THAT YOU CONTRACTED WITH CISCO IN 1990 TO

03:24PM  24    WORK ON THE CLI; IS THAT CORRECT?

03:24PM  25    A.   YES.

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:24PM  1    Q.   AND YOU MENTIONED YOU HAD A TEAM OF UP TO FOUR PEOPLE, THAT

03:24PM  2    WAS INCLUDING YOURSELF, CORRECT?

03:24PM  3    A.   THAT IS CORRECT.

03:24PM  4    Q.   AND THE OTHER THREE PEOPLE, THAT WAS BRENT PICALLO, ROBERT

03:24PM  5    WHITMER AND PETER WALTRIP?

03:24PM  6    A.   CORRECT.

03:24PM  7    Q.   WHEN WAS THE LAST TIME YOU SPOKE TO ANY OF THOSE THREE

03:25PM  8    GENTLEMAN ABOUT THIS PROJECT?

03:25PM  9    A.   I THINK I ASKED ROBERT WHITMER OR SOMETHING IN AN E-MAIL

03:25PM  10   THREE WEEKS AGO.

03:25PM  11   Q.   WHAT ABOUT THE OTHERS?

03:25PM  12   A.   NO.  I DON'T KNOW WHERE BRENT IS THESE DAYS.

03:25PM  13   Q.   SO IT WOULD HAVE BEEN OVER A DECADE?

03:25PM  14   A.   YES.

03:25PM  15   Q.   AND ASIDE FROM YOUR E-MAIL WITH MR. WHITMER THREE WEEKS

03:25PM  16   AGO, WHEN WAS THE LAST COMMUNICATION YOU HAD WITH HIM ABOUT

03:25PM  17   THIS PROJECT?

03:25PM  18   A.   ABOUT THIS PROJECT?  BEGINNING OF THIS YEAR.

03:25PM  19   Q.   HOW ABOUT BEFORE THIS LAWSUIT WAS FILED?

03:25PM  20   A.   NO.

03:25PM  21   Q.   AGAIN, DECADES?

03:25PM  22   A.   I GUESS YOU NEED TO CLARIFY FOR ME.  I DON'T UNDERSTAND

03:25PM  23   WHAT KIND OF COMMUNICATIONS YOU ARE ASKING FOR HERE.

03:25PM  24   Q.   COMMUNICATIONS ABOUT THE WORK THAT YOU DID FOR CISCO THAT

03:25PM  25   YOU ALL DID FOR CISCO BETWEEN 1990 AND '91?

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:25PM 1    A.   NO, WE BASICALLY HAVE NOT TALKED ABOUT IT VERY MUCH SINCE

03:26PM 2    THE TIME THAT WE FINISHED THE PROJECT.

03:26PM 3    Q.   AND YOU SAID THAT THE PROJECT THAT YOU WORKED ON, YOU AND

03:26PM 4    YOUR TEAM, THAT THAT TOOK ABOUT 18 MONTHS?

03:26PM 5    A.   YES.

03:26PM 6    Q.   AND YOUR TASK WAS TO REBUILD THE CISCO CLI PARSER, CORRECT?

03:26PM 7    A.   YES.

03:26PM 8    Q.   DURING THAT 18-MONTH PROJECT, YOU AND YOUR TEAM DIDN'T

03:26PM 9    DEVELOP ANY NEW COMMANDS, JUST SOME NEW FUNCTIONALITY; IS THAT

03:26PM 10   CORRECT?

03:26PM 11   A.   THAT IS NOT CORRECT.

03:26PM 12   Q.   WHAT COMMANDS DID YOU ADD?

03:26PM 13   A.   WE ADDED A FEW COMMANDS TO ENABLE TURNING ON COMMAND

03:26PM 14   EDITING AND TURNING OFF COMMAND EDITING.  SO THERE WERE SOME, I

03:26PM 15   THINK IT WAS FOUR OR FIVE COMMANDS THAT WE ADDED.

03:26PM 16   Q.   OTHER THAN COMMANDS RELATED TO THE NEW EDITING

03:26PM 17   FUNCTIONALITY THAT YOUR TEAM ADDED, YOU DIDN'T ADD ANY NEW

03:26PM 18   COMMANDS TO THE CLI; IS THAT CORRECT?

03:26PM 19   A.   THAT'S CORRECT.

03:26PM 20   Q.   YOU MENTIONED THAT YOU WERE TOLD TO MAKE THE CLI

03:27PM 21   100 PERCENT BACKWARDS COMPATIBLE; DO YOU REMEMBER THAT?

03:27PM 22   A.   YES.

03:27PM 23   Q.   AND TO MEET THAT GOAL OF 100 PERCENT BACKWARDS

03:27PM 24   COMPATIBILITY, YOU AND YOUR TEAM HAD TO USE ALL OF THE SAME

03:27PM 25   USER COMMANDS THAT WERE RECOGNIZED IN THE PRIOR SYSTEM,

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:27PM 1    CORRECT?

03:27PM 2    A.   RIGHT.

03:27PM 3    Q.   AND IN FACT, ISN'T IT TRUE THAT CISCO HASN'T IDENTIFIED YOU

03:27PM 4    AS THE AUTHOR OF SOME OF THE COMMAND NAMES THAT ARE AT ISSUE IN

03:27PM 5    THIS CASE?

03:27PM 6    A.   I'M SORRY, ASK THAT A LITTLE BIT SLOWER.  I'M NOT SURE I

03:27PM 7    FOLLOWED IT.

03:27PM 8    Q.   YES.

03:27PM 9         ISN'T IT TRUE THAT CISCO, IN THIS CASE, HAS NOT IDENTIFIED

03:27PM 10   YOU AS THE AUTHOR OF ANY OF THE COMMAND NAMES THAT IT CLAIMS

03:27PM 11   THAT ARISTA COPIED?

03:27PM 12   A.   I'M NOT SURE, I DON'T HAVE VISIBILITY INTO THAT.

03:27PM 13   Q.   SO LET'S TURN TO THE HELP DESCRIPTIONS THAT YOU WERE

03:27PM 14   TALKING ABOUT.  THESE ARE THE DESCRIPTIONS THAT YOU GET WHEN

03:27PM 15   YOU TYPE IN A QUESTION MARK IN THE CLI, CORRECT?

03:28PM 16   A.   CORRECT.

03:28PM 17   Q.   AND YOU TESTIFIED THAT YOU AND YOUR TEAM WROTE THOSE

03:28PM 18   DESCRIPTIONS, THE ACTUAL TEXT, CORRECT?

03:28PM 19   A.   CORRECT.

03:28PM 20   Q.   AND YOU ALSO TESTIFIED THAT THERE'S A LIMITED AMOUNT OF

03:28PM 21   SPACE THAT YOU HAVE IN WHICH TO WRITE THAT TEXT?

03:28PM 22   A.   WE WANTED TO KEEP IT FAIRLY BRIEF, BUT WE NEEDED IT TO BE

03:28PM 23   DESCRIPTIVE ENOUGH SO THAT SOMEONE UNDERSTOOD WHAT THE OPTION

03:28PM 24   WAS IN THE COMMAND.

03:28PM 25   Q.   BUT RATHER THAN HAVING A PARAGRAPH OF TEXT, IT WAS

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:28PM  1    IMPORTANT TO KEEP IT TO A LINE OR TWO AND THAT WAS ONLY ON THE

03:28PM  2    RIGHT SIDE OF THE SCREEN; ISN'T THAT TRUE?

03:28PM  3    A.   THAT IS CORRECT.

03:28PM  4    Q.   SO THAT WAS A CONSTRAINT ON THE CHOICE US YOU COULD MAKE IN

03:28PM  5    TERMS OF THE TEXT YOU CHOSE; ISN'T THAT TRUE?

03:28PM  6    A.   YES.

03:28PM  7    Q.   AND SINCE THIS PROJECT WAS IN THE EARLY NINETIES, THIS

03:28PM  8    WOULD HAVE BEEN A LONG TIME AGO THAT THESE TEXT STRINGS WERE

03:28PM  9    WRITTEN, CORRECT?

03:28PM  10   A.   IT DEPENDS ON YOUR PERSPECTIVE AS TO WHETHER IT'S A LONG

03:28PM  11   TIME OR NOT.  AS I GROW OLDER, SOMETIMES IT DOESN'T SEEM LIKE

03:29PM  12   IT'S THAT FAR BACK.

03:29PM  13   Q.   FAIR ENOUGH.

03:29PM  14        AND ISN'T IT TRUE THAT SITTING HERE TODAY, YOU CAN'T

03:29PM  15   REMEMBER WHETHER YOU PERSONALLY WROTE SOME OF THAT TEXT OR

03:29PM  16   WHETHER IT WAS OTHER MEMBERS ON YOUR TEAM?

03:29PM  17   A.   I CAN TELL WHICH ONES I WROTE BECAUSE AS IT TURNS OUT THEY

03:29PM  18   ARE ABOUT A MONTH -- NO, ACTUALLY, ABOUT A WEEK AND A HALF AGO

03:29PM  19   I FOUND MY 8.3 MANUALS.  IN THOSE MANUALS, WE STARTED AT THE

03:29PM  20   FRONT AND I CHECKED OFF, BECAUSE I STARTED WITH THAT MANUAL, I

03:29PM  21   CHECKED OFF THE COMMANDS THAT I DID.

03:29PM  22        AND SO I ACTUALLY HAVE ONE PLACE WHERE I PUT IN WHAT, THERE

03:29PM  23   WAS A COMMAND MISSING FROM THE SUMMARY SECTION OF THE DOCUMENT,

03:29PM  24   AND I ACTUALLY WROTE IN, INCLUDING ITS HELP TEXT, WHAT THAT

03:29PM  25   COMMAND WAS.

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:29PM 1    Q.   AND YOU WERE -- YOU WERE SERVED WITH A SUBPOENA IN THIS

03:29PM 2    CASE BEFORE YOUR DEPOSITION; ISN'T THAT TRUE?

03:29PM 3    A.   YES.

03:29PM 4    Q.   AND YOU WERE ASKED TO PRODUCE DOCUMENTS IN THIS CASE, ISN'T

03:29PM 5    THAT TRUE?

03:29PM 6    A.   YES.

03:29PM 7    Q.   AND YOU DID NOT PRODUCE THAT MANUAL; ISN'T THAT TRUE?

03:29PM 8    A.   THAT IS CORRECT.

03:29PM 9         MR. KWUN:   YOUR HONOR, I WOULD MOVE TO STRIKE THE

03:30PM 10   TESTIMONY REGARDING THE MANUAL BECAUSE THOSE DOCUMENTS WEREN'T

03:30PM 11   DISCLOSED.

03:30PM 12        THE COURT:   GRANTED.   SUSTAINED.   IT WILL BE

03:30PM 13   STRICKEN.

03:30PM 14        LADIES AND GENTLEMEN, YOU ARE TO DISREGARD THE TESTIMONY

03:30PM 15   JUST GIVEN BY THE WITNESS.

03:30PM 16        BY MR. KWUN:

03:30PM 17   Q.   MR. SLATTERY, AT YOUR DEPOSITION IN JANUARY OF THIS YEAR,

03:30PM 18   ISN'T IT TRUE THAT YOU TESTIFIED THAT FOR RESPONSES TO THE HELP

03:30PM 19   COMMAND, NOT THE QUESTION MARK, BUT THE HELP COMMAND, YOU

03:30PM 20   DIDN'T KNOW WHETHER IT WAS YOU OR YOUR TEAM MEMBERS WHO HAD

03:30PM 21   WRITTEN THE HELP RESPONSES?

03:30PM 22   A.   OKAY.

03:30PM 23   Q.   AND YOU HAVE NO PERSONAL KNOWLEDGE OF WHAT YOUR TEAM

03:30PM 24   MEMBERS WERE THINKING WHEN THEY WROTE ANY TEXT THAT THEY MAY

03:30PM 25   HAVE WRITTEN; ISN'T THAT TRUE?

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:30PM 1    A.   CORRECT.

03:30PM 2    Q.   SO LET'S TAKE AN EXAMPLE.  ARE YOU FAMILIAR WITH THE TEXT,

03:30PM 3    ENABLE IP ROUTING?

03:30PM 4    A.   YES.

03:30PM 5    Q.   AND THAT'S HELP DESCRIPTION TEXT THAT CAN APPEAR IN THE

03:30PM 6    CLI; ISN'T THAT TRUE?

03:30PM 7    A.   YES.

03:30PM 8    Q.   AND IF THAT WAS ONE OF YOUR TEAM MEMBERS WHO WROTE THAT,

03:31PM 9    YOU WOULD HAVE NO REASON, NO PERSONAL KNOWLEDGE, EXCUSE ME, OF

03:31PM 10   ANY REASONS THEY MIGHT HAVE HAD FOR CHOOSING THOSE WORDS?

03:31PM 11   A.   CORRECT.

03:31PM 12   Q.   BUT ENABLE IP ROUTING THAT WOULD BE SOME TEXT YOU WOULD SEE

03:31PM 13   FOR THE COMMAND IP ROUTING?

03:31PM 14   A.   IT COULD BE.

03:31PM 15   Q.   AND THAT'S A PRETTY STRAIGHTFORWARD DESCRIPTION OF WHAT THE

03:31PM 16   IP ROUTING COMMAND DOES, ISN'T IT?

03:31PM 17   A.   YES.

03:31PM 18   Q.   LET'S TRY ANOTHER EXAMPLE.

03:31PM 19       THE IP ADDRESS COMMAND, IS USED IN THE CISCO CLI TO SET THE

03:31PM 20   IP ADDRESS OF AN INTERFACE, CORRECT?

03:31PM 21   A.   YES.

03:31PM 22   Q.   AND THE HELP DESCRIPTION TEXT FOR THE IP ROUTING -- EXCUSE

03:31PM 23   ME, THE IP ADDRESS COMMAND, IS "SET THE IP ADDRESS OF AN

03:31PM 24   INTERFACE", CORRECT?

03:31PM 25   A.   I WILL ASSUME SO.  I DON'T HAVE A COPY OF THE INTERFACE IN

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:31PM 1    FRONT OF ME TO VALIDATE THAT.

03:31PM 2    Q.    BUT THAT TEXT, SET THE IP ADDRESS OF AN INTERFACE, THAT'S

03:32PM 3    ALSO SOME PRETTY STRAIGHTFORWARD TEXT EXPLAINING WHAT THE IP

03:32PM 4    ADDRESS COMMAND DOES?

03:32PM 5    A.    YES.

03:32PM 6    Q.    YOU ALSO MENTIONED IN YOUR TESTIMONY THAT AS A RESULT OF

03:32PM 7    THE SYSTEM THAT YOUR TEAM ADDED, THE MANUAL IS LESS LIKELY TO

03:32PM 8    BE NEEDED BY A NETWORK OPERATOR, CORRECT?

03:32PM 9        THEY DON'T NEED IT TO BE SITTING NEXT TO THEM AS THEY ARE

03:32PM 10   CONFIGURING A SWITCH, CORRECT?

03:32PM 11   A.    CORRECT.

03:32PM 12   Q.    SO WITH THIS SYSTEM, THE IMPORTANCE OF HAVING READY ACCESS

03:32PM 13   TO A MANUAL BECOMES LESS IMPORTANT FOR THE NETWORK USERS,

03:32PM 14   CORRECT?

03:32PM 15   A.    ON DAILY OPERATIONS, YES.

03:32PM 16   Q.    MR. SLATTERY, YOU WOULD AGREE, WOULDN'T YOU, THAT IT'S

03:32PM 17   USEFUL FOR CUSTOMERS TO HAVE A CHOICE ABOUT WHICH SWITCH TO

03:32PM 18   BUY?

03:32PM 19   A.    YES.

03:32PM 20   Q.    AND IN FACT, YOU'VE WORKED WITH COMPANIES THAT HAVE

03:32PM 21   EQUIPMENT FROM JUNIPER AND FROM CISCO ON THEIR NETWORK AND

03:32PM 22   THOSE COMPANIES WERE ABLE TO GET BETTER PRICES AS A RESULT FROM

03:32PM 23   JUNIPER AND FROM CISCO, ISN'T THAT TRUE?

03:33PM 24   A.    I DON'T HAVE ANY INFORMATION REGARDING WHETHER THAT IS TRUE

03:33PM 25   OR NOT.

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:33PM   1          MR. KWUN:  YOUR HONOR, I WOULD LIKE TO READ TO THE

03:33PM   2    WITNESS FROM HIS JANUARY 6, 2016, DEPOSITION.  FROM PAGES 41,

03:33PM   3    LINE 22, TO PAGE 42, LINE 3.

03:33PM   4          THE COURT:  OKAY.

03:33PM   5          MR. PAK:  JUST TO MAKE SURE THE WITNESS HAS A COPY OF

03:33PM   6    THE DEPOSITION.

03:33PM   7          THE COURT:  DOES THE WITNESS HAVE IT?

03:33PM   8          THE WITNESS:  YES.

03:33PM   9          MR. KWUN:  STARTING ON PAGE 41, IF YOU WOULD LIKE TO

03:33PM  10    FOLLOW ALONG.  THERE'S LINE NUMBERS ON THE LEFT SIDE.  I'M

03:33PM  11    STARTING AT LINE NUMBER 22.

03:33PM  12          "QUESTION:  DO YOU RECALL WHY THE COMPANY OR

03:33PM  13    COMPANIES THAT YOU RECALL WITH CISCO AND JUNIPER EQUIPMENT, HAD

03:33PM  14    SUCH A NETWORK WITH TWO DIFFERENT MANUFACTURES'S EQUIPMENT?

03:33PM  15          "ANSWER:  IT GAVE THEM AN ADVANTAGE WORKING WITH BOTH

03:33PM  16    COMPANIES, BOTH CISCO AND JUNIPER IN GETTING BETTER PRICING."

03:33PM  17       THAT WAS YOUR TESTIMONY?

03:33PM  18    A.   THAT IS CORRECT.

03:33PM  19    Q.   AND YOU WERE UNDER OATH AT THE TIME YOU GAVE THAT

03:33PM  20    TESTIMONY, ISN'T THAT TRUE?

03:33PM  21    A.   THAT IS CORRECT.

03:33PM  22    Q.   AND DO YOU STAND BY THAT TESTIMONY?

03:33PM  23    A.   YES, I DO.

03:34PM  24    Q.   ISN'T IT TRUE THAT ALMOST ALL OF YOUR CURRENT CUSTOMERS

03:34PM  25    HAVE MULTI VENDOR NETWORKS?

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:34PM  1    A.  YES.

03:34PM  2    Q.  IF YOU COULD TURN IN THE LARGER BINDER THAT YOU HAVE, TO

03:34PM  3    EXHIBIT 5067.  THIS IS A -- THIS APPEARS TO BE AN ARTICLE THAT

03:34PM  4    YOU WROTE, ISN'T IT TRUE?

03:34PM  5    A.  YES.

03:34PM  6    Q.  AND IT'S CALLED THE HISTORY OF THE CISCO CLI?

03:34PM  7    A.  YES.

03:34PM  8    Q.  IT'S IN A WEBSITE CALLED CCIE FLYER?

03:34PM  9    A.  YES.

03:34PM  10   Q.  AND IT APPEARS THAT THIS IS AN ARTICLE THAT YOU WROTE,

03:34PM  11   WHILE THE HISTORY IS AN ARTICLE YOU WROTE IN 2007 WITH AN

03:34PM  12   INTRODUCTION YOU ADDED IN 2009; IS THAT CORRECT?

03:34PM  13   A.  I KNOW THIS IS FROM 2009.  NOW ARE YOU REFERRING TO THE

03:34PM  14   2007 DATE DUE TO THE BLOG THAT WAS DONE IN 2007.

03:35PM  15   Q.  I AM.

03:35PM  16   A.  OKAY.  THEN YES.

03:35PM  17        MR. KWUN:  YOUR HONOR, I WOULD OFFER EXHIBIT 5067

03:35PM  18   INTO THE RECORD.

03:35PM  19        MR. PAK:  NO OBJECTION, YOUR HONOR.

03:35PM  20        THE COURT:  IT WILL BE ADMITTED.

03:35PM  21      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5067, HAVING BEEN

03:35PM  22   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:35PM  23   EVIDENCE.)

03:35PM  24        BY MR. KWUN:

03:35PM  25   Q.  ALL RIGHT.  IF YOU CAN SEE ON THAT FIRST PAGE, ON THAT

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:35PM   1    FIRST PAGE YOU SAY THAT, THIS IS BELOW THE HEADING, THE HISTORY

03:35PM   2    OF THE CISCO CLI.

03:35PM   3        YOU SAY, I DON'T THINK MANY PEOPLE KNOW THE HISTORY OF THE

03:35PM   4    CISCO CLI AND THE IMPACT IT HAS HAD ON THE INDUSTRY.

03:35PM   5        DO YOU SEE THAT?

03:35PM   6    A.   YES.

03:35PM   7    Q.   AND HERE'S WHERE YOU SAY, OTHER COMPANIES ARE EMULATING IT

03:35PM   8    AS EVIDENCED BY RECENT ARTICLES ON THE TOPIC, CORRECT?

03:35PM   9    A.   YES.

03:35PM   10   Q.   SO YOU WERE AWARE THAT OTHER COMPANIES WERE EMULATING THE

03:35PM   11   CISCO CLI, CORRECT?

03:35PM   12   A.   YES.

03:35PM   13   Q.   AND YOU ALSO SAY IN THIS ARTICLE THAT NETWORK ENGINEERS

03:36PM   14   TYPICALLY BECOME EXPERTS IN CISCO CLI FIRST THEN MOVE ON --

03:36PM   15   EXCUSE ME.  THEN MOVE TO OTHER VENDOR GEAR, SO IT MAKES SENSE

03:36PM   16   TO EMULATE IT; ISN'T IT TRUE?

03:36PM   17   A.   YES.

03:36PM   18   Q.   WHEN YOU SAY IT MAKES SENSE TO EMULATE IT, YOU MEAN IT

03:36PM   19   MAKES SENSE FOR OTHER NETWORKING COMPANIES TO EMULATE THE CISCO

03:36PM   20   CLI, CORRECT?

03:36PM   21   A.   YES.

03:36PM   22   Q.   AND ISN'T IT TRUE THAT THE MAIN REASON MOST NETWORK

03:36PM   23   ENGINEERS LEARN CISCO CLI FIRST IS DUE TO CISCO'S DOMINANCE IN

03:36PM   24   THE MARKET?

03:36PM   25   A.   THEY ARE THE LARGEST MARKET SHARE, SO I THINK A LOT OF

CROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:36PM 1    PEOPLE GET EXPOSURE TO THAT, YES.

03:36PM 2    Q.   MR. SLATTERY, ISN'T IT TRUE THAT YOU HAVE NO EXPERIENCE

03:36PM 3    WHATSOEVER ON ARISTA EQUIPMENT?

03:36PM 4    A.   THAT'S CORRECT.

03:36PM 5    Q.   AND YOU'VE NEVER PERSONALLY CONFIGURED OR MANAGED A JUNIPER

03:36PM 6    SWITCH EITHER ISN'T IT TRUE?

03:37PM 7    A.   I HAVE LOOKED AT THE CONFIGURATIONS BUT I HAVE NOT

03:37PM 8    PERSONALLY CONFIGURED ONE.

03:37PM 9    Q.   AND YOU'VE NEVER PERSONALLY CONFIGURED OR MANAGED A BROCADE

03:37PM 10   ROUTER EITHER, HAVE YOU?

03:37PM 11   A.   NO, I HAVE NOT.

03:37PM 12   Q.   AND YOU'VE NEVER PERSONALLY CONFIGURED OR MANAGED AN HP

03:37PM 13   ROUTER, ISN'T IT TRUE?

03:37PM 14   A.   THAT IS CORRECT.

03:37PM 15   Q.   MR. SLATTERY, WOULDN'T YOU AGREE THAT THE ENTIRE NETWORK

03:37PM 16   INDUSTRY IS GOING THROUGH MASSIVE CHANGES TODAY WITH SOFTWARE

03:37PM 17   DEFINED NETWORKING?

03:37PM 18   A.   I DO.

03:37PM 19   Q.   AND YOU WOULD AGREE, WOULDN'T YOU, THAT SOFTWARE DEFINED

03:37PM 20   NETWORKING IS CHANGING THE NETWORKING INDUSTRY AND CHANGING HOW

03:37PM 21   YOU CONTROL AND MANAGE A NETWORK; ISN'T THAT TRUE?

03:37PM 22   A.   YES.

03:37PM 23   Q.   AND IN FACT, YOU WOULDN'T START A COMPANY TODAY THAT DID A

03:37PM 24   USER INTERFACE LIKE CISCO'S; ISN'T THAT RIGHT?

03:37PM 25   A.   I THINK THAT'S WHAT I SAID BEFORE, YES.

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:37PM  1    Q.  AND WHEN YOU SAID IT, THAT YOU BELIEVED IT?

03:37PM  2    A.  YES.

03:37PM  3    Q.  AND YOU BELIEVE IT TODAY?

03:37PM  4    A.  UH-HUH.

03:38PM  5          MR. KWUN:  NO FURTHER QUESTIONS, YOUR HONOR.

03:38PM  6          THE COURT:  REDIRECT FOR THIS WITNESS, MR. PAK?

03:38PM  7          MR. PAK:  JUST QUICK FOLLOW UP.

03:38PM  8          THE COURT:  OKAY.

03:38PM  9

03:38PM  10          **REDIRECT EXAMINATION BY MR. PAK**

03:38PM  11

03:38PM  12    BY MR. PAK:

03:38PM  13    Q.  SO LET ME MAKE IT CLEAR, YOU WOULDN'T START A COMPANY THAT

03:38PM  14    WOULD USE CISCO'S USER INTERFACE WITHOUT GETTING A LICENSE FROM

03:38PM  15    CISCO, RIGHT?

03:38PM  16    A.  THAT IS CORRECT.

03:38PM  17    Q.  OKAY.  AND WHEN YOU TALK ABOUT EMULATION, MR. KWUN SHOWED

03:38PM  18    YOU SOME OF THOSE SAME DOCUMENTS WE TALKED ABOUT, WERE YOU

03:38PM  19    SAYING, SIR, THAT EMULATING MEANS COPYING THE COMMAND ELEMENTS

03:38PM  20    FROM CISCO'S USER INTERFACE?

03:38PM  21    A.  NO.

03:38PM  22    Q.  AND YOU TALKED ABOUT MULTI VENDOR NETWORKS IN YOUR

03:38PM  23    TESTIMONY; DO YOU RECALL THAT?

03:38PM  24    A.  YES.

03:38PM  25    Q.  SO IF YOU WERE TO BE WORKING WITH MULTIPLE EQUIPMENT THAT

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:38PM  1    HAD DIFFERENT USER INTERFACES, HOW WOULD YOU LEARN HOW TO WORK

03:38PM  2    WITH DIFFERENT USER INTERFACES THAT DID NOT LOOK ALIKE, FOR

03:38PM  3    NETWORKING EQUIPMENT, WHAT WOULD YOU HAVE TO DO?

03:38PM  4    A.   WELL, I WOULD FIRST START BY READING THE MANUAL.  MAYBE I'M

03:38PM  5    OLD SCHOOL, BUT I START WITH READING THE MANUAL.  I ALSO HAVE

03:39PM  6    RELIED HEAVILY ON MY BACKGROUND OF LEARNING HOW THE NETWORK

03:39PM  7    PROTOCOLS WORK.

03:39PM  8        AND HAVING THAT UNDERSTANDING, I CAN TAKE THAT

03:39PM  9    UNDERSTANDING OF HOW THE NETWORK PROTOCOLS WORK AND I CAN THEN

03:39PM  10   MAP THAT INTO WHAT THE COMMANDS ARE THAT THE EQUIPMENT USES.

03:39PM  11       AND I LEARN THOSE COMMANDS FROM THAT WAY FIRST BY READING

03:39PM  12   THROUGH THEIR MANUAL, THE DOCUMENTATION.  AND THAT GIVES ME A

03:39PM  13   SENSE OVERALL FOR HOW THE SYSTEM IS CONFIGURED.  THEN I CAN

03:39PM  14   START PICKING UP SPECIFIC CONFIGURATION COMMANDS TO PERFORM THE

03:39PM  15   FUNCTIONS THAT I NEED TO PERFORM ON THE NETWORK.

03:39PM  16   Q.   BASED ON YOUR EXPERIENCE AS A NETWORK CONSULTANT AND ALL

03:39PM  17   THE WORK THAT YOU HAVE DONE FOR VARIOUS COMPANIES, IS IT A

03:39PM  18   REQUIREMENT FOR A MULTI VENDOR NETWORK TO HAVE EACH VENDOR'S

03:39PM  19   EQUIPMENT HAVE VIRTUALLY THE SAME USER INTERFACE?

03:39PM  20   A.   NO, IT IS NOT.

03:39PM  21            MR. KWUN:  OBJECTION, YOUR HONOR.  EXPERT TESTIMONY.

03:39PM  22            MR. PAK:  BASED ON HIS EXPERIENCE, YOUR HONOR.

03:39PM  23            THE COURT:  OVERRULED.

03:39PM  24            MR. PAK:  THAT'S ALL I HAVE, YOUR HONOR.

03:39PM  25            THE COURT:  THANK YOU.

RECROSS-EXAMINATION OF MR. SLATTERY BY MR. KWUN

03:40PM  1        MR. KWUN, ANYTHING ELSE FOR THIS WITNESS?

03:40PM  2            MR. KWUN:  JUST ONE SHORT RECROSS, YOUR HONOR.

03:40PM  3

03:40PM  4            **RECROSS-EXAMINATION BY MR. KWUN**

03:40PM  5

03:40PM  6   Q.   MR. SLATTERY, ISN'T IT TRUE THAT THE REASON WHY YOU

03:40PM  7   WOULDN'T USE A USER INTERFACE LIKE CISCO IS IF YOU WERE

03:40PM  8   STARTING A COMPANY TODAY IS DUE TO THE MASSIVE CHANGES IN THE

03:40PM  9   INDUSTRY DUE TO SOFTWARE DEFINED NETWORKING?

03:40PM 10   A.   IF I WERE REALLY STARTING A COMPANY, I MEAN, MAY I DO A

03:40PM 11   LITTLE DISCOURSE ON THIS?

03:40PM 12   Q.   I WOULD PREFER AN ANSWER TO THE QUESTION THAT I ASKED?

03:40PM 13   A.   OKAY.  I WOULD HAVE TO TAKE A SERIOUS LOOK AT IT.

03:40PM 14   Q.   ISN'T IT TRUE THAT AT YOUR DEPOSITION THAT WAS YOUR

03:40PM 15   TESTIMONY?

03:40PM 16   A.   THAT IS CORRECT.

03:40PM 17            MR. KWUN:  NO FURTHER QUESTIONS, YOUR HONOR.

03:40PM 18            THE COURT:  THANK YOU.

03:40PM 19            MR. PAK:  THAT'S IT, YOUR HONOR.

03:40PM 20            THE COURT:  ALL RIGHT.  MAY MR. SLATTERY BE EXCUSED?

03:40PM 21            MR. PAK:  YES.

03:40PM 22            THE COURT:  MR. SLATTERY, THANK YOU FOR YOUR

03:40PM 23   TESTIMONY.  YOU ARE FREE TO GO.

03:41PM 24        MR. PAK, YOUR NEXT WITNESS?

03:41PM 25            MR. PAK:  YES, WE ARE ACTUALLY CALLING AT AN ADVERSE

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:41PM 1    WITNESS, MR. KENNETH DUDA.

03:41PM 2         THE COURT:  ALL RIGHT.

03:41PM 3       MR. DUDA, IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

03:41PM 4    PLEASE AND STAND TO BE SWORN.

03:41PM 5

03:41PM 6                         **KENNETH DUDA,**

03:41PM 7       BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

03:41PM 8    HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

03:41PM 9    FOLLOWS:

03:41PM 10        THE WITNESS:  YES.

03:41PM 11        THE CLERK:  THANK YOU.  PLEASE BE SEATED.

03:41PM 12        MR. PAK:  YOUR HONOR, MAY I APPROACH THE WITNESS AND

03:41PM 13   HAND --

03:41PM 14        THE COURT:  YES.

03:41PM 15        THE CLERK:  PLEASE STATE YOUR NAME AND SPELL YOUR

03:42PM 16   LAST NAME FOR THE RECORD.

03:42PM 17        THE WITNESS:  MY NAME IS KENNETH DUDA.  D-U-D-A.

03:42PM 18

03:42PM 19                  **DIRECT EXAMINATION BY MR. PAK**

03:42PM 20

03:42PM 21   BY MR. PAK:

03:42PM 22   Q.   I PROMISED THE COURT REPORTER TO SLOW DOWN, SO I WILL TRY

03:42PM 23   TO DO MY BEST.

03:42PM 24       GOOD AFTERNOON, MR. DUDA.  NICE TO SEE YOU AGAIN.

03:42PM 25   A.   GOOD AFTERNOON.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:42PM  1    Q.   YOU AND I HAVE MET BEFORE, I TOOK YOUR DEPOSITION.

03:42PM  2    A.   YES.

03:42PM  3    Q.   MR. DUDA, YOU ARE CURRENTLY THE CHIEF TECHNOLOGY OFFICER

03:42PM  4    FOR ARISTA NETWORKS; IS THAT CORRECT?

03:42PM  5    A.   YES, THAT'S RIGHT.

03:42PM  6    Q.   AND IN ADDITION TO BEING THE CTO OF ARISTA, YOU ARE ALSO

03:42PM  7    ARISTA'S SENIOR VICE PRESIDENT OF SOFTWARE ENGINEERING; IS THAT

03:42PM  8    RIGHT?

03:42PM  9    A.   YES, IT IS.

03:42PM  10   Q.   OKAY.  AND AT A HIGH LEVEL, CAN YOU EXPLAIN TO THE JURY

03:42PM  11   WHAT YOU DO FOR ARISTA?

03:42PM  12   A.   YES.  CERTAINLY.

03:42PM  13        I'M IN CHARGE OF THE SOFTWARE TEAM AT ARISTA.  IS I'M

03:42PM  14   RESPONSIBLE FOR SOFTWARE DEVELOPMENT.  I'M ALSO RESPONSIBLE FOR

03:42PM  15   SPEAKING FOR THE COMPANY ON TECHNICAL ISSUES.

03:42PM  16   Q.   IN TERMS OF TECHNOLOGY POSITION, YOU ARE THE HIGHEST

03:43PM  17   RANKING OFFICER IN THE COMPANY; IS THAT TRUE?

03:43PM  18   A.   THAT'S RIGHT.

03:43PM  19   Q.   OKAY.  AND HOW MANY PEOPLE REPORT TO YOU DIRECTLY?

03:43PM  20   A.   APPROXIMATELY 730.

03:43PM  21   Q.   THAT'S A BIG --

03:43PM  22   A.   DIRECTLY OR INDIRECTLY.

03:43PM  23   Q.   AND THAT'S A BIG PERCENTAGE OF ARISTA'S TOTAL EMPLOYEE

03:43PM  24   BASE; IS THAT CORRECT?

03:43PM  25   A.   I'M NOT SURE OF THE EXACT PERCENTAGE.

760

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:43PM 1    Q.   AND WHO IS YOUR BOSS, WHO DO YOU REPORT TO?

03:43PM 2    A.   JAYSHREE ULLAL, THE COMPANY'S CEO.

03:43PM 3    Q.   SO YOU HAVE BEEN EMPLOYED BY ARISTA SINCE 2004, AND THAT'S

03:43PM 4    ROUGHLY 12 YEARS?

03:43PM 5    A.   THAT'S RIGHT.

03:43PM 6    Q.   AND -- BUT EARLIER IN YOUR CAREER, YOU WORKED AT CISCO

03:43PM 7    SYSTEMS; IS THAT CORRECT?

03:43PM 8    A.   YES.

03:43PM 9    Q.   IN FACT, YOU WORKED AT CISCO FROM 1996 TO 1999; IS THAT

03:43PM 10   RIGHT?

03:43PM 11   A.   YES.

03:43PM 12   Q.   AND WHEN YOU WORKED AT CISCO, SIR, YOU UNDERSTOOD THAT YOU

03:43PM 13   COULD NOT USE THE INTELLECTUAL PROPERTY RIGHTS BELONGING TO

03:43PM 14   ANOTHER COMPANY WITHOUT HAVING PERMISSION OR WITHOUT HAVING A

03:44PM 15   LICENSE; ISN'T THAT TRUE?

03:44PM 16   A.   WELL, I'M NOT SURE I HAVE THE LEGAL BACKGROUND TO FULLY

03:44PM 17   EVALUATE THAT STATEMENT, BUT GENERALLY SPEAKING, I UNDERSTOOD

03:44PM 18   THAT YOU HAVE TO OWN INTELLECTUAL PROPERTY TO MAKE USE OF IT.

03:44PM 19   Q.   SIR, IT WAS YOUR UNDERSTANDING THAT IF YOU OWN INTELLECTUAL

03:44PM 20   PROPERTY RIGHTS, SOMEBODY ELSE NEEDS A LICENSE IN ORDER TO MAKE

03:44PM 21   OR USE THAT INTELLECTUAL PROPERTY; ISN'T THAT TRUE, SIR?

03:44PM 22   A.   THAT SOUNDS ABOUT RIGHT.

03:44PM 23   Q.   OKAY.  AND YOU HAD THAT UNDERSTANDING WHILE YOU WERE AT

03:44PM 24   CISCO, CORRECT?

03:44PM 25   A.   I THINK SO.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:44PM 1    Q.   AND EVEN TODAY AT ARISTA, YOU UNDERSTAND THAT IF ANOTHER

03:44PM 2    COMPANY HAS INTELLECTUAL PROPERTY RIGHTS, YOU, ON BEHALF OF

03:44PM 3    ARISTA, CANNOT USE THAT INTELLECTUAL PROPERTY WITHOUT

03:44PM 4    PERMISSION OR LICENSE; ISN'T THAT TRUE, SIR?

03:44PM 5    A.   THAT SOUNDS RIGHT.

03:44PM 6    Q.   OKAY.  NOW, I WANT TO GO BACK TO THE TIME BEFORE THIS

03:44PM 7    LAWSUIT WAS FILED WITHIN ARISTA, ARE YOU WITH ME?

03:45PM 8    A.   YES.

03:45PM 9    Q.   OKAY.  BEFORE CISCO FILED THIS LAWSUIT, ISN'T IT TRUE, SIR,

03:45PM 10   THAT ARISTA NEVER PROVIDED YOU WITH ANY TRAINING ON COPYRIGHT

03:45PM 11   ISSUES?

03:45PM 12   A.   I DON'T RECALL ANY TRAINING.

03:45PM 13   Q.   THERE WAS NONE, CORRECT?

03:45PM 14   A.   THAT SOUNDS RIGHT.

03:45PM 15   Q.   OKAY.  AND BEFORE CISCO FILED THIS LAWSUIT, ISN'T IT ALSO

03:45PM 16   TRUE THAT ARISTA NEVER PROVIDED YOU WITH TRAINING ON PATENT

03:45PM 17   ISSUES?

03:45PM 18   A.   THAT'S RIGHT.

03:45PM 19   Q.   OKAY.  AND ALSO, ISN'T IT TRUE THAT AS A CTO OF ARISTA, YOU

03:45PM 20   NEVER CONDUCTED A SEMINAR OR TRAINING PROGRAM WITHIN ARISTA IN

03:45PM 21   TERMS OF HOW ARISTA EMPLOYEES SHOULD TREAT THE INTELLECTUAL

03:45PM 22   PROPERTY RIGHTS OF OTHER COMPANIES; ISN'T THAT TRUE?

03:45PM 23   A.   NO, THAT'S NOT THE CASE.  ABOUT EVERY SIX WEEKS I TRAIN NEW

03:45PM 24   EMPLOYEES ON ARISTA COMPANY CULTURE, INCLUDING THE COMPANY

03:45PM 25   VALUES, WHICH INCLUDES I HAVE THE MISSION TO DO THE RIGHT THING

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:46PM  1    WITH INTELLECTUAL PROPERTY.

03:46PM  2    Q.   YOU WERE DEPOSED IN THIS CASE, CORRECT?

03:46PM  3    A.   YES.

03:46PM  4    Q.   OKAY.  AND YOU TOOK AN OATH JUST LIKE THE OATH YOU TOOK

03:46PM  5    HERE TODAY TO TELL THE TRUTH WHEN YOU WERE DEPOSED?

03:46PM  6    A.   YES.

03:46PM  7    Q.   OKAY.  IF YOU CAN PULL OUT YOUR DEPOSITION TESTIMONY AND

03:46PM  8    TAKE A LOOK AT THE TAB AT THE END WHICH IS THE FEBRUARY 12,

03:46PM  9    2016, AND TURN TO PAGE 104, PLEASE.

03:46PM  10   A.   OKAY.

03:46PM  11   Q.   I'M GOING TO PLAY, WITH YOUR HONOR'S PERMISSION, I WOULD

03:46PM  12   LIKE TO PLAY THE TESTIMONY OF MR. DUDA FROM HIS VIDEO

03:46PM  13   DEPOSITION.

03:46PM  14           THE COURT:  OKAY.  IF WE COULD JUST HAVE THE PAGE AND

03:46PM  15   LINE NUMBER FOR THE RECORD.

03:47PM  16           MR. PAK:  SURE.  IT'S PAGE 4 -- PAGE 104, LINES 7

03:47PM  17   THROUGH 14.

03:47PM  18           THE COURT:  AND YOU WILL SUBMIT A COPY OF THIS FOR

03:47PM  19   THE RECORD AFTER.

03:47PM  20           MR. PAK:  YES, YOUR HONOR.

03:47PM  21           THE COURT:  THANK YOU.  I APPRECIATE THAT.

03:47PM  22      (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

03:47PM  23           MR. PAK:  THAT WAS YOUR SWORN TESTIMONY, RIGHT, SIR?

03:47PM  24           THE WITNESS:  YES.

03:47PM  25   Q.   AND IN FACT, TO YOUR KNOWLEDGE, NO ONE ELSE WITHIN ARISTA

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:47PM  1    HAS CONDUCTED A SEMINAR OR TRAINING PROGRAM ON HOW TO DEAL WITH

03:47PM  2    INTELLECTUAL PROPERTY OF OTHER COMPANIES; ISN'T THAT RIGHT?

03:47PM  3    A.   NOT AS FAR AS I KNOW.

03:47PM  4    Q.   LET'S TURN TO EXHIBIT 242 IN YOUR BINDER.  THIS WAS AN

03:48PM  5    E-MAIL THAT WAS SENT BY A GENTLEMAN NAMED MARK FOSS AT ARISTA

03:48PM  6    TO A MAILING LIST CALLED LEADERSHIP; ISN'T THAT TRUE?

03:48PM  7    A.   YES.

03:48PM  8    Q.   YOU WERE ON THAT MAILING LIST WITHIN ARISTA?

03:48PM  9    A.   THAT'S RIGHT.

03:48PM  10   Q.   OKAY.  AND LEADERSHIP IS A MAILING LIST THAT'S USED BY THE

03:48PM  11   LEADERS WITHIN ARISTA TO SHARE INFORMATION REPORTING TO

03:48PM  12   ARISTA'S BUSINESS; ISN'T THAT TRUE?

03:48PM  13   A.   YES.

03:48PM  14   Q.   OKAY.

03:48PM  15        MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT INTO

03:48PM  16   EVIDENCE NOW EXHIBIT 242.

03:48PM  17        MR. SILBERT:  NO OBJECTION.

03:48PM  18        THE COURT:  IT WILL BE ADMITTED.

03:48PM  19       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 242, HAVING BEEN

03:48PM  20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:48PM  21   EVIDENCE.)

03:48PM  22   BY MR. PAK:

03:48PM  23   Q.   IF YOU COULD BLOW THIS UP.  SO WHO IS MARK FOSS IN THIS

03:48PM  24   E-MAIL?

03:48PM  25   A.   MARK FOSS IS AN EXECUTIVE AT OUR COMPANY.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:48PM  1    Q.   WHAT DOES HE DO, SPECIFICALLY?

03:49PM  2    A.   HE'S HAD VARIOUS ROLES.  I BELIEVE AT THIS TIME HE WAS IN

03:49PM  3    CHARGE OF INTERNATIONAL SALES, BUT I'M NOT SURE.

03:49PM  4    Q.   AND THE DATE OF THIS E-MAIL IS MARCH 15, 2011; ISN'T THAT

03:49PM  5    TRUE?

03:49PM  6    A.   THAT'S RIGHT.

03:49PM  7    Q.   AND THE TITLE OF THIS E-MAIL IS CISCO NEXUS AND UCS

03:49PM  8    UPDATES; ISN'T THAT TRUE?

03:49PM  9    A.   THAT'S RIGHT.

03:49PM  10   Q.   AND IF YOU LOOK AT THE BOTTOM IT'S AN E-MAIL FROM A

03:49PM  11   GENTLEMAN NAMED FRANKIE LIM, AND HE'S SENDING YOU AN E-MAIL OR

03:49PM  12   SENDING OTHERS AT ARISTA AN E-MAIL WITH THE DATE MARCH 15,

03:49PM  13   2011, CORRECT?

03:49PM  14   A.   YES.

03:49PM  15   Q.   AND WAS FRANKIE LIM AN ARISTA EMPLOYEE AT THE TIME?

03:49PM  16   A.   I DON'T KNOW.

03:49PM  17   Q.   SO A PERSON YOU DON'T KNOW SENDS AN E-MAIL TO A NUMBER OF

03:49PM  18   FOLKS, INCLUDING MARK FOSS, AND HE FORWARDS THIS E-MAIL TO THE

03:49PM  19   LEADERSHIP MAILING LIST AT ARISTA; IS THAT TRUE?

03:50PM  20   A.   YES.

03:50PM  21   Q.   OKAY.  NOW LET'S TAKE A LOOK AT THE NEXT PAGE, WHICH IS THE

03:50PM  22   ATTACHMENT.  AND THIS IS A DOCUMENT THAT'S TILTED *CISCO OPEN*

03:50PM  23   *CLOUD ARCHITECTURE*; ISN'T THAT CORRECT?

03:50PM  24   A.   YES.

03:50PM  25   Q.   AND THAT'S DATED FEBRUARY 15TH, 2011?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:50PM 1    A.   YES.

03:50PM 2    Q.   AND THIS IS A CISCO DOCUMENT, IS IT NOT?

03:50PM 3    A.   YES.

03:50PM 4    Q.   AND IT'S A CISCO DOCUMENT THAT IS DESCRIBING CISCO'S CLOUD

03:50PM 5    COMPUTING PRODUCT STRATEGY; ISN'T THAT TRUE?

03:50PM 6    A.   IT'S POSSIBLE, BUT I ACTUALLY DON'T KNOW WHAT'S IN THIS

03:50PM 7    DOCUMENT.

03:50PM 8    Q.   YOU RECEIVED IT BUT YOU ARE CLAIMING THAT YOU DIDN'T OPEN

03:50PM 9    IT?

03:50PM 10   A.   I DON'T REMEMBER OPENING IT, I DOUBT THAT I DID.

03:50PM 11   Q.   YOU ARE NOT DENYING THAT YOU COULD HAVE OPENED IF?

03:50PM 12   A.   IT'S A POSSIBILITY, YES.

03:50PM 13   Q.   IT'S A POSSIBILITY.  SO IF YOU LOOK VERY CLOSELY, AND LET'S

03:51PM 14   BRING THIS UP RIGHT HERE IN THE MIDDLE, MR. FISHER, TOWARD THE

03:51PM 15   BOTTOM IN THE FOOTER.  DO YOU SEE THAT IT SAYS CISCO

03:51PM 16   CONFIDENTIAL IN THE FOOTER OF THE DOCUMENT?  THAT DOCUMENT IS

03:51PM 17   MARKED CISCO CONFIDENTIAL, CORRECT?

03:51PM 18   A.   WELL, IT LOOKS LIKE IT.  IT'S A LITTLE HARD TO MAKE OUT.

03:51PM 19   Q.   AND, IT'S NOT THE FIRST TIME THAT YOU'VE SEEN DOCUMENTS

03:51PM 20   CIRCULATED WITHIN ARISTA THAT HAD THE CISCO CONFIDENTIAL LEGEND

03:51PM 21   ON IT, CORRECT?

03:51PM 22   A.   I'M NOT SURE.

03:52PM 23   Q.   YOU HAVEN'T SEEN OTHER DOCUMENTS?

03:52PM 24   A.   I DON'T RECALL SEEING THEM.

03:52PM 25   Q.   WELL, LET'S TAKE A LOOK AT ANOTHER PRESENTATION.  AND THIS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:52PM  1    ONE IS EXHIBIT 180.

03:52PM  2        AND DO YOU SEE, SIR, IN THIS BINDER EXHIBIT 180, THAT THIS

03:52PM  3    IS A CISCO DOCUMENT, BUT IT WAS PRODUCED BY ARISTA; DO YOU

03:52PM  4    UNDERSTAND THAT?

03:52PM  5    A.   IT LOOKS THAT WAY, YES.

03:52PM  6    Q.   AND WE TALKED ABOUT THIS DOCUMENT DURING YOUR DEPOSITION,

03:52PM  7    DO YOU REMEMBER THAT?

03:52PM  8    A.   I DO NOT REMEMBER THAT.

03:52PM  9    Q.   AND LET'S --

03:52PM  10        MR. PAK:  YOUR HONOR, AT THIS POINT I WOULD LIKE TO

03:53PM  11    MOVE INTO EVIDENCE EXHIBIT 180.

03:53PM  12        MR. SILBERT:  NO OBJECTION.

03:53PM  13        THE COURT:  IT WILL BE ADMITTED.

03:53PM  14        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 180, HAVING BEEN

03:53PM  15    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:53PM  16    EVIDENCE.)

03:53PM  17    BY MR. PAK:

03:53PM  18    Q.   THIS IS A CISCO DOCUMENT, IS IT NOT, SIR?

03:53PM  19    A.   YES.

03:53PM  20    Q.   AND NEXUS 7000 IS ONE OF THE CISCO ETHERNET SWITCHES THAT

03:53PM  21    YOU COMPETE WITH DIRECTLY, CORRECT?

03:53PM  22    A.   THAT'S RIGHT.

03:53PM  23    Q.   OKAY.  AND IF I CAN, AGAIN, BLOW UP THE BOTTOM OF THAT

03:53PM  24    POWER POINT.

03:53PM  25        DO YOU SEE THAT THIS DOCUMENT ALSO SAYS CISCO CONFIDENTIAL?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:53PM  1    A.  YES, I DO.

03:53PM  2    Q.  WHEN YOU WERE DEPOSED YOU STATED YOUR BELIEF THAT ARISTA

03:53PM  3    OWNS COPYRIGHT PROTECTION IN THE SOURCE CODE THAT WAS CREATED

03:53PM  4    AT ARISTA; ISN'T THAT TRUE?

03:54PM  5    A.  THAT'S MY UNDERSTANDING.

03:54PM  6    Q.  OKAY.

03:54PM  7        YOU ALSO STATED THAT ARISTA OWNS COPYRIGHT PROTECTION IN

03:54PM  8    THE USER MANUALS AND MARKETING MATERIALS THAT HAD BEEN CREATED

03:54PM  9    BY THE COMPANY; ISN'T THAT TRUE?

03:54PM  10   A.  YES.

03:54PM  11   Q.  YOU ALSO STATED UNDER OATH THAT YOU BELIEVE IT'S POSSIBLE

03:54PM  12   THAT ARISTA OWNS COPYRIGHT PROTECTION IN CLI COMMANDS THAT IT

03:54PM  13   AUTHORED; ISN'T THAT TRUE?

03:54PM  14   A.  I DON'T KNOW.

03:54PM  15   Q.  YOU DON'T KNOW?  LET'S TAKE A LOOK AT YOUR DEPOSITION

03:54PM  16   AGAIN.  AND THIS TIME WE ARE GOING TO LOOK AT PAGE 33, LINES

03:54PM  17   SIX --

03:54PM  18          MR. PAK:  AND YOUR HONOR, WITH YOUR PERMISSION I

03:54PM  19   WOULD LIKE TO PLAY THE VIDEO.  THIS IS PAGE 33, LINES 6

03:54PM  20   THROUGH 8.  AND THEN LINES 11 THROUGH 16 OF THE SAME

03:55PM  21   DEPOSITION.

03:55PM  22       (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

03:55PM  23   Q.  THAT WAS YOUR SWORN TESTIMONY, IS THAT RIGHT, SIR?

03:55PM  24   A.  YES.

03:55PM  25   Q.  OKAY.  AND IN FACT, YOU CAN THINK OF VARIOUS COMMANDS THAT

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:55PM 1    YOU BELIEVE ORIGINATED AT ARISTA; ISN'T THAT TRUE?

03:55PM 2    A.   YES, I CAN THINK OF SOME.

03:55PM 3    Q.   NOW ISN'T IT A FACT, SIR, THAT ARISTA'S SOURCE CODE

03:55PM 4    ACTUALLY CONTAINS CODE FROM OTHER COMPANIES?

03:55PM 5    A.   WHAT DO YOU MEAN BY ARISTA'S SOURCE CODE?

03:56PM 6    Q.   I'M TALKING ABOUT THE EOS SOURCE CODE, THAT'S THE EOS IS

03:56PM 7    THE OPERATING SYSTEM FOR ARISTA; ISN'T THAT TRUE?

03:56PM 8    A.   THAT'S RIGHT.

03:56PM 9    Q.   AND YOU ARE IN CHARGE OF DEVELOPING THAT SOFTWARE AS PART

03:56PM 10    OF YOUR CTO TITLE; IS THAT CORRECT?

03:56PM 11    A.   YES.

03:56PM 12    Q.   OKAY.  SO YOU KNOW WHAT'S IN THAT CODE, YES?

03:56PM 13    A.   BROADLY, YES.

03:56PM 14    Q.   SO ISN'T IT TRUE, SIR, THAT ARISTA'S EOS SOURCE CODE

03:56PM 15    ACTUALLY CONTAINS CODE FROM OTHER COMPANIES?

03:56PM 16    A.   YES, THAT'S CORRECT.

03:56PM 17    Q.   OKAY.  IN FACT, THERE ARE A NUMBER OF THIRD-PARTY OR OTHER

03:56PM 18    COMPANY'S CODE THAT HAS BEEN INCORPORATED INTO ARISTA'S EOS

03:56PM 19    SOURCE CODE; ISN'T THAT TRUE?

03:56PM 20    A.   THAT'S RIGHT.

03:56PM 21    Q.   OKAY.  FOR EXAMPLE, IT CONTAINS CODE FROM BROADCOM, THAT'S

03:56PM 22    ANOTHER COMPANY, CORRECT?

03:56PM 23    A.   THAT'S RIGHT.

03:56PM 24    Q.   AND IT CONTAINS CODE FROM A COMPANY CALLED OPTUMSOFT; ISN'T

03:56PM 25    THAT TRUE?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:56PM  1   A.   YES, IT IS.

03:56PM  2   Q.   THAT EOS SOURCE CODE ALSO CONTAINS CODE FROM A COMPANY

03:56PM  3   CALLED FULCRUM MICROSYSTEMS, CORRECT?

03:57PM  4   A.   NOW INTEL, THAT'S CORRECT.

03:57PM  5   Q.   THAT'S RIGHT.  AND FOR EACH OF THESE INSTANCES WHERE YOU

03:57PM  6   ACTUALLY USE SOMEBODY ELSE'S CODE, ARISTA TOOK A LICENSE, DID

03:57PM  7   IT NOT?

03:57PM  8   A.   YES, WE DID.

03:57PM  9   Q.   SO YOU APPROACHED BROADCOM FOR A LICENSE AND YOU GOT A

03:57PM 10   LICENSE, DIDN'T YOU?

03:57PM 11   A.   I DON'T RECALL IF WE SPECIFICALLY APPROACHED THEM FOR A

03:57PM 12   LICENSE, BUT WE DID END UP SIGNING A LICENSE AGREEMENT.

03:57PM 13   Q.   OPTUMSOFT, YOU HAVE A LICENSE AGREEMENT WITH THEM AS WELL?

03:57PM 14   A.   YES, WE DO.

03:57PM 15   Q.   AND YOU HAVE A LICENSE AGREEMENT WITH FULCRUM MICROSYSTEMS;

03:57PM 16   IS THAT RIGHT?

03:57PM 17   A.   THAT'S RIGHT.

03:57PM 18   Q.   BUT YOU DON'T HAVE A LICENSE FROM CISCO FOR CISCO'S USER

03:57PM 19   INTERFACE; ISN'T THAT TRUE?

03:57PM 20   A.   AS FAR AS I KNOW, WE HAVE NO LICENSE FROM CISCO.

03:57PM 21   Q.   SO IT'S NOT A TRUE STATEMENT THAT ARISTA WROTE ALL OF ITS

03:57PM 22   SOURCE CODE FROM SCRATCH, THERE ARE CODE IN THAT EOS PRODUCT

03:57PM 23   THAT CAME FROM OTHER PLACES; ISN'T THAT TRUE?

03:57PM 24   A.   IT'S TRUE THAT THERE'S SOURCE CODE FROM OTHER COMPANIES IN

03:58PM 25   EOS.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:58PM  1   Q.   IN FACT THE OPTUMSOFT CODE IS USED TO WRITE SOMETHING

03:58PM  2   CALLED SYSDB?

03:58PM  3   A.   I DON'T UNDERSTAND WHAT YOU MEAN TO USE THE CODE IS USED TO

03:58PM  4   WRITE SYSDB.  I DON'T UNDERSTAND THAT TO BE ACCURATE.

03:58PM  5   Q.   YOU UNDERSTAND WHAT SYSDB IS?

03:58PM  6   A.   YES.

03:58PM  7   Q.   YOU HAVE A SYSDB COMPONENT?

03:58PM  8   A.   WE DO.

03:58PM  9   Q.   WHAT IS SYSDB?

03:58PM 10   A.   SYSDB IS THE DATABASE THAT HOLDS THE STATE OF SWITCH.

03:58PM 11   Q.   HOW IS IT USED INSIDE THE ARISTA OPERATING SYSTEM?

03:58PM 12   A.   IT'S USED TO HOLD THE STATE OF THE SWITCH, SUCH AS WHICH

03:58PM 13   TRANSCEIVERS ARE INSERTED INTO WHICH SLOTS, AND WHICH LINKS ARE

03:58PM 14   UP AND WHICH LINKS ARE DOWN.

03:58PM 15   Q.   AND ISN'T IT ALSO TRUE THAT SYSDB IS USED AS PART OF THE

03:58PM 16   CLI PARSING FUNCTIONALITY FOR ARISTA?

03:58PM 17   A.   I DON'T THINK THAT'S ACCURATE.

03:58PM 18   Q.   DO YOU HAVE ANY PERSONAL KNOWLEDGE OF HOW THE PARSER WORKS

03:58PM 19   WITH THE SYSDB COMPONENT?

03:58PM 20   A.   YES.

03:58PM 21   Q.   WHO WOULD HAVE BETTER KNOWLEDGE OF THAT, YOU OR MR. --

03:58PM 22   VICE PRESIDENT SWEENEY WHO TESTIFIED ABOUT THAT TOPIC?

03:59PM 23   A.   I WOULD SAY WE BOTH HAVE DETAILED KNOWLEDGE OF THAT.

03:59PM 24   Q.   DO YOU HAVE ANY UNDERSTANDING OF THE RULE THAT SYSDB PLAYS

03:59PM 25   IN CLI PARSING?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

03:59PM 1    A.   YES, I DO.

03:59PM 2    Q.   OKAY.  CAN YOU EXPLAIN TO THE JURY WHAT THAT ROLE IS?

03:59PM 3    A.   SURE.  WHEN THE USER ENTERS A CLI COMMAND INTO THE SWITCH

03:59PM 4    THE CLI PARSER PARSES THE COMMAND.  IF THE COMMAND IS

03:59PM 5    RECOGNIZED, THEN AN ACTION FUNCTION IS EXECUTED TO CORRESPOND

03:59PM 6    TO THAT COMMAND.

03:59PM 7         THAT ACTION FUNCTION MAY OR MAY NOT, DEPENDING ON THE

03:59PM 8    COMMAND, READ OR WRITE STATE IN THE SYSTEM DATABASE.

03:59PM 9    Q.   NOW, SIR, YOU KNOW THAT CISCO HAD A SYSDB TECHNOLOGY FOR

03:59PM 10   ITS OPERATING SYSTEMS BEFORE ARISTA DEVELOPED SYSDB; ISN'T THAT

03:59PM 11   TRUE?

03:59PM 12   A.   THAT'S CORRECT.

03:59PM 13   Q.   AND YOU KNOW, SIR, THAT CISCO HAS A PATENT ON ITS SYSDB

03:59PM 14   TECHNOLOGY THAT PREDATES ARISTA'S DEVELOPMENT AT SYSDB; YOU

03:59PM 15   KNOW THAT, RIGHT?

03:59PM 16   A.   YES.

03:59PM 17   Q.   NOW I WANT TO TALK ABOUT THE COMMAND CREATION PROCESS.  SO

04:00PM 18   THIS IS GOING BACK TO THE SPECIFIC CLI COMMANDS NOW.

04:00PM 19        ARISTA ENGINEERS AND EMPLOYEES NEED TO DECIDE WHICH CLI

04:00PM 20   COMMANDS TO USE FOR PARTICULAR FUNCTIONS; ISN'T THAT CORRECT?

04:00PM 21   A.   THAT'S RIGHT.

04:00PM 22   Q.   AND RESOLVING THOSE QUESTIONS OF WHICH CLI COMMANDS AND

04:00PM 23   SYNTAX TO USE, REQUIRES ARISTA EMPLOYEES TO HAVE DESIGN

04:00PM 24   DISCUSSIONS; ISN'T THAT TRUE?

04:00PM 25   A.   WE CERTAINLY HAVE CONVERSATIONS ABOUT WHAT CLI COMMANDS TO

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:00PM  1    USE.

04:00PM  2    Q.   AND THOSE ARE DISCUSSIONS THAT HAPPEN WITHIN THE ARISTA

04:00PM  3    ENGINEERING COMMUNITY, CORRECT?

04:00PM  4    A.   YES.

04:00PM  5    Q.   AND THOSE DISCUSSIONS HAPPEN THROUGH E-MAILS AS WELL AS IN

04:00PM  6    PERSON MEETINGS; ISN'T THAT TRUE?

04:00PM  7    A.   YES.

04:00PM  8    Q.   AND YOU AGREE THAT THOSE DISCUSSIONS COULD LEAD TO DEBATES

04:00PM  9    ABOUT WHAT TYPES OF SYNTAX OR COMMANDS TO USE FOR THE SPECIFIC

04:00PM  10   COMMANDS THAT ARE AT ISSUE?

04:00PM  11   A.   PEOPLE DON'T ALWAYS AGREE RIGHT AWAY.  WE USUALLY FIND

04:00PM  12   CONSENSUS.

04:00PM  13   Q.   BUT THEY DON'T AGREE RIGHT AWAY; ISN'T THAT TRUE?

04:01PM  14   A.   NOT ALWAYS.

04:01PM  15   Q.   AND THERE ARE SITUATIONS WHEN THE CONSENSUS ISN'T REACHED

04:01PM  16   WHEN IT COMES TO CLI COMMAND SYNTAX; ISN'T THAT TRUE?

04:01PM  17   A.   THAT'S POSSIBLE, I DO NOT RECALL ANY SPECIFICALLY.

04:01PM  18   Q.   LET'S SWITCH TOPICS A LITTLE BIT AND TALK ABOUT ARISTA'S

04:01PM  19   BEGINNINGS.  ISN'T IT TRUE, SIR, THAT WHEN ARISTA FIRST CAME

04:01PM  20   INTO EXISTENCE, IT WASN'T FOUNDED TO CREATE SWITCHES, CORRECT?

04:01PM  21   A.   THAT'S RIGHT.

04:01PM  22   Q.   YOU HAD A DIFFERENT PRODUCT IDEA IN MIND, IT WAS CALLED

04:01PM  23   RAIL, R-A-I-L; IS THAT RIGHT?

04:01PM  24   A.   WE CALLED THE DEVICE RAIL EDGE, THAT'S RIGHT.

04:01PM  25   Q.   AND WHAT WAS RAIL, WHAT WAS THAT CONCEPT?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:01PM 1    A.   THE IDEA OF THE RAIL TECHNOLOGY WAS TO CREATE MORE RELIABLE

04:01PM 2    PRIVATE NETWORK CONNECTIONS BY MAKING USE OF MORE THAN ONE

04:01PM 3    INTERNET CONNECTION.

04:01PM 4        SO YOU COULD SIGN UP FOR INTERNET SERVICE WITH MORE THAN

04:01PM 5    ONE PROVIDER AND RUN YOUR PRIVATE LINK OVER ALL OF THOSE

04:02PM 6    INTERNET CONNECTIONS IN PARALLEL.

04:02PM 7    Q.   THAT WAS THE ORIGINAL IDEA FOR ARISTA, BUT IT TURNED OUT

04:02PM 8    YOU CONCLUDED AS WELL AS THE OTHER FOUNDERS OF ARISTA, THAT

04:02PM 9    THERE WAS NO MARKET FOR THAT PARTICULAR PRODUCT; ISN'T THAT

04:02PM 10   TRUE?

04:02PM 11   A.   THAT'S RIGHT.

04:02PM 12   Q.   AND ULTIMATELY THAT RAIL PROJECT WAS CANCELLED; IS THAT

04:02PM 13   RIGHT?

04:02PM 14   A.   THAT'S RIGHT.

04:02PM 15   Q.   AND THEN AFTER YOU CANCELLED THE RAIL PROJECT, YOU AND YOUR

04:02PM 16   COFOUNDERS DECIDED TO FOCUS ON BUILDING HIGH SPEED ETHERNET

04:02PM 17   SWITCHES, IS THAT TRUE?

04:02PM 18   A.   IT WAS A FEW WEEKS AFTER.

04:02PM 19   Q.   SO A FEW WEEKS AFTER THE INITIAL PROJECT WAS CANCELLED, YOU

04:02PM 20   AND YOUR COLLEAGUES GOT TOGETHER AND DECIDED LET'S GO BUILD

04:02PM 21   HIGH SPEED ETHERNET SWITCHES, CORRECT?

04:02PM 22   A.   WHAT HAPPENED WAS ANDY BECHTOLSHEIM, WHO WAS ONE OF THE

04:02PM 23   COFOUNDERS OF ARISTA, CAME WITH A DESIGN OF AN ETHERNET SWITCH

04:02PM 24   HE HAD BEEN WORKING ON, AND IT WAS SUCH A BEAUTIFUL DESIGN THAT

04:02PM 25   WE JUST KNEW WE HAD TO BUILD IT.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:02PM 1    Q.   NOW MR. BECHTOLSHEIM WORKED AT CISCO AS WELL?

04:02PM 2    A.   THAT'S RIGHT.

04:02PM 3    Q.   AND ISN'T IT TRUE BOTH YOU AND MR. BECHTOLSHEIM WORKED AT

04:03PM 4    CISCO FOR MANY YEARS?

04:03PM 5    A.   I WAS THERE FOR ABOUT TWO-AND-A-HALF YEARS.

04:03PM 6    Q.   AND HOW LONG DID ABOUT BECHTOLSHEIM WORK AT CISCO?

04:03PM 7    A.   I'M NOT SURE.

04:03PM 8    Q.   LONGER THAN YOU?

04:03PM 9    A.   I BELIEVE SO.

04:03PM 10   Q.   AND YOU RECALL THAT YOU AND MR. BECHTOLSHEIM WORKED

04:03PM 11   TOGETHER AT A COMPANY PRIOR TO CISCO?

04:03PM 12   A.   YES, WE DID.

04:03PM 13   Q.   OKAY, WHAT WAS THE NAME OF THAT UMP CAN?

04:03PM 14   A.   IT WAS CALLED GRANITE SYSTEMS.

04:03PM 15   Q.   WAS THAT COMPANY ACQUIRED BY CISCO?

04:03PM 16   A.   YES.

04:03PM 17   Q.   AND THEN THAT TECHNOLOGY WAS THEN USED BY CISCO IN SOME OF

04:03PM 18   CISCO'S OPERATING SYSTEM PRODUCTS; IS THAT CORRECT?

04:03PM 19   A.   WHEN YOU SAY "THAT TECHNOLOGY," YOU ARE REFERRING TO

04:03PM 20   TECHNOLOGY WE DEVELOPED AT GRANITE SYSTEMS?

04:03PM 21   Q.   YES.

04:03PM 22   A.   YES.

04:03PM 23   Q.   AND CISCO PAID YOU AND THE OTHER EMPLOYEES AND THE

04:03PM 24   INVESTORS OF GRANITE SYSTEMS TO ACQUIRE THAT TECHNOLOGY; ISN'T

04:03PM 25   THAT TRUE?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:03PM 1    A.   THAT'S RIGHT.

04:03PM 2    Q.   NOW, MOVING FORWARD, ARISTA MAKES PRODUCTS FOR WHAT IT

04:03PM 3    CALLS HIGH SPEED ETHERNET SWITCHES; IS THAT RIGHT?

04:03PM 4    A.   COULD YOU REPEAT THE QUESTION, PLEASE.

04:03PM 5    Q.   SURE.

04:03PM 6         ARISTA MAKES PRODUCTS FOR WHAT'S CALLED HIGH SPEED ETHERNET

04:04PM 7    DATA CENTER SWITCHING; IS THAT TRUE?

04:04PM 8    A.   WE MAKE HIGH SPEED DATA CENTER ETHERNET SWITCHES.

04:04PM 9    Q.   IS THAT YOUR PRIMARY MARKET?

04:04PM 10   A.   YES.

04:04PM 11   Q.   OKAY.  BESIDES SWITCHES, DO YOU MAKE ANY OTHER TYPE OF

04:04PM 12   PRODUCTS?

04:04PM 13   A.   YES, WE DO.

04:04PM 14   Q.   AND TYPE OF PRODUCTS DO YOU MAKE?

04:04PM 15   A.   WE MAKE SOME NETWORK MANAGEMENT SOFTWARE CALLED CLOUD

04:04PM 16   VISION.

04:04PM 17   Q.   THAT SITS ON TOP OF THE ETHERNET SWITCHES, CORRECT?

04:04PM 18   A.   I'M NOT SURE WHAT YOU MEAN BY "SITS ON TOP OF," BUT CLOUD

04:04PM 19   VISION RUNS INDEPENDENTLY OF THE SWITCHES THEMSELVES.

04:04PM 20   Q.   IN TERMS OF SPECIFIC ROUTING OR NETWORKING PRODUCTS, YOU

04:04PM 21   GUYS MAKE ETHERNET SWITCHES; IS THAT TRUE?

04:04PM 22   A.   WE DO.

04:04PM 23   Q.   OKAY.  AND ARISTA MAKES UP AROUND 12 PERCENT OF THE HIGH

04:04PM 24   SPEED ETHERNET DATA CENTER SWITCHING MARKET; DOES THAT SOUND

04:04PM 25   RIGHT TO YOU?

776

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:04PM   1      A.   THAT SOUND SOUNDS ABOUT RIGHT.

04:04PM   2      Q.   AND CISCO'S MARKET SHARE OF THAT MARKET IS AROUND

04:04PM   3   66 PERCENT; IS THAT RIGHT?

04:05PM   4      A.   THAT IS SOUNDS CLOSE, BUT I ACTUALLY DON'T KNOW FOR SURE.

04:05PM   5      Q.   DOES THAT SOUND RIGHT TO YOU?

04:05PM   6      A.   IT SOUNDS CLOSE, BUT I ACTUALLY DON'T KNOW FOR SURE.

04:05PM   7      Q.   OKAY.  WELL, LET'S PLAY YOUR DEPOSITION.  OR MAYBE THIS

04:05PM   8   TIME YOU CAN JUST TAKE A LOOK AT YOUR DEPOSITION TESTIMONY ON

04:05PM   9   PAGE 161, LINE 19 TO LINE 22.

04:05PM  10      A.   I SEE IT.

04:05PM  11      Q.   OKAY.  DOES THAT REFRESH YOUR RECOLLECTION?

04:05PM  12      A.   NO.

04:05PM  13      Q.   OKAY.  THEN LET'S HAVE THAT PLAYED FOR THE AUDIENCE.

04:05PM  14           MR. PAK:  YOUR HONOR, MAY I PLAY THAT CLIP?

04:05PM  15           THE COURT:  SURE.

04:05PM  16      (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:05PM  17   BY MR. PAK:

04:05PM  18      Q.   THAT WAS THE SWORN TESTIMONY YOU GAVE UNDER OATH, CORRECT?

04:06PM  19      A.   YES, THAT'S RIGHT.

04:06PM  20      Q.   AND IN THE MARKETS THAT YOU COMPETE WITH CISCO,

04:06PM  21   PARTICULARLY THE DATA CENTER MARKET, ARISTA HAS GAINED MARKET

04:06PM  22   SHARE AND CISCO HAS LOST MARKET SHARE IN THE SAME MARKET, IS

04:06PM  23   THAT TRUE?

04:06PM  24      A.   I BELIEVE THAT'S RIGHT.

04:06PM  25      Q.   SOME OF YOUR MAJOR OR TOP CUSTOMERS AT ARISTA WERE FORMER

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:06PM  1    CISCO CUSTOMERS; ISN'T IT TRUE?

04:06PM  2    A.   I BELIEVE THEY ARE CONTINUING CISCO CUSTOMERS AS WELL.

04:06PM  3    Q.   SO LET'S BREAK IT INTO PIECES.  SO BEFORE THEY BOUGHT ANY

04:06PM  4    ARISTA EQUIPMENT SOME OF YOUR TOP CUSTOMERS WERE CISCO

04:06PM  5    CUSTOMERS; ISN'T THAT TRUE?

04:06PM  6    A.   YES.

04:06PM  7    Q.   OKAY.  AND EVEN TODAY, THOSE SAME CUSTOMERS ARE BUYING

04:06PM  8    PRODUCTS FROM CISCO; ISN'T THAT RIGHT?

04:06PM  9    A.   I WOULDN'T KNOW IN EVERY CASE, BUT I BELIEVE THAT TO BE

04:06PM  10   BROADLY CORRECT.

04:06PM  11   Q.   AND SOME OF THESE TOP CUSTOMERS INCLUDE CUSTOMERS LIKE

04:06PM  12   MICROSOFT, FACEBOOK, CITIBANK; DID I GET THAT RIGHT?

04:06PM  13   A.   YES.

04:07PM  14   Q.   I WANT TO NOW SWITCH TOPICS TO TALK ABOUT SOME OF THE

04:07PM  15   COPYING IN THIS CASE.  ARE YOU WITH ME?

04:07PM  16   A.   YES.

04:07PM  17   Q.   OKAY.  YOU KNOW A PERSON NAMED DAVID SOLLENDER, CORRECT?

04:07PM  18   A.   YES.

04:07PM  19   Q.   HE WAS AN EMPLOYEE OF ARISTA; IS THAT RIGHT?

04:07PM  20   A.   YES.

04:07PM  21   Q.   AND AT ARISTA, HE WAS WHAT'S CALLED A TECHNICAL WRITER,

04:07PM  22   CORRECT?

04:07PM  23   A.   THAT'S RIGHT.

04:07PM  24   Q.   SO HE WOULD WRITE THE TECHNICAL MANUALS, USER DOCUMENTATION

04:07PM  25   FOR YOUR PRODUCTS; IS THAT RIGHT?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:07PM  1    A.   UH-HUH.

04:07PM  2    Q.   AND IT'S TRUE THAT THERE WAS A TIME WHEN ARISTA WAS SELLING

04:07PM  3    PRODUCTS IN THE 2008 TO 2010 TIME PERIOD WHEN ARISTA DID NOT

04:07PM  4    HAVE USER MANUALS TO DESCRIBE ITS PRODUCTS; ISN'T THAT TRUE?

04:07PM  5    A.   I'M NOT SURE OF THE EXACT TIME PERIOD, BUT EARLY ON WE DID

04:07PM  6    NOT HAVE USER MANUALS.

04:07PM  7    Q.   YOU DIDN'T HAVE THAT.

04:07PM  8        AND IN FACT, YOU WERE AWARE THAT CUSTOMERS OF ARISTA WERE

04:07PM  9    LOOKING AT CISCO DOCUMENTS, CISCO USER MANUALS TO UNDERSTAND

04:08PM  10   THE ARISTA USER INTERFACE; ISN'T THAT TRUE?

04:08PM  11   A.   I'M NOT SURE ABOUT THAT SPECIFICALLY, IT'S CERTAINLY

04:08PM  12   POSSIBLE.

04:08PM  13   Q.   WE WILL GET TO THAT.

04:08PM  14       NOW DAVID SOLLENDER WAS AN ARISTA EMPLOYEE, AND IT'S TRUE

04:08PM  15   HE COPIED CERTAIN EXCERPTS OUT OF CISCO'S TECHNICAL DOCUMENTS

04:08PM  16   AND INSERTED THOSE MATERIALS DIRECTLY INTO ARISTA'S TECHNICAL

04:08PM  17   DOCUMENTS; ISN'T THAT TRUE?

04:08PM  18   A.   THERE WERE A FEW INSTANCES OF COPYING, THEY WERE QUITE

04:08PM  19   SMALL, BUT THEY WERE THERE.

04:08PM  20   Q.   WELL, YOU THOUGHT IT WAS EGREGIOUS ENOUGH TO FIRE

04:08PM  21   MR. SOLLENDER; ISN'T THAT TRUE?

04:08PM  22   A.   THE SECOND TIME, YEAH.

04:08PM  23   Q.   WELL, SO HE DID IT FIRST AND THEN HE DID IT AGAIN?

04:08PM  24   A.   THAT'S RIGHT.

04:08PM  25   Q.   SO WHEN HE DID IT AGAIN FOR THE SECOND TIME, YOU FIRED

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:08PM 1    MR. SOLLENDER; IS THAT RIGHT?

04:08PM 2    A.   HE ASSURED US HE WOULDN'T DO IT AGAIN, BUT HE DID.  HE

04:08PM 3    WOUND UP LEAVING THE COMPANY, I'M NOT SURE OF THE EXACT TERMS

04:08PM 4    OF THAT, WHETHER HE WAS FIRED OR DEPARTED UNDER SOME AGREEMENT,

04:08PM 5    BUT HE LEFT THE COMPANY.

04:08PM 6    Q.   HE DIDN'T LEAVE OUT OF HIS OWN VOLITION, YOU ASKED HIM TO

04:09PM 7    LEAVE?

04:09PM 8    A.   WE NEGOTIATED FOR HIS DEPARTURE ONE WAY OR THE OTHER.  I'M

04:09PM 9    SORRY, I JUST DON'T KNOW THE EXACT DETAILS OF WHETHER HE WAS

04:09PM 10   TECHNICALLY FIRED, BUT WE DID ARRANGE FOR THAT.

04:09PM 11   Q.   SO SETTING ASIDE THE TECHNICALITIES, YOU ASKED

04:09PM 12   MR. SOLLENDER TO LEAVE THE COMPANY; ISN'T THAT TRUE?

04:09PM 13   A.   THAT'S RIGHT.

04:09PM 14   Q.   AND THE REASON FOR THAT WAS HE COPIED FROM CISCO'S

04:09PM 15   DOCUMENTS AND THAT WAS A VIOLATION OF CISCO'S INTELLECTUAL

04:09PM 16   PROPERTY RIGHTS; ISN'T THAT RIGHT?

04:09PM 17   A.   THERE WAS A MALL AMOUNT OF COPYING AND WHETHER THAT'S A

04:09PM 18   LEGAL VIOLATION, I ACTUALLY DON'T KNOW.

04:09PM 19   Q.   THAT VIOLATED CISCO'S INTELLECTUAL PROPERTY RIGHTS, TRUE?

04:09PM 20          MR. SILBERT:  OBJECTION.  CALLS FOR A LEGAL

04:09PM 21   CONCLUSION.

04:09PM 22          THE COURT:  OVERRULED.

04:09PM 23          THE WITNESS:  IF IT'S A LEGAL QUESTION, I JUST DON'T

04:09PM 24   KNOW.

04:09PM 25   BY MR. PAK:

780

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:09PM 1   Q.   OKAY.  LET'S LOOK AT YOUR VIDEO DEPOSITION, OR ACTUALLY

04:09PM 2   LET'S FIRST GO TO YOUR DEPOSITION, SIR.

04:09PM 3       TAKE A LOOK AT PAGE 132.  TAKE A LOOK AT PAGE 131, LINE 23

04:10PM 4   TO PAGE 132, LINE 5.

04:10PM 5       DO YOU SEE YOUR TESTIMONY THERE?

04:10PM 6           MR. PAK:  YOUR HONOR, I WOULD LIKE TO PLAY THE VIDEO

04:10PM 7   TESTIMONY.

04:10PM 8           THE COURT:  YES.

04:10PM 9       (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:10PM 10  Q.   THAT WAS YOUR SWORN TESTIMONY, ISN'T IT?

04:10PM 11  A.   YES.

04:10PM 12  Q.   OKAY.  AND YOU KNOW THAT PART OF WHAT MR. SOLLENDER COPIED

04:10PM 13  FROM CISCO'S TECHNICAL DOCUMENTS INTO ARISTA'S TECHNICAL

04:11PM 14  DOCUMENTS WERE DESCRIPTIONS OF CISCO'S CLI COMMANDS, CORRECT?

04:11PM 15  A.   I DON'T RECALL THE EXACT PORTIONS COPIED.

04:11PM 16  Q.   OKAY.  LET'S TAKE A LOOK AT YOUR DEPOSITION AGAIN.  THIS

04:11PM 17  TIME IT'S PAGE 128, LINE 237.

04:11PM 18          MR. PAK:  AND YOUR HONOR, MAY I PLAY THE VIDEO,

04:11PM 19  PLEASE?

04:11PM 20          THE COURT:  YES.

04:11PM 21      (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:11PM 22  Q.   NO ONE ELSE WAS ASKED TO LEAVE ARISTA FOR THE COPYING OF

04:11PM 23  THESE DOCUMENTS, CORRECT?

04:11PM 24  A.   NO.

04:11PM 25  Q.   AND YOU UNDERSTAND THAT THERE WERE CLI COMMAND ELEMENTS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:11PM 1    THAT WERE COPIED FROM CISCO INTO ARISTA'S PRODUCTS; YOU

04:11PM 2    UNDERSTAND THAT, CORRECT?

04:11PM 3    A.   SORRY, I DON'T QUITE KNOW WHAT YOU MEAN.

04:12PM 4    Q.   YOU UNDERSTAND THAT ARISTA COPIED SOME OF THE COMMANDS AT

04:12PM 5    ISSUE IN THIS CASE FROM CISCO; YOU UNDERSTAND THAT, CORRECT?

04:12PM 6    A.   OUR COMMAND INTERPRETER RECOGNIZES MANY OF THE SAME

04:12PM 7    COMMANDS, THAT'S RIGHT.

04:12PM 8    Q.   ARE YOU DENYING, SIR, THAT ARISTA COPIED CISCO'S CLI

04:12PM 9    COMMANDS FROM CISCO SOURCES; ARE YOU DENYING THAT?

04:12PM 10   A.   COPIED FROM?

04:12PM 11   Q.   CISCO SOURCES?

04:12PM 12   A.   NO, I'M NOT.

04:12PM 13   Q.   YOU ARE NOT DENYING THAT, RIGHT?

04:12PM 14   A.   NO.

04:12PM 15   Q.   SO CISCO COPIED CLI COMMANDS AND SOME OUTPUTS FROM CISCO

04:12PM 16   SOURCES INTO ARISTA PRODUCTS, CORRECT?

04:12PM 17   A.   WE DIDN'T COPY CISCO OUTPUTS INTO OUR CODE, NO, I DON'T

04:12PM 18   THINK THAT'S ACCURATE.

04:12PM 19   Q.   LET ME FOCUS ON THE COMMANDS, WE WILL GET TO THE OUTPUTS

04:12PM 20   LATER.

04:12PM 21       ISN'T IT TRUE, SIR, THAT ARISTA COPIED SOME OF CISCO'S CLI

04:12PM 22   COMMANDS FROM CISCO SOURCES AND PUT IT INTO ARISTA'S PRODUCTS?

04:12PM 23   A.   YES, THAT'S RIGHT.

04:12PM 24   Q.   THAT'S RIGHT.

04:12PM 25       BUT NO ONE ELSE AT ARISTA HAS BEEN REPRIMANDED OR ASKED TO

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:13PM 1    LEAVE FOR THAT COPYING, CORRECT?

04:13PM 2    A.  WE DON'T BELIEVE IT WAS WRONG.

04:13PM 3    Q.  AND AGAIN, YOU DIDN'T RECEIVE ANY TRAINING ON INTELLECTUAL

04:13PM 4    PROPERTY PRIOR TO THIS LAWSUIT, CORRECT?

04:13PM 5    A.  NO.

04:13PM 6    Q.  OKAY.

04:13PM 7         AND YOU ADMIT, SIR, THAT IT'S NOT A COINCIDENCE THAT ARISTA

04:13PM 8    HAS SO MANY CLI COMMANDS THAT WERE TAKEN FROM CISCO'S

04:13PM 9    INTERFACE, THAT'S NOT A COINCIDENCE, IS IT, SIR?

04:13PM 10   A.  NO, IT'S NOT.

04:13PM 11   Q.  OKAY.  IN FACT, YOU SAID ARISTA SLAVISHLY COPIED THE CISCO

04:13PM 12   CLI COMMANDS; ISN'T THAT TRUE?  SIR?

04:13PM 13   A.  NO, I DIDN'T SAY THAT.

04:13PM 14   Q.  LET'S TAKE A LOOK AT PAGE 47 OF YOUR DEPOSITION, LINE 19

04:13PM 15   THROUGH 23.

04:14PM 16              MR. PAK:  AND YOUR HONOR, MAY I PLAY THE VIDEO CLIP?

04:14PM 17              THE COURT:  YES.

04:14PM 18        (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:14PM 19   Q.  THAT WAS YOUR SWORN TESTIMONY, SIR, RIGHT?

04:14PM 20   A.  YES, BUT I WASN'T ACTUALLY TALKING ABOUT THE CISCO CLI IN

04:14PM 21   THE CASE.

04:14PM 22   Q.  THAT WAS YOUR SWORN TESTIMONY, WASN'T IT, SIR?

04:14PM 23   A.  IT IS.

04:14PM 24   Q.  OKAY.  AND DESPITE ALL THIS COPYING, NOBODY AT ARISTA EVER

04:14PM 25   APPROACHED CISCO FOR A LICENSE TO USE ANY OF CISCO'S CLI

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:14PM   1    COMMANDS; ISN'T THAT RIGHT?

04:14PM   2    A.   NO, WE DID NOT.

04:14PM   3    Q.   TERMS OF ACCESS, SIR, YOU KEPT PHYSICAL CISCO SWITCHES

04:14PM   4    RUNNING IN YOUR OFFICE DURING YOUR TENURE AT ARISTA; ISN'T THAT

04:14PM   5    TRUE?

04:14PM   6    A.   YES.

04:14PM   7    Q.   AND YOU MADE THOSE SWITCHES AVAILABLE TO OTHER ENGINEERS

04:14PM   8    WITHIN ARISTA, ISN'T THAT RIGHT?

04:14PM   9    A.   YES.

04:14PM   10   Q.   AND IN FACT, LET'S TAKE A LOOK AT EXHIBIT 189 IN YOUR

04:15PM   11   BINDER.  THIS IS A DEVELOPMENT ENVIRONMENT DOCUMENT THAT WAS

04:15PM   12   CREATED AT ARISTA NETWORKS AS PART OF ITS BUSINESS, CORRECT?

04:15PM   13   A.   YES.

04:15PM   14   Q.   OKAY.

04:15PM   15        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

04:15PM   16   EXHIBIT 189 INTO THE RECORD.

04:15PM   17        MR. SILBERT:  NO OBJECTION.

04:15PM   18        THE COURT:  IT WILL BE ADMITTED.

04:15PM   19        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 189, HAVING BEEN

04:15PM   20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:15PM   21   EVIDENCE.)

04:15PM   22   BY MR. PAK:

04:15PM   23   Q.   MR. FISHER, LET'S BRING THIS DOCUMENT UP.  *DEVELOPMENT*

04:15PM   24   *ENVIRONMENT* IS THE TITLE OF THIS DOCUMENT, CORRECT?

04:15PM   25   A.   YES.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:15PM 1    Q.   AND AGAIN, JUST TO REMIND EVERYONE HERE, THIS IS

04:15PM 2    EXHIBIT 189, CORRECT?  THAT'S WHAT'S LABELED IN THE BINDER?

04:16PM 3    A.   YES.

04:16PM 4    Q.   CAN YOU EXPLAIN TO THE LADIES AND GENTLEMEN OF THE JURY

04:16PM 5    WHAT IT MEANS WHEN IT SAYS AID9 AT THE VERY TOP THERE, AID9.

04:16PM 6    A.   SURE.

04:16PM 7        WE HAVE A DOCUMENT CATALOGING SYSTEM THAT ARISTA, FOR

04:16PM 8    INTERNAL DOCUMENTS, WHERE WE ASSIGN NUMBERS TO CERTAIN

04:16PM 9    DOCUMENTS TO REFER TO THEM MORE EASILY.  AND THIS DOCUMENT IS

04:16PM 10   ARISTA INTERNAL DOCUMENT NUMBER 9.

04:16PM 11   Q.   SO THIS IS THE NINTH DOCUMENT THAT WAS ADDED TO THIS

04:16PM 12   INTERNAL DATABASE OF DOCUMENTS?

04:16PM 13   A.   MOST LIKELY, BUT WE DON'T NECESSARILY ALWAYS GO STRICTLY IN

04:16PM 14   ORDER.

04:16PM 15   Q.   CLOSE TO 9?

04:16PM 16   A.   SURE.

04:16PM 17   Q.   OKAY.  AND THE DOCUMENT OWNER IS KENNETH DUDA; IS THAT

04:16PM 18   RIGHT?

04:16PM 19   A.   YES.

04:16PM 20   Q.   AND I THINK WE COVERED THIS, THE DATE SAYS JUNE 19, 2014,

04:16PM 21   BUT THAT WAS THE DATE IT WAS PRINTED NOT THE DATE IT WAS

04:16PM 22   CREATED; IS THAT TRUE?

04:16PM 23   A.   I BELIEVE IT WAS THE DATE THE DOCUMENT WAS LAST MODIFIED.

04:16PM 24   Q.   I SEE.  SO THERE WERE PRIOR VERSIONS OF THIS DOCUMENT; IS

04:16PM 25   THAT RIGHT?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:16PM  1    A.   THAT'S RIGHT.  I BELIEVE THIS IS REVISION NUMBER 44.

04:16PM  2    Q.   AND DOES THIS DOCUMENT STILL EXIST IN YOUR AID DATABASE?

04:17PM  3    A.   I PRESUME IT DOES, BUT I DON'T KNOW FOR SURE.

04:17PM  4    Q.   IT WAS PRODUCED IN THIS CASE BY ARISTA?

04:17PM  5    A.   I ASSUME SO.

04:17PM  6    Q.   LET'S TAKE A LOOK IN THIS DOCUMENT AT, THERE'S A CHART --

04:17PM  7    YES.  IF YOU COULD LOOK AT THE LAST PAGE OF THIS DOCUMENT, AND

04:17PM  8    AT THE VERY TOP, FIRST OF ALL, MR. FISHER, IF YOU COULD

04:17PM  9    HIGHLIGHT NETWORK RESOURCES THERE.

04:17PM  10        AND WHAT IS THE PURPOSE OF THIS DOCUMENT?  WHAT WERE YOU

04:17PM  11   TRYING TO DO WITH THIS DOCUMENT?

04:17PM  12   A.   WELL, I THINK THE PURPOSE OF THIS DOCUMENT IS TO HELP

04:17PM  13   SOFTWARE ENGINEERS UNDERSTAND ELEMENTS OF THE DEVELOPMENT

04:17PM  14   ENVIRONMENT IN WHICH WE EXPECT THEM TO CREATE SOFTWARE.

04:17PM  15   Q.   SO YOU ARE TELLING THE ARISTA ENGINEERS WHEN YOU DEVELOP

04:18PM  16   SOFTWARE FOR ARISTA, THESE ARE THE DEVELOPMENT ENVIRONMENTS YOU

04:18PM  17   HAVE TO WORK WITH, CORRECT?

04:18PM  18   A.   THAT'S RIGHT.

04:18PM  19   Q.   OKAY.  SO AS PART OF THIS DIRECTION TO ARISTA ENGINEERS,

04:18PM  20   THERE'S SOMETHING CALLED NETWORK RESOURCES IN THIS DOCUMENT; DO

04:18PM  21   YOU SEE THAT?

04:18PM  22   A.   YES.

04:18PM  23   Q.   ALL RIGHT.

04:18PM  24        AND CAN YOU READ INTO THE RECORD WHAT YOU SAID RIGHT UNDER

04:18PM  25   "NETWORK RESOURCES?"

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:18PM  1    A.   HERE IS A TABLE OF SOME THINGS ON THE INTERNAL NETWORK THAT

04:18PM  2    CAN BE USEFUL TO GET YOUR WORK DONE.

04:18PM  3    Q.   SO YOU WERE TELLING PEOPLE, LOOK HERE'S SOME OF THE

04:18PM  4    RESOURCES WE HAVE, IF YOU WANT TO DO WORK AS AN ARISTA

04:18PM  5    ENGINEER, YOU CAN USE SOME OF THESE RESOURCES THAT ARE

04:18PM  6    AVAILABLE ON THE NETWORK, CORRECT?

04:18PM  7    A.   THAT'S RIGHT.

04:18PM  8    Q.   AND LET'S TAKE A LOOK AT THE LAST ENTRY.  IT SAYS, CISCO

04:18PM  9    806, CORRECT?

04:18PM  10   A.   YES.

04:18PM  11   Q.   CAN YOU READ INTO THE RECORD YOUR DESCRIPTION FOR THAT

04:18PM  12   PARTICULAR NETWORK RESOURCE?

04:18PM  13   A.   THE NOTES SAY, A REAL-LIFE CISCO 806, WHICH IS A BRANCH

04:19PM  14   OFFICE VPN GATEWAY.  YOU CAN LEARN ABOUT THE IOS CLI, LOGGING,

04:19PM  15   AND GENERAL DEVICE BEHAVIOR.  THIS DEVICE -- THE DEVICE IS

04:19PM  16   PHYSICALLY LOCATED ON K. DUDA'S DESK.  ALL RELEVANT USER NAMES

04:19PM  17   AND PASSWORDS ARE ARASTRA.

04:19PM  18   Q.   K.DUDA, THAT WAS YOUR E-MAIL ALIAS, CORRECT?

04:19PM  19   A.   THAT'S CORRECT.

04:19PM  20   Q.   SO CISCO 806 WAS A COMMAND OR MECHANISM THAT ARISTA

04:19PM  21   ENGINEERS WOULD USE ON YOUR INTERNAL NETWORK TO GET TO THIS

04:19PM  22   CISCO PRODUCT THAT WAS SITTING ON YOUR DESK; IS THAT RIGHT?

04:19PM  23   A.   THAT'S RIGHT.

04:19PM  24   Q.   OKAY.  AND THE OLD RELEVANT USER NAME AND PASSWORDS ARE

04:19PM  25   ARESTRA, THAT'S THE OLD NAME FOR ARISTA; IS THAT RIGHT?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:19PM   1    A.   THAT'S RIGHT.

04:19PM   2    Q.   SO ANYONE WHO IS DEVELOPING SOFTWARE AT ARISTA COULD SIMPLY

04:19PM   3    TELL THAT TO GET TO A CISCO 806 PRODUCT TO LEARN ABOUT, IN YOUR

04:19PM   4    WORDS, IOS CLI, LOGGING AND GENERAL DEVICE BEHAVIOR; ISN'T THAT

04:20PM   5    TRUE?

04:20PM   6    A.   YES.

04:20PM   7    Q.   LET'S LOOK AT HOW SOME OF THE ENGINEERS USED THAT RESOURCE.

04:20PM   8    THIS IS EXHIBIT 193.  BY THE WAY, THAT WASN'T THE ONLY PRODUCT

04:20PM   9    YOU HAD, YOU HAD SOME OTHER CISCO PRODUCTS TOO, PROTECT?

04:20PM  10    A.   YES.

04:20PM  11    Q.   OKAY.  SO LET'S TAKE A LOOK AT THIS DOCUMENT IN YOUR

04:20PM  12    BINDER, THIS WAS AN E-MAIL THAT WAS SENT FROM JAMES LINGARD TO

04:20PM  13    AN E-MAIL ALIAS CALLED ENG, THAT STOOD FOR ENGINEERING,

04:20PM  14    CORRECT?

04:20PM  15    A.   THAT'S RIGHT.

04:20PM  16    Q.   SO THIS WAS AN E-MAIL ALIAS THAT WOULD INCLUDE ALL THE

04:20PM  17    ENGINEERS AT ARISTA AT THE TIME; IS THAT RIGHT?

04:20PM  18    A.   YES.

04:20PM  19    Q.   THAT WOULD HAVE INCLUDED YOU AT THE TIME, CORRECT?

04:20PM  20    A.   THAT'S RIGHT.

04:20PM  21          MR. PAK:  YOUR HONOR I WOULD LIKE TO MOVE THAT

04:20PM  22    DOCUMENT INTO EVIDENCE, EXHIBIT 193.

04:20PM  23          MR. SILBERT:  NO OBJECTION.

04:20PM  24          THE COURT:  IT WILL BE ADMITTED.

04:20PM  25

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:20PM 1          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 193, HAVING BEEN

04:20PM 2     PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:20PM 3     EVIDENCE.)

04:20PM 4     BY MR. PAK:

04:20PM 5     Q.   SO LET'S BLOW UP THIS DOCUMENT AND THIS IS 193.  YOU HAVE

04:21PM 6     JAMES LINGARD SENDING AN E-MAIL ON APRIL 14, 2006, CORRECT?

04:21PM 7     A.   YES.

04:21PM 8     Q.   AND THIS WAS WHEN YOU WERE WORKING ON YOUR FIRST PRODUCT,

04:21PM 9     THAT WAS A SWITCH PRODUCT, CORRECT?

04:21PM 10    A.   SO THIS WAS AFTER WE COUNSELED THE RAIL PRODUCT AND WE WERE

04:21PM 11    WORKING ON BUILDING AN ETHERNET SWITCH.

04:21PM 12    Q.   THANK YOU.

04:21PM 13         AND THE SUBJECT IS, "SHOW PARSER DUMP."  DO YOU SEE THAT?

04:21PM 14    A.   YES.

04:21PM 15    Q.   AND THAT'S A COMMAND THAT EXISTS INSIDE THE CISCO USER

04:21PM 16    INTERFACE, CORRECT?

04:21PM 17    A.   IT LOOKS LIKE IT.

04:21PM 18    Q.   IT'S ONE OF THE SHOW COMMANDS THAT CISCO OFFERS, CORRECT?

04:21PM 19    A.   I DON'T KNOW FOR SURE, BUT THAT'S WHAT THE DOCUMENT SEEMS

04:21PM 20    TO SAY.

04:21PM 21    Q.   ALL RIGHT.  LET'S READ INTO THE RECORD, CAN YOU PLEASE READ

04:21PM 22    AFTER?

04:21PM 23    A.   JAMES WRITES, AFTER SEVERAL OF US HAVE SPENT NONTRIVIAL

04:21PM 24    AMOUNTS OF TIME TRYING TO FIGURE OUT THE PRECISE SYNTAX OF THE

04:21PM 25    INDUSTRY-STANDARD CLI COMMANDS, I'VE JUST DISCOVERED THE "SHOW

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:22PM  1    PARSER DUMP" COMMAND, WHICH DOES EXACTLY WHAT IT SAYS.  FOR

04:22PM  2    EXAMPLE.

04:22PM  3    Q.   OKAY.

04:22PM  4         AND WOULD THE EXAMPLE THAT MR. LINGARD WAS SHOWING IS

04:22PM  5    HIMSELF TYPING THE COMMAND SHOW PARSER DUMP CONFIG-VLAN INTO A

04:22PM  6    CISCO DEVICE, THE CISCO 3560 THAT WAS RUNNING AT ARISTA,

04:22PM  7    CORRECT?

04:22PM  8    A.   IT LOOKS THAT WAY, BUT I CAN'T SAY FOR SURE FROM THIS

04:22PM  9    E-MAIL.

04:22PM  10   Q.   BUT THAT'S YOUR BEST INTERPRETATION OF THIS E-MAIL; IS THAT

04:22PM  11   CORRECT?

04:22PM  12   A.   IT SEEMS LIKELY.

04:22PM  13   Q.   AND HE RUNS THAT COMMAND, AND THEN VOILA, YOU GET OUTPUT

04:22PM  14   THAT SHOWS THE VARIOUS COMMANDS AND THE COMMAND SYNTAX OF THE

04:22PM  15   CISCO IOS CLI; ISN'T THAT TRUE, SIR?

04:22PM  16   A.   I DON'T KNOW, I DON'T UNDERSTAND THE OUTPUT OF THIS

04:22PM  17   COMMAND.

04:22PM  18   Q.   ARE YOU DENYING THAT, SIR?

04:22PM  19   A.   I'M NOT DENYING IT EITHER, I'M JUST SAYING I DON'T KNOW.

04:23PM  20   Q.   WHAT MR. LINGARD TELLS EVERYBODY IS WE SPENT LOTS OF TIME

04:23PM  21   TRYING TO FIGURE OUT THE SYNTAX AND THE WORDS THAT ARE USED IN

04:23PM  22   THE CISCO CLI, FIGURE OUT A COMMAND THAT DOES THAT; ISN'T THAT

04:23PM  23   WHAT HE'S SAYING?

04:23PM  24   A.   I REALLY DON'T UNDERSTAND THIS BECAUSE IT'S VERY EASY TO

04:23PM  25   UNDERSTAND THE SYNTAX OF THE COMMANDS TO PUBLICLY AVAILABLE

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:23PM   1    DOCUMENTS ON CISCO'S WEBSITE, SO I REALLY DON'T UNDERSTAND WHY

04:23PM   2    THIS IS NEEDED.

04:23PM   3    Q.   YOU ARE NOT DENYING THAT ENGINEERS AT ARISTA SPEND

04:23PM   4    NONTRIVIAL AMOUNTS OF TIME TRYING TO FIGURE OUT THE PRECISE

04:23PM   5    SYNTAX OF WHAT THEY CALL INDUSTRY STANDARD CLI COMMANDS, AND

04:23PM   6    THEN USED A CISCO PRODUCT TO UNDERSTAND THAT SYNTAX; ISN'T THAT

04:23PM   7    TRUE, SIR?

04:23PM   8    A.   WELL, THAT'S WHAT JAMES SAYS HERE, BUT I DON'T KNOW WHETHER

04:23PM   9    THAT'S TRUE OR NOT.

04:23PM  10         I'M A LITTLE SURPRISED.  I WOULDN'T THINK THAT IT WOULD

04:23PM  11    TAKE VERY LONG TO FIGURE OUT THE SYNTAX, GIVEN THAT IT'S

04:23PM  12    CLEARLY DOCUMENTED IN PUBLICLY AVAILABLE DOCUMENTATION.

04:23PM  13    Q.   YOU WERE SURPRISED, BUT YOU WERE NOT DISPUTING WHAT

04:23PM  14    HAPPENED HERE, CORRECT?

04:23PM  15    A.   I DON'T KNOW.

04:24PM  16    Q.   AND THEN LET'S TAKE A LOOK AT WHAT ELSE MR. LINGARD SAYS IN

04:24PM  17    THE E-MAIL.  IF YOU GO DOWN TO THE BOTTOM, MR. LINGARD ALSO

04:24PM  18    SAYS, JUST TYPING SHOW PARSER DUMP IS QUITE INSTRUCTIVE FOR

04:24PM  19    LIST OF ALL THE MODES SUPPORTED.

04:24PM  20         DO YOU SEE THAT?

04:24PM  21    A.   I DO.

04:24PM  22    Q.   AND IN ADDITION, SHOW PARSER DUMP EXTEND ALSO SHOWS THE

04:24PM  23    HELP NAME AND HELP DESCRIPTION ASSOCIATED WITH EACH TOKEN;

04:24PM  24    ISN'T THAT TRUE?

04:24PM  25    A.   THAT'S WHAT IT SAYS.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:24PM  1   Q.   OKAY.  AND TOKEN IS A PART OF A COMMAND, A MULTIWORD

04:24PM  2   COMMAND IS A TOKEN; IS THAT CORRECT?

04:24PM  3   A.   THAT SOUNDS RIGHT.

04:24PM  4   Q.   OKAY.  AND ISN'T IT ALSO TRUE THAT ARISTA DIDN'T KEEP ANY

04:24PM  5   OTHER SWITCHES ON ITS PREMISES OTHER THAN THE CISCO SWITCHES,

04:24PM  6   CORRECT?

04:24PM  7   A.   WE HAVE OTHER SWITCHES TODAY, I DON'T KNOW EXACTLY WHEN WE

04:24PM  8   GOT THEM, I THINK IT DEPENDS ON WHAT TIME PERIOD YOU ARE

04:25PM  9   TALKING ABOUT.

04:25PM  10  Q.   LET'S TAKE A LOOK AT YOUR DEPOSITION TESTIMONY.  PAGE 323,

04:25PM  11  LINE 22, TO 324, LINE 1.

04:25PM  12       MR. SILBERT:  I DON'T THINK THAT'S IMPEACHING AT ALL

04:25PM  13  OF THE TESTIMONY HE JUST GAVE.

04:25PM  14       THE COURT:  ALL RIGHT.  I WILL TAKE A LOOK BEFORE WE

04:25PM  15  DO THAT.

04:25PM  16       THE WITNESS:  WOULD YOU REPEAT THE PAGE NUMBER,

04:25PM  17  PLEASE.

04:25PM  18       MR. PAK:  SURE.  IT'S PAGE 323, LINE 22, TO PAGE 324,

04:25PM  19  LINE 1.

04:25PM  20       THE COURT:  YOU KNOW, IT DOESN'T SEEM LIKE A NON

04:26PM  21  SEQUITUR TO ME.

04:26PM  22       MR. SILBERT:  WELL, THE QUESTION -- THE WITNESS'S

04:26PM  23  ANSWER WAS, "DEPENDS ON THE TIME PERIOD."

04:26PM  24     THE QUESTION IN THE DEPOSITION IS POSED IN THE PAST TENSE.

04:26PM  25       THE COURT:  THIS IS 323 FROM THE 524?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:26PM  1        MR. PAK:  YES, YOUR HONOR.

04:26PM  2        THE COURT:  OKAY.  I'M DOING SOMETHING WRONG BECAUSE

04:26PM  3   MINE STARTS ON AN ANSWER AND ENDS ON A QUESTION, SO I'M LOOKING

04:26PM  4   AT THE WRONG THING.  I'M SORRY.

04:26PM  5        MR. PAK:  SORRY, YOUR HONOR, IT'S MY FAULT,

04:26PM  6   FEBRUARY 12, 2016, DEPOSITION.  IT'S AT THE VERY END.

04:27PM  7        THE COURT:  I WILL ALLOW IT.

04:27PM  8        MR. PAK:  LET'S PLAY THE VIDEO CLIP, MR. FISHER.

04:27PM  9     (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:27PM  10  BY MR. PAK:

04:27PM  11  Q.   THAT WAS YOUR SWORN TESTIMONY, RIGHT, SIR?

04:27PM  12  A.   YES.

04:27PM  13  Q.   LET'S TURN TO ANOTHER EXHIBIT, EXHIBIT 190.

04:27PM  14        MR. PAK:  AND YOUR HONOR THIS IS ACTUALLY 190, LET ME

04:27PM  15  ASK IT THIS WAY:

04:27PM  16  Q.   MR. DUDA, THIS IS AN E-MAIL YOU SENT ON AUGUST 27TH, 2008,

04:27PM  17  TO A GENTLEMAN NAMED NATHAN SCHRENK; ISN'T THAT TRUE?

04:28PM  18  A.   YES.

04:28PM  19  Q.   AND HE WAS AN EMPLOYEE OF ARISTA AT THE TIME?

04:28PM  20  A.   YES.

04:28PM  21  Q.   OKAY.

04:28PM  22        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE THIS

04:28PM  23  DOCUMENT INTO EVIDENCE.

04:28PM  24        MR. SILBERT:  NO OBJECTION.

04:28PM  25        THE COURT:  IT WILL BE ADMITTED.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:28PM  1          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 190, HAVING BEEN

04:28PM  2     PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:28PM  3     EVIDENCE.)

04:28PM  4     BY MR. PAK:

04:28PM  5     Q.   SO AT THE VERY TOP, THIS IS AN E-MAIL YOU SENT, CORRECT?

04:28PM  6     A.   THAT'S RIGHT.

04:28PM  7     Q.   AND NATHAN SCHRENK, WHO IS THAT?

04:28PM  8     A.   HE'S AN ENGINEER AT ARISTA AT THE TIME.

04:28PM  9     Q.   OKAY.  AND CAN YOU READ INTO THE RECORD WHAT YOU TOLD

04:28PM  10    MR. SCHRENK IN 2008?

04:28PM  11    A.   SURE.

04:28PM  12         I WROTE, "I WONDER HOW HARD IT WOULD REALLY BE TO

04:28PM  13    REVERSE-ENGINEER THE CISCO TRANSLATIONS.  WE'D NEED TO SET UP A

04:28PM  14    TACACS PLUS SERVER, T-A-C-A-C-S PLUS SERVER, CONFIGURE A CISCO

04:28PM  15    BOX TO USE IT, MAKE SURE WE CAN SEE THE DETAILS OF THE

04:28PM  16    AUTHORIZATION REQUESTS, AND THEN DO AN IN-ORDER TRAVERSAL OF

04:29PM  17    THE CISCO CLI PARSE TREE, AND SEE WHAT COMES OUT.  IT WOULD

04:29PM  18    PROBABLY TAKE A DAY OR TWO, I GUESS, AND PRETTY BORING WORK,

04:29PM  19    TOO."

04:29PM  20    Q.   SO WHAT YOU WERE SUGGESTING HERE AT THE TIME WAS THAT YOU

04:29PM  21    SHOULD, OR ONE OF THE IDEAS WAS TO REVERSE ENGINEER THIS CISCO

04:29PM  22    CLI PERTAINING TO WHAT'S CALLED A TACACS PLUS SERVER; ISN'T

04:29PM  23    THAT TRUE?

04:29PM  24    A.   NOT QUITE.  IT WAS REVERSE ENGINEERING TRANSLATIONS THAT

04:29PM  25    GET APPLIED AS PART OF COMMUNICATION WITH THE TACACS PLUS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:29PM  1   SERVER.

04:29PM  2   Q.   AND THAT WAS A CISCO PRODUCT, RIGHT, SIR?

04:29PM  3   A.   I'M SORRY, WHICH IS A CISCO PRODUCT?

04:29PM  4   Q.   THE TACACS C+, OR THE CISCO BOX THAT'S REFERRED TO HERE, TO

04:29PM  5   CONFIGURE A CISCO BOX, THAT WAS THE CISCO BOX PRODUCT?

04:29PM  6   A.   THAT'S RIGHT.

04:29PM  7   Q.   OKAY.  AND LOOKING AT SOME OF THE DISCUSSIONS THAT WERE

04:29PM  8   HAPPENING WITHIN ARISTA NOW ABOUT THE CLI COMMANDS, LET'S LOOK

04:30PM  9   AT EXHIBIT 182.

04:30PM  10       THIS WAS AN E-MAIL SENT BY LORENZ REDLEFSEN,

04:30PM  11  R-E-D-L-E-F-S-E-N, TO YOU ON JULY 2010; IS THAT CORRECT?

04:30PM  12  A.   JULY 2ND, 2010, THAT'S RIGHT.

04:30PM  13       MR. PAK:  AND YOUR HONOR, I WOULD LIKE TO MOVE THIS

04:30PM  14  DOCUMENT INTO EVIDENCE.

04:30PM  15       MR. SILBERT:  NO OBJECTION.

04:30PM  16       THE COURT:  IT WILL BE ADMITTED.

04:30PM  17      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 182, HAVING BEEN

04:30PM  18  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:30PM  19  EVIDENCE.)

04:30PM  20  BY MR. PAK:

04:30PM  21  Q.   OKAY.  SO LET'S TAKE A LOOK AT WHAT YOU SAY ABOUT HALFWAY

04:30PM  22  DOWN ON THE FIRST PAGE HERE.

04:30PM  23       MR. REDLEFSEN, HE WAS AN ENGINEER AT ARISTA AT THE TIME?

04:30PM  24  A.   THAT'S RIGHT.

04:30PM  25  Q.   OKAY.  HE WRITES, ACTUALLY, AS MIKE POINTS OUT, HE WAS JUST

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:30PM  1   FOLLOWING THE EXAMPLE SET IN IOS, THAT WAS THE CISCO OPERATING

04:31PM  2   SYSTEM WE HAVE BEEN HEARING ABOUT, CORRECT?

04:31PM  3   A.   THAT'S RIGHT.

04:31PM  4   Q.   AND THERE'S A LINK TO THE CISCO WEBSITE, CORRECT?

04:31PM  5   A.   YES.

04:31PM  6   Q.   AND HE WRITES, DO WE WANT TO BE RIGHT AND FIX THIS OR DO WE

04:31PM  7   WANT TO BE CONSISTENT AND LEAVE IT AS IS, AT LEAST FOR THE

04:31PM  8   CLEAR COUNTERS MESSAGE.

04:31PM  9       DO YOU SEE THAT?

04:31PM  10  A.   I DO.

04:31PM  11  Q.   AND THEN LET'S SEE WHAT YOU SAID AT THE TOP.  I DO NOT HAVE

04:31PM  12  A STRONG OPINION, THE VALUE OF BEING CHARACTER FOR CHARACTER

04:31PM  13  EQUIVALENT ON A SYSLOG PNEUMONIC SEEMS LOW, BUT THEN FOLLOWING

04:31PM  14  THE INDUSTRY STANDARD PRECISELY MEANS WE DON'T HAVE TO ARGUE

04:31PM  15  ABOUT EXACTLY WHAT THE PNEUMONIC SHOULD BE.  SO I LEAN SLIGHTLY

04:31PM  16  IN FAVOR OF BEING PRECISELY EQUIVALENT, BUT COULD GO EITHER

04:31PM  17  WAY.  IF WE ALREADY HAVE SOMETHING REASONABLE, LET'S NOT CHANGE

04:31PM  18  IT.

04:31PM  19      THAT WAS YOUR GUIDANCE AT THE TIME, CORRECT?

04:31PM  20  A.   THAT'S RIGHT.

04:32PM  21  Q.   AND IF YOU GO ON TO THE VERY TOP OF THAT E-MAIL,

04:32PM  22  MR. REDLEFSEN WRITES, GREAT, I TOTALLY AGREE, THIS IS "SETTLED

04:32PM  23  LAW" NO NEED TO INNOVATE, SMILEY FACE, CORRECT?

04:32PM  24  A.   YES.

04:32PM  25  Q.   ISN'T IT TRUE, SIR, THAT YOU DECIDED TO EMBRACE THE CISCO

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:32PM  1    IOS CLI AS THE CLI MODEL FOR 2009 WITHIN ARISTA; ISN'T THAT

04:32PM  2    TRUE?

04:32PM  3    A.  YES.

04:32PM  4    Q.  OKAY.  AND YOU'VE STATED THAT, WE PICKED CISCO IOS AS THE

04:32PM  5    CLI MODEL FOR OUR PRODUCTS, JUNOS, THAT'S A JUNIPER PRODUCT,

04:32PM  6    CORRECT?

04:32PM  7    A.  YES.

04:32PM  8    Q.  JUNOS MAY BE A LOT BETTER BUT WE DECIDED TO EMBRACE IOS,

04:33PM  9    THOSE WERE YOUR WORDS, CORRECT?

04:33PM  10   A.  I DON'T RECALL THE EXACT WORDS.

04:33PM  11   Q.  LET'S ME MAKE SURE I GET THE CONTEXT.

04:33PM  12       YOU AGREE WITH THE STATEMENT, WE PICKED CISCO IOS AS THE

04:33PM  13   CLI MODEL FOR OUR PRODUCTS, JUNOS MAY BE A LOT BETTER, BUT WE

04:33PM  14   DECIDED TO EMBRACE IOS, CORRECT?  YOU AGREE WITH THAT?

04:33PM  15   A.  WELL, NOT EXACTLY.  I WOULD SAY WE PICKED AN INDUSTRY

04:33PM  16   STANDARD APPROACH TO OUR CLI WHICH LARGELY REFLECTS THE CISCO

04:33PM  17   CLI.

04:33PM  18   Q.  YOU KNOW THAT JUNOS HAS DIFFERENT COMMANDS THAN CISCO FOR

04:33PM  19   ITS JUNOS PRODUCTS, CORRECT?

04:33PM  20   A.  I'M NOT AN EXPERT IN JUNOS, BUT I DO UNDERSTAND THE

04:33PM  21   COMMANDS TEND TO BE DIFFERENT.

04:33PM  22   Q.  AND JUNIPER IS A LARGE NETWORKING COMPANY; ISN'T THAT TRUE?

04:33PM  23   A.  YES.

04:33PM  24   Q.  JUNIPER COMPETES WITH YOU IN THE SWITCHING MARKETS?

04:33PM  25   A.  YES, THEY DID.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:33PM  1   Q.   LET'S LOOK AT ONE MORE DOCUMENT, EXHIBIT 194.

04:34PM  2        THIS IS AN E-MAIL THAT WAS SENT TO YOU FROM SOMEBODY NAMED

04:34PM  3   KARTIK AT ARISTA NETWORKS IN 2012; IS THAT TRUE?

04:34PM  4   A.   THIS MESSAGE WAS GENERATED BY OUR BUG SYSTEM.

04:34PM  5   Q.   OH, THAT'S, THIS WAS ONE OF THE MESSAGES THAT AUTOMATICALLY

04:34PM  6   GETS GENERATED; IS THAT RIGHT?

04:34PM  7   A.   THAT'S CORRECT.

04:34PM  8   Q.   AND THIS IS A BUG REPORTING SYSTEM THAT IS USED WITHIN

04:34PM  9   ARISTA?

04:34PM  10  A.   I WOULD CALL IT A BUG TRACKING SYSTEM.

04:34PM  11  Q.   A BUG TRACKING SYSTEM?

04:34PM  12       MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT THIS INTO

04:34PM  13  EVIDENCE.

04:34PM  14       MR. SILBERT:  NO OBJECTION.

04:34PM  15       THE COURT:  IT WILL BE ADMITTED.

04:34PM  16     (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 194, HAVING BEEN

04:34PM  17  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:34PM  18  EVIDENCE.)

04:34PM  19  BY MR. PAK:

04:34PM  20  Q.   THEN IF YOU FOCUS ON THE BOTTOM OF THIS SLIDE OR THIS

04:34PM  21  DOCUMENT FROM ARISTA, THERE'S A DESCRIPTION

04:35PM  22  K.DUDA@ARISTANETWORKS.COM, 2011, OCTOBER 13TH.

04:35PM  23       DO YOU SEE THAT?

04:35PM  24  A.   YES.

04:35PM  25  Q.   AND SO THIS IS A COMMENT THAT YOU ACTUALLY MADE THAT WAS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:35PM 1    BEING REPORTED IN THE BUG TRACKING SOFTWARE; IS THAT RIGHT?

04:35PM 2    A.    THAT'S RIGHT.

04:35PM 3    Q.    AND SO WHAT YOU WROTE IS "IT WOULD BE EVEN BETTER TO

04:35PM 4    INTEGRATE IT WITH THE CLI, LIKE WE DID WITH PING.    IF WE DO

04:35PM 5    THIS, WE SHOULD GO ALL THE WAY, AND IOS-IFY, THE CLI; I.E.,

04:35PM 6    PROVIDE IOS-STYLE OPTIONS FOR THE MTR, OPTIONS AS IN..." AND

04:35PM 7    THEN YOU PROVIDE AN EXAMPLE.

04:35PM 8        IS THAT TRUE?

04:35PM 9    A.    YES.

04:35PM 10    Q.    AND THOSE ARE WORDS YOU WROTE, CORRECT?

04:35PM 11    A.    THAT'S RIGHT.

04:35PM 12    Q.    AND THAT WAS THE GUIDANCE YOU WERE GIVING TO THE

04:35PM 13    ENGINEERING COMMITTEE, CORRECT?

04:35PM 14    A.    WELL, I'M NOT SURE I WAS GIVING ANY SPECIFIC GUIDANCE HERE,

04:35PM 15    BUT THOSE WERE MY COMMENTS.

04:35PM 16    Q.    AND SIR, YOU HAVE TOLD, YOU AND OTHERS HAVE TOLD CUSTOMERS

04:36PM 17    OF ARISTA THAT YOUR CLI IS JUST LIKE CISCO'S CLI; ISN'T THAT

04:36PM 18    TRUE?

04:36PM 19    A.    THAT DOESN'T SOUND RIGHT, THAT'S NOT THE WAY I WOULD

04:36PM 20    DESCRIBE IT.

04:36PM 21    Q.    YOU HAVE PERSONALLY NEVER TOLD ANYONE THAT?

04:36PM 22    A.    I MEAN, I DON'T THINK SO.

04:36PM 23    Q.    ARE YOU AWARE OF OTHERS WITHIN ARISTA THAT HAVE TOLD CISCO

04:36PM 24    CUSTOMERS OR ARISTA CUSTOMERS THAT YOUR CLI IS JUST LIKE

04:36PM 25    CISCO'S?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:36PM 1   A.   NO, I'M NOT.

04:36PM 2   Q.   HAVE YOU SPOKEN TO MR. SEDANA ABOUT STATEMENTS HE HAS MADE

04:36PM 3   TO CUSTOMERS?

04:36PM 4   A.   NOT THAT I RECALL.

04:36PM 5   Q.   AND ISN'T IT ALSO TRUE, SIR, THAT AT TIMES YOU AND OTHERS

04:36PM 6   WITHIN ARISTA FELT THAT THE COMMAND DECISIONS THAT CISCO HAD

04:36PM 7   MADE WERE NOT GOOD DECISIONS, YET YOU DECIDED TO FOLLOW WHAT

04:36PM 8   CISCO DID, ISN'T THAT A TRUE STATEMENT?

04:37PM 9   A.   THAT'S PROBABLY HAPPENED, THOUGH I'M NOT SURE I COULD

04:37PM 10  RECALL ANY EXAMPLES OFF HAND.

04:37PM 11  Q.   CAN YOU -- YOU DON'T RECALL SPECIFIC INSTANCES WHERE YOU

04:37PM 12  ADOPTED COMMANDS THAT OTHER PEOPLE WITHIN ARISTA FELT IT WAS A

04:37PM 13  TERRIBLE DECISION OR A NONOPTIMAL DECISION, YOU NEVER RECALL

04:37PM 14  THOSE CONVERSATIONS?

04:37PM 15  A.   I DO NOT.

04:37PM 16  Q.   OKAY.  DO YOU RECALL BELIEVING THAT SOME OF THE CLI

04:37PM 17  COMMANDS SYNTAX ADOPTED BY CISCO WAS HORRIBLE, YOU DON'T RECALL

04:37PM 18  THAT?

04:37PM 19  A.   I DON'T RECALL EXACT WORDS, BUT THERE ARE COMMANDS WHERE I

04:37PM 20  THOUGHT THEY COULD BE DONE IN A MORE CLEARER WAY.

04:37PM 21  Q.   YOU NEVER SAID THE CLI COMMANDS FROM CISCO WERE HORRIBLE,

04:37PM 22  YOU NEVER USED THOSE PHRASES?

04:37PM 23  A.   I DON'T RECALL EXACT PHRASING.

04:37PM 24  Q.   OKAY.  TAKE A LOOK AT PAGE 300 OF YOUR DEPOSITION.

04:38PM 25       MR. PAK:  AND YOUR HONOR, THIS IS PAGE 10 --

800

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:38PM   1    PAGE 300, LINE 10 TO 15.  AND IF I COULD PLAY THE VIDEO

04:38PM   2    TESTIMONY.

04:38PM   3              THE COURT:  YES, YOU MAY.

04:38PM   4              MR. PAK:  OKAY, LET'S GO AHEAD AND PLAY THAT.

04:38PM   5         (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:38PM   6    BY MR. PAK:

04:38PM   7    Q.  THAT WAS YOUR SWORN TESTIMONY, RIGHT, SIR?

04:38PM   8    A.  YES.

04:38PM   9    Q.  AND ISN'T IT ALSO TRUE THAT ARISTA REPLICATED SOME OF THE

04:38PM   10   SCREEN OUTPUTS FROM CISCO'S PRODUCTS THAT ARE INVOKED BY THE

04:38PM   11   USE OF CERTAIN CLI COMMANDS?

04:39PM   12   A.  YES.

04:39PM   13   Q.  AND THAT WAS DONE INTENTIONALLY BY ARISTA, CORRECT?

04:39PM   14   A.  THAT'S RIGHT.

04:39PM   15   Q.  AND WHEN YOU MADE THOSE DECISIONS, AGAIN, YOU NEVER

04:39PM   16   CONTACTED CISCO ABOUT A LICENSE TO USE THE SCREEN OUTPUTS,

04:39PM   17   CORRECT?

04:39PM   18   A.  NO.

04:39PM   19   Q.  AND ISN'T IT TRUE, SIR, THAT AS A TECHNICAL MATTER, ARISTA

04:39PM   20   COULD HAVE USED A DIFFERENT USER INTERFACE THAN CISCO'S USER

04:39PM   21   INTERFACE IN ORDER TO PROVIDE THE SAME NETWORKING FUNCTIONALITY

04:39PM   22   IN ARISTA'S PRODUCTS?

04:39PM   23   A.  CERTAINLY, THAT'S TECHNICALLY POSSIBLE.

04:39PM   24   Q.  YOU COULD HAVE USED A GRAPHICAL USER INTERFACE, CORRECT?

04:39PM   25   A.  THAT'S POSSIBLE, BUT I THINK THAT WOULD BE A VERY POOR

801

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:39PM  1    CHOICE GIVEN OUR TARGET MARKET OF GOING AFTER THE CLOUD

04:39PM  2    CUSTOMERS, WOULD NOT PEAK WELL TO A GRAPHICAL USER INTERFACE

04:39PM  3    BECAUSE THEY ARE DIFFICULT TO AUTOMATE.

04:39PM  4    Q.   SO CLOUD CUSTOMERS, IN YOUR OPINION, ACTUALLY VALUE AND

04:39PM  5    PREFER THE CLI COMMANDS FROM CISCO; IS THAT TRUE?

04:39PM  6    A.   NO.   IN FACT, OUR CLOUD CUSTOMERS GENERALLY DON'T CARE VERY

04:40PM  7    MUCH WHAT THE DETAILS OF THE COMMANDS ARE BECAUSE THEY'VE

04:40PM  8    AUTOMATED TO THE POINT WHERE IF ONE SWITCH AND ANOTHER SWITCH

04:40PM  9    HAVE DIFFERENT COMMANDS SYNTAXES, THEY CHANGE THEIR AUTOMATION

04:40PM  10   FRAMEWORK IN ONE PLACE AND THEY ARE DONE WITH IT.

04:40PM  11   Q.   SO YOU COULD HAVE USED ANY CLI COMMANDS OTHER THAN THOSE

04:40PM  12   USED BY CISCO TO SELL YOUR PRODUCTS TO THOSE CUSTOMERS; ISN'T

04:40PM  13   THAT TRUE?

04:40PM  14   A.   I THINK THE CLOUD CUSTOMERS WOULD NOT CARE VERY MUCH WHAT

04:40PM  15   COMMAND SYNTAX WE USE.

04:40PM  16   Q.   SO YOU COULD HAVE SOLD ARISTA SWITCHES TO CLOUD COMPUTER

04:40PM  17   CUSTOMERS WITHOUT USING ANY OF THE CLI COMMANDS FROM CISCO, IS

04:40PM  18   THAT TRUE?

04:40PM  19   A.   I THINK THAT'S PROBABLY TRUE.

04:40PM  20   Q.   AND YOU HAVE ALSO ADMITTED, SIR, THAT YOU COULD TAKE OUT

04:40PM  21   ALL OF THE CLI COMMANDS FROM CISCO AND STILL BE ABLE TO PRODUCE

04:40PM  22   A WORKING PRODUCT; ISN'T THAT TRUE?

04:40PM  23   A.   WE HAVE TO REPLACE THEM WITH SOMETHING, IF YOU SIMPLY

04:40PM  24   REMOVE THEM AND DIDN'T REPLACE THEM WITH SOMETHING TO PROVIDE A

04:40PM  25   COMFORTABLE FUNCTIONALITY, THE SYSTEM WOULD NO LONGER BE

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:40PM  1    CONFIGUREABLE.

04:41PM  2    Q.   WELL, YOU COULD REPLACE THEM WITH YOUR COMMANDS.  YOU COULD

04:41PM  3    REPLACE THEM THE CISCO COMMAND WITH ARISTA'S OWN COMMANDS AND

04:41PM  4    YOUR PRODUCTS WOULD WORK JUST FINE; ISN'T THAT TRUE?

04:41PM  5    A.   IT'S A LITTLE HYPOTHETICAL.  I THINK WE WOULD HAVE TO COME

04:41PM  6    UP WITH AN ALTERNATIVE COMMAND LANGUAGE, BUT IT'S CERTAINLY

04:41PM  7    TECHNICALLY ACHIEVABLE.

04:41PM  8    Q.   YOU CAN CERTAINLY REMOVE COMMANDS FROM YOUR PRODUCTS THAT

04:41PM  9    OVERLAP WITH CISCO'S CLI USER INTERFACE COMMANDS AS A TECHNICAL

04:41PM  10   MATTER; ISN'T THAT TRUE, SIR?

04:41PM  11   A.   YES, YOU COULD REMOVE COMMANDS.

04:41PM  12   Q.   AND IN FACT, YOU ACTUALLY HAVE AN INTERFACE CALLED

04:41PM  13   LINUX-INTERFACE THAT DOES NOT USE THE CISCO CLI COMMANDS; ISN'T

04:41PM  14   THAT TRUE?

04:41PM  15   A.   THAT'S RIGHT.

04:41PM  16   Q.   THAT'S CORRECT, RIGHT?

04:41PM  17   A.   YES.

04:41PM  18   Q.   AND YOU'VE SAID THAT YOU DON'T HAVE TO USE THE CLI IF YOU

04:41PM  19   DON'T WANT TO, THE NATIVE LINUX INTERFACES ARE ALL THERE AND

04:41PM  20   ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A PURE LINUX APPROACH,

04:42PM  21   YOU'VE SAID THOSE THINGS, CORRECT?

04:42PM  22   A.   I DID.

04:42PM  23   Q.   YOU'VE HEARD A LOT ABOUT OPEN OR INDUSTRY STANDARD.

04:42PM  24        YOU'VE NEVER ASKED CISCO WHETHER CLI WAS AN OPEN STANDARD

04:42PM  25   THAT ANYONE CAN USE WITHOUT PERMISSION?  YOU'VE NEVER ASKED

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:42PM  1    THAT QUESTION, HAVE YOU?

04:42PM  2    A.   WE NEVER ASKED.  CISCO WAS CLEAR ON HIS DATA SHEET THAT IT

04:42PM  3    WAS AN INDUSTRY STANDARD.

04:42PM  4    Q.   YOU NEVER ASKED CISCO WHAT IT MEANT WHEN IT USED THE WORD

04:42PM  5    INDUSTRY STANDARD IN DESCRIBING ITS CLI, CORRECT?

04:42PM  6    A.   WE DID NOT.

04:42PM  7    Q.   OKAY.  ARISTA NEVER PROPOSED ANY INDUSTRY STANDARD

04:42PM  8    ORGANIZATION TO STANDARDIZE CLI COMMANDS; ISN'T THAT TRUE?

04:42PM  9    A.   NO, WE NEVER DID.

04:42PM  10   Q.   NOR HAS ARISTA EVER TRIED TO ESTABLISH AN ORGANIZATION THAT

04:42PM  11   WOULD FORM AN INDUSTRY STANDARD FOR COMMAND-LINE INTERFACES;

04:42PM  12   ISN'T THAT TRUE?

04:42PM  13   A.   WE FEEL THERE'S AN EXISTING INDUSTRY STANDARD THAT WORKS

04:42PM  14   QUITE WELL SO WE NEVER ESTABLISHED ABOUT ALTERNATIVE.

04:42PM  15   Q.   YOU NEVER DID THAT, RIGHT, SIR?

04:43PM  16   A.   THAT'S RIGHT.

04:43PM  17   Q.   OKAY.  AND YET YOU KNOW OF NO INDUSTRY RATIFIED STANDARD

04:43PM  18   TODAY THAT MANDATES THE USE OF CISCO CLI COMMANDS; ISN'T THAT

04:43PM  19   TRUE, SIR?

04:43PM  20   A.   THAT'S RIGHT.

04:43PM  21   Q.   OKAY.

04:43PM  22        MR. PAK:  YOUR HONOR, IF I COULD TAKE A QUICK BREAK

04:43PM  23   TO SEE IF I NEED TO DO ANYTHING ELSE.

04:43PM  24        THE COURT:  SURE.

04:43PM  25        (OFF-THE-RECORD DISCUSSION.)

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:43PM 1          MR. PAK:  YOUR HONOR, I THINK I JUST HAVE ONE EXHIBIT

04:43PM 2  TO MOVE INTO EVIDENCE, IT'S IN ACTUALLY A VIDEO CLIP EXHIBIT.

04:43PM 3          AND THIS IS EXHIBIT 203 IN YOUR BINDER, MR. DUDA.

04:44PM 4          AND THIS IS -- I DON'T BELIEVE IT'S OBJECTED TO, THIS IS

04:44PM 5  A --

04:44PM 6              THE COURT:  MR. SILBERT, IS THIS EXHIBIT OBJECTED TO?

04:44PM 7          MR. SILBERT:  IF IT'S THE EXHIBIT I BELIEVE, THIS IS

04:44PM 8  THE PACKET -- YES, WE DON'T OBJECT.

04:44PM 9          THE COURT:  THEN IT WILL BE ADMITTED.  YOU CAN

04:44PM 10  DESCRIBE IT ON THE RECORD.

04:44PM 11          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 203, HAVING BEEN

04:44PM 12  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:44PM 13  EVIDENCE.)

04:44PM 14  BY MR. PAK:

04:44PM 15  Q.  YES, YOUR HONOR EXHIBIT 203 IS THE PACKET PUSHERS POD CAST

04:44PM 16  VIDEO OF MR. DUDA SPEAKING ABOUT SOME OF THE ISSUES THAT WAS

04:44PM 17  PRESENTED DURING THE OPENING STATEMENT?

04:44PM 18          MR. SILBERT:  MAY I JUST CLARIFY, IS IT THE COMPLETE

04:44PM 19  PACKET PUSHERS VIDEO OR IS IT AN EXCERPT?

04:44PM 20          MR. PAK:  I BELIEVE IT'S THE COMPLETE VERSION.

04:44PM 21          MR. SILBERT:  AS LONG AS IT'S THE COMPLETE ONE, WE

04:44PM 22  HAVE NO OBJECTION.

04:44PM 23          MR. PAK:  THANK YOU.

04:44PM 24          AND I WILL CONFIRM, BUT IF IT'S NOT THEN WE WILL CORRECT IT

04:44PM 25  ON THE RECORD.

805

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:44PM 1        THE COURT:  ARE YOU GOING TO PLAY IT.

04:44PM 2        MR. PAK:  NO, I'M NOT, YOUR HONOR.  IT'S A LONG

04:44PM 3   VIDEO, I'M JUST ADMITTING IT.  IT PERTAINS TO SOME OF THE

04:44PM 4   STATEMENTS WE HAVE HEARD.

04:44PM 5      I COULD ASK HIM SOME QUESTIONS OR PLAY IT.

04:45PM 6        THE COURT:  I DON'T ALLOW DOCUMENTS TO SIMPLY BE

04:45PM 7   PUSHED ACROSS THE TABLE.  IT'S NOT ADMITTED AT THIS TIME.

04:45PM 8        MR. PAK:  SURE.  LET ME PLAY THE PORTION OF THE

04:45PM 9   VIDEO, YOUR HONOR.

04:45PM 10       THE COURT:  THAT WOULD BE FINE.

04:45PM 11       MR. PAK:  SO THIS IS -- LOOKING AT -- LET'S PLAY THE

04:45PM 12  CLIP OF THE VIDEO.  IT'S JUST THE AUDIO.

04:45PM 13       THE COURT:  THE CLIPS, I WILL ADMIT IF THEY ARE

04:45PM 14  PLAYED IN COURT.  NO OBJECTION TO THAT?

04:45PM 15       MR. SILBERT:  NO OBJECTION.

04:45PM 16       MR. PAK:  LET'S PLAY THOSE CLIPS.

04:45PM 17     (WHEREUPON, AN AUDIO CLIP WAS PLAYED IN OPEN COURT.)

04:46PM 18       MR. PAK:  OKAY.  WE CAN STOP THE CLIP THERE.

04:46PM 19     THANK YOU, YOUR HONOR.

04:46PM 20       THE COURT:  ALL RIGHT.  AND YOU CAN JUST SUBMIT A

04:46PM 21  TRANSCRIPT OF THAT CLIP.

04:46PM 22       MR. PAK:  WE WILL DO SO.

04:46PM 23  Q.  SO MR. DUDA, THANK YOU FOR YOUR TESTIMONY.  AND I PASS THE

04:46PM 24  WITNESS AT THIS TIME.

04:46PM 25       THE COURT:  ALL RIGHT.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:46PM 1

04:46PM 2                    **CROSS-EXAMINATION BY MR. SILBERT**

04:46PM 3

04:47PM 4    Q.   GOOD AFTERNOON, MR. DUDA.

04:47PM 5    A.   GOOD AFTERNOON.

04:47PM 6    Q.   I'M ONLY GOING TO ASK YOU A COUPLE OF QUESTIONS NOW BECAUSE

04:47PM 7    YOU ARE GOING TO HAVE AN OPPORTUNITY TO COME BACK WHEN ARISTA

04:47PM 8    PRESENTS ITS CASE.  BUT LET ME JUST START ON THE SUBJECT OF

04:47PM 9    CONFIDENTIAL INFORMATION.

04:47PM 10        DO YOU RECALL MR. PAK STARTED HIS EXAMINATION BY ASKING YOU

04:47PM 11   ABOUT SOME DOCUMENTS THAT SAID, CISCO CONFIDENTIAL ON THEM?

04:47PM 12   A.   YES.

04:47PM 13   Q.   AND COULD WE -- COULD WE LOOK AT EXHIBIT 242, THAT MR. PAK

04:47PM 14   SHOWED YOU.  IT'S IN EVIDENCE.

04:48PM 15        IF YOU COULD LOOK AT THE NEXT PAGE OF IT, THE PRESENTATION

04:48PM 16   THAT MR. PAK HAD YOU LOOK AT.

04:48PM 17        DO YOU RECALL HE HAD YOU LOOK AT THE LANGUAGE THAT SAYS,

04:48PM 18   CISCO CONFIDENTIAL?

04:48PM 19   A.   YES, I DO.

04:48PM 20   Q.   LOOKING AT THE INFORMATION THAT YOU SAW ON THIS DOCUMENT,

04:48PM 21   DO YOU KNOW WHETHER OR NOT THIS IS CONFIDENTIAL INFORMATION OF

04:48PM 22   CISCO?

04:48PM 23   A.   NO.  YOU CAN'T TELL FROM THE MARKING ON THE DOCUMENT

04:48PM 24   BECAUSE IT'S COMMON PRACTICE TO GIVE PUBLIC PRESENTATIONS OR

04:48PM 25   OTHERWISE COMMUNICATE IN PUBLIC WITH DOCUMENTS THAT ARE STILL

807

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:48PM  1    LABELED CONFIDENTIAL.

04:48PM  2    Q.   DO YOU, MR. DUDA, HAVE ANY INTEREST IN SEEING CISCO

04:48PM  3    CONFIDENTIAL INFORMATION?

04:48PM  4    A.   NO, ABSOLUTELY NOT.  I DON'T WANT CISCO'S CONFIDENTIAL

04:48PM  5    INFORMATION.

04:48PM  6    Q.   AND WHY NOT?

04:48PM  7    A.   I HAVE NO USE FOR IT.  AND IT WOULDN'T BE RIGHT TO MAKE USE

04:48PM  8    OF IT IF I DID.

04:48PM  9    Q.   HAVE YOU HAD OCCASION TO SHARE THAT VIEW WITH OTHER PEOPLE

04:48PM  10   AT ARISTA?

04:48PM  11   A.   YES, I HAVE.

04:48PM  12   Q.   WOULD YOU PLEASE LOOK AT EXHIBIT 536 IN YOUR BINDER.  DO

04:49PM  13   YOU RECOGNIZE THIS DOCUMENT, MR. DUDA?

04:49PM  14   A.   YES, THIS IS AN E-MAIL MESSAGE SENT BY ONE OF MY ENGINEERS

04:49PM  15   TO ME.

04:49PM  16   Q.   AND -- OKAY.

04:49PM  17           MR. SILBERT:  YOUR HONOR, I MOVE EXHIBIT 536 INTO

04:49PM  18   EVIDENCE.

04:49PM  19           THE COURT:  ANY OBJECTION?

04:49PM  20           MR. PAK:  YOUR HONOR, I THINK THIS MIGHT BE HEARSAY.

04:49PM  21           MR. SILBERT:  IT'S NOT OFFERED FOR THE TRUTH, AND

04:49PM  22   IT'S ALSO, THERE'S AN EXCEPTION UNDER 801(D)(1)(B), TO REBUT AN

04:49PM  23   EXPRESS OR IMPLIED CHARGE THAT SOMEONE ACTED WITH IMPROPER

04:49PM  24   MOTIVE.

04:49PM  25           THE COURT:  THE OBJECTION IS OVERRULED.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:49PM  1           MR. PAK:  THANK YOU, YOUR HONOR.

04:49PM  2           (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 536, HAVING BEEN

04:49PM  3   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:49PM  4   EVIDENCE.)

04:49PM  5           MR. SILBERT:

04:49PM  6   Q.  MR. DUDA, WOULD YOU PLEASE READ WHAT YOU WROTE DOWN AT THE

04:50PM  7   BOTTOM OF THIS E-MAIL?

04:50PM  8   A.  YES.  I WROTE, FOLKS, LET'S PLEASE NOT DISCUSS HOW NX-OS

04:50PM  9   WORKS.  WE DO NOT NEED OR WANT ANY CISCO-CONFIDENTIAL

04:50PM  10  INFORMATION.

04:50PM  11  Q.  OKAY.  AND THE DATE AT THE TOP OF THIS E-MAIL SAYS JUNE 14,

04:50PM  12  2014.  DID YOU KNOW -- STRIKE THAT.

04:50PM  13          DID YOU HAVE ANY IDEA AT THAT TIME THAT CISCO WOULD ASSERT

04:50PM  14  ANY TYPE OF LEGAL ACTION AGAINST ARISTA IN THE FUTURE?

04:50PM  15  A.  NO, I HAD NO IDEA.

04:50PM  16  Q.  OKAY.  WHY DID YOU SAY IN THIS E-MAIL, WE DO NOT NEED OR

04:50PM  17  WANT ANY CISCO CONFIDENTIAL INFORMATION?

04:50PM  18  A.  BECAUSE IT'S TRUE.  WE DON'T WANT TO MAKE USE OF

04:50PM  19  CONFIDENTIAL INFORMATION.  WE CAN DESIGN GREAT PRODUCTS ON OUR

04:50PM  20  OWN.  AND WE -- WOULDN'T BE RIGHT FOR US TO DO IT IF WE HAD IT.

04:51PM  21  Q.  WOULD YOU PLEASE LOOK AT EXHIBIT 4667 IN YOUR BINDER.  DO

04:51PM  22  YOU RECOGNIZE THAT DOCUMENT?

04:51PM  23  A.  YES.

04:51PM  24  Q.  WHAT IS IT?

04:51PM  25  A.  THIS IS AN E-MAIL MESSAGE SENT BY THE SAME ENGINEER TO ME.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:51PM   1          MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 4667.

04:51PM   2          MR. PAK:  NO OBJECTION, YOUR HONOR.

04:51PM   3          THE COURT:  IT WILL BE ADMITTED.

04:51PM   4      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 4667, HAVING BEEN

04:51PM   5   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:51PM   6   EVIDENCE.)

04:51PM   7      BY MR. SILBERT:

04:51PM   8   Q.   IF WE LOOK AT THE BOTTOM OF THE E-MAIL CHAIN THERE, THERE'S

04:51PM   9   WHAT APPEARS TO BE AN E-MAIL FROM SOMEONE NAMED PRASAD KOYA?

04:51PM  10   A.   THAT'S RIGHT.

04:51PM  11   Q.   WHO IS PRASAD KOYA?

04:51PM  12   A.   HE'S AN ENGINEER ON OUR TEAM.

04:51PM  13   Q.   AND WOULD YOU PLEASE READ MR. KOYA'S E-MAIL TO YOU, IT'S

04:51PM  14   RELATIVELY SHORT?

04:51PM  15   A.   MR. KOYA WRITES, HI KEN, WE HAVE A FEW PICTURES THAT WE

04:51PM  16   TOOK FROM PUBLICLY AVAILABLE CISCO DOC ON NX-OS.  OTHER THAN

04:51PM  17   THAT, MOST OF MATERIAL IS COMPILED BY US FROM OUR KNOWLEDGE OF

04:52PM  18   NX-OS.  NOT SURE IF THE LATTER WOULD FALL UNDER

04:52PM  19   CISCO-CONFIDENTIAL CATEGORY.

04:52PM  20   Q.   AND CAN YOU JUST PLEASE EXPLAIN TO THE JURY, WHAT WAS THE

04:52PM  21   CONTEXT OF THIS E-MAIL?

04:52PM  22   A.   THE CONTEXT WAS THAT A FEW ENGINEERS WANTED TO MAKE A

04:52PM  23   PRESENTATION COMPARING HOW NX-OS WORKS, PERHAPS IN COMPARISON

04:52PM  24   TO OUR SOFTWARE.

04:52PM  25   Q.   AND WOULD YOU NOW IF YOU LOOK UP ONE E-MAIL IN THE CHAIN,

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:52PM 1    WHO WROTE THAT E-MAIL IN THE MIDDLE OF THE PAGE?

04:52PM 2    A.   THIS IS MY RESPONSE BY ME TO PRASAD.

04:52PM 3    Q.   SO WOULD YOU PLEASE READ INTO THE RECORD YOUR RESPONSE TO

04:52PM 4    MR. KOYA?

04:52PM 5    A.   I WROTE, UNFORTUNATELY WE WILL NOT BE ABLE TO SHOW THIS

04:52PM 6    PRESENTATION.  WHILE ARISTA OBVIOUSLY BENEFITS TREMENDOUSLY

04:52PM 7    FROM YOUR GENERAL KNOW HOW, IT WOULD NOT BE RIGHT FOR ARISTA TO

04:52PM 8    MAKE ANY USE OF ANY PRIOR ACCESS YOU MIGHT HAVE HAD TO ANY

04:53PM 9    CISCO TRADE SECRETS OR CONFIDENTIAL OR PROPRIETARY INFORMATION.

04:53PM 10   WE DID NOT AND WILL NOT DO THAT.

04:53PM 11   Q.   OKAY.  AND THE DATE ON THIS E-MAIL IS MAY 8, 2012, AT THAT

04:53PM 12   TIME, DID YOU HAVE ANY NOTION IN YOUR MIND THAT CISCO WOULD ONE

04:53PM 13   DAY FILE A LAWSUIT AGAINST YOU?

04:53PM 14   A.   NONE.

04:53PM 15   Q.   SO WHY DID YOU, IN RESPONSE TO MR. KOYA'S STATEMENT THAT HE

04:53PM 16   WAS NOT SURE THAT THE INFORMATION WOULD FALL UNDER THE CISCO

04:53PM 17   CONFIDENTIAL CATEGORY, WHY DID YOU WRITE THAT UNFORTUNATELY WE

04:53PM 18   WILL NOT BE ABLE TO SHOW THE PRESENTATION, AND THE ADDITIONAL

04:53PM 19   TEXT THAT YOU WROTE?

04:53PM 20   A.   I SAID THAT TO MR. KOYA BECAUSE I WAS CONCERNED THAT HIS

04:53PM 21   PRESENTATION MIGHT BE BASED ON HIS KNOWLEDGE OF NX-OS FROM HIS

04:53PM 22   EMPLOYMENT AT CISCO AND IT WOULDN'T BE RIGHT FOR ARISTA TO MAKE

04:53PM 23   ANY USE OF THAT KNOWLEDGE.

04:54PM 24   Q.   OKAY.

04:54PM 25        THANK YOU, MR. DUDA.  YOU CAN PUT THAT DOCUMENT ASIDE.

811

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:54PM  1          DO YOU RECALL THAT MR. PAK ASKED YOU SOME QUESTIONS TODAY

04:54PM  2     ABOUT HOW ARISTA CAME TO HAVE COMMANDS IN ITS CLI THAT ARE

04:54PM  3     SIMILAR TO CISCO'S CLI?

04:54PM  4     A.   YES.

04:54PM  5     Q.   WERE YOU PERSONALLY INVOLVED IN MAKING A DECISION AT ARISTA

04:54PM  6     TO USE AN INDUSTRY STANDARD CLI?

04:54PM  7     A.   YES, I WAS.

04:54PM  8     Q.   AND WHY DID YOU DO THAT?

04:54PM  9     A.   IT SEEMED LIKE THE OBVIOUS THING TO DO.  IT WAS WHAT ALMOST

04:54PM 10     EVERY OTHER VENDOR IN THE ETHERNET SWITCHES MARKET ALREADY DID.

04:54PM 11          ALL VENDORS, ALMOST ALL VENDORS SHARE A COMMON APPROACH TO

04:54PM 12     THE CLI THAT INCLUDES MANY COMMON COMMANDS, AND IT ONLY MADE

04:54PM 13     SENSE FOR THE BENEFIT OF OUR CUSTOMERS TO FOLLOW THAT STANDARD

04:54PM 14     APPROACH.

04:54PM 15     Q.   DIDN'T ARISTA WANT TO SET ITSELF APART FROM THE REST OF THE

04:55PM 16     INDUSTRY?

04:55PM 17     A.   YES, OF COURSE.  WE INNOVATED TREMENDOUSLY IN OUR PRODUCTS

04:55PM 18     BUILDING SOME OF THE HIGHEST PERFORMANCE, MOST RELIABLE

04:55PM 19     SWITCHES ON THE MARKET.  BUT THE USER INTERFACE IS ONE PLACE

04:55PM 20     MAYBE YOU SHOULDN'T INNOVATE.  IF YOU THINK ABOUT, FOR EXAMPLE

04:55PM 21     A TESLA CAR, HAS VERY INNOVATIVE ENGINE AND BATTERY AND

04:55PM 22     EVERYTHING ELSE, BUT A VERY FAMILIAR STEERING WHEEL,

04:55PM 23     ACCELERATOR PEDAL AND BRAKE, BECAUSE PEOPLE ARE USED TO A

04:55PM 24     CERTAIN INTERFACE, IT'S MUCH EASIER TO THEM IF YOU CAN PROVIDE

04:55PM 25     A SIMILAR INTERFACE.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:55PM 1   Q.   YOU USE THE TERM INDUSTRY STANDARD CLI IN YOUR TESTIMONY

04:55PM 2   WITH MR. PAK, IS THAT A TERM THAT YOU WERE ALREADY USING AT THE

04:55PM 3   TIME YOU DECIDED WHAT TYPE OF CLI TO USE AT ARISTA?

04:55PM 4   A.   YES.  THE TERM INDUSTRY STANDARD CLI HAS BEEN WIDELY USED

04:55PM 5   IN OUR INDUSTRY BY MANY COMPANIES FOR MANY YEARS.

04:55PM 6   Q.   WHEN DID -- WELL, WHAT DO YOU MEAN BY THE TERM INDUSTRY

04:56PM 7   STANDARD CLI?

04:56PM 8   A.   THE INDUSTRY STANDARD CLI IS A SET OF COMMON COMMANDS AND

04:56PM 9   COMMON EXPECTATIONS FOR HOW COMMANDS WORK THAT APPLY ACROSS

04:56PM 10  LOTS OF DIFFERENT DEVICES.  THERE ARE THINGS THAT OUR CUSTOMERS

04:56PM 11  EXPECT FROM THEIR DEVICES.

04:56PM 12  Q.   IS THE INDUSTRY STANDARD CLI THE SAME THING AS THE IOS CLI?

04:56PM 13  A.   WELL, CISCO SAYS THAT IT IS.  AND I THINK THERE'S OBVIOUSLY

04:56PM 14  A CONNECTION THERE BECAUSE A LOT OF THE INDUSTRY STANDARD

04:56PM 15  APPROACH ORIGINATES FROM CISCO.

04:56PM 16      BUT THAT SAID, THEY ARE DIFFERENT THINGS.  THE IOS CLI AT

04:56PM 17  LEAST TECHNICALLY, IS ONE IMPLEMENTATION.  BUT OFTEN PEOPLE USE

04:56PM 18  THE TERM SORT OF INTERCHANGEABLY.

04:56PM 19  Q.   WHEN DID YOU FIRST HEAR COMPANIES IN THE NETWORKING

04:56PM 20  INDUSTRY USE THE TERM INDUSTRY STANDARD CLI?

04:56PM 21  A.   OH, IT'S BEEN GOING ON FOR MANY YEARS.  WHEN I WAS AT CISCO

04:57PM 22  BACK IN THE LATE 1990'S, I WAS AWARE THAT OTHER VENDORS HAD

04:57PM 23  SIMILAR COMMAND LINE INTERPRETERS ON THEIR PRODUCTS.

04:57PM 24  Q.   WHEN YOU WERE AT CISCO IN THE LATE 1990'S, DID ANYONE EVER

04:57PM 25  SUGGEST TO YOU THAT IT WAS SOMEHOW IMPROPER TO EMULATE CISCO'S

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:57PM  1    CLI?

04:57PM  2    A.   NO, NOT AT ALL.  IT WAS STANDARD PRACTICE, AND MY SENSE WAS

04:57PM  3    THAT WE FELT IT GAVE THE COMPANY AN ADVANTAGE BECAUSE OTHERS

04:57PM  4    WERE EFFECTIVELY FOLLOWING US.

04:57PM  5    Q.   OKAY.  CAN I ASK YOU PLEASE TO LOOK AT EXHIBIT 7748 IN YOUR

04:57PM  6    BINDER.

04:57PM  7         THIS IS AN E-MAIL TO SEVERAL RECIPIENTS, INCLUDING THE

04:57PM  8    ENG@ARASTRA.COM E-MAIL GROUP.  WERE YOU A MEMBER OF THAT E-MAIL

04:58PM  9    GROUP AT THE TIME THIS E-MAIL WAS SENT?

04:58PM  10   A.   YES, I WAS.

04:58PM  11   Q.   DID YOU RECEIVE THIS E-MAIL ON OR AROUND APRIL 23RD, 2008?

04:58PM  12   A.   YES.

04:58PM  13        MR. SILBERT:  YOUR HONOR, I MOVE EXHIBIT 7748 INTO

04:58PM  14   EVIDENCE.

04:58PM  15        MR. PAK:  NO OBJECTION, YOUR HONOR.

04:58PM  16        THE COURT:  IT WILL BE ADMITTED.

04:58PM  17      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7748, HAVING BEEN

04:58PM  18   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:58PM  19   EVIDENCE.)

04:58PM  20        BY MR. SILBERT:

04:58PM  21   Q.   THE SENDER OF THIS E-MAIL IS SOMEONE NAMED LORENZ

04:58PM  22   REDLEFSEN, WHO WAS THAT?

04:58PM  23   A.   HE WAS AN ENGINEER AT ARISTA.

04:58PM  24   Q.   AND I THINK YOU COVERED THIS IN YOUR TESTIMONY EARLIER

04:58PM  25   TODAY, BUT I NOTICE THE E-MAIL GROUP IS ARASTRA.COM, WHAT IS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:58PM 1    ARASTRA OR ARASTRA?

04:58PM 2    A.   ARASTRA WAS THE ORIGINAL NAME OF OUR COMPANY BEFORE WE

04:58PM 3    CHANGED IT TO ARISTA.

04:58PM 4    Q.   OKAY.   THE SUBJECT LINE OF THIS E-MAIL IS BNT, LAUNCHES

04:58PM 5    RACK SWITCHES.

04:58PM 6        WHAT IS BNT?

04:59PM 7    A.   BNT IS A COMPANY CALLED BLADE NETWORK TECHNOLOGIES, WHICH

04:59PM 8    AT THE TIME WAS A COMPETITOR TO BOTH ARISTA AND CISCO.

04:59PM 9    Q.   AND LOOKING NOW AT THE FIRST SENTENCE OF THE E-MAIL, IT

04:59PM 10   SAYS, I LIKE THE FORMAT OF THEIR DATA SHEET, AND LET ME STOP

04:59PM 11   THERE, WHAT IS A DATA SHEET?

04:59PM 12   A.   A DATA SHEET IS A DOCUMENT THAT COMPANIES PREPARE AND

04:59PM 13   PROVIDE TO CUSTOMERS OR PROSPECTIVE CUSTOMERS THAT DESCRIBES A

04:59PM 14   PRODUCT TYPICALLY IN TECHNICAL TERMS.

04:59PM 15   Q.   AND LOOKING AT THE NEXT PARAGRAPH NOW IN THE E-MAIL, IT

04:59PM 16   BEGINS, THEY PLAY UP THE FACT THAT THEIR IS-CLI IS CISCO-LIKE

04:59PM 17   FOR OPTIMAL INTEROPERABILITY WITH CISCO OR OTHER VENDORS'S

04:59PM 18   NETWORKS.

04:59PM 19       HAVE YOU HEARD THE ACRONYM, IS-CLI USED BY BLADE NETWORKS?

04:59PM 20   A.   YES.

04:59PM 21   Q.   AND WHAT DO YOU UNDERSTAND THAT REFERS TO?

05:00PM 22   A.   IT STANDS FOR INDUSTRY STANDARD COMMAND-LINE INTERFACE AND

05:00PM 23   REFERS TO THE COMMAND-LINE INTERFACE ON THE BNT SWITCH.

05:00PM 24   Q.   OKAY.   AND REFERRING TO THE STATEMENT THAT THE IS-CLI WAS

05:00PM 25   CISCO-LIKE FOR OPTIMAL INTEROPERABILITY WITH CISCO OR OTHER

815

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

05:00PM 1    VENDOR'S NETWORKS, WAS THAT STATEMENT, THAT TYPE OF STATEMENT

05:00PM 2    UNUSUAL IN YOUR EXPERIENCE IN THE NETWORKING INDUSTRY?

05:00PM 3    A.   NO, NOT AT ALL.   VENDORS ARE QUITE OPEN ABOUT THEIR USE OF

05:00PM 4    THE INDUSTRY STANDARD COMMAND LINE INTERPRETER AND HOW IT'S

05:00PM 5    SIMILAR TO THE CISCO INTERPRETER.

05:00PM 6    Q.   WHAT DOES IT MEAN FOR A SWITCH TO BE INTEROPERABLE WITH

05:00PM 7    OTHER VENDOR'S NETWORKS?

05:00PM 8    A.   I BELIEVE THAT TEXT REFERS TO THE NOTION THAT IF A CUSTOMER

05:00PM 9    HAS TRAINED ITS NETWORK ENGINEERS ON THE DETAILS OF THE CISCO

05:01PM 10   COMMAND-LINE INTERFACE, THEY CAN TAKE ADVANTAGE OF THAT

05:01PM 11   TRAINING AND USE A SIMILAR COMMAND SET ON THE SWITCHES OF MANY

05:01PM 12   DIFFERENT VENDORS, INCLUDING THE BNT SWITCH AND OTHER VENDORS,

05:01PM 13   SINCE THEY ALL USE A SIMILAR SET OF COMMANDS.

05:01PM 14   Q.   OKAY.   AND WRAPPING UP WITH ONE FINAL QUESTION.

05:01PM 15       LOOKING AGAIN AT THIS LANGUAGE THAT THEY PLAY UP THE FACT

05:01PM 16   THAT THEIR IS-CLI IS CISCO-LIKE FOR OPTIMAL INTEROPERABILITY

05:01PM 17   WITH CISCO OR OTHER VENDOR'S NETWORKS, HOW WOULD A CISCO-LIKE

05:01PM 18   CLI ENABLE INTEROPERABILITY WITH OTHER VENDOR'S NETWORKS?

05:01PM 19   A.   THAT'S BECAUSE OTHER VENDORS ALSO HAVE A CISCO-LIKE CLI.

05:01PM 20       SO THE SAME TRAINING APPLIES ACROSS ALL OF THESE DIFFERENT

05:01PM 21   TYPES OF SWITCHES FROM DIFFERENT VENDORS.

05:01PM 22           MR. SILBERT:   THANK YOU, SIR.   I THINK WE ARE DONE.

05:01PM 23           THE COURT:   ALL RIGHT.   WE HAVE REACHED THE END OF

05:01PM 24   OUR DAY.   ARE YOU DONE WITH YOUR QUESTIONING?

05:01PM 25           MR. SILBERT:   I HAVE A BIT MORE.

816

05:01PM  1          THE COURT:  THAT'S FINE, THEN MR. DUDA WILL RETURN

05:01PM  2   TOMORROW MORNING.

05:01PM  3          ALL RIGHT, LADIES AND GENTLEMEN, WE HAVE REACHED THE END OF

05:02PM  4   THE COURT DAY.  TOMORROW WE DO START AT 9:00 A.M., SO KEEP THAT

05:02PM  5   IN MIND.

05:02PM  6          PLEASE LEAVE YOUR NOTEBOOKS AND YOUR BINDERS AND YOUR

05:02PM  7   BADGES HERE ON YOUR CHAIRS, AND I WILL SEE YOU TOMORROW

05:02PM  8   MORNING.

05:02PM  9          AND MR. RUTE, DO YOU NEED TO STAY AND LET US KNOW YOUR

05:02PM  10  STATUS?  I'M SORRY, DO I HAVE THE WRONG -- WE HAD A SCHEDULING

05:02PM  11  ISSUE.  DO WE NEED TO DEAL WITH THAT?

05:02PM  12          JUROR:  ME?

05:02PM  13          THE COURT:  YEAH.

05:02PM  14          JUROR:  NO.

05:02PM  15          THE COURT:  OKAY.  THANK YOU.  THEN YOU ARE ALL

05:02PM  16  EXCUSED.

05:02PM  17       THANK YOU.

05:02PM  18       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF THE

05:03PM  19  PRESENCE OF THE JURY:)

05:03PM  20          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

05:03PM  21       JUST LOOKING TO SEE WHAT --

05:03PM  22          MR. VAN NEST:  YOUR HONOR, MAY MR. DUDA BE EXCUSED

05:03PM  23  FOR NOW?

05:03PM  24          THE COURT:  YES.  YES, PLEASE STEP DOWN.  YES, THAT'S

05:03PM  25  AN UNCOMFORTABLE PLACE TO HAVE TO SIT.

05:03PM  1        ALL RIGHT.  ANY HOUSEKEEPING FOR THIS EVENING?

05:03PM  2              MR. VAN NEST:  I DON'T THINK THERE'S ANYTHING FOR US,

05:03PM  3    YOUR HONOR.  I THINK, I'M SURE WE WILL HAVE SOMETHING FOR YOU

05:03PM  4    AT 8:30.

05:03PM  5              THE COURT:  I DIDN'T SEE ANYTHING, BUT --

05:03PM  6              MR. VAN NEST:  BUT IT'S ONLY 5:00.

05:03PM  7              THE COURT:  EXACTLY MY POINT.  YES.

05:03PM  8              MR. VAN NEST:  WHICH IS FINE.  BUT WE DID JUST FILE,

05:04PM  9    YOUR HONOR.

05:04PM  10             THE COURT:  OKAY.  I HAVE SOMETHING ABOUT OBJECTIONS

05:04PM  11   TO DEPOSITIONS, BUT THAT'S NOT FOR TOMORROW.  AND I NEED -- ARE

05:04PM  12   THE DEPOSITION -- THIS IS CISCO, SORRY, THAT'S NOT YOURS,

05:04PM  13   MR. VAN NEST.

05:04PM  14             MR. VAN NEST:  I THINK WHAT WE FILED WERE SOME

05:04PM  15   OBJECTIONS TO WITNESSES AND EXHIBITS THAT ARE EXPECTED TO COME

05:04PM  16   UP TOMORROW.

05:04PM  17      I'M NOT SURE NOW WHAT WE FILED EXACTLY OR WHETHER THE

05:04PM  18   WITNESSES WILL BE HERE TOMORROW, BUT WE WILL CERTAINLY CONFER

05:04PM  19   WITH COUNSEL.

05:04PM  20             THE COURT:  I JUST DON'T HAVE ANYTHING YET.

05:04PM  21             MR. VAN NEST:  OKAY.

05:04PM  22      CERTAINLY IF THERE'S NOTHING FOR TOMORROW, BECAUSE WE'RE

05:04PM  23   NOT GOING TO GET TO IT, WE WILL LET YOU KNOW THAT ON E-MAIL.

05:04PM  24             THE COURT:  THAT WOULD BE GREAT.  I REALLY APPRECIATE

05:04PM  25   THAT.  OKAY.

05:04PM 1          MR. VAN NEST:  I WILL CONFER WITH MR. PAK.

05:04PM 2          THE COURT:  I EXPECT TO SEE YOU AT 8:30, UNLESS I

05:04PM 3     HEAR OTHERWISE FROM YOU.

05:04PM 4          MR. VAN NEST:  RIGHT.

05:04PM 5          THE COURT:  OKAY.  BUT CISCO'S OBJECTIONS TO

05:04PM 6     DEPOSITIONS ARE NOT FOR -- I DON'T NEED THAT FOR TOMORROW.

05:04PM 7          MR. PAK:  I DON'T THINK YOU NEED THAT FOR TOMORROW,

05:04PM 8     YOUR HONOR.

05:04PM 9          THE COURT:  OKAY.  THAT SOUNDS GREAT.

05:04PM 10         MR. VAN NEST:  WE WILL HAVE LIVE WITNESSES, I THINK

05:04PM 11    ALL DAY TOMORROW.

05:04PM 12         MR. PAK:  THAT'S RIGHT, YOUR HONOR.

05:04PM 13         THE COURT:  ALL RIGHT.  THAT'S TERRIFIC.

05:05PM 14      THANK YOU ALL.  I WILL SEE YOU TOMORROW MORNING.

05:05PM 15        (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

16

17

18

19

20

21

22

23

24

25

1

2

3

4              **CERTIFICATE OF REPORTER**

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____
      SUMMER A. FISHER, CSR, CRR
25    CERTIFICATE NUMBER 13185          DATED: 11/29/16