| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397 7188<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br><br><br><br><br><br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**STIPULATED LIMITING INSTRUCTION RE: CHARLES GIANCARLO TESTIMONY**<br><br>Dept.:  Courtroom 3 – 5th Floor<br>Judge:  Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

### STIPULATED LIMITING JURY INSTRUCTION RE: CHARLES GIANCARLO

Before Charles Giancarlo begins his testimony, I need to provide you with some instructions regarding the purpose for which you may consider Mr. Giancarlo's testimony. During a trial, certain evidence may be admitted only for a limited purpose. Mr. Giancarlo's testimony is such evidence.

Cisco is presenting Mr. Giancarlo's testimony on Cisco's 2003 lawsuit against Huawei, which includes the introduction of the Declaration Mr. Giancarlo signed while he was employed by Cisco as part of the litigation. In considering Mr. Giancarlo's testimony, you cannot rely on the Declaration for the truth of the matters asserted in that declaration. That means that you cannot assume that the statements made in the Declaration are established facts. You may only consider the Declaration as evidence of Cisco's state of mind.

You must understand that Mr. Giancarlo had no affiliation with Arista at the time he signed the Declaration and that the Declaration was not made public until March 2016. You must not impute knowledge of the contents of the Declaration to Arista. In other words, you may not consider Mr. Giancarlo's testimony as evidence of what Arista knew or reasonably should have known at any point in time. You may only consider the Declaration in the context of what Cisco might have thought at the time of its filing.

SO STIPULATED.

Respectfully submitted,

Dated: November 29, 2016      By:  */s/David Nelson*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.

---

1

STIPULATED LIMITING INSTRUCTION RE: CHARLES GIANCARLO TESTIMONY
Case No. 5:14-cv-05344-BLF (NC)

1127322

QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: November 29, 2016 | By: | /s/ Robert A. Van Nest |

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:      (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:     (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:     (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of David Nelson within this e-filed document.

/s/  Robert A. Van Nest