UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 6 Hours 43 Minutes

**CIVIL MINUTES  - JURY TRIAL**

| | |
|---|---|
| **Judge:** Beth Labson Freeman | **Courtroom Deputy:** Tiffany Salinas-Harwell |
| **Date:**  11/29/2016 | **Court Reporter:** Summer Fisher |
| **Case No:** 5:14-cv-05344-BLF | **Interpreter:** N/A |

**CISCO SYSTEMS v. ARISTA NETWORKS**

Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen

**PROCEEDINGS**

**8:30 -** Call to Order/Hearing held outside the presence of the jury
**9:07 -** Court takes recess
**9:30 -** Jury Seated
**9:33 -** Continued Direct Examination LOUGHEED
**9:45 -** Cross Examination LOUGHEED
**10:45 -** The Court takes a morning recess
**10:55 -** Jury Seated/Call to Order
**10:57 -** Continued Cross Examination LOUGHEED
**11:08 -** Re-Direct Examination LOUGHEED
**11:36 -** Re-Cross Examination LOUGHEED
**11:39 -** Plaintiff Calls Witness Phillip Remaker
**11:40 -** Direct Examination REMAKER
**12:02 -** The Court takes the lunch recess
**1:05 -** Jury Seated/Call to Order
**1:07 -** Continued Direct Examination REMAKER
**1:49 -** Cross Examination REMAKER
**2:25 -** Re-Direct Examination REMAKER
**2:37 -** Re-Cross Examination REMAKER
**2:39 -** The Court takes an afternoon recess
**2:55 -** Jury Seated/Call to Order
**2:56 -** Plaintiff Calls Witness Terry Slattery
**2:57 -** Direct Examination SLATTERY
**3:24 -** Cross Examination SLATTERY
**3:38 -** Re-Direct Examination SLATTERY
**3:40 -** Re-Cross Examination SLATTERY
**3:41 -** Plaintiff Calls Witness Kenneth Duda
**3:42 -** Direct Examination DUDA
**4:45 -** Cross Examination DUDA
**5:01 -** Jury Released for Evening
**5:01 -** Hearing held outside the presence of the jury
**5:05 -** The Court takes the Evening recess

## ORDER AFTER HEARING

Further Jury Trial 11/30/2016 at 8:30 AM

**Exhibits Identified:**
**Pltf:** 851, 3195, 2685, 242, 180, 189, 193, 190, 182, 194, 203, 536, 4667
**Deft:** 6944, 6947, 6965, 5031, 5724, 5025, 5464, 8267, 7996, 5175, 5155, 9014, 5168, 5159, 5160, 5161, 5162, 5157, 5061, 5067, 7748

**Exhibits Admitted Into Evidence:**
**Pltf:** 851, 3195, 2685, 242, 180, 189, 193, 190, 182, 194, 203, 536, 4667
**Deft:** 6944, 6947, 6965, 5031, 5724, 5025, 5464, 8267, 7996, 5175, 5155, 9014, 5168, 5159, 5160, 5161, 5162, 5157, 5061, 5067, 7748

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**

CC: