08:21AM

1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                           SAN JOSE DIVISION

5

6

        CISCO SYSTEMS, INC.,                )   CV-14-5344-BLF
7                                           )
                        PLAINTIFF,          )   SAN JOSE, CALIFORNIA
8                                           )
                VS.                         )   NOVEMBER 30, 2016
9                                           )
        ARISTA NETWORKS, INC.,              )   VOLUME 5
10                                          )
                        DEFENDANT           )   PAGES 820-1114
11                                          )

12                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE BETH LABSON FREEMAN
13                   UNITED STATES DISTRICT JUDGE

14        A P P E A R A N C E S:

15        FOR THE PLAINTIFF:  DAVID A. NELSON
                             QUINN EMANUEL URQUHART & SULLIVAN, LLP
16                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
17

18        FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
19                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA  94111
20

21

22              APPEARANCES CONTINUED ON NEXT PAGE

23        OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
1        APPEARANCES (CONTINUED)

2        FOR THE DEFENDANT:  KEKER & VAN NEST, LLP
                            BY:   ROBERT ADDY VAN NEST
3                                 BRIAN FERRALL
                                  DAVID J. SILBERT
4                                 ELIZABETH K. MCCLOSKEY
                                  EDUARDO E. SANTACANA
5                                 RYAN WONG
                                  DAVID J. ROSEN
6                                 AJAY KRISHNAN
                            KEKER & VAN NEST LLP
7                           633 BATTERY STREET
                            SAN FRANCISCO, CA 94111-1809

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          INDEX OF WITNESSES

2

3        PLAINTIFF'S

4        **KENNETH DUDA**
           CROSS-EXAM BY MR. SILBERT          P. 859
5          REDIRECT EXAM BY MR. PAK           P. 876
           RECROSS-EXAM BY MR. SILBERT        P. 890
6

7        **ANSHUL SADANA**
           DIRECT EXAM BY MR. NELSON          P. 893
8          CROSS-EXAM BY MR. FERRALL          P. 931
           REDIRECT EXAM BY MR. NELSON        P. 948
9

10       **CHARLES GIANCARLO**
           DIRECT EXAM BY MR. NELSON          P. 955
11         CROSS-EXAM BY FERRALL              P. 984
           REDIRECT EXAM BY MR. NELSON        P. 996
12         RECROSS-EXAM BY MR. FERRALL        P. 1002
           FURTHER REDIRECT BY MR. NELSON     P. 1003
13

14       **LINCOLN DALE**
           DIRECT EXAM BY MR. PAK             P. 1004
15         CROSS-EXAM BY MR. SILBERT          P. 1031
           REDIRECT EXAM BY MR. PAK           P. 1042
16

17       **PRADEEP KATHAIL**
           DIRECT EXAM BY MR. PAK             P. 1044
18         CROSS-EXAM BY MR. FERRALL          P. 1082
           REDIRECT EXAM BY MR. PAK           P. 1102
19         RECROSS-EXAM BY MR. FERRALL        P. 1106

20

21

22

23

24

25

```
1                           INDEX OF EXHIBITS

2                                      MARKED      ADMITTED

3            PLAINTIFF'S

4            197                                   883
             185                                   885
5            528                                   889
             388                                   906
6            376                                   912
             370                                   914
7            3623                                  917
             381                                   923
8            383                                   925
             404                                   926
9            379                                   928
             842                                   929
10           4671                                  959
             250                                   962
11           176                                   1017
             166                                   1021
12           165                                   1024
             169                                   1025
13           168                                   1028
             171                                   1029
14           503                                   1050
             504                                   1053
15           494                                   1058
             2908, 2910, 2913, 2924, 2927         1064
16           2930, 2931, 2932, 2919
             5078                                  1065
17           4327                                  1073

18

19           DEFENDANT'S

20           8966                                  988
             5441                                  1091
21           5444                                  1093
             5786                                  1095
22           5742                                  1097
             7956                                  1098
23           7977                                  1100

24

25
```

```
 1    SAN JOSE, CALIFORNIA                NOVEMBER 30, 2016

 2                    P R O C E E D I N G S

 3        (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS

 4    WERE HELD OUT OF THE PRESENCE OF THE JURY:)

 5             THE COURT:  ALL RIGHT.  LET'S SEE, WHERE CAN I START

 6    HERE TODAY?  YOU UTTERLY FLUMMOXED ME.

 7        I DON'T HAVE THE CAPABILITY OF MANAGING THOUSANDS OF PAGES

 8    ON MY IPAD, I JUST CAN'T DO IT, SO I HAVE OPENED AND LOOKED AT

 9    EACH OF THE DOCUMENTS.

10        I DON'T KNOW WHAT I'M LOOKING AT BECAUSE I DON'T KNOW WHAT

11    THEY'RE OFFERED FOR, AND I HAVE NO CONTEXT FOR THEM.

12        SO I AM FULLY PREPARED TO DEVOTE AS MUCH TIME TO THE

13    OBJECTIONS AS YOU WANT, AND I WILL DO MY BEST TO LOCATE THE

14    DOCUMENTS AS WE SPEAK ABOUT THEM.  BUT THEY ARE NECESSARILY

15    SENT TO ME THROUGH ABOUT EIGHT SEPARATE E-MAILS AND NOT IN A

16    CHRONOLOGICAL ORDER, NOR ARE THE OBJECTIONS IN A CHRONOLOGICAL

17    ORDER.

18        AND SO ALL I COULD DO IN READING THEM WAS TO MAKE A

19    HANDWRITTEN LIST AND CHECK THEM OFF WHEN I FOUND THEM.

20        SO I DON'T KNOW WHAT TO SAY.  I ALSO WOULD LIKE TO RETURN

21    TO CISCO THIS DOCUMENT WHICH I THINK IS HIGHLY CONFIDENTIAL AND

22    NO LONGER THE SUBJECT OF AN OBJECTION.

23        SO I DON'T WANT IT IN MY HANDS.

24             MR. PAK:  THANK YOU, YOUR HONOR.

25             THE COURT:  YOU CAN DROP IT ON THE STREET, I DON'T
```

08:32AM  1    WANT TO.

08:32AM  2            MR. PAK:  IT SAYS SOURCE CODE ON IT SO I SHOULD TAKE

08:32AM  3    GOOD CARE.

08:32AM  4            THE COURT:  THAT'S RIGHT.

08:32AM  5        SO I THINK WE CAN START, ACTUALLY MR. VAN NEST, WITH THE

08:32AM  6    FIRST OBJECTION WHICH DIDN'T HAVE THE DIFFICULTY THAT I'VE JUST

08:32AM  7    HAD A MELT DOWN ABOUT, AND THAT WOULD BE MR. BETTADAPUR'S

08:32AM  8    PRESENCE

08:32AM  9            MR. VAN NEST:  THAT'S EXACTLY WHERE I WAS GOING TO

08:32AM 10    START BECAUSE HE'S IN THE ORDER OF WITNESSES FOR TODAY, JUST SO

08:32AM 11    WE GET HIM CLEANED OUT, HE'S FIRST SO MR. KRISHNAN IS GOING TO

08:32AM 12    ADDRESS HIM BECAUSE HE'S A LITTLE MORE SIMPLE.

08:33AM 13            THE COURT:  HE MOST DEFINITELY IS.

08:33AM 14            MR. KRISHNAN:  GOOD MORNING, YOUR HONOR.

08:33AM 15            THE COURT:  OKAY.  I THOUGHT YOUR OBJECTION WAS

08:33AM 16    CLEARLY STATED SO WHAT ELSE WOULD YOU LIKE ME TO KNOW BEFORE I

08:33AM 17    TURN IT OVER TO MR. NELSON AND MR. PAK?

08:33AM 18            MR. KRISHNAN:  WELL, THERE ARE TO TWO ISSUES, I WANT

08:33AM 19    TO PUT ON YOUR RADAR A LARGER ISSUE THAT WILL PROBABLY COME UP

08:33AM 20    LATER ON WHICH IS THAT CISCO IS PUTTING FORTH THE ASSERTION

08:33AM 21    THAT THEY PRACTICED THE '526 PATENT AND THEIR PRODUCT IOS XR.

08:33AM 22        THEIR EXPERT, DR. JAFFE PUT IN A VERY, VERY SPARSE

08:33AM 23    FOUR-PAGE CHART IN HIS EXPERT REPORT WITH PRACTICALLY NO

08:33AM 24    ANALYSIS, AND IT CONCERNS US.  HE WASN'T ABLE TO TALK ABOUT

08:33AM 25    MUCH AT HIS DEPOSITION, HE SAID HE WOULD HAVE TO LOOK AT THE

08:33AM  1    UNDERLYING DOCUMENTS CITED IN THE CHART.

08:33AM  2              THE COURT:  THE CHART WAS NOT HIS OWN.

08:33AM  3              MR. KRISHNAN:  THE CHART WAS LARGELY NOT HIS OWN, IT

08:33AM  4    STARTED FROM A CHART THAT CISCO HAD DEVELOPED, AND

08:33AM  5    MR. BETTADAPUR IN PARTICULAR.

08:33AM  6        AND SO THE LARGER ISSUE THAT YOU SHOULD BE AWARE OF THAT

08:34AM  7    WILL PROBABLY COME UP IS THAT WE ARE WORRIED THAT CISCO IS

08:34AM  8    TRYING TO GET IN, BASICALLY, EXPERT TESTIMONY THROUGH

08:34AM  9    MR. BETTADAPUR ABOUT THE --

08:34AM  10             THE COURT:  OKAY.  AND I DON'T KNOW WHAT

08:34AM  11   MR. BETTADAPUR'S POSITION WITH THE COMPANY IS -- CISCO IS.

08:34AM  12             MR. KRISHNAN:  CISCO MAY BE ABLE TO ELABORATE A

08:34AM  13   LITTLE MORE ON THAT.

08:34AM  14             THE COURT:  I DON'T KNOW WHO THESE PEOPLE ARE.

08:34AM  15             MR. KRISHNAN:  UNDERSTOOD.

08:34AM  16             THE COURT:  AND YOUR OBJECTION TODAY, IT'S WELL

08:34AM  17   STATED, IT'S VERY CLEAR.  I WILL BE INTERESTED TO HEAR OF ANY

08:34AM  18   WORK AROUND ON THAT BECAUSE IT SEEMED PRETTY STRAIGHTFORWARD.

08:34AM  19       WHO MIGHT I HEAR FROM?

08:34AM  20             MR. NELSON:  YOUR HONOR, MR. JAFFE IS GOING TO.

08:34AM  21             THE COURT:  THANK YOU, GOOD MORNING.

08:34AM  22             MR. JAFFE:  GOOD MORNING, YOUR HONOR.

08:34AM  23       SO THERE ARE A FEW ISSUES TO ADDRESS WITH MR. BETTADAPUR.

08:34AM  24   LET ME START FIRST WITH THE DISCLOSURE ISSUES THAT THEY RAISED.

08:34AM  25   SO THE DOCUMENTS THEY ARE GOING TO TESTIFY ABOUT, HE WAS

08:34AM 1    DISCLOSED TO TALK ABOUT THE EXTENSIBILITY OF OUR OPERATING

08:34AM 2    SYSTEMS AND THESE DOCUMENTS FALL WITHIN THAT SCOPE.  SO THERE'S

08:35AM 3    NO DISCLOSURE ISSUE THERE.  BUT WHAT I WANT TO FUNDAMENTALLY

08:35AM 4    BRING UP IS THAT HE IS GOING TO BE REBUTTING TESTIMONY THAT

08:35AM 5    ARISTA HAS ALREADY PUT AT ISSUE.

08:35AM 6        SO IF YOU LOOK AT MR. VAN NEST'S OPENING, HE PUT UP A

08:35AM 7    PATENT FROM CISCO.

08:35AM 8            THE COURT:  OKAY, WELL MR. VAN NEST FORTUNATELY ISN'T

08:35AM 9    OFFERING ANY TESTIMONY IN THE CASE.  SO WE DON'T -- YOU ARE NOT

08:35AM 10   REBUTTING ANYTHING YET.

08:35AM 11           MR. JAFFE:  NO, I UNDERSTAND.  BUT HE PUT UP A PATENT

08:35AM 12   FROM CISCO AND PUT THAT AT ISSUE, AND THE PATENT IS ACTUALLY

08:35AM 13   MR. BETTADAPUR'S PATENT.  HE'S A NAMED INVENTOR ON THAT PATENT.

08:35AM 14   AND THEY ARE TRYING TO SAY IT'S NOT AT ISSUE ANYMORE BUT THEY

08:35AM 15   PUT IT AT ISSUE FOR PURPOSES --

08:35AM 16           THE COURT:  WHICH PATENT?

08:35AM 17           MR. JAFFE:  IT'S EXHIBIT 5001.

08:35AM 18           MR. KRISHNAN:  THE '886 PATENT.

08:35AM 19           THE COURT:  WHICH IS NOT A SUBJECT OF THIS CASE.

08:35AM 20           MR. JAFFE:  THAT'S RIGHT.

08:35AM 21           THE COURT:  SO WHY ARE WE GOING DOWN THAT ROAD AT

08:35AM 22   ALL?

08:35AM 23           MR. JAFFE:  I MEAN, MR. VAN NEST THINKS IT'S RELEVANT

08:35AM 24   TO THE COPYRIGHT BECAUSE OF THE STATEMENT IN THE -- THAT'S

08:35AM 25   HIGHLIGHTED HERE ON THE SCREEN RIGHT NOW BECAUSE OF THE MANY --

828

08:35AM  1    THEY CONTEND THAT WHERE IT SAYS MANY COMPANIES NOW STRIFE TO

08:36AM  2    SUPPORT SOME VARIATION ON IOS, THEY CONTEND THAT THAT'S

08:36AM  3    RELEVANT FOR THEIR FAIR USE DEFENSE.

08:36AM  4         AND THIS IS A PATENT THAT WAS INVENTED BY MR. BETTADAPUR

08:36AM  5    AND HE HAS PERSONAL KNOWLEDGE REGARDING WHAT HE INTENDED WHEN

08:36AM  6    HE WROTE THAT.

08:36AM  7              THE COURT:  IS HE DISCLOSED ON ANY OF IS THIS.

08:36AM  8              MR. JAFFE:  HE'S A NAMED INVENTOR ON THE '886 PATENT

08:36AM  9    AND HE'S BEEN DISCLOSED ON THAT THROUGH FACT DISCOVERY.

08:36AM  10             THE COURT:  HE MAY BE A COMPETENT WITNESS TO TESTIFY

08:36AM  11   ON THE SUBJECT MATTER, I DON'T THINK THAT'S THE NATURE OF THE

08:36AM  12   OBJECTION HERE.  WE ARE DEALING WITH DISCLOSURES.

08:36AM  13        AND I MEAN, IF YOU OBJECT TO ARISTA PUTTING ON CERTAIN

08:36AM  14   EVIDENCE IN ITS FAIR USE DEFENSE, THAT'S FINE.  BUT THAT'S NOT

08:36AM  15   WHAT WE'RE HEARING ABOUT TODAY.

08:36AM  16        AND WE'RE DEALING WITH YOUR CASE IN CHIEF AND UNTIL THERE'S

08:36AM  17   EVIDENCE TO REBUT, YOU ARE BOUND BY YOUR DISCLOSURES

08:36AM  18             MR. JAFFE:  LET ME ACTUALLY RAISE TWO ISSUES HERE.

08:36AM  19        NUMBER ONE IS HE WAS AFFIRMATIVELY DESCRIBED ON THE

08:36AM  20   EXTENSIBILITY OF CISCO'S OPERATING SYSTEM.  BOTH THE '886

08:37AM  21   PATENT AND THE DOCUMENTS HE WAS DISCLOSED ON RELATE TO THIS

08:37AM  22   EXTENSIBILITY CONCEPT.  SO WE THINK HE'S FAIRLY DISCLOSED

08:37AM  23   WITHIN THAT.

08:37AM  24        BUT THEN IN TERMS OF YOUR HONOR'S COMMENT ABOUT WHAT

08:37AM  25   EVIDENCE HAS COME IN, THEY ASKED MR. LOUGHEED YESTERDAY, THEY

08:37AM 1    PUT AN E-MAIL AUTHORED BY MR. BETTADAPUR IN FRONT OF

08:37AM 2    MR. LOUGHEED AND SAID, YOU KNOW, WAS MR. BETTADAPUR, WAS HE

08:37AM 3    JUST WRONG WHEN HE WROTE THESE THINGS.  AND THEY ELICITED THAT

08:37AM 4    TESTIMONY AND PUT WHAT HE SAID AND WHAT ME MEANT AT ISSUE IN

08:37AM 5    THIS CASE.

08:37AM 6         AND NOW THEY WANT TO COME BACK AND SAY, WE DO NOT KNOW

08:37AM 7    ABOUT HIM, HE HAD NO IDEA THAT HE HAD RELEVANT KNOWLEDGE ABOUT

08:37AM 8    THESE ISSUES WHEN THEY ARE ACTUALLY BRINGING THIS TESTIMONY IN.

08:37AM 9            THE COURT:  OKAY.  BUT LET'S JUST TALK ABOUT THE

08:37AM 10   OBJECTION ITSELF.

08:37AM 11        THE FIRST OBJECTION IS THAT YOU'VE IDENTIFIED THE WITNESS

08:37AM 12   TO TESTIFY ABOUT THE USE OF THE '526 PATENTED TECHNOLOGY IN

08:37AM 13   CISCO'S PRODUCTS.

08:37AM 14        AND I WAS PROVIDED A PORTION OF MR. BETTADAPUR'S DEPOSITION

08:37AM 15   WHERE HE DISCLAIMED ANY PERSONAL KNOWLEDGE.

08:37AM 16        AND IN FACT, I THINK HE WAS GRACIOUS IN SPECULATING ABOUT

08:38AM 17   TRYING TO DO HIS COMPANY GOOD IN HIS DEPOSITION AND TO GUESS

08:38AM 18   WHAT PRODUCTS IT MIGHT BE, AND CLEARLY WAS UNABLE TO GIVE THAT

08:38AM 19   TESTIMONY.  SO AS TO THE FIRST TOPIC I'M NOT GOING TO ALLOW HIM

08:38AM 20   TO GIVE THAT TESTIMONY.

08:38AM 21        YOU SEEM TO BE COMING IN TODAY WITH AN ENTIRELY DIFFERENT

08:38AM 22   REASON FOR HIS TESTIMONY.  THE SECOND DISCLOSURE FROM YOUR

08:38AM 23   TRIAL WITNESS LIST WAS THAT HE WOULD TESTIFY ABOUT THE

08:38AM 24   IMPORTANCE OF THE '526 PATENT TECHNOLOGY FOR CREATING

08:38AM 25   EXTENSIBLE OPERATING SYSTEMS AND HE WAS NEVER DISCLOSED FOR

08:38AM 1    THAT PURPOSE.

08:38AM 2        SO THIS IS AN OBJECTION TO YOUR TRIAL WITNESS LIST

08:38AM 3    DISCLOSURE, AND I DON'T -- I MEAN, YOU ARE NOW COMING IN TRYING

08:38AM 4    TO SEIZE ON COMMENTS MR. VAN NEST MAY HAVE MADE ABOUT THE

08:38AM 5    COPYRIGHT CASE AND HOW MR. BETTADAPUR MAY REBUT SOME OF THAT

08:38AM 6    EVIDENCE UNTIL ARISTA HAS THE OPPORTUNITY TO PUT EVIDENCE INTO

08:38AM 7    THE CASE, I'M NOT SEEING ANY NEED FOR REBUTTAL.

08:39AM 8        SO I THINK WE ARE JUST NOT THERE NOW, THIS IS YOUR CASE IN

08:39AM 9    CHIEF.

08:39AM 10        AND YOU KNOW REBUTTAL HAS A DIFFERENT SET OF RULES, BUT I'M

08:39AM 11    NOT AT REBUTTAL YET AND YOU'RE NOT AT REBUTTAL.

08:39AM 12        SO I -- YOU KNOW, I'M NOT GOING TO ALLOW, I'M CERTAINLY NOT

08:39AM 13    GOING TO ALLOW HIM TO TESTIFY ABOUT THE FIRST CATEGORY BECAUSE

08:39AM 14    HIS DEPOSITION MAKES IT CLEAR HE'S NOT THE PROPER WITNESS, EVEN

08:39AM 15    THOUGH YOU HAD DESIGNATED HIM AS A 30(B)(6) WITNESS ON THE

08:39AM 16    TOPIC, WHICH IS FINE TAT HIS DEPOSITION.

08:39AM 17        THESE THINGS HAPPEN ALL THE TIME, HOW MANY TIMES HAVE

08:39AM 18    YOU -- COMPANIES DO THE BEST THEY CAN WITH THEIR 30(B)(6)

08:39AM 19    DESIGNATIONS, THAT'S FINE.  YOU COULD HAVE DESIGNATED SOMEONE

08:39AM 20    ELSE AT THAT POINT, BUT HERE WE ARE.

08:39AM 21        SO ON THE SECOND CATEGORY I DON'T -- I MEAN, YOU ARE

08:39AM 22    SHOWING ME THE '886 PATENT, THIS IS ABOUT -- THE DISCLOSURE WAS

08:39AM 23    ABOUT THE IMPORTANCE OF THE '526 PATENTED TECHNOLOGY FOR

08:39AM 24    CREATING EXTENSIBLE OPERATING SYSTEMS, AND --

08:39AM 25            MR. JAFFE:  YOUR HONOR, I HAVEN'T ACTUALLY GOTTEN TO

08:40AM 1    THE 30(B)(6) PART YET, SO IF I MAY ADDRESS THAT BRIEFLY.

08:40AM 2            THE COURT:  OKAY.  I USUALLY START -- I NEED YOU TO

08:40AM 3    ARGUE THE ISSUES PUT BEFORE THE COURT.

08:40AM 4            MR. JAFFE:  SURE.

08:40AM 5            THE COURT:  SO LET'S HEAR THAT.

08:40AM 6            MR. JAFFE:  SO ON THE 30(B)(6) ISSUE THEY CITED THAT

08:40AM 7    DEPOSITION TESTIMONY.  IF YOU LOOK AT LITERALLY THE NEXT

08:40AM 8    QUESTION THAT HE ASKS HIM HE SAYS THAT SOME ASPECTS OF

08:40AM 9    PRACTICED BY IOS XR.

08:40AM 10   MR. KRISHNAN ASKED HIM HOW DOES IT PRACTICE ANY ASPECTS, HE

08:40AM 11   PROVIDES ANOTHER ANSWER, HE PROVIDES ANOTHER ANSWER.  WE ARE

08:40AM 12   NOT EXPECTING HIM TO TESTIFY IN ANY MORE DETAIL ABOUT HOW THE

08:40AM 13   LIMITATIONS OF THE CLAIM MAP UP.

08:40AM 14           THE COURT:  THERE'S NO FOUNDATION.

08:40AM 15   YOU KNOW, THIS DEPOSITION, I DID READ ALL OF THAT.  AND I

08:40AM 16   KNOW HE KIND OF CHANGES THE TENOR OF HIS TESTIMONY, BUT THAT'S

08:40AM 17   BUILT ON THE FOUNDATION, IN MY VIEW, OF HIM BASICALLY SAYING, I

08:40AM 18   DON'T HAVE A CLUE.

08:40AM 19   AND THEN IN MY VIEW, THE ONLY PROPER INFERENCE TO DRAW FROM

08:40AM 20   THE REMAINDER OF HIS TESTIMONY IS PURE SPECULATION BY A HIGHLY

08:40AM 21   PROFESSIONAL INDIVIDUAL WHO CAN USE THE PROPER TERMS TO MAKE

08:40AM 22   HIMSELF SOUND PERSUASIVE BUT IT'S BUILT ON THE FOUNDATION OF I

08:41AM 23   DON'T KNOW, I DON'T HAVE A CLUE.

08:41AM 24   SO I JUST, I'M NOT GOING TO ALLOW HIM TO TESTIFY ON THAT

08:41AM 25   TOPIC.

08:41AM 1          MR. JAFFE:  UNDERSTOOD, YOUR HONOR.

08:41AM 2      SO IF I MAY MAKE ONE LAST QUESTION WHICH IS, IF HE'S NOT

08:41AM 3  ALLOWED TO TESTIFY ON HOW HE PRACTICED THE '526 HE DOES HAVE

08:41AM 4  PERSONAL KNOWLEDGE ON THE IOS XR, WHICH IS THAT OPERATING

08:41AM 5  SYSTEM, AND IF HE MAY TESTIFY AS TO THE STRUCTURE AND OPERATION

08:41AM 6  OF THAT.  BECAUSE WE HAVE EXPERT TESTIMONY WHICH MAPS IT UP TO

08:41AM 7  THE CLAIMS AND MR. KRISHNAN MENTION, HE MENTIONED THAT THE

08:41AM 8  EXPERT REPORT, THAT'S UNDISPUTED.

08:41AM 9      SO THE REASON HE DIDN'T PUT IN A LONG EXPERT REPORT IS

08:41AM 10  BECAUSE THEY DIDN'T DISPUTE WE PRACTICE.  THEY DIDN'T PUT IN AN

08:41AM 11  EXPERT ABOUT THAT AND THERE'S NO OPPOSING TESTIMONY THAT HE

08:41AM 12  PRACTICED THIS PATENT, SO THERE'S A REASON THAT DR. JAFFE

08:41AM 13  DIDN'T PUT A LONG REPORT IN THERE BECAUSE HE DIDN'T NEED TO.

08:41AM 14          THE COURT:  OKAY.  WELL, THAT'S YOUR CHOICE.

08:41AM 15          MR. JAFFE:  SO MAY HE TESTIFY ABOUT IOS XR?  I DON'T

08:41AM 16  KNOW IF THERE'S A DISPUTE THERE.

08:41AM 17          THE COURT:  I DON'T ACTUALLY KNOW -- AGAIN, WE ARE

08:41AM 18  DEALING WITH DISCLOSURES AND IT'S CERTAINLY, IT'S A TOPIC IN

08:42AM 19  THE CASE.

08:42AM 20      AND AGAIN -- SO I LOOKED AT, AND I DO NOT BRING IT WITH ME,

08:42AM 21  I DIDN'T PRINT IT OUT, MAYBE YOU GAVE THAT TO ME MAYBE THAT WAS

08:42AM 22  YOUR EXHIBIT A WAS THE DISCLOSURE.  I HAVE YOUR RULE 26

08:42AM 23  DISCLOSURE AND HE WAS ONLY DISCLOSED ON THE '886 WHICH IS NO

08:42AM 24  LONGER PART OF THE CASE, SO THAT DOESN'T HELP YOU.

08:42AM 25      AND AS A TRIAL WITNESS, HE WAS, THAT'S WHAT I HAD LOOKED AT

833

08:42AM  1    BUT DIDN'T PRINT OUT BUT I THINK IT'S PROPERLY SUMMARIZED IN

08:42AM  2    THE MOVING PAPERS HERE.  YOU DISCLOSED HIM ON YOUR TRIAL

08:42AM  3    WITNESS LIST FOR THESE TWO TOPICS, NEITHER OF WHICH ARE WHAT

08:42AM  4    YOU ARE NOW OFFERING HIM FOR.

08:42AM  5            MR. JAFFE:  THOSE ARE ACTUALLY WHAT WE ARE TRYING TO

08:42AM  6    OFFER HIM FOR.  BECAUSE THE WAY THAT CISCO PRACTICES THE '526

08:42AM  7    PATENT IS USING THIS IOS XR OPERATING SYSTEM THAT HE HAS

08:42AM  8    PERSONAL KNOWLEDGE ABOUT.  SO --

08:42AM  9            THE COURT:  SO THE SECOND TOPIC, WHAT MR. KRISHNAN

08:42AM  10   TOLD ME IN HIS PAPERS WAS THAT YOU MADE NO PRIOR DISCLOSURE OF

08:43AM  11   MR. BETTADAPUR ON THIS ISSUE ANYWHERE.

08:43AM  12       SO IF YOU WOULD LIKE TO POINT THAT OUT TO ME, I WOULD BE

08:43AM  13   GLAD TO LOOK AT IT.

08:43AM  14           MR. JAFFE:  YES, I'M HAPPY TO, WHICH IS HE WAS

08:43AM  15   DESIGNATED AS A 30(B)(6), AND MR. KRISHNAN DEPOSED

08:43AM  16   MR. BETTADAPUR IN HIS DEPOSITION ON THIS EXACT --

08:43AM  17           THE COURT:  ON THE IMPORTANCE OF THE '526?  OH, I'M

08:43AM  18   SORRY.

08:43AM  19       LET ME BE CLEAR.  ON THE 30(B)(6), I'M NOT ALLOWING IT

08:43AM  20   BECAUSE THE WITNESS HAS DISCLAIMED PERSONAL KNOWLEDGE IN HIS

08:43AM  21   DEPOSITION.

08:43AM  22       THERE WAS A SECOND MATTER THAT YOU DISCLOSED THIS WITNESS

08:43AM  23   FOR IN YOUR TRIAL WITNESS DISCLOSURE THAT WAS SUBMITTED JUST IN

08:43AM  24   THE PRECLUDE TO TRIAL AND THAT WAS ON THE IMPORTANCE OF THE

08:43AM  25   '526 PATENT TECHNOLOGY FOR CREATING EXTENSIBLE OPERATING

08:43AM  1    SYSTEMS.

08:43AM  2        THE ARGUMENT BY ARISTA IS THAT CISCO HAS NEVER DESIGNATED

08:43AM  3    MR. BETTADAPUR ON THIS TOPIC.

08:43AM  4        SO WHEN DID THAT HAPPEN?  WHEN WAS THAT DESIGNATION?

08:43AM  5             MR. JAFFE:  SO HIS DESIGNATIONS WERE ON HOW CISCO

08:43AM  6    USES THE '526 PATENT IN ITS OPERATING SYSTEMS.  AND THE

08:44AM  7    STRUCTURE AND OPERATION OF THOSE OPERATING SYSTEMS.

08:44AM  8             THE COURT:  OKAY.

08:44AM  9             MR. JAFFE:  AND SO THE EXTENSIBILITY ISSUE THAT YOU

08:44AM  10   JUST RAISED IT WAS WITHIN THE SCOPE OF HIS 30(B)(6)

08:44AM  11   DESIGNATIONS.  WE ARE NOT TRYING TO GO BEYOND THOSE.

08:44AM  12             THE COURT:  WELL, IF IT'S NOT BEYOND THE SCOPE OF HIS

08:44AM  13   DEPOSITION TESTIMONY THEN OF COURSE I WILL ALLOW THAT, UNLESS

08:44AM  14   IT'S SOMETHING LIKE WE HAD HERE WHERE THE WITNESS DISCLAIMED

08:44AM  15   PERSONAL KNOWLEDGE.

08:44AM  16             MR. KRISHNAN:  YOUR HONOR, THE SECOND ISSUE THAT THEY

08:44AM  17   PUT FORWARD, THE IMPORTANCE OF THE '526 PATENTED TECHNOLOGY FOR

08:44AM  18   CREATING EXTENSIBLE OPERATING SYSTEMS, THAT WAS JUST NOT A

08:44AM  19   DEPOSITION TOPIC.  THEY NEVER DESIGNATED HIM ON IT.

08:44AM  20        I ASKED MR. JAFFE ABOUT THIS LAST NIGHT, ABOUT THIS ISSUE

08:44AM  21   YESTERDAY, AND HE WASN'T ABLE TO SAY THAT ON THIS ISSUE HE WAS

08:44AM  22   DESIGNATED AS A 30(B)(6) WITNESS, IT JUST WASN'T AN ISSUE IN

08:44AM  23   THE CASE THAT WE TOOK ANY DISCOVERY ON, THAT HE WAS DISCLOSED

08:44AM  24   ON IN ANY WAY.

08:44AM  25        THIS IS A NEW ISSUE THAT THEY ARE RAISING AFTER DISCOVERY

08:44AM 1    WAS CLOSED AND THEY PUT IT IN THEIR WITNESS DISCLOSURE.

08:45AM 2        THE ONLY REASON WHY WE HAVEN'T RAISED THIS ISSUE EARLIER IS

08:45AM 3    BECAUSE MR. BETTADAPUR HAS ALWAYS BEEN A TANGENTIAL WITNESS

08:45AM 4    BECAUSE HE WAS CLOSED ON THE '886 AND THEY LISTED HIM ON A

08:45AM 5    MAY-CALL WITNESS.  ON THE FIRST DAY OF TRIAL THEY TOLD US THEY

08:45AM 6    WILL CALL HIM.

08:45AM 7        SO THIS IS ALL COMING AS A SURPRISE TO US, AND HE CERTAINLY

08:45AM 8    WASN'T DISCLOSED AS A 30(B)(6) WITNESS ON THIS TOPIC.

08:45AM 9            THE COURT:  WELL, DO I HAVE THE 30(B)(6) DESIGNATION

08:45AM 10   OF THIS WITNESS SO I CAN SEE IT?

08:45AM 11           MR. JAFFE:  I DON'T HAVE THAT RIGHT HERE, I WILL GET

08:45AM 12   THAT FOR YOU.

08:45AM 13           THE COURT:  I KNOW IT'S HARD TO HAVE EVERYTHING AT

08:45AM 14   YOUR FINGERTIPS.

08:45AM 15       WELL, I MEAN, I'M GLAD TO LOOK AT THE DESIGNATION AND SEE

08:45AM 16   IF IT'S POSSIBLY THAT BROAD.  YOU ARE INDICATING IT WAS NOT THE

08:45AM 17   SUBJECT OF QUESTIONING WHICH LEADS ME TO BELIEVE THAT IT WASN'T

08:45AM 18   UNDERSTOOD TO BE PART OF THE DESIGNATION BECAUSE IT'S BEYOND

08:45AM 19   COMPREHENSION THAT ARISTA COULD MISS THAT.

08:45AM 20       SO IF THEY DIDN'T ASK ABOUT IT, IT PROBABLY WASN'T THERE,

08:45AM 21   BUT I CERTAINLY AM WILLING TO GIVE IT A LOOK.

08:46AM 22       OKAY.  LET'S MOVE ON.  I AM STILL FEELING THAT I WILL

08:46AM 23   PROBABLY GRANT THE REQUEST THAT HE NOT BE ALLOWED TO TESTIFY.

08:46AM 24       THE ALMEROTH DEMONSTRATIVES, YOU HAVE REDUCED THE SCOPE OF

08:46AM 25   THEM.  MR. VAN NEST, IS THIS YOURS?

08:46AM  1          MR. VAN NEST:  I WAS JUST GOING TO MAKE ONE QUICK

08:46AM  2    SUGGESTION WHICH IS BEFORE DR. ALMEROTH WE HAVE MR. LANGUAGE

08:46AM  3    AND WE HAVE A COUPLE OPEN ARE ISSUES ON HUAWEI.

08:46AM  4          THE COURT:  I THOUGHT THERE WAS NOTHING REMAINING

08:46AM  5    OPEN ON MR. LANG, I MISSED THAT IN THE MOTION.  I'M SORRY, I'M

08:46AM  6    UNAWARE OF IT.  SO YOU WILL HAVE TO WALK ME THROUGH.

08:46AM  7          MR. VAN NEST:  MR. ROSEN IS GOING TO HANDLE THAT

08:46AM  8    BECAUSE HE'S BEFORE ALMEROTH, AND THEN I WILL DO ALMEROTH.

08:46AM  9          THE COURT:  SURE.

08:46AM 10      AND THEN I ACTUALLY PRINTED OUT THE PORTION OF MR. LANG'S

08:46AM 11    DEPOSITION BUT I DON'T KNOW WHAT DOCUMENT IT RELATES TO.  I

08:46AM 12    THOUGHT THAT WAS OFF.

08:46AM 13          MR. ROSEN:  SO WE HAVE -- GOOD MORNING, YOUR HONOR.

08:46AM 14    THIS IS PRETTY STRAIGHTFORWARD.

08:46AM 15      SO FOR MR. LANG, WE HAVE OBJECTIONS TO THREE DOCUMENTS ON

08:47AM 16    HEARSAY GROUNDS, AND THESE ARE 4424, 4673, AND 4674.

08:47AM 17          THE COURT:  OKAY.  I CERTAINLY LOOKED AT THOSE

08:47AM 18    DOCUMENTS.  SO I GUESS I JUST MISSED THAT THAT WAS COMING IN

08:47AM 19    THROUGH -- SO THIS IS -- I'M SORRY, IF I COULD JUST GET THOSE

08:47AM 20    NUMBERS AGAIN.

08:47AM 21          MR. ROSEN:  SURE.  4424.  4673, AND 4674.

08:47AM 22          THE COURT:  OKAY.  SO THE 73 AND 74 DOCUMENTS WERE

08:47AM 23    ESSENTIALLY WHAT I CALLED MEDIA COVERAGE.  IS THAT REASONABLE.

08:47AM 24          MR. ROSEN:  THAT'S CORRECT.

08:47AM 25          THE COURT:  OKAY.  AND ACTUALLY, THE 4424 WOULD BE AS

08:47AM  1    WELL, REGARDING THE HUAWEI.

08:47AM  2            MR. ROSEN:  YES, ALL THREE ARE.

08:47AM  3            THE COURT:  ALL THREE ARE.  OKAY.  AND YOU OBJECT ON

08:47AM  4    HEARS GROUNDS.

08:47AM  5            MR. ROSEN:  CORRECT.

08:47AM  6            THE COURT:  MR. PAK?

08:47AM  7            MR. PAK:  YES.

08:48AM  8        YOUR HONOR, MR. LANG WORKS IN THE LEGAL DEPARTMENT AND HIS

08:48AM  9    JOB CONSTITUTES A NUMBER OF DIFFERENT TASKS, ONE OF WHICH IS TO

08:48AM 10    KEEP RECORDS, INCLUDING COPYRIGHT REGISTRATIONS BUT ALSO

08:48AM 11    RECORDS RELATING TO LITIGATION INVOLVING INTELLECTUAL PROPERTY.

08:48AM 12        THESE DOCUMENTS WERE CONTEMPORANEOUS RECORDS OF HIS

08:48AM 13    PREDECESSOR, MALIN YIN, WHICH WAS KEPT IN THE RECORDS OF CISCO.

08:48AM 14        THIS PERTAINS DIRECTLY TO SOME OF THE KEY ISSUES IN THE

08:48AM 15    CASE ABOUT THE HUAWEI LITIGATION, THE PRESS COVERAGE ABOUT THAT

08:48AM 16    CASE.  IT SHOWS, IN FACT, SETTING ASIDE MR. GIANCARLO'S

08:48AM 17    DECLARATION IN THE COMPLAINT THAT WE WILL TALK ABOUT, THAT

08:48AM 18    THERE WAS PRESS COVERAGE OF THE HUAWEI LITIGATION, WHICH TALKS

08:48AM 19    ABOUT THE SPECIFIC ISSUES IN THAT CASE, INCLUDING THE COPYING

08:48AM 20    OF THE CLI.

08:48AM 21            THE COURT:  SO ALL THREE OF -- ALL FOUR OF THESE

08:48AM 22    DOCUMENTS PERTAIN TO THE HUAWEI LITIGATION.

08:48AM 23            MR. PAK:  THAT'S RIGHT, YOUR HONOR.

08:48AM 24            THE COURT:  I GUESS, AND THIS IS WHY IT WAS SO

08:48AM 25    DIFFICULT FOR ME TO CONSIDER THE DOCUMENTS, SO YOU'RE OFFERING

08:49AM 1    THEM TO SHOW THAT IT WAS KNOWN IN THE INDUSTRY THROUGH PRESS

08:49AM 2    COVERAGE?

08:49AM 3         MR. PAK:  YES, YOUR HONOR, NOT OBVIOUSLY FOR THE

08:49AM 4    TRUTH OF THE MATTER ASSERTED, WE ARE JUST SHOWING THAT IN FACT

08:49AM 5    THERE WAS PRESS COVERAGE, THESE ARE BUSINESS RECORDS THAT WAS

08:49AM 6    MAINTAINED, MR. LANG WITH MAKE THE FOUNDATION.

08:49AM 7         THE COURT:  IT'S HIS CLIPPING FILE.

08:49AM 8         MR. PAK:  YES.

08:49AM 9         THE COURT:  WELL, MR. ROSEN, THESE ARE THE KINDS OF

08:49AM 10   THINGS WHERE THE ISSUE IS CISCO, BECAUSE IT DID NOT ASSERT ITS

08:49AM 11   COPYRIGHT, AND NO ONE KNEW THAT IT WAS BAD TO COPY THESE

08:49AM 12   THINGS, THE PRESS COVERAGE, IT CERTAINLY IS PROBATIVE OF THAT

08:49AM 13   PUBLIC STATEMENT OF IT, AND I'M GLAD TO HAVE A LIMITING

08:49AM 14   INSTRUCTION, WHICH I'M SURE YOU COULD SCRATCH OUT RIGHT NOW IF

08:49AM 15   THAT'S COMING TODAY, IT'S NOT A DIFFICULT INSTRUCTION, TO LET

08:49AM 16   THE JURY KNOW THAT THEY ARE TO CONSIDER IT FOR A LIMITED

08:49AM 17   PURPOSE.

08:49AM 18    AND SO I WILL DENY THE MOTION ON THE HEARSAY OBJECTION.

08:50AM 19    NOW, THERE WERE SOME OTHER --

08:50AM 20         MR. ROSEN:  THERE ARE TWO OTHER EXHIBITS --

08:50AM 21         THE COURT:  ATTACHED TO THAT -- LET'S SEE, I CALLED

08:50AM 22   THAT ITEM NUMBER 6, BUT WE DIDN'T NUMBER THEM.  SO LET ME JUST

08:50AM 23   TELL YOU.

08:50AM 24    SO THIS IS ON PAGE 3 AND IT WAS JUST THE NEXT TO THE LAST

08:50AM 25   SECTION.  AND WE ALSO HAVE EXHIBIT 159 AND THAT WAS IN THE

08:50AM 1     FIRST E-MAIL AND THESE WERE IN THE LAST E-MAIL, SO I DON'T

08:50AM 2     REMEMBER WHAT THAT ONE WAS, I'M SORRY.

08:50AM 3             MR. ROSEN:  SO 159 WAS OFFERED IN CONNECTION WITH

08:50AM 4     MR. BURLEY AND LAST NIGHT CISCO WITHDREW HIM AS A WITNESS.

08:50AM 5             MR. PAK:  YES, YOUR HONOR.

08:50AM 6             THE COURT:  EXCELLENT.  SO THAT'S TAKEN CARE OF.

08:50AM 7     OKAY.  ALL RIGHT.

08:50AM 8         SO I WILL DENY THE MOTION BUT ALLOW A LIMITING INSTRUCTION.

08:50AM 9     OKAY.  THAT'S FINE.

08:50AM 10             MR. ROSEN:  AND NEXT, YOUR HONOR, WE HAVE 4327 WHICH

08:51AM 11    IS EARLIER, AND THIS IS NOT A MEDIA ARTICLE, THIS IS A CISCO

08:51AM 12    POWERPOINT PRESENTATION.

08:51AM 13             THE COURT:  RIGHT.  RIGHT.  I SAW THAT SLIDE DECK.

08:51AM 14    OKAY.

08:51AM 15             MR. PAK:  I CAN COMMENT ON THAT YOUR HONOR.

08:51AM 16         THIS IS MR. KATHAIL, PRADEEP KATHAIL WILL BE TESTIFYING

08:51AM 17    TODAY.  HE IS THE SENIOR NETWORK OR CHIEF NETWORK ARCHITECT.

08:51AM 18    PART OF HIS JOB RESPONSIBILITY IS TO OVERSEE MANY OF THE

08:51AM 19    INNOVATION PROGRAMS, IN PARTICULAR, HOW TO RE-ARCHITECT THE

08:51AM 20    OPERATING SYSTEM.

08:51AM 21         THAT POWERPOINT WAS A BUSINESS RECORD PRESENTATION TO

08:51AM 22    MR. GIANCARLO AND OTHER EXECUTIVES IN THE COMPANY ABOUT THE

08:51AM 23    SPECIFICS OF THE INNOVATION PROGRAMS AT WORK.

08:51AM 24         THE POWERPOINT IS DATED IN 2007, AND IT IS A BUSINESS

08:51AM 25    RECORD.  IT IS THE KIND OF DOCUMENT THAT IS USED ALL THE TIME

08:51AM  1    BY EXECUTIVES TO SHARE INFORMATION ON WHAT TYPE OF --

08:51AM  2           THE COURT:  IS THIS THE WITNESS WHO PREPARED THE

08:51AM  3    POWERPOINT?

08:51AM  4           MR. PAK:  YES, ABSOLUTELY, THAT'S HIS PRESENTATION.

08:52AM  5       THIS IS NOT AT ALL THE TYPE OF DOCUMENT WHERE WE HAVE ANY

08:52AM  6    QUESTION ABOUT THE REGULAR USE AND BUSINESS RECORDS, OBVIOUSLY

08:52AM  7    EXECUTIVES USE POWERPOINTS ALL THE TIME TO CONVEY INFORMATION.

08:52AM  8       IT'S VERY, VERY PERTINENT TO THIS CASE BECAUSE ONE OF THE

08:52AM  9    ALLEGATIONS THAT WE'VE HEARD IS CISCO DOESN'T HAVE AN

08:52AM  10   INNOVATIVE CULTURE, CISCO DOESN'T INNOVATE.  HE IS THE PERSON

08:52AM  11   THAT'S DIRECTLY ABLE TO REBUT THOSE ALLEGATIONS WITH SPECIFIC

08:52AM  12   HISTORICAL EXACT FACTS.

08:52AM  13          THE COURT:  HE CAN TESTIFY FROM HIS PERSONAL

08:52AM  14   KNOWLEDGE, THE DOCUMENT JUST SUPPORTS THE FACT THAT HE

08:52AM  15   PRESENTED THIS?

08:52AM  16          MR. PAK:  WELL, THE DOCUMENT SUMMARIZES ALL OF THE

08:52AM  17   UNDERLYING INNOVATION PROGRAMS AND IT'S ACTUALLY A HISTORICAL

08:52AM  18   DOCUMENT, IT'S NOT AS IF WE CREATED IN LITIGATION, THIS IS THE

08:52AM  19   TYPE OF INFORMATION THAT'S SHARED.

08:52AM  20      WE HAD A NUMBER OF POWERPOINTS AND OTHER TYPES OF THINGS

08:52AM  21   COME INTO THE RECORD.

08:52AM  22          THE COURT:  SURE.

08:52AM  23          MR. PAK:  SO I DON'T REALLY UNDERSTAND THE BASIS.

08:52AM  24      THIS IS NOT A POWERPOINT THAT'S BEYOND THE SCOPE OF HIS JOB

08:52AM  25   RESPONSIBILITIES, IT'S KIND OF --

08:52AM  1          THE COURT:  SO THE OBJECTION ON LACK OF FOUNDATION I

08:53AM  2   THINK IS, WAS THAT POSED ON THIS ONE?  NO, IT WAS NOT.  THIS IS

08:53AM  3   JUST THE HEARSAY.

08:53AM  4          MR. ROSEN:  CORRECT.

08:53AM  5          THE COURT:  WELL, MR. ROSEN, I THINK IT CLEARLY IS A

08:53AM  6   BUSINESS RECORD, I DON'T HAVE A PROBLEM WITH THAT.  I THINK

08:53AM  7   THIS IS THE PERSON WHO CREATED IT, HE ACTUALLY CAN GIVE A LOT

08:53AM  8   OF TESTIMONY FROM HIS OWN PERSONAL KNOWLEDGE ABOUT WHY HE

08:53AM  9   PREPARED IT AND THE WHAT IS IN IT, HE DID THE RESEARCH.

08:53AM 10          MR. PAK:  ABSOLUTELY, YOUR HONOR.

08:53AM 11          THE COURT:  AND THE DOCUMENT ITSELF IS REALLY A --

08:53AM 12          MR. PAK:  IT'S ACTUALLY CORROBORATING EVIDENCE OF THE

08:53AM 13   WORK THAT HE DID, RATHER THAN JUST HAVING A WITNESS SAY, BACK

08:53AM 14   IN 2007 I WORKED ON THESE INNOVATION PROGRAMS, WE ACTUALLY HAVE

08:53AM 15   A DOCUMENT I THINK WE SHOULD BE ABLE TO USE THIS ONE.

08:53AM 16          THE COURT:  ANYTHING ELSE?

08:53AM 17          MR. ROSEN:  NO, YOUR HONOR.

08:53AM 18          THE COURT:  OKAY.  I'M GOING TO DENY --

08:53AM 19          MR. ROSEN:  ONE MERE ISSUE THAT WE HAVE AND

08:53AM 20   UNDERSTANDING ON, I JUST WANT TO CONFIRM THAT UNDERSTANDING FOR

08:53AM 21   803.

08:53AM 22          MR. PAK:  I BELIEVE THAT'S NO LONGER IN DISPUTE,

08:54AM 23   YOUR HONOR.

08:54AM 24          THE COURT:  THAT WAS AN INDEX.  SO I DIDN'T ACTUALLY

08:54AM 25   UNDERSTAND WHAT I WAS LOOKING AT IN 4803, AND IS THIS AN

842

08:54AM 1    ALMEROTH DOCUMENT?

08:54AM 2            MR. PAK:  NO, YOUR HONOR.  THIS IS A MR. LANG

08:54AM 3    DOCUMENT.

08:54AM 4        ARISTA ACTUALLY STATED IN ITS OBJECTION --

08:54AM 5            THE COURT:  I THOUGHT THAT WAS WITHDRAWN?

08:54AM 6            MR. PAK:  THAT'S RIGHT.

08:54AM 7        IT DOES NOT OBJECT TO EXHIBIT 4803, TO THE EXTENT CISCO

08:54AM 8    INTENDS TO HAVE MR. LANG TESTIFY THAT THE DOCUMENTS WERE

08:54AM 9    DEPOSITED WITH THE COPYRIGHT OFFICE AND PUTS ALL THE DEPOSITING

08:54AM 10   MATERIAL INTO EVIDENCE.

08:54AM 11       SO THAT'S WHAT WE INTEND TO DO, YOUR HONOR, SO I DON'T

08:54AM 12   UNDERSTAND THE OBJECTION ON 4803.

08:54AM 13           MR. ROSEN:  WELL WE ARE JUST CONCERNED, GIVEN THE

08:54AM 14   SHEER NUMBER OF ENTRIES THAT MR. LANG WILL NOT BE ABLE TO

08:54AM 15   ESTABLISH FOUNDATION FOR EACH ONE OF THESE.

08:54AM 16           MR. PAK:  YOUR HONOR, THESE ARE -- JUST TO BE CLEAR,

08:54AM 17   THESE ARE THE -- ALL THE BUSINESS RECORDS THAT EVIDENCE -- AS

08:54AM 18   YOUR HONOR KNOWS, WE HAVE 26 COPYRIGHT REGISTRATIONS AT ISSUE

08:55AM 19   IN THIS CASE.  THEY COVER A LONG PERIOD OF TIME WITH LOTS OF

08:55AM 20   DIFFERENT VERSIONS OF THE FOUR OPERATING SYSTEMS.

08:55AM 21           THE COURT:  THESE ARE THE REGISTRATIONS.

08:55AM 22           MR. PAK:  THAT'S RIGHT, YOUR HONOR.

08:55AM 23       AND WE ARE TRYING TO FIGURE OUT A STREAMLINED FASHION.

08:55AM 24   THERE'S OBVIOUSLY NO DISPUTE ABOUT THE AUTHENTICITY ABOUT THE

08:55AM 25   DOCUMENTS AND THE RELEVANCE.

08:55AM  1              THE COURT:  AND YOU'VE DISCLOSED THEM ALL.

08:55AM  2              MR. PAK:  OF COURSE.  THIS IS AN ISSUE OF, HOW DO WE

08:55AM  3    GET THROUGH THIS PART OF TRIAL AS QUICKLY AS WE CAN.

08:55AM  4        WE WOULD LIKE TO BE ABLE TO USE THE 4803 DOCUMENT TO BE

08:55AM  5    ABLE TO ESTABLISH THAT THESE WERE ALL THE DIFFERENT TYPES OF

08:55AM  6    DOCUMENTS THAT WERE REGISTERED WITH THE COPYRIGHT OFFICE.

08:55AM  7              THE COURT:  AND THE JURY IS NOT GOING TO HAVE ALL THE

08:55AM  8    KEGS THEMSELVES OR ARE THEY?

08:55AM  9              MR. PAK:  WE CAN MOVE ALL OF THAT INTO EVIDENCE,

08:55AM  10   YOUR HONOR.  JUST TO BE CLEAR, IF WE DO THAT, I MAY HAVE A

08:55AM  11   SUGGESTION FOR, YOUR HONOR, IT'S LET LITERALLY BOXES AND BOXES,

08:55AM  12   IT MIGHT FILL THIS ENTIRE ROOM.

08:55AM  13             THE COURT:  WELL, LUCKILY WE ARE NOT DEALING WITH

08:55AM  14   PAPER.

08:55AM  15             MR. PAK:  SO I THINK WE WANT TO PUT IT ON SOME TYPE

08:55AM  16   OF USB DRIVE OR A COMPUTER THAT THE JURY CAN LOOK AT IF THEY

08:56AM  17   WANT TO, BUT WE WOULD LIKE TO FIGURE OUT AN EFFICIENT MECHANISM

08:56AM  18   TO GET INTO THE RECORD THE 26 COPYRIGHT REGISTRATIONS WHICH

08:56AM  19   CONSIST OF ALL THE DIFFERENT USER MANUALS.

08:56AM  20             THE COURT:  AND OF COURSE I'M LOOKING FOR WHERE I

08:56AM  21   WOULD FIND -- THE TROUBLE I HAVE IS THAT IT'S HARD FOR ME TO

08:56AM  22   FIND, I WANT TO LOOK AT IT AGAIN.

08:56AM  23        SO THIS IS 80 PAGES, THIS IS 26 REGISTRATIONS BUT IT'S MORE

08:56AM  24   THAN THAT.  THAT'S WHY I WAS REALLY STRUGGLING A LITTLE BIT TO

08:57AM  25   UNDERSTAND, THIS IS A SUMMARY INDEX OF THE REGISTRATIONS.

08:57AM 1          MR. PAK:  RIGHT, YOUR HONOR.

08:57AM 2          THE COURT:  AND YOU HAVE DESIGNATED EACH ONE AS AN

08:57AM 3    EXHIBIT.

08:57AM 4          MR. PAK:  OF COURSE.  AND SO THE EXHIBIT NUMBERS ARE

08:57AM 5    IN THE RIGHT HAND COLUMN, YOUR HONOR.

08:57AM 6       IN THIS DOCUMENT YOU CAN SEE IN THE INDEX THERE'S THE

08:57AM 7    DESCRIPTION OF THE DOCUMENT, THE BATES NUMBER SHOWING IT WAS

08:57AM 8    PRODUCED IN THIS CASE.  THERE'S A TRIAL EXHIBIT NUMBER ON THE

08:57AM 9    RIGHT-HAND COLUMN.

08:57AM 10      SO THIS IS A SUMMARY OF ALL THE REGISTRATIONS WE HAVE MADE

08:57AM 11   THAT HAVE BEEN PRODUCED IN THIS CASE.

08:57AM 12         THE COURT:  SO WHEN YOU SAID 26 REGISTRATIONS --

08:57AM 13         MR. PAK:  YES, YOUR HONOR.

08:57AM 14      THERE WERE OFFICIALLY 26 REGISTRATIONS, EACH OF THOSE

08:57AM 15   REGISTRATIONS CONTAINS A NUMBER OF MANUALS AND SOURCE CODE AND

08:57AM 16   THAT'S THE REASON WHY WE HAVE MULTIPLE EXHIBITS.

08:57AM 17         THE COURT:  I SEE.  GOT IT.

08:57AM 18         MR. PAK:  PER REGISTRATION.

08:57AM 19      AND I GUESS I WOULD ASK YOUR HONOR FOR GUIDANCE ON THIS.

08:57AM 20   WE HAVE LITERALLY HUNDREDS OF EXHIBIT NUMBERS THAT CORRESPOND

08:58AM 21   TO --

08:58AM 22         THE COURT:  THIS RAISES THE ISSUE AS WELL AND MAYBE

08:58AM 23   IT'S SIMPLE, ON THE SUBMITTING THE WORK AS A WHOLE BECAUSE

08:58AM 24   AFTER THE ELECTRONIC ARTS NINTH CIRCUIT RULING, I SORT OF, I

08:58AM 25   WANT TO MAKE SURE THAT WE HAVE THAT IN, THAT'S YOUR JOB AND YOU

08:58AM  1    KNOW HOW TO DO IT.

08:58AM  2             MR. PAK:  SO WOULD YOU LIKE -- HOW WOULD YOU LIKE TO

08:58AM  3    PROCEED BECAUSE WE HAVE MR. LANG, HE'S AVAILABLE TO TESTIFY

08:58AM  4    TODAY.  HE IS, SO WE WOULD LIKE TO FIGURE OUT A MECHANISM WHERE

08:58AM  5    HE CAN INTRODUCE INTO THE RECORD, OBVIOUSLY THE ELECTRIC ARTS

08:58AM  6    CASE, THAT WAS AN IMPORTANT ISSUE, SO WE WANT TO MAKE SURE ALL

08:58AM  7    THESE THINGS ARE IN THE RECORD.

08:58AM  8             THE COURT:  YEAH.

08:58AM  9             MR. PAK:  ON THE OTHER HAND, I GUESS I SUPPOSE HE

08:58AM  10   COULD WALK THROUGH AND JUST DESCRIBE EACH DOCUMENT.

08:58AM  11            THE COURT:  SO I MEAN THIS IS REALLY, THIS WE CALL AN

08:58AM  12   INDEX OR SUMMARY DOCUMENT, AND IT IS CLEARLY SUPPORTED BY

08:58AM  13   DOCUMENTATION THAT IS PUBLICLY FILED AVAILABLE, BEEN DISCLOSED,

08:58AM  14   AND WHAT I'M INCLINED TO DO IS, I DON'T ALLOW YOU TO JUST

08:58AM  15   SUBMIT DOCUMENTS WITHOUT THEM COMING THROUGH A WITNESS IN

08:59AM  16   COURT, BUT WE ARE NOT GOING TO DO THAT.

08:59AM  17       SO THE SUMMARY, AND THEN YOU CAN SIMPLY TELL THE JURY THAT

08:59AM  18   EACH OF THESE REGISTRATIONS IS IN EVIDENCE, THEY WILL HAVE IT

08:59AM  19   ELECTRICALLY, I DO NOT WANT THE PAPER IF THE COURTROOM.

08:59AM  20            MR. PAK:  THANK YOU, YOUR HONOR.

08:59AM  21            THE COURT:  AND I WILL ALLOW THIS ONE, 4803, I'M

08:59AM  22   GOING TO -- I'M GOING TO OVERRULE THAT OBJECTION.

08:59AM  23            MR. PAK:  I APPRECIATE THAT VERY MUCH, YOUR HONOR.

08:59AM  24            THE COURT:  OKAY.  AND I DO THINK -- IT'S UP TO YOU

08:59AM  25   IF YOU WANT TO SUBMIT ALL OF THESE REGISTRATIONS, IF THAT'S ANY

08:59AM  1      DOUBT ABOUT THE NEED FOR IT.

08:59AM  2              MR. PAK:  I THINK WE NEED TO DO THAT.

08:59AM  3              THE COURT:  I THINK THAT YOU PROBABLY NEED TO.  OKAY.

08:59AM  4          WE'VE USED UP OUR HALF AN HOUR.

08:59AM  5              MR. VAN NEST:  WE GOT A PLAN THOUGH, YOUR HONOR.

08:59AM  6              THE COURT:  A PLAN IS GOOD.

08:59AM  7              MR. NELSON:  WE WORKED SOMETHING OUT.

08:59AM  8              MR. VAN NEST:  WHAT WE THOUGHT MADE SENSE WITH OUR

08:59AM  9      JURY HERE OUR WITNESSES HERE ASK ALL OF THAT, THE ONLY OTHER

08:59AM  10     STUFF IS DR. ALMEROTH AND MR. NELSON AND I HAVE AGREED TO TALK

08:59AM  11     FURTHER, AND IT'S NOT CERTAIN THAT WE WILL EVEN GET TO HIM

09:00AM  12     TODAY, BUT IF WE DO, HE'S AGREED TO STAY ON THE STUFF THAT'S

09:00AM  13     NOT OBJECTED TO, EXHIBIT-WISE AND GRAPHICS-WISE, AND WE CAN

09:00AM  14     TAKE IT UP END OF THE DAY TODAY OR TOMORROW, BUT WE WILL TRY TO

09:00AM  15     WORK IT OUT AND NARROW THE DISPUTES FURTHER SO YOU DON'T HAVE

09:00AM  16     MUCH TO DO.

09:00AM  17             THE COURT:  OKAY.  I APPRECIATE THAT BECAUSE

09:00AM  18     UNFORTUNATELY, MANY -- THE FIRST CATEGORY MOST OF THEM WERE

09:00AM  19     E-MAILS AND I'M ACTUALLY NOT USED TO EXPERTS INTRODUCING

09:00AM  20     DOCUMENTS LIKE THIS.

09:00AM  21             MR. VAN NEST:  RIGHT.

09:00AM  22             THE COURT:  SO IN A SENSE, IT MAY GO FAST FOR ME IF

09:00AM  23     YOU CAN GIVE ME THE NUMBERS THAT ARE E-MAILS AND MAKE ONE

09:00AM  24     ARGUMENT, WHICH I'M SURE YOU WERE GOING TO DO.

09:00AM  25             MR. VAN NEST:  THAT'S WHAT I WAS GOING TO DO.  BUT I

09:00AM  1    AGREED TO PUT THIS OFF, AND MR. NELSON AND I ARE GOING TO WORK

09:00AM  2    A LITTLE MORE CLOSELY TO GET THIS WORKED OUT.

09:00AM  3             THE COURT:  I DO HAVE ONE JURY OUR STILL MISSING SO

09:00AM  4    WE DON'T HAVE TO WRAP IT UP QUITE YET.  WHEN THE JURY OUR IS

09:00AM  5    MISSING I WON'T CHARGE THE TIME TO YOU.

09:00AM  6             MR. VAN NEST:  OKAY.

09:00AM  7             THE COURT:  I DID -- THESE ARE JUST LITTLE THINGS.

09:00AM  8    THERE WERE A COUPLE OF STRAY EXHIBITS THAT WERE NOT LISTED IN

09:00AM  9    YOUR BRIEF, AND THESE WERE SLIDES 129 AND 136.  I DON'T BELIEVE

09:01AM  10   THEY WERE DESIGNATED.

09:01AM  11       YOU GAVE ME EVERYTHING, SO I ACTUALLY HAVE IT IN THE

09:01AM  12   SUBMISSION, BUT THAT ONE WASN'T THERE.  AND I THINK SLIDE --

09:01AM  13             MR. VAN NEST:  129 AND 136, YOUR HONOR?

09:01AM  14             THE COURT:  YES.  IN THE E-MAILS THAT I GOT LATER,

09:01AM  15   YOU WERE REITERATING THAT THAT WAS STILL AT ISSUE, BUT I DIDN'T

09:01AM  16   SEE IT IN THE MOTION.  AND IT'S FINE FOR ME TO CONSIDER IT, BUT

09:01AM  17   I JUST DON'T KNOW.

09:01AM  18             MR. VAN NEST:  WHAT IT IS, WE WILL SEND IT IN.  BUT I

09:01AM  19   DO HAVE THIS --

09:01AM  20             THE COURT:  YOU GAVE ME --

09:01AM  21             MR. VAN NEST:  IT IS ONE RANDOM, THAT'S RIGHT.

09:01AM  22   THAT'S AN ISSUE AS WELL.

09:01AM  23             THE COURT:  OKAY.  THAT'S FINE.  AND THERE ARE A

09:01AM  24   NUMBER OF SUMMARY DOCUMENTS, THOUGH.  AND I DON'T KNOW WHO THEY

09:01AM  25   ARE COMING IN THROUGH.  ARE YOU STILL TALKING ABOUT THOSE,

09:01AM 1    MR. NELSON?

09:01AM 2          MR. NELSON:  WE ARE TALKING ABOUT THOSE, YOUR HONOR.

09:01AM 3      AND THOSE WILL BE -- IT'S SIMILAR TO THE LAST ISSUE WE

09:01AM 4    TALKED ABOUT, SO WHAT THOSE ARE, ARE A SUMMARY OF THE

09:01AM 5    PROTECTABLE ELEMENTS, MATCHED AGAINST THE CORRESPONDING

09:02AM 6    ELEMENTS.

09:02AM 7      AND WE'RE GOING TO HAVE THE SAME ISSUE, THAT'S WHAT

09:02AM 8    MR. VAN NEST AND I, PART OF THE THINGS WE WERE TALKING ABOUT,

09:02AM 9    SAME ISSUE WITH RESPECT TO DR. BLACK BECAUSE WE DOES THE

09:02AM 10   SUMMARIES ON HERE'S THE WORDS I FOUND.  BECAUSE OTHERWISE WHAT

09:02AM 11   WE WOULD END UP DOING IS LITERALLY HAVE TO GO THROUGH EVERY

09:02AM 12   SINGLE ONE.

09:02AM 13         THE COURT:  SO YOU KNOW, IT WAS INTERESTING, ON FOR

09:02AM 14   EXAMPLE, 4800, WHICH IS THE MANUALS, YOU'VE LITERALLY SHOWN

09:02AM 15   THEM NEXT TO EACH OTHER.

09:02AM 16         MR. NELSON:  CORRECT.

09:02AM 17         THE COURT:  AND IT LOOKS LIKE THEY ARE VIRTUALLY

09:02AM 18   SCREEN SHOTS, SO I DON'T KNOW IF THAT'S -- YOU WANT TO

09:02AM 19   INTRODUCE IT AS A SUMMARY, YOU ARE GOING TO BE INTRODUCING THE

09:02AM 20   WORK AS A WHOLE ANY WAY.

09:02AM 21         MR. NELSON:  YEAH, WELL THAT'S WHAT WE JUST DID WITH

09:02AM 22   THE OTHER SUMMARY EXHIBIT, THAT'S WHAT WE WERE TALKING ABOUT

09:02AM 23   FROM THOSE.  SO THEY WILL BE IN EVIDENCE THAT WAY, BUT

09:02AM 24   OTHERWISE, IF YOU THINK ABOUT THE WAY THIS WOULD ANY WITH BOTH

09:02AM 25   OF THE EXPERTS YOU WOULD HAVE TO GO THROUGH EACH OF THE MANUALS

849

09:02AM  1    AND SAY, HERE'S WHERE THIS IS SHOWN, HERE'S WHERE THAT'S SHOWN.

09:02AM  2        AND CORRESPONDINGLY, DR. BLACK WITH HIS OPINIONS OF HERE'S

09:03AM  3    WHERE I FOUND THIS, HERE'S WHERE I FOUND THAT, WITH RESPECT TO

09:03AM  4    ALL OF THE UNDERLYING DOCUMENTATION.  AND I JUST DON'T THINK

09:03AM  5    EITHER OF US HAVE THE TIME FOR THAT KIND OF THING.

09:03AM  6            THE COURT:  THE APPROACH IS A PROPER WAY TO PRESENT

09:03AM  7    IT TO THE JURY.  WHETHER THERE ARE OBJECTIONS TO IT OR NOT IS A

09:03AM  8    DIFFERENT ISSUE.

09:03AM  9            MR. VAN NEST:  THAT'S RIGHT.

09:03AM  10            THE COURT:  SO I HOPE YOU WILL CONTINUE TO TALK ABOUT

09:03AM  11    IT.

09:03AM  12        ONE I ACTUALLY COULDN'T FIGURE OUT OR MAYBE I HAVE JUST

09:03AM  13    NEVER SEEN IT.  4797 WAS ARISTA'S COMMAND USAGE OVER TIME

09:03AM  14    SHOWING PERCENTAGES OF ARISTA PRODUCTS THAT WERE MADE UP OF THE

09:03AM  15    ALLEGEDLY COPIED ELEMENTS.

09:03AM  16            MR. NELSON:  CORRECT.

09:03AM  17            THE COURT:  THAT, I MEAN, THAT ONE I WAS MORE

09:03AM  18    CONCERNED ABOUT.  BUT I WILL HEAR YOUR OBJECTIONS ON THEM, I

09:03AM  19    JUST WANTED TO POINT THAT OUT.  THE OTHERS I THOUGHT WERE, THE

09:03AM  20    CONCEPT IS SOUND.  AND THEN I JUST NEED TO HEAR WHAT THE

09:03AM  21    SPECIFIC OBJECTIONS ARE.

09:03AM  22            MR. VAN NEST:  MY BIGGEST BEEF IS THE ONE YOU

09:03AM  23    IDENTIFIED FIRST, THAT A LOT OF THESE LOOK LIKE OPENING

09:03AM  24    STATEMENT OR CLOSING ARGUMENT SLIDES, THEY ARE JUST E-MAILS AND

09:04AM  25    WITNESS PICTURES.

09:04AM 1          THE COURT:  SURE.

09:04AM 2          MR. VAN NEST:  THAT'S A HUGE CATEGORY, AND WE WILL

09:04AM 3   TALK ABOUT THOSE.

09:04AM 4       THE SUMMARIES, WHAT I THINK WE WILL BE ABLE TO WORK OUT IS

09:04AM 5   DEMONSTRATIVES THAT ARE EQUIVALENT FOR EACH SIDE ALLOWING THE

09:04AM 6   SAME SCOPE OF TESTIMONY FOR EACH SIDE.

09:04AM 7       I THINK THE FIGHT WE MAY HAVE IS WHAT'S THE ACTUAL EXHIBIT,

09:04AM 8   NO ONE WANTS TO PUT THEIR EXPERT REPORT IN, BUT MAYBE WE CAN

09:04AM 9   WORK SOMETHING OUT WHERE HE GETS AN EXHIBIT AND I GETS AN AND

09:04AM 10  BE AND SOMETHING LIKE THAT.

09:04AM 11      BUT GENERALLY WHAT I'M USED TO IS YOU HAVE THE EXPERT

09:04AM 12  TESTIFY AND HE OR SHE USES DEMONSTRATIVES, BUT THEY DON'T GO TO

09:04AM 13  THE JURY.  THEY HAVE THE TESTIMONY.

09:04AM 14          THE COURT:  SO YOU KNOW, AND YOU ARE EXACTLY RIGHT,

09:04AM 15  MR. VAN NEST.

09:04AM 16      AND IN A CASE THIS COMPLEX, I WOULD -- I KNOW IT WOULD BE A

09:04AM 17  TREMENDOUS AID TO THE JURY TO HAVE THE SUMMARY DOCUMENTS.  IF

09:04AM 18  THEY ARE NOT ADMISSIBLE, THEN THEY ARE NOT GOING IN.

09:04AM 19      AND SO I URGE YOU TO KEEP WORKING TO SEE IF YOU CAN COME UP

09:04AM 20  WITH AN AGREED METHOD OF PUTTING SOMETHING LIKE THIS IN THE

09:04AM 21  HANDS OF THE JURY.

09:05AM 22      AND AS I SAY, WHEN I JUST RULE ON THE EVIDENTIARY

09:05AM 23  OBJECTIONS, I'M JUST GOING TO RULE.  BUT THE DEMONSTRATIVE IS

09:05AM 24  GOING TO GO BY VERY QUICKLY.

09:05AM 25      I MEAN, JUST FOR EXAMPLE, MR. LOUGHEED TESTIFIED ABOUT THE

09:05AM  1     MULTIWORD COMMAND LINES THAT HE HIMSELF AUTHORED.  WELL, NOBODY

09:05AM  2     COULD WRITE THOSE DOWN, IT WAS JUST A DEMONSTRATIVE AND THEY

09:05AM  3     WERE GONE.  I COULDN'T EVEN COUNT THEM.  IT DIDN'T OCCUR TO ME

09:05AM  4     TO COUNT THEM.

09:05AM  5         SO YOU KNOW, THAT'S THE KIND OF THING THAT IS VERY

09:05AM  6     IMPORTANT IN THE CASE AND GOES BY IN A HEARTBEAT.

09:05AM  7         SO I'M JUST GOING TO URGE YOU TO FIND A WAY TO AGREE TO

09:05AM  8     WHAT GOES BEFORE THE JURY IN THE JURY ROOM, AND THEN IF THE

09:05AM  9     OBJECTIONS REMAIN I WILL JUST HAVE TO LOOK AT THEM AS YOU POINT

09:05AM  10    OUT WHAT'S WRONG ABOUT THEM.

09:05AM  11              MR. VAN NEST:  RIGHT.  THAT'S WHAT WE WILL DO.

09:05AM  12              THE COURT:  OKAY.  I APPRECIATE THAT.

09:05AM  13              MR. VAN NEST:  WE WILL FIND A TIME TO DO IT WHERE WE

09:05AM  14    ARE NOT TAKING JURY TIME.  BECAUSE AGAIN, I THINK WE MIGHT GET

09:05AM  15    TO DR. ALMEROTH TODAY, BUT MR. NELSON HAS A LOT OF STUFF

09:05AM  16    BACKGROUND AND INTRODUCTION AND TUTORIAL THAT'S NOT OBJECTED

09:06AM  17    TO.

09:06AM  18              THE COURT:  OKAY.  WELL, YOU HAVE ALL MORNING

09:06AM  19    TOMORROW WHILE I'M DOING MY CIVIL MOTIONS CALENDAR.

09:06AM  20              MR. VAN NEST:  WE WILL BE OFF TOMORROW IN THE

09:06AM  21    MORNING?

09:06AM  22              THE COURT:  NO.  IN THE MORNING.

09:06AM  23              MR. VAN NEST:  WE WILL BE BACK IN AT 1:00.

09:06AM  24              THE COURT:  CORRECT.

09:06AM  25         AND YOU WILL BE BACK AT 12:30 FOR WHATEVER WE HAVE THAT'S

09:06AM 1    FOR THE DAY.

09:06AM 2              MR. VAN NEST:  GOT IT.

09:06AM 3              MR. NELSON:  SO JUST ON THE SUMMARY, THE ISSUE HERE

09:06AM 4    JUST FOR SOME GUIDANCE AS WE ARE TALKING.

09:06AM 5        SO IT REALLY IS, WHAT WE ARE TRYING TO DO IS MATCH UP TO

09:06AM 6    SHOW HERE'S WHAT THE COMMAND IS IN THE IOS, HERE'S WHAT THE

09:06AM 7    COMMAND IS, AND IT VERY CLEARLY LAYS OUT WHICH USER INTERFACE

09:06AM 8    IT COMES FROM AND THE DOCUMENTATION WHICH WILL BE IN UNDERLYING

09:06AM 9    EVIDENCE, AND IT DOES THAT FOR EACH OF THE PROTECTABLE ELEMENTS

09:06AM 10   AS WELL AS THE MANUALS.

09:06AM 11             THE COURT:  I MEAN, IT WOULD BE NICE TO LET THE JURY

09:06AM 12   KNOW WHERE IT COMES FROM SO THEY COULD GO DOUBLE CHECK YOU IF

09:06AM 13   YOU WANT.

09:06AM 14             MR. NELSON:  EXACTLY.  AND THAT'S THE POINT OF IT.

09:06AM 15        AND REALLY, WE ARE GOING TO HAVE AND I UNDERSTAND THEIR

09:06AM 16   DEFENSE AND THEY SHOULD BE ENTITLED TO PUT ON A DEFENSE, I'M

09:06AM 17   NOT SUGGESTING THAT THEY SHOULDN'T, BUT DR. BLACK, AND YOU KNOW

09:06AM 18   WE'VE TALKED ABOUT THESE MANY, MANY TIMES, THE SUMMARY CHARTS

09:07AM 19   AND IN FACT THEY WERE SHOWN IN THE OPENING ABOUT HERE'S WHERE

09:07AM 20   THESE THINGS COME FROM, AND I THINK STATES, SHOWS IT FAIRLY

09:07AM 21   CLEARLY.

09:07AM 22        I DON'T THINK IT'S MISLEADING TO SAY, THIS IS FROM AN

09:07AM 23   INDUSTRY STANDARD DOCUMENT, WHAT THOSE UNDERLYING DOCUMENTS ARE

09:07AM 24   AND I BELIEVE THE CHARTS DO THAT.

09:07AM 25        I THINK THEY WILL RUN INTO EXACTLY THE SAME PROBLEM, THE

853

09:07AM  1    JURY WILL HAVE EXACTLY THE SAME PROBLEM FROM THEIR ARGUMENT

09:07AM  2    WHICH IS, HOW ARE THEY GOING TO KNOW?  IF THAT'S JUST A

09:07AM  3    DEMONSTRATIVE, NOBODY CAN WRITE DOWN, AND DR. BLACK, HE'S NOT

09:07AM  4    GOING TO HAVE 14 HOURS, OR HOWEVER YOU WOULD HAVE TO GO TO SAY,

09:07AM  5    HERE'S THIS WORD, THIS IS THE MANUAL I FOUND IT IN, HERE'S THE

09:07AM  6    INTRODUCTION OF THAT MANUAL

09:07AM  7            THE COURT:  RIGHT.  SO I AM HOPING THAT EACH SIDE

09:07AM  8    WILL FIND ITS OWN SUMMARY TO BE SO IMPORTANT TO THE CASE THAT

09:07AM  9    YOU WILL FIND A WAY TO AGREE TO THIS.

09:07AM  10       AND I ACTUALLY THINK IT MAY BE ESSENTIAL TO BOTH SIDES.

09:07AM  11   AND THEN BECAUSE THIS MAY GET A LITTLE ROUGH ONCE I HAVE TO

09:07AM  12   JUST MECHANICALLY APPLY THE RULES OF EVIDENCE, IT MIGHT GET A

09:08AM  13   LITTLE ROUGH AND THE CONSEQUENCES MAY BE DISADVANTAGEOUS TO

09:08AM  14   BOTH SIDES.

09:08AM  15      SO THIS IS A GOOD -- I APPRECIATE THAT YOU ARE GOING TO

09:08AM  16   TALK ABOUT IT, AND I HAVE EVERY CONFIDENCE YOU CAN WORK THIS

09:08AM  17   OUT.

09:08AM  18            MR. VAN NEST:  THANK YOU, YOUR HONOR.

09:08AM  19            MR. NELSON:  THANK YOU, YOUR HONOR.

09:08AM  20            THE COURT:  OKAY.  LET'S SEE IF THERE WAS ANYTHING

09:08AM  21   ELSE THAT WE --

09:08AM  22            MR. NELSON:  AND CAN I JUST ASK ONE QUESTION.  ON THE

09:08AM  23   E-MAILS JUST FOR SOME GUIDANCE THERE, SO THE E-MAILS AND MOST

09:08AM  24   OF THEM THAT ARE THERE, AND I WILL GO BACK AND LOOK AT THESE

09:08AM  25   THINGS MYSELF AS WELL, THESE ARE DOCUMENTS THAT ARE GOING TO

09:08AM  1   COME INTO EVIDENCE THROUGH OTHER PEOPLE, FOR THE MOST PART,

09:08AM  2   THESE DOCUMENTS, SOME OF THEM WILL BE TODAY THROUGH THE AD

09:08AM  3   VERSE EXAMINATIONS, AND THESE WERE INTENDED TO BE PART OF THE

09:08AM  4   SUMMARY OF THE UNDERLYING EVIDENCE THAT DR. ALMEROTH

09:08AM  5   CONSIDERED.

09:08AM  6        SO I UNDERSTAND THAT YOUR HONOR DOESN'T LIKE TO HAVE AN

09:08AM  7   EXPERT JUST MOVE IN MASS A BUNCH OF E-MAILS THAT'S NOT

09:08AM  8   INTENDED.

09:08AM  9           THE COURT:  UNDERSTOOD.

09:09AM  10       SO I THINK THE ISSUE OTHER ISSUE THOUGH IS IT GETS TO BE

09:09AM  11  BORDERING ON VOUCHING FOR THE COMPANY, AND THAT'S WHERE THIS

09:09AM  12  OBJECTION POINTS THAT PROBLEM OUT.

09:09AM  13       AND IT'S A FINE LINE, I CAN'T RULE ON IT IN ADVANCE, JUST

09:09AM  14  KEEPING THE DEMONSTRATIVES OUT OR THE EXHIBITS, I THINK SOME OF

09:09AM  15  THESE WERE EXHIBITS, ACTUALLY, IS SOMETHING THAT, YOU KNOW, IF

09:09AM  16  YOU SHOW IT AS A DEMONSTRATIVE NOW, THAT'S FINE.

09:09AM  17       BUT IF IT'S ACTUALLY THIS EXPERT WHO WILL IMPRESS THE JURY

09:09AM  18  BY QUALIFICATIONS AND THEN GOES ON TO SAY, I READ ALL OF THESE

09:09AM  19  E-MAILS AND THIS PERSUADED ME, REALLY IS BORDERING ON VOUCHING.

09:09AM  20           MR. NELSON:  I UNDERSTAND WHAT YOU ARE SAYING,

09:09AM  21  YOUR HONOR.

09:09AM  22       THE -- BUT IT'S DIFFERENT.  IT'S OFFERED FOR A DIFFERENT

09:09AM  23  PURPOSE.  IT'S NOT FOR HIM TO GO IN AND INTERPRET THESE THINGS,

09:09AM  24  BUT HERE DIRECT EVIDENCE OF COPING IS CERTAINLY RELEVANT TO THE

09:09AM  25  INFRINGEMENT CASE.  AND SO MANY OF THOSE ARE SOME OF THE DIRECT

09:09AM 1    EVIDENCE OF COPYING AS WELL AS THE STATEMENTS THAT WERE MADE

09:10AM 2    PUBLICLY CONCERNING WHAT THE WORK IS AND HOW IT COMPARES TO THE

09:10AM 3    COPYRIGHTED USER INTERFACES.

09:10AM 4            THE COURT:  SURE.

09:10AM 5            MR. NELSON:  SO THAT'S RELEVANT EVIDENCE TO SHOW, TO

09:10AM 6    SUPPORT HIS OPINIONS.  IT'S NOT OH, I READ THESE WORDS AND

09:10AM 7    THESE ARE WHAT THESE WORDS MEAN TO ME.  HERE'S WHAT WAS SAID

09:10AM 8    AND THIS IS PART OF THE EVIDENCE I CONSIDERED.

09:10AM 9        NOW I CERTAINLY AM GOING TO CUT THESE DOWN ANYWAY, I DON'T

09:10AM 10   HAVE THE TIME TO GO THROUGH ALL THESE THINGS.  AND I WILL DO

09:10AM 11   THAT.  BUT THAT'S THE PURPOSE OF THESE THINGS.

09:10AM 12       AND SO I DON'T -- AND I WILL LIMIT IT TO ONES THAT ARE

09:10AM 13   GOING TO BE IN EVIDENCE THROUGH OTHER WITNESSES SO WE DON'T RUN

09:10AM 14   INTO THE ISSUE OF THE EXPERT SIMPLY SPONSORING THAT DOCUMENT.

09:10AM 15           THE COURT:  RIGHT.  AND RIGHT NOW I CAN'T RECALL

09:10AM 16   WHICH ARE DEMONSTRATIVES AND WHICH ARE EXHIBITS BECAUSE I

09:10AM 17   LOOKED AT A LOT OF THINGS.

09:10AM 18           MR. NELSON:  I THINK LARGELY THEY OVERLAP.

09:10AM 19           THE COURT:  IT SEEMS LIKE I WAS LOOKING AT THE SAME

09:10AM 20   THING OVER AND OVER AGAIN.

09:10AM 21           MR. VAN NEST:  DO YOU WANT A SET, I'VE GOT A CLEAN

09:10AM 22   SET, WHAT I DID WAS I PULLED OUT LAST NIGHT ALL THE ONES --

09:11AM 23           THE COURT:  THAT ARE AT ISSUE?

09:11AM 24           MR. VAN NEST:  THE ONES THEY ALREADY PULLED OUT.

09:11AM 25   THEY TOOK A BUNCH OUT LAST NIGHT.  THIS IS THE FULL SET OF HIS

09:11AM  1    EXAM, NOT JUST THE ONES THAT ARE OBJECTED TO.  AND YOU HAVE

09:11AM  2    FROM THE E-MAILS THE NUMBERS -- THE ONES WE ARE OBJECTING TO.

09:11AM  3              THE COURT:  RIGHT.

09:11AM  4              MR. VAN NEST:  BUT AS YOU'VE OBSERVED, ARISTA DECIDED

09:11AM  5    TO EMBRACE IOS CLI.  WHEN I FIRST GOT THIS SET I THOUGHT THIS

09:11AM  6    WAS THE CLOSING ARGUMENT.  I MEAN, BECAUSE IT LOOKS JUST LIKE

09:11AM  7    MR. NELSON'S OPENING.

09:11AM  8              THE COURT:  YEAH.

09:11AM  9              MR. VAN NEST:  AND HALF OF THE SLIDES IN HERE, I MEAN

09:11AM  10   HALF THE SLIDES IN HERE ARE JUST LIKE THE ONES I SAW.  AND HIS

09:11AM  11   OPENING WAS GREAT, I'M NOT OBJECTING TO THAT, BUT THIS WAS JUST

09:11AM  12   LIKE THAT.

09:11AM  13       SO WHAT I HAVE HERE, THIS HAS THE ACTUAL NUMBERS, THERE'S

09:11AM  14   SKIPPED NUMBERS BECAUSE I PULLED OUT THE ONES THAT THEY'VE WITH

09:11AM  15   WITHDRAWN.  IF YOU WANT IT, IT'S THE EASIEST WAY THAT KNOW.

09:11AM  16              THE COURT:  I ASKED YOU ON IT GIVE THEM TO ME ON MY

09:11AM  17   IPAD BECAUSE I DON'T ACTUALLY HAVE A COLOR PRINTER AND I CAN'T

09:12AM  18   KEEP PRINTING THIS STUFF OUT, IT'S THOUSAND OF PAGES.

09:12AM  19              MR. NELSON:  I HAVE YOUR GUIDANCE AND I UNDERSTAND.

09:12AM  20   AND YOU KNOW I WILL TAKE TO HEART.

09:12AM  21              THE COURT:  I KNOW YOU WILL.

09:12AM  22              MR. NELSON:  SO WHAT I SUGGEST, I DON'T WANT

09:12AM  23   YOUR HONOR TO DO A BUNCH OF UNNECESSARY WORK BECAUSE I THINK I

09:12AM  24   CAN WORK A LOT OF THESE THINGS OUT WITH MR. VAN NEST.

09:12AM  25       SO I THINK WE SHOULD TALK AND THEN GET TO SOMETHING THAT I

09:12AM 1    THINK IS ACCEPTABLE TO YOU, AND THEN IF THERE ARE A FEW MINOR

09:12AM 2    ISSUES LEFT, AS WELL AS DEALING WITH THIS SUMMARY ISSUE, THEN

09:12AM 3    YOUR HONOR CAN DECIDE, BUT OTHERWISE I THINK THAT IT'S

09:12AM 4    PREMATURE FOR THAT.

09:12AM 5         THE COURT:  OKAY.  WE ARE GOING TO BRING THE JURY IN.

09:12AM 6       THANK YOU.

09:12AM 7         MR. VAN NEST:  THANK YOU, YOUR HONOR.

09:12AM 8         THE COURT:  ONE LAST QUICK QUESTION.

09:12AM 9      I HAVE BEGUN TO LOOK AT THE OBJECTIONS ON THE DEPOSITIONS.

09:12AM 10   YOU'VE SENT ME THREE PARTIAL TRANSCRIPTS.  AND MANY OF THE

09:12AM 11   OBJECTIONS POSED BY CISCO IS THAT THE COUNTER DESIGNATION WAS

09:12AM 12   NOT TIMELY, NONE OF YOU IS IN CHARGE OF THAT.

09:12AM 13        MR. PAK:  WE ACTUALLY HAVE MS. JENKINS WHO IS IN

09:12AM 14   CHARGE OF THAT.

09:12AM 15        THE COURT:  MS. JENKINS, GOOD MORNING.

09:12AM 16     I HAVE A VERY QUESTION QUICK QUESTION.  I'M NOT GOING TO

09:12AM 17   HAVE YOU ARGUE IT NOW IS, THAT IS THE NATURE OF YOUR OBJECTION?

09:13AM 18   I DON'T KNOW HOW LATE IS WAS.

09:13AM 19        MS. JENKINS:  YES.  IT WAS ABOUT TWO DAYS AGO FOR

09:13AM 20   THESE.  WE DISCLOSED THEM ON SUNDAY.

09:13AM 21        THE COURT:  THE TIME PERIOD BETWEEN WHEN IT SHOULD

09:13AM 22   HAVE BEEN DISCLOSED IN YOUR VIEW AND WHEN IT WAS ACTUALLY

09:13AM 23   DISCLOSED.

09:13AM 24        MS. JENKINS:  OKAY.  WELL, IT SHOULD HAVE BEEN -- WE

09:13AM 25   HAD A SCHEDULE SET OUT, AND I DON'T REMEMBER THE EXACT DATE BUT

09:13AM 1    IT WAS SOMETIME BEFORE WE FILED THE JOINT PRETRIAL STATEMENT,

09:13AM 2    SO IT SHOULD HAVE BEEN DISCLOSED PRIOR TO THAT.  AND IT WAS NOT

09:13AM 3    DISCLOSED UNTIL I BELIEVE JUST MONDAY EVENING.

09:13AM 4           THE COURT:  OKAY.

09:13AM 5           MS. JENKINS:  I CAN GET YOU THE EXACT DATE.

09:13AM 6           THE COURT:  AND WE WILL TAKE THAT UP EITHER AT THE

09:13AM 7    END OF TODAY SO YOU CAN GET THAT FOR ME BUT I THINK THAT'S AN

09:13AM 8    IMPORTANT THING FOR ME TO KNOW BECAUSE IT'S -- I'M NOT LIKELY

09:13AM 9    TO GRANT THE OBJECTION ON THAT BASIS BECAUSE I THINK YOU'VE HAD

09:13AM 10   ADEQUATE NOTICE OF IT, AND IT SHOULDN'T HAPPEN, BUT I'M NOT

09:13AM 11   ACTUALLY SEEING ANY PREJUDICE FROM IT.

09:13AM 12          MS. JENKINS:  OKAY.

09:13AM 13          THE COURT:  AND THAT WAS MOST OF YOUR OBJECTIONS

09:14AM 14   TO -- AND THEN ON -- I SENT SARAH AN E-MAIL ON THE WHEELER

09:14AM 15   DEPOSITION, I DON'T HAVE --

09:14AM 16          MS. JENKINS:  I'M SORRY, I RESPONDED TO YOUR E-MAIL

09:14AM 17   BUT NEITHER SIDE HAD OBJECTIONS TO MR. WHEELER, WE WERE JUST

09:14AM 18   PROVIDING THAT TOO.

09:14AM 19          THE COURT:  THAT'S EVEN BETTER.

09:14AM 20          MS. JENKINS:  WE WILL MAKE THAT CLEARER IN THE FUTURE

09:14AM 21   IF THERE ARE NO OBJECTIONS.

09:14AM 22          THE COURT:  OKAY.  THEN LET'S BRING OUR JURY IN.

09:14AM 23      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN THE

09:14AM 24   PRESENCE OF THE JURY:)

09:15AM 25          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:16AM 1     GOOD MORNING, EVERYONE.  ALL OF OUR JURORS ARE HERE.  WE

09:16AM 2 ARE BACK ON THE RECORD AND ALL OF OUR COUNSEL AND PARTIES ARE

09:16AM 3 PRESENT.

09:16AM 4     ALL RIGHT.  YESTERDAY WHEN WE LEFT OFF MR. SILBERT WAS IN

09:16AM 5 HIS CROSS-EXAMINATION OF MR. DUDA; IS THAT CORRECT?

09:16AM 6          MR. SILBERT:  YES, YOUR HONOR.

09:16AM 7          THE COURT:  AND WE ARE GOING TO PICK UP WHERE WE LEFT

09:16AM 8 OFF.

09:16AM 9          MR. SILBERT:  YES, YOUR HONOR.

09:16AM 10          THE COURT:  ALL RIGHT.

09:16AM 11     MR. DUDA, I'M GOING TO HAVE YOU COME BACK TO THE WITNESS

09:16AM 12 STAND AND I'M GOING TO HAVE YOU SWORN FOR A NEW COURT DAY.

09:16AM 13

09:16AM 14                    **KENNETH DUDA,**

09:16AM 15     BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

09:16AM 16 HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

09:16AM 17 FOLLOWS:

09:16AM 18          THE WITNESS:  YES.

09:16AM 19          THE CLERK:  THANK YOU.  PLEASE BE SEATED.

09:16AM 20          MR. SILBERT:  MAY I PROCEED, YOUR HONOR?  THANK YOU.

09:16AM 21

09:16AM 22          **CROSS-EXAMINATION BY MR. SILBERT**

09:16AM 23

09:16AM 24 Q.  GOOD MORNING, MR. DUDA.

09:16AM 25 A.  GOOD MORNING.

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:16AM  1    Q.   WHEN WE LEFT OFF YESTERDAY WE WERE TALKING ABOUT

09:16AM  2    DESCRIPTIONS OF THE CLI AS INDUSTRY STANDARD.

09:16AM  3         CAN I ASK YOU PLEASE TO LOOK AT EXHIBIT 7876 IN YOUR

09:17AM  4    BINDER, AND JUST TO REMIND YOU SINCE IT'S BEEN SOME TIME,

09:17AM  5    THAT'S THE BINDER THAT SAYS REDIRECT EXHIBITS.

09:17AM  6         DO YOU HAVE THAT IN FRONT OF YOU?

09:17AM  7    A.   I DO.

09:17AM  8    Q.   THIS WAS AN E-MAIL THAT WAS SENT TO SEVERAL RECIPIENTS

09:17AM  9    INCLUDING ONE THAT WAS CALLED CE@ARISTANETWORKS.COM.

09:17AM 10         WERE YOU A MEMBER OF THAT E-MAIL GROUP AT THE TIME THAT

09:17AM 11    E-MAIL WAS SENT?

09:17AM 12    A.   YES, I WAS.

09:17AM 13    Q.   AND DID YOU RECEIVE THIS E-MAIL AND THE ATTACHMENT TO AT

09:17AM 14    THIS TIME ON OR AROUND DECEMBER 17TH OF 2009?

09:17AM 15    A.   YES.

09:17AM 16         MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 7876.

09:17AM 17         MR. PAK:  I DON'T HAVE ANY OBJECTIONS, YOUR HONOR.

09:17AM 18         THE COURT:  IT WILL BE ADMITTED.

09:17AM 19     (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7876, HAVING BEEN

09:17AM 20    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

09:17AM 21    EVIDENCE.)

09:17AM 22         BY MR. SILBERT:

09:17AM 23    Q.   MR. DUDA, I'M GOING TO ASK YOU TO PLEASE LOOK AT THE

09:17AM 24    ATTACHMENT TO THE E-MAIL WHICH BEGINS ON THE FOURTH PAGE OF THE

09:17AM 25    DOCUMENT.  DO YOU HAVE THAT IN FRONT OF YOU?

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:18AM  1    A.  YES.

09:18AM  2    Q.  WHAT IS THIS DOCUMENT?

09:18AM  3    A.  THIS DOCUMENT IS A DATA SHEET FOR AN ETHERNET SWITCH FROM A

09:18AM  4    COMPANY CALLED BROCADE.

09:18AM  5    Q.  AND WHAT IS BROCADE?

09:18AM  6    A.  BROCADE IS A COMPANY THAT, IT'S REALLY A UNION OF TWO

09:18AM  7    COMPANIES, BROCADE AND FOUNDRY, MAKES VARIOUS DATA CENTER

09:18AM  8    EQUIPMENT, INCLUDING ETHERNET SWITCHES IN COMPETITION WITH

09:18AM  9    ARISTA AND CISCO.

09:18AM  10   Q.  AND CAN I ASK YOU PLEASE TO TURN TO THE NEXT PAGE OF THE

09:18AM  11   DATA SHEET, AND I WANT TO DRAW YOUR ATTENTION TO THE PARAGRAPH

09:18AM  12   ON THE BOTTOM RIGHT.

09:18AM  13       AND DO YOU SEE THE PARAGRAPH THAT BEGINS WITH THE WORD

09:18AM  14   MOREOVER, THERE?

09:18AM  15   A.  YES.

09:18AM  16   Q.  COULD YOU PLEASE READ THAT LANGUAGE INTO THE RECORD?

09:18AM  17   A.  SURE.

09:18AM  18       "MOREOVER, THE USE OF THE SAME INDUSTRY-STANDARD CLI

09:18AM  19   ELIMINATES THE NEED FOR STAFF RETRAINING.  AS A RESULT, THE

09:19AM  20   TURBO IRON 24X ENABLES ORGANIZATIONS TO BETTER LEVERAGE THEIR

09:19AM  21   CURRENT TRAINING TOOLS, DEVICES AND PROCESSES."

09:19AM  22   Q.  COULD YOU PLEASE EXPLAIN WHY THE USE OF WHAT BROCADE CALLS

09:19AM  23   AN INDUSTRY STANDARD CLI ELIMINATES THE NEED FOR STAFF

09:19AM  24   RETRAINING?

09:19AM  25           MR. PAK:  YOUR HONOR, I THINK WE ARE STARTING TO

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:19AM 1   VENTURE INTO EXPERT TESTIMONY ABOUT A PRODUCT THAT IS NOT AN

09:19AM 2   ARISTA PRODUCT.  AND DEALING WITH THE INDUSTRY STANDARD

09:19AM 3   TERMINOLOGY IS A SUBJECT OF THE MOTION IN LIMINE.

09:19AM 4         THE COURT:  SUSTAINED.  WHY DON'T YOU RESTATE THE

09:19AM 5   QUESTION.

09:19AM 6      BY MR. SILBERT:

09:19AM 7   Q.  DID YOU PERSONALLY, AT THE TIME YOU WERE MAKING DECISIONS

09:19AM 8   AT ARISTA, WITH RESPECT TO WHAT TYPE OF CLI USED, DID YOU HAVE

09:19AM 9   AN UNDERSTANDING OF HOW THE USE OF WHAT YOU UNDERSTOOD TO BE AN

09:19AM 10  INDUSTRY STANDARD CLI WOULD AFFECT THE STAFF RETRAINING NEEDS

09:19AM 11  OF YOUR CUSTOMERS?

09:19AM 12        MR. PAK:  SAME OBJECTION, YOUR HONOR.  I THINK --

09:19AM 13        THE COURT:  OVERRULED.

09:20AM 14        THE WITNESS:  YES.

09:20AM 15     BY MR. SILBERT:

09:20AM 16  Q.  AND WHAT WAS THAT UNDERSTANDING?

09:20AM 17  A.  MY UNDERSTANDING IS THAT WHAT BROCADE IS SAYING HERE IS

09:20AM 18  THAT BECAUSE THE CLI THAT BROCADE PROVIDES TO ITS CUSTOMERS

09:20AM 19  GENERALLY CONFORMS WITH THE INDUSTRY STANDARD SETS OF COMMAND

09:20AM 20  LINE COMMANDS.  THE NETWORK ENGINEERS OF THE CUSTOMER WILL BE

09:20AM 21  ABLE TO EASILY USE THAT SWITCH BECAUSE IT WILL BE FAMILIAR TO

09:20AM 22  MANAGE.

09:20AM 23  Q.  AND LOOKING AGAIN AT THIS LANGUAGE THAT THE USE OF THE SAME

09:20AM 24  INDUSTRY STANDARD CLI ELIMINATES THE NEED FOR STAFF RETRAINING,

09:20AM 25  WAS THAT TYPE OF STATEMENT UNUSUAL IN YOUR EXPERIENCE?

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:20AM  1    A.  NO, IT WAS QUITE COMMON.

09:20AM  2    Q.  WERE YOU AWARE OF STATEMENTS LIKE THESE FROM OTHER

09:20AM  3    COMPANIES AT THE TIME THAT YOU MADE THE DECISION AT ARISTA TO

09:20AM  4    SUPPORT AN INDUSTRY STANDARD CLI?

09:20AM  5    A.  YES, I WAS.  IT WAS WELL UNDERSTOOD IN OUR INDUSTRY THAT

09:21AM  6    MOST DEVICES SUPPORTED A COLOR COMMAND-LINE INTERFACE.

09:21AM  7    Q.  THANK YOU, MR. DUDA, YOU CAN PUT THAT DOCUMENT ASIDE.

09:21AM  8        WHEN YOU DECIDED TO USE AN INDUSTRY STANDARD CLI, DID YOU

09:21AM  9    THINK THAT THERE WAS ANYTHING WRONG WITH DOING THAT

09:21AM  10   A.  NO, NOT AT ALL.  MANY TIMES IN MY CAREER, I'VE SEEN COMMAND

09:21AM  11   LINES FOR MANY DIFFERENT PRODUCTS AND DIFFERENT TYPES OF

09:21AM  12   PRODUCTS ACROSS MANY INDUSTRIES AS ENTIRELY NORMAL FOR THOSE

09:21AM  13   COMMAND LINES TO BE SIMILAR.

09:21AM  14   Q.  DID YOU THINK THAT RECOGNIZING THE SAME COMMANDS IN AN

09:21AM  15   ARISTA SWITCH THAT CISCO SWITCHES RECOGNIZED WAS SOMETHING THAT

09:21AM  16   YOU HAD TO HIDE?

09:21AM  17   A.  NO, OF COURSE NOT.  WE WERE VERY OPEN ABOUT IT, AS YOU

09:21AM  18   HEARD IN TESTIMONY YESTERDAY, BECAUSE IT WAS SO NORMAL, BOTH IN

09:21AM  19   OUR INDUSTRY AND ALSO IN OTHER INDUSTRIES.

09:21AM  20   Q.  IF YOU THOUGHT THAT IT WAS WRONG TO RECOGNIZE THE SAME --

09:22AM  21   HAVE AN ARISTA SWITCH RECOGNIZE THE SAME COMMANDS THAT A CISCO

09:22AM  22   SWITCH RECOGNIZES, WOULD YOU HAVE DONE IT?

09:22AM  23   A.  NO, OF COURSE NOT.  ONE OF THE FOUNDING VALUES OF OUR

09:22AM  24   COMPANY IS TO DO THE RIGHT THING.

09:22AM  25   Q.  AND IF YOU THOUGHT THAT IT VIOLATED CISCO'S INTELLECTUAL

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:22AM  1    PROPERTY RIGHTS TO HAVE AN ARISTA SWITCH RECOGNIZE THE SAME

09:22AM  2    COMMANDS THAT A CISCO SWITCH RECOGNIZES, WOULD YOU HAVE DONE

09:22AM  3    IT?

09:22AM  4    A.  NO, ABSOLUTELY NOT.

09:22AM  5    Q.  OKAY.  YESTERDAY MR. PAK PLAYED SOME DEPOSITION TESTIMONY

09:22AM  6    OF YOU SAYING, I'M NOT QUOTING VERBATIM, THAT YOU THOUGHT THAT

09:22AM  7    ARISTA POSSIBLY HAD A COPYRIGHT IN SOME CLI COMMANDS; DO YOU

09:22AM  8    RECALL THAT?

09:22AM  9    A.  YES, I DO.

09:22AM  10   Q.  AT THE TIME YOU WERE DEPOSED IN THIS CASE, WERE YOU AWARE

09:23AM  11   OF THE NATURE OF THE CISCO'S ALLEGATIONS IN THIS CASE?

09:23AM  12   A.  GENERALLY, YES.

09:23AM  13   Q.  AT THE TIME YOU WERE DEPOSED IN THIS CASE, WERE YOU AWARE

09:23AM  14   OF CISCO'S ALLEGATIONS REGARDING A COPYRIGHT INTEREST IN CLI

09:23AM  15   COMMANDS?

09:23AM  16   A.  YES, I WAS AWARE THAT CISCO WAS ASSERTING COPYRIGHT ON THE

09:23AM  17   CLI COMMANDS THEMSELVES, WHICH WAS QUITE SURPRISING TO ME.

09:23AM  18   Q.  DO YOU HAVE AN UNDERSTANDING AS A LAYPERSON OF WHETHER IF

09:23AM  19   CISCO IS VINDICATED IN ITS CLAIMS IN THIS LAWSUIT, HOW THAT

09:23AM  20   MIGHT AFFECT ANY RIGHTS, COPYRIGHTS ARISTA MIGHT HAVE?

09:23AM  21          MR. PAK:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

09:23AM  22          THE COURT:  SUSTAINED.

09:23AM  23          MR. SILBERT:  YOUR HONOR, IF I MAY ADDRESS THAT.  HE

09:23AM  24   WAS ASKED ABOUT --

09:23AM  25          THE COURT:  IF YOU WOULD LIKE TO HAVE A SIDEBAR, YOU

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:23AM 1    CAN.

09:23AM 2         MR. SILBERT:  THAT'S OKAY.

09:23AM 3    Q.  CAN YOU EXPLAIN, MR. DUDA, WHY YOU SAID IN DEPOSITION THAT

09:23AM 4    YOU THOUGHT THAT ARISTA POSSIBLY MIGHT HAVE A COPYRIGHT IN CLI

09:24AM 5    COMMANDS?

09:24AM 6    A.  SURE.  THE SITUATION WAS THAT CISCO HAD ASSERTED A

09:24AM 7    COPYRIGHT ON CLI COMMANDS AGAINST US.  PRIOR TO THAT ASSERTION,

09:24AM 8    I NEVER WOULD HAVE IMAGINED THAT A CLI COMMAND WOULD BE

09:24AM 9    COPYRIGHTED.  BUT ONCE THEY'VE ASSERTED IT, THE CASE WAS GOING

09:24AM 10   ON, IT'S POSSIBLE THAT THEY WOULD WIN.

09:24AM 11        IF THEY DO WIN, THEN I COULD ONLY ASSUME THAT ARISTA WOULD

09:24AM 12   HAVE A COPYRIGHT IN THE COMMANDS THAT WE CREATED.

09:24AM 13   Q.  THANK YOU.

09:24AM 14        I WANT TO SWITCH TO A NEW TOPIC.  MR. PAK ASKED YOU

09:24AM 15   YESTERDAY ABOUT SOURCE CODE, DIFFERENT COMPANY'S SOURCE CODE IN

09:24AM 16   ARISTA'S SWITCH; DO YOU RECALL THAT?

09:24AM 17   A.  YES.

09:24AM 18   Q.  HOW MUCH ORIGINAL SOURCE CODE DID ARISTA WRITE FOR ITS

09:24AM 19   OPERATING SYSTEM?

09:24AM 20   A.  WE'VE WRITTEN OVER 6 MILLION LINES OF ORIGINAL SOURCE CODE,

09:24AM 21   PERHAPS 100,000 PAGES.

09:25AM 22   Q.  AND HOW MANY SOFTWARE ENGINEERS DOES ARISTA CURRENTLY

09:25AM 23   EMPLOY WHO REPORT TO YOU EITHER DIRECTLY OR INDIRECTLY?

09:25AM 24   A.  WE HAVE APPROXIMATELY 650 SOFTWARE ENGINEERS.

09:25AM 25   Q.  DO ARISTA'S PRODUCTS USE ANY SOURCE CODE WRITTEN BY CISCO?

866

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:25AM 1    A.  NO, NOT A SINGLE ONE.

09:25AM 2    Q.  NOW MR. PAK ALSO ASKED YOU YESTERDAY ABOUT YOUR EMPLOYMENT

09:25AM 3    AT CISCO; DO YOU RECALL THAT?

09:25AM 4    A.  YES, I DO.

09:25AM 5    Q.  HOW MUCH TIME PASSED BETWEEN THE TIME THAT YOU LEFT CISCO

09:25AM 6    AND THE TIME THAT YOU HELPED TO FOUND ARISTA?

09:25AM 7    A.  I LEFT CISCO IN APRIL 1999 AND WORKED AT ANOTHER COMPANY

09:25AM 8    FOR A LITTLE OVER FIVE YEARS.  WE FOUNDED ARISTA IN

09:25AM 9    OCTOBER 2004.

09:26AM 10   Q.  AND THAT OTHER COMPANY THAT YOU WORKED AT FOR A LITTLE OVER

09:26AM 11   FIVE YEARS, WAS THAT THE IN THE NETWORKING FIELD?

09:26AM 12   A.  NO, IT WASN'T.  WE WERE CREATING AN ONLINE VIRTUAL

09:26AM 13   EXPERIENCE FOR SOCIALIZING.

09:26AM 14   Q.  NOW, AFTER YOU FOUNDED ARISTA, HOW MUCH TIME PASSED BEFORE

09:26AM 15   ARISTA MADE THE DECISION TO BUILD AN ETHERNET SWITCH?

09:26AM 16   A.  IT WAS A LITTLE MORE THAN ONE YEAR.  WE MADE THE DECISION

09:26AM 17   TO START BUILDING ETHERNET SWITCHES IN NOVEMBER 2005.

09:26AM 18   Q.  SO IF YOU COULD PLEASE DO THE MATH FOR ME.  HOW MUCH TIME

09:26AM 19   PASSED FROM THE TIME YOU LEFT CISCO UNTIL THE TIME THAT ARISTA

09:26AM 20   DECIDED TO START BUILDING AN ETHERNET SWITCH?

09:26AM 21   A.  AT THE RISK OF DOING THE MATH IN MY HEAD, I BELIEVE IT WAS

09:26AM 22   ABOUT 6 AND 1 HALF YEARS.

09:26AM 23   Q.  THE OPERATING SYSTEMS THAT CISCO IS ASSERTING IN THIS CASE

09:27AM 24   ARE IOS, NX-OS, IOS XR, AND IOS XE.  DURING THE TIME THAT YOU

09:27AM 25   WERE AT CISCO, DID YOU WORK ON ANY OF THOSE OPERATING SYSTEMS

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:27AM  1    IN ANY CAPACITY?

09:27AM  2    A.   I HAVE NEVER WORKED ON ANY OF THOSE OPERATING SYSTEMS IN

09:27AM  3    ANY CAPACITY.

09:27AM  4    Q.   OKAY.  MR. DUDA, IS THERE A PARTICULAR COMPONENT OF AN

09:27AM  5    OPERATING SYSTEM THAT RECEIVES CLI COMMANDS WHEN THEY ARE

09:27AM  6    ENTERED BY A USER?

09:27AM  7    A.   YES, THE SOFTWARE THAT RECEIVES AND MAKES SENSE OUT OF CLI

09:27AM  8    COMMANDS IS TYPICALLY CALLED THE CLI PARSER.

09:27AM  9    Q.   AND WHO WROTE THE CLI PARSER IN ARISTA'S EOS OPERATING

09:27AM  10   SYSTEM?

09:27AM  11   A.   VARIOUS PEOPLE HAVE WORKED ON IT OVER THE YEARS, BUT I

09:28AM  12   WROTE THE INITIAL VERSION MYSELF.

09:28AM  13   Q.   AND WHEN YOU WROTE THE SOURCE CODE FOR ARISTA'S CLI PARSER,

09:28AM  14   HAD YOU EVER SEEN SOURCE CODE FOR CISCO'S CLI PARSER?

09:28AM  15   A.   NO, I NEVER WORKED ON ANY CLI PARSER AT CISCO, I NEVER

09:28AM  16   CREATED ANY CLI COMMANDS AT CISCO.

09:28AM  17   Q.   WHEN YOU WROTE THE ARISTA CLI PARSER, WAS THAT THE FIRST

09:28AM  18   PARSER YOU HAD EVER WRITTEN?

09:28AM  19   A.   NO, NOT AT ALL.  I WROTE MY FIRST PARSER WHEN I WAS ABOUT

09:28AM  20   12 YEARS OLD AND I CONTINUED WRITING PARSERS AT VARIOUS POINTS

09:28AM  21   OF MY CAREER INCLUDING SEVERAL IN COLLEGE AND A FEW YEARS AFTER

09:28AM  22   COLLEGE.

09:28AM  23   Q.   I WANT TO ASK YOU ABOUT A COUPLE OF DIFFERENT DOCUMENTS

09:28AM  24   THAT MR. PAK SHOWED YOU.

09:28AM  25        SO JUST TO BE CLEAR, THESE WILL BE IN THE OTHER BINDER, THE

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:28AM  1    ONE THAT MR. PAK USED WITH YOU.

09:28AM  2        WOULD YOU PLEASE LOOK AT EXHIBIT 182.  DO YOU HAVE THAT IN

09:29AM  3    FRONT OF YOU?

09:29AM  4    A.  YES.

09:29AM  5    Q.  THIS IS THE E-MAIL MR. PAK SHOWED YOU FROM MR. REDLEFSEN AT

09:29AM  6    THE TOP SAYING GREAT, I TOTALLY AGREE, THIS IS --

09:29AM  7        ARE WE ABLE TO GET THAT ON THE SCREEN?  IT'S IN EVIDENCE.

09:29AM  8    THANK YOU.

09:29AM  9    A.  YES.

09:29AM  10   Q.  DO YOU RECALL THIS E-MAIL OR HAVE YOU HAD A CHANCE TO

09:29AM  11   FAMILIARIZE YOURSELF WITH IT AGAIN?

09:29AM  12   A.  YES, I HAVE.

09:29AM  13   Q.  OKAY.  DOES THIS E-MAIL CHAIN CONCERN THE CLI AT ALL?

09:29AM  14   A.  NO.  THIS E-MAIL CHAIN HAS NOTHING TO DO WITH THE CLI.

09:29AM  15   Q.  WHAT IS IT TALKING ABOUT?

09:29AM  16   A.  THIS E-MAIL CHAIN RELATES TO THE SYSTEM LOGGING

09:29AM  17   FUNCTIONALITY ON A SWITCH.  THE NATURE OF THE SYSLOG MESSAGES

09:29AM  18   THAT THE SWITCH GENERATES.

09:29AM  19   Q.  COULD YOU JUST BRIEFLY EXPLAIN WHAT THAT IS AND HOW IT'S

09:30AM  20   DIFFERENT FROM THE CLI?

09:30AM  21   A.  WELL, THE SWITCH, THE NETWORK SWITCH GENERATES A LOG OF

09:30AM  22   MESSAGES AS IT OPERATES THAT A NETWORK ADMINISTRATOR CAN USE TO

09:30AM  23   UNDERSTAND WHAT DECISIONS THE SWITCH MADE, HOW THE NETWORK

09:30AM  24   CHANGED OVER TIME, AND GENERALLY BUILD A SENSE FOR THE HISTORY

09:30AM  25   OF THE SWITCH'S OPERATION.

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:30AM  1        THE SYSLOG FACILITY IS HOW THAT LOG IS GENERATED.  THIS IS

09:30AM  2    A COMPLETELY SEPARATE THING FROM THE COMMAND-LINE INTERFACE.

09:30AM  3        THE COMMAND-LINE INTERFACE IS A SYSTEM BY WHICH A SWITCH

09:30AM  4    WAITS FOR COMMANDS, TYPICALLY FROM A HUMAN OPERATOR, OR AN

09:30AM  5    AUTOMATION SYSTEM.  AND THEN PARSES THOSE COMMANDS AND EXECUTES

09:30AM  6    THEM TYPICALLY CHANGING THE BEHAVIOR OF THE SWITCH OR

09:30AM  7    DISPLAYING INFORMATION ABOUT WHAT THE SWITCH IS TO GO AT THAT

09:30AM  8    TIME

09:30AM  9    Q.   TO YOUR KNOWLEDGE, IS THERE ANY ALLEGATION IN THIS CASE

09:30AM  10   REGARDING ALLEGED IMPROPER COPYING OF SYSLOG FACILITIES?

09:31AM  11   A.   NOT AS FAR AS I KNOW.

09:31AM  12   Q.   THANKS.  YOU CAN PUT THAT ASIDE.

09:31AM  13        I WOULD LIKE YOU TO NOW LOOK AT EXHIBIT 190, WHICH MR. PAK

09:31AM  14   SHOWED YOU YESTERDAY.  THIS IS THE E-MAIL WHERE YOU WROTE AT

09:31AM  15   THE TOP, I WONDER HOW HARD IT WOULD REALLY BE TO REVERSE

09:31AM  16   ENGINEER THE CISCO TRANSLATIONS.

09:31AM  17        DO YOU SEE THAT?

09:31AM  18   A.   YES, I DO.

09:31AM  19   Q.   WERE YOU TALKING ABOUT REVERSE ENGINEERING CLI COMMANDS IN

09:31AM  20   THIS E-MAIL?

09:31AM  21   A.   NO, I WASN'T.

09:31AM  22   Q.   WHAT WERE YOU TALKING ABOUT?

09:31AM  23   A.   THERE'S A PROTOCOL CALLED TACACS PLUS, WHICH IS A PROTOCOL

09:31AM  24   THE SWITCH USES TO CHECK WHETHER A GIVEN ADMINISTRATOR IS

09:31AM  25   AUTHORIZED TO RUN A PARTICULAR COMMAND.  AND IN THAT PROTOCOL

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:31AM 1   THERE ARE SOMETIMES TRANSLATIONS WHERE ONE COMMAND IS

09:31AM 2   TRANSLATED TO ANOTHER COMMAND FOR THE PURPOSES OF ASKING IF THE

09:31AM 3   ADMINISTRATOR IS AUTHORIZED.  THOSE ARE THE TRANSLATIONS I'M

09:32AM 4   REFERRING TO.

09:32AM 5   Q.   AND WHY WOULD YOU BE TALKING ABOUT REVERSE ENGINEERING

09:32AM 6   CISCO TACACS TRANSLATIONS?

09:32AM 7   A.   WELL, WE WANTED OUR SWITCHES TO INTEROPERATE IN NETWORKS

09:32AM 8   THAT WERE CONFIGURED BY PEOPLE FAMILIAR WITH CISCO SWITCHES.

09:32AM 9       IN THOSE NETWORKS, MANY OF OUR CUSTOMERS HAVE SET UP TACACS

09:32AM 10  PLUS SERVERS THAT EXPECT CERTAIN TRANSLATIONS.  BY USING

09:32AM 11  COMPATIBLE TRANSLATIONS OUR SWITCHES WOULD INTEROPERATE

09:32AM 12  PROPERLY WITH THOSE TACACS PLUS SERVERS.

09:32AM 13  Q.   TO YOUR KNOWLEDGE, CAN YOU THINK OF ANY REASON A PERSON

09:32AM 14  WOULD WANT TO REVERSE ENGINEER CLI COMMANDS?

09:32AM 15  A.   I CAN'T IMAGINE WHY YOU WOULD NEED TO REVERSE ENGINEER A

09:32AM 16  CLI COMMANDS WHEN THEY ARE ALL PUBLISHED ON THE WEBSITES OF THE

09:32AM 17  VENDORS WHO SUPPORT THOSE CLI'S.

09:32AM 18  Q.   THANKS.  YOU CAN PUT THAT ASIDE.

09:32AM 19      WOULD YOU LOOK, PLEASE, AS EXHIBIT 194.  THIS IS THE E-MAIL

09:33AM 20  WHERE IF YOU LOOK DOWN TOWARDS THE BOTTOM OF THE CHAIN THERE,

09:33AM 21  YOU WROTE, IF WE DO THIS WE SHOULD GO ALL THE WAY AND IOS-IFY,

09:33AM 22  THE CLI.  AND IT GOES ON FROM THERE.

09:33AM 23      DO YOU RECALL THIS E-MAIL DISCUSSION, MR. DUDA?

09:33AM 24  A.   YES.

09:33AM 25  Q.   WHAT WERE YOU TALKING ABOUT HERE?

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:33AM 1    A.   WHAT I WAS TALKING ABOUT HERE WAS AN OPEN SOURCE TOOL

09:33AM 2    CALLED MTR, WHICH WAS A TOOL FOR ANALYZING PADS IN THE NETWORK.

09:33AM 3    I THOUGHT IT MIGHT BE A NICE FEATURE TO ADD SUPPORT FOR MTR

09:33AM 4    THROUGH OUR SWITCH.

09:33AM 5        AND I WAS SPECIFICALLY TALKING ABOUT IN THE SENTENCE YOU

09:33AM 6    HIGHLIGHTED WAS THAT IF WE ADD SUPPORT FOR THAT TOOL TO OUR

09:33AM 7    SWITCH, IT WOULD BE NICE TO DESIGN A COMMAND FOR THAT TOOL THAT

09:33AM 8    WAS CONSISTENT WITH THE INDUSTRY STANDARD IOS-IFY.

09:33AM 9    Q.   WHAT DID YOU SPECIFICALLY MEAN BY IOS-IFY THE CLI?

09:33AM 10   A.   THE OPEN SOURCE TOOL, AS IT'S USUALLY PACKAGED, PROVIDES A

09:34AM 11   UNIX-STYLE CLI WHICH HAS LOTS OF VERY SHORT SINGLE CHARACTER,

09:34AM 12   TWO-CHARACTER OPTIONS, AND GENERALLY LOOKS QUITE UNLIKE THE

09:34AM 13   INDUSTRY STANDARD SWITCH CLI.

09:34AM 14       SO I THOUGHT WE SHOULD ADD ANOTHER COMMAND TO OUR CLI FOR

09:34AM 15   INVOKING THE TOOL THAT WOULD LOOK MORE LIKE COMMANDS TYPICALLY

09:34AM 16   FOUND ON SWITCHES.

09:34AM 17   Q.   WERE YOU TALKING ABOUT COPYING ANY ACTUAL EXISTING CISCO

09:34AM 18   CLI COMMAND?

09:34AM 19   A.   NO, I WASN'T.  AS FAR AS I KNOW CISCO DOESN'T SUPPORT THIS

09:34AM 20   PARTICULAR TOOL.

09:34AM 21   Q.   SO TO YOUR KNOWLEDGE DID CISCO EVEN HAVE A CLI COMMANDS FOR

09:34AM 22   THE FEATURE THAT YOU ARE DESCRIBING HERE?

09:34AM 23   A.   NOT AS FAR AS I KNOW, BUT I'M NOT A HUNDRED PERCENT

09:34AM 24   CERTAIN.

09:34AM 25   Q.   WHO CAME UP WITH THE CLI COMMANDS THAT ARISTA ACTUALLY USED

872

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:34AM 1    FOR THIS FEATURE?

09:34AM 2    A.   I DON'T BELIEVE WE'VE EVER ACTUALLY IMPLEMENTED THIS

09:35AM 3    FEATURE.   THIS IS A FEATURE IDEA, NOT SOMETHING AS FAR AS I

09:35AM 4    KNOW THAT WE'VE IMPLEMENTED.

09:35AM 5    Q.   OKAY.   YOU CAN PUT THAT ASIDE.   THANK YOU.

09:35AM 6        AND SWITCHING AGAIN TO A NEW TOPIC.   MR. PAK ASKED YOU

09:35AM 7    YESTERDAY ABOUT REPLICATING COMMAND RESPONSES.

09:35AM 8        DO YOU RECALL THAT?

09:35AM 9    A.   YES, I DO.

09:35AM 10   Q.   FIRST OF ALL, WHAT IS A COMMAND RESPONSE?

09:35AM 11   A.   WHEN YOU TYPE A COMMAND INTO A SWITCH, SOME COMMANDS

09:35AM 12   DISPLAY THE SWITCHES'S STATUS, AND THOSE COMMANDS TYPICALLY

09:35AM 13   ELICIT RESPONSES THAT IS CONSIST OF STATUS INFORMATION.

09:35AM 14       FOR EXAMPLE, A LIST OF NETWORK INTERFACES AND THE NUMBER OF

09:35AM 15   PACKETS TRANSMITTED BY AND RECEIVED ON THOSE INTERFACES.

09:35AM 16   Q.   AND WE'VE HEARD TESTIMONY IN THE CASE ABOUT SHOW COMMANDS,

09:35AM 17   COMMANDS IN THE FORM OF SHOW FOLLOWED BY SOMETHING TO BE SHOWN.

09:35AM 18   HOW, IF AT ALL, DO COMMAND RESPONSES RELATE TO SHOW COMMANDS?

09:35AM 19   A.   TYPICALLY SHOW COMMANDS HAVE -- TYPICALLY SHOW COMMANDS

09:36AM 20   HAVE COMMAND RESPONSES AND OTHER COMMANDS TYPICALLY HAVE NO

09:36AM 21   RESPONSE.

09:36AM 22   Q.   WHERE DOES MOST OF THE UPON INFORMATION DISPLAYED IN A

09:36AM 23   COMMAND RESPONSE COME FROM?

09:36AM 24   A.   MOST OF THE INFORMATION COMES FROM WITHIN THE SWITCH

09:36AM 25   ITSELF.   SO FOR EXAMPLE, IF YOU TYPE SHOW INTERFACES COUNTERS,

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:36AM  1    WHAT COMES OUT FROM THE SWITCH IS A LIST OF ALL THE INTERFACES

09:36AM  2    AND THE ACTUAL COUNTS OF THE NUMBER OF PACKETS TRANSMITTED AND

09:36AM  3    RECEIVED.  THOSE ACTUAL NUMBERS WILL DEPEND ON THE OPERATING

09:36AM  4    CONDITIONS OF THAT PARTICULAR SWITCH.

09:36AM  5    Q.  SO DOES MOST OF THE INFORMATION SHOWN IN A COMMAND RESPONSE

09:36AM  6    COME FROM THE PARTICULAR OPERATING SYSTEM THAT MIGHT BE USED,

09:36AM  7    WHETHER IT'S CISCO'S IOS OPERATING SYSTEM OR ARISTA'S EOS

09:36AM  8    OPERATING SYSTEM?

09:36AM  9    A.  YES.  MOST OF THE COMMAND RESPONSES ARE GENERATED BY THE

09:36AM  10    OPERATING SYSTEM ITSELF.

09:36AM  11    Q.  SO WHAT DOES IT MEAN TO TALK ABOUT REPLICATING A COMMAND

09:37AM  12    RESPONSE?

09:37AM  13    A.  THERE'S A QUESTION IN A COMMAND SUCH AS SHOW INTERFACES

09:37AM  14    COUNTERS, ABOUT EXACTLY HOW THAT INFORMATION IS FORMATTED.

09:37AM  15        YOU COULD, FOR EXAMPLE, HAVE FOUR COLUMNS OF INFORMATION

09:37AM  16    WITH A TRANSMIT AND RECEIVE PACKET AND BYTE COUNT PER

09:37AM  17    INTERFACE.

09:37AM  18        SO YOU COULD HAVE A LONGER TABLE WITH ONLY TWO COLUMNS OF

09:37AM  19    INFORMATION, SEPARATE SECTIONS TO TRANSMIT AND RECEIVE, FOR

09:37AM  20    EXAMPLE, AND THAT DECISION OF HOW TO LAY OUT THE INFORMATION IS

09:37AM  21    WHAT I MEANT WHEN I REFERRED TO THE FORMATTING OF A COMMAND

09:37AM  22    RESPONSES.

09:37AM  23    Q.  WHY WOULD ARISTA WANT TO REPLICATE THE FORMATTING OF

09:37AM  24    COMMAND RESPONSES FROM CISCO?

09:37AM  25    A.  SOME OF OUR CUSTOMERS TYPE COMMANDS DIRECTLY THEMSELVES AND

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:37AM  1    LOOK AT THE OUTPUT.  BUT OTHER CUSTOMERS CREATE PROGRAMS THAT

09:37AM  2    ISSUE COMMANDS TO SWITCHES AND THEN INTERPRET THE RESPONSE THAT

09:37AM  3    THE SWITCH GENERATES.

09:38AM  4        FOR CUSTOMERS WHO HAVE ALREADY WRITTEN PROGRAMS THAT

09:38AM  5    INTERPRET SWITCH COMMAND RESPONSES, IT'S HELPFUL IF OUR SWITCH

09:38AM  6    COMMAND RESPONSE IS SIMILAR TO THE COMMAND RESPONSES OF OTHER

09:38AM  7    SWITCHES IN A NETWORK.

09:38AM  8    Q.   AND WHY IS IT HELPFUL?

09:38AM  9    A.   IT'S HELPFUL BECAUSE THE PROGRAM THAT OUR CUSTOMER ALREADY

09:38AM  10   WROTE TO INTERPRET THAT COMMAND RESPONSES WILL CONTINUE TO

09:38AM  11   FUNCTION WITH OUR SWITCH AND WON'T NEED SIGNIFICANT REVISION

09:38AM  12   WHEN THE CUSTOMER INTRODUCES OUR SWITCHES INTO THEIR NETWORK.

09:38AM  13   Q.   OKAY.  MOVING TO A NEW TOPIC AGAIN.

09:38AM  14       COULD YOU PLEASE EXPLAIN, JUST AT A HIGH LEVEL, WHAT IS IT

09:38AM  15   THAT CLI COMMANDS ARE USED FOR?

09:38AM  16   A.   AT A HIGH LEVEL, CLI COMMANDS HAVE THREE PURPOSES.

09:38AM  17       THE FIRST PURPOSE IS TO CONFIGURE THE DEVICE, TO GIVE IT

09:38AM  18   INSTRUCTIONS ABOUT HOW IT SHOULD BEHAVE IN THE FUTURE AS THE

09:38AM  19   NETWORK OPERATES.

09:38AM  20       THE SECOND FUNCTION ARE SHOW COMMANDS THAT DISPLAY THE

09:38AM  21   STATUS OF THE DEVICE, INCLUDING COUNTERS, ROUTES LEARNED IN A

09:38AM  22   NETWORK AND SO ON.

09:38AM  23       AND THE THIRD FUNCTION ARE SO CALLED EXEC COMMANDS THAT

09:39AM  24   TAKE SOME IMMEDIATE ADMINISTRATIVE ACTION, SUCH AS REBOOTING

09:39AM  25   THE SWITCH OR SHUTTING DOWN THE SWITCH, UPGRADING THE SOFTWARE

875

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:39AM  1    ON THE SWITCH.

09:39AM  2    Q.   IS THERE ONLY ONE POSSIBLE WAY TO STATE ANY PARTICULAR CLI

09:39AM  3    COMMAND.

09:39AM  4    A.   NO THERE'S USUALLY MORE THAN ONE WAY TO SAY ALMOST

09:39AM  5    ANYTHING.

09:39AM  6    Q.   ARE THE OPTIONS LIMITED?

09:39AM  7    A.   I THINK THE OPTIONS ARE QUITE LIMITED, IF YOU HAVE AN

09:39AM  8    EXISTING STRUCTURE FOR YOUR CLI, YOU WOULD WANT YOUR COMMANDS

09:39AM  9    TO BASICALLY FOLLOW THAT STRUCTURE TO BE CONSISTENT WITH OTHER

09:39AM  10   COMMANDS IN YOUR CLI.

09:39AM  11       FURTHER, THE WORDS IN THE COMMAND THEMSELVES, LARGELY COME

09:39AM  12   FROM INDUSTRY STANDARD DOCUMENTS, WORDS LIKE ROUTE OR IP.

09:39AM  13   THESE ARE INDUSTRY STANDARD TERMS, THERE AREN'T A LOT OF

09:39AM  14   ALTERNATIVES FOR THEM.

09:39AM  15   Q.   HOW MUCH OF THE INDUSTRY STANDARD CLI CONSISTS OF STANDARD

09:40AM  16   NETWORKING TERMINOLOGY?

09:40AM  17   A.   MOST OF THE COMMAND WORDS, MOST OF THE WORDS THAT MAKE UP

09:40AM  18   OUR COMMANDS FROM COME INDUSTRY STANDARD SOURCES.

09:40AM  19   Q.   AND EVEN IF YOU USE THAT INDUSTRY STANDARD TERMINOLOGY,

09:40AM  20   DON'T YOU HAVE CHOICES TO MAKE AS FAR AS HOW YOU STRING THOSE

09:40AM  21   WORDS TOGETHER TO MAKE UP A COMMAND?

09:40AM  22   A.   YOU MAY HAVE SOME CHOICE, BUT AGAIN, IT'S PRETTY LIMITED.

09:40AM  23   NOT TOO MANY WORD ORDERS MAKE A LOT OF SENSE.

09:40AM  24       FOR EXAMPLE, IF YOU HAVE A COMMAND TO SHOW THE IP ROUTES

09:40AM  25   YOU'VE LEARNED ON YOUR SWITCH, YOU COULD DO SHOW IP ROUTE OR

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:40AM  1    SHOW ROUTES IP, THAT DOESN'T QUITE SEEM RIGHT, PUTTING SHOW AT

09:40AM  2    THE END, IT DOESN'T MAKE SENSE.  THERE REALLY AREN'T TOO MANY

09:40AM  3    CHOICES.

09:40AM  4         MR. SILBERT:  OKAY.  THANK YOU, SIR.

09:40AM  5       I HAVE NO FURTHER QUESTIONS.

09:40AM  6         THE COURT:  MR. PAK, REDIRECT FOR THIS WITNESS?

09:41AM  7       (OFF-THE-RECORD DISCUSSION.)

09:41AM  8         MR. SILBERT:  I'M SORRY.  THANK YOU.  ONE MORE

09:41AM  9    QUESTION.

09:41AM  10   Q.   WHY DID -- WHY DID ARISTA HAVE CISCO SWITCHES ON ITS

09:41AM  11   PREMISES?

09:41AM  12   A.   IT'S QUITE NORMAL TO HAVE SOME OF YOUR COMPETITOR'S

09:41AM  13   DEVICES.  EVERY VENDOR HAS DEVICES FROM THEIR COMPETITORS, YOU

09:41AM  14   USE THEM FOR TESTING, FOR COMPETITIVE EVALUATION AND YOU ALSO

09:41AM  15   USE THEM JUST FOR DAY-TO-DAY OPERATIONS.

09:41AM  16   Q.   OKAY.

09:41AM  17       THANK YOU.

09:41AM  18

09:41AM  19                **REDIRECT EXAMINATION BY MR. PAK**

09:41AM  20

09:41AM  21   BY MR. PAK:

09:41AM  22   Q.   GOOD MORNING, MR. DUDA.

09:42AM  23   A.   GOOD MORNING.

09:42AM  24   Q.   LET'S START WITH SOME OF THE QUESTIONS THAT WERE JUST ASKED

09:42AM  25   THIS MORNING.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:42AM 1          JUST BECAUSE SOMETHING IS PUBLIC DOESN'T MEAN THAT A

09:42AM 2   COMPANY CAN TAKE IT FROM ANOTHER COMPETITOR'S PRODUCT; ISN'T

09:42AM 3   THAT TRUE?

09:42AM 4   A.   THAT'S CERTAINLY TRUE IN GENERAL.

09:42AM 5   Q.   YOU HAVE LOTS OF FEATURES THAT ARE PUBLIC THAT COULD BE

09:42AM 6   PROTECTED BY PATENTS OR COPYRIGHTS; ISN'T THAT TRUE?

09:42AM 7   A.   I'M NOT SURE HOW TO PROTECT A FEATURE BY A COPYRIGHT.

09:42AM 8   Q.   LET ME ASK IT THIS WAY, ISN'T IT TRUE, SIR, THAT PRODUCTS

09:42AM 9   THAT ARE PUBLIC AND HAVE PUBLIC FEATURES CAN BE PROTECTED BY

09:42AM 10  INTELLECTUAL PROPERTY RIGHTS?

09:42AM 11  A.   YES, I THINK THAT'S TRUE.

09:42AM 12  Q.   ISN'T IT ALWAYS TRUE, SIR, THAT JUST BECAUSE A CUSTOMER

09:42AM 13  ASKS FOR SOMETHING FROM A COMPETITOR'S PRODUCT, DOESN'T MEAN

09:42AM 14  THAT A COMPANY CAN GIVE THE SAME FEATURE TO A CUSTOMER; ISN'T

09:43AM 15  THAT A TRUE STATEMENT?

09:43AM 16  A.   I'M SORRY, I DIDN'T QUITE FOLLOW.  COULD YOU REPEAT IT,

09:43AM 17  PLEASE.

09:43AM 18  Q.   JUST BECAUSE A CUSTOMER ASKS FOR A FEATURE FROM A COMPETING

09:43AM 19  PRODUCT, DOESN'T MEAN A COMPANY CAN GIVE THE SAME FEATURE BACK

09:43AM 20  TO THE CUSTOMER; ISN'T THAT TRUE?

09:43AM 21  A.   IN MOST CASES, YOU PROBABLY COULD.  THERE MAY BE CASES

09:43AM 22  WHERE YOU COULDN'T.

09:43AM 23  Q.   CASES WHERE THE OTHER COMPANY HAS INTELLECTUAL PROPERTY

09:43AM 24  RIGHTS, CORRECT?

09:43AM 25  A.   THAT SOUNDS LIKE ONE POSSIBILITY.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:43AM  1    Q.   NOW I WANT TO GO BACK AND JUST ESTABLISH SOME FACTS.  I

09:43AM  2    THINK THERE WERE SOME QUESTIONS ABOUT E-MAILS, BUT I THINK IT'S

09:43AM  3    UNDISPUTED NOW THAT ARISTA COPIED CLI COMMANDS FROM CISCO'S

09:43AM  4    SOURCE CODE?

09:43AM  5    A.   THAT'S RIGHT.

09:43AM  6    Q.   WITH RESPECT TO SCREEN OUTPUTS, YOU WOULD AGREE WITH ME,

09:43AM  7    SIR, THAT IF ANY OF CISCO'S SCREEN OUTPUTS CONTAIN EXPRESSIVE

09:44AM  8    WORK, THEN ARISTA CANNOT USE THAT MATERIAL WITHOUT A LICENSE

09:44AM  9    FROM CISCO; ISN'T THAT TRUE?

09:44AM  10            MR. SILBERT:  OBJECTION.  CALLS FOR A LEGAL

09:44AM  11   CONCLUSION.

09:44AM  12            MR. PAK:  THAT'S YOUR BELIEF, RIGHT?

09:44AM  13            THE COURT:  SUSTAINED.

09:44AM  14   BY MR. PAK:

09:44AM  15   Q.   YOU TESTIFIED EARLIER THAT YOU HAD CERTAIN BELIEFS ABOUT

09:44AM  16   WHAT YOU CAN DO PROPERLY AND WHAT YOU CANNOT DO PROPERLY WITH

09:44AM  17   RESPECT TO CISCO'S COMMANDS; IS THAT TRUE?

09:44AM  18   A.   I BELIEVE SO.

09:44AM  19   Q.   OKAY.  DO YOU BELIEVE ON BEHALF OF ARISTA THAT YOU CAN TAKE

09:44AM  20   ANY OF THE SCREEN OUTPUTS FROM CISCO WITHOUT A LICENSE; IS THAT

09:44AM  21   YOUR TESTIMONY?

09:44AM  22            MR. SILBERT:  SAME OBJECTION.

09:44AM  23            THE COURT:  SUSTAINED.

09:44AM  24   BY MR. PAK:

09:44AM  25   Q.   DID YOU FORM ANY SUBJECTIVE BELIEFS ON BEHALF OF ARISTA

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:44AM  1    PRIOR TO THIS LAWSUIT ON THE COPYRIGHTABILITY OF SCREEN

09:44AM  2    OUTPUTS?

09:45AM  3    A.  I BELIEVE THAT MOST SCREEN OUTPUTS ARE NOT COPYRIGHTABLE,

09:45AM  4    WE ARE TALKING HERE ABOUT TABLES OF INFORMATION.  IT'S

09:45AM  5    CERTAINLY POSSIBLE THAT A SCREEN OUTPUT COULD CONSIST OF A

09:45AM  6    COPYRIGHTABLE WORK.  I'M NOT AWARE OF ANY COMMANDS THAT ARE

09:45AM  7    LIKE THAT.

09:45AM  8        THAT'S A HYPOTHETICAL CASE WHERE I CAN IMAGINE SCREEN

09:45AM  9    OUTPUT THAT COULD BE SUBJECT TO COPYRIGHT.

09:45AM  10   Q.  AND IF A SCREEN OUTPUT WAS SUBJECT TO COPYRIGHTABILITY, YOU

09:45AM  11   WOULD NEED A LICENSE FROM CISCO TO USE THAT WORK, CORRECT?

09:45AM  12           MR. SILBERT:  SAME OBJECTION.

09:45AM  13           THE COURT:  OVERRULED.

09:45AM  14           THE WITNESS:  I EXPECT THAT YOU WOULD.

09:45AM  15   BY MR. PAK:

09:45AM  16   Q.  AND SIR BEFORE THIS LAWSUIT, SETTING ASIDE ANY PRIVILEGED

09:45AM  17   COMMUNICATION, YOU PERSONALLY NEVER CONDUCTED AN ANALYSIS OF

09:45AM  18   THE CISCO SCREEN OUTPUTS ON THE QUESTION OF WHETHER IT'S

09:45AM  19   FUNCTIONAL OR EXPRESSIVE; ISN'T THAT TRUE?

09:45AM  20   A.  I DID NOT.

09:45AM  21   Q.  OKAY.  AND EVEN AFTER THIS LAWSUIT WAS FILED, ARISTA DID

09:46AM  22   NOT CHANGE ANY OF ITS SCREEN OUTPUTS TO RETAIN ANY OVERLAP OF

09:46AM  23   ITS SCREEN OUTPUTS; IS THAT A TRUE STATEMENT?

09:46AM  24   A.  I'M NOT SURE.  I DON'T KNOW.

09:46AM  25   Q.  ARE YOU WEAR OF ANY SUCH CHANGES?

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:46AM  1    A.   NO.

09:46AM  2    Q.   LET'S TALK ABOUT THE LAST QUESTION THAT MR. SILBERT ASKED

09:46AM  3    YOU.  YOU TALKED ABOUT HAVING SWITCHES OF OTHER COMPANIES ON

09:46AM  4    YOUR PREMISES, CORRECT?

09:46AM  5    A.   YES.

09:46AM  6    Q.   NOW DO YOU BELIEVE IT'S PROPER FOR A COMPANY TO USE

09:46AM  7    EQUIPMENT OF ANOTHER COMPANY TO COPY FEATURES THAT ARE

09:46AM  8    PROTECTED BY INTELLECTUAL PROPERTY RIGHTS?

09:46AM  9    A.   WELL, I THINK IF THE FEATURE IS PROTECTED BY INTELLECTUAL

09:46AM  10   PROPERTY RIGHTS, YOU ARE GOING TO HAVE LEGAL ISSUES WITH

09:46AM  11   IMPLEMENTING THAT FEATURE AT ALL.

09:46AM  12   Q.   THAT'S RIGHT.

09:46AM  13        AND IT DOESN'T MATTER WHETHER YOU ARE COPYING IT FROM A

09:47AM  14   SWITCH OR PUBLIC SOURCES, IF IT'S PROTECTED, IF THE FEATURE OR

09:47AM  15   EXPRESSION IS PROTECTED BY INTELLECTUAL PROPERTY RIGHTS, ARISTA

09:47AM  16   SHOULD NOT BE MAKING COPIES OF TYPE OF FEATURE OR EXPRESSION,

09:47AM  17   RIGHT?

09:47AM  18   A.   SOUNDS RIGHT.

09:47AM  19   Q.   OKAY.  I WANT TO GO BACK TO SOME TESTIMONY YOU GAVE

09:47AM  20   YESTERDAY AND ALSO SOME TESTIMONY YOU GAVE TODAY.  I BELIEVE

09:47AM  21   YOU TESTIFIED NOW THAT YOU WERE PERSONALLY INVOLVED IN MAKING A

09:47AM  22   DECISION AT ARISTA TO USE AN INDUSTRY STANDARD CLI; IS THAT

09:47AM  23   CORRECT?

09:47AM  24   A.   THAT'S RIGHT.

09:47AM  25   Q.   AND I BELIEVE YOU TESTIFIED THAT INDUSTRY STANDARD CLI IS A

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:47AM 1    SET OF COMMON COMMANDS AND COMMON EXPECTATIONS FOR HOW COMMANDS

09:47AM 2    WORK THAT APPLY TO A LOT OF DIFFERENT DEVICES; IS THAT YOUR

09:47AM 3    TESTIMONY?

09:47AM 4    A.   YES.

09:47AM 5    Q.   AND YOU ALSO TALKED ABOUT A COMPANY CALLED BNT YESTERDAY;

09:47AM 6    DO YOU RECALL THAT?

09:47AM 7    A.   YES.

09:47AM 8    Q.   BNT IS BLADE NETWORK TECHNOLOGIES, CORRECT?

09:47AM 9    A.   YES.

09:47AM 10   Q.   AND THAT WAS A COMPETITOR OF ARISTA AT THE TIME, RIGHT?

09:48AM 11   A.   YES.

09:48AM 12   Q.   AND WHAT YOU SAID IS IN SOME OF THE DOCUMENTS WE LOOKED AT,

09:48AM 13   THAT BNT HAD ADVERTISED ITS CLI AS IS-CLI; DO YOU RECALL THAT?

09:48AM 14   A.   YES.

09:48AM 15   Q.   AND YOU BELIEVED THAT MEANT INDUSTRY STANDARD CLI, CORRECT?

09:48AM 16   A.   YES.

09:48AM 17   Q.   SO YOU BELIEVED THAT BNT WAS OUT PROMOTING ITS CLI AS AN

09:48AM 18   INDUSTRY STANDARD CLI?

09:48AM 19   A.   YES.

09:48AM 20   Q.   AND THAT WAS ONE OF THE REASONS YOU FELT YOU WERE JUSTIFIED

09:48AM 21   THAT ARISTA COULD COPY CISCO'S COMMAND CLI?

09:48AM 22   A.   WELL, I'M NOT SURE, AT THE TIME WE MADE THE DECISION TO USE

09:48AM 23   THE -- FOLLOW THE INDUSTRY STANDARD CLI, I'M NOT SURE I HAD

09:48AM 24   SEEN THAT PARTICULAR BNT DOCUMENT, I THINK IT CAME AFTER THAT

09:48AM 25   DECISION.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:48AM 1    Q.   FIRST OF ALL, YOU ARE NOT SURE, SITTING HERE TODAY, WHETHER

09:49AM 2    THE DOCUMENTS THAT MR. SILBERT SHOWED YOU ON BNT WAS CONSIDERED

09:49AM 3    BY YOU BEFORE MAKING THE DECISION TO COPY CISCO CLI COMMANDS,

09:49AM 4    CORRECT?

09:49AM 5    A.   THAT'S RIGHT.

09:49AM 6    Q.   ALL RIGHT.

09:49AM 7        NEVERTHELESS, YOU TALKED ABOUT BNT HAVING AN INDUSTRY

09:49AM 8    STANDARD OR IS-CLI AS ONE OF THE THINGS THAT SUPPORTED YOUR

09:49AM 9    VIEW THAT THERE IS AN INDUSTRY STANDARD CLI THAT YOU CAN USE

09:49AM 10   FREELY; THAT WAS YOUR TESTIMONY, CORRECT?

09:49AM 11   A.   YES.

09:49AM 12   Q.   WELL, ISN'T IT TRUE, SIR, THAT BNT ACTUALLY DOESN'T USE THE

09:49AM 13   CISCO CLI?

09:49AM 14   A.   MY UNDERSTANDING IS THE IS-CLI IS QUITE CISCO-LIKE.

09:49AM 15   Q.   HAVE YOU EVER INVESTIGATED THE BNT CLI?

09:49AM 16   A.   NOT IN DETAIL.

09:49AM 17   Q.   YOU NEVER HAVE DONE THAT ANALYSIS?

09:49AM 18   A.   NO, I HAVEN'T.

09:49AM 19   Q.   DO YOU HAVE ANY IDEA HOW MUCH OVERLAP THERE EXISTS IN BNT

09:50AM 20   COMPARED TO THE CISCO CLI?

09:50AM 21   A.   I DON'T KNOW BUT I PRESUME WHEN THEY CALL THEIR CLI

09:50AM 22   CISCO-LIKE, THAT'S BECAUSE THERE'S SOME OVER LAP.

09:50AM 23   Q.   ISN'T IT TRUE THAT ARISTA CRITICIZED BNT AS A COMPETITOR

09:50AM 24   BECAUSE THEIR CLI WAS A MIX OF NORTEL, CATOS, AND IOS COMMANDS?

09:50AM 25   A.   I DON'T KNOW.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:50AM  1    Q.   OKAY.  LET ME SHOW YOU A DOCUMENT, AND THIS IS IN YOUR

09:50AM  2    REBUTTAL OR REDIRECT EXHIBIT.  AND TAKE A LOOK AT EXHIBIT 197.

09:50AM  3        MR. DUDA, THIS IS AN E-MAIL YOU SENT ON JULY 21ST, 2009, TO

09:50AM  4    MR. ANSHUL SADANA, CORRECT?

09:50AM  5    A.   YES.

09:50AM  6        MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT INTO

09:50AM  7    EVIDENCE, EXHIBIT 197.

09:50AM  8        MR. SILBERT:  NO OBJECTION.

09:50AM  9        THE COURT:  IT WILL BE ADMITTED.

09:50AM  10       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 197, HAVING BEEN

09:50AM  11   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

09:51AM  12   EVIDENCE.)

09:51AM  13   BY MR. PAK:

09:51AM  14   Q.   YOU WROTE, "I WANTED TO EXPAND ON ONE ASPECT OF ANSHUL'S

09:51AM  15   COMMENTS.  ANSHUL IS EXACTLY RIGHT THAT WE HAVE DECIDED TO

09:51AM  16   EMBRACE THE IOS CLI AND MUST BE CONSISTENT WITH THAT.  THAT

09:51AM  17   MEANS WE MUST SUPPORT CISCO-STYLE ACL'S NO MATTER HOW MUCH WE

09:51AM  18   DON'T LIKE THEM.  CUSTOMERS CLEARLY APPRECIATE OUR RIGOR IN

09:51AM  19   STICKING WITH THE INDUSTRY STANDARD HERE."

09:51AM  20       DO YOU SEE THAT?

09:51AM  21   A.   YES.

09:51AM  22   Q.   AND NOW LET'S SEE WHAT YOU SAID OR WHAT MR. SADANA SAID

09:51AM  23   WITH RESPECT TO BNT.

09:51AM  24       AND IF YOU COULD TURN, MR. FISHER, TO THE NEXT PAGE.  AT

09:51AM  25   THE VERY TOP, IF YOU COULD BLOW THAT UP.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:51AM 1      AND JUST AGAIN, THIS IS EXHIBIT 197.  PAGE 2.  THIS IS

09:52AM 2   MR. SADANA WHO IS THE VP OF CUSTOMER ENGINEERING AT THE TIME,

09:52AM 3   CORRECT?

09:52AM 4   A.  I'M NOT SURE WHAT HIS TITLE WAS AT THE TIME.

09:52AM 5   Q.  WAS HE A VICE PRESIDENT?

09:52AM 6   A.  I'M SORRY, I JUST DON'T KNOW.

09:52AM 7   Q.  HE'S THE CHIEF CUSTOMER OFFICER TODAY, RIGHT?

09:52AM 8   A.  YES.

09:52AM 9   Q.  MR. SADANA WRITES, REMEMBER THAT ONE OF OUR SELLING POINTS

09:52AM 10  AGAINST BNT IS THAT THEIR CLI IS A MIX OF NORTEL, CATOS, AND

09:52AM 11  IOS.  AND THAT MATTERS TO CUSTOMERS.  WE CAN'T GO DOWN THE SAME

09:52AM 12  PATH OURSELVES.

09:52AM 13     ARE YOU DISPUTING THOSE STATEMENTS?

09:52AM 14  A.  WELL, I'M NOT SURE.

09:52AM 15     MY UNDERSTANDING IS THAT BNT HAD MORE THAN ONE CLI.  THEY

09:52AM 16  STARTED OFF WITH, I THINK THIS MISHMASH, THEN THEY CREATED THE

09:52AM 17  IOS CLI AS A WAY TO CLEAN THAT UP.  I'M NOT SURE ABOUT THAT,

09:52AM 18  THAT'S JUST AN IMPRESSION THAT I HAVE.

09:52AM 19  Q.  MR. DUDA, YOU DON'T KNOW THE PERSONAL FACTS BEHIND HOW BNT

09:53AM 20  EVOLVED THEIR CLI, DO YOU?

09:53AM 21  A.  NO.

09:53AM 22  Q.  YOU DON'T HAVE ANY UNDERSTANDING OF THE COMMAND OVER LAP

09:53AM 23  BETWEEN BNT CLI AND CISCO CLI, CORRECT?

09:53AM 24  A.  NOT SPECIFICALLY.

09:53AM 25  Q.  LET'S TALK ABOUT ANOTHER ASPECT OF YOUR TESTIMONY RELATED

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:53AM   1    TO THIS TOPIC.  YOU TESTIFIED THAT YOU WERE USING CISCO CLI

09:53AM   2    COMMANDS BECAUSE YOU THOUGHT IT WAS INDUSTRY STANDARD CLI,

09:53AM   3    CORRECT?

09:53AM   4    A.  YES.

09:53AM   5    Q.  BUT WHAT YOU TOLD ARISTA'S CUSTOMERS WHEN YOU WERE

09:53AM   6    COMPETING FOR CISCO'S BUSINESS, IS THAT ARISTA'S CLI IS EXACTLY

09:53AM   7    LIKE CISCO CLI.

09:53AM   8        THAT'S THE WORDS YOU USED, RIGHT?

09:53AM   9    A.  THAT WOULD BE SURPRISING BECAUSE OUR CLI IS NOT EXACTLY

09:53AM  10    LIKE CISCO'S.

09:53AM  11    Q.  THAT'S SURPRISING TO YOU?

09:53AM  12    A.  YES.

09:53AM  13    Q.  OKAY.  WHY DON'T YOU TURN TO EXHIBIT 185 IN YOUR BINDER.

09:54AM  14    AND THIS IS AN E-MAIL YOU WROTE AUGUST 12, 2010, TO MR. AARON

09:54AM  15    BAWCOM; DO YOU SEE THAT?

09:54AM  16    A.  YES.

09:54AM  17    Q.  AND THIS WAS SENT ON AUGUST 12, 2010.  DO YOU HAVE ANY

09:54AM  18    REASON TO DISPUTE THE AUTHENTICITY OF THIS E-MAIL?

09:54AM  19    A.  NO.

09:54AM  20        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

09:54AM  21    EXHIBIT 185 INTO EVIDENCE.

09:54AM  22        MR. SILBERT:  NO OBJECTION.

09:54AM  23        THE COURT:  IT WILL BE ADMITTED.

09:54AM  24        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 185, HAVING BEEN

09:54AM  25    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:54AM  1    EVIDENCE.)

09:54AM  2    BY MR. PAK:

09:54AM  3    Q.   LET'S BLOW THAT UP, AGAIN THIS IS EXHIBIT 185, PAGE 1.

09:54AM  4    FIRST OF ALL, REFLEX SYSTEMS HERE, THAT WAS ONE OF YOUR EARLY

09:54AM  5    POTENTIAL CUSTOMERS?

09:54AM  6    A.   I PRESUME, I DON'T RECALL SPECIFICALLY.

09:55AM  7    Q.   SO LET'S TAKE A LOOK AT WHAT MR. AARON BAWCOM SAID THERE AT

09:55AM  8    THE MIDDLE.

09:55AM  9         ON AUGUST 12, 2010, HE WRITES TO YOU AND HE SAYS, "DO YOU

09:55AM 10    GUYS HAVE A CLI GUIDE?  EARLY IN OUR CONVERSATIONS YOU STATED

09:55AM 11    THAT THE ARISTA CLI IS ALMOST EXACTLY LIKE THE CISCO CLI, SO

09:55AM 12    WE'VE BEEN MAKING A FAIR AMOUNT OF PROGRESS BY TAKING THE NEXUS

09:55AM 13    5000/7000 CLI GUIDES, AND EXTRACTING THE SETTINGS OBJECTS FROM

09:55AM 14    THAT.  FOR EXPEDIENCY, WE ARE GOING STRAIGHT FROM THE DOCUMENT

09:55AM 15    TO CODE TO TRY AND MEET THE TIMELINE."

09:55AM 16         AND THEN HE SAYS, "IF YOU KNOW OF MAJOR VARIANCES FROM

09:55AM 17    THOSE CLI'S, PLEASE LET ME KNOW."

09:55AM 18         DO YOU SEE THAT?

09:55AM 19    A.   YES.

09:55AM 20    Q.   NEXUS 5,000, 7,000, THOSE ARE CISCO'S SWITCHES, RIGHT?

09:56AM 21    A.   THAT'S CORRECT.

09:56AM 22    Q.   AND WHEN HE SAYS VARIANCES, ARE HE'S ASKING YOU ARE THERE,

09:56AM 23    ANY MAJOR DIFFERENCES BETWEEN THE CLI'S THAT ARE USED BY CISCO

09:56AM 24    FOR THOSE COMPETING PRODUCTS COMPARED TO ARISTA'S CLI, CORRECT?

09:56AM 25    A.   I THINK THAT'S RIGHT.

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:56AM   1    Q.   OKAY.  LET'S SEE WHAT YOU SAID.  AT THE VERY TOP.

09:56AM   2         YOU WROTE, ON AUGUST 12, 2012, THERE AREN'T TOO MANY MAJOR

09:56AM   3    DEVIATIONS.  WE CHANGED THE FLOW CONTROL AUTO NEGOTIATION

09:56AM   4    CONFIGURATION CLI BECAUSE CISCO'S IS SO RIDICULOUS.  THERE ARE

09:56AM   5    A FEW OTHER THINGS LIKE THAT.  HOWEVER, OUR OBJECTIVE IS THAT

09:56AM   6    ANYONE DOING THE SORTS OF THINGS YOU WOULD BE DOING COULD WRITE

09:56AM   7    ONCE AND HAVE THE SAME CODE WORK AGAINST BOTH CISCO AND US.  SO

09:56AM   8    I WOULD SAY THAT USING THE CISCO DOCS IS GREAT, AND IF THERE'S

09:56AM   9    A DEVIATION THAT BOTHERS YOU, LET ME KNOW AND I WILL TRY TO GET

09:56AM   10   IT FIXED.

09:56AM   11        THOSE WERE YOUR WORDS, SIR?

09:57AM   12   A.   SURE.  HERE ARE THINGS THAT ARE DIFFERENT, IS WHAT I'M

09:57AM   13   SAYING.  AND FOR THE THINGS HE'S DOING, I'M HOPING THE SAME

09:57AM   14   CODE WILL WORK DESPITE THE DIFFERENCES.

09:57AM   15   Q.   SO WHAT YOU TOLD MR. BAWCOM WAS THAT ARISTA'S CLI IS ALMOST

09:57AM   16   EXACTLY LIKE CISCO CLI AND IF THERE ARE ANY MAJOR DEVIATIONS

09:57AM   17   FROM CISCO CLI, YOU ARE GOING TO FIX IT AND YOU ARE GOING TO

09:57AM   18   GET RID OF THOSE DEVIATIONS; THAT'S WHAT YOU TOLD HIM?

09:57AM   19   A.   THAT'S NOT WHAT I SAID.

09:57AM   20        I SPECIFICALLY SAID THERE ARE DEVIATIONS, I GAVE AN EXAMPLE

09:57AM   21   AND I FURTHER SAID THAT IF THERE IS A DEVIATION THAT BOTHERS

09:57AM   22   HIM FOR THE KINDS OF THINGS HE'S TRYING TO DO, I WILL LOOK AT

09:57AM   23   GETTING IT FIXED.

09:57AM   24   Q.   LET ME MAKE SURE WE HAVE THE RECORD ABSOLUTELY CLEAR.  YOU

09:57AM   25   ARE DENYING SIR, THAT YOU TOLD MR. BAWCOM THAT ARISTA CLI IS

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:57AM  1    ALMOST EXACTLY LIKE THE CISCO CLI; ARE YOU DENYING THAT?

09:57AM  2    A.   YES.

09:57AM  3    Q.   OKAY.  ARE YOU DENYING THAT YOU TOLD MR. BAWCOM THAT THERE

09:57AM  4    ARE NOT TOO MANY DEVIATIONS FROM THE CISCO CLI?

09:57AM  5    A.   I'M NOT DENYING THAT.

09:58AM  6    Q.   YOU WROTE THIS E-MAIL BEFORE THIS LAWSUIT, CORRECT?

09:58AM  7    A.   YES.

09:58AM  8    Q.   AND BEFORE YOUR TESTIMONY HERE TODAY YOU MET WITH LAWYERS

09:58AM  9    REPRESENTING ARISTA, CORRECT?

09:58AM  10   A.   YES.

09:58AM  11   Q.   TO PREPARE FOR YOUR TESTIMONY, CORRECT?

09:58AM  12   A.   CORRECT.

09:58AM  13   Q.   ARE YOU ON AN E-MAIL LIST CALLED CURIOUS?

09:58AM  14   A.   YES.

09:58AM  15   Q.   OKAY.  WHAT IS THE CURIOUS E-MAIL LIST?

09:58AM  16   A.   IT'S A LIST THAT CONTAINS MISCELLANEOUS SUBJECTS.

09:58AM  17   Q.   OKAY.  AND HOW MANY PEOPLE ARE ON THAT CURIOUS E-MAIL LIST?

09:58AM  18   A.   I DON'T KNOW.

09:58AM  19   Q.   A LOT OF PEOPLE IN THE COMPANY?

09:58AM  20   A.   I'M SORRY, I JUST DON'T KNOW.

09:58AM  21   Q.   BUT YOU ARE PERSONALLY ON THAT LIST, CORRECT?

09:58AM  22   A.   YES.

09:58AM  23   Q.   AND ISN'T IT TRUE, SIR, THAT WITHIN ARISTA, ENGINEERS

09:58AM  24   ACTUALLY USE THE PHRASE INDUSTRY STANDARD TO MEAN WHATEVER

09:58AM  25   CISCO DID?

889

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:58AM 1    A.   I DON'T THINK THAT'S NORMAL.  SOMETIMES THE PHRASE INDUSTRY

09:59AM 2    STANDARD AND THE PHRASE IOS-LIKE MAY MEAN MORE OR LESS THE SAME

09:59AM 3    THING DEPENDING ON CONTEXT.

09:59AM 4    Q.   BUT ISN'T IT TRUE THAT ENGINEERS WITHIN ARISTA USED THE

09:59AM 5    PHRASE INDUSTRY STANDARD TO REFER TO WHATEVER CISCO DID, ISN'T

09:59AM 6    THAT A TRUE STATEMENT?

09:59AM 7    A.   IT MAY HAVE HAPPENED FROM TIME TO TIME, BUT I DON'T THINK

09:59AM 8    THAT'S NORMAL.

09:59AM 9    Q.   OKAY.  LET'S TAKE A LOOK, IF YOU LOOK AT EXHIBIT 528.

09:59AM 10    THIS IS AN E-MAIL SENT OUT FEBRUARY 20, 2014, AND IT WAS

09:59AM 11   SENT OUT MY ABOUT MR. SIGOURE, AND IT WAS SENT TO A NUMBER OF

09:59AM 12   FOLKS INCLUDING THE CURIOUS E-MAIL LIST; DO YOU SEE THAT?

09:59AM 13   A.   YES.

09:59AM 14   Q.   OKAY.  DO YOU HAVE ANY REASON TO DISPUTE THE AUTHENTICITY

09:59AM 15   OF THIS E-MAIL?

09:59AM 16   A.   NO.

09:59AM 17       MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

10:00AM 18   EXHIBIT 528 INTO EVIDENCE.

10:00AM 19       MR. SILBERT:  NO OBJECTION.

10:00AM 20       THE COURT:  IT WILL BE ADMITTED.

10:00AM 21   (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 528, HAVING BEEN

10:00AM 22   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:00AM 23   EVIDENCE.)

10:00AM 24   BY MR. PAK:

10:00AM 25   Q.   AND MR. SIGOURE, WHAT'S HIS ROLE IN THE COMPANY?

RECROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

10:00AM  1    A.   HE'S A SOFTWARE ENGINEER.

10:00AM  2    Q.   OKAY.  HE'S ALSO APPARENTLY A NUMBER OF THE YAK SHAVING

10:00AM  3    STAFF; WHAT DOES THAT MEAN?

10:00AM  4    A.   I DON'T KNOW.

10:00AM  5    Q.   SO WOULD YOU LOOK AT THE THIRD PARAGRAPH HERE.

10:00AM  6         ONE OF THE ARISTA SOFTWARE ENGINEERS WROTE, AS LATE AS

10:00AM  7    FEBRUARY 2014 IS:  JUNIPER'S JUNOS IS DIFFERENT ENOUGH FROM

10:00AM  8    "INDUSTRY STANDARD", MEANING WHATEVER CISCO DID, THAT THEY SEE

10:00AM  9    MORE STICKINESS THAN AVERAGE BECAUSE MIGRATING FROM JUNIPER

10:01AM  10   PRODUCTS TO CISCO-LIKE PRODUCTS REQUIRES MORE MOMENTUM THAN

10:01AM  11   MIGRATING FROM CISCO TO ARISTA.

10:01AM  12        THAT WAS WHAT ONE OF YOUR SOFTWARE ENGINEERS WROTE TO THE

10:01AM  13   CURIOUS E-MAIL LIST, CORRECT?

10:01AM  14   A.   THAT'S RIGHT.

10:01AM  15        MR. PAK:  THAT'S ALL I HAVE FOR YOU TODAY.

10:01AM  16   THANK YOU.

10:01AM  17        THE COURT:  MR. SILBERT, ANYTHING ELSE FOR THIS

10:01AM  18   WITNESS?

10:01AM  19        MR. SILBERT:  JUST VERY BRIEFLY, YOUR HONOR.

10:01AM  20        THE COURT:  OKAY.

10:01AM  21

10:01AM  22        **RECROSS-EXAMINATION BY MR. SILBERT**

10:01AM  23

10:01AM  24   Q.   MR. DUDA, MR. PAK JUST ASKED YOU ABOUT WHETHER YOU HAD SEEN

10:01AM  25   THE PARTICULAR BNT BROCHURE THAT WE LOOKED AT EARLIER, I

RECROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

10:01AM 1    BELIEVE IT WAS YESTERDAY, BEFORE YOU MADE THE DECISION ABOUT

10:01AM 2    WHAT KIND OF CLI TO USE AT ARISTA; DO YOU RECALL THAT?

10:01AM 3    A.    YES.

10:01AM 4    Q.    WHETHER OR NOT YOU HAD SEEN THAT PARTICULAR BROCHURE, HAD

10:01AM 5    YOU SEEN THE TYPE OF STATEMENT MADE IN THAT BROCHURE BEFORE YOU

10:02AM 6    MADE THE DECISION TO FOLLOW AN INDUSTRY STANDARD CLI?

10:02AM 7    A.    ABSOLUTELY.  THAT TYPE OF STATEMENT WAS COMMON IN OUR

10:02AM 8    INDUSTRY.

10:02AM 9    Q.    OKAY.  WOULD YOU PLEASE LOOK AT EXHIBIT 197 THAT MR. PAK

10:02AM 10   JUST SHOWED YOU.

10:02AM 11   A.    YES.

10:02AM 12   Q.    THIS IS THE ONE THAT SAYS, IF YOU LOOK ON THE SECOND PAGE

10:02AM 13   AT THE TOP, THIS IS THE LANGUAGE HE JUST SHOWED YOU WRITTEN BY

10:02AM 14   MR. SADANA THAT SAYS, REMEMBER THAT ONE OF OUR SELLING POINTS

10:02AM 15   AGAINST BNT IS THAT THEIR CLI IS A MIX OF NORTEL, CATOS, AND

10:02AM 16   IOS.  DO YOU SEE THAT?

10:02AM 17   A.    YES.

10:02AM 18   Q.    OF THOSE THREE ELEMENTS, THAT MR. SADANA SAID HERE BNT IS A

10:03AM 19   MIX OF, NORTEL, CATOS AND IOS, WHICH OF THOSE, IF ANY, ARE

10:03AM 20   CISCO CLI'S?

10:03AM 21   A.    CATOS AND IOS ARE FROM CISCO.

10:03AM 22   Q.    OKAY.  SO WHAT DID YOU UNDERSTAND MR. SADANA TO BE SAYING

10:03AM 23   HERE WITH REGARD TO WHAT THE ISSUE WAS WITH BNT CLI THAT WAS A

10:03AM 24   SELLING POINT?

10:03AM 25   A.    MY UNDERSTANDING THAT WAS MR. SADANA WAS SAYING THAT IF YOU

RECROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

10:03AM 1    CREATE A CLI, WHICH IS A MISHMASH OF INCONSISTENT AND DIVERGENT

10:03AM 2    APPROACHES, CUSTOMERS FIND THAT FRUSTRATING AND WE SHOULD

10:03AM 3    STRIFE TO BE CONSISTENT IN OUR APPROACH TO THE CLI.

10:03AM 4    Q.   DID YOU UNDERSTAND HIM TO BE SAYING THAT SOMEHOW THE BNT

10:03AM 5    DID NOT USE COMMANDS FROM CISCO?

10:04AM 6    A.   NO, OF COURSE NOT.  WHAT MR. SADANA IS SAYING HERE IS THAT

10:04AM 7    BNT DID USE COMMANDS FROM CISCO, TWO OUT OF THE THREE OPERATING

10:04AM 8    SYSTEMS NAMED ARE CISCO OPERATING SYSTEMS.

10:04AM 9             MR. SILBERT:  OKAY.  THANK YOU.

10:04AM 10        NOTHING FURTHER.

10:04AM 11            THE COURT:  THANK YOU.

10:04AM 12        MR. PAK, ANYTHING ELSE?  ALL RIGHT.

10:04AM 13        MR. DUDA, THANK YOU FOR YOUR TESTIMONY.  YOU ARE FREE TO

10:04AM 14    GO.

10:04AM 15            THE WITNESS:  THANK YOU.

10:04AM 16            THE COURT:  MR. NELSON, YOUR NEXT WITNESS?

10:04AM 17            MR. NELSON:  YES, THANK YOU, YOUR HONOR.

10:04AM 18        AT THIS POINT WE ARE GOING TO CALL MR. ANSHUL SADANA TO THE

10:04AM 19    STAND.

10:04AM 20            THE COURT:  MR. SADANA, IF YOU WOULD COME FORWARD TO

10:04AM 21    THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

10:04AM 22

10:04AM 23                        **ANSHUL SADANA,**

10:04AM 24        BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

10:04AM 25    HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:05AM  1    FOLLOWS:

10:05AM  2                THE WITNESS:  YES.

10:05AM  3                THE CLERK:  THANK YOU.  PLEASE BE SEATED.

10:05AM  4        IF YOU WOULD PLEASE STATE YOUR NAME AND SPELL YOUR LAST

10:05AM  5    NAME FOR THE RECORD.

10:05AM  6                THE WITNESS:  ANSHUL SADANA.  LAST NAME S-A-D-A-N-A.

10:05AM  7                MR. NELSON:  YOUR HONOR, MAY I APPROACH?

10:05AM  8                THE COURT:  YES.

10:05AM  9                MR. NELSON:  THANK YOU, YOUR HONOR.

10:05AM  10

10:05AM  11              **DIRECT EXAMINATION BY MR. NELSON**

10:05AM  12

10:05AM  13   BY MR. NELSON:

10:05AM  14   Q.  GOOD MORNING, SIR.

10:05AM  15   A.  GOOD MORNING.

10:05AM  16   Q.  I'M NOT SURE THE LADIES AND GENTLEMEN OF THE JURY HEARD

10:05AM  17   YOUR NAME, SO CAN YOU JUST GO AHEAD AND PLEASE INTRODUCE

10:05AM  18   YOURSELF?

10:05AM  19   A.  I'M ANSHUL SADANA.

10:05AM  20   Q.  I DON'T BELIEVE WE MET BEFORE, SO I SHOULD INTRODUCE MYSELF

10:05AM  21   TO YOU.  MY NAME IS DAVE NELSON AND I REPRESENT CISCO IN THIS

10:06AM  22   CASE, AND I WOULD LIKE TO ASK YOU SOME QUESTIONS THIS MORNING

10:06AM  23   ABOUT YOUR KNOWLEDGE OF THE CASE, OKAY?

10:06AM  24   A.  OKAY.

10:06AM  25   Q.  ALL RIGHT.  THANK YOU, SIR.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:06AM 1    SO LET ME JUST GET THINGS CLEAR HERE BECAUSE IT'S A LITTLE

10:06AM 2    BACKWARDS.

10:06AM 3    YOU WORK FOR ARISTA NOW; IS THAT CORRECT?

10:06AM 4    A.  THAT'S RIGHT.

10:06AM 5    Q.  AND YOU WORKED FOR ARISTA SINCE I BELIEVE 2007?

10:06AM 6    A.  THAT'S CORRECT.

10:06AM 7    Q.  AND YOUR CURRENT POSITION, I THINK I HEARD, IS CHIEF

10:06AM 8    CUSTOMER OFFICER; IS THAT RIGHT?

10:06AM 9    A.  THAT'S CORRECT.

10:06AM 10   Q.  AND THAT'S A POSITION YOU'VE RECENTLY HAD, RIGHT?

10:06AM 11   A.  LAST MONTH.

10:06AM 12   Q.  LAST MONTH.  WELL, CONGRATULATIONS.  SO -- AND PRIOR TO

10:06AM 13   THAT, YOU WERE A SENIOR VICE PRESIDENT; IS THAT CORRECT?

10:06AM 14   A.  THAT'S CORRECT.

10:06AM 15   Q.  NOW PRIMARILY, I UNDERSTAND YOUR RESPONSIBILITIES BEING

10:06AM 16   CHIEF CUSTOMER OFFICER ARE TO INTERFACE WITH CUSTOMERS; IS THAT

10:06AM 17   RIGHT?

10:06AM 18   A.  YES.

10:06AM 19   Q.  AND YOU INTERFACE WITH THE ENGINEERS TO GIVE FEEDBACK ABOUT

10:06AM 20   WHAT THE CUSTOMERS ARE SAYING, RIGHT?

10:06AM 21   A.  THAT'S RIGHT.

10:06AM 22   Q.  SO NOW LET ME GET A COUPLE OF OTHER THINGS STRAIGHT.  YOU

10:06AM 23   USED TO WORK FOR CISCO, RIGHT?

10:06AM 24   A.  RIGHT.

10:06AM 25   Q.  AND YOU WERE AT CISCO, I BELIEVE IN FACT, THAT WAS YOUR

895

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:07AM 1    FIRST FULL-TIME JOB AFTER YOU GOT YOUR MASTER'S DEGREE; IS THAT

10:07AM 2    CORRECT?

10:07AM 3    A.   THAT'S RIGHT.

10:07AM 4    Q.   1999, I THINK IT WAS?

10:07AM 5    A.   CORRECT.

10:07AM 6    Q.   AND YOU WERE AT CISCO THEN FROM 1999 TO 2007?

10:07AM 7    A.   YES.

10:07AM 8    Q.   AND BEFORE THE YOU JOINED CISCO THOUGH YOU HADN'T DONE ANY

10:07AM 9    KIND OF SOFTWARE DEVELOPMENT FOR NETWORKING EQUIPMENT, CORRECT?

10:07AM 10   A.   I HAD INTERNSHIP AT MOTOROLA, WHICH WAS ALSO NETWORKING

10:07AM 11   MOBILE COMPANY.  SO I WAS INVOLVED IN THAT PROJECT.  THAT WAS

10:07AM 12   THE EXPERIENCE RELATED TO NETWORKING AT OUR COMPANY.  AND MY

10:07AM 13   MASTER THESIS WAS ALSO AT CISCO SYSTEMS, BUT IT INCLUDED

10:07AM 14   NETWORKING.

10:07AM 15   Q.   OKAY.  THANK YOU, SIR.  CAN YOU GO -- YOU HAVE A BINDER,

10:07AM 16   SOME OF YOUR PRIOR TESTIMONY.

10:07AM 17   A.   SURE.

10:07AM 18   Q.   AND IF WE GO, IF YOU GO TO THE ONE THAT'S DATED -- IT'S

10:08AM 19   2016-3-17.  IT'S EUROPEAN STYLE, YEARS FIRST.  AND IF YOU GO TO

10:08AM 20   PAGE 58.

10:08AM 21        AND JUST TO BE CLEAR, THIS IS SOME PRIOR TESTIMONY YOU'VE

10:08AM 22   GIVEN; IS THAT RIGHT?

10:08AM 23   A.   I THINK.

10:08AM 24   Q.   I WILL GIVE YOU A CHANCE, 58, LINE 17 TO 19, I BELIEVE.

10:08AM 25   A.   YES.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:08AM 1    Q.    AND YOU SEE THE QUESTION THERE, PRIOR TO CISCO, HAD YOU

10:08AM 2    DONE ANY TYPE OF SOFTWARE DEVELOPMENT FOR NETWORK EQUIPMENT,

10:08AM 3    ANSWER NOT FOR NETWORK EQUIPMENT?

10:08AM 4    A.    THAT'S RIGHT.

10:08AM 5    Q.    OKAY.  SO NOW THEN YOU CAME DIRECTLY FROM CISCO TO ARISTA

10:08AM 6    IN 2007, CORRECT?

10:08AM 7    A.    THAT'S CORRECT.

10:08AM 8    Q.    NO COMPANIES IN BETWEEN?

10:08AM 9    A.    NO.

10:08AM 10   Q.    NOW WHEN YOU WERE AT CISCO, YOU WERE PART OF AN E-MAIL

10:09AM 11   GROUP CALLED THE PARSER-POLICE, RIGHT?

10:09AM 12   A.    YES, I WAS.

10:09AM 13   Q.    AND IN FACT, YOU PROPOSED SOME CLI COMMANDS AS PART OF YOUR

10:09AM 14   WORK AT CISCO, RIGHT?

10:09AM 15   A.    I DID.

10:09AM 16   Q.    AND YOU ALSO COMMENTED THROUGH THIS PARSER-POLICE E-MAIL ON

10:09AM 17   COMMANDS THAT OTHER FOLKS HAD PRESENTED, CORRECT?

10:09AM 18   A.    IF IT RELATED TO MY AREA OF EXPERTISE, THEN YES.

10:09AM 19   Q.    RIGHT.  SO SOMETIMES YOU DID, RIGHT?

10:09AM 20   A.    YES.

10:09AM 21   Q.    AND YOU UNDERSTAND ON THIS PARSER-POLICE E-MAIL, PEOPLE

10:09AM 22   WOULD SOMETIMES EXPRESS DISAGREEMENT ABOUT HOW THE COMMANDS

10:09AM 23   SHOULD BE STRUCTURED, WHAT THEY SHOULD SAY, WHAT THEY SHOULD

10:09AM 24   BE, RIGHT?

10:09AM 25   A.    THAT'S CORRECT.

897

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:09AM   1    Q.   AND THERE WAS E-MAILS GOING BACK AND FORTH AND HEALTHY

10:09AM   2    DISCUSSION ABOUT WHAT THOSE THINGS SHOULD BE, CORRECT?

10:09AM   3    A.   YES.

10:09AM   4    Q.   AND THAT WENT ON DURING THE TIME THAT YOU WERE AT CISCO FOR

10:09AM   5    THE CLI COMMAND DEVELOPMENT, RIGHT?

10:09AM   6    A.   YES.

10:09AM   7    Q.   NOW I WANT TO SWITCH GEARS A LITTLE BIT HERE.  SO YOU'RE

10:09AM   8    AWARE THAT MANY OF THE SENIOR OFFICERS AND FOUNDERS OF ARISTA

10:09AM   9    CAME FROM CISCO, RIGHT?

10:10AM  10    A.   THAT'S CORRECT.

10:10AM  11    Q.   AND YOU KNOW THAT THERE ARE TIMES WHEN ARISTA HAS PUT

10:10AM  12    FEATURES IN ITS PRODUCTS WHERE IT WAS EMULATING FEATURES THAT

10:10AM  13    PRE-EXISTED IN CISCO PRODUCTS; ISN'T THAT RIGHT?

10:10AM  14    A.   THAT'S RIGHT.

10:10AM  15    Q.   NOW WHEN YOU CAME, LET ME JUST GO BACK IN TIME.  YOU CAME

10:10AM  16    IN 2007, WAS IT LIKE MID-2007?

10:10AM  17    A.   JULY, 2007.

10:10AM  18    Q.   JULY 2007 SO PRETTY MUCH RIGHT SMACK IN THE MIDDLE OF 2007.

10:10AM  19    SO WHEN YOU CAME, ARISTA ACTUALLY HAD A SWITCH THAT WAS

10:10AM  20    RUNNING, I BELIEVE YOU DESCRIBED THEM AS CISCO-LIKE CLI'S

10:10AM  21    RIGHT?

10:10AM  22    A.   WE HAD A SWITCH THAT HAD A BASIC CLI, WE HAD VERY FEW

10:10AM  23    FEATURES AT THAT TIME, BUT IT WAS UP AND RUNNING IN THE LAB.

10:10AM  24    Q.   IT WAS UP AND RUNNING, AND IN FACT IN SEPTEMBER OF 2007,

10:10AM  25    YOU ACTUALLY SHIPPED ONE OF THOSE SWITCHES TO A MR. JEFF LAPIK

898

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:10AM  1    AT THE UNIVERSITY OF NEW HAMPSHIRE, RIGHT?

10:11AM  2    A.   THAT SOUNDS RIGHT.

10:11AM  3    Q.   AND THAT YOU TOLD HIM IT HAD CISCO-LIKE CLI'S, RIGHT?

10:11AM  4    A.   YES.

10:11AM  5    Q.   BUT THAT WAS RUNNING THE EOS; IS THAT RIGHT?

10:11AM  6    A.   YES.

10:11AM  7    Q.   EOS WAS CISCO-LIKE CLI'S RIGHT?

10:11AM  8    A.   CLI WAS CISCO-LIKE AT THAT TIME, YES.

10:11AM  9    Q.   NOW, BUT LET ME JUST GO THROUGH THE RESEARCH AND

10:11AM  10   DEVELOPMENT EXPENDITURES UP UNTIL THAT POINT.

10:11AM  11   A.   SURE.

10:11AM  12   Q.   NOW, IN 2005 YOU RECALL RESEARCH AND DEVELOPMENT, ARISTA'S

10:11AM  13   FINANCIAL INTO RESEARCH AND DEVELOPMENT WAS ABOUT $15,000; DOES

10:11AM  14   THAT SOUND ABOUT RIGHT?

10:11AM  15   A.   I JOINED IN 2007.  WE CAN LOOK AT THE NUMBERS, BUT WE HAD A

10:11AM  16   FEW ENGINEERS THERE.  2005, PROBABLY WE HAD 4 OR 5 PEOPLE.  SO

10:12AM  17   15,000 SOUNDS LOW, BUT I DON'T KNOW HOW THE COUNTING WOULD HAVE

10:12AM  18   BEEN DONE FOR IT, BUT IT WOULD BE IN SOME OF THE THAT RANGE.

10:12AM  19   Q.   OKAY.  SO WE DON'T HAVE TO DO A MEMORY TEST, I WILL GIVE

10:12AM  20   YOU SOMETHING HERE THAT MAY REFRESH YOUR RECOLLECTION A BIT,

10:12AM  21   SOUND GOOD.

10:12AM  22        MAY I APPROACH, YOUR HONOR?

10:12AM  23            THE COURT:  YES.

10:12AM  24   Q.   SO HERE, AND I'VE JUST MARKED THIS FOR IDENTIFICATION

10:12AM  25   PURPOSES IS 4817.  EXHIBIT 4817.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:12AM 1    SO THIS IS A DEMONSTRATIVE THAT YOU PREPARED FOR SOME OTHER

10:12AM 2    TESTIMONY, RIGHT?

10:12AM 3    A.   RIGHT.

10:12AM 4    Q.   SO HERE IT SAYS ARISTA'S FINANCIAL INVESTMENT IN RESEARCH

10:12AM 5    AND DEVELOPMENT, RIGHT?

10:12AM 6    THE COURT:   I'M SORRY, IF YOU ARE USING IT TO REFRESH

10:13AM 7    RECOLLECTION, YOU ARE NOT GOING TO EXPOSE THE CONTENT TO THE

10:13AM 8    JURY, YOU ARE GOING TO ASK THE WITNESS IF IT REFRESHES HIS

10:13AM 9    RECOLLECTION.

10:13AM 10   MR. NELSON:   FAIR POINT, YOUR HONOR.

10:13AM 11   Q.   SO DOES THIS REFRESH YOUR RECOLLECTION ABOUT WHAT RESEARCH

10:13AM 12   EXPENDITURES WERE IN 2005, 2006 AND 2007?

10:13AM 13   A.   YES.

10:13AM 14   Q.   SO NOW YOU'VE HAD YOUR RECOLLECTION REFRESHED, SO NOW I

10:13AM 15   WILL ASK YOU YOUR RECOLLECTION.

10:13AM 16   SO IN 2005, $15,000, DOES THAT SOUND RIGHT?

10:13AM 17   A.   THAT'S CORRECT.

10:13AM 18   Q.   2006, $43,000; SOUND ABOUT RIGHT?

10:13AM 19   A.   THAT'S CORRECT.

10:13AM 20   Q.   AND FOR ALL OF 2007, $2,590,000; SOUND ABOUT RIGHT?

10:13AM 21   A.   THAT'S RIGHT.

10:13AM 22   Q.   OKAY.   BUT THERE WAS A SWITCH, AN OPERATING SWITCH BY JULY,

10:13AM 23   SO MID-YEAR 2007, RIGHT, THAT WAS RUNNING A CISCO-LIKE CLI WITH

10:13AM 24   EOS WHEN YOU GOT THERE, RIGHT?

10:14AM 25   A.   WITH VERY FEW FEATURES, THAT'S RIGHT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:14AM 1    Q.   WELL ENOUGH FEATURES SO THAT YOU SHIPPED ONE A COUPLE

10:14AM 2    MONTHS LATER TO MR. LAPIK, I BELIEVE IT IS, AT UNIVERSITY OF

10:14AM 3    NEW HAMPSHIRE, RIGHT?

10:14AM 4    A.   ENOUGH FEATURES TO TEST THE POWER, CORRECT.

10:14AM 5    Q.   SO THEN WE CAN SAY BY THAT TIME IT'S SOMEWHERE SOUTH FOR

10:14AM 6    2007 SOME WERE SOUTH OF $2.5 MILLION, RIGHT?

10:14AM 7    A.   YES.

10:14AM 8    Q.   MAYBE ABOUT HALF OF THAT?

10:14AM 9    A.   JULY IS MAJOR, SO YES.

10:14AM 10   Q.   SO THE TOTAL EXPENDITURE TO QUIET A SWITCH THAT HAD EOS AND

10:14AM 11   WAS RUNNING IOS-LIKE CLI, WAS LESS THAN $2 MILLION, RIGHT?

10:14AM 12   A.   YES, THAT'S CORRECT.

10:14AM 13   Q.   NOW YOU ARE AWARE THAT CISCO IN TERMS OF DEVELOPMENT ON ITS

10:14AM 14   PRODUCTS SPENDS NORTH OF $5 BILLION A YEAR ON RESEARCH AND

10:15AM 15   DEVELOPMENT, RIGHT?

10:15AM 16   A.   IN TODAY'S TIME, THAT SOUNDS RIGHT.

10:15AM 17   Q.   NOW, SIR, I WOULD LIKE TO TALK TO YOU ABOUT A FEW OTHER

10:15AM 18   THINGS HERE.  SO IT'S TRUE THAT ARISTA INTENTIONALLY COPIED

10:15AM 19   CISCO'S CLI, RIGHT?

10:15AM 20   A.   IT'S TRUE THAT WE USED THE SAME CLI FOR MANY OF OUR BASE OR

10:15AM 21   CORE FEATURES.

10:15AM 22   Q.   AND INTENTIONALLY COPIED THAT, RIGHT?

10:15AM 23   A.   FOR THOSE CORE FEATURES, YES.

10:15AM 24   Q.   CORE FEATURES, IS THAT WHAT YOU SAID?

10:15AM 25   A.   THAT'S RIGHT.

901

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:15AM 1    Q.   OKAY.  AND YOU ACTUALLY TOLD, WHEN YOUR INTERACTIONS WITH

10:15AM 2    CUSTOMERS, THAT YOUR CLI IS JUST LIKE CISCO'S CLI, RIGHT?

10:15AM 3    A.   IN THE EARLY DAYS, YES, THAT'S TRUE.

10:15AM 4    Q.   OKAY.  AND YOU KNOW THAT OTHERS AT ARISTA HAVE SAID THE

10:15AM 5    SAME THINGS TO CUSTOMERS, RIGHT?

10:16AM 6    A.   YES.

10:16AM 7    Q.   NOW I WANT TO TURN TO YOUR BINDER.  IN EXHIBIT 197, THIS

10:16AM 8    WAS ACTUALLY JUST MOVED INTO EVIDENCE.  SO WE DON'T NEED TO DO

10:16AM 9    THAT.

10:16AM 10        SO IF YOU COULD JUST DISPLAY EXHIBIT 197 AGAIN, MR. FISHER.

10:16AM 11        SO THIS IS AN E-MAIL, THE WHOLE EXHIBIT, AND YOU CAN GO

10:16AM 12    FLIP THROUGH, WOULD BE AN E-MAIL STRING BETWEEN MR. DUDA,

10:16AM 13    MR. SWEENEY, MR. HAFEEZ AND YOURSELF?

10:16AM 14    A.   THAT'S RIGHT.

10:16AM 15    Q.   NOW I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THIS.  SO

10:16AM 16    IF WE CAN GO BACK, AND I THINK IN TIME, THESE KIND OF GO IN

10:16AM 17    REVERSE ORDER MEANING THE OLDEST ONE IS AT THE BACK?

10:17AM 18    A.   THAT'S RIGHT.

10:17AM 19    Q.   SO LET'S KIND OF GO BACK THERE AND LOOK AT THE VERY LAST

10:17AM 20    ONE.  THIS STARTS, THE LAST PAGE WOULD BE PAGE 3 OF THAT.

10:17AM 21        SO THAT'S AN E-MAIL FROM MR. SWEENEY TO YOURSELF, RIGHT?

10:17AM 22    A.   THAT'S RIGHT.

10:17AM 23    Q.   AND HE'S EXPRESSING, YOUR UNDERSTANDING, SOME OPINIONS ON

10:17AM 24    CLI FUNCTIONALITY RELATED TO A FEATURE CALLED ACL, RIGHT?

10:17AM 25    A.   THAT'S CORRECT.

902

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:17AM  1   Q.   AND ACL STANDS FOR SOMETHING LIKE ACCESS CONTROL LIST, MAKE

10:17AM  2   SENSE?

10:17AM  3   A.   YES.

10:17AM  4   Q.   NOW, MR. SWEENEY, YOU UNDERSTOOD AT THE TIME, HAD SOME

10:17AM  5   IDEAS FOR HOW TO DO AN ALTERNATIVE CLI IMPLEMENTATION FOR ACL

10:17AM  6   CONFIGURATION, RIGHT?

10:17AM  7   A.   THAT'S RIGHT.

10:17AM  8   Q.   SO THEN LET'S GO A LITTLE BIT FORWARD AND I THINK -- WHAT

10:18AM  9   WAS YOUR RESPONSE TO THAT?  AND IF WE COULD BLOW THAT UP.

10:18AM  10  ACTUALLY, ON THE NEXT PAGE.  YEAH, IT WILL BE PAGE 4.

10:18AM  11      YOU WERE IN THE RIGHT PLACE, AND I SAID PAGE 3, I MEANT THE

10:18AM  12  VERY END, PAGE 4.  SORRY.  SO PAGE 4.

10:18AM  13      SO LET ME JUST LOOK AT IT.  YOU SEE IN THE MIDDLE OF THE

10:18AM  14  PAGE 4, THERE'S YOUR RESPONSE -- AS MR. FISHER IS WORKING ON

10:18AM  15  BLOWING THAT UP.

10:18AM  16      IT SAYS, AS WE SELL TO CUSTOMERS AND ALSO TRY TO GET

10:19AM  17  CHANNEL PARTNERS LINED UP, WE CONSISTENTLY GET FEEDBACK ON ONE,

10:19AM  18  PLEASE DO NOT ASK MY TEAM TO LEARN YET ANOTHER CLI.  BOTH IOS

10:19AM  19  AND JUNOS ARE ACCEPTABLE INDUSTRY STANDARDS WITH IOS BEING

10:19AM  20  PREFERRED.  AND TWO, EITHER COPY IOS COMPLETELY OR DON'T COPY

10:19AM  21  AT ALL.  WHEN 90 PERCENT OF FEATURES WORK LIKE IOS, AND SOME

10:19AM  22  DON'T, THE CUSTOMERS GET BUGGED.

10:19AM  23      DO YOU SEE THAT?

10:19AM  24  A.   I SEE THAT.

10:19AM  25  Q.   SO THAT WAS THE FEEDBACK YOU WERE GETTING FROM CUSTOMERS,

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:19AM 1    RIGHT?

10:19AM 2    A.   AT THAT TIME, YES.

10:19AM 3    Q.   IN OTHER WORDS, COPY IOS COMPLETELY OR DON'T COPY IT AT

10:19AM 4    ALL, RIGHT?

10:19AM 5    A.   THIS IS DESCRIBING IN AN E-MAIL, THE FEEDBACK WAS USE THE

10:19AM 6    CLI THAT MIGHT BE AS FAMILIAR WITH AND THIS WAS THE INDUSTRY

10:19AM 7    STANDARD AT THAT POINT.

10:19AM 8    Q.   SO I GOT QUESTIONS ABOUT THAT FIRST ONE.  SO YOU SAY HERE

10:20AM 9    THAT BOTH IOS AND JUNOS ARE ACCEPTABLE INDUSTRY STANDARDS; IS

10:20AM 10   THAT RIGHT?

10:20AM 11   A.   DEPENDING ON THE CUSTOMER, THAT'S RIGHT.

10:20AM 12   Q.   SO JUNOS, THAT'S DIFFERENT THAN IOS, RIGHT?

10:20AM 13   A.   FOR SOME COMMANDS, IT IS SIMILAR, BUT FOR MANY OTHER

10:20AM 14   COMMANDS IT'S DIFFERENT.

10:20AM 15   Q.   RIGHT.  SO IT'S -- THERE'S A LOT OF DIFFERENCES BETWEEN YOU

10:20AM 16   UNDERSTAND JUNOS AND CISCO'S IOS, RIGHT?

10:20AM 17   A.   THAT'S RIGHT.

10:20AM 18   Q.   YET YOU DESCRIBE THEM BOTH AS INDUSTRY STANDARDS, RIGHT?

10:20AM 19   A.   DEPENDING ON THE CUSTOMER.

10:20AM 20   Q.   OKAY.  SO YOU ARE SAYING INDUSTRY STANDARD IS

10:20AM 21   CUSTOMER-SPECIFIC?

10:20AM 22   A.   WORD-SPECIFIC.

10:20AM 23   Q.   SO WHAT YOU ARE SAYING IS CISCO CUSTOMERS ARE ONE INDUSTRY

10:20AM 24   AND MAYBE JUNIPER CUSTOMERS ARE ANOTHER INDUSTRY, RIGHT?

10:20AM 25   A.   NO.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:20AM 1    Q.    OKAY.  BUT IT'S TWO INDUSTRY STANDARDS WE GOT SO FAR,

10:20AM 2    RIGHT?

10:20AM 3    A.    DEPENDING ON THE WORDING.  JUNIPER WAS A SERVICE PROVIDER

10:20AM 4    SELLING ROUTERS, NOT SWITCHES.  SO THE CUSTOMER WAS FAMILIAR

10:20AM 5    WITH JUNIPER ROUTERS IN THE SERVICE PROVIDER SPACE.  THEY WOULD

10:21AM 6    CONSIDER JUNOS CLI ACCEPTABLE.

10:21AM 7        BUT CISCO HAD 80 PERCENT MARKET SHARE IN SWITCHING, SO

10:21AM 8    MAJORITY OF THE WORLD, THEY WERE MORE FAMILIAR WITH THE

10:21AM 9    CISCO-LIKE CLI.  AND NOT ARISTA ALONE, BUT MANY OF THE

10:21AM 10   COMPANIES ARE WERE USING THE SAME CLI AT THAT TIME.

10:21AM 11   Q.    RIGHT.

10:21AM 12       SO YOU USED THE TERM INDUSTRY STANDARD TO DESCRIBE WHAT YOU

10:21AM 13   JUST DESCRIBED FOR US HERE IN COURT, RIGHT?

10:21AM 14   A.    YES, THE DE FACTO INDUSTRY STANDARD.

10:21AM 15   Q.    SO YOU ARE JUST SAYING IT'S POPULAR IN THE INDUSTRY, RIGHT?

10:21AM 16   A.    YES.

10:21AM 17   Q.    THAT'S ALL WE ARE TALKING ABOUT, IT'S JUST POPULAR IN THE

10:21AM 18   INDUSTRY?

10:21AM 19   A.    I AGREE.

10:21AM 20   Q.    OKAY.  I JUST WANTED TO CLEAR THAT UP BECAUSE WE HAVE BEEN

10:21AM 21   GOING AROUND ON THIS, BUT I APPRECIATE THAT.

10:21AM 22       SO THE -- AND THERE ARE OTHER VENDORS OUT THERE THAT YOU

10:21AM 23   UNDERSTAND FROM YOUR WORK THAT USE DIFFERENT COMMAND

10:21AM 24   STRUCTURES, RIGHT?

10:21AM 25   A.    AT THE TIME, VERY FEW, MOST ACTUALLY USE THE IOS-LIKE CLI.

905

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:22AM 1    Q.   RIGHT BUT THEY ALSO USED OTHER THINGS, CORRECT?

10:22AM 2    A.   YOU MEAN SOME COMPANIES USED OTHERS.

10:22AM 3    Q.   CORRECT.

10:22AM 4    A.   YES.

10:22AM 5    Q.   SO NOW, I WANT TO MOVE A LITTLE BIT FORWARD IN THIS E-MAIL

10:22AM 6    STRING, THAT IS, AND LOOK AT THE NEXT EXCHANGE.

10:22AM 7         AND THIS -- I WANT TO LOOK AT YOUR RESPONSE, THIS ONE IS ON

10:22AM 8    PAGE 2, SO IT SHOULD BE JULY 21ST, 2009.

10:22AM 9         AND I BELIEVE WHAT WE ARE LOOKING AT HERE IS AGAIN I

10:22AM 10   BELIEVE A RESPONSE TO A QUESTION FROM MR. SWEENEY ABOUT CLI

10:22AM 11   FUNCTIONALITY CONCERNING ACCESS CONTROL LIST, RIGHT?

10:23AM 12   A.   THAT'S RIGHT.

10:23AM 13   Q.   SO YOUR RESPONSE IS YES, PICKING THE BEST OF IOS, NX-OS AND

10:23AM 14   IOS XR WILL CERTAINLY WORK, RIGHT?

10:23AM 15   A.   CORRECT.

10:23AM 16   Q.   SO JUST SO WE ARE CLEAR, IOS, NX-OS, AND IOS XR ARE ALL

10:23AM 17   CISCO OPERATING SYSTEMS, CORRECT?

10:23AM 18   A.   THAT'S CORRECT.

10:23AM 19   Q.   NOW ISN'T IT TRUE, THOUGH, SIR, THAT YOU DON'T THINK THAT

10:23AM 20   NX-OS IS AN INDUSTRY STANDARD OPERATING SYSTEM?

10:23AM 21   A.   AT THAT TIME, CORRECT, IT WASN'T INDUSTRY STANDARD.

10:23AM 22   Q.   OKAY.  SO NX-OS NOT AN INDUSTRY STANDARD OPERATING SYSTEM?

10:23AM 23   A.   IT WAS NOT AS COMMONLY USED AS IOS.  AND NX-OS WAS

10:23AM 24   INTRODUCED MAYBE AROUND 2008 BY CISCO, IT WAS JUST ONE YEAR

10:23AM 25   INTO THE LIFE OF THE PRODUCT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:23AM 1    Q.   OKAY.  AND IF WE -- I MEAN, WE CAN LOOK, I THINK IT'S

10:24AM 2    EXHIBIT 388 IN YOUR BINDER.  IT SHOULD BE A POWERPOINT

10:24AM 3    PRESENTATION.  YOU WILL HAVE THAT IN FRONT OF YOU.

10:24AM 4        DO YOU RECOGNIZE THIS POWERPOINT PRESENTATION OR

10:24AM 5    PRESENTATIONS LIKE IT?

10:24AM 6    A.   388?

10:24AM 7    Q.   388, IT SHOULD BE TAB 388.

10:24AM 8    A.   OKAY.

10:24AM 9    Q.   SO YOU RECOGNIZE THIS AS AN ARISTA POWERPOINT PRESENTATION?

10:24AM 10   A.   THAT'S CORRECT.

10:24AM 11   Q.   THESE ARE THE KIND THAT YOU WOULD PREPARE OR YOUR TEAM

10:24AM 12   WOULD PREPARE IN YOUR ROLE AS IT IS -- WELL, USED TO BE A

10:24AM 13   SENIOR VICE PRESIDENT NOW A CUSTOMER DEVELOPMENT OFFICER?

10:25AM 14   A.   THAT'S RIGHT.

10:25AM 15        MR. NELSON:  SO CAN I MOVE 388 INTO EVIDENCE

10:25AM 16   YOUR HONOR?

10:25AM 17        THE COURT:  ANY OBJECTION?

10:25AM 18        MR. SILBERT:  NO OBJECTION.

10:25AM 19        THE COURT:  IT WILL BE ADMITTED.

10:25AM 20        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 388, HAVING BEEN

10:25AM 21   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:25AM 22   EVIDENCE.)

10:25AM 23   BY MR. NELSON:

10:25AM 24   Q.   SO I WANT TO LOOK AT -- THERE'S A LITTLE NUMBERS AT THE END

10:25AM 25   AND I THINK IT ENDS WITH 915.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:25AM 1    A.    YES.

10:25AM 2    Q.    SO YOU SEE ARISTA EOS VERSUS CISCO NX-OS, RIGHT?

10:25AM 3    A.    YES.

10:25AM 4    Q.    AND HERE, FOR ARISTA EOS, THAT'S THE ARISTA OPERATING

10:25AM 5    SYSTEM, RIGHT?

10:25AM 6    A.    THAT'S CORRECT.

10:25AM 7    Q.    YOU DESCRIBE IT AS STANDARD CLI?

10:25AM 8    A.    CORRECT.

10:25AM 9    Q.    RIGHT.  AND FOR NX-OS, YOU SAY IT VARIES FROM INDUSTRY

10:26AM 10   STANDARD, RIGHT?

10:26AM 11   A.    THAT'S CORRECT.

10:26AM 12   Q.    AND HERE IN 2009 YOU ARE TELLING MR. SWEENEY THAT IT'S OKAY

10:26AM 13   TO COPY FROM NX-OS, RIGHT?

10:26AM 14   A.    TO USE THE SAME CLI OR SIMILAR CLI FOR THE ACL

10:26AM 15   FUNCTIONALITY.

10:26AM 16   Q.    SO IT'S OKAY TO COPY FROM NX-OS, EVEN THOUGH NX-OS YOU

10:26AM 17   DON'T BELIEVE IS AN INDUSTRY STANDARD, RIGHT?

10:26AM 18   A.    WELL I WOULD HAVE TO GO BACK AND LOOK.  THE ACL CLI, THE

10:26AM 19   NX-OS AND IOS MIGHT NOT BE THAT DIFFERENT AT ALL IN THAT

10:26AM 20   TIMEFRAME.

10:26AM 21   Q.    OKAY.  BUT THAT'S NOT WHAT YOU SAID HERE, RIGHT, I'M GOING

10:26AM 22   BACK TO EXHIBIT 197.  AND WE WILL JUST PICK IT UP.  YES,

10:26AM 23   PICKING THE BEST OF IOS, NX-OS, AND IOS XR WILL CERTAINLY WORK,

10:26AM 24   RIGHT?

10:26AM 25   A.    THAT'S BECAUSE THE TEAM THAT WAS DISCUSSING THIS

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:26AM  1    UNDERSTANDS THE CLI THAT IS INVOLVED IN THESE OPERATING SYSTEMS

10:26AM  2    ARE THIS FEATURE.

10:27AM  3    Q.  SO JUST TO BE CLEAR, NX-OS, NOT AN INDUSTRY STANDARD

10:27AM  4    OPERATING SYSTEM, RIGHT?

10:27AM  5    A.  NX-OS HAS SEVERAL DIFFERENCES FROM IOS OR THE INDUSTRY

10:27AM  6    STANDARD BUT FOR MANY OF THE COMMANDS IT ALSO HAD SIMILARITIES.

10:27AM  7    SO DEPENDING ON THE FEATURE, IT WOULD LIKE TO PICK THE BEST AND

10:27AM  8    CONFIGURE FOR THAT CONFIGURATION.

10:27AM  9    Q.  SO YOU SAY PICKING THE BEST IOS AND NX-OS, LET'S JUST STOP

10:27AM  10   THERE.  YOU ARE SAYING THERE'S OVERLAP IN THE TWO?

10:27AM  11   A.  THERE IS SOME.

10:27AM  12   Q.  SO THAT WOULDN'T MAKE TOO MUCH SENSE THAT YOU ARE SAYING IF

10:27AM  13   I CAN THIS STUFF IN NX-OS THAT'S LIMITED TO WHAT'S IN IOS,

10:27AM  14   RIGHT?

10:27AM  15   A.  CAN YOU REPEAT THE QUESTION?

10:27AM  16   Q.  YEAH, SO I'M JUST TRYING TO EXPLORE THIS A BIT.

10:27AM  17       YOU ARE TELLING ME THERE MIGHT BE SOME COMMANDS IN NX-OS

10:27AM  18   THAT YOU THINK ARE INDUSTRY STANDARD BECAUSE THEY ARE ALSO ON

10:27AM  19   IOS, RIGHT?

10:27AM  20   A.  THIS PARTICULAR, THIS QUESTION IS ABOUT ACL AND HOW ACL

10:28AM  21   CONFIGURATION HAS EVOLVED.  WE NEED THAT CONTEXT.  WHAT YOU ARE

10:28AM  22   SAYING IS NOT APPLICABLE, THIS ENTIRE QUESTION IS ABOUT ACL.

10:28AM  23   Q.  OKAY.  BUT YOU ARE SAYING PICK THE BEST OF IOS AND NX-OS,

10:28AM  24   RIGHT?

10:28AM  25   A.  IF THERE'S AN ENHANCEMENT IN THE INDUSTRY, THAT CUSTOMERS

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:28AM 1    START USING AND THEY LIKE THEN WE WOULD LOOK AT IT AND THAT'S

10:28AM 2    THE CONTEXT.

10:28AM 3    Q.   UNDERSTOOD.  BUT IF YOU ARE JUST SAYING PICK THE STUFF IN

10:28AM 4    NX-OS THAT'S ALSO IN IOS, YOU WOULD JUST SAY PICK THE BEST OF

10:28AM 5    IOS, WOULDN'T THAT MAKE MORE SENSE?

10:28AM 6    A.   THAT'S THE SAME, THAT'S RIGHT.

10:28AM 7    Q.   SO DO YOU KNOW THAT IN THIS CASE, THAT THERE IS AN

10:28AM 8    ALLEGATION THAT ARISTA HAS COPIED DOZENS OF COMMANDS THAT ONLY

10:28AM 9    APPEAR IN NX-OS, NOT IN IOS?

10:28AM 10   A.   I'M NOT AWARE OF THAT SPECIFIC ACQUISITION.

10:28AM 11   Q.   BUT YOU WOULD AGREE THAT AS YOU SAID EARLIER IF THEY ARE

10:29AM 12   ONLY IN NX-OS AND NOT IN IOS, NOT AN INDUSTRY STANDARD?

10:29AM 13   A.   NX-OS IS FOR DATA CENTER SWITCHES, THERE MAY BE CERTAIN

10:29AM 14   FEATURES THAT DON'T EXIST IN OTHER CISCO PRODUCTS.

10:29AM 15   Q.   SO THEN LET ME MOVE FORWARD IN EXHIBIT 197 HERE.

10:29AM 16       THE NEXT PART OF YOUR RESPONSE, IT ACTUALLY CARRIES OVER TO

10:29AM 17   PAGE 3.

10:29AM 18       AND IT SAYS, HENCE, IF WE STAY WITH CISCO'S SYNTAX AND BEST

10:29AM 19   OF BREED FEATURES USABILITY, THAT WILL WORK WELL.  WE JUST WANT

10:29AM 20   TO LEVERAGE ALL THE PARTNER TRAINING THAT CISCO DOES, WINKY

10:29AM 21   FACE; RIGHT?

10:29AM 22   A.   RIGHT.

10:29AM 23   Q.   OKAY.  SO YOU ARE SAYING LET'S GO OUT AND STICK WITH CISCO

10:29AM 24   SYNTAX AND FEATURES AND USABILITIES SO THAT WE CAN LEVERAGE ALL

10:30AM 25   THE PARTNER TRAINING THAT CISCO DID, RIGHT?

910

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:30AM 1    A.   YES.

10:30AM 2    Q.   SO IN OTHER WORDS, COPY CISCO BECAUSE THERE ARE CISCO

10:30AM 3    CUSTOMERS OUT THERE THAT ALREADY HAVE BEEN TRAINED BY CISCO,

10:30AM 4    RIGHT?

10:30AM 5    A.   IN THIS CASE, PARTNERS WHO HAVE TAKEN THAT TRAINING.

10:30AM 6    PARTNERS SPENT A LOT OF TIME TAKING THAT TRAINING.

10:30AM 7    Q.   OKAY.  AND YOU GOT A LITTLE WINKY FACE THERE TOO, RIGHT?

10:30AM 8    A.   THAT'S RIGHT.

10:30AM 9    Q.   ALL RIGHT.  SO LET ME MOVE FORWARD A LITTLE BIT TO ANOTHER

10:30AM 10   IN THIS STRING OF 197, IN YOUR E-MAILS HERE, THAT SAYS, THIS IS

10:30AM 11   THE ONE FROM JULY 21ST, 2009.

10:30AM 12       AND THIS IS CONTINUING ON THAT SAME ACCESS CONTROL LIST

10:30AM 13   TOPIC, CORRECT?

10:30AM 14   A.   THAT'S CORRECT.

10:30AM 15   Q.   AND IF YOU DROP RIGHT AT THE BOTTOM OF PAGE 1 YOU WILL SEE,

10:31AM 16   I WANT TO REITERATE THE GENERAL MODEL WE HAVE BEEN FOLLOWING.

10:31AM 17   WE HAVE PICKED IOS AS THE CLI MODEL FOR OUR PRODUCTS.  JUNOS

10:31AM 18   MAY BE A LOT BETTER BUT WE DECIDED TO EMBRACE IOS, RIGHT?

10:31AM 19   A.   THAT'S RIGHT.

10:31AM 20   Q.   AND THAT WAS A TRUE STATEMENT, RIGHT?

10:31AM 21   A.   IT REFERRED TO THE INDUSTRY STANDARD AT THAT POINT, SO

10:31AM 22   THAT'S RIGHT.

10:31AM 23   Q.   RIGHT.  AND YOU ARE CONTRASTING JUNOS AND IOS, CORRECT?

10:31AM 24   A.   IN THIS CONTEXT, YES.

10:31AM 25   Q.   SO YOU ARE SAYING LET'S FOLLOW IOS THAT I SAY IS AN

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:31AM 1   INDUSTRY STANDARD AS OPPOSED TO JUNOS THAT I ALSO SAY IS AN

10:31AM 2   INDUSTRY STANDARD, RIGHT?

10:31AM 3   A.   DEPENDING ON THE CUSTOMER, YES.

10:31AM 4   Q.   SO YOU WERE MORE INTERESTED IN CISCO'S CUSTOMERS THAN

10:31AM 5   JUNIPER'S CUSTOMERS, RIGHT?

10:31AM 6   A.   WE WERE MORE INTERESTED IN THE LARGER ENTERPRISES, AND IN

10:31AM 7   SWITCHING, THAT'S WHERE CISCO HAD A MUCH BIGGER MARKET SHARE.

10:32AM 8   Q.   ALL RIGHT, SIR.  SO LET ME MOVE TO ANOTHER TOPIC HERE.

10:32AM 9          THE COURT:  MAYBE THIS WOULD BE A GOOD TIME FOR OUR

10:32AM 10  BREAK THEN.  WOULD THAT BE ALL RIGHT?

10:32AM 11         MR. NELSON:  YES.  THANK YOU, YOUR HONOR.

10:32AM 12         THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING BREAK.

10:32AM 13  WE WILL COME BACK AT A QUARTER TO 11:00.

10:32AM 14     (WHEREUPON A RECESS WAS TAKEN.)

10:46AM 15         THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

10:46AM 16  JURORS ARE HERE.

10:46AM 17     MR. NELSON, WOULD YOU LIKE TO CONTINUE?

10:46AM 18         MR. NELSON:  YES, THANK YOU, YOUR HONOR.

10:46AM 19  Q.   WELCOME BACK, SIR.

10:47AM 20     SO I WANT YOU TO TURN TO EXHIBIT 376 IN YOUR BINDER.

10:47AM 21  AND -- 376.  IT'S KIND OF THE TAB HIDES, IT HID ON ME, IT'S THE

10:47AM 22  TOP, IT SHOULD BE RIGHT BEHIND 370.

10:47AM 23  A.   374 AND 378.

10:47AM 24  Q.   370 THEN --

10:47AM 25         THE COURT:  IT IS, IT'S OUT OF ORDER.  IT'S BEFORE

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:47AM  1    371.  YOU ARE REALLY KEEPING US HOPPING TODAY.

10:47AM  2              MR. NELSON:  OOPS.  SORRY.  I HAVE NUMERICAL

10:47AM  3    CHALLENGES, YOUR HONOR.

10:47AM  4              THE COURT:  DID YOU FIND IT?

10:47AM  5              THE WITNESS:  YES.

10:47AM  6    Q.  376, ARE YOU THERE?

10:47AM  7    A.  YES.

10:47AM  8    Q.  SO THE COVER IS AN E-MAIL FROM YOURSELF TO SEVT@ARISTA

10:48AM  9    NETWORKS, THEN COPYING SOME OTHER FOLKS INCLUDING DAVE HEYMAN,

10:48AM  10   RIGHT?

10:48AM  11   A.  THAT'S RIGHT.

10:48AM  12   Q.  AND IT ATTACHES ARISTA EOS VERSUS CISCO NX-OS USABILITY

10:48AM  13   COMPARISON, DO YOU SEE THAT?

10:48AM  14   A.  YES.

10:48AM  15   Q.  THEN ATTACHED AS THE REST OF THIS EXHIBIT IS THAT ACTUAL

10:48AM  16   USABILITY COMPARISON STUDY, CORRECT?

10:48AM  17   A.  THAT'S CORRECT.

10:48AM  18   Q.  NOW, AND THIS WAS SOMETHING THAT WAS PREPARED TO COMPARE

10:48AM  19   EOS WITH CISCO NX-OS; IS THAT RIGHT?

10:48AM  20   A.  THAT'S RIGHT.

10:48AM  21   Q.  SO CAN I HAVE, MOVE EXHIBIT 376 INTO EVIDENCE, YOUR HONOR?

10:48AM  22              MR. FERRALL:  SO OBJECTION.

10:48AM  23              THE COURT:  IT WILL BE ADMITTED.

10:48AM  24          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 376, HAVING BEEN

10:48AM  25   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

913

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:48AM 1    EVIDENCE.)

10:48AM 2    BY MR. NELSON:

10:48AM 3    Q.  SO IF YOU LOOK AT THE FIRST PAGE THERE YOU WILL SEE THERE'S

10:48AM 4    A SUMMARY.

10:48AM 5        FIRST OF ALL, I SHOULD ASK YOU ABOUT THE VERY FIRST

10:48AM 6    SENTENCE.  ATTACHED IS A STUDY DAVE HEYMAN DID.

10:49AM 7        DO YOU SEE THAT?

10:49AM 8    A.  YES.

10:49AM 9    Q.  WHO IS MR. HEYMAN?

10:49AM 10   A.  DAVE HEYMAN WAS THE RESPONSIBILITY FOR CUSTOMER SUPPORT.

10:49AM 11   Q.  CUSTOMER SUPPORT AT ARISTA?

10:49AM 12   A.  YES.

10:49AM 13   Q.  DURING THE TIME PERIOD HERE?

10:49AM 14   A.  AT THAT TIME HE WAS ONE OF OUR SUPPORT ENGINEERS.

10:49AM 15   Q.  AND MR. HEYMAN YOU SAID WAS -- I TAKE IT HE'S NO LONGER

10:49AM 16   WITH ARISTA?

10:49AM 17   A.  THAT'S CORRECT.

10:49AM 18   Q.  SO IF I GO DOWN TO THE SECOND PARAGRAPH THERE, IT SAYS THE

10:49AM 19   SUMMARY HERE IS THAT WE ARE FAIRLY CLOSE TO CISCO IOS WHEN IT

10:49AM 20   COMES TO USABILITY.  IF A CUSTOMER DOES COMPLAIN ABOUT SMALL

10:49AM 21   DIFFERENCES, THEN YOU CAN USE THIS DOC AS A REFERENCE.  IT

10:49AM 22   TAKES JUST AS MUCH WORK TO MIGRATE FROM IOS TO NX-OS, IF NOT

10:49AM 23   MORE, COMPARED TO WHEN MOVING FROM IOS TO ARISTA EOS.

10:49AM 24       DO YOU SEE THAT?

10:49AM 25   A.  YES.

914

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:49AM 1    Q.   SO BASED ON THE USABILITY STUDY, WHAT YOU WERE SAYING IS GO

10:50AM 2    OUT TO CUSTOMERS AND TELL THEM ARISTA EOS IS MORE LIKE CISCO

10:50AM 3    IOS THAN CISCO'S NX-OS OPERATING SYSTEM, RIGHT?

10:50AM 4    A.   WITH RESPECT TO THE CLI.

10:50AM 5    Q.   RIGHT.  WITH RESPECT TO THE CLI.

10:50AM 6    A.   THAT'S CORRECT.

10:50AM 7    Q.   OKAY.  ALL RIGHT, SIR.  LET'S MOVE ON TO ANOTHER DOCUMENT.

10:50AM 8    AND PLEASE TURN TO EXHIBIT 370 IN YOUR BINDER.

10:50AM 9        SO THIS IS AN E-MAIL FROM YOURSELF TO A MAILING GROUP ENG

10:50AM 10   AT ARISTA NETWORKS.COM; DO YOU SEE THAT

10:50AM 11   A.   YES.

10:50AM 12   Q.   AND ENG, I TAKE IT THAT'S THE ENGINEER COMMUNITY?

10:50AM 13   A.   THAT'S CORRECT.

10:50AM 14   Q.   AND I THINK YOU SAID AT THIS TIME THAT WAS PROBABLY AT

10:50AM 15   LEAST 50 TO 100 EMPLOYEES IN ARISTA; IS THAT RIGHT?

10:51AM 16   A.   THAT SOUNDS RIGHT.

10:51AM 17   Q.   AND THIS IS AS OF THE TIME OF THE E-MAIL, 2010?

10:51AM 18   A.   MARCH 2010, CORRECT.

10:51AM 19       MR. NELSON:  AT THIS POINT, I MOVE FOR EXHIBIT 370

10:51AM 20   INTO EVIDENCE, YOUR HONOR.

10:51AM 21       MR. FERRALL:  NO OBJECTION.

10:51AM 22       THE COURT:  IT WILL BE ADMITTED.

10:51AM 23    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 370, HAVING BEEN

10:51AM 24   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:51AM 25   EVIDENCE.)

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:51AM 1    BY MR. NELSON:

10:51AM 2    Q.   SO HERE AS OF MARCH OF 2010 YOU'RE TELLING THE ENGINEERING

10:51AM 3    COMMUNITY HIGH ALL, ONE OF THE COMPLAINTS WE GET FROM CUSTOMERS

10:51AM 4    IS THAT THERE ISN'T SUFFICIENT DOCUMENTATION OF OUR PRODUCTS.

10:51AM 5    WHEN WE WERE SMALLER IT WAS EASY TO SAY THAT OUR CLI IS JUST

10:51AM 6    LIKE IOS AND THE CUSTOMER COULD READ CISCO'S DOCS.

10:51AM 7        DO YOU SEE THAT?

10:51AM 8    A.   YES.

10:51AM 9    Q.   SO PRIOR TO THIS TIME IN 2010, AT LEAST, WHAT YOU WERE

10:51AM 10   TELLING CUSTOMERS, ARISTA WAS TELLING CUSTOMERS, JUST READ THE

10:51AM 11   CISCO DOCUMENTATION AND YOU WILL KNOW HOW TO USE OUR CLI,

10:51AM 12   RIGHT?

10:51AM 13   A.   NO, THAT'S WHAT WE WERE SAYING INTERNALLY.  THE CLI WAS

10:51AM 14   SIMILAR AT THAT TIME FOR THE CORE COMMANDS, MANY CUSTOMERS IN

10:52AM 15   FACT DID NOT NEED DOCUMENTATION THEY KNEW HOW TO USE THE

10:52AM 16   COMMANDS.  BUT THIS IS WHAT WE WERE SEEING INTERNALLY.

10:52AM 17   Q.   OKAY.  IT SAYS WHEN WE WERE SMALLER, IT WAS EASY TO SAY

10:52AM 18   THAT OUR CLI IS JUST LIKE IOS AND THE CUSTOMER COULD READ

10:52AM 19   CISCO'S DOCS, RIGHT?

10:52AM 20   A.   YES.

10:52AM 21   Q.   OKAY.  SO YOU ARE TELLING THE CUSTOMERS, SORRY, WE DON'T

10:52AM 22   HAVE DOCUMENTATION, BUT OUR CLI IS JUST LIKE CISCO'S CLI,

10:52AM 23   CORRECT?

10:52AM 24   A.   NO, THIS IS AN INTERNAL DISCUSSION.  THIS IS WHAT WE WERE

10:52AM 25   TELLING ARISTA SYSTEMS ENGINEERS IF THEY ASK FOR DOCUMENTATION

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:52AM 1    THAT THE CLI IS VERY SIMILAR, THERE'S NOT A DOCUMENT TO KNOW

10:52AM 2    HOW TO USE THE CLI.

10:52AM 3        IF THEY NEED IT, THEY COULD GO AND READ CISCO'S DOCS, OR

10:52AM 4    ANY OTHER COMPANY'S, BUT CISCO WAS THE INDUSTRY STANDARD AT

10:52AM 5    THAT TIME IN THE MARKET SHARE.  SO IF YOU GO AND GOOGLE OTHER

10:53AM 6    FEATURES, THE FIRST TO COME UP WOULD BE THE CISCO DOC.

10:53AM 7    Q.  I THINK YOU MISSPOKE THERE, I THINK YOU SAID CISCO WAS

10:53AM 8    INDUSTRY STANDARD AT THAT TIME, RIGHT?

10:53AM 9    A.  GIVEN THEY HAD 80 PERCENT MARKET SHARE.

10:53AM 10   Q.  RIGHT.  BUT IF WE LOOK BACK AT 2009 YOU ALSO SAID JUNOS WAS

10:53AM 11   THE INDUSTRY STANDARD, CORRECT?

10:53AM 12   A.  I SAID EARLIER, AGAIN, FOR SERVICE PROVIDER CUSTOMERS WHO

10:53AM 13   USE ROUTER, THEY CONSIDERED JUNOS A STANDARD AS WELL.

10:53AM 14   Q.  OKAY.  SO NOW, LET ME MOVE FORWARD A BIT, AND I WOULD LIKE

10:53AM 15   YOU TO TURN TO EXHIBIT 3623 WHICH IS KIND OF AT THE BACK.  AND

10:53AM 16   YOU WILL SEE THAT THERE'S A DISK THERE, BECAUSE IT WAS

10:53AM 17   SOMETHING THAT WAS PRODUCED IN NATIVE AND MUCH EASIER TO WORK

10:53AM 18   WITH.

10:53AM 19       SO THIS IS AN ARISTA DOCUMENT THAT CONTAINS A COLLECTION OF

10:54AM 20   FEATURE REQUESTS FOR ARISTA PRODUCTS, INCLUDING TRACKING THE

10:54AM 21   CUSTOMER ASSOCIATED WITH THE FEATURE REQUEST, RIGHT?

10:54AM 22   A.  CORRECT.

10:54AM 23   Q.  OKAY.  SO AND THIS WAS SOMETHING THAT I BELIEVE WAS

10:54AM 24   PREPARED AT ARISTA, CORRECT?

10:54AM 25   A.  YES.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:54AM  1    Q.   AND SO I MOVE EXHIBIT 3623, INCLUDING THE NATIVE VERSION

10:54AM  2    INTO EVIDENCE, YOUR HONOR?

10:54AM  3            MR. FERRALL:  NO OBJECTION.

10:54AM  4            THE COURT:  IT WILL BE ADMITTED.

10:54AM  5        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 3623, HAVING BEEN

10:54AM  6    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:54AM  7    EVIDENCE.)

10:54AM  8    BY MR. NELSON:

10:54AM  9    Q.   SO I WOULD LIKE TO LOOK AT A FEW THINGS HERE.  CAN WE LOOK

10:54AM  10   AT ROW 3388, EXCUSE ME, I ADDED TOO MANY 3'S.  338, SORRY.

10:54AM  11           YOU WILL SEE IT SAYS, FEATURE AUTO PROVISIONING, RIGHT?

10:54AM  12   A.   THAT'S CORRECT.

10:54AM  13   Q.   AND I THINK YOU'RE LISTED AS THE ARISTA CONTACT FOR THAT?

10:54AM  14   A.   YES.

10:54AM  15   Q.   AND IF WE LOOK IN THE COMMENT SECTION, IT SAYS EBAY WANTS

10:55AM  16   THE SW IMAGE AND CONFIG TO BE LOADED BASED ON A CENTRAL

10:55AM  17   MAPPING.  THEY LIKE CISCO'S AUTO-PROVISIONS THROUGH DHCP,

10:55AM  18   RIGHT?

10:55AM  19   A.   RIGHT.

10:55AM  20   Q.   OKAY.  SO THAT'S SAYING CUSTOMER WANTS CISCO, AND THAT'S

10:55AM  21   SOMETHING YOU ARE GOING TO PUT INTO THE ARISTA PRODUCT,

10:55AM  22   CORRECT?

10:55AM  23   A.   THE CUSTOMER WANTED AUTO PROVISIONING AND THEY REFERRED TO

10:55AM  24   THE CISCO FEATURE THAT THEY ALREADY LIKED.

10:55AM  25   Q.   AND AUTO PROVISIONING, THAT'S NOT A CLI FEATURE, IS IT?

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:55AM  1   A.   NO.

10:55AM  2   Q.   OKAY.  NOW LET'S GO TO LINE 354.  I'M REMINDED THAT I

10:55AM  3   MISSED THE LAST COLUMN THERE.  SO IF WE GO BACK TO 338, I

10:56AM  4   APOLOGIZE.  YOU SEE THE STATUS THERE IS ZTP IN EOS 4.7.0, DO

10:56AM  5   YOU SEE THAT?

10:56AM  6   A.   YES.

10:56AM  7   Q.   WHAT'S ZTP?

10:56AM  8   A.   ZERO TOUCH PROVISIONING.

10:56AM  9   Q.   AND THAT'S -- WAS GOING TO BE ADDED IN EOS 4.7.0, CORRECT?

10:56AM  10  A.   CORRECT.

10:56AM  11  Q.   SO NOW I WOULD LIKE TO GO TO 354, LINE 354.  AND HERE THE

10:56AM  12  TITLE OF THE FEATURE IS BGP ADVERTISEMENT INTERVAL.

10:56AM  13       DO YOU SEE THAT?

10:56AM  14  A.   YES.

10:56AM  15  Q.   AND YOU KNOW WHAT THAT IS?

10:56AM  16  A.   YES.

10:56AM  17  Q.   AND WHAT IS THAT?

10:56AM  18  A.   THIS IS THE WAY YOU CONFIGURE AT WHAT INTERVAL YOU SEND BGP

10:56AM  19  ADVERTISEMENTS TO YOUR NEIGHBOR.

10:56AM  20  Q.   OKAY.  AND IF WE LOOK OVER IN THE COMMENTS SECTION, THE

10:57AM  21  REFERENCE IS TO THE CISCO WEBSITE, CORRECT?

10:57AM  22  A.   THAT'S A REFERENCE TO THE CISCO DOCUMENT, YES.

10:57AM  23  Q.   CISCO DOCUMENT ON THE CISCO WEBSITE?

10:57AM  24  A.   YES.

10:57AM  25  Q.   NOW IF WE GO DOWN TO 415, ROW 415, AND YOU WILL SEE THIS

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:57AM  1    FEATURE IS DISTRIBUTE LIST FOR OSPF BGP.

10:57AM  2         DO YOU SEE THAT?

10:57AM  3    A.   YES.

10:57AM  4    Q.   SO THAT'S ANOTHER FEATURE FOR THE PRODUCT?

10:57AM  5    A.   YES.

10:57AM  6    Q.   AND AGAIN, IF I LOOK OVER IN THE COMMENTS SECTION, THAT'S

10:57AM  7    THE REFERENCE FOR THAT IS A CISCO DOCUMENT ON A CISCO WEBSITE?

10:57AM  8    A.   YES.

10:57AM  9    Q.   NOW GO DOWN TO 418.  AND YOU SEE DR REGISTER LIMIT.

10:57AM  10        DO YOU SEE THAT?

10:57AM  11   A.   YES.

10:57AM  12   Q.   AND THAT'S ANOTHER FEATURE TO BE ADDED TO THE PRODUCT; IS

10:58AM  13   THAT RIGHT?

10:58AM  14   A.   THAT'S CORRECT.

10:58AM  15   Q.   AND AGAIN THE REFERENCE IS TO A DOCUMENT ON THE CISCO

10:58AM  16   WEBSITE, CORRECT?

10:58AM  17   A.   RIGHT.

10:58AM  18   Q.   SO NOW LET'S GO TO ROW 650, AND YOU WILL SEE THE FEATURE TO

10:58AM  19   BE ADDED HERE IS RECURSIVE NEXT HOP; IS THAT RIGHT?

10:58AM  20   A.   THAT'S RIGHT.

10:58AM  21   Q.   THAT'S TO BE ADDED TO THE EOS PRODUCT OR THE ARISTA

10:58AM  22   PRODUCT, I SHOULD SAY?

10:58AM  23   A.   IT WAS A REQUESTED FEATURE, I DON'T KNOW THE STATUS, BUT

10:58AM  24   YES, IT WAS A REQUESTED FEATURE IN EOS.

10:58AM  25   Q.   AND THE NOTE THERE SAYS REPLICATE CISCO'S ABILITY TO HAVE A

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:58AM  1    NONLOCAL NEXT HOP IN A STATICKY ROUTE.

10:58AM  2        DO YOU SEE THAT?

10:58AM  3    A.   THAT'S WHAT THE ARISTA CONTACT PUT IN, YES.

10:58AM  4    Q.   SO THEN IF WE GO TO ROW 43, THE FEATURE ENTERED HERE IS

10:59AM  5    CISCO LIKE CLI PING BEHAVIOR.

10:59AM  6        DO YOU SEE THAT?

10:59AM  7    A.   YES.

10:59AM  8    Q.   AND THIS ONE I BELIEVE IT'S JUST MARKED DONE; IS THAT

10:59AM  9    CORRECT?

10:59AM  10   A.   THAT'S CORRECT.

10:59AM  11   Q.   NOW LET'S GO ON TO ROW 673.  AND AGAIN HERE IS SAYS THE

10:59AM  12   FEATURES SHOW SNMP AND MIB.

10:59AM  13       DO YOU SEE THAT?

10:59AM  14   A.   YES.

10:59AM  15   Q.   AND IN THE COMMENT SECTION IT SAYS, ABILITY TO MIB WALK

10:59AM  16   FROM THE CLI CISCO COMPAT, BEING IMPLEMENTED FOR 4.7.

10:59AM  17       DO YOU SEE THAT?

10:59AM  18   A.   YES.

10:59AM  19   Q.   SO THAT INDICATES IMPLEMENTED IN 4.7?

11:00AM  20   A.   THAT'S WHAT THE COMMENTER THOUGHT.  I DON'T KNOW IF IT WAS

11:00AM  21   4.7 OR 4.8 BUT SOMEWHERE IN THAT TIMEFRAME.

11:00AM  22   Q.   NOW LET'S GO TO ROW 161.  AND THE FEATURE THERE IS RELOAD

11:00AM  23   IN XX MINUTES.

11:00AM  24       DO YOU SEE THAT?

11:00AM  25   A.   RIGHT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:00AM  1    Q.   THAT'S A FEATURE TO BE ADDED TO THE ARISTA PRODUCT?

11:00AM  2    A.   RIGHT.

11:00AM  3    Q.   AND THE NOTE THERE IS TO MIRROR CISCO CAPABILITY, WE CAN

11:00AM  4    CURRENTLY DO THIS WITH BASH SHUTDOWN, BUT THEY WANT TO AVOID

11:00AM  5    USING BASH.

11:00AM  6         DO YOU SEE THAT?

11:00AM  7    A.   YES.

11:00AM  8    Q.   AND THE STATUS THERE IS MARKED DONE; IS THAT CORRECT?

11:00AM  9    A.   THAT'S RIGHT.

11:00AM  10   Q.   AND THEN IF I GO TO SHOW 664, YOU WILL SEE IT SAYS SH, INT

11:01AM  11   TRUNK COMMAND; IS THAT RIGHT?

11:01AM  12   A.   THAT'S RIGHT.

11:01AM  13   Q.   AND THAT WAS A FEATURE TO BE ADDED TO THE PRODUCT?

11:01AM  14   A.   THAT WAS REQUESTED BY THE CUSTOMER, YES.

11:01AM  15   Q.   AND THE NOTE THERE IS TO MIMIC CISCO, RIGHT?

11:01AM  16   A.   YES.

11:01AM  17   Q.   NOW, SIR, DO YOU KNOW WHETHER THERE WAS ANY ATTEMPT TO

11:01AM  18   DETERMINE WHETHER CISCO HAD INTELLECTUAL PROPERTY THAT COVERED

11:01AM  19   ANY OF THESE FEATURES THAT ARE LISTED?

11:01AM  20   A.   THERE WAS NO STUDY, BUT THE FEATURE REQUEST HERE IS A

11:01AM  21   FUNCTIONALITY THAT THE CUSTOMER WANTS.  THIS WAS A FEATURE THAT

11:01AM  22   EVERYONE IN THE INDUSTRY WAS USING AND WE DIDN'T BELIEVE THIS

11:01AM  23   WAS PROTECTED IN ANY WAY.

11:01AM  24   Q.   BUT YOU DIDN'T DO A STUDY?

11:01AM  25   A.   NO.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:01AM  1    Q.   YOU JUST DECIDED YOU DIDN'T BELIEVE IT WAS PROTECTED,

11:02AM  2    RIGHT?

11:02AM  3    A.   GIVEN THAT MANY OTHER COMPANIES ALREADY WERE USING THE SAME

11:02AM  4    FEATURES IN THE SAME CLI, YES, IT WAS OKAY TO USE.

11:02AM  5    Q.   YET EVERYONE WE WALKED THROUGH REFERENCED TO CISCO

11:02AM  6    DOCUMENTS OR CISCO CAPABILITY, NOT TO OTHER COMPANIES, RIGHT?

11:02AM  7    A.   THAT'S WHAT THE CUSTOMERS ASKED FOR BECAUSE THESE PEOPLE

11:02AM  8    KNEW CISCO PRODUCTS.

11:02AM  9    Q.   AND IT DIDN'T SAY GO REFERENCE THE INDUSTRY STANDARD,

11:02AM  10   RIGHT?

11:02AM  11   A.   IT DIDN'T SAY THAT.

11:02AM  12   Q.   OKAY.  SO NOW, LET ME MOVE TO ANOTHER DOCUMENT AND I WOULD

11:02AM  13   LIKE TO LOOK AT EXHIBIT 381 IN YOUR BINDER.  NOW EXHIBIT 381 IS

11:02AM  14   A CISCO REQUIREMENTS PRODUCT DOCUMENT.

11:03AM  15        DO YOU RECOGNIZE THAT FROM YOUR DAYS AT CISCO?

11:03AM  16   A.   I RECOGNIZE THE DOCUMENT, YES.

11:03AM  17   Q.   AND THIS DOCUMENT WAS ACTUALLY A DOCUMENT THAT CAME FROM

11:03AM  18   YOUR FILES PRODUCED FOR THIS LITIGATION, RIGHT?

11:03AM  19   A.   THAT'S RIGHT.

11:03AM  20   Q.   AND YOU -- YOU'RE AWARE, SIR, THAT PRODUCTS REQUIREMENT

11:03AM  21   DOCUMENTS ARE CONFIDENTIAL TO CISCO, RIGHT?

11:03AM  22   A.   YES.

11:03AM  23   Q.   IN OTHER WORDS, THEY LAY OUT WHAT PEOPLE, YOU KNOW, THE

11:03AM  24   SPECIFICATIONS, WHAT THEY ARE GOING TO DO WITH THE FUTURE

11:03AM  25   PRODUCT, RIGHT?

┌─────────────────────────────────────────────────────────────┐
DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:03AM  1    A.  YES.

11:03AM  2    Q.  NOW THE DATE ON THIS DOCUMENT, SIR, IS JUNE 22ND, 2009,

11:03AM  3    RIGHT?

11:03AM  4    A.  THAT'S CORRECT.

11:03AM  5    Q.  SO THAT'S A COUPLE OF YEARS AFTER YOU LEFT CISCO, CORRECT?

11:03AM  6    A.  THAT'S CORRECT.

11:03AM  7    Q.  BUT YOU DON'T HAVE ANY FACTS TO EXPLAIN HOW THIS

11:03AM  8    CONFIDENTIAL CISCO PRODUCT REQUIREMENT DOCUMENT WAS -- CAME

11:03AM  9    INTO YOUR POSSESSION, RIGHT?

11:03AM  10   A.  NO, I DON'T.

11:04AM  11   Q.  AND IT WAS ON YOUR COMPUTER AT ARISTA, CORRECT?

11:04AM  12   A.  IT WAS ON OUR SHARED DRIVE AT ARISTA.

11:04AM  13   Q.  IT WAS ON A SHARED DRIVE AT ARISTA?

11:04AM  14   A.  IT WAS ON A GOOGLE DRIVE AT ARISTA.

11:04AM  15   Q.  IN OTHER WORDS, OTHER PEOPLE AT ARISTA COULD ACCESS IT TOO?

11:04AM  16   A.  NO, IT WAS IN MY NAME.

11:04AM  17   Q.  OKAY.

11:04AM  18        SO AT THIS POINT I AM REMINDED I DIDN'T MOVE THAT

11:04AM  19   INTO EVIDENCE.

11:04AM  20        MAY I MOVE THAT INTO EVIDENCE, YOUR HONOR?  IT WOULD BE

11:04AM  21   EXHIBIT 381.

11:04AM  22             MR. FERRALL:  NO OBJECTION.

11:04AM  23             THE COURT:  IT WILL BE ADMITTED.

11:04AM  24        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 381, HAVING BEEN

11:04AM  25   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:04AM   1    EVIDENCE.)

11:04AM   2    BY MR. NELSON:

11:04AM   3    Q.   AND SIR, JUST SO WE -- THIS IS THE FRONT PAGE OF THE

11:04AM   4    DOCUMENT WE WERE TALKING ABOUT, CORRECT?

11:04AM   5    A.   THAT'S RIGHT.

11:04AM   6    Q.   ALL RIGHT.  THANK YOU.

11:04AM   7        SO I WANT TO MOVE NOW FORWARD TO ANOTHER DOCUMENT IN YOUR

11:04AM   8    BINDER WHICH IS EXHIBIT 383.  AND YOU SEE EXHIBIT 383 THERE,

11:05AM   9    SIR?

11:05AM  10    A.   YES.

11:05AM  11    Q.   NOW, EXHIBIT 383 IS A CISCO NEXT US 700 SERIES SWITCH,

11:05AM  12    NX-OS AND DCNM ROAD MAP, RIGHT?

11:05AM  13    A.   RIGHT.

11:05AM  14    Q.   AND YOU RECOGNIZE THIS DOCUMENT PRODUCT AS A ROAD MAP?

11:05AM  15    A.   YES.

11:05AM  16    Q.   AND THE DOCUMENT SAYS, CISCO HIGHLY CONFIDENTIAL CONTROLLED

11:05AM  17    ACCESS, DO YOU SEE THAT?

11:05AM  18    A.   YES.

11:05AM  19        MR. NELSON:  YOUR HONOR --

11:05AM  20    Q.   AND I SHOULD ASK YOU, THIS IS ANOTHER DOCUMENT THAT WHAT

11:05AM  21    CAME FROM YOU, PRODUCED IN THIS LITIGATION?

11:05AM  22    A.   THAT'S CORRECT.

11:05AM  23        MR. NELSON:  YOUR HONOR, AT THIS POINT I WOULD LIKE

11:05AM  24    TO MOVE EXHIBIT 383 INTO EVIDENCE.

11:05AM  25        MR. FERRALL:  NO OBJECTION.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:05AM  1    THE COURT:  IT WILL BE ADMITTED.

11:05AM  2    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 383, HAVING BEEN

11:05AM  3    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:05AM  4    EVIDENCE.)

11:05AM  5    BY MR. NELSON:

11:05AM  6    Q.  NOW THE DATE ON THIS DOCUMENT, AT LEAST THIS PARTICULAR ONE

11:06AM  7    SAYS UPDATED MARCH 4, 2011.

11:06AM  8    DO YOU SEE THAT?

11:06AM  9    A.  YES.

11:06AM  10   Q.  NOW AGAIN, YOU LEFT IN 2007, CORRECT?

11:06AM  11   A.  THAT'S RIGHT.

11:06AM  12   Q.  AND YOU AGREE THAT PRODUCT ROAD MAPS ARE HIGHLY

11:06AM  13   CONFIDENTIAL INFORMATION TO CISCO, CORRECT?

11:06AM  14   A.  CORRECT.

11:06AM  15   Q.  AND YOU DON'T HAVE ANY FACTS, ANY EXPLANATION FOR HOW THIS

11:06AM  16   DOCUMENT ENDED UP IN YOUR SYSTEM AT ARISTA, CORRECT?

11:06AM  17   A.  THAT'S RIGHT.

11:06AM  18   Q.  ALL RIGHT, SIR, I WOULD LIKE YOU TO TURN TO EXHIBIT 404 IN

11:06AM  19   YOUR BINDER.  AND THIS DOCUMENT IS AN E-MAIL FROM MR. MARK FOSS

11:07AM  20   TO YOURSELF FORWARDING AN E-MAIL EXCHANGE THAT MR. FOSS HAD

11:07AM  21   WITH SOME FOLKS AT FACEBOOK, CORRECT?

11:07AM  22   A.  THAT'S CORRECT.

11:07AM  23   Q.  AND THE DATE IS JANUARY 15, 2009?

11:07AM  24   A.  THAT'S RIGHT.

11:07AM  25   MR. NELSON:  AT THIS POINT I MOVE EXHIBIT 404 INTO

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:07AM  1    EVIDENCE, YOUR HONOR.

11:07AM  2            THE COURT:  ANY OBJECTION?

11:07AM  3            MR. FERRALL:  NO OBJECTION.

11:07AM  4            THE COURT:  IT WILL BE ADMITTED.

11:07AM  5        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 404, HAVING BEEN

11:07AM  6    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:07AM  7    EVIDENCE.)

11:07AM  8    BY MR. NELSON:

11:07AM  9    Q.  SO LET'S LOOK AT MIDDLE OF THE PAGE.  SO MR. FOSS FIRST,

11:07AM  10   CAN YOU TELL US WHO MR. FOSS IS?

11:07AM  11   A.  AT THAT TIME MARK FOSS WAS RESPONSIBLE FOR PARTNER OR

11:07AM  12   CHANNEL PROGRAMS AT ARISTA.

11:07AM  13   Q.  PARTNER CHANNEL PROGRAMS?

11:07AM  14   A.  CHANNEL PROGRAMS, YES.

11:07AM  15   Q.  SO IF YOU LOOK AT THE MIDDLE OF THE E-MAIL THE ONE THAT'S

11:08AM  16   FROM MR. FOSS TO THE PEOPLE AT FACEBOOK.

11:08AM  17       DO YOU SEE THAT?

11:08AM  18   A.  YES.

11:08AM  19   Q.  IT SAYS, AS I MENTIONED TO DAN LAST NIGHT, THE CLI COMMANDS

11:08AM  20   IN OUR SWITCH ARE IDENTICAL TO CISCO IOS SO THERE SHOULD BE NO

11:08AM  21   LEARNING CURVE TO GET IT CONFIGURED.

11:08AM  22       DO YOU SEE THAT?

11:08AM  23   A.  YES.

11:08AM  24   Q.  SO THAT'S SOMETHING THAT ARISTA SALES ENGINEERS WERE OUT

11:08AM  25   TELLING CUSTOMERS IS A SELLING POINT OF THE ARISTA SWITCH,

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:08AM  1    CORRECT?

11:08AM  2    A.   WE WERE SAYING THAT TO CUSTOMERS, YES.

11:08AM  3    Q.   RIGHT.   WE'RE IDENTICAL TO CISCO IOS SO YOU WON'T HAVE ANY

11:08AM  4    LEARNING CURVE TO USE OUR PRODUCT, CORRECT?

11:08AM  5    A.   THAT'S RIGHT.

11:08AM  6    Q.   SO EXHIBIT 379, AND LET ME KNOW WHEN YOU ARE THERE.   ARE

11:09AM  7    YOU THERE, SIR?

11:09AM  8    A.   YES.

11:09AM  9    Q.   SO THE TOP E-MAIL IS FROM MR. ADAM SWEENEY TO MR. SUNEEL

11:09AM  10   VENATI, DID I GET THAT NAME RIGHT?

11:09AM  11   A.   THAT'S RIGHT.

11:09AM  12   Q.   AND YOU ARE ONE OF THE COPIES ON THAT E-MAIL, CORRECT?

11:09AM  13   A.   CORRECT.

11:09AM  14   Q.   AND THE SUBJECT OF THAT IS QOS, CLI; IS THAT RIGHT?

11:09AM  15   A.   THAT'S RIGHT.

11:09AM  16   Q.   AND QS, THAT STANDS FOR QUALITY OF SERVICE?

11:09AM  17   A.   YES.

11:09AM  18   Q.   NOW, THAT TOP LEVEL E-MAIL ATTACHES ANOTHER E-MAIL FROM

11:09AM  19   MR. VENATI; IS THAT RIGHT?   IN OTHER WORDS IF YOU FOLLOW THE

11:09AM  20   STRING DOWN YOU WILL SEE ANOTHER E-MAIL FROM MR. VENATI DATED

11:09AM  21   MONDAY PRINCIPAL 18TH 2011?

11:09AM  22   A.   YES.

11:09AM  23   Q.   AND THE --

11:10AM  24        MR. NELSON:   WELL AT THIS POINT, YOUR HONOR, I MOVE

11:10AM  25   INTO EVIDENCE EXHIBIT 379.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:10AM 1    THE COURT:  ANY OBJECTION?

11:10AM 2    MR. FERRALL:  NO OBJECTION.

11:10AM 3    THE COURT:  IT WILL BE ADMITTED.

11:10AM 4    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 379, HAVING BEEN

11:10AM 5    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:10AM 6    EVIDENCE.)

11:10AM 7    BY MR. NELSON:

11:10AM 8    Q.   NOW IF I GO DOWN TO MR. VENATI'S E-MAIL, YOU WILL SEE IT

11:10AM 9    SAYS, I'M TRYING TO UNDERSTAND WHAT CLI'S WE WOULD LIKE TO

11:10AM 10    SUPPORT FOR QOS.

11:10AM 11    DO YOU SEE THAT?

11:10AM 12    A.   YES.

11:10AM 13    Q.   DO WE GO WITH CISCO MQC KIND OF CLI OR WITH A SIMPLE CLI.

11:10AM 14    MQC SEEMS OVERKILL AT THIS POINT BUT EVENTUALLY WE MAY WANT TO

11:10AM 15    GET THERE.  ARE THERE ANY COPYRIGHT ISSUES IF WE WANT TO USE

11:10AM 16    MQC?

11:10AM 17    DO YOU SEE THAT?

11:10AM 18    A.   YES.

11:10AM 19    Q.   AND MQC, THAT WAS REFERRING TO THE CISCO MQC CLI, CORRECT?

11:10AM 20    A.   YES.

11:10AM 21    Q.   AND MQC STANDS FOR MODULAR QUALITY SERVICE; IS THAT RIGHT?

11:11AM 22    A.   YES.

11:11AM 23    Q.   SO THAT'S SOMETHING CISCO OFFERS IN ITS CLI, CORRECT?

11:11AM 24    A.   ON SOME PRODUCTS, YES.

11:11AM 25    Q.   AND MR. VENATI WAS ASKING, ARE THERE ANY COPYRIGHT ISSUES

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:11AM  1    IF WE WANT TO USE MQC, IN OTHER WORDS THAT MQC RELATED CLI,

11:11AM  2    CORRECT?

11:11AM  3    A.   CORRECT.

11:11AM  4    Q.   NOW YOU ARE NOT AWARE THAT ANYBODY GOT BACK TO MR. VENATI

11:11AM  5    WITH RESPECT TO THAT QUESTION, RIGHT?

11:11AM  6    A.   I'M NOT AWARE.

11:11AM  7    Q.   SO AS FAR AS YOU KNOW NOBODY EVER ANSWERED THAT QUESTION,

11:11AM  8    CORRECT?

11:11AM  9    A.   THAT'S CORRECT.

11:11AM  10   Q.   AND AS FAR AS YOU KNOW NOBODY EVER DID AN INVESTIGATION

11:11AM  11   INTO THAT, CORRECT?

11:11AM  12   A.   THAT'S CORRECT.

11:11AM  13   Q.   NOW ONE MORE, AND THIS ONE IS EXHIBIT 842.  THE E-MAIL HERE

11:12AM  14   AT THE TOP LEVEL IS FROM MR. VENATI TO MR. WHITNEY WITH A

11:12AM  15   NUMBER OF CC'S INCLUDING YOURSELF; IS THAT CORRECT?

11:12AM  16   A.   THAT'S CORRECT.

11:12AM  17   Q.   AND THE DATE ON THIS IS MARCH 4TH, 2014?

11:12AM  18   A.   THAT'S CORRECT.

11:12AM  19   Q.   I MOVE INTO EVIDENCE EXHIBIT 842, YOUR HONOR?

11:12AM  20        THE COURT:  ANY OBJECTION?

11:12AM  21        MR. FERRALL:  NO OBJECTION.

11:12AM  22        THE COURT:  IT WILL BE ADMITTED.

11:12AM  23     (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 842, HAVING BEEN

11:12AM  24   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:12AM  25   EVIDENCE.)

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:12AM  1    BY MR. NELSON:

11:12AM  2    Q.   SO IF I LOOK AT THE TOP LEVEL, THIS E-MAIL STRING TALKS

11:12AM  3    ABOUT SYNTAX FOR PORT PROFILE CLI AND IMPLEMENT THE IT WITHIN

11:12AM  4    QOS CLI PLUG IN, CORRECT?

11:13AM  5    A.   THAT'S CORRECT.

11:13AM  6    Q.   AND THERE'S A SERIES OF OTHER EXCHANGES, BUT IF I GO DOWN

11:13AM  7    TO AN E-MAIL FROM MR. WHITNEY, THAT'S ON THE SECOND PAGE AND

11:13AM  8    THIS ONE IS DATED MARCH 3RD, 2014, -- ACTUALLY, BEFORE I GO

11:13AM  9    THERE LET ME GO TO THE EARLIER ONE.

11:13AM  10        SO IF I GO TO MARCH 3RD, 2014, BUT THE ONE THAT'S AT

11:13AM  11    4:03 P.M., YOU WILL SEE AN E-MAIL FROM MR. WHITNEY THAT SAYS

11:13AM  12    MAYBE SOMETHING ALONG THE LINES OF JUNOS CONFIGURATION GROUPS

11:13AM  13    BUT IN IOS HIERARCHY.

11:13AM  14        DO YOU SEE THAT?

11:13AM  15    A.   YES.

11:13AM  16    Q.   AND THEN YOU RESPOND SAYING YOU HAVEN'T STOPPED SELLING

11:13AM  17    JUNOS, HAVE YOU?  RIGHT?

11:14AM  18    A.   THAT'S CORRECT.

11:14AM  19    Q.   AND THEN IF WE GO FORWARD TO MR. WHITNEY'S RESPONSE, THAT'S

11:14AM  20    MARCH 3RD, HE SAYS, IT HAS SOME GOOD POINTS, WITH THE WINK

11:14AM  21    AGAIN.  WE COPY CISCO FOR EVERYTHING ELSE.  RIGHT?

11:14AM  22    A.   THAT'S RIGHT.

11:14AM  23    Q.   SO MR. WHITNEY WAS TELLING YOU, MAYBE USE JUNO BUT WE COPY

11:14AM  24    CISCO FOR EVERYTHING ELSE, CORRECT?

11:14AM  25    A.   IN THE CONTEXT OF THE CLI, THAT'S WHAT HE'S SAYING.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:14AM  1          MR. NELSON:  ALL RIGHT.  THANK YOU, SIR.

11:14AM  2      I HAVE NO FURTHER QUESTIONS FOR YOU AT THIS POINT.  AND I

11:14AM  3  WILL PASS THE WITNESS, YOUR HONOR.

11:14AM  4          THE COURT:  THANK YOU.

11:14AM  5      MR. SILBERT, CROSS-EXAMINATION?

11:14AM  6          MR. FERRALL:  ACTUALLY, MR. FERRALL.

11:14AM  7          THE COURT:  OH.  MR. FERRALL.  SORRY.

11:15AM  8

11:15AM  9              **CROSS-EXAMINATION BY MR. FERRALL**

11:15AM  10

11:15AM  11  BY MR. FERRALL:

11:15AM  12  Q.   GOOD MORNING, MR. SADANA.

11:15AM  13  A.   GOOD MORNING.

11:15AM  14  Q.   DO YOU HAVE A LITTLE WATER THERE?

11:15AM  15  A.   YES.

11:15AM  16  Q.   OKAY.  BEFORE WE GET STARTED, MR. SADANA, I WANT TO START

11:15AM  17  WITH FOLLOWING UP ON SOME OF THE EARLY QUESTIONS THAT

11:15AM  18  MR. NELSON POSED REGARDING THE EARLY YEARS OF THE SWITCH AT

11:15AM  19  ARISTA WHEN YOU GOT THERE.

11:16AM  20      I THINK YOU TESTIFIED ALONG THE LINES THAT THE ARISTA

11:16AM  21  SWITCH AS OF 2007 HAD JUST A FEW FEATURES, CAN YOU EXPLAIN THAT

11:16AM  22  A LITTLE BIT MORE?

11:16AM  23  A.   SURE.  IN 2007 WHEN I JOINED IN THE JULY TIMEFRAME, THE

11:16AM  24  PRODUCT HAD VERY FEW FEATURES, IT WAS VERY EARLY ON, JUST

11:16AM  25  ENOUGH TO DO A LITTLE BIT OF PACKET FORWARDING.  AND THAT IT

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:16AM  1    WAS, THAT VERY ONE PRODUCT WE HAD AND WE HAD STARTED IT FOR THE

11:16AM  2    TESTING, THAT WAS THE CONTEXT OF THE DISCUSSION.

11:16AM  3    Q.   AND APPROXIMATELY HOW MANY CLI COMMANDS DID THE ARISTA EOS

11:16AM  4    HAVE AT THAT TIME?

11:16AM  5    A.   PROBABLY 10 OR 20.

11:16AM  6    Q.   AND THOSE WERE IOS-LIKE, I TAKE IT?

11:16AM  7    A.   AT THAT TIME, THE COMMAND LINE WAS IOS-LIKE, YES.

11:17AM  8    Q.   OKAY.  I NEXT WANT TO MOVE TO THE DOCUMENT THAT WAS JUST

11:17AM  9    MARKED AS -- FOR REFRESHING YOUR RECOLLECTION REGARDING

11:17AM  10   ARISTA'S R&D EXPENSE?

11:17AM  11   A.   YES.

11:17AM  12   Q.   AND IF YOU DON'T NEED TO REFER TO IT, YOU DON'T HAVE TO.

11:17AM  13   BUT WHAT I WOULD LIKE YOU TO DO IS TO TELL THE JURY ABOUT HOW

11:17AM  14   MUCH ARISTA HAS SPENT IN R&D, SINCE 2007.

11:17AM  15       MR. NELSON TOOK YOU TO 2007, CAN YOU TELL THE JURY HOW MUCH

11:17AM  16   YOU SPENT AFTER THAT?

11:17AM  17   A.   WELL, AS THE DOCUMENT SHOWS, UP UNTIL 2014, CUMULATIVE WE

11:17AM  18   HAD SPENT 376 MILLION IN R&D.

11:17AM  19       AND TODAY ARISTA HAS ONE OF THE HIGHEST R&D SPENT IN THE

11:17AM  20   INDUSTRY AS A PERCENTAGE OF REVENUE.

11:18AM  21   Q.   CAN YOU TELL ME ABOUT WHAT THAT IS?

11:18AM  22   A.   TODAY WE ARE ROUGHLY 20 TO 22 PERCENT OF OUR REVENUE IN

11:18AM  23   R&D, WHEREAS IN THE NETWORKING, MOST COMPANIES SPEND 13 TO

11:18AM  24   15 PERCENT OF THEIR REVENUE IN R&D.  SO WE HAVE A SIGNIFICANTLY

11:18AM  25   LARGER INVESTMENT IN RESEARCH AND DEVELOPMENT COMPARED TO THE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:18AM  1    INDUSTRY.

11:18AM  2    Q.   OKAY.  SHIFTING TO ANOTHER TOPIC.

11:18AM  3         DID YOU EVER BELIEVE, MR. SADANA, THAT THERE WAS ANYTHING

11:18AM  4    WRONG WITH ARISTA USING SOME OF THE SAME CLI COMMAND LANGUAGE

11:18AM  5    AS IOS?

11:18AM  6    A.   NO, I DID NOT.

11:18AM  7    Q.   DID YOU EVER TRY TO HIDE FROM THE PUBLIC THE FACT THAT

11:18AM  8    ARISTA USES SOME OF THE SAME CLI COMMAND LANGUAGE AS IOS?

11:18AM  9    A.   NO, WE DID NOT HIDE IT.  WE WERE QUITE OPEN ABOUT IT.

11:19AM  10   Q.   LET'S LOOK AT SOME OF THE DOCUMENTS THAT MR. NELSON

11:19AM  11   INTRODUCED THROUGH YOU.  AND I'M GOING TO START WITH ONE OF THE

11:19AM  12   LAST ONES AND KIND OF GO BACKWARDS.

11:19AM  13        IF YOU COULD LOOK AT EXHIBIT 842, PLEASE.  MR. NELSON HAD

11:19AM  14   DIRECTED YOU TO A COMMENT FROM A MR. WHITNEY ON THE SECOND

11:19AM  15   PAGE.  IF WE COULD LOOK AT THAT.  IT'S THE COMMENT AT THE TIME,

11:19AM  16   MARCH 3RD, 2014, AT 6:47 P.M.

11:19AM  17        MR. SADANA, WHAT DID YOU UNDERSTAND MR. WHITNEY TO BE

11:19AM  18   REFERRING TO HERE?

11:19AM  19   A.   MR. WHITNEY CAME TO ARISTA FROM JUNIPER, SO HE HAD JUNOS

11:20AM  20   BACKGROUND.  HE'S REFERRING TO A PARTICULAR WAY OF CONFIGURING

11:20AM  21   QOS FEATURES IN JUNOS.

11:20AM  22   Q.   AND THE SUBJECT LINE OF THIS -- STRIKE THAT.  WHAT WAS --

11:20AM  23   WHAT WAS MR. WHITNEY REFERRING TO, BASED UPON YOUR

11:20AM  24   UNDERSTANDING, WHEN HE REFERS TO COPYING CISCO?

11:20AM  25   A.   HE WAS REFERRING TO THE CLI COMMANDS.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:20AM  1    Q.    OKAY.  AND IF WE COULD LOOK AT THE FRONT PAGE OF THIS

11:20AM  2    EXHIBIT, AND IF WE COULD JUST BLOW UP THE HEADER WITH THE

11:20AM  3    SUBJECT LINE.

11:20AM  4        CAN YOU TELL ME WHAT THE SUBJECT OF THIS E-MAIL EXCHANGE

11:20AM  5    IS?  IN SIMPLE TERMS, IF POSSIBLE, PLEASE.

11:20AM  6    A.    SURE.  THIS IS A REQUEST FOR A FEATURE ENHANCEMENT, RFEE

11:21AM  7    BY SOMEONE IN THIS E-MAIL CHAIN REQUESTING AN MQC OR MODULAR

11:21AM  8    QOS-LIKE CLI.

11:21AM  9    Q.    OKAY.  AND NOW I WOULD LIKE YOU TO TURN TO EXHIBIT 379.  IF

11:21AM  10   WE COULD CALL THAT UP, AND IN PARTICULAR HIGHLIGHT THE BOTTOM

11:21AM  11   PART, THE MESSAGE DATED 2:20 A.M.

11:21AM  12   A.    MR. SUNEEL WORKS IN THE BANGALORE OFFICE.

11:21AM  13   Q.    SO THIS -- CAN YOU TELL ME WHAT THE SUBJECT, AGAIN, IN

11:21AM  14   SIMPLE TERMS, IF POSSIBLE, WHAT THE SUBJECT OF THIS

11:21AM  15   CONVERSATION WAS?

11:22AM  16   A.    MR. SUNEEL WAS IMPLEMENTING OUR QOS FEATURES AT THAT POINT,

11:22AM  17   AND HE WAS ASKING FOR INPUT ON WHAT CLI TO USE, WHETHER TO USE

11:22AM  18   SIMPLE CLI OR MODULAR QOS CLI.

11:22AM  19   Q.    AND WHAT DID ARISTA END UP USING, DID IT USE THE CISCO MQC

11:22AM  20   KIND?

11:22AM  21   A.    NO, WE DID NOT IMPLEMENT THE MQC CLI, WE STAYED WITH THE

11:22AM  22   SIMPLE CLI.

11:22AM  23   Q.    AND IN YOUR MIND, WERE THERE ANY COPYRIGHT ISSUES WITH THE

11:22AM  24   SIMPLE CLI OR THE CLI THAT ARISTA IMPLEMENTED?

11:22AM  25   A.    NO, WE BELIEVED THIS WAS THE INDUSTRY STANDARD, EVERYONE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:22AM 1    WAS USING IT, WE WERE USING THE SAME CLI.

11:22AM 2    Q.   LET'S TURN NEXT TO EXHIBIT 197.  AND YOU RECALL MR. NELSON

11:23AM 3    ASKED YOU QUITE A FEW QUESTIONS ABOUT THIS EXHIBIT?

11:23AM 4    A.   YES.

11:23AM 5    Q.   AND I THINK YOU SAID IN YOUR TESTIMONY, YOU REFERRED TO

11:23AM 6    SOMETHING CALLED ACLS; IS THAT RIGHT?

11:23AM 7    A.   THAT'S RIGHT.

11:23AM 8    Q.   AND IN PARTICULAR, ACL CONFIGURATION, I THINK?

11:23AM 9    A.   YES.

11:23AM 10   Q.   WE WON'T NEED TO GO INTO THE DETAILS OF WHAT THOSE ARE, BUT

11:23AM 11   CAN YOU TELL THE JURY WHAT THE OUTCOME WAS OF THIS DISCUSSION

11:23AM 12   REGARDING THE ACL CONFIGURATION THAT ARISTA WOULD USE?

11:23AM 13   A.   RIGHT.  THIS E-MAIL CHAIN WAS ONLY PART OF THE DISCUSSION.

11:23AM 14   WE WERE A SMALL COMPANY, SO WE HAD A MEETING TO GO OVER WHAT

11:23AM 15   CLI TO USE.

11:23AM 16       AND AT THAT POINT, JUNIPER ACTUALLY HAD A BETTER WAY OF

11:23AM 17   CONFIGURING ACL A FEATURE CALLED ACL COMMIT.  SO THAT IF YOU

11:24AM 18   ARE MAKING CHANGES TO THE NETWORK, YOU CANNOT OPEN A SECURITY

11:24AM 19   HOLE WHILE YOU ARE MAKING THE CHANGE.

11:24AM 20       AND THEN AFTER THAT DISCUSSION, WE ACTUALLY ENDED UP DOING

11:24AM 21   WHAT JUNIPER HAD ALREADY IMPLEMENTED AND WHAT WAS ORIGINALLY

11:24AM 22   ASKED FROM EOS.  WE ACTUALLY DID NOT END UP WITH CISCO CLI FOR

11:24AM 23   THAT FUNCTIONALITY.

11:24AM 24   Q.   AND HOW, IN YOUR VIEW, WAS THAT IMPLEMENTATION DIFFERENT

11:24AM 25   FROM CISCO IN TERMS OF ITS PERFORMANCE FOR THE USER?

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:24AM 1      A.   THE CISCO IMPLEMENTATION AT THAT TIME, AND IOS ESPECIALLY,

11:24AM 2      WHAT I RECALL, IF YOU HAD TO MAKE CHANGES TO ACL WHICH REFERS

11:24AM 3      TO A SECURITY FEATURE OR THE NETWORK, THAT IT WAS A

11:24AM 4      LINE-BY-LINE CONFIGURATION.  SO AS YOU ARE MAKING THE CHANGE ON

11:24AM 5      WHICH IP ADDRESSES YOU WANT TO PERMIT, WHICH IP ADDRESSES YOU

11:24AM 6      WANT TO DENY, THE NETWORK WOULD SHOW THAT CHANGE.

11:25AM 7           AND WHILE YOU ARE MAKING THAT CHANGE, THE NETWORK IS

11:25AM 8      EXPOSED TO AN ATTACK.  WHEREAS, IN THE WAY WE ENDED UP

11:25AM 9      IMPLEMENTING, IT'S AN ECONOMIC OR A BINARY OPERATION WHERE YOU

11:25AM 10     GO FROM ONE CONFIGURATION TO THE NEXT.  SO THE USER HAS PLENTY

11:25AM 11     OF TIME TO CONFIGURE THE ACL FUNCTIONALITY, AND THEN WHEN THEY

11:25AM 12     ARE DONE THEY TYPE COMMIT.  THEN THE CHANGE GETS APPLIED TO THE

11:25AM 13     PRODUCT.

11:25AM 14     Q.   SO THERE WERE SOME OTHER QUESTIONS ABOUT THIS DOCUMENT.

11:25AM 15     LET'S LOOK AT THE SECOND PAGE, THE TOP PARAGRAPH ON THE SECOND

11:25AM 16     PAGE.

11:25AM 17          CAN YOU -- YOU TESTIFIED ABOUT DIFFERENT VERTICALS, DO YOU

11:26AM 18     REMEMBER THAT?

11:26AM 19     A.   YES.

11:26AM 20     Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT YOU MEAN BY A

11:26AM 21     VERTICAL.

11:26AM 22     A.   INTERNET SWITCHING IS A VERY LARGE MARKET, AND IN ORDER TO

11:26AM 23     CATER TO OUR CUSTOMERS, WE DIVIDED IT INTO DIFFERENT GROUPS

11:26AM 24     THEN WORK ON THE FEATURES, PRODUCT ATTRIBUTES FOR THAT GROUP.

11:26AM 25     AND EACH GROUP IS ESSENTIALLY A VERTICAL OF THIS ENTIRE MARKET.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:26AM 1      SO ENTERPRISES IS A VERTICAL, HIGH PERFORMANCE COMPUTING IS

11:26AM 2   A VERTICAL, CLOUD COMPANIES IS A VERTICAL, AS AN EXAMPLE.

11:26AM 3   Q.   AND I'M SORRY, I PULLED UP THE WRONG EXCERPT FOR THIS LINE

11:26AM 4   OF QUESTIONING.  SO IF WE COULD PULL UP THE EXCERPT FROM THE

11:26AM 5   BOTTOM OF THE FIRST PAGE OF THIS EXHIBIT.

11:27AM 6      BECAUSE YOUR TESTIMONY REGARDING VERTICALS WAS IN THE

11:27AM 7   CONTEXT OF JUNOS VERSUS CISCO, CORRECT?

11:27AM 8   A.   THAT'S CORRECT.

11:27AM 9   Q.   OKAY.  AND CAN YOU EXPLAIN TO ME WHAT THE VERTICAL IS THAT

11:27AM 10  JUNOS WAS MOST POPULAR IN?

11:27AM 11  A.   JUNIPER WAS SETTING ROUTERS TO THE MARKET AT THAT POINT,

11:27AM 12  THEY WERE NOT SUCCESSFUL IN SWITCHING.  AND THE ROUTERS WERE

11:27AM 13  BEING CONSUMED LARGELY BY SERVICE PROVIDERS LIKE AT&T AND

11:27AM 14  VERIZON.

11:27AM 15     SO JUNIPER WAS STRONG IN ROUTING IN THAT VERTICAL, WHEREAS

11:27AM 16  PRETTY MUCH EVERYTHING ELSE, THE USER COMMUNITY WAS FAMILIAR

11:27AM 17  WITH CISCO BECAUSE THOSE WERE THE SWITCHES THEY WERE USING.

11:27AM 18  Q.   AND AT THIS TIME, WHAT WAS ARISTA'S TARGET VERTICAL OR

11:27AM 19  VERTICALS?

11:27AM 20  A.   THIS IS EARLY ON IN THE COMPANY, OUR AMBITION WAS TO GO

11:27AM 21  AFTER THE ENTIRE MARKET.  AND AT THE SAME TIME EARLY ON, WE

11:28AM 22  WERE MORE FOCUSED ON HIGH PERFORMANCE COMPUTING, AND ACTUALLY

11:28AM 23  CREATING AND ACCESS TO GO AFTER THE CLOUD COMPANIES.  BUT IN

11:28AM 24  THE LONGER TERM PLAN, WE STILL WANTED TO GO AFTER THE LARGE

11:28AM 25  ENTERPRISES.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:28AM 1   Q.   WERE YOU GOING AFTER THE SERVICE PROVIDER MARKET AT THIS

11:28AM 2   STAGE IN ARISTA'S --

11:28AM 3   A.   AT THIS STAGE WE WERE NOT CHASING SERVICE PROVIDER

11:28AM 4   CUSTOMERS.  THE SALES CYCLE THERE IS JUST TOO LONG.  AND AT A

11:28AM 5   SMALLER COMPANY, YOU HAVE TO BE FOCUSED ON CUSTOMERS YOU CAN

11:28AM 6   WIN RATHER THAN GOING AFTER A VERTICAL THAT CAN TAKE SEVERAL

11:28AM 7   YEARS TO DEVELOP.

11:28AM 8   Q.   OKAY.  NOW IF WE CAN GO TO THAT PARAGRAPH ON THE SECOND

11:28AM 9   PAGE I PULLED UP.  MR. SADANA THIS IS PART OF YOUR E-MAIL IN

11:28AM 10  THIS THREAD, YOU WROTE THIS PART, RIGHT?

11:28AM 11  A.   THAT'S RIGHT.

11:28AM 12  Q.   AND DID YOU EVER BECOME FAMILIAR WITH HOW BNT'S CLI CHANGED

11:29AM 13  OVER TIME?

11:29AM 14  A.   YES.

11:29AM 15  Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT YOU UNDERSTAND

11:29AM 16  HAPPENED WITH BNT'S COMMAND LINE?

11:29AM 17  A.   BNT WHICH STANDS FOR BLADE NETWORK TECHNOLOGIES, WAS

11:29AM 18  ANOTHER START UP WE WERE COMPETING WITH IN THE 2008, 2009

11:29AM 19  TIMEFRAME.  AND ORIGINALLY, BNT'S CLI, BNT WAS A SPIN OUT OR

11:29AM 20  SOME KIND OF RELATIONSHIP WITH NORTEL, SO THEY HAD SOME NORTEL

11:29AM 21  CLI, BUT THEN THEY ADDED MORE COMMANDS THAT WERE FROM DIFFERENT

11:29AM 22  OPERATING SYSTEMS LIKE CATOS OR IOS AS STATED IN THE E-MAIL.

11:29AM 23      AND IT TRULY ENDED UP BEING A HODGEPODGE BECAUSE THE

11:29AM 24  CUSTOMER FEEDBACK, THIS WAS NOT SO PRETTY, IT WAS CONFUSING TO

11:29AM 25  THE CUSTOMER.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:29AM 1        AND IN THE SAME YEAR IN 2009, BNT IN FACT WENT OUT AND

11:29AM 2     CHANGED THEIR CLI TO A MORE ARTIFICIAL CALLED IOS CLI.  NOW IOS

11:30AM 3     CLI WAS TALKED ABOUT AT THAT POINT AS INDUSTRY STANDARD CLI,

11:30AM 4     THAT'S HOW THEY DID IT AS WELL.  SO RIGHT AROUND THE SAME

11:30AM 5     TIMEFRAME BNT ALSO HAD GONE AFTER WHAT THEY CALL THE INDUSTRY

11:30AM 6     STANDARD CLI WHICH IS IOS LIKE CLI.

11:30AM 7     Q.  DID YOU UNDERSTAND WHAT THAT WAS IN RESPONSE TO BNT'S

11:30AM 8     CHANGE OF THEIR CLI?

11:30AM 9     A.  IT WAS IN RESPONSE TO CUSTOMER FEEDBACK.  THE CUSTOMERS

11:30AM 10    WANTED SOMETHING THAT PEOPLE WERE FAMILIAR WITH AND SOMETHING

11:30AM 11    THAT WAS CONSISTENT BECAUSE THE CLI IS LIKE THE LANGUAGE TO THE

11:30AM 12    NETWORK ENGINEER.  YOU CANNOT HAVE HALF THE CLI IN ONE LANGUAGE

11:30AM 13    AND THE OTHER HALF IN A DIFFERENT LANGUAGE, IT NEEDED TO BE

11:30AM 14    CONSISTENT.

11:30AM 15    Q.  IF WE COULD MOVE ON TO ANOTHER EXHIBIT, 3623, PLEASE.  THIS

11:31AM 16    WAS A SPREADSHEET.  THERE IS COMMENTS FROM CUSTOMERS, RIGHT?

11:31AM 17    A.  THAT'S CORRECT.

11:31AM 18    Q.  NOW LET ME JUST ASK YOU A GENERAL QUESTION, MR. SADANA,

11:31AM 19    BASED UPON YOUR EXPERIENCE IN THE NETWORKING INDUSTRY, HOW

11:31AM 20    COMMON IS IT FOR A COMPANY TO CONSIDER WHETHER TO ADD A SIMILAR

11:31AM 21    FEATURE THAT A COMPETITOR MIGHT HAVE?

11:31AM 22    A.  IT'S VERY COMMON.

11:31AM 23    Q.  DID YOU EVER KNOW OF THAT HAPPENING WHILE YOU WERE AT

11:31AM 24    CISCO?

11:31AM 25    A.  YES.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:31AM 1    Q.   WE LOOKED AT, OR MR. NELSON SHOWED YOU A NUMBER OF LINES IN

11:31AM 2    THIS, WERE THERE ANY FEATURES THAT YOU TALKED ABOUT WITH

11:31AM 3    MR. NELSON, ONES THAT YOU WOULD HAVE CONSIDERED PROPRIETARY TO

11:31AM 4    CISCO?

11:31AM 5    A.   NO.

11:31AM 6    Q.   WERE ANY OF THE LINES THAT MR. NELSON ASKED YOU ABOUT, WERE

11:32AM 7    THOSE ACTUAL CLI COMMANDS IN THOSE LINES?

11:32AM 8    A.   THEY WERE GENERALLY REFERRING TO THE FEATURE OF THE

11:32AM 9    FUNCTIONALITY.

11:32AM 10   Q.   AND JUST TO BE CLEAR, CAN YOU EXPLAIN THE DIFFERENCE

11:32AM 11   BETWEEN THE CLI COMMAND AND THE FEATURE?

11:32AM 12   A.   DEPENDING ON THE FEATURE, SOMETIMES IT CAN BE USED

11:32AM 13   SYNONYMOUSLY BECAUSE NETWORK ENGINEERS REFER TO THE CLI WHEN

11:32AM 14   THEY WANT TO TALK ABOUT THE FEATURE.

11:32AM 15       FOR EXAMPLE, THERE'S A ROUTING PROTOCOL CALLED BGP, AND IF

11:32AM 16   YOU WANT TO CHANGE THE ADVERTISEMENT INTERVAL, YOU SAY, BGP

11:32AM 17   INTERVAL AS SORT OF THE FEATURE, BUT THAT MAY ALSO BE THE

11:32AM 18   COMMAND.

11:32AM 19   Q.   FOR THE FEATURES THAT YOU WALKED THROUGH WITH MR. NELSON,

11:32AM 20   DID ARISTA IMPLEMENT THOSE, TO YOUR KNOWLEDGE?

11:33AM 21   A.   WE IMPLEMENTED, I WOULD SAY, MANY OF THESE, BUT I DON'T

11:33AM 22   RECALL SPECIFICALLY EACH ONE THAT WAS DONE OR NOT.  AND IN

11:33AM 23   CERTAIN CASES LIKE ZTP, WHICH WAS DISCUSSED, IF THERE COULD

11:33AM 24   HAVE BEEN A BETTER WAY, WE WOULD HAVE INVENTED THAT AS WELL.

11:33AM 25   Q.   AND WHY DON'T WE TALK ABOUT THAT.  I THINK THAT WAS

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:33AM  1    LINE 388 IN THIS SPREADSHEET.  SO IF WE COULD FOCUS ON THAT,

11:33AM  2    PLEASE.  IS IT POSSIBLE TO BLOW THAT UP OR --

11:33AM  3    A.  NO, I THINK --

11:33AM  4    Q.  OKAY.  THERE WE GO.

11:33AM  5    A.  THIS WAS NOT ZTP.

11:33AM  6    Q.  I MUST HAVE WRITTEN DOWN THE WRONG LINE.  THERE WAS

11:34AM  7    TESTIMONY, I REMEMBER THE SUBJECT OF IT WAS AUTO PROVISIONING;

11:34AM  8    IS THAT RIGHT?

11:34AM  9    A.  THAT'S RIGHT.

11:34AM  10    Q.  OKAY.  AND CAN YOU EXPLAIN WHAT ARISTA DID WITH REGARD TO

11:34AM  11    AN AUTO PROVISIONING FEATURE?

11:34AM  12    A.  THE REQUEST HAD COME FROM EBAY THAT THEY WOULD LIKE TO

11:34AM  13    CONFIGURE THE NETWORK WITHOUT ANYONE MANUALLY CONFIGURING EACH

11:34AM  14    SWITCH ONE BY ONE.

11:34AM  15      AT A COMPANY LIKE EBAY, THEY COULD ADD A HUNDRED RACKS OF

11:34AM  16    SERVERS IN ONE GOAL.  SO IT TOOK A LOT OF TIME FOR ONE ENGINEER

11:34AM  17    OR ENGINEERS TO CONFIGURE EACH SWITCH ONE BY ONE.

11:34AM  18      SO THE FEATURE WHICH THEY WERE ASKING FOR IS, IS THERE A

11:34AM  19    WAY TO AUTOMATE THIS PROVISIONING.

11:34AM  20    Q.  SO WHAT DID ARISTA DO?

11:34AM  21    A.  SO EBAY REFERRED, IF YOU LOOK AT THE COMMENT COLUMN, TO

11:35AM  22    THEY LIKE CISCO'S AUTO PROVISIONING THROUGH THE DHCP, BUT WHEN

11:35AM  23    WE HAD THE DISCUSSION WITH EBAY, IT TURNED OUT THAT THE WAY

11:35AM  24    THEY WERE USING CISCO'S AUTO PROVISIONING, IT WASN'T FULLY

11:35AM  25    AUTOMATED, IT WOULD DOWNLOAD THE SOFTWARE IMAGE THAT YOU WANTED

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:35AM  1    TO RUN, BUT IT WOULD NOT DOWNLOAD THE CONFIGURATION FILE ALONG

11:35AM  2    WITH IT.

11:35AM  3        SO IT WAS A TWO-STEP PROCESS, WHILE IT WAS PARTIALLY

11:35AM  4    AUTOMATED, SOMEONE STILL HAD TO GO MANUALLY TYPE A FEW MORE

11:35AM  5    COMMANDS TO MAKE IT HAPPEN.

11:35AM  6        WHAT WE ENDED UP DOING WHICH IS WHY WE CALLED IT ZERO TOUCH

11:35AM  7    PROVISIONING WAS, FOR THE FIRST TIME IN NETWORKING INDUSTRY,

11:35AM  8    THE SWITCHES COULD TRULY BOOT UP ON THEIR OWN THE SOFTWARE

11:35AM  9    IMAGE THAT YOU WANTED TO RUN AND THE CONFIGURATION THAT THE

11:35AM  10   NETWORK NEEDS TO HAVE.  EVERYTHING CAME AUTOMATICALLY TO THE

11:35AM  11   NETWORK.

11:35AM  12   Q.   AND WHAT WAS EBAY'S REACTION TO ARISTA'S ZERO TOUCH

11:36AM  13   PROVISIONING FEATURE?

11:36AM  14   A.   THEY WERE DELIGHTED, WE GOT A LOT OF COMPLIMENTS FROM THEM.

11:36AM  15   I WOULD SAY THAT WAS ONE OF THE KEY TURNING POINTS IN OUR

11:36AM  16   RELATIONSHIP WITH EBAY WHEN THEY SAW US NOT ONLY MEETING THEIR

11:36AM  17   REQUIREMENT TO A BARE BONE MINIMUM THAT THEY WERE USING, BUT

11:36AM  18   TRULY INNOVATIVE.  AND SINCE THEN, THEY BECAME A SIGNIFICANT

11:36AM  19   CUSTOMER OF ARISTA.

11:36AM  20   Q.   LET'S LOOK AT EXHIBIT 404.  THIS IS AN E-MAIL EXCHANGE WITH

11:36AM  21   SOME FOLKS AT FACEBOOK, RIGHT?

11:36AM  22   A.   THAT'S RIGHT.

11:36AM  23   Q.   CAN YOU JUST TELL THE JURY, PLEASE, BRIEFLY, WHAT HAPPENED,

11:36AM  24   WHAT WAS THE RESULT OF THESE DISCUSSIONS WITH FACEBOOK IN 2009?

11:36AM  25   A.   IN 2009 FACEBOOK WAS USING ONE GIGABYTE SWITCHES, AND WE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:37AM  1   HAD SWITCHES WITH REALLY BIG PACKET BUFFERS AT THAT POINT, BUT

11:37AM  2   DESPITE THE DISCUSSION IN 2009, THEY DID NOT BUY ANY OF OUR

11:37AM  3   PRODUCTS.

11:37AM  4   Q.   HAS FACEBOOK SINCE BECOME AN ARISTA CUSTOMER?

11:37AM  5   A.   YES, THEY HAVE.

11:37AM  6   Q.   AND WHEN DID THAT FIRST HAPPEN?

11:37AM  7   A.   THE FIRST TIME THEY PURCHASED OUR PRODUCTS WAS IN 2011.

11:37AM  8   Q.   AND DID ARISTA INTERACT OR DEAL WITH THE SAME GENTLEMAN

11:37AM  9   FROM FACEBOOK IN 2011 AS ARE COPIED ON IN E-MAIL HERE FROM

11:37AM  10  2009?

11:37AM  11  A.   NO.  THESE NETWORK ENGINEERS HAD LEFT FACEBOOK LONG BEFORE

11:37AM  12  THAT.

11:37AM  13  Q.   OKAY.  MR. NELSON ASKED YOU SOME QUESTIONS ABOUT A COUPLE

11:37AM  14  OF CISCO DOCUMENTS MARKED CISCO CONFIDENTIAL; DO YOU REMEMBER

11:38AM  15  THAT?

11:38AM  16  A.   YES.

11:38AM  17  Q.   LET ME JUST DO SOME FOLLOW UP THERE.

11:38AM  18       DID YOU BRING ANY CISCO MATERIAL WITH YOU WHEN YOU LEFT

11:38AM  19  CISCO TO JOIN ARISTA?

11:38AM  20  A.   NO, I DID NOT.

11:38AM  21  Q.   DOES ARISTA HAVE ANY POLICIES REGARDING EMPLOYEES BRINGS

11:38AM  22  OTHER COMPANY'S CONFIDENTIAL INFORMATION TO ARISTA?

11:38AM  23  A.   YES, WE DO.

11:38AM  24  Q.   WHAT ARE THOSE POLICIES?

11:38AM  25  A.   WHEN AN EMPLOYEE JOINS IN THE EMPLOYEE AGREEMENT, WE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:38AM 1    CLEARLY HIGHLIGHT THAT EMPLOYEES SHOULD NOT BRING ANY IP OR

11:38AM 2    CONFIDENTIAL INFORMATION FROM THE OUTSIDE.

11:38AM 3        IN ADDITION TO THAT, THERE'S A NEW HIRE GUIDE THAT WE REFER

11:38AM 4    OUR EMPLOYEES TO, AND ESPECIALLY IN THE EARLY DAYS, THE ENTIRE

11:38AM 5    COMPANY, BUT TODAY IT'S MORE FOR THE ENGINEERING TEAM, THAT

11:38AM 6    CLEARLY STATES, DO NOT BRING ANY SOURCE CODE OR ANY

11:38AM 7    CONFIDENTIAL INFORMATION FROM OUTSIDE.

11:38AM 8        AND LASTLY, WE ALSO HAVE A SEPARATE CODE OF CONDUCT POLICY

11:39AM 9    THAT THE EMPLOYEE HAS TO SIGN.  AND THIS IS CLEARLY HIGHLIGHTED

11:39AM 10   IN THAT AS WELL.

11:39AM 11   Q.   NOW WITH REGARD TO THE TWO DOCUMENTS MR. NELSON SHOWED YOU,

11:39AM 12   CAN YOU EXPLAIN THE CIRCUMSTANCES IN WHICH THESE MATERIALS WERE

11:39AM 13   FOUND ON YOUR GOOGLE DRIVE, AS YOU TESTIFIED?

11:39AM 14   A.   SURE.  THE DOCUMENTS WERE FOUND AS PART OF THE

11:39AM 15   INVESTIGATION FOR THIS LITIGATION ON MY GOOGLE DRIVE.  BUT THEY

11:39AM 16   WERE FOUND IN THE DELETED FOLDER.

11:39AM 17   Q.   SO HOW DID THEY GET IN THE DELETED FOLDER, IF YOU KNOW?

11:39AM 18   A.   AS I MENTIONED, WE GENERALLY TELL EVERYONE NOT TO HAVE ANY

11:39AM 19   CONFIDENTIAL MATERIAL, AND AT ONE POINT I DISCOVERED THAT THESE

11:39AM 20   FILES EXISTED IN MY GOOGLE DRIVE.  SO I WENT AND I DELETED

11:40AM 21   THEM.  THIS WAS AROUND JUNE OF 2013, NOTHING TO DO WITH THIS

11:40AM 22   PARTICULAR CASE.

11:40AM 23       AND WHILE I DELETED THE FILES, THE WAY GOOGLE DRIVE WORKS

11:40AM 24   IS THAT THE FILES REMAIN IN THE TRASH PERMANENTLY UNTIL YOU GO

11:40AM 25   AHEAD AND CLEAR IT OUT.  I NEVER LOOKED AT IT.  AND IN THE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:40AM  1    SEARCH, THEY SHOWED UP IN THAT DELETED FOLDER.

11:40AM  2    Q.   DID YOU EVER USE ANY OF THOSE DOCUMENTS?

11:40AM  3    A.   NO, WE NEVER USED THESE DOCUMENTS AT ARISTA.

11:40AM  4    Q.   AND I THINK ONE OF THEM JUST SHOWED THE COVER, WAS FOR

11:40AM  5    SOMETHING -- WE COULD CALL IT UP, IT'S SOMETHING CALLED A CFP

11:40AM  6    TRANSCEIVER, THAT'S I THINK EXHIBIT 381?

11:40AM  7    A.   RIGHT.

11:40AM  8    Q.   DOES ARISTA MAKE CFP TRANSCEIVERS?

11:41AM  9    A.   NO, WE DON'T.

11:41AM  10   Q.   NOW I WANT TO LOOK AT ONE MORE DOCUMENT AND THEN WE ARE

11:41AM  11   DONE.

11:41AM  12       MR. NELSON ASKED YOU FOR EXHIBIT 388, IF YOU COULD OPEN

11:41AM  13   THAT UP.  AND COULD YOU EXPLAIN TO THE JURY AGAIN WHAT THE

11:41AM  14   PURPOSE OF THIS DOCUMENT IS?  OR WAS?

11:41AM  15   A.   THIS IS THE DOCUMENT PREPARED TO EDUCATE OUR SALES TEAM ON

11:41AM  16   NEW PRODUCTS CISCO HAD JUST ANNOUNCED ON WHAT THIS ANNOUNCEMENT

11:41AM  17   WAS AND HOW THEY COULD COMPETE WITH THOSE PRODUCTS.

11:41AM  18   Q.   AND WHAT WAS THE CISCO ANNOUNCEMENT REFERRING TO HERE?

11:42AM  19   A.   THIS TALKS ABOUT THE CISCO NEXUS 9000 SERIES OR THE INSIEME

11:42AM  20   PRODUCTS THAT WERE JUST ACQUIRED IN THAT COMPANY AND RELEASED

11:42AM  21   THEIR PRODUCTS.

11:42AM  22   Q.   I'M SORRY, JUST TO BE CLEAR, CAN YOU EXPLAIN THAT INSIEME

11:42AM  23   IS, TO YOUR KNOWLEDGE?

11:42AM  24   A.   INSIEME IS A GROUP THAT WAS FOUNDED AND FUNDED BY CISCO,

11:42AM  25   BUT AS A SEPARATE COMPANY, VERY MUCH FOCUSED TO COMPETE WITH

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:42AM  1    ARISTA.  AND THEN LATER ON IT WAS ACQUIRED BACK BY CISCO, AND

11:42AM  2    THAT'S WHEN THEY ANNOUNCED THE PRODUCT.

11:42AM  3    Q.   OKAY.  AND IF WE COULD LOOK AT THE PAGE ENDING IN 875 IN

11:42AM  4    THE SMALL NUMBERS ON THE BOTTOM.

11:42AM  5         THIS PART OF THE SLIDE SAYS INSIEME CLAIMS FIVE P'S, LET'S

11:43AM  6    EXAMINE THEM.  CAN YOU FOLLOW ME THE CONTEXT OF THE FIVE P'S?

11:43AM  7    A.   WHEN WE SOLD OUR PRESENTED ARISTA PRODUCTS TO OUR CUSTOMER,

11:43AM  8    BEFORE THIS ANNOUNCEMENT WITH CISCO, WE USED TO OFTEN HIGHLIGHT

11:43AM  9    THE FIVE P'S OF OUR CURRENT OFFERING, THE FIVE P'S WERE PRICE,

11:43AM 10    PERFORMANCE, PORT DENSITY, PROGRAMMABILITY, AND POWER

11:43AM 11    EFFICIENCY.

11:43AM 12         AND THEN CISCO ANNOUNCED THEIR PRODUCTS WITH THE SAME FIVE

11:43AM 13    P'S, ESSENTIALLY TO TELL THE WORLD THAT THEY HAD CAUGHT UP WITH

11:43AM 14    US.

11:43AM 15    Q.   OKAY.  AND IF WE COULD JUST LOOK, WE WILL LOOK AT 51 PAGE

11:43AM 16    HERE THE PAGE ENDING IN 900, IF WE COULD PULL THAT UP.  AND

11:44AM 17    BRIEFLY, MR. SADANA, IF YOU COULD JUST EXPLAIN TO THE JURY WHAT

11:44AM 18    WAS BEING CONVEYED HERE BY THIS CHART.

11:44AM 19    A.   CISCO JUST ANNOUNCED THEIR NEXUS 9000 SERIES PRODUCTS AND

11:44AM 20    THIS WAS A SIDE-BY-SIDE COMPARISON BETWEEN THE SIX PRODUCTS AND

11:44AM 21    THE ARISTA PRODUCTS.  AND WE WENT INTO DIFFERENT CATEGORIES OR

11:44AM 22    ATTRIBUTES OF THE PRODUCT, WE GET THE DENSITY, THE NUMBER OF

11:44AM 23    PORTS, THE POWER CONSUMPTION, THE PACKET MEMORY, WHICH IS TO

11:44AM 24    HANDLE CONNECTION IN THE NETWORK, THE TYPE OF AIR FLOW, AS WELL

11:44AM 25    AS RIGHT AT THE TOP, THE PROGRAMABILITY APPROACH OF THE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:44AM 1    OPERATING SYSTEM.

11:44AM 2    Q.   AND WHAT WERE THE HIGHLIGHTS, IN ARISTA'S VIEW, OF THIS

11:45AM 3    COMPARISON?

11:45AM 4    A.   I THINK THE KEY MESSAGE HERE WAS THAT FOR THE IMPORTANT

11:45AM 5    ATTRIBUTES TO THE CUSTOMER, BE IT NUMBER OF PORTS, OR BE IT

11:45AM 6    POWER CONSUMPTION OR BE IT PROGRAMMABILITY, IN EACH OF THE

11:45AM 7    DIMENSIONS, ARISTA HAD AN OFFERING THAT WAS SIGNIFICANTLY

11:45AM 8    BETTER THAN CISCO'S.  HENCE, THE CONCLUSION ON THE SLIDE THAT

11:45AM 9    ARISTA LEADS IN PORT DENSITY, POWER EFFICIENCY AND

11:45AM 10   PROGRAMMABILITY.

11:45AM 11   Q.   AND HOW WOULD THE INFORMATION, AS SHOWN ON THIS CHART, BE

11:45AM 12   USED BY ARISTA?

11:45AM 13   A.   THIS PRESENTATION WAS PREPARED TO EDUCATE OUR SALES TEAM,

11:45AM 14   BUT THEN OUR SALES TEAM WOULD TAKE SUCH A SLIDE AND SHOW IT TO

11:45AM 15   THE CUSTOMER.  SO IT'S A CUSTOMER PRESENTATION, ESSENTIALLY.

11:45AM 16   Q.   AND DO ANY OF THE FACTORS OR FEATURES THAT YOU'RE

11:46AM 17   HIGHLIGHTING HERE IN THIS CHART, DO THEY REFER TO THE CLI?

11:46AM 18   A.   NO, THEY DO NOT.

11:46AM 19        MR. FERRALL:  NO FURTHER QUESTIONS.

11:46AM 20        THANK YOU, MR. SADANA.

11:46AM 21        THE COURT:  MR. NELSON, DO YOU HAVE SOME FOLLOW UP?

11:46AM 22        MR. NELSON:  JUST A LITTLE BIT, YOUR HONOR.

11:46AM 23        THE COURT:  OKAY.

11:46AM 24

11:46AM 25        **REDIRECT EXAMINATION BY MR. NELSON**

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:46AM 1

11:46AM 2    BY MR. NELSON:

11:46AM 3    Q.   LET'S JUST PICK UP RIGHT WHERE YOU LEFT OFF THERE WITH THE

11:46AM 4    DOCUMENT.  GO BACK TO THE SAME PAGE.  I BELIEVE IT'S

11:46AM 5    EXHIBIT 388.  AND I THINK IT WAS THE PAGE ENDING IN 900.

11:47AM 6        SO IF YOU LOOK AT THE NX 9516, THAT'S A SIX PRODUCT, RIGHT,

11:47AM 7    THAT YOU ARE COMPARING TO

11:47AM 8    A.   THAT'S CORRECT.

11:47AM 9    Q.   YOU SEE THE SYSTEM CAPACITY?

11:47AM 10   A.   YES.

11:47AM 11   Q.   IT SAYS 61, I ASSUME THAT'S TERRA BYTES PER SECOND?

11:47AM 12   A.   TERRA BITS PER SECOND.

11:47AM 13   Q.   TERRA BITS PER SECOND, SO THAT'S LIKE A TRILLION, RIGHT?

11:47AM 14   IT'S A LOT?

11:47AM 15   A.   IT'S A THOUSAND TIMES A BILLION, YES.

11:47AM 16   Q.   YEAH, SO A TRILLION?

11:47AM 17   A.   YES.

11:47AM 18   Q.   OKAY.  SO 61 TRILLION BITS PER SECOND.  SO THAT'S 21

11:47AM 19   TRILLION BITS PER SECOND MORE THAN THE HIGHEST CAPACITY ARISTA

11:47AM 20   PRODUCT, RIGHT?

11:47AM 21   A.   EXCEPT THAT THE NEXUS 9516 WAS NOT READY, IT WAS NOT

11:47AM 22   SHIPPING, IT WAS NOT AVAILABLE AT THAT TIME.

11:47AM 23   Q.   OKAY.  BUT THAT WAS WHAT YOU UNDERSTOOD THE SYSTEM CAPACITY

11:47AM 24   TO BE, CORRECT?

11:47AM 25   A.   THAT'S RIGHT.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:47AM  1      Q.   AND THAT'S AN IMPORTANT THING TO CUSTOMERS, CORRECT?

11:48AM  2              MR. NELSON:  IS THAT NOT ON YOUR SCREEN?

11:48AM  3              MR. VAN NEST:  COUNSEL, WAS THERE 381 OR 388?

11:48AM  4              THE COURT:  THIS IS 388.

11:48AM  5              MR. VAN NEST:  388.  THANK YOU.

11:48AM  6              THE COURT:  388.

11:48AM  7              MR. NELSON:  RIGHT.  THAT'S WHAT I SAID.

11:48AM  8              THE COURT:  YOU DID.  IT IS.

11:48AM  9      BY MR. NELSON:

11:48AM 10      Q.   OKAY.  AND SYSTEM CAPACITY IS OBVIOUSLY AN IMPORTANT THING

11:48AM 11      TO CUSTOMERS, CORRECT?

11:48AM 12      A.   THE SYSTEM CAPACITY IS SOMETHING THAT THE CUSTOMER CANNOT

11:48AM 13      USE BECAUSE DIFFERENT COMPANIES COUNT IT DIFFERENTLY.  WHAT THE

11:48AM 14      CUSTOMERS CAN USE ARE THE PORTS WHETHER IT'S A 10 GIG PORT OR

11:48AM 15      40 GIG PORT.  AND HENCE THE NUMBER OF 10 GIG PORTS AND THE

11:48AM 16      NUMBER OF 40 GIG PORTS IS WHAT MATTERS TO THE CUSTOMER, IT'S

11:48AM 17      THE USABLE SYSTEM CAPACITY.

11:48AM 18      Q.   OKAY.  SO WHAT YOU WERE SAYING HERE IS YOU WERE DOING A

11:48AM 19      COMPARISON BUT YOU WERE COMPARING SOMETHING THAT WAS TOTALLY

11:48AM 20      UNIMPORTANT, RIGHT, THAT WAS YOUR TESTIMONY?

11:48AM 21      A.   NO.  WE WERE BEING VERY DIRECT BECAUSE THIS IS WHAT CISCO

11:49AM 22      WAS ADVERTISING, AND WE ARE TELLING OUR CUSTOMERS THIS IS THE

11:49AM 23      ATTRIBUTES THAT CISCO JUST AN ANNOUNCED OF THEIR PRODUCT.

11:49AM 24          IF SOMEONE ASKED US HOW COME CISCO IS 61 TERABYTES AND YOU

11:49AM 25      ARE 40 TERABYTES, THEN WE WOULD HAVE THE DISCUSSION WITH THE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:49AM  1    CUSTOMER ON HOW MANY PORTS CAN YOU USE.

11:49AM  2        AS YOU CAN SEE ON THE CISCO PRODUCT, IT HAS 768 PORTS,

11:49AM  3    WHEREAS WE HAVE 2,048 PORTS.  SO THE USABILITY CAPACITY IS MUCH

11:49AM  4    MORE ON THE ARISTA PRODUCTS.

11:49AM  5        WE HAD THAT DISCUSSION.  WE ARE VERY DIRECT WITH OUR

11:49AM  6    CUSTOMERS.  WE DON'T HIDE A FACT THAT CISCO IS GOING TO PUT IN

11:49AM  7    IF CERTAIN DIMENSIONS FOR A ROUTER.  YOU ARE GOING TO PUT IT

11:49AM  8    OUT THERE AND THEN HAVE A DISCUSSION WITH THE CUSTOMER.

11:49AM  9            THE COURT:  ALL RIGHT.  YOU HAVE TO SLOW DOWN.

11:49AM  10        IMAGINE YOU WERE WRITING DOWN WHAT YOU WERE SAYING, IT'S

11:49AM  11    VERY DIFFICULT.

11:49AM  12        THANK YOU.

11:49AM  13            THE WITNESS:  UNDERSTOOD.

11:49AM  14    BY MR. NELSON:

11:49AM  15    Q.  OKAY, SIR, SO THEN I WANT TO GO BACK TO THE BRIEFLY TO THE

11:49AM  16    DOCUMENTS, JUST TO BE CLEAR.

11:49AM  17        SO YOU FOUND THEM, YOU SAY IN YOUR DELETED FOLDER, WHEN YOU

11:50AM  18    WERE LOOKING FOR DOCUMENTS FOR THE LITIGATION, CORRECT?

11:50AM  19    A.  THE ITC FOUND THEM, THAT'S RIGHT.

11:50AM  20    Q.  BUT I THINK YOU SAID YOU DELETED THEM IN 2013?

11:50AM  21    A.  CORRECT.  THAT'S CORRECT.

11:50AM  22    Q.  SO YOU HAD THOSE CISCO HIGHLY ADDITIONAL DOCUMENTS ON YOUR

11:50AM  23    SYSTEM AS OF JUNE 2013, CORRECT?

11:50AM  24    A.  THAT'S WHEN I FOUND THEM AND DELETED THEM, CORRECT.

11:50AM  25    Q.  AND YOU UNDERSTAND THAT IT WAS WRONG FOR YOU TO HAVE THOSE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:50AM   1    DOCUMENTS, CORRECT?

11:50AM   2    A.   I SHOULD NOT HAVE HAD THOSE, THAT'S RIGHT.

11:50AM   3    Q.   RIGHT.  AND YOU DIDN'T GO TO -- YOU HAVE A LEGAL

11:50AM   4    DEPARTMENT, DON'T YOU?

11:50AM   5    A.   YES, WE DO.

11:50AM   6    Q.   YOU DIDN'T GO TO SOMEBODY IN THE LEGAL DEPARTMENT AND SAID

11:50AM   7    OH, I FOUND THESE HIGHLY CONFIDENTIAL CISCO DOCUMENTS, WHAT

11:50AM   8    SHOULD I DO, RIGHT?

11:50AM   9    A.   NO, I DID NOT, RIGHT.

11:50AM   10   Q.   BUT YOU SAY YOU HAVE AN EMPLOYEE POLICY THAT TELLS YOU THAT

11:50AM   11   YOU SHOULDN'T HAVE THOSE THINGS?

11:50AM   12   A.   I SHOULD NOT HAVE BROUGHT THESE IN.

11:50AM   13   Q.   AND IT'S THE LEGAL DEPARTMENT THAT GIVES THAT COMPANY

11:50AM   14   POLICY, CORRECT?

11:50AM   15   A.   LEGAL AND HR, CORRECT.

11:50AM   16   Q.   BUT YOU DIDN'T REPORT BACK THAT YOU HAD THESE, CORRECT?

11:50AM   17   A.   NO.

11:50AM   18   Q.   NOW I WANT TO JUST TOUCH BRIEFLY ON THIS VERTICAL MARKET

11:51AM   19   THING YOU WERE TALKING ABOUT.

11:51AM   20        SO YOU SAID THERE'S DIFFERENT VERTICAL MARKETS MEANING

11:51AM   21   DIFFERENT CUSTOMER TARGETS, CORRECT?

11:51AM   22   A.   THAT'S RIGHT.

11:51AM   23   Q.   AND YOU REFER TO CLOUD COMPUTING SEVERAL TIMES; IS THAT

11:51AM   24   RIGHT?

11:51AM   25   A.   YES.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:51AM   1    Q.   SO WOULD YOU SAY CLOUD COMPUTING IS A DIFFERENT VERTICAL

11:51AM   2    MARKET THAN DATA CENTERS?

11:51AM   3    A.   DATA CENTER SWITCHING IS THE ENTIRE MARKET.

11:51AM   4    Q.   OKAY.  NOW MY QUESTION IS, YOU'VE TOLD US ABOUT JUNOS BEING

11:51AM   5    AN INDUSTRY STANDARD IN A CERTAIN VERTICAL MARKET AND YOU THINK

11:51AM   6    IOS IS AN INDUSTRY STANDARD IN A DIFFERENT VERTICAL MARKET.

11:51AM   7         DO YOU THINK ARISTA EOS IS AN INDUSTRY STANDARD IN ANY

11:51AM   8    VERTICAL MARKET AT ALL?

11:51AM   9    A.   I THINK TODAY IN THE CLOUD IT IS.

11:51AM  10    Q.   OKAY.  SO ARISTA NOW IS, YOU SAY IS AN INDUSTRY STANDARD AS

11:51AM  11    WELL, RIGHT?

11:51AM  12    A.   IN THE CLOUD, YES.

11:51AM  13    Q.   OKAY.  SO THAT'S THREE THAT WE HAVE.  AND THAT'S, THAT'S

11:52AM  14    JUST BECAUSE YOU SAY IT'S THE MOST POPULAR IN THE CLOUD,

11:52AM  15    CORRECT?

11:52AM  16    A.   WHAT DO YOU MEAN BY THAT'S THREE?  BY THREE YOU MEAN JUNOS,

11:52AM  17    IOS AND EOS?

11:52AM  18    Q.   CORRECT.  THAT'S THREE THAT YOU'VE SAID ARE INDUSTRY

11:52AM  19    STANDARDS, RIGHT?

11:52AM  20    A.   EOS ARE ARISTA PRODUCTS ARE NOW VERY POPULAR WITH CLOUD

11:52AM  21    COMPANIES AND IN THAT PERSPECTIVE, YOU COULD SAY YES EOS WAS

11:52AM  22    BEFORE OR RATHER THE INDUSTRY STANDARD IN THAT WAY.

11:52AM  23    Q.   RIGHT.  SO WHAT YOU ARE SAYING IS IT'S THE MOST POPULAR

11:52AM  24    WITH CUSTOMERS, RIGHT, THAT'S WHAT YOU ARE SAYING, WHEN YOU ARE

11:52AM  25    USING THE TERM INDUSTRY STANDARD?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

| | | |
|---|---|---|
| 11:52AM | 1 | A.    THAT'S CORRECT. |
| 11:52AM | 2 | MR. NELSON:  THANK YOU, SIR.  I DON'T HAVE ANY |
| 11:52AM | 3 | FURTHER QUESTIONS FOR YOU. |
| 11:52AM | 4 | MR. FERRALL:  NO FURTHER QUESTIONS. |
| 11:52AM | 5 | THE COURT:  THANK YOU. |
| 11:52AM | 6 | ALL RIGHT.  MR. SADANA, THANK YOU FOR YOUR TESTIMONY.  YOU |
| 11:53AM | 7 | ARE FREE TO GO. |
| 11:53AM | 8 | MR. NELSON, YOUR NEXT WITNESS? |
| 11:53AM | 9 | MR. NELSON:  YES, YOUR HONOR. |
| 11:53AM | 10 | AT THIS POINT WE CALL MR. CHARLES GIANCARLO. |
| 11:53AM | 11 | MR. FERRALL:  BEFORE WE BRING MR. GIANCARLO IN, |
| 11:53AM | 12 | YOUR HONOR, COULD WE HAVE A SIDEBAR REGARDING INSTRUCTIONS? |
| 11:53AM | 13 | THE COURT:  OF COURSE.  SURE.  YEAH. |
| 11:53AM | 14 | (SIDEBAR DISCUSSION ON THE RECORD.) |
| 11:53AM | 15 | THE COURT:  SO IS THERE AN INSTRUCTION? |
| 11:53AM | 16 | MR. FERRALL:  I THINK, WE HAD IT STIPULATED WE FILED |
| 11:53AM | 17 | IT LAST NIGHT, WE'VE GOT A COPY. |
| 11:53AM | 18 | THE COURT:  I PRINTED IT OUT AND I DON'T THINK I |
| 11:53AM | 19 | BROUGHT IT, SO THANK YOU.  LET ME JUST TAKE A LOOK.  OH, THAT'S |
| 11:54AM | 20 | IT.  GREAT.  GOOD.  AND IT'S AGREED TO, I CAN READ IT? |
| 11:54AM | 21 | MR. NELSON:  YEAH, THAT'S FINE. |
| 11:54AM | 22 | THE COURT:  JUST AFTER HE TAKES HIS OATH. |
| 11:54AM | 23 | MR. NELSON:  I BELIEVE SO. |
| 11:54AM | 24 | MR. FERRALL:  YES. |
| 11:54AM | 25 | THE COURT:  IS MR. GIANCARLO IN THE COURTROOM? |

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:54AM 1        MR. VAN NEST: HE IS, YOUR HONOR, HE'S RIGHT OUT IN

11:54AM 2   THE HALL. WE WILL BRING HIM IN.

11:54AM 3        THE COURT: MR. GIANCARLO, IF YOU WOULD COME FORWARD

11:54AM 4   TO THE WITNESS STAND, PLEASE AND STAND TO BE SWORN.

11:55AM 5

11:55AM 6                    **CHARLES GIANCARLO,**

11:55AM 7     BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

11:55AM 8   HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

11:55AM 9   FOLLOWS:

11:55AM 10        THE WITNESS: YES.

11:55AM 11        THE CLERK: THANK YOU, SIR.

11:55AM 12        MR. NELSON: MAY I APPROACH, YOUR HONOR?

11:55AM 13        THE COURT: YES.

11:55AM 14     ALL RIGHT. LADIES AND GENTLEMEN, I HAVE A JURY INSTRUCTION

11:55AM 15   TO GIVE YOU BEFORE MR. GIANCARLO GIVES HIS TESTIMONY. I NEED

11:55AM 16   TO PROVIDE YOU WITH SOME INSTRUCTIONS REGARDING THE PURPOSE FOR

11:55AM 17   WHICH YOU MAY CONSIDER MR. GIANCARLO'S TESTIMONY.

11:55AM 18     DURING A TRIAL, CERTAIN EVIDENCE MAY BE ADMITTED ONLY FOR A

11:55AM 19   LIMITED PURPOSE. MR. GIANCARLO'S TESTIMONY IS SUCH EVIDENCE.

11:55AM 20   CISCO'S PRESENTING MR. GIANCARLO'S TESTIMONY ON CISCO'S 2003

11:55AM 21   LAWSUIT AGAINST HUAWEI, WHICH INCLUDES THE INTRODUCTION OF THE

11:55AM 22   DECLARATION OF MR. GIANCARLO SIGNED WHILE HE WAS EMPLOYED BY

11:56AM 23   CISCO AS PART OF THE LITIGATION.

11:56AM 24     IN CONSIDERING MR. GIANCARLO'S TESTIMONY, YOU CANNOT RELY

11:56AM 25   ON THE DECLARATION FOR THE TRUTH OF THE MATTERS ASSERTED IN

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:56AM 1   THAT DECLARATION.  THAT MEANS THAT YOU CANNOT ASSUME THAT THE

11:56AM 2   STATEMENTS MADE IN THE DECLARATION ARE ESTABLISHED FACTS.  YOU

11:56AM 3   MAY ONLY CONSIDER THE DECLARATION AS EVIDENCE OF CISCO'S STATE

11:56AM 4   OF MIND.

11:56AM 5        YOU MUST UNDERSTAND THAT MR. GIANCARLO HAD NO AFFILIATION

11:56AM 6   WITH ARISTA AT THE TIME HE SIGNED THE DECLARATION.  AND THAT

11:56AM 7   THE DECLARATION WAS NOT MADE PUBLIC UNTIL MARCH 2016.  YOU MUST

11:56AM 8   NOT IMPUTE KNOWLEDGE OF THE CONTENTS OF THE DECLARATION TO

11:56AM 9   ARISTA.

11:56AM 10        IN OTHER WORDS, YOU MAY NOT CONSIDER MR. GIANCARLO'S

11:56AM 11   TESTIMONY AS EVIDENCE OF WHAT ARISTA KNEW OR REASONABLY SHOULD

11:56AM 12   HAVE KNOWN AT ANY POINT IN TIME.

11:56AM 13        YOU MAY ONLY CONSIDER THE DECLARATION IN THE CONTEXT OF

11:56AM 14   WHAT CISCO MIGHT HAVE THOUGHT AT THE TIME OF ITS FILING.

11:57AM 15        GO AHEAD.

11:57AM 16

11:57AM 17                **DIRECT EXAMINATION BY MR. NELSON**

11:57AM 18

11:57AM 19   BY MR. NELSON:

11:57AM 20   Q.   AND I DON'T THINK YOU HAD A CHANCE TO INTRODUCE YOURSELF.

11:57AM 21   COULD YOU PLEASE INTRODUCE YOURSELF TO THE JURY, SIR?

11:57AM 22   A.   YES.  MY NAME IS CHARLES GIANCARLO.

11:57AM 23        I AM, AS STATED, I WAS AN EXECUTIVE AT CISCO SYSTEMS AT THE

11:57AM 24   TIME OF THE DECLARATION.

11:57AM 25   Q.   SIR, LET ME JUST SO WE'RE CLEAR.  NOW YOU ARE AN ARISTA

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:57AM 1    BOARD MEMBER, CORRECT?

11:57AM 2    A.    THAT'S CORRECT.

11:57AM 3    Q.    AND THAT'S SINCE 2013, I BELIEVE?

11:57AM 4    A.    THAT'S CORRECT.

11:57AM 5    Q.    AND BACK, I THINK IT WAS 1994, YOU STARTED AT CISCO; IS

11:57AM 6    THAT RIGHT?

11:57AM 7    A.    YES.

11:57AM 8    Q.    AND YOU WERE AT CISCO THEN FROM 1994 TO 2007; IS THAT

11:57AM 9    CORRECT?

11:57AM 10    A.    THAT IS CORRECT.

11:57AM 11    Q.    AND THE 2003, I BELIEVE YOU BECAME CTO OF CISCO; IS THAT

11:57AM 12    CORRECT?

11:57AM 13    A.    YES.

11:57AM 14    Q.    THAT'S THE CHIEF TECHNOLOGY OFFICER?

11:58AM 15    A.    YES.

11:58AM 16    Q.    AND THEN IN 2004 UNTIL THE TIME YOU LEFT IN 2007, YOU WERE

11:58AM 17    THE CHIEF DEVELOPMENT OFFICER; IS THAT RIGHT?

11:58AM 18    A.    YES.

11:58AM 19    Q.    AND THAT'S BASICALLY THE HIGHEST RANKING ENGINEER AT CISCO,

11:58AM 20    CORRECT?

11:58AM 21    A.    THAT'S CORRECT.

11:58AM 22    Q.    NOW SIR, I WANT TO FOCUS ON THE HUAWEI CASE NOW.  YOU'RE

11:58AM 23    AWARE THAT THERE WAS A LITIGATION THAT CISCO FILED AGAINST

11:58AM 24    HUAWEI IN 2003, CORRECT?

11:58AM 25    A.    YES.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:58AM 1    Q.   AND IN FACT, YOU WERE, I BELIEVE, THE EXECUTIVE IN CHARGE

11:58AM 2    OF INITIATING AND PURSUING THE CISCO LAWSUIT AGAINST HUAWEI,

11:58AM 3    CORRECT?

11:58AM 4    A.   YES.

11:58AM 5    Q.   AND SO, YOU WERE FAMILIAR WITH THE CLAIMS THAT WERE BEING

11:58AM 6    MADE IN THE CASE, CORRECT?

11:58AM 7    A.   NOT ENTIRELY.  I WAS FAMILIAR THAT WE -- IN FACT I, AS YOU

11:58AM 8    MENTIONED, WAS URGING A LAWSUIT AGAINST HUAWEI, BUT I WAS NOT

11:59AM 9    SPECIFICALLY INVOLVED IN THE LEGAL STRATEGY ASSOCIATED WITH IT.

11:59AM 10   Q.   BUT YOU WERE THE EXECUTIVE IN CHARGE OF INITIATING AND

11:59AM 11   PURSUING THE CISCO LAWSUIT AGAINST HUAWEI, CORRECT?

11:59AM 12   A.   I WAS THE CHAMPION, LET'S SAY, OF THE LAWSUIT, BUT I WAS

11:59AM 13   NOT RESPONSIBLE FOR THE LAWSUIT.

11:59AM 14   Q.   SO I WANT YOU TO TURN TO EXHIBIT 4671 IN YOUR BINDER.  SO

11:59AM 15   IF YOU LOOK AT 4671 THIS IS A COPY OF THE COMPLAINT FILED BY

11:59AM 16   CISCO SYSTEMS AGAINST HUAWEI, CORRECT?

11:59AM 17   A.   THAT'S WHAT IT SAYS, YES.

11:59AM 18   Q.   RIGHT.  AND THAT WAS FILED JANUARY 22ND, 2003, CORRECT?

11:59AM 19   A.   YES.

11:59AM 20   Q.   AND YOU UNDERSTAND THAT THE COMPLAINT DETAILS THE CLAIMS IN

11:59AM 21   THE CASE, CORRECT?

11:59AM 22   A.   I HAVE NOT SEEN THIS DOCUMENT BEFORE, SO I HAVE TO TAKE

11:59AM 23   YOUR WORD ON THAT.

11:59AM 24   Q.   YOU WERE THE EXECUTIVE IN CHARGE OF FILING THE LAWSUIT

12:00PM 25   AGAINST HUAWEI AND YOU NEVER SAW THE COMPLAINT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:00PM 1    A.   LET ME BE CLEAR, I WAS NOT THE EXECUTIVE IN CHARGE OF

12:00PM 2    FILING THE LAWSUIT, I WAS THE EXECUTIVE RESPONSIBLE FOR THE

12:00PM 3    PRODUCTS THAT HUAWEI WAS IMITATING, AND I URGED, I WAS THE

12:00PM 4    EXECUTIVE THAT URGED US TO INITIATE A LAWSUIT AGAINST HUAWEI.

12:00PM 5    Q.   SIR, ISN'T IT TRUE THAT YOU WERE THE EXECUTIVE IN CHARGE OF

12:00PM 6    INITIATING AND PURSUING THE CISCO LAWSUIT AGAINST HUAWEI?

12:00PM 7    A.   IT IS NOT TRUE.

12:00PM 8    Q.   IT IS NOT TRUE.  CAN YOU LOOK AT EXHIBIT 249 IN YOUR

12:00PM 9    BINDER.

12:00PM 10   A.   YES.

12:00PM 11   Q.   ARE YOU THERE?

12:00PM 12   A.   YES.

12:00PM 13   Q.   AND SIR, THIS IS A PRINT OUT OF A BLOG THAT YOU PUBLISHED

12:01PM 14   DECEMBER 19TH, 2014, CORRECT?

12:01PM 15   A.   YES.

12:01PM 16   Q.   AND IF YOU LOOK TO THE VERY BOTTOM OF THAT, WELL, FIRST,

12:01PM 17   LET ME JUST ESTABLISH, YOU WROTE THIS BLOG, CORRECT?

12:01PM 18   A.   THAT'S CORRECT.

12:01PM 19   Q.   AND YOU -- THIS IS A PUBLIC THING THAT YOU TOLD THE PUBLIC,

12:01PM 20   CORRECT?

12:01PM 21   A.   CORRECT.

12:01PM 22   Q.   AND SO IF WE LOOK DOWN AT THE FIRST PAGE OF THAT, YOU SEE

12:01PM 23   WHERE IT SAYS INSINUATIONS COMPARING US TO HUAWEI?

12:01PM 24   A.   YES.

12:01PM 25   Q.   DOESN'T IT SAY, I WAS THE EXECUTIVE IN CHARGE OF INITIATING

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:01PM  1    AND PURSUING THE CISCO LAWSUIT AGAINST HUAWEI?

12:01PM  2    A.   YES.

12:01PM  3    Q.   SO THAT'S A TRUE STATEMENT, RIGHT?

12:01PM  4    A.   YES, BUT I WANT TO BE VERY CLEAR AS TO WHAT IT MEANS.  I

12:01PM  5    WAS THE EXECUTIVE THAT, AS OPPOSED TO AN ATTORNEY, I WAS THE

12:01PM  6    EXECUTIVE WHO URGED US TO PURSUE A LAWSUIT AGAINST HUAWEI.  I

12:01PM  7    WAS NOT RESPONSIBLE FOR CONDUCTING THE LAWSUIT AGAINST HUAWEI.

12:01PM  8    Q.   WELL NOT JUST PURSUE, INITIATE AS WELL, CORRECT?

12:01PM  9    A.   INITIATE, YES, I URGED THE INITIATION OF A LAWSUIT.

12:02PM  10   Q.   SO, SIR, YOU'RE AWARE THAT A COMPLAINT IS A PUBLIC

12:02PM  11   DOCUMENT, CORRECT?

12:02PM  12   A.   YES.

12:02PM  13   Q.   AND YOU'RE AWARE THAT A COMPLAINT DETAILS THE CLAIMS THAT

12:02PM  14   ARE MADE IN THE CASE, CORRECT?

12:02PM  15   A.   CORRECT.

12:02PM  16        MR. NELSON:  AT THIS POINT I MOVE EXHIBIT 4671 INTO

12:02PM  17   EVIDENCE, YOUR HONOR.

12:02PM  18        MR. FERRALL:  NO OBJECTION.

12:02PM  19        THE COURT:  IT WILL BE ADMITTED.

12:02PM  20        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 4671, HAVING BEEN

12:02PM  21   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

12:02PM  22   EVIDENCE.)

12:02PM  23   BY MR. NELSON:

12:02PM  24   Q.   NOW IF WE LOOK HERE, JUST TO REMIND US, WE HAVE THE

12:02PM  25   COMPLAINT, CISCO SYSTEMS AGAINST HUAWEI.  AND IF YOU GO TO THE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:02PM  1    TOP THERE, MR. FISHER, IT WILL HAVE THE FILING DATE OF

12:02PM  2    JANUARY 22ND, 2003.

12:02PM  3        DO YOU SEE THAT?

12:02PM  4    A.  YES.

12:02PM  5    Q.  NOW, SIR, I JUST WANT TO LOOK AT A FEW THINGS IN THIS

12:02PM  6    COMPLAINT.

12:02PM  7        IF YOU LOOK AT THE END OF THE FIRST PARAGRAPH WHICH STARTS

12:03PM  8    ON PAGE 2.  YOU WILL SEE IT SAYS, DEFENDANTS HAVE COPIED

12:03PM  9    CISCO'S PATENTED TECHNOLOGIES, THEY HAVE COPIED THE COPYRIGHTED

12:03PM 10    USER INTERFACE FOR CISCO'S ROUTERS AND THEY HAVE MADE VERBATIM

12:03PM 11    COPIES OF WHOLE PORTIONS OF CISCO'S USER'S MANUALS, AND THERE

12:03PM 12    IS OVERWHELMING EVIDENCE THAT THEY HAVE UNLAWFULLY GAINED

12:03PM 13    ACCESS TO CISCO'S SOURCE CODE AND COPIED IT AS A BASIS FOR THE

12:03PM 14    OPERATING SYSTEM FOR THEIR KNOCK-OFF ROUTER, CORRECT?

12:03PM 15    A.  CORRECT.

12:03PM 16    Q.  THAT WAS A TRUE STATEMENT, CORRECT?

12:03PM 17    A.  YES.

12:03PM 18    Q.  OKAY.  AND SO ONE OF THE CLAIMS THAT WAS BEING MADE IS THAT

12:03PM 19    THERE WERE PATENTED TECHNOLOGIES THAT WERE BEING INFRINGED,

12:03PM 20    CORRECT?

12:04PM 21    A.  CORRECT.

12:04PM 22    Q.  AND ONE OF THE CLAIMS, IN FACT THE SECOND LISTED ONE IS

12:04PM 23    THAT HUAWEI COPIED THE COPYRIGHTED USER INTERFACE FOR CISCO

12:04PM 24    ROUTERS, CORRECT?

12:04PM 25    A.  YES.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:04PM Q. AND THAT'S THE CISCO IOS CLI, CORRECT?

12:04PM A. WELL, AGAIN, THIS IS THE FIRST TIME I'M SEEING THIS DOCUMENT, SO I CAN'T SAY SPECIFICALLY WHAT THIS DOCUMENT IS REFERRING TO, BUT I ASSUME THAT THEY HAVE, BECAUSE THEY COPIED THE ENTIRE SOFTWARE OF CISCO, THAT IT COPIES IN FACT THE COMMAND STRUCTURE AS WELL, MEANING THE CLI.

12:04PM Q. NOW, SIR, CAN YOU TURN TO EXHIBIT 250.

12:05PM A. YES.

12:05PM Q. NOW EXHIBIT 250 IS A COPY OF A DECLARATION OF YOURSELF IN SUPPORT OF PLAINTIFF CISCO'S MOTION FOR PRELIMINARY INJUNCTION, CORRECT?

12:05PM A. YES.

12:05PM Q. SO THIS IS A DECLARATION THAT YOU FILED IN THE CASE, RIGHT?

12:05PM A. THAT'S CORRECT.

12:05PM Q. AND I UNDERSTAND AND THE JUDGE MADE THE ORDER, IT WAS FILED UNDER SEAL?

12:05PM A. YES.

12:05PM Q. UNDER SEAL MEANS THAT IT'S NOT AVAILABLE TO THE PUBLIC, CORRECT?

12:05PM A. YES.

12:05PM Q. GOOD. THE COMPLAINT ON THE OTHER HAND WASN'T FILED UNDER SEAL, CORRECT?

12:05PM A. I DON'T KNOW THAT FOR A FACT, BUT YES, I ASSUME SO.

12:05PM Q. OKAY. NOW I WANT YOU TO LOOK AT THE FIRST PARAGRAPH IN YOUR DECLARATION --

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:05PM  1                MR. NELSON:  ACTUALLY, AT THIS POINT, I GUESS I

12:05PM  2    SHOULD MOVE INTO EVIDENCE EXHIBIT 250 FOR THE PURPOSE

12:05PM  3    YOUR HONOR READ IT FOR.

12:05PM  4                THE COURT:  ANY OBJECTION?

12:05PM  5                MR. FERRALL:  NO OBJECTION.

12:05PM  6                THE COURT:  IT WILL BE ADMITTED.

12:05PM  7            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 250, HAVING BEEN

12:05PM  8    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

12:05PM  9    EVIDENCE.)

12:05PM  10   BY MR. NELSON:

12:05PM  11   Q.   SO IF WE LOOK AT THE VERY FIRST PARAGRAPH, IT SAYS I,

12:06PM  12   CHARLES GIANCARLO, DECLARE AS FOLLOWS:  I MAKE THIS DECLARATION

12:06PM  13   IN SUPPORT OF CISCO SYSTEM, INC.'S AND CISCO TECHNOLOGY,

12:06PM  14   INC.'S, COLLECTIVELY CISCO, MOTION FOR PRELIMINARY INJUNCTION

12:06PM  15   AGAINST HUAWEI TECHNOLOGIES COMPANY, LTD, HUAWEI AMERICA AND

12:06PM  16   FUTUREWEI TECHNOLOGIES.  I HAVE PERSONAL KNOWLEDGE OF THE FACTS

12:06PM  17   SET FORTH IN THIS DECLARATION, AND IF CALLED TO TESTIFY AS A

12:06PM  18   WITNESS, COULD AND WOULD COMPETENTLY TESTIFY TO THEM UNDER

12:06PM  19   OATH; RIGHT?

12:06PM  20   A.   YES.

12:06PM  21   Q.   SO THAT'S SOMETHING THAT YOU DECLARED TO THE COURT THAT YOU

12:06PM  22   HAD PERSONAL KNOWLEDGE OF THE FACTS THAT ARE CONTAINED IN THAT

12:06PM  23   DECLARATION, CORRECT?

12:06PM  24   A.   THAT'S CORRECT.

12:06PM  25   Q.   AND IF WE LOOK AT THE VERY END OF EXHIBIT 250, YOU SEE THIS

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:07PM 1    ENDS BY SAYING, I DECLARE UNDER PENALTY OF PERJURY UNDER THE

12:07PM 2    LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND

12:07PM 3    CORRECT.  EXECUTED THIS THIRD DAY OF FEBRUARY 2003 AT SAN JOSE,

12:07PM 4    CALIFORNIA.  AND THEN THAT'S YOUR SIGNATURE, SIR?

12:07PM 5    A.  YES.

12:07PM 6    Q.  SO YOU DECLARED UNDER PENALTY OF PERJURY THAT YOU HAD

12:07PM 7    PERSONAL KNOWLEDGE OF THE FACTS THAT WERE CONTAINED IN THAT

12:07PM 8    DECLARATION, CORRECT?

12:07PM 9    A.  YES.

12:07PM 10   Q.  AND THAT WAS A TRUE STATEMENT, RIGHT?

12:07PM 11   A.  YES.

12:07PM 12   Q.  SO YOU WERE SUPER CAREFUL WHEN YOU WENT THROUGH THAT

12:07PM 13   DECLARATION AND YOU READ EVERYTHING AND YOU MADE SURE THAT YOU

12:07PM 14   UNDERSTOOD EVERYTHING THAT WAS BEING SAID, CORRECT?

12:07PM 15   A.  I DID.

12:07PM 16   Q.  BECAUSE YOU UNDERSTAND THAT PERJURY IS A SERIOUS THING,

12:07PM 17   RIGHT, SIR?

12:07PM 18   A.  INDEED.

12:07PM 19   Q.  SO NOW, LET'S LOOK AT SOME THINGS IN THE DECLARATION.

12:07PM 20           THE COURT:  WELL, I DON'T WANT TO -- MAYBE THIS WOULD

12:07PM 21   THEN BE THE TIME TO STOP.  I WANTED TO LET YOU LAY THE GROUND

12:07PM 22   WORK, I DON'T WANT TO INTERRUPT YOU IN THE MIDDLE.

12:07PM 23           MR. NELSON:  ALL RIGHT.  THANK YOU, YOUR HONOR.  I

12:08PM 24   APPRECIATE THAT.

12:08PM 25           THE COURT:  IT IS TIME FOR OUR LUNCH BREAK.  I'M SURE

964

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:08PM 1    EVERYONE IS WATCHING THE CLOCK.

12:08PM 2        LET'S TAKE OUR ONE-HOUR LUNCH BREAK AND COME BACK AT TEN

12:08PM 3    MINUTES PAST 1:00.

12:08PM 4        (WHEREUPON A RECESS WAS TAKEN.)

12:08PM 5        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN THE

01:14PM 6    PRESENCE OF THE JURY:)

01:14PM 7            THE COURT:  WE HAVE ALL OF OUR JURORS HERE AND WE ARE

01:15PM 8    GOING TO GET STARTED.  LET'S BRING MR. GIANCARLO BACK UP TO THE

01:15PM 9    WITNESS STAND.  HERE HE COMES.

01:15PM 10        AND MR. NELSON, YOU MAY CONTINUE.

01:15PM 11            MR. NELSON:  THANK YOU, YOUR HONOR.

01:15PM 12   Q.   GOOD AFTERNOON.

01:15PM 13        SO LET ME GO BACK TO EXHIBIT 250, THAT'S WHAT WE WERE

01:15PM 14   TALKING ABOUT BEFORE LUNCH, WHICH IS YOUR DECLARATION FILED IN

01:15PM 15   SUPPORT OF THE MOTION FOR PRELIMINARY INJUNCTION.

01:15PM 16        SO JUST AS LITTLE BACKGROUND, YOU UNDERSTAND THE

01:15PM 17   PRELIMINARY INJUNCTION MOTION WAS A MOTION BY CISCO TO GET

01:15PM 18   HUAWEI TO STOP USING CISCO'S INTELLECTUAL PROPERTY, RIGHT?

01:15PM 19   A.   YES.

01:15PM 20   Q.   SO THE DECLARATION YOU FILED WAS TO THE COURT IN SUPPORT OF

01:16PM 21   THAT, CORRECT?

01:16PM 22   A.   THAT'S CORRECT.

01:16PM 23   Q.   SO IN OTHER WORDS, THAT WAS WHAT THE FACTS THAT YOU, FROM

01:16PM 24   YOUR PERSONAL KNOWLEDGE THAT YOU WANTED TO GIVE THE COURT TO

01:16PM 25   CONSIDER WHEN THE COURT WAS DECIDING THE MOTION OF WHETHER

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:16PM 1    HUAWEI WAS TO STOP USING CISCO'S INTELLECTUAL PROPERTY,

01:16PM 2    CORRECT?

01:16PM 3    A.  YES.

01:16PM 4    Q.  SO -- NOW I THINK YOU SAID BEFORE THE BREAK, I WON'T SAY

01:16PM 5    THIS MORNING BECAUSE IT COULD HAVE BEEN SHORTLY AFTER NOON, BUT

01:16PM 6    BEFORE THE BREAK THAT YOU HADN'T SEEN THE COMPLAINT; IS THAT

01:16PM 7    RIGHT?

01:16PM 8    A.  I HAD NOT.

01:16PM 9    Q.  NOW I WANT TO TAKE YOU, EXHIBIT 250, AND I WANT YOU TO GO

01:16PM 10   TO PARAGRAPH 11.  THIS IS YOUR DECLARATION THAT WAS SWORN UNDER

01:16PM 11   PENALTY OF PERJURY, SIR.  AND IF WE BLOW UP PARAGRAPH 11, IT

01:17PM 12   SAYS, AS DETAILED IN CISCO'S COMPLAINT, HUAWEI HAS ENGAGED IN

01:17PM 13   WHOLESALE THEFT AND COPYING OF CISCO'S INTELLECTUAL PROPERTY TO

01:17PM 14   DEVELOP ITS QUIDWAY ROUTERS.  ACCORDING TO CISCO'S ALLEGATIONS,

01:17PM 15   THAT THEFT INCLUDING THE ADOPTION OF CISCO'S PATENTED

01:17PM 16   PROCESSES, THE UNLAWFUL ACCESS TO AND COPYING OF CISCO'S

01:17PM 17   PROPRIETARY IOS SOURCE CODE, THE COPING OF CISCO'S CLI AND THE

01:17PM 18   COPYING OF CISCO'S COPYRIGHTED USER MANUALS.

01:17PM 19       DO YOU SEE THAT, SIR?

01:17PM 20   A.  YES, I DO.

01:17PM 21   Q.  SO IF WE GO BACK TO PARAGRAPH 1 OF YOUR DECLARATION, THAT

01:17PM 22   SAYS UNEQUIVOCALLY SIR, I HAVE PERSONAL KNOWLEDGE OF THE FACTS

01:17PM 23   SET FORTH IN THIS DECLARATION, AND IF CALLED TO TESTIFY AS A

01:18PM 24   WITNESS, COULD AND WOULD COMPETENTLY TESTIFY TO THEM UNDER

01:18PM 25   OATH, CORRECT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:18PM  1   A.   YES.

01:18PM  2   Q.   AND YOU DECLARED TO THE COURT, CERTAIN THINGS THAT WERE

01:18PM  3   DETAILED IN THE COMPLAINT?

01:18PM  4   A.   YES.

01:18PM  5   Q.   AND YOU ALSO SUMMARIZED FOR THE COURT CISCO'S ALLEGATIONS

01:18PM  6   IN THAT COMPLAINT, RIGHT?

01:18PM  7   A.   YES.

01:18PM  8   Q.   SO YOU MUST HAVE REVIEWED THAT COMPLAINT AND READ THAT

01:18PM  9   COMPLIANT IN ORDER TO MAKE THAT REPRESENTATION TO THE COURT,

01:18PM  10  CORRECT?

01:18PM  11  A.   I WAS ASSURED OF THESE FACTS BY THE CISCO ATTORNEYS AT THE

01:18PM  12  TIME.

01:18PM  13  Q.   SO WHAT YOU ARE SAYING IS IT'S OKAY FOR YOU TO SAY THAT YOU

01:18PM  14  HAVE PERSONAL KNOWLEDGE OF THE FACTS WHEN YOU DON'T?

01:18PM  15  A.   I HAD NO REASON TO BELIEVE THAT THE CISCO ATTORNEYS WOULD

01:18PM  16  TELL ME THAT THESE FACTS WERE IN THEIR COMPLAINT, THERE WAS NO

01:18PM  17  REASON FOR ME TO DOUBT THAT.

01:18PM  18  Q.   SO, SIR, YOU SIGNED THIS UNDER PENALTY OF PERJURY, CORRECT?

01:18PM  19  A.   THAT'S CORRECT.

01:18PM  20  Q.   AND YOU UNDERSTOOD THAT THAT WAS A SERIOUS THING, CORRECT?

01:18PM  21  A.   YES.

01:18PM  22  Q.   DO YOU THINK THAT IT'S OKAY TO SIMPLY RELY ON WHAT THE

01:18PM  23  LAWYERS TELL YOU AND THEN SIGN SOMETHING THAT SAYS THAT YOU

01:18PM  24  HAVE PERSONAL KNOWLEDGE OF THOSE FACTS?

01:19PM  25  A.   I HAD PERSONAL KNOWLEDGE THAT HUAWEI COPIED OUR SOURCE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:19PM 1  CODE.  I HAD PERSONAL KNOWLEDGE THAT IN FACT THEY COPIED

01:19PM 2  MANUALS.  I HAD PERSONAL KNOWLEDGE THAT THEY COPIED THE LOOK

01:19PM 3  AND FEEL OF OUR PRODUCTS.  SO I HAD PERSONAL KNOWLEDGE OF ALL

01:19PM 4  OF THAT.

01:19PM 5       I DID NOT READ THE COMPLAINT.  I'M NOT AN ATTORNEY.  I WAS

01:19PM 6  ASSURED THAT THOSE ARE THE THINGS -- I WAS ASSURED BY THE

01:19PM 7  ATTORNEYS THAT THOSE ARE THE THINGS THAT WERE IN THE COMPLAINT.

01:19PM 8  Q.  SO THAT ASSURANCE SATISFIED YOU THAT EVERYTHING THAT WAS

01:19PM 9  STATED IN THAT COMPLAINT WAS TRUE, ACCURATE AND FACTUAL,

01:19PM 10  CORRECT?

01:19PM 11  A.  I DID NOT STATE IN THIS DECLARATION THAT EVERYTHING IN THE

01:19PM 12  COMPLAINT WAS TRUE AND FACTUAL.

01:19PM 13  Q.  YOU SAID THAT EVERYTHING THAT WAS PUT IN THE DECLARATION

01:19PM 14  WAS OF YOUR PERSONAL KNOWLEDGE AND WAS TRUE AND FACTUAL,

01:19PM 15  CORRECT?

01:19PM 16  A.  THAT'S CORRECT.

01:19PM 17  Q.  AND YOU REFERENCED IN YOUR DECLARATION THE ALLEGATIONS IN

01:19PM 18  THE COMPLAINT, CORRECT?

01:19PM 19  A.  I REFERENCED -- YES, AS DETAILED IN THAT COMPLAINT I

01:20PM 20  REFERENCED THOSE ALLEGATIONS, CORRECT.

01:20PM 21  Q.  OKAY.  SO WHATEVER ASSURANCES YOU GOT, YOU WERE SATISFIED

01:20PM 22  TO DECLARE UNDER PENALTY OF PERJURY THAT YOU HAD PERSONAL

01:20PM 23  KNOWLEDGE OF THE FACTS AND UNDERSTOOD CISCO'S ALLEGATIONS,

01:20PM 24  CORRECT?

01:20PM 25  A.  I'M GOING TO BE CLEAR.  I HAD PERSONAL KNOWLEDGE THAT

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:20PM  1   HUAWEI HAD COPIED OUR SOFTWARE, THAT THE MANUALS WERE COPIED,

01:20PM  2   THAT THE PRODUCTS HAD THE LOOK AND FEEL.  I HAD PERSONAL

01:20PM  3   KNOWLEDGE OF THOSE THINGS.

01:20PM  4       I ASSUMED, BASED ON THE ASSURANCES THAT WERE GIVEN TO ME BY

01:20PM  5   THE ATTORNEYS, THAT WHEN THEY SAID THEY PUT IT IN THE

01:20PM  6   COMPLAINT, THAT THEY PUT IT IN THE COMPLAINT.

01:20PM  7   Q.  SO SIR, WHEN YOU SAY THE LOOK AND FEEL, YOU ARE REFERRING

01:20PM  8   TO CISCO'S CLI, CORRECT?

01:20PM  9   A.  NO, I'M REFERRING TO THE ACTUAL LOOK AND FEEL OF THE

01:20PM  10  PRODUCTS THEMSELVES, THE WAY THEY LOOK, THE COLORS, WHERE THE

01:20PM  11  PORTS ARE, ET CETERA.

01:20PM  12  Q.  YOU DON'T THINK THE CASE HAD ANYTHING TO DO WITH THE CLI?

01:20PM  13  A.  NO, I DIDN'T SAY THAT, BUT IF YOU WANT TO ASK ME SPECIFIC

01:20PM  14  QUESTIONS ON THAT, I'M GLAD TO ANSWER.

01:21PM  15  Q.  WELL, THAT WAS AN ANSWER-SPECIFIC QUESTION.

01:21PM  16      I SAID YOU DON'T THINK THE HUAWEI CASE HAD ANYTHING TO DO

01:21PM  17  WITH HUAWEI'S COPYING OF CISCO'S IOS CLI?

01:21PM  18  A.  I THINK THEY COPIED IOS IN ITS ENTIRETY, INCLUDING THE CLI.

01:21PM  19  Q.  NOW SIR, CAN I TAKE YOU TO PARAGRAPH 8 OF YOUR DECLARATION?

01:21PM  20  A.  YES.

01:21PM  21  Q.  AND YOU WILL SEE THAT YOU DECLARED A KEY COMPONENT OF

01:21PM  22  CISCO'S COPYRIGHTED IOS PROGRAMS IS CISCO'S COPYRIGHTED

01:21PM  23  COMMAND-LINE INTERFACE, DEFINED AS CLI, CORRECT?

01:21PM  24  A.  THAT'S RIGHT.

01:21PM  25  Q.  AND THAT WAS A TRUE STATEMENT, CORRECT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:21PM 1    A.   YES.

01:21PM 2    Q.   AND THAT'S WHAT YOU AS THE TOP ENGINEER AT CISCO BELIEVED

01:21PM 3    AT THE TIME?

01:21PM 4    A.   YES.

01:21PM 5    Q.   AND THAT'S WHAT YOU UNDERSTOOD TO BE A FACT, CORRECT?

01:21PM 6    A.   YES.

01:21PM 7    Q.   AND IT GOES ON TO SAY, THE CLI IS THE INTERFACE BY WHICH

01:21PM 8    USERS COMMUNICATE WITH CISCO ROUTERS.  IT CONSISTS OF AN

01:21PM 9    ELABORATE STRUCTURE OF TEXTUAL COMMANDS THAT ALLOW AN

01:22PM 10   INFORMATION TECHNOLOGY MANAGER TO CONFIGURE AND MANAGE THE

01:22PM 11   ROUTER.

01:22PM 12        DO YOU SEE THAT?

01:22PM 13   A.   YES.

01:22PM 14   Q.   AND THAT WAS A TRUE STATEMENT, CORRECT?

01:22PM 15   A.   YES.

01:22PM 16   Q.   AND THAT'S REFERRING TO THE CLI, THE USER INTERFACE,

01:22PM 17   CORRECT?

01:22PM 18   A.   THAT'S CORRECT.

01:22PM 19   Q.   AND IF I GO FORWARD TO PARAGRAPH 11 WHERE YOU REFERENCED

01:22PM 20   THE ALLEGATIONS IN THE COMPLAINT -- AND WE CAN PUT THAT UP ON

01:22PM 21   THE SCREEN, MR. FISHER.  ONE OF THE THINGS YOU LIST IS THE

01:22PM 22   COPYING OF CISCO'S CLI, CORRECT?

01:22PM 23   A.   CORRECT.

01:22PM 24   Q.   SO WHAT YOU WERE REFERRING TO THERE, WHAT YOU DECLARED

01:22PM 25   UNDER PENALTY OF PERJURY TO THE COURT THAT WAS ONE OF THE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:22PM  1    THINGS THAT HUAWEI DID WAS COPY CISCO'S USER INTERFACE,

01:22PM  2    CORRECT?

01:22PM  3    A.   THAT'S CORRECT.

01:22PM  4    Q.   THE CLI?

01:22PM  5    A.   CORRECT.

01:22PM  6    Q.   NOW IF WE GO FORWARD TO PARAGRAPH 12.  IF WE GO DOWN TO THE

01:23PM  7    SECOND SENTENCE THERE, IT SAYS CISCO'S PROPRIETARY IOS IS ONE

01:23PM  8    OF THE COMPANY'S MOST VALUABLE ASSETS AND A CRITICAL COMPONENT

01:23PM  9    OF CISCO'S BUSINESS.

01:23PM  10        DO YOU SEE THAT?

01:23PM  11   A.   YES.

01:23PM  12   Q.   THE SAME HOLDS TRUE FOR THE CLI USER INTERFACE, CORRECT?

01:23PM  13   A.   YES.

01:23PM  14   Q.   SO WHAT YOU WERE SAYING THERE AND WHAT YOU WERE DECLARING

01:23PM  15   TO THE COURT, A FACT OF WHEN WHICH YOU HAD PERSONAL KNOWLEDGE,

01:23PM  16   WAS THAT THE CLI USER INTERFACE WAS ALSO ONE OF THE COMPANY'S

01:23PM  17   MOST VALUABLE ASSETS?

01:23PM  18   A.   YES.

01:23PM  19   Q.   AND THAT WAS CISCO'S BELIEF AS OF 2003, CORRECT?

01:23PM  20   A.   YES.

01:23PM  21   Q.   AND THAT WAS YOUR BELIEF AS THE TOP ENGINEER AT CISCO?

01:23PM  22   A.   YES.

01:23PM  23   Q.   NOW I WANT TO GO TO EXHIBIT 4671.

01:24PM  24        SO LET'S GO BACK TO THE COMPLAINT NOW.  4671.  DO YOU HAVE

01:24PM  25   THAT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:24PM  1    A.  YES.

01:24PM  2    Q.  AND I WANT TO LOOK AT PARAGRAPH 12.  THIS IS TOWARDS THE

01:24PM  3    BOTTOM OF PAGE 5, THEN CONTINUING TO THE TOP OF PAGE 6.  ARE

01:24PM  4    YOU THERE, SIR?

01:24PM  5    A.  YES.

01:24PM  6    Q.  OKAY.  THANK YOU.

01:24PM  7        IT SAYS, WHILE DEFENDANT'S CLAIM OF INTEROPERABILITY ARE

01:25PM  8    DUBIOUS, IT IS APPARENT THAT THEIR ATTEMPT TO PRODUCE A

01:25PM  9    CISCO -- IN THEIR ATTEMPT TO PRODUCE A CISCO CLONE, DEFENDANTS

01:25PM  10   ENGAGED IN WHOLESALE THEFT OF CISCO'S INTELLECTUAL PROPERTY.

01:25PM  11       DO YOU SEE THAT?

01:25PM  12   A.  YES.

01:25PM  13   Q.  AND YOU WERE SATISFIED AS THE EXECUTIVE IN CHARGE OF

01:25PM  14   INITIATING AND PURSUING THE CISCO LAWSUIT THAT THAT WAS A TRUE

01:25PM  15   AND ACCURATE STATEMENT, CORRECT?

01:25PM  16   A.  WELL, AGAIN, I DID NOT HAVE THIS DOCUMENT AT THE TIME.  I'M

01:25PM  17   READING IT NOW.  I'M NOT ACTUALLY SURE WHAT IT MEANS.  OH, I

01:25PM  18   SEE IT, HOLD ON ONE MOMENT.

01:25PM  19       YEAH, I CAN'T SAY THAT I FULLY UNDERSTAND WHAT THIS

01:25PM  20   ACTUALLY REFERS TO.

01:25PM  21   Q.  OKAY.  WELL, LET'S READ THE NEXT PART.

01:26PM  22       AND THAT NEXT PART IN THAT VERY SAME PARAGRAPH OF THE

01:26PM  23   COMPLAINT SAYS, THAT THEFT INCLUDES THE ADOPTION OF CISCO'S

01:26PM  24   PATENTED PROCESSES, THE SYSTEMATIC COPYING OF CISCO'S

01:26PM  25   COPYRIGHTED COMMAND-LINE INTERFACE, THE COPYING OF CISCO'S

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:26PM  1    PROPRIETARY IOS SOURCE CODE AND THE SYSTEMATIC COPYING OF

01:26PM  2    CISCO'S USER MANUALS.

01:26PM  3         DO YOU SEE THAT?

01:26PM  4    A.  I DO.

01:26PM  5    Q.  NOW IF I GO TO PARAGRAPH 11 OF YOUR DECLARATION, NOW I'M

01:26PM  6    BACK TO EXHIBIT 250 --

01:26PM  7    A.  YES.

01:26PM  8    Q.  AND AGAIN, THIS IS YOUR STATEMENT TO THE COURT ABOUT WHAT'S

01:26PM  9    DETAILED IN CISCO'S COMPLAINT, CORRECT?

01:26PM  10   A.  YES.

01:26PM  11   Q.  AND YOU SPECIFICALLY REFER TO, ACCORDING TO CISCO'S

01:26PM  12   ALLEGATION, THAT THEFT INCLUDES THE ADOPTION OF CISCO'S

01:26PM  13   PATENTED PROCESSES, THE UNLAWFUL ACCESS AND COPYING OF CISCO'S

01:26PM  14   PROPRIETARY IOS SOURCE CODE, THE COPYING OF CISCO'S CLI, AND

01:26PM  15   THE COPYING OF CISCO'S COPYRIGHTED USER MANUALS, CORRECT?

01:27PM  16   A.  YES.

01:27PM  17   Q.  SO THOSE ALLEGATIONS ARE FROM THE SAME PARAGRAPH THAT YOU

01:27PM  18   SAID YOU DIDN'T KNOW ANYTHING ABOUT, CORRECT?

01:27PM  19   A.  I HAD NOT REVIEWED, TO BE VERY CLEAR, I HAD NOT REVIEWED

01:27PM  20   THE COMPLAINT PRIOR TO -- PRIOR TO THIS TRIAL.  I HAD NOT

01:27PM  21   REVIEWED THE COMPLAINT DURING THAT PERIOD OF TIME WE ARE

01:27PM  22   TALKING ABOUT.

01:27PM  23   Q.  BUT SIR, THEN WHY DID YOU FILE A DECLARATION UNDER --

01:27PM  24   SAYING YOU HAD PERSONAL KNOWLEDGE OF THE FACTS UNDER PENALTY OF

01:27PM  25   PERJURY WHERE YOU REFERRED SPECIFICALLY AND REPRESENTED TO THE

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:27PM  1    COURT WHAT THE ALLEGATIONS OF THE COMPLAINT WERE?

01:27PM  2    A.    I HAD PERSONAL KNOWLEDGE OF THE FACTS.  I DID NOT REVIEW

01:27PM  3    THE ACTUAL COMPLAINT.

01:27PM  4    Q.    NOW LET ME GO A LITTLE BIT FORWARD IN THIS COMPLAINT.  AND

01:27PM  5    YOU WILL SEE THAT THE VERY FIRST THING THAT'S DEFINED IS

01:28PM  6    CISCO'S COPYRIGHT PROTECTION.

01:28PM  7        DO YOU SEE THAT?

01:28PM  8        THIS WILL BE ON PAGE 6, MR. FISHER, OF EXHIBIT 4671.  AND

01:28PM  9    THAT STARTS AT PARAGRAPH 13.  ARE YOU THERE, SIR?

01:28PM  10   A.    YES.

01:28PM  11   Q.    AND YOU WILL SEE THAT TOWARDS THE BOTTOM OF PARAGRAPH 13 IT

01:28PM  12   SAYS, THE FOLLOWING CISCO'S COPYRIGHTED WORK CONSISTS OF THEIR

01:28PM  13   RESPECTIVE COMPUTER CODE, IOS SOFTWARE PROGRAMS, THE

01:28PM  14   COMMAND-LINE INTERFACE AND THE CORRESPONDING SCREEN DISPLAYS,

01:28PM  15   CLI, AND THE CORRESPONDING IOS USER MANUALS.

01:28PM  16       DO YOU SEE THAT?

01:28PM  17   A.    I DO.

01:28PM  18   Q.    SO THOSE WERE THE COPYRIGHTED WORKS BEING CLAIMED IN THE

01:28PM  19   HUAWEI CASE, CORRECT?

01:28PM  20   A.    IT SAYS SO IN THIS COMPLAINT, YES.

01:28PM  21   Q.    AND YOU AS THE EXECUTIVE IN CHARGE OF INITIATING AND

01:28PM  22   PURSUING THE CLAIMS AGAINST HUAWEI, UNDERSTOOD THAT, CORRECT?

01:29PM  23   A.    I DID NOT KNOW THESE DETAILS, NO.

01:29PM  24       AGAIN, I KNEW THEY COPIED MANUALS, I DID NOT GO THROUGH THE

01:29PM  25   PROCESS OF DOCUMENTING EACH AND EVERY MANUAL THAT THEY HAD

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:29PM 1    COPIED.

01:29PM 2    Q.   SO IF WE GO TO THE VERY NEXT SECTION, IN FACT THE FIRST

01:29PM 3    SECTION IN THE COMPLAINT SAYS, COPYING -- EXCUSE ME.  THE VERY

01:29PM 4    NEXT SECTION AFTER THE COPYRIGHT PROTECTION SAYS, COPYING OF

01:29PM 5    COMMAND-LINE INTERFACE.

01:29PM 6        DO YOU SEE THAT?

01:29PM 7    A.   NO, I'M SORRY, WHAT PARAGRAPH ARE YOU TALKING ABOUT?

01:29PM 8    Q.   THIS WOULD BE RIGHT ABOVE PARAGRAPH 15.

01:29PM 9    A.   OKAY.  YES, I SEE THIS.

01:29PM 10   Q.   AND THERE, IN PARAGRAPH 15, IT SAYS A KEY COMPONENT OF THE

01:29PM 11   COPYRIGHTED IOS SOFTWARE PROGRAM IS THE COMMAND-LINE INTERFACE

01:29PM 12   OR CLI --

01:29PM 13   A.   YEAH.

01:29PM 14   Q.   THE CLI IS THE USER INTERFACE BY WHICH USERS OF CISCO

01:30PM 15   ROUTERS COMMUNICATE WITH THE ROUTERS.

01:30PM 16       DO YOU SEE THAT?

01:30PM 17   A.   I DO.

01:30PM 18   Q.   SO YOU UNDERSTOOD THAT TO BE REFERRING TO THE COMMAND-LINE

01:30PM 19   INTERFACE, THE CLI, CORRECT?

01:30PM 20   A.   THAT'S CORRECT.

01:30PM 21   Q.   AND IF WE CONTINUE ON TO PAGE OR PARAGRAPH 16, RATHER, A

01:30PM 22   LITTLE BIT FATHER DOWN, IT SAYS, CISCO'S CLI IS A UNIQUE,

01:30PM 23   EXPRESSIVE WORK THAT HAS BEEN DEVELOPED OVER MANY YEARS OF

01:30PM 24   CREATIVE ENDEAVOR.  OTHER MANUFACTURERS OF NETWORK ROUTERS HAVE

01:30PM 25   THEIR OWN COMMAND-LINE INTERFACES THAT DIFFER FROM CISCO'S,

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:30PM  1    BOTH IN TERMS OF THE PARTICULAR COMMANDS AND IN THE

01:30PM  2    ORGANIZATION OF THOSE COMMANDS.

01:30PM  3        DO YOU SEE THAT?

01:30PM  4    A.  I DO.

01:30PM  5    Q.  AND AS THE EXECUTIVE IN CHARGE OF INITIATING AND PURSUING

01:30PM  6    THE LAWSUIT, YOU UNDERSTOOD THIS TO BE REPRESENTING CISCO'S

01:30PM  7    POSITION AT THE TIME THIS COMPLAINT WAS FILED, CORRECT?

01:30PM  8    A.  NO, BECAUSE I NEVER SAW THIS COMPLAINT.

01:30PM  9    Q.  SIR, YOU DECLARED UNDER PENALTY OF PERJURY TO THE COURT

01:30PM 10    THAT YOU UNDERSTOOD THE ALLEGATIONS OF THE COMPLAINT, DIDN'T

01:31PM 11    YOU?

01:31PM 12    A.  NO.  I DON'T BELIEVE I DID.

01:31PM 13        I UNDERSTOOD THAT WE WERE MAKING A COMPLAINT, I UNDERSTOOD

01:31PM 14    THAT SOME OF THE COMPLAINTS WERE -- THAT SOME OF THE COMPLAINTS

01:31PM 15    WERE THAT THEY COPIED SOURCE CODE, THEY COPIED MANUALS, THEY

01:31PM 16    COPIED OTHER ASPECTS OF THE PRODUCTS, THE CLI AS PART OF THE

01:31PM 17    IOS, BUT I DIDN'T SAY THAT I UNDERSTOOD ALL ASPECTS OF THE

01:31PM 18    COMPLAINT AGAINST HUAWEI.

01:31PM 19    Q.  YOU UNDERSTOOD THAT HUAWEI COPIED THE CLI, CORRECT?

01:31PM 20    A.  YES.

01:31PM 21    Q.  AND YOU UNDERSTOOD THAT THAT WAS A COMPLAINT -- EXCUSE

01:31PM 22    ME -- A CLAIM IN THE CASE, CORRECT?

01:31PM 23    A.  I UNDERSTOOD THAT WOULD BE A CLAIM IN THE CASE, YES.

01:31PM 24    Q.  AND YOU WERE SATISFIED FROM WHATEVER ASSURANCES YOU'VE

01:31PM 25    RECEIVED, THAT THE STATEMENTS MADE IN THE COMPLAINT ACCURATELY

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:31PM  1    REFLECTED CISCO'S POSITION AT THE TIME, CORRECT?

01:31PM  2    A.   I UNDERSTOOD THAT CISCO BELIEVED THAT THEY ACCURATELY

01:32PM  3    COVERED CISCO'S ISSUES AT THE TIME, YES.

01:32PM  4    Q.   SO IF I GO TO THE END OF THAT PARAGRAPH, IT SAYS CISCO'S

01:32PM  5    CLI REPRESENTS ITS OWN ORIGINAL EXPRESSION AS ONE WAY TO

01:32PM  6    PROVIDE THIS COMMUNICATION.

01:32PM  7         DO YOU SEE THAT?

01:32PM  8    A.   I DO.

01:32PM  9    Q.   AND YOU BELIEVE THAT THAT WAS AN ACCURATE STATEMENT OF

01:32PM  10   CISCO'S POSITION, CORRECT?

01:32PM  11   A.   IT MUST HAVE BEEN, YES.

01:32PM  12   Q.   YOU AS THE EXECUTIVE OF INITIATING AND PURSUING THE LAWSUIT

01:32PM  13   AGAINST HUAWEI, WOULD NOT HAVE ALLOWED THE COMPANY TO PURSUE

01:32PM  14   CLAIMS THAT IT DIDN'T BELIEVE, CORRECT?

01:32PM  15   A.   I WAS NOT INVOLVED IN THE CLAIMS.  A CONSTRUCTION THAT

01:32PM  16   CISCO PUT TOGETHER.  SO I WAS NOT IN THE POSITION TO ALLOW OR

01:32PM  17   NOT ALLOW CLAIMS TO BE MADE AGAINST HUAWEI.

01:32PM  18        I WAS -- I INITIATED THE CASE.  EVERY NOW AND THEN I WOULD

01:32PM  19   REVIEW WITH THE ATTORNEYS, BUT THE ATTORNEYS WERE FULLY ENGAGED

01:33PM  20   AND FULLY RESPONSIBLE FOR PURSUING THE DETAILS OF THE CASE.

01:33PM  21   Q.   SIR, ARE YOU TELLING ME THAT THE STATEMENTS THAT I JUST

01:33PM  22   LOOKED AT CONCERNING CISCO'S ALLEGATIONS REGARDING THE CLI ARE

01:33PM  23   FALSE?

01:33PM  24   A.   I'M TELLING YOU THAT I DID NOT REVIEW THEM AT THE TIME AND

01:33PM  25   YOU ARE ASKING ME IF I BELIEVED THESE STATEMENTS AND I'M

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:33PM 1    TELLING YOU THAT I DID NOT BELIEVE THEM -- I DID NOT REVIEW

01:33PM 2    THEM AT THE TIME.

01:33PM 3    Q.   BUT YOU TOLD THE COURT THAT YOU DID?

01:33PM 4    A.   I DID NOT TELL THE COURT THAT I DID.

01:33PM 5    Q.   SO LET ME CONTINUE.

01:33PM 6        IF YOU GO TO PARAGRAPH 18 OF THE COMPLAINT, THIS IS IN THE

01:33PM 7    SAME SECTION REGARDING COPYING OF THE CLI.  IT SAYS, SO MUCH OF

01:34PM 8    THE CISCO CLI IS DUPLICATED IN THE DEFENDANT'S INTERFACE, THAT

01:34PM 9    AN IT MANAGER FAMILIAR WITH THE CISCO CLI WOULD NOT HAVE TO BE

01:34PM 10   RETRAINED IN ORDER TO OPERATE ONE OF HUAWEI'S QUIDWAY ROUTERS,

01:34PM 11   SWITCHES OR PRODUCTS THAT USE VRP.

01:34PM 12       DO YOU SEE THAT?

01:34PM 13   A.   YES.

01:34PM 14   Q.   AND YOU HAVE NO REASON TO DISPUTE THAT, CORRECT?

01:34PM 15   A.   NO.

01:34PM 16   Q.   AND YOU HAVE NO REASON TO DISPUTE THAT WAS CISCO'S POSITION

01:34PM 17   AT THE TIME, RIGHT?

01:34PM 18   A.   CORRECT.

01:34PM 19   Q.   AND NOW I FINISHED THAT PARAGRAPH BY SAYING BY CHOOSING

01:34PM 20   COPYRIGHT INFRINGEMENT OVER INDEPENDENT DEVELOPMENT, DEFENDANTS

01:34PM 21   ARE ATTEMPTING TO COMPETE WITH CISCO BY STEALING CISCO'S

01:34PM 22   INNOVATIONS INSTEAD OF CREATING THEIR OWN AS WELL AS AVOIDING

01:34PM 23   THE PROCESS OF TRAINING POTENTIAL USERS IN A SEPARATE

01:34PM 24   INTERFACE.

01:34PM 25       DO YOU SEE THAT, SIR?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:34PM 1    A.   YES.

01:34PM 2    Q.   AND YOU HAVE NO REASON TO DISPUTE THAT THAT WAS AN ACCURATE

01:34PM 3    STATEMENT, CORRECT?

01:34PM 4    A.   CORRECT.

01:34PM 5    Q.   NOW, IT'S THE NEXT SECTION, IN OTHER WORDS THE FOLLOWING

01:35PM 6    SECTION IN THE COMPLAINT THAT GETS INTO COPYING OF IOS SOURCE

01:35PM 7    CODE, CORRECT?

01:35PM 8    A.   YES, I SEE THAT.

01:35PM 9    Q.   SO IN CISCO'S COMPLAINT, THE COPYING OF THE COMMAND-LINE

01:35PM 10   INTERFACE WAS ACTUALLY THE VERY FIRST CLAIM THAT WAS DETAILED,

01:35PM 11   CORRECT?

01:35PM 12   A.   THAT'S WHAT I SEE NOW, YES.

01:35PM 13   Q.   NOW SIR, IF I GO BACK TO YOUR DECLARATION, AND I WANT TO GO

01:35PM 14   BACK TO PARAGRAPH 12, WE WERE LOOKING AT THAT.

01:35PM 15   A.   YES.

01:35PM 16   Q.   I WILL GO BACK UP TO WHERE WE WERE FOR THE CONTEXT, BUT

01:35PM 17   THIS IS THE PART WHERE WE SAY, CISCO'S PROPRIETARY IOS IS ONE

01:35PM 18   OF THE COMPANY'S MOST VALUABLE ASSETS AND A CRITICAL COMPONENT

01:35PM 19   OF CISCO'S BUSINESS.  THE SAME HOLDS TRUE FOR THE CLI USER

01:35PM 20   INTERFACE IMPLEMENTED BY THE IOS.  THIS USER INTERFACE, WHICH

01:36PM 21   IS UNIQUE TO CISCO, HAS BEEN DEVELOPED OVER MANY YEARS THROUGH

01:36PM 22   THE EXPENDITURE BY CISCO OF HUNDREDS OF MILLIONS OF DOLLARS.

01:36PM 23       DO YOU SEE IS THAT?

01:36PM 24   A.   I DO.

01:36PM 25   Q.   AND THAT WAS A TRUE STATEMENT, RIGHT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:36PM  1    A.  WELL, I HAVE TO SAY THAT THIS IS A POORLY WRITTEN SENTENCE.

01:36PM  2    THE WAY THAT I HAD INTERPRETED IT AT THE TIME WAS REFERRING TO

01:36PM  3    IOS SOFTWARE.

01:36PM  4    Q.  SIR, LET'S LOOK AT WHAT IT SAYS.

01:36PM  5    A.  YEAH.

01:36PM  6    Q.  IT SAYS THIS SAME HOLDS TRUE FOR THE CLI USER INTERFACE

01:36PM  7    IMPLEMENTED BY THE IOS, RIGHT?

01:36PM  8    A.  YES.

01:36PM  9    Q.  AND YOU ALREADY CONFIRMED THAT YOU UNDERSTOOD THE CLI USER

01:36PM  10   INTERFACE TO REFER TO CISCO'S CLI, CORRECT?

01:36PM  11   A.  CORRECT.

01:36PM  12   Q.  OKAY.  AND THEN IT SAYS, THIS INTERFACE?

01:36PM  13   A.  YES.

01:36PM  14   Q.  RIGHT?  THIS INTERFACE MEANING THE CLI USER INTERFACE,

01:36PM  15   RIGHT?

01:36PM  16   A.  YES.

01:36PM  17   Q.  IS UNIQUE TO CISCO, HAS BEEN DEVELOPED OVER MANY YEARS

01:36PM  18   THROUGH THE EXPENDITURE BY CISCO OF HUNDREDS OF MILLIONS OF

01:36PM  19   DOLLARS, CORRECT?

01:37PM  20   A.  I SEE THAT, YES.

01:37PM  21   Q.  AND YOU UNDERSTOOD THAT TO BE A FACT AT THE TIME THAT YOU

01:37PM  22   MADE THIS DECLARATION, CORRECT?

01:37PM  23   A.  WELL, TO BE CLEAR, THE ONLY THING THAT CISCO SPENT HUNDREDS

01:37PM  24   OF MILLIONS OF DOLLARS ON WAS THE SOFTWARE ITSELF, IOS

01:37PM  25   SOFTWARE.  IT WOULD HAVE BEEN LITERALLY IMPOSSIBLE TO SPEND

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:37PM  1    HUNDREDS OF MILLIONS OF DOLLARS ON SIMPLY THE CLI COMMANDS.  WE

01:37PM  2    DID SPEND HUNDREDS OF MILLIONS OF DOLLARS ON IOS OF WHICH THE

01:37PM  3    CLI IS A PART.

01:37PM  4        AND SO THIS SENTENCE WOULD BE NONSENSICAL IF IT REFERRED

01:37PM  5    STRICTLY TO THE CLI, WHICH IS WHY I'M SAYING IT'S POORLY

01:37PM  6    WRITTEN.  I SHOULD HAVE REVIEWED IT BETTER AT THE TIME, BUT IN

01:37PM  7    TERMS OF ANYTHING THAT COULD POSSIBLY COST HUNDREDS OF MILLIONS

01:37PM  8    OF DOLLARS, IT COULD ONLY BE REFERRING TO THE SOFTWARE.

01:37PM  9    Q.   YOU SHOULD HAVE REVIEWED IT BETTER AT THE TIME; IS THAT

01:37PM  10   WHAT YOU SAID?

01:37PM  11   A.   YES.

01:37PM  12   Q.   BUT YOU TOLD THE COURT IN SUPPORT OF A MOTION TO GET HUAWEI

01:37PM  13   TO STOP USING CISCO'S IP, THAT YOU HAD PERSONAL KNOWLEDGE OF

01:38PM  14   THE FACTS SET FORTH IN THIS DECLARATION, AND IF CALLED TO

01:38PM  15   TESTIFY AS A WITNESS, COULD AND WOULD COMPETENTLY TESTIFY TO

01:38PM  16   THEM UNDER OATH, RIGHT?

01:38PM  17   A.   YES.

01:38PM  18   Q.   SO I MEAN THAT'S SOMETHING WHEN YOU SEE THAT AND YOU ARE

01:38PM  19   MAKING THAT REPRESENTATION TO THE COURT, YOU READ VERY, VERY,

01:38PM  20   VERY CAREFULLY, CORRECT?

01:38PM  21   A.   I DO.

01:38PM  22   Q.   AND IN TERMS OF BEFORE THIS LAWSUIT WAS FILED, CORRECT, AND

01:38PM  23   I'M NOW TALKING ABOUT THE PRESENT LAWSUIT, NOT THE HUAWEI

01:38PM  24   LAWSUIT, TO BE CLEAR ON THE RECORD, YOU NEVER TOOK THE POSITION

01:38PM  25   THAT CLI WAS IMPORTANT TO CISCO, CORRECT?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:38PM 1     A.   I NEVER REALLY THOUGHT MUCH ABOUT IT SINCE LEAVING CISCO.

01:38PM 2     Q.   RIGHT.  YOU NEVER TOLD ANYBODY THAT, YOU NEVER TOLD, HEY, I

01:38PM 3     KNOW I TOLD THE COURT BEFORE THAT CLI WAS UNIQUE TO CISCO, BUT

01:38PM 4     NOW I DON'T BELIEVE THAT.  YOU NEVER SAID THAT, RIGHT?

01:38PM 5     A.   NO, I'M RATHER CONFUSED BY THE QUESTION.

01:39PM 6          THE CLI, TO THE EXTENT THAT IT IS IMPLEMENTED IN SOURCE

01:39PM 7     CODE, WHICH IT IS, OF COURSE THAT'S UNIQUE TO CISCO.  I HAVE NO

01:39PM 8     REASON TO DOUBT THAT.  CLI COMMANDS, ACTUAL WORDS, NOT

01:39PM 9     NECESSARILY.

01:39PM 10         AND THIS IS POORLY WRITTEN, BECAUSE AGAIN, I WILL JUST

01:39PM 11    STATE A FACT, WHICH IS THAT HUNDREDS OF MILLIONS -- CISCO DID

01:39PM 12    SPEND HUNDREDS OF MILLIONS OF DOLLARS DEVELOPING IOS SOURCE

01:39PM 13    CODE OF WHICH THE CLI IS A PART.  WE SIMPLY DID NOT SPEND

01:39PM 14    HUNDREDS OF MILLIONS OF DOLLARS ON THE CLI, EVEN THE SOURCE

01:39PM 15    CODE, LET ALONE JUST THE COMMAND STRUCTURE WHICH WAS TRIVIAL.

01:39PM 16         SO I'M JUST STATING THE FACT THAT HUNDREDS OF MILLIONS OF

01:39PM 17    DOLLARS WAS SPENT ON IOS, AND WHEN I REVIEWED THIS DOCUMENT, I

01:39PM 18    MISSED THAT.  AND, YOU KNOW, BUT THE FACTS ARE FACTS, AND AS I

01:39PM 19    SAID, HUNDREDS OF MILLIONS OF DOLLARS WERE SPENT ON IOS, BUT

01:39PM 20    NOT ON CLI.

01:39PM 21    Q.   OKAY.  WELL, LET'S GO BACK TO YOUR COMPLAINT.

01:39PM 22         THIS IS EXHIBIT 4671.  AND I WANT TO GO BACK TO

01:40PM 23    PARAGRAPH 15 BECAUSE THIS DEFINES WHAT CLI MEANS IN THE

01:40PM 24    COMPLAINT, RIGHT, WHICH IS, A KEY COMPONENT OF THE COPYRIGHTED

01:40PM 25    IOS SOFTWARE PROGRAMS IS THE COMMAND-LINE INTERFACE OR CLI,

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:40PM   1     CORRECT?

01:40PM   2     A.   TO BE CLEAR FIRST OF ALL, IT'S NOT MY COMPLAINT, BUT YES,

01:40PM   3     THE CLI IS PART OF THE SOFTWARE, CORRECT.

01:40PM   4     Q.   AND IT SAYS THE CLI IS THE USER INTERFACE BY WHICH USERS OF

01:40PM   5     CISCO ROUTERS COMMUNICATE WITH THE ROUTERS, CORRECT?

01:40PM   6     A.   THAT IS CORRECT.

01:40PM   7     Q.   NOW, IF WE CONTINUE THROUGH PARAGRAPH 17, YOU JUST TURN THE

01:40PM   8     PAGE, PICKING UP WITH THE FIRST FULL SENTENCE ON THAT PAGE.

01:41PM   9     A.   YES.

01:41PM   10    Q.   IT SAYS A COMPARISON OF THE COMMAND-LINE INTERFACE OF THE

01:41PM   11    OPERATING SYSTEM FOR THE QUIDWAY ROUTERS, SWITCHES AND OTHER

01:41PM   12    PRODUCTS THAT USE VRP IN CISCO'S CLI, REVEALS REPEATED

01:41PM   13    INCIDENTS OF SLAVISH COPYING.

01:41PM   14         DO YOU SEE THAT?

01:41PM   15    A.   YES.

01:41PM   16    Q.   AND TO THE BEST OF YOUR KNOWLEDGE, THAT WAS A TRUE

01:41PM   17    STATEMENT, CORRECT?

01:41PM   18    A.   YES.

01:41PM   19    Q.   FOR EXAMPLE, THE FOLLOWING CHART SHOWS TWO OF THE MANY

01:41PM   20    AREAS IN WHICH COMMANDS WERE COPIED BY THE DEFENDANTS.

01:41PM   21         DO YOU SEE THAT?

01:41PM   22    A.   YES.

01:41PM   23    Q.   IT DOESN'T TALK ABOUT THE IMPLEMENTATION, IT TALKS ABOUT

01:41PM   24    THE COMMANDS THAT WERE COPIED, CORRECT?

01:41PM   25    A.   NO.  IF YOU COPY THE SOFTWARE, THE CLI IS BY NATURE,

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:41PM 1    IDENTICAL.

01:41PM 2    Q.  WELL THEN THERE WOULD BE NO REASON IN YOUR DECLARATION TO

01:41PM 3    SEPARATE CLI, WOULD THERE?  THAT WAS A COMPLETELY MISLEADING

01:41PM 4    THING TO DO TO THE COURT, WASN'T IT?

01:41PM 5    A.  NO, THE CLI IS A VERY EASY WAY TO SEE SIMILARITIES.

01:42PM 6    Q.  SO SIR, WHY THEN IS IT A SEPARATE CLAIM?

01:42PM 7    A.  YOU WOULD HAVE TO ASK THE ATTORNEYS.  I WAS NOT INVOLVED IN

01:42PM 8    CLAIM CONSTRUCTION.

01:42PM 9    Q.  YOU WEREN'T INVOLVED IN WHAT?

01:42PM 10   A.  IN CONSTRUCTING THE CLAIMS AGAINST --

01:42PM 11   Q.  OH, IN CONSTRUCTING THE CLAIMS.  BUT YOU WERE THE EXECUTIVE

01:42PM 12   IN CHARGE OF INITIATING AND PURSUING THE CISCO LAWSUIT AGAINST

01:42PM 13   HUAWEI, CORRECT?

01:42PM 14   A.  YES, I WAS A BUSINESS EXECUTIVE THAT URGED PURSUIT OF

01:42PM 15   HUAWEI IN A COURT CASE, WHICH DOES NOT MEAN THAT I OVERSAW IN

01:42PM 16   ANY WAY, THE LEGAL ACTIVITIES.

01:42PM 17   Q.  I UNDERSTAND THAT, SIR, BUT YOU DID FILE A DECLARATION

01:42PM 18   UNDER PENALTY OF PERJURY, DIDN'T YOU?

01:42PM 19   A.  YES.

01:42PM 20   Q.  AND YOU DID SAY THAT YOU UNDERSTOOD THE CLAIMS IN THE CASE,

01:42PM 21   CORRECT?

01:42PM 22   A.  I UNDERSTOOD AT A BUSINESS LEVEL, THE CLAIMS IN THE CASE.

01:42PM 23   Q.  AND YOU DID REFER THE COURT TO THE COMPLAINT AND REFERENCED

01:42PM 24   THAT YOU UNDERSTOOD THE ALLEGATIONS OF THE COMPLAINT, CORRECT?

01:42PM 25   A.  YES.

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:42PM  1          MR. NELSON:  THANK YOU, SIR.

01:42PM  2      I HAVE NO FURTHER QUESTIONS RIGHT NOW.

01:42PM  3          THE COURT:  CROSS-EXAMINATION.

01:43PM  4          MR. FERRALL:  MAY I APPROACH, YOUR HONOR?

01:43PM  5          THE COURT:  YES, PLEASE.

01:43PM  6

01:43PM  7              **CROSS-EXAMINATION BY MR. FERRALL**

01:43PM  8

01:43PM  9  BY MR. FERRALL:

01:43PM  10  Q.   GOOD AFTERNOON, MR. GIANCARLO.

01:43PM  11  A.   GOOD AFTERNOON.

01:43PM  12  Q.   I WOULD LIKE TO BACK UP A LITTLE BIT AND ASK YOU TO TELL

01:43PM  13  THE JURY A LITTLE BIT ABOUT YOUR BACKGROUND.  I KNOW WE HEARD

01:43PM  14  THAT YOU WERE AT CISCO AND WE KNOW THAT YOU'RE A BURDEN MEMBER.

01:43PM  15  BUT CAN YOU GIVE US A LITTLE MORE HISTORY ABOUT WHERE YOU CAME

01:43PM  16  FROM AND HOW YOU GOT HERE.

01:43PM  17  A.   SURE.  SURE.

01:44PM  18      I'M CHARLES GIANCARLO, I WAS EDUCATED AS AN ENGINEER.  IN

01:44PM  19  FACT, I GOT A MASTER'S AT CAL.  I WAS AN EARLY ENTREPRENEUR, IN

01:44PM  20  THE EARLY INTERNET BEFORE EVERYONE REALLY KNEW WHAT THE

01:44PM  21  INTERNET WAS.  I DEVELOPED SEVERAL, I STARTED A COUPLE OF

01:44PM  22  COMPANIES DEVELOPING SOME OF THE FIRST HIGH SPEED

01:44PM  23  COMMUNICATIONS EQUIPMENT THAT FORMED THE BACKBONE OF THE

01:44PM  24  INTERNET.

01:44PM  25      I WAS PART OF AN EARLY TEAM AT A COMPANY, A LOCAL COMPANY

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:44PM  1    CALLED KALPANA WHERE WE DEVELOPED THE WORLD'S FIRST ETHERNET

01:44PM  2    SWITCH.  AN ETHERNET SWITCH IS PRETTY MUCH WHAT MAKES THE

01:44PM  3    INTERNET WORK THESE DAYS.

01:44PM  4        THAT COMPANY, KALPANA, WAS PURCHASED BY CISCO IN 1994.  I

01:44PM  5    HELD A NUMBER OF POSITIONS WHILE I WAS AT CISCO, INCLUDING AT

01:44PM  6    FIRST, GENERAL MANAGER OF THAT KALPANA ETHERNET SWITCHES

01:45PM  7    DIVISION, AND THEN I WAS PUT IN CHARGE OF WHAT'S KNOWN AS

01:45PM  8    BUSINESS DEVELOPMENT, WHICH MEANS DOING STRATEGIC PARTNERSHIPS

01:45PM  9    WITH OTHER COMPANIES, BUT ALSO MERGERS AND ACQUISITIONS.

01:45PM  10       SEVERAL YEARS LATER, I WENT BACK INTO OPERATIONS AND I RAN

01:45PM  11   ABOUT A THIRD OF CISCO'S PRODUCTS AT THAT TIME IN WHAT WAS

01:45PM  12   CALLED -- IT WAS OUR LOWER COST PRODUCTS CALLED THE COMMERCIAL

01:45PM  13   LINE OF BUSINESS.

01:45PM  14       AFTER 2001 I WAS GIVEN MORE RESPONSIBILITY AND WAS

01:45PM  15   RESPONSIBLE FOR ABOUT HALF OF CISCO'S PRODUCTS, INCLUDING THE

01:45PM  16   ONES THAT WE SOLD TO SERVICE PROVIDERS, COMPANIES LIKE AT&T,

01:45PM  17   AND VERIZON.

01:45PM  18       AND THEN IN 2003 I BECAME CTO, AND IN 2004 I BECAME

01:45PM  19   RESPONSIBLE FOR ALL OF CISCO'S PRODUCTS AT THE TIME.

01:45PM  20       I LEFT CISCO AT THE END OF --

01:45PM  21   Q.  I WAS JUST GOING TO ASK YOU THE CIRCUMSTANCES THAT -- OF

01:46PM  22   YOUR LEAVING CISCO?

01:46PM  23   A.  YEAH.  I LEFT AT THE END OF 2007.  I NO LONGER AGREED WITH

01:46PM  24   THE DIRECTION OF THE COMPANY AT THAT TIME AND DECIDED THAT IT

01:46PM  25   WAS BEST TO -- THE LEAD FOLLOWER GET OUT OF THE WAY, AND IT WAS

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:46PM  1    TIME FOR ME TO LEAVE.

01:46PM  2    Q.   OKAY.  WHEN DID YOU JOIN ARISTA'S BOARD?

01:46PM  3    A.   2013.

01:46PM  4    Q.   SO THAT WAS HOW MANY YEARS AFTER YOU LEFT CISCO?

01:46PM  5    A.   APPROXIMATELY FIVE YEARS.

01:46PM  6    Q.   AND WHY DID YOU DECIDE TO JOIN ARISTA'S BOARD?

01:46PM  7    A.   WELL, I HAD KNOWN JAYSHREE AND ANDY FOR AT THAT POINT IN

01:46PM  8    TIME, A COUPLE OF DECADES.  THESE ARE VERY TALENTED AND

01:46PM  9    HARD-WORKING AND REALLY BRILLIANT INDIVIDUALS.

01:46PM 10    Q.   CAN I JUST INTERRUPT YOU, BECAUSE THE JURY IS NOT -- HAS

01:46PM 11    NOT MET THESE PEOPLE.  YOU ARE REFERRING TO JAYSHREE ULLAL?

01:46PM 12    A.   I'M REFERRING TO JAYSHREE ULLAL, THESE ARE TWO OF THE

01:46PM 13    FOUNDERS OF THE COMPANY, AND JAYSHREE ULLAL IS THE CEO, AND

01:47PM 14    ANDY BECHTOLSHEIM IS ONE OF THE FOUNDERS, AND NOW I THINK HE'S

01:47PM 15    OFFICIALLY THE CTO.  BUT REALLY, A BRILLIANT INDIVIDUAL.  AND I

01:47PM 16    BELIEVED IN THEM AND WHAT THEY WERE DOING AND WANTED TO SUPPORT

01:47PM 17    THEM.

01:47PM 18    Q.   WHAT ARE YOUR RESPONSIBILITIES AS A BOARD MEMBER?

01:47PM 19    A.   WELL, AS A BURDEN MEMBER OF ANY COMPANY, AND CERTAINLY A

01:47PM 20    PUBLIC COMPANY, YOUR PRIMARY RESPONSIBILITY IS TO LOOK OUT FOR

01:47PM 21    THE INTERESTS OF THE SHAREHOLDERS OF THE COMPANY.  THAT'S FIRST

01:47PM 22    AND FOREMOST.  AND AS PART OF THAT, YOU HELP BOTH WITH RESPECT

01:47PM 23    TO GOVERNANCE OF THE COMPANY, THAT IS TO TAKE SURE IT DOES THE

01:47PM 24    RIGHT THINGS BY THE SHAREHOLDERS.

01:47PM 25         AND SECONDLY, IT'S IMPORTANT OF COURSE TO WORK WITH THE

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:47PM 1    MANAGEMENT TEAM ON THE OVER ALL STRATEGY OF THE COMPANY TO

01:47PM 2    MAKER SURE THAT YOU BELIEVE THAT THE STRATEGY THEY ARE PURSUING

01:47PM 3    IS THE BEST FOR THE COMPANY'S EMPLOYEES, CUSTOMERS AND THE

01:47PM 4    SHAREHOLDERS.

01:47PM 5    Q.   AND LET'S JUST TURN TO THE CLI, WHILE YOU WERE AT CISCO,

01:48PM 6    DID YOU COME TO LEARN ABOUT CISCO'S COMMAND-LINE INTERFACE?

01:48PM 7    A.   WELL, ACTUALLY, BEFORE CISCO, I MEAN EVERY COMPANY THAT HAS

01:48PM 8    COMMUNICATIONS EQUIPMENT, THAT EQUIPMENT IS MANAGED WITH, AT

01:48PM 9    THE VERY LEAST, A COMMAND-LINE INTERFACE, AND I HAD KNOWN ABOUT

01:48PM 10   CISCO'S EVEN BEFORE JOINING CISCO.

01:48PM 11   Q.   AND AT OR BEFORE THE TIME OF THE HUAWEI LITIGATION, WERE

01:48PM 12   YOU AWARE OF ANY COMPETITORS OF CISCO WHO WERE USING CISCO'S

01:48PM 13   CLI COMMANDS?

01:48PM 14   A.   CERTAINLY.  A NUMBER OF COMPETITORS WERE USING COMMANDS

01:48PM 15   THAT WERE THE SAME OR SIMILAR TO CISCO'S CLI COMMANDS.  AND WE

01:48PM 16   KNEW THAT TOWARDS THE MID TO LATE 90'S.

01:48PM 17   Q.   HOW DID YOU COME TO LEARN THAT?

01:48PM 18   A.   IT WAS GENERAL KNOWLEDGE AND DISCUSSED FREQUENTLY.

01:48PM 19   Q.   LET ME ASK YOU TO OPEN UP YOUR BINDER AND LOOK AT

01:49PM 20   EXHIBIT 8966.  CAN YOU TELL US WHAT THAT IS?

01:49PM 21   A.   YES, IT'S A POWERPOINT DOCUMENT THAT'S A REVIEW OF OUR --

01:49PM 22   OF ONE OF OUR SWITCHING PRODUCT LINES AT THE COMPANY AT THE

01:49PM 23   TIME.

01:49PM 24   Q.   AND BASED UPON YOUR ROLE AT CISCO AT THE TIME, WOULD YOU

01:49PM 25   HAVE SEEN A DOCUMENT SUCH AS THAT?

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:49PM 1  A.  YES, I WOULD HAVE BEEN INVOLVED IN ALL THE REVIEWS OF OUR

01:49PM 2  SWITCHING PRODUCT LINES AT THAT TIME.  AND IN THESE MEETINGS WE

01:49PM 3  REVIEW OUR COMPETITIVENESS AGAINST THE REST OF THE MARKET.  WE

01:49PM 4  LOOK AT OUR COMPETITORS AND HOW THEY'RE DOING, AND WE LOOK AT

01:49PM 5  OUR OWN PRODUCTS AND UNDERSTANDING WHAT WE ARE DOING WELL AND

01:49PM 6  WHAT WE ARE NOT DOING WELL AND HOW TO DO BETTER.

01:49PM 7       MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 8966

01:49PM 8  INTO EVIDENCE.

01:49PM 9       MR. NELSON:  NO OBJECTION.

01:49PM 10       THE COURT:  IT WILL BE ADMITTED.

01:49PM 11      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 8966, HAVING BEEN

01:49PM 12  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

01:50PM 13  EVIDENCE.)

01:50PM 14  BY MR. FERRALL:

01:50PM 15  Q.  SO CAN YOU TELL US WHAT THE CATALYST 6500 IS?

01:50PM 16  A.  YES.  THAT WAS CISCO'S MOST ADVANCED, WHAT WE CALL OUR

01:50PM 17  HIGHEST END SWITCHING PRODUCT.

01:50PM 18  Q.  AND TO PUT THIS IN CONTEXT, YOU MAY HAVE SAID THIS ALREADY,

01:50PM 19  BUT WHAT YEAR ARE WE IN HERE?

01:50PM 20  A.  YEAH.  THIS DOCUMENT APPEARS TO BE TOWARDS THE END OF 2002.

01:50PM 21  LIKE THE FOURTH, ROUGHLY THE FOURTH QUARTER, ROUGHLY THIS TIME

01:50PM 22  OF YEAR IN 2002.

01:50PM 23  Q.  AND AGAIN FOR CONTEXT, WHAT WAS THE YEAR OF THE HUAWEI

01:50PM 24  LITIGATION?

01:50PM 25  A.  2003.

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:50PM  1    Q.   AND IF YOU COULD TURN TO SLIDE 10 OF THIS EXHIBIT.  BRIEFLY

01:50PM  2    EXPLAIN WHAT IS BEING SHOWN ON THIS SLIDE?

01:50PM  3    A.   YEAH, THIS IS A SHORTHAND SLIDE OR FAST QUICK REVIEW OF THE

01:50PM  4    MAJOR COMPETITORS THAT CISCO HAD IN THE LOCAL AREA NETWORK

01:51PM  5    MARKETPLACE.  COMPANIES, IF YOU WILL, THAT HAD PRODUCTS THAT

01:51PM  6    COMPETED WITH THE CATALYST 6500.

01:51PM  7    Q.   THE LOCAL AREA NETWORK MARKET BEING A MARKET FOR WHAT SORT

01:51PM  8    OF PRODUCTS?

01:51PM  9    A.   THE LAN SWITCHES, LOCAL AREA NETWORKS, ETHERNET SWITCHES.

01:51PM  10   Q.   ETHERNET SWITCHES.  AND I SEE TWO LINES THERE THAT SAY TIER

01:51PM  11   1 AND TIER 2, CAN YOU EXPLAIN WHAT THOSE MEAN?

01:51PM  12   A.   YES.  A TIER 1 COMPETITOR WOULD BE A COMPETITOR THAT

01:51PM  13   COMPETED DIRECTLY WITH THE 6500 WITH A PRODUCT THAT WAS VERY

01:51PM  14   COMPETITIVE IN THAT SPACE, HIGHLY FEATURED, YOU KNOW, AMONG THE

01:51PM  15   MOST CAPABLE IN THE INDUSTRY.

01:51PM  16       TIER 2 WOULD HAVE BEEN A LESS EXPENSIVE PRODUCT, TYPICALLY

01:51PM  17   LESSER FEATURED, MAYBE NOT BEING ABLE TO HANDLE AS MUCH

01:51PM  18   INTERNET TRAFFIC, BUT LOWER PRICED AS WELL.  IT WOULD HAVE SOLD

01:51PM  19   INTO A LOWER END PART OF THE MARKET, PARTS OF THE MARKET THAT

01:52PM  20   DIDN'T REQUIRE HIGH END FEATURES.

01:52PM  21   Q.   AND THE FIRST COMPANY LISTED THERE UNDER TIER 1 IT SAYS

01:52PM  22   FOUNDRY, WHO IS FOUNDRY?

01:52PM  23   A.   FOUNDRY NETWORKS WAS A COMPETITOR AT THE TIME.

01:52PM  24   Q.   CAN YOU LOOK AT THE ENTRY UNDER FOUNDRY FOR COMMANDS

01:52PM  25   TYPICALLY STRATEGY.

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:52PM  1          AND WHAT DOES THAT SAY?

01:52PM  2     A.   IT SAYS INCREASING ENTERPRISE SALES, LOW COST ALTERNATIVE,

01:52PM  3     "SAME AS CISCO," COPIES CLI FROM IOS.

01:52PM  4     Q.   ARE YOU SURPRISED, AS YOU SIT HERE TODAY, TO SEE A CISCO

01:52PM  5     DOCUMENT REFERRING TO A COMPANY COPYING CLI FROM IOS?

01:52PM  6     A.   NO.

01:52PM  7     Q.   WHY IS THAT?

01:52PM  8     A.   AS I SAID, FROM THE MID TO LATE 90'S ON, THERE WERE A

01:52PM  9     NUMBER OF COMPETITORS THAT HAD VERY SIMILAR COMMAND LINES, IF

01:52PM  10    NOT IN MANY CASES, NOT FULLY, BUT PARTIALLY IDENTICAL TO

01:53PM  11    CISCO'S COMMAND LINE COMMANDS.

01:53PM  12    Q.   DID YOU EVER URGE CISCO TO CALL UP FOUNDRY AND TELL THEM

01:53PM  13    THEY CAN'T COPY CLI FROM IOS?

01:53PM  14    A.   NO.

01:53PM  15    Q.   WHY NOT?

01:53PM  16    A.   WE -- IT WAS OUR UNDERSTANDING, AGAIN, FROM THE LATE 90'S

01:53PM  17    ON, THAT THE CLI COMMANDS WERE NOT PROTECTABLE.

01:53PM  18    Q.   AND WHAT WAS THAT UNDERSTANDING BASED ON?

01:53PM  19    A.   GENERAL KNOWLEDGE, COMMENTS FROM SENIOR MANAGEMENT AT CISCO

01:53PM  20    THAT CLI COMMANDS THEMSELVES WERE NOT PROTECTABLE.

01:53PM  21    Q.   NOW LET ME TURN TO THE DISPUTE WITH HUAWEI, EXPLORE THAT A

01:53PM  22    LITTLE BIT MORE.

01:53PM  23          CAN WE BACK UP A LITTLE BIT AND EXPLAIN TO THE JURY THE

01:54PM  24    CIRCUMSTANCES THAT LEAD CISCO TO ULTIMATELY SUE HUAWEI.

01:54PM  25    A.   YES.   EARLY IN THE 2000-DECADE, 2000, 2001, ROUGHLY AROUND

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:54PM  1    THAT TIME PERIOD, IT HAD COME TO OUR ATTENTION NATURALLY

01:54PM  2    THROUGH OUR SALES FORCE THAT HUAWEI WAS SELLING A SET OF

01:54PM  3    ROUTERS, ACTUALLY ACCESS ROUTERS IN CHINA THAT WERE LITERALLY

01:54PM  4    IDENTICAL TO CISCO PRODUCTS, I MEAN, WHEN YOU LOOKED AT THEM,

01:54PM  5    THEY LOOKED EXACTLY THE SAME, IN ADDITION TO THE WAY THEY

01:54PM  6    FUNCTIONED.

01:54PM  7        SO AS YOU MIGHT EXPECT, AND LIKE EVERY OTHER COMPETITOR, WE

01:54PM  8    BOUGHT SOME OF THOSE PRODUCTS, TOOK THEM IN HOUSE AND STARTED

01:54PM  9    DOING THIS COMPETITIVE TESTING ON IT.

01:54PM 10        AND WHAT WE DISCOVERED WAS NOT ONLY DID THEY LOOK LIKE OUR

01:54PM 11    PRODUCTS BUT THEY ACTED ALMOST IDENTICAL TO OUR PRODUCTS, IN

01:54PM 12    FACT, THEY HAD SOMETHING WE LEARNED OVER TIME IN TESTING WHICH

01:54PM 13    WE CALL BUG COMPATIBILITY, MEANING THEY WERE NOT ONLY THE SAME

01:54PM 14    AS OUR PRODUCTS, BUT THEY HAD EXACTLY THE SAME BUGS THAT OUR

01:55PM 15    PRODUCTS HAD.

01:55PM 16        AND IF YOU ARE ANOTHER MANUFACTURER, YOU DON'T COPY BUGS.

01:55PM 17    IF YOU ARE WRITING YOUR OWN SOFTWARE, YOU ARE NOT COPYING BUGS.

01:55PM 18    SO FOR US IT BECAME CLEAR, AND ESPECIALLY AFTER MORE TESTING,

01:55PM 19    THAT THEY HAD COPIED OUR SOFTWARE.

01:55PM 20        AND SO STARTING, I BELIEVE IN 2001, POSSIBLY EARLY 2002, I

01:55PM 21    STARTED MAKING A NUMBER OF TRIPS TO CHINA, FIRST WITH THE

01:55PM 22    CHINESE AUTHORITIES MINISTRY OF INDUSTRY AND OTHERS, AND THEN

01:55PM 23    EVENTUALLY -- WELL, I MET WITH THEM, THEY URGED ME TO SPEAK

01:55PM 24    WITH HUAWEI ABOUT THIS.

01:55PM 25    Q.  AND LET ME JUST STOP YOU BEFORE WE GO THERE, DID CISCO EVER

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:55PM  1   COME TO LEARN APPROXIMATELY HOW MUCH OF ITS SOURCE CODE HUAWEI

01:55PM  2   HAD COPIED?

01:55PM  3   A.   WE BELIEVED SUBSTANTIALLY ALL, CERTAINLY MORE THAN

01:55PM  4   90 PERCENT.  MINOR MODIFICATIONS.

01:56PM  5   Q.   YOU MADE SOME TRIPS TO ASIA FOR THIS?

01:56PM  6   A.   YES.

01:56PM  7   Q.   AND WHO WENT WITH YOU ON THOSE TRIPS TO ASIA?

01:56PM  8   A.   WELL, IT WAS SEVERAL DIFFERENT TRIPS.  AND SEVERAL

01:56PM  9   DIFFERENT PEOPLE AT DIFFERENT TIMES.  BUT GENERAL COUNSEL AT

01:56PM 10   TIMES, THEY HAD STRATEGY AT TIMES, CERTAINLY THE HEAD OF CHINA

01:56PM 11   AND ASIA.

01:56PM 12   Q.   AND WHAT WERE THE RESULTS OF THOSE VARIOUS TRIPS TO ASIA?

01:56PM 13   A.   WHEN I MET WITH THE CHINESE AUTHORITIES THEY ENCOURAGED ME

01:56PM 14   OVER TIME -- THEIR FIRST ASSERTION WAS THAT THEY BELIEVED VERY

01:56PM 15   MUCH IN PROTECTING INTELLECTUAL PROPERTY AND THEY WANTED US TO

01:56PM 16   KNOW THAT THEY WOULD BE SUPPORTIVE OF PROTECTION OF OUR

01:56PM 17   INTELLECTUAL PROPERTY.  THEY ENCOURAGED US TO SPEAK WITH HUAWEI

01:56PM 18   DIRECTLY.

01:56PM 19       WE SET UP SEVERAL MEETINGS WITH HUAWEI IN THEIR HOME CITY,

01:56PM 20   WHICH IS OUTSIDE OF HONG KONG, AND I MET WITH THE CEO, AND THE

01:57PM 21   CHIEF OPERATING OFFICER OF HUAWEI ON TWO OR THREE OCCASIONS IN

01:57PM 22   SHANG ZHEN, WHICH IS THAT CITY OUTSIDE OF HONG KONG, AT WHICH

01:57PM 23   TIME WE BROUGHT TO THEIR ATTENTION THE FACT THAT WE BELIEVE

01:57PM 24   STRONGLY THAT THEY HAD COPIED OUR SOURCE CODE.

01:57PM 25   Q.   AND WERE YOU ABLE TO REACH ANY RESOLUTION WITH HUAWEI?

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:57PM  1    A.   UNFORTUNATELY NOT.  THEY DENIED USE OF ANY OF OUR SOURCE

01:57PM  2    CODE.

01:57PM  3    Q.   NOW IN THOSE MEETINGS THAT YOU HAD WITH HUAWEI, DID YOU

01:57PM  4    EVER DEMAND THAT HUAWEI CHANGE ITS CLI COMMANDS?

01:57PM  5    A.   NO.  THE FOCUS WAS ON THEM STOPPING USE OF OUR SOURCE CODE.

01:57PM  6    Q.   IN YOUR VIEW, WOULD YOU HAVE URGED CISCO TO FILE A LAWSUIT

01:57PM  7    AGAINST HUAWEI IF THE ONLY THING YOU SAW THAT WAS SIMILAR WERE

01:57PM  8    CLI COMMANDS?

01:57PM  9    A.   NO.

01:57PM  10   Q.   NOW I WANT TO ASK YOU A COUPLE OF QUESTIONS ABOUT YOUR

01:58PM  11   DECLARATION.  DID YOU WRITE THE DECLARATION THAT CISCO SHOWED

01:58PM  12   YOU AND ASKED YOU ABOUT?

01:58PM  13   A.   I DID NOT.

01:58PM  14   Q.   WHO DID?

01:58PM  15   A.   CISCO ATTORNEYS.

01:58PM  16   Q.   DID YOU DECIDE WHAT TO PUT INTO THAT DECLARATION?

01:58PM  17   A.   I DID NOT.

01:58PM  18   Q.   WHO DECIDED THAT, TO YOUR KNOWLEDGE?

01:58PM  19   A.   CISCO ATTORNEYS.

01:58PM  20   Q.   I THINK YOU MADE THIS CLEAR, BUT DID YOU HAVE ANY

01:58PM  21   INVOLVEMENT WHATSOEVER IN DECIDING WHAT LEGAL CLAIMS TO BRING

01:58PM  22   AGAINST HUAWEI?

01:58PM  23   A.   I DID NOT.

01:58PM  24   Q.   LET'S CALL UP THAT EXHIBIT, WHICH IS EXHIBIT 250.  AND

01:59PM  25   LET'S FOCUS ON THE BOTTOM LEFT CORNER.  YOU ARE AWARE,

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:59PM 1    MR. GIANCARLO, THAT THE DECLARATION WAS FILED UNDER SEAL?

01:59PM 2    A.   I AM.

01:59PM 3    Q.   AND WAS THAT YOUR DECISION?

01:59PM 4    A.   NO.

01:59PM 5    Q.   WHOSE DECISION WAS THAT?

01:59PM 6    A.   CISCO ATTORNEYS, I ASSUME.

01:59PM 7    Q.   DO YOU KNOW WHY CISCO CHOSE TO FILE THIS DECLARATION UNDER

01:59PM 8    SEAL?

01:59PM 9    A.   I DO NOT.

01:59PM 10   Q.   ARE YOU AWARE OF THE DECLARATION EVER BECOMING PUBLIC AFTER

01:59PM 11   THE TIME IT WAS SEALED UNTIL THIS LITIGATION?

01:59PM 12   A.   I AM NOT.

01:59PM 13   Q.   WHILE AT CISCO, DID YOU EVER SHARE THIS DECLARATION OUTSIDE

01:59PM 14   OF CISCO?

01:59PM 15   A.   NO, AND I HAD NO ACCESS TO IT.

01:59PM 16   Q.   DID YOU EVER DISCUSS THIS DECLARATION WITH ANYONE OUTSIDE

01:59PM 17   OF CISCO?

01:59PM 18   A.   I DID NOT.

01:59PM 19   Q.   DID YOU EVER DISCUSS IT WITH ANYONE AT ARISTA?

02:00PM 20   A.   NO.

02:00PM 21   Q.   HAVE YOU EVER DISCUSSED THE HUAWEI LITIGATION WITH ANYONE

02:00PM 22   AT ARISTA BEFORE THIS LAWSUIT WAS FILED, AT LEAST?

02:00PM 23   A.   NO.

02:00PM 24   Q.   NOW ONE MORE QUESTION, BACK TO THE COMPETITORS THAT HAD

02:00PM 25   SIMILAR CLI, WAS THERE -- WHAT, IF ANY, BUSINESS REASON DID

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

02:00PM  1    CISCO HAVE FOR NOT CALLING UP COMPANIES LIKE FOUNDRY AND

02:00PM  2    TELLING THEM NOT TO USE OR COPY CISCO'S CLI?

02:00PM  3    A.   WELL, AGAIN, IT WAS OUR BELIEF, BASED ON ASSERTIONS WE HAD

02:00PM  4    FROM CISCO MANAGEMENT AND REPEATED OVER AS WE DISCUSSED SUCH

02:00PM  5    THINGS, THAT THE CLI WAS NOT PROTECTABLE.

02:00PM  6         GIVEN IN THE LATE 1990'S, AS I SAID, WE BELIEVED IT WAS NOT

02:00PM  7    PROTECTABLE.  WE SAID WELL, IF WE CAN'T PROTECT IT THEN LET'S

02:01PM  8    USE IT, WE MIGHT AS WELL SAY IT'S A STANDARD, IF OTHERS ARE

02:01PM  9    USING IT AS WELL AND CAN CLAIM TO BE, LET'S SAY, STANDARD AND

02:01PM  10   OPEN, WHICH IS AN ADVANTAGE IN AND OF ITSELF

02:01PM  11   Q.   WHY IS THAT, WHY WOULD THAT BE AN ADVANTAGE TO CISCO?

02:01PM  12   A.   CUSTOMERS, AS YOU MIGHT IMAGINE, DON'T LIKE TO BE LOCKED IN

02:01PM  13   TO A SPECIFIC VENDOR.  THEY WANT THE ABILITY TO MIX VENDORS,

02:01PM  14   THEY WANT THE ABILITY IF THEY DON'T LIKE THE VENDOR, TO ONE DAY

02:01PM  15   TO BE ABLE TO MOVE TO ONE VENDOR TO ANOTHER.

02:01PM  16        AND TO THE EXTENT THAT A PRODUCT INTEROPERATES WITH OTHER

02:01PM  17   PRODUCTS, THAT IS MORE OPEN, IT'S MORE STANDARD, IT MAKES IT

02:01PM  18   EASIER FOR CUSTOMERS TO MOVE FROM ONE VENDOR TO ANOTHER VENDOR.

02:01PM  19        AND SO IN SELLING AND MARKETING TO CUSTOMERS, A LOT OF

02:01PM  20   TIMES THEY WANT TO KNOW THAT YOU ARE STANDARD AND OPEN.

02:01PM  21        AND SO BY IDENTIFYING OUR CLI COMMANDS AS BEING STANDARD,

02:02PM  22   INDUSTRY STANDARD, IT INDICATES THAT WE WERE MORE OPEN AND

02:02PM  23   THEREFORE CUSTOMERS WOULD BE MORE COMFORTABLE BUYING FROM US.

02:02PM  24   Q.   NOW, YOU STILL KNOW EXECUTIVES AT CISCO, I TAKE IT?

02:02PM  25   A.   I DO, YES.

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:02PM 1    Q.   YOU KEEP IN CONTACT WITH THEM PERIODICALLY?

02:02PM 2    A.   YES.

02:02PM 3    Q.   AND THEY'RE AWARE THAT YOU ARE ON ARISTA'S BOARD, RIGHT?

02:02PM 4    A.   WELL, YES, IT'S PUBLIC INFORMATION, AND I EVEN RECEIVED A

02:02PM 5    FEW COMPLIMENTARY E-MAILS WHEN I JOINED, SO YES.

02:02PM 6    Q.   NOW BEFORE CISCO SUED ARISTA IN THIS CASE, DID ANYONE FROM

02:02PM 7    CISCO INVITE YOU TO ENGAGE IN THE SORT OF DISCUSSIONS THAT YOU

02:02PM 8    ENGAGED WITH HUAWEI BEFORE CISCO SUED HUAWEI?

02:02PM 9    A.   NO.

02:02PM 10   Q.   DID YOU KNOW ABOUT THIS LAWSUIT BEING FILED BEFORE IT WAS

02:02PM 11   FILED?

02:02PM 12   A.   OH, NO.

02:02PM 13        MR. FERRALL:  NO FURTHER QUESTIONS.

02:02PM 14        THANK YOU, MR. GIANCARLO.

02:02PM 15        THE COURT:  MR. NELSON, ANY FOLLOW UP?

02:02PM 16        MR. NELSON:  JUST A LITTLE BIT, YOUR HONOR.

02:02PM 17        THE COURT:  SURE.

02:02PM 18

02:02PM 19        **REDIRECT EXAMINATION BY MR. NELSON**

02:02PM 20

02:02PM 21   BY MR. NELSON:

02:03PM 22   Q.   CAN WE GO BACK TO EXHIBIT 250, SIR.  THAT'S YOUR

02:03PM 23   DECLARATION.

02:03PM 24   A.   YES.

02:03PM 25   Q.   AND IN PARAGRAPH 12 OF THAT DECLARATION, I WILL WAIT UNTIL

997

02:03PM 1    YOU GET THERE --

02:03PM 2    A.   YES.

02:03PM 3              MR. PAK:  YOUR HONOR, MR. NELSON, I THINK THE JURY

02:03PM 4    CAN'T SEE --

02:03PM 5              THE COURT:  LET'S TURN THIS ON FOR THE JURY.  DO WE

02:03PM 6    HAVE IT?  GOOD.

02:03PM 7              MR. NELSON:  I KEEP FORGETTING THAT.  IT'S OKAY NOW?

02:03PM 8    THANK YOU.

02:03PM 9         MAY I PROCEED, YOUR HONOR?

02:03PM 10             THE COURT:  YES.

02:03PM 11   BY MR. NELSON:

02:03PM 12   Q.   SO IN PARAGRAPH 12, YOU SAY THE CLI USER INTERFACE IS

02:03PM 13   UNIQUE TO CISCO, RIGHT?

02:03PM 14   A.   YES.

02:03PM 15   Q.   AND THAT WAS A TRUE STATEMENT, RIGHT?

02:03PM 16   A.   YES.

02:03PM 17   Q.   YOU ALSO, IN YOUR DECLARATION, GOING BACK TO PARAGRAPH 8,

02:03PM 18   THIS WOULD BE PAGE 2, YOU SAY A KEY COMPONENT OF CISCO'S

02:04PM 19   COPYRIGHTED IOS PROGRAMS IS CISCO'S COPYRIGHTED COMMAND-LINE

02:04PM 20   INTERFACE, RIGHT?

02:04PM 21   A.   I DO.

02:04PM 22   Q.   AND YOU UNDERSTOOD COPYRIGHTED MEANT PROTECTED, CORRECT?

02:04PM 23   A.   YES.

02:04PM 24   Q.   SO YOU SAID, IN YOUR DECLARATION TO THE COURT, WHERE YOU

02:04PM 25   DECLARED YOU HAD PERSONAL KNOWLEDGE OF THE FACTS, THAT CISCO'S

998

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:04PM  1    COMMAND-LINE INTERFACE WAS PROTECTED, CORRECT?

02:04PM  2    A.    YES.

02:04PM  3    Q.    NOW SIR, I THINK I ASKED YOU THIS QUESTION BEFORE, BUT

02:04PM  4    SINCE 2003, YOU NEVER TOLD ANYONE PUBLICLY THAT YOU DIDN'T

02:04PM  5    ACTUALLY BELIEVE CISCO'S COMMAND-LINE INTERFACE WAS COPYRIGHTED

02:04PM  6    AND PROTECTED, CORRECT?

02:04PM  7    A.    I THINK WE ARE USING COMMAND-LINE INTERFACE IN TWO

02:04PM  8    DIFFERENT SENSES, AND IT'S VERY IMPORTANT TO, I THINK,

02:04PM  9    DIFFERENTIATE WHAT COMMAND-LINE INTERFACE MEANS.

02:04PM  10        WHEN YOU TALK TO THE ENGINEERS ABOUT COMMAND-LINE

02:04PM  11   INTERFACE, IT MEANS THE ENTIRE STRUCTURE, IT MEANS ALL THE

02:05PM  12   SOFTWARE THAT GOES INTO MAKING THAT UP, IT MEANS THE PARSER

02:05PM  13   THAT'S INVOLVED IN FILTERING THE COMMAND-LINE INTERFACE

02:05PM  14   COMMANDS, IT MEANS THE RESPONSES THAT THE DIFFERENT MODULES OF

02:05PM  15   IOS PROVIDE BACK TO THE USER, AND IT ALSO MEANS THE COMMANDS

02:05PM  16   THEMSELVES.

02:05PM  17        AND SO WHEN I SAY IT'S A KEY COMPONENT OF CISCO'S

02:05PM  18   COPYRIGHTED PROGRAMS, I ACTUALLY, YOU KNOW, MY INTERPRETATION

02:05PM  19   OF THAT WHEN I SIGNED IT, IS THAT THE PART OF THE SOFTWARE OF

02:05PM  20   IOS SOFTWARE MAKES UP THE COMMAND-LINE INTERFACE.

02:05PM  21        WHEN -- I HAVE, SINCE THE LATE 90'S, UNDERSTOOD, SPOKEN

02:05PM  22   ABOUT AND BELIEVED THAT THE COMMANDS THEMSELVES ARE NOT

02:05PM  23   PROTECTABLE.

02:05PM  24        SO WHEN, YOU KNOW, IT TURNS OUT THAT PEOPLE WILL USE

02:06PM  25   COMMAND-LINE INTERFACE TO MEAN DIFFERENT PARTS OF THAT AT

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:06PM  1    DIFFERENT TIMES.  WHEN I TALK ABOUT THE COMMAND-LINE INTERFACE,

02:06PM  2    I MEAN ALL OF IT TOGETHER.

02:06PM  3    Q.  SIR, YOU DIDN'T SAY ALL THAT TO THE COURT, DID YOU?

02:06PM  4    A.  I TRIED TO.

02:06PM  5    Q.  AND WE LOOKED TO THE COMPLAINT WHICH YOU SAID YOU

02:06PM  6    UNDERSTOOD THE ALLEGATIONS, AND THE COMPLAINT REFERRED TO THE

02:06PM  7    COMMANDS, CORRECT?

02:06PM  8    A.  I CAN'T SPEAK TO THE WAY THE COMPLAINT WAS WRITTEN.

02:06PM  9    Q.  BUT YOU REFERRED THE COURT TO THE COMPLAINT.  AND YOU

02:06PM  10   DEFINED THE COMMAND-LINE INTERFACE AS BEING THE COMMANDS?

02:06PM  11   A.  I DID.

02:06PM  12   Q.  AND YOU TOLD THE COURT --

02:06PM  13   A.  WELL, NO, NO, NO, TO BE CLEAR, I DID NOT REFER TO THE

02:06PM  14   COMMAND-LINE INTERFACE AS BEING THE COMMANDS.  YOU ARE SAYING

02:06PM  15   THE COMPLAINT DID.

02:06PM  16   Q.  CORRECT.

02:06PM  17   A.  WHICH I DID NOT REVIEW AT THE TIME.

02:06PM  18   Q.  AND YOU REFERRED THE COURT TO THE COMPLAINT AND REPRESENTED

02:06PM  19   TO THE COURT THAT YOU UNDERSTOOD THE ALLEGATIONS IN THE

02:06PM  20   COMPLAINT?

02:06PM  21   A.  I DID -- I DIDN'T SAY AS TO THE ALLEGATIONS IN THE

02:06PM  22   COMPLAINT, I REFERRED TO THE ALLEGATIONS IN THE COMPLAINT,

02:07PM  23   CORRECT.

02:07PM  24   Q.  AND YOU -- YOU WERE THE EXECUTIVE IN CHARGE OF INITIATING

02:07PM  25   AND PURSUING THE LAWSUIT AGAINST HUAWEI, RIGHT?

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:07PM 1    A.  I WAS.

02:07PM 2    Q.  AND YOU UNDERSTOOD, SIR, YOU UNDERSTAND AS PART OF THE

02:07PM 3    RESOLUTION OF THAT HUAWEI CHANGED THEIR COMMANDS, CORRECT?

02:07PM 4    A.  I UNDERSTAND THAT, YES.

02:07PM 5    Q.  OKAY.  SO THEY CHANGED THEIR COMMAND, THAT WAS PART OF THE

02:07PM 6    RESOLUTION OF THE CASE, CORRECT?

02:07PM 7    A.  MY GOAL IN THE CASE WAS TO GET THEM TO CHANGE THEIR SOURCE

02:07PM 8    CODE, WHICH THEY DID.

02:07PM 9    Q.  SIR, I THINK YOU SAID YOU DON'T THINK YOU WOULD HAVE FILED

02:07PM 10   A CASE IF IT WAS ONLY ABOUT COPYING OF THE COMMAND-LINE

02:07PM 11   INTERFACE, CORRECT?

02:07PM 12   A.  IF IT WAS ONLY COPYING OF THE COMMANDS, CORRECT.

02:07PM 13   Q.  AND YOU UNDERSTAND IN THIS CASE THERE ARE PATENTS INVOLVED,

02:07PM 14   RIGHT?

02:07PM 15   A.  I THINK THIS IS A CLI CASE RIGHT NOW, IN TERMS OF THE OVER

02:07PM 16   ALL DISPUTE, THERE ARE PATENTS INVOLVED, YES.

02:07PM 17   Q.  SO THERE ARE OTHER PATENTS THAT ARE BEING ASSERTED -- YOU

02:07PM 18   UNDERSTAND THAT THE INTELLECTUAL PROPERTY ALLEGATIONS ARE NOT

02:07PM 19   LIMITED TO THE COMMAND-LINE INTERFACE, RIGHT?

02:07PM 20   A.  YES.

02:07PM 21   Q.  MANY PATENTS?

02:07PM 22   A.  SEVERAL.

02:08PM 23   Q.  OKAY.  AND YOU UNDERSTAND THERE'S ACTUALLY IN THIS CASE,

02:08PM 24   ANOTHER PATENT AS WELL, RIGHT?

02:08PM 25   A.  ACTUALLY, I'M NOT INVOLVED IN THAT.

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:08PM 1    Q.    OKAY.  SO YOU DON'T KNOW ONE WAY OR THE OTHER?

02:08PM 2    A.    NO.

02:08PM 3    Q.    OKAY.  NOW, SIR, BEFORE YOU BECAME AN ARISTA BOARD MEMBER,

02:08PM 4    YOU NEVER EXPRESSED TO ANYONE THAT YOU DIDN'T THINK THE

02:08PM 5    COMMAND-LINE INTERFACE WAS PROTECTABLE, DID YOU?

02:08PM 6    A.    NO, I DIDN'T SAY THAT.  I HAVE SAID MANY TIMES THAT I DID

02:08PM 7    NOT BELIEVE, IN PUBLIC, THAT THE COMMANDS OF THE COMMAND-LINE

02:08PM 8    INTERFACE ARE NOT PROTECTABLE.

02:08PM 9    Q.    SIR, BETWEEN 2003 WHEN YOU FILED THIS DECLARATION UNDER

02:08PM 10    PENALTY OF PERJURY WITH THE COURT, AND PRIOR TO THE TIME YOU

02:08PM 11    BECAME AN ARISTA BOARD MEMBER, CAN YOU SHOW ME A SINGLE

02:08PM 12    DOCUMENT WHERE YOU SAID YOU DIDN'T THINK THE COMMANDS WERE

02:08PM 13    PROTECTABLE?

02:08PM 14    A.    NO, THESE ARE NOT THINGS WE WORKED OUT.

02:09PM 15    Q.    CAN YOU CITE TO ME A SINGLE INDIVIDUAL THAT YOU KNOW YOU

02:09PM 16    TOLD THAT TO?

02:09PM 17    A.    OH, I COULD.

02:09PM 18    Q.    OKAY.  NOW, SINCE THIS LAWSUIT WAS FILED, AND BEFORE YOU

02:09PM 19    CAME IN FOR YOUR TESTIMONY TODAY, YOU MET WITH ARISTA'S

02:09PM 20    LAWYERS, CORRECT?

02:09PM 21    A.    YES.

02:09PM 22    Q.    AND YOU PREPARED FOR YOUR TESTIMONY, CORRECT?

02:09PM 23    A.    YES.

02:09PM 24    Q.    AND YOU PREPARED FOR YOUR TESTIMONY BEFORE YOUR DEPOSITION

02:09PM 25    IN THIS CASE WITH ARISTA'S LAWYERS, CORRECT?

RECROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

02:09PM  1     A.  I DID.

02:09PM  2             MR. NELSON:  THANK YOU, SIR, I HAVE NO FURTHER

02:09PM  3     QUESTIONS.

02:09PM  4             THE COURT:  MR. FERRALL, ANYTHING ELSE FOR

02:09PM  5     MR. GIANCARLO?

02:09PM  6             MR. FERRALL:  WELL --

02:09PM  7

02:09PM  8             **RECROSS-EXAMINATION BY MR. FERRALL**

02:09PM  9

02:09PM  10    BY MR. FERRALL:

02:09PM  11    Q.  MR. GIANCARLO, CAN YOU TELL US SOME OF THE PEOPLE THAT YOU

02:09PM  12    HAD DISCUSSIONS WITH ABOUT THE PROTECTABILITY ABOUT THE CLI

02:09PM  13    COMMANDS?

02:09PM  14    A.  WELL, DID YOU WANT NAMES?

02:09PM  15    Q.  YEAH.

02:09PM  16    A.  WELL, CERTAINLY.  DAN SCHEINMAN, I'VE SPOKEN ABOUT IT WITH

02:09PM  17    BONNIE JOHNSON, YOU KNOW, FROM FOUNDRY NETWORKS, OVER TIME.

02:10PM  18    I'VE SPOKEN ABOUT IT WITH, LET ME SEE, WITH MIKE CLAYCO FROM

02:10PM  19    BROCADE.  YEAH.

02:10PM  20    Q.  OKAY.  AND MR. SCHEINMAN IS FORMERLY FROM CISCO?

02:10PM  21    A.  FORMERLY FROM CISCO, YES.

02:10PM  22             MR. FERRALL:  THANK YOU.

02:10PM  23             THE COURT:  MR. NELSON?

02:10PM  24             MR. NELSON:  JUST ONE QUESTION.

02:10PM  25

02:10PM  1      **FURTHER REDIRECT EXAMINATION BY MR. NELSON**

02:10PM  2

02:10PM  3      BY MR. NELSON:

02:10PM  4      Q.   DID YOU EVER GO BACK AND TELL THE COURT WHERE THE HUAWEI

02:10PM  5      CASE WAS FILED THAT YOU WERE WRONG?

02:10PM  6      A.   IN MY DECLARATION, I BELIEVE THAT I STATED THINGS AS I

02:10PM  7      UNDERSTOOD THEM, AND IN FACT, I STILL BELIEVE THAT WHAT I SAID

02:10PM  8      TODAY IS ACCURATE BECAUSE I WAS FOCUSED ON THE CLI AS PART OF

02:10PM  9      THE IOS.

02:10PM  10     Q.   EXCEPT THE FACT THAT YOU DON'T UNDERSTAND THE ALLEGATIONS

02:10PM  11     OF THE COMPLAINT, CORRECT?

02:10PM  12     A.   EXCEPT THAT I HADN'T READ THE COMPLAINT, YES.

02:10PM  13          MR. NELSON:   THANK YOU, SIR.

02:10PM  14       NO FURTHER QUESTIONS.

02:10PM  15          THE COURT:   ANYTHING ELSE?

02:10PM  16          MR. FERRALL:   NO, THANK YOU.

02:10PM  17          THE COURT:   MR. GIANCARLO, THANK YOU FOR YOUR

02:10PM  18     TESTIMONY.   YOU ARE FREE TO GO.

02:11PM  19       MR. PAK, YOUR NEXT WITNESS?

02:11PM  20          MR. PAK:   YES, YOUR HONOR.

02:11PM  21       WE WILL BE CALLING MR. LINCOLN DALE.

02:11PM  22          THE COURT:   MR. DALE, IF YOU WOULD COME FORWARD TO

02:11PM  23     THE WITNESS STAND, PLEASE AND STAND TO BE SWORN.

02:11PM  24

02:11PM  25                      **LINCOLN DALE,**

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:11PM 1      BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

02:11PM 2  HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

02:11PM 3  FOLLOWS:

02:11PM 4          THE WITNESS:  YES.

02:11PM 5          THE CLERK:  THANK YOU, SIR.  PLEASE BE SEATED.

02:11PM 6      IF YOU WOULD PLEASE STATE YOUR NAME AND SPELL YOUR LAST

02:12PM 7  NAME FOR THE RECORD.

02:12PM 8          THE WITNESS:  SURE.  MY NAME IS LINCOLN DALE.  LAST

02:12PM 9  NAME SPELLED D-A-L-E.

02:12PM 10

02:12PM 11         **DIRECT EXAMINATION BY MR. PAK**

02:12PM 12

02:12PM 13 BY MR. PAK:

02:12PM 14 Q.  IT'S NICE TO SEE YOU AGAIN, MR. DALE.

02:12PM 15 A.  LIKEWISE.

02:12PM 16 Q.  NOW MR. DALE YOU USED TO WORK FOR CISCO, CORRECT?

02:12PM 17 A.  I DID, YES.

02:12PM 18 Q.  AND AFTER YOU LEFT CISCO YOU USED TO WORK FOR ARISTA?

02:12PM 19 A.  THAT'S CORRECT.

02:12PM 20 Q.  NOW YOU ARE NO LONGER EMPLOYED BY ARISTA?

02:12PM 21 A.  THAT'S CORRECT.

02:12PM 22 Q.  SO GOING BACK TO WHEN YOU JOINED CISCO, YOU JOINED CISCO IN

02:12PM 23 1998 TO 1999; DOES THAT SOUND RIGHT?

02:12PM 24 A.  THAT SOUNDS ABOUT RIGHT.

02:12PM 25 Q.  AND YOU WERE AT CISCO FOR ROUGHLY 14 TO 15 YEARS?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:12PM  1    A.   THAT SOUNDS ABOUT RIGHT.

02:12PM  2    Q.   AND THEN YOU JOINED ARISTA IMMEDIATELY AFTER LEAVING CISCO;

02:12PM  3    IS THAT CORRECT?

02:12PM  4    A.   THAT'S CORRECT.

02:12PM  5    Q.   YOU DIDN'T TAKE A LOT OF TIME OFF, AS I RECALL?

02:12PM  6    A.   I THINK I TOOK A MONTH.

02:13PM  7    Q.   AND YOUR LAST JOB TITLE AT CISCO WAS DISTINGUISHED

02:13PM  8    ENGINEER; IS THAT CORRECT?

02:13PM  9    A.   THAT'S CORRECT.

02:13PM  10   Q.   AND YOU WERE PROUD OF THAT TITLE, RIGHT?

02:13PM  11   A.   YEAH, ABSOLUTELY.

02:13PM  12   Q.   AND YOU BELIEVED THAT LESS THAN ONE PERCENT OF ALL

02:13PM  13   ENGINEERS AT CISCO RECEIVE THAT TITLE OF DISTINGUISHED

02:13PM  14   ENGINEER, CORRECT?

02:13PM  15   A.   I THINK SOMETHING LIKE THAT, YES.

02:13PM  16   Q.   AND THERE'S A WHOLE RECOMMENDATION AND APPROVAL PROCESS BY

02:13PM  17   WHICH ENGINEERS ARE NOMINATED AND ULTIMATELY SELECTED FOR THE

02:13PM  18   DISTINGUISHED ENGINEER STATUS.

02:13PM  19   A.   YES.

02:13PM  20   Q.   AND IT'S YOUR BELIEF THAT MS. JAYSHREE ULLAL, WHO IS THE

02:13PM  21   CEO OF ARISTA, WHILE SHE WORKED AT CISCO, WAS INVOLVED IN

02:13PM  22   RECOMMENDING YOU TO THAT POSITION?

02:13PM  23   A.   I THINK SHE PRESENTED MY CASE FOR THE POSITION, YES.

02:13PM  24   Q.   AND DURING YOUR TIME AT CISCO, YOU WORKED IN THE DATA

02:13PM  25   CENTER BUSINESS UNIT, BUILDING SWITCHES THAT GOO INTO THESE BIG

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:13PM 1    DATA CENTERS WE HAVE BEEN DISCUSSING, CORRECT?

02:13PM 2    A.   YES.

02:13PM 3    Q.   AND WHILE YOU WERE AT CISCO, YOU WERE GIVEN ACCESS TO

02:14PM 4    CISCO'S CONFIDENTIAL SOURCE CODE, PRODUCT REQUIREMENTS

02:14PM 5    DOCUMENTS, ROAD MAPS AND OTHER TYPES OF CONFIDENTIAL

02:14PM 6    INFORMATION, CORRECT?

02:14PM 7    A.   THAT'S CORRECT.

02:14PM 8    Q.   AND THERE WERE SECTIONS OF CISCO SOURCE CODE THAT YOU

02:14PM 9    REVIEWED AS PART OF YOUR JOB, CORRECT?

02:14PM 10   A.   YES, SURE, YEAH.

02:14PM 11   Q.   AND THOSE SOURCE CODE MATERIALS WOULD HAVE GONE INTO, FOR

02:14PM 12   EXAMPLE SOME OF THE NEXUS LINE OF PRODUCTS THAT WENT INTO THE

02:14PM 13   DATA CENTER BUSINESS?

02:14PM 14   A.   YEAH, THOSE WERE THE PRODUCTS I WORKED ON.

02:14PM 15   Q.   AND SO THE SPECIFIC LINE OF SWITCHES THAT YOU WORKED ON AS

02:14PM 16   PART OF YOUR JOB RESPONSIBILITIES AT THE DATA CENTER GROUP WAS

02:14PM 17   THE NEXUS PORTFOLIO OF SWITCHES, CORRECT?

02:14PM 18   A.   NEXUS 7K, TO BE SPECIFIC.

02:14PM 19   Q.   7K IS 7000?

02:14PM 20   A.   YES.

02:14PM 21   Q.   YOU TALK ABOUT THE NEXUS 7K, THERE WOULD BE A SERIES OF

02:14PM 22   PRODUCTS THAT BEGIN WITH THE NUMBER 7?

02:14PM 23   A.   THAT'S RIGHT, YES.

02:14PM 24   Q.   BUT THEY ARE ALL DATA CENTER ORIENTED SWITCHING PRODUCTS;

02:14PM 25   IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:14PM  1    A.   THAT'S RIGHT.

02:14PM  2    Q.   AND THEY RUN THE NEXUS OPERATING SYSTEM OR NX-OS; IS THAT

02:15PM  3    CORRECT?

02:15PM  4    A.   THAT'S CORRECT, YEAH.

02:15PM  5    Q.   THAT'S THE NEXT GENERATION OPERATING SYSTEM FROM CISCO,

02:15PM  6    CORRECT?

02:15PM  7    A.   IT'S THE MOST RECENT GENERATION, YES.

02:15PM  8    Q.   AND YOU GUIDED, SIR, THE DEVELOPMENT OF THESE NEXUS

02:15PM  9    PRODUCTS WHILE YOU WERE AT CISCO, CORRECT?

02:15PM  10   A.   I DID, YES.

02:15PM  11   Q.   AND THESE WERE ETHERNET SWITCHES, RIGHT?

02:15PM  12   A.   THAT'S CORRECT.

02:15PM  13   Q.   AND WHILE YOU WERE AT CISCO, YOU KNEW THAT CISCO HAD A LOT

02:15PM  14   OF OTHER PRODUCTS OTHER THAN THE NEXUS LINE OF PRODUCTS,

02:15PM  15   CORRECT?

02:15PM  16   A.   MANY, YEAH.

02:15PM  17   Q.   2 OR 3,000 PRODUCTS AT CISCO, CORRECT?

02:15PM  18   A.   SURE.

02:15PM  19   Q.   BUT YOUR KNOWLEDGE OF CISCO'S PRODUCTS SPECIFICALLY RELATED

02:15PM  20   TO ITS NEXUS LINE OF ETHERNET SWITCHES, CORRECT?

02:15PM  21   A.   I WORKED ACROSS MANY GROUPS DURING MY TIME AT CISCO.  THE

02:15PM  22   SWITCHING WAS THE LAST GROUP THAT I WORKED ON.

02:15PM  23   Q.   SO WHEN YOU JOINED ARISTA, YOUR MOST RECENT EXPERIENCE

02:15PM  24   DEALT WITH THESE NEXUS LINE OF ETHERNET SWITCHING PRODUCTS,

02:15PM  25   CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:15PM 1    A.   YES.

02:15PM 2    Q.   AND THEN AFTER TAKING ABOUT A MONTH OFF, YOU JOINED ARISTA,

02:15PM 3    AND WHEN DID YOU JOIN ARISTA?

02:15PM 4    A.   IT WOULD HAVE BEEN IN NOVEMBER 2011.

02:16PM 5    Q.   2011?

02:16PM 6    A.   YES.

02:16PM 7    Q.   SO WHEN YOU WENT TO ARISTA DIRECTLY FROM CISCO, YOU STARTED

02:16PM 8    TO WORK ON ARISTA'S ETHERNET SWITCHES, CORRECT?

02:16PM 9    A.   THAT'S WHAT ARISTA BUILDS, YES.

02:16PM 10   Q.   AND THAT'S WHAT ARISTA BUILDS.  AND THOSE ARISTA ETHERNET

02:16PM 11   SWITCHES ALSO COMPETE FOR DATA CENTER CUSTOMERS, CORRECT?

02:16PM 12   A.   THEY DO, YEAH.

02:16PM 13   Q.   SO THERE'S DIRECT COMPETITION, YOU UNDERSTAND BETWEEN THE

02:16PM 14   ARISTA ETHERNET SWITCHES THAT YOU WORKED ON VERSUS THE NEXUS

02:16PM 15   LINE OF ETHERNET SWITCHES YOU WORKED ON AT CISCO, CORRECT?

02:16PM 16   A.   SURE.

02:16PM 17   Q.   AND WHEN YOU FIRST JOINED ARISTA, YOU DIDN'T RECEIVE ANY

02:16PM 18   TRAINING ABOUT CONFIDENTIAL INFORMATION AND PROPRIETARY

02:16PM 19   INFORMATION, CORRECT?

02:16PM 20   A.   IT'S POSSIBLE I DID.  I MEAN, IT'S WELL UNDERSTOOD, THE

02:16PM 21   PRINCIPLES OF CONFIDENTIALITY.

02:16PM 22   Q.   SIR, AT YOUR DEPOSITION YOU SAID, I DON'T THINK I RECEIVED

02:16PM 23   ANY TRAINING?

02:16PM 24   A.   I THINK I SAID I WASN'T SURE.

02:16PM 25   Q.   LET'S TAKE A LOOK AT WHAT YOU SAID.  AND YOU HAVE A COPY OF

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:17PM 1    YOUR DEPOSITION.  PAGE 103, LINE 16 TO 21.

02:17PM 2              MR. PAK:  YOUR HONOR, MAY I PLAY THE CLIP?

02:17PM 3              THE COURT:  YES.

02:17PM 4         (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:17PM 5    BY MR. PAK:

02:17PM 6    Q.   AND YOU DON'T RECALL RECEIVING ANY TRAINING WHERE SOMEONE

02:17PM 7    WOULD EXPLAIN TO YOU WHAT IS CONFIDENTIAL AND WHAT IS

02:17PM 8    PROPRIETARY WITH RESPECT TO INTELLECTUAL PROPERTY, CORRECT?

02:17PM 9    A.   SO I'VE CERTAINLY SEEN MATERIAL THAT HAD IT AFTER I

02:18PM 10   STARTED, BUT WHEN EXACTLY, I'M NOT SURE.

02:18PM 11   Q.   LET'S TAKE A LOOK AT YOUR DEPOSITION TESTIMONY AT PAGE 103,

02:18PM 12   LINE 24, TO PAGE 104, LINE 4.

02:18PM 13        (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:18PM 14   Q.   AND SPECIFICALLY NO ONE AT ARISTA SAT DOWN WITH YOU AND

02:18PM 15   TALKED TO YOU ABOUT THE SPECIFIC POLICIES OF ARISTA ABOUT THE

02:18PM 16   CONFIDENTIAL AND PROPRIETARY INFORMATION OF OTHER COMPANIES,

02:18PM 17   CORRECT?

02:18PM 18   A.   NO, I DON'T THINK SO.

02:18PM 19   Q.   YEAH.  YOU DIDN'T HAVE THOSE CONVERSATIONS, CORRECT?

02:18PM 20   A.   I DON'T THINK SO.

02:18PM 21   Q.   AND SO WHAT ARISTA MADE YOU DO IS YOU BECAME A MARKETING

02:18PM 22   EXPERT ON THE NEXUS LINE OF SWITCHES THAT YOU DEVELOPED AT

02:19PM 23   CISCO SO THAT WHEN ARISTA EMPLOYEES HAD QUESTIONS ABOUT HOW

02:19PM 24   THOSE PRODUCTS WORKED, YOU WERE ONE OF THE EXPERTS DESIGNATED

02:19PM 25   TO ANSWER THOSE QUESTIONS; ISN'T THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:19PM  1     A.   I COULD ANSWER QUESTIONS, SURE.

02:19PM  2     Q.   YOU WERE ONE OF THE PRODUCT EXPERTS INSIDE ARISTA TO ANSWER

02:19PM  3     QUESTIONS ABOUT THE NEXUS LINE OF PRODUCTS; ISN'T THAT TRUE?

02:19PM  4     SIR?

02:19PM  5     A.   OKAY.  SURE.

02:19PM  6     Q.   AND YOU DID HAVE MANY OF THOSE CONVERSATIONS, CORRECT?

02:19PM  7     A.   SURE, PROBABLY.

02:19PM  8     Q.   AND SITTING HERE TODAY, YOU DON'T KNOW WHETHER THERE'S ANY

02:19PM  9     SPECIFIC POLICY AT ARISTA PROHIBITING EMPLOYEES FROM USING

02:19PM  10    CONFIDENTIAL OR PROPRIETARY INFORMATION OF OTHER COMPANIES AS

02:19PM  11    PART OF THEIR JOB, CORRECT?

02:19PM  12    A.   SO I DO KNOW THERE IS SOME GUIDING PRINCIPLES THAT I THINK

02:19PM  13    ONE OF ARISTA'S FOUNDERS, KEN DUDA PUT TOGETHER WAS, I THINK IT

02:19PM  14    WAS CALLED THE ARISTA WAY, AND PART OF THAT WAS DO THE RIGHT

02:20PM  15    THING.  I THINK IT WAS WELL ESTABLISHED TO DO THE RIGHT THING.

02:20PM  16    Q.   YOU TESTIFIED TRUTHFULLY WHILE I WAS DEPOSING YOU EARLIER

02:20PM  17    IN THIS CASE, CORRECT, YOU TOOK AN OATH?

02:20PM  18    A.   SURE, YEAH.

02:20PM  19    Q.   OKAY.  LET'S TAKE A LOOK AT WHAT YOU SAID AT THAT TIME.

02:20PM  20    AND TAKE A LOOK AT PAGE 106, LINE 22, TO 107, LINE 5.

02:20PM  21              MR. PAK:  YOUR HONOR, MAY I PLAY THE CLIP?

02:20PM  22              THE COURT:  YES.

02:20PM  23         (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:20PM  24    Q.   THAT WAS THE SWORN TESTIMONY YOU GAVE AS OF JANUARY 21ST,

02:20PM  25    2016, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:20PM  1    A.   YEAH.

02:20PM  2    Q.   AND YOU DON'T KNOW IF YOU EVER REFERRED ANY LEGAL TRAINING

02:21PM  3    ON THE REQUIREMENTS OF CONFIDENTIALITY WITH RESPECT TO

02:21PM  4    TECHNICAL DOCUMENTS WHILE YOU WERE EMPLOYED AT ARISTA, CORRECT?

02:21PM  5    A.   NO.

02:21PM  6    Q.   NOW YOU WEREN'T JUST BEING A MARKETING EXPERT, YOU ACTUALLY

02:21PM  7    HAD PRODUCT DESIGN RESPONSIBILITIES OR INPUT INTO ARISTA'S

02:21PM  8    SWITCHES, CORRECT?

02:21PM  9    A.   THAT'S CORRECT.

02:21PM  10   Q.   YOU WERE INVOLVED IN SETTING PRODUCT REQUIREMENTS FOR

02:21PM  11   ARISTA'S ETHERNET SWITCHES THAT COMPETED WITH CISCO SWITCHES,

02:21PM  12   CORRECT?

02:21PM  13   A.   THAT'S RIGHT.

02:21PM  14   Q.   AND PART OF WHAT YOU DID WAS TALK TO CUSTOMERS IN ORDER TO

02:21PM  15   DEFINE HOW ARISTA'S PRODUCTS SHOULD WORK; IS THAT RIGHT?

02:21PM  16   A.   THAT'S RIGHT.

02:21PM  17   Q.   AND AS PART OF YOUR JOB AS ARISTA, YOU WOULD ALSO GIVE

02:21PM  18   PRESENTATIONS AT INDUSTRY CONFERENCES TO TALK ABOUT ARISTA'S

02:21PM  19   ETHERNET SWITCHING PRODUCTS TO POTENTIAL CUSTOMERS, CORRECT?

02:21PM  20   A.   THAT'S RIGHT.

02:21PM  21   Q.   AND DURING YOUR TIME AT ARISTA, YOU ENDED UP WRITING SOME

02:21PM  22   CODE THAT ENDED UP INTO ARISTA SWITCHES, CORRECT?

02:21PM  23   A.   YEAH.

02:22PM  24   Q.   AND YOU WERE ALSO INVOLVED IN ASSISTING CUSTOMERS AND

02:22PM  25   EDUCATING CUSTOMERS ABOUT THE INNER WORKINGS OF ARISTA

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:22PM  1    SWITCHES, CORRECT?

02:22PM  2    A.  THAT'S RIGHT.

02:22PM  3    Q.  AND YOU WERE INVOLVED IN PROMOTING AND SELLING ARISTA'S

02:22PM  4    ETHERNET SWITCHES TO NEW CUSTOMERS AS WELL, CORRECT?

02:22PM  5    A.  THAT'S RIGHT.

02:22PM  6    Q.  NOW I WANT TO STEP BACK A LITTLE BIT AND GO BACK TO YOUR

02:22PM  7    DAYS AT CISCO.

02:22PM  8        MR. DALE, WHILE YOU WERE WORKING AT CISCO, YOU WERE

02:22PM  9    FAMILIAR WITH THE SPECIFIC CLI COMMANDS THAT WERE SUPPORTED BY

02:22PM  10   IOS AND NX-OS OPERATING SYSTEMS FROM CISCO, CORRECT?

02:22PM  11   A.  THAT'S RIGHT.

02:22PM  12   Q.  YOU WERE A DISTINGUISHED ENGINEER, YOU KNEW ABOUT THOSE CLI

02:22PM  13   COMMANDS, CORRECT?

02:22PM  14   A.  I KNEW ABOUT CLI COMMANDS, SURE.

02:22PM  15   Q.  AND OVER THE COURSE OF YOUR CAREER, YOU ACTUALLY AUTHORED

02:22PM  16   SOME OF THOSE CLI COMMANDS YOURSELF, CORRECT?

02:22PM  17   A.  I THINK I DID.

02:22PM  18   Q.  AND THE INITIAL DECISION BY AN ENGINEER TO PROPOSE A

02:22PM  19   COMMAND AS AN EXPRESSION, THAT'S AN INDIVIDUAL SUBJECTIVE

02:23PM  20   CHOICE; ISN'T THAT RIGHT?

02:23PM  21   A.  I THINK SOMEONE NEEDS TO COME UP WITH THE COMMAND TO START

02:23PM  22   WITH, SURE.

02:23PM  23   Q.  SO YOU WOULD AGREE WITH THAT?

02:23PM  24   A.  AN INDIVIDUAL, SURE.

02:23PM  25   Q.  AND YOU WOULD AGREE WITH SITUATIONS WHERE AN ENGINEER COULD

1013

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:23PM  1    COME UP WITH A PARTICULAR COMMAND EXPRESSION FOR A

02:23PM  2    FUNCTIONALITY AND THAT WOULD BE HIS OR HER PREFERENCE FOR THAT,

02:23PM  3    CORRECT?

02:23PM  4    A.   I GUESS SO.

02:23PM  5    Q.   OKAY.  AND YOU KNOW FROM YOUR EXPERIENCE THAT DIFFERENT

02:23PM  6    ENGINEERS CAN HAVE DIFFERENT OPINIONS ON HOW TO EXPRESS CERTAIN

02:23PM  7    COMMANDS, CORRECT?

02:23PM  8    A.   SURE.

02:23PM  9    Q.   AND YOU'VE HAD YOUR OPINIONS AND OTHER PEOPLE HAD THEIR

02:23PM  10   DIFFERENT OPINIONS ON HOW TO EXPRESS A PARTICULAR COMMAND

02:23PM  11   EXPRESSION WHILE YOU WERE EMPLOYED BY CISCO; IS THAT RIGHT?

02:23PM  12   A.   THAT'S RIGHT.

02:23PM  13   Q.   AND WHEN YOU WERE HAVING THESE DIFFERENT OPINIONS, THOSE

02:23PM  14   WERE YOUR PERSONAL OPINIONS AND PREFERENCES FOR HOW A CLI

02:23PM  15   COMMAND EXPRESSION SHOULD BE EXPRESSED, AND YOU EXPRESSED THOSE

02:23PM  16   OPINIONS TO YOUR COLLEAGUES AT CISCO, CORRECT?

02:23PM  17   A.   I PROBABLY DID, YEAH.

02:23PM  18   Q.   AND YOU WOULD AGREE WITH ME THAT TWO ENGINEERS COULD SIT

02:23PM  19   DOWN AND PROPOSE TWO VERY DIFFERENT COMMANDS FOR ANY PARTICULAR

02:24PM  20   FUNCTION, CORRECT?

02:24PM  21   A.   SURE.

02:24PM  22   Q.   FOR EXAMPLE IT'S POSSIBLE FOR AN ENGINEER TO SIT DOWN AND

02:24PM  23   PICK THE WORD DISPLAY INSTEAD OF THE WORD SHOW FOR THE EXACT

02:24PM  24   TAME FUNCTIONALITY, IS THAT TRUE?

02:24PM  25   A.   IT'S POSSIBLE.  IT'S UNLIKELY, BUT IT'S POSSIBLE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:24PM  1    Q.   IT'S POSSIBLE, ISN'T IT SIR?

02:24PM  2    A.   IT'S POSSIBLE.

02:24PM  3    Q.   THERE'S NO TECHNICAL REASON WHY YOU COULDN'T CHOOSE ONE OR

02:24PM  4    THE OTHER; ISN'T THAT TRUE?

02:24PM  5    A.   IT'S JUST A WORD.

02:24PM  6    Q.   IT'S JUST A WORD CHOICE, CORRECT?  IS THAT RIGHT?  YES?  WE

02:24PM  7    NEED AN AUDITORY ANSWER.

02:24PM  8    A.   IT'S JUST A WORD, YES.

02:24PM  9    Q.   AN ENGINEER COULD PICK "VISUALIZE" RATHER THAN "SHOW;"

02:24PM  10   ISN'T THAT TRUE?

02:24PM  11   A.   IT'S POSSIBLE.

02:24PM  12   Q.   IT'S ANOTHER WORD CHOICE, CORRECT?

02:24PM  13   A.   YES.

02:24PM  14   Q.   YOU COULD CHOOSE ANY WORD FOR ANY COMMAND; ISN'T THAT

02:24PM  15   RIGHT?

02:24PM  16   A.   I THINK IF WE WERE TO USE YOUR EXAMPLE, THERE WERE ALREADY

02:24PM  17   THOUSANDS OF COMMANDS USING THE WORD SHOW, SO IT MADE LOGICAL

02:24PM  18   SENSE TO USE IF YOU DID NOT USE "DISPLAY," FOR EXAMPLE, WHEN

02:24PM  19   "SHOW" IS ALREADY THE COMMONLY USED WORD.

02:25PM  20   Q.   RIGHT.  BECAUSE THAT WAS -- CISCO HAD ALREADY USED "SHOW"

02:25PM  21   AS THE COMMONLY USED WORDING TO BE CONSISTENT WITH CISCO'S

02:25PM  22   CHOICE OF "SHOW," THAT'S WHAT YOU ARE TALKING ABOUT, CORRECT?

02:25PM  23   A.   SURE.  I THINK CISCO DEVICES USED "SHOW," YEAH.

02:25PM  24   Q.   AND SO IF YOU ARE DESIGNING A CISCO CLI COMMAND, YOU WANT

02:25PM  25   TO BE CONSISTENT WITH PRIOR CHOICES MADE BY OTHER CISCO

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:25PM 1    ENGINEERS, THAT'S ONE OF THE DESIGN OBJECTIVES, CORRECT?

02:25PM 2    A.   SURE.

02:25PM 3    Q.   OKAY.  BUT SETTING ASIDE, YOU ARE NO LONGER WORKING AT

02:25PM 4    CISCO, IF YOU WERE WORKING AT ANY COMPANY, YOU COULD CHOOSE ANY

02:25PM 5    WORD FOR ANY COMMAND; IS THAT TRUE?

02:25PM 6    A.   SURE, OKAY.

02:25PM 7    Q.   IT'S JUST A WORD CHOICE, CORRECT?

02:25PM 8    A.   UH-HUH.

02:25PM 9    Q.   THAT'S SUBJECTIVE, RIGHT?

02:25PM 10   A.   IT IS SUBJECTIVE BUT I THINK THERE'S MANY FACTORS THAT GO

02:25PM 11   INTO DECIDING COMMANDS THEMSELVES.

02:25PM 12   Q.   BUT ULTIMATELY, SIR, THAT'S A PROFESSIONAL JUDGMENT CALL BY

02:25PM 13   AN ENGINEER; ISN'T THAT TRUE?

02:25PM 14   A.   SURE.

02:25PM 15   Q.   NOW I WANT TO SWITCH GEARS AND TALK ABOUT YOUR TENURE AT

02:25PM 16   ARISTA.

02:26PM 17       SO YOU LEAVE CISCO, NOW YOU ARE AT ARISTA, AND PART OF YOUR

02:26PM 18   JOB RESPONSIBILITY WAS TALK TO ARISTA CUSTOMERS ABOUT ARISTA'S

02:26PM 19   PRODUCTS, CORRECT?

02:26PM 20   A.   THAT'S CORRECT.

02:26PM 21   Q.   AND I BELIEVE -- WHAT WAS YOUR TITLE AT ARISTA?

02:26PM 22   A.   I FORGOT WHAT MY INITIAL TITLE WAS, BUT AT ARISTA MY FINAL

02:26PM 23   TITLE WAS DISTINGUISHED ENGINEER AS WELL.

02:26PM 24   Q.   OKAY.  SO THAT'S A COMPARABLE TITLE AT ARISTA COMPARED TO

02:26PM 25   THE TITLE YOU HELD AT CISCO; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:26PM  1     A.   THAT'S CORRECT.

02:26PM  2     Q.   AND AGAIN, THAT WOULD BE AN ENGINEER OF DISTINCTION AT

02:26PM  3     ARISTA, CORRECT?

02:26PM  4     A.   I GUESS SO.

02:26PM  5     Q.   WHEN YOU WERE AT ARISTA, YOU POINTED OUT TO POTENTIAL

02:26PM  6     CUSTOMERS THAT ARISTA'S USER INTERFACE IS JUST LIKE CISCO'S;

02:26PM  7     ISN'T THAT TRUE?

02:26PM  8     A.   SURE, YEAH.

02:26PM  9     Q.   YOU SAID THAT TO MANY CUSTOMERS, DIDN'T YOU?

02:26PM  10    A.   IT'S LIKELY I DID.

02:26PM  11    Q.   OKAY.  AND YOU ALSO TOLD THOSE SAME CUSTOMERS THAT THEY CAN

02:27PM  12    SAVE RE-TRAINING COSTS AND THEY CAN EASILY ADOPT ARISTA'S

02:27PM  13    NETWORKING EQUIPMENT BECAUSE IT HAS THE SAME USER INTERFACE AS

02:27PM  14    CISCO'S, ISN'T THAT RIGHT?

02:27PM  15    A.   THAT'S CORRECT.

02:27PM  16    Q.   AND TAKE A LOOK AT, SIR, EXHIBIT 176 IN YOUR BINDER.

02:27PM  17         THIS WAS AN E-MAIL THAT WAS SENT FROM MR. DAVID MCLEOD, TO

02:27PM  18    YOU, MR. DALE, ON OCTOBER 9TH, 2012, WHILE YOU WERE EMPLOYED AT

02:27PM  19    ARISTA NETWORKS, CORRECT?

02:27PM  20    A.   THAT'S CORRECT.

02:27PM  21         MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

02:27PM  22    EXHIBIT 176 INTO EVIDENCE.

02:27PM  23         MR. SILBERT:  NO OBJECTION.

02:27PM  24         THE COURT:  IT WILL BE ADMITTED.

02:27PM  25

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:27PM 1          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 176, HAVING BEEN

02:27PM 2    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:27PM 3    EVIDENCE.)

02:27PM 4    BY MR. PAK:

02:27PM 5    Q.   SO LET'S TAKE A LOOK AT THE PAGE, THE SECOND PAGE, WHICH

02:27PM 6    HAS THE BATES NUMBER 803, AND WHO WAS MR. MCLEOD AT ARISTA?

02:28PM 7    A.   SO DAVID, PER HIS TITLE HERE, WAS SALES SOUTHERN REGION

02:28PM 8    AUSTRALIA, NEW ZEALAND.

02:28PM 9    Q.   OKAY.  AND YOU WORKED REGULARLY WITH MR. MCLEOD, CORRECT?

02:28PM 10   A.   I DID, YES.

02:28PM 11   Q.   AND BOTH OF YOU WERE TRYING TO SELL ARISTA EQUIPMENT TO

02:28PM 12   POTENTIAL CUSTOMERS, CORRECT?

02:28PM 13   A.   THAT'S CORRECT.

02:28PM 14   Q.   SO LET'S TAKE A LOOK AT THE TOP PARAGRAPH.  WHAT MR. MCLEOD

02:28PM 15   WROTE IS, IN A QUICK SUMMARY OF OUR VALUE/DIFFERENTIATION, IF

02:28PM 16   YOU ARE LOOKING TO SIMPLIFY OUR NETWORK DESIGN, FUTURE PROOF

02:28PM 17   FOR NEW SERVICES AND REDUCE CAPEX/OPEX OUR SOLUTIONS CAN HELP

02:28PM 18   IN A STORAGE CLOUD ENVIRONMENT.

02:28PM 19          AND CAPEX/OPEX, THOSE ARE EXPENDITURES, CAPITAL

02:29PM 20   EXPENDITURE, OPERATIONAL EXPENDITURE; IS THAT RIGHT?

02:29PM 21   A.   I THINK THAT'S FAIR.

02:29PM 22   Q.   AND WHAT HE SAYS NEXT IS, ADD IN A CLI IDENTICAL TO CISCO

02:29PM 23   IOS AND WE MAKE IT SIMPLE TO TRANSITION OPERATIONALLY.

02:29PM 24          THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF ARISTA'S

02:29PM 25   MARKETING PITCH, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:29PM 1   A.   TYPICALLY, I DON'T THINK MARKETING INVOLVED TALKING ABOUT

02:29PM 2   THE COMMAND LINE, IT GENERALLY WASN'T A MAIN SELLING POINT.

02:29PM 3       THAT SAID, FOR SOME CUSTOMERS, WHO MIGHT HAVE BEEN TRAINED

02:29PM 4   ON OTHER DEVICES, IT MIGHT HAVE BEEN IMPORTANT.

02:29PM 5   Q.   YOU DON'T DISPUTE THAT ARISTA PEOPLE TALKED TO CUSTOMERS

02:29PM 6   AND SAID THESE VERY SAME THINGS, ADD IN A CLI IDENTICAL TO

02:29PM 7   CISCO IOS AND WE IT MAKE IT SIMPLE TO TRANSITION EXISTING CISCO

02:29PM 8   CUSTOMERS TO ARISTA CUSTOMERS, CORRECT?

02:29PM 9   A.   SURE.

02:29PM 10  Q.   YOU SAID THOSE THINGS, CORRECT?

02:29PM 11  A.   I DON'T KNOW IF I USED THOSE EXACT WORDS, BUT SURE.

02:29PM 12  Q.   OKAY.  AND YOU KNOW OTHER PEOPLE AT ARISTA USED SIMILAR

02:30PM 13  WORDS TO CONVEY THE SAME MESSAGE, CORRECT?

02:30PM 14  A.   YES, IT'S POSSIBLE.

02:30PM 15  Q.   AND AS WE DISCUSSED EARLIER, PART OF YOUR JOB AT ARISTA WAS

02:30PM 16  TO GIVE THESE PRESENTATIONS TO INDUSTRY CONFERENCES ABOUT

02:30PM 17  ARISTA'S PRODUCTS, CORRECT?

02:30PM 18  A.   THAT'S CORRECT.

02:30PM 19  Q.   AND WHEN YOU PRESENTED AT INDUSTRY CONFERENCES TALKING

02:30PM 20  ABOUT ARISTA PRODUCTS AS A DISTINGUISHED ENGINEER, YOU KNEW IT

02:30PM 21  WAS IMPORTANT TO MAKE SURE THAT YOU WERE PRESENTING ACCURATELY,

02:30PM 22  CORRECT?

02:30PM 23  A.   I LIKE TO BE ACCURATE, YES.

02:30PM 24  Q.   YOU KNOW IT WAS IMPORTANT, CORRECT?

02:30PM 25  A.   SURE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:30PM  1    Q.   AND YOU DIDN'T WANT TO HEAR PEOPLE SAY SOMETHING THAT WAS

02:30PM  2    NOT TRUE AT THESE INDUSTRY CONFERENCES, CORRECT?

02:30PM  3    A.   THAT'S CORRECT.

02:30PM  4    Q.   AND YOU TOOK THE TIME TO PREPARE AND MAKE SURE THAT YOUR

02:30PM  5    PRESENTATIONS AND YOUR COMMENTS WOULD BE ACCURATE?

02:30PM  6    A.   WHEREVER I COULD, SURE.

02:30PM  7    Q.   AND MR. DALE, ONE OF THE THINGS YOU SAID AT INDUSTRY

02:30PM  8    CONFERENCES ON BEHALF OF ARISTA IS THAT WHEN ARISTA SAYS THAT

02:31PM  9    ITS SWITCHES RUN ON AN INDUSTRY STANDARD CLI, THAT WAS YOUR

02:31PM  10   JOKE FOR SAYING IT'S THE SAME AS CISCO IOS.

02:31PM  11        YOU SAID THAT, CORRECT?

02:31PM  12   A.   I THINK I'VE SAID THAT, YES.

02:31PM  13   Q.   SAID THAT PUBLICLY, DIDN'T YOU, SIR?

02:31PM  14   A.   WELL, I DON'T KNOW IF IT WAS PUBLIC, BUT IT WAS CERTAINLY

02:31PM  15   IN A CONFERENCE, SURE.

02:31PM  16   Q.   A LOT OF PEOPLE ATTENDING THAT CONFERENCE, CORRECT?

02:31PM  17   A.   YEAH, A FEW HUNDRED.

02:31PM  18   Q.   AND IT WAS RECORDED ON VIDEO?

02:31PM  19   A.   I GATHER SO, YES.

02:31PM  20   Q.   PUBLISHED ON THE INTERNET?

02:31PM  21   A.   IT WAS PUBLISHED SOMEWHERE, I DON'T KNOW IF IT WAS ON THE

02:31PM  22   INTERNET.

02:31PM  23   Q.   YOU ALSO SAID AT THE SAME CONFERENCES THAT ARISTA CUSTOMERS

02:31PM  24   COULD TAKE CONFIGURATION FILES OFF OF A CISCO CATALYST OR A

02:31PM  25   CATALYST OR CISCO NEXUS PRODUCT AND APPLY IT EXACTLY THE SAME

1020

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:31PM  1    WAY TO AN ARISTA SWITCH, CORRECT?

02:31PM  2    A.   I PROBABLY SAID SOMETHING LIKE THAT, YEAH.

02:31PM  3    Q.   YOU'VE STATED THAT, RIGHT, CORRECT?

02:31PM  4    A.   SURE, YEAH.

02:31PM  5    Q.   AND AGAIN, CATALYST AND NEXUS PRODUCTS ARE CISCO PRODUCTS,

02:31PM  6    CORRECT?

02:31PM  7    A.   THAT'S RIGHT.

02:31PM  8    Q.   AND IF YOU TAKE A LOOK AT EXHIBIT 166 --

02:32PM  9          MR. PAK:  YOUR HONOR, I HAVE A CD THAT HAS ONE OF THE

02:32PM  10   VIDEOS, AND I WILL DEFINITELY PLAY A CLIP FROM THAT VIDEO

02:32PM  11   TODAY.

02:32PM  12         THE COURT:  OKAY.  AND YOU WILL GIVE ME A TRANSCRIPT

02:32PM  13   OF THAT CLIP.

02:32PM  14         MR. PAK:  OF COURSE.

02:32PM  15         THE COURT:  THANK YOU.

02:32PM  16         MR. PAK:  SO I WOULD LIKE TO MOVE EXHIBIT 166, WHICH

02:32PM  17   IS THE ARISTA REINVENTING DATA CENTER SWITCHING PRESENTATION BY

02:32PM  18   MR. LINCOLN DALE.

02:32PM  19         THE COURT:  AND THE RECORD, TO BE CLEAR, ONLY THE

02:32PM  20   PORTION PLAYED IN THE COURTROOM AND SUBMITTED IN THE TRANSCRIPT

02:32PM  21   IS IN EVIDENCE IN THIS CASE.  AND WE HAVEN'T OFFERED IT IN

02:32PM  22   EVIDENCE, BUT I PRESUME YOU ARE.

02:32PM  23         MR. SILBERT:  MAY WE HAVE THE WHOLE CLIP BE IN

02:32PM  24   EVIDENCE?  I DON'T OBJECT TO HIM PLAYING A PORTION IN COURT.

02:32PM  25         THE COURT:  OH, IS THAT RIGHT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:32PM  1    MR. PAK:  I'M HAPPY TO PUT THE WHOLE THING INTO

02:32PM  2  EVIDENCE, BUT WE WILL DEFINITELY PLAY SOME CLIPS THAT WILL BE

02:32PM  3  IN TRANSCRIPT.

02:32PM  4    THE COURT:  IT'S EITHER ALL PLAYED IN THE COURTROOM

02:32PM  5  OR IT'S NOT IN EVIDENCE.  AND I'M SURE WE WOULD ALL LOVE TO SEE

02:32PM  6  IT ALL.

02:32PM  7    MR. PAK:  IN THIS CASE, YOUR HONOR, I THINK I'M GOING

02:32PM  8  TO PLAY PART OF THE CLIPS AND THAT WILL BE PART OF MY EVIDENCE.

02:32PM  9    THE COURT:  OKAY.  I WILL ADMIT THE PORTIONS OF

02:33PM  10  EXHIBIT 166 THAT ARE PLAYED IN THE COURTROOM, AND THAT WILL BE

02:33PM  11  CONFIRMED IN THE RECORD BY THE TRANSCRIPT SUBMITTED BY CISCO.

02:33PM  12    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 166, HAVING BEEN

02:33PM  13  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:33PM  14  EVIDENCE.)

02:33PM  15    MR. PAK:  SO MR. LINCOLN DALE, LET'S TAKE A LOOK.

02:33PM  16   FIRST OF ALL, MR. FISHER, LET'S PLAY AROUND THE FIRST

02:33PM  17  20 SECONDS OF THIS VIDEO.

02:33PM  18    (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:33PM  19    MR. PAK:  THANK YOU, YOUR HONOR.

02:33PM  20  Q.  THAT WAS YOU ON THE VIDEO?

02:33PM  21  A.  IT CERTAINLY LOOKS LIKE ME, YES.

02:33PM  22  Q.  SO LET'S NOW JUMP TO ANOTHER PORTION OF THE SAME VIDEO.

02:34PM  23   THIS TIME, YOUR HONOR, WE ARE GOING TO BE PLAYING FROM 21

02:34PM  24  MINUTES AND 41 SECONDS ON.

02:34PM  25    THE COURT:  WE ARE GOING TO LISTEN TO 21 MINUTES?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:34PM  1    MR. PAK:  NO, WE ARE STARTING FROM 21 MINUTES INTO

02:34PM  2  THE VIDEO.

02:34PM  3    THE COURT:  WE CAN LISTEN TO 21 MINUTES, I JUST

02:34PM  4  WANTED TO KNOW IF I HEARD YOU RIGHT.

02:34PM  5    MR. PAK:  I WOULDN'T DO THAT TO US.

02:34PM  6    (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:34PM  7  Q.  I WANT TO GO BACK AND PLAY IT ONE MORE TIME, MR. FISHER.

02:34PM  8    AND THEN MR. FISHER, IF WE COULD BACK UP THERE AND IF YOU

02:34PM  9  COULD PAUSE AT THE LAST FRAME.

02:35PM  10    I WANT TO ASK MR. -- SO AGAIN, MR. DALE, THAT WAS YOU?

02:35PM  11  A.  IT'S ME.

02:35PM  12  Q.  OKAY.  AND AT THE TOP IT SAYS EOS INDUSTRY STANDARD CLI,

02:35PM  13  CORRECT?

02:35PM  14  A.  THAT'S RIGHT.

02:35PM  15  Q.  AND THEN ON THE LEFT-HAND SIDE IT SAYS, COMMON CLI TOOLS

02:35PM  16  AND WHAT YOU WROTE IN THIS INDUSTRY PRESENTATION IS ARISTA'S

02:35PM  17  CLI COMMANDS, SAME AS CISCO IOS, THAT'S WHAT YOU WROTE AND

02:35PM  18  PRESENTED, CORRECT?

02:35PM  19  A.  THAT'S WHAT'S IN THAT SLIDE.

02:35PM  20  Q.  AND IF YOU LOOK CAREFULLY SIR AT THE SCREEN, YOU WILL SEE

02:35PM  21  THAT THERE'S A SCREEN OUTPUT; IS THAT CORRECT?

02:35PM  22  A.  THAT'S RIGHT.

02:35PM  23  Q.  AND WHAT YOU ARE ACTUALLY SHOWING IS A SCREEN SNAPSHOT OF

02:35PM  24  AN ARISTA SWITCH RUNNING SOME COMMANDS AND SCREEN OUTPUTS FROM

02:35PM  25  THAT SWITCH; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:35PM 1    A.   THAT'S RIGHT.

02:36PM 2    Q.   AND YOU WERE DISPLAYING THIS TO THE INDUSTRY PARTICIPANTS

02:36PM 3    SO THEY COULD SEE THAT WHAT YOU WOULD TYPE IN TO AN ARISTA

02:36PM 4    SWITCH AND GET BACK WOULD BE, IN YOUR WORDS, SAME AS CISCO IOS,

02:36PM 5    CORRECT?

02:36PM 6    A.   THAT'S RIGHT.

02:36PM 7    Q.   SO IF YOU LOOK HERE, YOU CAN SEE THAT THERE ARE A COUPLE OF

02:36PM 8    COMMANDS, ONE OF THE COMMANDS IS SWITCHPORT ACCESS VLAN.

02:36PM 9         THAT'S ABOUT FIVE LINES IN, CAN YOU SEE THAT?

02:36PM 10   A.   I SEE THAT.

02:36PM 11   Q.   SO ONE OF THE COMMANDS THAT YOU WERE DEMONSTRATING TO THE

02:36PM 12   INDUSTRY WAS THE COMMAND SWITCHPORT ACCESS VLAN, AND THEN YOU

02:36PM 13   SHOW THE OUTPUT OF THAT COMMAND, CORRECT?

02:36PM 14   A.   THAT'S CORRECT.  IT'S INTERESTING, I DON'T THINK A CISCO

02:36PM 15   DEVICE WOULD HAVE THAT SAME OUTPUT.

02:36PM 16   Q.   BUT YOU KNOW THAT CISCO DEVICES HAVE THE SAME COMMANDS?

02:36PM 17   A.   SURE, IT'S THE SAME COMMAND.

02:36PM 18   Q.   YEAH.  YOU KNOW AND THAT'S ONE OF THE COMMANDS THAT'S AT

02:36PM 19   ISSUE IN THIS CASE?

02:36PM 20   A.   SURE, YEAH.

02:36PM 21   Q.   I WANT TO INTRODUCE INTO EVIDENCE NOW, IF YOU LOOK AT

02:37PM 22   EXHIBIT 165.

02:37PM 23        CAN YOU CONFIRM THAT THIS IS THE SAME POWERPOINT THAT YOU

02:37PM 24   PRESENTED IN POWERPOINT FORMAT AT THE INDUSTRY CONFERENCE VIDEO

02:37PM 25   THAT WE LOOKED AT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:37PM  1    A.   IT CERTAINLY LOOKS TO BE THE SAME.

02:37PM  2        MR. PAK:  OKAY.  AND YOUR HONOR, I WOULD LIKE TO MOVE

02:37PM  3    EXHIBIT 165 INTO EVIDENCE.

02:37PM  4        MR. SILBERT:  NO OBJECTION.

02:37PM  5        THE COURT:  IT WILL BE ADMITTED.

02:37PM  6        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 165, HAVING BEEN

02:37PM  7    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:37PM  8    EVIDENCE.)

02:37PM  9    BY MR. PAK:

02:37PM  10   Q.   AND IF WE COULD JUST PORTRAY THE FIRST SCREEN.  THAT'S YOUR

02:37PM  11   NAME THERE, LINCOLN DALE.

02:37PM  12   A.   IT IS, YES.

02:37PM  13   Q.   AND IF WE TURN TO SLIDE 38, IT'S CUT OFF A LITTLE BIT BUT

02:37PM  14   YOU CAN SEE IT'S GOT THE INDUSTRY STANDARD CLI, ARISTA CLI

02:37PM  15   COMMAND SAME AS CISCO IOS, CORRECT?

02:37PM  16   A.   YEAH, IT'S CUT OFF, BUT I'M SURE THAT'S WHAT IT SAYS.

02:38PM  17   Q.   OKAY.  AND LET'S TAKE A LOOK AT ONE MORE DOCUMENT.  THIS IS

02:38PM  18   EXHIBIT 169.  CAN YOU CONFIRM THAT THIS IS A DOCUMENT THAT YOU

02:38PM  19   CREATED AS WELL?

02:38PM  20   A.   IT'S POSSIBLE, I CERTAINLY CREATED SOME OF IT, MAYBE NOT

02:38PM  21   ALL OF IT, BUT SURE.

02:38PM  22   Q.   YES.  I THINK THERE IS A SCREEN SNAPSHOT WHERE IT SAYS

02:38PM  23   LINCOLN-DALE-S-MACBOOK.  DID YOU HAVE A MACBOOK AT ARISTA?

02:38PM  24   A.   I DID, YES.

02:38PM  25   Q.   OKAY.  DO YOU HAVE ANY REASON TO DISPUTE THAT THIS CAME,

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:39PM 1   FOR EXAMPLE, THAT WOULD BE AT SLIDE -- THE BATES NUMBER 773, IF

02:39PM 2   YOU LOOK AT THE TOP OF THAT IN YOUR BINDER YOU WILL SEE LINCOLN

02:39PM 3   DALE MACBOOK.  DO YOU SEE THAT ENTRY?

02:39PM 4   A.   YEAH, I'M NOT SURE WHAT THE QUESTION IS.

02:39PM 5   Q.   IS THIS A DOCUMENT THAT CAME FROM YOUR FILES?

02:39PM 6   A.   IT LOOKS LIKE IT COULD, SURE.

02:39PM 7           MR. PAK:  AND YOUR HONOR, AT THIS POINT I DON'T THINK

02:39PM 8   THERE'S AN OBJECTION.  I WOULD LIKE TO MOVE THIS DOCUMENT INTO

02:39PM 9   EVIDENCE AS WELL.

02:39PM 10          MR. SILBERT:  NO OBJECTION.

02:39PM 11          THE COURT:  IT WILL BE ADMITTED.

02:39PM 12      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 169, HAVING BEEN

02:39PM 13  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:39PM 14  EVIDENCE.)

02:39PM 15  BY MR. PAK:

02:39PM 16  Q.   SO IF WE TAKE A LOOK AT THIS DOCUMENT, IT'S A SIMILAR

02:39PM 17  DOCUMENT, IT'S GOT ARISTA REINVENTING DATA CENTER SWITCHING.

02:39PM 18      IF WE JUMP TO THE PAGE ENDING IN 773.  THIS IS INTERESTING,

02:39PM 19  SO THIS DOCUMENT THAT YOU ALSO CREATED HAS EOS AT THE TOP, BUT

02:39PM 20  INSTEAD OF INDUSTRY STANDARD CLI IT SAYS OPERATIONAL CLI,

02:40PM 21  DOESN'T IT?

02:40PM 22  A.   IT DOES.

02:40PM 23  Q.   AND ON THE BOTTOM AT THE LEFT-HAND SIDE IT SAYS ARISTA CLI

02:40PM 24  COMMANDS SAME AS CISCO IOS, CORRECT?

02:40PM 25  A.   IT DOES, YES.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:40PM  1   Q.   AND IT SHOWS IN FACT, THE SAME SCREEN OUTPUT FOR THE

02:40PM  2   COMMAND SWITCHPORT ACCESS VLAN THAT WE TALKED ABOUT WITH YOUR

02:40PM  3   NAME, LINCOLN DALE AT THE TOP, CORRECT?

02:40PM  4   A.   IT DOES.

02:40PM  5   Q.   LET'S TAKE A LOOK AT ONE MORE DOCUMENT, AND THAT'S

02:40PM  6   EXHIBIT 168.

02:40PM  7        BY THE WAY, WHEN YOU WERE MAKING THESE STATEMENTS ABOUT

02:40PM  8   INDUSTRY STANDARD, ISN'T IT TRUE THAT YOU HAD NOT PERSONALLY

02:40PM  9   ANALYZED ANY OF THE CLI COMMAND SETS OF ALL THE VARIOUS OTHER

02:40PM  10  VENDORS THAT COMPETE WITH ARISTA AND CISCO, CORRECT?

02:40PM  11  A.   I HAD SOME DEGREE OF FAMILIARITY, BUT I CERTAINLY HADN'T

02:41PM  12  ANALYZED ALL OF THEM, NO.

02:41PM  13  Q.   AND YOU WEREN'T FAMILIAR, FOR EXAMPLE, WITH THE JUNIPER,

02:41PM  14  JUNOS CLI, CORRECT?

02:41PM  15  A.   I MEAN I KNOW WHAT IT IS, BUT I HAVEN'T USED IT A LOT, NO.

02:41PM  16  Q.   AND AT THAT TIME YOU HAD NOT ANALYZED OR LOOKED AT THE

02:41PM  17  SPECIFIC COMMAND-LINE INTERFACES FROM OTHER VENDORS TO SEE HOW

02:41PM  18  SIMILAR OR DISSIMILAR THEY WERE TO COMMANDS IN THE CISCO IOS,

02:41PM  19  CORRECT?

02:41PM  20  A.   NO, I KNEW THEY WERE ALL SIMILAR.

02:41PM  21  Q.   YOU ARE NOT AN EXPERT IN COMMAND-LINE INTERFACES, IS THAT

02:41PM  22  TRUE?

02:41PM  23  A.   I DON'T CLAIM TO BE, NO.

02:41PM  24  Q.   AND ISN'T IT TRUE, SIR, THAT YOU ARE NOT EVEN AN EXPERT ON

02:41PM  25  WHAT IT MEANS TO BE AN INDUSTRY STANDARD, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:41PM 1    A.  I THINK THERE'S PROBABLY MANY DIFFERENT DEFINITIONS OF

02:41PM 2    INDUSTRY STANDARD, SURE.

02:41PM 3    Q.  WELL, LET'S TAKE A LOOK AT WHAT YOU SAID IN YOUR

02:41PM 4    DEPOSITION, PAGE 293, LINE 12 THROUGH 15.

02:41PM 5         MR. PAK:  YOUR HONOR, MAY I PLAY THE CLIP?

02:42PM 6         THE COURT:  YES, YOU MAY.

02:42PM 7    (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:42PM 8    Q.  BUT WHAT YOU TOLD PUBLICLY TO THE INDUSTRY STANDARD

02:42PM 9    PARTICIPANTS IS THAT WHAT YOU USED THE WORD INDUSTRY STANDARD

02:42PM 10   CLI, THAT'S A JOKE FOR BEING THE SAME AS CISCO IOS, CORRECT?

02:42PM 11   A.  I THINK I SAID SOMETHING LIKE THAT, SURE.

02:42PM 12   Q.  SO LET'S GO BACK TO EXHIBIT 168.  WHAT IS THE CE, MAILING

02:42PM 13   LIST AT ARISTA?

02:42PM 14   A.  CE, STOOD FOR THE CUSTOMER ENGINEER.

02:42PM 15   Q.  OKAY.  AND YOU WOULD HAVE BEEN PART OF THAT E-MAIL ALIAS

02:42PM 16   LIST, CORRECT?

02:42PM 17   A.  YEAH, I WAS ON THAT ALIAS, CORRECT.

02:42PM 18   Q.  AND THERE WERE MANY OTHERS WHO WERE ON THAT ALIAS, CORRECT?

02:42PM 19   A.  YEAH.  MANY.

02:42PM 20   Q.  MR. ANSHUL SADANA WOULD HAVE BEEN ON THAT, CORRECT?

02:42PM 21   A.  HE PROBABLY WOULD HAVE BEEN, YEAH.

02:42PM 22   Q.  LET'S TAKE A LOOK AT EXHIBIT 168, IT WAS AN E-MAIL SENT BY

02:43PM 23   MANUEL MENDEZ TO THE CE-MAILING LIST AND OTHER EMPLOYEES.  AND

02:43PM 24   IT'S DATED UNTIL JULY 10, 2014; DO YOU SEE THAT?

02:43PM 25   A.  I SEE THAT.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:43PM 1    Q.   DO YOU HAVE ANY REASON TO DISPUTE THE AUTHENTICITY OF THIS

02:43PM 2    E-MAIL?

02:43PM 3    A.   I DON'T.  I'M NOT INVOLVED IN THE DISCUSSION, BY THE LOOKS,

02:43PM 4    BUT SURE, I HAVE NO REASON TO BELIEVE THAT IT'S NOT AUTHENTIC.

02:43PM 5            MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

02:43PM 6    EXHIBIT 168 INTO EVIDENCE.

02:43PM 7            MR. SILBERT:  NO OBJECTION.

02:43PM 8            THE COURT:  IT WILL BE ADMITTED.

02:43PM 9        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 168, HAVING BEEN

02:43PM 10   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:43PM 11   EVIDENCE.)

02:43PM 12   BY MR. PAK:

02:43PM 13   Q.   JUST TO BE CLEAR, YOU ARE NOT DISPUTING THAT YOU RECEIVED

02:43PM 14   THIS E-MAIL, CORRECT?

02:43PM 15   A.   I HAVEN'T CHECKED BUT I HAVE NO REASON TO THINK I DIDN'T.

02:43PM 16   Q.   SO LET'S TAKE A LOOK.  SO AT THE TOP OF THIS E-MAIL FROM

02:43PM 17   MR. MENDEZ, IT WRITES, MO, BROCADE, NOS AND DELL FTOS ARE

02:43PM 18   IOS-LIKE.  BUT WE HAVE, BY FAR, THE MOST SIMILAR ONE.  OR WE

02:44PM 19   LIKE TO SAY, WE HAVE A TRUE INDUSTRY STANDARD CLI, CORRECT?

02:44PM 20   A.   THAT'S WHAT IT SAYS.

02:44PM 21   Q.   SO WHAT MR. MENDEZ WAS SAYING HERE TO YOU AND OTHER

02:44PM 22   ENGINEERS AT ARISTA WAS THE ARISTA CLI IS THE MOST SIMILAR ONE

02:44PM 23   COMPARED TO ALL THE OTHERS OUT THERE, AND THAT'S WHY ARISTA

02:44PM 24   BELIEVES IT HAS A TRUE INDUSTRY STANDARD CLI, CORRECT?

02:44PM 25   A.   IT LOOKS LIKE THAT'S MANUEL'S OPINION.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:44PM  1    Q.   SO WHAT HE'S SAYING IS TO BE TRUE INDUSTRY STANDARD IS TO

02:44PM  2    COPY THE MOST CISCO CLI, CORRECT?   THAT'S YOUR UNDERSTANDING?

02:44PM  3    A.   AND IN DON'T -- THAT'S YOUR INTERPRETATION OF WHAT MANUEL

02:44PM  4    ASK SAYING.  I THINK HE'S EXPRESSING HIS OPINION.

02:44PM  5    Q.   YOU UNDERSTAND THAT WAS HIS OPINION, CORRECT?

02:44PM  6    A.   IT LOOKS TO BE HIS OPINION.

02:44PM  7           MR. PAK:  YOUR HONOR, WITH THAT, I THANK THE

02:44PM  8    WITNESS -- WELL, ACTUALLY, ONE MORE IMPORTANT DOCUMENT, SORRY.

02:44PM  9    MR. NELSON WOULD BE UPSET WITH ME IF I DIDN'T GET TO THIS ONE.

02:45PM  10   Q.   EXHIBIT 171.  THIS IS ONE YOU WROTE, MR. LINCOLN DALE, SO

02:45PM  11   TAKE A LOOK AND CONFIRM THAT IT WAS AN E-MAIL YOU SENT ON

02:45PM  12   JUNE 20, 2012, TO ARIFF PREMJI, KENNETH DUDA, ANSHUL SADANA,

02:45PM  13   NATHAN KITCHEN AT ARISTA, CORRECT?

02:45PM  14   A.   THAT'S CORRECT.

02:45PM  15   Q.   AND AT THIS POINT, YOUR HONOR, I WOULD LIKE TO MOVE

02:45PM  16   EXHIBIT 171 INTO EVIDENCE?

02:45PM  17           MR. SILBERT:  NO OBJECTION.

02:45PM  18           THE COURT:  IT WILL BE ADMITTED.

02:45PM  19       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 171, HAVING BEEN

02:45PM  20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:45PM  21   EVIDENCE.)

02:45PM  22   BY MR. PAK:

02:45PM  23   Q.   YOU ARE NOT DISPUTING, SIR, THAT YOU ARE THE AUTHOR OF THIS

02:45PM  24   E-MAIL, CORRECT?

02:45PM  25   A.   I'M NOT.

1030

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:45PM  1   Q.   AND HERE YOU RIGHT, HI ARIFF, THAT SOUNDS LIKE AN EXCUSE TO

02:45PM  2   ME.   AMAZON USES JUNIPER'S NET CONF AND ARE HAPPY WITH THAT.

02:45PM  3   BUT ON THE CISCO N7K'S, THAT FRONT END, THE JUNIPER MPLS SIDE

02:46PM  4   OF THINGS, THEY USE CLI OVER SSH, EXPECT AND THAT IS THE PLACE

02:46PM  5   IN THE NETWORK THAT IT WOULD BE APPLICABLE TO, NOT THE MPLS

02:46PM  6   JUNIPER SIDE, CORRECT?

02:46PM  7   A.   SURE, YEAH.

02:46PM  8   Q.   SO WHAT YOU WERE TALKING ABOUT HERE IS A SALES OPPORTUNITY

02:46PM  9   TO AMAZON; IS THAT CORRECT?

02:46PM  10  A.   YEAH.

02:46PM  11  Q.   OKAY.   WHAT YOU WERE SAYING IS THAT AMAZON USES SOME

02:46PM  12  JUNIPER ROUTER EQUIPMENT ON THE BACK END, CORRECT?

02:46PM  13  A.   YEP.

02:46PM  14  Q.   BUT WHAT AMAZON WAS USING WAS CISCO NEXUS 7000 PRODUCTS ON

02:46PM  15  THE FRONT END, CORRECT?

02:46PM  16  A.   THAT'S CORRECT.

02:46PM  17  Q.   SO YOU WERE POINTING OUT THAT WE WERE COMPETING FOR THE

02:46PM  18  OPPORTUNITY TO REPLACE CISCO ON THE FRONT END, CORRECT?

02:46PM  19  A.   YEAH.

02:46PM  20  Q.   AND WHAT YOU SAID IS, "WE WOULD BE A PRACTICAL DROP-IN

02:46PM  21  REPLACEMENT FOR THE CISCO, GIVEN THE 99.999 PERCENT SIMILARITY

02:47PM  22  IN THE CLI."

02:47PM  23       THAT'S WHAT YOU WROTE, CORRECT?

02:47PM  24  A.   THAT'S WHAT I WROTE.

02:47PM  25       MR. PAK:   AT THIS POINT, YOUR HONOR, I WOULD LIKE TO

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:47PM 1    PASS THE WITNESS.

02:47PM 2         THE COURT:  ALL RIGHT.

02:47PM 3       CROSS-EXAMINATION, MR. SILBERT?

02:47PM 4         MR. SILBERT:  THANK YOU.

02:47PM 5

02:47PM 6             **CROSS-EXAMINATION BY MR. SILBERT**

02:47PM 7

02:47PM 8    Q.  GOOD AFTERNOON, MR. DALE.

02:47PM 9    A.  GOOD AFTERNOON.

02:47PM 10   Q.  WHERE ARE YOU CURRENTLY EMPLOYED?

02:47PM 11   A.  I WORK AT GOOGLE.

02:47PM 12   Q.  AND JUST TO GET THE CHRONOLOGY STRAIGHT, BEFORE JOINING

02:47PM 13   GOOGLE WHERE WERE YOU EMPLOYED?

02:47PM 14   A.  I WAS EMPLOYED BY ARISTA.

02:47PM 15   Q.  AND WHEN DID YOU LEAVE ARISTA?

02:47PM 16   A.  I LEFT AROUND JUNE OR JULY OF THIS YEAR.

02:47PM 17   Q.  OF 2016?

02:47PM 18   A.  OF 2016, YEAH.

02:47PM 19   Q.  AND HOW LONG DID YOU WORK FOR ARISTA?

02:47PM 20   A.  FOUR AND A HALF YEARS.

02:47PM 21   Q.  AND WHERE DID YOU WORK BEFORE ARISTA?

02:48PM 22   A.  AT CISCO.

02:48PM 23   Q.  AND I BELIEVE YOU SAID THIS WITH MR. PAK, BUT HOW LONG DID

02:48PM 24   YOU WORK FOR CISCO?

02:48PM 25   A.  IT WAS AROUND 14 OR 15 YEARS, ROUGHLY.

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:48PM  1    Q.  AND CAN YOU PLEASE TELL US AGAIN WHAT YOUR POSITION WAS AT

02:48PM  2    CISCO, AT LEAST BY THE TIME YOU LEFT?

02:48PM  3    A.  DISTINGUISHED ENGINEER.

02:48PM  4    Q.  AND YOU GAVE SOME EXPLANATION OF THIS, BUT COULD YOU PLEASE

02:48PM  5    EXPLAIN WHAT DOES IT MEAN TO BE A DISTINGUISHED ENGINEER AT

02:48PM  6    CISCO?

02:48PM  7    A.  DISTINGUISHED IS A TITLE THAT YOUR MANAGER CAN'T GIVE YOU.

02:48PM  8    YOU CAN'T BE PROMOTED TO ACCEPT BY BEING NOMINATED AND I GUESS

02:48PM  9    A COMMITTEE OR A PANEL LOOKS AT IT.  AND BESTOWS THE TITLE IF

02:48PM  10   YOU MEET THE CRITERIA.

02:48PM  11   Q.  IS IT CONSIDERED AN HONOR TO BE AWARDED THE TITLE OF

02:48PM  12   DISTINGUISHED ENGINEER AT CISCO?

02:48PM  13   A.  YEAH, AND I WAS PROUD OF IT AS WELL.

02:48PM  14   Q.  WHEN YOU LEFT CISCO, DID YOU LEAVE VOLUNTARILY?

02:49PM  15   A.  I DID, YES.

02:49PM  16   Q.  DID ANYBODY ASK YOU TO LEAVE IN ANY WAY?

02:49PM  17   A.  NO.  THEY WANTED ME TO STAY, TRUTH BE TOLD.

02:49PM  18   Q.  DURING THE 14 YEARS OR SO THAT YOU WERE EMPLOYED AT CISCO,

02:49PM  19   DID ANYONE EVER SUGGEST TO YOU THAT YOU -- OR DID ANYONE EVER

02:49PM  20   QUESTION YOUR INTEGRITY OR ETHICS IN ANY WAY?

02:49PM  21   A.  NOT AT ALL.

02:49PM  22   Q.  DURING THE 14 YEARS YOU WERE EMPLOYED AT CISCO, DID ANYONE

02:49PM  23   SUGGEST TO YOU THAT YOU DIDN'T UNDERSTAND THE RULES FOR

02:49PM  24   HANDLING CONFIDENTIAL INFORMATION?

02:49PM  25   A.  NOT AT ALL.

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:49PM 1    Q.   HAVING WORKED IN THE INDUSTRY FOR MORE THAN 14 YEARS BY THE

02:49PM 2    TIME THAT YOU JOINED ARISTA, DID YOU FEEL THAT YOU NEEDED ANY

02:49PM 3    TRAINING ON HOW TO HANDLE ONE COMPANY'S CONFIDENTIAL

02:49PM 4    INFORMATION?

02:49PM 5    A.   NOT AT ALL, IT'S VERY, VERY STRAIGHTFORWARD.

02:49PM 6    Q.   DURING YOUR TIME AT ARISTA, DID YOU TRY TO PRESERVE THE

02:49PM 7    CONFIDENTIALITY OF THE ANY INFORMATION YOU MIGHT HAVE KNOWN

02:50PM 8    FROM CISCO OR ANY OTHER SOURCE THAT WASN'T ARISTA?

02:50PM 9    A.   ABSOLUTELY, YEAH.

02:50PM 10   Q.   LET'S TALK ABOUT THE TERM INDUSTRY STANDARD THAT MR. PAK

02:50PM 11   DISCUSSED WITH YOU.

02:50PM 12       WHEN DID YOU FIRST HEAR THAT TERM USED TO DESCRIBE THE CLI

02:50PM 13   OF AN ETHERNET SWITCH

02:50PM 14   A.   IT WOULD HAVE BEEN IN MY TIME AT CISCO.

02:50PM 15   Q.   AND IN WHAT CONTEXT AT CISCO DID YOU HEAR -- LET'S BACK UP.

02:50PM 16   WHO WAS IT THAT YOU HEARD DURING YOUR YEARS AT CISCO, USE THE

02:50PM 17   TERM INDUSTRY STANDARD TO DESCRIBE AN ETHERNET SWITCH CLI?

02:50PM 18   A.   I THINK I EVEN WROTE IN DOCUMENTS MYSELF THAT USED THAT

02:50PM 19   TERMINOLOGY.

02:50PM 20   Q.   WHILE YOU WERE A CISCO EMPLOYEE?

02:50PM 21   A.   WHILE I WAS AT CISCO, YEAH.

02:50PM 22   Q.   AND DID YOU ALSO HEAR OTHERS AT CISCO USE THE TERM INDUSTRY

02:50PM 23   STANDARD TO REFER TO A CISCO CLI FOR AN ETHERNET SWITCH?

02:50PM 24   A.   YEAH.

02:51PM 25   Q.   AND WHEN YOU USED THE TERM INDUSTRY STANDARD WITH RESPECT

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:51PM  1    TO THE CLI, WHAT DID YOU MEAN BY IT?

02:51PM  2    A.   IT'S A STANDARD THAT EVERYONE IN THE INDUSTRY UNDERSTANDS.

02:51PM  3    Q.   OKAY.  WHILE YOU WERE AT CISCO, DID YOU KNOW THAT OTHER

02:51PM  4    SWITCH VENDORS HAD CLI'S THAT WERE SIMILAR TO CISCO'S?

02:51PM  5    A.   I DID, YES.

02:51PM  6    Q.   HOW DID YOU LEARN THAT FACT?

02:51PM  7    A.   CERTAINLY TALKING TO CUSTOMERS, TALKING TO ENGINEERS.

02:51PM  8    USING DEVICES WHEN DOING TESTING FOR INTEROPERABILITY.

02:51PM  9    Q.   DURING THE 14 OR SO YEARS THAT YOU WERE AT CISCO, DID

02:51PM  10   ANYONE EVER SUGGEST TO YOU THAT THERE WAS ANYTHING IMPROPER

02:51PM  11   ABOUT OTHER SWITCH VENDORS HAVING CLI'S THAT WERE SIMILAR TO

02:51PM  12   CISCO'S CLI?

02:51PM  13   A.   NOT TO MY KNOWLEDGE, NO.

02:51PM  14   Q.   DURING THE SEVERAL YEARS THAT YOU WERE AT ARISTA BEFORE

02:52PM  15   THIS LAWSUIT WAS FILED, DID ANYONE EVER SUGGEST TO YOU THAT

02:52PM  16   THERE WAS ANYTHING IMPROPER ABOUT ANOTHER SWITCH VENDOR USING

02:52PM  17   THE SAME CLI COMMANDS THAT CISCO USED?

02:52PM  18   A.   NO, I DON'T BELIEVE SO.

02:52PM  19   Q.   WHILE YOU WERE WORKING AT ARISTA, DID YOU THINK THAT HAVING

02:52PM  20   ARISTA SWITCHES RECOGNIZE THE SAME CLI COMMANDS THAT CISCO

02:52PM  21   SWITCHES RECOGNIZE WAS SOMETHING YOU HAD TO HIDE IN ANY WAY?

02:52PM  22   A.   NOT AT ALL, NO.

02:52PM  23   Q.   DID YOU TRY TO HIDE THAT FACT?

02:52PM  24   A.   I DON'T THINK WE DID.

02:52PM  25   Q.   OKAY.  LET'S TALK ABOUT THE PRESENTATION THAT THE VIDEO WAS

1035

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:52PM 1    SHOWN IN COURT HERE.

02:52PM 2        WHY DID YOU USE THE EXPRESSION, WHY DID YOU SAY THAT'S MY

02:52PM 3    JOKE FOR IOS OR, I'M SORRY I DON'T REMEMBER THE EXACT WORDING,

02:52PM 4    BUT I THINK YOU KNOW THE STATEMENT.

02:52PM 5    A.   YEAH, SO LOOKING AT IT, I'M GUESSING I WAS PRESENTING IN

02:52PM 6    THE AFTERNOON, MAYBE LATE AFTERNOON.  YOU KNOW, IT'S A VERY

02:53PM 7    DRAWING TECHNICAL TOPIC, YOU WANT TO BE INTERESTING TO AN

02:53PM 8    AUDIENCE.  SO I THINK THE INTRODUCTION SHOWED IT AS WELL, I WAS

02:53PM 9    TRYING TO BE UPBEAT.

02:53PM 10   Q.   I'M SURE THE AUDIENCE APPRECIATED THAT.  WHAT POINT WERE

02:53PM 11   YOU TRYING TO MAKE?

02:53PM 12   A.   THE COMMAND-LINE INTERFACE IS VERY, VERY SIMILAR, AND THE

02:53PM 13   POINT I WAS TRYING TO MAKE THAT WAS FOR MANY PEOPLE WHO HAVE,

02:53PM 14   SAY, PAID FOR TRAINING, THEY DON'T NEED TO PAY FOR ADDITIONAL

02:53PM 15   TRAINING.  THE COMMAND SHOULD BE FAMILIAR TO THEM.  THAT WAS

02:53PM 16   THE PRIMARY POINT.

02:53PM 17   Q.   WHEN YOU MADE THAT STATEMENT, AT THE TIME YOU MADE IT, DID

02:53PM 18   YOU THINK THAT IT WAS ANYTHING THAT CISCO WOULD TAKE ISSUE WITH

02:53PM 19   IF CISCO HEARD IT?

02:53PM 20   A.   NO, I DIDN'T.

02:53PM 21   Q.   WOULD YOU PLEASE LOOK AT EXHIBIT 165, WHICH IS THE SLIDE

02:53PM 22   DECK, IT'S IN EVIDENCE, THAT WAS USED AT THAT PRESENTATION.  IF

02:54PM 23   WE COULD LOOK AT THE SAME SLIDE THAT MR. PAK SHOWED YOU.

02:54PM 24       IT MIGHT BE EASIER TO LOOK ON THE SCREEN THERE, YEAH.  CAN

02:54PM 25   YOU POINT OUT SOME OF THE ACTUAL CLI COMMANDS THAT ARE

1036

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:54PM 1    REFLECTED IN THAT BLOCK OF TEXT IN WHITE ON THE RIGHT.

02:54PM 2    A.   YEAH, SURE.  SO ENABLE IS THE FIRST COMMAND WHEN YOU LOG ON

02:54PM 3    THE SWITCH, SO THAT'S A COMMAND.  UNDERNEATH THAT'S ANOTHER

02:54PM 4    COMMAND, COMP T WHICH STANDS FOR CONFIGURATION FROM TERMINAL.

02:54PM 5    UNDER THAT IS INT ET-17.  SO INT IS A SHORTCUT FOR INTERFACE.

02:54PM 6    UNDERNEATH THAT IS SWITCHPORT, AND UNDERNEATH THAT IS

02:54PM 7    SWITCHPORT ACCESS VLAN 10.  AND THEN THERE'S SH-INT-ET17, TWO

02:54PM 8    LINES UNDER THAT.

02:54PM 9    Q.   LEAVING ASIDE CISCO AND ARISTA, TO YOUR KNOWLEDGE, WOULD

02:54PM 10   THOSE COMMANDS ALSO WORK IN OTHER VENDORS' ETHERNET SWITCHES?

02:55PM 11   A.   YEAH, I WOULD SAY YES.  SO I WOULD -- IF I'M NOT MISTAKEN,

02:55PM 12   THEY WILL WORK ON A DELL SWITCH, A BROCADE SWITCH, AN IBM

02:55PM 13   SWITCH, PROBABLY OTHERS.

02:55PM 14   Q.   AND YOU MADE A COMMENT WHILE MR. PAK WAS ASKING YOU

02:55PM 15   QUESTIONS ABOUT THE FACT THAT THE OUTPUT THAT'S SHOWN HERE, YOU

02:55PM 16   BELIEVE WOULD BE DIFFERENT FROM THE OUTPUT ON A CISCO SWITCH.

02:55PM 17        CAN YOU EXPLAIN WHAT YOU MEANT BY THAT, PLEASE?

02:55PM 18   A.   YEAH, SO IN THIS EXAMPLE HERE, IT'S PROBABLY WHY I CHOSE TO

02:55PM 19   CREATE A SCREEN SHOT LIKE THIS, THE SWITCH WAS DEMONSTRATING

02:55PM 20   THAT VLAN 10 DIDN'T EXIST, SO IT WAS CREATING IT.

02:55PM 21        I'M FAIRLY SURE THAT IS SOMETHING THAT ARISTA DOES THAT I'M

02:55PM 22   NOT SURE CISCO DOES.  THE OUTPUT FROM THE SHOW INTERFACE

02:55PM 23   COMMAND IS LIKELY DIFFERENT AS WELL, IT'S PROBABLY FORMATTED

02:55PM 24   DIFFERENT.

02:56PM 25        THAT MAY BE THE SAME KIND OF INFORMATION SHOWN THERE.

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:56PM 1    THERE'S ONLY SO MANY THINGS YOU CAN SHOW ON AN INTERFACE BUT

02:56PM 2    IT'S PROBABLY FORMATTED SLIGHTLY DIFFERENTLY.

02:56PM 3    Q.   THANK YOU, YOU CAN PUT THAT DOWN.  MR. PAK ASKED YOU ABOUT

02:56PM 4    YOUR ACTIVITIES AT ARISTA PROMOTING ARISTA SWITCHES TO

02:56PM 5    CUSTOMERS, DO YOU RECALL THAT?

02:56PM 6    A.   I DO, YEAH.

02:56PM 7    Q.   OKAY.  AND WHAT -- WHAT IN GENERAL WAS THE SALES PITCH THAT

02:56PM 8    YOU USED WITH CUSTOMERS ABOUT ARISTA SWITCHES?

02:56PM 9    A.   ARISTA HAD A VERY -- WELL, HAS A VERY TARGETED SET OF

02:56PM 10   PRODUCTS, A TARGETED SET OF PRODUCTS THAT ARE TARGETED

02:56PM 11   SPECIFICALLY AT DATA CENTER DEPLOYMENTS.  THE ATTRIBUTES THAT

02:56PM 12   MADE THEM COMPELLING FOR MANY CUSTOMERS, THEY WERE TYPICALLY

02:57PM 13   FASTER, THEY WERE OFTEN CHEAPER, THEY WERE TYPICALLY MORE

02:57PM 14   EFFICIENT, THEY WERE PURPOSEFULLY BUILT FOR THAT FUNCTION, BUT

02:57PM 15   IT WAS JUST A BETTER PRODUCT COMPARED TO OTHERS.

02:57PM 16   Q.   DID YOU MARKET ARISTA SWITCHES AS BEING THE SAME AS CISCO

02:57PM 17   SWITCHES?

02:57PM 18   A.   THAT CERTAINLY WASN'T A KEY POINT OF ANY KIND OF MARKETING.

02:57PM 19   NO, NOT AT ALL.

02:57PM 20   Q.   OKAY.  WOULD YOU LOOK AT EXHIBIT 171, AGAIN, PLEASE, WHICH

02:57PM 21   IS IN EVIDENCE.  MR. PAK FOCUSED YOU ON THE SENTENCE AT THE

02:57PM 22   TOP --  THE BOTTOM SENTENCE OF THE TOP E-MAIL THERE.

02:57PM 23        FIRST OF ALL, CAN YOU EXPLAIN, PLEASE, WHAT WAS THE CONTEXT

02:57PM 24   OF THIS E-MAIL?

02:57PM 25   A.   I THINK THE CONTEXT WAS ARIFF WAS TALKING TO AMAZON ABOUT

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:57PM  1    SOME OPPORTUNITIES OF DEPLOYING ARISTA SWITCHES WITHIN AMAZON.

02:58PM  2    Q.   AND WHEN YOU WROTE THIS E-MAIL WERE YOU FAMILIAR WITH

02:58PM  3    AMAZON'S NETWORK OPERATIONS?

02:58PM  4    A.   I WAS, YES.

02:58PM  5    Q.   DID AMAZON USE THE CLI INTERFACE TO CONFIGURE SWITCHES?

02:58PM  6    A.   THEY -- YEAH.  THE SHORT ANSWER IS YES.  BUT THE COMPLEXITY

02:58PM  7    WAS THAT THEY USED EXPECT AS A WAY OF TALKING TO THEM.  SO IT

02:58PM  8    GENERALLY WASN'T THE HUMAN USING THE COMMAND-LINE INTERFACE, IT

02:58PM  9    WAS A MACHINE USING IT.

02:58PM  10   Q.   AND CAN YOU JUST EXPLAIN A LITTLE MORE WHAT THAT MEANS.

02:58PM  11   WHAT IS "EXPECT?"

02:58PM  12   A.   SO EXPECT IS, I GUESS IT'S A FORM OF SCREEN SCRAPING.  SO

02:58PM  13   IT'S HOW YOU WOULD WRITE AUTOMATION WHERE A COMPUTER IS

02:58PM  14   PRETENDING TO BE HUMAN.  SO IT'S GOING TO TYPE THINGS IN AND

02:58PM  15   LOOK AT THE RESPONSES THAT COME BACK.  AND IT'S EXPECTING TO

02:58PM  16   RECEIVE BACK SPECIFIC SCREENS OR TEXT.

02:59PM  17   Q.   OKAY.  AND DOWN AT THE NEXT SENTENCE, THE LAST SENTENCE

02:59PM  18   THERE, WHY DID YOU SAY 99.999 PERCENT SIMILARITY IN THE CLI?

02:59PM  19   A.   THE PARTICULAR ROLE IN THE NETWORK THAT THIS TOPIC OF

02:59PM  20   CONVERSATION WAS ABOUT, WAS A VERY, THE NETWORK DEVICE WAS

02:59PM  21   PERFORMING A VERY, VERY SIMPLE FUNCTION, NOT VERY MANY

02:59PM  22   FUNCTIONS AT ALL.

02:59PM  23       I THINK 99.999 PERCENT, I THINK I WAS TRYING TO EMPHASIZE

02:59PM  24   FOR THE SUBSET OF FUNCTIONS THAT WERE BEING USED, YEAH, IT WAS

02:59PM  25   THE SAME.

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:59PM  1    Q.    OKAY.  THANK YOU.  AND WHY DID YOU SAY PRACTICAL DROP-IN

02:59PM  2    REPLACEMENT?

02:59PM  3    A.    TO, PRACTICAL DROP-IN REPLACEMENT AS IN AMAZON WOULDN'T

03:00PM  4    HAVE TO CHANGE MUCH, IF ANYTHING OF THEIR AUTOMATION THAT THEY

03:00PM  5    WERE USING.

03:00PM  6    Q.    YOU SAID THAT ABOUT ARISTA SWITCHES.  DO YOU THINK THAT

03:00PM  7    THAT SAME FACT WOULD BE TRUE FOR OTHER VENDORS, ETHERNET

03:00PM  8    SWITCHES?

03:00PM  9          MR. PAK:  OBJECTION.  LACKS FOUNDATION, YOUR HONOR.

03:00PM  10   EXPERT TESTIMONY.

03:00PM  11         MR. SILBERT:  HE'S TESTIFIED THAT HE'S FAMILIAR WITH

03:00PM  12   OTHER VENDOR'S CLI'S.

03:00PM  13         THE COURT:  OVERRULED.  YOU MAY ANSWER.

03:00PM  14         THE WITNESS:  SO YES, MANY OTHER VENDORS' PRODUCTS

03:00PM  15   COULD HAVE BEEN DROPPED INTO THE SAME ROLE IN THE SAME WAY.

03:00PM  16   Q.    WHEN YOU WERE -- WELL, STRIKE THAT.  LET ME ASK YOU ABOUT

03:00PM  17   ANOTHER DOCUMENT THAT --

03:00PM  18         THE COURT:  COULD WE TAKE OUR BREAK THEN IF YOU ARE

03:00PM  19   GOING TO SWITCH.

03:00PM  20         MR. SILBERT:  YES, PLEASE.

03:00PM  21         THE COURT:  LET'S TAKE OUR AFTERNOON BREAK, LET'S

03:00PM  22   MAKE IT 15 MINUTES AND WE WILL COME BACK AT A QUARTER PAST.

03:00PM  23       (WHEREUPON A RECESS WAS TAKEN.)

03:17PM  24         THE COURT:  PLEASE BE SEATED, EVERYONE.  ALL OF OUR

03:17PM  25   JURORS ARE HERE.  ALL RIGHT.  MR. DALE IS COMING BACK TO THE

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

03:17PM  1    WITNESS STAND, AND MR. SILBERT, YOU MAY CONTINUE WITH YOUR

03:17PM  2    CROSS-EXAMINATION.

03:17PM  3         MR. SILBERT:  THANK YOU VERY MUCH, YOUR HONOR.

03:17PM  4    Q.  GOOD AFTERNOON, MR. DALE.

03:17PM  5    A.  GOOD AFTERNOON.

03:17PM  6    Q.  COULD I ASK YOU TO PLEASE TURN TO EXHIBIT 168.

03:17PM  7         AND IF YOU RECALL, MR. PAK ASKED YOU SOME QUESTIONS ABOUT

03:18PM  8    THE FIRST SENTENCE AT THE TOP OF THIS E-MAIL.

03:18PM  9    A.  YEAH.

03:18PM  10   Q.  AND THE E-MAIL SAYS MO, BROCADE, NOS, AND DELL, FTOS ARE

03:18PM  11   IOS-LIKE, BUT WE HAVE BY FAR THE MOST SIMILAR ONE, OR AS WE

03:18PM  12   LIKE IT SAY, WE HAVE A TRUE INDUSTRY STANDARD CLI.

03:18PM  13        DO YOU SEE THAT?

03:18PM  14   A.  I SEE THAT, YES.

03:18PM  15   Q.  HOW MANY ETHERNET SWITCH OPERATING SYSTEMS DOES CISCO HAVE?

03:18PM  16   A.  THEY'VE GOT AT LEAST FOUR; COULD BE FIVE OR SIX.

03:18PM  17   Q.  OKAY.  AND MR. PAK ASKED YOU SOME QUESTIONS ABOUT THE NEXUS

03:18PM  18   7K AND NX-OS, WHAT HE REFERRED TO, I THINK, WAS THE NEXT

03:18PM  19   GENERATION SWITCH OR SOMETHING LIKE THAT.  DOES THAT SWITCH,

03:18PM  20   DOES THAT USE THE IOS OPERATING SYSTEM?

03:18PM  21   A.  NO, IT DOES NOT.

03:19PM  22   Q.  WHAT OPERATING SYSTEM DOES IT USE?

03:19PM  23   A.  IT USES AN OPERATING SYSTEM CALLED NX-OS.

03:19PM  24   Q.  AND HOW DOES THE NX-OS -- STRIKE THAT.

03:19PM  25        DOES NX-OS HAVE A CLI?

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

03:19PM 1    A.   IT DOES, YES.

03:19PM 2    Q.   HOW DOES THE NX-OS CLI, HOW DO THE NX-OS CLI COMMANDS

03:19PM 3    COMPARE TO THE CLI COMMANDS IN IOS?

03:19PM 4    A.   THEY ARE MOSTLY SIMILAR.

03:19PM 5    Q.   ARE THEY ALL THE SAME?

03:19PM 6    A.   NO, THEY'RE NOT.

03:19PM 7    Q.   AND SO IF SOMETHING IS NOT IOS-LIKE, DOES THAT NECESSARILY

03:19PM 8    MEAN THAT IT'S NOT USING COMMANDS FROM A CISCO OPERATING

03:19PM 9    SYSTEM?

03:19PM 10   A.   I GUESS.

03:19PM 11   Q.   OKAY.  DO YOU KNOW WHETHER CISCO IS ACCUSING ARISTA OF

03:19PM 12   COPYING COMMANDS SPECIFICALLY FROM NX-OS, IN SOME CASES FROM

03:20PM 13   NX-OS RATHER THAN IOS IN THIS CASE?

03:20PM 14   A.   I DON'T ACTUALLY KNOW IF THEY ARE OR NOT.

03:20PM 15   Q.   OKAY.  FINAL SUBJECT.

03:20PM 16        YOU SAID TO MR. PAK WHEN HE WAS ASKING YOU SOME QUESTIONS,

03:20PM 17   YOU MENTIONED SOMETHING ABOUT FACTORS THAT GO CHOOSING A CLI

03:20PM 18   COMMAND, DO YOU RECALL THAT?

03:20PM 19   A.   I DO, YES.

03:20PM 20   Q.   WHAT ARE THE FACTORS THAT GO INTO CHOOSING A CLI COMMAND?

03:20PM 21   A.   SO CLI COMMANDS, TYPICALLY YOU ARE TRYING TO BE AS LOGICAL

03:20PM 22   AND ALMOST AS SIMPLE AS YOU CAN BE IN A NONAMBIGUOUS WAY.

03:20PM 23        SO YOU ARE TRYING TO USE COMMANDS OR WORDS THAT ARE

03:20PM 24   UNAMBIGUOUS IN THEIR MEANING.  YOU ARE TRYING TO USE INDUSTRY

03:20PM 25   STANDARD TERMS, AND YOU ARE TRYING TO -- OFTEN THINGS ARE

REDIRECT EXAMINATION OF MR. DALE BY MR. PAK

03:21PM  1    GROUPED TOGETHER, OR AT LEAST THAT'S HOW PEOPLE WOULD SEE

03:21PM  2    COMMANDS.

03:21PM  3        SO IF I WAS TO GIVE AN EXAMPLE, SHOW LIKE THE ROUTE FOR

03:21PM  4    EXAMPLE, SHOW MEANS THAT YOU WANT TO SEE SOMETHING IN THE

03:21PM  5    OPERATION.  IP, BECAUSE IT'S RELATED TO TCP IP AND THEN ROUTE

03:21PM  6    BECAUSE IT'S RELATED TO A ROUTE TABLE OR A ROUTE.

03:21PM  7            MR. SILBERT:  OKAY.  THANK YOU VERY MUCH.

03:21PM  8        NO FURTHER QUESTIONS.

03:21PM  9            THE COURT:  THANK YOU, REDIRECT FOR THIS WITNESS?

03:21PM 10            MR. PAK:  YES, VERY BRIEF, YOUR HONOR.

03:21PM 11

03:21PM 12            **REDIRECT EXAMINATION BY MR. PAK**

03:21PM 13

03:21PM 14    BY MR. PAK:

03:21PM 15    Q.  MR. DALE, ONE OF THE THINGS THAT MR. SILBERT ASKED YOU

03:21PM 16    ABOUT WERE SOME OF THE OTHER THINGS THAT YOU TOLD CUSTOMERS

03:21PM 17    WITH RESPECT TO ARISTA SWITCHES, CORRECT?

03:21PM 18    A.  YES.

03:21PM 19    Q.  BUT ONE OF THE THINGS YOU DID TELL ARISTA'S CUSTOMERS ABOUT

03:21PM 20    YOUR SWITCHES THAT WAS IT HAD A CLI THAT WAS THE SAME AS CISCO

03:22PM 21    CLI, CORRECT?

03:22PM 22    A.  YES.

03:22PM 23    Q.  AND YOU ALSO TALKED BRIEFLY IN YOUR EXAMINATION BY

03:22PM 24    MR. SILBERT REGARDING OTHER VENDORS AND THEIR USE OF CLI'S; DO

03:22PM 25    YOU RECALL THAT?

REDIRECT EXAMINATION OF MR. DALE BY MR. PAK

03:22PM 1      A.  YES.

03:22PM 2      Q.  BUT AT THE TIME YOU WERE DEPOSED, SIR, ISN'T IT TRUE THAT

03:22PM 3      YOU HAD NOT ANALYZED ANY OF THE CLI INTERFACES FROM ANY OTHER

03:22PM 4      VENDOR OTHER THAN CISCO AND ARISTA; ISN'T THAT TRUE?

03:22PM 5      A.  THAT'S CORRECT.

03:22PM 6      Q.  AND AT THE TIME YOU WERE DEPOSED IN THIS CASE, YOU HAD NOT

03:22PM 7      LOOKED AT ANY OF THE OTHER COMMAND-LINE INTERFACES FROM THESE

03:22PM 8      OTHER VENDORS OTHER THAN CISCO AND ARISTA TO SEE HOW SIMILAR OR

03:22PM 9      DISSIMILAR THE SPECIFIC COMMANDS AND OUTPUTS WOULD BE, CORRECT?

03:22PM 10     A.  THAT'S CORRECT.

03:22PM 11     Q.  AND FINALLY WITH RESPECT TO THE SELECTION OF COMMANDS, YOU

03:22PM 12     GAVE SOME TESTIMONY NOW ABOUT THE FACTORS, BUT YOU STAND BY ALL

03:22PM 13     THE OTHER TESTIMONY YOU GAVE WHEN I WAS ASKING YOU QUESTIONS

03:22PM 14     ABOUT THE CREATION OF CLI COMMANDS, CORRECT?

03:22PM 15     A.  YES.

03:22PM 16          MR. PAK:  THAT'S IT, YOUR HONOR.

03:22PM 17          THE COURT:  OKAY.  ANYTHING ELSE, MR. SILBERT?

03:23PM 18          MR. SILBERT:  NOTHING FURTHER.

03:23PM 19          THE COURT:  MAY MR. DALE BE EXCUSED?

03:23PM 20          MR. PAK:  YES.

03:23PM 21          THE COURT:  MR. DALE, THANK YOU FOR YOUR TESTIMONY.

03:23PM 22     YOU ARE FREE TO GO.

03:23PM 23        MR. PAK, YOUR NEXT WITNESS?

03:23PM 24          MR. PAK:  YES, YOUR HONOR.  WE ARE GOING TO BE

03:23PM 25     CALLING MR. PRADEEP KATHAIL.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:23PM  1

03:23PM  2                          **PRADEEP KATHAIL,**

03:23PM  3        BEING CALLED AS A WITNESS ON BEHALF OF THE PLAINTIFF,

03:23PM  4    HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

03:24PM  5    FOLLOWS:

03:24PM  6               THE WITNESS:  YES, I DO.

03:24PM  7               THE CLERK:  THANK YOU, SIR.  PLEASE BE SEATED.

03:24PM  8        AND IF YOU WOULD PLEASE STATE YOUR NAME AND SPELL YOUR LAST

03:24PM  9    NAME FOR THE RECORD.

03:24PM 10               THE WITNESS:  PRADEEP KUMAR KATHAIL.  LAST NAME IS

03:24PM 11    K-A, T AS IN TOM, H-A-I-L.

03:24PM 12

03:24PM 13                    **DIRECT EXAMINATION BY MR. PAK**

03:24PM 14

03:24PM 15    BY MR. PAK:

03:24PM 16    Q.   GOOD AFTERNOON, MR. KATHAIL.

03:24PM 17    A.   GOOD AFTERNOON.

03:24PM 18    Q.   I KNOW THAT BOTH OF US TEND TO SPEAK VERY FAST SOMETIMES,

03:24PM 19    SO I'M GOING TO ASK YOU TO SLOW DOWN TODAY.  IT'S VERY

03:24PM 20    IMPORTANT THAT THE JURY CAN HEAR YOU CLEARLY AND THAT WE HAVE A

03:24PM 21    CLEAR RECORD, OKAY.

03:25PM 22        SO CAN YOU PLEASE INTRODUCE YOURSELF TO THE JURY, WHO ARE

03:25PM 23    YOU?

03:25PM 24    A.   MAY NAME IS PRADEEP KUMAR KATHAIL.

03:25PM 25    Q.   AND WHERE DO YOU WORK, SIR?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:25PM 1    A.   I WORK AT CISCO SYSTEMS.

03:25PM 2    Q.   AND WHAT IS YOUR CURRENT TITLE AT CISCO?

03:25PM 3    A.   MY CURRENT TITLE IS CHIEF NETWORK ARCHITECT.

03:25PM 4    Q.   AND CAN YOU BRIEFLY DESCRIBE TO THE JURY WHAT YOU DO AT

03:25PM 5    CISCO AS THE CHIEF NETWORK ARCHITECT?

03:25PM 6    A.   I AM THE CHIEF SOFTWARE ARCHITECT, AND MY TEAM AND I ARE

03:25PM 7    RESPONSIBLE FOR CREATING SOFTWARE STRATEGY AND SOFTWARE FOR

03:25PM 8    ROUTING PLATFORMS AT CISCO.

03:25PM 9    Q.   AND WHERE DO YOU LIVE, SIR?

03:25PM 10   A.   I LIVE IN LOS ALTOS, CALIFORNIA.

03:25PM 11   Q.   CAN YOU BRIEFLY TELL US ABOUT YOUR FAMILY?

03:25PM 12   A.   I HAVE TWO KIDS, MARRIED.

03:25PM 13   Q.   OKAY.  CAN YOU BRIEFLY SUMMARIZE YOUR EDUCATIONAL

03:25PM 14   BACKGROUND FOR THE JURY?

03:25PM 15   A.   I DID MY BACHELOR'S DEGREE FROM JABALPUR COLLEGE IN

03:26PM 16   ELECTRONICS AND TELECOMMUNICATIONS, WHICH IS IN INDIA.  AND I

03:26PM 17   DID MY MASTER'S FROM IIT ROORKEE IN COMPUTER SCIENCE IN 1985.

03:26PM 18   Q.   AND THAT WAS JABALPUR, J-A-B-A-L-P-U-R?

03:26PM 19   A.   YES, THAT'S CORRECT.

03:26PM 20   Q.   AND THEN ROORKEE, R-O-O-R-K-E-E, IN INDIA; IS THAT CORRECT?

03:26PM 21   A.   THAT'S CORRECT.

03:26PM 22   Q.   AND TELL US A LITTLE BIT ABOUT YOUR PROFESSIONAL EXPERIENCE

03:26PM 23   BEFORE YOU DECIDED TO JOIN CISCO?

03:26PM 24   A.   AFTER I GRADUATED, I WORKED AT CONSULTANT FOR IBM THROUGH

03:26PM 25   DATA CONSULTING SERVICES.  I WAS IN THE COMPUTER SOFTWARE OVER

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:26PM  1    THERE.  FROM THERE I JOINED A COMPANY CALLED SITA, S-I-T-A, AND

03:26PM  2    THEY PROVIDED THE NETWORK CONNECTIVITY FOR ALL THE AIRLINES IN

03:26PM  3    THE WORLD AND I WAS DOING THE AUTOMATION.

03:26PM  4        AFTER LEAVING SITA, I DID A SMALL STINT WITH NOVELL, THAT

03:26PM  5    WAS A NETWORKING COMPANY.  THEN I JOINED APPLE COMPUTERS, I WAS

03:27PM  6    WORKING ON MAC OS SOFTWARE.  AND THEN I JOINED CISCO.

03:27PM  7    Q.  AND SO WHILE YOU WERE AT APPLE YOU WERE WORKING ON THE MAC

03:27PM  8    OS; IS THAT CORRECT?

03:27PM  9    A.  YES.

03:27PM  10   Q.  OKAY.  AND WHEN DID YOU JOIN CISCO?

03:27PM  11   A.  OVER BETWEEN THE YEARS AGO, AROUND 1997.

03:27PM  12   Q.  OKAY.  SO SINCE 1997, YOU HAVE BEEN WORKING AT CISCO FOR

03:27PM  13   ABOUT 20 YEARS; IS THAT CORRECT?

03:27PM  14   A.  YES.

03:27PM  15   Q.  AND THIS NEW TITLE THAT YOU HAVE AS CHIEF ARCHITECT, HOW

03:27PM  16   LONG HAVE YOU HAD THAT TITLE?

03:27PM  17   A.  ABOUT THREE YEARS.

03:27PM  18   Q.  AND ARE YOU, SIR, A NAMED INVENTOR ON ANY UNITED STATES

03:27PM  19   PATENTS?

03:27PM  20   A.  YES, MANY.

03:27PM  21   Q.  OKAY.  AND APPROXIMATELY HOW MANY?

03:27PM  22   A.  ABOUT 17 OR SO.

03:27PM  23   Q.  SO LET'S DIVE INTO THE SOME OF THE RELEVANT TECHNOLOGIES

03:27PM  24   AND PRODUCTS AT ISSUE IN THIS CASE.  AGAIN, WE ARE TALKING

03:27PM  25   ABOUT IOS, THAT'S A CISCO OPERATING SYSTEM, CORRECT?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:27PM 1    A.   YES.

03:27PM 2    Q.   AND CAN YOU JUST GENERALLY TELL US ABOUT IOS?

03:28PM 3    A.   SO IOS IT STANDS FOR INTERNETWORK OPERATING SYSTEM.  AND

03:28PM 4    IOS IS THE OPERATING SYSTEM, IT RUNS ON ALL THE CISCO ROUTING

03:28PM 5    AND SWITCHES DEVICES, AND THESE ARE THE DEVICES WHICH MAKE

03:28PM 6    VARIOUS NETWORKS WORK.

03:28PM 7    Q.   OKAY.  AND AGAIN, JUST TO REMIND US, YOU MENTIONED

03:28PM 8    SWITCHES, WHAT ARE SWITCHES?

03:28PM 9    A.   SWITCHES ARE THE DEVICES BASICALLY WHICH SEND THE PACKETS

03:28PM 10   TO CONNECT MULTIPLE COMPUTERS.  MOST OF THE TIME SWITCHES ARE

03:28PM 11   USED IN THE DATA CENTER WHERE SERVERS RESIDE, AND THAT'S HOW

03:28PM 12   YOU ACCESS ALL YOUR WEBSITES.

03:28PM 13   Q.   WONDERFUL.

03:28PM 14       MAYBE YOU CAN PULL THE MIC A LITTLE BIT CLOSER TO YOU?

03:28PM 15          THE COURT:  I THINK IF YOU JUST SPEAK A LITTLE BIT

03:28PM 16   SLOWER, I THINK IT'S THE SPEED.

03:28PM 17   BY MR. PAK:

03:28PM 18   Q.   DOES CISCO HAVE OTHER FLAVORS OF OPERATING SYSTEMS OTHER

03:28PM 19   THAN THE CLASSIC IOS?

03:28PM 20   A.   CISCO IS ALWAYS EVOLVING THEIR OPERATING SYSTEMS AND

03:29PM 21   BRINGING IN THE NEW AND MODERN CONCEPT INTO THE OPERATING

03:29PM 22   SYSTEM.  CISCO HAS THREE OTHER OPERATING SYSTEMS.  IOS XE, IOS

03:29PM 23   XR, AND NX-OS.

03:29PM 24   Q.   AND BRIEFLY CAN YOU EXPLAIN TO THE JURY WHAT THESE OTHER

03:29PM 25   THREE OPERATING SYSTEMS ARE USED FOR?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:29PM  1    A.   SO VERY BRIEFLY, IOS XE IS AN OPERATING SYSTEM WHICH IS

03:29PM  2    USED IN THE ENTERPRISE.  SO IOS XE WOULD BE USED IN THE SUPPORT

03:29PM  3    ROOM IF I NEEDED NETWORKING DEVICES INSTALLED IN THIS

03:29PM  4    COURTROOM.

03:29PM  5         AND NX-OS IS THE OPERATING SYSTEM WHICH IS TYPICALLY USED

03:29PM  6    IN THE DATA CENTER WHERE A LOT OF SERVERS AND COMPUTERS RESIDE.

03:29PM  7         AND IOS XR IS THE OPERATING SYSTEM WHICH IS USED BY SERVICE

03:29PM  8    PROVIDER WHICH BASICALLY MAKES UP YOUR INTERNET.

03:29PM  9    Q.   OKAY.  SO WHEN YOU SAY SERVICE PROVIDERS, ARE YOU TALKING

03:29PM  10   ABOUT TELEPHONE COMPANIES AND CABLE COMPANIES?

03:29PM  11   A.   YES.  PEOPLE LIKE AT&T, VERIZON AND COMCAST.

03:30PM  12   Q.   AND DID YOU PERSONALLY WORK ON IOS XR?

03:30PM  13   A.   YES, I DID.

03:30PM  14   Q.   AND WHEN DID IOS XR SHIP?

03:30PM  15   A.   I BELIEVE AROUND 2004.

03:30PM  16   Q.   AND AT A HIGH LEVEL, WHAT ARE SOME OF THE DIFFERENCES

03:30PM  17   BETWEEN NX-OS AND IOS XR COMPARED TO THE CLASSIC IOS OPERATING

03:30PM  18   SYSTEM?

03:30PM  19   A.   BOTH THESE OPERATING SYSTEMS, NX-OS AND IOS XR, ARE VERY

03:30PM  20   MODULAR AND SELF HEALING.

03:30PM  21   Q.   SO YOU SAID MODULAR, CORRECT?

03:30PM  22   A.   YES.

03:30PM  23   Q.   AND CAN YOU EXPLAIN BRIEFLY TO THE JURY WHAT YOU MEAN BY

03:30PM  24   MODULAR WHEN YOU ARE TALKING ABOUT OPERATING SYSTEM DESIGN?

03:30PM  25   A.   IN THE OPERATING SYSTEM AND SOFTWARE LINGO, MODULAR MEANS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:30PM  1    TAKING RELATED PIECES OF SOFTWARE AND PUTTING THEM INTO A

03:30PM  2    SEPARATE MODULE SO THAT IF SOMETHING HAPPENS TO ONE MODULE, IT

03:30PM  3    DOESN'T IMPACT ALL THE OTHER MODULES.

03:30PM  4         YOU CAN THINK OF MODULAR AS THE MODULAR FURNITURE YOU HAVE

03:31PM  5    IN YOUR LIVING ROOM, AND YOU CAN MOVE THAT FURNITURE AROUND,

03:31PM  6    YOU CAN ADD NEW PIECES WITHOUT THROWING AWAY EVERYTHING.

03:31PM  7    Q.    AND JUST GOING BACK TO THE 1998 TO 1999 TIMEFRAME WHILE YOU

03:31PM  8    WERE EMPLOYED BY CISCO, WHAT TYPE OF PROJECTS DID YOU WORK ON

03:31PM  9    AT THAT TIME?

03:31PM  10   A.    I WAS WORKING ON IOS XR, AND ONE OF THE PROJECTS I WAS

03:31PM  11   WORKING ON WAS CALLED SYSDB.

03:31PM  12   Q.    AND THAT'S SYSDB; IS THAT CORRECT?

03:31PM  13   A.    THAT'S CORRECT.

03:31PM  14   Q.    AND CAN YOU TELL US ABOUT WHAT SYSDB IS?

03:31PM  15   A.    SYSDB, SO DB STANDS FOR DATABASE, SO SYSDB IS A CENTRALIZED

03:31PM  16   DATABASE WHICH IS PARTS OF IOS XR.

03:31PM  17   Q.    AND WHAT ARE SOME OF THE BENEFITS FROM AN OPERATING SYSTEM

03:31PM  18   PERSPECTIVE OF HAVING A SYSDB COMPONENT IN THE OPERATING

03:31PM  19   SYSTEM?

03:31PM  20   A.    SYSDB IS THE COMPONENT WHICH PROVIDES THE MODULARITY AND

03:32PM  21   SELF HEALING CAPE ACT FOR IOS XR.

03:32PM  22   Q.    AND AGAIN, CAN YOU UPON HAD US EXPLAIN AT A HIGH LEVEL HOW

03:32PM  23   THAT DOES THAT, HOW DOES SYSDB HELP WITH MODULARITY AND SELF

03:32PM  24   HEALING?

03:32PM  25   A.    SO SYSDB KEEPS TRACK OF ALL THE MODULES WHICH ARE RUNNING,

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:32PM  1   HOW THEY ARE BEHAVING, WHAT THEIR CONFIGURATION WAS OR WHAT

03:32PM  2   THEY ARE SUPPOSED TO DO.

03:32PM  3       AND WHEN A MODULE HAS SOME PROBLEM, IT CAN RESTART AND COME

03:32PM  4   BACK TO SYSDB TO SAY, CAN YOU TELL ME WHAT I WAS DOING, WHAT I

03:32PM  5   WAS SUPPOSED TO DO AND SYSDB CAN TELL IT BACK.

03:32PM  6   Q.   AND WAS SYSDB INTRODUCED INTO ANY OPERATING SYSTEM AT

03:32PM  7   CISCO?

03:32PM  8   A.   SYSDB SHIPS WITH IOS XR.

03:32PM  9   Q.   AND THAT'S THE SAME OPERATING SYSTEM THAT WE HAVE BEEN

03:32PM  10  DISCUSSING FOR SERVICE PROVIDERS, CORRECT?

03:32PM  11  A.   YES.

03:32PM  12  Q.   AND SIR, IF YOU CAN LOOK IN EXHIBIT, IN YOUR BINDER TO 503.

03:33PM  13       (OFF-THE-RECORD DISCUSSION.)

03:33PM  14  A.   YES, I HAVE EXHIBIT 503.

03:33PM  15  Q.   OKAY.  CAN YOU TELL US BRIEFLY WHAT THIS IS?

03:33PM  16  A.   THIS EXHIBIT BASICALLY IS THE SOFTWARE RELEASE FOR IOS XR.

03:33PM  17       MR. PAK:  AND YOUR HONOR, AT THIS POINT I WOULD LIKE

03:33PM  18  TO ADMIT INTO EVIDENCE EXHIBIT 503.

03:33PM  19       MR. FERRALL:  NO OBJECTION.

03:33PM  20       THE COURT:  IT WILL BE ADMITTED.

03:33PM  21    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 503, HAVING BEEN

03:33PM  22  PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:33PM  23  EVIDENCE.)

03:33PM  24       BY MR. PAK

03:33PM  25  Q.   SO THIS SAYS CISCO IOS XR, AND IT'S A SOFTWARE RELEASE

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:34PM 1    VERSION 3.0, CORRECT?

03:34PM 2    A.   YES.

03:34PM 3    Q.   AND GENERALLY, ROUGHLY WHAT TIMEFRAME ARE WE TALKING ABOUT

03:34PM 4    IN TERMS OF THE RELEASE 3.0 OF IOS XR?

03:34PM 5    A.   PROBABLY 2006, 2007 TIMEFRAME.

03:34PM 6    Q.   AND IF WE LOOK IN THE SECOND PARAGRAPH, LET'S BRING THAT

03:34PM 7    UP, IT STATES CISCO IOS XR SOFTWARE, A UNIQUE SELF HEALING

03:34PM 8    DISTRIBUTED OPERATING SYSTEM DESIGNED FOR ALWAYS ON OPERATION

03:34PM 9    WHILE SCALING SYSTEM CAPACITY UP TO 92 TBPS; CORRECT?

03:34PM 10   A.   YES.

03:34PM 11   Q.   AND CAN YOU, AGAIN, REMIND US, WHAT MADE IOS XR SOFTWARE

03:34PM 12   UNIQUE AS AN OPERATING SYSTEM AT THIS TIME?

03:34PM 13   A.   SO WE TALKED ABOUT A SELF HEALING CAPABILITY.  WE TALKED

03:34PM 14   ABOUT THE MODULARITY.  AND THE OTHER THING ABOUT IOS XR WAS

03:35PM 15   THAT WE WANTED TO REALLY HAVE A HUGE AMOUNT OF SCALEABILITY, IF

03:35PM 16   YOU LOOK AT 92 TERABITS PER SECOND, THAT'S LIKE TAKING THE

03:35PM 17   ENTIRE LIBRARY OF CONGRESS AND TRANSMITTING IT FROM ONE PLACE

03:35PM 18   TO OTHER IN A COUPLE OF MINUTES.  OKAY.  SO THOSE WERE THE

03:35PM 19   THINGS WHICH WERE THE INNOVATIONS OF IOS XR.

03:35PM 20   Q.   AND HOW WAS IOS XR RECEIVED BY CUSTOMERS OF CISCO?

03:35PM 21   A.   ACTUALLY, CUSTOMERS LOVE IT.  WHEN I TALK TO CISCO

03:35PM 22   CUSTOMERS, A LOT OF OUR CUSTOMERS ASK ME IF THEY CAN GET IOS XR

03:35PM 23   ON SOME OF THE PLATFORMS WHICH DON'T RUN IOS XR.

03:35PM 24   Q.   I THINK SOME OF YOUR FRIENDS WHO WORK ON NX-OS MIGHT BE

03:35PM 25   DISAPPOINTED TO HEAR THAT.  SO CAN YOU TELL US ABOUT SOME OF

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:35PM 1    THE PRODUCTS, SPECIFIC ROUTERS AND SWITCHES THAT RUN THE IOS XR

03:35PM 2    OPERATING SYSTEM?

03:35PM 3    A.   SO MOST OF THE PRODUCTS WHICH SERVICE PROVIDERS LIKE AT&T,

03:36PM 4    COMCAST USE, THEY RUN IOS XR.  SOME OF THE PRODUCTS ARE CSR,

03:36PM 5    ASR 9K, THOSE ARE SOME OF THE OTHER PRODUCTS.

03:36PM 6    Q.   CAN YOU TELL US A LITTLE BIT ABOUT THE CSR-1 PRODUCT?

03:36PM 7    A.   CSR-1 PRODUCT WAS ONE OF OUR FIRST SERVICE PROVIDER ROUTER

03:36PM 8    WHICH RAN IOS XR.

03:36PM 9    Q.   AND WHAT WAS INTERESTING ABOUT THAT PRODUCT?

03:36PM 10   A.   THE CAPABILITIES YOU JUST DEFINED HERE AND HIGHLIGHTED

03:36PM 11   HERE, THEY ARE COMING UP IN CSR-1.

03:36PM 12   Q.   DID ANY PATENTS RESULT FOR CISCO FROM YOUR WORK ON AND YOUR

03:36PM 13   TEAM'S WORK ON IOS XR AND SYSDB?

03:36PM 14   A.   CISCO RECEIVED A LOT OF PATENTS ON IOS XR.  I RECEIVED FOUR

03:36PM 15   PATENTS ON THE WORK I DID FOR SYSDB.

03:36PM 16   Q.   AND ROUGHLY WHAT TIMEFRAME DID YOU FILE FOR THOSE PATENTS

03:37PM 17   RELATED TO SYSDB TECHNOLOGY?

03:37PM 18   A.   THEY WERE FILED IN EARLY 2000, SO 2000, 2001, THAT

03:37PM 19   TIMEFRAME.

03:37PM 20   Q.   LET'S TAKE A LOOK AT ANOTHER DOCUMENT.  THIS IS

03:37PM 21   EXHIBIT 504.  AND THIS TIME WE ARE GOING TO SHIFT GEARS AND

03:37PM 22   TALK ABOUT THE NX-OS OPERATING SYSTEM.  SO THIS IS EXHIBIT 504.

03:37PM 23        AND DO YOU RECOGNIZE THIS DOCUMENT?

03:37PM 24   A.   YES.

03:37PM 25   Q.   AND WHAT IS THIS DOCUMENT?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:37PM  1    A.    THIS DOCUMENT BASICALLY IS DEFINING SOME OF THE PROPERTIES

03:37PM  2    OF NX-OS SOFTWARE.

03:37PM  3    Q.    OKAY.

03:37PM  4        MR. PAK:    AT THIS TIME, YOUR HONOR, I WOULD LIKE TO

03:37PM  5    ADMIT EXHIBIT 504 INTO EVIDENCE.

03:37PM  6        MR. FERRALL:    NO OBJECTION.

03:37PM  7        THE COURT:    IT WILL BE ADMITTED.

03:37PM  8        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 504, HAVING BEEN

03:37PM  9    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:37PM  10   EVIDENCE.)

03:37PM  11   BY MR. PAK:

03:37PM  12   Q.    AND AT THE VERY TOP, SO THIS IS CISCO NX-OS SOFTWARE, IT'S

03:37PM  13   A WHITE PAPER, CORRECT?

03:37PM  14   A.    YES.

03:37PM  15   Q.    SO THIS IS THE KIND OF DOCUMENT THAT WOULD BE USED TO

03:37PM  16   DESCRIBE THE PRODUCT?

03:37PM  17   A.    YES.

03:37PM  18   Q.    OKAY.    SO IF WE GO DOWN, CAN YOU WALK US THROUGH SOME OF

03:38PM  19   THE FEATURES OF THE NEXT GENERATION OR NX-OS OPERATING SYSTEM?

03:38PM  20   A.    IF YOU LOOK AT WHAT IT IS DESCRIBING, IS THAT NX-OS

03:38PM  21   SOFTWARE STARTS WITH MODULARITY BECAUSE IT STARTED WITH THE

03:38PM  22   NX-OS IS VERY MODULAR.    BECAUSE OF THE MODULARITY, IT'S ALSO

03:38PM  23   VERY RESILIENT.    AND SOME OF THE FEATURES WHICH ARE NOW VERY

03:38PM  24   IMPORTANT IS THINGS LIKE SECURITY, EASY TO USE.

03:38PM  25   Q.    AND DID YOU HAVE A CHANCE TO WORK ON NX-OS AS WELL?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:38PM 1    A.  I WORKED ON NX-OS ON PRODUCT NEXUS 7000.

03:38PM 2    Q.  SO NEXUS 7000 THAT'S ONE OF THE PRODUCTS WE HAVE BEEN

03:38PM 3    HEARING ABOUT IN THIS CASE, CORRECT?

03:38PM 4    A.  YES.

03:38PM 5    Q.  SO WITH RESPECT TO THE NEXUS OS SOFTWARE, WHAT IS THE

03:38PM 6    ORIGIN OF THAT SOFTWARE, HOW DOES CISCO DEVELOP THE NX-OS

03:38PM 7    SOFTWARE?

03:38PM 8    A.  IT WAS DEVELOPED FROM SCRATCH AT CISCO.

03:38PM 9    Q.  AND DO YOU RECALL ROUGHLY WHEN WORK STARTED ON NX-OS?

03:39PM 10   A.  I DON'T REMEMBER.

03:39PM 11   Q.  AND IT WAS TARGETING THE DATA CENTER MARKET; IS THAT

03:39PM 12   CORRECT?

03:39PM 13   A.  THIS PRODUCT WAS TARGETED AT THE DATA CENTER MARKET.

03:39PM 14   Q.  WAS THIS A PREDECESSOR PRODUCT FOR THE DATA CENTER MARKET

03:39PM 15   IN TERMS OF OPERATING SYSTEM?

03:39PM 16   A.  YES, WE HAVE BEEN SHIPPING A PLATFORM CALLED MDS, WHICH WAS

03:39PM 17   IN THE DATA CENTER MARKET USING OPERATING SYSTEM CALLED SANOS.

03:39PM 18   Q.  AND IS THERE A RELATIONSHIP, IF ANY, BETWEEN SANOS AND

03:39PM 19   NX-OS?

03:39PM 20   A.  NX-OS SUPERSEDES SANOS.

03:39PM 21   Q.  AND SO IF YOU TURN TO PAGE 5, I BELIEVE YOU WERE ASKED

03:39PM 22   ABOUT THIS IN YOUR DEPOSITION, IF YOU LOOK AT ENHANCED

03:39PM 23   USABILITY AND FAMILIAR OPERATION?

03:39PM 24   A.  YES.

03:39PM 25   Q.  AND AT THE -- IT STATES CISCO IOS SOFTWARE IS ALREADY THE

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:39PM  1    RECOGNIZED LEADER IN INTERNET WORKING DEVICE OPERATING SYSTEMS

03:40PM  2    FOR DECADES CISCO IOS SOFTWARE HAS BEEN THE FOUNDATION FOR

03:40PM  3    ROUTING AND SWITCHING CONFIGURATION IN ALL ENVIRONMENTS.  THE

03:40PM  4    CISCO IOS CLI HAS ESSENTIALLY BECOME THE STANDARD FOR

03:40PM  5    CONFIGURATION IN THE NETWORKING INDUSTRY?

03:40PM  6    A.   YES.

03:40PM  7    Q.   SO ON BEHALF OF CISCO, AND SOMEBODY WHO IS THE CHIEF

03:40PM  8    ARCHITECT, WHAT DOES CISCO MEAN WHEN YOU USE THE PHRASE, HAS

03:40PM  9    BECOME THE STANDARD IN DESCRIBING IOS CLI?

03:40PM  10   A.   SO WHAT IT DESCRIBES IS THAT CISCO IOS CLI WAS THE BEST, TO

03:40PM  11   COMPETE AGAINST IT, TO SET THE BAR.  ALSO, IT DEFINED A SET OF

03:40PM  12   PROPERTIES WHICH PEOPLE WERE ALWAYS EXPECTING A LOT OF.

03:40PM  13   Q.   DID CISCO, WHEN IT WROTE THESE WORDS, "BECAME THE

03:40PM  14   STANDARD," WAS IT TELLING THE WORLD THAT ANYONE COULD COME AND

03:40PM  15   COPY THE CISCO CLI WITHOUT A LICENSE?

03:40PM  16        MR. FERRALL:  OBJECTION.  FOUNDATION.

03:40PM  17        THE COURT:  SUSTAINED.

03:40PM  18   BY MR. PAK:

03:41PM  19   Q.   HAVE YOU EVER, IN YOUR EXPERIENCE AT CISCO, HEARD ANYONE

03:41PM  20   SAY THAT IT WAS CISCO'S POLICY TO ALLOW COMPANIES TO COPY CISCO

03:41PM  21   CLI WITHOUT A LICENSE?

03:41PM  22   A.   I HAVE NOT.

03:41PM  23   Q.   DO YOU BELIEVE THAT CISCO CLI IS IMPORTANT TO CISCO'S

03:41PM  24   BUSINESS?

03:41PM  25   A.   YES.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:41PM  1    Q.   LET'S TAKE A LOOK AT ANOTHER DOCUMENT THAT'S ALREADY BEEN

03:41PM  2    ADMITTED INTO EVIDENCE, YOUR HONOR, THIS IS EXHIBIT 5464.  AND

03:41PM  3    AGAIN AS A COMPANY WITNESS I BELIEVE YOU WERE ASKED ABOUT THIS

03:41PM  4    DOCUMENT DURING YOUR DEPOSITION?

03:41PM  5    A.   YES.  THIS DOCUMENT WAS SHOWN TO ME AT MY DEPOSITION.

03:41PM  6    Q.   AND THIS IS, IF WE COULD PULL UP THE QUOTE AT THE TOP,

03:41PM  7    THERE'S A QUOTE WITH IOS CISCO WAS CREATING ONE FROM MANY AND

03:41PM  8    THAT'S SOMETHING THAT WE STILL DO TODAY.

03:42PM  9        THAT'S JOEL BION, SENIOR VICE PRESIDENT OF RESEARCH AND

03:42PM  10   ADVANCED DEVELOPMENT FOR CISCO AT THE TIME, CORRECT?

03:42PM  11   A.   YES.

03:42PM  12   Q.   YOU KNOW MR. BION, CORRECT?

03:42PM  13   A.   YES.

03:42PM  14   Q.   OKAY.  AND YOU'VE WORKED WITH HIM A NUMBER OF YEARS AT

03:42PM  15   CISCO?

03:42PM  16   A.   YES.

03:42PM  17   Q.   OKAY.  JUST TO BE CLEAR, IS THIS THE FINAL PRESS RELEASE

03:42PM  18   THAT WENT OUT TO THE PUBLIC OR WAS IT A DRAFT VERSION?

03:42PM  19   A.   THIS WAS THE DRAFT VERSION WHICH WAS CIRCULATED INTERNALLY

03:42PM  20   FOR PEOPLE TO COMMENT ON.

03:42PM  21   Q.   AS FAR AS YOU KNOW WAS THIS DOCUMENT EVER SHARED WITH THE

03:42PM  22   PUBLIC?

03:42PM  23   A.   THE FINAL PRESS RELEASE WAS SHARED WITH THE PUBLIC BUT NOT

03:42PM  24   THE DRAFT DOCUMENT.

03:42PM  25   Q.   OKAY.  WE WILL GET TO THE FINAL PRESS RELEASE.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:42PM   1    SO LOOKING JUST AT THE DRAFT RELEASE, I THINK YOU WERE ALSO

03:42PM   2    ASKED ABOUT THIS AT YOUR DEPOSITION.  IF YOU COULD GO TO

03:42PM   3    "TRANSFORMING AN INDUSTRY, THE DRAFT PRESS RELEASE STATED."

03:42PM   4    ONE OF IOS'S LEGACIES WAS ESTABLISHING AN INDUSTRY STANDARD

03:42PM   5    FOR HOW PEOPLE INTERFACE WITH ROUTERS AND SWITCHES KNOWN AS THE

03:43PM   6    COMMAND LANGUAGE INTERFACE OR CLI, CORRECT?

03:43PM   7    A.  YES.

03:43PM   8    Q.  AND AGAIN, ON BEHALF OF CISCO, CAN YOU EXPLAIN WHAT WAS

03:43PM   9    MEANT IN THIS LANGUAGE WHEN IT SAYS, KNOWN AS THE COMMAND

03:43PM  10    LANGUAGE INTERFACE CLI BECOMING OR ESTABLISHING INDUSTRY

03:43PM  11    STANDARD FOR HOW PEOPLE INTERFACE WITH ROUTERS AND SWITCHES?

03:43PM  12    A.  WHAT JOEL WAS SAYING, AGAIN, WAS THAT THE IOS CLI WAS THE

03:43PM  13    BEST OF BREED, SOMETHING TO COMPETE AGAINST.

03:43PM  14    Q.  AND AGAIN, IT SAYS HERE, "ANYONE WHO GOES TO CONFIGURE A

03:43PM  15    COMPETITOR'S PRODUCT FEELS VERY MUCH AT HOME," THAT'S WHAT

03:43PM  16    MR. BION SAID?

03:43PM  17    A.  YES.

03:43PM  18    Q.  AND AGAIN, WHAT'S YOUR POSITION ON BEHALF OF CISCO AS TO

03:43PM  19    WHAT WAS MEANT BY THAT?

03:43PM  20    MR. FERRALL:  OBJECTION.  FOUNDATION.

03:43PM  21    THE COURT:  SUSTAINED.

03:43PM  22    BY MR. PAK:

03:43PM  23    Q.  TO YOUR KNOWLEDGE, HAS MR. BION EVER TOLD YOU THAT IT WAS

03:43PM  24    OKAY FOR OTHER COMPANIES TO COPY CISCO'S CLI?

03:43PM  25    A.  NO.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:44PM  1    Q.    LET'S TAKE, ACTUALLY, A LOOK AT THE FINAL PRESS RELEASE

03:44PM  2    THAT WENT OUT FROM THIS DRAFT, AND THIS IS EXHIBIT 494 IN YOUR

03:44PM  3    BINDER.

03:44PM  4         AND DO YOU RECOGNIZE THIS DOCUMENT?  IT'S 494 IN YOUR

03:44PM  5    BINDER.  WHAT IS THIS DOCUMENT?

03:44PM  6    A.    THIS IS A FINAL PRESS RELEASE WHICH WENT OUT.

03:44PM  7    Q.    OKAY.  AND THE OCCASION FOR THE PRESS RELEASE, WAS THAT THE

03:44PM  8    25-YEAR CELEBRATION OF CISCO IOS SOFTWARE?

03:44PM  9    A.    YES.

03:44PM  10   Q.    AND SO LET'S TAKE --

03:44PM  11        MR. PAK:  AND AT THIS POINT I WOULD LIKE TO ADMIT

03:44PM  12   EXHIBIT 494 INTO EVIDENCE.

03:44PM  13        MR. FERRALL:  NO OBJECTION.

03:44PM  14        THE COURT:  IT WILL BE ADMITTED.

03:44PM  15   (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 494, HAVING BEEN

03:44PM  16   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:44PM  17   EVIDENCE.)

03:44PM  18   BY MR. PAK:

03:44PM  19   Q.    SO NOW LET'S LOOK AT THE SAME PARAGRAPH THAT WE WERE

03:44PM  20   LOOKING AT BEFORE BUT THIS IS THE VERSION THAT ACTUALLY WENT

03:45PM  21   OUT TO THE PUBLIC ABOUT THE 25TH ANNIVERSARY OF CISCO IOS.

03:45PM  22        SO IF WE GO BACK TO THE OTHER PAGE, TRANSFORMING AN

03:45PM  23   INDUSTRY.  AND CAN YOU READ INTO THE RECORD WHAT WAS ACTUALLY

03:45PM  24   SAID IN THE PRESS RELEASE THAT WAS SENT OUT TO THE PUBLIC.

03:45PM  25   A.    IT SAYS, "IF THE SUCCESS OF A PRODUCT IS MEASURED BY HOW

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:45PM  1    MUCH IT IS IMITATED, THEN IOS HAS CLEARLY SHOWN ITS STRENGTH.

03:45PM  2    IT SETS THE STANDARD BY WHICH COMPETITIVE PRODUCTS ARE DESIGNED

03:45PM  3    AND EVEN CONFIGURED."

03:45PM  4    Q.   AND AGAIN, DO YOU -- HOW DO YOU SEE THE DIFFERENCE, IF ANY,

03:45PM  5    BETWEEN THIS STATEMENT AND WHAT WE SAW BEFORE ABOUT THE

03:45PM  6    INDUSTRY STANDARD LANGUAGE?

03:45PM  7    A.   BOTH THESE STATEMENTS ARE SAME, THEY ARE BASICALLY SAYING

03:45PM  8    IOS IS THE BEST OF THE BREED.

03:45PM  9    Q.   AND AGAIN, IT SAYS IOS, MR. BION THIS TIME SAYS IOS

03:45PM  10   ESTABLISHED THE CORE ELEMENTS OF THE LANGUAGE OF ROUTER

03:45PM  11   CONFIGURATION; DO YOU SEE THAT?

03:46PM  12   A.   YES.

03:46PM  13   Q.   WHAT IS YOUR UNDERSTANDING OF THAT STATEMENT?

03:46PM  14   A.   I BELIEVE WHAT HE'S TALKING ABOUT IS SOME OF THE BEST

03:46PM  15   FEATURES WHICH ARE CLI ARE TEXT-BASED INTERFACE.  AND IOS HAVE

03:46PM  16   ESTABLISHED THOSE FEATURES.

03:46PM  17   Q.   WHAT ARE SOME OF THESE FEATURES YOU ARE PERSONALLY FAMILIAR

03:46PM  18   WITH?

03:46PM  19   A.   SOME OF THOSE FEATURES, LIKE IF YOU TURN IN THE MIDDLE OF A

03:46PM  20   COMMAND IT WILL SAY, COMMAND COMPLETION, OR IT WILL TELL YOU

03:46PM  21   WHAT POSSIBLE COMMANDS CAN BE ISSUED.

03:46PM  22   Q.   NOW WITH -- LET'S SWITCH TO OUR NEXT TOPIC WHICH IS TALKING

03:46PM  23   ABOUT PRODUCTS CISCO MAKES.  AND THIS TIME, I BELIEVE WE HAVE A

03:46PM  24   DEMONSTRATIVE FROM MR. KATHAIL.  AND IF WE TURN TO SLIDE 1, AT

03:46PM  25   A VERY HIGH LEVEL, CAN YOU EXPLAIN TO THE JURY WHAT TYPES OF

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:46PM 1    PRODUCTS CISCO MAKES?

03:46PM 2    A.    SO THIS SLIDE IS SHOWING CISCO MAKES LARGE NUMBER OF

03:46PM 3    PRODUCTS.

03:46PM 4            MR. FERRALL:  COUNSEL -- EXCUSE ME, I'M NOT SURE

03:47PM 5    WHETHER THE DEMONSTRATIVE IS DISCLOSED.  I DIDN'T HAVE THEM.

03:47PM 6            MR. PAK:  I BELIEVE THEY WERE DISCLOSED -- WE DON'T

03:47PM 7    HAVE TO USE IT IF YOU HAVEN'T --

03:47PM 8            MR. FERRALL:  I DON'T THINK THEY WERE DISCLOSED LAST

03:47PM 9    NIGHT.

03:47PM 10           MR. PAK:  YOUR HONOR, WE DON'T NEED THE

03:47PM 11   DEMONSTRATIVE.  LET ME WALK MR. KATHAIL THROUGH IT.

03:47PM 12   Q.    SO MR. KATHAIL, CAN YOU DESCRIBE AT A HIGH LEVEL SOME OF

03:47PM 13   THE TYPES OF DIFFERENT PRODUCTS CISCO MAKES?

03:47PM 14   A.    SO WE HAVE BEEN TALKING ABOUT ROUTERS AND SWITCHES.  CISCO

03:47PM 15   MAKES ALL THESE SHAPES AND SIZES OF ROUTERS AND SWITCHES.

03:47PM 16       IF YOU LOOK AT YOUR HOME, YOU WILL HAVE A SMALL INTERNET

03:47PM 17   ROUTER WHICH CONNECTS TO YOUR HOME.  WE MAKE VERY LARGE ROUTER

03:47PM 18   WHICH BASICALLY ALLOWS SERVICE PROVIDER TO CONNECT LARGE NUMBER

03:47PM 19   OF PEOPLE TO THE INTERNET OR TRANSPORTING THE DATA FROM ONE

03:47PM 20   CITY TO ANOTHER.  SO WE CREATE THOSE KIND OF PRODUCTS.

03:47PM 21       WE HAVE VOICE PRODUCTS LIKE VOICEOVER IP PHONES.  WE HAVE

03:47PM 22   TELECONFERENCING PRODUCTS AND WE HAVE SECURITY PRODUCTS.

03:47PM 23   Q.    DO YOU ALSO HAVE CABLE PRODUCTS THAT YOU SELL?

03:47PM 24   A.    YES, WE DO HAVE CABLE PRODUCTS.

03:48PM 25   Q.    AND DO MANY OF THESE PRODUCTS, EITHER WORK WITH OR RUN THE

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:48PM 1    INTERNET WORKING OPERATING SYSTEM OR IOS?

03:48PM 2    A.   THE -- SOME OF THESE PRODUCTS RUN EITHER IOS OR THE VERY

03:48PM 3    END OF IOS WHICH WE TALKED ABOUT EOS, IOS XR, NX-OS.

03:48PM 4    Q.   ONE OF THE TYPES OF PRODUCTS THAT CISCO DOES MAKE IS THE

03:48PM 5    GIGABIT ETHERNET SWITCHING PRODUCTS, CORRECT?

03:48PM 6    A.   YES, WE MAKE A FEW OF THEM.

03:48PM 7    Q.   AND I THINK YOU MENTIONED THE NEXUS 7000?

03:48PM 8    A.   YES.

03:48PM 9    Q.   WHAT IS THE INTENDED MARKET FOR THE NEXUS 7000 PRODUCT?

03:48PM 10   A.   THE INTENDED MARKET FOR NEXUS 7000 IS THE DATA CENTER

03:48PM 11   MARKET.  THE DATA CENTER ARE THE PLACES WHERE WE HAVE THE

03:48PM 12   SERVERS WHICH RUN BASICALLY YOUR URL'S, SO WHEN YOU ACCESS A

03:48PM 13   URL, YOU ARE BASICALLY ACCESSING THOSE COMPUTERS.

03:48PM 14   Q.   OKAY.  SO WHEN YOU ARE ACCESSING THE URL ON YOUR HOME PAGE

03:48PM 15   AND YOU TYPE WWW.NFL.COM, CHANCES ARE IT'S GOING THROUGH A

03:49PM 16   PRODUCT LIKE THE NEXUS 7000?

03:49PM 17   A.   VERY GOOD CHANCES ARE IT IS GOING THROUGH NEXUS 7000 AND

03:49PM 18   ACCESSING A COMPUTER WHICH BASICALLY HAVE ALL THE DATA STORED

03:49PM 19   FOR NFL OR WHATEVER.

03:49PM 20   Q.   OKAY.  AND WHAT TYPE OF OPERATING SYSTEM DOES THE NEXUS

03:49PM 21   7000 RUN?

03:49PM 22   A.   IT RUNS NX-OS.

03:49PM 23   Q.   AND AT A HIGH LEVEL CAN YOU DESCRIBE FOR THE JURY THE TYPES

03:49PM 24   OF COMMANDS OR FUNCTIONALITIES THAT WOULD BE FOUND IN A GIGABIT

03:49PM 25   ETHERNET SWITCHING PRODUCT?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:49PM   1    A.    SO IF WE CAN TAKE ONE EXAMPLE, SINCE NEXUS 7000 IS

03:49PM   2    CONNECTING VARIOUS COMPUTERS, IT NEEDS TO FIGURE OUT WHAT IS

03:49PM   3    THE BEST PATH BETWEEN THOSE TWO COMPUTERS, AND IF THOSE TWO

03:49PM   4    COMPUTERS HAPPEN TO BE IN TWO DIFFERENT ROOMS, HOW TO GO FROM

03:49PM   5    SEND THE PACKET FROM ONE ROOM TO THE OTHER ROOM.

03:49PM   6         SO WE USE A PRODUCT CALLED BGP WHICH IS A BORDER GATEWAY

03:49PM   7    PROTOCOL, AND THAT'S ONE OF THE FEATURES.

03:49PM   8    Q.    AND DO YOU HAVE AN UNDERSTANDING OF WHO CREATED THE BGP

03:49PM   9    PROTOCOL?

03:49PM  10    A.    CISCO WAS -- SO BGP IS AN STANDARD BUT CISCO WAS THE

03:50PM  11    INITIAL, CISCO CREATED THE INITIAL VERSION OF THE BGP PRODUCT.

03:50PM  12    Q.    AND DO YOU KNOW ANY SPECIFIC CISCO ENGINEERS THAT WERE

03:50PM  13    INVOLVED IN THE CREATION OF THE INITIAL PROTOCOL THAT BECAME

03:50PM  14    BGP?

03:50PM  15              MR. FERRALL:  OBJECTION.  FOUNDATION.

03:50PM  16              MR. PAK:  DO YOU HAVE PERSONAL KNOWLEDGE --

03:50PM  17              THE COURT:  SUSTAINED.

03:50PM  18              THE WITNESS:  YES.  KIRK LOUGHEED WAS ONE OF THE --

03:50PM  19    BY MR. PAK:

03:50PM  20    Q.    THAT WAS KIRK LOUGHEED, CORRECT?

03:50PM  21    A.    YES.

03:50PM  22    Q.    NOW THIS IS GOING TO BE A LITTLE BIT DIFFICULT BUT WE ARE

03:50PM  23    GOING TO WALK THROUGH A FEW OF THE MANUALS THAT PERTAIN TO THE

03:50PM  24    NEXUS 7000.

03:50PM  25         SO IF YOU LOOK AT EXHIBIT 5078

1063

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:50PM  1    A.   YES.

03:50PM  2    Q.   WHAT IS EXHIBIT 5078?

03:50PM  3    A.   IT IS THE COMMAND REFERENCE MANUAL FOR NEXUS OS RUNNING ON

03:51PM  4    NEXUS 7000.

03:51PM  5    Q.   AND IN PARTICULAR IT SAYS, IT'S THE SYSTEM MANAGEMENT

03:51PM  6    COMMAND REFERENCE, CORRECT?

03:51PM  7    A.   YES, SO IT BASICALLY COVERS A SUBSET OF COMMANDS WHICH DO

03:51PM  8    THE MANAGEMENT OF THE SYSTEM.

03:51PM  9    Q.   SO IS IT REGULAR POLICY OF CISCO TO PUBLISH SOME OF THESE

03:51PM  10   MANUALS THAT TALK ABOUT THE COMMANDS PERTAINING TO SPECIFIC

03:51PM  11   PRODUCTS?

03:51PM  12   A.   YES.

03:51PM  13   Q.   AND IF YOU TURN TO EXHIBIT 2908, 2910, 2913, 2919, 2924,

03:51PM  14   2927, 2930, 2931, 2932, AND 2919.  I BELIEVE THESE ARE ALL THE

03:51PM  15   OTHER MANUALS THAT PERTAIN, BUT COULD YOU VERIFY THAT FOR ME?

03:51PM  16   A.   YES.  THEY ARE ALL THE MANUALS FOR DIFFERENT FUNCTIONALITY

03:51PM  17   WHICH RUNS ON NEXUS 7000 AS PART OF NX-OS.

03:52PM  18   Q.   SO DEPENDING ON WHAT PORTION OF THE FUNCTIONALITY THAT YOU

03:52PM  19   WANT TO LOOK UP IN CISCO NEXUS 7000 PRODUCT, YOU WOULD GRAB THE

03:52PM  20   RIGHT MANUAL FOR THAT, CORRECT?

03:52PM  21   A.   TYPICALLY, YOU WOULD GRAB THE RIGHT MANUAL FOR THE RIGHT

03:52PM  22   PLATFORM.

03:52PM  23        MR. PAK:  AND AT THIS POINT, YOUR HONOR, I WOULD LIKE

03:52PM  24   TO -- I DON'T THINK THIS IS OBJECTED TO, BUT I WOULD LIKE TO

03:52PM  25   ADMIT INTO EVIDENCE THESE MANUALS THAT CORRESPOND TO THE NEXUS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:52PM 1    7000 SERIES OF PRODUCTS.  THAT'S 2908, 2910, 2913, 2919, 2924,

03:52PM 2    2927, 2930, 2931, 2932, AND 2919.

03:52PM 3              THE COURT:  ANY OBJECTION?

03:52PM 4              MR. FERRALL:  SORRY.  I JUST GOT CONFUSED BECAUSE I

03:52PM 5    THINK HE SAID 2919 TWICE.  BUT I DON'T HAVE AN OBJECTION.

03:53PM 6              THE COURT:  HE DID SAY IT TWICE.

03:53PM 7              MR. PAK:  SORRY, YOUR HONOR.

03:53PM 8         LET ME MAKE SURE I HAVE THE RECORD STRAIGHT.  2908, 2910,

03:53PM 9    2913, 2924, 2927, 2930, 2931, 2932 AND THEN 2919.

03:53PM 10             THE COURT:  OKAY.

03:53PM 11             MR. FERRALL:  NO OBJECTION.

03:53PM 12             THE COURT:  NO OBJECTION.  ALL RIGHT THEY WILL ALL BE

03:53PM 13   ADMITTED.

03:53PM 14             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBERS, 2908, 2910,

03:53PM 15   2913, 2924, 2927, 2930, 2931, 2932 AND 2919, HAVING BEEN

03:53PM 16   PREVIOUSLY MARKED FOR IDENTIFICATION, WERE ADMITTED INTO

03:53PM 17   EVIDENCE.)

03:53PM 18             THE COURT:  YOU ALSO MENTION 5078, YOU HAD NOT MOVED

03:53PM 19   THAT INTO EVIDENCE.

03:53PM 20             MR. PAK:  YES, THANK YOU, YOUR HONOR, VERY MUCH.

03:53PM 21        I WOULD LIKE TO MOVE 5078 INTO EVIDENCE AS WELL.

03:53PM 22             THE COURT:  ANY OBJECTION?

03:53PM 23             MR. FERRALL:  NO OBJECTION.

03:53PM 24             THE COURT:  THAT WILL BE ADMITTED.

03:53PM 25

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:53PM  1           (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 5078, HAVING BEEN

03:53PM  2      PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:53PM  3      EVIDENCE.)

03:53PM  4      BY MR. PAK:

03:53PM  5      Q.   IN PREPARING FOR YOUR TESTIMONY HERE TODAY, HAVE YOU HAD A

03:53PM  6      CHANCE TO REVIEW THESE PARTICULAR MANUALS THAT CORRESPOND TO

03:53PM  7      THE NEXUS 7000?

03:53PM  8      A.   YES, I LOOKED THROUGH THOSE MANUALS AND I REVIEWED THE

03:53PM  9      TABLE OF CONTENTS FOR THOSE MANUALS.

03:53PM  10     Q.   SO SITTING HERE TODAY, DO YOU HAVE A SENSE OF HOW MANY

03:53PM  11     TOTAL NUMBER OF COMMANDS ARE DESCRIBED IN THESE MANUALS?

03:54PM  12           MR. FERRALL:  OBJECTION, YOUR HONOR.

03:54PM  13        THIS IS PRECLUSION.  PERHAPS WE NEED TO DISCUSS AT SIDEBAR.

03:54PM  14           THE COURT:  WELL, WE CAN DISCUSS IT AT SIDEBAR, SURE.

03:54PM  15        (SIDEBAR DISCUSSION ON THE RECORD.)

03:54PM  16           MR. FERRALL:  YOUR HONOR, YOU WILL REMEMBER FOR ONE

03:54PM  17     OF THE DISSECTION ARGUMENTS, WE PRESENTED AN INTERROGATORY

03:54PM  18     WHICH ASKS FOR THE TOTAL NUMBER OF COMMANDS FOR EACH ASSERTED

03:54PM  19     WORK.  AND CISCO'S RESPONSE WAS NOT TO GIVE A NUMBER, BUT TO

03:54PM  20     REFER US TO A MASSIVE AMOUNT OF DOCUMENTS.

03:54PM  21           THE COURT:  AND YOU DIDN'T COUNT THEM YOURSELF.

03:54PM  22           MR. FERRALL:  I DID NOT COUNT THEM MYSELF, NOR DID I

03:54PM  23     HAVE --

03:54PM  24           THE COURT:  SO YOU WERE TRYING TO OBTAIN THE NUMBER

03:54PM  25     OF COMMANDS, BECAUSE THIS IS THE NUMBER OF COMMANDS SET FORTH

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:54PM 1    IN THE MANUALS NOT THE ASSERTED ELEMENTS THAT WERE COPIED.

03:55PM 2         MR. FERRALL:  RIGHT.  BUT THAT'S WHAT WE WERE LOOKING

03:55PM 3    FOR.  FOR EACH COPYRIGHT REGISTERED WORK THAT CISCO ALLEGES

03:55PM 4    ARISTA UNLAWFULLY COPIED IDENTIFY THE TOTAL NUMBER OF COMMANDS

03:55PM 5    ET CETERA IN THE WORK.

03:55PM 6         THE COURT:  OH, TOTAL.

03:55PM 7         MR. FERRALL:  ALL THEY DID WAS GIVE US A LIST OF

03:55PM 8    SOURCE CODE AND THIS IS A REFERENCE TO EVERY MANUAL THAT WAS

03:55PM 9    FILED WITH THAT REGISTRATION.

03:55PM 10        MR. PAK:  YOUR HONOR, THIS IS A DIFFERENT QUESTION

03:55PM 11   ALL TOGETHER.

03:55PM 12      THIS IS ABOUT THE NUMBER OF COMMANDS IN EACH OF THE

03:55PM 13   REGISTERED VERSIONS OF THE OPERATING SYSTEM.

03:55PM 14      WHAT WE ARE TRYING TO ESTABLISH IS THAT WHEN YOU HAVE A

03:55PM 15   PARTICULAR PRODUCT THAT RUNS ONE OF THESE OPERATING SYSTEM,

03:55PM 16   LIKE THE GIGABIT ETHERNET SWITCHING PRODUCT, THE RELEVANCE

03:55PM 17   COMMANDS THAT WILL BE USED IN SUCH A PRODUCT IS A SUBSET OF

03:55PM 18   THOSE COMMANDS AND HE HAS SPECIFIC KNOWLEDGE OF THAT.

03:55PM 19      AND THAT'S IN RESPONSE TO THE FAIR USE ARGUMENTS THAT WE

03:55PM 20   WILL HEAR THAT IN TERMS OF WHAT WAS TAKEN, THEY ARE GOING TO

03:55PM 21   ARGUE THAT IT WAS A QUANTITATIVELY A SMALL NUMBER.  WHAT WE

03:55PM 22   WOULD LIKE TO SHOW IS THAT QUALITATIVELY THEY TOOK THE COMMANDS

03:55PM 23   THAT CORRESPOND TO THE SPECIFIC PRODUCTS THEY SELL.  AND THIS

03:56PM 24   IS DIRECTLY PERTAINING TO THAT.

03:56PM 25        THE COURT:  OKAY.  SO THE WORK AS A WHOLE IS NOT

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:56PM 1    DEFINED AS PRODUCT, WE ARE NOT DEALING WITH THAT.  AND SO WE

03:56PM 2    ARE DEALING WITH IN FAIR USE, WE ARE GOING TO BE COMPARING

03:56PM 3    QUALITATIVELY TO THE DEFENDANT'S WORK.

03:56PM 4        MR. FERRALL:  ACTUALLY, THAT'S LEGALLY INCORRECT.

03:56PM 5    THE COMPARISON FOR FAIR USE IS THE PERCENTAGE OF THE

03:56PM 6    PLAINTIFF'S WORK THAT WAS USED, NOT THE PERCENTAGE OF THE

03:56PM 7    DEFENDANT'S WORK.

03:56PM 8        THE COURT:  NO, NO, AND I SAID IT WRONG.  BUT YOU ARE

03:56PM 9    RIGHT, THE PERCENTAGE OF THE PLAINTIFF WORK THAT WAS FOUND IN

03:56PM 10   THE DEFENDANT'S PRODUCT.

03:56PM 11       MR. FERRALL:  RIGHT, RIGHT.

03:56PM 12       THE COURT:  YES, I MISSPOKE, BUT I DID UNDERSTAND.

03:56PM 13   SORRY.

03:56PM 14       MR. FERRALL:  AND SO WE ASKED FOR THIS, FOR JUST THIS

03:56PM 15   REASON TO UNDERSTAND WHAT IS THE TOTAL NUMBER OF COMMAND IN THE

03:56PM 16   WORK.

03:56PM 17       AND YOUR HONOR, I THINK WAS CLEAR AT THE DISSECTION

03:56PM 18   HEARING, THAT WE WEREN'T GOING TO HAVE A TRIAL BASED UPON SOME

03:56PM 19   PART OF THE WORK THAT'S CREATED HERE AT TRIAL WITHOUT ANY

03:56PM 20   EXPERT TESTIMONY.

03:56PM 21       I WOULD ALSO SAY THAT WE ASKED MR. KATHAIL IN DEPOSITION

03:56PM 22   HOW MANY COMMANDS RELATE TO GIGABIT ETHERNET SWITCHING AND HE

03:57PM 23   COULD AREN'T ANSWER THAT QUESTION EITHER.

03:57PM 24       THE COURT:  HE IS LIMITED BY HIS DEPOSITION,

03:57PM 25   CERTAINLY.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:57PM 1        MR. PAK:  YOUR HONOR, THE QUESTION IS SPECIFIC TO

03:57PM 2   THESE PARTICULAR PRODUCTS THAT'S THE NEXUS 7000.  WE KNOW THAT

03:57PM 3   THAT HAD --

03:57PM 4        THE COURT:  I'M TRYING TO REMEMBER IF YOU REFUSE TO

03:57PM 5   ANSWER THE INTERROGATORY.

03:57PM 6        MR. PAK:  THIS IS A TOTAL DIFFERENT ISSUE WHICH IS

03:57PM 7   HOW MANY TOTAL COMMANDS ARE THERE IN THE OVER ALL COPYRIGHTED

03:57PM 8   WORK --

03:57PM 9        THE COURT:  IN THIS PARTICULAR -- AND THESE ARE NOW

03:57PM 10  MANUALS FOR DIVIDED BY PRODUCT.

03:57PM 11       MR. PAK:  THAT'S RIGHT.

03:57PM 12    SO THIS ONE IS -- THIS IS NOT THIS WORK AT ALL.  WE ARE NOT

03:57PM 13  TYING IT TO THESE WORKS.

03:57PM 14       THE COURT:  OKAY.  YOU ARE DEALING WITH PRODUCTS AND

03:57PM 15  THIS QUESTION DEALT WITH WORKS.  LET ME SEE THE QUESTION.

03:57PM 16       MR. FERRALL:  YOUR HONOR, THE PRODUCT IS IRRELEVANT.

03:57PM 17  ALL THAT MATTERS IS THE WORK.  AND THIS IS THE WORK, HE'S

03:57PM 18  SUBMITTING MANUALS OF NEXUS.

03:57PM 19       THE COURT:  I AM CONCERNED THAT YOU HAVE ASSERTED

03:57PM 20  COPYING OF MANUALS WHICH IS DIFFERENT THAN COPYING FROM THE

03:58PM 21  OPERATING SYSTEM.

03:58PM 22    AND SO -- AND THEY ARE WHOLLY DIFFERENT.  AND SO HE'S

03:58PM 23  GIVING TESTIMONY RELATED TO COPYING OF THE OPERATING SYSTEM.

03:58PM 24  BREAKING IT DOWN BY PRODUCT IS NOT SOMETHING THAT YOU'VE

03:58PM 25  ASSERTED.  YOU DIDN'T ASSERT A WORK BASED ON A PRODUCT.

1069

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:58PM 1        MR. PAK:  I AGREE, YOUR HONOR.

03:58PM 2        THIS IS A REASON WHY IT'S NOT A QUESTION OF INFRINGEMENT,

03:58PM 3    IT'S A QUESTION WITH RESPECT TO FAIR USE.  ONE OF THE ARGUMENTS

03:58PM 4    THAT THEY WILL MAKE IS THAT, LET'S SAY WE HAVE 15,000 OR SO

03:58PM 5    COMMANDS IN THE OVERALL OPERATING SYSTEM VERSION FOR IOS.  THEY

03:58PM 6    WILL ARGUE THAT WE ONLY TOOK 500 OR SO COMMANDS FROM THAT.

03:58PM 7        WHAT WE ARE GOING TO ARGUE IS THAT THEY TOOK -- SO IF YOU

03:58PM 8    LOOK AT THE ADVERTISED COMMANDS FOR THEIR GIGABIT ETHERNET

03:58PM 9    SWITCHES IS ABOUT 1500 OR 1300 COMMANDS, SO ONE OF THE

03:58PM 10   ARGUMENTS THAT OUR EXPERTS, AND WE WILL ARGUE, IS THAT THEY

03:58PM 11   TOOK WHAT THEY NEEDED TO SELL A PRODUCT.

03:58PM 12       ALL WE ARE TRYING TO ESTABLISH IS THAT THROUGH A FACT

03:59PM 13   WITNESS WHO HAS PERSONAL KNOWLEDGE OF THE NEXUS 7000 PRODUCT

03:59PM 14   THAT WHEN CISCO MAKES GIGABIT NETWORK SWITCHING PRODUCTS, THEY

03:59PM 15   DON'T USE ALL 15,000 COMMANDS, THEY ARE USING A SMALL SUBSET OF

03:59PM 16   THAT AS WELL AND THAT'S A FAIR --

03:59PM 17       THE COURT:  I'M GOING TO ALLOW THIS PERTAINING TO

03:59PM 18   FAIR USE.

03:59PM 19       MR. FERRALL:  CAN I JUST --

03:59PM 20       THE COURT:  THE OBJECTION IS OVERRULED.  YOU WILL

03:59PM 21   HAVE TO RESTATE THAT QUESTION.

03:59PM 22       MR. PAK:  YES, OF COURSE.

03:59PM 23       THE WITNESS:  AM I OKAY TO SPEAK?  AM I OKAY?

03:59PM 24       MR. PAK:  YES.  OKAY.  THANK YOU.  AND I APOLOGIZE

03:59PM 25   VERY MUCH FOR THE INTERRUPTION THERE.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:59PM 1    Q.   SO GOING BACK, YOU LOOKED AT ALL THESE DIFFERENT COMMAND

03:59PM 2    REFERENCE MANUALS FOR THE NEXUS 7000.  YOU WORKED ON

03:59PM 3    PERSONALLY, ROUGHLY, HOW MANY TOTAL COMMANDS ARE ADVERTISED IN

03:59PM 4    THESE MANUALS FOR THE NEXUS 7000 GIGABIT ETHERNET SWITCHING

03:59PM 5    PRODUCTS?

03:59PM 6    A.   LOOKING AT THE TABLE OF CONTENT OF ALL THESE MANUALS, THERE

04:00PM 7    ARE ABOUT 1500 COMMANDS IN NEXUS 7000.

04:00PM 8    Q.   NOW IF WE LOOK AT THE TOTAL OPERATING SYSTEM, THE IOS

04:00PM 9    CLASSIC, I THINK YOU TESTIFIED IN YOUR DEPOSITION THAT THERE

04:00PM 10   ARE LOTS OF COMMANDS, YOU DON'T KNOW THE SPECIFIC NUMBER; IS

04:00PM 11   THAT RIGHT?

04:00PM 12   A.   YES, THE NUMBER IS QUOTED LIKE BIG NUMBERS.

04:00PM 13   Q.   SO DID YOU EXPLAIN TO THE JURY WHY THERE ARE SO MANY

04:00PM 14   COMMANDS TOTAL NUMBER OF COMMANDS IN THE OVER ALL IOS OPERATING

04:00PM 15   SYSTEM MANUALS YET YOU ONLY HAVE 1500 COMMANDS OR SO ADVERTISED

04:00PM 16   FOR A GIGABIT ETHERNET SWITCHING PRODUCT?

04:00PM 17   A.   SO THERE ARE A FEW REASONS FOR IT.

04:00PM 18        ONE IS IOS IS A TOOL KIT OPERATING SYSTEM SO IT HAS ALL THE

04:00PM 19   FEATURES WHICH WE HAVE, SINCE CISCO WAS BASICALLY FORMULATED SO

04:00PM 20   WE NEVER RARELY DELETE FEATURES.

04:00PM 21        THE SECOND THING IS THAT NOT ALL THE FEATURES APPLY FOR

04:01PM 22   EVERY PRODUCT WHICH WE MADE.  WE JUST SAW CISCO SELLS THE SMALL

04:01PM 23   ROUTERS, MEDIUM ROUTERS, BIG ROUTERS, SWITCHES, WE HAVE

04:01PM 24   ENTERPRISE PRODUCT, WE HAVE SERVICE PROVIDER PRODUCT.

04:01PM 25        SO WHEN WE BUILD A PRODUCT, WE FIGURE OUT WHAT THE MARKET

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:01PM  1    SEGMENT FOR THAT PRODUCT IS GOING TO BE, WHAT FEATURE THAT

04:01PM  2    MARKET SEGMENT WILL LEAD, WHAT IS THE SIZE OF THAT PRODUCT AND

04:01PM  3    WHAT FEATURES FOR THE SIZE OF PRODUCT WE WILL NEED, AND THEN WE

04:01PM  4    HAVE THE FEATURES INTO THE PRODUCT BASED ON THAT

04:01PM  5    Q.   AND DOES IT MAKE SENSE TO YOU FROM A TECHNICAL PERSPECTIVE

04:01PM  6    THINKING ABOUT GIGABIT ETHERNET SWITCHING FUNCTIONALITY THAT WE

04:01PM  7    ARE SEEING ABOUT 1500 COMMANDS FOR THE NEXUS 7000?

04:01PM  8    A.   IT'S IN THE BALLPARK.

04:01PM  9    Q.   OKAY.  THANK YOU.

04:01PM  10        SO FOR EXAMPLE, IF THERE ARE COMMANDS IN IOS THAT DEAL WITH

04:01PM  11   VOICE GATEWAYS OR CABLE MODEMS OR WHATEVER PRODUCT THAT CISCO

04:01PM  12   MAY HAVE CREATED THAT HAS NOTHING TO DO WITH GIGABIT ETHERNET

04:01PM  13   SWITCHING FUNCTIONALITY, WOULD YOU EXPECT TO SEE THOSE COMMANDS

04:02PM  14   BE IMPLEMENTED AND ADVERTISED?

04:02PM  15   A.   NO, THOSE COMMANDS WILL NOT BE IMPLEMENTED IN A NEXUS 7000.

04:02PM  16        IF YOU LOOK AT HOME, YOU HAVE A CABLE MODEM WHICH IS

04:02PM  17   COMCAST CONNECTED TO YOUR HOME.  AND THERE ARE COMMANDS TO SET

04:02PM  18   UP THAT CABLE MODEM.  THERE IS COMMANDS TO CHECK WHETHER THAT

04:02PM  19   CABLE MODEM IS WORKING OR NOT.  AND NONE OF THOSE COMMANDS WILL

04:02PM  20   BE IN NEXUS 7000.

04:02PM  21   Q.   MR. KATHAIL, AT THIS POINT I WOULD LIKE TO SWITCH GEARS AND

04:02PM  22   LOOK AT ANOTHER DOCUMENT IN YOUR BINDER.  THIS IS EXHIBIT 4327.

04:02PM  23   A.   YES.

04:02PM  24   Q.   AND CAN YOU -- ARE YOU THE AUTHOR OF THIS DOCUMENT?

04:02PM  25   A.   YES.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:02PM 1    Q.   AND IT SAYS HERE PRADEEP KATHAIL, CISCO DISTINGUISHED

04:03PM 2    ENGINEER.  THE DOCUMENT IS DATED MAY 21ST, 2007, CORRECT?

04:03PM 3    A.   YES.

04:03PM 4    Q.   AND CAN YOU BRIEFLY DESCRIBE FOR THE COURT WHAT TYPE OF

04:03PM 5    DOCUMENT THIS WAS AND THE PURPOSE OF THIS PRESENTATION?

04:03PM 6    A.   THIS PRESENTATION WAS CREATED TO WIDELY COMMUNICATE WHAT IS

04:03PM 7    THE CISCO SOFTWARE STRATEGIES GOING TO BE GOING FORWARD.

04:03PM 8    Q.   OKAY.  AND IS THIS THE TYPE OF PRESENTATION THAT WAS BE

04:03PM 9    CREATED ON A REGULAR BASIS AS PART OF YOUR JOB RESPONSIBILITIES

04:03PM 10   TO COMMUNICATE PROJECTS THAT YOU WERE WORKING ON?

04:03PM 11   A.   YES.

04:03PM 12   Q.   OKAY.  AND WHY DID YOU SPECIFICALLY CREATE THIS

04:03PM 13   PRESENTATION?

04:03PM 14   A.   WE WERE WORKING WITH CHIEF DEVELOPMENT OFFICER, SO WE WERE

04:03PM 15   WORKING WITH CHIEF DEVELOPMENT OFFICER TO CREATE A SOFTWARE

04:03PM 16   STRATEGY FOR CISCO, ROUTING AND SWITCHING PRODUCT, AND WE

04:03PM 17   WANTED TO COMMUNICATE IT WIDELY THAT WHERE WE WANTED TO END UP.

04:03PM 18   Q.   OKAY.  AND THE CHIEF DEVELOPMENT OFFICER FOR CISCO IN 2007,

04:04PM 19   WHO WAS THAT INDIVIDUAL?

04:04PM 20   A.   THAT WAS CHARLIE GIANCARLO.

04:04PM 21   Q.   GIANCARLO?

04:04PM 22   A.   YES.

04:04PM 23        MR. PAK:  YOUR HONOR, AT THIS POINT I WOULD LIKE TO

04:04PM 24   ADMIT INTO EVIDENCE EXHIBIT 4327.

04:04PM 25        THE COURT:  ANY OBJECTION?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:04PM  1      MR. FERRALL:  NO OBJECTION, YOUR HONOR.

04:04PM  2      THE COURT:  IT WILL BE ADMITTED.

04:04PM  3      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 4327, HAVING BEEN

04:04PM  4   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:04PM  5   EVIDENCE.)

04:04PM  6   BY MR. PAK:

04:04PM  7   Q.  SO LET'S TAKE A LOOK AT THIS DOCUMENT.

04:04PM  8      SO AGAIN, NOW THE JURY CAN SEE THIS PRADEEP KATHAIL, THAT

04:04PM  9   WAS YOU, AND YOU WERE A CISCO DISTINGUISHED ENGINEER AT THE

04:04PM  10  TIME, CORRECT?

04:04PM  11  A.  YES.

04:04PM  12  Q.  AND TITLED INTERNAL NETWORKERS, WHAT DOES THAT MEAN?

04:04PM  13  A.  SO THAT'S BASICALLY IS A CONFERENCE WHICH CISCO USED TO PUT

04:04PM  14  TOGETHER.  AT THAT TIME, WHERE ALL INTERNAL ENGINEERS USED TO

04:04PM  15  COME AND WE CAN COMMUNICATE OUR STRATEGY OF WHERE WE ARE GOING,

04:04PM  16  WHAT PRODUCTS WE WERE THINK.

04:04PM  17  Q.  IS SO THIS IS AN INTERNAL CONFERENCE OF CISCO ENGINEERS; IS

04:04PM  18  THAT CORRECT?

04:04PM  19  A.  YES.

04:04PM  20  Q.  DID YOU ACTUALLY GIVE THIS PRESENTATION ON MAY 21ST, 2007?

04:04PM  21  A.  YES.

04:04PM  22  Q.  SO LET'S TAKE A LOOK AT THE NEXT SLIDE, SLIDE 2.

04:05PM  23      AND IF YOU CAN BLOW THAT UP.

04:05PM  24      WHAT IS THIS SLIDE DESCRIBING?

04:05PM  25  A.  WHAT THIS SLIDE IS DESCRIBING IS TWO PARTS, ONE IS THAT THE

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:05PM   1    SOFTWARE STRATEGY WHICH WE CREATED AS PART OF THIS DISCUSSION

04:05PM   2    WAS FOR ANTI CISCO BECAUSE IT WAS MEANT FOR CDO.

04:05PM   3        THE SECOND THING WAS THAT THERE WERE TWO PIECES OF THE

04:05PM   4    STRATEGY, ONE WAS MAKING SURE THAT THERE IS THAT WE UNDERSTAND

04:05PM   5    WHAT TECHNOLOGY WE WANT TO CREATE.  AND THE SECOND PIECE WAS

04:05PM   6    ALSO BUILDING A PROCESS AROUND IT SO THAT THE TECHNOLOGY WILL

04:05PM   7    BE DEVELOPED.

04:05PM   8    Q.   AND IT SAYS SOFTWARE TECHNOLOGY STRATEGY COUNCIL AND

04:05PM   9    SOFTWARE BUSINESS STRATEGY COUNCIL.

04:05PM  10        CAN YOU BRIEF HE DESCRIBE TO THE JURY WHAT THOSE COUNCILS

04:05PM  11    WERE?

04:05PM  12    A.   SOFTWARE TECHNOLOGY STRATEGY COUNCIL WAS A GROUP OF PEOPLE

04:06PM  13    I WAS CHAIRING THAT COUNCIL.  A GROUP OF PEOPLE WHO WERE

04:06PM  14    DEFINING THE SOFTWARE STRATEGY FROM A TECHNOLOGY PERSPECTIVE.

04:06PM  15        AND THEN THE OTHER COUNCIL WAS, OKAY, ONCE, NOW THAT THE

04:06PM  16    STRATEGY IS CREATED, HOW DO WE MAKE SURE THAT IT BECOMES

04:06PM  17    OPERATIONAL, AND GETS INTO THE PRODUCTS.

04:06PM  18    Q.   LET'S TAKE A LOOK AT THE NEXT SLIDE IN THIS DOCUMENT.

04:06PM  19        SO IT'S A LITTLE BIT HARD TO READ AT THE BOTTOM.  CAN YOU

04:06PM  20    WALK US THROUGH WHAT YOU WERE DESCRIBING ON THIS SLIDE.

04:06PM  21    A.   SO WHAT THIS SLIDE IS DESCRIBING IS A SET OF THINGS WHICH

04:06PM  22    WE WERE WORKING ON IN 2007 TO BUILD A SOFTWARE STRATEGY.  SO

04:06PM  23    YOU CAN THINK OF IT AS AN ARCHITECTURE WHERE WANTED TO GET THE

04:06PM  24    TECHNOLOGIES WHICH WE WANTED TO BUILD IN OUR PRODUCTS.

04:06PM  25    Q.   OKAY.  AND JUST TO THE REMIND THE JURY, THIS IS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:06PM  1    EXHIBIT 4327, CORRECT?

04:06PM  2    A.   YES.

04:06PM  3    Q.   OKAY.  SO LET'S GO, SO FOR EXAMPLE, YOU HAVE SOMETHING

04:07PM  4    CALLED COMMON LINUX STRATEGY FOR IMBEDDED SYSTEMS, CAN YOU TELL

04:07PM  5    US A LITTLE BIT MORE ABOUT THAT STRATEGY?

04:07PM  6    A.   SO IN 2007 WE WERE STARTING TO BUILD PRODUCTS USING LINUX

04:07PM  7    AS THE BASIC UNDERLYING OPERATING SYSTEM ON OUR PRODUCT.

04:07PM  8         AND WHAT WAS HAPPENING AT THAT POINT OF TIME WAS THAT EVERY

04:07PM  9    PRODUCT GROUP WAS DEVELOPING ITS OWN LINUX ALL DOWNLOADING

04:07PM  10   LINUX AND DOING WHATEVER THEY NEEDED TO DO, AND WANTED TO HAVE

04:07PM  11   A CONSISTENT STORY FOR A COMMON LINUX, AND THAT'S BASICALLY

04:07PM  12   WHAT IT SAYS.

04:07PM  13   Q.   I THINK THE JURY HAS HEARD LINUX MAYBE INSIDE THE COURTROOM

04:07PM  14   TODAY AND PERHAPS OUTSIDE THE COURTROOM.  CAN YOU BRIEFLY

04:07PM  15   DESCRIBE FOR US WHAT IS LINUX?

04:07PM  16   A.   SO LINUX IS AN OPERATING SYSTEM WHICH RUNS ON MOST OF THE

04:07PM  17   SERVERS IN THE DATA CENTER.  TODAY, 90 PLUS PERCENT OF THE

04:07PM  18   WEBSITES RUN ON LINUX OPERATING SYSTEM.  AND IT'S AN OPEN

04:07PM  19   SOURCE OPERATING SYSTEM WHICH MEANS IT'S FREELY AVAILABLE,

04:08PM  20   PEOPLE CAN USE IT.

04:08PM  21   Q.   OKAY.  AND SO LOOKING AT THE NEXT SLIDE, SLIDE OR ACTUALLY

04:08PM  22   THIS IS SLIDE 36, MR. FISHER.

04:08PM  23        NEXT GENERATION OPERATING SYSTEM.  AND THEN THERE'S A SET

04:08PM  24   OF DIAGRAMS THERE.

04:08PM  25        CAN YOU BRIEFLY DESCRIBE WHAT YOU WERE SHOWING ON THIS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:08PM  1    SLIDE?

04:08PM  2    A.   SO THIS SLIDE WAS THE OVERALL ARCHITECTURE FOR NEXT

04:08PM  3    GENERATION OPERATING SYSTEMS, WHICH WE TALKED ABOUT IOS XE, IOS

04:08PM  4    XR AND NX-OS.

04:08PM  5       THERE ARE THREE OUR FOUR BIG POINTS WHICH ARE HERE.  IF YOU

04:08PM  6    LOOK AT THE LOWEST BLOCK, IT SAYS COMMON LINUX.  WE ALREADY

04:08PM  7    TALKED ABOUT THAT.  WE WANTED ALL OUR OPERATING SYSTEMS TO

04:08PM  8    START USING LINUX AS THE BASIC OPERATING SYSTEM.

04:08PM  9       IF YOU GO ON THE TOP MOST BLOCK, MANAGEMENT FRAMEWORK, WE

04:08PM  10   WANTED TO HAVE A CONSTANT COMMON MANAGEMENT ACROSS ALL OF OUR

04:09PM  11   MODULES TO BASICALLY PROVIDE ONE COMMON MANAGEMENT FRAMEWORK.

04:09PM  12      AND THEN IF YOU GO IN THE MIDDLE, THE MODULAR PROCESSES, WE

04:09PM  13   BASICALLY WANTED TO BRING THE MODULARITY INTO ALL OUR OPERATING

04:09PM  14   SYSTEMS.  AND THEN IF WE LOOK AT THE LEFT MOST COLUMN WHICH IS

04:09PM  15   IOS, WE WANTED TO MAKE SURE THAT ALL THE FEATURES OF IOS

04:09PM  16   FEATURE FUNCTIONALITY CAN BE SUPPORTED.

04:09PM  17   Q.   AND DO YOU KNOW WHETHER ANY OF THE CISCO OPERATING SYSTEMS

04:09PM  18   AT ISSUE IN THIS CASE INCORPORATE THE COMMON LINUX AS THE

04:09PM  19   PLATFORM?

04:09PM  20   A.   YES, THEY DO.

04:09PM  21   Q.   AND WHICH ONES?

04:09PM  22   A.   ALL OF THE OPERATING SYSTEMS HAVE COMMON LINUX FRAMEWORK.

04:09PM  23   Q.   THAT'S IOS, IOS XR, IOS XE AND NX-OS?

04:09PM  24   A.   IOS IS NOT THE ONE, IOS XE AND NX-OS AND IOS XR.

04:09PM  25   Q.   SO IOS DOES NOT, BUT THE OTHER THREE DO?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:09PM  1     A.   YES, THEY DO.

04:09PM  2     Q.   THANK YOU.

04:09PM  3          AND THEN THERE'S SOME INTERESTING LANGUAGE HERE, "NO MORE

04:10PM  4     POWER SUCKING ALIENS," CAN YOU TELL US WHAT YOU WERE TRYING TO

04:10PM  5     EXPLAIN WITH THAT TERMINOLOGY?

04:10PM  6     A.   THIS IS AN INTERNET JOKE.

04:10PM  7          SO IF YOU LOOK IN THE RIGHT-HAND SIDE, IT SAYS SERVICES,

04:10PM  8     VOICE, CONTENT, FIREWALL.  AND IN THE PAST, WHAT WE USED TO DO

04:10PM  9     IS HAVE A SEPARATE HARDWARE RUNNING IT, BUT WE BASICALLY USED

04:10PM  10    TO PUT IT INTO A COMMON CHASSIS, BUT THERE WAS NO MANAGEMENT

04:10PM  11    INTEGRATION.

04:10PM  12         SO SINCE WE CREATED THE MANAGEMENT INTEGRATION FOR THOSE,

04:10PM  13    WE BASICALLY SAID, NO POWER SUCKING ALIEN.

04:10PM  14    Q.   OKAY, DID CISCO IMPLEMENT THE IDEAS THAT ARE DESCRIBED IN

04:10PM  15    THIS 2007 PRESENTATION?

04:10PM  16    A.   YES.  ALL OF THESE IDEAS WERE IMPLEMENTED IN THE THREE

04:10PM  17    OPERATING SYSTEMS WHICH WE JUST TALKED ABOUT, IOS XE, IOS XR,

04:10PM  18    AND NX-OS, AND MOST OF THEM ARE SHIPPING.

04:10PM  19    Q.   AS THE CHIEF SOFTWARE ARCHITECT OR NETWORK ARCHITECT, CAN

04:10PM  20    YOU TELL US A LITTLE BIT ABOUT THE ENGINEERING CULTURE WITHIN

04:11PM  21    CISCO?

04:11PM  22    A.   THE CISCO ENGINEERING CULTURE IS VERY INNOVATIVE AND WE ARE

04:11PM  23    VERY CRITICAL TO OURSELVES.  COMPLETELY ALL THE TIME LOOKING AT

04:11PM  24    HOW TO DO BETTER, BOTH WITH THE CULTURE AND THE PRODUCT.

04:11PM  25    Q.   AND ARE THERE TIMES WHEN AS AN ENGINEERING CULTURE YOU LOOK

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:11PM 1    AT YOURSELVES AND SAY WE COULD BE DOING A BETTER JOB THIS IS AN

04:11PM 2    AREA FOR IMPROVEMENT?

04:11PM 3    A.   WE DID THAT ALL THE TIME.  AND WE CONTINUOUSLY IMPROVE.

04:11PM 4    Q.   AND SO LET'S TALK ABOUT SOME OF CISCO'S INNOVATIONS.  ARE

04:11PM 5    YOU FAMILIAR WITH THIS CONCEPT OF AUTO PROVISIONING OR ZERO

04:11PM 6    TOUCH PROVISIONING?

04:11PM 7    A.   YES.

04:11PM 8    Q.   AND DID YOU HAVE ANY PERSONAL EXPERIENCE WITH THAT

04:11PM 9    TECHNOLOGY?

04:11PM 10   A.   YES.  I BASICALLY KNEW ABOUT THAT TECHNOLOGY IN 2009.

04:11PM 11   Q.   OKAY.  AND HOW DID YOU BECOME AWARE OF CISCO'S VERSION OF

04:12PM 12   AUTO OR ZERO TOUCH PROVISIONING?

04:12PM 13   A.   AT THAT POINT IN TIME I WAS THE CHIEF TECHNOLOGY OFFICER

04:12PM 14   FOR INTERNET SWITCHING BUSINESS, AND THAT'S WHERE THIS

04:12PM 15   TECHNOLOGY WAS USED A LOT.

04:12PM 16   Q.   OKAY.  AND DO YOU HAVE AN UNDERSTANDING OF HOW EARLIER IN

04:12PM 17   TIME THAT TECHNOLOGY WAS DEVELOPED?

04:12PM 18   A.   I BELIEVE IT STARTED WORKING ON THAT TECHNOLOGY AROUND

04:12PM 19   2004.

04:12PM 20   Q.   AND DOES CISCO HAVE PATENTS ON ITS VERSION OF ZERO TOUCH

04:12PM 21   PROVISIONING?

04:12PM 22   A.   MY UNDERSTANDING IS THAT THERE ARE A FEW PATENTS ON THAT

04:12PM 23   TECHNOLOGY.

04:12PM 24   Q.   OKAY.  AND GENERALLY SPEAKING, DO YOU HAVE AN UNDERSTANDING

04:12PM 25   OF HOW MANY PATENTS CISCO HAS OVERALL?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:12PM 1    A.    I CAN'T -- IT'S VERY DIFFICULT TO GIVE YOU A NUMBER BECAUSE

04:12PM 2    I JUST FOUND OUT WE RECEIVED 20 PATENTS YESTERDAY.  SO GIVING A

04:12PM 3    NUMBER IS VERY DIFFICULT.

04:12PM 4    Q.    ARE YOU AWARE OF SOMETHING CALLED PROGRAMATIC INTERFACES?

04:12PM 5    A.    YES.

04:12PM 6    Q.    AND WHAT ARE PROGRAMATIC INTERFACES?

04:13PM 7    A.    SO WE TALKED A LOT ABOUT CLI.  AND CLI IS TYPICALLY AN

04:13PM 8    INTERFACE FOR HUMAN TO INTERACT WITH MACHINES, BECAUSE IT'S A

04:13PM 9    TEXT-BASED, YOU TYPE A COMMAND, THE RESPONSE COMES BACK, TEXT

04:13PM 10   RESPONSE COMES BACK.

04:13PM 11       PROGRAMATIC INTERFACES IS WHEN MACHINES CAN TALK TO

04:13PM 12   MACHINES.  SO IF YOU HAVE A LOT OF DEVICES, YOU REALLY DON'T

04:13PM 13   WANT TO GO ON TO EVERY DEVICE AND TYPE THOSE COMMANDS, YOU WANT

04:13PM 14   TO HAVE A PROGRAMATIC INTERFACE TO GO CONFIGURE ALL THOSE

04:13PM 15   DEVICES SIMULTANEOUSLY.

04:13PM 16   Q.    AND HAS CISCO BEEN WORKING ON ITS PROGRAMMATIC CISCO

04:13PM 17   TECHNOLOGY?

04:13PM 18   A.    CISCO HAS BEEN WORKING ON ITS PROGRAMMATIC INTERFACE

04:13PM 19   TECHNOLOGY, I BELIEVE FROM 2000, 2004, MAYBE EVEN WORKING

04:13PM 20   BEFORE.  WE HAVE BEEN DOING LOT OF WORK.  BUT THE THING IS,

04:13PM 21   THIS TECHNOLOGY ALSO HAS BEEN CHANGING AS THE TIME GOES ON.

04:13PM 22   OKAY.  AND WE HAVE BEEN KEEPING UP AS THE NEW TECHNOLOGY COMES

04:13PM 23   UP INTO DIFFERENT MARKET SPACES, WE EVALUATE IT, MAKE SURE THAT

04:14PM 24   IT MAKES SENSE FOR NETWORKING MARKET THEN BRING IT INTO

04:14PM 25   NETWORKING MARKET.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:14PM  1    Q.   ARE YOU AS PART OF THIS PROGRAMATIC INTERFACE CONCEPT, YOU

04:14PM  2    FAMILIAR WITH USING XML OH, XMPP TO SEND CLI COMMANDS?

04:14PM  3    A.   I'M AWARE OF USING XML TO SEND THE CLI COMMANDS, AND I

04:14PM  4    BELIEVE WE HAD SOMETHING CALLED WSMA, WHICH BASICALLY WAS

04:14PM  5    SHIPPING ON IOS WHICH SENDS THE CLI COMMANDS IN XML.  AND FIRST

04:14PM  6    OR SECOND VERSION OF IOS XR DID THE SAME THING.

04:14PM  7    Q.   DO YOU RECALL THE GENERAL TIMEFRAME OF WHETHER THAT

04:14PM  8    TECHNOLOGY WAS RELEASED?

04:14PM  9    A.   EARLY 2000.

04:14PM  10   Q.   OKAY.  AND DO YOU KNOW WHETHER CISCO HAS PATENTS ON ITS XML

04:14PM  11   AND CLI TECHNOLOGIES?

04:14PM  12   A.   THERE ARE A FEW PATENTS, BUT I DON'T KNOW EXACTLY WHICH

04:14PM  13   ONE.

04:14PM  14   Q.   SO STEPPING BACK, DO YOU THINK THAT CISCO PRODUCTS ARE

04:15PM  15   INFERIOR TO ARISTA PRODUCTS WHEN IT COMES TO DATA CENTER

04:15PM  16   SWITCHING?

04:15PM  17          MR. FERRALL:  OBJECTION.  FOUNDATION.

04:15PM  18          THE COURT:  SUSTAINED.

04:15PM  19   BY MR. PAK:

04:15PM  20   Q.   DO YOU HAVE AN UNDERSTANDING OF ARISTA PRODUCTS, SIR?

04:15PM  21   A.   I UNDERSTAND A LITTLE BIT OF ARISTA PRODUCTS, YES.

04:15PM  22   Q.   AND HOW DO YOU UNDERSTAND ARISTA PRODUCTS?

04:15PM  23   A.   SOME OF THE DISCUSSION HAPPENED FOR PREPARING FOR THIS

04:15PM  24   TESTIMONY.

04:15PM  25   Q.   SETTING ASIDE THE CASE, HAVE YOU EVER SEEN ANY MARKETING

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:15PM  1    MATERIALS ABOUT ARISTA'S TECHNOLOGY?

04:15PM  2    A.   VERY LITTLE.

04:15PM  3    Q.   OKAY.  SO IN THIS CASE LET ME ASK IT THIS WAY, CISCO'S

04:15PM  4    PRODUCTS, ARE YOU AWARE WHETHER CISCO'S PRODUCTS HAVE RECEIVED

04:15PM  5    ANY AWARDS?

04:15PM  6    A.   CISCO'S PRODUCTS RECEIVE NUMEROUS AWARDS.  AGAIN, I CAN

04:15PM  7    DEFINE TWO OF THEM.  IN 2014 WE RECEIVED BEST OF INTEROP FOR

04:15PM  8    ONE OF OUR PRODUCTS, WHICH GOES INTO THE DATA CENTER WHICH IS

04:15PM  9    NEXUS 9000.

04:15PM  10       IN 2016 WE AGAIN RECEIVED THE BEST OF INTEROP AWARD IN THE

04:16PM  11    DATA CENTER CATEGORY FOR A PRODUCT TO CONFIGURE LARGE AMOUNT OF

04:16PM  12    SWITCHES AUTOMATICALLY.

04:16PM  13    Q.   OKAY.  AND WHEN YOU SAY IT'S INTEROP IT'S I-N-T-E-R-O-P; IS

04:16PM  14    THAT CORRECT?

04:16PM  15    A.   YES.

04:16PM  16    Q.   CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT THAT

04:16PM  17    IS?

04:16PM  18    A.   THAT'S A BIG TRADE SHOW WHERE A LOT OF COMPUTER NETWORKING

04:16PM  19    TECHNOLOGY PEOPLE COME AND DEMONSTRATE THEIR PRODUCTS OR SHOW

04:16PM  20    THEIR PRODUCTS TO THE PUBLIC.

04:16PM  21    Q.   AND WHAT DOES IT MEAN TO WIN BEST OF INTEROP?

04:16PM  22    A.   THAT BASICALLY MEANS THAT THE PRODUCT IS BEST IN THAT

04:16PM  23    CATEGORY.  THERE ARE MULTIPLE JUDGES WHO EVALUATE THE PRODUCT.

04:16PM  24    THEY LOOK AT THE RECOMMENDATIONS FROM CUSTOMERS AND EVERYTHING

04:16PM  25    ELSE, SO IT'S REALLY A BIG DEAL.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:16PM 1    Q.   OKAY.

04:16PM 2          MR. PAK:  YOUR HONOR, AT THIS POINT I WOULD LIKE TO

04:16PM 3    PASS THE WITNESS.

04:16PM 4          THE COURT:  OKAY.

04:16PM 5       CROSS-EXAMINATION, MR. FERRALL.

04:17PM 6          MR. FERRALL:  BEAR WITH ME A MOMENT, PLEASE.

04:17PM 7    MAY I APPROACH, YOUR HONOR?

04:17PM 8          THE COURT:  YES.

04:17PM 9

04:17PM 10          **CROSS-EXAMINATION BY MR. FERRALL**

04:17PM 11

04:17PM 12   BY MR. FERRALL:

04:17PM 13   Q.   GOOD AFTERNOON, MR. KATHAIL?

04:18PM 14   A.   GOOD AFTERNOON.

04:18PM 15   Q.   WE HAVE NOT MET BEFORE, HAVE WE?

04:18PM 16   A.   NO.

04:18PM 17   Q.   MY NAME IS BRIAN FERRALL, I'M ONE OF ARISTA'S ATTORNEYS,

04:18PM 18   AND I WANT TO START WITH SOME OF THE DOCUMENTS THAT COUNSEL FOR

04:18PM 19   CISCO SHOWED YOU.  WHY DON'T WE -- IF WE COULD PULL UP

04:18PM 20   EXHIBIT 503, PLEASE.

04:18PM 21       THIS IS A DATA CENTER FOR OR A DESCRIPTION OF CISCO IOS XR,

04:18PM 22   RIGHT?

04:18PM 23   A.   YES.

04:18PM 24   Q.   AND I THINK YOU SAID THE DATE OF THIS IS 2015, RIGHT?

04:18PM 25   A.   SOMEWHERE AROUND -- NO, I SAID SOMEWHERE AROUND 2005, 2006.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:18PM 1   Q.   OH, I'M SORRY, I GUESS I'M LOOKING AT A DATE AT THE BOTTOM.

04:19PM 2   SO THIS IS 2005, 2006?

04:19PM 3   A.   YES.

04:19PM 4   Q.   AND ON THE BOTTOM OF THE FIRST PAGE, IF WE COULD FOCUS IN

04:19PM 5   ON THAT, UNDER MANAGEABILITY, CISCO EXPLAINS TO THE READERS OF

04:19PM 6   THIS THAT CISCO IOS XR SOFTWARE MANAGEABILITY PROVIDES INDUSTRY

04:19PM 7   STANDARD MANAGEMENT INTERFACES INCLUDING MODULAR COMMAND-LINE

04:19PM 8   INTERFACE, RIGHT?

04:19PM 9   A.   YES.

04:19PM 10   Q.   OKAY.   AND IN THE NEXT DOCUMENT YOU LOOKED AT, LET'S LOOK

04:19PM 11   AT EXHIBIT 504.   IF WE COULD GO TO PAGE 5 UNDER "ENHANCED

04:19PM 12   USABILITY AND FAMILIAR OPERATION."

04:19PM 13       MR. KATHAIL, THIS IS A PUBLIC DOCUMENT, RIGHT?

04:19PM 14   A.   YES.

04:20PM 15   Q.   THIS IS MEANT TO INFORM THE NETWORKING INDUSTRY, IF YOU

04:20PM 16   WILL, HOW CISCO FEELS ABOUT ITS OR THE IMPORTANT FEATURES AND

04:20PM 17   ASPECTS OF CISCO'S OPERATING SYSTEM, RIGHT?

04:20PM 18   A.   YES.

04:20PM 19   Q.   AND CISCO EXPLAINS WITH REGARD TO THE NX-OS PRODUCT, IT

04:20PM 20   SORT OF HAS A TWO PART EXPLANATION, RIGHT, IN THE FIRST TWO

04:20PM 21   PARAGRAPHS OF THIS SECTION?

04:20PM 22   A.   WHERE ARE YOU LOOKING AT?

04:20PM 23   Q.   WELL, WHAT I MEAN BY THAT IS FOR NX-OS, NX-OS HAD A LITTLE

04:20PM 24   BIT DIFFERENT COMMAND-LINE INTERFACE THAN IOS, RIGHT?

04:20PM 25   A.   YES, NX-OS COMMAND-LINE INTERFACE HAD IMPROVED OVER IOS.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:20PM 1     Q.   IT IMPROVED.  IT IMPROVED BUT ACTUALLY YOU FACED, MEANING

04:20PM 2     CISCO FACED SOME PROBLEMS BECAUSE NX-OS COMMAND-LINE INTERFACE

04:20PM 3     WAS DIFFERENT THAN IOS, RIGHT?

04:20PM 4     A.   SOME OF THE -- SOME OF OUR CUSTOMERS WANTED SIMILAR

04:21PM 5     INTERFACE ON IOS AS WELL AS ON NX-OS.

04:21PM 6     Q.   AND THAT WAS IMPORTANT ENOUGH FOR CUSTOMERS THAT CISCO WENT

04:21PM 7     OUT OF ITS WAY IN DESCRIBING THE NX-OS CLI TO SAY THAT IT'S

04:21PM 8     LIKE IOS, RIGHT, THAT'S WHAT'S CAPTURED HERE?

04:21PM 9     A.   WHAT BASICALLY THEY ARE SAYING IS THAT NX-OS PROVIDES A CLI

04:21PM 10    WHICH IS VERY SIMILAR TO IOS LIKE IOS CLI.

04:21PM 11    Q.   SO FIRST CISCO SAYS IN THE FIRST PARAGRAPH, THE CISCO IOS

04:21PM 12    CLI HAS ESSENTIALLY BECOME THE STANDARD FOR CONFIGURATION IN

04:21PM 13    THE NETWORKING INDUSTRY, RIGHT?

04:21PM 14    A.   YES.

04:21PM 15    Q.   AND THEN IT GOES ON TO TRY TO COMFORT CUSTOMERS TO SAY THAT

04:21PM 16    NX-OS IS PRETTY GOOD, IT'S PRETTY CLOSE TO THAT, RIGHT?

04:21PM 17    A.   YES.

04:21PM 18    Q.   NOW IF WE COULD LOOK AT EXHIBIT 494, PLEASE.

04:22PM 19    A.   NO YOURS OR CISCO'S?

04:22PM 20    Q.   SORRY, YOURS, CISCO'S.

04:22PM 21    A.   YES.

04:22PM 22    Q.   OKAY.  I THINK YOU TESTIFIED THAT THIS WAS THE OFFICIAL

04:22PM 23    PRESS RELEASE THAT WENT OUT TO THE WORLD REGARDING IOS, RIGHT?

04:22PM 24    A.   YES.

04:22PM 25    Q.   AND THAT WAS ON THE 25TH ANNIVERSARY OF IOS?

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:22PM  1    A.   YES.

04:22PM  2    Q.   AND WHAT CISCO SAID ON THE I GUESS SECOND TO LAST PAGE, IF

04:22PM  3    WE COULD GO THERE, I DON'T THINK COUNSEL FOR CISCO POINTED THIS

04:22PM  4    OUT, THE FIRST SENTENCE SAYS, IF THE SUCCESS OF A PRODUCT IS

04:22PM  5    MEASURED BY HOW MUCH IT IS IMITATED, THEN IOS HAS CLEARLY SHOWN

04:22PM  6    ITS STRENGTH?

04:22PM  7    A.   YES.

04:22PM  8    Q.   RIGHT, BECAUSE IOS SETS THE STANDARD BY WHICH COMPETITIVE

04:23PM  9    PRODUCTS ARE DESIGNED AND CONFIGURED, RIGHT?

04:23PM 10    A.   YES.

04:23PM 11    Q.   AND THEN MR. BION, WHO IS A SENIOR TECHNOLOGIST AT CISCO,

04:23PM 12    CORRECT?

04:23PM 13    A.   HE'S A SENIOR VP OF CISCO.

04:23PM 14    Q.   OKAY.  AND HE GOES ON TO SAY, ANYONE WHO GOES TO CONFIGURE

04:23PM 15    A COMPETITOR'S PRODUCT FEELS VERY MUCH AT HOME?

04:23PM 16    A.   YES.

04:23PM 17    Q.   AND THAT WAS SOMETHING CISCO WAS PERFECTLY SATISFIED WITH,

04:23PM 18    RIGHT?

04:23PM 19    A.   YES.

04:23PM 20    Q.   THAT WAS GOOD FOR CISCO THAT CUSTOMERS OF CISCO COULD GO

04:23PM 21    FEEL AT HOME ON COMPETITOR'S PRODUCTS, RIGHT?

04:23PM 22    A.   YES.

04:23PM 23    Q.   TURNING TO YOUR TESTIMONY ABOUT THE NUMBER OF COMMANDS

04:23PM 24    ON -- WHICH PRODUCT WAS THAT?

04:23PM 25    A.   NEXUS 7000.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:23PM 1    Q.   NEXUS 7000.  HOW MANY COMMANDS ARE IN NX-OS IN TOTAL?

04:24PM 2    A.   I DO NOT KNOW THAT NUMBER.

04:24PM 3    Q.   YOU DIDN'T COUNT THAT?

04:24PM 4    A.   NO.

04:24PM 5    Q.   OKAY.  DO YOU KNOW HOW MANY COMMANDS ARE IN IOS?

04:24PM 6    A.   AS I SAID THE NUMBER OF COMMANDS IN IOS CHANGE EVERY DAY.

04:24PM 7    AND WE TALKED ABOUT 14, 15,000 COMMANDS.

04:24PM 8    Q.   YEAH, IT WAS 16,000 AT LEAST SEVERAL YEARS AGO, RIGHT?

04:24PM 9    A.   PROBABLY.

04:24PM 10   Q.   AND IT PROBABLY IS GOING UP, RIGHT?

04:24PM 11   A.   EXACTLY.

04:24PM 12   Q.   OKAY.  AND SO YOU SAID THERE WERE 1500 COMMANDS ON THE

04:24PM 13   NEXUS 7000, BY YOUR COUNT?

04:24PM 14   A.   YES.

04:24PM 15   Q.   AND IS IT FAIR TO SAY THAT EACH COMMAND RELATES TO A

04:24PM 16   FUNCTION?

04:24PM 17   A.   EACH COMMAND RELATES TO ONE OF THE FUNCTIONS IN THE SWITCH.

04:24PM 18   Q.   OKAY.  SO AN OPERATING SYSTEM THAT HAD SIGNIFICANTLY MORE

04:24PM 19   THAN 1500 COMMANDS RUNNING ON THE SWITCH, THAT'S GOING TO BE A

04:24PM 20   SWITCH WITH MORE FUNCTIONS, RIGHT?

04:24PM 21   A.   THAT'S TRUE.

04:24PM 22   Q.   AND SO WOULD IT SURPRISE YOU TO KNOW THAT ARISTA'S SWITCH

04:25PM 23   ACTUALLY HAS WELL OVER 5,000 COMMANDS?

04:25PM 24   A.   I DON'T KNOW.

04:25PM 25   Q.   YOU DON'T KNOW ARISTA'S SWITCH?

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:25PM  1    A.   I DON'T KNOW HOW MANY COMMANDS HAVE THEIR OWN ARISTA

04:25PM  2    SWITCH.

04:25PM  3    Q.   LET'S LOOK AT EXHIBIT 4327.

04:25PM  4         I THINK YOU TESTIFIED REGARDING THIS EXHIBIT THAT CISCO HAS

04:25PM  5    NOW IMPLEMENTED LINUX IN ITS VARIOUS OPERATING SYSTEMS.

04:25PM  6    A.   YES.

04:25PM  7    Q.   AND THE BENEFIT OF THAT IS THAT LINUX IS AN OPEN SOURCE

04:25PM  8    OPERATING SYSTEM, RIGHT?

04:25PM  9    A.   YES.

04:25PM  10   Q.   OR OPERATING SYSTEM KERNEL, FAIR TO SAY, RIGHT?

04:25PM  11   A.   YES.

04:25PM  12   Q.   AND I THINK YOUR TESTIMONY WAS THAT MOST ARE SHIPPING,

04:25PM  13   THAT'S WHAT I HEARD YOU SAY; IS THAT RIGHT?

04:26PM  14   A.   I SAID IOS XE, IOS XR AND NX-OS IS SHIPPING.

04:26PM  15   Q.   OKAY.  NOW IN 2007, NONE OF THOSE OPERATING SYSTEMS RAN

04:26PM  16   LINUX, RIGHT?

04:26PM  17   A.   PROBABLY -- THE PREDECESSOR TO IOS XE WAS RUNNING LINUX.

04:26PM  18   AND THE REST OF THE OPERATING SYSTEMS WERE NOT RUNNING LINUX

04:26PM  19   AND THAT'S WHY THE DISTRACT TOOL WAS CREATED.

04:26PM  20   Q.   RIGHT.  IF YOU LOOK AT PAGE 26 OF THIS EXHIBIT, LINUX IN

04:26PM  21   USE AT CISCO TODAY, AND THERE'S A LIST OF OPERATING SYSTEMS

04:26PM  22   THERE, RIGHT?

04:26PM  23   A.   YES, YES.

04:26PM  24   Q.   AND NX-OS IS NOT RUNNING LINUX, RIGHT?

04:26PM  25   A.   SO NX-OS IS THE RENAMED DCOS SOFTWARE.  SO WHEN IT SAYS

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:26PM  1    DCOS, THAT'S WHAT BECAME NX-OS.  AND AT THE BOTTOM WHERE YOU

04:27PM  2    SEE IOS-SR, THAT WAS WHAT BECAME IOS XE.

04:27PM  3    Q.   DOESN'T IOS XR RUN QNX?

04:27PM  4    A.   SO HERE I SAID IOS-SR BECAME IOS XE.  IOS XR STARTED WITH

04:27PM  5    QNX, BUT NOW IOS XR SHIPS WITH LINUX.

04:27PM  6    Q.   RIGHT.  BUT WHEN IOS XR WAS ORIGINALLY DEVELOPED, IT RAN

04:27PM  7    QNX, NOT LINUX, RIGHT?

04:27PM  8    A.   YES, AT THAT TIME THE LINUX OPERATING SYSTEM WAS NOT MATURE

04:27PM  9    AND QNX WAS THE BASIC OPERATING SYSTEM.

04:27PM  10   Q.   AND QNX IS NOT AN OPEN SOURCE OPERATING SYSTEM, RIGHT?

04:27PM  11   A.   YES.

04:27PM  12   Q.   I THINK YOU GAVE SOME TESTIMONY ABOUT THE STATE OF THE

04:28PM  13   DRIVE FOR PROGRAMMABILITY?

04:28PM  14   A.   YES.

04:28PM  15   Q.   BY CUSTOMERS, RIGHT?

04:28PM  16   A.   YES.

04:28PM  17   Q.   CUSTOMERS ARE DRIVING THAT.  AND AS RECENTLY AS 2014, YOUR

04:28PM  18   COLLEAGUES ADVISED YOU THAT ARISTA HAD THE BEST DEVICE

04:28PM  19   PROGRAMMABILITY?

04:28PM  20   A.   WHAT EXHIBIT ARE YOU REFERRING TO?

04:28PM  21   Q.   I'M LOOKING AT EXHIBIT 6736 IN CISCO'S BINDERS.

04:28PM  22        COULD WE CALL THAT UP, THAT'S IN EVIDENCE ALREADY.

04:28PM  23        THE COURT:  DID YOU WANT TO PUT THAT ON THE SCREEN?

04:28PM  24   Q.   COULD WE FOCUS IN ON THE TOP.

04:29PM  25        THIS IS AN E-MAIL IN WHICH YOU ARE COPIED ON IN FEBRUARY OF

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:29PM 1    2014, RIGHT?

04:29PM 2    A.   YES.

04:29PM 3    Q.   AND KUMAR REDDY IS A COLLEAGUE OF YOURS AT CISCO, RIGHT?

04:29PM 4    A.   YES.

04:29PM 5    Q.   AND IT WAS HIS VIEW, AT LEAST AS OF FEBRUARY 2014, THAT

04:29PM 6    ARISTA HAS ARGUABLY THE BEST DEVICE PROGRAMMABILITY TODAY,

04:29PM 7    RIGHT?

04:29PM 8    A.   YES.

04:29PM 9    Q.   SO I WANT TO GO BACK AND TALK TO YOU NOW ABOUT SOME OF THE

04:29PM 10   CLI COMMAND ISSUES.  YOU'VE WRITTEN A FEW CLI COMMANDS IN YOUR

04:29PM 11   TIME, CORRECT?

04:29PM 12   A.   YES.

04:29PM 13   Q.   BUT YOU DON'T REMEMBER WHICH ONES AT THIS POINT?

04:29PM 14   A.   THEY WERE SO FAR BACK, I REALLY DON'T REMEMBER.

04:29PM 15   Q.   ALL RIGHT.  BUT YOUR VIEW ABOUT HOW TO WRITE A CLI COMMAND

04:30PM 16   IS THAT THEY SHOULD BE SELF EXPLANATORY, RIGHT?

04:30PM 17   A.   YES.

04:30PM 18   Q.   AND WHAT THAT MEANS IS THAT A CUSTOMER SHOULDN'T HAVE TO GO

04:30PM 19   RUN TO A DICTIONARY TO SEE WHAT THE COMMAND MEANS, RIGHT?

04:30PM 20   A.   THAT'S TRUE.

04:30PM 21   Q.   IN FACT, YOUR VIEW IS THAT THE COMMAND SHOULD COME FROM A

04:30PM 22   VOCABULARY WHICH NETWORKERS USE DAY IN AND DAY OUT?

04:30PM 23   A.   THAT'S TRUE.

04:30PM 24   Q.   THAT'S GOOD GUIDANCE FOR CLI COMMAND AND CREATION, RIGHT?

04:30PM 25   A.   THAT'S TRUE.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:30PM  1    Q.   YOU AGREE WITH ME, MR. KATHAIL, THAT CERTAINLY SOME OF

04:31PM  2    CISCO'S COMPETITORS HOLD THEMSELVES OUT PUBLICLY AS HAVING A

04:31PM  3    CISCO-LIKE CLI, RIGHT?

04:31PM  4    A.   YES.

04:31PM  5    Q.   AND YOU KNOW THAT A COMPANY LIKE DELL, FOR EXAMPLE, HAS A

04:31PM  6    NUMBER OF COMMANDS THAT ARE SIMILAR TO IOS CLI COMMANDS, RIGHT?

04:31PM  7    A.   YES.

04:31PM  8    Q.   BUT YOU DON'T KNOW THE PRECISE NUMBER THAT ARE OVERLAPPING,

04:31PM  9    RIGHT?

04:31PM 10    A.   I DON'T KNOW THE EXACT NUMBER?

04:31PM 11    Q.   OKAY.  BUT YOUR VIEW IS WHATEVER THAT NUMBER IS, IT'S VERY

04:31PM 12    SMALL?

04:31PM 13    A.   YES.

04:31PM 14    Q.   SO -- AND IT'S SMALL ENOUGH, WHATEVER THAT NUMBER IS THAT

04:31PM 15    IS AN OVER LAP BETWEEN DELL AND CISCO, IT'S SMALL ENOUGH THAT

04:31PM 16    IT'S OF NO CONCERN TO CISCO, RIGHT?

04:31PM 17    A.   YES.

04:31PM 18    Q.   AND THAT'S THE SAME FOR BROCADE, CORRECT?

04:31PM 19    A.   YES.

04:31PM 20    Q.   AND FOR FOUNDRY?

04:32PM 21    A.   YES.

04:32PM 22    Q.   RIGHT?  AND OTHERS LIKE HP, CORRECT?

04:32PM 23    A.   YES.

04:32PM 24    Q.   LET'S LOOK AT EXHIBIT 5441, PLEASE.  MR. KATHAIL, DO YOU

04:32PM 25    RECOGNIZE THIS AS A DOCUMENT THAT WAS PRODUCED FROM CISCO'S

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:32PM 1    FILES?

04:32PM 2    A.  I WAS TOLD AT MY DEPOSITION SOMETHING ABOUT THE BATES AND

04:32PM 3    THAT CSI MEANING CISCO, SO I BELIEVE SO.

04:32PM 4    Q.  DO YOU HAVE ANY REASON TO DOUBT THAT THIS CAME FROM CISCO'S

04:32PM 5    FILES?

04:32PM 6    A.  I DON'T KNOW HOW IT WAS PRODUCED, IT WAS JUST TOLD TO ME,

04:33PM 7    SO I BELIEVE IT WAS PRODUCED.

04:33PM 8    Q.  YOU WERE DESIGNATED IN THIS CASE BY CISCO TO TESTIFY

04:33PM 9    REGARDING CERTAIN SUBJECTS, INCLUDING INDUSTRY STANDARD

04:33PM 10   DOCUMENTS, RIGHT?

04:33PM 11   A.  YES.

04:33PM 12   Q.  OKAY.  AND YOU RECOGNIZE THIS AS ONE OF THE DOCUMENTS YOU

04:33PM 13   TESTIFIED ABOUT IN YOUR DEPOSITION, RIGHT?

04:33PM 14   A.  YES, I DID.

04:33PM 15        MR. FERRALL:  YOUR HONOR, I WOULD LIKE TO OFFER

04:33PM 16   EXHIBIT 5441 IN EVIDENCE.

04:33PM 17        THE COURT:  ANY OBJECTION?

04:33PM 18        MR. PAK:  NO OBJECTION, YOUR HONOR.

04:33PM 19        THE COURT:  IT WILL BE ADMITTED.

04:33PM 20        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5441, HAVING BEEN

04:33PM 21   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:33PM 22   EVIDENCE.)

04:33PM 23   BY MR. FERRALL:

04:33PM 24   Q.  THIS IS A PRESENTATION FROM NORTEL, RIGHT?

04:33PM 25   A.  YES.

1092

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:33PM  1     Q.   AND THEY OFFER NETWORKING PRODUCTS, CORRECT?

04:33PM  2     A.   YES.

04:33PM  3     Q.   AND THIS APPEARS TO BE DATED ON THE SECOND PAGE, I THINK,

04:33PM  4     IT'S THE SECOND PAGE, LOOKS LIKE IT'S AUGUST 2005, RIGHT.

04:33PM  5     A.   YES.

04:33PM  6     Q.   AND ON THE NEXT PAGE, YOU SEE NORTEL ADVERTISING ITSELF AS

04:34PM  7     HAVING WHAT APPEARS TO BE TWO CLI'S, INCLUDING A CISCO-LIKE

04:34PM  8     ONE, RIGHT?

04:34PM  9     A.   YES.

04:34PM  10    Q.   AND YOU'RE NOT AWARE OF SOMEONE AT CISCO OBJECTING WHEN

04:34PM  11    THEY'VE HAD THIS DOCUMENT IN THEIR POSSESSION, THAT NORTEL'S

04:34PM  12    GOT A CISCO LIKE CLI, RIGHT?

04:34PM  13    A.   TRUE, I'M NOT AWARE OF ANY ACTION.

04:34PM  14    Q.   BY THE WAY, CISCO WOULD GATHER INFORMATION ON COMPETITOR'S

04:34PM  15    PRODUCTS, RIGHT?

04:34PM  16    A.   YES.

04:34PM  17    Q.   THAT'S FAIR GAME IN COMPETITION, CORRECT?

04:34PM  18    A.   YES.

04:34PM  19    Q.   SO LET'S LOOK AT ANOTHER DOCUMENT 5444.  IF YOU COULD OPEN

04:34PM  20    THAT UP IN YOUR BINDER, PLEASE.

04:34PM  21    A.   YEP.

04:34PM  22    Q.   THIS IS ANOTHER DOCUMENT YOU TESTIFIED TO IN YOUR

04:34PM  23    DEPOSITION, RIGHT?

04:34PM  24    A.   YES.

04:35PM  25    Q.   AND IT COMES FROM CISCO'S FILES, CORRECT?

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:35PM 1    A.   YES.

04:35PM 2    Q.   OKAY.  THANK YOU?

04:35PM 3         MR. FERRALL:  YOUR HONOR, I WOULD OFFER 5444 IN

04:35PM 4    EVIDENCE, PLEASE.

04:35PM 5         MR. PAK:  NO OBJECTION, YOUR HONOR.

04:35PM 6         THE COURT:  IT WILL BE ADMITTED.

04:35PM 7         (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5444, HAVING BEEN

04:35PM 8    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:35PM 9    EVIDENCE.)

04:35PM 10   BY MR. FERRALL:

04:35PM 11   Q.   THIS IS AN HP PRODUCT DATA SHEET, CORRECT?

04:35PM 12   A.   YES.

04:35PM 13   Q.   AND IF WE LOOK AT THE THIRD PAGE OF THIS DOCUMENT UNDER THE

04:35PM 14   HEADING MANAGEMENT?

04:35PM 15   A.   YES, I CAN SEE THAT.

04:35PM 16   Q.   THE SECOND BULLET, HP, SORRY I WILL WAIT UNTIL THAT COMES

04:35PM 17   UP, HP ALSO ADVERTISED ITS PRODUCT AS HAVING AN INDUSTRY

04:35PM 18   STANDARD CLI?

04:35PM 19   A.   YES.

04:35PM 20   Q.   WITH A HIERARCHICAL STRUCTURE?

04:35PM 21   A.   YES.

04:35PM 22   Q.   OKAY.  AND THIS DOCUMENT, ACCORDING TO THE COPYRIGHT AT

04:36PM 23   LEAST ON THE LAST PAGE, APPEARS TO BE IN THE 2012 RANGE, IF YOU

04:36PM 24   LOOK AT THAT LAST PAGE.

04:36PM 25   A.   YES, IT SAYS 2010, 2012.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:36PM 1    Q.    OKAY.  AND MR. KATHAIL, THERE'S MANY DOCUMENTS LIKE THIS

04:36PM 2    FROM OTHER VENDORS, AREN'T THERE?

04:36PM 3    A.    YES.

04:36PM 4    Q.    YOU'VE SAW THEM AND YOU KNOW THAT THEY'RE OUT THERE, RIGHT?

04:36PM 5    A.    YES.

04:36PM 6    Q.    AND SO LET'S TALK ABOUT SOME INTERNAL DOCUMENTS THEN.  IF

04:36PM 7    YOU COULD LOOK AT 5786 IN YOUR BINDER.

04:37PM 8    A.    YES.

04:37PM 9    Q.    THIS IS AN INTERNAL CISCO, ACTUALLY, I TAKE THAT BACK, THIS

04:37PM 10   IS A CISCO PREPARED PRESENTATION, CORRECT?

04:37PM 11   A.    I DON'T GET WHAT YOU MEAN BY CISCO-PREPARED PRESENTATION.

04:37PM 12   Q.    WELL, IT'S A PRESENTATION THAT CISCO GAVE TO ONE OF ITS

04:37PM 13   CUSTOMERS REGARDING IOS, RIGHT?

04:37PM 14   A.    YES.

04:37PM 15   Q.    AND THE CUSTOMER IS AT&T, RIGHT?

04:37PM 16   A.    YES, THE PRESENTATION WAS GIVEN UNDER NONDISCLOSURE.

04:37PM 17   Q.    UNDER NONDISCLOSURE.  OKAY.  SO THIS WAS A CONFIDENTIAL

04:37PM 18   PRESENTATION GIVEN TO AT&T?

04:37PM 19   A.    THAT'S WHAT I ASSUMED, GIVEN THE STAMP ON THE PRESENTATION.

04:37PM 20   Q.    OKAY.

04:37PM 21          MR. FERRALL:  I WOULD LIKE TO MOVE EXHIBIT 5786 IN

04:37PM 22   EVIDENCE.

04:37PM 23          MR. PAK:  YOUR HONOR, NO OBJECTION.

04:37PM 24          THE COURT:  IT WILL BE ADMITTED.

04:37PM 25

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:37PM  1      (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5786, HAVING BEEN

04:37PM  2   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:37PM  3   EVIDENCE.)

04:37PM  4   BY MR. FERRALL:

04:38PM  5   Q.   SO MR. KATHAIL, CISCO WOULD HAVE MEETINGS WITH CUSTOMERS

04:38PM  6   LIKE AT&T UNDER NONDISCLOSURE AGREEMENTS?

04:38PM  7   A.   YES.

04:38PM  8   Q.   AND THAT WAY THEY COULD BE CANDID WITH THEIR CUSTOMERS AND

04:38PM  9   TELL THEM SOME MORE DETAIL ABOUT THEIR SYSTEM, RIGHT?

04:38PM  10  A.   YES.

04:38PM  11  Q.   AND THIS HAPPENED IN 2003, RIGHT?

04:38PM  12  A.   YES.

04:38PM  13  Q.   AND IF WE LOOK AT, IT'S A LITTLE HARD IT SEE THE PAGE

04:38PM  14  NUMBER, BUT IT'S, I THINK IT'S 96.  THE HEADING IS CISCO IOS

04:38PM  15  CONFIGURATION INTERFACE, THE STORY?

04:38PM  16  A.   YES, I SEE IT.

04:38PM  17  Q.   AND HERE, WHAT CISCO WAS DOING WAS TALKING TO AT&T ABOUT

04:38PM  18  THE NEED FOR A PROGRAMATIC INTERFACE; IS THAT FAIR?

04:39PM  19  A.   YES.

04:39PM  20  Q.   AND THAT'S -- THAT'S A MORE AUTOMATED WAY TO CONFIGURE THE

04:39PM  21  SWITCH THAN JUST TYPING IN WORDS IN A COMMAND LINE, RIGHT?

04:39PM  22  A.   THAT'S TRUE.

04:39PM  23  Q.   ALL RIGHT.  AND WHAT CISCO SAID ABOUT THE CLI IS THAT IT'S

04:39PM  24  THE CURRENT DE FACTO STANDARD?

04:39PM  25  A.   THAT'S TRUE.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:39PM  1    Q.   AND THEN THIS DISCUSSION WOULD GO ON AND TALK ABOUT OTHER

04:39PM  2    ALTERNATIVES THAT CISCO WAS WORKING ON, RIGHT?

04:39PM  3    A.   YES.

04:39PM  4    Q.   OKAY.  AND THAT'S THE WAY CISCO TREATED ITS CLI WAS AS THE

04:39PM  5    CURRENT DE FACTO STANDARD?

04:39PM  6    A.   THIS DOCUMENT IS SAYING THAT CLI ITSELF IS A DE FACTO

04:39PM  7    STANDARD, NOT THE CISCO IOS COMMAND LINE OR ARE THE DE FACTO

04:39PM  8    STANDARD.

04:39PM  9    Q.   SO WHEN THE DOCUMENT SAYS, CISCO IOS CLI CURRENT DE FACTO

04:40PM  10   STANDARD, THAT DOESN'T MEAN THAT THE IOS CLI IS THE CURRENT DE

04:40PM  11   FACTO STANDARD?

04:40PM  12   A.   THIS DOCUMENT WAS CREATED IN THE CONTEXT OF THE

04:40PM  13   PROGRAMMABILITY, SO IF YOU LOOK AT THERE ARE PROS AND CONS IN

04:40PM  14   THE CONTEXT OF THIS SLIDE WAS LOOK, EVERYBODY IS USING CLI

04:40PM  15   TODAY TO CONFIGURE THE BOXES, AND WHAT YOU NEED TO DO IS MOVE

04:40PM  16   AWAY FROM CLI, MORE PROGRAMATIC, AS YOU SAID, LIKE SNMP OR XML.

04:40PM  17   Q.   SO MORE RECENTLY, CISCO HAS--YOU'VE BEEN A PROPONENT OF

04:40PM  18   DEVELOPING MORE PROGRAMMABLE COMMUNICATIONS, MORE PROGRAMMABLE

04:40PM  19   INTERFACES, RIGHT?

04:40PM  20   A.   YES.  THE INDUSTRY HAS EVOLVED AND WE NEED TO EVOLVE WITH

04:40PM  21   THE INDUSTRY.

04:40PM  22   Q.   AND IT'S IMPORTANT AMONG THE EVOLUTION IN THE INDUSTRY IT'S

04:41PM  23   IMPORTANT TO DEVELOP SOME BETTER INTERFACE THAN JUST TYPING IN

04:41PM  24   A COMMAND LINE, RIGHT?

04:41PM  25   A.   YES.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:41PM 1    Q.   AND SO IF YOU COULD LOOK AT TAB 5472, PLEASE.  THIS IS A

04:41PM 2    PRESENTATION YOU AUTHORED AT CISCO, RIGHT?

04:41PM 3    A.   YES.

04:41PM 4          MR. FERRALL:  AND YOUR HONOR, I MOVE EXHIBIT 5472 IN

04:41PM 5    EVIDENCE.

04:41PM 6          MR. PAK:  NO OBJECTION, YOUR HONOR.

04:41PM 7          THE COURT:  IT WILL BE ADMITTED.

04:41PM 8        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5742, HAVING BEEN

04:41PM 9    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:41PM 10   EVIDENCE.)

04:41PM 11   BY MR. FERRALL:

04:41PM 12   Q.   SO MR. KATHAIL, IN 2013, YOU WERE CONTEMPLATING A WORLD

04:41PM 13   WITHOUT CLI, RIGHT?

04:41PM 14   A.   YES.

04:41PM 15   Q.   AND THIS IS PART OF THE LARGER PICTURE OF THE WORLD OF

04:41PM 16   NETWORKING THAT CISCO WAS LIVING IN IN 2013 AND BEYOND, RIGHT?

04:42PM 17   A.   EXACTLY, THIS WAS A SOFTWARE STRATEGY OF WHERE WE WANT TO

04:42PM 18   END UP AND WHERE THE INDUSTRY WILL BE.

04:42PM 19   Q.   NOW ONE OF CISCO'S STRATEGIES TO DEAL WITH THE DEMAND FOR

04:42PM 20   INCREASED PROGRAMMABILITY WAS ITS STINT KNOWN AS INSIEME,

04:42PM 21   RIGHT?

04:42PM 22   A.   WE HAD A SPIN IN CALLED INSIEME, BUT I DON'T KNOW WHETHER

04:42PM 23   THAT WAS FOR PROGRAMMABILITY OR SOMETHING ELSE.

04:42PM 24   Q.   LET'S JUST CLARIFY SPIN IN, IS THIS CORPORATE TRANSACTION

04:42PM 25   WHERE INSTEAD OF SPINNING OUT YOU ACTUALLY SPIN THE COMPANY IN

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:42PM  1    TO CISCO, RIGHT?

04:42PM  2    A.   YES.

04:42PM  3    Q.   AND YOU KNOW CISCO ULTIMATELY PAID A TOTAL OF A BILLION

04:42PM  4    DOLLARS OR SO FOR INSIEME?

04:42PM  5    A.   I'M NOT AWARE OF HOW MUCH MONEY WAS PAID.

04:43PM  6    Q.   ALL RIGHT.  IF YOU COULD LOOK AT EXHIBIT 7956, PLEASE.

04:43PM  7         DO YOU RECOGNIZE THIS E-MAIL -- LET ME ASK YOU, ARE YOU ON

04:43PM  8    THE CLUELESS E-MAIL LIST?

04:44PM  9    A.   YES, I AM.

04:44PM  10   Q.   AND DO YOU SEE ON THIS EXHIBIT THAT THE CLUELESS MAILING

04:44PM  11   LIST HAS, IS INCLUDED IN THE CC, IT'S TOWARDS THE BOTTOM OF THE

04:44PM  12   LIST?

04:44PM  13   A.   I BELIEVE YOU, YES.

04:44PM  14   Q.   OKAY.  ALL RIGHT.

04:44PM  15        MR. FERRALL:  YOUR HONOR, I WOULD MOVE EXHIBIT 7956

04:44PM  16   IN EVIDENCE.

04:44PM  17        MR. PAK:  NO OBJECTION, YOUR HONOR.

04:44PM  18        THE COURT:  IT WILL BE ADMITTED.

04:44PM  19   (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7956, HAVING BEEN

04:44PM  20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:44PM  21   EVIDENCE.)

04:44PM  22   BY MR. FERRALL:

04:44PM  23   Q.   THIS IS A LONG E-MAIL EXCHANGE, RIGHT?

04:44PM  24   A.   I'M SEEING THIS E-MAIL FOR THE FIRST TIME.  CLUELESS IS A

04:44PM  25   MAILING LIST A LOT OF PEOPLE SUBSCRIBE.  IT DOESN'T MEAN THAT

1099

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:44PM  1    EVERYBODY READS EVERY E-MAIL COMING ON CLUELESS.

04:44PM  2    Q.   ALL RIGHT.  WELL, LET ME JUST DIRECT YOU TO ONE PART THEN,

04:44PM  3    AND IF YOU CAN HELP ME, GREAT, IF NOT, WE WILL MOVE ON.

04:44PM  4        FIRST OF ALL, THIS E-MAIL IS DATED AUGUST 2013; DO YOU SEE

04:45PM  5    THAT?

04:45PM  6    A.   YES.

04:45PM  7    Q.   AND THE RE: LINE IS "TECH EXECUTIVES FACING UP TO HARD

04:45PM  8    REALITIES OF THE CLOUD," RIGHT?

04:45PM  9    A.   YES, THAT'S THE SUBJECT.

04:45PM  10   Q.   OKAY.  IF WE COULD FLIP FORWARD, OR BACKWARDS, SORRY, 2, 3,

04:45PM  11   4, I THINK IT'S ON PAGE 5 TOWARDS THE TOP.  AND ACTUALLY, LET'S

04:45PM  12   GO TO THE PREVIOUS PAGE WHERE WE COULD SEE THE AUTHOR OF THIS.

04:45PM  13   DO YOU KNOW A KEITH SWALLOW?

04:45PM  14   A.   I DON'T KNOW KEITH.

04:45PM  15   Q.   YOU DON'T KNOW HIM.  OKAY.

04:45PM  16       IF WE GO TO THE PAGE 5 AT THE TOP.  LET ME JUST ASK YOU,

04:45PM  17   MR. KATHAIL.  IT APPEARS MR. SWALLOW WRITES, "WE ARE QUICKLY

04:46PM  18   BECOMING THE OLD CRUSTY NETWORK GUYS IN OUR ACCOUNTS.  THE NEW

04:46PM  19   GENERATION THAT IS COMING INTO THE WORK FORCE DOESN'T CARE

04:46PM  20   ABOUT CLI, THEY WANT EASY TO USE AND THEY WANT FUNCTIONAL."

04:46PM  21       DO YOU SEE THAT?

04:46PM  22   A.   YES.

04:46PM  23   Q.   DOES THAT SENTIMENT SOUND FAMILIAR TO YOU AS OF THE

04:46PM  24   2013/2014 TIMEFRAME?

04:46PM  25   A.   THE PEOPLE ARE LOOKING FOR PROGRAMMABLE INTERFACES AND

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:46PM  1    THAT'S WHAT THIS SENTIMENT IS ABOUT.

04:46PM  2    Q.   LET ME ASK YOU TO LOOK AT ONE MORE DOCUMENT EXHIBIT 7977?

04:47PM  3        THIS IS AN E-MAIL EXCHANGE BETWEEN YOU AND A FEW COLLEAGUES

04:47PM  4    AT CISCO, CORRECT?

04:47PM  5    A.   YES.

04:47PM  6    Q.   AND THIS IS IN FEBRUARY OF 2014?

04:47PM  7    A.   YES.

04:47PM  8            MR. FERRALL:  I MOVE EXHIBIT 7977 IN EVIDENCE.

04:47PM  9            MR. PAK:  NO OBJECTION YOUR HONOR.

04:47PM  10            THE COURT:  IT WILL BE ADMITTED.

04:47PM  11        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7977, HAVING BEEN

04:47PM  12    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:47PM  13    EVIDENCE.)

04:47PM  14    BY MR. FERRALL:

04:47PM  15    Q.   IN THIS E-MAIL YOU START BY SEEKING SOME INFORMATION ABOUT

04:47PM  16    MODELLING OR MODELS, RIGHT, THAT'S --

04:47PM  17    A.   YES.

04:47PM  18    Q.   AND THAT'S A FORM OF THIS PROGRAMMABILITY THAT'S GOING ON

04:47PM  19    IN THE NETWORKING FIELD, CORRECT?

04:47PM  20    A.   THAT'S THE NEW FORM OF THE PROGRAMMABILITY WE JUST STARTED

04:47PM  21    ABOUT 18 MONTHS AGO.

04:47PM  22    Q.   OKAY.  AND ONE OF YOUR COLLEAGUES RESPONDS AT THE BOTTOM OF

04:47PM  23    THE FIRST PAGE OF THIS, A MR. SUNIL, GUHDURVALMIKI.  HE'S A

04:48PM  24    COLLEAGUE OF YOURS, RIGHT?

04:48PM  25    A.   YES.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:48PM  1    Q.   AND MR. SUNIL, I'M NOT GOING TO TRY MY LUCK AGAIN, HE

04:48PM  2    WRITES AT THE BOTTOM OF THE PAGE THAT CUSTOMERS ARE NOT ASKING

04:48PM  3    FOR COMMON DATA MODELS, BUT RATHER ARE THEY ARE ASKING FOR

04:48PM  4    CONSISTENT PROGRAMATIC INTERFACES, RIGHT?

04:48PM  5    A.   YES.

04:48PM  6    Q.   AND THEN HE GOES ON TO SAY IN DC SEGMENT, THAT'S DATA

04:48PM  7    CENTER?

04:48PM  8    A.   YES.

04:48PM  9    Q.   RECENT BIG LOSSES FOR LACK OF PROGRAMMABILITY, BOX.NET AND

04:48PM  10   FACEBOOK, RIGHT?

04:48PM  11   A.   YES.

04:48PM  12   Q.   ARE YOU FAMILIAR WITH CISCO LOSSES AT BOX.NET AND FACEBOOK?

04:48PM  13   A.   I WAS NOT FAMILIAR WITH THOSE.

04:48PM  14   Q.   OKAY.   THEN HE GOES ON AND SAYS NOW WE ARE BATTLING ARISTA

04:48PM  15   AND PRETTY MUCH ALL THE ACCOUNTS ON THE PROGRAMMABILITY FRONT.

04:49PM  16        DO YOU SEE THAT?

04:49PM  17   A.   YES.

04:49PM  18   Q.   AND THAT WAS -- THAT WAS NOT NEWS TO YOU, YOU KNEW ARISTA

04:49PM  19   WAS BATTLING CISCO ON PROGRAMMABILITY, RIGHT?

04:49PM  20   A.   WE WERE WORKING AT THE PROGRAM ACT AT THIS POINT IN TIME,

04:49PM  21   YES.

04:49PM  22   Q.   OKAY.

04:49PM  23        MR. FERRALL:  ALL RIGHT.

04:49PM  24        NO FURTHER QUESTIONS, YOUR HONOR.

04:49PM  25        THE COURT:  ALL RIGHT.  LET'S SEE IF WE CAN FINISH

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:49PM  1    UP.

04:49PM  2              MR. PAK:  I THINK WE SHOULD BE ABLE TO, YOUR HONOR.

04:49PM  3              THE COURT:  ALL RIGHT.

04:49PM  4         THAT WOULD BE GREAT.

04:49PM  5         REDIRECT?

04:49PM  6

04:49PM  7                    **REDIRECT EXAMINATION BY MR. PAK**

04:49PM  8

04:49PM  9    BY MR. PAK:

04:49PM  10   Q.   LET'S START FROM SOME OF THE RECENT TOPICS THAT MR. FERRALL

04:49PM  11   ASKED YOU ABOUT.  WE SAW SOME DOCUMENTS TALKING ABOUT

04:49PM  12   PROGRAMMABLE INTERFACES IN A WORD WITHOUT CLI, ARE WE LIVING IN

04:49PM  13   A WORLD TODAY WITHOUT CLI?

04:49PM  14   A.   NO, WE ARE NOT.  THE WAY YOU LOOK AT THEM, IT'S A STRATEGY

04:49PM  15   PRESENTATION WHICH I DID IN 2007, IT TOOK US SOME TIME TO REACH

04:49PM  16   IT.  THE REASON THE WORLD WITHOUT CLI PRESENTATION WAS CREATED

04:50PM  17   IS WE WANTED TO START NOW BECAUSE WE KNOW THAT IN 2020, 2021,

04:50PM  18   THAT WOULD BE A REALITY AND WE NEED TO START WORKING NOW.

04:50PM  19   Q.   SO TODAY AND GOING BACK IN TIME TO 2011, 2012 WHEN ARISTA

04:50PM  20   WAS COMPETING WITH CISCO, WAS CLI AN IMPORTANT FACTOR IN TERMS

04:50PM  21   OF THE USER INTERFACE OF THE SWITCHING AND ROUTER PRODUCTS?

04:50PM  22   A.   CLI WAS AN IMPORTANT FACTOR AND IT STILL IS AN IMPORTANT

04:50PM  23   FACTOR FOR ALL THE SWITCHES AND ROUTERS.

04:50PM  24   Q.   NOW I WANT TO LOOK AT SOME OF THE DOCUMENTS THAT

04:50PM  25   MR. FERRALL SHOWED YOU, SO LET'S TAKE A LOOK AT, I BELIEVE THIS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:50PM   1    IS EXHIBIT 7956.

04:50PM   2         JUST TO BE CLEAR, YOU DON'T KNOW MR. KEITH SWALLOW WHO WAS

04:50PM   3    MENTIONED, CORRECT?

04:50PM   4    A.   I DON'T REMEMBER HIM.

04:50PM   5    Q.   OKAY.  IF WE JUST LOOK BACK THE PAGE BEFORE HE WROTE IN THE

04:50PM   6    MIDDLE OF THAT, MR. FISHER, THERE'S A, IF YOU KEEP GOING DOWN,

04:51PM   7    THIS WOULD BE 003 THERE'S SOMETHING CALLED RANT.  003.  YEP.

04:51PM   8    THIS IS THE BEGINNING OF THAT E-MAIL THAT MR. SWALLOW HAD

04:51PM   9    WRITTEN.

04:51PM  10         SO DO YOU SEE THAT, IT SAYS RANT?

04:51PM  11    A.   YES.

04:51PM  12    Q.   WHAT DOES THAT MEAN?

04:51PM  13    A.   THAT BASICALLY MEANS THAT SOMEONE IS COMPLAINING.  HE

04:51PM  14    DOESN'T HAVE A FACTUAL BASIS TO SOMETHING.

04:51PM  15    Q.   OKAY.  AND AGAIN, YOU CAN HAVE PROGRAMMABLE INTERFACES AND

04:51PM  16    HAVE CLI IN THE SAME PRODUCT, IS THAT TRUE?

04:51PM  17    A.   YES.  AND MOST OF THE CUSTOMERS TODAY REQUIRE BOTH OF THEM.

04:51PM  18    Q.   BASED ON YOUR EXPERIENCE, WHAT IS CURRENTLY THE MOST

04:51PM  19    IMPORTANT INTERFACE IN TERMS OF TROUBLE SHOOTING, CONFIGURING

04:51PM  20    AND DOING ALL THE DIFFERENT THINGS ON SWITCHES AND ROUTERS?

04:52PM  21    A.   CLI IS THE MOST USED INTERFACE FOR TROUBLE SHOOTING SOME OF

04:52PM  22    THE COMPUTING TODAY.

04:52PM  23    Q.   AND ALSO THERE WAS SOME QUESTIONS ASKED ABOUT, THERE WAS A

04:52PM  24    GENTLEMAN WHO SAID IN 2014 HE BELIEVED THAT ARISTA HAD SOME OF

04:52PM  25    THE BETTER DEVICE PROGRAMMABILITY INTERFACES; DO YOU RECALL

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:52PM  1    THAT?

04:52PM  2    A.   YES.

04:52PM  3    Q.   AND NOW AS A CHIEF NETWORK ARCHITECT, YOU HAVE VISIBILITY

04:52PM  4    INTO MANY, MANY OF THE PROJECTS THAT CISCO WORKS ON AN

04:52PM  5    ORGANIZATIONAL LEVEL; IS THAT TRUE?

04:52PM  6    A.   YES.

04:52PM  7    Q.   AND SO IN YOUR PROFESSIONAL ASSESSMENT, DO YOU BELIEVE THAT

04:52PM  8    YOU ARE BEHIND ANY COMPANY IN TERMS OF PROGRAMMABILITY AND

04:52PM  9    INTERFACE TECHNOLOGIES?

04:52PM  10   A.   NO.  WE HAVE BEEN WORKING ON THE PROGRAMABILITY SINCE 2004.

04:52PM  11   TECHNOLOGY HAS EVOLVED SINCE 2004 AND WE HAVE BEEN KEEPING UP

04:52PM  12   WITH THE TECHNOLOGY.

04:52PM  13       WE JUST TALKED ABOUT THE DATA MODELS AND THAT'S THE NEW

04:52PM  14   TECHNOLOGY THAT STARTED 18 MONTHS AGO AND WE ARE ALREADY

04:53PM  15   IMPLEMENTING IT IN OUR PRODUCTS.

04:53PM  16   Q.   AND SIR, JUST GOING BACK TO SOME OF YOUR EARLIER TESTIMONY

04:53PM  17   THAT WE DISCUSSED, JUST TO BE CLEAR ON BEHALF OF CISCO, DOES

04:53PM  18   CISCO HAVE ANY PROBLEMS WITH VENDORS USING COMMON ELEMENTS OF A

04:53PM  19   COMMAND-LINE INTERFACE SUCH AS THE IDEA OF HAVING HELP

04:53PM  20   DESCRIPTIONS OR INTERACTIVE ABILITY TO GO AND LOOK AT DIFFERENT

04:53PM  21   KINDS OF COMMANDS OR TAB COMPLETIONS, DOES CISCO HAVE ANY

04:53PM  22   PROBLEMS WITH THAT?

04:53PM  23   A.   I DON'T BELIEVE SO.

04:53PM  24   Q.   OKAY.  NOW, DOES CISCO BELIEVE THAT IT'S PROPER FOR ANOTHER

04:53PM  25   COMPANY TO COME IN AND COPY COMMANDS, USER INTERFACE OUTPUTS,

1105

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:53PM 1    HELP DESCRIPTIONS, MANUALS, IS THAT SOMETHING THAT CISCO

04:53PM 2    BELIEVES IS PROPER FOR ANOTHER COMPANY --

04:53PM 3            MR. FERRALL:  OBJECTION.  FOUNDATION.  AND

04:53PM 4    ARGUMENTATIVE.

04:53PM 5            THE COURT:  SUSTAINED.

04:53PM 6    BY MR. PAK:

04:53PM 7    Q.  DO YOU BELIEVE THAT CISCO HAS A POLICY OF PROMOTING THE

04:53PM 8    COPYING OF A CISCO CLI INTERFACE DOWN TO ITS COMMAND SYNTAX AND

04:53PM 9    USER OUTPUTS?

04:54PM 10           MR. FERRALL:  SAME OBJECTION, YOUR HONOR.

04:54PM 11           THE COURT:  OVERRULED.

04:54PM 12           THE WITNESS:  NO.  NOT AT ALL.

04:54PM 13   BY MR. PAK:

04:54PM 14   Q.  AND WHY NOT?

04:54PM 15   A.  BECAUSE WE BELIEVE THAT THE ENVIRONMENT SHOULD BE COMMON

04:54PM 16   THINGS LIKE TAB AND HELP STRING AND EVERYTHING ELSE.  BUT WHEN

04:54PM 17   IT COMES TO INDIVIDUAL COMMANDS, PEOPLE SHOULD BE DEFINES THOSE

04:54PM 18   AND INNOVATING THOSE, YES.

04:54PM 19           MR. PAK:  THANK YOU VERY MUCH FOR YOUR TESTIMONY.

04:54PM 20       I DON'T HAVE ANYMORE QUESTIONS, YOUR HONOR.

04:54PM 21           THE COURT:  MR. FERRALL, ANYTHING ELSE FOR THIS

04:54PM 22   WITNESS?

04:54PM 23           MR. FERRALL:  JUST ON EXHIBIT 7956.

04:54PM 24

04:54PM 25

04:54PM 1      **RECROSS-EXAMINATION BY MR. FERRALL**

04:54PM 2

04:54PM 3      BY MR. FERRALL:

04:54PM 4      Q.   UNDER THAT RANT?

04:54PM 5      A.   OKAY.  YEP, I SEE IT.

04:54PM 6      Q.   YEAH.  CAN WE PULL THAT UP.  I THINK THE THIRD PAGE.

04:55PM 7           SO SINCE IT'S A RANT, DO YOU AGREE WITH MR. SWALLOW WHEN HE

04:55PM 8      WRITES, NO DEFENSE TO OUR DEVELOPMENT FOLKS BUT THE CLI IS AN

04:55PM 9      ARCHAIC DINOSAUR FROM THE PAST?

04:55PM 10     A.   IN GENERAL, THE INDUSTRY IS MOVING AWAY FROM CLI, BUT I

04:55PM 11     BELIEVE IT IS NOT AN ARCHAIC DINOSAUR, PEOPLE ARE STILL USING

04:55PM 12     CLI A LOT.  AND CLI IS STILL THE COMMON MECHANISM ON WHICH HOW

04:55PM 13     ETHERNET SWITCHES ARE CONFIGURED.

04:55PM 14          MR. FERRALL:  THANK YOU.  THANK YOU, MR. KATHAIL.

04:55PM 15          THE COURT:  ANYTHING ELSE.

04:55PM 16          MR. PAK:  THAT'S IT YOUR HONOR.

04:55PM 17          THE COURT:  MR. KATHAIL, THANK YOU FOR YOUR

04:55PM 18     TESTIMONY.  YOU ARE FREE TO GO.

04:55PM 19          THE WITNESS:  THANK YOU VERY MUCH, AND SORRY FOR

04:55PM 20     BEING FAST.

04:55PM 21          THE COURT:  ALL RIGHT.  WELL, EVEN I'M NOT GOING TO

04:55PM 22     MAKE YOU BRING IN ANOTHER WITNESS WITH FOUR MINUTES LEFT,

04:55PM 23     ALTHOUGH I'M PRETTY STRICT.

04:55PM 24       OKAY.  WE'VE REACHED THE END OF OUR COURT DAY.  TOMORROW,

04:55PM 25     LADIES AND GENTLEMEN, WE ARE BEGINNING AT 1:00, SO YOU GET THAT

04:55PM  1    MORNING TO GET BACK TO ALL THE THINGS THAT ARE PILING UP AT

04:55PM  2    HOME AND AT WORK.

04:56PM  3         AND I WILL SEE YOU -- WE WILL GET STARTED PROMPTLY AT 1:00

04:56PM  4    TOMORROW.  THANK YOU.  AND YOU ARE FREE TO GO.

04:56PM  5         (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF THE

04:56PM  6    PRESENCE OF THE JURY:)

04:56PM  7              THE COURT:  ALL RIGHT.  WE ARE -- PLEASE BE SEATED

04:56PM  8    EVERYONE.  WE ARE BACK ON THE RECORD OUTSIDE THE PRESENCE OF

04:57PM  9    THE JURY.  HOUSEKEEPING MATTERS?

04:57PM 10              MR. PAK:  YES, YOUR HONOR.  I DO HAVE ONE SCHEDULING

04:57PM 11    ISSUE WITH RESPECT TO A WITNESS.

04:57PM 12         WE HAVE JUNIPER WHICH IS A THIRD PARTY, AND WE HAVE BOTH, I

04:57PM 13    THINK BOTH PARTIES HAVE SERVED A TRIAL SUBPOENA ON JUNIPER.

04:57PM 14         WE HAVE BEEN ALSO NEGOTIATING ON SOME VIDEO DEPOSITION

04:57PM 15    TESTIMONY IN CASE GENE PER WITNESS IS NOT AVAILABLE TO TESTIFY.

04:57PM 16    BUT THEY ARE ACTUALLY AVAILABLE TO TESTIFY LIVE IN THIS CASE

04:57PM 17    AND WE HAVE A WITNESS, MR. SCHAFER, WHO IS THE COMPANY

04:57PM 18    REPRESENTATIVE OF JUNIPER.

04:57PM 19              THE COURT:  THAT WAS ONE WAS DEPOSITIONS I NEEDED TO

04:57PM 20    LOOK AT.

04:57PM 21              MR. PAK:  CORRECT, YOUR HONOR.

04:57PM 22         SO HE IS AVAILABLE TO TESTIFY ON DECEMBER 6TH WHICH IS NEXT

04:57PM 23    WEEK ON TUESDAY.  AND THE ISSUE IS THERE'S A POSSIBILITY THAT

04:57PM 24    WE MAY CLOSE OUR CASE ON MOST LIKELY MONDAY OF NEXT WEEK.

04:57PM 25              THE COURT:  YES, I WOULD ASSUME SO BECAUSE JUST BY

04:57PM  1    COUNTING THE HOURS.

04:57PM  2            MR. PAK:  YES, SO WE ARE STARTING TO GET TO THAT

04:57PM  3    POINT.  SO WE WANTED TO ASK FOR YOUR HONOR'S PERMISSION TO PUT

04:57PM  4    ON MR. SCHAFER WHEN HE IS AVAILABLE ON DECEMBER 6TH, WHICH IS

04:58PM  5    NEXT TUESDAY, TO ACCOMMODATE THE THIRD-PARTY WITNESS'S

04:58PM  6    AVAILABILITY.

04:58PM  7            MR. VAN NEST:  AND YOUR HONOR, I WOULD LIKE TO PASS

04:58PM  8    THIS.

04:58PM  9        MR. PAK JUST MENTIONED THIS TO ME AN HOUR OR SO AGO.  WE

04:58PM  10   HAVE A NUMBER OF DISAGREEMENTS ABOUT LIVE AND BY VIDEO DEPOS.

04:58PM  11   WE HAVE BEEN WORKING VERY HARD WITH THEM TO CUT SOME VIDEOS

04:58PM  12   THAT THEY WANTED, ONLY TO LEARN THAT THEY NOW DON'T WANT TO

04:58PM  13   PLAY THE VIDEOS.  SO I'M KIND OF UPSET ABOUT OUR STATUS.

04:58PM  14       I WOULD LIKE TO CONSULT WITH MY TEAM, I WOULD LIKE TO

04:58PM  15   CONSULT WITH MR. PAK AND WE CAN TAKE THIS UP AGAIN TOMORROW AT

04:58PM  16   1:00, OR 12:30.

04:58PM  17           THE COURT:  YOU WILL BE HERE AT 12:30, THAT'S

04:58PM  18   CORRECT.

04:58PM  19       SO YOU GAVE ME THE DEPOSITION THINGS TWO DAYS IN ADVANCE,

04:58PM  20   SO I WAS GOING TO BE READY ON THEM TOMORROW MORNING.

04:58PM  21       SO MR. SCHAFER, I BELIEVE THERE ARE OBJECTIONS AS TO

04:58PM  22   MR. SCHAFER'S DEPOSITION?

04:58PM  23           MR. PAK:  I DON'T THINK HIS TESTIMONY WILL BE

04:58PM  24   NECESSARY BECAUSE HE WILL BE COMING LIVE TO TRIAL.

04:58PM  25           MR. VAN NEST:  WE MAY BE OBJECTING TO THAT.  I

04:58PM  1    CERTAINLY WON'T OBJECT TO THEM PLAYING IT ON MONDAY IF THEY

04:58PM  2    PLAY THE VIDEO.

04:58PM  3            THE COURT:  IT WAS VERY FEW OBJECTIONS, IT WON'T TAKE

04:59PM  4    ME VERY LONG, BUT I JUST WANT TO MAKE SURE I'M NOT BEHIND.

04:59PM  5            MR. PAK:  SURE, YOUR HONOR.  WE CAN RESOLVE THE VIDEO

04:59PM  6    DEPOSITION OBJECTIONS IF YOUR HONOR PREFERS, TOMORROW AT 12:30.

04:59PM  7        BUT THE REQUEST THAT WE ARE MAKING IS THAT WE HAVE A LIVE

04:59PM  8    WITNESS WHO IS SUBJECT TO TRIAL SUBPOENA.

04:59PM  9            THE COURT:  WELL, YOU KNOW, I MEAN, CERTAINLY TIME

04:59PM  10   EXPENDED ON THE VIDEO CLIPS TAKES AWAY FROM OTHER PREPARATION,

04:59PM  11   I CAN CERTAINLY APPRECIATE THAT THAT IS NOT HELPFUL TO THE

04:59PM  12   ARISTA TEAM.

04:59PM  13       BUT MR. VAN NEST, I DON'T KNOW OF ANY AUTHORITY THAT I HAVE

04:59PM  14   TO PREVENT A LIVE WITNESS FROM COMING TO COURT IN LIEU OF A

04:59PM  15   DEPOSITION.

04:59PM  16       SO --

04:59PM  17           MR. VAN NEST:  WELL, THE SITUATION IS A LITTLE BIT

04:59PM  18   UNUSUAL, YOUR HONOR.

04:59PM  19       WE HAVE BEEN NEGOTIATING ALL WEEK OVER VARIOUS WITNESSES,

04:59PM  20   SOME THAT WE WOULD LIKE TO PLAY BY VIDEO THAT THEY WANTED TO

04:59PM  21   PLAY BY VIDEO THAT WERE OTHERWISE AVAILABLE LIVE.

04:59PM  22       WE WORKED HARD ALL WEEK, WE FINALLY GOT THE CUTS READY, I

04:59PM  23   THINK LAST NIGHT, AND WE LEARNED THEY NO LONGER WANT IT, SO NOW

05:00PM  24   WE ARE BACK TO SQUARE ONE.

05:00PM  25           MR. PAK WALKED IN AN HOUR AGO AND TOLD ME ABOUT

05:00PM  1    MR. SCHAFER.  SO HE'S ASKING YOUR HONOR TO INTERRUPT MY CASE

05:00PM  2    NEXT WEEK TO PUT A LIVE WITNESS ON THAT WANTS TO CALL, THAT'S

05:00PM  3    NOT SOMEBODY THAT I CARE ABOUT.  THAT'S WHAT I WOULD LIKE TO

05:00PM  4    HAVE A CHANCE TO MEET AND CONFER ON IT.

05:00PM  5         THE COURT:  AND THAT I UNDERSTAND.  INTERRUPTING THE

05:00PM  6    DEFENSE CASE, YOU HAVE A LOT TO COVER, AND IT'S DISRUPTIVE TO

05:00PM  7    THE FLOW.

05:00PM  8      I THINK WE HAD SOME ISSUES PREVIOUSLY ABOUT BRINGING A --

05:00PM  9    WHETHER THE ADVERSE WITNESSES WOULD GIVE ALL OF THEIR TESTIMONY

05:00PM  10   DURING YOUR CASE IN CHIEF, AND I BELIEVE YOU OBJECTED TO THAT,

05:00PM  11   MR. PAK.

05:00PM  12        MR. VAN NEST:  YES, HE DID.

05:00PM  13        THE COURT:  AND THESE WITNESSES ARE COMING BACK, I

05:00PM  14   UNDERSTAND OR AT LEAST --

05:00PM  15        MR. VAN NEST:  THEY ARE.

05:00PM  16        THE COURT:  YOU HAVE TO CALL THEM BACK.

05:00PM  17        MR. VAN NEST:  I WILL.

05:00PM  18        THE COURT:  SO, YOU KNOW, I THINK MAYBE YOU CAN WORK

05:00PM  19   THIS OUT, BUT I, YOU KNOW, IF YOU HAD AN AGREEMENT AND THERE

05:00PM  20   WAS RELIANCE ON IT, I WILL NEED TO HEAR MORE ABOUT THAT.

05:00PM  21        MR. PAK:  YES, ABSOLUTELY.

05:00PM  22       AND JUST TO BE CLEAR ON THE RECORD, I KNOW MR. VAN NEST WAS

05:00PM  23   NOT INVOLVED, BUT THERE HAVE BEEN A NUMBER OF CONVERSATIONS

05:01PM  24   WITH HIS TEAM AND JUNIPER'S LAWYER, THEY ACTUALLY SUBPOENAED

05:01PM  25   HIM, THEY WANTED HIM ON THEIR LIST.  THEY TOLD US YESTERDAY

1111

05:01PM 1   THAT THEY DON'T WANT JUNIPER TO TESTIFY LIVE IN THEIR CASE.

05:01PM 2       SO THIS IS A SITUATION WHERE BOTH PARTIES WERE TALKING TO

05:01PM 3   JUNIPER'S REPRESENTATIVE TO GET THEM TO COME LIVE TO TESTIFY

05:01PM 4   WITH RESPECT TO THE CASE.  AND NOW THEY'VE CHANGED THEIR MIND,

05:01PM 5   BUT WE WOULD LIKE TO HAVE A WITNESS COME BECAUSE I THINK IT

05:01PM 6   WOULD BE HELPFUL.

05:01PM 7           MR. VAN NEST:  HE'S COMING ANYWAY, YOUR HONOR.

05:01PM 8       HERE'S THE SITUATION, HE'S HERE ON BUSINESS IN CALIFORNIA.

05:01PM 9   HE'S NOT MAKING A SPECIAL TRIP FOR MR. PAK OR ME.  THIS CAME UP

05:01PM 10  LAST NIGHT, FORTUITOUSLY HE'S HERE ANYWAY.  WE DO NOT NEED TO

05:01PM 11  RESOLVE THIS TONIGHT.  AND I DON'T APPRECIATE HAVING IT THRUST

05:01PM 12  ON ME IN THE AFTERNOON WITHOUT A CHANCE TO WORK ON IT.

05:01PM 13          THE COURT:  OKAY.  WHY DON'T YOU WORK ON THAT.

05:01PM 14      NOW I PRESUME DR. ALMEROTH, WE WILL GET TO HIM TOMORROW?

05:01PM 15          MR. PAK:  YES.

05:01PM 16          THE COURT:  AND THERE WERE A NUMBER OF ISSUES YOU

05:01PM 17  WERE GOING TO CONTINUE TO WORK ON, SO I WILL LEAVE THAT IN YOUR

05:01PM 18  HANDS.

05:01PM 19          MR. VAN NEST:  RIGHT.  MR. NELSON AND I NEED TO DO

05:01PM 20  THAT.

05:01PM 21          THE COURT:  RIGHT.

05:01PM 22      AND WE HAVE ALL BEEN HERE ALL DAY, SO YOU CLEARLY HAVEN'T

05:01PM 23  DONE THAT YET.

05:02PM 24      SO I WILL SEE WHAT YOU HAVE, WE MAY BE ENOUGH BEHIND IF

05:02PM 25  THERE'S NOTHING MORE FOR TOMORROW, I DON'T KNOW.  IT WILL JUST

05:02PM 1      BE FILED.

05:02PM 2          (OFF-THE-RECORD DISCUSSION.)

05:02PM 3              THE COURT:  SO I MIGHT GET A BREAK.  I WAS HOPING TO

05:02PM 4      WORK ON YOUR ANALYTIC DISSECTION ORDER.

05:02PM 5              MR. VAN NEST:  WELL, IF WE NEED -- WE WILL BE HERE AT

05:02PM 6      12:30, AND WE MAY OR MAY NOT HAVE ANYTHING TO DISCUSS WITH

05:02PM 7      YOUR HONOR.

05:02PM 8              THE COURT:  THAT'S FINE.

05:02PM 9          SO -- AND I WILL CERTAINLY BE HERE AT 12:30.

05:02PM 10             MR. VAN NEST:  WE DON'T HAVE ANYTHING FOR YOU IN THE

05:02PM 11     MORNING BEFORE THAT.

05:02PM 12             THE COURT:  RIGHT.  NO, I'M UNAVAILABLE, I HAVE MY

05:02PM 13     CIVIL CALENDAR TOMORROW.

05:02PM 14             MR. NELSON:  AND WITH RESPECT TO DR. ALMEROTH, WE

05:02PM 15     WILL SEND YOU THE E-MAIL, WHAT WE RESOLVED SO THAT YOU DON'T --

05:02PM 16             THE COURT:  THAT WOULD BE GREAT.

05:02PM 17         WELL, MR. NELSON, WHAT I THINK I WAS TRYING TO CONVEY THIS

05:02PM 18     MORNING IS THAT ABSENT ARGUMENT, THERE'S NOTHING I CAN DO WITH

05:03PM 19     THE OBJECTIONS BECAUSE YOU HAVE TO DESCRIBE WHY YOU ARE

05:03PM 20     OFFERING THEM SO THAT I CAN THEN CONSIDER THEM.

05:03PM 21         IT'S A LONG AND TEDIOUS JOB, AND MR. VAN NEST SUGGESTED

05:03PM 22     THAT WITH FURTHER DISCUSSION YOU CAN REDUCE OR ELIMINATE THE

05:03PM 23     SCOPE OF THOSE DISAGREEMENTS.

05:03PM 24         SO YOU KNOW, I MADE A COMMENT ABOUT THE DOCUMENTS THAT

05:03PM 25     DR. ALMEROTH MIGHT GO OVER THAT MAY OR MAY NOT BE IN EVIDENCE

05:03PM  1    THAT ARE E-MAILS.  THEY DON'T APPEAR TO BE THE SUBJECT OF

05:03PM  2    EXPERT TESTIMONY TO GO OVER WHAT THE FACT WITNESSES HAVE SAID,

05:03PM  3    OTHER THAN VOUCHING FOR THE FACT THAT IT'S ALL THERE.

05:03PM  4        SO I'M DISINCLINED TO ALLOW THAT FROM THAT COMMENT YOU WERE

05:03PM  5    GOING TO TAKE IT FROM THERE, AND DECIDE WHICH, IF ANY OF THOSE

05:03PM  6    YOU WILL CONTINUE TO PUT FORWARD.

05:03PM  7        THERE ARE A NUMBER OF EXHIBITS, HOWEVER, THAT I WAS REALLY

05:03PM  8    UNABLE TO DEAL WITH BECAUSE I DON'T KNOW WHAT PURPOSE THEY ARE

05:03PM  9    BEING OFFERED FOR.

05:03PM  10            MR. VAN NEST:  RIGHT.

05:03PM  11            THE COURT:  AND WE DIDN'T REALLY GET INTO THAT VERY

05:03PM  12    MUCH.

05:03PM  13            MR. VAN NEST:  WE UNDERSTOOD YOUR REMARKS.

05:03PM  14            THE COURT:  I KNOW YOU DID.

05:03PM  15        I THINK THAT TAKES CARE OF EVERYTHING TODAY THEN.  AND I

05:04PM  16    WILL SEE YOU ALL AT 12:30 TOMORROW.

05:04PM  17            MR. VAN NEST:  THANK YOU, YOUR HONOR.

05:04PM  18            MR. PAK:  THANK YOU, YOUR HONOR.

05:04PM  19        (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

20

21

22

23

24

25

1

2

3

4              **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 11/30/16