UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 6 Hours 0 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge: Beth Labson Freeman**   **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  11/30/2016**   **Court Reporter: Summer Fisher**
**Case No: 5:14-cv-05344-BLF**   **Interpreter: N/A**

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**8:30 - Call to Order/Hearing held outside the presence of the jury**
**9:15 - Jury Seated**
**9:18 - Continued Cross Examination DUDA**
**9:42 - Re-Direct Examination DUDA**
**10:01 - Re-Cross Examination DUDA**
**10:04 - Plaintiff Calls Witness Anshul Sadana**
**10:05 - Direct Examination SADANA**
**10:32 - The Court takes morning recess**
**10:45 - Jury Seated/Call to Order**
**10:46 - Continued Direct Examination SADANA**
**11:15 - Cross Examination SADANA**
**11:46 - Re-Direct Examination SADANA**
**11:53 - Side Bar Held**
**11:55 - Plaintiff Calls Witness Charles Giancarlo**
**11:55 - Jury Instruction**
**11:58 - Direct Examination GIANCARLO**
**12:08 - The Court takes the lunch recess**
**1:13 - Jury Seated/Call to Order**
**1:15 - Continued Direct Examination GIANCARLO**
**1:43 - Cross Examination GIANCARLO**
**2:03 - Re-Direct Examination GIANCARLO**
**2:09 - Re-Cross Examination GIANCARLO**
**2:10 - Further Re-Direct Examination GIANCARLO**
**2:11 - Plaintiff Calls Witness Lincoln Dale**
**2:12 - Direct Examination DALE**
**2:47 - Cross Examination DALE**
**3:00 - The Court takes an afternoon recess**
**3:16 - Jury Seated/Call to Order**
**3:18 - Continued Cross Examination DALE**
**3:22 - Re-Direct Examination DALE**
**3:23 - Plaintiff Calls Witness Pradeep Kathail**
**3:24 - Direct Examination KATHAIL**
**3:54 - Side Bar Held**
**4:18 - Cross Examination KATHAIL**

**4:49 - Re-Direct Examination KATHAIL**
**4:55 - Re-Cross Examination KATHAIL**
**4:56 - Jury Released for Evening**
**4:56 - Hearing held outside the presence of the jury**
**5:04 - The Court adjourns for Evening**

## ORDER AFTER HEARING

Further Jury Trial 12/01/2016 at 1:00 PM

| **Exhibits Identified:** | **Exhibits Admitted Into Evidence:** |
|---|---|
| **Pltf:** 197, 185, 528, 383, 4817, 383, 388, 376, 370, 3623, 381, 404, 379, 842, 4671, 249, 250, 176, 166, 165, 169, 168, 171, 503, 504, 494, 2908, 2910, 2913, 2924, 2927, 2930, 2931, 2932, 2919, 4327 | **Pltf:** 197, 185, 528, 383, 388, 376, 370, 3623, 381, 404, 379, 842, 4671, 250, 176, 166, 165, 169, 168, 171, 503, 504, 494, 2908, 2910, 2913, 2924, 2927, 2930, 2931, 2932, 2919, 4327 |
| **Deft:** 7876, 8966, 5078, 5441, 5444, 5786, 5472, 7956, 7977 | **Deft:** 7876, 8966, 5078, 5441, 5444, 5786, 5472, 7956, 7977 |

Tiffany Salinas-Harwell
Courtroom Deputy

Original: **E-Filed**
CC: