UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL:** 4 Hours 25 Minutes

**CIVIL MINUTES - JURY TRIAL**

**Judge:** Beth Labson Freeman                **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 12/01/2016                          **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF                **Interpreter:** N/A

### CISCO SYSTEMS v. ARISTA NETWORKS

Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

### PROCEEDINGS

**12:30** - Call to Order/Hearing held outside the presence of the jury
**1:23** - Jury Seated
**1:25** - Plaintiff Calls Witness Dan Lang
**1:25** - Direct Examination LANG
**1:44** - Cross Examination LANG
**2:16** - Re-Direct Examination LANG
**2:18** - Plaintiff Calls Witness Kevin Almeroth
**2:19** - Stipulation read to jury
**2:22** - Direct Examination ALMEROTH
**2:33** - Witness Kevin Almeroth Designated Expert
**2:33** - The Court takes an afternoon recess
**2:43** - Jury Seated/Call to Order
**2:44** - Continued Direct Examination ALMEROTH
**3:57** - The Court takes a second afternoon recess
**4:07** - Jury Seated/Call to Order
**4:08** - Continued Direct Examination ALMEROTH
**4:11** - Side Bar Held
**4:40** - Side Bar Held
**4:45** - Cross Examination ALMEROTH
**5:05** - Jury released for Evening
**5:05** - Hearing held outside the presence of the jury
**5:15** - The Court Adjourns for Evening

### ORDER AFTER HEARING

Further Jury Trial 12/02/2016 at 8:30 AM

**Exhibits Identified:**
**Pltf:** 4791, 4803, 4424, 4672(Undersesal), 4673, 4674, 698,

700, 4821295, 545, 488, 2, 4, 5, 6, 7, 14, 8, 9, 10, 11, 13, 12, 15, 1, 3, 4800, 4794, 4795
**Deft:** 5345, 7558, 5195, 5040

**Exhibits Admitted Into Evidence:**
**Pltf:** 4791, 4803, 4424, 4672(Underseal), 4673, 4674, 698, 700, 4821295, 545, 488, 2, 4, 5, 6, 7, 14, 8, 9, 10, 11, 13, 12, 15, 1, 3, 4800, 4794, 4795
**Deft:** 5345, 7558, 5195, 5040

*Tiffany Salinas-Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: