```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5
      CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
 6                                      )
                      PLAINTIFF,        )   SAN JOSE, CALIFORNIA
 7                                      )
               VS.                      )   DECEMBER 2, 2016
 8                                      )
      ARISTA NETWORKS, INC.,            )   VOLUME 7
 9                                      )
                      DEFENDANT         )   PAGES 1310-1588
10    _____  )

11                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13    A P P E A R A N C E S:

14    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  DAVID A. NELSON
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23    OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

1311

1    <u>APPEARANCES (CONTINUED)</u>

2    FOR THE DEFENDANT:     KEKER & VAN NEST, LLP
                            BY:   ROBERT ADDY VAN NEST
3                                 BRIAN FERRALL
                                  DAVID J. SILBERT
4                                 ELIZABETH K. MCCLOSKEY
                                  EDUARDO E. SANTACANA
5                                 RYAN WONG
                                  DAVID J. ROSEN
6                            633 BATTERY STREET
                             SAN FRANCISCO, CA 94111-1809
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        INDEX OF WITNESSES

2

3       PLAINTIFF'S

4       KEVIN ALMEROTH
              CROSS-EXAM BY BY MR. VAN NEST (RES.) P. 1345
5             REDIRECT EXAM BY MR. NELSON          P. 1399

6       DEPOSITION OF JEFFREY WHEELER             P. 1420

7       DEPOSITION OF ADAM SWEENEY                P. 1422

8       KEVIN JEFFAY
              DIRECT EXAM BY MR. PAK              P. 1424
9             CROSS-EXAM BY MR. KRISHNAN          P. 1485
              REDIRECT EXAM BY MR. PAK            P. 1527
10
        PHILLIP REMAKER
11            FURTHER REDIRECT BY MR. NELSON      P. 1533
              FURTHER RECROSS BY MR. FERRALL      P. 1536
12            FURTHER REDIRECT BY MR. NELSON      P. 1540

13      JUDITH CHEVALIER
              DIRECT EXAM BY MR. PAK              P. 1543
14

15

16

17

18

19

20

21

22

23

24

25

1313

```
 1                           INDEX OF EXHIBITS

 2                                   MARKED      ADMITTED

 3        PLAINTIFF'S

 4        4799                                   1411
          4822                                   1415
 5        4823                                   1417
          65                                     1421
 6        95                                     1421
          489                                    1423
 7        34                                     1451, 1478
          32                                     1453
 8        48                                     1455
          3625A *(SEALED)                        1460
 9        24                                     1461
          599                                    1464
10        31                                     1470
          25                                     1478
11        3605A, B & C                           1484
          4789                                   1535
12        427                                    1559
          4745                                   1562
13        565                                    1564
          559                                    1570
14        229                                    1571
          240                                    1573
15        239-A, 158, 236                        1577
          626                                    1581
16        691 & 4259                             1582
          637                                    1583

17

18        DEFENDANT'S

19        503                                    1348
          5131                                   1356
20        6952                                   1358
          6877                                   1361
21        6870                                   1366
          6910                                   1367
22        6824                                   1368
          6881                                   1370

23

24

25
```

1

2      SAN JOSE, CALIFORNIA                    DECEMBER 2, 2016

08:30:44    3                    P R O C E E D I N G S

08:30:44    4          (COURT CONVENED AT 8:30 A.M.)

08:30:45    5              THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE

08:30:51    6      SEATED.  ALL RIGHT.  WE ARE ON THE RECORD OUTSIDE THE PRESENCE

08:30:54    7      OF THE JURY.

08:30:55    8          WE ARE GOING TO GO OVER SOME OF THE OBJECTIONS THAT WERE

08:30:58    9      FILED YESTERDAY.  LET ME START WITH THE OBJECTIONS FILED BY

08:31:02   10      ARISTA.  IT APPEARS THAT VIRTUALLY EVERYTHING HAS BEEN

08:31:06   11      RESOLVED?

08:31:07   12              MR. VAN NEST:  I THINK THE WORD "VIRTUALLY" IS

08:31:09   13      OPERATIVE THERE.  IS THERE ANYTHING REMAINING ON --

08:31:14   14              MR. FERRALL:  EVERYTHING HAS BEEN RESOLVED, AND --

08:31:16   15              THE COURT:  EVEN THE TWO SLIDES?

08:31:17   16              MR. FERRALL:  EVEN THE TWO SLIDES.  WE JUST WORKED IT

08:31:20   17      OUT THIS MORNING.

08:31:21   18              THE COURT:  OH, THAT'S GREAT.

08:31:22   19              MR. FERRALL:  AND JUST FOR THE RECORD AND SO

08:31:25   20      YOUR HONOR KNOWS WHAT'S COMING, THERE'S SOME EVIDENCE FROM

08:31:29   21      MR. SADANA THAT HAS NOT BEEN PUT IN.

08:31:31   22          WE'VE AGREED THAT CISCO CAN PUT THAT DEPOSITION EVIDENCE

08:31:36   23      IN.  EVEN AFTER ITS CASE IN CHIEF CLOSES, WE WON'T OBJECT TO IT

08:31:42   24      IN EXCHANGE.

08:31:43   25              THE COURT:  GREAT.

1315

08:31:44  1          MR. FERRALL:  WE HAVE A WITNESS WHO MAY NOT BE

08:31:46  2     AVAILABLE UNTIL FRIDAY, AND THEY'VE AGREE THEY WON'T OBJECT TO

08:31:49  3     OUR CALLING THAT WITNESS, MR. VOLPI EVEN ON FRIDAY, EVEN IF OUR

08:31:57  4     CASE IN CHIEF IS CLOSED BY THEN.

08:31:57  5          THE COURT:  GOOD WORK.  MR. PAK, YOU AGREE?

08:31:58  6          MR. PAK:  WE AGREE.

08:31:59  7          THE COURT:  ALL RIGHT.  THAT'S A GOOD RESOLUTION

08:32:02  8     THEN.  I'M GLAD TO HEAR THAT.

08:32:03  9        THEN ON THE CISCO'S OBJECTIONS, I RECEIVED NO FOLLOWUP

08:32:07  10    FROM THE INITIAL MOTION.  WAS ANY PROGRESS MADE?

08:32:11  11         MR. VAN NEST:  WHICH OBJECTIONS ARE YOU REFERRING TO,

08:32:13  12    YOUR HONOR?

08:32:13  13         THE COURT:  WELL, CISCO FILED A THREE-PAGE BRIEF AND

08:32:16  14    A LIST AS LONG AS MY ARM OF EXHIBITS.

08:32:20  15         MR. VAN NEST:  THE SITUATION IS WE ARE STILL WORKING.

08:32:23  16    I THINK WE ARE NARROWING THOSE.  I THINK WE WILL MAKE PROGRESS.

08:32:26  17        WE WILL NOT BE PRESENTING MR. DUDA TODAY, AND, THEREFORE,

08:32:29  18    HOPEFULLY ON MONDAY YOU WILL HAVE A MUCH MORE NARROW LIST TO

08:32:33  19    WORK WITH.

08:32:33  20         THE COURT:  I APPRECIATE THAT.

08:32:34  21        HOWEVER, LET ME TELL YOU, MR. PAK, I WON'T TAKE A SECOND

08:32:37  22    MOTION FROM YOU, I WON'T HAVE TWO PILED UP.  SO THIS IS IT FOR

08:32:40  23    MONDAY.

08:32:41  24         MR. PAK:  ABSOLUTELY, YOUR HONOR.  WE WILL WORK TO

08:32:43  25    NARROW THE DISPUTES, NOT ADD MORE.

08:32:45  1          THE COURT:  I WAS SURPRISED NOT TO HEAR ANYTHING, SO

08:32:47  2     THAT'S A GOOD ANSWER TO IT.  AND YOU'VE GOTTEN -- YOU'VE HAD TO

08:32:51  3     GET AHEAD TO MEET MY DEADLINES, AND I GREATLY APPRECIATE THAT.

08:32:55  4          MR. VAN NEST:  WE DID THAT.

08:32:56  5          THE COURT:  OKAY.  THEN ARE WE DONE?

08:32:59  6          MR. KRISHNAN:  YOUR HONOR, THERE'S ACTUALLY AN ISSUE

08:33:01  7     FROM YESTERDAY.

08:33:02  8          SO AS YOU MIGHT RECALL YESTERDAY THERE WERE A COUPLE OF

08:33:04  9     ISSUES WE DON'T HAVE TIME FOR.  YESTERDAY THERE WERE A COUPLE

08:33:12  10    OF WITNESSES, AND I THINK THE ONLY ONE THAT'S REALLY

08:33:14  11    OUTSTANDING IS DR. JEFFAY.  HE'S GOING ON TODAY.

08:33:17  12         THE OBJECTIONS WERE FILED TWO DAYS AGO TO BE HEARD

08:33:20  13    YESTERDAY, BUT THOSE ARE STILL PENDING.

08:33:38  14         THE COURT:  I HAVE, IN YOUR FILING FOR, THAT WAS FOR

08:33:42  15    YESTERDAY FOR DECEMBER 1, OBJECTIONS TO SOURCE CODE FILES NEVER

08:33:46  16    DISCUSSED BY DR. JEFFAY?

08:33:49  17         MR. KRISHNAN:  CORRECT.

08:33:49  18         THE COURT:  AND EXPANDING HIS OPINIONS ON THOSE FILES

08:33:52  19    AT TRIAL.  IS THAT -- OF COURSE, THAT'S THE TOPIC AND OF COURSE

08:33:56  20    YOU'VE WRITTEN QUITE A BIT HERE.

08:33:58  21         MR. KRISHNAN:  RIGHT.  THERE WAS A LITTLE OVER A PAGE

08:34:01  22    OF OBJECTIONS.

08:34:02  23         THE COURT:  WELL, I THINK YOU PROPERLY ARGUED THAT

08:34:06  24    SOURCE CODE IS NOT AT ISSUE HERE SO I DON'T KNOW WHAT THE

08:34:08  25    PURPOSE OF HIM DISCUSSING SOURCE CODE IS.

1317

| | | |
|---|---|---|
| 08:34:11 | 1 | MR. JAFFE:  SURE.  SO GOOD MORNING. |
| 08:34:15 | 2 | THE COURT:  SO DR. JEFFAY PROVIDED -- LET ME JUST SET |
| 08:34:17 | 3 | THE CONTEXT -- PROVIDED A DETAILED SOURCE CODE TRACE. |
| 08:34:20 | 4 | SO HE SPENT THREE SEPARATE DAYS, FULL DAYS, REVIEWING |
| 08:34:24 | 5 | ARISTA SOURCE CODE.  IT WAS DETAILED SOURCE CODE ANALYSIS IN |
| 08:34:27 | 6 | HIS REPORT.  YOU CAN SEE DETAILED SOURCE CODE ANALYSIS IN |
| 08:34:30 | 7 | ARISTA'S REPORT.  THAT'S WHAT THESE PATENT CLAIMS ARE ABOUT IS |
| 08:34:33 | 8 | ANALYSIS OF THE SOURCE CODE. |
| 08:34:34 | 9 | THE COURT:  OKAY. |
| 08:34:35 | 10 | MR. JAFFE:  AND THERE IS SOURCE CODE THAT THEY DON'T |
| 08:34:37 | 11 | OBJECT TO US BRINGING IN.  SO THERE'S GOING TO BE SOURCE CODE |
| 08:34:40 | 12 | RELEVANT FOR THE PATENT CLAIMS. |
| 08:34:42 | 13 | THE DISPUTE IS OVER CERTAIN SOURCE CODE THAT'S CITED ONLY |
| 08:34:48 | 14 | IN THE APPENDIX TO DR. JEFFAY'S REPORT. |
| 08:34:51 | 15 | THE COURT:  YEAH. |
| 08:34:51 | 16 | MR. JAFFE:  SO DR. JEFFAY, WE HAD A DETAILED CODE |
| 08:34:58 | 17 | TRACE IN THE BODY OF HIS REPORT AND THEN HE HAD CITED TO ALL |
| 08:35:01 | 18 | THE FILES IN THE END WITH SPECIFIC PIN CITES TO THE LINE |
| 08:35:04 | 19 | NUMBERS. |
| 08:35:04 | 20 | THE COURT:  OKAY. |
| 08:35:04 | 21 | MR. JAFFE:  WHEN WE DISCLOSED THE CODE TO USE WITH |
| 08:35:08 | 22 | DR. JAFFE HE SAID YOU CITED THESE BY PAGE AND LINE NUMBER BUT |
| 08:35:11 | 23 | YOU DIDN'T DISCUSS THEM IN ENOUGH DETAIL TO PRESENT THEM. |
| 08:35:14 | 24 | AS A COMPROMISE WE ACTUALLY -- WE OFFERED TO DO IT AS A |
| 08:35:23 | 25 | SUMMARY EXHIBIT AS OPPOSED TO ACTUALLY BRINING IN THE FILES TO |

1318

| | |
|---|---|
| 08:35:26 | 1 |
| 08:35:28 | 2 |
| 08:35:32 | 3 |
| 08:35:34 | 4 |

TRY TO AVOID THIS CONCERN.

AND THEY -- THEY INSTEAD JUST FILED A BRIEF AND OBJECTED.

SO WE DON'T THINK THAT DR. JEFFAY IS GOING TO GO OUTSIDE THE BOUNDS OF HIS REPORT.

THE COURT:  ALL RIGHT.  WELL, YOU KNOW, I DON'T CONSIDER SOMETHING ABSENT FROM A REPORT BECAUSE IT'S IN AN APPENDIX.  IT'S TO PARSE THE REPORT THAT WAY, I THINK, IS OVERLY RESTRICTIVE.

MR. KRISHNAN:  YOUR HONOR, I DON'T THINK THAT PROPERLY CHARACTERIZES WHAT HAPPENED HERE.

SO THERE IS A DETAILED SOURCE CODE TRACE IN DR. JEFFAY'S REPORT, AND ANYTHING THAT HE ANALYZED THAT WAY IS FINE.  WE ARE NOT OBJECTING TO THAT AT ALL.  HE THEN LISTED SEPARATE SOURCE CODE FILES IN HIS APPENDIX THAT HE DID NOT DISCUSS AT ALL, AND THAT IS THE SOURCE OF THE OBJECTION.

THE COURT:  I CANNOT GET MY HANDS ON IT.  I LOOKED AT IT THE DAY BEFORE YESTERDAY IN TRYING TO SORT THIS OUT, AND IT APPEARED TO ME THAT HIS STATEMENTS IN THE REPORT WERE SUFFICIENT TO COVER WHAT WAS IN THE APPENDIX.  AND SO I WILL DENY THE REQUEST TO EXCLUDE, AND YOU HAD THREE REQUESTED RULINGS, THAT WAS YOUR FIRST ONE.

MR. KRISHNAN:  THAT'S CORRECT.

THE COURT:  AND I WILL DENY IT.

THE SECOND ONE WAS NOT TO ALLOW DR. JEFFAY TO IDENTIFY ANYTHING OTHER THAN EOS AGENTS AS MANAGEMENT PROGRAMS.  I'M

08:36:44   1    INCLINED TO GRANT THAT, LOOKING AT HIS REPORT THAT APPEARS TO

08:36:48   2    BE WHAT HE TESTIFIED TO.

08:36:49   3              MR. JAFFE:  AND TO BE CLEAR, SO DR. JAFFE IS GOING TO

08:36:51   4    IDENTIFY AGENTS, AS EOS USES THAT TERM.  WE ARE NOT GOING TO GO

08:36:54   5    OUTSIDE THE REPORT.  OUR ACTUAL DISPUTE IS WITH THE THIRD

08:36:57   6    REQUESTED RELIEF.

08:36:58   7              THE COURT:  OKAY.  THE THIRD ONE WAS NOT TO IDENTIFY

08:37:00   8    EOS AGENTS AS MANAGEMENT PROGRAMS OTHER THAN THE ONLY ONE THAT

08:37:05   9    HE IDENTIFIED IN HIS REPORT.  I'M READING MY NOTES.  DID I GET

08:37:09  10    THAT RIGHT?

08:37:10  11              MR. KRISHNAN:  THAT'S CORRECT, YOUR HONOR.

08:37:11  12              MR. JAFFE:  THAT'S CORRECT, YOUR HONOR.  WE DON'T

08:37:12  13    DISPUTE THAT DR. JEFFAY CAN'T IDENTIFY AGENTS THAT HE DIDN'T

08:37:15  14    MENTION IN HIS REPORT.  WHAT WE DISPUTE IS THAT THERE'S ONLY

08:37:19  15    ONE IDENTIFIED AND THE ONE THAT THEY QUOTED.

08:37:21  16         AND, IN FACT, IF YOU LOOK AT ARISTA'S EXPERT, DR. CHASE --

08:37:27  17              THE COURT:  WHERE WOULD I DO THAT?

08:37:28  18              MR. JAFFE:  HE IDENTIFIES, HE LISTS OUT ALL THE

08:37:30  19    AGENTS THAT DR. JEFFAY MENTIONS, SO YOU DON'T HAVE TO TAKE MY

08:37:34  20    WORD THAT HE MENTIONS OTHER AGENTS.

08:37:36  21              THE COURT:  I'M SAYING WHERE WOULD I SEE DR. CHASE'S

08:37:39  22    REPORT?

08:37:39  23              MR. JAFFE:  I'M HAPPY TO HAND IT UP TO YOUR HONOR.

08:37:42  24         (HANDING.)

08:37:42  25              THE COURT:  THAT'S FINE.  I BELIEVE THAT YOU FILE --

08:37:44  1    GAVE ME A THUMB DRIVE WITH ALL THE REPORTS ON IT.  YOU DO

08:37:47  2    UNDERSTAND THAT THAT WAS A WASTE OF EFFORT BECAUSE I DO NOT

08:37:50  3    OPEN THUMB DRIVES, AND I DO NOT TRY TO READ THOUSAND-PAGE

08:37:53  4    REPORTS.

08:37:54  5         SO THANK YOU FOR HAVING THIS AVAILABLE, BUT IF YOU THINK

08:37:59  6    THAT I HAVE 50 HOURS A DAY TO DO ALL OF THIS, THEN I AM REALLY

08:38:03  7    REGRETTING THAT I HAVE TO DISAPPOINT YOU BUT YOU HAVE 50

08:38:07  8    LAWYERS AND I HAVE ME.  SO LET'S KEEP THAT IN MIND.

08:38:19  9         THEN I'M LOOKING AT PARAGRAPH 103, IS THAT WHAT YOU ARE

08:38:22 10    POINTING ME TO?

08:38:23 11         MR. JAFFE:  YES, AND THE HIGHLIGHTED PORTIONS IN

08:38:26 12    PARTICULAR.  THE REASON I MENTIONED DR. CHASE IS HE PROVIDES

08:38:29 13    THE NAMES OF THE AGENTS THAT DR. JEFFAY IDENTIFIED AND HE

08:38:33 14    PROVIDES PIN CITES TO THOSE.  WE JUST WANT TO MAKE SURE WE ARE

08:38:36 15    CLEAR TO MENTION THOSE.

08:38:37 16         THE COURT:  OKAY.  AND YOUR RESPONSE BY YOUR EXPERT.

08:38:41 17         MR. KRISHNAN:  SOME OF THIS WAS WRITTEN UP IN THE

08:38:43 18    PAPERS, BUT I WANT TO MAKE CLEAR WHAT HAPPENED.  DR. JEFFAY IN

08:38:46 19    HIS REPORT IDENTIFIED 77 PRESCRIBED COMMANDS.

08:38:49 20         THE COURT:  YES.

08:38:50 21         MR. KRISHNAN:  AND WITH RESPECT TO ONE OF THOSE, HE

08:38:53 22    IDENTIFIED A MANAGEMENT PROGRAM.

08:38:54 23         THE COURT:  ALL RIGHT.

08:38:55 24         MR. KRISHNAN:  AT HIS DEPOSITION I WENT DOWN THE LIST

08:38:58 25    WITH HIM AND ASKED HIM WHAT ARE THE MANAGEMENT PROGRAMS FOR

```
08:39:03   1        EACH ONE OF THESE PRESCRIBED COMMANDS.

08:39:05   2              THE COURT:  UH-HUH.

08:39:06   3              MR. KRISHNAN:  FOR MOST OF THEM HE COULD NOT ANSWER.

08:39:09   4              THE COURT:  RIGHT.  I SAW THAT HAD HIS REPORT.

08:39:12   5              MR. KRISHNAN:  AND SOME OF THEM HE SAID I THINK IT'S

08:39:14   6        THIS, I THINK IT'S THAT, AND I CAN'T DO IT WITHOUT LOOKING AT

08:39:17   7        THE SOURCE CODE.

08:39:18   8           SO WHAT I DON'T WANT IS FOR HIM TO GET ON THE STAND TODAY

08:39:20   9        AND THEN IDENTIFY THE MANAGEMENT PROGRAMS WHERE I TRIED TO GET

08:39:22   10       IT OUT OF HIM AT THE DEPOSITION.

08:39:25   11             THE COURT:  RIGHT.  WELL I'M INCLINED TO GRANT THIS

08:39:26   12       BECAUSE I DID READ -- I MEAN, WAS IT DEPOSITION?  YES, I READ

08:39:29   13       THE DEPOSITION TRANSCRIPT AND NOT ONLY WAS HE EQUIVOCAL, HE WAS

08:39:35   14       COMPLETELY FLAT FOOTED IN THOSE RESPONSES.  SO I'M SURE HE'S

08:39:39   15       STUDIED UP SINCE --

08:39:41   16             MR. JAFFE:  AND TO BE CLEAR YOUR HONOR, WE AREN'T

08:39:43   17       SEEKING TO IDENTIFY THE SPECIFIC MANAGEMENT PROGRAMS THAT

08:39:46   18       MR. KRISHNAN ASKED ABOUT IN THE DEPOSITION.  SO DR. JEFFAY

08:39:49   19       IDENTIFIES THE GENERAL CLASS OF AGENTS.

08:39:51   20             THE COURT:  OKAY.

08:39:52   21             MR. JAFFE:  SO HE'S NOT GOING TO GO OUTSIDE THE

08:39:54   22       BOUNDS OF HIS EXPERT REPORT OR WHAT HE TESTIFIED IN HIS

08:39:57   23       DEPOSITION ABOUT IDENTIFYING THE SPECIFIC AGENTS.  IT'S RATHER

08:40:01   24       THE CLASS OF AGENTS.

08:40:02   25             THE COURT:  WELL, IT'S STATED THAT WAY.  OF COURSE I
```

| | | |
|---|---|---|
| 08:40:04 | 1 | WILL ALLOW HIM TO TESTIFY WITHIN THE SCOPE OF HIS REPORT AND |
| 08:40:07 | 2 | MR. KRISHNAN IS NOT ASKING FOR ANYTHING ELSE. |
| 08:40:09 | 3 | SO I'M GOING TO ACTUALLY GRANT THIS PART OF THE MOTION AS |
| 08:40:16 | 4 | SUBMITTED WITH THE UNDERSTANDING THAT DR. JEFFAY MAY TESTIFY |
| 08:40:21 | 5 | CONSISTENT WITH HIS REPORT AND HIS DEPOSITION.  AND I THINK |
| 08:40:25 | 6 | THAT -- I HOPE THAT'S NOT EQUIVOCAL, BUT I THINK THAT'S REALLY |
| 08:40:29 | 7 | WHERE WE ARE. |
| 08:40:30 | 8 | MR. KRISHNAN:  THAT'S ALL WE ARE ASKING FOR, |
| 08:40:31 | 9 | YOUR HONOR. |
| 08:40:32 | 10 | THE COURT:  DOES THAT TAKE CARE OF DR. JEFFAY? |
| 08:40:35 | 11 | MR. KRISHNAN:  IT DOES, YOUR HONOR. |
| 08:40:38 | 12 | YOUR HONOR, IF I COULD RAISE ONE ADMINISTRATIVE ISSUE WITH |
| 08:40:40 | 13 | RESPECT TO THE SOURCE CODE? |
| 08:40:41 | 14 | THE COURT:  YES. |
| 08:40:41 | 15 | MR. KRISHNAN:  AS I UNDERSTAND IT CISCO WILL -- |
| 08:40:43 | 16 | DR. JEFFAY WILL BE DISCUSSING SOURCE CODE.  BUT HE'S -- |
| 08:40:46 | 17 | THE COURT:  THIS IS ONLY IN RELATION TO THE '526. |
| 08:40:49 | 18 | MR. KRISHNAN:  EXACTLY.  AND THEY ARE NOT GOING TO BE |
| 08:40:52 | 19 | PUBLISHING IT TO THE ACTUAL SOURCE CODE LINES TO THE JURY.  AND |
| 08:40:55 | 20 | SO WE ARE NOT GOING TO ASK THAT THE COURTROOM BE CLEARED OR |
| 08:40:58 | 21 | ANYTHING LIKE THAT, BUT WE WILL BE MOVING TO SEAL THE ACTUAL |
| 08:41:01 | 22 | EXHIBIT. |
| 08:41:01 | 23 | THE COURT:  OKAY.  AND, OF COURSE, THAT'S FINE.  AND |
| 08:41:04 | 24 | YOU KNOW, YOU CAN PROVIDE OMNIBUS SEALING REQUEST LISTING THE |
| 08:41:09 | 25 | EXHIBITS.  OF COURSE YOU WILL HAVE TO EXPLAIN IT.  IT'S |

| | |
|---|---|
| 08:41:12 | 1 |
| 08:41:15 | 2 |
| 08:41:16 | 3 |
| 08:41:17 | 4 |
| 08:41:18 | 5 |
| 08:41:20 | 6 |
| 08:41:23 | 7 |
| 08:41:26 | 8 |
| 08:41:29 | 9 |
| 08:41:31 | 10 |
| 08:41:33 | 11 |
| 08:41:35 | 12 |
| 08:41:38 | 13 |
| 08:41:41 | 14 |
| 08:41:43 | 15 |
| 08:41:45 | 16 |
| 08:41:46 | 17 |
| 08:41:48 | 18 |
| 08:41:51 | 19 |
| 08:41:53 | 20 |
| 08:41:55 | 21 |
| 08:42:07 | 22 |
| 08:42:10 | 23 |
| 08:42:12 | 24 |
| 08:42:14 | 25 |

1  TEDIOUS, BUT I KNOW THAT'S IMPORTANT TO YOUR CLIENT, SO WE WILL

2  DO THAT.

3            MR. KRISHNAN:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

4            MR. JAFFE:  THANK YOU, YOUR HONOR.

5            THE COURT:  ALL RIGHT THEN.  THE CISCO OBJECTIONS WE

6  WILL HOLD.  I WILL EXPECT SIMILAR PROGRESS AS YOU'VE MADE ON

7  THE OTHERS, AND I APPRECIATE THAT.

8      THEN --

9            MR. SANTACANA:  THERE'S ONE MORE ISSUE, YOUR HONOR.

10            THE COURT:  YES, OF COURSE.  GOOD MORNING.

11            MR. SANTACANA:  THIS ONE WAS FROM MONDAY, ACTUALLY.

12            THE COURT:  LET ME SEE, LET ME PULL THAT ONE OUT.

13  NOW YOU ARE REALLY STRETCHING MY MEMORY.

14            MR. SANTACANA:  WE HAVE COPIES HERE, AND I WILL PUT

15  SOME THINGS ON THE SCREEN TO MAKE IT EASIER FOR YOU.

16            THE COURT:  MONDAY WAS --

17            MR. VAN NEST:  THE 28TH.

18            THE COURT:  I HAVE TUESDAY.  I'M JUST TRYING TO --

19  NO, YOU WANT FROM THE 28TH?

20            MR. SANTACANA:  FROM THE 28TH.

21            THE COURT:  OKAY.  WELL, LET'S SEE.  ALL RIGHT.  THIS

22  IS REALLY GOING TO STRETCH MY MEMORY, BUT LET'S SEE WHAT YOU

23  HAVE.

24            MR. SANTACANA:  THIS IS A COPY OF THE EXHIBIT THAT WE

25  ARE TALKING ABOUT.

1324

| | | |
|---|---|---|
| 08:42:15 | 1 | THE COURT:  THANK YOU. |
| 08:42:16 | 2 | MR. SANTACANA:  THIS IS THE -- |
| 08:42:18 | 3 | THE COURT:  OH, OKAY. |
| 08:42:21 | 4 | MR. SANTACANA:  -- INTERROGATORY RESPONSE THAT CISCO |
| 08:42:23 | 5 | PROVIDED LISTING WHO THEY BELIEVE ARE THE AUTHORS OF EACH |
| 08:42:27 | 6 | ASSERTED COMMAND. |
| 08:42:28 | 7 | THE COURT:  RIGHT. |
| 08:42:28 | 8 | MR. SANTACANA:  AND WE HAD A DISCUSSION ON MONDAY, |
| 08:42:30 | 9 | AND YOU ASKED US TO GO BACK AND LOOK AT SOME EXEMPLARS AND |
| 08:42:34 | 10 | PRESENT THEM TO YOU AND DISCUSS THEM. |
| 08:42:36 | 11 | THE COURT:  OKAY.  WOW, I REMEMBER SAYING THAT BUT |
| 08:42:38 | 12 | I'M -- OKAY.  I'M GOING TO TRY TO COME UP TO SPEED BECAUSE MY |
| 08:42:44 | 13 | MEMORY IS NOT THAT GOOD.  ALL RIGHT.  AND SO CAN YOU ARTICULATE |
| 08:42:49 | 14 | THE ISSUE AGAIN FOR ME, I'M SORRY. |
| 08:42:51 | 15 | MR. SANTACANA:  OF COURSE.  THE PRIMARY ISSUE THAT I |
| 08:42:53 | 16 | HAVE TO DISCUSS TODAY, YOUR HONOR, IS THAT MOST OF THE |
| 08:42:57 | 17 | DOCUMENTS THAT SUPPOSEDLY UNDERLIE THIS SUMMARY EXHIBIT ARE NOT |
| 08:43:01 | 18 | ADMISSIBLE. |
| 08:43:03 | 19 | THE COURT:  WERE NOT -- |
| 08:43:04 | 20 | MR. SANTACANA:  ADMISSIBLE. |
| 08:43:05 | 21 | THE COURT:  YES, OKAY. |
| 08:43:09 | 22 | MR. SANTACANA:  THAT THE EXHIBIT DOES NOT REFLECT |
| 08:43:10 | 23 | ANYTHING OTHER THAN CISCO'S LEGAL CONTENTIONS IN THE CASE WHICH |
| 08:43:14 | 24 | IS WHO THEY BELIEVE THE AUTHOR OF EACH COMMAND IS, WHETHER OR |
| 08:43:17 | 25 | NOT THE DOCUMENT SAYS IT AND WHETHER OR NOT A DOCUMENT HAS BEEN |

08:43:20  1    CITED.

08:43:20  2            THE COURT:  OKAY.

08:43:20  3            MR. SANTACANA:  SO IF WE COULD GET 4789 ON THE

08:43:26  4    SCREEN.

08:43:28  5        I HAVE A COUPLE POINTS I WOULD LIKE TO MAKE BEFORE WE GET

08:43:32  6    TO THE UNDERLYING DOCUMENTS.

08:43:33  7            THE COURT:  SORRY.  I'M GOING TO LOOK AWAY FROM YOU

08:43:35  8    IF YOU WANT ME TO LOOK HERE OR YOU CAN POINT ME TO A PLACE IN

08:43:39  9    THE WRITTEN ARGUMENT.  IT'S EASIER IF I LOOK AT YOU THAN HAVE

08:43:43  10   MY BACK TO YOU.

08:43:44  11           MR. SANTACANA:  SO ON PAGE 3 YOU CAN SEE THERE ON THE

08:43:47  12   THIRD, FOURTH, AND FIFTH LINES, THAT KIRK LOUGHEED IS

08:43:50  13   IDENTIFIED AS THE AUTHOR OF THREE COMMANDS.

08:43:53  14           THE COURT:  SO THIS IS BANNER LOG IN?

08:43:55  15           MR. SANTACANA:  THAT'S RIGHT.  THE EARLIEST KNOWN

08:43:59  16   DOCUMENT IS LISTED AS CISCO IOS 10, AND THE DATE LISTED IS

08:44:04  17   1993.

08:44:04  18       ON MONDAY, MR. PAK REPRESENTED THAT CISCO MAKES CISCO

08:44:08  19   IOS 10 AVAILABLE IN THE FORM OF SOURCE CODE TO ARISTA, AND,

08:44:11  20   THEREFORE, THIS DOCUMENT CITATION IS SUFFICIENT.

08:44:15  21       I CHECKED THAT NIGHT WITH OUR EXPERT TO GET AN INVENTORY

08:44:18  22   OF ALL OF THE VERSIONS OF CISCO SOURCE CODE ON THE SOURCE CODE

08:44:21  23   COMPUTER.  THIS IS NOT ONE OF THOSE VERSIONS.  AND THERE ARE

08:44:25  24   OTHER VERSIONS IN THIS DOCUMENT --

08:44:26  25           THE COURT:  SO YOU JUST DON'T HAVE IOS 10?

1326

08:44:30   1          MR. SANTACANA:  NO.  I DON'T KNOW THAT CISCO HAS IT.

08:44:32   2    THERE'S BEEN SOME EVIDENCE IN THE CASE --

08:44:34   3          THE COURT:  IS THIS A TYPOGRAPHICAL ERROR, IF CISCO

08:44:38   4    DOESN'T HAVE IOS 10 --

08:44:41   5          MR. SANTACANA:  I DON'T THINK IT'S A TYPOGRAPHICAL

08:44:44   6    ERROR.  I THINK MR. LOUGHEED TOLD CISCO HE AUTHORED THESE

08:44:47   7    COMMANDS, AND SO THIS IS OBVIOUSLY HEARSAY.

08:44:50   8          THE COURT:  WELL, MR. LOUGHEED TESTIFIED.  WAS THIS

08:44:53   9    ONE OF THE PHRASES THAT WAS ON HIS EXHIBIT?

08:44:56  10          MR. PAK:  YES, IT WAS YOUR HONOR.

08:44:57  11          THE COURT:  WELL, I HAVE DIRECT EVIDENCE.

08:44:58  12          MR. SANTACANA:  DIRECT EVIDENCE, YOUR HONOR, BUT NOT

08:45:01  13    A SUMMARY OF VOLUMINOUS EVIDENCE.  IF MR. LOUGHEED TESTIFIED

08:45:06  14    CORRECTLY, THIS IS A DIFFERENT QUESTION.  IF YOU LOOK FURTHER

08:45:09  15    INTO THE DOCUMENT THERE ARE OTHER EXAMPLES OF THIS WHERE OTHER

08:45:12  16    PEOPLE ARE NAMED AS AUTHORS AND THERE ARE VERSIONS OF IOS THAT

08:45:16  17    ARE LISTED SUCH AS VERSION 7 AND 8 THAT WE KNOW HAVE BEEN

08:45:20  18    DESTROYED.

08:45:22  19          AND SO IT'S NOT CLEAR TO US WHY CISCO CLAIMS THAT THAT WAS

08:45:27  20    THE SOURCE OF AUTHORSHIP.  BUT THAT'S ONLY ABOUT 50 OF THE

08:45:32  21    ENTRIES ON THIS LIST OF 500.  I HAVE A LARGER PROBLEM I WOULD

08:45:35  22    LIKE TO DISCUSS, WHICH IS THAT OVER 200 OF THE ENTRIES LOOK

08:45:39  23    LIKE THE ONE ON PAGE 1 IN THE FIRST LINE, WHICH IS A CITATION

08:45:44  24    TO SOURCE CODE.

08:45:45  25          ON MONDAY, MR. PAK EXPLAINED THAT WHAT CISCO DID WAS

08:45:49    1    FIGURE OUT WHO CHECKED IN THE SOURCE CODE FOR EACH COMMAND,

08:45:53    2    THAT IS WHO TOOK THE SOURCE CODE, AND ADDED IT TO CISCO'S

08:45:55    3    SOURCE CODE REPOSITORY.

08:45:58    4        BUT IN THIS CASE WHEN CISCO WAS RESISTING HAVING TO

08:46:02    5    PRODUCE THIS INTERROGATORY RESPONSE, MR. REMAKER, WHO IS

08:46:06    6    PURPORTEDLY THE PREPARER OF THIS DOCUMENT AND WHO CISCO, I

08:46:10    7    UNDERSTAND, INTENDS TO RECALL IN ORDER TO ADMIT THIS DOCUMENT,

08:46:13    8    HE SUBMITTED A SWORN DECLARATION WHERE HE SAID THAT SOURCE CODE

08:46:17    9    CHECK-INS MEAN NOTHING.

08:46:19   10        PHOTOCOPY WE CAN LOOK AT EXHIBIT 5612, AND I HAVE COPIES

08:46:27   11    HERE, IF YOU WOULD LIKE TO USE THE PAPER, WE FILED A MOTION TO

08:46:36   12    COMPEL RESPONSES TO OUR INTERROGATORY.

08:46:41   13            THE COURT:  AND WHAT PARAGRAPH ARE YOU DIRECTING ME

08:46:42   14    TO?

08:46:43   15            MR. SANTACANA:  I WOULD LIKE TO LOOK AT PARAGRAPH 11.

08:46:45   16    MR. REMAKER SUBMITTED THIS IN OUR OPPOSITION TO THE MOTION TO

08:46:51   17    COMPEL.  THE PURPOSE OF THIS DECLARATION WAS TO SHOW THAT IT

08:46:53   18    WOULD BE IMPOSSIBLE TO GO THROUGH CISCO'S RECORDS AND DETERMINE

08:46:56   19    WHO THE AUTHOR OF EACH COMMAND IS.

08:46:59   20        SO MR. REMAKER SAID UNDER OATH, "AS A MATTER OF COURSE

08:47:03   21    CISCO DOESN'T TRACK THE DEVELOPER RESPONSIBLE FOR EACH LINE OF

08:47:06   22    SOURCE CODE.  CISCO TEAMS WORK COLLABORATIVELY AND THE PERSON

08:47:10   23    WHO 'CHECKS-IN' OR PUTS THE CODE INTO THE SOURCE CODE

08:47:14   24    REPOSITORY FOR THE FIRST TIME MAY OR MAY NOT BE THE PERSON THAT

08:47:17   25    DESIGNED THE COMMAND EXPRESSION.  THEY MAY BE AND IN MANY

08:47:21   1    INSTANCES WILL LIKELY BE THE PERSON WHO PERFORMED THE

08:47:24   2    PROGRAMMING TASK AFTER ALL CREATIVE DESIGN DECISIONS WERE

08:47:27   3    ALREADY MADE."

08:47:28   4        THE NAME ON THIS INTERROGATORY RESPONSE IS THE PERSON WHO

08:47:31   5    MADE THE PROGRAMMING TASK, NOT THE PERSON WHO, ACCORDING TO

08:47:36   6    MR. REMAKER, WOULD HAVE MADE ANY CREATIVE DESIGN DECISION.  AND

08:47:41   7    YET --

08:47:42   8            THE COURT:  AND NOT NECESSARILY THAT PERSON.

08:47:43   9            MR. SANTACANA:  NOT NECESSARILY.

08:47:44  10            THE COURT:  ALL RIGHT.  WHICH IS JUST AS GOOD BUT

08:47:47  11    IT'S JUST AS BIG A PROBLEM.

08:47:48  12            MR. SANTACANA:  SO I HAVE SOME EXEMPLARS I CAN SHOW

08:47:51  13    YOU, YOUR HONOR, BUT I THINK THESE TWO ITEMS ALONE MAKE IT

08:47:53  14    IMPOSSIBLE FOR THIS EXHIBIT TO BE SHOWN TO THE JURY.

08:47:56  15            THE COURT:  AND THEN, OF COURSE, I ALSO SAW THAT SOME

08:47:58  16    OF THEM ARE JUST LISTED AS CISCO.  IT WAS VERY FEW THAT DIDN'T

08:48:03  17    HAVE NAMES ABOUT BUT THERE WERE A COUPLE.  MAYBE I SAW THREE OR

08:48:07  18    FOUR WHEN I WAS --

08:48:08  19            MR. PAK:  THAT IS CORRECT, YOUR HONOR.

08:48:09  20            THE COURT:  SO, MR. PAK, YOU KNOW, MR. LOUGHEED CAN

08:48:11  21    CERTAINLY GIVE DIRECT EVIDENCE.  IT WOULD AFFECT THIS CHART,

08:48:15  22    AND THIS IS -- THIS REPRESENTS -- THIS IS -- YOU CAN'T CHANGE

08:48:21  23    EXHIBIT F, OF COURSE, BUT YOU CAN CHANGE YOUR SUMMARY DOCUMENT

08:48:25  24    TO INDICATE THROUGH HIS TESTIMONY WHEN HE -- AND WE DIDN'T

08:48:30  25    ACTUALLY HAVE AN EXHIBIT, IT WAS JUST A DEMONSTRATIVE OF THE

1329

08:48:36   1      COMMAND EXPRESSIONS MR. LOUGHEED CLAIMS AUTHORSHIP OF.

08:48:39   2             MR. PAK:  AND WE HAD HIM WEED OUT THOSE COMMANDS INTO

08:48:43   3      THE RECORD SO WE DO HAVE THAT.

08:48:45   4         BUT, YOUR HONOR, LET ME KIND OF STEP BACK AND EXPLAIN WHAT

08:48:48   5      THIS DOCUMENT IS ALL ABOUT.  I THINK WE MAY HAVE A

08:48:50   6      MISUNDERSTANDING.

08:48:51   7         CISCO IS THE AUTHOR FOR PURPOSES OF COPYRIGHT, SO THIS IS

08:48:55   8      NOT A SITUATION WHERE WE HAVE INDIVIDUAL COPYRIGHTED WORKS THAT

08:49:00   9      BELONG TO INDIVIDUALS.  EVERYTHING WAS DONE, IT'S WORK MADE FOR

08:49:04  10      HIRE, EITHER AS AN EMPLOYEE OR AS A CONSULTANT.

08:49:08  11         SO THE QUESTION OF WHO IS THE AUTHOR FOR PURPOSES OF

08:49:11  12      COPYRIGHT LAW, THAT QUESTION HAS ALREADY BEEN RESOLVED, THAT'S

08:49:15  13      CISCO, THE COMPANY, AND THERE'S NO DISPUTE ABOUT THAT.

08:49:19  14         WHAT THIS DOCUMENT REFLECTS, YOUR HONOR, IS OUR VERY BEST

08:49:23  15      EFFORT.  OBVIOUSLY WE CAN'T GO BACK IN TIME AND RECREATE

08:49:28  16      HISTORY.

08:49:28  17             THE COURT:  SURE.

08:49:28  18             MR. PAK:  SO WHAT WE DID IS IN RESPONSE TO AN

08:49:31  19      INTERROGATORY THEY PROPOUNDED ON US, AND WE HAD MOTION PRACTICE

08:49:34  20      IN FRONT OF JUDGE GREWAL.  WE DID THE BEST WE CAN TO COLLECT

08:49:39  21      ALL THE BUSINESS RECORDS WE HAVE IN OUR POSSESSION, AND WE

08:49:42  22      ASSEMBLED IT HERE NOT ONLY FOR THE PURPOSE OF IDENTIFYING

08:49:46  23      AUTHORS BUT THE EARLIEST-KNOWN DOCUMENTS, THE DATE OF THE

08:49:49  24      EARLIEST-KNOWN OPERATING SYSTEM OF THAT COMMAND.  FIRST

08:49:56  25      DISTRIBUTION DATE.

```
08:49:58   1          IT IS OUR CONTENTION AND I THINK THERE'S NO DISPUTE THAT

08:50:04   2     ALL 506 OF THE COMMANDS WE ASSERTED IN THIS CASE, THERE IS NO

08:50:07   3     OTHER COMPANIES THAT USED THESE COMMANDS BEFORE WE DID.  SO

08:50:10   4     THESE DATES ARE IMPORTANT.  I AM PERFECTLY HAPPY ELIMINATING

08:50:14   5     THE ENTIRE AUTHORSHIP COLUMN TO RESOLVE THIS DISPUTE ABOUT --

08:50:17   6     BECAUSE WE DON'T THINK IT'S RELEVANT TO THE QUESTION OF -- ANY

08:50:20   7     QUESTION ACTUALLY IN THIS CASE.

08:50:21   8          THE COURT:  AND YOU WOULD BE -- YOU WOULD BE WILLING

08:50:23   9     TO ALLOW IT JUST TO SHOW CISCO AS THE AUTHOR.

08:50:26   10         MR. PAK:  ABSOLUTELY.  WE CAN --

08:50:28   11         THE COURT:  AND IT REALLY CAUSES ME TO QUESTION THIS,

08:50:31   12    BECAUSE, IN FACT, COMPANIES WORK AS TEAMS.

08:50:38   13         MR. PAK:  ABSOLUTELY.

08:50:38   14         THE COURT:  AND THE INDIVIDUALS, IT'S NOT LIKE A

08:50:40   15    PATENT WHERE YOU NEED AN INVENTOR AND IT HAS TO BE ACCURATE AND

08:50:43   16    NAMES ARE ON AND OFF OF PATENTS ALL THE TIME TO ENSURE THAT

08:50:46   17    ACCURACY, EVEN THOUGH THEY MAY NOT HAVE ANY OWNERSHIP RIGHT TO

08:50:51   18    THE PATENT.

08:50:51   19         MR. PAK:  THAT'S RIGHT, YOUR HONOR.

08:50:52   20         THE COURT:  THIS IS A LITTLE DIFFERENT AND COPYRIGHT

08:50:54   21    IS A MORE FLUID CONCEPT, FRANKLY.  SO I -- I KNOW THAT YOU

08:51:00   22    SPENT ENORMOUS TIME AND COST TO IDENTIFY AUTHORS AS ARISTA

08:51:06   23    REQUESTED, AND AS I'VE HEARD MR. LOUGHEED'S TESTIMONY ABOUT

08:51:12   24    WHAT CISCO DID TO CREATE THESE COMMAND LINES AND HELP

08:51:20   25    DESCRIPTIONS AND RESPONSES, IT'S -- YOU KNOW, IT DOESN'T LOOK
```

1331

```
08:51:26   1    AS THOUGH CISCO ATTRIBUTED AUTHORSHIP TO A PARTICULAR MEMBER OF

08:51:31   2    ANY TEAM.

08:51:33   3              MR. PAK:  CORRECT.

08:51:33   4              THE COURT:  IT DOESN'T ATTRIBUTE AUTHORSHIP TO THE

08:51:36   5    PARSER-POLICE, THEY WERE JUST GIVING GUIDANCE.  AND IT'S NOT

08:51:42   6    EVEN CLEAR TO ME THAT THE TEAMS, HOW FORMALIZED THE TEAMS WERE,

08:51:46   7    NOR DOES IT MATTER, FRANKLY, IT JUST DOESN'T MATTER.

08:51:50   8         SO, YOU KNOW, I THINK THAT IT'S PROBABLY -- I AGREE WITH

08:51:55   9    ARISTA, IT IS INACCURATE TO ASCRIBE THIS EVIDENCE AS EVIDENCE

08:52:02  10    TO ESTABLISH THE AUTHOR AS NAMED ON THIS DOCUMENT, THAT IT MAY

08:52:07  11    BE THE LAST PERSON TO TOUCH IT BEFORE IT WAS, AS IT WAS LOGGED

08:52:12  12    IN AND CEMENTED, ESSENTIALLY, AS A COMMAND.  I MEAN, IT WOULD

08:52:21  13    HAVE BEEN THE YOUNGEST PERSON ON THE TEAM, YOU KNOW.

08:52:23  14              MR. PAK:  THAT'S TRUE.

08:52:24  15              THE COURT:  YOU'VE GOT TO DO THIS, MIKEY, BECAUSE

08:52:26  16    YOU'RE THE KID, BUT --

08:52:27  17              MR. PAK:  AND THIS IS GOING BACK IN TIME AND JUST TO

08:52:29  18    SET THE CONTEXT AGAIN, YOUR HONOR, THESE ARE PROTECTABLE

08:52:31  19    ELEMENTS.  SO THE REASON WHY WE ARE HAVING THIS DISCUSSION NOW

08:52:34  20    AT THIS POINT IS IT'S UNQUESTIONABLE THAT CISCO REGISTERED ALL

08:52:40  21    THOSE REGISTRATIONS AND THAT THE COPYRIGHTED WORKS, AS

08:52:43  22    YOUR HONOR DEFINED IT, ARE THE USER INTERFACES OF THE DIFFERENT

08:52:46  23    OPERATING SYSTEMS.

08:52:47  24         ALL WE ARE TALKING ABOUT IS AS WE GO THROUGH THE

08:52:50  25    FILTRATION PROCESS, SHOWING DILIGENCE IN TERMS OF THE
```

08:52:54  1      PROTECTABLE ELEMENTS, SHOWING INFORMATION THAT DO EXIST IN OUR

08:52:56  2      RECORDS TO CORROBORATE THEIR CREATION.  AND WE, FRANKLY, DON'T

08:53:03  3      THINK AUTHORSHIP IS REALLY THAT RELEVANT.

08:53:05  4           THE COURT:  WELL, YOU KNOW, MR. PAK, AND MR. VAN NEST

08:53:07  5      CAN CORRECT ME IF HE DISAGREES WITH THIS, BUT IT HAD BEEN

08:53:10  6      UNCLEAR TO ME, AND I HIGHLIGHTED AND DREW BOXES AROUND WHAT I

08:53:15  7      THOUGHT WERE AMBIGUOUS STATEMENTS THROUGHOUT YOUR PAPERS AS TO

08:53:20  8      WHAT YOU WERE CLAIMING IN -- AND I HAVE BEEN LOOKING AT AND

08:53:22  9      WORKING ON ANALYTIC DISSECTION, IT'S CLEAR TO ME NOW THAT YOU

08:53:26 10      ARE ONLY CLAIMING THAT THE BUILDING BLOCK OF COMMAND LINE

08:53:35 11      EXPRESSIONS AS A COMPILATION IS PROTECTABLE AND OBJECT THE

08:53:37 12      INDIVIDUAL LINES.

08:53:38 13           AND IN FACT, ALTHOUGH IT'S PART OF THE TESTIMONY YESTERDAY

08:53:40 14      AND NOT PART OF WHAT I'M WORKING ON, BECAUSE IT WOULD BE

08:53:43 15      PREMATURE FOR ME, BUT EVEN YOUR OWN EXPERT DID NOT OFFER

08:53:48 16      TESTIMONY THAT AN INDIVIDUAL LINE WAS PROTECTABLE INDIVIDUALLY.

08:53:51 17      HE TALKED ABOUT THEM AS A GROUP.

08:53:53 18           AND YOUR BRIEFING, TO ME, IS ABUNDANTLY CLEAR.  AND SO I'M

08:53:58 19      NOW SEEING WHAT IS, AS YOU DESCRIBE IT, NOT ME, BUT A

08:54:02 20      COMPILATION, I MEAN MAYBE THE ENTIRE USER INTERFACE IS A

08:54:06 21      COMPILATION AND WHETHER I BREAK IT DOWN INTO THE FOUR OR FIVE

08:54:10 22      PARTS AS INDIVIDUAL COMPILATIONS, I'M STILL THINKING ABOUT.

08:54:14 23           BUT, QUITE FRANKLY, TO THE EXTENT THAT YOU HAVE NOW, I

08:54:18 24      THINK, CLARIFIED THAT YOU ARE SEEKING PROTECTION FOR COMMAND

08:54:21 25      LINES, AT MOST, AT THEIR LEVEL OF THE ENTIRE BUILDING BLOCK,

08:54:25  1    AND NOT 508 SEPARATE PROTECTABLE ELEMENTS, THEN I THINK THIS

08:54:30  2    ARGUMENT IS MORE PERSUASIVE TO ME ABOUT THE TEAM EFFORT AND THE

08:54:35  3    PROCESS OF DEVELOPING THIS.

08:54:38  4         THAT, IN MY VIEW, OF COURSE, ONCE WE ARE AT THIS LEVEL,

08:54:41  5    AND I JUST WANT TO BE CLEAR BECAUSE YOU ALL ARE KNOW PLANNING

08:54:46  6    YOUR CASE, IS LEADING WHERE I SAY ALL ALONG TO THIN PROTECTION

08:54:49  7    AND VIRTUAL IDENTITY, BUT THAT'S NO SURPRISE, I HAVE BEEN

08:54:52  8    TELLING YOU THAT IN CHAMBERS FOR QUITE A WHILE AND I'M JUST

08:54:55  9    TRYING TO NAIL DOWN ALL THE EVIDENCE SO THAT I CAN BE SURE I'M

08:54:59  10   CORRECT ON THAT.

08:55:00  11        I KNOW ARISTA HAS ARGUED THAT CONSISTENTLY.  BUT THIS IS

08:55:03  12   ONE OF THE FACTORS THAT I'M CONSIDERING AS TO WHETHER IT WOULD

08:55:08  13   BE THIN OR BROAD PROTECTION, AND IT OBVIATES THE NEED TO

08:55:10  14   DETERMINE WHETHER AN INDIVIDUAL PHRASE IS TOO SHORT TO HAVE ANY

08:55:15  15   CREATIVE EXPRESSION IN IT.

08:55:17  16        SO -- OR AT LEAST MAKES IT LESS CENTRAL TO A DECISION

08:55:23  17   BECAUSE THE RESULT IS THE SAME.

08:55:24  18        MR. PAK:  YOUR HONOR, OBVIOUSLY WE ARE GOING TO HAVE

08:55:26  19   SOME MORE DISCUSSION AS YOUR HONOR IS THINKING THROUGH THAT,

08:55:29  20   AND THERE'S GOING TO BE MORE EVIDENCE ON THAT.

08:55:31  21        THE COURT:  OF COURSE.

08:55:32  22        MR. PAK:  I THINK JUST TO BE CLEAR ON THE RECORD,

08:55:34  23   WHAT WE ARE TALKING ABOUT IS NOT -- THERE'S A DIFFERENCE

08:55:36  24   BETWEEN PROTECTION, AS FAR AS MAKING A PASS FILTRATION, VERSUS

08:55:45  25   COPYRIGHTABILITY AND VERSUS WHAT IS THE COPYRIGHTED WORK.

08:55:47  1                THE COURT:  SURE.

08:55:48  2                MR. PAK:  WE ARE NOT SAYING INDIVIDUAL TERMS ARE

08:55:50  3        COPYRIGHTABLE --

08:55:50  4                THE COURT:  YES.  BUT YOU ARE ACTUALLY NOT SAYING

08:55:52  5        THAT INDIVIDUAL PHRASES ARE COPYRIGHTABLE, YOU ARE SAYING THE

08:55:57  6        COMMAND, I BELIEVE.

08:55:58  7                MR. PAK:  I THINK WE'VE NEVER -- OR LET ME BE VERY

08:56:03  8        CLEAR.  IT IS NOT OUR POSITION THAT INDIVIDUAL WORDS ARE

08:56:07  9        COPYRIGHTABLE OR WERE COPYRIGHTED WHEN WE MADE THE

08:56:09 10        REGISTRATIONS WITH THE COPYRIGHT OFFICE.

08:56:10 11                THE COURT:  SURE.

08:56:11 12                MR. PAK:  YOUR HONOR RESOLVED THAT QUESTION.  WE KNOW

08:56:13 13        THE USER INTERFACES OF THE FOUR OPERATING SYSTEMS ARE THE

08:56:17 14        COPYRIGHTED WORKS.

08:56:18 15            WE DO BELIEVE AS FAR AS FILTRATION, LOOKING AT WHERE THE

08:56:21 16        THINGS ARE PROTECTABLE, THAT WE DO BELIEVE THAT THESE COMMAND

08:56:25 17        EXPRESSIONS, BECAUSE OF THE PROCESS THAT WE TALKED ABOUT, DO

08:56:28 18        REFLECT JUDGMENT CALLS ON --

08:56:31 19                THE COURT:  OH, I'M NOT SUGGESTING THEY DON'T.  BUT I

08:56:33 20        DON'T HAVE ALL THE EVIDENCE YET.  I MEAN, I CAN'T DRAW THAT

08:56:37 21        CONCLUSION.

08:56:37 22                MR. PAK:  RIGHT.

08:56:38 23                THE COURT:  BUT I JUST KNOW WHAT YOU HAVEN'T PUT IN

08:56:40 24        IN YOUR CASE, AND THAT'S NOT GOING TO CHANGE.

08:56:43 25                MR. PAK:  IT'S NOT GOING TO CHANGE, YOUR HONOR.

08:56:45  1          THE COURT:  SO LET'S GET BACK BECAUSE NOW WE HAVE

08:56:47  2    KIND OF GOTTEN AWAY FROM IT.

08:56:49  3          MR. PAK:  SO THE ONLY THING WE ARE ASKING REALLY TO

08:56:51  4    DO WITH THIS SUMMARY EXHIBIT IS I UNDERSTAND THE COMPLAINTS

08:56:54  5    THAT ARISTA HAS MADE ABOUT JUST THE LACK OF HISTORICAL

08:56:56  6    DOCUMENTS ON SOME OF THE THESE AUTHORS, WE DON'T THINK THAT'S

08:56:59  7    RELEVANT TO ANY ISSUE IN THE CASE.  I WOULD PROPOSE THAT WE

08:57:03  8    JUST EITHER BLACK OUT OR ELIMINATE THE AUTHOR COLUMN --

08:57:07  9          THE COURT:  WELL, I DON'T WANT YOU TO BLACK THINGS

08:57:09  10   OUT THAT JUST RAISES ALL KINDS OF --

08:57:11  11         MR. PAK:  RIGHT.  SO I WOULD ELIMINATE THAT COLUMN

08:57:15  12   ALTOGETHER.  AND THIS SLOWS AGAIN --

08:57:17  13         THE COURT:  THE EARLIEST KNOWN DOCUMENT IS FINE.  I

08:57:20  14   MEAN, IT IS WHAT IT IS.

08:57:21  15         MR. PAK:  YES.  AND IF THERE IS COMPLAINTS ABOUT SOME

08:57:24  16   OF THE --

08:57:24  17         THE COURT:  YOU CAN TAKE OUT THE NAMED INDIVIDUAL AND

08:57:27  18   LEAVE THIS ALL AS CISCO, I DON'T KNOW WHAT ISSUES THIS RAISES

08:57:31  19   FOR ARISTA.

08:57:32  20         MR. SANTACANA:  A COUPLE OF THINGS.  I APPRECIATE THE

08:57:34  21   OFFER, AND WE WILL CERTAINLY ACCEPT IT TO REMOVE THE INDIVIDUAL

08:57:37  22   AUTHORS.  I THINK MR. PAK WAS PROPOSING REMOVING THE ENTIRE

08:57:40  23   COLUMN.

08:57:41  24         THE COURT:  WHICH COLUMN, THE ENTIRE AUTHOR COLUMN?

08:57:43  25         MR. PAK:  WHAT I WOULD DO IS INSTEAD OF ORIGINATOR, I

1336

08:57:46  1    WOULD JUST SAY AUTHOR INFORMATION AND PUT CISCO ALL THE WAY

08:57:49  2    DOWN.

08:57:49  3            THE COURT:  OR JUST TAKE IT OUT.  I MEAN, IS THAT

08:57:52  4    BETTER, MR. VAN NEST, TO TAKE OUT THE COLUMN?

08:57:54  5            MR. VAN NEST:  WELL I WANTED TO -- YEAH, I THINK SO,

08:57:57  6    YEAH.

08:57:57  7        BUT THIS IS REALLY ONLY FAIR IF WHAT YOUR HONOR SAID IS

08:58:01  8    TRUE, AND, OF COURSE, I AGREE WITH IT 100 PERCENT, BUT I DIDN'T

08:58:04  9    HEAR MR. PAK SAY, I AGREE ALSO.

08:58:06  10           THE COURT:  WELL, HE DOESN'T HAVE TO AGREE BECAUSE

08:58:08  11   I'M KNOW GOING TO ISSUE AN ORDER.

08:58:10  12           MR. VAN NEST:  OKAY.  FAIR ENOUGH.  MY

08:58:12  13   UNDERSTANDING --

08:58:12  14           THE COURT:  I MEAN, I REALLY WAS JUST SORT OF

08:58:14  15   FLOATING, I WANT YOU TO KNOW WHERE I AM BECAUSE YOU ARE PUTTING

08:58:17  16   YOUR CASE ON, AND IF MR. PAK COULD MAKE A CONVINCING ARGUMENT,

08:58:21  17   I WOULD RETHINK.

08:58:22  18           MR. VAN NEST:  IN OTHER WORDS, IN OTHER WORDS, IF

08:58:23  19   THEY ARE HANGING ON TO INDIVIDUAL LINE PROTECTABILITY WHICH IS

08:58:29  20   WHAT YOU ADDRESS, THEN IT'S NOT FAIR TO DO THIS.

08:58:32  21       IF THEY ARE NOT, AND WHAT THEY REALLY HAVE IS A CLAIM FOR

08:58:35  22   THE COMPILATION OR WHATEVER YOU WANT TO CALL IT, THE CLI

08:58:38  23   COMMAND LINES, AS A WHOLE --

08:58:40  24           THE COURT:  YEAH.

08:58:40  25           MR. VAN NEST:  -- THAT HAS DIFFERENT IMPLICATIONS,

1337

```
08:58:42   1        BUT IT MAKES IT MORE FAIR TO TAKE THIS COLUMN OFF.

08:58:45   2             THE COURT:  GOOD.  AND THEN YOU WON'T KNOW ARGUING

08:58:47   3        THE ISSUE OF THERE'S NO AUTHORSHIP.

08:58:49   4        MR. PAK, YOUR PAPERS, AS I SAID, I THINK THEY HAVE BEEN

08:58:55   5        AMBIGUOUS.  BUT IN YOUR LAST FILING, I THINK YOU WERE

08:58:59   6        ABUNDANTLY CLEAR THAT YOU WERE LOOKING AT THE BUILDING BLOCK AS

08:59:03   7        A WHOLE AND NOT THE INDIVIDUAL PIECES OF IT.

08:59:06   8        NOW, I HAVE TO DETERMINE IF ANYTHING WITHIN THE BUILDING

08:59:09   9        BLOCK IS UNPROTECTABLE, BUT -- AND, OF COURSE, YOU'VE ALREADY

08:59:14  10        INDICATED THE INDIVIDUAL WORDS ARE NOT SOUGHT -- THE

08:59:21  11        PROTECTION.  AND I WOULD HAVE MADE THAT FINDING ANYWAY, BUT YOU

08:59:23  12        HAVE, I APPRECIATE, THAT CISCO HAS COME FORWARD WITH THAT.  AND

08:59:27  13        YOU HAVE -- AND REALLY, I THINK CISCO HAS DONE A VERY GOOD JOB

08:59:30  14        OF BEING VERY REASONABLE AND CONSISTENT WITH YOUR STATEMENT TO

08:59:35  15        THE COURT THAT YOU HAVE DONE FILTERING YOURSELVES TO PRESENT

08:59:40  16        WHAT YOU BELIEVE IS A FULLY FILTERED SET OF PROTECTABLE

08:59:43  17        ELEMENTS.

08:59:44  18        AND I MAY DISAGREE WITH YOU, BUT YOU DID A LOT OF

08:59:48  19        FILTERING, AND I GIVE YOU A LOT OF CREDIT FOR THAT.  AND SO

08:59:51  20        THAT, YOU KNOW, THAT MOVES US ALONG AS TO THE -- AND I STILL

08:59:55  21        HAVE PLENTY OF EVIDENCE TO HEAR SO I'M NOT DRAWING A FINAL

08:59:58  22        CONCLUSION TO THE LINES THEMSELVES BECAUSE I HAVEN'T HEARD ANY

09:00:02  23        EXTERNAL CONSTRAINTS YET.  YOU GAVE ME TESTIMONY THAT THERE

09:00:05  24        WERE NONE, AND THAT'S FINE, AND I IMAGINE I'M GOING TO HEAR A

09:00:08  25        LITTLE BIT MORE SOMEWHERE ALONG THE LINE.
```

| | |
|---|---|
| 09:00:11 | 1 |

MR. SANTACANA:  YOU CAN BET ON IT, YOUR HONOR.

09:00:13  2       THE COURT:  SO ALL RIGHT.  SO I THINK FOR NOW YOU ARE

09:00:15  3  GOING TO TAKE THIS COLUMN OUT?

09:00:17  4       MR. PAK:  EITHER IF WE TAKE IT OUT I WOULD LIKE TO

09:00:19  5  STILL BE ABLE, SO THE JURY KNOWS WHAT WE ARE DOING, I WOULD SAY

09:00:22  6  THE ASSERTED CISCO COMMANDS AT THE TOP, SOMETHING LIKE THAT,

09:00:26  7  JUST TO KNOW, BECAUSE OTHERWISE I WOULD -- THEY WOULD HAVE NO

09:00:31  8  CONTEXT OF KNOWING WHAT THIS DOCUMENT IS.

09:00:33  9       THE COURT:  CISCO COMMANDS.

09:00:34  10       MR. PAK:  CISCO COMMANDS OR ASSERTED CISCO COMMANDS.

09:00:36  11       THE COURT:  WITH THAT YOU COULD RENAME THE FIRST

09:00:38  12  COLUMN, CISCO COMMAND EXPRESSIONS.  IS THAT ANY PROBLEM?

09:00:42  13       MR. SANTACANA:  I DON'T HAVE A PROBLEM WITH THAT

09:00:45  14  YOUR HONOR.  BUT I WOULD LIKE TO POINT OUT I DO STILL HAVE A

09:00:49  15  COUPLE OF PROBLEMS WITH THIS DOCUMENT.

09:00:50  16       THE COURT:  OKAY.  GO ON.

09:00:52  17       MR. SANTACANA:  SO IF WE COULD PUT UP 9004 ON THE

09:00:55  18  SCREEN.

09:00:55  19       THE COURT:  ALL RIGHT.  NOW, WE ARE BACK ON YOUR

09:00:57  20  TIME.

09:00:59  21       MR. SANTACANA:  ON PAGE 18, THIS IS THE DOCUMENT THAT

09:01:03  22  CISCO, SORRY, PAGE 18 OF THE INTERROGATORY RESPONSE, THE

09:01:08  23  DOCUMENT --

09:01:09  24       THE COURT:  I DON'T HAVE AN INTERROGATORY RESPONSE, I

09:01:11  25  HAVE A DEPOSITION TRANSCRIPT.

1339

09:01:19  1          MR. SANTACANA:  OH, I'M SORRY.

09:01:26  2          THE COURT:  NO, I THOUGHT THE SAME THING YOU GAVE

09:01:28  3     ME --

09:01:29  4          MR. SANTACANA:  LET ME CLARIFY.  SO THE FIRST PAGE IS

09:01:31  5     THE DOCUMENT CITED BY CISCO ON PAGE 18 OF THIS INTERROGATORY

09:01:36  6     RESPONSE WE ARE DISCUSSING.

09:01:37  7          THE COURT:  THERE'S NOTHING ON HERE THAT TELLS ME

09:01:39  8     IT'S PAGE 18 OF ANYTHING, THAT'S WHY I WAS CONFUSED, I'M SORRY.

09:01:43  9          MR. SANTACANA:  SO ON THIS DOCUMENT, YOUR HONOR, ON

09:01:45  10    PAGE 18.

09:01:45  11         THE COURT:  OH, ON PAGE 18 OF 4789?

09:01:49  12         MR. SANTACANA:  YES.

09:01:50  13         THE COURT:  SORRY.

09:01:51  14         MR. SANTACANA:  NO PROBLEM.

09:01:52  15      THE COMMAND ISIS HELLO-MULTIPLIER IS THE FIRST ONE

09:01:56  16    HIGHLIGHTED AND IT CITES -- THE DOCUMENT THAT I'VE HANDED YOU.

09:02:00  17    IT'S A TWO-PAGE DOCUMENT.

09:02:02  18      AND NOWHERE ON IT DOES IT SAY ISIS HELLO-MULTIPLIER.

09:02:06  19    THERE'S NO REASON FOR US TO BELIEVE THAT THIS DOCUMENT HAS

09:02:08  20    ANYTHING TO DO WITH THIS COMMAND.  THE DEPOSITION TRANSCRIPT

09:02:13  21    THAT IS BEHIND THERE, PAPER CLIPPED TO IT, IS MR. LOUGHEED'S

09:02:16  22    TESTIMONY ABOUT THIS EXACT DOCUMENT.

09:02:19  23         THE COURT:  OKAY.

09:02:20  24         MR. SANTACANA:  WHEN I DEPOSED HIM, I DEPOSED HIM

09:02:23  25    ABOUT HELP DESCRIPTION.  AND THE SAME DOCUMENT WAS CITED AS

09:02:26  1      EVIDENCE OF THE CREATION OF A HELP DESCRIPTION.

09:02:28  2         AND MR. LOUGHEED TESTIFIED THAT THIS DOCUMENT, WHEN I

09:02:32  3   HANDED IT TO HIM, TOLD HIM NOTHING ABOUT THE HELP DESCRIPTION.

09:02:34  4       AND FOR THE SAME REASON IT CAN TELL YOU NOTHING ABOUT THIS

09:02:38  5   COMMAND, BECAUSE WHAT IT IS A LIST OF HYPERLINKS, AND THE

09:02:43  6   HYPERLINKS WOULD TAKE YOU TO OTHER DOCUMENTS THAT WERE NEVER

09:02:47  7   PRODUCED IN THE CASE AND THAT CISCO COUNSEL ON THE RECORD SAID

09:02:50  8   CISCO WOULD NOT PRODUCE IN THE CASE.

09:02:51  9         AND SO AS FAR AS WE KNOW, THIS DOCUMENT IS NOT EVIDENCE OF

09:02:56  10  THE CREATION OF ISIS HELLO-MULTIPLIER ON AUGUST 3RD, 1995.

09:03:02  11           THE COURT:  SO IT'S OFFERED AS THE EARLIEST KNOWN

09:03:04  12   DOCUMENT OF IT JUST AS TO THE TIME IT WAS INTRODUCED.

09:03:07  13           MR. SANTACANA:  EXACTLY.  AND, AGAIN, YOU ASKED FOR

09:03:09  14   EXAMPLES.

09:03:10  15           THE COURT:  SURE, I APPRECIATE THAT.

09:03:12  16           MR. SANTACANA:  WE DIDN'T DO ALL 500, AND WE DIDN'T

09:03:15  17   DEPOSE ANYBODY ON ALL THE 500.  BUT I THINK THIS IS AN ENDEMIC

09:03:19  18   PROBLEM.  YOU WILL SEE MANY DOCUMENTS LISTED AS CSC IN THIS

09:03:25  19   INTERROGATORY 4789.  ALL OF THEM WE THINK ARE GOING TO HAVE

09:03:28  20   SIMILAR PROBLEMS.

09:03:29  21           MR. PAK:  WE OBVIOUSLY DISAGREE, YOUR HONOR.

09:03:30  22       MR. LOUGHEED DID A LOT OF THINGS FOR US IN THIS CASE.  ONE

09:03:33  23   OF THE THINGS HE WAS NOT DESIGNATED WAS THE 30(B)(6) WITNESS TO

09:03:37  24   TALK ABOUT THE COMMAND GENERATION, THAT WAS MR. REMAKER.  THEY

09:03:40  25   DIDN'T ASK HIM ANY QUESTIONS ABOUT THIS DOCUMENT IN THAT

| | | |
|---|---|---|
| 09:03:43 | 1 | DEPOSITION. |
| 09:03:43 | 2 | THE COURT:  BUT IF THE DOCUMENT DOESN'T SUPPORT -- |
| 09:03:46 | 3 | MR. PAK:  ACTUALLY, IF THE TURN TO THE NEXT PAGE, IT |
| 09:03:48 | 4 | DOES. |
| 09:03:48 | 5 | THE COURT:  OF THE DOCUMENT? |
| 09:03:50 | 6 | MR. PAK:  YES.  THIS IS CSCDI 139.39.  THE |
| 09:03:57 | 7 | DEFINITION, YOUR HONOR, IS THE HELLO-MULTIPLIER, MULTIPLIER |
| 09:04:02 | 8 | COMMAND. |
| 09:04:02 | 9 | AND IF YOU LOOK AT THE DESCRIPTION, CURRENTLY THE ONLY |
| 09:04:05 | 10 | CONTROLLABLE PROGRAMMER FOR ISIS ADJACENCY MAINTENANCE IS THE |
| 09:04:19 | 11 | HOLDING TIME.  IN LAWSUIT SITUATIONS IT IS NECESSARY TO UP THE |
| 09:04:24 | 12 | NUMBER OF -- |
| 09:04:25 | 13 | THE COURT:  I DON'T KNOW WHERE YOU ARE READING, I'M |
| 09:04:27 | 14 | SORRY.  YOU LOST ME HERE. |
| 09:04:28 | 15 | MR. PAK:  SO, YOUR HONOR, IF -- |
| 09:04:31 | 16 | THE COURT:  THE LOSSY SITUATION. |
| 09:04:35 | 17 | MR. PAK:  SO THAT'S WHEN PACKETS ARE BEING LOST. |
| 09:04:40 | 18 | IT'S NECESSARY TO UP, THAT IS, TO INCREASE THE NUMBER OF HELLO |
| 09:04:43 | 19 | MESSAGES THAT MUST BE MISSED BEFORE DROPPING THE ADJACENCY. |
| 09:04:51 | 20 | SO THIS IS CLEAR DESCRIPTION OF THE FUNCTIONALITY THAT |
| 09:04:53 | 21 | RELATES DIRECTLY TO THE HELLO ISIS MULTIPLIER COMMAND.  AND I |
| 09:05:01 | 22 | WILL NOTE ON THE FRONT, TOO, THAT, AGAIN, WE DON'T THINK |
| 09:05:04 | 23 | AUTHORSHIP IS IMPORTANT BUT IT DOES IDENTIFY THE SUBMITTED BY, |
| 09:05:07 | 24 | WHICH IS MR. KATZ, WHICH IS IDENTIFIED AS THE COMMAND AUTHOR, |
| 09:05:10 | 25 | AND YOUR HONOR CAN SEE THAT IN THE MIDDLE OF THE FIRST PAGE IT |

09:05:13   1    SAYS SUBMITTED BY, THERE'S A D. KATZ.

09:05:16   2            THE COURT:  YEAH.

09:05:17   3            MR. PAK:  AND THEN YOU CAN SEE THE VERSIONS OF THE

09:05:19   4    OPERATING SYSTEMS THAT CORRESPONDED TO IT IN THE COLUMN TO THE

09:05:22   5    RIGHT.  AND IT'S GOT ALL OF THE INFORMATION, IT'S PART OF OUR

09:05:26   6    BUG REPORTING DATABASE, THAT'S ONE OF THE THINGS THAT WE

09:05:29   7    OBVIOUSLY MAINTAIN AS A BUSINESS RECORD.  I DON'T THINK THERE'S

09:05:31   8    ANY QUESTION IT'S ADMISSIBLE.  I DON'T THINK THERE'S ANY

09:05:34   9    QUESTION THAT IT RELATES TO THE FUNCTIONALITY AT ISSUE.  AND I

09:05:39  10    THINK --

09:05:40  11            THE COURT:  WELL, I MEAN -- SO HERE'S -- THE JURY IS

09:05:43  12    NOT GOING TO BE GIVEN THE OPPORTUNITY TO DETERMINE WHETHER THIS

09:05:47  13    IS SUFFICIENT CIRCUMSTANTIAL EVIDENCE OR DIRECT EVIDENCE OF

09:05:55  14    EARLIEST KNOWN DOCUMENT.  BUT I WOULD AGREE THAT THIS DOCUMENT

09:05:59  15    DOES MAKE REFERENCE ADEQUATELY AND WOULD BE AN ADMISSIBLE

09:06:04  16    DOCUMENT.  BUT IN A SUMMARY FORM --

09:06:07  17            MR. SANTACANA:  THAT'S EXACTLY MY POINT, YOUR HONOR.

09:06:09  18    IT MAY BE THAT IT RELATES BUT --

09:06:10  19            THE COURT:  HERE IS THE PROBLEM, AND YOU ALL CAN

09:06:12  20    SOLVE IT IN ANY WAY YOU WANT.  I'M GLAD TO SPEND A DAY OR TWO,

09:06:16  21    YOU WILL LOSE ABOUT EIGHT OR NINE HOURS EACH, AND MAKE CAREFUL

09:06:19  22    RULINGS ON THIS.

09:06:21  23        SO THIS ONE I THINK GOES TO CISCO.

09:06:24  24            MR. SANTACANA:  OKAY.

09:06:25  25            THE COURT:  BUT I'M GLAD TO, REALLY.  MY TIME IS YOUR

09:06:27  1     TIME, I CAN DO IT.

09:06:29  2          MR. PAK:  WE REALLY DON'T WANT TO DO THAT,

09:06:32  3     YOUR HONOR.

09:06:32  4        WE WOULD PROPOSE THAT AGAIN, IT'S A REASONABLE

09:06:34  5     ACCOMMODATION.  I THINK WE TAKE OUT THE -- WE TAKE OUT ALL THE

09:06:39  6     COLUMNS ABOUT AUTHORSHIP.  WE AREN'T PRESENTING IT FOR THAT

09:06:43  7     PURPOSE.

09:06:43  8          THE COURT:  BUT THEN WE HAVE TO GET TO THE POINT ARE

09:06:45  9     YOU SEEKING A STIPULATION FROM ARISTA THAT THEY WILL NOT CLAIM

09:06:47  10    YOU FAILED TO PROVE AUTHORSHIP, AND, THEREFORE --

09:06:49  11         MR. PAK:  NO, NOT AT ALL.  JUST LIKE ALL THESE

09:06:52  12    SUMMARY EXHIBITS ARE SUMMARIES OF OUR EVIDENCE.  WE ARE NOT

09:06:56  13    ASKING FOR A STIPULATION, WHICH IS OBVIOUSLY WE SUBMITTED A LOT

09:06:58  14    OF SUMMARY EXHIBITS IN THIS CASE.

09:07:00  15       WE ARE JUST SUMMARIZING THE CONTENTIONS OR THE EVIDENCE IN

09:07:02  16    THE CASE FOR ONE PARTY.  THEY CAN MAKE ALL THE ARGUMENTS THEY

09:07:07  17    WANT WHETHER IT'S A TRIAL OR AFTERWARDS.  ALL WE ARE TRYING TO

09:07:10  18    DO IS STREAMLINE THE PRESENTATION OF EVIDENCE.

09:07:11  19         THE COURT:  AS I SAID, THAT'S VERY HELPFUL.

09:07:14  20       ONE OF THESE THINGS THAT YOU GAVE ME TO YOU NEED BACK.

09:07:18  21         MR. SANTACANA:  NONE OF IT, YOUR HONOR.

09:07:19  22         THE COURT:  OKAY.  THAT'S FINE.

09:07:20  23       YOU KNOW, I'M THINKING THAT, WE CAN'T DRAW THE JURY'S

09:07:23  24    ATTENTION TO PARTICULAR DOCUMENTS, YOU CAN IN YOUR CLOSING.

09:07:27  25         MR. PAK:  SURE.

```
09:07:28   1            THE COURT:  BUT I WOULD LIKE A LIST OF THE SUMMARY
09:07:30   2   EXHIBITS SO THAT I CAN GET ACCESS TO THEM BECAUSE THEY ARE
09:07:35   3   BURIED IN MY NOTES.
09:07:36   4            MR. PAK:  WE WILL PUT TOGETHER A COLLECTION OF THE
09:07:39   5   SUMMARY OF EXHIBITS.
09:07:39   6            THE COURT:  AS I SAY, IF YOU WANT TO ARGUE THAT TO
09:07:41   7   THE JURY AND TELL THEM THE NUMBERS, THAT'S FINE.  BUT I DON'T
09:07:44   8   EMPHASIZE EXHIBITS TO THE JURY.
09:07:46   9            MR. PAK:  SO WE ARE CLEAR ON THE RECORD, YOUR HONOR,
09:07:48  10   I WILL TAKE OUT THE AUTHORSHIP.  I WILL MAKE IT A CISCO COMMAND
09:07:51  11   EXPRESSION AND WE WILL SUBMIT IT AS A SUMMARY EXHIBIT.
09:07:54  12            THE COURT:  OKAY.  THAT SOUNDS GREAT.
09:07:55  13        AND THEN HAS OUR JURY ARRIVED?
09:07:58  14            THE CLERK:  YES.
09:07:58  15            THE COURT:  OKAY.  WE ARE GOING TO RESUME WITH
09:08:00  16   DR. ALMEROTH'S CROSS-EXAMINATION?
09:08:03  17            MR. VAN NEST:  THAT'S RIGHT, YOUR HONOR.
09:08:04  18            THE COURT:  OKAY.  ANY LACK OF ENERGY YOU HAD
09:08:09  19   YESTERDAY WILL BE RESTORED BY NOW.
09:08:12  20        YOU DIDN'T EXHIBIT ANY LACK OF ENERGY.
09:08:15  21            MR. VAN NEST:  RESTORATION IS ALWAYS GOOD.
09:08:17  22            THE COURT:  YES, IT IS.  LET'S BRING OUR JURY IN.
09:08:21  23        (JURY IN AT 9:08 A.M.)
09:10:13  24            THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.
09:10:17  25   GOOD MORNING, WE ARE BACK ON THE RECORD IN CISCO VERSUS ARISTA.
```

```
09:10:21   1    ALL OF OUR JURORS ARE HERE AND ALL COUNSEL AND PARTIES.

09:10:24   2        DR. ALMEROTH HAS RETURNED TO THE WITNESS STAND, AND I'M

09:10:26   3    GOING TO HAVE HIM SWORN FOR A NEW COURT DAY.

09:10:32   4        (PLAINTIFF'S WITNESS, KEVIN ALMEROTH, WAS SWORN.)

09:10:33   5        THE WITNESS:  YES, MA'AM.  I DO.

09:10:37   6        THE CLERK:  PLEASE BE SEATED.

09:10:40   7        THE COURT:  ALL RIGHT.  MR. VAN NEST, YOU MAY

09:10:42   8    CONTINUE.

09:10:42   9        MR. VAN NEST:  THANK YOU.  GOOD MORNING, YOUR HONOR.

09:10:44  10                  CROSS-EXAMINATION (RESUMED)

09:10:46  11    BY MR. VAN NEST:

09:10:46  12    Q.   GOOD MORNING EVERYONE.

09:10:48  13        AND GOOD MORNING, DR. ALMEROTH.

09:10:49  14    A.   GOOD MORNING, SIR.

09:10:50  15    Q.   WE WERE TALKING YESTERDAY ABOUT THE VERSION 6 OF THE

09:10:55  16    INTERNET PROTOCOL BEFORE WE BROKE.  DO YOU REMEMBER THE

09:10:57  17    EXCHANGE WE HAD?

09:10:58  18    A.   YES, SIR, I DO.

09:10:59  19    Q.   AND NETWORKING ENGINEERS ARE FAMILIAR WITH THE TERM IPV6

09:11:02  20    TO REFER TO THAT VERSION 6 OF THE INTERNET PROTOCOL; IS THAT

09:11:07  21    RIGHT?

09:11:07  22    A.   YES, THAT'S ONE OF THE TERMS THAT IS USED.

09:11:09  23    Q.   AND IT'S CUSTOMARY FOR NETWORK ENGINEERS TO USE THAT

09:11:12  24    PHRASE WHEN THEY ARE TAKING ABOUT THE PROTOCOL?

09:11:14  25    A.   IT IS AMONG THE TERMS THAT ARE USED TO REFER TO THAT
```

09:11:17  1        PROTOCOL.

09:11:17  2        Q.   AND, IN FACT, WHEN YOU WRITE ABOUT VERSION 6 OF THE

09:11:21  3        PROTOCOL IT'S THE PHRASE YOU USE, IPV6; RIGHT?

09:11:25  4        A.   I HAVE USED THAT TERM, YES.

09:11:28  5        Q.   YOU WROTE A COUPLE OF ARTICLES IN BACK IN 2003, AND THEY

09:11:34  6        BOTH USE IPV6 IN THE TITLE?

09:11:37  7        A.   THAT'S CORRECT, AMONG OTHER TERMS FOR IPV6.

09:11:45  8        Q.   BUT WHAT YOU USED IN THE TITLE OF YOUR ARTICLES WAS IPV6?

09:11:51  9        A.   IN THIS INSTANCE, YES.

09:11:54  10       Q.   JUST LIKE WHAT'S IN THE PROTOCOL?

09:11:56  11       A.   YES.

09:11:57  12       Q.   AND JUST LIKE WHAT'S IN THE CISCO COMMANDS; RIGHT?

09:12:03  13       A.   NO.

09:12:05  14       Q.   LET'S PUT UP THE SPLIT SCREEN THAT WE HAD UP YESTERDAY.

09:12:19  15       WE HAD THERE ON THE LEFT, THOSE ARE COMMANDS THAT ARE ASSERTED

09:12:22  16       IN THIS CASE, RIGHT, DR. ALMEROTH?

09:12:26  17       A.   YES.

09:12:26  18       Q.   AND THEY USE IPV6 TO REFER TO VERSION 6 OF THE INTERNET

09:12:31  19       PROTOCOL, RIGHT?

09:12:31  20       A.   THEY DO.

09:12:33  21       Q.   AND THAT'S WHAT YOU USED FOR THE TITLE OF THE

09:12:36  22       SPECIFICATION, IPV6; RIGHT?

09:12:37  23       A.   IT IS, BUT THE CAPITALIZATION IS DIFFERENT.  AS IT WAS IN

09:12:41  24       MY PAPER, AND YOU WILL NOTICE THAT THE USE OF LOWER CASE IN

09:12:45  25       THIS INSTANCE WAS A DESIGN CHOICE, IT'S PART OF WHAT MAKES IT

09:12:48  1    THE USER INTERFACE.

09:12:51  2    Q.    SO GOING FROM CAPITALS TO LOWER CASE, WHAT WAS THE CHOICE

09:12:54  3    THAT WAS MADE IN THIS INSTANCE?

09:12:56  4    A.    NO.    THAT WAS ONLY ONE OF THE CHOICES.    AS I TESTIFIED TO,

09:12:59  5    THERE WERE DIFFERENT WAYS OF REFERRING TO IPV6 USING DIFFERENT

09:13:02  6    LETTERS AND NAMES, AND THIS IS ONE THAT'S USED.

09:13:06  7         BUT WHAT I'M POINTING OUT HERE IS THAT THE CAPITALIZATION

09:13:09  8    IS, IN FACT, DIFFERENT.

09:13:10  9    Q.    I SEE.    BUT, IN FACT, WHAT WAS USED WAS THE SAME PHRASE,

09:13:15  10   IPV6, THAT'S IN THE TITLE OF THE PROTOCOL; RIGHT?

09:13:19  11   A.    I DON'T REALLY WANT TO QUIBBLE WITH YOU ABOUT WHAT A

09:13:23  12   PHRASE IS.

09:13:23  13        I THINK IT'S CLEAR THAT IN ONE INSTANCE THERE WAS

09:13:27  14   CAPITALIZATION AND THEN IN ANOTHER INSTANCE THERE WASN'T, AND

09:13:30  15   IN OTHER INSTANCES THERE'S DIFFERENT REFERENCES AND USE OF

09:13:32  16   DIFFERENT TERMS TO REFER TO IPV6.

09:13:34  17   Q.    NOW, THERE ARE ROUGHLY 45 OF THE COMMANDS AT ISSUE IN THIS

09:13:38  18   LAWSUIT THAT USE THIS IPV6 PHRASE.    RIGHT?

09:13:42  19   A.    THAT SOUNDS RIGHT.

09:13:43  20   Q.    OKAY.    NOW, THE TERM OSPF ALSO APPEARS IN THE DISPUTED

09:13:48  21   COMMANDS; RIGHT?

09:13:49  22   A.    YES.

09:13:50  23   Q.    THERE ARE ROUGHLY 35, 36 COMMANDS WITH THE PHRASE OSPF;

09:13:57  24   RIGHT?

09:13:57  25   A.    I BELIEVE THAT'S CORRECT.

09:13:59  1    Q.   AND OSPF, THAT'S ANOTHER INDUSTRY STANDARD?

09:14:03  2    A.   IT IS.  IT STANDS FOR THE OPEN SHORTEST PATH FIRST

09:14:06  3    PROTOCOL.

09:14:06  4    Q.   OPEN SHORTEST PATH FIRST.  AND NETWORK ENGINEERS

09:14:10  5    UNDERSTAND THAT THAT'S WHAT OSPF REFERS TO; RIGHT?

09:14:13  6    A.   GENERALLY, YES.

09:14:17  7    Q.   ARE YOU GENERALLY FAMILIAR WITH THE OSPF PROTOCOL?

09:14:22  8    A.   YES, SIR.

09:14:23  9    Q.   IT'S IN YOUR BINDER THERE AT TX 5038.  WOULD YOU TAKE A

09:14:30  10   LOOK AT IT AND TELL ME WHETHER YOU RECOGNIZE IT.

09:14:46  11   A.   OKAY.  I FOUND IT.

09:14:48  12   Q.   THAT'S THE OSPF PROTOCOL?

09:14:54  13   A.   WELL, TO BE CLEAR, THERE'S THREE VERSIONS OF OSPF.  THIS

09:14:58  14   IS THE EARLIEST ONE.  THERE'S A VERSION 2 AND A VERSION 3 AS

09:15:03  15   WELL.

09:15:03  16   Q.   FAIR ENOUGH.

09:15:05  17        MR. VAN NEST:  I WOULD MOVE 503 INTO EVIDENCE,

09:15:07  18   YOUR HONOR.

09:15:07  19        THE COURT:  ANY OBJECTION?

09:15:08  20        MR. PAK:  NO OBJECTION, YOUR HONOR.

09:15:09  21        THE COURT:  IT WILL BE ADMITTED.

09:15:18  22      (DEFENDANT'S EXHIBIT 503 WAS ADMITTED INTO EVIDENCE.)

09:15:18  23   BY MR. VAN NEST:

09:15:18  24   Q.   SO IN THIS CASE, IN THIS EARLY VERSION, OSPF, THAT WAS

09:15:22  25   USED RIGHT IN THE TITLE OF THE SPECIFICATION; RIGHT?

09:15:24  1      A.   THAT'S CORRECT.

09:15:24  2      Q.   AND OSPF, THAT'S THE SAME PHRASE THAT THE CISCO ENGINEERS

09:15:28  3      USED IN THE COMMANDS; RIGHT?

09:15:31  4      A.   I BELIEVE IN SOME INSTANCES, YES.  I BELIEVE THAT IN SOME

09:15:38  5      OF THE COMMANDS THERE'S A DISTINCTION BETWEEN WHETHER IT'S

09:15:41  6      VERSION 2 OR VERSION 3.

09:15:42  7      Q.   FAIR ENOUGH.

09:15:44  8      A.   IN SOME INSTANCES IT REFERS TO ALL VERSIONS OF OSPF

09:15:47  9      DEPENDING ON THE CONFIGURATION.

09:15:49  10     Q.   AND YOU WOULDN'T BE SURPRISED TO KNOW THAT WHEN VERSION 2

09:15:52  11     IS REFERENCED IT'S OSPF V2, OR OSPF V3; RIGHT?

09:15:57  12     A.   THAT'S CORRECT.  THAT'S ONE OF THE COMMON WAYS OF

09:16:00  13     REFERENCING IT.

09:16:01  14     Q.   RIGHT.  AND NETWORKING ENGINEERS UNDERSTAND WHAT YOU ARE

09:16:04  15     TALKING ABOUT WHEN YOU SAY OSPF V2, OSPF V3; CORRECT?

09:16:08  16     A.   YES.

09:16:09  17     Q.   NOW, IN THE OSPF PROTOCOL, THERE ARE DEFINITIONS OF

09:16:18  18     COMMONLY USED TERMS THAT HAVE A SPECIFIC MEANING IN THE

09:16:22  19     PROTOCOL; RIGHT?

09:16:24  20     A.   YOU WOULD HAVE TO POINT ME TO WHERE YOU ARE TALKING ABOUT.

09:16:27  21     Q.   WELL, LET'S JUST GO PAGE 2.  AND COULD WE BLOW UP THE VERY

09:16:32  22     TOP THERE WHERE IT SAYS DEFINITIONS OF COMMONLY USED TERMS.

09:16:36  23          THIS IS IN TRIAL EXHIBIT 503; CORRECT?  AND I HAVE IT ON

09:16:42  24     THE SCREEN IF THAT'S EASIER FOR YOU DR. ALMEROTH.

09:16:45  25     A.   I DO.  I WAS READING THE CONTEXT IN THE TITLE OF THE

09:16:48    1    PARAGRAPH THAT COMES RIGHT AFTER THAT.

09:16:49    2    Q.   THIS SAYS HERE'S A COLLECTION OF DEFINITIONS FOR TERMS

09:16:53    3    THAT HAVE A SPECIFIC MEANING TO THE PROTOCOL AND THAT ARE USED

09:16:57    4    THROUGHOUT THE TEXT.  THAT'S WHAT THIS SAYS?

09:17:01    5    A.   YES.

09:17:01    6    Q.   AND THEN IT GOES ON TO DEFINE A NUMBER OF TERMS; RIGHT?

09:17:05    7    A.   IT DOES.

09:17:06    8    Q.   INCLUDING ROUTER, THAT'S A DEFINED TERM?

09:17:08    9    A.   YES.

09:17:10   10    Q.   ROUTER ID, THAT'S A DEFINED TERM?

09:17:13   11    A.   THAT'S CORRECT.

09:17:14   12    Q.   INTERFACE, THAT'S A DEFINED TERM?

09:17:16   13    A.   YES.

09:17:16   14    Q.   NEIGHBORING ROUTERS, THAT'S A DEFINED TERM?

09:17:19   15    A.   YES, IT IS.

09:17:19   16    Q.   AND THAT ONE DEFINES NEIGHBORS OR DISCUSSES THE TERM

09:17:23   17    NEIGHBORS IN THE COURSE OF IT; RIGHT?

09:17:25   18    A.   IT DOES -- WELL, IT TALKS ABOUT NEIGHBORS.

09:17:28   19    Q.   OKAY.  IT USES THE WORD "NEIGHBORS" IN THE COURSE OF

09:17:33   20    DEFINING NEIGHBORING ROUTERS?

09:17:35   21    A.   THAT'S RIGHT.  IN THE COURSE OF THAT DEFINITION THE WORD

09:17:38   22    "NEIGHBORS" DOES APPEAR.

09:17:39   23    Q.   AND A LOT OF THESE TERMS ARE USED IN THE COMMANDS ALONG

09:17:44   24    WITH OSPF; RIGHT?

09:17:46   25    A.   I WOULD SAY A FAIR NUMBER ARE.  AND I THINK THAT WAS A

09:17:53  1    CHOICE THAT THE AUTHORS OF THOSE COMMANDS MADE.

09:17:55  2    Q.    LET'S TAKE A LOOK AT SLIDE 3, IF WE COULD.

09:18:04  3          OKAY.   THIS IS JUST SOME OF THE OSPF COMMANDS AT ISSUE,

09:18:06  4    DR. ALMEROTH; CORRECT?

09:18:08  5    A.    THAT'S CORRECT, IT LOOKS LIKE IT.

09:18:09  6    Q.    AND WE SEE -- WE SEE AT THE BOTTOM, LET'S WORK OUR WAY UP,

09:18:15  7    ROUTER ID -- COULD WE DO THE SPLIT SCREEN, PLEASE.   ROUTER ID,

09:18:20  8    THAT'S ONE OF THE PHRASES ACTUALLY DEFINED HERE IN THE PROTOCOL

09:18:25  9    RIGHT THERE ABOUT FOUR NOTES DOWN; RIGHT?

09:18:28  10   A.    THERE IS A ROUTER I DEFINED.   YOU WILL NOTICE THAT IT'S

09:18:32  11   LOWER CASE AND THE HYPHEN IS ADDED.   AGAIN, WHETHER TO HAVE THE

09:18:36  12   HYPHEN, WHETHER TO NAME IT THE ROUTER ID OR ANY OF THE OTHER

09:18:40  13   COMMANDS THAT USE OTHER TERMS WERE ALL CREATIVE DECISIONS.

09:18:44  14   Q.    ACTUALLY, MY QUESTION, DR. ALMEROTH WAS SIMPLY ROUTER ID

09:18:49  15   AS DEPICTED IN THE COMMAND.   IT'S ALSO DEFINED IN THE PROTOCOL?

09:18:53  16   A.    WELL, I THINK I ANSWERED THAT, AND I THINK THAT THERE ARE

09:18:56  17   DIFFERENCES THERE, ESPECIALLY SIGNIFICANT TO THE WAY THAT THE

09:19:00  18   COMMANDS ARE ORGANIZED IN THE HIERARCHY.

09:19:03  19         SO EVEN THOUGH THE CONCEPT IS THE SAME, THE WORD CHOICE

09:19:06  20   AND THE LETTER CHOICE, THE FORMATTING, THOSE ARE ALL THINGS

09:19:10  21   THAT MAKE A DIFFERENCE TO A PARSER, FOR EXAMPLE.   MAKE A

09:19:14  22   DIFFERENCE TO AN ENGINEER, AND, THEREFORE, ARE PART OF THE

09:19:17  23   CREATIVE CHOICE.

09:19:17  24   Q.    BUT THERE'S NO DOUBT THAT THE ROUTER ID CONCEPT THAT'S IN

09:19:21  25   THIS COMMAND COMES FROM THE PROTOCOL; RIGHT?

09:19:24   1     A.   THAT'S CORRECT.  I THINK IT WAS A GOOD DESIGN DECISION, A

09:19:27   2     GOOD CHOICE TO TIE THOSE TWO CLOSER.

09:19:31   3     Q.   RIGHT.  THEY CHOSE A WORD THAT WAS ALREADY KNOWN AND WAS

09:19:34   4     IN THE PROTOCOL?

09:19:35   5     A.   I WOULDN'T AGREE WITH THAT.

09:19:36   6     Q.   ALL RIGHT.  LET'S LOOK JUST ABOVE IT.  ROUTER, THAT'S

09:19:41   7     ANOTHER DEFINED TERM IN THE PROTOCOL; RIGHT?

09:19:44   8     A.   YES.

09:19:44   9     Q.   "NEIGHBOR" IS A DEFINED TERM.  THE NEXT ONE SAYS, "SPOF,"

09:19:52  10     "SHOW IT," NEIGHBOR RUNS WITH THE IP PROTOCOL; RIGHT?

09:19:58  11     A.   I DON'T BELIEVE IT'S LIMITED TO THE IP.

09:20:01  12     Q.   BUT CERTAINLY RUNS OVER THE IP PROTOCOL?

09:20:03  13     A.   IT CAN, WHICH IS WHY IN THIS HIERARCHY YOU HAVE THE

09:20:07  14     ADDITIONAL LEVEL THAT SPECIFIES THAT IT'S FOR IP.

09:20:10  15     Q.   SO IN THE THIRD FROM THE BOTTOM, IP OSPF, NEIGHBOR IS ONE

09:20:14  16     OF THE TERMS THAT'S DISCUSSED HERE IN THE PROTOCOL ITSELF;

09:20:20  17     RIGHT?

09:20:20  18     A.   THE TERM IS USED IT DOES APPEAR IN THE RFC.

09:20:24  19     Q.   AND INTERFACE, OSPF INTERFACE IS ALSO DEFINED, RIGHT, IN

09:20:28  20     THE PROTOCOL; CORRECT?  IT'S ABOUT TWO-THIRDS OF THE WAY DOWN

09:20:33  21     THE PAGE.

09:20:35  22     A.   I DO SEE THAT.  I THINK THE CONCEPT OF THE INTERFACE IS

09:20:38  23     IT'S USED IN THE ROUTER, WHICH REFERS SPECIFICALLY TO THE

09:20:41  24     ROUTER INTERFACE.  IT MIGHT BE DIFFERENT THAN THAT DEFINITION.

09:20:46  25     I THINK IT IS.

09:20:50  1          FOR EXAMPLE, SO THE LAST SENTENCE OF THAT DEFINITION SAYS,

09:20:53  2     AN INTERFACE IS SOMETIMES ALSO REFERRED TO AS A LINK, AND

09:20:56  3     THAT'S NOT WHAT INTERFACE MEANS WHEN YOU ARE CONFIGURING OSPF.

09:21:02  4     BUT THE INTERFACE OR THE ROUTER OR THE SWITCH IS THE PHYSICAL

09:21:05  5     PORT.

09:21:05  6     Q.   CERTAINLY, THOUGH, THE WORD "INTERFACE" IS DEFINED IN THE

09:21:08  7     PROTOCOL AND THAT WORD IS USED IN THE COMMAND; RIGHT?

09:21:13  8     A.   IT CERTAINLY IS THE SAME LETTERS, IT'S THE SAME WORD.

09:21:15  9     Q.   AND WE CAN LOOK AT IT, BUT THE CONCEPT OF HELLO INTERVAL

09:21:20  10    AND COST, THOSE TWO CONCEPTS, THEY ARE ALSO DISCUSSED IN THIS

09:21:26  11    PROTOCOL, AREN'T THEY?

09:21:28  12         THEY ARE NOT ON THIS PAGE, BUT WE COULD LOOK AT THEM.  YOU

09:21:31  13    ARE FAMILIAR WITH NETWORKING TERMS, DR. ALMEROTH, YOU KNOW THAT

09:21:33  14    COST IS A TERM COMMONLY ASSOCIATED WITH THE OSPF PROTOCOL?

09:21:38  15    A.   NO, THAT'S NOT TRUE.  IT'S ASSOCIATED WITH LOTS OF

09:21:41  16    DIFFERENT PROTOCOLS, IN GENERAL, COMPUTER SCIENCE CONCEPTS.

09:21:45  17    Q.   IT'S DISCUSSED HERE I BELIEVE AT PAGE 51.  OKAY.  THE WE

09:21:54  18    HAVE PAGE 51 UP THERE NOW.  YOU SEE THE TERM COST IS DISCUSSED

09:21:59  19    IN THIS PROTOCOL?

09:22:00  20    A.   I DO.  LET ME READ THAT DEFINITION, PLEASE.  OKAY.

09:22:12  21    Q.   SO COST IS CERTAINLY A RELEVANT TERM TO USE WHEN TALKING

09:22:17  22    ABOUT OSPF PROTOCOL; RIGHT?

09:22:18  23    A.   WELL, NOW WE WOULD HAVE TO GO BACK AND LOOK AT THE MANUAL

09:22:22  24    WHERE THAT COMMAND IS DEFINED TO SEE IF IT'S THE SAME TYPE OF

09:22:26  25    COST, AND, IN FACT, I BELIEVE IT'S DIFFERENT.

09:22:27  1    Q.   BUT, IN FACT, THE TERM IS USED BOTH IN THE PROTOCOL AND

09:22:30  2    IT'S USED IN THE COMMAND; CORRECT?

09:22:32  3    A.   YES, I THINK THAT THE FACT THAT YOU HAVE THE SAME LETTERS

09:22:35  4    OF THE SAME WORD, THOUGH THE CAPITALIZATION IS DIFFERENT, AS IT

09:22:44  5    IS FOR THE HELLO INTERVAL DEMONSTRATES THERE ARE DIFFERENCES

09:22:47  6    BETWEEN THE WORDS, AND JUST BECAUSE THE WORD APPEARS IN THE

09:22:51  7    STANDARD DOESN'T MEAN THERE'S A CHOICE MADE BY THE PERSON.

09:22:54  8    Q.   OKAY.  BUT ONE CHOICE THAT WAS MADE WAS TO USE THE TERM

09:22:57  9    THAT'S IN THE STANDARD; RIGHT?

09:22:58  10   A.   THAT COULD HAVE BEEN A CHOICE.  AND JUST BECAUSE A WORD

09:23:04  11   APPEARS IN THE STANDARD DOESN'T MEAN THAT THE INVERSE IS TRUE.

09:23:09  12   IF THE WORD WAS CHOSEN BECAUSE IT IS IN THE STANDARD.

09:23:12  13   Q.   I SEE.  ARE YOU TELLING US THIS IS JUST A COINCIDENCE?

09:23:16  14   A.   NO, I'M NOT SAYING IT'S A COINCIDENCE BUT JUST BECAUSE THE

09:23:19  15   WORD IS IN THE STANDARD DOESN'T MEAN THAT'S WHY IT WAS CHOSEN

09:23:21  16   TO GO INTO THE COMMAND.

09:23:23  17   Q.   NOW, HELLO INTERVAL IS THE LAST ONE ON THIS SLIDE.  HELLO

09:23:27  18   INTERVAL IS ALSO A DEFINED TERM IN THIS PROTOCOL; CORRECT?

09:23:31  19   A.   YES.  AND YOU WILL NOTE THAT THERE ARE SUBTLE BUT

09:23:36  20   IMPORTANT DIFFERENCES BETWEEN WHAT THE COMMAND IS AND HOW IT'S

09:23:39  21   DESCRIBED IN THIS RFC.

09:23:41  22   Q.   NOW, THE TERM SNMP, THAT ALSO APPEARS IN MANY DISPUTED

09:23:45  23   COMMANDS; RIGHT?

09:23:47  24   A.   I'M NOT SURE OF THE COUNT.

09:23:49  25   Q.   IT'S APPROXIMATELY 27.

09:23:51  1    A.   OKAY.

09:23:52  2    Q.   DOES THAT SEEM ABOUT RIGHT?

09:23:53  3    A.   IT IS.  YOU HAVE THE NOTES.  I DON'T HAVE THEM ALL

09:23:57  4    MEMORIZED.

09:23:57  5    Q.   AND SNMP, THAT'S ANOTHER INDUSTRY STANDARD PROTOCOL,

09:24:01  6    RIGHT?

09:24:01  7    A.   IT IS.  THE SIMPLE NETWORK MANAGEMENT PROTOCOL.

09:24:03  8    Q.   AND NETWORKING ENGINEERS ARE ACCUSTOMED AND FAMILIAR WITH

09:24:07  9    THAT PHRASE?

09:24:08 10    A.   WITH THAT PHRASE, AGAIN, THERE ARE MULTIPLE VERSIONS OF

09:24:11 11    SNMP, AS THERE ARE WITH OSPF AND IP.

09:24:16 12    Q.   BUT SNMP IS USED TO REFER TO THIS PROTOCOL, SIMPLE NETWORK

09:24:21 13    MANAGEMENT PROTOCOL?

09:24:22 14    A.   GENERALLY, THAT'S TRUE.  TECHNICALLY -- USUALLY THE WAY

09:24:26 15    THAT IT IS, IS, FOR EXAMPLE, IF YOU ARE REFERRING TO IP, IT

09:24:29 16    INCLUDES BOTH IP V4 AND IP V6.  IF YOU WANT TO DISTINGUISH

09:24:36 17    BETWEEN THE VERSIONS, THEN YOU WILL ADD SOMETHING LIKE V6 OR

09:24:39 18    VERSION 6.

09:24:41 19    Q.   SURE.

09:24:41 20    A.   THE SAME THING APPLIES TO SNMP.

09:24:43 21    Q.   AND WOULD YOU OPEN YOUR BINDER -- ARE YOU GENERALLY

09:24:45 22    FAMILIAR WITH THIS PROTOCOL?

09:24:46 23    A.   YES.

09:24:47 24    Q.   WOULD YOU OPEN YOUR BINDER TO TX 5131, PLEASE.

09:24:55 25         IS THAT THE PROTOCOL, OR A VERSION OF IT?

ALMEROTH CROSS BY MR. VAN NEST (RES.)                1356

09:24:57   1    A.   THIS IS.  IT'S BOTH WITH OSPF AND SNMP, THESE WERE LATER

09:25:07   2    OBSOLETED BY UPDATED STANDARDS.

09:25:09   3    Q.   RIGHT.  BUT THIS IS THE EARLIEST ONE BACK IN 1988; RIGHT?

09:25:12   4    A.   IT'S A VERY RUDIMENTARY VERSION BUT, YES, IT'S THE SIMPLE

09:25:21   5    NETWORK MANAGEMENT PROTOCOL AS ORIGINALLY DEFINED.

09:25:24   6         MR. VAN NEST:  I MOVE 5131 INTO EVIDENCE YOUR HONOR.

09:25:26   7         THE COURT:  ANY OBJECTION?

09:25:27   8         MR. NELSON:  NO OBJECTION YOUR HONOR.

09:25:28   9         THE COURT:  OKAY.  IT WILL BE ADMITTED.

09:25:30  10    (DEFENDANT'S EXHIBIT 5131 WAS ADMITTED INTO EVIDENCE.)

09:25:30  11         MR. VAN NEST:  LET'S DISPLAY FOR THE JURY OURS

09:25:34  12    BRIEFLY.  SNMP, SIMPLE NETWORK MANAGEMENT PROTOCOL.  THAT'S THE

09:25:37  13    TITLE.

09:25:38  14    Q.   AND YOU WILL SEE ON LINE 3 THERE THE SNMP ARCHITECTURE,

09:25:42  15    THOSE INITIALS ARE COMMONLY USED TO REFER TO THIS PROTOCOL;

09:25:45  16    RIGHT?

09:25:45  17    A.   THAT'S TRUE.

09:25:46  18    Q.   AND WHOEVER CREATED THE COMMAND AT CISCO USED THOSE SAME

09:25:53  19    INITIALS TO REFER TO THE SAME PROTOCOL; RIGHT?

09:25:55  20    A.   THEY DID MAKE THAT CHOICE.

09:25:57  21    Q.   AND ONE REASON TO MAKE THAT CHOICE IS THAT THAT ACRONYM,

09:26:02  22    THAT PHRASE, THAT WAS FAMILIAR TO AND KNOWN BY NETWORK

09:26:05  23    ENGINEERS; RIGHT?

09:26:06  24    A.   THAT'S ONE OF THE CRITERION THAT COULD HAVE GONE INTO THE

09:26:09  25    SELECTION OF THAT ACRONYM FOR THE COMMAND.

ALMEROTH CROSS BY MR. VAN NEST (RES.)                        1357

09:26:11   1    Q.   NOW, WE HEARD EARLIER ABOUT BGP, THAT'S ANOTHER PROTOCOL;

09:26:16   2    RIGHT?

09:26:16   3    A.   YES, SIR.

09:26:16   4    Q.   BORDER GATEWAY PROTOCOL?

09:26:18   5    A.   YES.

09:26:18   6    Q.   WE HEARD SOME DISCUSSION ABOUT THAT FROM MR. LOUGHEED?

09:26:21   7    A.   YES.

09:26:22   8    Q.   RIGHT?  AND THE -- BGP IS ANOTHER TERM THAT'S USED IN MANY

09:26:26   9    OF THE COMMANDS AT ISSUE IN THE CASE; RIGHT?

09:26:28   10   A.   AGAIN, I DON'T HAVE THE COUNT.  I'M SURE YOU HAVE IT RIGHT

09:26:32   11   IN FRONT OF YOU.

09:26:33   12   Q.   I THINK THE COUNT IS ABOUT 24.  DOES THAT SOUND ABOUT

09:26:36   13   RIGHT?

09:26:36   14   A.   THAT SOUNDS ABOUT RIGHT.

09:26:37   15   Q.   OKAY.  THE TERM SPANNING-TREE APPEARS IN A NUMBER OF

09:26:42   16   DISPUTED COMMANDS; CORRECT?

09:26:43   17   A.   IT DOES.

09:26:44   18   Q.   I HAVE AS COUNT THERE 23 OF THE COMMANDS AT ISSUE ARE

09:26:49   19   SPANNING-TREE?

09:26:49   20   A.   OKAY.

09:26:50   21   Q.   NOW SPANNING-TREE, THAT'S ANOTHER INDUSTRY STANDARD

09:26:55   22   PROTOCOL; RIGHT?

09:26:55   23   A.   NO.  SPANNING-TREE BY ITSELF, USUALLY THERE'S AN ACRONYM,

09:27:03   24   STP, FOR THE SPANNING-TREE PROTOCOL.  YOU CAN REFER TO IT AS

09:27:09   25   STP TO REFERENCE THE PROTOCOL SPECIFICALLY.

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1358

09:27:13   1    Q.   THERE IS -- THERE IS AN INDUSTRY STANDARD, THOUGH,

09:27:18   2    INVOLVING SPANNING-TREE; RIGHT?

09:27:20   3    A.   I BELIEVE THERE IS.  I'M NOT AS FAMILIAR WITH THAT

09:27:23   4    STANDARD.  YOU COULD CERTAINLY LOOK AT THE RFC IF YOU HAVE IT.

09:27:29   5    Q.   I HAVE IT, IT'S TX 6952.  THAT MIGHT BE IN A DIFFERENT

09:27:33   6    NOTEBOOK, BUT WE'VE GOT IT THERE FOR YOU.  6952.

09:27:37   7            MR. NELSON:  IS THAT?

09:27:52   8            MR. VAN NEST:  6952.

09:27:55   9            MR. NELSON:  THANK YOU.

09:27:57  10    BY MR. VAN NEST:

09:27:57  11    Q.   IS THAT ONE OF THE PROTOCOLS THAT PERTAINS TO THE

09:28:00  12    SPANNING-TREE PROTOCOL, DR. ALMEROTH?

09:28:02  13    A.   THIS IS FOR MAC BRIDGES FROM IEEE.  SPANNING-TREE MIGHT BE

09:28:14  14    DEFINED IN HERE.  I BELIEVE IT IS.

09:28:15  15    Q.   ALL RIGHT.  ARE YOU GENERALLY FAMILIAR WITH BOTH OF THOSE

09:28:18  16    PROTOCOLS?

09:28:18  17    A.   I DON'T THINK MAC BRIDGES IS A PROTOCOL, IT'S KIND OF AN

09:28:23  18    UMBRELLA DOCUMENT.

09:28:24  19    Q.   ALL RIGHT.  BUT YOU'RE FAMILIAR WITH THE CONCEPT?

09:28:27  20    A.   YES, SIR.

09:28:27  21            MR. VAN NEST:  ALL RIGHT.  I WOULD OFFER 6952 IN

09:28:30  22    EVIDENCE, YOUR HONOR.

09:28:31  23            MR. NELSON:  I DON'T HAVE ANY OBJECTION, YOUR HONOR.

09:28:32  24            THE COURT:  IT WILL BE ADMITTED.

09:28:34  25        (DEFENDANT'S EXHIBIT 6952 WAS ADMITTED INTO EVIDENCE.)

09:28:34  1    BY MR. VAN NEST:

09:28:35  2    Q.   AND IF WE COULD GO TO PAGE 4, MR. DAHM.

09:28:40  3         AND SPANNING-TREE ALGORITHM AND PROTOCOL IS DISCUSSED IN

09:28:44  4    THIS DOCUMENT, IS IT NOT, DR. ALMEROTH --

09:28:55  5         WHOOPS.  MAYBE IT'S PAGE 49.  I'M SORRY, MR. DAHM.  THERE

09:28:59  6    IT IS.

09:29:00  7         SO SPANNING-TREE PROTOCOL, THAT'S A PHRASE THAT NETWORK

09:29:05  8    ENGINEERS WOULD UNDERSTAND.

09:29:07  9    A.   THEY WOULD, AND AS I'VE DESCRIBED, USUALLY IT'S REFERENCED

09:29:12  10   AS STP.

09:29:14  11   Q.   ALL RIGHT.  BUT IN THE COMMANDS THAT ARE AT ISSUE IN THIS

09:29:17  12   CASE IT'S REFERRED TO AS SPANNING-TREE; RIGHT?

09:29:20  13   A.   I BELIEVE SPANNING-TREE.  AND I THINK THAT'S A GREAT

09:29:26  14   EXAMPLE THAT ILLUSTRATES THE CHOICE BETWEEN WHETHER YOU USE

09:29:28  15   SOMETHING LIKE SPANNING-TREE, SPANNING-TREE, STP OR ANY ONE OF

09:29:38  16   A VARIETY OF OTHER DIFFERENT OPTIONS.

09:29:40  17   Q.   BUT CERTAINLY THE WORD "SPANNING-TREE" APPEARED FIRST IN

09:29:43  18   PROTOCOL AND THEN LATER IN THE COMMAND; RIGHT?

09:29:45  19   A.   I BELIEVE THAT'S CORRECT.

09:29:49  20   Q.   OKAY.  AND YOU'VE USED THE WORD "SPANNING-TREE" YOURSELF?

09:29:55  21   A.   I BELIEVE I HAVE.  I SUSPECT YOU HAVE A PUBLICATION.

09:29:59  22   Q.   WELL, NO, I'M SPEAKING OF SOME SOFTWARE THAT YOU PUBLISHED

09:30:02  23   THAT YOU CALLED SPANNING-TREE OR RELATED TO SPANNING-TREE, BACK

09:30:05  24   IN 2006.  DO YOU RECALL THAT?

09:30:07  25   A.   I DO.  I DON'T RECALL WHICH ONE IT WAS, SPECIFICALLY.

09:30:11  1        Q.   FAIR ENOUGH.

09:30:12  2             NOW, THE TERM IGMP --

09:30:15  3        A.   OH, I'M SORRY.  ONE ADDITIONAL NOTE ABOUT THAT.  THAT WAS

09:30:18  4        NOT -- I DON'T BELIEVE THAT WAS AN IMPLEMENTATION OF THE

09:30:22  5        SPANNING-TREE PROTOCOL.

09:30:22  6        Q.   OKAY.  FAIR ENOUGH.

09:30:24  7             THE TERM IGMP, THAT ALSO APPEARS IN MANY DISPUTED

09:30:30  8        COMMANDS?

09:30:30  9        A.   AGAIN, I DON'T HAVE THE COUNT.

09:30:32 10        Q.   I HAVE THE COUNT AT 21.  DOES THAT SEEM RIGHT?

09:30:34 11        A.   OKAY.  I THINK 21 OUT OF 50 VERSION 6 IS PROBABLY NOT

09:30:39 12        MANY.

09:30:39 13        Q.   WELL, IT IS WHAT IT IS.

09:30:41 14        A.   I AGREE, YOUR CHARACTERIZATION WAS MANY --

09:30:44 15        Q.   FAIR ENOUGH.  FAIR ENOUGH.  21.

09:30:47 16             AND THAT'S ANOTHER INDUSTRY STANDARD PROTOCOL, IGMP;

09:30:51 17        RIGHT.

09:30:51 18        A.   YES.  THERE'S, AGAIN, VERSION 1, VERSION 2, AND VERSION 3.

09:30:56 19        Q.   AND IT MEANS INTERNET GROUP MANAGEMENT PROTOCOL; RIGHT?

09:30:59 20        A.   YES, SIR.

09:31:00 21        Q.   NETWORK ENGINEERS WOULD UNDERSTAND THAT?

09:31:02 22        A.   GENERALLY, YES.

09:31:03 23        Q.   AND IT'S A FAMILIAR TERM TO THEM?

09:31:05 24        A.   YES.

09:31:06 25        Q.   THERE ARE VARIOUS VERSIONS OF IT?

09:31:08  1    A.   YES.

09:31:08  2    Q.   AND LET'S TAKE A LOOK AT VERSION 2 IN YOUR NOTEBOOK, 6877,

09:31:20  3    TX 6877.  AND TELL ME WHETHER YOU RECOGNIZE THAT.

09:31:25  4    A.   SORRY, I DIDN'T REALIZE IT WAS IN VOLUME II.

09:31:47  5    Q.   SORRY.

09:31:55  6         DO YOU RECOGNIZE 6877 AS VERSION 2?

09:31:58  7    A.   YES.

09:31:59  8         MR. VAN NEST:  I WOULD OFFER 6877 IN EVIDENCE,

09:32:01  9    YOUR HONOR.

09:32:02 10         MR. NELSON:  NO OBJECTION, YOUR HONOR.

09:32:03 11         THE COURT:  IT WILL BE ADMITTED.

09:32:05 12       (DEFENDANT'S EXHIBIT 6877 WAS ADMITTED INTO EVIDENCE.)

09:32:05 13         MR. VAN NEST:  COULD WE DISPLAY IT, PLEASE, MR. DAHM.

09:32:10 14    Q.   OKAY.  THIS IS THE INTERNET GROUP MANAGEMENT PROTOCOL.

09:32:13 15    AND YOU SEE DOWN THERE IN THE ABSTRACT, IT'S REFERRED TO JUST

09:32:16 16    THE WAY YOU DID AS IGMP V2?

09:32:20 17    A.   YES.

09:32:22 18    Q.   NOW, THIS DOCUMENT ALSO HAS SOME DEFINITIONS IN IT, DOES

09:32:26 19    IT NOT?

09:32:36 20         MR. VAN NEST:  LET'S GO TO -- CAN WE PULL UP THE

09:32:38 21    DEFINITIONS, MR. DAHM.

09:32:41 22    Q.   THEY ARE ON A COUPLE OF PAGES.  LET'S START WITH THIS ONE.

09:32:47 23    QUERY INTERVAL, I'VE GOT THEM ON THE SCREEN BECAUSE IT MAY BE A

09:32:50 24    LITTLE BIT EASIER.

09:32:51 25    A.   I WAS JUST CONFUSED BECAUSE SECTION 1 IS ENTITLED

09:32:54  1    DEFINITIONS.  THIS IS NOT A SECTION ENTITLED DEFINITIONS.

09:32:58  2    Q.   WELL, LET'S GO BACK TO PAGE 48, OR WHICHEVER PAGE WE ARE

09:33:08  3    ON HERE, I HAVE IT ON THE SCREEN.  QUERY INTERVAL IS A CONCEPT

09:33:11  4    DISCUSSED IN THE PROTOCOL?

09:33:13  5    A.   IT IS, IT'S ONE OF THE TIMERS.

09:33:16  6    Q.   AND THERE ARE A NUMBER OF OTHER TERMS DEFINED HERE AS

09:33:19  7    WELL; RIGHT?

09:33:20  8    A.   WELL, AGAIN, I DON'T THINK THIS IS A DEFINITION OF TERMS.

09:33:23  9    I THINK IT'S, AS SECTION 8 DESCRIBES, IT'S A LIST OF TIMERS AND

09:33:28 10    DEFAULT VALUES.

09:33:29 11    Q.   OKAY.  BUT THEY'RE CERTAINLY DISCUSSED.  AT THE BOTTOM OF

09:33:35 12    THE PAGE, STARTUP-QUERY-INTERVAL, IT'S A DISCUSSED TERM?

09:33:39 13    A.   IT'S -- IT IS.

09:33:41 14    Q.   STARTUP-QUERY-COUNT, THAT'S A DISCUSSED TERM?

09:33:46 15    A.   IT IS LISTED THERE.

09:33:48 16    Q.   AND ON THE NEXT PAGE WE'VE GOT SOME MORE THAT ARE

09:33:51 17    DISCUSSED IN THIS PROTOCOL.  LAST MEMBER QUERY INTERVAL, LAST

09:33:55 18    MEMBER QUERY COUNT.  AND SEVERAL OTHERS AS WELL?

09:33:59 19    A.   I SEE THOSE.

09:34:00 20    Q.   AND THESE ARE ALL PHRASES THAT ARE INCLUDED IN SOME OF THE

09:34:06 21    COMMANDS AT ISSUE IN THIS LAWSUIT; RIGHT?

09:34:11 22    A.   I DON'T BELIEVE THEY ARE.

09:34:16 23         MR. VAN NEST:  COULD WE PUT UP SLIDE 4, PLEASE.

09:34:18 24    Q.   I WILL REPRESENT TO YOU, DR. ALMEROTH, THAT THESE LONG

09:34:26 25    FOUR- OR FIVE-WORD PHRASES ARE ALL AMONG THE 506 THAT YOU

09:34:32  1    IDENTIFIED YESTERDAY.  DO YOU THINK THAT'S RIGHT?

09:34:34  2    A.   I DO.  AND YOU WILL NOTE THE DIFFERENCE BETWEEN THE WAY

09:34:37  3    THAT THEY ARE REPRESENTED IN THE IGMP V2 STANDARD AND THE WAY

09:34:43  4    THAT THEY ARE DESCRIBED HERE.

09:34:44  5    Q.   WELL, LET'S START AT THE TOP THERE.  NOW, AGAIN, THE IGMP

09:34:49  6    STANDARD, IT RUNS IN CONNECTION WITH THE IP STANDARD; RIGHT?

09:34:55  7    A.   GENERALLY, IT DOES.

09:34:56  8    Q.   OKAY.  SO IP, WE'VE TALKED ABOUT THAT, IGMP, QUERY

09:35:02  9    INTERVAL, THAT'S ONE OF THE TERMS WE JUST LOOKED AT THAT'S

09:35:05  10   DISCUSSED IN THE PROTOCOL ITSELF; RIGHT?

09:35:07  11   A.   NO, IT'S NOT.  IT'S DIFFERENT.  IT USES A DIFFERENT

09:35:12  12   SYNTAX, IT USES A HYPHEN, IT USES LOWER CASE, JUST LIKE JUST

09:35:17  13   LIKE IN SECTION 8.2 THAT LISTS QUERY INTERVAL, THE PERSON WHO

09:35:21  14   DESIGNED THIS COMMAND HAD A CHOICE WHETHER TO INCLUDE THE

09:35:24  15   HYPHEN, WHETHER TO INCLUDE THE CAPITALIZATION.  YOU CAN USE

09:35:27  16   OTHER WORDS OTHER THAN QUERY INTERVAL.

09:35:30  17   Q.   MY QUESTION WAS A LITTLE MORE SIMPLE, DR. ALMEROTH.

09:35:34  18   DOESN'T THE TERM QUERY INTERVAL, ISN'T THAT DISCUSSED IN THE

09:35:37  19   PROTOCOL AS WE JUST SAW?

09:35:39  20   A.   THE TERM, THERE'S A SECTION -- WELL, YOUR TERM IS

09:35:42  21   AMBIGUOUS, WHETHER YOU ARE TALKING ABOUT THE COMMAND OR WHETHER

09:35:45  22   YOU ARE TALKING ABOUT WHAT'S DESCRIBED IN THE MANUAL.  THOSE

09:35:49  23   TWO ARE DIFFERENT THINGS.

09:35:51  24   Q.   I DON'T WANT TO TALK ABOUT HYPHENS FOR NOW, WE WILL GET TO

09:35:53  25   THAT.

09:35:55   1       A.   OKAY.

09:35:55   2       Q.   I WANT TO TALK ABOUT WORDS.

09:35:57   3            THE WORDS QUERY INTERVAL, THEY ARE DISCUSSED IN THE

09:36:00   4       STANDARD ITSELF; RIGHT?

09:36:02   5       A.   THOSE WORDS ARE DISCUSSED IN THE STANDARD.

09:36:04   6       Q.   WE JUST SAW THAT.

09:36:06   7            AND SO IS LAST MEMBER QUERY COUNT; RIGHT?

09:36:13   8       A.   THERE IS A DISCUSSION OF THAT TIMER, DIFFERENT WORDS, BUT

09:36:18   9       OKAY.

09:36:18  10       Q.   AND LAST MEMBER QUERY INTERVAL, IT'S DISCUSSED IN THE

09:36:21  11       PROTOCOL?

09:36:21  12       A.   IT'S THE SAME THING.

09:36:24  13       Q.   AND STARTUP-QUERY-COUNT, THAT'S DISCUSSED IN THE PROTOCOL?

09:36:29  14       A.   IT'S VERY SIMILAR, BUT NOT THE SAME.

09:36:32  15       Q.   AND STARTUP-QUERY-INTERVAL, THAT'S DISCUSSED IN THE

09:36:35  16       PROTOCOL?

09:36:36  17       A.   VERY SIMILAR BUT NOT THE SAME.

09:36:37  18       Q.   AND INTERFACE, GROUP AND GROUPS, THOSE ARE ALL DISCUSSED

09:36:40  19       IN THE PROTOCOL TOO?

09:36:41  20       A.   AGAIN, THOSE GENERAL CONCEPTS, THOSE PARTICULAR WORDS

09:36:45  21       MIGHT APPEAR.  I DON'T KNOW IF THOSE PARTICULAR WORDS IN THAT

09:36:49  22       ORDER APPEAR.  BUT, AGAIN, REGARDLESS OF WHETHER THEY APPEAR IN

09:36:53  23       THE STANDARD DOESN'T MEAN THAT THE PERSON WHO WROTE THESE

09:36:56  24       COMMANDS DIDN'T HAVE A CHOICE.

09:36:58  25       Q.   NOW, COULD WE PUT UP THE SIDE BY SIDE PLEASE, MR. DAHM.

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1365

09:37:08   1            SO IT'S CLEAR FROM THIS THAT WHOEVER DESIGNED THESE

09:37:12   2    COMMANDS WAS MAKING REFERENCE, AT MINIMUM, TO CONCEPTS THAT

09:37:20   3    WERE DISCUSSED IN THE PROTOCOL ITSELF; RIGHT?

09:37:22   4    A.   I THINK THAT'S GENERALLY TRUE.  I THINK WHOEVER WAS

09:37:25   5    IMPLEMENTING THESE COMMANDS FOR CISCO WAS AWARE OF WHAT WAS IN

09:37:31   6    THE STANDARD AND HOW THE PROTOCOL OPERATES.

09:37:33   7    Q.   AND, THEREFORE, CHOSE TERMS FROM THE STANDARD THAT WOULD

09:37:38   8    BE FAMILIAR TO NETWORK ENGINEERS; RIGHT?

09:37:40   9    A.   I THINK THAT COULD HAVE BEEN ONE OF THE DESIGN

09:37:42  10    CONSIDERATIONS, SINCE THERE ARE DIFFERENCES HERE, CLEARLY THERE

09:37:46  11    WERE OTHER FACTORS AT PLAY, AND HOW THESE WERE ORGANIZED AND

09:37:53  12    WHAT HIERARCHY WAS SELECTED ALL COME INTO PLAY.

09:37:55  13    Q.   NOW, THERE WERE MANY, MANY OTHER PROTOCOLS THAT ARE

09:37:57  14    RELEVANT TO THE COMMANDS AT ISSUE IN THIS CASE; RIGHT?

09:38:00  15    A.   YOU SAID MANY TWO TIMES.  I WOULD ACTUALLY AGREE, THERE

09:38:05  16    ARE A VERY LARGE NUMBER OF PROTOCOLS.

09:38:07  17    Q.   OKAY.  THE PIM PROTOCOL APPEARS IN ROUGHLY 20 OF THE

09:38:11  18    COMMANDS?

09:38:12  19    A.   PROTOCOL INDEPENDENT MULTITASK, YES.

09:38:15  20    Q.   THAT'S AN INDUSTRY STANDARD PROTOCOL AS WELL?

09:38:17  21    A.   IT IS.

09:38:18  22    Q.   YOU ARE FAMILIAR WITH THAT?  YOU ARE A PARTICIPANT IN IT?

09:38:22  23    A.   YES.

09:38:23  24    Q.   OKAY.  WOULD YOU LOOK AT YOUR NOTEBOOK AT TX 6870, PLEASE,

09:38:36  25    AND TELL ME WHETHER YOU RECOGNIZE THAT DOCUMENT.

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1366

```
09:38:39   1    A.   I DO.

09:38:39   2    Q.   IS THAT ONE VERSION OF THE PIM PROTOCOL SPECIFICATION?

09:38:45   3    A.   IT IS.

09:38:46   4         MR. VAN NEST:  I WOULD MOVE 6870 IN EVIDENCE,

09:38:50   5    YOUR HONOR?

09:38:51   6         THE COURT:  ANY OBJECTION?

09:38:52   7         MR. NELSON:  NO OBJECTION.

09:38:53   8         THE COURT:  IT WILL BE ADMITTED.

09:38:56   9         (DEFENDANT'S EXHIBIT 6870 WAS ADMITTED INTO EVIDENCE.)

09:38:56  10    BY MR. VAN NEST:

09:38:56  11    Q.   THAT EXPRESSION, PIM, IS WELL KNOWN TO NETWORK ENGINEERS?

09:39:04  12    A.   GENERALLY, IT IS.  AND AS THIS IDENTIFIES, THERE'S TWO

09:39:08  13    DIFFERENT VARIANTS OF PIM, THERE'S A DENSE MODE AND THEN THIS

09:39:12  14    ONE DISCUSSES THE SPARSE MODE VERSION.

09:39:15  15    Q.   AND, IN FACT, IN YOUR REPORT YOU REFER TO THIS PROTOCOL AS

09:39:20  16    PIM YOURSELF?

09:39:20  17    A.   I BELIEVE THAT'S CORRECT.  AND GENERALLY THAT MEANS YOU

09:39:23  18    ARE REFERRING TO BOTH TYPES OF PIM.

09:39:26  19    Q.   NOW, MSDP, THAT APPEARS IN 19 OF THE COMMANDS?

09:39:30  20    A.   THE MULTITASK SOURCE DISCOVERY PROTOCOL.

09:39:34  21    Q.   THAT'S ANOTHER IT EF, INDUSTRY STANDARD PROTOCOL?

09:39:40  22    A.   YES, THAT IS.

09:39:41  23    Q.   THAT'S AT 6910 IN YOUR BINDER, IF YOU WOULD TAKE A LOOK AT

09:39:45  24    THAT, PLEASE.

09:39:54  25    A.   YES.
```

09:39:54   1      Q.   ALL RIGHT.

09:39:55   2             MR. VAN NEST:  I WOULD MOVE 6910 IN EVIDENCE,

09:39:57   3      YOUR HONOR.

09:39:58   4             MR. NELSON:  I'M ALMOST THERE, YOUR HONOR.

09:40:00   5             MR. VAN NEST:  OH, EXCUSE ME.  I'M SORRY.

09:40:02   6             MR. NELSON:  NO, THAT'S OKAY.

09:40:03   7         THAT'S FINE, YOUR HONOR.

09:40:04   8             THE COURT:  IT WILL BE ADMITTED.

09:40:07   9         (DEFENDANT'S EXHIBIT 6910 WAS ADMITTED INTO EVIDENCE.)

09:40:07  10      BY MR. VAN NEST:

09:40:08  11      Q.   IF WE COULD DISPLAY THIS ONE.  ON THIS PROTOCOL, THE

09:40:11  12      INITIALS WE ARE TALKING ABOUT HERE, MSDP, THEY APPEAR RIGHT IN

09:40:16  13      THE TITLE OF THE PROTOCOL; CORRECT?

09:40:17  14      A.   THEY DO.

09:40:19  15      Q.   AND THAT WAS THE ACRONYM THAT ENGINEERS AT CISCO CHOSE TO

09:40:21  16      USE IN THE COMMANDS AS WELL?

09:40:22  17      A.   THAT WAS WHAT THEY CHOSE, THAT'S CORRECT.

09:40:25  18      Q.   AND PROBABLY THERE ARE SOME TERMS IN THIS PROTOCOL THAT

09:40:28  19      DISCUSS MSDP THAT WERE ALSO CHOSEN TO BE INCLUDED; RIGHT?

09:40:34  20      A.   VERY LIKELY.  I MEAN, THIS DOCUMENT IS COMPOSED OF

09:40:37  21      HUNDREDS, IF NOT THOUSANDS, OF WORDS, AND THE IDEA THAT THERE

09:40:42  22      ARE SOME ENGLISH WORDS THAT MIGHT ALSO APPEAR IN WHAT THE

09:40:48  23      INVENTOR OF THE COMMAND LINE INTERFACE COMMAND CHOSE, CERTAINLY

09:40:53  24      THAT MIGHT BE THE CASE.

09:40:55  25      Q.   AND LIKELY, THE CHOICE WAS MADE BECAUSE THE TERMS ARE

09:40:59  1    FAMILIAR TO PEOPLE WHO ARE USING THE MSDP STANDARD, RIGHT,

09:41:04  2    DR. ALMEROTH?

09:41:05  3    A.   THAT MIGHT BE ONE OF THE CONSIDERATIONS.  BUT, AGAIN,

09:41:08  4    THERE ARE OTHER CONSIDERATIONS.  I TALKED ABOUT THE

09:41:12  5    PARSER-POLICE MANIFESTO.  THERE WERE A VARIETY OF

09:41:17  6    CONSIDERATIONS THAT WENT INTO THE CREATIVE PROCESS THAT THE

09:41:19  7    ENGINEERS AT CISCO USED.

09:41:20  8    Q.   ISIS, IS-IS, IS THAT AN INDUSTRY STANDARD PROTOCOL?

09:41:31  9    A.   YES.

09:41:32 10    Q.   AND THERE ARE ROUGHLY 1EN COMMANDS AT ISSUE THAT USE THAT

09:41:37 11    PHRASE; CORRECT?

09:41:38 12    A.   YES.

09:41:38 13    Q.   THAT'S TX 6824.  WOULD YOU TAKE A MOMENT TO LOOK AT THAT

09:41:43 14    ONE.  DO YOU RECOGNIZE IT, DR. ALMEROTH?

09:42:01 15    A.   I DO.

09:42:03 16         MR. VAN NEST:  I MOVE 6824 INTO EVIDENCE, YOUR HONOR.

09:42:06 17         MR. NELSON:  NO OBJECTION, YOUR HONOR.

09:42:08 18         THE COURT:  DID WILL BE ADMITTED.

09:42:10 19    (DEFENDANT'S EXHIBIT 6824 WAS ADMITTED INTO EVIDENCE.)

09:42:10 20    BY MR. VAN NEST:

09:42:10 21    Q.   AND AGAIN HERE, USE OF IS-IS FOR ROUTING IN TCP/IP AND

09:42:22 22    DUAL ENVIRONMENTS, THAT APPEARS RIGHT IN THE TITLE OF THE

09:42:25 23    PROTOCOL.  CORRECT?

09:42:26 24    A.   IT DOES.  IT'S A LITTLE BIT UNFORTUNATE.  BUT USUALLY THE

09:42:29 25    WAY WE PRONOUNCE IT IS ISIS.

09:42:31  1    Q.   OKAY.  SO THAT PHRASE FROM THE PROTOCOL WAS ONE THAT

09:42:36  2    WHOEVER DESIGNED THE COMMANDS AT CISCO DECIDED WOULD BE

09:42:40  3    APPROPRIATE FOR A COMMAND INVOLVING THIS PROTOCOL; RIGHT?

09:42:44  4    A.   WE WOULD HAVE TO LOOK AT THOSE COMMANDS.  I'M NOT SURE IF

09:42:50  5    THE SYNTAX IS EXACTLY THE SAME AS WHAT'S DESCRIBED HERE.

09:42:52  6    Q.   WHETHER OR NOT THE SYNTAX IS THE SAME, CERTAINLY THIS

09:42:56  7    TITLE, THIS PHRASE ISIS, THAT WAS USED BY CISCO ENGINEERS TO

09:43:01  8    REFER TO THIS PROTOCOL; RIGHT?

09:43:03  9    A.   WELL, THE SYNTAX IS ALL IMPORTANT.  THAT'S PART OF THE

09:43:06  10   CREATIVE PROCESS IS DETERMINING WHETHER THE HYPHEN IS THERE,

09:43:12  11   WHAT THE CAPITALIZATION SHOULD BE.  I MEAN, THAT'S THE

09:43:15  12   DIFFERENCE BETWEEN WHAT THE ENGINEERS UNDERSTAND AND CAN CONVEY

09:43:19  13   THE MEANING OF THE COMMAND, BUT IS SOMETHING THAT CAN STILL BE

09:43:22  14   UNDERSTOOD BY THE PARSER.

09:43:24  15   Q.   NOW, DR. ALMEROTH, THERE ARE MANY OTHER INDUSTRY STANDARDS

09:43:28  16   THAT PROVIDE TERMS IN THE COMMANDS AT ISSUE IN THE LAWSUIT;

09:43:33  17   CORRECT?

09:43:34  18   A.   COULD YOU REPEAT THE QUESTION?

09:43:36  19   Q.   YES.  THERE ARE MANY OTHER INDUSTRY STANDARDS THAT PROVIDE

09:43:42  20   TERMS FOR COMMANDS AT ISSUE IN THE LAWSUIT?

09:43:43  21   A.   GENERALLY, THAT'S TRUE.  I WANT TO BE VERY CAREFUL IN

09:43:47  22   ANSWERING THAT QUESTION.  YOU'VE USED THE TERM INDUSTRY

09:43:50  23   STANDARD.  AND BY THAT I UNDERSTAND THAT THERE ARE RFC'S FROM

09:43:55  24   THE IETF, AND STANDARDS FROM THE IEEE THAT DEFINE PROTOCOLS,

09:44:00  25   AND SOME OF THOSE PROTOCOLS INCLUDE ASPECTS THAT ARE

09:44:04  1        INCORPORATED INTO COMMANDS.

09:44:05  2        Q.   OKAY.  SO, FOR EXAMPLE, VRRP, THAT'S ANOTHER INDUSTRY

09:44:09  3        STANDARD; CORRECT?

09:44:10  4        A.   IT IS.

09:44:11  5        Q.   THAT STANDS FOR VIRTUAL ROUTER REDUNDANCY PROTOCOL; RIGHT?

09:44:16  6        A.   YES.

09:44:16  7        Q.   YOU ARE FAMILIAR WITH THAT?

09:44:17  8        A.   YES.

09:44:18  9        Q.   THAT'S AN INDUSTRY STANDARD?

09:44:19  10       A.   I BELIEVE IT IS, BUT I WOULD HAVE TO GO BACK AND DOUBLE

09:44:24  11       CHECK THE DOCUMENT.

09:44:25  12       Q.   ALL RIGHT.  WELL, LET'S DO IT.  6881, AND I PROMISE NOT TO

09:44:29  13       DO MANY MORE OF THESE, 6881 IN YOUR BINDER?

09:44:51  14       A.   OKAY.  I FOUND IT.

09:44:52  15       Q.   ALL RIGHT.  IS THAT THE VRRP PROTOCOL?

09:44:55  16       A.   IT IS.

09:44:55  17       Q.   AND IT WAS A RATIFIED PROTOCOL?

09:44:58  18       A.   YES, IT'S A STANDARDS TRACK RFQ DOCUMENT.

09:45:03  19            MR. VAN NEST:  YOUR HONOR, I WOULD OFFER 6881 IN

09:45:06  20       EVIDENCE.

09:45:06  21            MR. NELSON:  NO OBJECTION, YOUR HONOR.

09:45:07  22            THE COURT:  IT WILL BE ADMITTED.

09:45:09  23         (DEFENDANT'S EXHIBIT 6881 WAS ADMITTED INTO EVIDENCE.)

09:45:09  24       BY MR. VAN NEST:

09:45:12  25       Q.   NOW, DR. ALMEROTH, YOU WERE PROVIDED WITH A REPORT THAT

09:45:19  1    DR. BLACK DID ANALYZING ALL 506 COMMANDS THAT ARE AT ISSUE IN

09:45:26  2    THE CASE; CORRECT?

09:45:27  3    A.   YES.

09:45:31  4    Q.   AND HE PROVIDED YOU WITH A COLOR-CODED CHART WHICH HE

09:45:37  5    CLAIMS SHOW THAT ANY TERM IN GREEN ON THE CHART CAME FROM AN

09:45:41  6    INDUSTRY STANDARD PROTOCOL; RIGHT?

09:45:43  7    A.   I BELIEVE THAT'S CORRECT.

09:45:46  8    Q.   AND I SHOWED ONE SMALL SAMPLE OF THAT IN THE OPENING.

09:45:49  9         IF I COULD HAVE THAT OPENING STATEMENT SLIDE UP, PLEASE.

09:45:52 10    THIS IS A DEMONSTRATIVE.  THERE IT IS.  ALL RIGHT.

09:45:55 11         YOU WERE HERE FOR THE OPENING STATEMENT?

09:45:56 12    A.   YES, SIR.

09:45:57 13    Q.   AND I SHOWED THIS TO THE JURY?

09:46:00 14    A.   YES, SIR.

09:46:00 15    Q.   AND DR. BLACK PROVIDED YOU WITH THIS AND MANY MORE CHARTS

09:46:06 16    IN THE COURSE OF THE PREPARATORY WORK IN THIS CASE; RIGHT?

09:46:10 17    A.   THAT'S CORRECT, AS PART OF HIS REBUTTAL TO MY REPORT.

09:46:13 18    Q.   RIGHT.  AND ACCORDING TO DR. BLACK, EVERY TERM ON HERE IN

09:46:19 19    GREEN, HE HAS TRACED BACK TO AN INDUSTRY STANDARD PROTOCOL?

09:46:24 20    THAT'S WHAT HE SAID; RIGHT?

09:46:25 21    A.   I BELIEVE THAT'S CORRECT.  YOU WILL HAVE TO REPRESENT THAT

09:46:29 22    THAT'S WHAT HE SAID.

09:46:30 23    Q.   AND THEN YOU HAD AN OPPORTUNITY TO PUT IN A REBUTTAL

09:46:33 24    REPORT TO THIS; RIGHT?

09:46:35 25    A.   YES.

09:46:35  1    Q.   AND YOU WROTE A 9200 PAGE REBUTTAL REPORT?

09:46:44  2    A.   A 90 TO 100 PAGE REBUTTAL REPORT, YES.  I WASN'T SURE WHAT

09:46:47  3    YOU SAID.

09:46:48  4    Q.   A 90 TO 100 PAGE REBUTTAL REPORT, THAT'S WHAT I MEANT TO

09:46:52  5    SAY.

09:46:52  6    A.   I THOUGHT YOU SAID A 900 PAGE.

09:46:55  7    Q.   NO, NO.

09:46:57  8    A.   ALL RIGHT.  I'M SORRY.

09:46:58  9    Q.   THANK YOU.  ALTHOUGH YOU DISAGREED WITH DR. BLACK'S

09:47:02  10   METHODOLOGY, AND YOU DISAGREE WITH HIS CONCLUSION, YOU DIDN'T

09:47:06  11   DISAGREE WITH ANY OF HIS DATA; RIGHT?

09:47:10  12   A.   I'M NOT SURE THAT'S TRUE.  ESPECIALLY CONSIDERING THE

09:47:14  13   DATA -- WELL, I WOULD HAVE TO GO BACK AND LOOK AT THE REPORT.

09:47:18  14   WE CAN MATCH UP THE TWO.  I THINK WE HAD A FAIR NUMBER OF

09:47:22  15   DISAGREEMENTS.

09:47:22  16   Q.   YOU SAID IN YOUR REPORT THAT THIS DOESN'T MATTER BECAUSE

09:47:26  17   WE ARE MAKING NO CLAIM FOR INDIVIDUAL TERMS, BUT YOU CERTAINLY

09:47:30  18   NEVER DISPUTED ANY ONE OF THE INDIVIDUAL TERMS AND ITS GENESIS

09:47:38  19   IN A PROTOCOL; RIGHT?

09:47:40  20   A.   I THINK YOU ARE CORRECT.  I THINK I DISAGREED WITH HIS

09:47:45  21   METHODOLOGY AND WHAT HE USED THIS INFORMATION FOR.  I THINK THE

09:47:48  22   FACT THAT YOU CAN TAKE A MULTI-HUNDRED PAGE RFC OR STANDARD AND

09:47:54  23   YOU CAN TAKE HUNDREDS OF THOSE AND YOU CAN FIND PARTICULAR

09:47:57  24   WORDS IN THEM, DOES NOT SUGGEST OR ALLOW SOMEBODY TO CONCLUDE

09:48:02  25   THAT THERE WASN'T CREATIVITY IN THE PROCESS OF DETERMINING THE

09:48:07  1    CHOICE OF WORDS AND THE ORDER OF THOSE WORDS IN THE COMMANDS.

09:48:10  2    Q.   RIGHT.  BUT YOU DIDN'T PROVIDE ANY DATA, FOR EXAMPLE, TO

09:48:13  3    SAY ANY PARTICULAR TERM IN HIS COLOR-CODED CHART WAS WRONG;

09:48:19  4    RIGHT?

09:48:19  5    A.   THAT'S RIGHT.  I DIDN'T LOOK TO SEE THAT THE WORD HE

09:48:24  6    IDENTIFIED DIDN'T APPEAR IN SOME RFC AT SOME POINT ANYWHERE.

09:48:29  7    THERE'S NEARLY 8,000 RFC'S THAT COME FROM THE ITEF AT THIS

09:48:34  8    POINT.

09:48:34  9    Q.   AND IT'S NOT SURPRISING THAT MANY OF THE TERMS IN THESE

09:48:37  10   COMMANDS COME FROM PROTOCOLS BECAUSE THAT'S EXACTLY THE

09:48:42  11   GUIDANCE THAT CISCO GIVES TO ITS ENGINEERS; RIGHT?

09:48:48  12   A.   THAT'S ONE ASPECT, AND I THINK IF YOU LOOK AT THE

09:48:51  13   MANIFESTO, THERE'S A WHOLE SERIES OF RECOMMENDATIONS THAT THEY

09:48:55  14   MAKE THAT COULD INFORM AN ENGINEER ON HOW THEY CHOOSE WHAT THE

09:49:02  15   COMMANDS SHOULD BE.

09:49:02  16   Q.   IN FACT, THE GUIDELINES SAY IF THERE'S AN INDUSTRY

09:49:08  17   STANDARD TERM THAT'S ACCEPTED, USE THAT; RIGHT?

09:49:10  18   A.   YOU MIGHT BE PARAPHRASING.

09:49:12  19   Q.   WELL LET'S FIND OUT.  LET'S GO TO TX 851.

09:49:16  20       IT'S IN EVIDENCE, YOUR HONOR.

09:49:17  21           THE COURT:  YES.

09:49:19  22           MR. VAN NEST:  AND I THINK THE JURORS HAVE SEEN IT.

09:49:22  23   Q.   BY THE WAY, YOU REFERENCED THIS IN YOUR TESTIMONY

09:49:24  24   YESTERDAY, DR. ALMEROTH.  YOU ARE VERY FAMILIAR WITH THE

09:49:28  25   PARSER-POLICE MANIFESTO, OR WHATEVER IT'S CALLED AT CISCO?

09:49:32  1    A.   YES, SIR.

09:49:33  2    Q.   AND THAT PROVIDES GUIDELINES TO THE ENGINEERS ON HOW TO

09:49:35  3    WRITE COMMANDS?

09:49:36  4    A.   IT DOES.  AND IF YOU GIVE ME A SECOND TO FIND IT.

09:49:42  5    Q.   OKAY.  I'M SORRY -- WELL, I'VE GOT IT ON THE SCREEN, AND I

09:49:46  6    HAVE IT IN THE BINDER AS WELL.  IT'S TX 851.  ALL RIGHT.  NOW,

09:50:16  7    THIS IS THE STATEMENT DOCUMENT THAT YOU TALKED ABOUT YESTERDAY

09:50:19  8    IN YOUR TESTIMONY.  YOU HAD IT ON SOME SLIDES?

09:50:24  9    A.   I THINK WE TALKED ABOUT THE DOCUMENT ITSELF.  IT MIGHT

09:50:26  10   ALSO HAVE BEEN ON SOME SLIDES.

09:50:28  11   Q.   OKAY.  FAIR ENOUGH.

09:50:29  12       IF WE COULD GO TO PARAGRAPH 6, MR. DAHM, AND BLOW THAT UP.

09:50:37  13   THERE WE GO.

09:50:39  14       THERE'S A LIST OF GUIDELINES; RIGHT?

09:50:43  15   A.   THAT'S RIGHT.  AND I BELIEVE THERE'S TEN ON THE LIST.

09:50:45  16   Q.   OKAY.  AND ONE OF THEM IS, "WHEN NAMING A COMMAND, TRY TO

09:50:50  17   PICK NAMES THAT WOULD BE FAMILIAR TO PEOPLE IN THE INDUSTRY;"

09:50:53  18   RIGHT?

09:50:53  19   A.   YES.

09:50:54  20   Q.   OKAY.  AND, FOR EXAMPLE, "IP MTU 576" IS BETTER THAN THE

09:51:04  21   LONGER VERSION, SINCE MTU IS AN ACCEPTED INDUSTRY ACRONYM.

09:51:10  22       THAT'S WHAT IT SAYS; RIGHT?

09:51:11  23   A.   YES.

09:51:12  24   Q.   AND ACCEPTED INDUSTRY ACRONYM, THAT'S WHAT WE HAVE BEEN

09:51:15  25   TALKING ABOUT THIS MORNING WITH THE PHRASES LIKE OSPF AND BGP

09:51:21  1    AND MSDP FROM THE PROTOCOLS, THAT'S WHAT THEY ARE TALKING

09:51:26  2    ABOUT?

09:51:26  3    A.   NO.   IT'S MORE THAN THAT; RIGHT?   AND THIS IS A REALLY

09:51:29  4    GOOD EXAMPLE.   BUT THE REASON WHY MTU IS AN ACCEPTED INDUSTRY

09:51:33  5    ACRONYM IS BECAUSE THE IP PROTOCOL HAS BEEN AROUND FOR NEARLY

09:51:38  6    30 YEARS.   AND IN THAT TIME, MTU HAS BECOME A VERY COMMON

09:51:43  7    ACRONYM.

09:51:43  8         BUT WHAT THIS IS SAYING IS YOU HAVE TO USE SOME JUDGMENT

09:51:47  9    AND SOME CREATIVITY TO DETERMINE WHETHER OR NOT THINGS THAT ARE

09:51:51  10   SETTLED WITHIN THE INDUSTRY, AS TO WHETHER OR NOT AN ENGINEER

09:51:56  11   SHOULD CHOOSE BETWEEN SOMETHING THAT'S LONGER AND MORE

09:51:59  12   EXPRESSIVE, AND SHORTER AND LESS EXPRESSIVE, BUT SOMETHING THAT

09:52:06  13   SOMEONE IN THE INDUSTRY WOULD PROBABLY UNDERSTAND.

09:52:08  14   Q.   BUT I THOUGHT YOU TOLD ME JUST A MINUTE AGO THAT TERMS

09:52:12  15   LIKE MSDP AND BGP AND OSPF, THEY ARE ALL FAMILIAR TO NETWORKING

09:52:17  16   ENGINEERS; RIGHT?

09:52:18  17   A.   MANY OF THOSE ARE.

09:52:19  18   Q.   OKAY.

09:52:20  19   A.   AND THERE ARE SOME NEWER PROTOCOLS THAT AREN'T, AND THAT'S

09:52:23  20   WHAT I THINK THE SECOND UNHIGHLIGHTED SENTENCE REFERS TO, THAT

09:52:27  21   WHERE THE INDUSTRY IS NOT SETTLED ON A UNIVERSAL PARLANCE, THE

09:52:31  22   LONGEST FORMAL NAME IS PROBABLY BETTER.   THAT TENDS TO HAPPEN

09:52:35  23   MORE WITH NEWER PROTOCOLS OR WITH FEATURES OF PROTOCOLS THAT

09:52:39  24   ARE LESS WIDELY UNDERSTOOD AND ACCEPTED.

09:52:40  25   Q.   BUT, DR. ALMEROTH, YOU UNDERSTAND, WE HAVE BEEN TALKING

09:52:43  1    ABOUT PROTOCOLS THIS MORNING THAT WERE DEVELOPED IN THE 80'S

09:52:47  2    AND EARLY 90'S, THEY ARE NOT NEWER?

09:52:49  3    A.   I DISAGREE, SOME OF THOSE PROTOCOLS WENT INTO THE LATE

09:52:53  4    90'S AS WELL.

09:52:53  5    Q.   OKAY.  BUT CERTAINLY THEY ALL FIT THE DEFINITION OF THIS

09:52:57  6    PARTICULAR PARAGRAPH, WHICH IS AN ACCEPTED INDUSTRY ACRONYM;

09:53:05  7    RIGHT?

09:53:05  8    A.   I THINK THE TOP LEVEL PROTOCOL NAMES, THINGS LIKE BGP, IP,

09:53:11  9    MTU, OSPF, IGMP, ARE CERTAINLY THINGS THAT PEOPLE IN THE

09:53:18  10   INDUSTRY WOULD UNDERSTAND, BUT I DON'T THINK IT'S THE CASE

09:53:22  11   THAT, FOR EXAMPLE, WHAT WAS IT -- WITHIN IGMP, THE PARTICULAR

09:53:28  12   INTERFACE COUNTER WAS SOMETHING THAT YOU COULD HAVE JUST

09:53:31  13   ABBREVIATED AS IC, BECAUSE THAT'S A DETAIL OF THE PROTOCOL THAT

09:53:38  14   MOST PEOPLE PROBABLY DON'T UNDERSTAND.

09:53:40  15   Q.   NOW --

09:53:42  16   A.   AND AGAIN, THIS ALL GOES INTO THE PROCESS OF WHAT THAT

09:53:46  17   ENGINEER HAS TO DETERMINE, HAS TO INTUIT AND USE THEIR

09:53:50  18   EXPERIENCE AS PART OF THAT CREATIVE PROCESS.

09:53:53  19   Q.   LET'S GO TO PARAGRAPH 10, PLEASE.  THE GUIDELINES ALSO

09:53:58  20   TELL US THAT "COMMANDS SHOULD TEND TO BE SELF-EXPLANATORY SO

09:54:04  21   THAT A RELATIVELY KNOWLEDGEABLE USER CAN FIGURE OUT THE COMMAND

09:54:07  22   FUNCTION FROM THE COMMAND AND ONLINE HELP WITHOUT HAVING TO

09:54:12  23   SCURRY OFF TO THE MANUALS;" RIGHT?

09:54:15  24   A.   THAT'S WHAT THAT LINE SAYS.  AND IT IS IMPORTANT TO KEEP

09:54:18  25   READING, IT SAYS, "WHAT CONSTITUTES 'SELF-EXPLANATORY.'"

09:54:23   1    Q.   LET'S START WITH WHAT I ASKED YOU TO LOOK AT,

09:54:26   2    DR. ALMEROTH, FIRST.  YOU CAN GO ON TO YOUR PARAGRAPH IN A

09:54:28   3    MOMENT, BUT MY QUESTION IS, WOULDN'T PHRASES LIKE BGP AND OSPF

09:54:35   4    AND MSDC, WOULDN'T THEY BE SELF-EXPLANATORY TO NETWORK

09:54:40   5    ENGINEERS AFTER ALL THESE YEARS?

09:54:43   6    A.   FIRST OF ALL, I THINK YOU CUT ME OFF, AND IT'S IMPORTANT

09:54:45   7    TO CONSIDER THIS WHOLE GUIDELINE IN CONTEXT.  AS FOR --

09:54:50   8    Q.   DR. ALMEROTH, I'M HAPPY TO DO THAT, BUT I WOULD LIKE AN

09:54:53   9    ANSWER TO MY QUESTION FIRST, PLEASE?

09:54:54   10   A.   I'M ANSWERING YOUR QUESTION, SIR.

09:54:56   11   Q.   NO.  MY QUESTION IS, WOULDN'T THE PHRASES THAT WE WENT

09:55:00   12   THROUGH THIS MORNING LIKE OSPF, AND MSDC, AND BGP, WOULDN'T

09:55:09   13   THOSE ALL BE SELF-EXPLANATORY TO NETWORKING ENGINEERS AS

09:55:14   14   REQUIRED -- OR SUGGESTED BY PARAGRAPH 10?

09:55:17   15   A.   NO, BECAUSE YOU WENT THROUGH A LOT OF OTHER COMMANDS, AND

09:55:20   16   SOME OF THOSE ARE NOT SELF-EXPLANATORY.  I GAVE YOU SOME

09:55:23   17   EXAMPLES ALREADY.  WE CAN GO THROUGH THE SET AGAIN, AND I CAN

09:55:26   18   POINT THOSE OUT TO YOU.

09:55:27   19   Q.   CERTAINLY, THOUGH THE CONCEPT EXPRESSED HERE IS IF THERE

09:55:32   20   IS A PHRASE THAT IS FAMILIAR AND IS SELF-EXPLANATORY, USE THAT

09:55:38   21   FIRST; RIGHT?  THAT'S THE IDEA.

09:55:42   22   A.   THAT'S THE IDEA OF WHAT YOU'VE HIGHLIGHTED, BUT IT'S NOT

09:55:46   23   REALLY REPRESENTATIVE OF WHAT THE WHOLE IDEA IS.

09:55:50   24   Q.   LET'S GO TO PARAGRAPH 7.  THE GUIDELINES ALSO TELL US,

09:55:55   25   DON'T USE CODE NAMES IN COMMANDS; RIGHT?

09:56:00  1      A.   THAT'S THE FIRST SENTENCE.

09:56:02  2      Q.   AND ISN'T THE GIST OF THAT PARAGRAPH, DON'T USE WORDS THAT

09:56:06  3      ARE UNIQUE CODE TO CISCO, USE WORDS THAT EVERYBODY KNOWS?

09:56:10  4      A.   NO, THAT'S NOT WHAT THAT SAYS.  I MEAN, IT SAYS DON'T USE

09:56:14  5      CODE NAMES IN COMMANDS.  DEBUG WHIZZY-ASIC IS ONE EXAMPLE, WILL

09:56:25  6      NOT BE VERY USEFUL TO CUSTOMERS.  THAT'S NOT VERY USE SPECIFIC

09:56:30  7      TO CISCO.

09:56:30  8           IF YOU NEED THEM AND YOU SWEAR THAT CUSTOMERS WILL NOT USE

09:56:34  9      THEM, MAKE THEM HIDDEN, PROVIDED THAT YOU MAKE SURE THE DEBUG

09:56:40  10     COMMANDS DO NOT COLLIDE WITH COMMON DEBUG DEMANDS.

09:56:44  11          ESSENTIALLY, IT'S SAYING TO TRY AND NOT USE CODE WORDS,

09:56:46  12     SOMETHING THAT A LIMITED SET OR AUDIENCE WOULD UNDERSTAND, BUT

09:56:49  13     IT SAYS THAT IF YOU NEED TO, THEN YOU HAVE THAT FREEDOM.

09:56:52  14     Q.   NOW, YOU SAID IN YOUR REPORT THAT PEOPLE COULD USE WORDS

09:56:56  15     LIKE STEVE OR BOOK OR PHONE INSTEAD OF SHOW, AND THAT WOULD BE

09:57:02  16     AS A TECHNICAL MATTER JUST FINE; RIGHT?

09:57:04  17     A.   I'M NOT SURE I SAID THAT AS A TECHNICAL MATTER.  I THINK

09:57:07  18     THAT WHAT I WAS DESCRIBING IN THE REPORT IS THAT IT'S CERTAINLY

09:57:11  19     POSSIBLE YOU COULD USE ANY WORDS WHATSOEVER FOR COMMANDS.

09:57:15  20          AND IN SOME CASES, FOR EXAMPLE, THERE'S A UNIX COMMAND

09:57:19  21     CALLED GREP FOR SEARCH.  SO SOMETIMES THE WAY THAT WORDS ARE

09:57:23  22     USED IS NOT TYPICALLY HOW THEY ARE USED.  AND THERE IS NO

09:57:29  23     PROHIBITION ANYWHERE THAT SAYS YOU COULDN'T USE GREP, OR STEVE,

09:57:32  24     OR BOB AS PART OF A COMMAND.

09:57:35  25          IT MIGHT NOT FOLLOW THE GUIDELINES.  YOU MIGHT GET

09:57:39  1    FEEDBACK FROM THE PARSER-POLICE MAILING LIST THAT SAYS, THIS

09:57:42  2    DOESN'T MAKE SENSE, YOU SHOULD TRY AND CHOOSE SOMETHING ELSE,

09:57:47  3    BUT AS THE PARSER-POLICE MANIFESTO SAYS, THOSE ARE REALLY JUST

09:57:50  4    GUIDELINES.

09:57:50  5         AND IF THE PERSON WHO CREATED THAT COMMAND CAN PREVAIL

09:57:54  6    WITH THAT DECISION, THAT COULD ACTUALLY BE A COMMAND.  THERE'S

09:57:57  7    NOTHING THAT PROHIBITS THAT FROM BEING A POSSIBILITY.

09:58:00  8    Q.   YOU ACTUALLY SAID IN YOUR REPORT THAT INSTEAD OF USING

09:58:04  9    WORDS LIKE DISPLAY OR PRINT, YOU COULD USE WORDS SUCH AS STEVE

09:58:08  10   OR BOOK OR PHONE, AND THEY WOULD BE USED JUST AS WELL, ISN'T

09:58:12  11   THAT WHAT YOU SAID?

09:58:13  12   A.   YEAH, IT'S JUST AS WELL FROM THE PERSPECTIVE OF DESIGNING

09:58:15  13   THE COMMAND.  IT MIGHT NOT MEET THE CRITERIA THAT ARE LISTED IN

09:58:19  14   THE MANIFESTO.

09:58:25  15        BUT THIS IS THE IMPORTANT POINT, THERE'S NOTHING THAT

09:58:27  16   PROHIBITS THOSE WORDS OR REALLY ANY WORDS, FROM BEING USED IN

09:58:30  17   THE COMMANDS.

09:58:31  18   Q.   BUT OBVIOUSLY IF IT YOU ARE TRYING TO DESCRIBE SOMETHING

09:58:34  19   THAT PERTAINS TO AN INDUSTRY STANDARD LIKE OSPF, IT DOESN'T

09:58:41  20   MAKE A LOT OF SENSE TO USE STEVE OR PHONE, DOES IT?

09:58:45  21   A.   NO, IT DOESN'T MAKE A LOT OF SENSE.  JUST LIKE YOU ARE

09:58:47  22   WRITING A BOOK OR POEM, WRITING WORDS THAT DON'T MEAN WHAT THEY

09:58:50  23   ARE SUPPOSED TO MEAN DOESN'T MAKE A LOT OF SENSE, BUT IT

09:58:53  24   DOESN'T MEAN THOSE PROCESSES AREN'T CREATIVE.

09:58:56  25   Q.   AND AS A MATTER OF FACT, YOU DON'T HAVE ANY PERSONAL

09:58:59  1    KNOWLEDGE OF WHAT ANYONE AT CISCO WAS THINKING, OTHER THAN WHAT

09:59:02  2    YOU'VE HEARD IN COURT, WHEN THEY WROTE ANY PARTICULAR COMMAND,

09:59:05  3    DO YOU?

09:59:05  4    A.   THAT'S CORRECT.  I LOOKED VERY MUCH AT THE PROCESS IN THE

09:59:08  5    DOCUMENTS AVAILABLE DESCRIBING THAT PROCESS.

09:59:09  6    Q.   SO RESPECT TO ANY ALTERNATIVES, INCLUDING ALL THE

09:59:11  7    ALTERNATIVES YOU TALKED ABOUT YESTERDAY, YOU HAVE NO IDEA WHAT,

09:59:15  8    IF ANY, ALTERNATIVES WERE CONSIDERED BY ANY CISCO ENGINEER IN

09:59:18  9    CONNECTION WITH THEIR WORK OTHER THAN WHAT YOU HEARD IN COURT?

09:59:22 10    A.   THAT'S CORRECT.  BUT THAT WASN'T NECESSARY TO FORM MY

09:59:25 11    OPINION AS TO WHETHER OR NOT THIS WAS CREATIVITY.

09:59:28 12    Q.   ALL RIGHT.  LET'S MOVE ON TO ANOTHER TOPIC, MODES AND

09:59:34 13    PROMPTS.

09:59:34 14             MR. VAN NEST:  COULD I HAVE DR. ALMEROTH'S SLIDE 16

09:59:37 15    UP.

09:59:38 16    Q.   THIS WAS ONE OF THE SLIDES THAT YOU TALKED ABOUT

09:59:41 17    YESTERDAY, DR. ALMEROTH, AND I JUST WANTED TO COME BACK AND

09:59:44 18    CLARIFY A COUPLE OF THINGS.

09:59:47 19         FIRST OF ALL, YOU ARE NOT MAKING ANY CLAIMS, CISCO IS NOT

09:59:51 20    MAKING ANY CLAIM FOR THE -- BASED ON ANY INDIVIDUAL MODE OR

09:59:59 21    PROMPT?

09:59:59 22    A.   THAT'S CORRECT.

10:00:00 23    Q.   AND YOU KNOW THAT WHEN DR. LOUGHEED WAS HERE,

10:00:03 24    MR. LOUGHEED, HE MENTIONED THAT USER EXEC AND PRIVILEGED EXEC,

10:00:08 25    THEY WERE ALREADY IN USE IN THE TOP 20 DEVICES HE USED AT

10:00:13  1     STANFORD?

10:00:13  2     A.   AS THE MODES, THAT'S CORRECT.

10:00:15  3     Q.   SO HE TESTIFIED THAT HE HAD A GLOBAL CONFIGURATION, AN

10:00:19  4     INTERFACE CONFIGURATION, AND IT'S THAT ARRANGEMENT OF ALL FOUR

10:00:23  5     THAT FORMS THE CLAIM THAT YOU ARE MAKING IN THIS CASE?

10:00:25  6     A.   THAT'S CORRECT.

10:00:26  7     Q.   RIGHT.

10:00:27  8     A.   IN THE CORRESPONDING PROMPTS, THAT'S RIGHT.

10:00:30  9     Q.   AND, IN FACT, THESE ARE FOUR MODES BUT THERE ARE MORE THAN

10:00:34  10    A HUNDRED MODES IN CISCO'S IOS SOFTWARE; RIGHT?

10:00:39  11    A.   THAT'S CORRECT.  I BELIEVE THAT'S CORRECT.

10:00:40  12    Q.   THERE ARE MORE THAN 100 MODES, SO 96 OTHER MODES BEYOND

10:00:46  13    THESE THAT ARE AVAILABLE IN IOS?

10:00:50  14    A.   THAT'S CORRECT.  CERTAINLY CISCO HAS A WIDE RANGE OF

10:00:54  15    PRODUCTS, I MEAN HUNDREDS IF NOT THOUSANDS OF PRODUCTS.  THEY

10:00:58  16    COVER A VARIETY OF DIFFERENT FUNCTIONALITY.  BUT THESE ARE

10:01:01  17    REALLY THE FOUR CORE MODES.  I BELIEVE THAT EVERY DEVICE HAS

10:01:06  18    THESE FOUR MODES.

10:01:07  19    Q.   AND AS A MATTER OF FACT YOU KNOW, AS SOMEONE IN THE

10:01:12  20    INDUSTRY, THAT THESE FOUR MODES ARE SUPPORTED BY VIRTUALLY

10:01:15  21    EVERY OTHER MAJOR VENDOR; RIGHT?

10:01:19  22    A.   NO, I WOULD DISAGREE.  I DON'T THINK VIRTUALLY EVERY OTHER

10:01:23  23    VENDOR.

10:01:23  24    Q.   WELL, LET'S PUT UP SLIDE 9.

10:01:31  25         AGAIN, YOU GOT SOME MATERIAL FROM DR. BLACK.  HE ACTUALLY

10:01:37   1    WENT OUT AND LOOKED AT WHAT OTHER VENDORS ARE USING; CORRECT?

10:01:42   2    A.   WELL, HE DID FOR SOME VENDORS.  IT WAS ACTUALLY A FAIRLY

10:01:47   3    SMALL SET.

10:01:48   4    Q.   SOME 20, I BELIEVE, OR 25?

10:01:50   5    A.   I BELIEVE THAT'S CORRECT, ESPECIALLY IN THE SPACE THAT

10:01:55   6    THERE'S HUNDREDS IF NOT THOUSANDS.

10:01:57   7    Q.   HOW MANY MAJOR VENDORS ARE THERE, DR. ALMEROTH?

10:02:00   8    A.   IT DEPENDS ON WHAT YOU CALL MAJOR.  YOUR CONCEPT OF MAJOR

10:02:03   9    MIGHT BE DIFFERENT THAN MINE, MIGHT BE DIFFERENT THAN

10:02:07  10    DR. BLACK'S.  AND I DON'T THINK DR. BLACK SAID WHAT HE THOUGHT

10:02:12  11    WAS A MAJOR --

10:02:12  12    Q.   BUT ONE THINS IS FOR SURE --

10:02:12  13    A.   BUT I'M NOT FINISHED.

10:02:13  14         HE DID IT BASED ON DOLLARS OR VOLUME OR REPRESENTATION,

10:02:18  15    IT'S COMPLETELY ARBITRARY WHAT YOU SECT SELECT.

10:02:22  16    Q.   BUT ONE THING IS FOR SURE, YOU DIDN'T LOOK AT ANY?

10:02:25  17    A.   THAT'S NOT TRUE.

10:02:26  18    Q.   SO LET'S TAKE A LOOK AT SLIDE 9.  HIS REPORT PROVIDED

10:02:31  19    INFORMATION ABOUT THE MODES SUPPORTED BY OTHER VENDORS IN THE

10:02:37  20    INDUSTRY, CORRECT?

10:02:38  21         MR. NELSON:  OBJECT, YOUR HONOR.

10:02:42  22    I THINK WE NEED TO ESTABLISH WHAT TIMEFRAME WE ARE TALKING

10:02:44  23    ABOUT HERE.

10:02:45  24         THE COURT:  WELL, LET'S GET A TIMEFRAME.

10:02:47  25         MR. VAN NEST:  WELL, I BELIEVE THE TIMEFRAME FROM

| | | |
|---|---|---|
| 10:02:49 | 1 | DR. BLACK'S REPORT IS -- |
| 10:03:02 | 2 | THE COURT:  THE OBJECTION IS OVERRULED. |
| 10:03:04 | 3 | MR. NELSON:  BUT THAT'S AFTER THE CONFIGURATION OF |
| 10:03:06 | 4 | THE MODES AND PROMPTS, YOUR HONOR.  THIS GOES TO THE FAIR USE |
| 10:03:08 | 5 | DEFENSE NOT THE -- |
| 10:03:09 | 6 | THE COURT:  I DON'T EVEN WHAT IT'S -- YOU KNOW, WE |
| 10:03:11 | 7 | ARE NOT -- |
| 10:03:11 | 8 | MR. VAN NEST:  IT GOES -- IT GOES.  LET ME DEVELOP |
| 10:03:14 | 9 | THIS A LITTLE BIT MORE. |
| 10:03:15 | 10 | THE COURT:  GO AHEAD.  I WILL LET YOU. |
| 10:03:17 | 11 | BY MR. VAN NEST: |
| 10:03:18 | 12 | Q.  HE PROVIDED YOU WITH CHARTS SHOWING THAT THE FOUR MODES |
| 10:03:22 | 13 | AND THE ARRANGEMENT OF THOSE ARE USED BY NOT ONLY CISCO AND |
| 10:03:28 | 14 | ARISTA, BUT FOUNDRY, BROCADE, DELL, EXTREME, HP, JUNIPER, |
| 10:03:38 | 15 | JUNOS, AND BLADE AND PROBABLY ANOTHER FIVE OR TEN; RIGHT? |
| 10:03:44 | 16 | A.  I DON'T REMEMBER.  AND I'M VERY HESITANT TO AGREE WITH |
| 10:03:48 | 17 | YOUR CHARACTERIZATIONS OF WHAT HE DESCRIBED IN HIS REPORT.  I |
| 10:03:51 | 18 | DON'T HAVE HIS REPORT, SO I -- |
| 10:03:55 | 19 | Q.  BUT YOU HAD AN OPPORTUNITY, AGAIN, TO REBUT THIS REPORT AS |
| 10:03:58 | 20 | WELL? |
| 10:03:59 | 21 | A.  YES. |
| 10:03:59 | 22 | Q.  RIGHT?  THIS IS JUST LIKE THE COLOR-CODED CHART.  YOU HAD |
| 10:04:04 | 23 | THIS REPORT AND A FULL OPPORTUNITY TO REBUT IT; CORRECT? |
| 10:04:09 | 24 | A.  I DID HAVE AN OPPORTUNITY TO REBUT HIS REPORT. |
| 10:04:11 | 25 | Q.  AND INSTEAD OF GOING OUT AND DETERMINING WHETHER HE WAS |

10:04:15  1    RIGHT OR WRONG ABOUT THE FACT THAT THE MAJOR VENDORS ARE ALL

10:04:20  2    USING THESE MODES, YOU SIMPLY SAID, I DON'T AGREE WITH THE

10:04:25  3    APPROACH; RIGHT?

10:04:27  4    A.   FOR AT LEAST THE REASONS I'VE GIVEN SO FAR.  YOU'VE SAID

10:04:30  5    MAJOR VENDORS.  I QUESTIONED HIS METHODOLOGY, I INCLUDED THAT

10:04:34  6    ALL IN THE REBUTTAL REPORT.  I WOULD ACTUALLY EXPECT TO TESTIFY

10:04:38  7    ABOUT THAT AFTER I HEAR HIM PRESENT HIS EVIDENCE ABOUT THIS

10:04:42  8    CHART.

10:04:43  9    Q.   OKAY.  WE WILL COME BACK TO THAT WHEN YOU DO.

10:04:49  10        YOU GAVE TESTIMONY YESTERDAY ABOUT SOME USER MANUALS?

10:04:52  11   A.   YES, SIR.

10:04:53  12   Q.   TECHNICAL DOCUMENTATION, I THINK YOU CALLED IT, BUT

10:04:58  13   ESSENTIALLY THEY ARE USER MANUALS?

10:04:59  14   A.   YOU CAN CHOOSE JUST ABOUT ANY WORD, I DON'T REALLY WANT TO

10:05:03  15   QUIBBLE WITH YOU.

10:05:04  16   Q.   IN ANY EVENT, WHAT THEY ARE, THEY'RE NOT THE COMMANDS, BUT

10:05:07  17   THEY ARE A REFERENCE GUIDE THAT DESCRIBES THE COMMANDS; RIGHT?

10:05:10  18   A.   I'M NOT SURE I UNDERSTAND THE QUESTION.  THEY ARE THE

10:05:13  19   COMMANDS, I MEAN, THEY ARE THE DESCRIPTION OF THE COMMANDS.

10:05:16  20   Q.   OKAY.  AND THEY -- THEY HAVE TEXT DESCRIPTIONS OF WHAT THE

10:05:20  21   COMMANDS DO; RIGHT?

10:05:22  22   A.   YES.

10:05:22  23   Q.   THEY TEND TO BE VERY LARGE DOCUMENTS WHEN YOU PRINT THEM

10:05:26  24   OUT LARGE?

10:05:27  25   A.   YES.

10:05:28    1    Q.    SOMETIMES HUNDREDS OF PAGES, SOMETIMES THOUSANDS OF PAGES?

10:05:31    2    A.    YES.

10:05:31    3    Q.    AND --

10:05:35    4          MR. VAN NEST:  COULD I HAVE TX -- I THINK IT'S 4789.

10:05:38    5    YOU PREPARED A SUMMARY OF WHAT YOU FOUND OR BELIEVED WAS

10:05:44    6    SUBSTANTIALLY SIMILAR -- 4795 I BELIEVE IS THE SUMMARY.

10:05:50    7    Q.    DO YOU HAVE THAT FROM YOUR DOCUMENTS YESTERDAY?  LET'S PUT

10:05:55    8    THE COVER UP.

10:06:00    9    A.    WOULD YOU GIVE ME THE NUMBER ONE MORE TIME.

10:06:03   10    Q.    IT'S 4795.  IT'S THE DOCUMENT THAT YOU PRESENTED YESTERDAY

10:06:07   11    AS A SUMMARY OF WHAT YOU FOUND HAD BEEN -- WHAT YOU WERE

10:06:12   12    CONTENDING HAD BEEN COPIED BY ARISTA FROM THE MANUALS?

10:06:17   13    A.    YES, THAT'S CORRECT.

10:06:18   14    Q.    SO I HAVE THE COVER PAGE UP.  I JUST WANT TO CLARIFY, I

10:06:23   15    TAKE IT THE FORMAT OF THIS IS THE CISCO MANUALS ARE ON THE LEFT

10:06:29   16    AND THE CORRESPONDING ARISTA MANUALS ARE ON THE RIGHT?

10:06:33   17    A.    THAT'S CORRECT.

10:06:34   18    Q.    RIGHT.  AND YOU ARE SAYING WHAT'S ON THE RIGHT, YOU THINK,

10:06:37   19    AFTER YOUR REVIEW, WAS COPIED FROM WHAT'S ON THE LEFT?

10:06:40   20    A.    THAT'S CORRECT.

10:06:42   21    Q.    AND THIS DOCUMENT CONTAINS ALL THE INSTANCES OF COPYING

10:06:48   22    THAT YOU'VE IDENTIFIED AND PRESENTED; RIGHT?  THESE AREN'T JUST

10:06:55   23    EXAMPLES, THIS IS WHAT YOU CLAIM CONSTITUTES THE COPYING BY

10:06:58   24    ARISTA?

10:06:59   25    A.    IT'S THE ONES THAT ARE IN THIS SUMMARY.  I'M NOT SURE IT'S

10:07:02   1     ACCURATE TO SAY IT'S ALL THE ONES THAT I FOUND.  IT'S CERTAINLY

10:07:06   2     ALL THE ONES THAT I'M CLAIMING.

10:07:08   3     Q.   OKAY.  IT'S ALL THE ONES YOU ARE CLAIMING.  AND, IN FACT,

10:07:11   4     THESE ARE FROM A WHOLE BUNCH OF DIFFERENT MANUALS; RIGHT?

10:07:16   5     A.   THEY ARE FROM DIFFERENT MANUALS.  SOME ARE FROM DIFFERENT

10:07:21   6     MANUALS.

10:07:22   7     Q.   SO LET'S LOOK AT THE VERY FIRST ONE AND BLOW UP BOTH

10:07:28   8     SIDES.  AND NOW LET ME BACK UP A MINUTE.  YOU GAVE SOME

10:07:30   9     TESTIMONY YESTERDAY THAT YOU WERE A PLAGIARISM EXPERT?

10:07:34  10     A.   YES.

10:07:35  11     Q.   YEAH?  AND YOU'VE DEVELOPED A SOFTWARE TOOL THAT CAN LOOK

10:07:40  12     THROUGH TWO DIFFERENT SETS OF MATERIALS AND DETERMINE WHAT WAS

10:07:44  13     COPIED?

10:07:45  14     A.   NO, THAT'S NOT EXACTLY WHAT IT DOES.  I'M SURE YOU WERE

10:07:50  15     HERE IN AND LISTENING TO MY INTRO.

10:07:52  16     Q.   I SURE WAS.

10:07:53  17     A.   WHEN I DESCRIBED THAT TOOL, IT WAS TO TAKE SNIPPETS FROM A

10:07:56  18     DOCUMENT, PLUG IT INTO GOOGLE AND SEE WHAT CAME BACK, AND THAT

10:08:00  19     WAS REALLY TO ADDRESS THE ISSUE OF STUDENTS WHO WERE COPYING

10:08:04  20     THINGS FROM WIKIPEDIA AND THINGS THAT THEY FOUND BY SEARCHING

10:08:08  21     THE NETWORK.

10:08:08  22     Q.   OKAY.  AND DON'T YOU HAVE A NAME FOR THAT SOFTWARE CALLED

10:08:12  23     PAIRWISE?

10:08:13  24     A.   YES.

10:08:13  25     Q.   DID YOU TRADEMARK THAT?

| | | |
|---|---|---|
| 10:08:17 | 1 | A.  I DON'T RECALL. |
| 10:08:18 | 2 | Q.  WHO KNOWS. |
| 10:08:21 | 3 |     DID YOU USE IT IN THIS CASE? |
| 10:08:22 | 4 | A.  NO. |
| 10:08:23 | 5 | Q.  NO.  SO YOU DIDN'T? |
| 10:08:25 | 6 | A.  IT WOULD NOT HAVE BEEN APPROPRIATE FOR THE ANALYSIS IN |
| 10:08:27 | 7 | THIS CASE. |
| 10:08:27 | 8 | Q.  IN FACT, THE EXAMPLES THAT WE ARE LOOKING AT HERE, THEY |
| 10:08:30 | 9 | WERE PROVIDED TO YOU BY CISCO'S LAWYERS; RIGHT? |
| 10:08:33 | 10 | A.  THE EXAMPLES WERE AND THEN I WENT THROUGH THE DOCUMENTS |
| 10:08:36 | 11 | AND CONFIRMED THAT THEY EXISTED AS THEY WERE REPRESENTED. |
| 10:08:39 | 12 | Q.  SO EVEN THOUGH -- EVEN THOUGH YOU'RE THE PLAGIARISM |
| 10:08:44 | 13 | EXPERT, YOU'RE NOT THE ONE THAT WENT THROUGH AND DETERMINED |
| 10:08:47 | 14 | WHICH EXAMPLES SHOULD BE CLAIMED AS COPIED; RIGHT? |
| 10:08:50 | 15 | A.  THAT'S CORRECT.  NOT THE ONES THAT WERE CLAIMED.  BUT I |
| 10:08:53 | 16 | DID GO THROUGH AND DO THE ANALYSIS OF WHICH ONES WERE |
| 10:08:56 | 17 | IDENTIFIED TO CONFIRM THAT I THOUGHT THEY WERE INSTANCES OF |
| 10:08:59 | 18 | COPYING. |
| 10:09:00 | 19 | Q.  SO YOU GOT A LIST FROM THE LAWYERS, AND YOU WORKED WITH |
| 10:09:03 | 20 | THAT? |
| 10:09:05 | 21 | A.  AS A STARTING POINT, THAT'S CORRECT. |
| 10:09:07 | 22 | Q.  OKAY.  AND YOU DIDN'T DO ANY INDEPENDENT WORK BEFORE THAT |
| 10:09:13 | 23 | TO COME UP WITH A LIST?  THE LAWYERS PUT THE LIST TOGETHER; |
| 10:09:16 | 24 | RIGHT? |
| 10:09:16 | 25 | A.  NO, NOT BEFORE.  BUT CERTAINLY AFTER I HAD THE LIST, I DID |

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1388

10:09:20   1    MY ANALYSIS AND DID MY INDEPENDENT INVESTIGATION.

10:09:23   2    Q.   NOW, THIS REFERENCE WE'VE GOT HERE IS THE ONLY INSTANCE IN

10:09:31   3    WHICH YOU CAN -- WHICH YOU ARE CLAIMING COPYING IN THE MANUAL

10:09:35   4    THAT'S MORE THAN A HUNDRED PAGES LONG; RIGHT?

10:09:38   5    A.   I DON'T REMEMBER HOW LONG IT WAS EXACTLY, BUT I WILL TAKE

10:09:42   6    YOUR REPRESENTATION.

10:09:44   7    Q.   I WILL REPRESENT TO YOU THIS MANUAL IS MORE THAN 170 PAGES

10:09:49   8    LONG.

10:09:49   9    A.   OKAY.

10:09:50   10   Q.   AND IN THAT 170 PAGE MANUAL, THE LAWYERS AND YOU CAME UP

10:09:55   11   WITH THIS ONE EXAMPLE OF WHAT THEY SAY AND YOU SAY WAS COPIED;

10:09:58   12   RIGHT?

10:09:58   13   A.   THAT WAS THE ONE EXAMPLE THAT'S AT ISSUE.

10:10:01   14   Q.   AND IF -- IF THE QUESTION IS WHETHER THERE'S BEEN A

10:10:07   15   SIGNIFICANT OR A MATERIAL AMOUNT OF COPYING OUT OF THIS

10:10:12   16   170-PAGE MANUAL, YOUR ANSWER IS, YEAH, BECAUSE THESE TWO LINES

10:10:16   17   WERE COPIED; RIGHT?

10:10:18   18   A.   NO, I DON'T THINK IT'S THAT.  I THINK YOU HAVE TO LOOK AT

10:10:22   19   ALL OF THE COPYING.  I THINK YOU HAVE TO -- AND YOU SAID

10:10:27   20   WHETHER IT'S SIGNIFICANT.

10:10:28   21       AND WHEN YOU LOOK AT THE TESTIMONY, FOR EXAMPLE, MR. DUDA

10:10:31   22   USED THE WORD "SLAVISH COPYING."  WHEN YOU LOOK AT THE FACT

10:10:34   23   THAT ARISTA ADMITTED TO AND APOLOGIZED AND FIRED THE PERSON WHO

10:10:40   24   COPIED THE USER MANUALS, THOSE ARE THE THINGS THAT GO INTO MY

10:10:43   25   CONSIDERATION OF WHETHER IT'S SIGNIFICANT.

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1389

10:10:45  1    Q.  I SEE.  WELL, LET'S JUST LOOK AT THIS ONE.  BECAUSE YOU

10:10:47  2    ARE TELLING OUR JURORS THAT THE ONE ON THE BOTTOM IS A COPY OF

10:10:51  3    THE ONE ON THE TOP; RIGHT?

10:10:54  4    A.  OR THAT THAT'S SUBSTANTIALLY SIMILAR, NEARLY IDENTICAL OR

10:10:57  5    SUBSTANTIALLY SIMILAR.

10:10:58  6    Q.  OKAY.  NOW, LET ME ALSO GET SOMETHING STRAIGHT.  THE ONLY

10:11:02  7    PARTS OF IT YOU EVEN CLAIM WERE COPIED, YOU'VE GOT IN THE

10:11:05  8    LITTLE RED BOXES; RIGHT?

10:11:06  9    A.  THAT'S CORRECT.

10:11:06  10   Q.  SO IF SOMEONE WERE ACTUALLY GOING TO COMPARE THE COMMANDS

10:11:09  11   AS THEY APPEAR, THEY WOULD BE LOOKING AT THE ENTIRETY OF WHAT'S

10:11:14  12   ON THE TOP AND THE ENTIRETY OF WHAT'S ON THE BOTTOM, NOT JUST

10:11:17  13   WHAT'S IN THE RED BOX; RIGHT?

10:11:19  14   A.  COULD YOU REPEAT THAT.

10:11:21  15   Q.  LET'S MOVE ON.  WE WILL COME BACK TO THAT.

10:11:26  16       SO THE TOP, AS I READ IT SAYS, "TO DISPLAY A BRIEF OR

10:11:29  17   DETAILED STATUS OF ONE OR ALL CONFIGURED VIRTUAL ROUTER

10:11:37  18   REDUNDANCY PROTOCOL (VRRP) GROUPS ON THE COUNTER, USE TO SHOW

10:11:44  19   VRRP COMMAND IN PRIVILEGED EXEC MODE."

10:11:48  20       THAT'S WHAT IT SAYS; RIGHT?

10:11:50  21   A.  IT DOES.

10:11:51  22   Q.  AND THE BOTTOM ONE SAYS -- BY THE WAY, DOES THE BOTTOM ONE

10:11:57  23   EVEN PERTAIN TO THE SAME COMMAND?

10:12:00  24   A.  IT'S VRRP, YES.

10:12:02  25   Q.  SAYS, "USE THE FOLLOWING COMMANDS TO DISPLAY THE VRRP

10:12:08  1    CONFIGURATION AND STATUS."  AND THEN IT GOES DOWN FURTHER AND

10:12:14  2    SAYS, "SHOW VRRP, DISPLAYS THE STATUS OF CONFIGURED VRRP GROUPS

10:12:21  3    ON SPECIFIED INTERVALS."

10:12:25  4         YOUR CLAIM IS THOSE ARE SO SUBSTANTIALLY SIMILAR, THEY

10:12:28  5    MUST HAVE BEEN COPIED; RIGHT?

10:12:30  6    A.   YES.

10:12:30  7    Q.   LET'S GO DOWN TO ANOTHER EXAMPLE AT PAGE 8, DO WE HAVE A

10:12:40  8    MAP OF PAGE 8?

10:12:43  9         ALL RIGHT.  NOW, WE ARE IN A DIFFERENT MANUAL; RIGHT?

10:12:49  10   THIS IS A DIFFERENT MANUAL THAN THE ONE WE LOOKED AT

10:12:52  11   A.   YES.

10:12:53  12   Q.   AND HERE, THIS MANUAL, I WILL REPRESENT TO YOU, IS ALMOST

10:12:58  13   1200 PAGES LONG, 1200 PAGES LONG.

10:13:02  14   A.   OKAY.

10:13:03  15   Q.   ALL RIGHT.  DO WE HAVE AN EXAMPLE OF THAT HERE?  DO WE

10:13:06  16   HAVE THE MANUAL PRINTED OUT?  WE PROBABLY DON'T?

10:13:06  17        (OFF-THE-RECORD DISCUSSION.)

10:13:12  18   BY MR. VAN NEST:

10:13:12  19   Q.   OKAY.  SO OUT OF THE 1200 PAGES OF THE MANUAL, WHAT YOU

10:13:16  20   ARE PRESENTING, WHAT YOU PRESENTED TO THE JURY AS THE ONLY

10:13:19  21   THING COPIED IN THAT 1200 PAGES, ARE THESE TWO EXAMPLES; RIGHT?

10:13:26  22   A.   NO.

10:13:32  23   Q.   I DON'T FIND ANY OTHER EXAMPLES FROM THIS PARTICULAR

10:13:37  24   MANUAL, DR. ALMEROTH, IN YOUR LIST.  DO YOU?

10:13:39  25   A.   WELL, THE ONES THAT YOU HAVE ON THE SCREEN ARE NOT THE TWO

10:13:45   1    EXAMPLES THAT APPEAR ON PAGE 8.

10:13:49   2    Q.    OKAY.

10:13:51   3    A.    SO IF YOU GO BACK TO PAGE 8 --

10:13:53   4    Q.    WELL, MAYBE WE HAVE A SLIGHTLY DIFFERENT VERSION OF

10:13:57   5    THIS --

10:13:57   6    A.    NO, YOU WERE ORIGINALLY FOCUSED ON THE TOP ROW.

10:14:00   7    Q.    YEAH.

10:14:01   8    A.    AND THERE'S AT LEFT THE TOP -- THERE'S THE TWO ROWS ON

10:14:04   9    THIS PAGE THAT ARE BOTH FROM THAT MANUAL.

10:14:06  10    Q.    OKAY.  FAIR ENOUGH.

10:14:07  11    A.    YEAH.

10:14:07  12    Q.    I'M SORRY.  BUT WE ARE LOOKING -- I'M RIGHT, IF I GET IT

10:14:11  13    RIGHT, THAT'S WHAT'S ON THIS PAGE IS THE ENTIRETY OF WHAT YOU

10:14:14  14    SAY WAS COPIED FROM THAT PARTICULAR 1200 PAGE MANUAL; RIGHT?

10:14:18  15    A.    AND I HAVEN'T CONFIRMED THAT THIS SAME INFORMATION ISN'T

10:14:22  16    IN OTHER MANUALS FOR EXAMPLE, THAT WAS THE ONE EXAMPLE.

10:14:25  17    Q.    OKAY.  BUT LET'S TAKE A LOOK HERE.  IF I TAKE THE RED

10:14:33  18    LINES OFF ON THE LEFT AND RIGHT, THOSE TWO DESCRIPTIONS ARE

10:14:36  19    VERY DIFFERENT.

10:14:37  20         THE ONE ON THE LEFT CONTAINS A LOT MORE TEXT THAN THE ONE

10:14:40  21    ON THE RIGHT, YOU CAN TELL THAT JUST ON THE FACE OF IT; RIGHT?

10:14:43  22    A.    NO, I DON'T KNOW THAT THAT'S NECESSARILY TRUE -- IT HAS --

10:14:51  23    IF YOU LOOK AT WHAT'S INCLUDED IN THIS PARTICULAR CELL VERSUS

10:14:55  24    WHAT'S HIGHLIGHTED.

10:14:57  25    Q.    THAT'S NOT MY QUESTION.  I ASKED YOU TO TELL ME IF YOU

10:15:00  1    TOOK THE CELLS OFF, ISN'T THERE A LOT MORE TEXT ON THE LEFT

10:15:04  2    THAN THERE IS ON THE VERSION ON THE RIGHT?  THAT'S MY QUESTION.

10:15:08  3    A.   YOU SAID TAKE THE RED BOXES OFF.

10:15:10  4    Q.   YES.

10:15:11  5    A.   AND MY POINT REALLY IS IF YOU LOOK IN THE MANUALS AS TO

10:15:14  6    WHAT THERE IS TEXT RELATED TO THESE COMMANDS, THERE'S A SIMILAR

10:15:17  7    AMOUNT OF TEXT.

10:15:18  8        THE REASON WHY IN THE RIGHT BOX THERE'S LESS TEXT IS

10:15:22  9    BECAUSE OF THE LIST BELOW THAT SHOWS THE INSTANCES OF THIS

10:15:26  10   INFORMATION APPEARING IN EACH OF THE ARISTA MANUALS.

10:15:28  11   Q.   BUT IN ANY EVENT, YOUR CONTENTION, AND THE JURORS WILL BE

10:15:32  12   ABLE TO EVALUATE IT, IS THAT THE RIGHT-HAND SIDE OF THE TOP BOX

10:15:35  13   WAS COPIED FROM THE LEFT BECAUSE THEY ARE SO SIMILAR?

10:15:39  14   A.   YES.

10:15:39  15   Q.   RIGHT?  AND THAT'S TRUE FOR THE BOTTOM TOO?

10:15:42  16   A.   YES.

10:15:43  17   Q.   YOUR CLAIM IS THE RIGHT-HAND SIDE IS COPIED FROM THE

10:15:46  18   LEFT-HAND SIDE BECAUSE THEY ARE SO SIMILAR; RIGHT?

10:15:49  19   A.   YES.

10:15:49  20   Q.   THEY ARE CERTAINLY, NOT VIRTUALLY IDENTICAL, THOUGH;

10:15:52  21   RIGHT?

10:15:52  22   A.   IN TERMS OF THE INFORMATION, I BELIEVE THEY ARE.

10:15:55  23   Q.   NOW, EVEN IF YOU ARE RIGHT, THIS IS THE ENTIRETY OF WHAT

10:15:59  24   YOU SAY WAS COPIED FROM THE 1200-PAGE MANUAL; CORRECT?

10:16:03  25   A.   I WOULD HAVE TO GO BACK AND DOUBLE CHECK.  THAT CERTAINLY

10:16:06   1    MIGHT BE THE CASE.  I HAVEN'T LISTED ALL THE DIFFERENT CISCO

10:16:09   2    MANUALS WHERE THAT APPEARS.

10:16:11   3    Q.    NOW, YOU TESTIFIED YESTERDAY ABOUT HELP DESCRIPTIONS.  THE

10:16:22   4    HELP DESCRIPTIONS ARE TEXT THAT APPEARS WHEN THE USER TYPES A

10:16:24   5    QUESTION MARK AFTER A WORD, I BELIEVE YOU SAID; IS THAT

10:16:28   6    CORRECT?

10:16:28   7    A.    YES.  I THINK YOU CAN, AT THE PROMPT, EVEN JUST TYPE A

10:16:32   8    QUESTION MARK WITH NO WORD.

10:16:33   9    Q.    AND YOU CAN DO IT -- YOU CAN PUT THE QUESTION MARK AFTER

10:16:37  10    ANY WORD IN THE COMMAND; RIGHT?

10:16:39  11    A.    YES.

10:16:39  12    Q.    SO YOU WERE TESTIFYING YESTERDAY ABOUT HELP DESCRIPTIONS

10:16:44  13    IN IOS XR, VERSION 5.14; RIGHT?

10:16:49  14    A.    THAT WAS PART OF IT.  I TESTIFIED ABOUT OTHER VERSIONS AS

10:16:53  15    WELL.

10:16:53  16    Q.    AND THERE ARE THOUSANDS AND THOUSANDS OF HELP DESCRIPTIONS

10:16:59  17    IN -- EVEN THE ONE VERSION THAT YOU DID TALK ABOUT?

10:17:02  18    A.    I BELIEVE THERE ARE MANY, AT LEAST A THOUSAND, PROBABLY

10:17:08  19    MULTIPLE THOUSAND.  I DON'T HAVE AN EXACT COUNT.

10:17:10  20    Q.    WELL, DR. BLACK LOOKED AT IOS XR AND HE FOUND MORE THAN

10:17:18  21    50,000 HELP DESCRIPTIONS IN JUST THAT VERSION.  DOES THAT SOUND

10:17:22  22    RIGHT TO YOU?

10:17:23  23    A.    IT DOESN'T.  I WOULD HAVE TO GO BACK AND LOOK AT HIS

10:17:29  24    REPORT.

10:17:29  25    Q.    BUT YOU DON'T HAVE A TOTAL NUMBER; IS THAT RIGHT?

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1394

```
10:17:31   1    A.   AS I SIT HERE NOW, I DON'T REMEMBER WHAT IT WAS.  IT MIGHT

10:17:35   2    HAVE BEEN IN THE REBUTTAL REPORT.  AGAIN, DR. BLACK WILL GET UP

10:17:39   3    AND TESTIFY, I HAVE A REBUTTAL REPORT, AND I WILL HAVE OPINIONS

10:17:42   4    WITH RESPECT TO WHAT HE TESTIFIES ABOUT.

10:17:44   5    Q.   AND THE TOTAL NUMBER OF HELP DESCRIPTIONS THAT YOU'RE

10:17:47   6    ASSERTING IS 216; IS THAT RIGHT?

10:17:50   7    A.   THAT'S CORRECT.

10:17:51   8    Q.   AND THEY INCLUDE SOME PRETTY SIMPLE DESCRIPTIONS OF

10:17:53   9    COMMANDS, DON'T THEY?

10:17:55  10    A.   SIMPLE, ELEGANT, YES.

10:17:58  11    Q.   LET'S LOOK AT SIMPLE AND ELEGANT.  SLIDE 6, PLEASE.

10:18:03  12         THE ONES THAT YOU ARE ASSERTING HAD -- AMONG WHAT YOU ARE

10:18:09  13    ASSERTING ARE DELETE A FILE; RIGHT?

10:18:10  14    A.   YES.

10:18:11  15    Q.   ELEGANT?

10:18:11  16    A.   YES.

10:18:12  17    Q.   RENAME A FILE.  CREATIVE; RIGHT?

10:18:15  18    A.   YES.

10:18:16  19    Q.   YEAH.  CHANGE CURRENT DIRECTLY.  ORIGINAL; RIGHT?

10:18:20  20    A.   YES.

10:18:21  21    Q.   COPY ONE FILE TO ANOTHER.  PROTECTABLE, ACCORDING TO YOU?

10:18:29  22    A.   THAT MIGHT BE AN ULTIMATE LEGAL CONCLUSION.

10:18:32  23    Q.   DIRECTORY OF FILE NAME.  YOU SAY THAT'S CREATIVE AND

10:18:36  24    ORIGINAL; RIGHT?

10:18:38  25    A.   YES.
```

10:18:39  1    Q.   FILE TO BE DELETED, ANOTHER CREATIVE ORIGINAL ONE

10:18:43  2    ACCORDING TO YOU; RIGHT?

10:18:44  3    A.   YES, YOU'VE CERTAINLY SELECTED OUT OF THE 216 THE ONES

10:18:48  4    THAT ARE MORE STRAIGHTFORWARD.

10:18:51  5    Q.   TIME IN MINUTES.  THERE'S ANOTHER ONE; RIGHT?

10:18:55  6    A.   YES.

10:18:55  7    Q.   NOW, YOU ALSO TALKED YESTERDAY ABOUT COMMAND RESPONSES.

10:19:10  8    THOSE ARE THE TEXT RESPONSES THAT COME UP WHEN YOU ENTER A SHOW

10:19:17  9    COMMAND; CORRECT?

10:19:18  10   A.   YES.

10:19:21  11   Q.   AND, AGAIN, YOU GAVE US A TRIAL EXHIBIT TX 4800, AND IF

10:19:28  12   YOU COULD PULL THAT OUT, DR. ALMEROTH, I WOULD APPRECIATE IT?

10:19:31  13        MR. VAN NEST:  I WILL PUT UP THE COVER SHEET.  IT'S

10:19:35  14   IN EVIDENCE, YOUR HONOR.

10:19:36  15   Q.   AGAIN, JUST AS WITH THE DOCUMENTS, THESE ARE ALL OF THE

10:19:49  16   COMMAND OUTPUTS THAT YOU ARE CLAIMING IN THIS LAWSUIT; RIGHT?

10:19:53  17   A.   THAT'S CORRECT.

10:19:53  18   Q.   AND I COUNTED 37 OF THEM.  DOES THAT SOUND RIGHT?

10:20:00  19   A.   I THINK THAT'S ABOUT RIGHT.

10:20:01  20   Q.   OKAY.  AND THERE ARE, AGAIN, TENS OF THOUSANDS OF COMMAND

10:20:09  21   OUTPUTS IN IOS ALONE; RIGHT?

10:20:15  22   A.   I WAS GOING TO SAY THAT SEEMS HIGH, BUT WHEN YOU TALK

10:20:20  23   ABOUT ALL OF IOS, I MEAN, AS I TESTIFIED TO EARLIER, THERE ARE

10:20:24  24   HUNDREDS, IF NOT A THOUSAND DIFFERENT CISCO PRODUCTS THAT RUN

10:20:30  25   IOS.  IT'S A VERY LARGE OPERATING SYSTEM.  SO THERE VERY WELL

ALMEROTH CROSS BY MR. VAN NEST (RES.)                    1396

```
10:20:36   1     MIGHT BE --

10:20:39   2     Q.   TENS OF THOUSANDS OF HELP -- EXCUSE ME -- OF COMMAND

10:20:43   3     OUTPUTS?  THAT'S WHAT I SAID.

10:20:45   4     A.   RIGHT.  THERE MIGHT BE.  I DON'T HAVE THAT NUMBER

10:20:48   5     MEMORIZED.

10:20:48   6     Q.   BUT WHATEVER NUMBER THERE ARE, THE TOTAL NUMBER OF COMMAND

10:20:52   7     OUTPUTS THAT YOU ARE COMPLAINING ABOUT IS 37; RIGHT?

10:20:57   8     A.   THOSE ARE THE ONES THAT WERE THE FOCUS OF THE SUMMARY

10:21:00   9     EXHIBIT.

10:21:00  10     Q.   OKAY.  AND THEN -- WELL, NOT ONLY THAT, NOT ONLY THE FOCUS

10:21:04  11     OF THIS EXHIBIT, THEY ARE THE TOTAL.  THERE AREN'T ANY MORE

10:21:09  12     THAT YOU ARE CLAIMING IN THIS LAWSUIT; RIGHT?

10:21:11  13     A.   OH, NOT THAT ARE BEING CLAIMED IN THE LAWSUIT, BUT I WOULD

10:21:14  14     DISAGREE THAT THAT'S ALL THAT THERE ARE.

10:21:17  15     Q.   OKAY.  NOW, AGAIN, IT'S THE SAME DRILL.  YOU'VE TAKEN THE

10:21:20  16     LEFT-HAND SIDE AS CISCO AND THE RIGHT-HAND SIDE IS ARISTA, AND

10:21:24  17     YOU'VE DRAWN THE RED BOXES AROUND; RIGHT?

10:21:26  18     A.   YES.

10:21:27  19     Q.   AND THE RED BOXES ARE INTENDED TO SHOW WHAT'S THE SAME;

10:21:33  20     RIGHT?

10:21:33  21     A.   THAT'S CORRECT, EXCEPT FOR, FOR EXAMPLE, THE NUMBERS THAT

10:21:37  22     MIGHT ACTUALLY VARY --

10:21:40  23     Q.   SURE?

10:21:41  24     A.   -- BECAUSE OF PACKET ACCOUNTS OR SOMETHING LIKE THAT.

10:21:43  25     Q.   OKAY.  LET'S GO DOWN TO PAGE 7.  AND LET'S HIGHLIGHT THE
```

10:21:52  1    BOTTOM.  THIS IS ONE OF THE ONES YOU ARE CLAIMING.  AND ON THE

10:21:57  2    LEFT, THE COMMAND WE ARE TALKING ABOUT IS SHOW IP ROUTE; RIGHT?

10:22:04  3    A.   YES.

10:22:04  4    Q.   AND ON THE RIGHT, THE COMMAND YOU ARE TALKING ABOUT IS

10:22:09  5    SHOW IP ROUTE BGP.  THAT'S A DIFFERENT COMMAND, ISN'T IT?

10:22:13  6    A.   IT IS.

10:22:13  7    Q.   ALL RIGHT.  SO THIS ONE ISN'T EVEN COMPARING THE SAME

10:22:18  8    COMMAND ON BOTH SIDES OF THE PAGE, IS IT?

10:22:20  9    A.   BUT IT'S THE SIMILARITY IN THE STRUCTURE AND OF THE

10:22:24  10   OUTPUT.

10:22:25  11   Q.   NOW, JUST SO THE JURORS UNDERSTAND, WHAT YOU ARE SAYING IS

10:22:30  12   THIS THING ON THE RIGHT IS SO SIMILAR TO WHAT'S ON THE LEFT,

10:22:33  13   THAT IT WAS PROBABLY COPIED; RIGHT?

10:22:38  14   A.   YES.

10:22:38  15   Q.   OKAY.  AND LET'S JUST TAKE THE TOP LINE ON THE LEFT THAT

10:22:44  16   TALKS ABOUT CONNECTED, STATIC, IGRP, RIP, MOBILE, BGP

10:22:56  17   ET CETERA.  THAT'S WHAT ON THE FIRST LINE OF THE LEFT; RIGHT?

10:22:59  18   A.   YES.

10:23:00  19   Q.   AND ON THE RIGHT YOU'VE GOT CONNECTED STATIC AND KERNEL

10:23:04  20   AND THAT'S IT.  DID I GET THAT RIGHT?

10:23:07  21   A.   ON THE TOP LINE.  ON THE LEFT THERE'S CERTAINLY MORE

10:23:10  22   INFORMATION BECAUSE OF THE ADDITIONAL OPTIONS OF IOS, BUT IF

10:23:12  23   YOU LOOK AT MOST OF THE CODES THAT ARE REPRESENTED ON THE

10:23:14  24   RIGHT, THEY CAN BE FOUND IN THE LIST THAT'S ON THE LEFT.

10:23:17  25   Q.   OKAY.  SO -- BUT JUST SO WE'RE CLEAR, IT'S YOUR CONTENTION

10:23:22  1    THAT THOSE ARE SO SIMILAR THAT THEY MUST HAVE BEEN COPIED;

10:23:25  2    RIGHT?

10:23:25  3    A.   YES.

10:23:26  4    Q.   LET'S GO TO PAGE 9.  STATIC.  AND BLOW UP THE TOP.  SAME

10:23:34  5    THING HERE.  YOU'VE GOT OUTPUT ON THE LEFT, OUTPUT ON THE

10:23:39  6    RIGHT, AND WHAT YOU'RE CLAIMING IS THAT WHAT'S IN THE BOXES IS

10:23:44  7    IT'S COPIED; RIGHT?

10:23:47  8    A.   IN THIS EXAMPLE, YES.

10:23:49  9    Q.   SO IF I TAKE THE BOXES AWAY, I TAKE THE RED LINES AWAY,

10:23:55  10   THOSE TWO LOOK A LOT LESS SIMILAR, DON'T THEY?

10:23:59  11   A.   YES.  I MEAN --

10:24:05  12   Q.   THEY DO?  THEY DO?

10:24:11  13        MR. VAN NEST:  DR. ALMEROTH, I HAVE NO FURTHER

10:24:13  14   QUESTIONS.  I PASS THE WITNESS, YOUR HONOR.

10:24:15  15        THE COURT:  THANK YOU.  MR. NELSON, I THINK WE WILL

10:24:16  16   TAKE OUR BREAK BEFORE YOU BEGIN YOUR REDIRECT.  I THINK THAT

10:24:19  17   WILL BE A LITTLE EASIER.

10:24:20  18        OKAY.  LET'S TAKE OUR MORNING BREAK.  WE WILL COME BACK IN

10:24:24  19   15 MINUTES.

10:24:26  20        (RECESS FROM 10:24 A.M. UNTIL 10:40 A.M.)

10:40:48  21        THE COURT:  ALL RIGHT.  WE ARE BACK ON THE RECORD.

10:40:50  22   PLEASE BE SEATED, EVERYONE.  ALL OF OUR JURORS ARE HERE.

10:40:55  23        MR. NELSON, YOU WOULD LIKE TO HAVE REDIRECT FOR THIS

10:40:57  24   WITNESS?

10:40:57  25        MR. NELSON:  YES, YOUR HONOR.

ALMEROTH REDIRECT BY MR. NELSON                          1399

10:40:58  1        THE COURT:  GO AHEAD, PLEASE.

10:40:59  2        MR. NELSON:  MAY I PROCEED, YOUR HONOR?

10:41:02  3        THE COURT:  YES.

10:41:02  4        MR. NELSON:  THANK YOU.

10:41:03  5                    **REDIRECT EXAMINATION**

10:41:04  6  BY MR. NELSON:

10:41:04  7  Q.    GOOD MORNING, DR. ALMEROTH.  HOW ARE YOU DOING.

10:41:06  8  A.    GREAT.

10:41:06  9  Q.    ALL RIGHT.  THANK YOU, SIR.  SO I JUST HAVE A FEW

10:41:13 10  QUESTIONS TO FOLLOW UP WITH YOU.  SO I WANT TO GO BACK TO

10:41:16 11  RESEARCH GRANTS THAT YOU WERE GETTING.

10:41:18 12  A.    YES.

10:41:18 13  Q.    FIRST, CAN YOU EXPLAIN TO US WHAT THESE RESEARCH GRANTS

10:41:21 14  ARE USED FOR?

10:41:21 15  A.    SURE.  THEY ARE USED TO BASICALLY FUND GRADUATE STUDENTS

10:41:24 16  TO PAY THEM A SMALL STIPEND AND TO ALSO PAY THEIR TUITION AND

10:41:30 17  FEES.

10:41:30 18  Q.    AND FOR WHAT KIND OF -- WHAT KIND OF THINGS WERE YOU DOING

10:41:34 19  FOR THEIR RESEARCH?

10:41:35 20  A.    SO, FOR EXAMPLE, ONE OF THE STUDENTS I HAD DOING AN

10:41:38 21  IMPLEMENTATION OF AN IGMP PROXY.  I WON'T GO INTO THE

10:41:45 22  EXPLANATION, BUT HE WAS IMPLEMENTING A PROTOCOL THAT COULD GO

10:41:48 23  INTO A HOST AND WOULD COMMUNICATE WITH A CISCO ROUTER IN A

10:41:54 24  FUNCTION THAT THEY WERE DEVELOPING.

10:41:56 25        SO I MEAN, ALL SORTS OF KIND OF DETAILED RESEARCH PROBLEMS

10:41:58  1    THAT WE WOULD THEN HOPE TO PUBLISH AND THAT THE STUDENTS WOULD

10:42:01  2    WRITE THEIR DISSERTATIONS BASED ON THAT.

10:42:04  3    Q.   SO COUNSEL WENT THROUGH SOME RESEARCH GRANTS THAT YOU HAD

10:42:09  4    RECEIVED FROM CISCO.  DO YOU RECALL THOSE?

10:42:11  5    A.   YES.

10:42:11  6    Q.   DO YOU RECALL WHAT KIND OF PROJECTS YOU WERE WORKING ON?

10:42:16  7    A.   YES.  THE ONE I MENTIONED ABOUT IGMP WAS ONE EXAMPLE.

10:42:20  8    THERE WAS OTHER SUPPORT FOR A STUDENT WHO IS BUILDING A

10:42:26  9    VISUALIZATION FOR MULTICAST BY LOGGING INTO ROUTERS AND

10:42:29 10    SELECTING INFORMATION AND THEN PROCESSING IT AND DISPLAYING IT.

10:42:34 11    ONE STUDENT DEVELOPED A NEW VARIANT OF TCP, SO THOSE KINDS OF

10:42:39 12    PROJECTS.

10:42:41 13    Q.   DO YOU GET RESEARCH GRANTS FROM OTHER COMPANIES?

10:42:46 14    A.   I DO.  IN FACT, CISCO IS A PRETTY SMALL PORTION OF THE

10:42:48 15    AMOUNT OF MONEY THAT I'VE GOTTEN IN RESEARCH OVER THE COURSE OF

10:42:53 16    MY YEARS AT UCSB.  IT'S IN THE TENS OF MILLIONS OF DOLLARS I'VE

10:42:59 17    RECEIVED IN RESEARCH MONEY.

10:43:01 18    Q.   DOES THAT MONEY GO TO YOU?

10:43:03 19    A.   I'M SORT OF LIKE A SMALL ENTREPRENEUR, RIGHT.  I TRY AND

10:43:07 20    GET THE BEST ONES, WE TO FIND COMPELLING PROJECTS AND TRY TO

10:43:09 21    GET FUNDING FOR THEM TO WORK ON THOSE PROJECTS.

10:43:12 22        EVENTUALLY THEY GRADUATE AND LEAVE, AND SO I STILL GET

10:43:15 23    PAID WHAT I GET PAID FROM THE UNIVERSITY REGARDLESS OF HOW MUCH

10:43:18 24    RESEARCH FUNDING I BRING IN.

10:43:20 25    Q.   NOW, COUNSEL TALKED A BIT WITH YOU ABOUT RFC'S?

10:43:28  1        A.   YES.

10:43:28  2        Q.   CAN YOU JUST TELL ME WHAT THE RFC IS?

10:43:33  3        A.   RIGHT.   THE RFC IS A STANDARD THAT COMES OUT OF THE

10:43:38  4    ENGINEERING TASK FORCE.   IT STANDS FOR REQUEST FOR COMMENTS.

10:43:41  5    YOU WOULDN'T THINK A DOCUMENT CALLED REQUEST FOR COMMENTS IS A

10:43:44  6    STANDARD, BUT THAT GOES BACK INTO THE EARLY DAYS OF THE

10:43:52  7    TECHNOLOGY.

10:43:52  8        SO EVERYBODY UNDERSTANDS THOSE ARE STANDARDS.   THEY ARE

10:43:55  9    PUBLISHED.   THEY DEAL WITH PROTOCOLS.   THEY DESCRIBE THE

10:43:57 10    FORMATS OF THE BITS.   THEY ARE VERY DETAILED BECAUSE THESE

10:44:00 11    KINDS OF EXCHANGES GO BETWEEN COMPUTERS AND THERE CAN'T BE ANY

10:44:06 12    AMBIGUITY ABOUT WHAT THE COMMUNICATION IS AND WHAT THE DATA

10:44:10 13    MEANS.

10:44:11 14        Q.   SO DO THOSE STANDARDS DEFINE ANYTHING ABOUT THE USER

10:44:14 15    INTERFACE?

10:44:14 16        A.   NO.   THEY DEFINE WHAT THE PROTOCOLS ARE WITH THE DATA THAT

10:44:22 17    GETS SENT OVER THE NETWORK.   THEY DON'T SAY HOW THE USER

10:44:25 18    INTERFACE SHOULD WORK.   THEY DON'T SAY WHAT THE COMMANDS SHOULD

10:44:27 19    BE.   ALL OF THAT IS LEFT UP TO THE IMPLEMENTER.

10:44:30 20        Q.   IS THERE ANY ONE OF THESE STANDARDS BODIES THAT YOU TALKED

10:44:33 21    ABOUT FOR USER INTERFACES?

10:44:34 22        A.   NO, NO, NOT FOR THE COMMANDS OR THE OUTPUTS OR THE HELP

10:44:42 23    DESCRIPTIONS.   THERE'S NO STANDARDS BODY.   THERE'S SIMPLY NONE

10:44:45 24    THAT EXISTS THAT PRODUCES ANY KIND OF STANDARD THAT SAYS WHAT

10:44:48 25    THOSE COMMANDS SHOULD BE.

ALMEROTH REDIRECT BY MR. NELSON                    1402

10:44:50   1    Q.   NOW, COUNSEL WENT THROUGH WITH YOU SOME DOCUMENTS WHERE

10:44:56   2    THERE ARE A NUMBER OF TERMS IN THERE THAT MIGHT BE USED IN THE,

10:45:00   3    YOU KNOW, SOME OF THE THESE STANDARDS DOCUMENTS?

10:45:02   4    A.   YES.

10:45:02   5    Q.   SO -- AND THEN HE SHOWED YOU LIKE A SLIDE FROM DR. BLACK.

10:45:09   6    DO YOU REMEMBER?

10:45:09   7    A.   YES.

10:45:09   8    Q.   YOU SAID, I THINK, THAT YOU DISAGREED WITH DR. BLACK'S

10:45:13   9    METHODOLOGY; IS THAT RIGHT?

10:45:14  10    A.   YES.

10:45:14  11    Q.   WELL, WHY?  CAN YOU EXPLAIN?

10:45:16  12    A.   WELL, ESSENTIALLY WHAT HE DID WAS HE TOOK ALL OF THE WORDS

10:45:20  13    FROM ALL 506 COMMANDS AND MADE A LIST OF THOSE AND THEN

10:45:24  14    DETERMINED IF ANY OF THOSE WORDS APPEARED IN ANY OF THE RFC'S.

10:45:30  15         AND I MEAN, THAT -- THAT ISN'T A USEFUL EXERCISE.  THAT

10:45:34  16    DOESN'T PRODUCE ANYTHING.  THAT'S ALMOST LIKE TAKING A

10:45:40  17    SHAKESPEARE PLAY AND COMPARING IT TO THE DICTIONARY AND SAY,

10:45:44  18    WELL, ALL THE WORDS APPEAR THERE, SO SHAKESPEARE ISN'T

10:45:50  19    CREATIVE.  THAT'S NOT REALLY AN EXERCISE OF ILLUMINATING THIS

10:45:53  20    IDEA OF WHETHER OR NOT THE COMMANDS WERE CREATIVE IN THEIR WORD

10:45:56  21    CHOICE OR IN THE ORDERING OF THE WORDS.

10:45:57  22    Q.   SO REMIND US AGAIN OF WHAT THE TIMEFRAME IS WHEN YOU ARE

10:46:01  23    SUPPOSED TO LOOK AT THE CREATIVITY?

10:46:06  24    A.   IT'S AT THE TIME OF CREATION.

10:46:08  25    Q.   OKAY.  AND WHY IS THAT IMPORTANT?

10:46:11  1    A.   WELL, THAT'S IMPORTANT BECAUSE IF YOU LOOK AT, FOR

10:46:15  2    EXAMPLE, THE MODES AND PROMPTS THAT WERE DEVELOPED BY

10:46:18  3    MR. LOUGHEED IN ABOUT 1986, IF YOU THINK ABOUT THAT PROCESS

10:46:24  4    THAT HE WENT THROUGH THEN AND THE CREATIVITY INVOLVED IN

10:46:28  5    DETERMINING THAT THE DIFFERENT MODES WOULD BE INTERRELATED,

10:46:31  6    WHAT THE PROMPTS WOULD BE, THAT WAS A CREATIVE PROCESS.  IF YOU

10:46:36  7    WERE TO TRY AND SAY, WOULD THE CREATION OF THOSE MODES AND

10:46:41  8    PROMPTS BE CREATIVE?  THE ANSWER WOULD BE, NO, BECAUSE THEY

10:46:45  9    ALREADY EXIST.

10:46:46 10        SO IT'S IMPORTANT TO LOOK BACK AT THE POINT WHEN THEY WERE

10:46:49 11    ACTUALLY CREATED TO DETERMINE IF THERE WAS CREATIVITY THEN AS

10:46:52 12    OPPOSED TO LOOKING AT SOME POINT IN THE FUTURE WHEN SOMEBODY

10:46:55 13    ELSE MIGHT HAVE ALREADY DEVELOPED SOMETHING SIMILAR.

10:46:59 14    Q.   SO WHILE WE ARE TALKING ABOUT THE MODES AND PROMPTS, COULD

10:47:02 15    WE PUT UP SLIDE 9 THAT ARISTA'S COUNSEL USED.

10:47:08 16            MR. VAN NEST:  IT'S YOUR SLIDE 9, I BELIEVE.

10:47:10 17            MR. NELSON:  NO, YOUR SLIDE 9.  THE ONE WITH THE

10:47:13 18    MODES AND PROMPTS ON IT.  YEAH, THAT ONE.

10:47:16 19    Q.   SO DO YOU RECALL THE DISCUSSION ABOUT THIS ONE?

10:47:24 20    A.   YES.

10:47:25 21    Q.   SO JUST REMIND US OF YOUR UNDERSTANDING OF WHAT DR. BLACK

10:47:29 22    IS SAYING ABOUT THESE MODES AND PROMPTS HERE?

10:47:31 23    A.   WELL, WHAT HE'S SAYING IS THAT THE SAME KINDS OF MODES AND

10:47:38 24    PROMPTS EXIST IN OTHER NETWORKING COMPANIES.  IN THE THREE HE

10:47:43 25    IDENTIFIED HERE IN ADDITION TO CISCO WAS FOUNDRY, BROCADE, AND

10:47:47  1      DELL.

10:47:47  2          AND I THINK AS MR. VAN NEST IDENTIFIED THERE WERE SOME

10:47:51  3      ADDITIONAL COLUMNS THAT IDENTIFIED SOME ADDITIONAL PROVIDERS.

10:47:56  4      Q.   DID DR. BLACK SAY THAT ANY OF THIS ARRANGEMENT OF MODES

10:48:01  5      AND PROMPTS THAT ARE SHOWN ON THIS SLIDE CAME BEFORE CISCO?

10:48:04  6      A.   NO.

10:48:05  7      Q.   ARE YOU AWARE OF ANY CONTENTION IN THE CASE THAT ANY OF

10:48:09  8      THAT ARRANGEMENT OF MODES AND PROMPTS CAME BEFORE CISCO?

10:48:12  9      A.   I AM NOT AWARE OF ANY CONTENTION THAT THOSE MODES AND

10:48:15 10      PROMPTS EXISTED BEFORE MR. LOUGHEED INVENTED THEM IN 1986.

10:48:22 11      Q.   NOW, CAN WE PUT UP EXHIBIT 851, THAT PARSER-POLICE

10:48:28 12      MANIFESTO WE'VE HEARD ABOUT A FEW TIMES?

10:48:32 13      A.   YES, SIR.

10:48:35 14      Q.   SO YOU ARE ASKED A FEW QUESTIONS ABOUT THIS, AND IF WE GO

10:48:39 15      TO THE SYNTAX DESIGN GUIDELINE SECTION ITSELF, I WANT TO TALK

10:48:43 16      ABOUT NUMBER SIX.

10:48:51 17          SO YOU HAD SOME DISCUSSIONS ABOUT NUMBER 6, "WHEN NAMING A

10:48:56 18      COMMAND, TRY TO PICK NAMES THAT WOULD BE FAMILIAR TO PEOPLE IN

10:48:59 19      THE INDUSTRY."

10:48:59 20          DO YOU SEE THAT?

10:49:00 21      A.   I DO.

10:49:00 22      Q.   AND THEN THERE WAS SOME DISCUSSION ABOUT WHETHER TERMS HAD

10:49:03 23      BECOME KNOWN TO PEOPLE IN THE INDUSTRY?

10:49:05 24      A.   THAT'S CORRECT.

10:49:06 25      Q.   OKAY.  SO WHAT TIMING ARE YOU LOOKING AT FOR THAT?

ALMEROTH REDIRECT BY MR. NELSON                    1405

10:49:10  1    A.   IT'S ALSO, AGAIN, AT THE TIME OF CREATION.  I MEAN, WE CAN

10:49:16  2    THINK ABOUT NOW IN SOME OF THE QUESTIONS I ANSWERED ABOUT THE

10:49:19  3    EXISTENCE OF OSPF AND BGP, THOSE ARE ALL COMMANDS THAT

10:49:23  4    ENGINEERS ARE FAMILIAR WITH TODAY, BUT STILL, THE THING THAT

10:49:30  5    HAS TO BE ANALYZED WITH RESPECT TO CREATIVITY IS TO GO BACK TO

10:49:34  6    WHEN THESE COMMANDS WERE BEING DEVELOPED.

10:49:36  7         AND EVEN IN THE INSTANCE, FOR EXAMPLE, OF IP, WHICH WAS

10:49:39  8    DEVELOPED IN 1981 AND WHEN THESE COMMANDS WERE CREATED, EVEN

10:49:43  9    THOUGH IT WAS SEVERAL YEARS LATER, YOU ARE TALKING ABOUT A VERY

10:49:46  10   SMALL SUBSET OF PEOPLE AND YOU HAVE TO REALLY MAKE A

10:49:50  11   DETERMINATION AS TO WHETHER OR NOT ENGINEERS AT THAT TIME

10:49:55  12   UNDERSTOOD THESE CONCEPTS.  AND THAT'S WHAT'S IMPORTANT TO

10:49:59  13   DETERMINING WHETHER OR NOT THERE'S CREATIVITY.

10:50:01  14   Q.   SO IF WE STICK WITH THE ACRONYMS, I THINK YOU CALL THEM

10:50:05  15   ACRONYMS; RIGHT?  MAKES SENSE?

10:50:06  16   A.   YES.

10:50:07  17   Q.   SO YOU WERE -- YOU TALKED ABOUT SOME COMMANDS WITH COUNSEL

10:50:11  18   IN THE CISCO CLI THAT WERE SPANNING-TREE.  DO YOU RECALL THAT?

10:50:15  19   A.   YES.

10:50:16  20   Q.   NOW, IS THAT AN ACRONYM FOR THAT KIND OF PROTOCOL, I THINK

10:50:21  21   YOU SHOWED ME THE SPANNING-TREE PROTOCOL, THAT PEOPLE USE IN

10:50:24  22   THE INDUSTRY?

10:50:24  23   A.   NO.  SPANNING-TREE OR SPANNING-TREE IS NOT AN ACRONYM FOR

10:50:36  24   THE SPANNING-TREE PROTOCOL.  THE ACRONYM IS STP IS YOU CAN

10:50:40  25   THINK OF WHY SPANNING-TREE WAS USED INSTEAD OF STP, AND THAT

ALMEROTH REDIRECT BY MR. NELSON                        1406

10:50:43  1     WAS A DESIGN CHOICE.

10:50:46  2     Q.   YOU SAID YOU CAN THINK OF WHY SPANNING-TREE WAS USED

10:50:49  3     INSTEAD OF STP.  CAN YOU TELL US?

10:50:51  4     A.   THAT WAS AN EXAMPLE THAT AT THE TIME STP WAS NOT REALLY A

10:50:55  5     WELL-RECOGNIZED ACRONYM LIKE IP.

10:50:59  6          SO THE DECISION WAS, BASED ON THESE KINDS OF CRITERIA AND

10:51:02  7     WITH THE INPUT OF OTHER ENGINEERS, TO SPELL IT OUT INSTEAD OF

10:51:06  8     USING STP.

10:51:15  9     Q.   SO NOW I HAVE A FEW QUESTIONS.  I'M ON NUMBER 10 THERE,

10:51:18  10    AND I'M STILL ON EXHIBIT 851 FOR THE RECORD.

10:51:21  11    A.   YES.

10:51:22  12    Q.   SO THERE'S A SENTENCE THERE KIND OF IN THE MIDDLE THAT

10:51:24  13    SAYS, "WHAT CONSTITUTES 'SELF EXPLANATORY' WILL VARY BY YOUR

10:51:31  14    TARGET AUDIENCE, SO BE PREPARED TO DEFEND THAT POINT."

10:51:35  15         DO YOU SEE THAT?

10:51:35  16    A.   I DO.

10:51:36  17    Q.   AND YOU WERE REFERENCING THAT.  COULD YOU TELL US WHY

10:51:38  18    THAT'S IMPORTANT TO YOU?

10:51:39  19    A.   SURE.  AND WHAT'S IMPORTANT ALSO IS THE NEXT SENTENCE,

10:51:43  20    "WHILE A NON-ATM USER, MAY FIND THE COMMAND," AND I WILL STOP

10:51:48  21    READING AT THAT POINT.  THERE'S ALSO SPECIALTIES WITHIN THIS

10:51:51  22    FIELD.

10:51:51  23         SO FOR SOME COMMANDS YOU HAVE TO DETERMINE WHETHER THERE'S

10:51:55  24    A COMMUNITY, FOR EXAMPLE, AN ATM, WHICH HERE STANDS FOR

10:52:01  25    ASYNCHRONOUS TRANSFER MODE AND NOT AUTOMATIC TELLER MACHINE.

10:52:07    1              BUT PEOPLE IN THE ASYNCHRONOUS MODE COMMUNITY UNDERSTAND

10:52:11    2         COMMANDS LIKE WHAT'S AFTER THE HIGHLIGHTED

10:52:16    3         "FORWARD-PEAK-CELL-RATE-CLP1."  BUT PEOPLE WITHIN THE COMMUNITY

10:52:21    4         WOULD UNDERSTAND THAT.

10:52:22    5              SO THE PERSON DESIGNING THESE COMMANDS REALLY HAS TO

10:52:25    6         UNDERSTAND WHAT THE PROTOCOLS ARE, WHAT THE COMMUNITIES ARE,

10:52:29    7         AND MAKE DECISIONS ABOUT WHETHER OR NOT PEOPLE WITHIN AND

10:52:33    8         OUTSIDE THE COMMUNITY WOULD UNDERSTAND THESE WORD CHOICES.

10:52:38    9         Q.   SO YOU WERE TALKING ABOUT WHETHER SOMETHING IS SETTLED,

10:52:44   10         LIKE MAYBE A TERM OR ACRONYM IS SETTLED.  I THINK YOU USED

10:52:48   11         THAT --

10:52:49   12         A.   YES.

10:52:49   13         Q.   CAN YOU EXPLAIN TO US WHAT YOU MEAN BY THAT?

10:52:51   14         A.   SURE.  PROTOCOLS GO THROUGH A DEVELOPMENT PROCESS.  I

10:52:56   15         MEAN, OBVIOUSLY THEY JUST DON'T SPRING UP OVER NIGHT.  AND

10:53:00   16         OFTENTIMES THE PROTOCOLS WILL CHANGE OVER TIME.  AND BEFORE

10:53:04   17         THEY'RE CALLED RFC'S, THEY'RE CALLED INTERNET DRAFTS, THEY CAN

10:53:09   18         TAKE YEARS TO DEVELOP.  THERE'S ARGUMENTS ABOUT THE WAY THAT

10:53:12   19         THE PROTOCOL SHOULD OPERATE AND THE FORMATS OF THE MESSAGES AND

10:53:15   20         ALL OF THE DETAILS.  AND SOMETIMES VENDORS WILL DO

10:53:21   21         IMPLEMENTATIONS BEFORE THE PROTOCOL BECOMES STANDARD SO THAT

10:53:24   22         THEY CAN GET A HEAD START ON MAKING THOSE PRODUCTS AVAILABLE.

10:53:27   23              SO THERE'S KIND OF THIS PROCESS OF EVEN THOUGH THE

10:53:29   24         PROTOCOL IS IN PROCESS AND SOME COMMUNITIES KNOW ABOUT IT, THE

10:53:35   25         SPECIFIC TERMINOLOGY ISN'T REALLY SETTLED, THAT CONTINUES TO

10:53:38  1    TAKE TIME TO SORT OF RESOLVE OVER TIME.

10:53:41  2         AGAIN, IF WE THINK ABOUT THOSE WORDS TODAY, THEY ARE VERY

10:53:45  3    WELL ESTABLISHED.  BUT IF YOU THINK ABOUT WHEN THESE COMMANDS

10:53:48  4    WERE BEING CREATED, IT CERTAINLY WASN'T SETTLED TERMINOLOGY.

10:53:54  5         AND IF YOU LOOK AT THE RFC'S AFTER THE FACT TODAY AND TRY

10:53:59  6    TO MATCH THEM UP WITH THE COMMANDS THAT WERE SELECTED, THERE

10:54:01  7    MIGHT BE SOME OVERLAP.

10:54:03  8    Q.   SO YESTERDAY WHEN YOU AND I WERE TALKING, YOU WERE TALKING

10:54:08  9    SOME ABOUT THE CREATIVITY AND THE WORD CHOICE?

10:54:11  10   A.   YES.

10:54:11  11   Q.   THE DISCUSSION THAT YOU JUST TALKED ABOUT, DOES THAT FIT

10:54:16  12   INTO THIS?

10:54:16  13   A.   IT DOES.  IF YOU PUT YOURSELF INTO THE FRAME OF MIND OF

10:54:21  14   THE PERSON WHO IS IMPLEMENTING THE PROTOCOL AND HAD THE

10:54:23  15   RESPONSIBILITY OF COMING UP WITH THE COMMANDS, MIGHT BE 1986,

10:54:29  16   SOME COMMANDS EXTENDED INTO THE EARLIER MID-'90S, AND IN THOSE

10:54:33  17   INSTANCES THERE ARE DECISIONS TO BE MADE ABOUT WHAT THE WORD

10:54:36  18   CHOICE IS.  AND THAT PROCESS IS CREATIVE.  AND I'VE RELIED ON

10:54:39  19   THE EVIDENCE OF WHAT THE MANIFESTO SAYS AND THE DEPOSITION

10:54:42  20   TESTIMONY ABOUT PEOPLE WHO DEVELOPED THE COMMANDS.

10:54:46  21        AND SO REALLY THE OVERALL CONCLUSION IS, DESPITE THE

10:54:51  22   QUESTIONS I GOT FROM MR. VAN NEST, I THINK THERE IS CREATIVITY

10:54:55  23   IN THE CHOICE OF THOSE WORDS.

10:54:57  24   Q.   HOW ABOUT IN THE SEQUENCING?

10:54:59  25   A.   IN THE SEQUENCING AS WELL.  WE TALKED LESS ABOUT THE

10:55:02  1    SEQUENCING, BUT REMEMBER THERE ARE THESE HIERARCHIES.  AND

10:55:05  2    THERE ARE CHOICES ABOUT WHETHER TO PUT A COMMAND IN A

10:55:09  3    PARTICULAR HIERARCHY OR NOT.  AND ALL OF THAT IS IMPORTANT AS

10:55:13  4    PART OF THE CREATIVE PROCESS AS WELL.

10:55:15  5    Q.   SO -- THANK YOU.  I WANT TO TURN NOW TO -- YOU GOT SOME

10:55:20  6    QUESTIONS ABOUT THE TECHNICAL MANUALS?

10:55:22  7    A.   YES.

10:55:22  8    Q.   DO YOU RECALL THAT?

10:55:24  9         NOW, DID ARISTA DENY COPYING THE TECHNICAL MANUALS

10:55:31  10   A.   NO.  IN FACT, THEY ADMITTED IT.  THEY APOLOGIZED FOR IT.

10:55:35  11   THEY SUPPOSEDLY FIRED THE PERSON WHO DID AT LEAST SOME OF THE

10:55:38  12   COPYING, BUT ULTIMATELY THEY ADMITTED TO IT, THEY ADMITTED TO

10:55:41  13   COPYING THE MANUALS.

10:55:42  14   Q.   NOW, YOU ALSO REFERENCED ON YOUR CROSS SEVERAL TIMES ABOUT

10:55:49  15   HOW CISCO MAKES A BUNCH OF DIFFERENT PRODUCTS?

10:55:51  16   A.   YES.

10:55:52  17   Q.   AND DOES THAT HAVE SOME RELEVANCE TO THE NUMBER OF

10:55:56  18   COMMANDS OR OUTPUTS OR SOME OF THE OTHER THINGS YOU ARE TALKING

10:56:00  19   ABOUT THAT WOULD BE IN IOS?

10:56:01  20   A.   IT DOES.  IF YOU THINK ABOUT THE FOUR USER INTERFACES AT

10:56:05  21   ISSUE HERE, IOS, IOS XR, IOS XE, AND NX-OS, THEY COVER A BROAD

10:56:12  22   RANGE OF PRODUCTS.

10:56:13  23        CISCO CLEARLY MAKES MANY MORE PRODUCTS AND TYPES OF

10:56:17  24   PRODUCTS THAN ARISTA DOES, AND ARISTA GENERALLY HAS A SERIES OF

10:56:22  25   ETHERNET SWITCHES.

10:56:24   1        THE PROBLEM IS YOU CAN'T LOOK AT ALL OF THE CISCO MANUALS

10:56:28   2   AND SAY, WELL, THEY ONLY TOOK THIS PIECE AND THEY ONLY TOOK

10:56:31   3   THAT PIECE.  I MEAN, SOMETIMES THE ANALOGY IS TO AN

10:56:37   4   ENCYCLOPEDIA, THAT JUST BECAUSE YOU COPY ONE PORTION ABOUT

10:56:41   5   ELECTRONIC TRAINS, DOESN'T MEAN THAT IT'S NOT COPYING AND IT'S

10:56:45   6   NOT IMPORTANT BECAUSE YOU DIDN'T COPY THE WHOLE ENCYCLOPEDIA.

10:56:51   7        I ACTUALLY HAD AN EXPERIENCE WITH A STUDENT.  HE TOOK MY

10:56:55   8   CLASS, AND HE COPIED THINGS FROM MY 400 PAGE DISSERTATION INTO

10:57:00   9   HIS HOME WORK ASSIGNMENT, WHICH WAS ONLY A COUPLE OF PAGES

10:57:02  10   LONG.

10:57:03  11        AND WHEN I CAUGHT HIM, IT WASN'T ABOUT THAT HE TOOK ALL OF

10:57:07  12   THE DISSERTATION, BUT ABOUT THE SIGNIFICANT PORTIONS HE DID

10:57:11  13   TAKE AND USE IN HIS ASSIGNMENT.

10:57:13  14   Q.   NOW, DID HE GET A GOOD GRADE?

10:57:16  15   A.   HE DID NOT.

10:57:17  16   Q.   NOW, THE -- I WANT TO TURN TO A COUPLE OF OTHER THINGS,

10:57:23  17   THESE WERE SOME THINGS THAT YOU AND I WERE DISCUSSING

10:57:26  18   YESTERDAY, AND I NOW HAVE THE EXHIBITS AND WE WORKED THAT ALL

10:57:30  19   OUT.

10:57:30  20        SO THE FIRST ONE I WANT TO TALK ABOUT --

10:57:32  21        I'M NOT SURE THE COURT HAS THIS ONE YET.  THIS IS 4799,

10:57:36  22   YOUR HONOR.

10:57:36  23             THE COURT:  THANK YOU.

10:57:37  24             MR. NELSON:  AND WE'VE WORKED EVERYTHING OUT WITH

10:57:40  25   THIS.

10:57:40   1                    THE COURT:  THAT'S GREAT.

10:57:42   2                    MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

10:57:43   3                    THE COURT:  THANK YOU.  IT WILL BE ADMITTED.

10:57:44   4              (PLAINTIFF'S EXHIBIT 4799 WAS ADMITTED INTO EVIDENCE.)

10:57:44   5                    MR. NELSON:  ALL RIGHT.  THANK YOU.

10:57:46   6              MAY I APPROACH THE WITNESS?

10:57:48   7                    THE COURT:  YES.

10:57:49   8                    MR. NELSON:  I DON'T THINK HE HAS THIS COPY.

10:58:03   9         Q.   SO WE ARE LOOKING AT THE FIRST PAGE OF 4799; IS THAT

10:58:12  10         RIGHT?  I MEAN ON THE SCREEN.

10:58:13  11         A.   YES.

10:58:13  12         Q.   OKAY.  AND CAN YOU TELL ME WHAT 4799 IS?

10:58:16  13         A.   THESE WERE THE 216 HELP DESCRIPTIONS FROM IOS XR 5.1.4

10:58:25  14         THAT ARE CONTAINED IN ARISTA.

10:58:26  15         Q.   NOW, WE TALKED ABOUT THIS A BIT YESTERDAY, BUT WHAT'S THE

10:58:31  16         RELATIONSHIP BETWEEN IOS XR 5.1.4 AND 5.2?

10:58:37  17         A.   IOS XR 5.2 IS A LATER VERSION OF IOS XR, AND IT

10:58:45  18         ENCOMPASSES ALL OF THE FEATURES OF IOS 5.1.4, AND IT INCLUDES

10:58:51  19         SOME ADDITIONAL FUNCTIONALITY.  IT'S A LATER REVISION THAT

10:58:54  20         INCLUDES SOME ADDITIONAL FUNCTIONALITY.

10:58:56  21         Q.   SO BASED UPON YOUR ANALYSIS OF THE PRODUCTS IN THE CODE

10:59:01  22         AND STUFF YOU LOOKED AT, THE HELP DESCRIPTIONS THAT ARE SHOWN

10:59:04  23         HERE FROM 5.1.4, WOULD THOSE ALSO BE IN 5.2?

10:59:10  24         A.   YES, THEY WOULD.

10:59:10  25         Q.   OKAY.  AND, NOW, IF I LOOK ON THE RIGHT-HAND COLUMN, CAN

10:59:14  1    YOU SHOW US WHAT YOU'RE DEPICTING HERE IN THE RIGHT-HAND

10:59:18  2    COLUMN?

10:59:19  3    A.   THE RIGHT-HAND COLUMN IS WHERE THOSE HELP DESCRIPTIONS

10:59:21  4    APPEAR IN EOS, AND THE VERSION NUMBER THAT'S GIVEN IS 4.13.5.

10:59:29  5    Q.   AND DID YOU ANALYZE VERSION 4.13.5?

10:59:33  6    A.   YES.

10:59:34  7    Q.   AND NOW FOR -- WERE THERE ALSO SOME LATER VERSIONS OF EOS

10:59:37  8    THAT YOU LOOKED AT?

10:59:38  9    A.   YES.

10:59:39  10   Q.   OKAY.  AND DID YOU?

10:59:42  11          MR. VAN NEST:  OBJECTION, YOUR HONOR.  OUTSIDE THE

10:59:44  12   REPORT.

10:59:45  13          MR. NELSON:  IT'S NOT.  I TALKED TO HIM ABOUT IT

10:59:47  14   ALREADY.

10:59:47  15          THE COURT:  OUTSIDE THE EXPERT REPORT OR THE

10:59:49  16   DOCUMENT?

10:59:51  17          MR. VAN NEST:  OUTSIDE THE REPORT.  NO SPECIFIC

10:59:54  18   ANALYSIS, THERE'S NO SPECIFIC ANALYSIS OF ANY OTHER --

10:59:59  19          THE COURT:  SHOW ME IN THE REPORT.

11:00:00  20          MR. NELSON:  YEAH, I CAN, YOUR HONOR.

11:00:01  21          THE COURT:  LET'S DO THAT.  DO YOU HAVE THE SECTION?

11:00:37  22          MR. NELSON:  I DO.  PARAGRAPH 124, YOUR HONOR.

11:00:43  23          THE COURT:  ARE WE GOING TO DO A SIDEBAR?

11:00:58  24       (SIDEBAR DISCUSSION ON THE RECORD.)

11:00:59  25          THE COURT:  WHAT ARE YOU REFERRING TO?

11:01:01   1           MR. NELSON:  PARAGRAPH 124, YOUR HONOR.  IT'S A

11:01:04   2    LITTLE DISCONCERTING BECAUSE I ALREADY COVERED THIS MORNING

11:01:07   3    WITH HIM ALREADY AND EVERYTHING WAS OKAY.

11:01:09   4        SO WHAT HE SAYS HERE, YOUR HONOR, PROBABLY EASIER, THROUGH

11:01:11   5    MY OWN INSPECTION OF ARISTA IT WAS MY INSPECTION TESTING

11:01:26   6    ARISTA'S SWITCHES, I HAVE CONFIRMED THAT THE OPERATION OF THE

11:01:29   7    EOS FOR ALL ACCUSED VERSIONS FOR PURPOSES OF THE REPORT ARE

11:01:33   8    SUBSTANTIALLY THE SAME IF NOT IDENTICAL.

11:01:35   9           THE COURT:  WHERE IS THAT COMING FROM?

11:01:38  10           MR. NELSON:  IT'S PARAGRAPH 124 OF DR. ALMEROTH'S

11:01:40  11    REPORT.  AND THEN WITH RESPECT TO THE REBUTTAL IT'S THE

11:01:43  12    SUPPLEMENTAL REBUTTAL.  DR. BLACK, HE ACTUALLY ANALYZED A LATER

11:01:48  13    VERSION.

11:01:49  14           THE COURT:  DR. BLACK DID?

11:01:50  15           MR. NELSON:  DR. BLACK, CORRECT.  IN RESPONDING TO

11:01:57  16    THE HELP DESCRIPTIONS ISSUE.  AND HE ANALYZED 4.14.5, NEVER

11:02:02  17    ONCE RAISED THE ISSUE THAT THERE MIGHT BE DIFFERENCES OR ANY OF

11:02:05  18    THOSE KINDS OF THINGS.  SO THIS IS GETTING SUPER HYPER

11:02:11  19    TECHNICAL.

11:02:11  20           MR. FERRALL:  OUR POINT, YOUR HONOR, IS THAT THEY

11:02:14  21    ONLY DID A HELP STRING BY HELP STRING ANALYSIS OF THAT ONE

11:02:17  22    VERSION 4.13.5 AND THEY DIDN'T EVER SAY THAT ALL THOSE HELP

11:02:22  23    STRINGS APPEAR IN OTHER VERSIONS OF THE EOS.  AND --

11:02:31  24           MR. VAN NEST:  HE'S GOT A GENERAL STATEMENT,

11:02:32  25    YOUR HONOR, THAT HE INSPECTED EVERYTHING.

11:02:35   1              THE COURT:  WELL, I'M GOING TO HOLD HIM TO HIS REPORT

11:02:37   2     AT THAT LEVEL.  OKAY.  THE OBJECTION IS OVERRULED.

11:02:58   3          (SIDEBAR CONFERENCE CONCLUDED.)

11:02:58   4              MR. NELSON:  MAY I PROCEED, YOUR HONOR?

11:03:01   5              THE COURT:  YES, YOU MAY.

11:03:02   6     BY MR. NELSON:

11:03:03   7     Q.   SO, DR. ALMEROTH, I'M TALKING ABOUT THESE IOS XR HELP

11:03:06   8     DESCRIPTIONS, FOR -- YOU ANALYZED OTHER VERSIONS OF EOS IN THIS

11:03:10   9     CASE; RIGHT?

11:03:10  10     A.   I DID.

11:03:11  11     Q.   AND DID YOU CONFIRM THAT THE OPERATION WAS SUBSTANTIALLY

11:03:15  12     THE SAME, IF NOT IDENTICAL, WITH RESPECT TO THOSE OTHER

11:03:18  13     VERSIONS?

11:03:18  14     A.   THAT'S CORRECT.

11:03:19  15     Q.   AND DID DR. BLACK HAVE A REBUTTAL REPORT AND ATTEMPT TO --

11:03:25  16     OR EXCUSE ME, OPPORTUNITY IS THE WORD I WAS LOOKING FOR TO

11:03:33  17     RESPOND TO YOUR ALLEGATIONS REGARDING THE HELP DESCRIPTIONS?

11:03:35  18     A.   HE DID HAVE AN OPPORTUNITY.

11:03:36  19     Q.   DID HE EVER SAY THAT YOUR STATEMENT ABOUT THE OPERATION

11:03:39  20     BEING THE SAME IN OTHER VERSIONS WAS WRONG?

11:03:43  21     A.   NO, HE DID NOT.

11:03:44  22     Q.   OKAY.  THANK YOU.

11:03:46  23          SO NOW I WOULD LIKE TO TURN TO ANOTHER EXHIBIT THAT WE

11:03:51  24     TALKED ABOUT YESTERDAY.  THE FIRST ONE BEING EXHIBIT 4822.

11:04:03  25     A.   I HAVE IT HERE.

11:04:04  1    Q.   OKAY.  YOU HAVE IT IN FRONT OF YOU?  AND 4822, CAN YOU

11:04:07  2    TELL US WHAT THAT IS, SIR?

11:04:08  3    A.   THAT'S THE INTERROGATORY RESPONSE NUMBER 9 DATED

11:04:12  4    DECEMBER 5TH, 2014.

11:04:15  5            MR. NELSON:  AT THIS POINT I MOVE EXHIBIT 4822 INTO

11:04:19  6    EVIDENCE YOUR HONOR.

11:04:19  7            MR. VAN NEST:  NO OBJECTION.

11:04:22  8            THE COURT:  IT WILL BE ADMITTED.

11:04:24  9        (PLAINTIFF'S EXHIBIT 4822 WAS ADMITTED INTO EVIDENCE.)

11:04:24  10           MR. NELSON:  COULD WE PUT THE FIRST PAGE UP THERE,

11:04:27  11   MR. FISHER.

11:04:28  12   Q.   ALL RIGHT.  SO WE LAWYERS AND WE ALL KNOW WHAT

11:04:30  13   INTERROGATORIES ARE, BUT PROBABLY NOT EVERYBODY IN THE WORLD

11:04:33  14   KNOWS THAT TERM.  SO CAN YOU JUST EXPLAIN TO US WHAT YOUR

11:04:37  15   UNDERSTANDING OF THAT IS?

11:04:38  16   A.   YES.  AN INTERROGATORY IS A SERIES OF QUESTIONS SERVED BY

11:04:42  17   ONE PARTY IN A LAWSUIT TO ANOTHER, WHICH THEY THEN HAVE TO

11:04:47  18   RESPOND TO.  AND IF YOU LOOK AT THE TITLE HERE IT SAYS,

11:04:52  19   "DEFENDANT ARISTA NETWORKS NINTH SUPPLEMENTAL RESPONSES TO

11:04:56  20   PLAINTIFF CISCO SYSTEMS'S FIRST SET OF INTERROGATORIES, NUMBER

11:05:02  21   9."

11:05:02  22   Q.   SO THEN IF WE LOOK AT PAGE 8, YOU BEGIN WITH A SERIES OF

11:05:08  23   TABLES.  DO YOU SEE THAT?

11:05:09  24   A.   YES, SIR, I DO.

11:05:10  25   Q.   AND CAN YOU TELL US WHAT THOSE TABLES ARE?

11:05:13   1      A.   THE TABLES ARE DESCRIBED IN THE PARAGRAPH PRECEDING THE

11:05:17   2      TABLE.  IT SAYS, I WILL START WITH THE THIRD -- SECOND

11:05:24   3      SENTENCE.  "TO DATE, ARISTA HAS IDENTIFIED CERTAIN INFORMATION

11:05:27   4      REGARDING THE INDIVIDUALS INVOLVED IN THE CREATION,

11:05:31   5      DEVELOPMENT, AND/OR IMPLEMENTATION OF THE ACCUSED EOS CLI

11:05:36   6      COMMANDS."

11:05:38   7           AND IT SAYS, "THAT INFORMATION IS SET FORTH IN THE CHART."

11:05:40   8      IT IDENTIFIES THE ACCUSED CLI COMMAND, IT THEN IDENTIFIES THE

11:05:45   9      ARISTA EMPLOYEE WITH KNOWLEDGE OF COMMAND CREATION,

11:05:49   10     DEVELOPMENT, AND/OR IMPLEMENTATION, AND THEN THE CORRESPONDING

11:05:53   11     DATE.

11:05:54   12     Q.   AND THAT CORRESPONDING DATE, WHAT'S THAT?

11:05:57   13     A.   THAT'S THE DATE OF CREATION, DEVELOPMENT, AND/OR

11:06:00   14     IMPLEMENTATION.

11:06:01   15     Q.   DOES THAT HAVE ANYTHING TO DO WITH WHEN THAT COMMAND WAS

11:06:04   16     ADDED TO EOS?

11:06:05   17     A.   IT DOES.  THAT'S WHAT THAT DATE IS.

11:06:07   18     Q.   OKAY.  SO NOW, I WOULD LIKE TO LOOK AT --

11:06:12   19          AND I MOVED 48 INTO EVIDENCE ALREADY; CORRECT?

11:06:16   20               THE COURT:  YES, YOU DID.  THAT'S WHY WE ARE LOOKING

11:06:19   21     AT IT.

11:06:19   22               MR. NELSON:  THANK YOU.  I APPRECIATE IT.

11:06:22   23     Q.   NOW, TURNING TO 4823 AND THAT'S IN FRONT OF YOU?

11:06:26   24     A.   YES.

11:06:26   25     Q.   CAN YOU TELL US WHAT EXHIBIT 4823 IS?

11:06:30  1    A.   THAT'S ANOTHER INTERROGATORY.  THIS IS FROM ARISTA ALSO TO

11:06:34  2    CISCO.

11:06:35  3    Q.   AND IF WE TURN --

11:06:38  4         WELL, ACTUALLY AT THIS POINT, BEFORE I TURN ANYWHERE,

11:06:40  5    YOUR HONOR?

11:06:40  6              MR. NELSON:  I WOULD MOVE EXHIBIT 4823 INTO EVIDENCE.

11:06:43  7              MR. VAN NEST:  NO OBJECTION YOUR HONOR.

11:06:45  8              THE COURT:  IT WILL BE ADMITTED.

11:06:47  9         (PLAINTIFF'S EXHIBIT 4823 WAS ADMITTED INTO EVIDENCE.)

11:06:47  10   BY MR. NELSON:

11:06:48  11   Q.   SO IF WE GO TO -- I BELIEVE IT'S PAGE 7 IS WHERE IT

11:06:53  12   BEGINS.

11:06:55  13   A.   YES.

11:06:55  14              THE COURT:  I THINK THAT MISSTATED IT.  HE IDENTIFIED

11:06:58  15   THE DOCUMENT.  I THINK THAT WAS MISSTATED.  HE SAID IT WAS AN

11:07:01  16   INTERROGATORY FROM ARISTA TO CISCO.  I DON'T THINK THAT'S WHAT

11:07:06  17   THIS IS.

11:07:07  18              THE WITNESS:  THIS IS A RESPONSE.

11:07:08  19              MR. NELSON:  OKAY.  LET'S START THAT OVER SO WE CAN

11:07:11  20   GET IT CORRECT.

11:07:12  21              THE WITNESS:  YES.

11:07:12  22   BY MR. NELSON:

11:07:13  23   Q.   SO EXHIBIT 4823, WHO ASKED THE INTERROGATORY?

11:07:16  24   A.   CISCO ASKED THE INTERROGATORY AND ARISTA PROVIDED THE

11:07:20  25   RESPONSE.

| | | |
|---|---|---|
| 11:07:20 | 1 | THE COURT:  THANK YOU. |
| 11:07:21 | 2 | MR. NELSON:  OKAY. |
| 11:07:22 | 3 | Q.   SO THE DOCUMENT THAT WE HAVE HERE, THIS IS WHAT? |
| 11:07:27 | 4 | A.   THE SUBSTANCE OF THAT RESPONSE THAT CAME FROM ARISTA. |
| 11:07:31 | 5 | Q.   OKAY.  SO THEN IF WE GO TO THE SEVENTH PAGE OF THE |
| 11:07:38 | 6 | DOCUMENT? |
| 11:07:38 | 7 | A.   YES. |
| 11:07:39 | 8 | Q.   YOU SEE A SERIES OF CHARTS THAT BEGINS AND KIND OF GOES ON |
| 11:07:43 | 9 | FOR MAYBE ANOTHER 10, 11 PAGES? |
| 11:07:47 | 10 | A.   YES. |
| 11:07:47 | 11 | Q.   SO WHAT IS THIS? |
| 11:07:49 | 12 | A.   THIS IS A TABLE OF COMMANDS AND AN IDENTIFICATION OF WHERE |
| 11:07:55 | 13 | IN THE SOURCE CODE THOSE COMMANDS APPEAR, AND THEN ALSO THE |
| 11:08:00 | 14 | FIRST ARISTA PRODUCT, THE EOS VERSION NUMBER THAT CONTAINED |
| 11:08:04 | 15 | THOSE COMMANDS. |
| 11:08:06 | 16 | Q.   SO FOR BOTH 4822 AND 4823, DO YOU UNDERSTAND THE COMMANDS |
| 11:08:14 | 17 | ARE THE ACCUSED COMMANDS? |
| 11:08:15 | 18 | A.   YES, THOSE ARE THE ACCUSED COMMANDS. |
| 11:08:19 | 19 | Q.   NOW, HOW DID THESE RESPONSES TO EXHIBIT -- IN |
| 11:08:25 | 20 | EXHIBITS 4822 AND 4823 INFORM YOUR OPINIONS? |
| 11:08:28 | 21 | A.   THEY WERE PART OF WHAT I CONSIDERED, AND THEY INFORMED MY |
| 11:08:32 | 22 | OPINION BECAUSE I BELIEVE THEY ARE A DESCRIPTION BY ARISTA THAT |
| 11:08:37 | 23 | THESE COMMANDS, THE COMMANDS THAT HAVE BEEN IDENTIFIED BY |
| 11:08:40 | 24 | ARISTA AS HAVING BEEN COPIED, ARE, IN FACT, IN THE ARISTA |
| 11:08:43 | 25 | PRODUCTS.  AND THEY IDENTIFIED WHEN THEY FIRST BECAME AVAILABLE |

11:08:47   1        IN THE ARISTA PRODUCTS.

11:08:49   2        Q.   ALL RIGHT.

11:08:52   3              MR. NELSON:  CAN I JUST HAVE A MOMENT, YOUR HONOR, TO

11:08:54   4        CONFER WITH MR. PAK?

11:08:56   5              THE COURT:  SURE.

11:08:57   6           (OFF-THE-RECORD DISCUSSION.)

11:09:03   7              MR. NELSON:  MR. PAK HAS CONFIRMED FOR ME THAT I'M

11:09:07   8        FINISHED, YOUR HONOR.

11:09:08   9              THE COURT:  THAT'S GOOD.

11:09:09  10           OKAY.  ANYTHING ELSE, MR. VAN NEST?

11:09:11  11              MR. VAN NEST:  NOTHING FURTHER YOUR HONOR.

11:09:12  12              THE COURT:  THANK YOU.  AND, DR. ALMEROTH, THANK YOU

11:09:14  13        FOR YOUR TESTIMONY.  YOU MAY STEP DOWN.

11:09:17  14              THE WITNESS:  THANK YOU, YOUR HONOR.

11:09:24  15              THE COURT:  SO DO WE GET THESE -- DO WE TAKE

11:09:40  16        DR. ALMEROTH'S BINDERS?

11:09:41  17           DR. ALMEROTH, THOSE ARE OURS.

11:09:48  18              MR. NELSON:  DO YOU WANT US TO TAKE ALL OF THOSE OUT

11:09:50  19        OR DO IT AT LUNCH?

11:09:52  20              THE COURT:  AS LONG AS YOUR NEXT WITNESS WILL BE

11:09:54  21        COMFORTABLE WITH THEM THERE, YOU CAN DO IT AT LUNCH.  YOUR

11:09:58  22        CHOICE.

11:09:59  23              MR. NELSON:  IT'S COZY.

11:10:00  24              THE COURT:  IT'S COZY.  THAT'S A NICE WAY OF BEING

11:10:03  25        LOOKING AT IT.

```
11:10:04   1              MR. PAK, YOUR NEXT WITNESS.

11:10:06   2              MR. PAK:  YES, WE ACTUALLY HAVE A FEW VIDEO TESTIMONY

11:10:08   3    OF WITNESSES THAT ARE NOT TESTIFYING LIVE.

11:10:11   4              THE COURT:  OKAY.  THE COURT REPORTER IS EXCUSED FROM

11:10:14   5    TRANSCRIBING THE VIDEO, AND THE TRANSCRIPT WILL BE SUBMITTED.

11:10:18   6              MR. PAK:  YES, YOUR HONOR.

11:10:18   7              THE COURT:  OF JUST THE CLIPS THAT ARE PLAYED.  OKAY.

11:10:39   8              MR. PAK:  YOUR HONOR, WE WILL BE PLAYING THE VIDEO

11:10:41   9    TESTIMONY OF MR. JEFFREY WHEELER WHO WAS ONE OF THE INVENTORS

11:10:46  10    ON THE '526 PATENT.  AND AFTER THE VIDEO IS PLAYED, WE WILL BE

11:10:51  11    SUBMITTING INTO EVIDENCE A FEW EXHIBITS FROM HIS DEPOSITION

11:10:54  12    TESTIMONY.

11:10:54  13              THE COURT:  OKAY.

11:11:10  14         (VIDEO DEPOSITION OF JEFFREY WHEELER WAS PLAYED INTO THE

11:35:28  15    RECORD.)

11:35:28  16              MR. PAK:  SO, YOUR HONOR, THAT'S THE END OF THE VIDEO

11:35:33  17    TESTIMONY OF MR. WHEELER.  I HAVE TWO EXHIBITS TO MOVE IT BASED

11:35:37  18    ON THAT.

11:35:38  19              THE COURT:  OKAY.

11:35:41  20              MR. PAK:  SO, MR. FISHER, IF YOU COULD PUT UP THE

11:35:44  21    TRIAL EXHIBIT 65.  AND JUST TO BE CLEAR ON THE RECORD, THAT WAS

11:35:47  22    DEPOSITION EXHIBIT NUMBER 22, AND MR. WHEELER TALKED ABOUT IT,

11:35:54  23    BUT NOW IT'S BEEN RELABELED TRIAL EXHIBIT 65.  AND AT THIS TIME

11:35:59  24    I WOULD LIKE TO ADMIT TRIAL EXHIBIT 65 INTO THE RECORD.

11:36:03  25              MR. KRISHNAN:  NO OBJECTION YOUR HONOR.
```

11:36:05  1                    THE COURT:  DID WILL BE ADMITTED.

11:36:07  2           (PLAINTIFF'S EXHIBIT 65 WAS ADMITTED INTO EVIDENCE.)

11:36:07  3                    MR. PAK:  THIS IS THE FEATURE FUNCTIONAL

11:36:08  4      SPECIFICATION FOR R4.1 UM CLI.  AND THE OTHER DOCUMENT I WOULD

11:36:14  5      LIKE TO MOVE INTO THE RECORD --

11:36:16  6           MR. FISHER, IF YOU COULD PUT UP TRIAL EXHIBIT 95.

11:36:24  7           AND THIS IS -- THIS WAS DEPOSITION EXHIBIT NUMBER 22 --

11:36:29  8      NUMBER 26, AND NOW IT'S BEEN RELABELED AT TRIAL EXHIBIT

11:36:34  9      NUMBER 95.  AND IF I CAN GO TO THE FRONT PAGE THERE AND BLOW

11:36:38  10     THAT UP.  ACTUALLY, THE NEXT PAGE.

11:36:41  11          THIS IS THE COPY OF THE UNITED STATES PATENT NUMBER

11:36:47  12     7,047,526 DATED MAY 16, 2006.  THE TITLE IS "GENERIC COMMAND

11:36:57  13     INTERFACE FOR MULTIPLE EXECUTABLE ROUTINES."

11:37:01  14          THE NAMED INVENTORS ARE JEFFREY WHEELER AND PAUL MUSTOE,

11:37:04  15     AND THE ASSIGNEE IS CISCO TECHNOLOGIES, INC.

11:37:07  16          SO AT THIS TIME I WOULD LIKE TO ADMIT INTO EVIDENCE THE

11:37:09  17     '526 PATENT WHICH IS TRIAL EXHIBIT NUMBER 95.

11:37:13  18                    MR. KRISHNAN:  NO OBJECTION YOUR HONOR.

11:37:14  19                    THE COURT:  IT WILL BE ADMITTED.

11:37:17  20          (PLAINTIFF'S EXHIBIT 95 WAS ADMITTED INTO EVIDENCE.)

11:37:17  21                    MR. PAK:  AND I THINK THAT CONCLUDES MR. WHEELER'S

11:37:19  22     TESTIMONY.

11:37:19  23                    THE COURT:  OKAY.

11:37:20  24                    MR. PAK:  AND WE DO HAVE ONE MORE SHORT VIDEO

11:37:23  25     TESTIMONY OF ANOTHER WITNESS.  AND CISCO WILL BE CALLING

11:37:28  1    MR. ADAM SWEENEY, WHO IS THE VICE PRESIDENT OF SOFTWARE

11:37:33  2    ENGINEERING AT ARISTA AND WAS A CORPORATE DESIGNEE WITH RESPECT

11:37:38  3    TO THE '526 PATENT, AND WE WILL BE PLAYING CLIPS OF HIS

11:37:42  4    TESTIMONY FROM HIS VIDEO DEPOSITION.

11:37:45  5         THE COURT:  OKAY.

11:37:45  6         **(THE VIDEOTAPED DEPOSITION OF ADAM SWEENEY WAS PLAYED INTO**

11:51:19  7    **THE RECORD.)**

11:51:19  8         MR. PAK:  SO THAT'S THE END OF THE VIDEO TESTIMONY OF

11:51:22  9    MR. SWEENEY, AND I HAVE A FEW EXHIBITS TO DISCUSS ON THE

11:51:25 10    RECORD.

11:51:25 11         THE COURT:  OKAY.

11:51:26 12         MR. PAK:  YOUR HONOR, SO DEPOSITION EXHIBIT 121, THAT

11:51:31 13    MR. SWEENEY DISCUSSED CORRESPONDS TO EXHIBIT 463, WHICH I

11:51:34 14    BELIEVE HAS ALREADY BEEN ADMITTED.

11:51:37 15      DEPOSITION EXHIBIT 122 CORRESPONDS TO EXHIBIT 464, WHICH

11:51:43 16    HAS BEEN ADMITTED.

11:51:44 17      DEPOSITION EXHIBIT 123 CORRESPONDS TO TRIAL EXHIBIT 3241,

11:51:51 18    WHICH HAS BEEN ADMITTED.

11:51:56 19      DEPOSITION EXHIBIT 124 CORRESPONDS TO TRIAL EXHIBIT 295

11:52:01 20    WHICH HAS BEEN ADMITTED.

11:52:02 21      AND DEPOSITION EXHIBIT 133 CORRESPONDS TO TRIAL

11:52:05 22    EXHIBIT 473, WHICH I BELIEVE HAS BEEN ADMITTED AS WELL.

11:52:11 23         THE COURT:  ARE ALL OF THOSE ADMITTED?  YES, THEY ARE

11:52:14 24    ALL PREVIOUSLY ADMITTED.

11:52:16 25         MR. PAK:  AND I JUST HAVE ONE EXHIBIT TO ADMIT,

1423

```
11:52:18   1        YOUR HONOR, AND THAT IS THE DRAWING THAT WE SAW IN THE VIDEO
11:52:22   2   TESTIMONY WHICH WAS LABELED DEPOSITION EXHIBIT 674.  AND IF WE
11:52:28   3   SEE THAT -- YOU CAN SEE THE LABEL ON THE BOTTOM, THAT'S BEEN
11:52:32   4   NOW RELABELED AS TRIAL EXHIBIT 489.
11:52:36   5        AND WE WILL BE OFFERING THAT INTO EVIDENCE, YOUR HONOR.
11:52:40   6             THE COURT:  ANY OBJECTION?
11:52:41   7             MR. KRISHNAN:  NO OBJECTION, YOUR HONOR.
11:52:42   8             THE COURT:  IT WILL BE ADMITTED.
11:52:43   9   (PLAINTIFF'S EXHIBIT 489 WAS ADMITTED INTO EVIDENCE.)
11:52:43  10             MR. PAK:  AND I THINK THAT CONCLUDES MR. SWEENEY FOR
11:52:47  11   NOW.
11:52:48  12             THE COURT:  OKAY.
11:52:48  13             MR. PAK:  AND WE HAVE A LIVE WITNESS.  WE CAN EITHER
11:52:51  14   START WITH DR. JEFFAY --
11:52:52  15             THE COURT:  DO YOU WANT TO JUST DO SOME INTRODUCTORY,
11:52:54  16   AND THEN WE CAN STOP?
11:52:55  17             MR. PAK:  SURE.  ABSOLUTELY.  WHY DON'T WE DO THAT.
11:53:01  18        SO CISCO CALLS DR. KEVIN JEFFAY TO THE WITNESS IS STAND.
11:53:07  19             THE COURT:  DR. JEFFAY, IF YOU WOULD COME FORWARD TO
11:53:09  20   THE WITNESS STAND PLEASE AND STAND TO BE SWORN.
11:53:25  21        (**PLAINTIFF'S WITNESS, DR. KEVIN JEFFAY, WAS SWORN.**)
11:53:27  22             THE WITNESS:  YES, I DO.
11:53:29  23             THE CLERK:  THANK YOU.  PLEASE BE SEATED.
11:53:32  24        IF YOU WOULD PLEASE STATE YOUR NAME AND SPELL YOUR LAST
11:53:34  25   NAME.
```

11:53:34  1          THE WITNESS:  MY NAME IS KEVIN JAFFE.  AND THE LAST

11:53:38  2     NAME IS J-E-F-F-A-Y.

11:53:43  3                          **DIRECT EXAMINATION**

11:53:43  4     BY MR. PAK:

11:53:44  5     Q.   GOOD MORNING, DR. JEFFAY.

11:53:45  6     A.   COOD MORNING.

11:53:45  7     Q.   CAN YOU BRIEFLY INTRODUCE YOURSELF TO THE JURY?

11:53:47  8     A.   SO YOU KNOW MY NAME.  I AM A PROFESSOR OF COMPUTER SCIENCE

11:53:51  9     IN THE DEPARTMENT OF COMPUTER SCIENCE AT THE UNIVERSITY OF

11:53:52 10     NORTH CAROLINA AT CHAPEL HILL.

11:53:54 11     Q.   GREAT.  AND HAVE YOU PREPARED SOME SLIDES TO HELP US WITH

11:54:00 12     YOUR TESTIMONY TODAY?

11:54:00 13     A.   YES.

11:54:01 14          MR. PAK:  MR. FISHER IF WE COULD GET SLIDE NUMBER 2.

11:54:05 15     Q.   AGAIN, IF YOU COULD SUMMARIZE FOR US YOUR PROFESSIONAL

11:54:08 16     EXPERTISE THAT ARE RELEVANT TO THE '526 PATENT, PARTICULARLY

11:54:12 17     ANY APPOINTMENTS OR EDUCATIONAL BACKGROUND THAT YOU HAVE THAT

11:54:16 18     MIGHT BE RELEVANT?

11:54:17 19     A.   SURE.

11:54:17 20          I STARTED OUT -- LET ME START WITH MY EDUCATION.  I

11:54:20 21     STARTED OUT STUDYING MATHEMATICS AND I STUDIED MATHEMATICS AT

11:54:23 22     THE UNIVERSITY OF ILLINOIS.

11:54:25 23          I WENT TO GRADUATE SCHOOL THEN TO STUDY COMPUTER SCIENCE

11:54:28 24     AND DID SO FIRST AT THE UNIVERSITY OF TORONTO.  AND THEN I WENT

11:54:34 25     ON AND DID A PHD AT THE UNIVERSITY OF WASHINGTON.

JEFFAY DIRECT BY MR. PAK                                    1425

11:54:37  1          AND UPON COMPLETING THE DEGREE THERE, I JOINED THE FACULTY

11:54:42  2     AT UNC, AND SO I HAVE BEEN THERE SINCE 1989.

11:54:45  3          I CURRENTLY HOLD POSITION OF THE GILLIAN CELL

11:54:47  4     DISTINGUISHED PROFESSOR OF COMPUTER SCIENCE, AND

11:54:49  5     ADMINISTRATIVELY I SERVE AS THE CHAIRMAN.

11:54:52  6          I'VE HAD SOME APPOINTMENTS OUTSIDE OF THE UNIVERSITY FROM

11:54:55  7     THE 80'S AND EARLY 90'S AND SOME OF THEM ARE LISTED HERE.  MOST

11:55:02  8     OF THESE ARE RELEVANT ONE WAY OR ANOTHER TO THE ANALYSIS WE ARE

11:55:06  9     GOING TO TALK ABOUT HERE.

11:55:07 10          I'M PRIMARILY A NETWORKING AND OPERATING SYSTEMS

11:55:11 11     RESEARCHER AND HAVE DEVELOPED OPERATING SYSTEMS AND

11:55:13 12     COMMAND-LINE INTERFACES FOR OPERATING SYSTEMS.

11:55:15 13          THE MOST INTERESTING EXAMPLE IS THE ONE FROM A WHILE AGO

11:55:19 14     WHEN I WORKED FOR BOEING AEROSPACE.  I WORKED ON AN OPERATING

11:55:23 15     SYSTEM THAT WAS FOR A FLIGHT CONTROL COMPUTER THAT WAS SUPPOSED

11:55:26 16     TO GO ON THE INTERNATIONAL SPACE STATION.  AND I HAVE ALSO DONE

11:55:31 17     OS RELATED WORK WITH IBM.

11:55:33 18     Q.   THANK YOU, DR. JEFFAY.

11:55:35 19          SO GOING TO THE NEXT SLIDE IN YOUR PRESENTATION, AGAIN, IF

11:55:38 20     YOU COULD SUMMARIZE SOME OF THE PROFESSIONAL ASSOCIATIONS THAT

11:55:41 21     YOU HAVE AND AWARDS AND HONORS THAT YOU RECEIVE THAT PERTAIN TO

11:55:45 22     THE SUBJECT MATTER OF THE '526 PATENT?

11:55:47 23     A.   SURE.

11:55:48 24          I HAVE BEEN A MEMBER OF THE TWO LEADING PROFESSIONAL

11:55:50 25     SOCIETIES FOR COMPUTER SCIENCE.  THESE ARE WHAT'S CALLED THE

11:55:54  1    ACM, THE ASSOCIATION OF COMPUTING MACHINERY, AND THE IEEE.

11:55:59  2        I RUN A LARGE NETWORKING LAB AT THE UNIVERSITY OF NORTH

11:56:02  3    CAROLINA.  MY STUDENTS AND I HAVE WRITTEN LOTS OF PAPERS, AND

11:56:07  4    SEVERAL PIECES OF THE RESEARCH THAT THE STUDENTS HAVE DONE HAVE

11:56:10  5    WON SOME PRESTIGIOUS AWARDS BY THESE AFOREMENTIONED

11:56:15  6    PROFESSIONAL SOCIETIES.

11:56:16  7    Q.   OKAY.

11:56:17  8        MR. PAK:  AND AT THIS TIME, YOUR HONOR, I WOULD LIKE

11:56:19  9    TO TENDER DR. JEFFAY AS AN EXPERT IN THE FIELD OF NETWORKING

11:56:22  10   AND COMPUTER SCIENCE.

11:56:24  11           THE COURT:  ANY OBJECTION?

11:56:25  12           MR. KRISHNAN:  NO OBJECTION, YOUR HONOR.

11:56:26  13           THE COURT:  ALL RIGHT.  HE MAY TESTIFY AS AN EXPERT

11:56:29  14   IN THAT FIELD.

11:56:29  15   BY MR. PAK:

11:56:29  16   Q.   DR. JEFFAY, GOING TO THE SPECIFIC ASSIGNMENTS THAT YOU

11:56:32  17   WERE ASKED TO DO IN THIS CASE, CAN YOU SUMMARIZE THE TASKS THAT

11:56:35  18   WERE ASKED OF YOU WITH RESPECT TO THIS CASE?

11:56:38  19   A.   SURE.  THERE'S TWO PRIMARY TASKS.  THEY WERE TO REVIEW

11:56:42  20   THIS PATENT THAT WE'VE COME TO KNOW AS THE '526 PATENT AND

11:56:46  21   DETERMINE WHETHER OR NOT PRODUCTS MADE BY ARISTA INFRINGE

11:56:49  22   CLAIMS 1 AND 14 OF CISCO'S PATENT.

11:56:52  23       AND THEN IN ADDITION, I WAS ASKED TO DO A SIMILAR ANALYSIS

11:56:55  24   FOR PRODUCTS MADE BY CISCO, AND THESE ARE THE CISCO IOS XR

11:57:00  25   PRODUCTS.

11:57:00  1    Q.   OKAY.  AND I THINK THE JURORS HAVE HEARD SOME PATENT

11:57:04  2    VIDEOS AND ALSO HEARD SOME JURY INSTRUCTIONS ABOUT THE VALIDITY

11:57:08  3    OF PATENTS.

11:57:10  4         IS THE VALIDITY OF THE '526 PATENT NO LONGER -- IS THAT

11:57:14  5    BEING CHALLENGED BY ARISTA AS PART OF THIS TRIAL?

11:57:17  6    A.   SO MY UNDERSTANDING IS THAT IT'S NOT BEING CHALLENGED.

11:57:21  7    Q.   SO WE ARE HERE TO JUST TALK ABOUT INFRINGEMENT ISSUES IN

11:57:24  8    THIS CASE, CORRECT?

11:57:24  9    A.   THAT'S MY UNDERSTANDING.

11:57:25  10   Q.   AND SO IF WE CAN TURN TO THE NEXT SLIDE.

11:57:29  11        DR. JEFFAY, CAN YOU SUMMARIZE FOR US THE TYPES OF EVIDENCE

11:57:32  12   THAT YOU CONSIDERED AS YOU THOUGHT ABOUT THE QUESTIONS OF

11:57:36  13   INFRINGEMENT RELATED TO THIS PATENT?

11:57:37  14   A.   SURE.

11:57:38  15        SO I REVIEWED QUITE A LARGE BODY OF EVIDENCE.  MOSTLY

11:57:43  16   DOCUMENTS AND THE DOCUMENTS WERE PRODUCED HERE.  AND A LOT OF

11:57:47  17   THE COMPUTER SOURCE CODE, BOTH FOR THE ARISTA PRODUCTS AND THE

11:57:50  18   CISCO IOS XR PRODUCTS.

11:57:55  19        IN ADDITION, I'VE HAD SOME CONVERSATIONS WITH CISCO

11:57:59  20   EMPLOYEES WHO WERE KNOWLEDGEABLE ABOUT THE OPERATION OF THE IOS

11:58:01  21   XR PRODUCTS.

11:58:02  22   Q.   AND HAVE YOU HAD A CHANCE TO EITHER HEAR OR REVIEW SOME OF

11:58:06  23   THE TRIAL TESTIMONY THAT WE'VE HEARD IN THIS CASE?

11:58:07  24   A.   YES.

11:58:08  25   Q.   AND WERE YOU IN THE ROOM WHEN WE PLAYED THE VIDEO CLIPS OF

JEFFAY DIRECT BY MR. PAK

11:58:11  1    MR. SWEENEY AND MR. WHEELER?

11:58:13  2    A.   YES.

11:58:13  3    Q.   OKAY.  AND I WANT TO FOCUS ON THE THIRD TO THE BOTTOM

11:58:18  4    LISTING HERE, CISCO AND CISCO SOURCE CODE.  WHY WERE YOU

11:58:21  5    LOOKING AT THE SOURCE CODE OF BOTH COMPANIES WITH RESPECT TO

11:58:24  6    THIS CASE?

11:58:25  7    A.   WELL, WHAT WE ARE GOING TO SEE IS THAT THE PATENT IS --

11:58:28  8    CLAIM 1 OF THE PATENT, FOR EXAMPLE, IS ABOUT A METHOD.  SO

11:58:31  9    THIS -- THIS IS REFERRING TO WHAT'S ACTUALLY HAPPENING INSIDE

11:58:34  10   THE DEVICE.  AND SO YOU CAN'T REALLY SEE WHAT'S HAPPENING

11:58:37  11   INSIDE THE DEVICE BY LOOKING AT IT.

11:58:40  12       SO TO UNDERSTAND WHAT'S ACTUALLY HAPPENING INSIDE THE

11:58:42  13   DEVICE, YOU HAVE TO LOOK AT THE COMPUTER SOURCE CODE FOR THE

11:58:46  14   DEVICE BECAUSE THAT'S ULTIMATELY WHAT CONTROLS THE DEVICE.

11:58:50  15   Q.   AND JUST FLIPPING THROUGH TO SLIDE 7, JUST TO REMIND THE

11:58:54  16   JURY THIS IS THE '526 PATENT, THAT'S THE PATENT FOR WHICH

11:58:58  17   MR. WHEELER AND MR. MUS TOW WERE THE NAMED INVENTORS; IS THAT

11:59:02  18   CORRECT?

11:59:02  19   A.   THAT'S CORRECT.

11:59:03  20   Q.   AND THIS PATENT WAS FILED ON JUNE 28TH, 2000; IS THAT

11:59:07  21   RIGHT?

11:59:07  22   A.   YES, THAT'S CORRECT.

11:59:12  23       MR. PAK:  AND SO -- WE COULD EITHER BREAK NOW,

11:59:15  24   YOUR HONOR.

11:59:15  25       THE COURT:  THAT WOULD BE GOOD.

JEFFAY DIRECT BY MR. PAK                                    1429

| | |
|---|---|
| 11:59:16 | 1 |

ALL RIGHT.  WE ARE GOING TO TAKE OUR HUNCH BREAK.  LET'S

11:59:19  2   COME BACK AT 1:00.  I WILL SEE YOU ALL THEN.

12:00:08  3       (RECESS FROM 12:00 P.M. UNTIL 1:04 P.M.)

12:00:08  4       **AFTERNOON SESSION.**

01:04:34  5       (JURY IN AT 1:04 P.M.)

01:04:34  6       THE COURT:  GOOD AFTERNOON, EVERYONE.  PLEASE BE

01:04:36  7   SEATED.

01:04:38  8       WE WILL GET STARTED WHERE WE LEFT OFF.  DR. JEFFAY HAS

01:04:42  9   JOINED US ON THE STAND.  MR. PAK, YOU MAY CONTINUE.

01:04:44  10      MR. PAK:  THANK YOU SO MUCH YOUR HONOR.

01:04:46  11  Q.  WELCOME BACK, DR. JEFFAY.

01:04:48  12  A.  WELCOME.

01:04:48  13  Q.  WE WERE JUST ON SLIDE 7, AND YOU HAD INTRODUCED US TO THE

01:04:52  14  '526 PATENT, WHICH WAS FILED IN JUNE OF 2000.

01:04:56  15      AND, DR. JEFFAY, WHY DON'T YOU, WITH SLIDE 8, WALK US

01:05:00  16  THROUGH WHAT THIS PATENT IS ABOUT AT A HIGH LEVEL?

01:05:03  17  A.  SURE.

01:05:04  18      SO WE HEARD MR. WHEELER, ONE OF THE INVENTORS, TALK A

01:05:08  19  LITTLE BIT ABOUT THIS, THAT THE PATENT WAS MOTIVATED BY

01:05:13  20  ENVIRONMENT WHERE COMPUTING DEVICES WOULD HAVE LARGE NETWORK

01:05:16  21  TOOLS THEY WOULD USE TO IMPLEMENT THEIR FUNCTIONS, AND YOU CAN

01:05:19  22  THINK OF THESE TOOLS LIKE SORT OF BACKEND COMPONENTS.

01:05:22  23      AND THE PROBLEM WAS THAT EACH TOOL HAD ITS OWN SPECIFIC

01:05:26  24  USER INTERFACE, ITS OWN COMMAND SYNTAX.  AND TO USE THE SYSTEM

01:05:31  25  EFFECTIVELY, THE USER HAD TO MEMORIZE A WHOLE PILE OF COMMAND

01:05:35  1    SETS.

01:05:36  2          AND SO WHAT THE PATENT IS ABOUT IS TRYING TO UNIFY ALL OF

01:05:40  3    THESE TOOL SYNTAXES INTO A COMMON ONE AND THEN PRESENT ONE

01:05:45  4    SINGLE INTERFACE TO THE USER THAT HOPEFULLY IS SIMPLER TO USE

01:05:50  5    AND HIDE THE FACT FROM THEM THAT THE REAL COMMANDS THAT ARE

01:05:54  6    ACTUALLY BEING EXECUTED ARE VERY DIFFERENT AND MAKES MORE

01:05:58  7    ARCANE.

01:05:58  8    Q.   AND WHY WOULD THESE TOOLS HAVE DIFFERENT TYPES OF USER

01:06:01  9    INTERFACES?

01:06:01  10   A.   I MEAN, THERE WOULD BE LOTS OF REASONS BUT TYPICALLY THEY

01:06:04  11   MAY BE DEVELOPED BY DIFFERENT INDIVIDUALS, MAYBE DIFFERENT

01:06:06  12   THIRD PARTIES, AND EACH OF THOSE INDIVIDUALS AND THIRD PARTIES

01:06:10  13   IS GOING TO MAKE THEIR OWN CHOICES AS TO HOW THEY DESIGN THE

01:06:14  14   USER INTERFACE, HOW TO DESIGN THE COMMAND SYNTAX, AND THERE'S

01:06:17  15   NO REASON TO BELIEVE THEY WILL COME UP WITH THE SAME OR SIMILAR

01:06:21  16   SYNTAX.

01:06:22  17   Q.   OKAY.  YOU NEED TO SLOW DOWN A LITTLE BIT.

01:06:25  18   A.   OH, SORRY.

01:06:26  19   Q.   SO WHAT HAPPENS WHEN YOU START ADDING MORE AND MORE TOOLS

01:06:31  20   AND EACH OF THEM HAVE THEIR OWN DIFFERENT USER INTERFACES?

01:06:33  21   A.   THE USER HAS TO LEARN NEW COMMAND SYNTAXES AND THEY MAY BE

01:06:39  22   DIFFERENT OR INCOMPATIBLE.  SO THE PATENT IS INPUTTING A COMMON

01:06:44  23   SYNTAX ACROSS ALL OF THEM.

01:06:45  24   Q.   OKAY.  SO LET'S TAKE A LOOK AT THE PATENT, AND THIS IS

01:06:48  25   FIGURE 1 OF THE '526 PATENT.  CAN YOU WALK US THROUGH WHAT WE

01:06:53   1    ARE SEEING WITH THIS FIGURE.

01:06:56   2         AND BEFORE WE DO THAT, DR. JEFFAY, WE ARE GOING TO SHOW

01:06:57   3    SOME FIGURES WITH THE PATENT, I THINK YOU ARE GOING TO USE --

01:07:00   4    YOU'VE USED THE WORD "EMBODIMENT." CAN YOU TELL THE JURY WHAT

01:07:04   5    FIGURES AND EMBODIMENTS MEAN IN THE CONTEXT OF A PATENT?

01:07:09   6    A.   SURE.  SO THE WAY YOU THINK ABOUT FIGURES ARE, THEY ARE

01:07:12   7    JUST ILLUSTRATIVE.  THEY ARE JUST TRYING TO SHOW AN EXAMPLE OF

01:07:15   8    WHAT THE PATENT IS BUT THEY DON'T ACTUALLY DEFINE WHAT THE

01:07:18   9    INVENTION IS.  THAT'S GOING TO BE SOMETHING THROUGH WHAT'S

01:07:21  10    CALLED THE CLAIMS THAT WE WILL SEE IN JUST A LITTLE BIT.

01:07:23  11    Q.   SO COULD YOU WALK US THROUGH THIS PARTICULAR EXAMPLE OF

01:07:26  12    FIGURE 1 FROM THE '526 PATENT?

01:07:27  13    A.   SURE.  SO THINK OF THIS AS THE USER IS ON THE LEFT-HAND

01:07:31  14    SIDE OF THE PICTURE, TYPING IN THE USER INTERFACE.  AND WE HAVE

01:07:36  15    THIS MANAGEMENT.

01:07:38  16    Q.   I'M GOING TO ASK YOU, DR. JEFFAY, TO SLOW DOWN A LITTLE

01:07:43  17    BIT.

01:07:43  18    A.   SO THE USER IS ON THE LEFT-HAND SIDE OF THE PICTURE, AND

01:07:46  19    THEY WILL BE ENTERING DOWN COMMANDS.

01:07:48  20         ON THE RIGHT-HAND SIDE OF THE PICTURE WE HAVE WHAT'S

01:07:50  21    CALLED MANAGEMENT PROGRAMS, AND THESE ARE THE TOOLS THAT WERE

01:07:54  22    REFERRED TO EARLIER.

01:07:56  23         AND THE COMPONENTS OF THE INVENTION ARE GOING TO INCLUDE A

01:08:00  24    PARSER WHICH IS THE BLUE BOX, 14.  AND WHAT THE PARSER IS GOING

01:08:04  25    TO DO IS TRY AND UNDERSTAND, IT'S GOING TO TAKE THE TEXT INPUT

01:08:07  1    BY THE USER AND TRY TO UNDERSTAND WHAT IT IS, WHAT SO CALLED

01:08:11  2    GENERIC COMMAND HAS BEEN INPUT.

01:08:14  3         AND ONCE IT'S IDENTIFIED A COMMAND, IT'S GOING TO

01:08:17  4    TRANSLATE THAT COMMAND INTO THE SPECIFIC SYNTAX OF THE TOOL

01:08:21  5    THAT'S GOING TO EXECUTE THAT COMMAND.

01:08:22  6         SO THE MANAGEMENT PROGRAMS ON THE RIGHT, ALL THE BOXES

01:08:26  7    LABELED 18, THE IDEA IS EACH ONE OF THOSE HAS ITS OWN UNIQUE

01:08:31  8    USER INTERFACE.

01:08:32  9         AND THERE'S A COMMON INTERFACE THAT IS PRESENTED TO THE

01:08:35  10   USER, THE USER IS GOING TO ENTER IN THE COMMON COMMANDS, THE

01:08:39  11   PARSER IS GOING TO FIGURE OUT WHAT THEY ARE, TRANSLATE THEM AND

01:08:43  12   THEN GENERATE THE SPECIFIC COMMAND FOR THE SPECIFIC MANAGEMENT

01:08:46  13   PROGRAM.

01:08:46  14   Q.   AND LOOKING AT THESE BOXES 18A, B, C, AND ON THE

01:08:52  15   RIGHT-HAND SIDE, THESE ARE THE MANAGEMENT PROGRAMS OR TOOLS

01:08:55  16   THAT YOU TALKED ABOUT; IS THAT RIGHT?

01:08:57  17   A.   CORRECT.

01:08:58  18   Q.   AND SO, DR. JEFFAY, THEY COULD EVEN HAVE DIFFERENT USER

01:09:02  19   INTERFACES.

01:09:03  20        CAN THESE MANAGEMENT PROGRAMS OR TOOLS HAVE DIFFERENT USER

01:09:07  21   INTERFACES FOR THE SAME OR SIMILAR FUNCTIONS?

01:09:10  22   A.   YES.  I THINK WE SHOULD THINK ABOUT THEM AS THEY ARE

01:09:13  23   INDEPENDENT.  SO THEY ARE INDEPENDENTLY DESIGNED, AND,

01:09:15  24   THEREFORE, THEY CAN HAVE DIFFERENT SYNTAX OR EVEN COMMON OR

01:09:18  25   EVEN SIMILAR OPERATIONS.

JEFFAY DIRECT BY MR. PAK                              1433

01:09:20   1    Q.   OKAY.  SO LET'S TAKE A LOOK AT ANOTHER EXEMPLARY FIGURE OR

01:09:24   2    EXAMPLE FIGURE.  THIS IS FIGURE 2 OF THE PATENT.  AND CAN YOU

01:09:28   3    HELP US UNDERSTAND WHAT'S BEING DEPICTED ON THIS FIGURE?

01:09:32   4    A.   SURE.  SO THIS IS A VERY BUSY FIGURE BECAUSE IT HAS ALL

01:09:36   5    THESE NUMBERS AND LABELS.  BUT IF YOU JUST FOCUS ON THE BOXES

01:09:40   6    AND THE ARROWS, WHAT THIS IS TRYING TO REPRESENT IS WHAT WE

01:09:43   7    CALL A TREE.  IN THIS CASE IT'S A PARSE TREE.

01:09:45   8         AND THIS ONE, SPECIFIC ONE IS CALLED COMMAND PARSE TREE.

01:09:49   9    AND IN COMPUTER SCIENCE WHEN WE USE THE WORD TREE, THINK OF IT

01:09:53  10    LIKE A FAMILY TREE.  YOU HAVE ANCESTORS AT THE TOP OF THE TREE

01:09:57  11    AND NEWER GENERATIONS AS YOU GO DOWN THE TREE.  SO THIS IS AN

01:09:59  12    EXAMPLE, AS I SAY, OF WHAT THE PATENT IS GOING TO CALL A

01:10:02  13    COMMAND PARSE TREE.

01:10:03  14         SO THIS IS THE STRUCTURE THAT'S USED TO DETERMINE WHAT A

01:10:07  15    COMMAND THAT'S TYPED IN BY THE USER IS.  YOU WILL TAKE, SAY, A

01:10:11  16    FIRST WORD AND AT THE FIRST LEVEL FIGURE OUT WHAT THAT WORD IS.

01:10:15  17         ONCE YOU'VE IDENTIFIED THAT WORD, YOU WILL THEN BRANCH TO

01:10:18  18    THE APPROPRIATE SECOND LEVEL TO MAYBE START TRYING TO

01:10:20  19    UNDERSTAND WHAT THE SECOND WORD IS AND YOU WORK YOUR WAY DOWN

01:10:24  20    THE TREE.  AND WE'VE MADE IT TO THE BOTTOM OF THE TREE.  THAT

01:10:28  21    MEANS YOU'VE SUCCESSFULLY IDENTIFIED WHAT A COMMAND IS AND HOW

01:10:31  22    YOU ARE ABLE TO TRANSLATE THAT COMMAND.

01:10:32  23    Q.   I THINK WE HAVE A SPECIFIC EXAMPLE I WANT TO WALK THE

01:10:37  24    THROUGH JURY TO ILLUSTRATE THAT.  BUT JUST TO MAKE SURE WE HAVE

01:10:41  25    THIS CONCEPT RIGHT, THERE'S A BOX AT THE TOP THAT SAYS ROOT.

01:10:45   1    THAT'S THE BEGINNING OF THE TREE STRUCTURE?

01:10:48   2    A.   CORRECT.

01:10:49   3    Q.   AND THERE'S A BOX LABELED 24A.  THAT'S THE FIRST BOX AFTER

01:10:52   4    THE ARROW FROM THE ROOT; CORRECT?

01:10:54   5    A.   CORRECT.

01:10:55   6    Q.   SO WOULD THAT -- HOW WOULD YOU DESCRIBE THAT IN THE

01:10:57   7    CONTEXT OF THE TREE?

01:10:59   8    A.   SO THIS WOULD BE THE FIRST ELEMENT OF THE PARSE.  THIS

01:11:04   9    WOULD BE THE BOX THAT'S GOING TO IDENTIFY, FOR EXAMPLE, THE

01:11:07   10   FIRST WORD IN A COMMAND THAT'S TYPED IN BY THE USER.

01:11:10   11   Q.   AND WOULD IT BE ACCURATE TO SAY THAT'S A PARENT IN A

01:11:13   12   PARTICULAR TREE?

01:11:14   13   A.   SURE.  PARENT WOULD BE FINE.

01:11:17   14   Q.   OKAY.  AND THEN IF WE GO TO THE NEXT LEVEL AS WE SEE THREE

01:11:21   15   DIFFERENT ARROWS COMING OUT OF THAT BOX AND THEN THERE ARE

01:11:26   16   THREE SEPARATE BOXES AT THE SECOND LEVEL OF THE TREE, USING

01:11:28   17   THAT PARENT ANALOGY, HOW WOULD YOU DESCRIBE THAT LEVEL?

01:11:31   18   A.   SO IF 24A, THE TOP LEVEL, IS A PARENT, THEN WE WOULD SAY

01:11:35   19   THE SECOND LEVEL, THESE ARE THE CHILDREN OR THE CHILD.  AND SO

01:11:38   20   THERE'S THREE POSSIBILITIES AT THE FIRST NODE FOR OUR FIRST

01:11:44   21   WORD, AND, THEREFORE, THERE'S THREE CHILDREN THAT COME OUT OF

01:11:47   22   THE FIRST NODE.

01:11:47   23   Q.   AND THEN JUST TO CLOSE OUT THE ANALOGY, IF WE GO TO THE

01:11:50   24   NEXT LEVEL DOWN, 24C BOX, WHAT WOULD BE THE RIGHT LABEL FOR

01:11:55   25   THESE ELEMENTS IN THE TREE HIERARCHY?

JEFFAY DIRECT BY MR. PAK                                    1435

01:11:58  1    A.   SO NOW WHEN WE'RE AT THE THIRD LEVEL DOWN, 24C, THESE

01:12:02  2    RELATIVE TO THE PARENTS, THESE WOULD BE THE GRAND KIDS, THE

01:12:07  3    GRAND CHILD OF THE PARENT.  AND THIS WOULD THEN BE THE THIRD

01:12:11  4    LEVEL OF THE PARSE.

01:12:12  5    Q.   OKAY.  SO LET'S TAKE A LOOK AT A SPECIFIC EXAMPLE THAT

01:12:15  6    COMES OUT OF THE PATENT ITSELF TO SEE HOW THIS WORKS.

01:12:18  7         AND, AGAIN, JUST TO MAKE SURE THIS IS AN EXAMPLE OF WHAT

01:12:22  8    WE ARE LOOKING AT IN THE INVENTION; CORRECT?

01:12:24  9    A.   CORRECT, THIS IS JUST AN EXAMPLE.

01:12:26  10   Q.   SO WHAT ARE WE LOOKING AT HERE, WHAT ARE WE SHOWING?

01:12:29  11   A.   SO WE ARE GOING TO LOOK AT THE USER ON THE UPPER LEFT,

01:12:32  12   HE'S GOING TO TYPE IN A COMMAND, AND WE ARE GOING TO TRY TO

01:12:36  13   ILLUSTRATE HOW THE PATENT TEACHES IN THIS PARTICULAR EXAMPLE,

01:12:38  14   PARSING WOULD OCCUR.

01:12:40  15        SO THE USER, FOR EXAMPLE, MIGHT TYPE IN A FIRST WORD THAT

01:12:44  16   WOULD BE WATCH.  AND THE PARSER WOULD, AT ITS FIRST LEVEL, TRY

01:12:48  17   AND IDENTIFY THAT WORD.  AND IT'S, SAY, IN THIS CASE IT IS ABLE

01:12:53  18   TO IDENTIFY IT SO NOW YOU MOVE TO THE SECOND LEVEL AND NOW

01:12:57  19   ATTEMPT TO PROCESS THE SECOND WORD WHICH IN THIS CASE IS THE

01:12:59  20   WORD TCP.  AND IN THIS CASE IT WILL SUCCESSFULLY IDENTIFY THAT

01:13:03  21   WORD.  AND THEN IT WOULD MOVE ON TO THE NEXT WORD IN THE

01:13:06  22   COMMAND WHICH IS CALLED CONNECTIONS.

01:13:11  23        AND IF THAT WAS A SUCCESSFUL MATCH AT THE THIRD LEVEL, AT

01:13:14  24   THIS POINT THE PARSER WOULD HAVE SUCCESSFULLY RECOGNIZED THE

01:13:17  25   COMMAND WATCH TCP CONNECTIONS, WOULD TRANSLATE IT INTO WHAT'S

JEFFAY DIRECT BY MR. PAK                                           1436

01:13:20   1     CALLED A PRESCRIBED COMMAND.

01:13:22   2     Q.   AND DOES THIS PARTICULAR MULTIWORD COMMAND WATCH TCP

01:13:26   3     CONNECTIONS APPEAR IN THE '526 PATENT?

01:13:29   4     A.   YES, THIS IS A SPECIFIC EXAMPLE THAT'S IN THE PATENT.

01:13:32   5     Q.   AND WHAT WOULD HAPPEN IF SOMEBODY USED DIFFERENT WORDS

01:13:35   6     THAN WATCH TCP AND CONNECTIONS, HOW WOULD THAT AFFECT THE PARSE

01:13:40   7     TREE?

01:13:40   8     A.   IF YOU ARE ASKING IF THEY TYPED IN A DIFFERENT COMMAND OR

01:13:44   9     THEY USED DIFFERENT WORDS INSTEAD OF WATCH.

01:13:46   10    Q.   LET'S TAKE BOTH OF THOSE EXAMPLES.  IF I TYPED IN A

01:13:50   11    DIFFERENT SET OF WORDS BECAUSE I FORGOT THE COMMAND WATCH TCP

01:13:55   12    CONNECTIONS, SO IF I TYPED IN A DIFFERENT SET OF WORDS FOR THIS

01:13:58   13    PARTICULAR PARSER, WHAT WOULD HAPPEN?

01:14:00   14    A.   SO IF THE WORDS YOU TYPE IN WERE NOT KNOWN TO THE PARSER

01:14:04   15    IT WOULD ULTIMATE GENERATE AN ERROR.

01:14:05   16    Q.   AND THEN WHAT IF THE COMMAND DESIGNER, THE PERSON WHO CAME

01:14:09   17    UP WITH THIS PARTICULAR COMMAND DECIDED TO USE DIFFERENT WORDS

01:14:12   18    THAN WATCH TCP CONNECTIONS, HOW WOULD THE PARSE TREE CHANGE IN

01:14:16   19    THAT INSTANCE?

01:14:17   20    A.   THE PARSE TREE WOULD STRUCTURALLY LOOK THE SAME, THE ONLY

01:14:20   21    DIFFERENCE IS WHAT ARE CALLED THE TOKENS WHICH IS THE PARSING

01:14:25   22    WORD FOR A WORD.  THE TOKENS YOU WOULD BE LOOKING FOR WOULD BE

01:14:28   23    DIFFERENT.

01:14:28   24    Q.   CAN YOU GIVE US EXAMPLES OF DIFFERENT TYPES OF TOKENS THAT

01:14:32   25    CAN BE USED HERE?

JEFFAY DIRECT BY MR. PAK                                    1437

01:14:33  1    A.   THE PERSON WHO DESIGNS THE INTERFACE IS FREE TO USE

01:14:36  2    WHATEVER WORDS THEY WANT.  SO INSTEAD OF WATCH THEY COULD HAVE

01:14:39  3    USED SHOW.  INSTEAD OF TCP THEY COULD HAVE SAID TCP IP OR

01:14:44  4    SOMETHING LIKE THAT.

01:14:45  5    Q.   AND THEN WHAT YOU WOULD DO IS WHATEVER WORDS WERE CHOSEN

01:14:49  6    BY THE COMMAND DESIGNER YOU WOULD JUST REPROGRAM THE PARSE TREE

01:14:52  7    TO RECOGNIZE THOSE SPECIFIC WORDS IN A PARTICULAR SEQUENCE?

01:14:55  8    A.   EXACTLY RIGHT.

01:14:55  9    Q.   SO LET'S LOOK AT SOME EXAMPLES THAT ARE GIVEN IN THE

01:14:59  10   PATENT?

01:15:00  11        MR. PAK:  AND IF I COULD PULL UP, MR. FISHER, THE

01:15:03  12   '526 PATENT APPENDIX PART A.

01:15:16  13   Q.   THIS IS PART OF THE PATENT EXCLUSION; IS THAT CORRECT?

01:15:20  14   A.   THAT'S CORRECT, THIS IS FROM THE APPENDIX.

01:15:23  15   Q.   CAN YOU DESCRIBE FOR US WHAT WE ARE SEEING IN THE THREE

01:15:25  16   COLUMNS, FUNCTIONAL ITEM, USE SYNTAX AND THEN OLD COMMAND LINE

01:15:29  17   SYNTAX?

01:15:29  18   A.   SURE.  SO THIS WAS A TABLE THAT THE INVENTORS PUT IN TO

01:15:32  19   HELP EXPLAIN THE INVENTIONS, AND IT'S DOING IT BY SHOWING

01:15:35  20   EXAMPLES OF WHAT ARE CALLED UPON GENERIC COMMANDS.

01:15:40  21        SO THE FIRST COLUMN IS JUST AN ENGLISH DESCRIPTION THAT

01:15:43  22   MAY NOT MAKE A LOT OF SENSE TO A LOT OF PEOPLE IN THE ROOM, BUT

01:15:46  23   IT'S SORT OF A TECHNICAL DESCRIPTION OF WHAT A PARTICULAR

01:15:48  24   COMMAND IS.

01:15:49  25        AND THEN IN THE MIDDLE COLUMN WE HAVE THE NEW MORE

JEFFAY DIRECT BY MR. PAK                                    1438

01:15:53  1    INTEGRATED SYNTAX.  AND ON THE RIGHT-HAND COLUMN YOU HAVE THE

01:15:57  2    OLDER SYNTAX.

01:15:58  3        SO THE IDEA IS THAT THE RIGHT-HAND COLUMN, THAT MIGHT BE

01:16:01  4    THE SYNTAX THAT THE SPECIFIC TOOL USED.  AND WE'VE TRIED, THE

01:16:05  5    INVENTORS HAVE TRIED TO UNIFY THE SYNTAX ACROSS ALL THE TOOLS

01:16:10  6    BY GENERATING THE NEW SYNTAX IN THE MIDDLE COLUMN.

01:16:12  7        AND AS YOU CAN SEE IT SORT OF SIMPLIFIES, UNIFIES AND

01:16:16  8    SIMPLIFIES THE TOOL SYNTAX.

01:16:18  9    Q.   SO I WANT TO FOCUS ON TWO EXAMPLES.  THE ONE IS THE SECOND

01:16:22  10   ROW IN THIS TABLE, OR ACTUALLY THE THIRD ONE, IT SAYS WATCH,

01:16:34  11   ACB GLOBALS.

01:16:41  12       AND THEN THE NEW SYNTAX, THE ACTUAL COMMAND WOULD BE WATCH

01:16:44  13   ACB GLOBALS; IS THAT CORRECT?

01:16:45  14   A.   YES.

01:16:46  15   Q.   OKAY.  SO WOULD THAT BE WHAT YOU HAVE BEEN DESCRIBING AS

01:16:49  16   THE UNIFIED INTERFACE OR GENERIC COMMAND?

01:16:51  17   A.   RIGHT.  SO THE IDEA IS THE WATCH ACB GLOBALS, THAT'S AN

01:16:56  18   EXAMPLE OF A COMMAND THAT A USER WOULD ACTUALLY TYPE INTO THE

01:16:58  19   SYSTEM.

01:16:58  20   Q.   THEN IF YOU LOOK AT THE OLD COMMAND LINE SYNTAX, THAT

01:17:04  21   WOULD BE THE SYNTAX THAT CAME FROM THE TOOL THAT WOULD BE THE

01:17:07  22   USER INTERFACE DESIGNED BY THE TOOL DEVELOPER; IS THAT RIGHT?

01:17:11  23   A.   CORRECT.

01:17:11  24   Q.   COULD YOU EXPLAIN TO THE JURY WHY THERE ARE THREE ENTRIES

01:17:15  25   CORRESPONDING TO WATCH ACB GLOBALS AND THAT'S BASEVIEW,

01:17:20   1      BASEVIEW-G, AND THEN THERE'S BASEVIEW-H, THEN PRESS G.  SO

01:17:28   2      WHAT'S GOING ON THERE?

01:17:29   3      A.   SO THE IDEA IS THAT IN ADDITION TO SORT OF UNIFYING THE

01:17:31   4      SYNTAX, IT'S ALSO TRYING TO SIMPLIFY.  IN THIS CASE, TO PERFORM

01:17:36   5      THE FUNCTION OF, THAT'S DESCRIBED IN THE FIRST COLUMN OF WATCH,

01:17:41   6      BASE, GLOBAL CLIENT-SERVER INFORMATION.

01:17:43   7          IT USED TO BE THE CASE THAT YOU HAD TO INPUT THE THREE

01:17:46   8      COMMANDS, THE THREE THAT ARE HIGHLIGHTED IN THE RIGHT COLUMN,

01:17:50   9      AND THEY'VE NOW BEEN INTEGRATED AND UNIFIED INTO THE SINGLE

01:17:53  10      SYNTAX OF ACB GLOBALS SO THE USER CAN NOW INPUT ONE SIMPLE

01:17:58  11      COMMAND, AND IT WILL HAVE THE EFFECT OF EXECUTING THE THREE

01:18:04  12      COMMANDS ON THE RIGHT.

01:18:05  13      Q.   SO LET ME GET THIS RIGHT.  SO WITH THE OLD TOOL, IF I JUST

01:18:09  14      HAVE THE TOOL BY ITSELF, I WOULD SET UP THE SCREEN, THE

01:18:12  15      COMPUTER TERMINAL, AND I WOULD TYPE BASEVIEW, ENTER, THEN I

01:18:17  16      WOULD TYPE BASEVIEW-G, ENTER, AND THEN BASEVIEW-H, THEN PRESS

01:18:24  17      G?

01:18:26  18                  MR. KRISHNAN:  OBJECTION, YOUR HONOR.  LEADING.

01:18:27  19                  MR. PAK:  THAT IS RIGHT --

01:18:28  20                  THE COURT:  IT'S SUMMARY.  OVERRULED.

01:18:30  21                  THE WITNESS:  THAT'S CORRECT.

01:18:32  22      BY MR. PAK:

01:18:32  23      Q.   SO THERE WILL BE THREE SEPARATE COMMANDS, AS YOU

01:18:35  24      TESTIFIED?

01:18:36  25      A.   I THINK FOUR, IF YOU EXCLUDE THE PRESSING G'S.

01:18:40    1    Q.    ALL RIGHT.    SO -- AND BASEVIEW IS THAT A SINGLE WORD

01:18:44    2    COMMAND OR A MULTIWORD COMMAND THAT WE SEE ON THE RIGHT-HAND

01:18:47    3    SIDE?

01:18:47    4    A.    BASEVIEW IS JUST ONE WORD.

01:18:49    5    Q.    AND THEN IF YOU LOOK AT THE NEW SYNTAX IN THE MIDDLE,

01:18:54    6    WATCH ACB GLOBALS, YOU WOULD JUST TYPE THAT COMMAND ONCE;

01:18:57    7    CORRECT?

01:18:57    8    A.    CORRECT.

01:18:58    9    Q.    AND THEN YOU WOULD PERFORM THE SAME FUNCTION AS IT IS FOUR

01:19:02   10    COMMANDS THAT WE SEE ON THE RIGHT-HAND SIDE; IS THAT CORRECT?

01:19:04   11    A.    CORRECT.

01:19:04   12    Q.    AND IS IT WATCH ACB GLOBALS, IS THAT A SINGLE WORD COMMAND

01:19:14   13    OR A MULTIWORD COMMAND?

01:19:15   14    A.    I THINK WE CAN ALL SEE IT'S THREE WORDS.

01:19:18   15    Q.    OKAY.    AND THEN IF WE GO TO THE -- THE INTERESTING

01:19:25   16    EXAMPLE, THE FIFTH ENTRY.    IN THE MIDDLE THERE IT SAYS NEW

01:19:28   17    SYNTAX, WATCH ACB GLOBALS; CORRECT?

01:19:33   18    A.    YES.

01:19:36   19    Q.    SO IT'S THE SAME COMMAND WE SAW EARLIER, BUT THIS TIME

01:19:42   20    IT'S TALKING ABOUT A DIFFERENT TOOL?

01:19:44   21    A.    CORRECT.

01:19:44   22    Q.    SO FOR THIS TOOL WHAT WOULD BE THE COMMANDS ASSOCIATED

01:19:47   23    WITH THE SAME FUNCTION IN THE CONTEXT OF THE OLD COMMAND LINE

01:19:51   24    SYNTAX?

01:19:51   25    A.    SO THEY ARE THE THREE, AGAIN, WE HAVE TO DO FOUR COMMANDS.

JEFFAY DIRECT BY MR. PAK                                1441

01:19:55  1    IT'S APPVIEW, APPVIEW-G, APPVIEW-I, AND THEN APPARENTLY PRESS

01:20:02  2    G.

01:20:03  3    Q.   OKAY.  SO, AGAIN, YOU WOULD HAVE TO TYPE FOUR SEPARATE

01:20:06  4    COMMANDS IN THE OLD APPVIEW CLI IN ORDER TO PERFORM THE SAME

01:20:11  5    FUNCTION AS WATCH ACB GLOBAL AS A SINGLE COMMAND?

01:20:14  6    A.   CORRECT.

01:20:14  7    Q.   AND SO WHAT IS THE BENEFIT TO A USER OF HAVING THE

01:20:19  8    PATENTED INVENTION WHERE YOU CAN TYPE A SINGLE MULTIWORD

01:20:23  9    COMMAND LIKE WATCH ACB GLOBALS TO CONTROL DIFFERENT TYPES OF

01:20:30  10   TOOLS?

01:20:30  11   A.   WELL, I THINK WE CAN SEE THE BENEFIT SORT OF ON THIS SLIDE

01:20:33  12   BY LOOKING AT THE MIDDLE COLUMN.  SO SOMEONE HAS GONE TO THE

01:20:35  13   EFFORT TO STUDY THE OLD COMMAND SYNTAX AND HAS UNIFIED THEM IN

01:20:40  14   A MUCH SIMPLER, CLEANER SYNTAX THAT IS HOPEFULLY GOING TO BE

01:20:45  15   MORE INTUITIVE FOR THE USER TO USE, WHEREAS -- SO I THINK THE

01:20:48  16   MIDDLE COLUMN FAIRLY VIEWED IS CLEANER AND SIMPLER WHEREAS THE

01:20:55  17   RIGHT-HAND COLUMN IS A LITTLE BIT MORE COMPLEX AND ARCHAIC.

01:20:59  18   Q.   AND, AGAIN, IS THE DESIGNER OF THE NEW SYNTAX RESTRICTED

01:21:05  19   TO THESE PARTICULAR WORDS OR COULD THEY HAVE CHOSEN ANY WORDS?

01:21:09  20   A.   THEY COULD HAVE CHOSEN WHATEVER THEY WANTED.

01:21:11  21   Q.   NOW, ARE YOU FAMILIAR WITH SOMETHING CALLED CLAIMS OF A

01:21:14  22   PATENT?

01:21:14  23   A.   I AM.

01:21:15  24   Q.   OKAY.  SO LET'S TAKE A LOOK AT THE TWO CLAIMS THAT ARE

01:21:17  25   BEING ASSERTED IN THIS CASE, AND THAT'S THE NEXT SLIDE, 12.

01:21:21  1        LOTS OF WORDS HERE.

01:21:22  2            AT A HIGH LEVEL, DR. JEFFAY, WHAT ARE THE TWO CLAIMS OF

01:21:26  3        THE '526 PATENT THAT ARE BEING ASSERTED IN THIS CASE?

01:21:29  4        A.   SO THE CLAIMS ARE WHAT DEFINE THE INVENTION.  AND WHAT WE

01:21:33  5        ARE GOING TO LOOK AT ARE TWO INSTANCES OF THE INVENTION, THE

01:21:36  6        INVENTION OF CLAIM 1 AND THE INVENTION OF CLAIM 14.

01:21:40  7            AND CLAIM 1 IS GOING TO BE A METHOD, AS I MENTIONED

01:21:46  8        EARLIER.  SO IT'S GOING TO BE A SET OF STEPS THAT ARE PERFORMED

01:21:50  9        BY A COMPUTER.  AND WE ARE GOING TO GO INTO THE DETAILS OF THEM

01:21:53  10       BUT BASICALLY THE CLAIM IS LISTING THREE SEPARATE STEPS.

01:21:55  11       Q.   OKAY.  SO, MR. FISHER, COULD WE HIGHLIGHT METHOD ON THIS

01:21:59  12       SLIDE FOR CLAIM 1.  OKAY.

01:22:04  13           AND THEN CLAIM 14, CAN YOU DESCRIBE TO THE JURY WHAT CLAIM

01:22:07  14       14 IS COVERING?

01:22:08  15       A.   SURE.

01:22:09  16           SO CLAIM 14 IS RELATED TO THE METHOD, EXCEPT CLAIM 14 IS

01:22:14  17       AN INVENTION WHERE YOU HAVE A COMPUTER READABLE MEDIUM THAT

01:22:19  18       STORES THE INSTRUCTIONS FOR PERFORMING THE STEPS THAT ARE

01:22:24  19       LISTED HERE, AND IT'S GOING TO TURN OUT THAT THE STEPS ARE THE

01:22:26  20       SAME AS THE STEPS TO CLAIM 1.

01:22:28  21       Q.   AND, MR. FISHER, COULD WE HIGHLIGHT COMPUTER READABLE

01:22:32  22       MEDIUM.

01:22:33  23           AND WHAT ARE SOME COMMON EXAMPLES OF A COMPUTER READER

01:22:36  24       MEDIUM?

01:22:37  25       A.   THE MOST COMMON ONE I CAN THINK OF IS THE HARD DRIVE IN

JEFFAY DIRECT BY MR. PAK                                                1443

01:22:42   1    YOUR COMPUTER AND THE MAIN MEMORY IN YOUR COMPUTER.

01:22:44   2    Q.   OKAY.  YOU COULD ALSO HAVE A DVD?

01:22:48   3    A.   YOU COULD HAVE A DVD, YOU COULD HAVE A TAPE, YOU COULD

01:22:52   4    HAVE A THUMB DRIVE, ALL SORTS OF THINGS.

01:22:54   5    Q.   SO I THINK HER HONOR MENTIONED THIS THAT SHE'S PROVIDING

01:22:57   6    CLAIM CONSTRUCTIONS IN THIS CASE.  DO YOU RECALL THAT?

01:22:59   7    A.   ABSOLUTELY.

01:23:00   8    Q.   AND YOU KNOW THAT YOU HAVE TO FOLLOW HER CLAIM

01:23:02   9    CONSTRUCTIONS VERY CAREFULLY?

01:23:05   10   A.   ABSOLUTELY RIGHT.

01:23:05   11   Q.   AND HAVE YOU DONE THAT IN THIS CASE?

01:23:07   12   A.   I HAVE.

01:23:07   13   Q.   OKAY.  GOOD.  SO LET'S TAKE A LOOK AT THE SPECIFIC CLAIM

01:23:10   14   CONSTRUCTIONS THAT HER HONOR HAS ISSUED TO ALL OF US TO FOLLOW

01:23:14   15    IN THIS CASE, AND THAT'S SLIDE 13.

01:23:18   16        AND WHAT I'M GOING TO ASK YOU TO DO IS IDENTIFY ON THE

01:23:21   17   RECORD THE CLAIM TERM, HAVE YOU READ THE COURT'S CLAIM

01:23:26   18   CONSTRUCTION INTO THE RECORD, AND THEN BRIEFLY DESCRIBE WHAT

01:23:29   19   YOU WERE LOOKING FOR IN APPLYING THE CLAIM CONSTRUCTION TO THE

01:23:32   20   ACCUSED PRODUCT.

01:23:33   21   A.   SURE.

01:23:34   22        SO, AGAIN, THE IDEA IS THAT THE LEFT-HAND COLUMN, THESE

01:23:36   23   ARE ACTUAL WORDS AND PHRASES THAT APPEAR IN CLAIMS 1 AND 14.

01:23:40   24   AND ON THE RIGHT-HAND COLUMN IS THE COURT'S DEFINITION OF THEM.

01:23:44   25        SO FOR THE FIRST ONE IS MANAGEMENT PROGRAMS.  THAT'S THE

JEFFAY DIRECT BY MR. PAK                                                1444

01:23:48  1       TERM OF THE CLAIMS.  AND THE DEFINITION IS TOOLS OR AGENTS

01:23:50  2       CONFIGURED TO EXECUTE USER DIRECTED COMMANDS HAVING THEIR OWN

01:23:54  3       RESPECTIVE COMMAND FORMATS THAT PROVIDE MANAGEMENT FUNCTIONS.

01:23:59  4       Q.   WE HAVE TO SLOW DOWN.  AND WHAT WERE YOU LOOKING FOR IN

01:24:02  5       APPLYING THAT CLAIM CONSTRUCTION?

01:24:04  6       A.   SO WHEN I ANALYZED THE SOFTWARE AND THE ARISTA SYSTEMS AND

01:24:09  7       THE CISCO IOS XR SYSTEMS, WHAT I'M GOING TO BE LOOKING FOR IS

01:24:14  8       DO THEY HAVE TOOLS OR AGENTS AND ARE THESE TOOLS, DO THEY EXIST

01:24:18  9       TO EXECUTE COMMANDS THAT ARE ULTIMATELY INPUT BY A USER WHERE

01:24:24  10      THE COMMANDS HAVE THEIR OWN PARTICULAR FORMAT AND THAT THE

01:24:27  11      COMMANDS PROVIDE MANAGEMENT FUNCTIONS.

01:24:28  12      Q.   OKAY.  AND I JUST WANT TO CLARIFY SOMETHING, BECAUSE THE

01:24:31  13      JURY MIGHT BE CONFUSED, WHICH IS YOU LOOKED AT ARISTA SOURCE

01:24:34  14      CODE AND WHAT WAS THE PURPOSE OF LOOKING AT ARISTA'S SOURCE

01:24:39  15      CODE?

01:24:39  16      A.   TO DETERMINE IF ARISTA'S PRODUCTS INFRINGE THE PATENT.

01:24:42  17      Q.   OKAY.  YOU ALSO SAID YOU LOOKED AT CISCO'S SOURCE CODE;

01:24:44  18      CORRECT?

01:24:44  19      A.   YES.

01:24:45  20      Q.   BUT CISCO OWNS THIS PATENT?

01:24:46  21      A.   YES.

01:24:47  22      Q.   SO WHY WERE YOU LOOKING AT CISCO'S SOURCE CODE WITH

01:24:49  23      RESPECT TO CISCO'S PATENT?

01:24:50  24      A.   TO DEMONSTRATE THAT CISCO ACTUALLY USES THE PATENT.

01:24:53  25      Q.   GREAT.  AND WE ARE GOING TO TALK ABOUT BOTH OF THOSE

01:24:56  1     TOPICS TODAY; CORRECT?

01:24:57  2     A.   YES.

01:24:57  3     Q.   SO LET'S HAVE YOU READ -- GO THROUGH THE CLAIMS

01:25:01  4     CONSTRUCTION FROM THE COURT.

01:25:02  5     A.   SO FOR GENERIC COMMAND THAT MEANS A COMMAND THAT PROVIDES

01:25:04  6     AN ABSTRACTION OF THE TOOL SPECIFIC COMMAND FORMATS AND SYNTAX

01:25:09  7     ENABLING THE USER TO ISSUE THE COMMAND BASED ON THE RELATIVE

01:25:12  8     FUNCTIONS AS OPPOSED TO THE SPECIFIC SYNTAX FOR A CORRESPONDING

01:25:16  9     TOOL.

01:25:17  10    Q.   OKAY.  AND WHAT WERE YOU LOOKING FOR IN APPLYING THE

01:25:20  11    COURT'S CONSTRUCTION OF GENERIC COMMAND?

01:25:22  12    A.   SO THIS ONE IS A BIT OF A MOUTHFUL, BUT THE BASIC IDEA IS

01:25:26  13    THAT THE TOOL IS GOING TO HAVE ITS OWN SPECIFIC SYNTAX.

01:25:29  14         AND GENERIC COMMAND IS AN ABSTRACTION.  SO YOU CAN THINK

01:25:33  15    OF IT AS MAYBE A SIMPLIFICATION OF THAT SYNTAX.  SO IT HAS TO

01:25:36  16    HAVE A SEPARATE SYNTAX.  AND IT HAS TO BE THE CASE THAT IT

01:25:39  17    ENABLES THE USER, BY USING THIS SIMPLIFIED SYNTAX, TO EXECUTE

01:25:45  18    THE FUNCTION CORRESPONDING TO THE MORE COMPLEX OR TOOL-SPECIFIC

01:25:50  19    SYNTAX.

01:25:51  20    Q.   OKAY.  AND, AGAIN, YOU USE THE WORD SIMPLIFY.  DOES IT

01:25:56  21    MEAN THE PERSON WHO AUTHORS THE GENERIC COMMAND, ARE THEY

01:25:58  22    RESTRICTED IN CERTAIN WAYS OR COULD THEY COME UP WITH OTHER

01:26:02  23    WORDS?

01:26:02  24    A.   THEY CAN PRETTY MUCH CHOOSE WHATEVER THEY WANT.  IT BETTER

01:26:05  25    BE SOMETHING BETTER THAN THE SPECIFIC SYNTAX OF THE TOOL.

JEFFAY DIRECT BY MR. PAK                                    1446

01:26:08  1    Q.   OKAY.  BUT WHAT'S BETTER, IS THAT UP TO -- WHO DECIDES

01:26:12  2    WHAT'S BETTER OR NOT?

01:26:13  3    A.   IT WOULD, OF COURSE, BE THE PERSON THAT'S IMPLEMENTING THE

01:26:16  4    INVENTION.

01:26:17  5    Q.   THE THIRD CLAIM TERM IS COMMAND PARSE TREE.  CAN YOU

01:26:20  6    DESCRIBE WHAT THE COURT'S CONSTRUCTION OF THAT TERM WAS?

01:26:23  7    A.   SURE.  SO THIS ONE IS A LITTLE SIMPLER, THIS IS JUST A

01:26:27  8    HIERARCHICAL DATA STRUCTURE.  SO THIS WAS THAT TREE WE SAW A

01:26:31  9    COUPLE OF SLIDES AGO.

01:26:31  10   Q.   OKAY.  SO YOU WERE LOOKING FOR A STRUCTURE THAT WAS

01:26:36  11   HIERARCHICAL?

01:26:37  12   A.   JUST A HIERARCHICAL DATA STRUCTURE, YES.

01:26:40  13   Q.   THE NEXT ONE IS VALIDATING STEP, INCLUDING IDENTIFYING ONE

01:26:44  14   OF THE ELEMENTS AS A BEST MATCH RELATIVE TO THE GENERIC

01:26:47  15   COMMAND.  AND CAN YOU EXPLAIN WHAT THE COURT'S GUIDANCE WAS FOR

01:26:50  16   THIS PARTICULAR TERM AND HOW YOU APPLIED IT?

01:26:52  17   A.   SURE.  SO THIS ONE IS A LITTLE DIFFERENT BECAUSE THE COURT

01:26:55  18   TELLS US THAT WE ARE JUST TO APPLY THE PLAIN AND ORDINARY

01:26:58  19   MEANING.

01:26:59  20        SO THIS IS UNDERSTOOD AS A PERSON OF ORDINARY SKILL IN THE

01:27:03  21   ART WHO IS READING THE PATENT, IT WOULD BE HOWEVER THEY

01:27:06  22   UNDERSTAND THE TERMS, WITH THE EXCEPTION OF THINGS LIKE GENERIC

01:27:10  23   COMMAND THAT APPEAR IN THE PHRASE BECAUSE THE COURT HAS GIVEN

01:27:14  24   US A CONSTRUCTION FOR GENERIC COMMAND.

01:27:15  25   Q.   AND AT A HIGH LEVEL, WHAT TYPE OF ELEMENT WERE YOU LOOKING

JEFFAY DIRECT BY MR. PAK

01:27:18  1    FOR WITH RESPECT TO THIS CLAIM LIMITATION?

01:27:20  2    A.   SO THIS IS GOING TO BE A PARTICULAR STEP, SO WHAT WE ARE

01:27:24  3    GOING TO DO IS LOOK FOR CODE THAT IS USED TO IDENTIFY ONE OF

01:27:32  4    THE GENERIC COMMANDS THAT THE BEST MATCH FOR WHAT A USER HAS

01:27:35  5    INPUT.

01:27:36  6    Q.   OKAY.  AND THEN -- SO EVEN IF THE USER MAYBE MAKES A

01:27:42  7    SPELLING MISTAKE OR PROVIDES ONLY PART OF THE COMMAND NAME,

01:27:46  8    WOULD SOMETHING LIKE THAT COUNT AS A BEST MATCH?

01:27:49  9    A.   IF THE SYSTEM IS ABLE TO PROVIDE AN APPROPRIATE RESPONSE,

01:27:53  10   THEN IN LIGHT OF THE FACT THAT SOMETHING WAS INCOMPLETE, THAT

01:27:56  11   WOULD BE A BEST MATCH.

01:27:57  12   Q.   OKAY.  SO LET'S GO TO THE NEXT STEP.  CAN YOU DESCRIBE

01:28:01  13   THAT CLAIM TERM, READ THE COURT'S CONSTRUCTION INTO THE RECORD

01:28:04  14   AND EXPLAIN HOW YOU APPLIED IT?

01:28:06  15   A.   OKAY.  THE CLAIM TERM IS THE COMMAND PARSE TREE HAVING

01:28:09  16   ELEMENTS, EACH SPECIFYING AT LEAST ONE CORRESPONDING GENERIC

01:28:13  17   COMMAND COMPONENT AND A CORRESPONDING OF AT LEAST ONE COMMAND

01:28:17  18   ACTION VALUE.

01:28:18  19        SO FIRST WE ARE GOING TO -- THE COURT HAS GIVEN US A

01:28:21  20   DEFINITION FOR COMMAND ACTION VALUE, AND THAT'S A VALUE THAT

01:28:26  21   IDENTIFIES A PRESCRIBED COMMAND.  AND A PRESCRIBED COMMAND, YOU

01:28:29  22   THINK OF THAT IS THE COMMAND THAT'S SPECIFIC TO A TOOL.

01:28:31  23        SO WITH THAT UNDERSTANDING OF A COMMAND ACTION VALUE, THE

01:28:35  24   ENTIRE PHRASE THEN BECOMES, COMMAND PARSE TREE HAVING ELEMENTS

01:28:40  25   SUCH THAT EACH ELEMENT SPECIFIES AT LEAST ONE COMMAND ACTION

JEFFAY DIRECT BY MR. PAK                                    1448

01:28:43  1    VALUE FOR EACH GENERIC COMMAND COMPONENT.

01:28:47  2        Q.   AND HOW DID YOU APPLY THAT CONSTRUCTION TO YOUR ANALYSIS?

01:28:50  3        A.   WELL, THIS APPLIES TO THE COMMAND PARSE TREE.  SO WHEN I'M

01:28:55  4    ANALYZING THE COMMAND PARSE TREE, I'M TRYING TO CONFIRM THAT

01:29:00  5    EACH ELEMENT IN THE TREE SPECIFIES AT LEAST ONE COMMAND ACTION

01:29:05  6    VALUE, WHICH IS DEFINED ABOVE, FOR EACH GENERIC COMMAND

01:29:08  7    COMPONENT.  AND YOU CAN THINK OF EACH GENERIC COMMAND COMPONENT

01:29:11  8    AS LIKE A WORD IN THE COMMAND.

01:29:13  9        Q.   SO WHEN THE COURT'S CONSTRUCTION SAYS, AT LEAST ONE

01:29:17 10    COMMAND ACTION VALUE, WHAT DOES THAT TELL YOU ABOUT WHAT YOU

01:29:21 11    ARE LOOKING FOR?

01:29:21 12        A.   I'M JUST INTERPRETING THAT ACCORDING TO JUST PLAIN ENGLISH

01:29:24 13    SAYING THERE HAS TO BE ONE BUT THERE CAN BE MORE, MORE THAN

01:29:28 14    ONE.

01:29:28 15        Q.   NOW, LET'S LOOK AT THE INFRINGEMENT ANALYSIS THAT YOU DID.

01:29:32 16    CAN YOU SUMMARIZE FOR US THE TYPE OF HARDWARE PRODUCTS YOU

01:29:36 17    LOOKED AT AS WELL AS THE TYPE OF SOFTWARE OR OPERATING SYSTEM

01:29:42 18    PRODUCTS YOU LOOKED AT?

01:29:43 19        A.   SO MY ANALYSIS IS BASED ON THE SOFTWARE THAT RUNS THE

01:29:45 20    ARISTA PRODUCTS, AND IN PARTICULAR, MY ANALYSIS IS BASED ON

01:29:49 21    SOFTWARE THAT I UNDERSTAND IS PRESENT IN EOS, THAT'S THE NAME

01:29:53 22    OF THEIR OPERATING SYSTEM, EOS, EOS PLUS, AND VEOS.

01:29:57 23        SO ANY ARISTA PRODUCT THAT RUNS EITHER OF THESE THREE

01:30:01 24    OPERATING SYSTEMS WOULD FALL UNDER MY ANALYSIS.  AND SOME

01:30:04 25    SAMPLE PRODUCTS ARE LISTED HERE, ALL THESE PRODUCT NUMBERS.

01:30:09  1    Q.   AND WERE YOU HERE FOR THE TESTIMONY OF MR. SWEENEY WHEN HE

01:30:13  2    SAID THAT, WITH RESPECT TO THE PATENT, ALL OF THESE DIFFERENT

01:30:17  3    PRODUCTS AND VERSIONS RUN SUBSTANTIALLY THE SAME WAY?

01:30:20  4    A.   YES, WITH RESPECT TO THE -- YOU ARE SAYING WITH RESPECT TO

01:30:25  5    THE COMMAND-LINE INTERFACE, YES.

01:30:25  6    Q.   OKAY.  AND SO IS THERE ANY DISPUTE BETWEEN YOU AND

01:30:29  7    ARISTA'S EXPERT ABOUT WHETHER ALL OF THESE PRODUCTS PROVIDE THE

01:30:33  8    SAME FUNCTIONALITY IN TERMS OF THE INFRINGEMENT ANALYSIS?

01:30:38  9    A.   I DON'T BELIEVE THERE'S A DISPUTE.

01:30:40  10   Q.   SO IF WE CAN SHOW INFRINGEMENT OF ONE OF THE PRODUCTS YOU

01:30:44  11   HAVE SHOWN INFRINGEMENT FOR ALL OF THE PRODUCTS THAT ARE

01:30:47  12   ACCUSED; IS THAT CORRECT?

01:30:47  13   A.   THAT'S MY UNDERSTANDING, YES.

01:30:49  14   Q.   ALL RIGHT.  SO NOW LET'S LOOK AT SOME OF THE SPECIFIC

01:30:51  15   EVIDENCE THAT YOU LOOKED AT.  WHAT IS THIS THAT WE ARE SEEING

01:30:55  16   ON SLIDE 17?

01:30:56  17   A.   THIS IS AN EXAMPLE OF AN ARISTA SWITCH.  THIS IS A 48 PORT

01:31:00  18   ETHERNET SWITCH, IT'S MODEL 7010T.  THAT WAS MADE AVAILABLE TO

01:31:05  19   INSPECTION.  IT'S ABOUT THE SIZE OF A PIZZA BOX, AND THESE ARE

01:31:09  20   OFTEN CALLED PIZZA BOX SWITCHES.

01:31:11  21        THE IDEA IS ON THE FRONT YOU SEE ALL THESE PORTS AND YOU

01:31:14  22   WOULD HAVE TYPICALLY LOTS OF ETHERNET CABLES PLUGGED INTO THEM,

01:31:18  23   BUT THIS ONE JUST HAS A LAPTOP PLUGGED IN.  SO THIS WAS A

01:31:21  24   SWITCH THAT I OPERATED.

01:31:22  25   Q.   OKAY.  GREAT.  SO LET'S TAKE A LOOK AT SOME OF THE WORK

01:31:26   1      THAT YOU DID WITH THE SWITCH.  ON SLIDE 18, CAN YOU EXPLAIN

01:31:30   2      WHAT WE ARE SEEING ON THE TWO SIDES OF THE SCREEN?

01:31:32   3      A.   SURE.  ON THE LEFT YOU SEE ME TYPING ONTO THE LAPTOP

01:31:37   4      THAT'S CONNECTED TO THE SWITCH, AND I'M JUST SHOWING EXAMPLES

01:31:40   5      OF USING THE COMMAND-LINE INTERFACE.  AND BECAUSE UNFORTUNATELY

01:31:45   6      THE VIDEO IS SMALL AND NOT PARTICULARLY CLEAR, I'M JUST

01:31:49   7      ILLUSTRATING ON THE RIGHT A CARTOON THAT REPRESENTS WHAT I

01:31:53   8      ACTUALLY TYPED IN.

01:31:54   9          SO IN THIS CASE I TYPED IN THE COMMAND SHOW SNMP MIB, AND

01:31:59  10      ALL THE OUTPUT THAT YOU SAW SCROLL BY ON THE SCREEN WAS THE

01:32:03  11      OUTPUT OF EXECUTING THAT COMMAND.

01:32:04  12      Q.   AND IS THIS ONE OF THE COMMANDS THAT YOU'VE IDENTIFIED AS

01:32:09  13      AN INFRINGING COMMAND OF THE '526 PATENT?

01:32:12  14      A.   I THINK WHAT I'VE IDENTIFIED IS THAT THE PARSING OF THIS

01:32:15  15      COMMAND WOULD PRACTICE THE METHOD OF CLAIM 1.

01:32:18  16      Q.   ALL RIGHT.  THANK YOU.  SO, AGAIN, THE PATENT IS NOT ABOUT

01:32:20  17      THE SPECIFIC COMMANDS SYNTAX.  IT'S ABOUT THE PARSING CODE; IS

01:32:24  18      THAT CORRECT?

01:32:24  19      A.   CORRECT.

01:32:26  20      Q.   SO IN WE LOOK AT THE NEXT DOCUMENT, WHAT DO WE SEE HERE?

01:32:35  21      A.   THIS IS A DOCUMENT, THIS IS AN ARISTA DOCUMENT,

01:32:40  22      EXHIBIT 34 --

01:32:40  23      Q.   ACTUALLY, YOU KNOW, I THINK THIS MIGHT NOT BE ADMITTED

01:32:43  24      YET, SO LET'S MOVE THAT INTO EVIDENCE.  IF YOU COULD LOOK AT

01:32:49  25      EXHIBIT 34 IN YOUR WITNESS BINDER.

01:32:58  1        DR. JEFFAY, DO YOU RECOGNIZE THIS DOCUMENT?

01:32:59  2    A.   YES.   THIS IS AN ARISTA WHITE PAPER THAT'S ENTITLED "EOS,

01:33:03  3    THE NEXT GENERATION EXTENSIBLE OPERATING SYSTEM."

01:33:06  4    Q.   AND IS THIS ONE OF THE DOCUMENTS THAT YOU CONSIDERED IN

01:33:08  5    THE CASE?

01:33:08  6    A.   IT IS.

01:33:10  7            MR. PAK:   YOUR HONOR, I WOULD LIKE TO MOVE THIS

01:33:11  8    DOCUMENT WHICH IS EXHIBIT 34 INTO EVIDENCE.

01:33:15  9            MR. KRISHNAN:   NO OBJECTION YOUR HONOR.

01:33:16 10            THE COURT:   IT WILL BE ADMITTED.

01:33:18 11        (PLAINTIFF'S EXHIBIT 34 WAS ADMITTED INTO EVIDENCE.)

01:33:18 12    BY MR. PAK:

01:33:19 13    Q.   SO WITH THAT LET'S TAKE A LOOK AT THE DEMONSTRATION THAT

01:33:24 14    YOU HAVE.   WHAT ARE WE LOOKING AT ON PAGE 19 OF YOUR

01:33:26 15    PRESENTATION?

01:33:27 16    A.   SO THIS IS A FIGURE FROM THAT DOCUMENT THAT WE JUST

01:33:30 17    MENTIONED, IT'S FIGURE 2.   AND THIS IS A FIGURE THAT

01:33:34 18    ILLUSTRATES THE EOS ARCHITECTURE.   AND BY ARCHITECTURE HERE,

01:33:39 19    THIS IS REFERRING TO SOFTWARE ARCHITECTURE, HOW THE SOFTWARE

01:33:43 20    COMPONENTS ARE ARRANGED.

01:33:46 21        AND I WILL CALL YOUR ATTENTION TO THE MIDDLE OF THE

01:33:48 22    FIGURE, THE WHITES BOX LABELED EOS, WITH THIS LITTLE BLUE

01:33:51 23    ATOM-LIKE DIAGRAM THAT SAYS SYSDB IN THE MIDDLE, AND THIS IS

01:33:56 24    ONE OF THE KEY STRUCTURES THAT I ANALYZED.

01:34:00 25        THIS SYSDB STANDS FOR THE SYSTEM DATABASE WHICH IS A

01:34:03   1    CENTRAL DATABASE, AND THIS IS GOING TO BE USED IN THE PARSING

01:34:10   2    OF COMMANDS PARTICULARLY TO ISSUE PRESCRIBED COMMANDS TO WHAT

01:34:14   3    EOS CALLS AGENTS.

01:34:15   4    Q.   OKAY.  AND WE ARE GOING TO FOCUS JUST ON ONE AGENT FOR THE

01:34:18   5    PURPOSE OF THE INFRINGEMENT ANALYSIS IN DETAIL.  BUT YOU

01:34:22   6    UNDERSTAND, SIR, THERE ARE MULTIPLE AGENTS THAT WORK WITH

01:34:24   7    SYSDB?

01:34:25   8    A.   YES.

01:34:25   9    Q.   AND THAT'S WHAT WE HEARD FROM MR. SWEENEY HERE TODAY?

01:34:28   10   A.   YES.

01:34:29   11   Q.   SO LET'S TAKE A LOOK AT THE NEXT SLIDE.  I BELIEVE THIS IS

01:34:34   12   ALSO TAKEN OUT OF ANOTHER DOCUMENT, ACTUALLY, SO LET'S LOOK AT

01:34:40   13   EXHIBIT 32 IN YOUR BINDER.  AND TELL ME WHAT DOCUMENT THAT IS?

01:34:45   14   A.   THIS IS FROM THE WEB, AND THIS IS A DOCUMENT FROM A

01:34:48   15   WEBSITE CALLED GET HUB, WHICH IS A WEBSITE USED BY SOFTWARE

01:34:52   16   DEVELOPERS, AND IT'S FROM A PORTION OF THE WEBSITE THAT

01:34:56   17   CONTAINS CONTENT DEVELOPED BY ARISTA NETWORKS.

01:35:00   18        AND THIS PARTICULAR DOCUMENT IS TITLED, "AN INTRODUCTION

01:35:05   19   TO EASE'S ARCHITECTURE."

01:35:07   20   Q.   SO THIS WAS WEB CONTENT AUTHORED BY ARISTA AND PUBLISHED

01:35:11   21   FOR THE WORLD TO SEE?

01:35:12   22   A.   THAT'S MY UNDERSTANDING YES.

01:35:14   23        MR. PAK:  SO AT THIS TIME, YOUR HONOR, I WOULD LIKE

01:35:15   24   TO MOVE INTO EVIDENCE EXHIBIT 32.

01:35:18   25        MR. KRISHNAN:  NO OBJECTION, YOUR HONOR.

01:35:19  1                    THE COURT:  IT WILL BE ADMITTED.

01:35:20  2            (PLAINTIFF'S EXHIBIT 32 WAS ADMITTED INTO EVIDENCE.)

01:35:20  3       BY MR. PAK:

01:35:20  4       Q.   SO LET'S TAKE A LOOK AT THE SLIDE.  AND IT LOOKS LIKE A

01:35:24  5       SLIGHTLY DIFFERENT RENDERING OF WHAT WE SAW.  CAN YOU WALK US

01:35:27  6       THROUGH WHAT WE ARE SEEING ON THE SLIDE?

01:35:28  7       A.   THIS IS SYSDB.  YOU ARE RIGHT, IT'S JUST A DIFFERENT

01:35:31  8       CONCEPTUAL DRAWING.  SO SYSDB IS A DATABASE, AND IT'S A

01:35:37  9       DATABASE THAT'S USED BY WHAT ARE CALLED AGENTS IN EOS TO DO

01:35:41 10       THEIR WORK.

01:35:41 11            AND THE WAY IT WORKS IS THAT IF YOU WANT AN AGENT TO DO

01:35:44 12       SOMETHING, YOU WRITE A COMMAND FOR THE AGENT INTO THE DATABASE,

01:35:48 13       AND THEN THE AGENT WILL PICK UP THE COMMAND AND EXECUTE IT.

01:35:52 14            AND WHAT WE ARE GOING TO BE FOCUSSING ON IS ONE OF THE

01:35:54 15       AGENTS IN THE LOWER RIGHT-HAND CORNER LABELED CLI, WHICH STANDS

01:35:58 16       FOR THE COMMAND-LINE INTERFACE, AND THEN SOME OF THE OTHER

01:36:01 17       AGENTS AROUND SYSDB THAT WILL BE EXECUTING COMMANDS THAT ARE

01:36:06 18       INPUT VIA USER BY THE CLI.

01:36:08 19       Q.   I THINK WE HEARD A LITTLE BIT ABOUT THIS FROM MR. SWEENEY,

01:36:11 20       BUT WHAT HAPPENS IF ONE OF THESE AGENTS, FOR EXAMPLE, THE CLI

01:36:14 21       AGENT FAILS IN THE SYSTEM?

01:36:15 22       A.   AS A TECHNICAL MATTER, THESE AGENTS IN EOS ARE WHAT ARE

01:36:22 23       CALLED PROCESSES WHICH IS AN OPERATING SYSTEM TERM FOR THE

01:36:25 24       EXECUTION OF A PROGRAM.  AND YOU CAN THINK OF THEM AS ALL THE

01:36:29 25       AGENTS, THEREFORE, ARE INDEPENDENT.  THEY ARE INDEPENDENTLY

JEFFAY DIRECT BY MR. PAK                                    1454

01:36:32  1    EXECUTING PROGRAMS.

01:36:33  2         AND IF ONE OF THEM WERE TO DIE, TO CRASH, FOR EXAMPLE, IN

01:36:37  3    THEORY, IT SHOULDN'T AFFECT THE OTHER PROCESSES.

01:36:39  4         AND SO BECAUSE OF THAT, YOU GET WHAT'S CALLED FAULT

01:36:43  5    TOLERANT DESIGN BECAUSE IF ONE THING DIES, THE ENTIRE SYSTEM

01:36:47  6    DOESN'T DIE.

01:36:47  7    Q.   OKAY.  THANK YOU.  AND IF WE TURN TO SLIDE 21, WHAT IS

01:36:53  8    THIS DEPICTION REPRESENTING?

01:36:54  9    A.   SO THIS IS A FIGURE THAT I MADE, AND THIS IS JUST SIMPLY A

01:36:58  10   DIFFERENT RENDITION OF THE PREVIOUS FIGURE WHERE I'VE PULLED

01:37:01  11   OUT THE CLI ON THE LEFT TO EMPHASIZE WHAT HAPPENS WHEN THE

01:37:05  12   SYSTEM PROCESSES COMMANDS.

01:37:08  13        SO THE CLI STANDS FOR COMMAND-LINE INTERFACE.  THIS WILL

01:37:12  14   RECEIVE COMMANDS THAT ARE TYPED IN BY THE USER, AND IT WILL

01:37:16  15   PARSE THEM.  IT WILL FIGURE OUT WHAT GENERIC COMMAND THEY

01:37:21  16   INPUT, WHAT SIMPLIFIED COMMAND THEY INPUT, TRANSLATE IT INTO A

01:37:25  17   COMMAND THAT'S SPECIFIC FOR SOME AGENT, SO A MORE LOWER LEVEL

01:37:29  18   COMMAND, IF YOU WILL, WRITE THAT COMMAND INTO SYSDB WHERE WE

01:37:35  19   ARE PICKED BY AN AGENT AND THEN EXECUTE IT.

01:37:40  20   Q.   LET'S START WALKING THROUGH THE DETAILS OF THE EOS PARSER

01:37:43  21   THAT YOU IDENTIFIED.  AND ACTUALLY, LET'S HAVE YOU TURN TO

01:37:50  22   EXHIBIT 139 IN YOUR BINDER.  ACTUALLY, IT SHOULD BE EXHIBIT 48

01:38:02  23   IN YOUR BINDER.

01:38:04  24   A.   OKAY.  I HAVE IT.

01:38:06  25   Q.   OKAY.  AND WHAT IS EXHIBIT 48?

01:38:08   1    A.   EXHIBIT 48 IS THE PRINTOUT OF A WEB PAGE FROM ARISTA'S

01:38:14   2    WEBSITE.

01:38:15   3    Q.   AND DID YOU CONSIDER THIS EVIDENCE IN FORMING YOUR

01:38:18   4    INFRINGEMENT OPINIONS?

01:38:18   5    A.   I DID.

01:38:19   6         MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE EXHIBIT 48

01:38:21   7    INTO THE RECORD.

01:38:22   8         MR. KRISHNAN:  NO OBJECTION, YOUR HONOR.

01:38:24   9         THE COURT:  IT WILL BE ADMITTED.

01:38:26  10     (PLAINTIFF'S EXHIBIT 48 WAS ADMITTED INTO EVIDENCE.)

01:38:26  11    BY MR. PAK:

01:38:26  12    Q.   LET'S TAKE A LOOK AT YOUR ANALYSIS WITH RESPECT TO THIS

01:38:28  13    DOCUMENT.

01:38:29  14         ON SLIDE 22 OF YOUR PRESENTATION CAN YOU HELP US

01:38:32  15    UNDERSTAND THE RELEVANCE OF THIS PIECE OF EVIDENCE FROM ARISTA

01:38:34  16    TO YOUR INFRINGEMENT ANALYSIS?

01:38:36  17    A.   SURE.  SO THIS IS A DOCUMENT, AN ARISTA DOCUMENT, AND IT'S

01:38:40  18    TITLED "UNDERSTANDING EOS CLI LIMITATION."

01:38:44  19         AGAIN, CLI IS THE COMMAND-LINE INTERFACE.  AND TO

01:38:47  20    UNDERSTAND THE ANALYSIS THAT FOLLOWS, WE HAVE TO INTRODUCE SOME

01:38:51  21    TERMINOLOGY THAT EOS USES.

01:38:54  22         SO EOS HAS THIS NOTION OF WHAT'S CALLED A RULE, AND YOU

01:38:57  23    CAN THINK OF A RULE AS BASICALLY ANOTHER NAME FOR A COMMAND,

01:39:01  24    AND THEY CATEGORIZE THE COMMANDS IN THEIR SYSTEM BY DIFFERENT

01:39:05  25    TYPES OF RULES.

JEFFAY DIRECT BY MR. PAK                                    1456

01:39:07   1              AND THIS CALLOUT HERE ON SLIDE 22 IS JUST SHOWING SOME OF

01:39:12   2    THE TYPES OF RULES THAT ARE SUPPORTED IN EOS.

01:39:16   3    Q.   AND WE ARE GOING TO WALK THROUGH IN DETAIL HOW ALL THESE

01:39:19   4    RULES WORK TOGETHER, RIGHT, DR. JEFFAY?

01:39:21   5    A.   YES, JUST SOME OF THEM.

01:39:23   6    Q.   LET'S JUST GO THROUGH AND ESTABLISH SOME OF THE

01:39:28   7    VOCABULARY.  IF YOU GO TO THE NEXT SLIDE, THIS IS SHOWING THE

01:39:31   8    SAME EXHIBIT 48 AT PAGE 6, CAN YOU WALK US THROUGH SOME OF THE

01:39:36   9    VOCABULARY WE NEED TO KNOW?

01:39:38  10    A.   SURE.  TWO OF THE RULE TYPES WE WILL HEAR ABOUT ARE THINGS

01:39:43  11    CALLED CONCAT RULE WHICH STANDS FOR CONCATENATIONS RULE.  AND A

01:39:46  12    CONCATENATION BASICALLY SPECIFIES THAT A COMMAND IS A

01:39:54  13    CONCATENATION OF INDIVIDUAL WORDS, WORD 1, WORD 2, AND WORD 3.

01:40:01  14         "OR RULES" IS ANOTHER TYPE OF RULE WE WILL BE LOOKING AT.

01:40:04  15    AN "OR RULE" SAYS A COMMAND THAT CONSISTS OF A LIST AND

01:40:08  16    ANYTHING ON THAT LIST IS AN INSTANCE OF THAT RULE.

01:40:14  17    Q.   OKAY.  SO CAN WE THINK OF CONCATENATION RULES AS AN AND

01:40:18  18    RULE?

01:40:18  19    A.   IF YOU'RE COMFORTABLE WITH LOGIC, IT'S AND, IT'S SAYING

01:40:22  20    IT'S WORD 1 AND WORD 2 AND WORD 3 AND SO ON.

01:40:27  21    Q.   AN OR RULE IS JUST AN OR RULE?

01:40:29  22    A.   RIGHT.  IT WILL BE EITHER THIS OR THIS OR THIS.

01:40:32  23    Q.   AND THEN WE HAVE ON SLIDE 24 FROM THE SAME DOCUMENT, THIS

01:40:37  24    TYPE TALKING ABOUT SOMETHING CALLED A TOKEN RULE.

01:40:41  25         SO, MR. FISHER, IF WE COULD HIGHLIGHT THAT ON THE SCREEN.

JEFFAY DIRECT BY MR. PAK                                    1457

01:40:45  1    Q.   WHAT IS THIS TYPE OF RULE?

01:40:47  2    A.   SO A TOKEN RULE IS A REFERENCE TO, WHEN YOU THINK ABOUT

01:40:51  3    THIS AS AN INDIVIDUAL WORD.  SO IN THE PARSING LANGUAGE WE CALL

01:40:56  4    THE WORD, INDIVIDUAL WORDS THE USER ENTERS IN, WE CALL THEM

01:41:01  5    TOKENS.

01:41:01  6    Q.   OKAY.  LET'S SEE IF WE CAN WALK THROUGH AT A VERY HIGH

01:41:04  7    LEVEL HOW YOU WOULD ADD A COMMAND IN THE ARISTA SYSTEM?

01:41:08  8    A.   SURE.  SO WHAT I HAVE SHOWN ON THIS SLIDE ARE THE NAMES OF

01:41:12  9    SOME FUNCTIONS THAT ARE INSIDE THE SOURCE CODE.  SO THESE REFER

01:41:16  10   TO PIECES OF CODE THAT ARE GOING TO BE EXECUTED DURING THE

01:41:20  11   PROCESS OF DEVELOPING THE COMMAND SET OF THE SYSTEM.

01:41:25  12        SO THE FIRST ONE HERE IS A COMMAND THAT'S CALLED ADD

01:41:29  13   COMMAND, WHICH SOUNDS INTUITIVE AND IT IS.  AND IN THIS CASE,

01:41:33  14   THIS IS FOR WHAT'S CALLED THE SPANNING TREE PROTOCOL.  THIS IS

01:41:38  15   FOUND IN THE FILE STP CLI.PY.  AND THE ERROR MEANS AS A RESULT

01:41:45  16   OF EXECUTING THAT ADDITIONAL FUNCTION, ADDITIONAL FUNCTIONS GET

01:41:49  17   EXECUTED.  AND ONE OF THOSE ADDITIONAL FUNCTIONS IS THE

01:41:51  18   FUNCTION "ADD COMMAND TO RULE."  AND SO THIS WILL ADD A COMMAND

01:41:54  19   TO A RULE SET.  AND THIS LATTER FUNCTION IS FOUND IN CLI

01:42:01  20   PARSER.PY.

01:42:02  21        AND SO THIS IS JUST A HIGH LEVEL OVERVIEW, BUT AS A RESULT

01:42:05  22   OF FOLLOWING THIS PROCESS, THE IDEA IS WE HAVE A NEW GENERIC

01:42:09  23   COMMAND THAT'S AVAILABLE TO THE USER TO THE ENTER INTO THIS

01:42:13  24   COMMAND-LINE INTERFACE ON THE ARISTA DEVICE.

01:42:15  25   Q.   SO WHAT HAPPENS ONCE A NEW COMMAND HAS BEEN ADDED INTO THE

JEFFAY DIRECT BY MR. PAK                                        1458

01:42:18    1    ARISTA SYSTEM, WHAT HAPPENS WHEN A USER COMES ALONG AND ENTERS

01:42:23    2    THAT COMMAND THAT'S BEEN CONFIGURED INTO THE PARSER?

01:42:26    3    A.    SO THIS PROCESS IS A LITTLE MORE COMPLICATED.  AND SO WE

01:42:30    4    HAVE THE SIX BOXES HERE.  WE START WITH THE UPPER LEFT WITH

01:42:36    5    CLIINPUT.READLINE, AND THIS IS FOUND IN THE FILE CLI.PY.  THIS

01:42:42    6    IS A FUNCTION THAT AS THE NAME SEEMS TO IMPLY, WILL READ IN A

01:42:46    7    LINE OF INPUT.  AND A LINE OF INPUT MEANS ALL THE WORDS YOU

01:42:49    8    TYPE FOLLOWED BY ENTER.

01:42:51    9         THEN AFTER SOME STEPS, WE WILL INVOKE THE PARSER TO TRY

01:42:55   10    AND FIGURE OUT WHAT THE USER HAS JUST TYPED IN.  AND THAT'S

01:42:59   11    FOUND IN THE FILE CLI PARSER.PY.  AND THE PARSING CAN BE DONE

01:43:06   12    ITERATIVELY, A WORD AT A TIME -- OR SORRY, TRYING TO PARSE A

01:43:11   13    PARTICULAR COMMAND AT THE TIME.  AND YOU WILL START WITH THE

01:43:12   14    FUNCTION THAT'S CALLED PARSE AND EXECUTE, WHICH IS FOUND IN CLI

01:43:17   15    PARSER.PY.

01:43:18   16         THE NEXT TWO FUNCTIONS ARE REALLY KEY.  THE NEXT TWO WILL

01:43:23   17    BE EXECUTED MANY TIMES, POTENTIALLY DEPENDING ON HOW MUCH DATA

01:43:28   18    WAS INPUT BY THE USER.

01:43:31   19         SO THE NAME IS A LITTLE FUNNY.  THE FIRST ONE IS CALLED OR

01:43:37   20    RULE.INHALE.  INHALE HAPPENS TO BE THE TERM ARISTA USES FOR

01:43:42   21    PROCESSING, THINK OF IT AS THEIR INGESTING A WORD AND THEY ARE

01:43:45   22    NOW TRYING TO PROCESS IT.  AND THAT'S FOUND IN CLI RULE.PY.

01:43:50   23         AND ONCE WE'VE -- AS PART OF THE PROCESSING OF AN

01:43:55   24    INDIVIDUAL WORD, WE WILL CALL A MORE DETAILED FUNCTION,

01:44:00   25    CHILD.INHALE.  AND THE IDEA IS THAT AS WE ARE PROCESSING THESE

JEFFAY DIRECT BY MR. PAK                                    1459

01:44:04  1    WORDS, THE SYSTEM WILL BUILD UP WHAT I WILL CALL SCORECARD,

01:44:08  2    IT'S A VARIABLE THAT'S CALLED CONTEXT.STATE.  AND CONTEXT.STATE

01:44:14  3    IS GOING TO BE USED TO KEEP TRACK OF WHERE WE ARE IN THE PARSE

01:44:17  4    AND WHAT ARE ALL THE POSSIBLE COMMANDS THAT WE COULD BE

01:44:21  5    MATCHING.

01:44:22  6        AND THIS WILL BE A SCORECARD, WILL BE DEVELOPED FOR EVERY

01:44:25  7    WORD THAT IS PROCESSED OR INHALED.

01:44:30  8        SO, AS I SAY, THE TWO INHALE RULES WILL EXECUTE MULTIPLE

01:44:35  9    TIMES GOING THROUGH ALL THE WORDS THAT THE USER HAS INPUT

01:44:38  10   TRYING TO FIGURE OUT WHAT THE COMMAND IS, IF THAT PROCESS IS

01:44:41  11   SUCCESSFUL, WE THEN MOVE TO THE INVOKE VALUE FUNCTION, WHICH IS

01:44:46  12   ALSO FOUND IN CLI RULE.PY.  AND THE IDEA IS THAT EVERY RULE

01:44:51  13   WILL HAVE AT LEAST ONE VALUE FUNCTION ASSOCIATED WITH IT.

01:44:55  14       AND WHAT A VALUE FUNCTION IS, IT'S AN INDICATION OF WHAT

01:44:58  15   THE GENERIC COMMAND IS, IT'S A FUNCTION THAT WILL BE EXECUTED

01:45:03  16   AS A WAY TO START EXECUTING THE PRESCRIBED COMMAND, THAT IS THE

01:45:08  17   COMMAND THAT'S SPECIFIC TO THE TOOL THAT THE USER WAS TRYING TO

01:45:12  18   USE.

01:45:12  19   Q.   OKAY.

01:45:13  20       MR. PAK:  YOUR HONOR, AT THIS TIME, IF YOU CAN TAKE A

01:45:16  21   LOOK AT EXHIBIT 3623.

01:45:19  22   Q.   I BELIEVE THIS IS THE SOURCE CODE THAT YOU ANALYZED?

01:45:26  23   A.   YES.

01:45:28  24       MR. PAK:  YOUR HONOR, WE WILL BE MOVING THIS IN UNDER

01:45:30  25   SEAL, BUT IT'S EXHIBIT 3625-A, IT'S A COMPILATION EXHIBIT.

01:45:34  1              THE COURT:  ANY OBJECTION?

01:45:36  2              MR. KRISHNAN:  NO OBJECTION.

01:45:36  3              THE COURT:  IT WILL BE ADMITTED.  ARE YOU SHOWING

01:45:38  4      THIS ON THE SCREEN?

01:45:40  5              MR. PAK:  NO.

01:45:41  6          (PLAINTIFF'S EXHIBIT 3625-A WAS ADMITTED INTO EVIDENCE.)

01:45:42  7      BY MR. PAK:

01:45:43  8      Q.   SO WE CAN LEAVE THE SCREEN UP.

01:45:45  9          SO WE'VE DONE THE BACKGROUND TUTORIAL, DR. JEFFAY.  WHAT

01:45:48 10      WE ARE GOING TO DO IS WE ARE GOING TO WALK THROUGH EACH ELEMENT

01:45:52 11      OF THE CLAIMS AND HAVE YOU PRESENT TO THE JURY THE EVIDENCE OF

01:45:55 12      INFRINGEMENT FOR EACH OF THESE ELEMENTS.

01:45:57 13          ARE YOU WITH ME?

01:45:58 14      A.   I'M JUST FINE.

01:45:59 15      Q.   GREAT.  SO LET'S TAKE A LOOK AT METHOD, CLAIM 1, WHICH YOU

01:46:02 16      ALREADY INTRODUCED TO THE JURY.  AND WHAT WE HAVE ON THE

01:46:05 17      LEFT-HAND SIDE, I BELIEVE, IS THE CLAIM LANGUAGE, HIGHLIGHTED,

01:46:08 18      SO WE ARE GOING TO FOCUS ON A PARTICULAR ELEMENT.  AND ON THE

01:46:16 19      RIGHT-HAND SIDE, I BELIEVE IS YOUR EVIDENCE TO SUPPORT WHY THE

01:46:20 20      ELEMENT IS PRESENT IN THE CLAIM, CORRECT?

01:46:21 21      A.   CORRECT.

01:46:21 22      Q.   SO WE WILL WALK THROUGH THIS ANALYSIS WITH THE GUIDANCE OF

01:46:25 23      YOUR SLIDES.

01:46:26 24          CAN YOU TELL US WHAT EVIDENCE YOU FOUND FOR THE ELEMENT A

01:46:35 25      METHOD IN A PROCESSOR-BASED SYSTEM?

JEFFAY DIRECT BY MR. PAK                                    1461

01:46:38  1    A.   SURE.  SO THE CLAIM REQUIRES THAT THIS METHOD BE PERFORMED

01:46:42  2    IN A PROCESSOR-BASED SYSTEM.  SO I HAVE TO SHOW YOU THAT THE

01:46:45  3    ARISTA DEVICE IS A PROCESSOR-BASED SYSTEM.

01:46:48  4         SO WHAT I'M RELYING ON HERE IS EXHIBIT 24 WHICH IS A DATA

01:46:52  5    SHEET FOR THE 7500 SERIES SWITCHES, THEY ARE SHOWN IN THE

01:46:57  6    PICTURE.  AND THE DATA SHEET INDICATES THAT THESE DEVICES HAVE

01:47:01  7    A PROCESSOR, IN THIS CASE 2.6 GIGAHERTZ QUAD CORE PROCESSOR.

01:47:08  8         SO THIS IS EVIDENCE THAT THE METHOD WE ARE GOING TO TALK

01:47:10  9    ABOUT IS PERFORMED IN A PROCESSOR-BASED SYSTEM.

01:47:13  10            MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE INTO

01:47:14  11   EVIDENCE EXHIBIT 24.

01:47:16  12            MR. KRISHNAN:  NO OBJECTION.

01:47:17  13            THE COURT:  IT WILL BE ADMITTED.

01:47:18  14        (PLAINTIFF'S EXHIBIT 24 WAS ADMITTED INTO EVIDENCE.)

01:47:18  15   BY MR. PAK:

01:47:18  16   Q.   LET'S TAKE A LOOK AT THE NEXT ELEMENT.  CAN YOU TELL US

01:47:21  17   WHAT EVIDENCE YOU FOUND FOR CONFIGURE FOR EXECUTING A PLURALITY

01:47:26  18   OF MANAGEMENT PROGRAMS ACCORDING TO RESPECTIVE COMMAND FORMATS?

01:47:30  19   A.   SURE.  SO THIS IS AN ARISTA DOCUMENT THAT IS, AGAIN, FROM

01:47:37  20   THIS GET HUB WEBSITE IN A PORTION OF THE WEBSITE DEDICATED TO

01:47:41  21   ARISTA, AND IT'S A DOCUMENT THAT'S ENTITLED UNDERSTANDING EOS

01:47:45  22   AND SYSDB.

01:47:48  23        AND WHAT WE CAN SEE HERE IS IN THE TEXT THAT'S AT THE

01:47:51  24   BOTTOM OF THE PAGE IT SAYS THAT EOS IS COMPOSED OF A NUMBER OF

01:47:55  25   PROCESSES CALLED AGENTS EACH PERFORMING A SPECIFIC ROLE.

JEFFAY DIRECT BY MR. PAK                                    1462

01:47:57  1        AND THEN IT GOES ON TO SAY THAT THESE PROCESSES PERFORM

01:48:01  2    MANAGEMENT FUNCTIONS LIKE MANAGING THE HARDWARE AND CHIPS.

01:48:04  3    Q.   AND LET'S PAUSE THERE.

01:48:07  4        MR. FISHER, IF YOU COULD HIGHLIGHT AGENTS ON THE BOTTOM.

01:48:10  5    HOW DOES THAT RELATE TO THE COURT'S CONSTRUCTION OF MANAGEMENT

01:48:13  6    PROGRAMS.

01:48:13  7    A.   WELL, IT ALIGNS PERFECTLY BECAUSE THE COURT'S CONSTRUCTION

01:48:16  8    IS THAT A MANAGEMENT PROGRAM IS A TOOL OR AN AGENT, SO THESE

01:48:20  9    ARE CLEARLY AGENTS.

01:48:21 10    Q.   AND SO DID YOU FIND THAT THIS ELEMENT IS PRESENT?

01:48:30 11    A.   YES.

01:48:30 12    Q.   LET'S TAKE A LOOK AT THE NEXT PIECE OF EVIDENCE.

01:48:34 13        YOU UNDERSTAND -- YOU WERE HERE FOR MR. SWEENEY'S

01:48:37 14    TESTIMONY.  WHAT WAS THE IMPORTANCE OF SOME OF THE TESTIMONY

01:48:40 15    YOU HEARD?

01:48:40 16    A.   WELL, THIS IS A QUOTE FROM THE TESTIMONY THAT WE HEARD IN

01:48:46 17    THE VIDEO.  AND THE POINT HERE IS THAT HE'S ACKNOWLEDGING THAT

01:48:49 18    THE AGENTS IN EOS, THAT THEIR JOB IS TO MANAGE THE SWITCH, THAT

01:48:53 19    IS TO SAY THAT THEY ARE MANAGEMENT PROGRAMS.

01:48:56 20    Q.   OKAY.  THEN -- SO LOOKING AT SLIDE 36, WERE YOU ABLE TO

01:49:02 21    SATISFY -- OR ACTUALLY BEFORE WE GET THERE, LET'S LOOK AT 35.

01:49:06 22        WITH RESPECT TO THE PROGRAMS, ACCORDING TO RESPECTIVE

01:49:09 23    COMMAND FORMATS, WERE YOU ABLE TO FIND EVIDENCE OF THAT

01:49:12 24    LIMITATION IN THE ACCUSED PRODUCTS?

01:49:15 25    A.   YES.  AND WHAT I'M SHOWING HERE IS, FOR EXAMPLE, A COMMAND

JEFFAY DIRECT BY MR. PAK                                    1463

01:49:20  1        CALLED SHOW OPEN FLOW, THAT A USER WOULD TYPE INTO THE SYSTEM.

01:49:24  2        SO YOU CAN SEE IT'S A VERY SIMPLE COMMAND.

01:49:26  3            AND THE FORMAT OF THE COMMAND THAT'S ACTUALLY GOING TO BE

01:49:30  4        EXECUTED BY THE AGENT IS SHOWN HERE AS WELL, AND YOU CAN SEE

01:49:34  5        THAT IT'S SPECIFIC TO THE TOOL BUT IT'S ALSO MUCH MORE

01:49:38  6        COMPLICATED.  IT'S OPEN FLOW SHOW-MINUS SYS NAME, AND YOU CAN

01:49:47  7        SEE THE REST OF THE TEXT.

01:49:48  8        Q.   ON SLIDE 36 WERE YOU ABLE TO FIND THIS PREAMBLE ONE

01:49:52  9        SATISFIED?

01:49:53 10        A.   YES.  I BELIEVE I'VE SHOWN THE EVIDENCE THAT EACH OF THE

01:49:55 11        ASPECTS OF THE PREAMBLE IS PRESENT IN THE ARISTA DEVICES.

01:49:59 12        Q.   AND IF WE GO TO THE NEXT ELEMENT, 1.1, RECEIVING A GENERIC

01:50:04 13        COMMAND FROM THE USER.  WERE YOU ABLE TO FIND EVIDENCE OF THAT

01:50:06 14        IN THE ARISTA PRODUCTS?

01:50:08 15        A.   YES.  AND HERE I'M RELYING ON EXHIBIT 13 WHICH IS A USER

01:50:13 16        MANUAL FOR ARISTA EOS.  AND THIS IS FROM PAGE 85 THAT DESCRIBES

01:50:20 17        THE COMMAND-LINE INTERFACE AND SIMPLY SAYS THAT EOS HAS AN

01:50:23 18        INTERFACE FOR ENTERING COMMANDS THAT CONTROL THE SWITCH.

01:50:25 19            SO THE EOS IS CLEARLY CAPABLE OF RECEIVING A GENERIC

01:50:31 20        COMMAND FROM THE USER.

01:50:31 21        Q.   AND SO WERE YOU ABLE TO FIND EXAMPLES OF GENERIC COMMANDS

01:50:37 22        IN THE COURT'S CLAIM CONSTRUCTION IN THE ACCUSED PRODUCTS?

01:50:39 23        A.   YES.

01:50:40 24        Q.   AND WHAT ARE SOME OF THOSE EXAMPLES?

01:50:42 25        A.   SO THE EXAMPLE THAT'S LISTED HERE IS -- SORRY.  FOR

01:50:46   1   EXAMPLE, WE COULD LOOK AT THE 13 SLIDES BACK, THE SHOW OPEN

01:50:50   2   FLOW.

01:50:51   3   Q.   OKAY.

01:50:53   4   A.   AND ANOTHER ONE MIGHT BE SHOW SNMP MIB.

01:50:56   5   Q.   AND IF WE LOOK AT THE NEXT SLIDE 40, ARE THESE EXAMPLES OF

01:51:05   6   GENERIC COMMANDS, ACCORDING TO THE COURT'S CONSTRUCTION, THAT

01:51:07   7   SATISFY THE CLAIM LIMITATIONS?

01:51:08   8   A.   YES.

01:51:09   9          MR. PAK:  AND I KNOW YOU HAVE MANY OF THEM ON THE

01:51:13  10   SCREEN, BUT I BELIEVE WE HAVE AN AGREEMENT, YOUR HONOR, TO

01:51:15  11   SUBMIT THIS AS A SUMMARY EXHIBIT.

01:51:19  12          THE COURT:  OKAY.  DOES IT HAVE A NUMBER?

01:51:22  13          MR. PAK:  AND THE SUMMARY EXHIBIT WILL BE 599, AND I

01:51:25  14   WOULD LIKE TO MOVE THAT INTO EVIDENCE.

01:51:27  15          MR. KRISHNAN:  NO OBJECTION, YOUR HONOR.

01:51:28  16          THE COURT:  IT WILL BE ADMITTED.

01:51:30  17      (PLAINTIFF'S EXHIBIT 599 WAS ADMITTED INTO EVIDENCE.)

01:51:30  18   BY MR. PAK:

01:51:30  19   Q.   AND, AGAIN, JUST TO BE CLEAR, THIS PATENT IS NOT ABOUT THE

01:51:34  20   SPECIFIC COMMAND SYNTAX OR THE EXPRESSIONS ON THE SCREEN, IT'S

01:51:37  21   ABOUT THE CODE THAT'S RUNNING IN THE PARSER; IS THAT CORRECT?

01:51:40  22   A.   CORRECT, IT'S THE METHOD.

01:51:41  23   Q.   THANK YOU.  AND SO WERE YOU ABLE TO SATISFY YOURSELF THAT

01:51:46  24   1.1 OF CLAIM 1 WAS SATISFIED?

01:51:48  25   A.   YES, I THINK I'VE SHOWN YOU EVIDENCE THAT 1.1 IS

01:51:52   1    SATISFIED.

01:51:52   2    Q.   OKAY.  GO TO THE NEXT ELEMENT HERE.  WERE YOU ABLE TO FIND

01:51:55   3    A COMMAND PARSE TREE?

01:51:57   4    A.   I WAS.

01:51:58   5    Q.   OKAY.  AND WHAT'S THE SIGNIFICANCE OF THIS SLIDE, 46?

01:52:03   6    A.   THIS IS THE SLIDE, THIS IS THE FIGURE, RATHER, THAT

01:52:06   7    MR. SWEENEY DREW IN HIS DEPOSITION, AND WE SAW HIM DRAWING IT

01:52:12   8    ON THE VIDEO.

01:52:13   9         AND THIS IS HIS REPRESENTATION OF THE PARSE TREE THAT

01:52:17  10    EXISTS IN EOS, DEMONSTRATING THAT THERE IS A HIERARCHICAL DATA

01:52:24  11    STRUCTURE IN EOS.

01:52:25  12    Q.   NOW, IT DOESN'T LOOK A TREE IN THIS PARTICULAR FIGURE?

01:52:28  13    A.   WELL, IT DOESN'T LOOK LIKE THE TRADITIONAL REPRESENTATION

01:52:30  14    OF A TREE, BUT IT IS A TREE.  AND I CAN SHOW YOU THIS WITH THE

01:52:33  15    NEXT SLIDE.  WHAT I'M SHOWING HERE AT THE TOP IS THE FIGURE

01:52:38  16    MR. SWEENEY DREW.

01:52:40  17         AND ON THE BOTTOM IS A FIGURE FROM A VERY WELL-KNOWN

01:52:43  18    COMPUTER SCIENCE TEXTBOOK CALLED "THE ART OF COMPUTER

01:52:47  19    PROGRAMMING," WHICH I UNDERSTAND IS EXHIBIT 4493.

01:52:50  20         AND IT'S SIMPLY SAYING THAT THERE'S OTHER WAYS THAT YOU

01:52:53  21    CAN DRAW TREES AND NOTICE THAT PART OF THE FIGURE IS EXACTLY

01:52:57  22    THIS SORT OF NEST OF CIRCLE DIAGRAM THAT MR. SWEENEY DREW.

01:53:03  23    Q.   AND LET'S HAVE MR. FISHER HIGHLIGHT THAT, ON THE BOTTOM

01:53:06  24    FIGURE 20 SAYS FURTHER WAYS TO SHOW TREE STRUCTURE, A NESTED

01:53:12  25    SET.  IS THAT WHAT YOU EVER REFERRING TO?

JEFFAY DIRECT BY MR. PAK                                    1466

01:53:14   1    A.   CORRECT.

01:53:14   2    Q.   AND WHAT DO WE HAVE HERE ON SLIDE 49?

01:53:17   3    A.   SO THIS IS A MORE TRADITIONAL RENDERING OF THE TREE.  IT

01:53:22   4    HAS THE SAME INFORMATION AND CAPTURES THE SAME RELATIONSHIPS

01:53:25   5    AND THIS ONE I THINK WE CAN APPRECIATE LOOKS MORE LIKE A TREE.

01:53:29   6    Q.   OKAY.  SO HAVE YOU CHANGED THE STRUCTURE OF THE TREE IN

01:53:32   7    ANY WAY BY VISUALIZING IT THIS WAY?

01:53:34   8    A.   NO, IT'S THE SAME INFORMATION JUST REPRESENTED

01:53:37   9    DIFFERENTLY.

01:53:38   10   Q.   LET'S TAKE A LOOK AT HOW THAT COMPARES TO FIGURE 2 OF THE

01:53:42   11   '526 PATENT?

01:53:43   12   A.   SURE.  WE CAN SEE THEY ARE BOTH TRADITIONAL

01:53:45   13   REPRESENTATIONS OF TREE.

01:53:46   14   Q.   IS IT HIERARCHICAL?

01:53:47   15   A.   IT IS HIERARCHICAL.

01:53:49   16   Q.   IS IT A DATA STRUCTURE?

01:53:51   17   A.   MR. SWEENEY HAS TOLD US IT'S A DATA STRUCTURE IN EOS.

01:53:54   18   Q.   SO WERE YOU ABLE TO SATISFY YOURSELF THAT ELEMENT 1.2 IS

01:53:58   19   PRESENT IN THE ACCUSED PRODUCTS?

01:53:59   20   A.   YES.

01:54:00   21   Q.   AND LET'S LOOK AT THE NEXT ELEMENT WHICH IS THE CLAIM

01:54:05   22   LIMITATION, THE COMMAND PARSE TREE HAVING ELEMENTS, EACH

01:54:10   23   SPECIFYING AT LEAST ONE CORRESPONDING GENERIC COMMAND COMPONENT

01:54:13   24   AND A CORRESPONDING OF AT LEAST ONE COMMAND ACTION VALUE.  DO

01:54:17   25   YOU SEE THAT?

JEFFAY DIRECT BY MR. PAK                                        1467

01:54:18   1       A.   I DO.

01:54:18   2       Q.   AND I THINK YOU ALREADY WALKED US THROUGH THE ACTUAL

01:54:21   3   CONSTRUCTION FROM HER HONOR ON THIS PHRASE; IS THAT RIGHT?

01:54:24   4       A.   I DID.

01:54:25   5       Q.   AND WERE YOU ABLE TO APPLY THIS EXACT CONSTRUCTION TO THE

01:54:28   6   ANALYSIS THAT YOU DID AGAINST THE ACCUSED PRODUCTS?

01:54:31   7       A.   YES.

01:54:31   8       Q.   ALL RIGHT.  SO LET'S HAVE YOU DEMONSTRATE THAT ANALYSIS.

01:54:35   9   WHAT ARE WE LOOKING AT ON SLIDE 54 HERE?

01:54:38  10       A.   SO LET ME GIVE YOU A LITTLE SETUP HERE.  THIS IS A FIGURE

01:54:41  11   THAT'S SIMILAR TO THE ONE THAT WE SAW EARLIER THAT WAS

01:54:50  12   ILLUSTRATING AN EXAMPLE FROM THE PATENT.

01:54:52  13       THIS IS NOW GOING TO ILLUSTRATE AN ASPECT OF THE OPERATION

01:54:55  14   OF THE EOS SYSTEM.  SO AS I MENTIONED, WHEN I WAS TALKING ABOUT

01:55:00  15   THE CODE FOR PARSING, WHEN WE ARE EXECUTING THESE INHALE

01:55:05  16   FUNCTIONS, WHEN WE ARE LOOKING AT INDIVIDUAL WORDS, THINGS THAT

01:55:11  17   I AM GOING TO SAY ARE GENERIC COMMAND COMPONENTS, THE SYSTEM,

01:55:14  18   U.S. SYSTEM WILL HAVE A VARIABLE CALLED CONTEXT.STATE.

01:55:18  19       AND CONTEXT.STATE IS THE SCOREBOARD.  IT'S TRYING TO

01:55:21  20   REPRESENT WHAT'S GOING ON IN THE SYSTEM, WHERE WE ARE, AND IT'S

01:55:25  21   GOING TO KEEP A LIST OF ALL THE RULES THAT WE COULD POTENTIALLY

01:55:28  22   MATCH AT THIS POINT, AND FOR EACH OF THOSE RULES IT'S GOING TO

01:55:32  23   KEEP TRACK OF WHAT WE WILL CALL THE COMMAND ACTION VALUE FOR

01:55:36  24   THOSE PARTICULAR RULES.

01:55:38  25       SO FOR EACH WORD THAT GETS ENTERED, CONTEXT.STATE IS GOING

JEFFAY DIRECT BY MR. PAK                                    1468

01:55:42    1    TO HAVE A LIST OF ALL THE POSSIBLE FUNCTIONS THAT COULD

01:55:46    2    POSSIBLY BE EXECUTED AT THIS POINT.

01:55:49    3         SO WHEN WE TYPE IN THE FIRST WORD SHOW, WE WORK OUR WAY

01:55:54    4    DOWN THE PARSE TO THESE INHALE FUNCTIONS, AND AT THIS POINT

01:55:57    5    BECAUSE THERE'S ONLY ONE WORD, THERE'S POSSIBLY A LARGE NUMBER

01:56:00    6    OF COMMANDS THAT WE COULD MATCH, AND WHAT I'M ILLUSTRATING HERE

01:56:04    7    IS CONTEXT.STATE, KEEPING TRACK OF ALL THE POSSIBLE COMMAND

01:56:09    8    ACTION VALUES.  THESE THINGS CALLED VALUE FUNCTIONS, THAT COULD

01:56:12    9    BE EXECUTED AT THIS POINT.

01:56:14   10         AND AS THE USER CONTINUES AND ENTERS IN MORE DATA, SO IF

01:56:18   11    WE COULD JUST RUN THE ANIMATION TO THE NEXT STEP, NOW THE

01:56:23   12    SYSTEM HAS SEEN MORE INFORMATION AND NOW IT KNOWS MORE ABOUT

01:56:27   13    WHAT POTENTIALLY THIS COMMAND COULD BE, AND SO NOW THERE ARE

01:56:30   14    FEWER OPTIONS FOR WHAT THE COMMAND COULD BE.

01:56:33   15         SO THE CONTEXT.STATE THAT WOULD BE ASSOCIATED WITH THE

01:56:36   16    WORD OPENFLOW HAS FEWER VALUES, NOW HAS FEWER COMMAND ACTION

01:56:41   17    VALUES.

01:56:42   18         AND IF WE GO TO THE THIRD STEP THAT, ONCE THE PARSER SEES

01:56:45   19    THE LAST WORD, AT THIS POINT IT'S NOW IDENTIFIED A COMMAND AND

01:56:50   20    IT'S REFINED ITS SCOREBOARD TO NOW HAVE A SINGLE COMMAND ACTION

01:56:55   21    VALUE, AND THAT'S THE COMMAND ACTION VALUE OR THE VALUE

01:57:00   22    FUNCTION THAT WILL BE EXECUTED.

01:57:01   23    Q.   SO JUST TO REMIND THE JURY, WHAT WE SAW WAS WHEN THE SHOW

01:57:05   24    TOKEN OR WORD IS INHALED AND PROCESSED, YOU HAD FIVE COMMAND

01:57:08   25    ACTION VALUES IN THE SCOREBOARD?

JEFFAY DIRECT BY MR. PAK                                    1469

01:57:10  1    A.   CORRECT, BECAUSE WE DIDN'T KNOW, THERE WAS LOTS OF

01:57:13  2    POSSIBILITIES FOR WHAT SHOW COULD ULTIMATELY BE.

01:57:16  3    Q.   THE NEXT WORD CAME ALONG AND YOU HAD OPEN FLOW.  AND THIS

01:57:19  4    TIME THAT SET OF COMMAND ACTION VALUES WAS REDUCED TO THREE

01:57:23  5    VALUES?

01:57:23  6    A.   CORRECT, BECAUSE NOW WE KNOW THAT SOME OF THE COMPONENTS

01:57:27  7    CAN'T EXIST.

01:57:28  8    Q.   NOW, WE HAVE THE LAST WORD AND BINGO, WE GET MATCH, AND

01:57:32  9    YOU ARE JUST DOWN TO ONE COMMAND ACTION VALUE; IS THAT RIGHT?

01:57:36  10   A.   CORRECT.

01:57:36  11   Q.   AND DOES HER HONOR'S CONSTRUCTION ALLOW YOU TO HAVE MORE

01:57:39  12   THAN ONE COMMAND ACTION VALUE ASSOCIATED WITH EACH TOKEN AS IT

01:57:43  13   COMES IN?

01:57:44  14   A.   YES, IT DOES.

01:57:45  15   Q.   SO WITH THAT, WERE YOU ABLE TO SATISFY YOURSELF THAT

01:57:48  16   ELEMENT 1.3 IS PRESENT IN THE ACCUSED PRODUCTS?

01:57:52  17   A.   YES.

01:57:52  18   Q.   ALL RIGHT.  AND LET'S GO TO THE LAST COUPLE OF STEPS HERE.

01:57:55  19        SO WE HAVE YOU, AGAIN, TYPING ON THE LEFT-HAND SIDE AND

01:57:59  20   THIS TIME IT'S FOR VALIDATING A STEP, INCLUDING IDENTIFYING ONE

01:58:05  21   OF THE ELEMENTS AS A BEST MATCH RELATIVE TO THE GENERIC

01:58:09  22   COMMAND.

01:58:10  23        AND WERE YOU ABLE TO FIND EVIDENCE RELATING TO THIS

01:58:13  24   PARTICULAR LIMITATION?

01:58:15  25   A.   YES.  SO THE PREVIOUS SLIDE WAS JUST AN EXAMPLE OF TYPING

01:58:18  1    IN A VALID COMMAND TO SHOW THAT IT OBVIOUSLY RECOGNIZES IT AS A

01:58:23  2    VALID COMMAND.  BUT THE COMMANDS DON'T HAVE TO BE COMPLETE.

01:58:26  3        SO WHAT I'M SHOWING HERE IS AN EXCERPT FROM A BOOK CALLED

01:58:29  4    "ARISTA WARRIOR," WHICH IS EXHIBIT 31, AND HERE WHAT IT'S

01:58:35  5    SAYING IS THAT JUST LIKE IOS, WHICH IS THE CISCO OPERATING

01:58:39  6    SYSTEM, YOU CAN EXECUTE WHAT ARE CALLED TRUNCATED COMMANDS.

01:58:44  7        SO IF WE LOOK DOWN AT THE VERY BOTTOM OF THIS CALLOUT

01:58:48  8    HERE, IT'S SAYING THAT, FOR EXAMPLE, IN THE CASE OF TYPING THE

01:58:51  9    COMMAND EXIT, YOU CAN TYPE EX, WHICH IS NOT THE ENTIRE COMMAND,

01:58:57  10   HIT ENTER AND THE SYSTEM WILL FIGURE OUT THAT EX MEANT EXIT

01:59:01  11   BECAUSE IT'S A NONAMBIGUOUS COMMAND.

01:59:03  12   Q.   COULD YOU HIGHLIGHT THAT, MR. FISHER, ON THE SCREEN, EX.

01:59:06  13       SO INSTEAD OF TYPING IN THE WHOLE PHRASE EXIT, YOU WERE

01:59:09  14   JUST TYPING IN EX AND THE SYSTEM IS SMART ENOUGH TO KNOW IT'S A

01:59:13  15   BEST MATCH.

01:59:13  16   A.   CORRECT.

01:59:15  17       MR. PAK:  SO AT THIS TIME, YOUR HONOR, I WOULD LIKE

01:59:16  18   TO MOVE IN EXHIBIT 31.

01:59:19  19           THE COURT:  ANY OBJECTION?

01:59:20  20           MR. KRISHNAN:  NO OBJECTION.

01:59:21  21           THE COURT:  IT WILL BE ADMITTED.

01:59:23  22       (PLAINTIFF'S EXHIBIT 31 WAS ADMITTED INTO EVIDENCE.)

01:59:23  23   BY MR. PAK:

01:59:23  24   Q.   AND ON PAGE 60 TO 61 OF THE SAME BOOK "THE ARISTA

01:59:27  25   WARRIOR," HOW DOES THAT PAGE REPORT TO YOUR INFRINGEMENT

01:59:30   1        ANALYSIS?

01:59:30   2        A.   THIS JUST SIMPLY SHOWS ANOTHER TYPE OF BEST MATCH THAT EOS

01:59:34   3        IS CAPABLE OF DOING.

01:59:36   4            IF YOU ARE TYPING IN A COMMAND AND YOU FORGET THE EXACT

01:59:40   5        SYNTAX, YOU CAN TYPE QUESTION MARK AND IT WILL PRESENT YOU WITH

01:59:43   6        A LIST OF POSSIBILITIES.

01:59:45   7            SO IT'S ABLE TO MATCH AT LEAST AT THE LEVEL OF KNOWING

01:59:48   8        WHAT ALL THE POSSIBILITIES ARE.  AND IN THE EVENT THAT THERE'S

01:59:52   9        ONLY ONE POSSIBILITY, YOU CAN HIT THE TAB KEY AND IT WILL

01:59:56  10        COMPLETE THE COMMAND FOR YOU AS SHOWN IN THE MIDDLE OF THE BOX.

01:59:59  11        Q.   AND IS THAT CALLED TAB COMPLETION SOMETIMES?

02:00:02  12        A.   AND THAT'S CALLED TAB COMPLETION.

02:00:04  13        Q.   OKAY.  AND SO WERE YOU ABLE TO SATISFY YOURSELF THAT

02:00:07  14        ELEMENT 1.4 IS PRESENT IN THE ACCUSED SYSTEMS?

02:00:10  15        A.   YES.

02:00:11  16        Q.   OKAY.  AND WE ARE NOW ALMOST DONE.  WE WILL GET TO THE

02:00:15  17        LAST ONE WHICH IS ISSUING A PRESCRIBED COMMAND OF A SELECTED

02:00:21  18        ONE OF THE MANAGEMENT PROGRAMS ACCORDING TO THE CORRESPONDING

02:00:24  19        COMMAND FORMAT BASED ON THE IDENTIFIED ONE ELEMENT.

02:00:27  20            AND HERE WHAT ARE WE SEEING IN THE FIRST COLUMN, SHOW OPEN

02:00:31  21        FLOW?

02:00:31  22        A.   SO WHAT I'VE DONE HERE IS ANALYZE THE CODE TO DETERMINE

02:00:35  23        WHAT THE ACTUAL COMMANDS THAT WILL BE EXECUTED BY AGENTS IN THE

02:00:41  24        EOS PRODUCTS.

02:00:41  25            SO THE GENERIC COMMAND ON THE LEFT COLUMN IS WHAT THE USER

JEFFAY DIRECT BY MR. PAK                                    1472

02:00:44   1    TYPES, THAT'S THE SIMPLIFIED SYNTAX.  AND WHAT'S GOING TO BE

02:00:52   2    EXECUTING IS THE COMMAND IN THE CENTER.  AND THE SUPPORT FOR

02:00:54   3    THIS IS SHOWN IN THE SOURCE CODE FILES ON THE RIGHT.

02:00:55   4    Q.   AND ON THE RIGHT IT SAYS PRESCRIBED COMMAND, WHAT'S THE

02:00:59   5    CORRESPONDING PRESCRIBED COMMAND FOR THE COMMAND SHOW OPENFLOW?

02:01:05   6    A.   PRESCRIBED COMMAND IS OPENFLOW SHOW.

02:01:07   7    Q.   OKAY.  AND THEN WHAT ARE SOME OF THESE THINGS WITH THE

02:01:10   8    LITTLE DASHES AND THE BRACKETS, WHAT IS THAT?

02:01:12   9    A.   SO THAT'S SOME KIND OF COMPUTER ARCANE, BUT THOSE ARE

02:01:17  10    BASICALLY WHAT WE CALL ARGUMENTS OR PARAMETERS TO THE COMMAND.

02:01:20  11        SO THE COMMAND IS "OPENFLOW SHOW" AND YOU CAN SPECIFY

02:01:23  12    ADDITIONAL INFORMATION TO THE COMMAND.

02:01:26  13    Q.   SO THOSE WOULD BE THINGS THE USER CAN TYPE IN?

02:01:29  14    A.   YES, THE USER HAS TO TYPE THOSE IN.

02:01:31  15    Q.   SO WE HAVE A MULTIWORD COMMAND, "SHOW OPENFLOW" THAT GETS

02:01:39  16    MAPPED TO A SINGLE WORD COMMAND "OPENFLOW SHOW" FOR THE

02:01:43  17    PARTICULAR TOOL; IS THAT TRUE?

02:01:45  18    A.   THAT'S CORRECT.

02:01:46  19    Q.   AND THEN YOU GAVE SOME OTHER EXAMPLES OF THESE SIMILAR

02:01:49  20    TYPES OF MAPPINGS?

02:01:50  21    A.   THAT'S CORRECT.

02:01:51  22    Q.   AND LET'S TAKE A LOOK AT SOME MORE EXAMPLES.  SO IF I LOOK

02:01:54  23    AT SLIDE 60, AND THIS IS ALL PART OF YOUR SUMMARY EXHIBIT THAT

02:01:59  24    HAS BEEN ADMITTED INTO EVIDENCE, AND THIS IS INTERESTING, SO I

02:02:04  25    LOOK AT, FOR EXAMPLE, SHOW TECH-SUPPORT.

02:02:09   1            DO YOU SEE THAT?

02:02:10   2     A.   I DO.

02:02:11   3     Q.   SO THAT'S THE COMMAND THAT'S SHOWN TO THE USER IN THE

02:02:14   4     ARISTA SYSTEM; IS THAT RIGHT?

02:02:14   5     A.   THAT'S WHAT THE USER CAN TYPE.

02:02:16   6     Q.   BUT THE PRESCRIBED COMMAND FOR THE SAME FUNCTIONS IN THE

02:02:19   7     TOOL THAT MAY HAVE BEEN DEVELOPED BY SOMEBODY ELSE, WHAT IS

02:02:23   8     THAT PRESCRIBE COMMAND?

02:02:24   9     A.   WELL, WE CAN SEE IT'S PRETTY LONG AND COMPLEX WITH LOTS OF

02:02:28   10    POTENTIAL ARGUMENTS, FAST CLI, THE MINUS P OPTION, THE MINUS

02:02:36   11    MINUS DISABLE AND SO ON.

02:02:37   12    Q.   WHY IS IT THE CASE THAT ONE SET OF ENGINEERS, THE ARISTA

02:02:41   13    SET OF ENGINEERS DECIDED TO USE SHOW TECH-SUPPORT AND MAYBE

02:02:44   14    ANOTHER SET OF ENGINEERS AT A DIFFERENT COMPANY CHOSE THE WORD

02:02:47   15    "FAST CLI?"

02:02:48   16    A.   WELL, THEY WERE HAVING DIFFERENT TASKS.  I MEAN, THEY ARE

02:02:52   17    UNDOUBTEDLY DEVELOPED INDEPENDENTLY AND THEY MADE INDEPENDENT

02:02:55   18    DECISIONS AS TO HOW DESIGN THEIR INTERFACE.

02:02:58   19    Q.   IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF HOW USER

02:03:00   20    INTERFACES ARE DESIGNED?

02:03:01   21    A.   YES, ABSOLUTELY.

02:03:02   22    Q.   NOW, LET'S LOOK AT THE NEXT EXAMPLE.  SHOW PLATFORM PKT IS

02:03:08   23    THE COMMAND IN THE ARISTA SYSTEM.  WHAT'S THE CORRESPONDING

02:03:12   24    COMMAND THAT WAS DEVELOPED IN THE TOOL THAT IT TALKS TO?

02:03:15   25    A.   SO THIS ONE IS ACTUALLY A LITTLE SIMPLER, IT'S JUST FAB

02:03:19  1        DUMP.

02:03:19  2        Q.   OKAY.  SO FAB DUMP IS DOING THE SAME THING AS SHOW

02:03:23  3        PLATFORM PKT?

02:03:25  4        A.   CORRECT.

02:03:26  5        Q.   AND LET'S GO TO THE NEXT SLIDE.

02:03:32  6             YOU SHOW SNMP MIB.  THAT'S ONE OF THE COMMANDS YOU SHOWED

02:03:38  7        US; IS THAT CORRECT?

02:03:39  8        A.   THAT'S CORRECT.

02:03:39  9        Q.   AND THEN IF YOU LOOK AT HOW THAT SAME FUNCTION IS

02:03:42  10       PERFORMED BY A DIFFERENT CLI COMMAND, WHAT IS THE DIFFERENT CLI

02:03:51  11       COMMAND YOU'VE IDENTIFIED?

02:03:51  12       A.   THE PRESCRIBED COMMAND, THE THING THAT COMES OUT AT THE

02:03:54  13       BACKEND IS SNMP BULK WALK WITH ALL OF THESE FOLLOWING

02:03:58  14       ARGUMENTS.

02:03:59  15       Q.   OKAY.  LET'S LOOK AT SOME MORE EXAMPLES.

02:04:02  16            SLIDE 62.  CLOCK SET, THAT'S THE COMMAND IN THE ARISTA

02:04:05  17       SYSTEM; IS THAT CORRECT?

02:04:06  18       A.   THAT'S CORRECT.

02:04:07  19       Q.   AND WHAT'S THE SET OF COMMANDS THAT ANOTHER SET OF

02:04:11  20       ENGINEERS DESIGNED FOR THE SAME FUNCTIONALITY IN THE DIFFERENT

02:04:14  21       TOOL?

02:04:14  22       A.   SO THIS ONE WILL ACTUALLY REQUIRE TWO COMMANDS TO BE

02:04:18  23       EXECUTED, THE DATA COMMAND FOLLOWED BY THE/SBIN/HWCLOCK

02:04:25  24       COMMAND.

02:04:25  25       Q.   AND, AGAIN, CAN YOU EXPLAIN TO US WHY DIFFERENT ENGINEERS

02:04:28  1    CAME TO DIFFERENT VIEWS ON COMING UP WITH THE COMMAND

02:04:33  2    EXPRESSION FOR SETTING A CLOCK?

02:04:35  3    A.  WELL, THEY MIGHT HAVE HAD DIFFERENT PURPOSES FOR DESIGNING

02:04:40  4    THEIR COMMANDS.  THESE TWO COMMANDS ARE PROBABLY INDEPENDENT

02:04:45  5    COMMANDS, AND THE DESIGNER FOR THE EOS REALIZED WE COULD

02:04:51  6    COMBINE THEM AND CREATE A NEW COMMAND AND GIVE IT A SIMPLER

02:04:54  7    NAME.

02:04:54  8        SO ALL OF THE DESIGNERS OF THESE INTERFACES ARE MAKING

02:04:57  9    THEIR OWN DECISIONS ABOUT HOW TO EXPRESS THE INTERFACE FOR

02:05:00  10   THEIR PARTICULAR TOOL.

02:05:01  11   Q.  LOOKING AT ELEMENT 1.5, WERE YOU ABLE TO SATISFY YOURSELF

02:05:05  12   THAT THAT ELEMENT IS SATISFIED IN THE ACCUSED PRODUCTS?

02:05:07  13   A.  YES.

02:05:08  14   Q.  GREAT.  SO AT THIS POINT HAVE YOU PROVIDED ALL EVIDENCE OF

02:05:11  15   INFRINGEMENT FOR CLAIM 1?

02:05:13  16   A.  YES.

02:05:14  17   Q.  OKAY.  SO IN YOUR OPINION, DO YOU BELIEVE THAT CLAIM 1 IS

02:05:17  18   INFRINGED BY THE ACCUSED EOS PRODUCTS AND ARISTA PRODUCTS?

02:05:21  19   A.  I DO.

02:05:22  20   Q.  SO LET'S LOOK AT CLAIM 14.  THIS ONE WILL GO A LOT FASTER

02:05:27  21   BECAUSE IT HAS THE SAME LIMITATIONS BUT IT'S IN A DIFFERENT

02:05:30  22   FORMAT; IS THAT RIGHT?

02:05:31  23   A.  THAT'S RIGHT.

02:05:32  24   Q.  THIS ONE IS THE COMPUTER READABLE MEDIUM CLAIM; CORRECT?

02:05:35  25   A.  YES.

02:05:35   1    Q.   SO THIS TIME WHAT I'M GOING TO DO IS JUST FOCUS ON THE

02:05:41   2    LIMITATIONS THAT SHOW THE DIFFERENT LIMITATIONS OF THIS CLAIM

02:05:45   3    VERSUS CLAIM 1.  ARE YOU WITH ME?

02:05:47   4    A.   YES.

02:05:47   5    Q.   SO LET'S LOOK AT SLIDE 68.  WERE YOU ABLE TO FIND A

02:05:52   6    COMPUTER READABLE MEDIUM THAT HAS STORED SEQUENCES OF

02:05:56   7    INSTRUCTIONS FOR EXECUTING A PLURALITY OF MANAGEMENT PROGRAMS

02:06:00   8    ACCORDING TO RESPECTIVE COMMAND FORMATS, THE SEQUENCE OF

02:06:04   9    INSTRUCTIONS INCLUDING INSTRUCTIONS FOR PERFORMING THE STEPS

02:06:07  10    OF.  THOSE ARE THE SAME STEPS?

02:06:09  11    A.   YES.  SO WHAT I'M SHOWING HERE IS AGAIN A FIGURE FROM

02:06:12  12    THE -- THE SAME FIGURE FROM EXHIBIT 24, THE DATA SHEET FOR THE

02:06:16  13    700 SERIES SWITCHES, AND NOW FOCUSSING ON THE TWO ELEMENTS

02:06:20  14    BELOW PROCESSOR TO SIMPLY SHOW THAT THE SYSTEM HAS A SYSTEM

02:06:23  15    MEMORY AND FLASH STORAGE MEMORY, WHICH ARE BOTH COMPUTABLE

02:06:29  16    READABLE MEDIUM.

02:06:29  17        AND THESE ARE WHERE THE INSTRUCTIONS THAT WOULD PERFORM

02:06:33  18    THE STEPS THAT WE HAVE JUST SPOKEN ABOUT WOULD BE STORED.

02:06:36  19    Q.   AND CAN YOU JUST CONFIRM FOR THE JURY THAT WE ARE LOOKING

02:06:39  20    AT THE SAME SET OF STEPS FOR CLAIM 1 THAT WE ANALYZED VERSUS

02:06:44  21    CLAIM 14 THAT WE ARE ANALYZING NOW?

02:06:46  22    A.   YES.  SO THIS CARTOON JUST SIMPLY ILLUSTRATES THAT THE

02:06:49  23    STEPS ARE EXACTLY -- I BELIEVE THEY ARE WORD FOR WORD EXACTLY

02:06:53  24    THE SAME.

02:06:53  25    Q.   SO WOULD ALL THE EVIDENCE AND ANALYSIS THAT YOU PRESENTED

02:06:56  1    FOR CLAIM 1 APPLY EQUALLY TO CLAIM 14?

02:06:58  2    A.   YES.

02:06:59  3    Q.   OKAY.  SO WERE YOU ABLE TO SATISFY YOURSELF AGAIN THAT

02:07:02  4    CLAIM 14 IS INFRINGED BY ALL OF THE ACCUSED ARISTA PRODUCTS?

02:07:06  5    A.   YES.

02:07:07  6    Q.   OKAY.  LET ME SHOW YOU JUST A FEW OF THE EVIDENCE THAT

02:07:15  7    YOU'VE SEEN.  THIS IS EXHIBIT 0034.

02:07:20  8         HOW DOES ARISTA MARKET OR EXPLAIN THE VALUE OF THE ACCUSED

02:07:25  9    TECHNOLOGY, SPECIFICALLY THE SYSDB TECHNOLOGY?

02:07:31 10    A.   SO THIS IS A DOCUMENT PRODUCED BY ARISTA THAT'S TALKING

02:07:34 11    ABOUT THEIR OPERATING SYSTEM, EOS.

02:07:36 12         AND HERE WHAT IT'S DOING IS IT'S TOUTING THE BENEFITS OF

02:07:40 13    THEIR AGENT ARCHITECTURE.  AND THE AGENTS ARE A KEY PART OF THE

02:07:45 14    INFRINGING TECHNOLOGY FOR THE '526 PATENT.

02:07:48 15         AND IT'S SIMPLY SAYING THAT BECAUSE EOS HAS THIS PROTECTED

02:07:53 16    ENVIRONMENT CONSISTENT OF SUBSYSTEMS AND AGENTS, YOU CAN RUN

02:07:58 17    VALIDATED THIRD PARTY AGENTS.  SO THERE'S A BENEFIT TO THEIR

02:08:01 18    SYSDB ARCHITECTURE.

02:08:03 19         MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE EXHIBIT 34

02:08:05 20    INTO EVIDENCE.

02:08:06 21         MR. KRISHNAN:  NO OBJECTION.

02:08:07 22         THE COURT:  IT WILL BE ADMITTED.

02:08:08 23    (PLAINTIFF'S EXHIBIT 34 WAS ADMITTED INTO EVIDENCE.)

02:08:08 24         MR. PAK:  SORRY, I THINK IT WAS ALREADY ADMITTED.  SO

02:08:11 25    LET'S LOOK AT EXHIBIT -- ACTUALLY, THE NEXT SLIDE.  SLIDE 29.

JEFFAY DIRECT BY MR. PAK                    1478

02:08:17  1    Q.   THIS IS EXHIBIT 25.  AND CAN YOU EXPLAIN AT A HIGH LEVEL

02:08:22  2    WHAT THIS EXHIBIT IS AND WHY YOU ARE USING THIS IN YOUR

02:08:26  3    ANALYSIS?

02:08:26  4    A.   SURE.  THIS IS ANOTHER ARISTA DOCUMENT TITLED "CUSTOMIZING

02:08:29  5    THE EOS CLI."  AND THIS IS BASICALLY SAYING THAT BECAUSE OF

02:08:33  6    THEIR EXTENSIBLE DESIGN, THE RELIANCE ON SYSDB, YOU CAN

02:08:40  7    CUSTOMIZE THE OPERATING SYSTEM TO MEET YOUR REQUIREMENTS

02:08:42  8    INSTEAD OF HAVING TO WAIT YEARS FOR YOUR VENDOR TO REACT.

02:08:45  9        SO THIS IS A BENEFIT TO THEIR ARCHITECTURE.

02:08:48  10            MR. PAK:  AND I WOULD LIKE TO MOVE EXHIBIT 25 INTO

02:08:50  11   EVIDENCE, YOUR HONOR.

02:08:51  12            MR. KRISHNAN:  NO OBJECTION.

02:08:52  13            THE COURT:  IT WILL BE ADMITTED.

02:08:54  14        (PLAINTIFF'S EXHIBIT 25 WAS ADMITTED INTO EVIDENCE.)

02:08:54  15   BY MR. PAK:

02:09:06  16   Q.   AND CAN YOU READ INTO THE RECORD THE FIRST PARAGRAPH OF

02:09:10  17   THE EXHIBIT 25.  THIS IS AN ARISTA DOCUMENT; CORRECT?

02:09:12  18   A.   YES.  AS I SAID, THIS IS AN ARISTA DOCUMENT THAT'S

02:09:16  19   ENTITLED CUSTOMIZING EOS CLI PARSER 101.

02:09:20  20        SO THE FIRST PARAGRAPH IS:  THE FUNDAMENTAL OPERATION OF

02:09:23  21   THE NETWORK OPERATING SYSTEM COMMAND-LINE INTERFACE, CLI, HAS

02:09:27  22   NOT CHANGED IN OVER 20 YEARS, CREATED AS THE PRIMARY MECHANISM

02:09:32  23   FOR INTERACTING WITH SWITCHES AND ROUTERS, THE CLI HAS REMAINED

02:09:36  24   AN UNCHANGED ENIGMATIC ENTITY SINCE ITS CREATION.  ONCE

02:09:40  25   MASTERED, IT ALLOWS THE USER TO PERFORM VARIED TASKS FROM

JEFFAY DIRECT BY MR. PAK

02:09:46  1    CONFIGURATION AND MONITORING TO TROUBLE SHOOTING AND

02:09:48  2    MANAGEMENT.  WHAT IT DOES NOT PROVIDE IS THE ABILITIES TO

02:09:50  3    SUPPORT THE RAPIDLY CHANGING REQUIREMENTS OF TODAY'S HIGH

02:09:53  4    PERFORMANCE NETWORKS.

02:09:54  5    Q.    OKAY.  LET'S PAUSE YOU THERE.

02:09:56  6         SO THEN IF YOU SCROLL DOWN, SO GETTING STARTED, OR

02:10:04  7    ACTUALLY GOING BACK UP A LITTLE BIT, SORRY, LET'S HAVE YOU READ

02:10:08  8    THE SECOND PARAGRAPH, THE EXTENSIBLE DESIGN PARAGRAPH?

02:10:11  9    A.    RIGHT.  SO THAT WAS THE PART THAT WAS ON MY SLIDE.  IT

02:10:14  10   SAYS THE EXTENSIBLE DESIGN OF ARISTA'S EOS PROVIDE THE ABILITY

02:10:18  11   TO RAPIDLY CUSTOMIZE EOS TO MEET YOUR OPERATIONAL REQUIREMENTS.

02:10:22  12   INSTEAD OF CREATING "OFF BOX" SCRIPTS OR TOOLS, AWAITING OR

02:10:29  13   WAITING YEARS FOR YOUR CHOSEN VENDOR TO REACT YOU CAN EASILY

02:10:32  14   CUSTOMIZE EOS.

02:10:33  15   Q.    SO WHAT IS ARISTA TELLING THE WORLD ABOUT WHAT YOU CAN DO

02:10:36  16   WITH THE CLI COMMANDS FOR EOS?

02:10:38  17   A.    WELL, THEY ARE SAYING THAT IT'S EXTENSIBLE.  SO YOU CAN

02:10:41  18   CREATE YOUR OWN COMMANDS.

02:10:43  19   Q.    OKAY.  SO YOU COULD WRITE ANY COMMAND YOU WANT AND PUT IT

02:10:46  20   INTO THE ARISTA SYSTEM USING THIS TECHNOLOGY?

02:10:49  21   A.    THERE'S PROBABLY SOME LIMITS, BUT ULTIMATELY YOU NEED AN

02:10:53  22   AGENT TO EXECUTE YOUR COMMAND, BUT OTHER THAN THAT THERE'S NO

02:10:56  23   LIMIT TO WHAT YOU CAN DO.

02:10:57  24   Q.    SO YOU CAN CHANGE THE COMMAND, YOU CAN ADD NEW COMMANDS,

02:10:59  25   YOU CAN SUPPORT OTHER TYPES OF COMMANDS USING THIS EXTENSIBLE

02:11:03  1    ARCHITECTURE?

02:11:04  2    A.   SURE.

02:11:05  3    Q.   SO WE'VE DONE DIRECT INFRINGEMENT.  YOUR JOB ALSO INCLUDED

02:11:10  4    LOOKING AT SOME OF THE EVIDENCE OF INDIRECT INFRINGEMENT.  THIS

02:11:14  5    IS SLIDE 71.

02:11:23  6         AND I THINK MR. NELSON DID ME THE FAVOR OF INTRODUCING

02:11:26  7    THIS ONE INTO EVIDENCE.  SO THIS NEXT SLIDE IS EXHIBIT 13, I

02:11:30  8    BELIEVE THAT'S IN EVIDENCE.

02:11:35  9              THE CLERK:  YES.

02:11:36  10             MR. PAK:  OKAY.  GREAT.

02:11:37  11             MR. VAN NEST:  IT'S IN EVIDENCE, YOUR HONOR.

02:11:38  12             THE COURT:  THANK YOU.

02:11:39  13   BY MR. PAK:

02:11:39  14   Q.   SO THIS IS ONE OF THE ARISTA USER MANUALS THAT YOU'VE

02:11:42  15   SEEN, DR. JEFFAY?

02:11:43  16   A.   IT IS.

02:11:43  17   Q.   OKAY.  AND WHY ARE YOU SHOWING THIS ONE WITH ALL THE

02:11:47  18   DIFFERENT COMMANDS LISTED OUT AND HIGHLIGHTED SHOW SNMP MIB?

02:11:52  19   A.   SO SHOW SNMP MIB IS JUST A PARTICULAR EXAMPLE, AND IT'S AN

02:11:57  20   EXAMPLE OF A COMMAND THAT HAS -- IT'S A GENERIC COMMAND THAT'S

02:12:01  21   GOING TO BE TRANSLATED INTO A PRESCRIBED COMMAND AND EXECUTED

02:12:05  22   BY AN AGENT.

02:12:06  23        AND THIS IS SIMPLY SAYING THAT ARISTA HAS DOCUMENTS THAT

02:12:10  24   ENCOURAGE OR TEACH PEOPLE TO USE COMMANDS THAT, WHEN ENTERED

02:12:15  25   INTO THE SYSTEM, WILL CAUSE THE INFRINGING METHOD TO BE

02:12:18  1    PERFORMED.

02:12:19  2    Q.   SO AGAIN ON SLIDE 74, CAN YOU EXPLAIN TO THE JURY YOUR

02:12:21  3    UNDERSTANDING OF WHAT YOU WERE TRYING TO LOOK FOR IN TERMS OF

02:12:25  4    INDIRECT INFRINGEMENT?

02:12:26  5    A.   SURE.  SO THIS PARTICULAR KIND OF INDIRECT INFRINGEMENT I

02:12:30  6    UNDERSTAND IS KNOWN AS INDUCEMENT.  AND BASICALLY THE ACTUAL

02:12:35  7    INFRINGEMENT OCCURS DIRECTLY BY ARISTA'S CUSTOMERS, FOR

02:12:38  8    EXAMPLE, IF THEY WERE TO TYPE IN THAT COMMAND SNMP AND SHOW

02:12:43  9    SNMP MIB.  AND THAT ARISTA HAD KNOWLEDGE OF THE '526 PATENT

02:12:47  10   BECAUSE THEY WERE SERVED THE COMPLAINT IN THIS MATTER.

02:12:51  11        AND THEN ARISTA ENCOURAGES THEIR CUSTOMERS BY USING THE

02:12:55  12   FUNCTION BECAUSE, FOR EXAMPLE, THEY HAVE IT IN THEIR

02:12:58  13   DOCUMENTATION.

02:12:58  14   Q.   OKAY.  AND THEN DID YOU LOOK AT THE ISSUE OF CONTRIBUTORY

02:13:04  15   INFRINGEMENT WHICH IS ANOTHER TYPE OF INDIRECT INFRINGEMENT?

02:13:06  16   A.   I DID.

02:13:07  17   Q.   CAN YOU SUMMARIZE YOUR FINDINGS WITH RESPECT TO

02:13:10  18   CONTRIBUTORY INFRINGEMENT?

02:13:11  19   A.   SURE.  SO, AGAIN, WHEN A USER WERE TO TYPE IN A COMMAND

02:13:14  20   LIKE SHOW SNMP MIB, THEY WOULD BE DIRECTLY INFRINGING.  ARISTA

02:13:17  21   HAD KNOWLEDGE OF THE PATENT, AT LEAST AS OF THE TIME THAT

02:13:22  22   ARISTA WAS SERVED THE COMPLAINT IN THIS CASE.

02:13:25  23        AND IT'S MY OPINION THAT WITH REGARD TO THESE PARSING AND

02:13:30  24   TRANSLATING FUNCTIONS THAT WE TALKED ABOUT, THE EOS PRODUCTS

02:13:34  25   WERE SPECIALLY MADE TO PERFORM THIS, THE INFRINGING METHOD AND

02:13:37   1    IN PARTICULAR, THAT THEY HAVE NO SUBSTANTIAL NONINFRINGING USE.

02:13:41   2    Q.   AND, AGAIN, WHO DESIGNED THIS SYSDB AND THE CLI AGENT TO

02:13:46   3    WORK TOGETHER, WERE THOSE ARISTA ENGINEERS OR THIRD-PARTY

02:13:49   4    ENGINEERS TO YOUR KNOWLEDGE?

02:13:51   5    A.   THOSE WERE ARISTA ENGINEERS.

02:13:53   6    Q.   AND I'M GOING TO NOW GO TO THE NEXT SECTION OF YOUR

02:13:56   7    ANALYSIS WHICH IS LOOKING AT WHETHER CISCO PRACTICES THE '526

02:14:00   8    PATENT.  BUT I THINK THIS PRESENTATION WILL BE RELATIVELY SHORT

02:14:04   9    BECAUSE MY UNDERSTANDING IS THAT BOTH YOU AND DR. CHASE, WHO IS

02:14:07  10    ARISTA'S EXPERT, DO NOT DISPUTE THAT CISCO PRACTICES THIS

02:14:11  11    PATENT; IS THAT CORRECT?

02:14:12  12    A.   THAT'S MY UNDERSTANDING.

02:14:13  13    Q.   SO I THINK WE CAN KEEP THIS ONE FAIRLY LIMITED.  AGAIN, I

02:14:17  14    DON'T WANT YOU TO DISCLOSE A LOT OF CONFIDENTIAL ASPECTS OF THE

02:14:22  15    CODE.  BUT WHAT IS THE SOURCE CODE SPECIFICALLY THAT YOU LOOKED

02:14:24  16    AT FROM CISCO?

02:14:25  17    A.   WELL, THESE ARE THE FILES THAT ARE SHOWN HERE.  SO, FOR

02:14:28  18    EXAMPLE, THE PREAMBLE OF CLAIM 1, YOU CAN FIND THE CODE INSIDE

02:14:35  19    THE FILE GLOBAL_SHOW.COMMAND.

02:14:39  20        THE FIRST LIMITATION OF CLAIM 1 YOU CAN FIND IN SUPPORT IN

02:14:45  21    THE FILE CONFIG.C.

02:14:47  22        THE SECOND LIMITATION YOU CAN FIND IN PARSER.C, AND

02:14:51  23    PARSER_TREE.C.

02:14:54  24        THE THIRD AND FOURTH LIMITATIONS OF CLAIM 1 YOU CAN FIND

02:15:00  25    SUPPORT IN PARSER.C.

JEFFAY DIRECT BY MR. PAK                              1483

02:15:02  1            AND THEN THE LAST LIMITATION YOU CAN FIND SUPPORT IN THE

02:15:05  2     REMAINING CODE HERE, PARSER_TOKENS.C, PARSER_OBJECTS.C AND

02:15:13  3     SHELL_PARSER.C

02:15:15  4     Q.   WERE YOU ABLE TO REVIEW SOME IOS XR DOCUMENTATION TO

02:15:19  5     SUPPORT YOUR VIEW THAT AT LEAST CLAIM 1 OF THE '526 PATENT IS

02:15:23  6     PRACTICED BY CISCO?

02:15:24  7     A.   YES, THAT ALONG WITH DISCUSSIONS WITH SOME CISCO

02:15:27  8     PERSONNEL.

02:15:27  9     Q.   AND DO YOU KNOW WHETHER ALL OF THIS MATERIAL WAS ALSO MADE

02:15:30  10    AVAILABLE FOR ARISTA'S EXPERT TO LOOK AT?

02:15:32  11    A.   MY UNDERSTANDING IS IT WAS.

02:15:34  12    Q.   AND HE'S NOT CHALLENGING YOUR VIEW OR OPINION THAT THAT

02:15:37  13    CLAIM IS SATISFIED?

02:15:38  14    A.   THAT'S MY UNDERSTANDING.

02:15:39  15    Q.   SO AGAIN, JUST SLIDE 78, SUMMARIZES YOUR OPINION WITH

02:15:43  16    RESPECT TO CISCO'S PRACTICE OF THE '526 PATENT.  AND I THINK I

02:15:47  17    MAY NEED TO MOVE INTO EVIDENCE THE CISCO SOURCE CODE FILES.

02:15:51  18         AGAIN, YOUR HONOR, THIS WOULD BE UNDER SEAL.

02:15:53  19             THE COURT:  OKAY.

02:15:53  20             MR. PAK:  IT'S 3605-A-C -- A THROUGH C.  I WOULD LIKE

02:16:02  21    TO MOVE THAT INTO EVIDENCE.

02:16:04  22             THE COURT:  THAT'S THREE SEPARATE EXHIBITS?

02:16:06  23         ANY OBJECTION?

02:16:08  24             MR. KRISHNAN:  NO OBJECTION.

02:16:09  25             THE COURT:  IT WILL BE ADMITTED.

02:16:09   1

02:16:09   2      (PLAINTIFF'S EXHIBIT 3605A, B, AND C WERE ADMITTED INTO

02:16:10   3      EVIDENCE.)

02:16:10   4      BY MR. PAK:

02:16:10   5      Q.   AND THE LAST SET OF QUESTIONS, DR. JEFFAY, IS, WERE YOU

02:16:14   6      ALSO ASKED TO THINK ABOUT THE HYPOTHETICAL SITUATION OF HAD

02:16:20   7      ARISTA WANTED TO AVOID INFRINGING THE '526 PATENT AND THEY

02:16:26   8      COULD DESIGN AROUND THE PATENT, WHICH IS TO TAKE OUT ALL OF THE

02:16:29   9      ASPECTS OF THE INFRINGING CODE, WHETHER THAT WOULD BE SOMETHING

02:16:33  10      THAT COULD BE POSSIBLE; AND, TWO, THE AMOUNT OF EFFORT IT WOULD

02:16:39  11      TAKE ARISTA TO DO THAT?

02:16:40  12      A.   YES, I DID CONSIDER THAT.

02:16:42  13      Q.   OKAY.  AND JUST TO BE CLEAR, DO YOU BELIEVE THAT AS A

02:16:45  14      TECHNICAL MATTER THAT YOU CAN DESIGN AROUND THE '526 PATENT BY

02:16:49  15      TAKING OUT THE INFRINGING FUNCTIONALITY?

02:16:50  16      A.   AS A TECHNICAL MATTER, I BELIEVE YOU CAN DO IT.

02:16:53  17      Q.   AS A -- FROM A PRODUCT STANDPOINT, ARE YOU OPINING THAT

02:16:58  18      THE DESIGN-AROUND PRODUCT WOULD BE EQUALLY ACCEPTABLE IN THE

02:17:03  19      MARKET PLACE?

02:17:04  20      A.   I'M NOT.  A LOT OF IT DEPENDS ON EXACTLY HOW ONE IS

02:17:07  21      PROPOSING TO DESIGN AROUND.  AND THERE REALLY IS NOT A VERY

02:17:10  22      CONCRETE PROPOSAL ON THE TABLE.

02:17:14  23      Q.   OKAY.  IS IT POSSIBLE THAT TAKING OUT YOUR EXPERT OPINION,

02:17:17  24      THAT TAKING OUT THE FEATURES THAT ARE ACCUSED WOULD MAKE THE

02:17:21  25      ARISTA PRODUCT INTO AN INFERIOR PRODUCT?

02:17:23  1      A.   YES.

02:17:24  2      Q.   AND LOOKING AT ALL OF THE TECHNOLOGY INVOLVED AND LOOKING

02:17:28  3      AT THE UNDERLYING EVIDENCE, WHAT'S YOUR OPINION ON ROUGHLY HOW

02:17:34  4      MUCH EFFORT WOULD BE INVOLVED IN DESIGNING AROUND THE '526

02:17:37  5      PATENT BY ARISTA?

02:17:38  6      A.   SO, AGAIN, IT'S GOING TO DEPEND ON EXACTLY HOW YOU ARE

02:17:41  7      TRYING TO GET AROUND IT.  AND AS I SAY, THERE REALLY AREN'T

02:17:44  8      VERY DETAILED PROPOSALS ON THE TABLE, BUT FROM WHAT WAS

02:17:48  9      PRESENTED, BASED ON MY EXPERIENCE HAVING WORKED WITH INDUSTRY

02:17:51 10      DEVELOPMENT TEAMS, I WOULD ESTIMATE IT WOULD TAKE ON THE ORDER

02:17:55 11      OF 20 INDIVIDUALS WORKING 6 MONTHS TO A YEAR TO REDESIGN THE

02:17:58 12      SYSTEM AND IMPLEMENT IT.

02:18:00 13      Q.   AND WHEN YOU SAY "INDIVIDUALS," YOU ARE TALKING ABOUT

02:18:02 14      SOFTWARE ENGINEERS?

02:18:02 15      A.   CORRECT.

02:18:03 16           MR. PAK:  YOUR HONOR, AT THIS POINT I WOULD LIKE TO

02:18:04 17      PASS THE WITNESS.

02:18:05 18           THE COURT:  OKAY.

02:18:09 19      LET'S GET STARTED WITH THE CROSS-EXAMINATION.  ALL RIGHT.

02:18:19 20           MR. KRISHNAN:  IT WILL JUST TAKE A MOMENT.

02:19:16 21                          **CROSS-EXAMINATION**

02:19:17 22      BY MR. KRISHNAN:

02:19:17 23      Q.   GOOD AFTERNOON, DR. JEFFAY.

02:19:19 24      A.   GOOD AFTERNOON.

02:19:19 25      Q.   WE HAVEN'T MET BEFORE, BUT JUST TO INTRODUCE MYSELF FOR

02:19:24  1    THE JURY, I'M AJAY KRISHNAN FOR ARISTA.

02:19:27  2    A.   YES.  HI.

02:19:28  3    Q.   FOR YOUR INFRINGEMENT ANALYSIS IN THIS CASE, YOU SUBMITTED

02:19:31  4    AN EXPERT REPORT; RIGHT?

02:19:33  5    A.   THAT'S RIGHT.

02:19:34  6    Q.   AND YOU WERE SUPPOSED TO LAY OUT YOUR ANALYSIS AND

02:19:37  7    CONCLUSIONS IN THAT EXPERT REPORT; RIGHT?

02:19:40  8    A.   THAT'S CORRECT.

02:19:40  9    Q.   AND YOU DID THAT?

02:19:41  10   A.   I DID.

02:19:42  11   Q.   NOW, IN THAT REPORT YOU IDENTIFIED 77 ARISTA COMMANDS AS

02:19:50  12   GENERIC COMMANDS UNDER YOUR INFRINGEMENT THEORY; RIGHT?

02:19:53  13   A.   CORRECT.  SEVENTY-SEVEN EXAMPLES.

02:19:56  14   Q.   AND IF WE COULD DISPLAY TX 599, WHICH IS ALREADY IN

02:20:00  15   EVIDENCE.

02:20:02  16        AND IF WE COULD BLOW UP, MAYBE THE FIRST SEVERAL LINES

02:20:05  17   THERE.

02:20:09  18        DR. JEFFAY, THIS IS THAT LIST OF THE 77 COMMANDS; RIGHT?

02:20:12  19   A.   YES.

02:20:13  20   Q.   OKAY.  NOW, YOU DIDN'T ANALYZE IN YOUR EXPERT REPORT THE

02:20:18  21   TOTAL NUMBER OF COMMANDS IN THE EOS; RIGHT?

02:20:20  22   A.   THAT'S CORRECT, I WAS FOCUSED ON DEMONSTRATING THE EOS

02:20:25  23   PERFORMS THE METHOD.

02:20:28  24   Q.   BUT YOU ASSUMED AS LEAST AT YOUR DEPOSITION THAT THERE

02:20:31  25   WERE OVER A THOUSAND COMMANDS IN EOS; RIGHT?

02:20:33  1      A.    THAT SOUNDS RIGHT.

02:20:34  2      Q.    SO OUT OF THE THOUSAND OR SO COMMANDS THAT YOU ASSUME ARE

02:20:39  3      IN EOS, YOU ONLY IDENTIFIED 77 IN YOUR EXPERT REPORT THAT YOU

02:20:44  4      CLAIM INFRINGE THE '526 PATENT; RIGHT?

02:20:48  5      A.    THAT'S ABSOLUTELY TRUE.  BUT, AGAIN, THE ISSUE IS NOT THE

02:20:51  6      NUMBER OF COMMANDS; THE ISSUE IS DO THE ARISTA PRODUCTS

02:20:53  7      PRACTICE THE METHOD.

02:20:55  8      Q.    FAIR ENOUGH.  NOW, LET'S TALK ABOUT THE 77 COMMANDS THAT

02:20:59  9      YOU IDENTIFIED.  YOU JUST USED THE SAME LIST OF 77 COMMANDS

02:21:04  10     THAT CISCO'S LAWYERS PROVIDED TO YOU; RIGHT?

02:21:06  11     A.    THAT'S CORRECT.

02:21:07  12     Q.    OKAY.  AND, IN FACT, IF WE BLOW UP THE TOP PORTION OF THAT

02:21:13  13     CHART, UNDER HIGHLY CONFIDENTIAL SOURCE CODE, FROM THERE MAYBE

02:21:22  14     DOWN TO THE FIRST LINE OF THE CHART, SO UP A LITTLE HIGHER.

02:21:26  15     RIGHT THERE, THAT'S GREAT.

02:21:28  16        OKAY.  SO, IN FACT, IT SAYS THERE AT THE TOP OF THE CHART,

02:21:32  17     '526 APPENDIX TO CISCO'S INFRINGEMENT CONTENTIONS; RIGHT?

02:21:35  18     A.    CORRECT.

02:21:35  19     Q.    AND THAT'S WHERE THIS DOCUMENT CAME FROM, FROM CISCO'S

02:21:39  20     INFRINGEMENT CONTENTIONS; RIGHT?

02:21:40  21     A.    THAT'S MY UNDERSTANDING.

02:21:42  22     Q.    AND YOU DID ZERO WORK ON CISCO'S INFRINGEMENT CONTENTIONS;

02:21:46  23     RIGHT?

02:21:46  24     A.    THAT'S CORRECT.

02:21:47  25     Q.    OKAY.  SO OUT OF -- AND SO THIS LIST OF 77 COMMANDS WAS

JEFFAY CROSS BY MR. KRISHNAN                                    1488

```
02:21:51   1        GENERATED BY SOMEONE OTHER THAN YOU?

02:21:53   2        A.   THAT'S RIGHT.

02:21:54   3        Q.   OKAY.  SO OUT OF THE LIST OF 77 COMMANDS THAT WAS

02:21:59   4        GENERATED BY SOMEONE OTHER THAN YOU, YOU INCLUDED EVERY SINGLE

02:22:04   5        ONE OF THOSE COMMANDS IN YOUR INFRINGEMENT REPORT; CORRECT?

02:22:08   6        A.   CORRECT.

02:22:09   7        Q.   YOU DIDN'T IDENTIFY ANY ADDITIONAL COMMANDS IN YOUR

02:22:11   8        REPORT?

02:22:11   9        A.   THAT'S RIGHT.  AGAIN, AS I SAY, THE ISSUE ISN'T THE

02:22:14  10        COMMANDS; THE ISSUE IS THE METHOD.

02:22:15  11        Q.   AND YOU DIDN'T DISAGREE WITH A SINGLE ONE OF THE 77

02:22:19  12        COMMANDS CISCO PUT ON YOUR LIST; RIGHT?

02:22:23  13        A.   THAT IS CORRECT.

02:22:24  14        Q.   NOW, WHEN YOU WERE DOING YOUR ANALYSIS, YOU WERE SUPPOSED

02:22:27  15        TO EVALUATE WHETHER OR NOT EOS INFRINGES; RIGHT?

02:22:29  16        A.   YES.

02:22:30  17        Q.   AND YOU WEREN'T JUST LOOKING FOR INFRINGEMENT; RIGHT?

02:22:33  18        A.   CORRECT.

02:22:34  19        Q.   OKAY.  YOU WERE LOOKING FOR EITHER INFRINGEMENT OR

02:22:38  20        NONINFRINGEMENT; RIGHT?

02:22:39  21        A.   CORRECT.

02:22:39  22        Q.   AND DURING YOUR ANALYSIS YOU ACTUALLY FOUND EXAMPLES OF

02:22:43  23        EOS COMMANDS THAT YOU BELIEVE ARE NOT GENERIC COMMANDS AS

02:22:48  24        REQUIRED BY THE '526 PATENT; RIGHT?

02:22:49  25        A.   THAT'S CORRECT.
```

02:22:50   1   Q.   AND WHAT ARE SOME OF THE THOSE COMMANDS?

02:22:52   2   A.   I DON'T RECALL THEM OFF THE TOP OF MY HEAD.

02:22:55   3   Q.   RIGHT.  AND YOU DIDN'T ACTUALLY INCLUDE THEM IN YOUR

02:22:57   4   EXPERT REPORT EITHER, DID YOU?

02:22:59   5   A.   NO, BECAUSE AGAIN THE ISSUE IS I'M TRYING TO SHOW THERE

02:23:02   6   WAS A METHOD THAT'S PRACTICED.

02:23:04   7   Q.   SO YOU INCLUDED 77 EXAMPLES OF THE EOS COMMANDS THAT YOU

02:23:12   8   FOUND TO INFRINGE; RIGHT?

02:23:13   9   A.   YES, THE METHOD BEHIND PROCESSING THESE COMMANDS WOULD

02:23:17   10  INFRINGE, YES.

02:23:18   11  Q.   BUT YOU INCLUDED ZERO EXAMPLES, EVEN THOUGH YOU KNEW OF

02:23:22   12  SOME, OF THE EOS COMMANDS THAT DON'T INFRINGE; RIGHT?

02:23:25   13  A.   SURE.  EVEN THOUGH THERE'S COMMANDS THAT DON'T FOLLOW THE

02:23:28   14  METHOD, THE ISSUE IS ARE THERE SOME THAT FOLLOW THE METHOD.

02:23:31   15  Q.   OKAY.  SO NOW LET'S TALK ABOUT THIS LIST OF 77 COMMANDS.

02:23:36   16       SO THE FIRST COLUMN THERE, THOSE ARE THE GENERIC COMMANDS;

02:23:41   17  RIGHT.

02:23:41   18  A.   THAT'S CORRECT.

02:23:42   19  Q.   AND THEN THE NEXT COLUMN OVER, THOSE ARE THE PRESCRIBED

02:23:45   20  COMMANDS; RIGHT?

02:23:46   21  A.   YES.

02:23:46   22  Q.   AND THE GENERIC COMMANDS ARE THE ONES THAT ARE ENTERED BY

02:23:52   23  THE USER; RIGHT?

02:23:53   24  A.   CORRECT.

02:23:53   25  Q.   AND THEN UNDER THE HOOD THEY GET TRANSLATED TO THE

02:23:57  1    PRESCRIBED COMMANDS; RIGHT?

02:23:58  2    A.   CORRECT.

02:23:59  3    Q.   OKAY.  AND NOW THESE PRESCRIBED COMMANDS HAVE TO BE

02:24:03  4    EXECUTED BY MANAGEMENT PROGRAMS; RIGHT?

02:24:06  5    A.   THAT'S CORRECT.

02:24:06  6    Q.   AND, IN FACT, THAT'S ONE OF THE MAIN POINTS OF THE PATENT

02:24:10  7    THAT THE PRESCRIBED COMMANDS ARE IN THE FORMAT THAT THE

02:24:14  8    MANAGEMENT PROGRAMS UNDERSTAND; RIGHT?

02:24:17  9    A.   THAT'S CORRECT.

02:24:17  10   Q.   OKAY.  SO IF WE LOOK AT THE CLAIM CONSTRUCTION CHART,

02:24:21  11   WHICH THERE SHOULD BE A TAB IN YOUR BINDER CALLED CLAIM

02:24:25  12   CONSTRUCTION CHART, AND THIS SHOULD BE THE SAME CHART THAT'S IN

02:24:30  13   THE JUROR NOTEBOOKS AS WELL.  AND LET'S LOOK AT THE DEFINITION

02:24:36  14   OF MANAGEMENT PROGRAMS.

02:24:42  15   A.   OKAY.

02:24:43  16   Q.   AND SO THAT DEFINITION IS "TOOLS OR AGENTS CONFIGURED TO

02:24:49  17   EXECUTE USER DIRECTED COMMANDS HAVING THEIR OWN RESPECTIVE

02:24:53  18   COMMAND FORMATS THAT PROVIDE MANAGEMENT FUNCTIONS;" RIGHT?

02:24:57  19   A.   YES.

02:24:58  20   Q.   AND THOSE USER-DIRECTED COMMANDS ARE THE PRESCRIBED

02:25:02  21   COMMANDS; RIGHT?

02:25:04  22   A.   YES.

02:25:07  23   Q.   OKAY.  AND LET ME JUST MARK IN ON THE BOARD.  SO I'M GOING

02:25:28  24   TO MARK SOME LANGUAGE ON THIS BOARD WHICH HAS THE LANGUAGE OF

02:25:36  25   CLAIM 1 ON IT.  IS IT THAT OKAY, DR. JEFFAY?

02:25:40  1    A.   SURE, SURE.

02:25:41  2    Q.   OKAY.  SO FIRST STEP HERE AT THE TOP I'VE UNDERLINED THE

02:26:02  3    LANGUAGE "MANAGEMENT PROGRAMS ACCORDING TO RESPECTIVE COMMAND

02:26:06  4    FORMATS."

02:26:07  5         DO YOU SEE THAT?

02:26:07  6    A.   I DO.

02:26:08  7    Q.   OKAY.  AND THAT CLAIM LANGUAGE SUPPORTS YOUR OPINION THAT

02:26:13  8    THE PRESCRIBED COMMANDS HAVE TO BE EXECUTED BY MANAGEMENT

02:26:19  9    PROGRAMS; RIGHT?

02:26:20  10   A.   YES.

02:26:20  11   Q.   ASK SIMILARLY DOWN HERE IN THE LAST CLAIM ELEMENT IT SAYS,

02:26:24  12   "PRESCRIBED COMMAND OF A SELECTED ONE OF THE MANAGEMENT

02:26:26  13   PROGRAMS."

02:26:27  14        DO YOU SEE THAT?

02:26:27  15   A.   I DO.

02:26:28  16   Q.   AND THAT TOO SUPPORTS YOUR OPINION THAT THE PRESCRIBED

02:26:32  17   COMMANDS HAVE TO BE EXECUTED BY MANAGEMENT PROGRAMS; RIGHT?

02:26:36  18   A.   YES.

02:26:37  19   Q.   OKAY.  AND WHY DON'T I JUST HIT THIS FILE WHILE WE ARE

02:26:44  20   LOOKING AT THE BOARD, IF ANY OF THE ELEMENTS IN THIS PATENT

02:26:47  21   CLAIM ARE NOT MET IN ARISTA'S PRODUCTS, THEN ARISTA'S PRODUCTS

02:26:51  22   DON'T INFRINGE; IS THAT RIGHT?

02:26:52  23   A.   THAT'S CORRECT.

02:26:53  24   Q.   SO YOU HAVE TO SHOW THE PRESENCE OF EVERY SINGLE ELEMENT

02:26:56  25   IN ORDER TO SUPPORT YOUR OPINION OF INFRINGEMENT; RIGHT?

JEFFAY CROSS BY MR. KRISHNAN                                    1492

02:26:59   1        A.   YES.

02:26:59   2        Q.   OKAY.  NOW, YOU UNDERSTAND THAT THERE ARE CERTAIN PROGRAMS

02:27:04   3    IN EOS THAT EOS REFERS TO AS AGENTS; RIGHT?

02:27:08   4        A.   YES.

02:27:09   5        Q.   OKAY.  AND SO JUST TO GET OUR TERMINOLOGY STRAIGHT, I

02:27:13   6    WOULD LIKE TO USE THE PHRASE EOS AGENTS TO REFER TO THOSE

02:27:18   7    PROGRAMS THAT EOS REFERS TO AS AGENTS.  IS THAT OKAY?

02:27:23   8        A.   THAT'S FINE.

02:27:24   9        Q.   CAN WE PUT UP SLIDE 21 FROM THE DIRECT EXAMINATION,

02:27:34  10    PLEASE.

02:27:34  11             SO THIS IS A SLIDE FROM YOUR DECK; RIGHT?

02:27:36  12        A.   YES.

02:27:36  13        Q.   AND THIS IS AN ACCURATE DEPICTION OF THE EOS

02:27:40  14    INFRASTRUCTURE?

02:27:42  15        A.   YES.

02:27:42  16        Q.   AND ON THE RIGHT IT DEPICTS VARIOUS EOS AGENTS, CORRECT?

02:27:46  17        A.   YES.

02:27:46  18        Q.   OKAY.  AND I WILL JUST SAY FOR THE RECORD THERE ARE A

02:27:49  19    NUMBER OF RECTANGLES, A BLUE RECTANGLE THAT SAYS ASIC DRIVER,

02:27:55  20    UNDER THAT MAYBE A PINK OR SALMON COLORED ONE THAT SAYS

02:28:00  21    SPANNING TREE, AND UNDER THAT A GREEN ONE THAT SAYS LED AGENT.

02:28:05  22             THOSE ARE EXAMPLES OF EOS AGENTS ON THIS SLIDE; RIGHT?

02:28:08  23        A.   YES.

02:28:08  24        Q.   AND THOSE ARE THE THINGS THAT YOU'RE ACCUSING OF BEING

02:28:12  25    MANAGEMENT PROGRAMS UNDER THE PATENTS'S LANGUAGE; RIGHT?

02:28:15  1    A.   YES, THOSE ARE AMONG THE THINGS THAT ARE BEING ACCUSED.

02:28:18  2    Q.   OKAY.  NOW, THOSE ARE THE MANAGEMENT PROGRAMS THAT HAVE TO

02:28:21  3    EXECUTE THE PRESCRIBED COMMANDS; RIGHT?

02:28:23  4    A.   YES.

02:28:24  5    Q.   OKAY.  AND, AGAIN, AND MAYBE WE COULD DO IT SIDE BY SIDE

02:28:29  6    HERE WITH TX 599 AND HIGHLIGHT OR BLOW UP MAYBE THE SECOND

02:28:36  7    COLUMN THERE CALLED PRESCRIBED COMMANDS.

02:28:42  8         SO THAT COLUMN OF PRESCRIBED COMMAND, THOSE ARE THE

02:28:47  9    PRESCRIBED COMMANDS THAT -- OF THE 77 EXAMPLES YOU'VE

02:28:50  10   IDENTIFIED; RIGHT?

02:28:51  11   A.   YES.

02:28:53  12   Q.   OKAY.  THE SECOND COLUMN OF TX 599?

02:28:57  13   A.   YES.

02:28:57  14   Q.   OKAY.  SO THESE PRESCRIBED COMMANDS, ACCORDING TO YOU, GET

02:29:04  15   EXECUTED BY ONE OF THE EOS AGENTS SHOWN OVER ON THE RIGHT SIDE

02:29:11  16   OF YOUR SLIDE 21; RIGHT?

02:29:14  17   A.   OH.  WELL, THIS DIDN'T COME OUT, BUT SLIDE 21 IS NOT AN

02:29:22  18   EXHAUSTIVE OF LIST OF ALL THE AGENTS IT'S JUST AN EXAMPLE.  AND

02:29:25  19   SPECIFICALLY WHAT I BELIEVE I SAID, WAS THAT SLIDE 21 WAS JUST

02:29:27  20   A RENDERING OF A SPECIFIC SLIDE THAT APPEARED IN AN ARISTA

02:29:31  21   DOCUMENT.  BUT IT'S NOT TO SAY THAT THERE ARE JUST FIVE AGENTS,

02:29:34  22   THAT THERE'S A LARGE NUMBER OF AGENTS.

02:29:36  23   Q.   OKAY.  SO FAIR ENOUGH.  MAYBE I CAN RESTATE THIS TO

02:29:40  24   ADDRESS YOUR POINT.

02:29:43  25        THOSE PRESCRIBED COMMANDS SHOWN ON TX 599, ACCORDING TO

JEFFAY CROSS BY MR. KRISHNAN                                    1494

02:29:49   1      YOU, THOSE GET EXECUTED BY EOS AGENTS SUCH AS THOSE THAT ARE

02:29:56   2      DEPICTED ON THE RIGHT SIDE OF SLIDE 21; CORRECT?

02:30:00   3      A.   I THINK THE WORD I SAID WAS IT'S AMONG.   THESE ARE THE

02:30:04   4      RIGHT SIDE OF SLIDE 21, THESE ARE AMONG THE AGENTS IN THE EOS.

02:30:08   5      Q.   AND CAN WE MAYBE HIGHLIGHT ALSO THE MANAGEMENT PROGRAM

02:30:12   6      AGENTS ON THE RIGHT SIDE OF SLIDE 21 AND MAYBE JUST HIGHLIGHT

02:30:20   7      ALL OF THEM, ACTUALLY.

02:30:21   8           OKAY.   SO JUST SO WE ARE TALKING ABOUT THE SAME THING,

02:30:24   9      THOSE HIGHLIGHTED ENTITIES ARE AMONG, ACCORDING TO YOU, THE EOS

02:30:30   10     AGENTS THAT EXECUTE THE PRESCRIBED COMMANDS SHOWN ON TX 599;

02:30:36   11     RIGHT?

02:30:36   12     A.   THAT'S CORRECT.

02:30:37   13     Q.   OKAY.   NOW, ON THIS SLIDE YOU'VE IDENTIFIED A TRANSLATOR

02:30:42   14     INSIDE OF THAT CLI ENTITY IN BLUE ON THE LEFT SIDE OF THE

02:30:48   15     SLIDE; RIGHT?

02:30:48   16     A.   YES.

02:30:48   17     Q.   OKAY.   AND THAT'S WHERE TRANSLATION HAPPENS; RIGHT?

02:30:51   18     A.   CORRECT.

02:30:52   19     Q.   INSIDE THE CLI?

02:30:53   20     A.   YES.

02:30:54   21     Q.   OKAY.   SO THAT'S WHERE THE GENERIC COMMANDS THAT YOU'VE

02:30:58   22     ACCUSED OF INFRINGEMENT GET TRANSLATED INTO THE PRESCRIBED

02:31:02   23     COMMANDS; RIGHT?

02:31:04   24     A.   YES.

02:31:06   25     Q.   AND ACCORDING TO YOU, THE PRESCRIBED COMMANDS ON YOUR LIST

02:31:11  1    GET EXECUTED BY THE MANAGEMENT PROGRAMS ON THE RIGHT SIDE OF

02:31:16  2    THE SLIDE; RIGHT?

02:31:17  3    A.   RIGHT, AND, AGAIN, WITH THE UNDERSTANDING IS THEY ARE JUST

02:31:20  4    EXAMPLES.

02:31:20  5    Q.   FAIR ENOUGH.  OKAY.  SO THE COMMANDS, THE PRESCRIBED

02:31:24  6    COMMANDS, THAT ARE ALREADY TRANSLATED IN THE BLUE CLI ENTITY;

02:31:29  7    RIGHT?

02:31:29  8    A.   OKAY.

02:31:30  9    Q.   AND THEY GET EXECUTED OVER ON THE RIGHT IN THE MANAGEMENT

02:31:34  10   PROGRAMS; RIGHT?

02:31:35  11   A.   YES.

02:31:35  12   Q.   OKAY.  AND THEY GET EXECUTED BY THOSE EOS AGENTS; RIGHT?

02:31:40  13   A.   CORRECT.

02:31:40  14   Q.   SO THEY HAVE TO GET OVER THERE BY GETTING TRANSMITTED

02:31:44  15   THROUGH SYSDB AND OVER TO THE RELEVANT AGENT; RIGHT?

02:31:48  16   A.   YES.

02:31:48  17   Q.   OKAY.  AND THAT'S YOUR OPINION IN THIS CASE THAT THE 77

02:31:55  18   PRESCRIBED COMMANDS IDENTIFIED ON EXHIBIT 599 ACTUALLY GET

02:32:01  19   TRANSMITTED THROUGH SYSDB AND OVER TO VARIOUS AGENTS, EOS

02:32:08  20   AGENTS, SUCH AS THOSE SHOWN ON THE RIGHT SIDE OF THE SLIDE;

02:32:11  21   RIGHT?

02:32:11  22   A.   WELL, THAT'S NOT EXACTLY RIGHT.  WE DIDN'T GO INTO IT IN

02:32:15  23   THIS LEVEL OF DETAIL.  BUT MY OPINION IS THEY ARE ALL EXECUTED

02:32:18  24   BY AGENTS, THEY MAY NOT -- I'M NOT SAYING THAT ALL 77 OF THESE

02:32:23  25   COMMANDS GO THROUGH SYSDB.

02:32:24  1    Q.  WELL, DR. JEFFAY, YOU SAID THAT THIS WAS AN ACCURATE

02:32:28  2    DEPICTION OF THE EOS ARCHITECTURE; RIGHT?

02:32:31  3    A.  IT IS.

02:32:31  4    Q.  OKAY.  SO YOU DIDN'T DRAW IN YOUR DEPICTION OF THE EOS

02:32:36  5    ARCHITECTURE WHEN PRESENTING YOUR TESTIMONY ON DIRECT

02:32:40  6    EXAMINATION, ANY OTHER WAY IN WHICH THE COMMANDS TRAVEL FROM

02:32:43  7    THE CLI OVER TO THE MANAGEMENT PROGRAMS, DID YOU?

02:32:46  8    A.  NO.  AGAIN, THIS WAS JUST A REDRAWING OF A -- OF AN ARISTA

02:32:51  9    FIGURE FOR PURPOSES OF ILLUSTRATING THE HIGH LEVEL CONCEPT.

02:32:55  10   Q.  OKAY.  BUT LET ME JUST MAKE ONE THING CLEAR.  YOU ARE

02:32:59  11   CONFIDENT THAT THE -- THAT THE PRESCRIBED COMMANDS THAT START

02:33:03  12   OFF IN THE CLI ENTITY IN THE BLUE RECTANGLE ON THE LEFT,

02:33:08  13   ACTUALLY GET EXECUTED OVER IN SOME MANAGEMENT PROGRAMS SUCH AS

02:33:12  14   THOSE ON THE RIGHT SIDE OF THE SLIDE; RIGHT?

02:33:14  15   A.  YES.

02:33:14  16   Q.  OKAY.  AND YOU KNOW THAT BECAUSE YOU CLAIM THAT YOU

02:33:20  17   PERFORMED VARIOUS SOURCE CODE TRACES DURING YOUR ANALYSIS THAT

02:33:24  18   CONFIRMED THAT; RIGHT?

02:33:25  19   A.  YES.

02:33:25  20   Q.  OKAY.  AND YOU PERFORMED THOSE SOURCE CODE TRACES FOR ALL

02:33:29  21   OF THE 77 PRESCRIBED COMMANDS ON TX 599; RIGHT?

02:33:33  22   A.  I DON'T RECALL IF I PERFORMED THEM FOR ALL OF THEM OR NOT.

02:33:36  23   Q.  OKAY.  BUT YOU PERFORMED THOSE SOURCE CODE TRACES FOR SOME

02:33:42  24   OF THE COMMANDS ON TX 599; RIGHT?

02:33:44  25   A.  YES.

02:33:45  1    Q.   OKAY.  BUT YOU DIDN'T ACTUALLY SHOW ANY OF THOSE SOURCE

02:33:48  2    CODE TRACES IN YOUR EXPERT REPORT, DID YOU?

02:33:50  3    A.   I SHOWED SOURCE CODE TRACES TO SHOW HOW COMMANDS ARE

02:33:56  4    ADDED, HOW THE PARSING WORKS, AND HOW THE, WHAT'S CALLED THE

02:34:00  5    VALUE FUNCTION, THE COMMAND ACTION VALUE IS INVOKED.

02:34:03  6    Q.   OKAY.

02:34:04  7    A.   -- WHICH CAUSES THE AGENT TO EXECUTE THE PRESCRIBED

02:34:12  8    COMMANDS.

02:34:12  9    Q.   THANK YOU, DR. JEFFAY, BUT THAT WASN'T QUITE MY QUESTION.

02:34:15  10       MY QUESTION WAS, FOR ANY OF THE 77 PRESCRIBED COMMANDS

02:34:19  11   THAT ARE SHOWN ON TX 599, DID YOU INCLUDE IN YOUR EXPERT REPORT

02:34:25  12   A SOURCE CODE TRACE THAT SHOWS HOW THAT PRESCRIBED COMMAND GETS

02:34:31  13   ACTUALLY EXECUTED BY A PARTICULAR EOS AGENT, SUCH AS ONE OF

02:34:36  14   THOSE SHOWN ON THE RIGHT SIDE OF SLIDE 21?

02:34:39  15   A.   NO.  I THINK THE EVIDENCE THAT I PROVIDED FOR THAT WAS

02:34:42  16   BASED ON DOCUMENTS AND ARISTA TESTIMONY.

02:34:44  17   Q.   OKAY.  SO IT MAKES IT PRETTY HARD FOR SOMEONE REVIEWING

02:34:47  18   YOUR EXPERT REPORT TO FIGURE OUT EXACTLY WHICH CODE TRACE YOU

02:34:51  19   PERFORMED BECAUSE YOU DIDN'T SHOW IT IN YOUR EXPORT REPORT;

02:34:56  20   RIGHT?

02:34:56  21   A.   I DON'T THINK I UNDERSTAND THE QUESTION.  I THINK IT'S

02:34:58  22   QUITE STRAIGHTFORWARD TO UNDERSTAND WHAT CODE TRACE I

02:35:01  23   PERFORMED.

02:35:01  24   Q.   YOU DIDN'T INCLUDE THAT CODE TRACE IN YOUR EXPERT REPORT,

02:35:05  25   DID YOU?

JEFFAY CROSS BY MR. KRISHNAN                                    1498

02:35:05   1    A.   BUT YOU ARE ASKING WHAT I PERFORMED, AND WHAT I PERFORMED

02:35:08   2    IS DOCUMENTED IN THE REPORT AND I BELIEVE IT'S, IT'S VERY

02:35:12   3    APPARENT WHAT I'VE PERFORMED.

02:35:13   4    Q.   WELL, LET'S JUST BE CLEAR WHAT I'M ASKING, WHAT I'M ASKING

02:35:18   5    IS, FOR -- IN ORDER TO SHOW THAT ANY ONE OF THOSE PRESCRIBED

02:35:23   6    COMMANDS ON TX 599 ACTUALLY GET EXECUTED BY AN EOS AGENT, SUCH

02:35:29   7    AS THOSE SHOWN ON THE RIGHT-HAND SIDE OF THE SLIDE, YOU HAVE

02:35:33   8    NOT SHOWN IN YOUR REPORT THE SPECIFIC SOURCE CODE TRACES THAT

02:35:36   9    WOULD PROVE THAT, DID YOU?

02:35:37   10   A.   NO.  AS I SAY FOR THE ACTUAL EXECUTION, I'M RELYING ON

02:35:43   11   DOCUMENTS AND OTHER TESTIMONY.

02:35:44   12   Q.   OKAY.  BUT DESPITE NOT PUTTING IT IN YOUR REPORT YOU ARE

02:35:47   13   CONFIDENT THAT THAT'S ACTUALLY HOW IT WORKS, RIGHT, THAT THE

02:35:52   14   PRESCRIBED COMMANDS SHOWN ON TX 599 ACTUALLY GET EXECUTED BY AN

02:35:56   15   EOS AGENT SUCH AS THOSE ON THE RIGHT-HAND SIDE OF SLIDE 21?

02:36:01   16   A.   YES.

02:36:01   17   Q.   OKAY.  NOW, LET'S GO BACK TO -- WELL, ACTUALLY WE CAN STAY

02:36:11   18   WITH THIS SIDE BY SIDE HERE OF THESE TWO DOCUMENTS.

02:36:18   19        NOW, YOU DID NOT IDENTIFY IN YOUR EXPORT REPORT THE NAMES

02:36:26   20   OF THE SPECIFIC EOS AGENTS THAT ACTUALLY EXECUTE ANY ONE OF THE

02:36:30   21   77 PRESCRIBED COMMANDS SHOWN ON TX 599; RIGHT?

02:36:35   22   A.   I THINK I IDENTIFY THEM BY THEIR HIGH LEVEL NAMES LIKE THE

02:36:39   23   STP, THE MLAG AND THE OSPF.

02:36:42   24   Q.   SO, DR. JEFFAY, I JUST WANT TO BE VERY CLEAR ABOUT WHAT

02:36:46   25   I'M ASKING HERE.  FOR ANY PARTICULAR ONE OF THESE PRESCRIBED

02:36:51   1   COMMANDS, IN YOUR EXPERT REPORT DID YOU NAME THE EOS AGENT THAT

02:36:58   2   ACTUALLY EXECUTES THAT COMMAND?

02:37:04   3   A.   I BELIEVE -- YES, I BELIEVE THERE'S AN EXAMPLE.

02:37:08   4   Q.   THERE'S ONE EXAMPLE?

02:37:10   5   A.   THERE'S A PARAGRAPH THAT DESCRIBES THIS, AND I BELIEVE IT

02:37:12   6   LISTS THREE AGENTS.

02:37:13   7   Q.   WHICH PARAGRAPH IS THAT IN YOUR EXPERT REPORT?

02:37:18   8   A.   CAN YOU HELP ME WITH THE BINDER?  HERE, I'VE GOT IT.

02:37:52   9        SO THIS IS THE ANALYSIS OF CLAIM LIMITATION 1.5 WHICH IS

02:37:56   10  THE LAST PART OF THE PATENT THAT STARTS ON PARAGRAPH 164, AND

02:38:02   11  IT GOES THROUGH 172.

02:38:18   12  Q.   OKAY.

02:38:19   13  A.   AND IT'S THE THREE THAT I SAY THAT I WAS MENTIONING HERE

02:38:23   14  ARE RECITED IN PARAGRAPH 167:  THE LAG, WHICH STANDS FOR LINK

02:38:28   15  AGGREGATION; STP, WHICH IS THE SPANNING-TREE; AND, OSPF, WHICH

02:38:34   16  IS A ROUTING PROTOCOL.

02:38:35   17  Q.   BUT YOU DID MENTION THOSE THREE AGENTS IN YOUR REPORT,

02:38:38   18  DR. JEFFAY, BUT YOU DIDN'T, WITH RESPECT TO THOSE THREE AGENTS,

02:38:42   19  IDENTIFY THE SPECIFIC PRESCRIBED COMMANDS ON TX 599 THAT THEY

02:38:46   20  EXECUTED; RIGHT?

02:38:48   21  A.   THE COMMANDS ARE THERE, BUT I DID NOT EXPLICITLY LIST THEM

02:39:05   22  IN THE BODY OF THE REPORT.

02:39:06   23  Q.   WHEN YOU SAY THE COMMANDS ARE THERE, WHAT DOES THAT MEAN?

02:39:10   24  A.   THEY ARE LISTED ON WHAT WAS APPENDIX 4.

02:39:12   25  Q.   TX 599?

02:39:14   1    A.   THANK YOU.

02:39:15   2    Q.   RIGHT.  BUT IN THE SECTIONS OF THE REPORT THAT YOU JUST

02:39:17   3    CITED PARAGRAPHS 164 TO 170 OR 172, YOU DIDN'T ACTUALLY SAY

02:39:22   4    THIS PARTICULAR EOS AGENT LAG EXECUTES ANY ONE OF THESE

02:39:27   5    PARTICULAR PRESCRIBED COMMANDS ON TX 599; RIGHT?

02:39:32   6    A.   THAT'S CORRECT.

02:39:32   7    Q.   OKAY.  NOW, LET'S STAY ON THE SUBJECT OF AGENTS FOR A

02:39:36   8    SECOND.  I'M GOING TO CONTINUE TO USE THE PHRASE EOS AGENTS TO

02:39:41   9    REFER TO THOSE THINGS THAT EOS REFERS TO AS AGENTS, IS THAT

02:39:45   10   OKAY?

02:39:45   11   A.   OKAY.

02:39:46   12   Q.   OKAY.  SO AT LEAST AS OF THE TIME OF YOUR DEPOSITION, YOU

02:39:50   13   DIDN'T ACTUALLY KNOW WHAT THE REQUIREMENTS ARE WITHIN EOS FOR

02:39:55   14   CALLING SOMETHING AN AGENT; RIGHT?

02:39:57   15   A.   I SAID --- YEAH, I COULDN'T RECALL WHAT THE REQUIREMENTS

02:40:01   16   WERE.

02:40:01   17   Q.   YOU DIDN'T ACTUALLY SAY YOU COULDN'T RECALL.  YOU SAID YOU

02:40:04   18   DID NOT KNOW; ISN'T THAT RIGHT?

02:40:05   19   A.   I THINK WE PROBABLY DID HAVE A Q AND A LIKE THAT.

02:40:08   20   Q.   OKAY.  AND ALL YOU HAD WAS AN IMPRESSION THAT A PROGRAM

02:40:12   21   THAT INTERACTS WITH OTHER ENTITIES THROUGH SYSDB IS AN AGENT;

02:40:16   22   RIGHT?

02:40:16   23   A.   THAT'S CERTAINLY PART OF IT, YES.

02:40:18   24   Q.   YOU CALLED THAT --

02:40:19   25   A.   THERE'S MORE TO IT, BUT YES.

02:40:21  1    Q.   YOU CALLED THAT YOUR IMPRESSION?

02:40:22  2    A.   I ASSUME I USED THAT WORD.

02:40:25  3    Q.   OKAY.  SO AS OF THE TIME OF YOUR DEPOSITION, YOU DID NO

02:40:29  4    RESEARCH OR ANALYSIS TO DETERMINE WHAT A FORMAL DEFINITION OF

02:40:33  5    WHAT AN AGENT IS WITHIN EOS; RIGHT?

02:40:35  6    A.   WELL, AS I SAID, WE ALSO HAD -- THERE WAS SOME LATER Q AND

02:40:39  7    A ON THAT TOPIC WHERE I RECALL THAT MR. SWEENEY HAD SAID THAT

02:40:44  8    AS FAR AS ARISTA IS CONCERNED, A PROCESS IS AN AGENT.

02:40:46  9    Q.   OKAY.  SO BASICALLY YOU'RE SAYING THAT YOUR UNDERSTANDING

02:40:53  10   OF WHAT AN EOS AGENT IS, IS BASED ON THAT ONE SENTENCE FROM

02:40:59  11   MR. SWEENEY'S DEPOSITION?

02:41:02  12   A.   NO, IT'S NOT THAT ONE SENTENCE.  I MEAN, IT'S PART OF IT.

02:41:06  13   THIS IS ARISTA'S CORPORATE REPRESENTATIVE WHO IS TELLING US

02:41:09  14   OFFICIALLY WHAT EOS AND FACTS ABOUT IT, AND ONE OF THE THINGS

02:41:14  15   HE SAID WAS THAT AN AGENT IN EOS IS A PROCESS.

02:41:17  16   Q.   AND IN YOUR EXPERIENCE AND EXPERTISE AS A COMPUTER

02:41:21  17   SCIENTIST, DID YOU CONSIDER THAT TO BE A FORMAL DEFINITION OF

02:41:24  18   WHAT AN EOS AGENT IS?

02:41:25  19   A.   IT'S ENOUGH OF A DEFINITION -- I CAN UNDERSTAND WHAT HE

02:41:29  20   SAID, AND I CAN APPLY WHAT HE SAID.

02:41:31  21   Q.   OKAY.  BUT YOU DIDN'T ACTUALLY DO ANY ANALYSIS OR RESEARCH

02:41:35  22   WITHIN EOS'S SOURCE CODE TO CONFIRM OR DETERMINE THAT --

02:41:42  23   WHETHER OR NOT THERE ARE PARTICULAR TESTS OR DEFINITIONS WITHIN

02:41:45  24   EOS TO CALL SOMETHING AN AGENT; RIGHT?

02:41:47  25   A.   I'M NOT SURE WHAT TESTS YOU ARE THINKING OF.

02:41:50  1    Q.   OKAY.  WELL, AT LEAST AT YOUR DEPOSITION, YOU SAID THAT

02:41:54  2    YOU DON'T RECALL SEEING ANYTHING THAT YOU WOULD REFER TO AS A

02:41:56  3    FORMAL DEFINITION; RIGHT?

02:41:57  4    A.   YES, THAT'S CORRECT.

02:41:58  5    Q.   OKAY.  SO TO SUM UP, YOU ACCUSED EOS AGENTS AS BEING

02:42:05  6    MANAGEMENT PROGRAMS; RIGHT?

02:42:07  7    A.   YES.

02:42:07  8    Q.   BUT YOU DIDN'T ACTUALLY KNOW WHAT THE REQUIREMENTS ARE FOR

02:42:11  9    CALLING SOMETHING AN EOS AGENT; CORRECT?

02:42:13  10   A.   CORRECT.  BUT I KNEW WHAT ARISTA CALLS AGENTS.

02:42:17  11   Q.   OKAY.  AND YOU DIDN'T ACTUALLY IDENTIFY IN YOUR EXPERT

02:42:21  12   REPORT A SINGLE AGENT THAT ACTUALLY EXECUTES ANY OF THE

02:42:26  13   COMMANDS THAT YOU LISTED ON TX 599; RIGHT?

02:42:30  14   A.   WELL, AGAIN I THINK WE DISAGREE THERE.  I LISTED THE

02:42:32  15   AGENTS, I THINK YOU ARE COMPLAINING THAT I DIDN'T SAY THIS

02:42:35  16   AGENT EXECUTES THIS SPECIFIC COMMAND.

02:42:37  17   Q.   OKAY.  BUT YOU DIDN'T DO THAT, RIGHT, YOU DIDN'T SAY THIS

02:42:40  18   AGENT EXECUTES THIS SPECIFIC COMMAND IN YOUR EXPERT REPORT?

02:42:42  19   A.   CORRECT.  I LISTED AGENTS THAT EXECUTE PRESCRIBED

02:42:44  20   COMMANDS.

02:42:45  21   Q.   OKAY.

02:42:48  22        MR. KRISHNAN:  YOUR HONOR, I'M GOING TO BE MOVING ON

02:42:50  23   TO ANOTHER.

02:42:51  24        THE COURT:  WANT TO TAKE A BREAK NOW?  I THINK THAT'S

02:42:53  25   GOOD.  WHY DON'T WE TAKE A TEN-MINUTE BREAK.  THAT WILL BE A

02:42:56   1      GOOD IDEA FOR EVERYBODY.

02:43:13   2           (RECESS FROM 2:43 P.M. UNTIL 2:54 P.M.)

02:54:06   3               THE COURT:  ALL RIGHT.  WE ARE BACK ON THE RECORD.

02:54:32   4      PLEASE BE SEATED, EVERYONE.

02:54:42   5           MR. KRISHNAN, WOULD YOU LIKE TO CONTINUE?

02:54:45   6               MR. KRISHNAN:  YES.  THANK YOU, YOUR HONOR.

02:54:46   7           DR. JEFFAY, I'M GOING TO ACTUALLY MOVE ON TO A NEW ELEMENT

02:54:49   8      OF THE PATENT CLAIM FROM THE ONE WE HAVE NOW BEEN TALKING

02:54:52   9      ABOUT, I'M GOING TO MOVE ON FROM THE PARSE TREE.  AND COULD WE

02:54:56   10     PLEASE PUT UP SLIDE 46 FROM DR. JEFFAY'S PRESENTATION, AND

02:55:03   11     MAYBE A SIDE BY SIDE WITH, I THINK -- YEAH, THAT'S GREAT.

02:55:13   12          OKAY.  AND SO THE PARSE FREE, I'M GOING TO ERASE WHAT I

02:55:20   13     DID BEFORE.

02:55:28   14          NOW, THE PARSE TREE REQUIREMENT OF THE CLAIMS STARTS OVER

02:55:32   15     HERE, THE COMMAND PARSE TREE.  AND THEN THE CLAIM GIVES SOME

02:55:39   16     SPECIFICS ABOUT THE COMMAND PARSE TREE, RIGHT, DR. JEFFAY?

02:55:42   17     A.   THAT'S RIGHT.

02:55:42   18     Q.   AND BEFORE WE GET ON TO THE SPECIFICS I'M GOING TO START

02:55:45   19     ON THE COMMAND PARSE TREE ITSELF.  IF WE BLOW UP THE LEFT-HAND

02:55:49   20     ONE OF THOSE TWO SLIDES.

02:55:55   21     A.   OKAY.

02:55:55   22     Q.   SO WHAT WE ARE SEEING HERE ON THE LEFT, THIS WAS FROM SOME

02:55:59   23     TESTIMONY WE SAW FROM MR. SWEENEY ON THE VIDEO OF HOW THE RULE

02:56:04   24     STRUCTURE IN EOS OPERATES; CORRECT?

02:56:06   25     A.   THAT'S CORRECT.

02:56:07  1    Q.   OKAY.  AND NOW LET'S LOOK AT THE SLIDE ON THE RIGHT.  AND

02:56:13  2    THIS IS YOUR DEPICTION OF HOW THAT PREVIOUS DRAWING SHOULD LOOK

02:56:20  3    IN A TREE FORM; RIGHT?

02:56:22  4    A.   RIGHT.  THIS IS JUST AN EXAMPLE OF THE DRAWING BUT

02:56:25  5    DIFFERENTLY.

02:56:25  6    Q.   NOW, LET'S PUT UP SLIDE 50 FROM YOUR PRESENTATION.  AND

02:56:33  7    HERE ON SLIDE 50, NOW WHAT YOU ARE DOING IS COMPARING THE

02:56:37  8    DEPICTION THAT YOU MADE OF MR. SWEENEY'S DRAWING TO FIGURE 2 OF

02:56:43  9    THE '526 PATENT, RIGHT, DR. JEFFAY?

02:56:46  10   A.   RIGHT.

02:56:46  11   Q.   AND THAT FIGURE ON THE LEFT-HAND SIDE, YOUR DEPICTION IS

02:56:52  12   THE ONE THAT YOU DREW IN PARAGRAPH 142 OF YOUR EXPERT REPORT;

02:56:56  13   RIGHT?

02:56:56  14   A.   THAT'S CORRECT.

02:56:57  15   Q.   OKAY.  BUT THAT FIGURE ON THE LEFT, THAT'S NOT THE PARSE

02:57:01  16   TREE THAT YOU'RE ACCUSING OF INFRINGEMENT; CORRECT?

02:57:04  17   A.   THAT'S RIGHT.  BECAUSE THIS IS NOT A REAL EOS, ABC IS NOT

02:57:09  18   A REAL EOS COMMAND.

02:57:10  19   Q.   OKAY.  SO JUST TO BE CLEAR, EVEN THOUGH YOU SPENT THE TIME

02:57:14  20   AND EFFORT SHOWING THE -- SHOWING HOW MR. SWEENEY'S DRAWING

02:57:19  21   COULD BE DEPICTED IN THIS -- IN THIS BLUE PARSE TREE ON THE

02:57:24  22   LEFT, THAT BLUE PARSE TREE IS NOT ACTUALLY THE PARSE TREE YOU

02:57:26  23   ARE ACCUSING OF INFRINGEMENT?

02:57:28  24   A.   WELL, IT'S AN EXAMPLE OF A PARSE TREE IN EOS, AND IT'S AN

02:57:34  25   EXAMPLE THAT MR. SWEENEY HAS TOLD US IS REPRESENTATIVE OF TREES

02:57:38  1    AND EOS, AND THAT'S WHAT I AM ACCUSING BUT NOT THIS SPECIFIC

02:57:41  2    ONE BECAUSE, AS I SAY, ABC IS NOT A REAL EOS COMMAND.

02:57:46  3    Q.   OKAY.  SO NOW LET'S PUT UP SLIDE 53 FROM DR. JEFFAY'S

02:57:51  4    DECK.

02:57:54  5         NOW THIS -- AND LET'S BLOW UP THE BOXES THAT SAY SHOW

02:58:02  6    OPENFLOW WITH ARROWS BETWEEN THEM.  THIS IS THE PARSE TREE THAT

02:58:05  7    YOU ARE ACCUSING OF INFRINGEMENT; RIGHT?

02:58:08  8    A.   WELL, THIS IS JUST THE EXAMPLE OF THE COMMANDS.  THIS

02:58:11  9    ISN'T THE PARSE TREE PER SE.  THIS IS JUST SHOWING THE FLOW OF

02:58:14  10   THE PARSE GOING FROM SHOW TO OPENFLOW TO FLOWS.

02:58:18  11   Q.   OKAY.  SO ACTUALLY YOU HAVEN'T DEPICTED ANYWHERE THE PARSE

02:58:22  12   TREE THAT YOU ARE ACCUSING OF INFRINGEMENT; RIGHT?

02:58:26  13   A.   I'M RELYING ON THE FACT THAT MR. SWEENEY HAS SAID THAT EOS

02:58:31  14   USES A HIERARCHICAL DATA STRUCTURE WHICH SATISFIES THE COURT'S

02:58:38  15   CONSTRUCTION FOR COMMAND PARSE TREES.

02:58:41  16   Q.   I UNDERSTAND THAT, BUT THAT WASN'T MY QUESTION.

02:58:43  17        YOU JUST TESTIFIED THAT THIS WAS NOT THE PARSE TREE THAT

02:58:45  18   YOU ARE ACCUSING OF INFRINGEMENT; RIGHT?

02:58:47  19   A.   CORRECT.

02:58:47  20   Q.   AND YOU ALSO TESTIFIED THAT OF THE LAST FIGURE THAT CAME

02:58:49  21   FROM PARAGRAPH 142 OF YOUR REPORT IS ALSO NOT THE PARSE TREE

02:58:54  22   YOU ARE ACCUSING OF INFRINGEMENT; RIGHT?

02:58:56  23   A.   SO THE PREVIOUS ONE IS AN EXAMPLE THAT MR. SWEENEY HAS

02:59:01  24   TOLD US THAT REPRESENTATIVE OF THE PARSE TREE THAT GETS

02:59:03  25   CONSTRUCTED.

02:59:03  1          SO I'M USING THAT AS EVIDENCE THAT IN EOS, THAT IN FACT IT

02:59:08  2     SATISFIES THE COMMAND PARSE TREE LIMITATION.

02:59:10  3     Q.   OKAY.  SO I'M JUST HAVING A LITTLE PROBLEM.  I'M NOT

02:59:13  4     UNDERSTANDING IF YOU ARE TAKING BACK YOUR PREVIOUS TESTIMONY

02:59:16  5     BECAUSE I BELIEVE YOU PREVIOUSLY TESTIFIED THAT THE FIGURE 142

02:59:19  6     PARSE TREE, IF WE COULD PUT THAT PARAGRAPH 142 PARSE TREE, IF

02:59:24  7     WE COULD PUT THAT UP.  IT'S -- IT WAS ON SLIDE 46 -- SORRY.  A

02:59:35  8     LITTLE FURTHER, MAYBE 2 OR 3 SLIDES FURTHER, THAT ONE.  I

02:59:39  9     BELIEVE YOU PREVIOUSLY TESTIFIED THAT THAT IS NOT -- IT IS THE

02:59:42  10    PARSE TREE YOU ARE ACCUSING OF INFRINGEMENT.  ARE YOU CHANGING

02:59:45  11    YOUR TESTIMONY, OR NO?

02:59:46  12    A.   NO.  THIS SPECIFIC FIGURE, WHAT I'M SAYING IS DOES NOT

02:59:50  13    REPRESENT THE REAL EOS COMMAND.  SO I CAN'T USE THIS SPECIFIC

02:59:54  14    FIGURE.

02:59:55  15         WHAT I'M RELYING ON WITH THAT, IS THAT MR. SWEENEY HAS

03:00:00  16    SAID THAT WHAT EOS USES IS A TREE, WHICH IS A HIERARCHICAL DATA

03:00:06  17    STRUCTURE.  THIS IS AN EXAMPLE THAT HE DREW.  I'M NOT ACCUSING

03:00:09  18    THIS SPECIFIC EXAMPLE, BUT TO SHOW THE PRESENCE OF THAT

03:00:13  19    LIMITATION, THAT'S WHAT I'M RELYING ON.

03:00:15  20    Q.   SO I'M ASKING A SLIGHTLY DIFFERENT QUESTION WHICH IS THAT,

03:00:18  21    NOWHERE THEN, HAVE YOU DEPICTED THE ACTUAL PARSE TREE THAT YOU

03:00:22  22    ARE ACCUSING OF INFRINGEMENT, RIGHT?

03:00:24  23    A.   NO, I'M JUST RELYING ON MR. SWEENEY'S REPRESENTATION AND

03:00:27  24    HIS EXAMPLE FIGURE.

03:00:29  25    Q.   OKAY.  NOW, I'M GOING TO MOVE ON TO THE REST OF THE CLAIM

03:00:31  1    ELEMENT THAT WE WERE JUST DISCUSSING, IT'S THE COMMAND PARSE

03:00:35  2    TREE, AND NOW I'M GOING TO EXTEND THIS FURTHER, AND I DON'T

03:00:41  3    LIKE MY ABILITY TO DRAW STRAIGHT LINES.

03:00:44  4         SO I'M JUST GOING TO DO BRACKETS LIKE THIS.  I WILL READ

03:00:51  5    OUT THE LANGUAGE I WILL TRY TO EMPHASIZE.

03:01:06  6         SO I'VE NOW CIRCLED THE LANGUAGE THAT SAYS "THE COMMAND

03:01:13  7    PARSE TREE HAVING ELEMENTS, EACH SPECIFYING AT LEAST ONE

03:01:18  8    CORRESPONDING GENERIC COMMAND COMPONENT AND AT LEAST ONE

03:01:24  9    CORRESPONDING COMMAND ACTION VALUE."

03:01:26  10        YOU ARE FAMILIAR WITH THAT REQUIREMENT, DR. JEFFAY.

03:01:29  11   A.   YES.

03:01:30  12   Q.   SO WHY DON'T WE PUT UP AGAIN THE CLAIM CONSTRUCTION CHART

03:01:34  13   WHICH IS IN THE JUROR NOTEBOOK.  AND LET'S LOOK AT THAT LAST

03:01:37  14   DEFINITION.  THANK YOU.

03:01:39  15        AND I'M JUST GOING TO FIRST FOCUS, THIS ONE IS A LITTLE

03:01:43  16   CONFUSING BECAUSE THERE ARE TWO DIFFERENT DEFINITIONS THERE.

03:01:45  17   I'M GOING TO FIRST FOCUS ON THE SECOND ONE WHICH IS THE

03:01:48  18   DEFINITION OF THE ENTIRE PHRASE THAT I'VE CIRCLED HERE ON THE

03:01:51  19   BOARD.

03:01:52  20        AND THAT CONSTRUCTION READS, THE COMMAND PARSE TREE HAVING

03:01:57  21   ELEMENTS SUCH THAT EACH ELEMENT SPECIFIES AT LEAST ONE COMMAND

03:02:02  22   ACTION VALUE FOR EACH GENERIC COMMAND COMPONENT.

03:02:05  23        THAT'S THE COURT'S CONSTRUCTION FOR THAT ENTIRE PHRASE;

03:02:08  24   RIGHT?

03:02:08  25   A.   THAT'S CORRECT.

JEFFAY CROSS BY MR. KRISHNAN                                        1508

03:02:09   1     Q.   AND SO THAT CONSTRUCTION MEANS THAT EVERY GENERIC COMMAND

03:02:14   2     COMPONENT IN THE PARSE TREE FOR EACH ONE OF THOSE, THERE MUST

03:02:19   3     BE AT LEAST ONE COMMAND ACTION VALUE; RIGHT?

03:02:23   4     A.   THAT'S HOW I READ IT.

03:02:24   5     Q.   OKAY.  AND IN THE CONTEXT OF YOUR INFRINGEMENT THEORY, THE

03:02:31   6     GENERIC COMMAND COMPONENTS ARE THE INDIVIDUAL WORDS OF THE EOS

03:02:33   7     GENERIC COMMANDS ON YOUR LIST; RIGHT?

03:02:36   8     A.   YES.

03:02:36   9     Q.   SO THIS CONSTRUCTION REQUIRES THAT FOR EVERY WORD ON YOUR

03:02:42  10     LIST, YOU HAVE TO IDENTIFY A CORRESPONDING COMMAND ACTION

03:02:48  11     VALUE; RIGHT?

03:02:49  12     A.   CORRECT.

03:02:49  13     Q.   AND THEN I WILL JUST READ THE CONSTRUCTION FOR COMMAND

03:02:53  14     ACTION VALUE SINCE WE ARE ON THIS SCREEN, IT IS A VALUE THAT

03:02:57  15     IDENTIFIES A PRESCRIBED COMMAND.  AND THAT'S THE CONSTRUCTION

03:03:01  16     YOU USED FOR COMMAND ACTION VALUE AS WELL; RIGHT?

03:03:04  17     A.   THAT'S RIGHT.

03:03:04  18     Q.   OKAY.  NOW, LET'S GO TO FIGURE 2 OF THE PATENT, TX 95, AND

03:03:12  19     LET'S BLOW UP THE BOTTOM PORTION, THE PARSE TREE SHOWN THERE.

03:03:17  20          SO THIS IS THE EMBODIMENT OF THE PARSE TREE IN THE

03:03:23  21     FIGURE 2 PATENT THAT YOU DISCUSSED DURING DIRECT EXAMINATION;

03:03:25  22     RIGHT?

03:03:25  23     A.   THAT'S CORRECT.

03:03:25  24     Q.   OKAY.  AND JUST TO GET SOME TERMINOLOGY STRAIGHT, THERE

03:03:31  25     ARE T'S AND CK'S IN THAT DRAWING; RIGHT?

JEFFAY CROSS BY MR. KRISHNAN                                    1509

03:03:35   1      A.    THAT'S CORRECT.

03:03:36   2      Q.    THE T'S STAND FOR TOKENS?

03:03:39   3      A.    THAT'S CORRECT.

03:03:39   4      Q.    AND THOSE TOKENS CORRESPOND TO WORDS OF A COMMAND THAT A

03:03:47   5      USER MIGHT INPUT; RIGHT?

03:03:48   6      A.    THAT'S RIGHT.

03:03:49   7      Q.    AND IN THE LANGUAGE AND SO THOSE WORDS OF THE COMMANDS,

03:04:04   8      THOSE CORRESPOND TO THE GENERIC COMMAND COMPONENTS IN THE CLAIM

03:04:09   9      LANGUAGE; RIGHT?

03:04:09   10     A.    YES.

03:04:09   11     Q.    AND THEN COULD WE PUT THE FIGURE 23 BACK UP, PLEASE.

03:04:17   12     MAYBE WE CAN'T.

03:04:20   13           MR. VAN NEST:  WE WILL, WE WILL.  OUR SYSTEM IS SLOW.

03:04:30   14     Q.    SO LET'S BLOW UP THE TREE AGAIN.  GREAT.  SO WE HAVE THE

03:04:36   15     T'S, THE CK'S, THOSE ARE COMMAND KEYS; RIGHT?

03:04:39   16     A.    CORRECT.

03:04:39   17     Q.    AND THOSE CORRESPOND IN THE LANGUAGE OF THE CLAIM TO

03:04:44   18     COMMAND ACTION VALUES; RIGHT?

03:04:45   19     A.    CORRECT.

03:04:46   20     Q.    AND THE COMMAND ACTION VALUE IS DOWN HERE; RIGHT?

03:04:51   21     A.    YEP.

03:04:52   22     Q.    AND YOU SEE HERE FOR EVERY T YOU HAVE AT LEAST ONE CK;

03:04:56   23     RIGHT?

03:04:56   24     A.    THAT'S RIGHT.

03:04:57   25     Q.    AND SO THAT REFLECTS THE REQUIREMENT IN THE CLAIMS THAT

```
03:05:00   1    FOR EVERY GENERIC COMMAND COMPONENT THERE MUST BE AT LEAST ONE

03:05:04   2    COMMAND ACTION VALUE; RIGHT?

03:05:05   3    A.   THAT'S RIGHT.

03:05:06   4    Q.   AND IT'S BECAUSE OF THIS REQUIREMENT THAT THE PARSE TREE

03:05:11   5    EMBODIMENT DESCRIBED IN THE '526 PATENT CAN HANDLE GENERIC

03:05:16   6    COMMANDS WHERE ONLY A PORTION OF THE COMMAND IS VALID; RIGHT?

03:05:22   7    A.   I DON'T KNOW THAT IT UNIQUELY DERIVES FROM THAT ASPECT OF

03:05:26   8    THE TREE.

03:05:26   9    Q.   WELL, PUT ASIDE UNIQUELY DERIVED.  IT'S AT LEAST IN PART

03:05:31  10    BECAUSE OF THE REQUIREMENT THAT EVERY GENERIC COMMAND HAS A

03:05:33  11    CORRESPONDING COMMAND ACTION VALUE THAT THIS PARSE TREE

03:05:38  12    EMBODIMENT IS ABLE TO HANDLE COMMANDS THAT ARE ONLY PARTIALLY

03:05:42  13    VALID; RIGHT?

03:05:43  14    A.   I DON'T KNOW THAT I AGREE WITH YOU THAT IT'S A

03:05:45  15    REQUIREMENT.

03:05:45  16    Q.   I'M NOT ASKING WHETHER IT'S A REQUIREMENT.  WHAT I'M

03:05:48  17    ASKING IS, IS IT AT LEAST IN PART, BECAUSE OF THIS REQUIREMENT,

03:05:54  18    THAT THIS PARTICULAR EMBODIMENT IS ABLE TO HANDLE COMMANDS

03:05:59  19    WHERE ONLY A PORTION OF THE COMMAND IS VALID?

03:06:01  20    A.   I THINK YOU ARE REVERSE ENGINEERING THE FIGURE AND MAKING

03:06:04  21    AN INFERENCE.  I DON'T KNOW THAT, YOU KNOW, DERIVING THIS FROM

03:06:11  22    THIS FIRST PRINCIPLE, THAT THAT NECESSARY FOLLOWS.

03:06:14  23    Q.   OKAY.  WELL, WHY DON'T WE LOOK AT SOME TEXT.  BUT BEFORE

03:06:17  24    WE GET THERE, IT'S AT LEAST TRUE, DR. JEFFAY, YOU RECOGNIZE

03:06:22  25    THAT THIS PARTICULAR PARSE TREE CAN HANDLE GENERIC COMMANDS
```

03:06:23  1    WHERE ONLY A PORTION OF THE COMMAND IS VALID; RIGHT?

03:06:25  2    A.   YES.

03:06:25  3    Q.   AND WHY DON'T WE LOOK AT AN EXAMPLE, LET'S FIRST GO TO

03:06:31  4    COLUMN THREE, LINES 57 TO 61.  THERE WE GO.

03:06:43  5         AND I WILL START READING THE FIRST HALF OF THAT SENTENCE,

03:06:46  6    IF ONLY A PORTION OF THE GENERIC COMMAND IS IDENTIFIED AS

03:06:50  7    VALID, EG, ONLY THE FIRST THREE COMMAND WORDS ARE VALID, SO WE

03:06:54  8    ARE TALKING HERE ABOUT A SCENARIO WHERE AN INVALID COMMAND IS

03:06:59  9    ENTERED BUT ONLY THE FIRST THREE COMMANDS OF THE WORD ARE

03:07:03  10   VALID; RIGHT?

03:07:04  11   A.   THAT'S THE EXAMPLE THAT'S BEING DISCUSSED.

03:07:07  12   Q.   RIGHT.  AND SO IN THAT EXAMPLE, THE PARSER SELECTS THE

03:07:10  13   COMMAND KEY FOR THE MATCHING TOKEN FROM THE LAST VALID TREE

03:07:15  14   ELEMENT; RIGHT?

03:07:16  15   A.   RIGHT.

03:07:16  16   Q.   AND IT CAN DO THAT BECAUSE THERE IS A COMMAND KEY FOR THE

03:07:22  17   MATCHING TOKEN FROM THE LAST VALID TREE ELEMENT; RIGHT?

03:07:25  18   A.   YES.

03:07:25  19   Q.   AND AS WE SAW IN THE FIGURE JUST NOW, THAT IS A REFLECTION

03:07:33  20   OF THE REQUIREMENT IN THE CLAIMS THAT THERE IS A COMMAND ACTION

03:07:37  21   VALUE FOR EACH GENERIC COMMAND COMPONENT; RIGHT?

03:07:42  22   A.   THE FACT THAT THERE'S A COMMAND KEY FOR EACH TOKEN, YES.

03:07:45  23   Q.   OKAY.  SO NOW LET'S MOVE ON TO SOME OTHER TEXT, IT'S ONE

03:07:50  24   COLUMN OVER, COLUMN 4, LINES 37 TO 54.  AND THIS IS NOW TALKING

03:07:57  25   ABOUT A SPECIFIC EXAMPLE.  THIS IS THE EXAMPLE OF THE PHRASE

03:08:00  1    GET UDP CONNECTION INFO.

03:08:02  2         YOU ARE FAMILIAR WITH THIS EXAMPLE, DR. JEFFAY?

03:08:04  3    A.   YES.

03:08:04  4    Q.   AND COULD WE HIGHLIGHT THE WORDS GET UDP CONNECTION INFO.

03:08:11  5    THANK YOU.  NOW, IN THIS EXAMPLE THAT'S AN INVALID COMMAND?

03:08:16  6    A.   THAT'S CORRECT.

03:08:16  7    Q.   AND IT'S AN INVALID COMMAND BECAUSE EVEN THOUGH THE FIRST

03:08:21  8    WORD GET IS VALID, THE SECOND WORD UDP IS AN INVALID WORD TO

03:08:24  9    FOLLOW GET; RIGHT?

03:08:25  10   A.   CORRECT.

03:08:26  11   Q.   SO IN THIS EXAMPLE, THE PARSER WILL SELECT THE COMMAND

03:08:31  12   ACTION VALUE ASSOCIATED WITH THE LAST VALID WORD IN THE

03:08:37  13   COMMAND; RIGHT?

03:08:38  14   A.   IN THE EXAMPLE, YES.

03:08:39  15   Q.   AND THAT IS THE COMMAND ACTION VALUE ASSOCIATED WITH THE

03:08:43  16   WORD "GET;" RIGHT?

03:08:45  17   A.   CORRECT.

03:08:54  18   Q.   AND JUST TO MAKE THIS PART -- ONCE AGAIN, THIS IS AN

03:08:56  19   EXAMPLE WHERE THE FIRST WORD IS VALID AND THE SECOND WORD IS

03:08:59  20   INVALID IN THE COMMAND; RIGHT?

03:09:02  21   A.   THAT'S CORRECT.

03:09:02  22   Q.   NOW, LET'S MOVE ON BACK TO TX 599.  THIS IS OUR FAMILIAR

03:09:07  23   LIST OF 77 COMMANDS.  AND LET'S FOCUS ON THE LEFT-HAND COLUMN,

03:09:15  24   THE GENERIC COMMANDS.  LET'S BLOW UP SOME OF THOSE.  OKAY.

03:09:20  25        SO I COUNTED THAT OF THE 77 COMMANDS IN YOUR CHART, 65

JEFFAY CROSS BY MR. KRISHNAN                                        1513

03:09:24   1    START WITH THE WORD SHOW.  DOES THAT SEEM ABOUT RIGHT TO YOU?

03:09:27   2    A.   YES.

03:09:28   3    Q.   OKAY.  SO UNDER YOUR INFRINGEMENT THEORY, THERE ARE AT

03:09:31   4    LEAST 65 COMMAND ACTION VALUES ASSOCIATED WITH THE WORD SHOW;

03:09:36   5    RIGHT?

03:09:36   6    A.   YES.

03:09:39   7    Q.   OKAY.  AND THOSE COMMAND ACTION VALUES ARE EOS VALUE

03:09:43   8    FUNCTIONS; RIGHT?

03:09:45   9    A.   YES.

03:09:45   10   Q.   OKAY.  SO THOSE 65 VALUE FUNCTIONS CORRESPOND TO ALL OF

03:09:50   11   THE COMMANDS THAT COULD POTENTIALLY BE EXECUTED IF THE USER

03:09:54   12   TYPED IN THE WORD SHOW AS THE BEGINNING OF THE COMMAND; RIGHT?

03:09:58   13   A.   CORRECT.

03:09:58   14   Q.   OKAY.  SO I NOW WANT TO TALK ABOUT THE SITUATION IN EOS

03:10:03   15   WHERE THE USER TYPES IN THE WORD SHOW AND THEN PRESSES ENTER.

03:10:08   16        DO YOU UNDERSTAND THAT HYPOTHETICAL?

03:10:10   17   A.   SURE.

03:10:10   18   Q.   OKAY.  AND I WANT TO ACTUALLY ASK YOU TO LOOK AT --

03:10:13   19   THERE'S A TAB IN YOUR BINDER CALLED DEMO SHOW.  DO YOU SEE

03:10:20   20   THAT?

03:10:21   21   A.   NO, I DON'T.  OH, SORRY.  I DO.  DEMO SHOW, SORRY.

03:10:26   22   Q.   AND I WILL REPRESENT TO YOU THAT THIS IS A SCREEN SHOT OF

03:10:29   23   WHAT HAPPENS IN EOS WHEN SOMEONE TYPES IN THE WORD SHOW AND

03:10:34   24   THEN PRESSES ENTER, DOES THAT APPEAR TO BE AN ACCURATE

03:10:38   25   DEPICTION OF WHAT HAPPENS IN EOS?

03:10:40  1    A.   YES.

03:10:40  2              MR. KRISHNAN:  YOUR HONOR, I WOULD LIKE TO PUBLISH

03:10:42  3    THIS DEMONSTRATION TO THE JURY THEN.

03:10:43  4              THE COURT:  ANY OBJECTION?

03:10:44  5              MR. PAK:  NO OBJECTION, YOUR HONOR.

03:10:46  6              THE COURT:  THANK YOU.  GO AHEAD.

03:10:48  7    BY MR. KRISHNAN:

03:10:48  8    Q.   SO IN THIS EXAMPLE WHERE THE USER TYPES IN THE WORD SHOW,

03:10:53  9    AND THEN PRESSES ENTER, THE USER GETS AN ERROR MESSAGE THAT

03:11:01 10    SAYS INCOMPLETE COMMAND; RIGHT?

03:11:02 11    A.   YES.

03:11:03 12    Q.   AND IN THIS SITUATION, NONE OF THE 65 COMMAND ACTION

03:11:11 13    VALUES THAT YOU OPINE ARE ASSOCIATED WITH THE WORD SHOW GETS

03:11:17 14    SELECTED BY THE PARSER; RIGHT?

03:11:19 15    A.   THAT'S RIGHT.

03:11:20 16    Q.   NOT ONE?

03:11:22 17    A.   IT'S NOT AN INTERESTING -- IT'S ABSOLUTELY TRUE BUT I

03:11:24 18    DON'T THINK IT'S AN INTERESTING OBSERVATION.

03:11:26 19    Q.   OKAY.  NOW, UNDER YOUR THEORY, THE TOKEN SHOW IS A GENERIC

03:11:30 20    COMMAND COMPONENT; RIGHT?

03:11:31 21    A.   YES.

03:11:32 22    Q.   AND THE PATENT REQUIRES AT LEAST ONE COMMAND ACTION VALUE

03:11:36 23    FOR EVERY GENERIC COMMAND COMPONENT; RIGHT?

03:11:38 24    A.   YES.

03:11:39 25    Q.   OKAY.  AND IN THIS EXAMPLE, WHEN THE USER JUST TYPES IN

03:11:45   1   THE WORD SHOW AND PRESSES ENTER, NO COMMAND ACTION VALUE IS

03:11:48   2   SELECTED BY THE PARSER; RIGHT?

03:11:51   3   A.   I BELIEVE THAT'S CORRECT.

03:11:52   4   Q.   OKAY.  AND YOU WILL AGREE THAT IF THE JURY FINDS THAT YOU

03:11:56   5   HAVE FAILED TO PROVE THAT THERE'S A COMMAND ACTION VALUE FOR

03:12:00   6   THE TOKEN SHOW, THEN YOU HAVE FAILED TO ESTABLISH INFRINGEMENT;

03:12:05   7   RIGHT?

03:12:05   8   A.   IF I HAVEN'T SHOWN THERE'S A COMMAND ACTION VALUE FOR THE

03:12:08   9   TOKEN SHOW, THEN, YES, THAT'S CORRECT.

03:12:10  10   Q.   OKAY.  NOW, THERE'S ANOTHER -- I THINK IF YOU JUST FLIP

03:12:14  11   THE PAGE THERE'S A TAB CALLED SHOW AIRPLANE?

03:12:17  12   A.   YEAH.

03:12:18  13   Q.   DOES THIS APPEAR TO YOU TO BE A CORRECT DEPICTION OF WHAT

03:12:22  14   WOULD HAPPEN IN EOS IF SOMEONE TYPED IN THE WORDS SHOW AIRPLANE

03:12:25  15   AND THEN PRESSED ENTER?

03:12:26  16   A.   YES -- WELL, IT'S A LITTLE LONGER EXAMPLE, BUT YES.

03:12:30  17   Q.   OKAY.

03:12:31  18        MR. KRISHNAN:  YOUR HONOR, I WOULD ASK TO PUBLISH

03:12:35  19   THIS TO THE JURY.

03:12:35  20        THE COURT:  NO OBJECTION.

03:12:37  21        MR. PAK:  YES.

03:12:40  22   BY MR. KRISHNAN:

03:12:40  23   Q.   SO NOW IN THIS EXAMPLE AGAIN -- SO, FIRST OF ALL, THIS IS

03:12:43  24   AN EXAMPLE OF AN INVALID COMMAND, RIGHT, DR. JEFFAY?

03:12:46  25   A.   CORRECT.

03:12:46  1    Q.   AND THE USER GETS AN ERROR MESSAGE THAT SAYS INVALID

03:12:51  2    INPUT?

03:12:51  3    A.   CORRECT.

03:12:52  4    Q.   AND THIS IS AN INVALID COMMAND WHERE THE FIRST WORD SHOW

03:12:55  5    IS VALID BUT THE SECOND WORD AIRPLANE IS INVALID; RIGHT?

03:13:00  6    A.   RIGHT.

03:13:00  7    Q.   OKAY.  AND HERE AGAIN NO COMMAND ACTION VALUE, NONE OF THE

03:13:06  8    65 COMMAND ACTION VALUES THAT YOU OPINE ARE CONNECTED WITH THE

03:13:10  9    WORD SHOW GETS SELECTED BY THE PARSER; RIGHT?

03:13:13 10    A.   THAT'S RIGHT.  AND I WILL POINT OUT THAT YOUR EXAMPLE IS

03:13:16 11    ENTIRELY CONSISTENT AND IS EXACTLY WHAT'S DESCRIBED IN THE

03:13:20 12    PATENT FOR PRECISELY THE EXAMPLE THAT WE HAVE BEEN TALKING

03:13:22 13    ABOUT.  SO WHAT'S HAPPENING HERE IN THE EOS IS EXACTLY WHAT'S

03:13:26 14    TAUGHT IN THE PATENT.

03:13:27 15    Q.   WELL, LET'S GET TO THAT.  AND WHY DO YOU SAY THAT THAT'S

03:13:31 16    SO, DR. JEFFAY.

03:13:32 17    A.   IF WE LOOK AT COLUMN 4, WHICH WAS STARTING AT LINES --

03:13:36 18    SORRY, 38, WHICH IS THE EXAMPLES YOU WERE LOOKING AT GET UDP

03:13:41 19    CONNECTION INFO.  IF YOU READ TO THE BOTTOM OF THE PARAGRAPH,

03:13:44 20    IT SAYS THAT IF THE SELECTED RESOURCE DETERMINES THAT THE

03:13:48 21    COMMAND IS INVALID --

03:13:49 22              THE COURT:  YOU HAVE TO SLOW DOWN.

03:13:51 23              MR. KRISHNAN:  AND ACTUALLY BEFORE YOU CONTINUE --

03:13:53 24              THE COURT:  WE ARE NOT JUST LOOKING AT IT.  WE ARE

03:13:55 25    TRYING TO ABSORB.

JEFFAY CROSS BY MR. KRISHNAN                                        1517

03:13:55   1              MR. KRISHNAN:  I'M SORRY, CAN I ASK TO HAVE THAT

03:13:57   2    LANGUAGE DISPLAYED SO THAT WE ARE ALL READING TOGETHER.

03:14:00   3    Q.   SO I THINK WE ARE ALL LOOKING AT COLUMN 4 OF THE PATENT?

03:14:04   4

03:14:04   5    A.   CORRECT.  AND THE PART THAT I WAS REFERRING TO ALIGNS --

03:14:12   6    Q.   LET'S DO 37 TO 53 AGAIN, THAT WHOLE PARAGRAPH.

03:14:14   7         AND NOW, YOU ARE READING AT THE BOTTOM OF THAT PARAGRAPH;

03:14:17   8    RIGHT?

03:14:17   9    A.   RIGHT.

03:14:18   10   Q.   IT SAYS, AND LET'S HIGHLIGHT THE LANGUAGE, "IF THE

03:14:21   11   SELECTED RESOURCE 18 DETERMINES THAT THE COMMAND IS INVALID,

03:14:24   12   THE SELECTED RESOURCE AT THAT TIME MAY PROMPT THE USER FOR A

03:14:28   13   CORRECT COMMAND;" RIGHT?

03:14:30   14   A.   CORRECT.

03:14:30   15   Q.   OKAY.  NOW IN THAT SITUATION, THE PARSER IN FIGURE 2 HAS

03:14:38   16   SELECTED A COMMAND ACTION VALUE; RIGHT?

03:14:43   17   A.   YES.

03:14:44   18   Q.   OKAY.  BUT THE USER GETS AN ERROR MESSAGE FROM THE

03:14:48   19   MANAGEMENT PROGRAM; RIGHT?

03:14:49   20   A.   CORRECT.

03:14:50   21   Q.   OKAY.  NOW, IN THE EOS EXAMPLE THAT WE JUST GAVE OF SHOW

03:14:54   22   AIRPLANES, NO COMMAND ACTION VALUE IS SELECTED; RIGHT?

03:15:00   23   A.   THAT'S CORRECT.

03:15:01   24   Q.   OKAY.  SO -- AND NOW LET'S TALK ABOUT THE -- AND CERTAINLY

03:15:06   25   THE ERROR MESSAGE IN EOS, THE INVALID INPUT ERROR MESSAGE,

03:15:10  1    THAT'S NOT COMING FROM MANAGEMENT PROGRAM; RIGHT?

03:15:12  2    A.   NO.  BUT IT'S THE SAME RESULT.

03:15:14  3    Q.   OKAY.  I UNDERSTAND.  LET'S TALK ABOUT WHETHER IT'S THE

03:15:17  4    SAME RESULT.  IN THIS LANGUAGE DOWN HERE, IT SAYS IF THE

03:15:23  5    SELECTED RESOURCE DETERMINES THAT THE COMMAND IS INVALID, THE

03:15:26  6    SELECTED RESOURCE AT THAT TIME MAY PROMPT THE USER FOR A

03:15:30  7    CORRECT COMMAND; RIGHT?

03:15:31  8    A.   YES.

03:15:32  9    Q.   SO IN THIS EXAMPLE THE USER WILL NOT NECESSARILY GET AN

03:15:37  10   ERROR MESSAGE; RIGHT?

03:15:38  11   A.   IF YOU READ IT THAT FINELY, THAT'S WHAT IT SAYS.

03:15:44  12   Q.   IT DOESN'T SAY THAT THE USER WILL ALWAYS GET AN ERROR

03:15:46  13   MESSAGE.  IT SAYS THAT THEY MAY BE PROMPTED FOR A CORRECT

03:15:50  14   COMMAND; RIGHT?

03:15:50  15   A.   BUT ALWAYS GETTING AN ERROR MESSAGE IS CONSISTENT WITH MAY

03:15:53  16   PROMPT.

03:15:55  17   Q.   OKAY.  SO YOU ARE READING THE MAY PROMPT THE USER FOR A

03:16:00  18   CORRECT COMMAND AS ALWAYS GETTING A CORRECT COMMAND?

03:16:02  19   A.   THAT'S NOT WHAT I SAID.  WHAT I SAID IS THE BEHAVIOR

03:16:04  20   THAT'S SHOWN IN YOUR EXAMPLE IS CONSISTENT WITH THIS TEXT.

03:16:06  21   Q.   OKAY.  BUT LET'S JUST PIN DOWN ONE POINT HERE WHICH IS

03:16:10  22   THAT IN THIS EXAMPLE FROM THE PATENT, THE USER MAY GET AN ERROR

03:16:13  23   MESSAGE; RIGHT?

03:16:14  24   A.   YES, THAT'S WHAT THE LANGUAGE SAYS.

03:16:16  25   Q.   OKAY.  NOW, IN EOS IF THE USER TYPES IN A VALID FIRST

03:16:21    1      WORD, AND THEN AN INVALID SECOND WORD, THE USER ALWAYS GET BE

03:16:27    2      AN ERROR MESSAGE; RIGHT?

03:16:29    3      A.    YES.

03:16:30    4      Q.    OKAY.

03:16:34    5            NOW LET'S -- WE ARE JUST MOVING ON TO A FEW LAST TOPICS

03:16:38    6      HERE.

03:16:40    7            YOU'VE PROVIDED, DR. JEFFAY, AN OPINION THAT ARISTA EITHER

03:16:45    8      KNEW OR SHOULD HAVE KNOWN THAT ITS CONDUCT INFRINGES THE '526

03:16:49    9      PATENT; RIGHT?

03:16:49   10      A.    THAT'S CORRECT.

03:16:50   11      Q.    AND THAT OPINION FROM YOU IS PRIMARILY BASED ON THE FACT

03:16:54   12      THAT CISCO FILED THE COMPLAINT IN THIS CASE; RIGHT?

03:16:57   13      A.    YES.

03:16:57   14      Q.    IN FACT, AT YOUR DEPOSITION THAT WAS THE ONLY FACT THAT

03:17:00   15      YOU WERE ABLE TO SUPPLY THAT ARISTA EITHER KNEW OR SHOULD HAVE

03:17:05   16      KNOWN THAT IT INFRINGES THE '526 PATENT; RIGHT?

03:17:08   17      A.    YES, THAT'S CORRECT.

03:17:09   18      Q.    YOU COULDN'T CITE TO ANY ARISTA INTERNAL E-MAILS; RIGHT?

03:17:13   19      A.    CORRECT.

03:17:13   20      Q.    EVEN THOUGH CISCO HAD ACCESS TO ARISTA'S INTERNAL E-MAILS,

03:17:22   21      YOU DIDN'T CITE TO ANY OF THOSE; RIGHT?

03:17:23   22      A.    NO.   I ONLY CITED TO THE COMPLAINT.

03:17:25   23      Q.    AND YOU DIDN'T CITE ANY EVIDENCE THAT ARISTA ENGINEERS

03:17:28   24      WERE LOOKING AT THE '526 PATENT; RIGHT?

03:17:30   25      A.    CORRECT.

03:17:31  1    Q.   AND YOU DIDN'T CITE TO ANY EVIDENCE THAT ARISTA ENGINEERS

03:17:33  2    WERE LOOKING AT ANY CISCO PRODUCTS LIKE THE IOS XR; RIGHT?

03:17:37  3    A.   CORRECT.

03:17:38  4    Q.   OKAY.  NOW, YOU'VE SERVED AS AN EXPERT IN PATENT CASES A

03:17:42  5    LARGE NUMBER OF TIMES, RIGHT, DR. JEFFAY?

03:17:45  6    A.   THAT'S A FAIR STATEMENT.

03:17:46  7    Q.   ROUGHLY HOW MANY?

03:17:48  8    A.   I COULDN'T SAY.  I THINK I'VE TESTIFIED MAYBE 15, 20

03:17:53  9    TIMES.

03:17:53  10   Q.   BUT HOW MANY TIMES HAVE YOU ACTUALLY SERVED AS AN EXPERT

03:17:56  11   IN A PATENT CASE?

03:17:57  12   A.   PROBABLY AT LEAST TWICE THAT MANY.

03:17:59  13   Q.   OKAY.  SO MAYBE -- AT LEAST 30 TIMES?

03:18:01  14   A.   YES.

03:18:02  15   Q.   OKAY.  NOW -- AND HOW MANY TIMES ON THE SIDE OF THE

03:18:06  16   DEFENDANT?

03:18:08  17   A.   PROBABLY A LITTLE MORE THAN 50 PERCENT.

03:18:11  18   Q.   OKAY.  SO YOU KNOW, DR. JEFFAY, THAT JUST BECAUSE SOMEONE

03:18:14  19   GETS SUED FOR PATENT INFRINGEMENT AND THERE'S A COMPLAINT, THAT

03:18:18  20   DOESN'T NECESSARILY MEAN THAT THEY'RE ACTUALLY INFRINGING THE

03:18:20  21   PATENT; RIGHT?

03:18:21  22   A.   I'M NOT A LEGAL EXPERT.  I DO NOT KNOW EXACTLY WHAT THE

03:18:25  23   LEGAL STANDARD IS THERE.

03:18:27  24   Q.   WELL, THIS ONE I'M NOT SURE YOU HAVE TO BE A LEGAL EXPERT

03:18:30  25   FOR.  YOU KNOW THAT WHEN SOMEONE GETS SUED IN A PATENT CASE, IT

03:18:34    1    DOES NOT NECESSARILY MEAN THAT THEY ARE INFRINGING THE PATENT;

03:18:38    2    RIGHT?

03:18:38    3    A.   YOU ARE ABSOLUTELY RIGHT.   I MISHEARD YOUR QUESTION.

03:18:41    4    THAT'S ABSOLUTELY CORRECT.

03:18:42    5    Q.   LET ALONE DOES IT PROVE THAT THE PERSON ACTUALLY BELIEVES

03:18:45    6    THAT THEY ARE INFRINGING THE PATENT; RIGHT?

03:18:47    7    A.   CORRECT.

03:18:48    8    Q.   THE COMPLAINT IS NOT -- THE FACT THAT SOMEONE GETS SUED

03:18:51    9    AND GETS A COMPLAINT, THAT'S NOT EVIDENCE THAT THE PERSON

03:18:55   10    BELIEVES THEY ARE INFRINGING THE PATENT; RIGHT?

03:18:57   11    A.   WELL, IT'S EVIDENCE THAT SOMEONE BELIEVES THAT THEY ARE

03:18:59   12    INFRINGING THE PATENT.

03:19:00   13    Q.   YEAH, BUT HERE YOU'VE PRESENTED EVIDENCE -- YOU'VE PUT

03:19:03   14    FORTH THE OPINION THAT ARISTA BELIEVED THAT IT WAS INFRINGING

03:19:07   15    THE '526 PATENT BASED ON A COMPLAINT THAT IT RECEIVED FROM

03:19:12   16    CISCO; RIGHT?

03:19:12   17    A.   I GUESS I WASN'T USING THE WORD BELIEVE.   I BELIEVE WHAT I

03:19:16   18    WAS SAYING IS THEY HAD -- THEY KNEW OF THIS ALLEGATION.

03:19:19   19    Q.   OH.   SO YOUR ONLY OPINION IS THAT THEY KNEW OF THE

03:19:22   20    ALLEGATION, NOT THAT THEY KNEW THAT THEY WERE INFRINGING THE

03:19:26   21    PATENT?

03:19:29   22    A.   YOU KNOW, TO THE EXTENT THAT THEY'RE PRACTICING THE

03:19:33   23    PATENT, WHICH I BELIEVE THAT THEY ARE, THEN THEY KNEW, THEY

03:19:35   24    WERE ON NOTICE AS OF THE TIME THAT THE COMPLAINT WAS FILED.

03:19:40   25    Q.   I'M SORRY, DR. JEFFAY.   THE ONLY EVIDENCE THAT YOU JUST

03:19:42  1    SAID YOU HAD WAS THE COMPLAINT, CORRECT?

03:19:44  2    A.   THAT'S ABSOLUTELY CORRECT.

03:19:45  3    Q.   AND THE COMPLAINT DOES NOT PROVE THAT A PARTY IS EVEN

03:19:48  4    PRACTICING THE PATENT; RIGHT?

03:19:51  5    A.   THE COMPLAINT BY ITSELF, THAT'S ABSOLUTELY CORRECT.

03:19:54  6    Q.   AND IT DOES NOT PROVE THAT THEY BELIEVED THAT THEY WERE

03:19:58  7    PRACTICING THE PATENT; CORRECT?

03:19:59  8    A.   THAT'S CORRECT.

03:19:59  9    Q.   LET'S MOVE ON TO THE DESIGN AROUND THAT YOU OPINED ON.

03:20:03  10   THIS IS THE DESIGN AROUND, I BELIEVE WHERE IN THE ACCUSED

03:20:07  11   MANAGEMENT PROGRAMS ARE MODIFIED TO ACCEPT THE GENERIC COMMANDS

03:20:13  12   THAT ARE ACCUSED OF INFRINGEMENT; RIGHT?

03:20:14  13   A.   YES.

03:20:15  14   Q.   OKAY.  AND THAT'S THE DESIGN AROUND THAT YOU SAID WOULD

03:20:18  15   TAKE 20 ARISTA SOFTWARE ENGINEERS WORKING FULL TIME 6 MONTHS TO

03:20:23  16   COMPLETE?

03:20:24  17   A.   I THINK I SAID 6 TO 12, BUT YES.

03:20:27  18   Q.   I'M SORRY, 6 TO 12 MONTHS.

03:20:30  19        BUT YOU DON'T ACTUALLY HAVE ANY INFORMATION ABOUT HOW LONG

03:20:32  20   IT HAS TAKEN ARISTA TO IMPLEMENT COMMANDS WHEN THEY ADDED

03:20:36  21   COMMANDS TO THEIR CLI; RIGHT?

03:20:38  22   A.   THAT'S CORRECT.

03:20:39  23   Q.   OKAY.  AND ACTUALLY YOUR MOST RECENT INDUSTRY EXPERIENCE

03:20:46  24   WAS IN 2001; RIGHT?

03:20:48  25   A.   SO THAT SOUNDS LIKE A QUESTION YOU ASKED AT MY DEPOSITION.

JEFFAY CROSS BY MR. KRISHNAN                                    1523

03:20:52  1    I DON'T RECALL WHAT WE ARE USING FOR EXPERIENCE, BUT CERTAINLY

03:20:55  2    I WAS WORKING WITH FOLKS IN THE INDUSTRY IN 2001.

03:20:59  3    Q.   YOU DON'T HAVE ANY INDUSTRY EXPERIENCE ON YOUR CV THAT

03:21:03  4    POST DATES 2001, DO YOU?

03:21:04  5    A.   I DON'T RECALL.

03:21:05  6    Q.   YOU DON'T RECALL?

03:21:07  7    A.   I MEAN, I DO A LOT OF WORK JOINTLY WITH THE INDUSTRY.  THE

03:21:10  8    INDUSTRY SUPPORTS A LOT OF MY RESEARCH.

03:21:13  9    Q.   OKAY.  WHY DON'T WE LOOK AT YOUR CV WHICH I BELIEVE SHOULD

03:21:17  10   BE IN YOUR BINDER.

03:21:18  11   A.   OKAY.

03:21:19  12   Q.   DO YOU SEE -- I WILL TRY TO FIND -- IT'S THE EXHIBIT

03:21:25  13   NUMBER 597.

03:21:25  14   A.   OKAY.  YOU SAID THAT A LITTLE QUICK.

03:21:27  15   Q.   SORRY, 597.

03:21:29  16   A.   GOT IT.

03:21:42  17   Q.   AND MAYBE YOU CAN HELP ME FIND YOUR INDUSTRY EXPERIENCE ON

03:21:47  18   YOUR CV.

03:21:47  19   A.   GOT IT.  PAGE 4.

03:21:48  20   Q.   PAGE 4.  SO THE MOST RECENT INDUSTRY EXPERIENCE THAT YOU

03:21:51  21   HAVE ON YOUR CV IS FROM 2001; RIGHT?

03:21:54  22   A.   CORRECT.  AND TO EXPLAIN WHAT -- HOW I DIFFERENTIATE

03:21:58  23   INDUSTRY EXPERIENCE FROM OTHER THINGS, THIS IS FOR -- THIS IS

03:22:01  24   FROM INSTANCES WHERE I'M ACTUALLY PAID BY SOMEONE IN THE

03:22:05  25   INDUSTRY, I'M ACTUALLY WORKING FOR THEM.

03:22:08   1        IN ADDITION TO THIS, I HAVE GREAT EXPERIENCE WORKING WITH

03:22:11   2   FOLKS IN THE INDUSTRY IN A RESEARCH CAPACITY WHERE I'M NOT

03:22:14   3   PAID, WE ARE JUST WORKING AS COLLABORATORS ON A RESEARCH

03:22:18   4   PROJECT.  BUT -- SO FOR PAID INDUSTRY EXPERIENCE, YES, THE LAST

03:22:23   5   TIME WAS 2001.

03:22:24   6   Q.   OKAY.  AND LET'S PUT UP SLIDE 2 FROM DR. JEFFAY'S DECK.

03:22:30   7   ACTUALLY, HERE ON -- AND MAYBE IT'S THE -- YEAH, HERE, THE

03:22:36   8   PREVIOUS APPOINTMENT SECTION, THAT'S THE PART THAT YOU

03:22:38   9   TESTIFIED EARLIER WAS YOUR INDUSTRY, RELEVANT INDUSTRY

03:22:42  10   EXPERIENCE; RIGHT?

03:22:42  11   A.   CORRECT.

03:22:43  12   Q.   AND THERE THE MOST RECENT ENTRY IS FROM 1993 TO 1994 IS

03:22:49  13   THAT RIGHT?

03:22:49  14   A.   THAT'S CORRECT.

03:22:50  15   Q.   OKAY.  FINAL SET OF QUESTIONS ON IOS XR.

03:22:54  16   A.   OKAY.

03:22:54  17   Q.   THIS IS THE PRODUCT, THE CISCO PRODUCT THAT YOU SAY

03:22:59  18   PRACTICES THE '526 PATENT; RIGHT?

03:23:01  19   A.   YES.

03:23:01  20   Q.   OKAY.  NOW, FOR THAT OPINION YOU MAINLY JUST RELIED ON THE

03:23:05  21   ANALYSIS THAT SOMEONE ELSE AT CISCO GAVE TO YOU; RIGHT?

03:23:09  22   A.   NO.

03:23:09  23   Q.   OKAY.  YOUR ENTIRE ANALYSIS IN YOUR EXPERT REPORT ON THE

03:23:13  24   QUESTION OF WHETHER OR NOT IOS XR PRACTICES THE '526 PATENT IS

03:23:17  25   IN EXHIBIT 5 TO YOUR EXPERT REPORT; RIGHT?

03:23:21   1        A.   THAT'S CORRECT.

03:23:22   2        Q.   AND THAT'S JUST A FOUR-PAGE CHART, RIGHT?

03:23:24   3        A.   THAT'S -- YES.  A CLAIM CHART.

03:23:26   4        Q.   AND YOU ADDED 11 SENTENCES TO THAT FOUR-PAGE CHART FROM

03:23:30   5        THE ORIGINAL CHART THAT CISCO GAVE TO YOU; RIGHT?

03:23:32   6        A.   I DIDN'T COUNT, BUT I WILL TRUST THAT YOU DID.

03:23:35   7        Q.   OKAY.  AND JUST TO BE CLEAR, THE CHART THAT YOU WERE

03:23:43   8        WORKING OFF OF THAT CAME FROM CISCO THAT'S THE ORIGINAL

03:23:46   9        DOCUMENT, THAT WAS ONE THAT YOU DID NO WORK ON; RIGHT?

03:23:48  10        A.   I'M SORRY, THE INITIAL CONSTRUCTION, THE CHART?

03:23:51  11        Q.   YES.

03:23:52  12        A.   NO.  WHAT I DID WAS I LOOKED AT THE SOURCE CODE TO VERIFY

03:23:55  13        THE CORRECTNESS OF WHAT WAS ON THE CHART.

03:23:56  14        Q.   OKAY.  NOW, YOU DID NOT INCLUDE IN YOUR EXPERT REPORT A

03:23:59  15        SINGLE EXAMPLE OF A GENERIC COMMAND IN IOS XR; RIGHT?

03:24:03  16        A.   THAT'S CORRECT.

03:24:04  17        Q.   YOU INCLUDED 77 EXAMPLES OF ARISTA'S GENERIC COMMANDS;

03:24:10  18        RIGHT?

03:24:10  19        A.   YES.

03:24:10  20        Q.   BUT ZERO OF THE GENERIC COMMANDS IN IOS XR; RIGHT?

03:24:15  21        A.   THAT'S RIGHT.

03:24:15  22        Q.   AND AT YOUR DEPOSITION, YOU COULDN'T REMEMBER A SINGLE

03:24:19  23        GENERIC COMMAND FROM IOS XR; RIGHT?

03:24:21  24        A.   THAT'S LITERALLY TRUE, AND THE PROBLEM WAS THAT I THINK

03:24:26  25        WHAT I SAID IN THE DEPOSITION WAS THERE'S GROSS SIMILARITY

JEFFAY CROSS BY MR. KRISHNAN                                          1526

03:24:30   1     BETWEEN THE GENERIC COMMANDS IN EOS AND IOS, AND I DIDN'T WANT

03:24:34   2     TO CONFUSE THE TWO AND GIVE WHAT I THOUGHT WAS AN IOS COMMAND

03:24:38   3     ONLY TO FIND OUT IT WAS AN EOS COMMAND.

03:24:40   4          SO OFF THE TOP OF MY HEAD, I WAS CONCERNED ABOUT CONFUSING

03:24:43   5     THE TWO.

03:24:43   6     Q.   OKAY.  AND YOU HAD YOUR EXPERT REPORT TO CONSULT YOU AT

03:24:47   7     THE DEPOSITION WHEN YOU GAVE THAT TESTIMONY; RIGHT?

03:24:49   8     A.   YES, I DID.

03:24:50   9     Q.   OKAY.  YOU ALSO DIDN'T IDENTIFY THE PRESCRIBED COMMANDS IN

03:24:53  10     IOS XR THAT GO ALONG WITH THE GENERIC COMMANDS; RIGHT?

03:24:56  11     A.   THAT'S CORRECT.

03:24:56  12     Q.   AND BECAUSE YOU DIDN'T IDENTIFY THE GENERIC COMMANDS, YOU

03:24:59  13     DIDN'T IDENTIFY ANY GENERIC COMMAND COMPONENTS; RIGHT?

03:25:02  14     A.   CORRECT.  I WAS FOCUSED ON DEMONSTRATING THE METHOD WAS

03:25:06  15     PERFORMED.

03:25:06  16     Q.   AND YOU DIDN'T LIST ANY MANAGEMENT PROGRAMS FROM IOS XR IN

03:25:10  17     YOUR REPORT; RIGHT?

03:25:11  18     A.   CORRECT.

03:25:12  19     Q.   YOU ALSO COULDN'T DRAW THE PARSE TREE FOR IOS XR AT YOUR

03:25:16  20     DEPOSITION; RIGHT?

03:25:17  21     A.   I KNOW WE DIDN'T DRAW IT.  I DON'T RECALL WHY.

03:25:20  22     Q.   OKAY.  WELL, WHY DON'T WE -- WHY DON'T I DIRECT YOUR

03:25:31  23     ATTENTION TO PAGES 168, LINES 21 TO 169, LINE 2 OF YOUR

03:25:37  24     DEPOSITION.

03:25:38  25     A.   I'M SORRY --

03:25:39   1      Q.   PAGE 168 TO 169.

03:25:54   2      A.   RIGHT.  SO YOU ASKED ME IF I COULD DRAW IT AND WHAT I SAID

03:25:59   3      IS I HAVEN'T REVIEWED IOS XR IN PREPARATION FOR THIS

03:26:02   4      DEPOSITION, SO WITHOUT HAVING REVIEWED IT, I DON'T THINK I CAN

03:26:05   5      DRAW -- I WOULD BE CONCERNED ABOUT MY ABILITY TO ACCURATELY

03:26:09   6      REPRESENT IT.

03:26:10   7      Q.   AND AS A RESULT YOU DIDN'T DRAW THE PARSE TREE; RIGHT?

03:26:12   8      A.   THAT'S CORRECT.

03:26:13   9           MR. KRISHNAN:  NO FURTHER QUESTIONS, YOUR HONOR.

03:26:15  10           THE COURT:  THANK YOU.

03:26:16  11      MR. PAK, REDIRECT FOR THIS WITNESS?

03:26:18  12           MR. PAK:  JUST A FEW QUESTIONS, YOUR HONOR.

03:26:20  13           THE COURT:  OKAY.

03:26:21  14                       **REDIRECT EXAMINATION**

03:26:22  15      BY MR. PAK:

03:26:36  16      Q.   GOOD AFTERNOON.

03:26:36  17      A.   GOOD AFTERNOON.

03:26:37  18      Q.   FIRST OF ALL, IS THERE ANY DISPUTE BETWEEN ARISTA AND

03:26:41  19      CISCO ON WHETHER CISCO'S IOS XR PRACTICES CLAIM 1 OF THE '526

03:26:46  20      PATENT?

03:26:46  21      A.   AS WE SAID PREVIOUSLY, MY UNDERSTANDING IS THERE'S NO

03:26:50  22      DISPUTE.

03:26:50  23      Q.   OKAY.  AND TO SHOW INFRINGEMENT OF A CLAIM, A METHOD CLAIM

03:26:57  24      LIKE THE ONE THAT WE ARE SEEING IN CLAIM 1 OF THE '526 PATENT,

03:27:01  25      IS IT REQUIRED TO SHOW MORE THAN ONE INSTANCE OF INFRINGEMENT?

JEFFAY REDIRECT BY MR. PAK                                              1528

03:27:06   1    A.    NO.

03:27:06   2    Q.    SO IF YOU PRACTICE THE CLAIM ONCE, THAT'S SUFFICIENT TO

03:27:09   3    SHOW INFRINGEMENT; IS THAT CORRECT?

03:27:10   4    A.    YES, ANY PRACTICING OF THE METHOD CONSTITUTES INFRINGEMENT

03:27:16   5    FROM MY UNDERSTANDING.

03:27:17   6    Q.    JUST TO BE CLEAR, CAN YOU EXPLAIN WHY YOU WERE LISTING 77

03:27:20   7    EXAMPLES WHEN ONLY 1 EXAMPLE WOULD HAVE BEEN SUFFICIENT?

03:27:23   8    A.    WELL, AS I SAY, THE EXAMPLES HAD BEEN GENERATED

03:27:27   9    PREVIOUSLY, SO I INCLUDED THEM IN MY REPORT BECAUSE I THINK

03:27:30  10    THEY ARE INTERESTING EXAMPLES TO LOOK AT.  BUT AT THE END OF

03:27:34  11    THE DAY, YOU DON'T PROVE INFRINGEMENT BY EXAMPLE.

03:27:38  12    Q.    OKAY.  AND TO BE CLEAR, DID YOU HAVE ACCESS TO THE ARISTA

03:27:42  13    SOURCE CODE?

03:27:43  14    A.    YES.

03:27:43  15    Q.    DID YOU ANALYZE THAT SOURCE CODE WITH RESPECT TO ALL THE

03:27:46  16    ELEMENTS THAT WE WALKED THROUGH?

03:27:47  17    A.    YES.

03:27:48  18    Q.    AND WERE YOU ABLE TO PERFORM YOUR INDEPENDENT ANALYSIS OF

03:27:52  19    EVERY ONE OF THOSE ELEMENTS?

03:27:53  20    A.    YES, AND I BELIEVE I SHOWED THE EVIDENCE THAT I WAS

03:27:56  21    RELYING ON.

03:27:57  22    Q.    AND WERE YOU ABLE TO FORM YOUR INDEPENDENT PROFESSIONAL

03:28:00  23    OPINION ON WHETHER EACH OF THOSE ELEMENTS ARE SATISFIED IN THE

03:28:04  24    ACCUSED PRODUCTS?

03:28:05  25    A.    YES.

JEFFAY REDIRECT BY MR. PAK                                    1529

03:28:06   1    Q.   AND WHAT'S YOUR CONCLUSION?

03:28:07   2    A.   AND MY OPINION WAS THAT THEY WERE ALL PRESENT.

03:28:10   3    Q.   OKAY.  AND, YOU KNOW, WE HAVE BEEN USING THE WORD "GENERIC

03:28:13   4    COMMAND" TO DESCRIBE SOME OF THE COMMANDS THAT ARE EXAMPLES IN

03:28:16   5    YOUR PRESENTATION, CORRECT?

03:28:17   6    A.   YES.

03:28:18   7    Q.   BUT JUST TO BE CLEAR, THE REASON WHY YOU'VE BEEN USING THE

03:28:21   8    WORD "GENERIC COMMAND" IS THAT'S A TERM THAT APPEARS IN THE

03:28:23   9    PATENT; CORRECT?

03:28:24   10   A.   YES, IT'S IN THE CLAIMS, IN FACT.

03:28:26   11   Q.   RIGHT.  AND HER HONOR ACTUALLY CONSTRUED AND GAVE YOU A

03:28:31   12   DEFINITION AND SAID YOU NEED TO APPLY THIS DEFINITION OF THAT

03:28:33   13   WORD; CORRECT?

03:28:34   14   A.   YES.

03:28:34   15   Q.   SO REALLY WHAT YOU WERE DOING WAS YOU WERE REAPPLYING HER

03:28:38   16   HONOR'S CONSTRUCTION TO SEE WHETHER THAT DESCRIPTION WOULD BE

03:28:41   17   SATISFIED AT LEAST ONCE IN THE ACCUSED PRODUCTS; IS THAT

03:28:43   18   CORRECT?

03:28:43   19   A.   YES.

03:28:44   20   Q.   AND JUST TO BE CLEAR FOR THE JURY, YOU ARE NOT OPINING

03:28:51   21   HERE TODAY ON THE ORIGIN OF THOSE COMMANDS IN ARISTA'S EOS,

03:28:54   22   WHETHER THEY CAME FROM ARISTA OR SOME OTHER SOURCE; CORRECT?

03:28:57   23   A.   NO.

03:28:57   24   Q.   AND THERE WAS A LOT OF QUESTIONS ABOUT CERTAIN FIGURES AND

03:29:03   25   EXAMPLES FROM THE PATENT?

JEFFAY REDIRECT BY MR. PAK

03:29:04  1    A.    YES.

03:29:05  2    Q.    AND FROM ARISTA'S COUNSEL.  AND WHEN YOU DO INFRINGEMENT

03:29:09  3    ANALYSIS, ARE YOU COMPARING THE EXAMPLES FROM PATENTS TO THE

03:29:13  4    ACCUSED PRODUCT OR ARE YOU COMPARING CLAIMS OF PATENTS TO THE

03:29:18  5    ACCUSED PRODUCT?

03:29:19  6    A.    NO.  IT'S ALL ABOUT THE CLAIMS.  THE FIGURES ARE

03:29:23  7    ILLUSTRATIVE, THE EXAMPLES ARE ILLUSTRATIVE, BUT THAT'S NOT

03:29:26  8    WHAT DEFINES WHAT THE INVENTION IS.

03:29:28  9    Q.    IN FACT, BASED ON YOUR UNDERSTANDING OF THE PATENT LAW

03:29:31  10   THAT YOU HAD TO APPLY, WOULD IT BE PROPER TO DO AN EXAMPLE TO

03:29:35  11   AN ACCUSED PRODUCT COMPARISON FOR PURPOSES OF INFRINGEMENT?

03:29:38  12   A.    WELL, AS I HAVE BEEN INSTRUCTED, THAT'S NOT PROPER AT ALL.

03:29:41  13   IT'S IMPROPER.

03:29:43  14   Q.    OKAY.  AND JUST GOING BACK TO THE TESTIMONY EARLIER WHERE

03:29:47  15   WE SAW MR. SWEENEY DRAWING THOSE PICTURES AND THEN YOU HAVE

03:29:52  16   PARSE TREE PICTURES OF YOUR OWN, THERE WERE SOME QUESTIONS

03:29:55  17   ABOUT THAT.

03:29:56  18         CAN YOU EXPLAIN TO THE JURY WHAT WAS THE PURPOSE IN YOUR

03:29:59  19   SHOWING THE JURY THOSE FIGURES THAT MR. SWEENEY DREW AS A

03:30:03  20   CORPORATE REPRESENTATIVE AND YOUR RENDERING OF THOSE EXAMPLES,

03:30:06  21   WHAT WAS THE PURPOSE OF THAT?

03:30:08  22   A.    SO THE PURPOSE WAS TO SHOW THAT ARISTA ADMITS THAT THEY

03:30:11  23   HAVE A HIERARCHICAL DATA STRUCTURE IN THEIR PARSES WHICH IS THE

03:30:19  24   COURT'S CONSTRUCTION.

03:30:19  25   Q.    AND IS THAT HELPFUL TO THE JURY TO UNDERSTAND WHETHER A

03:30:23  1    HIERARCHICAL DATA STRUCTURE IS PRESENT?

03:30:26  2    A.   YES, IT'S VERY IMPORTANT BECAUSE IT'S A REQUIRED ELEMENT.

03:30:29  3    Q.   AND THINKING ABOUT HIS TESTIMONY IN PARTICULAR OF AGENT

03:30:34  4    BEING A PROCESS, DO YOU RECALL THAT TESTIMONY THAT YOU RELIED

03:30:36  5    ON?

03:30:36  6    A.   YES.

03:30:36  7    Q.   WHAT IS THE SIGNIFICANCE OF THAT TESTIMONY IN TERMS OF

03:30:40  8    YOUR INFRINGEMENT ANALYSIS?

03:30:41  9    A.   WELL, IT SAYS THAT ANY PROCESS, IF A PROCESS EXECUTES A

03:30:49  10   PRESCRIBED COMMAND, THAT WOULD SATISFY THE COURT'S DEFINITION

03:30:52  11   OF A MANAGEMENT PROGRAM.

03:30:54  12   Q.   AND DO YOU HAVE ANY DISAGREEMENT OR DOUBT IN YOUR MIND

03:31:00  13   THAT EACH OF THE PRESCRIBED COMMAND EXAMPLES YOU GAVE ARE

03:31:04  14   EXECUTED IN PROCESSES OUTSIDE OF SYSDB?

03:31:09  15   A.   THERE ARE SOME THAT I BELIEVE ARE EXECUTED OUTSIDE OF

03:31:11  16   SYSDB, BUT THEY ARE PROCESSES AND THEREFORE AGENTS.

03:31:17  17   Q.   SO IF A PRESCRIBED COMMAND, LET ME ASK YOU THIS QUESTION,

03:31:24  18   DR. JEFFAY, IF A PRESCRIBED COMMAND IS EXECUTED INSIDE OF A

03:31:28  19   PROCESS, HOW DOES THAT INFORM YOUR OPINION ON INFRINGEMENT?

03:31:31  20   A.   I BELIEVE THAT SATISFIES THE COURT'S CONSTRUCTION FOR

03:31:35  21   MANAGEMENT PROGRAM BECAUSE, AS MR. SWEENEY HAS SAID --

03:31:40  22             MR. KRISHNAN:  OBJECTION, YOUR HONOR.  MOVE TO

03:31:41  23   STRIKE.  THIS WAS THE SUBJECT OF THE MOTION THIS MORNING.

03:31:43  24             THE COURT:  SUSTAINED.

03:31:44  25   BY MR. PAK:

03:31:44  1      Q.   OKAY.  LET ME ASK IT THIS WAY, YOUR HONOR.

03:31:46  2           WITH RESPECT TO THE AGENT AND PROCESS DEFINITION THAT

03:31:50  3      MR. SWEENEY GAVE, HOW IS THAT RELEVANT TO YOUR UNDERSTANDING OF

03:31:54  4      WHETHER MANAGEMENT PROGRAMS, GENERALLY, ARE PRESENT INSIDE THE

03:31:58  5      ACCUSED PRODUCTS?

03:31:59  6      A.   MANAGEMENT PROGRAMS ARE TOOLS OR AGENTS, AND MR. SWEENEY'S

03:32:05  7      TESTIMONY HELPS UNDERSTAND WHAT THE SCOPE OF AGENTS ARE IN EOS.

03:32:08  8      Q.   OKAY.  AND THEN FINALLY I THINK THERE WERE SOME QUESTIONS

03:32:12  9      ABOUT DEMONSTRATIVES OF ERROR MESSAGES THAT WERE SHOWING UP ON

03:32:15  10     THE SCREEN WHEN YOU TYPED INCOMPLETE COMMANDS OR INVALID

03:32:18  11     COMMANDS INSIDE OF EOS.

03:32:19  12          DO YOU RECALL THAT?

03:32:20  13     A.   YES.

03:32:20  14     Q.   AND I THINK YOU MADE THE COMMENT TO YOU THAT IT DIDN'T

03:32:25  15     SEEM VERY INTERESTING TO YOU.

03:32:28  16          DO YOU RECALL THAT?

03:32:28  17     A.   CORRECT.

03:32:29  18     Q.   CAN YOU EXPLAIN TO THE JURY WHY THEY ARE NOT VERY

03:32:31  19     INTERESTING TO YOU FROM THE PERSPECTIVE OF INFRINGEMENT?

03:32:34  20     A.   IT'S NOT A REQUIREMENT OF THE CLAIMS.  WHAT I DID WAS

03:32:37  21     ANALYZE THE CLAIMS AND I SHOWED THAT FOR VALIDATING STEP FOR

03:32:41  22     THE BEST MATCH STEP HOW THOSE ARE MET, HOW THOSE ARE MET.  THE

03:32:47  23     FACT THAT HE'S RELYING ON A SPECIFIC EXAMPLE FROM THE

03:32:53  24     DESCRIPTION IN THE PATENT THAT I BELIEVE IS CONSISTENT WITH

03:32:56  25     WHAT HE SHOWED, DOESN'T REALLY INFORM MY OPINION.

REMAKER FURTHER REDIRECT BY MR. NELSON                    1533

```
03:33:01  1              MR. PAK:  YOUR HONOR, I DON'T HAVE ANY MORE

03:33:02  2       QUESTIONS.

03:33:02  3              THE COURT:  ALL RIGHT.  ANYTHING ELSE, MR. KRISHNAN?

03:33:04  4              MR. KRISHNAN:  NO, YOUR HONOR.

03:33:05  5              THE COURT:  AND MAY DR. JEFFAY BE EXCUSED?

03:33:07  6              MR. KRISHNAN:  YES.

03:33:08  7              THE COURT:  DR. JEFFAY, THANK YOU FOR YOUR TESTIMONY.

03:33:10  8       YOU ARE FREE TO GO.

03:33:12  9              THE WITNESS:  THANK YOU VERY MUCH.

03:33:14  10             MR. PAK:  YOUR HONOR, I THINK WE ARE GOING TO CALL

03:33:16  11      MR. REMAKER BACK TO THE STAND.

03:33:18  12             THE COURT:  OKAY.

03:33:33  13         MR. REMAKER, YOU KNOW THE DRILL, IF YOU WOULD COME UP TO

03:33:36  14      THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

03:33:36  15             THE WITNESS:  DID I DO SOMETHING WRONG?

03:33:36  16             THE COURT:  NO.  YOU ARE JUST FAMILIAR.

03:33:50  17          (PLAINTIFF'S WITNESS, PHILLIP REMAKER, WAS SWORN.)

03:33:50  18             THE WITNESS:  YES.

03:34:04  19             THE COURT:  GO AHEAD, MR. NELSON.

03:34:05  20             MR. NELSON:  MAY I APPROACH, YOUR HONOR?  I HAVE TO

03:34:07  21      GIVE HIM A COPY OF THE EXHIBIT.

03:34:09  22             THE COURT:  YES.

03:34:45  23                  FURTHER REDIRECT EXAMINATION

03:34:45  24      BY MR. NELSON:

03:34:46  25      Q.  CAN YOU TELL ME WHAT YOU HAVE IN FRONT OF YOU HAD OF HAD
```

03:34:48    1    -- WELL, ACTUALLY FIRST CAN YOU INTRODUCE YOURSELF AGAIN?

03:34:50    2    A.   MY NAME IS PHIL REMAKER.

03:34:52    3    Q.   WELL, WE'VE HEARD -- WE TALKED TO YOU EARLIER ARE IN THE

03:34:56    4    WEEK SO I WON'T GO BACK THROUGH ALL YOUR BACKGROUND.  I JUST

03:34:59    5    WANT YOU TO LOOK HERE AT 4789 THAT YOU HAVE IN FRONT OF YOU.

03:35:04    6    A.   YES.

03:35:04    7    Q.   AND --

03:35:06    8         MR. FERRALL:  I'M SORRY.  LET'S JUST MAKE SURE,

03:35:09    9    BEFORE WE START --

03:35:10   10         MR. NELSON:  HERE, YOU CAN HAVE MY COPY.

03:35:12   11         MR. PAK:  WE E-MAILED IT THIS MORNING.

03:35:15   12         MR. FERRALL:  I WAS IN COURT.  THANK YOU.

03:35:18   13    BY MR. NELSON:

03:35:19   14    Q.   AND CAN YOU TELL ME WHAT 4789 IS?

03:35:21   15    A.   4789 IS A DOCUMENT THAT WE PREPARED AT THE REQUEST OF OUR

03:35:27   16    LEGAL TEAM, I BELIEVE, THROUGH THE REQUEST OF ARISTA

03:35:30   17    IDENTIFYING ALL OF THE COMMANDS IN QUESTION AND THE EARLIEST

03:35:35   18    KNOWN DOCUMENT WHERE THEY APPEARED, AND THE ORIGINATING PARTY

03:35:39   19    FOR EACH, ALTHOUGH THE ORIGINATING PARTY IS NOT INCLUDED IN

03:35:42   20    THIS DOCUMENT.

03:35:43   21    Q.   AND -- DID YOU HAVE A TEAM OF PEOPLE DOING THAT?

03:35:48   22    A.   I WAS ASKED TO ASSEMBLE A TEAM OF PEOPLE TO DO THE

03:35:52   23    RESEARCH FOR THIS WORK.

03:35:54   24    Q.   AND ABOUT HOW LONG DID THAT TAKE?

03:35:58   25    A.   WE HAD A TEAM OF SIX TO EIGHT VERY SENIOR ENGINEERS

03:36:03    1    DIGGING IN SOME OF OUR OLDEST SYSTEMS, PROBABLY DOZENS IF NOT

03:36:08    2    HUNDREDS OF HOURS TO UNEARTH ALL THIS INFORMATION.

03:36:12    3    Q.   AND 4789, DOES THAT REFLECT THE INFORMATION THAT YOU

03:36:20    4    UNEARTHED FROM THAT?

03:36:21    5    A.   YES.

03:36:23    6         MR. NELSON:  AT THIS POINT I WOULD MOVE 4789 INTO

03:36:27    7    EVIDENCE YOUR HONOR.

03:36:27    8         THE COURT:  ANY OBJECTION?

03:36:28    9         MR. FERRALL:  NO OBJECTION.

03:36:29   10         THE COURT:  IT WILL BE ADMITTED.

03:36:30   11         (PLAINTIFF'S EXHIBIT 4789 WAS ADMITTED INTO EVIDENCE.)

03:36:30   12    BY MR. NELSON:

03:36:30   13    Q.   NOW, CAN WE PUT THAT UP ON THE SCREEN JUST SO THAT WE

03:36:36   14    CAN -- SO YOU SEE THAT FIRST COLUMN WHERE IT SAYS CISCO COMMAND

03:36:40   15    EXPRESSION?

03:36:40   16    A.   YES.

03:36:40   17    Q.   AND CAN YOU JUST TELL US WHAT THAT IS?

03:36:42   18    A.   THAT IS A SPECIFIC COMMAND EXPRESSION FOR THE CISCO

03:36:48   19    COMMAND-LINE INTERFACE.

03:36:50   20    Q.   AND THEN THE NEXT COLUMN WHERE IT SAYS EARLIEST KNOWN

03:36:53   21    DOCUMENT, CAN YOU TELL US WHAT THAT IS?

03:36:55   22    A.   THE NEXT COLUMN IS THE EARLIEST DOCUMENT THAT WE FOUND

03:36:59   23    WITH EVIDENCE OF THAT COMMAND.

03:37:02   24    Q.   AND THEN THE NEXT COLUMN, IT SAYS DATE OF EARLIEST KNOWN

03:37:07   25    DOCUMENT, WHAT DOES THAT REPRESENT?

03:37:09  1    A.   THAT WAS THE DATE OF THE DOCUMENT IN THE PREVIOUS COLUMN,

03:37:13  2    THE ORIGINATION DATE OF THE DOCUMENT IN THE PREVIOUS COLUMN.

03:37:15  3    Q.   AND THEN THE, I GUESS IT'S THE FOURTH ONE, IT SAYS FIRST

03:37:21  4    OPERATING SYSTEM.  CAN YOU TELL US WHAT THAT IS?

03:37:22  5    A.   THE FIRST OPERATING SYSTEM IS THE FIRST VERSION OF THE

03:37:25  6    CISCO OPERATING SYSTEM WHERE THAT COMMAND APPEARED.

03:37:27  7    Q.   AND THEN FINALLY THE LAST COLUMN WHERE IT SAYS FIRST

03:37:31  8    DISTRIBUTION DATE, CAN YOU TELL US WHAT THAT IS?

03:37:33  9    A.   THAT WOULD BE THE FIRST DATE THAT THE OPERATING SYSTEM WAS

03:37:35  10   RELEASED FOR CONSUMPTION BY CISCO CUSTOMERS.

03:37:39  11   Q.   AND IN TERMS OF THE COMMAND EXPRESSIONS THAT ARE CONTAINED

03:37:43  12   HERE, ARE THOSE -- IS IT YOUR UNDERSTANDING THAT THOSE ARE THE

03:37:46  13   COMMANDS THAT ARE AT ISSUE IN THE CASE?

03:37:48  14   A.   THAT IS MY UNDERSTANDING.

03:37:49  15   Q.   OKAY.

03:37:50  16        MR. NELSON:  THANK YOU, YOUR HONOR.  I DON'T HAVE ANY

03:37:52  17   FURTHER QUESTIONS.

03:37:53  18        THE COURT:  ANY QUESTIONS FOR MR. REMAKER?

03:37:55  19        MR. FERRALL:  A FEW, YOUR HONOR.  THANK YOU.

03:38:03  20                    **FURTHER RECROSS-EXAMINATION**

03:38:03  21   BY MR. FERRALL:

03:38:04  22   Q.   GOOD AFTERNOON, MR. REMAKER.

03:38:06  23   A.   GOOD AFTERNOON.

03:38:07  24   Q.   JUST TO CLARIFY, THIS CHART IS NOT A REFLECTION OF ANY

03:38:11  25   PERSONAL KNOWLEDGE ABOUT HOW EACH OF THESE COMMANDS CAME ABOUT;

03:38:15  1    CORRECT?

03:38:17  2    A.   PERSONAL KNOWLEDGE OF WHOM?

03:38:19  3    Q.   IT'S NOT YOUR PERSONAL KNOWLEDGE ABOUT THE THOUGHT PROCESS

03:38:25  4    THAT ANY GIVEN ENGINEER WENT THROUGH TO COME UP WITH THESE

03:38:28  5    COMMANDS; CORRECT?

03:38:29  6    A.   THAT'S CORRECT.

03:38:30  7    Q.   YOU DIDN'T SPEAK TO ALL OF THE ENGINEERS WHO CAME UP WITH

03:38:39  8    THESE COMMANDS IN ORDER TO COMPOSE THIS CHART; RIGHT?

03:38:43  9    A.   I DID NOT SPEAK TO EACH INDIVIDUAL ENGINEER FOR EACH

03:38:46  10   INDIVIDUAL COMMAND, CORRECT.

03:38:47  11   Q.   AND THE RESEARCH THAT YOU DID DID NOT EVEN NECESSARILY

03:38:54  12   LEAD YOU TO THE PERSON WHO ULTIMATELY CAME UP WITH THIS

03:38:59  13   COMMAND, WITH ANY GIVEN COMMAND; RIGHT?

03:39:01  14   A.   WE ACTUALLY EACH -- COULD YOU REPEAT THAT QUESTION ONE

03:39:07  15   MORE TIME?

03:39:07  16   Q.   YEAH, SURE.

03:39:08  17        THE RESEARCH THAT YOU DID, DID NOT ACTUALLY LEAD YOU

03:39:11  18   DEFINITIVELY TO THE PERSON WHO CAME UP WITH EACH COMMAND;

03:39:16  19   RIGHT?

03:39:17  20   A.   SO, AGAIN, IT WAS NOT JUST ME, BUT A TEAM OF PEOPLE DOING

03:39:22  21   THIS.  EACH DOCUMENT HAD -- EACH OF THESE DOCUMENTS HAD A

03:39:29  22   PERSON OR PERSONS ASSOCIATED WITH IT THAT ARE VERY LIKELY THE

03:39:33  23   ORIGINATORS OF THE COMMAND.

03:39:40  24   Q.   MR. REMAKER, YOU FILED A DECLARATION IN THIS CASE OVER A

03:39:46  25   YEAR AGO.  DO YOU REMEMBER THAT?

03:39:49   1    A.   NOT SPECIFICALLY, BUT I PRESUME YOU ARE GOING TO SHOW IT

03:39:55   2    TO ME.

03:39:57   3            MR. FERRALL:  I AM.  IF I MAY APPROACH?

03:40:00   4            THE COURT:  YES.

03:40:02   5    Q.   SO I'VE HANDED YOU WHAT'S BEEN MARKED -- WE WILL JUST

03:40:16   6    IDENTIFY IT FOR THE RECORD, 5612.  MR. REMAKER, YOU SEE THIS IS

03:40:22   7    A DECLARATION THAT YOU SIGNED IN THIS CASE DATED SEPTEMBER 28,

03:40:31   8    2015?

03:40:31   9    A.   YES.

03:40:32  10    Q.   AND DOES THIS REFRESH YOUR MEMORY ABOUT SUBMITTING A

03:40:36  11    DECLARATION UNDER OATH IN THIS CASE?

03:40:38  12    A.   YES.

03:40:38  13    Q.   AND IF I COULD DIRECT YOU TO PARAGRAPH 11, YOU SAID --

03:40:45  14    A.   I'M SORRY, PARAGRAPH 11?

03:40:47  15    Q.   PARAGRAPH 11 ON PAGE 5.

03:40:49  16    A.   ALL RIGHT.

03:40:50  17    Q.   YOU SAID IN THIS DECLARATION, "AS A MATTER OF COURSE,

03:41:00  18    CISCO DOES NOT TRACK THE SOFTWARE DEVELOPER RESPONSIBLE FOR

03:41:04  19    EACH LINE OF SOURCE CODE;" RIGHT?

03:41:05  20    A.   THAT'S CORRECT.

03:41:06  21    Q.   "CISCO TEAMS WORK COLLABORATIVELY AND THE PERSON WHO

03:41:09  22    CHECKS IN OR PUTS THE CODE INTO THE SOURCE CODE REPOSITORY FOR

03:41:14  23    THE FIRST TIME MAY OR MAY NOT BE THE PERSON THAT DESIGNED THE

03:41:18  24    COMMAND EXPRESSION;" RIGHT?

03:41:18  25    A.   MAY OR MAY NOT BE DEPENDING ON THE CIRCUMSTANCES, YES.

REMAKER FURTHER RECROSS BY MR. FERRALL                    1539

03:41:21   1    Q.   "THEY MAY BE, AND IN MANY INSTANCES WILL LIKELY BE, THE

03:41:25   2    PERSON WHO PERFORMED THE PROGRAMMING TASK AFTER ALL CREATIVE

03:41:30   3    DESIGN DECISIONS WERE MADE."

03:41:32   4         THAT'S WHAT YOU SAID; RIGHT?

03:41:33   5    A.   YES.

03:41:33   6    Q.   OKAY.  AND SO FOR THE ENTRIES IN EXHIBIT 4789 THAT REFER

03:41:45   7    TO SOURCE CODE, YOUR RESEARCH MAY HAVE JUST LEAD YOU TO THE

03:41:50   8    PERSON WHO CHECKED IN THE SOURCE CODE AT CISCO; RIGHT?

03:41:57   9    A.   FOR THIS RESEARCH, WE TOOK SPECIAL PAINS TO AVOID THAT.

03:42:01  10    WE KNEW THAT WAS A PITFALL.  THIS DECLARATION PREDATES THE WORK

03:42:08  11    DONE IN PREPARING THIS DOCUMENT.

03:42:10  12         SO WE KNEW THAT WAS A RISK, AND IN PREPARING THIS

03:42:13  13    DOCUMENT, WE WORKED HARD TO AVOID THE RISK OF MISIDENTIFYING

03:42:18  14    THE DESIGNER VERSUS THE PERSON WHO CHECKED IN AND DID THE

03:42:23  15    PROGRAMMING TASK AFTER THE DECISIONS WERE MADE.

03:42:25  16         SO WE REALIZED THAT WAS A RISK, AND PART OF THE REASON WE

03:42:31  17    COULDN'T JUST GIVE YOU A COMPANY OF THE SOURCE CODE WAS -- PART

03:42:34  18    OF THE REASON THIS ISN'T JUST A LIST OF ALL THE SOURCE CODE IS

03:42:37  19    CONTROLLING FOR THAT FACTOR.

03:42:39  20    Q.   OKAY.  AND IN SOME INSTANCES IN THIS EXHIBIT YOU SIMPLY

03:42:45  21    LIST THE NAME OF AN OPERATING SYSTEM, FOR EXAMPLE.  LET'S LOOK

03:42:51  22    AT PAGE 7 MUCH THIS EXHIBIT, PLEASE.

03:43:02  23         SO, FOR EXAMPLE, UNDER THE COMMAND IP DOMAIN NAME, THAT'S

03:43:06  24    THE THIRD; RIGHT?

03:43:10  25    A.   RIGHT.

| | |
|---|---|
| 03:43:10 | 1 |

Q.   THRU ARE NOT REFERRING TO ANY DEFINITIVE SOURCE CODE;

RIGHT?

A.   THAT'S RIGHT.

Q.   YOU ARE JUST REFERRING GENERALLY TO AN OPERATING SYSTEM?

A.   YES.

Q.   OKAY.  AND LET'S LOOK AT ANOTHER ONE DOWN ON THIS PAGE,

IP, IGMP LAST-MEMBER-QUERY-COUNT?

A.   YES.

Q.   OKAY.  THERE YOU REFERENCED SOURCE CODE; CORRECT?

A.   YES.

Q.   BUT YOU DON'T KNOW WHAT PROCESS THE ENGINEER WENT THROUGH

WHO CAME UP WITH THAT COMMAND; RIGHT?

A.   I DON'T.

Q.   AND IF THE ENGINEER WHO CAME UP WITH THAT COMMAND TOOK THE

WORDS FROM AN INDUSTRY STANDARD RFC TO ARRIVE AT THIS COMMAND,

YOU DON'T HAVE ANY REASON TO DISPUTE THAT, DO YOU?

A.   I DON'T KNOW IN THE CASE OF THIS PARTICULAR COMMAND.

Q.   THANK YOU.

        MR. FERRALL:  NO FURTHER QUESTIONS, YOUR HONOR.

        THE COURT:  THANK YOU.  ANY ELSE FOR MR. REMAKER?

        MR. NELSON:  JUST A COUPLE OF THINGS.

        THE COURT:  SURE.

                    **FURTHER REDIRECT EXAMINATION**

BY MR. NELSON:

Q.   SO IF WE CAN PUT EXHIBIT 4789 BACK UP THERE.  THERE'S NO

03:44:33  1    COLUMN IN 4789 FOR A SPECIFIC AUTHOR; RIGHT?

03:44:36  2    A.   THAT'S CORRECT.

03:44:37  3    Q.   SO -- AND YOU TALKED EARLIER IN THE WEEK ABOUT THE COMMAND

03:44:42  4    AUTHORING PROCESS; RIGHT?

03:44:44  5    A.   THAT'S RIGHT.

03:44:44  6    Q.   DO YOU REMEMBER THAT?

03:44:45  7    A.   I DO.

03:44:45  8    Q.   AND WAS THAT A COLLABORATIVE EFFORT?

03:44:50  9    A.   IN MY PERSONAL CASE FOR MY COMMAND I COLLABORATED WITH A

03:44:56  10   GROUP OF PEOPLE AND ENDED UP WRITING A DOCUMENT WITH MY NAME

03:44:58  11   AND A DESIGNER'S NAME, SO IT CAN BE A COLLABORATIVE EFFORT

03:45:03  12   AMONG ENGINEERS BUT IT'S ALWAYS A CREATIVE ONE.

03:45:05  13   Q.   SO THEN IF I GO, AND JUST LOOK AT THE FIRST PAGE HERE OF

03:45:10  14   EXHIBIT 4789 WHERE IT SAYS DATE OF EARLIEST KNOWN DOCUMENT, CAN

03:45:13  15   YOU EXPLAIN TO US WHAT THAT IS?

03:45:15  16   A.   THAT IS THE DATE OF THE FIRST DOCUMENT WE COULD PRODUCE

03:45:20  17   RELATED TO THE COMMAND ON THE CORRESPONDING LINE.

03:45:24  18   Q.   OKAY.  AND THEN THE FIRST OPERATING SYSTEM, REMIND US WHAT

03:45:29  19   THAT IS SHOWING?

03:45:30  20   A.   THE FIRST OPERATING SYSTEM IS THE FIRST VERSION OF THE

03:45:34  21   CISCO OPERATING SYSTEM THAT SHIPPED CONTAINING THAT COMMAND.

03:45:38  22   Q.   OKAY.  THANK YOU, SIR.

03:45:39  23        MR. NELSON:  I DON'T HAVE ANY FURTHER QUESTIONS.

03:45:41  24        THE COURT:  MR. FERRALL, ANYTHING ELSE?

03:45:42  25        MR. FERRALL:  NO, YOUR HONOR.

REMAKER FURTHER REDIRECT BY MR. NELSON                    1542

03:45:44  1                THE COURT:  THANK YOU, MR. REMAKER.  YOU MAY STEP

03:45:47  2        DOWN.

03:45:47  3                THE WITNESS:  THANK YOU.

03:45:50  4                THE COURT:  I WAS GOING TO TAKE ONE MORE SHORT BREAK.

03:45:53  5        SO LET'S DO IT NOW SO WE DON'T HAVE OUR WITNESS FOR FIVE

03:45:57  6        MINUTES OF TESTIMONY, IT'S ALWAYS EASIER.  ALL RIGHT.  WE WILL

03:46:00  7        COME BACK IN TEN MINUTES.

03:46:03  8            (RECESS FROM 3:46 P.M. UNTIL 3:56 P.M.)

03:56:53  9                THE COURT:  ALL RIGHT.  WE ARE BACK ON THE RECORD.

03:56:55 10        PLEASE BE SEATED, EVERYONE.  ALL OF OUR JURORS ARE HERE.

03:56:59 11            ALL RIGHT.  LADIES AND GENTLEMEN, WE ARE IN THE HOME

03:57:01 12        STRETCH FOR THE WEEK SO WE WILL PAY ATTENTION FOR THE LAST

03:57:04 13        HOUR.

03:57:04 14            MR. PAK, YOUR NEXT WITNESS.

03:57:07 15                MR. PAK:  WE ARE GOING TO HAVE DR. JUDITH CHEVALIER

03:57:11 16        TO THE STAND.

03:57:12 17                THE COURT:  DR. CHEVALIER, IF YOU WOULD COME FORWARD

03:57:16 18        TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

03:57:16 19            (**PLAINTIFF'S WITNESS, JUDITH CHEVALIER, WAS SWORN.**)

03:57:25 20                THE WITNESS:  YES.

03:57:26 21                THE CLERK:  THANK YOU.

03:57:28 22            PLEASE BE SEATED.

03:57:32 23            PLEASE STATE YOUR NAME AND SPELL YOUR LAST NAME FOR THE

03:57:35 24        RECORD.

03:57:35 25                THE WITNESS:  SURE.  IT'S JUDITH CHEVALIER,

03:57:39  1    C-H-E-V-A-L-I-E-R.

03:57:42  2                    **DIRECT EXAMINATION**

03:57:42  3    BY MR. MR. PAK:

03:57:43  4    Q.   GOOD AFTERNOON, DOCTOR.

03:57:45  5    A.   GOOD AFTERNOON.

03:57:45  6    Q.   COULD YOU BRIEFLY DESCRIBE FOR THE JURY WHAT YOU DO FOR A

03:57:48  7    LIVING?

03:57:48  8    A.   SURE.  I'M A PROFESSOR AT THE YALE SCHOOL OF MANAGEMENT

03:57:51  9    WHICH IS THE BUSINESS SCHOOL AT YALE UNIVERSITY.

03:57:54 10         I'M A -- MY OFFICIAL TITLE IS THE WILLIAM S. BEINECKE

03:57:59 11    PROFESSOR OF FINANCE, PROFESSOR OF ECONOMICS AND FINANCE.  AND

03:58:00 12    I'M ALSO A FACULTY RESEARCH ASSOCIATE AT THE NATIONAL BUREAU OF

03:58:05 13    ECONOMIC RESEARCH.

03:58:05 14    Q.   AND HAVE YOU PREPARED SOME SLIDES TO HELP US UNDERSTAND

03:58:09 15    YOUR TESTIMONY TODAY?

03:58:10 16    A.   I HAVE.

03:58:11 17    Q.   AND BRIEFLY, IF YOU COULD SUMMARIZE YOUR EDUCATIONAL

03:58:15 18    BACKGROUND FOR THE JURY?

03:58:16 19    A.   SURE.  SO MY UNDERGRADUATE DEGREE IS IN ECONOMICS FROM

03:58:20 20    YALE.  AND THEN -- AND THAT WAS FROM 1989.

03:58:25 21         AND THEN I GOT A PH.D. IN 1993 FROM M.I.T., THE

03:58:31 22    MASSACHUSETTS INSTITUTE OF TECHNOLOGY.

03:58:32 23    Q.   OKAY.  AND HAVE YOU HAD ANY APPOINTMENTS THAT ARE RELEVANT

03:58:37 24    TO THE MATTERS AT ISSUE IN THIS CASE IN TERMS OF YOUR

03:58:41 25    EXPERIENCE?

03:58:41  1    A.   YES.  SO MY FIRST JOB WAS AT HARVARD UNIVERSITY AS AN

03:58:45  2    ASSISTANT PROFESSOR.  I WAS THERE FROM '93 TO '94.

03:58:51  3         THEN I MOVED TO THE UNIVERSITY OF CHICAGO GRADUATE SCHOOL

03:58:55  4    OF BUSINESS WHERE I WAS EVENTUALLY A FULL PROFESSOR OF FINANCE.

03:58:59  5    I ACHIEVED THAT RANK IN 1999.

03:59:00  6         THEN I MOVED TO YALE AS A FULL PROFESSOR IN 2001.

03:59:06  7    Q.   AND HAVE YOU TAUGHT ANY CLASSES OR DONE ANY TYPE OF

03:59:08  8    RESEARCH THAT'S RELEVANT TO AN ECONOMIC ANALYSIS OF

03:59:12  9    INTELLECTUAL PROPERTY RIGHTS?

03:59:14 10    A.   YES.  SO I THINK -- YOU MIGHT WANT THE NEXT SLIDE.  OKAY.

03:59:23 11         SO I'VE PUBLISHED A NUMBER OF ARTICLES, MOSTLY REFEREE,

03:59:29 12    BUT SOME ALSO POPULAR IN THAT TOTAL.

03:59:32 13         AND I'VE ALSO TAUGHT, AND MY ARTICLES ARE -- MY RESEARCH

03:59:36 14    TOPIC IS IN THE AREA OF INDUSTRIAL ORGANIZATION AND IN FINANCE.

03:59:39 15    AND INDUSTRIAL ORGANIZATION IS THE STUDY OF COMPETITION AMONGST

03:59:43 16    FIRMS, AND IT'S ALSO THE AREA OF ECONOMICS THAT'S CLOSEST TO

03:59:48 17    COMPETITIVE STRATEGY.

03:59:50 18         I HAVE TAUGHT A NUMBER OF DIFFERENT COURSES AT VARIOUS

03:59:55 19    LEVELS.  IN PARTICULAR, I TEACH AT YALE, OUR COURSE IN

04:00:00 20    COMPETITIVE STRATEGY IN ECONOMICS.

04:00:02 21         AND I'VE TAUGHT COURSES IN TECHNOLOGY STRATEGY WHICH IS

04:00:08 22    STRATEGY ISSUES FOR THE HIGH-TECH SECTOR.

04:00:11 23         AND I'VE ALSO TAUGHT A COURSE ON THE INFORMATION -- THE

04:00:14 24    BUSINESS AND PUBLIC POLICY AND THE INFORMATION AND COMMITTEE.

04:00:18 25    SO THAT COURSE COVERS ISSUES LIKE ECONOMY, LIKE THE PUBLIC

04:00:23  1     POLICY AND ECONOMIC ISSUES SUCH AS ANTI-TRUST AND INTELLECTUAL

04:00:28  2     PROPERTY IN THE DIGITAL ECONOMY.

04:00:30  3     Q.   AND HAVE YOU RECEIVED ANY AWARDS OR HONORS FOR YOUR WORK?

04:00:33  4     A.   YEAH.  I'VE RECEIVED SOME.  SO I WAS -- I RECEIVED AN

04:00:38  5     AWARD FROM THE COMMITTEE ON THE STATUS OF WOMEN IN THE ECONOMIC

04:00:42  6     PROFESSION OF THE AMERICAN ECONOMIC ASSOCIATION, THAT WAS AN

04:00:45  7     AWARD FOR MY RESEARCH.  I WAS ELECTED TO THE AMERICAN ACADEMY

04:00:50  8     OF ARTS AND SCIENCES, AND I'M AN ELECTED FELLOW OF THE

04:00:55  9     ECONOMETRIC SOCIETY.

04:00:57  10         MR. PAK:  YOUR HONOR, AT THIS TIME CISCO MOVES TO

04:00:58  11    QUALIFY DR. CHEVALIER AS AN ECONOMIC EXPERT WITNESS REGARDING

04:01:03  12    COPYRIGHT INFRINGEMENT DAMAGES AS WELL AS PATENT INFRINGEMENT

04:01:06  13    DAMAGES.

04:01:08  14         THE COURT:  WOULD YOU LIKE TO VOIR DIRE THE WITNESS?

04:01:12  15         MR. SILBERT:  NO.  THANK YOU, YOUR HONOR.

04:01:13  16         THE COURT:  ALL RIGHT.  YOU MAY TESTIFY AS

04:01:15  17    DESIGNATED.

04:01:16  18         MR. PAK:  THANK YOU, YOUR HONOR.

04:01:16  19    Q.   DR. CHEVALIER, WHAT WAS YOUR ASSIGNMENT IN THIS CASE?

04:01:18  20    A.   SO MY ASSIGNMENT IN THIS CASE WAS TO CALCULATE TWO KINDS

04:01:23  21    OF DAMAGES:  THE DAMAGES SUFFERED BY CISCO FROM ARISTA'S

04:01:28  22    COPYRIGHT INFRINGEMENT; AND THEN, SECOND, UNDERTAKE AN ECONOMIC

04:01:33  23    ANALYSIS OF THE DAMAGES SUFFERED BY CISCO FROM ARISTA'S

04:01:37  24    INFRINGEMENT OF CISCO'S '526 PATENT.

04:01:40  25    Q.   AND I NOTICE THAT YOU HAD A LITTLE ASTERISK AND IT SAYS

04:01:44  1    YOU ASKED TO ASSUME INFRINGEMENT BY ARISTA.  CAN YOU EXPLAIN

04:01:47  2    THAT ASSUMPTION?

04:01:48  3    A.   OH, YES.  SO FOR THE PURPOSES OF MY ANALYSIS, I AM

04:01:53  4    ASSUMING THAT THE COPYRIGHTS HAVE BEEN FOUND TO BE INFRINGED

04:01:59  5    AND THAT ALSO THAT THE PATENT HAS BEEN FOUND TO BE INFRINGED.

04:02:05  6         SO MY TESTIMONY IS RELEVANT ONLY IF THE JURY FINDS EITHER

04:02:11  7    AND THAT THE COPYRIGHTS HAVE BEEN INFRINGED, CISCO'S COPYRIGHTS

04:02:17  8    HAVE BEEN INFRINGED AND/OR THAT THE PATENT HAS BEEN INFRINGED.

04:02:21  9    Q.   THANK YOU, DOCTOR.

04:02:22  10        SO IF WE LOOK AT THE NEXT SLIDE IN TERMS OF MATERIALS

04:02:25  11   CONSIDERED, CAN YOU WALK US THROUGH THE TYPE OF EVIDENCE THAT

04:02:27  12   YOU CONSIDERED IN FORMING YOUR ECONOMIC OPINIONS IN THIS CASE?

04:02:31  13   A.   SURE.  SO A LOT OF THE EVIDENCE WAS, OF COURSE, MATERIALS

04:02:34  14   PRODUCED IN THIS CASE.  SO I LOOKED AT THE COMPLAINT.  I

04:02:40  15   EXAMINED THE DOCUMENTS PRODUCED BY BOTH PARTIES IN THE CASE.  I

04:02:45  16   REVIEWED A LOT OF DEPOSITION TESTIMONY, SO THOSE ARE

04:02:50  17   DEPOSITIONS THAT WERE TAKEN PRIOR TO THE START OF TRIAL.

04:02:53  18        I EVALUATED PUBLICLY AVAILABLE INFORMATION ABOUT THE

04:02:57  19   COMPANIES AND ABOUT THE INDUSTRY; I HAD A NUMBER OF

04:03:02  20   CONVERSATIONS WITH CISCO'S TECHNICAL EXPERTS, DRS. ALMEROTH AND

04:03:09  21   JEFFAY; I HAD A NUMBER OF CONVERSATIONS WITH CISCO EMPLOYEES;

04:03:12  22   AND ALSO THE TRIAL TESTIMONY FOR THIS WEEK.

04:03:17  23        LET ME MENTION THAT I WASN'T ABLE TO BE IN COURT EVERY

04:03:21  24   MINUTE, SO, FOR EXAMPLE, I WAS TEACHING EARLIER THIS WEEK ON

04:03:25  25   THE EAST COAST.  BUT I REVIEWED ALL OF THE -- I READ ALL OF THE

04:03:29  1      TRIAL TRANSCRIPTS FOR THE TRIAL THAT I MISSED.

04:03:32  2      Q.   THANK YOU, DOCTOR.

04:03:33  3           SO LET'S TAKE A LOOK AT, FIRST, THE COPYRIGHT INFRINGEMENT

04:03:37  4      DAMAGES ANALYSIS THAT YOU DID.  AND SO CAN YOU EXPLAIN TO US

04:03:42  5      WHAT YOU ARE SHOWING ON SLIDE 7 AND HOW YOU FORMED YOUR

04:03:45  6      ANALYSIS OF COPYRIGHT DAMAGES.

04:03:48  7      A.   SURE.  SO THERE'S AN IMPORTANT STATUTE LAW THAT GOVERNS

04:03:54  8      COPYRIGHT INFRINGEMENT DAMAGES.  AND IT SAYS THAT THE COPYRIGHT

04:03:57  9      OWNER IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED BY HIM

04:04:01 10      OR HER AS A RESULT OF THE INFRINGEMENT, AND ANY PROFITS OF THE

04:04:05 11      INFRINGER THAT ARE ATTRIBUTABLE TO THE INFRINGEMENT AND ARE NOT

04:04:10 12      TAKEN INTO ACCOUNT IN COMPUTING THE ACTUAL DAMAGES.

04:04:13 13           SO MAYBE LET ME CLARIFY THAT A LITTLE BIT.  THERE'S A LOT

04:04:17 14      THERE.

04:04:19 15           OKAY.  SO THE COPYRIGHT OWNER, SO IN THIS CASE THAT WOULD

04:04:22 16      BE CISCO, IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED.

04:04:25 17      SO THAT WILL BE -- WE WILL CALL THAT LOST PROFITS.

04:04:33 18           SO THE LOFT PROFITS OF CISCO, AND ANY PROFITS OF THE

04:04:37 19      INFRINGER, SO THAT'S ARISTA.  SO THAT'S PROFITS OF THE

04:04:40 20      INFRINGER OR PROFITS OF ARISTA THAT ARE ATTRIBUTABLE TO ITS

04:04:48 21      COPYRIGHT INFRINGEMENT AND ARE NOT TAKEN INTO ACCOUNT IN

04:04:51 22      COMPUTING THE ACTUAL DAMAGES.

04:04:52 23           SO THOSE ARE PROFITS OF ARISTA THAT ARE NOT TAKEN INTO

04:04:55 24      ACCOUNT WHEN WE DO THE COMPUTATION OF CISCO'S LOST PROFITS, AND

04:05:01 25      THESE PIECES WILL BE A LITTLE BIT CLEARER LATER, I THINK.

04:05:04  1    Q.    OKAY.  BUT WE ARE LOOKING AT TWO SETS OF NUMBERS.  WE ARE

04:05:07  2    LOOKING AT NUMBERS RELATED TO CISCO FOR LOST PROFITS; IS THAT

04:05:11  3    CORRECT?

04:05:11  4    A.    CORRECT.

04:05:11  5    Q.    AND THEN WE ARE LOOKING AT A DIFFERENT SET OF NUMBERS FOR

04:05:15  6    ARISTA IN TERMS OF ARISTA'S PROFITS?

04:05:18  7    A.    CORRECT.

04:05:18  8    Q.    SO WITH THAT INTRODUCTION, LET'S MOVE ON TO THIS IDEA OF

04:05:23  9    DISGORGEMENT OF, IN THIS CASE, ARISTA'S PROFITS.  SO THIS IS

04:05:27 10    THE ARISTA PROFIT COLUMN.

04:05:30 11          CAN YOU HELP US UNDERSTAND YOUR UNDERSTANDING OF THE LAW

04:05:34 12    WITH RESPECT TO DISGORGEMENT OF INFRINGER'S PROFITS AND HOW

04:05:37 13    THAT RELATES TO YOUR ANALYSIS.

04:05:39 14    A.    SURE.  SO WHAT YOU SEE HERE ON THE SCREEN IS JUST ANOTHER

04:05:42 15    PART OF THAT SAME LAW I MENTIONED TO YOU BEFORE.  AND IT SAYS

04:05:46 16    THAT THE COPYRIGHT OWNER IS REQUIRED TO PRESENT PROOF ONLY OF

04:05:49 17    THE INFRINGER'S GROSS REVENUE, AND THE INFRINGER IS REQUIRED TO

04:05:53 18    PROVE HIS OR HER DEDUCTIBLE EXPENSES AND THE ELEMENTS OF PROFIT

04:05:57 19    ATTRIBUTABLE TO FACTORS OTHER THAN THE COPYRIGHTED WORK.

04:06:00 20          SO MAYBE I WILL SAY A LITTLE MORE ABOUT THAT.  SO, AGAIN,

04:06:05 21    THAT SECOND PART WHICH IS THAT PART ABOUT ARISTA, AND THAT'S

04:06:11 22    CALLED DISGORGEMENT, RIGHT, DISGORGEMENT OF ARISTA'S PROFITS,

04:06:16 23    AND THERE'S A PIECE WHERE THE COPYRIGHT OWNER, THAT WOULD BE

04:06:21 24    CISCO, IS REQUIRED TO SHOW JUST ARISTA'S REVENUES.

04:06:24 25          AND THEN ARISTA IS REQUIRED TO SHOW EXPENSES THAT THEY

CHEVALIER DIRECT BY MR. PAK                                    1549

04:06:31   1    WOULD GET IN -- THAT THEY GOT IN EARNING THOSE REVENUES, AND

04:06:36   2    ALSO PARTS OF THOSE PROFITS WHICH ARE NOT COMING FROM, THAT ARE

04:06:40   3    NOT COMING FROM THE COPYRIGHTED WORK, THAT ARE DUE TO FACTORS

04:06:44   4    OTHER THAN THE COPYRIGHTED WORK.

04:06:45   5    Q.   GREAT.  SO LET ME SEE IF I CAN HELP WITH YOUR TESTIMONY

04:06:51   6    HERE, DOCTOR, TO EXPLAIN THE PROCESS.  SO THIS IS JUST THE

04:06:54   7    PROCESS OF HOW THE EVIDENCE WILL BE LAID OUT ON DAMAGES.

04:06:57   8         SO CAN YOU WALK US THROUGH THIS SLIDE AND JUST STEP BY

04:07:00   9    STEP EXPLAIN TO THE JURY WHAT EVIDENCE YOU ARE GOING TO HEAR,

04:07:05  10    WHAT THEY ARE GOING TO HEAR, AND HOW YOU FIT INTO THE DIFFERENT

04:07:08  11    ELEMENTS HERE.

04:07:09  12         OKAY.  SO AS I JUST DESCRIBED, THERE'S -- EACH OF THE

04:07:13  13    PARTIES HAS A BURDEN HERE IN PROVING UP THIS DISGORGEMENT OF

04:07:18  14    ARISTA'S PROFITS OR THE INFRINGER'S PROFITS.  AND THE FIRST

04:07:24  15    PART THAT'S UP HERE ON THE TOP PART IS THE BURDEN OF CISCO.

04:07:28  16    AND SO WHAT CISCO HAS TO DO IS FIRST SHOW A CAUSAL

04:07:38  17    RELATIONSHIP BETWEEN ARISTA'S REVENUES OR PROFITS AND THE

04:07:41  18    COPYRIGHT INFRINGEMENT.  SO THEY HAVE TO SHOW A LINK BETWEEN

04:07:43  19    THE REVENUE AND THE PROFIT AND THE COPYRIGHT.

04:07:49  20         AND I BELIEVE THE JURY WILL BE INSTRUCTED ON THE LAW BY

04:07:53  21    HER HONOR, BUT MY UNDERSTANDING IS THAT CISCO MAY SATISFY ITS

04:07:58  22    BURDEN BY SHOWING THAT THE REVENUES IT SEEKS, DERIVED DIRECTLY

04:08:03  23    FROM THE SALES OF THE INFRINGING PRODUCTS.

04:08:05  24         SO THAT'S THE PIECE THAT CISCO IS GOING TO DO, IT'S GOING

04:08:08  25    TO SHOW SOME LENGTH.  AND THEN IT'S ALSO GOT TO SHOW JUST THE

04:08:11   1     REVENUES OF ARISTA DERIVED FROM THE INFRINGING PRODUCTS.

04:08:18   2     Q.   AND JUST TO PAUSE YOU THERE.  THAT'S WHAT YOU ARE GOING TO

04:08:21   3     DO WITH RESPECT TO DISGORGEMENT TODAY; IS THAT CORRECT?

04:08:23   4     A.   YEAH, THAT'S WHAT I'M GOING TO DO WITH RESPECT TO

04:08:27   5     DISGORGEMENT TODAY.

04:08:28   6     Q.   LET'S GO TO THE NEXT SECTION HERE.  WHAT IS ARISTA GOING

04:08:33   7     TO DO IN RESPONSE TO YOUR TESTIMONY?

04:08:35   8     A.   OKAY.  SO IT'S ARISTA'S BURDEN TO PROVE DEDUCTIBLE

04:08:38   9     EXPENSES AND ALSO ITS BURDEN TO PROVE THAT PART OF THE PROFITS,

04:08:42  10     IF THERE ARE ANY, THAT ARE ATTRIBUTABLE TO THE FACTORS OTHER

04:08:46  11     THAN THE COPYRIGHTED WORKS.

04:08:47  12         SO IT'S MY UNDERSTANDING THAT ARISTA WILL THEN UNDERTAKE

04:08:51  13     SOME EVIDENCE ABOUT THIS OR SOME OPINION ABOUT THESE DEDUCTIBLE

04:08:57  14     EXPENSES AND APPORTIONMENT, AND THEN IT'S MY UNDERSTANDING THAT

04:09:00  15     I'LL RETURN NEXT WEEK TO PERHAPS OFFER SOME OPINION ON THE

04:09:05  16     EXPENSES AND APPORTIONMENT THAT ARISTA HAS SHOWN OR THAT ARISTA

04:09:10  17     HAS DEMONSTRATED.

04:09:11  18     Q.   SO, DR. CHEVALIER, WE WILL SEE YOU TWICE.  WE ARE GOING TO

04:09:15  19     SEE YOU TODAY TO TALK ABOUT THE FIRST STEP, AND THEN YOU WILL

04:09:18  20     COME BACK LATER IN THE WEEK NEXT WEEK TO PROVIDE YOUR REBUTTAL

04:09:21  21     OPINIONS ON DISGORGEMENT; IS THAT CORRECT?

04:09:23  22     A.   IT'S LOOKING LIKE YOU MIGHT SEE ME THREE TIMES, BUT, YES.

04:09:27  23     Q.   OKAY.  SO LET US THEN GO TO ARISTA'S GROSS REVENUES WITH

04:09:35  24     RESPECT TO THE CAUSAL RELATIONSHIP OF COPYRIGHT INFRINGEMENT.

04:09:40  25     CAN YOU WALK US THROUGH THIS PARTICULAR DEMONSTRATIVE AND HOW

04:09:43  1    THAT INFORMS YOUR OPINION ABOUT THE GROSS REVENUES FROM ARISTA

04:09:48  2    THAT'S AT ISSUE IN THIS CASE?

04:09:48  3    A.    SURE.

04:09:51  4         SO THE FIRST THING IS THAT ALL ARISTA SWITCHES CURRENTLY

04:09:58  5    AND PREVIOUSLY OFFERED FOR SALE INCORPORATE THE INFRINGING CLI.

04:10:02  6         SO THAT IS WHAT WE NEED TO SHOW FOR THE CAUSAL

04:10:07  7    RELATIONSHIP.  SO WE WILL BE LOOKING AT ALL OF ARISTA'S SWITCH

04:10:11  8    SALES.

04:10:11  9         AND IT'S IMPORTANT TO UNDERSTAND THAT THERE'S A DAMAGES

04:10:15  10   PERIOD OVER WHICH THOSE SWITCH SALES ARE GOING TO BE EXAMINED

04:10:23  11   AND THAT'S THIS NICE PICTURE HERE DOWN AT THE BOTTOM.

04:10:28  12        THE DAMAGES PERIOD BEGINS THREE YEARS BEFORE CISCO FILED

04:10:31  13   ITS LAWSUIT, THAT'S WHAT CISCO IS ENTITLED TO.  SO THAT BEGINS

04:10:34  14   IN DECEMBER 2011, THE DAMAGES PERIOD ENDS.  AND FOR THE

04:10:38  15   PURPOSES OF WHAT I'M GOING TO PRESENT TO YOU, MARCH 2016 IS THE

04:10:43  16   LAST DATE FOR WHICH WE HAVE ARISTA FINANCIAL DATA.

04:10:46  17        SO THE NUMBERS I WILL SHOW YOU WILL BE FROM DECEMBER 2011

04:10:50  18   TO MARCH 2016.

04:10:53  19   Q.    AND WHEN YOU'VE LOOKED AT ALL THE -- AND THESE NUMBERS ARE

04:10:57  20   NOT DISPUTED IN THE CASE; IS THAT CORRECT?

04:10:59  21   A.    THESE NUMBERS ARE NOT DISPUTED, NO.

04:11:01  22   Q.    SO WHEN YOU LOOKED AT ALL THE RECORDS AND FINANCIAL

04:11:05  23   SPREADSHEETS FROM ARISTA, WHAT WAS THE TOTAL CALCULATION FROM

04:11:08  24   DECEMBER OF 2011 TO MARCH OF 2016 IN TERMS OF GROSS REVENUES

04:11:13  25   GENERATED BY ARISTA FROM THE SALE OF THE ACCUSED SWITCHES?

04:11:17   1    A.   OKAY.  SO THE REVENUES GENERATED BY THE SALE OF ARISTA

04:11:20   2    SWITCHES IN THE U.S. OVER THIS PERIOD TOTALLED $1.3 BILLION.

04:11:26   3    Q.   OKAY.  AND SO AT THIS POINT DO YOU FEEL THAT YOU'VE

04:11:29   4    SATISFIED THE BURDEN THAT CISCO HAS WITH RESPECT TO THE

04:11:32   5    DISGORGEMENT IN PROFITS?

04:11:34   6    A.   THAT'S RIGHT.  SO THIS IS -- FOR NOW WHAT WE HAVE TO SAY

04:11:38   7    ABOUT THE DISGORGEMENT OF PROFITS, WE HAVE SATISFIED CISCO'S

04:11:41   8    BURDEN, AND AS I SAID, I EXPECT WE WILL BE BACK AFTER WE TALK

04:11:45   9    ABOUT -- AFTER ARISTA ATTEMPTS TO SATISFY ITS BURDEN.

04:11:50  10    Q.   OKAY.  SO THEN WE ARE GOING TO SWITCH NOW TO LOST PROFITS,

04:11:54  11    WHICH IS CISCO'S PROFITS THAT IT LOST AS A RESULT OF ARISTA'S

04:11:57  12    INFRINGEMENT; IS THAT CORRECT?

04:11:58  13    A.   THAT'S CORRECT.

04:11:59  14    Q.   SO HERE, CAN YOU WALK US THROUGH THE STEPS THAT YOU

04:12:03  15    FOLLOWED IN TRYING TO UNDERSTAND WHAT PROFITS CISCO LOST AS A

04:12:10  16    RESULT OF ARISTA'S COPYRIGHT INFRINGEMENT?

04:12:12  17    A.   OKAY.  SO THERE'S TWO STEPS HERE.  AND SO LET ME MENTION

04:12:16  18    BOTH, AND THEN WE WILL MAYBE BREAK IT DOWN A LITTLE BIT MORE.

04:12:20  19         SO THE FIRST STEP THAT CISCO HAS TO DO IS ESTABLISH

04:12:25  20    SOMETHING THAT ECONOMISTS CALL THE "BUT FOR" WORLD, AND, THAT

04:12:29  21    IS, WHAT WOULD THE WORLD LOOK LIKE IF THIS INFRINGEMENT HADN'T

04:12:34  22    HAPPENED.

04:12:34  23         AND THE REASON WE DO THAT IS WE FIRST ESTABLISH A CAUSAL

04:12:39  24    RELATIONSHIP THAT CISCO HAS LOST PROFITS, AND THEN DETERMINE

04:12:45  25    WHAT ADDITIONAL SALES CISCO WOULD HAVE MADE -- SORRY.  YEAH.

CHEVALIER DIRECT BY MR. PAK                                    1553

04:12:51   1    WHAT ADDITIONAL SALES CISCO WOULD HAVE MADE IN THIS "BUT FOR"

04:12:57   2    WORLD IF THE INFRINGEMENT DIDN'T TAKE PLACE.

04:13:03   3         SO THAT'S IF ARISTA DIDN'T INFRINGE THE COPYRIGHT, HOW

04:13:07   4    MANY MORE SALES WOULD CISCO HAVE MADE.

04:13:08   5    Q.   SO JUST TO BE CLEAR, WE ARE NOT TALKING ABOUT FUTURE

04:13:11   6    SALES, WE ARE GOING BACK IN TIME; IS THAT RIGHT?

04:13:12   7    A.   AGAIN, WE ARE GOING BACK TO TIME.  SO WE DON'T HAVE DATA

04:13:15   8    PAST MARCH.  SO THIS DAMAGES PERIOD IS THE SAME.

04:13:18   9    Q.   RIGHT.  SO IT'S DECEMBER 2011 TO MARCH OF 2016 WE ARE

04:13:23   10   GOING BACK IN TIME?

04:13:24   11   A.   YES.

04:13:24   12   Q.   AND ASKING THE QUESTION, HAD ARISTA NOT INFRINGED CISCO'S

04:13:29   13   COPYRIGHTS, HOW MUCH MORE ADDITIONAL PROFITS WOULD CISCO HAVE

04:13:32   14   MADE DURING THAT SAME TIME PERIOD?

04:13:34   15   A.   RIGHT.  DURING THIS PERIOD.

04:13:36   16   Q.   OKAY.  GOOD.

04:13:38   17        AND THEN ONCE YOU DO THIS BUT FOR ANALYSIS, WHAT IS THE

04:13:41   18   SECOND STEP IN YOUR ANALYSIS?

04:13:42   19   A.   OKAY.  SO WE'VE COME OUT OF THE FIRST STEP WITH THE SALES

04:13:48   20   THAT CISCO WOULD HAVE MADE IF ARISTA DIDN'T INFRINGE ITS

04:13:52   21   COPYRIGHTS.

04:13:53   22        AND THEN IN THE SECOND STEP WE HAVE TO CALCULATE HOW

04:13:59   23   PROFITABLE OR HOW MUCH PROFIT THEY WOULD HAVE MADE FROM THOSE

04:14:02   24   SALES.

04:14:02   25        SO, OF COURSE, IF THEY MADE ADDITIONAL SALES, THEY WOULD

04:14:05  1    HAVE ALSO HAD ADDITIONAL COSTS.  SO WE WANTED TO JUST CALCULATE

04:14:09  2    THE LOST PROFITS.  SO I NEED TO DEDUCT THOSE COSTS FROM THE

04:14:14  3    SALES.

04:14:15  4    Q.   OKAY.  AND I KNOW IT COULD BE A LITTLE BIT CONFUSING BUT

04:14:18  5    HERE WE ALSO SEE AT THE TOP -- AND MAYBE WE CAN HIGHLIGHT THIS,

04:14:21  6    MR. FISHER -- IN THE FIRST STEP IT USES THE WORD CAUSAL

04:14:26  7    RELATIONSHIP TO TALK ABOUT LOST PROFITS.

04:14:27  8         DO YOU SEE THAT?

04:14:28  9    A.   YES.

04:14:28  10   Q.   WE ALSO SAW CAUSAL RELATIONSHIP LANGUAGE IN THE

04:14:32  11   DISGORGEMENT SIDE OF THE CASE AS WELL; CORRECT?

04:14:34  12   A.   YES.

04:14:35  13   Q.   NOW, I KNOW IT USES THE SAME WORDS BUT FOR LOST PROFITS,

04:14:38  14   IS THIS THE SAME CONCEPT OR A DIFFERENT CONCEPT OF CAUSAL

04:14:41  15   RELATIONSHIP FOR LOST PROFITS, BASED ON YOUR UNDERSTANDING?

04:14:44  16   A.   OKAY.  SO IT IS NOT COMPLETELY THE SAME.  SO BEFORE, WE

04:14:49  17   SIMPLY HAD TO SHOW THE REVENUES THAT WERE ATTRIBUTABLE TO

04:14:54  18   ARISTA'S SALES BUT ARISTA SALES OF INFRINGING PRODUCTS.  BUT WE

04:15:01  19   DIDN'T HAVE TO ASK THE QUESTION OF WHY ARISTA MADE THOSE SALES,

04:15:06  20   WHICH IS TO SAY, WE DIDN'T HAVE TO ASK, DID ARISTA MAKE THOSE

04:15:09  21   SALES BECAUSE OF THE INFRINGEMENT.

04:15:12  22        HERE, IN ESTABLISHING LOST PROFITS, WE NEED TO THINK ABOUT

04:15:17  23   WHAT SALES CISCO WOULD HAVE MADE, BUT FOR THE INFRINGEMENT, AND

04:15:21  24   TO DO THAT WE ARE GOING TO LOOK AT THIS "WHY" QUESTION OF WHAT

04:15:29  25   SALES WOULD ARISTA NOT HAVE MADE IF THEY HADN'T INFRINGED

04:15:32  1    CISCO'S COPYRIGHTS.

04:15:34  2    Q.    AND WE ARE GOING TO GET A LOT MORE INTO THIS DETAIL HERE,

04:15:37  3    BUT AT A HIGH LEVEL, DID YOU EVALUATE ANY ECONOMIC FACTORS THAT

04:15:41  4    INFLUENCE CUSTOMER PURCHASE DECISIONS IN PARTICULARLY THE HIGH

04:15:46  5    SPEED DATA CENTER MARKET, ETHERNET SWITCHING MARKET, WHEN YOU

04:15:49  6    WERE THINKING ABOUT THIS QUESTION OF LOST PROFITS?

04:15:51  7    A.    YEAH.    SO IT'S HELPFUL TO THINK HERE ABOUT HOW CUSTOMERS

04:15:57  8    SHOULD BE MAKING DECISIONS AND ARE MAKING DECISIONS IN THIS

04:16:00  9    MARKET.

04:16:01  10          SO THE FIRST THING TO UNDERSTAND IS, OF COURSE, THE

04:16:05  11   CUSTOMERS IN THE HIGH SPEED SWITCHING MARKET ARE THEMSELVES,

04:16:11  12   COMPANIES; RIGHT?    SO THEY ARE COMPANIES WHO ARE TRYING TO

04:16:14  13   MAXIMIZE THEIR PROFIT, TO PURSUE THEIR BUSINESS.

04:16:17  14          AND SO IN ORDER TO DO THAT, WHEN THEY MAKE A DECISION --

04:16:21  15   WHEN THEY ARE MAKING DECISIONS ABOUT PURCHASING SWITCHES, THEY

04:16:24  16   WANT TO THINK ABOUT THE BENEFITS OFFERED BY THOSE SWITCHES, OF

04:16:30  17   COURSE, AND, YOU KNOW, EVALUATE THOSE.    AND THEY WANT TO THINK

04:16:33  18   ABOUT THE PRICE OF THOSE SWITCHES.

04:16:35  19          BUT THEY ALSO WANT TO THINK ABOUT OTHER COSTS ASSOCIATED

04:16:40  20   WITH SETTING UP AND MAINTAINING AND TROUBLE SHOOTING THOSE

04:16:44  21   SWITCHES.

04:16:45  22          SO IT'S IMPORTANT TO REALIZE THAT THE DATA CENTER DOES

04:16:49  23   INVOLVE A LOT OF WORKERS, A LOT OF ENGINEERS, WHO ARE IN CHARGE

04:16:53  24   OF SETTING UP, MAINTAINING, AND TROUBLE SHOOTING SWITCHES.    AND

04:16:59  25   THE COST OF DOING THAT IS GOING TO BE PART OF THE

04:17:02  1    DECISION-MAKING WHEN THE CUSTOMER MAKES A PURCHASE DECISION.

04:17:06  2         SO THE CUSTOMER SHOULDN'T JUST THINK ABOUT THE PRICE ON

04:17:08  3    THE BOX, BUT THEY HAVE TO THINK ABOUT ALL OF THE LABOR THAT'S

04:17:12  4    GOING TO BE INVOLVED AND THE DIFFERENT AMOUNT OF LABOR THAT'S

04:17:16  5    GOING TO BE INVOLVED WITH DIFFERENT DECISIONS THAT THEY MIGHT

04:17:18  6    MAKE.

04:17:19  7    Q.   SO YOU'VE TALKED ABOUT OBVIOUSLY THE PRICE OF THE SWITCH

04:17:22  8    AND THE EQUIPMENT YOU BUY, BUT YOU'VE ALSO TALKED ABOUT THIS

04:17:25  9    COST OF THE STAFF THAT'S INVOLVED, THE NETWORK OPERATORS.

04:17:29  10        ARE THERE OTHER FACTORS OR CONTRIBUTORS TO THIS QUESTION

04:17:31  11   OF THE -- WHAT'S CALLED THE OPERATIONAL COST OF HAVING DATA

04:17:36  12   CENTERS WHICH PLAYED A ROLE IN YOUR ANALYSIS?

04:17:38  13   A.   YES, SO THERE ARE OTHER FACTORS.  LET ME HIGHLIGHT ONE

04:17:41  14   THAT I THINK IS IMPORTANT.  ONE IS THE COST OF HAVING A

04:17:48  15   DOWNTIME OR HAVING A SWITCH -- HAVING THE CENTER GO DOWN,

04:17:52  16   RIGHT, HAVE A PROBLEM.

04:17:54  17        AND THAT'S, OF COURSE, COSTLY BECAUSE THE DATA CENTER IS,

04:17:58  18   YOU KNOW, REALLY IMPORTANT TO RUNNING THE CUSTOMER'S BUSINESS.

04:18:04  19   THERE'S AN INDUSTRY ANALYSIS GROUP, IT'S A THIRD PARTY AND IT

04:18:12  20   HAS ESTIMATED -- IT'S CALLED GARTNER.

04:18:13  21        AND GARTNER HAS ESTIMATED THAT DATA CENTERS BEING DOWN CAN

04:18:20  22   COST $300,000 AN HOUR TO A CUSTOMER.  AND SO, THEREFORE,

04:18:25  23   AVOIDING THAT AND ALSO FIXING IT, TROUBLE SHOOTING AND GETTING

04:18:31  24   IT BACK IN SHAPE ARE GOING TO BE -- GETTING IT BACK IN SHAPE

04:18:35  25   QUICKLY ARE GOING TO BE IMPORTANT FACTORS THAT A COMPANY IS

| | | |
|---|---|---|
| 04:18:38 | 1 | GOING TO THINK ABOUT AS PART OF ITS TOTAL COST OF OPERATING A |
| 04:18:41 | 2 | DATA CENTER. |
| 04:18:42 | 3 | Q.  NOW, WHAT I WANT TO DO IS WITH THAT GENERAL REVIEW, |
| 04:18:45 | 4 | DOCTOR, I WANT TO GO INTO THE SPECIFIC EVIDENCE THAT YOU |
| 04:18:47 | 5 | CONSIDERED.  AND I KNOW THIS IS JUST A SAMPLE OF EVIDENCE THAT |
| 04:18:51 | 6 | YOU HAVE LOOKED AT, BUT I WANTED TO WALK THROUGH SOME OF THAT |
| 04:18:54 | 7 | EVIDENCE WITH YOU AND THE JURY AND HAVE YOU EXPLAIN THE |
| 04:18:56 | 8 | IMPORTANCE OF THOSE PIECES OF EVIDENCE. |
| 04:18:58 | 9 | A.  OKAY. |
| 04:18:59 | 10 | Q.  OKAY.  GREAT. |
| 04:19:00 | 11 | SO LET'S LOOK AT SLIDE 12.  AND IT'S TITLED "CAUSAL |
| 04:19:05 | 12 | RELATIONSHIP BETWEEN ARISTA'S SALES AND COPYING." |
| 04:19:07 | 13 | CAN YOU HELP US UNDERSTAND THE ECONOMIC IMPORTANCE OF SOME |
| 04:19:11 | 14 | OF THESE E-MAILS AND ADMISSIONS THAT WE HAVE BEEN SEEING |
| 04:19:16 | 15 | THROUGHOUT THE TRIAL? |
| 04:19:17 | 16 | A.  OKAY.  SO AS I JUST SAID, YOU KNOW, THE CUSTOMER SHOULD BE |
| 04:19:20 | 17 | THINKING ABOUT THE HUMAN COSTS OR THE LABOR COSTS OF RUNNING |
| 04:19:25 | 18 | THEIR DATA CENTER AND OPERATING SWITCHES. |
| 04:19:27 | 19 | AND ONE THING THAT WE'VE HEARD A BIT ABOUT AND THAT THESE |
| 04:19:33 | 20 | ITEMS ILLUSTRATE, IS THAT YOU KNOW, THERE IS A RELATIONSHIP |
| 04:19:38 | 21 | BETWEEN THE HUMAN COSTS AND THE ARISTA'S COPYING. |
| 04:19:46 | 22 | SO ARISTA EMPHASIZES IN ITS COMMUNICATIONS WITH |
| 04:19:49 | 23 | CUSTOMERS -- AND THESE ARE INTERNAL E-MAILS ABOUT |
| 04:19:53 | 24 | COMMUNICATIONS THAT ARISTA IS HAVING WITH CUSTOMERS -- THEY |
| 04:19:57 | 25 | EMPHASIZE THE SIMILARITY OF ARISTA'S CLI WITH CISCO'S CLI, |

04:20:03  1    BECAUSE, OF COURSE, THE CLI IS HOW THE CUSTOMER IS GOING TO

04:20:08  2    MANAGE THE SWITCHES.

04:20:10  3        SO WE CAN SEE, YOU KNOW, THE FIRST ONE SAYS, WE WOULD GET

04:20:15  4    PRACTICAL DROP-IN REPLACEMENT FOR CISCO, GIVEN THE 99.999

04:20:22  5    SIMILARITY IN THE CLI.

04:20:23  6        THE SECOND ONE FROM 2014 IS TALKING ABOUT ARISTA'S CLI

04:20:30  7    COMPARED TO OTHER COMPETITORS AND IT SAYS, BUT WE HAVE BY FAR

04:20:37  8    THE MOST SIMILAR CLI.  AND IT SAYS, WHEREAS WE LIKE TO SAY WE

04:20:41  9    HAVE A TRUE INDUSTRY STANDARD CLI.

04:20:44  10   Q.   OKAY.  AND THEN AGAIN, FROM AN ECONOMIC PERSPECTIVE, HOW

04:20:49  11   DO SOME OF THESE ADMISSIONS OR REPRESENTATIONS TO CUSTOMERS

04:20:54  12   THAT WHAT ARISTA IS OFFERING IS A TRUE DROP-IN REPLACEMENT FOR

04:21:00  13   CISCO'S USER INTERFACE, HOW DOES THAT PLAY A ROLE IN THE

04:21:03  14   CUSTOMER DECISION-MAKING PROCESS FROM AN ECONOMIC STANDPOINT?

04:21:07  15   A.   RIGHT.  SO YOU CAN SEE THAT A BIT IN THE LAST ONE.  SO THE

04:21:11  16   TRANSITION FROM CISCO TO ARISTA IS ONE OF GREAT EASE, THE

04:21:16  17   COMMAND-LINE INTERFACE IS IDENTICAL TO CISCO.

04:21:18  18       SO PART OF, YOU KNOW, ESTABLISHING, GETTING NEW SWITCHES

04:21:25  19   SET UP AND USING THEM IN THE NETWORK IS GOING TO BE THROUGH THE

04:21:31  20   COMMAND-LINE INTERFACE.  AND CISCO IS SAYING, YOU KNOW, IF

04:21:34  21   YOU -- I MEAN, ARISTA IS SAYING, IF YOU ARE MOVING FROM A DATA

04:21:38  22   CENTER WITH A LOT OF CISCO SWITCHES AND YOU ARE GOING TO ADD

04:21:40  23   SOME ARISTA SWITCHES, THIS TRANSITION WILL NOT BE COSTLY, IT

04:21:45  24   WILL BE OF GREAT EASE, IT WILL SAVE SOME OF THESE HUMAN LABOR

04:21:49  25   COSTS BECAUSE OF THIS SIMILARITY.

04:21:52   1                    MR. PAK:  AND, YOUR HONOR, IF --

04:21:54   2        Q.   IF YOU COULD ACTUALLY, DR. CHEVALIER, IF YOU COULD TAKE A

04:21:56   3   LOOK AT EXHIBIT 427 IN YOUR BINDER.

04:21:59   4        A.   OKAY.

04:22:03   5        Q.   AND I WOULD LIKE TO HAVE YOU JUST CONFIRM THAT THIS IS AN

04:22:06   6   E-MAIL SENT FROM MR. BAUMAN, B-A-U-M-A-N, AT ARISTA, TO

04:22:12   7   MR. PAUL DRUCE AND LINCOLN DALE, ALSO AT ARISTA AT THE TIME,

04:22:17   8   AND IT WAS PRODUCED BY ARISTA AND SOMETHING THAT YOU CONSIDERED

04:22:20   9   IN FORMING YOUR ECONOMIC OPINIONS.

04:22:23  10        A.   YES.

04:22:25  11                    MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

04:22:27  12   EXHIBIT 427 INTO THE RECORD.

04:22:29  13                    THE COURT:  ANY OBJECTION?

04:22:30  14                    MR. SILBERT:  NO OBJECTION.

04:22:30  15                    THE COURT:  IT WILL BE ADMITTED.

04:22:32  16        (PLAINTIFF'S EXHIBIT 427 WAS ADMITTED INTO EVIDENCE.)

04:22:32  17   BY MR. PAK:

04:22:32  18        Q.   SO THEN LET'S TAKE A LOOK AT ANOTHER PIECE OF EVIDENCE

04:22:37  19   THAT I THINK THE JURY HAS HEARD ABOUT.  AND THIS IS FROM

04:22:41  20   MR. ANSHUL SADANA WHO IS THE CHIEF CUSTOMER OFFICER OF ARISTA.

04:22:48  21        AND CAN YOU EXPLAIN TO US AGAIN THE ECONOMIC SIGNIFICANCE

04:22:52  22   OF THIS STATEMENT IN A HISTORICAL DOCUMENT FROM 2009 AS IT

04:22:57  23   RELATES TO SOME OF THE COST EQUATIONS FOR CUSTOMERS.

04:23:01  24        A.   OKAY.  SO THIS DOCUMENT MENTIONS TRAINING.  SO LET ME SAY

04:23:06  25   SOMETHING ABOUT TRAINING.

CHEVALIER DIRECT BY MR. PAK                                    1560

04:23:07   1        WE KNOW THAT PART OF AN ENGINEER USING A SWITCH IS BEING

04:23:12   2   TRAINED TO USE THE SWITCH.  WE KNOW THAT MANY ENGINEERS RECEIVE

04:23:17   3   TRAINING THAT IS CISCO SPECIFIC AND INTENSELY USES OR INTENSELY

04:23:26   4   REQUIRES THE ENGINEER TO INTERACT WITH THE CLI IN ORDER TO

04:23:30   5   MANAGE THE SWITCH.

04:23:31   6        AND HERE WHAT MR. SADANA SAYS IS, HENCE, IF WE STAY WITH

04:23:36   7   CISCO'S SYNTAX, THAT WILL WORK WELL.  WE JUST WANT TO -- AND

04:23:40   8   I'M OBVIOUSLY SKIPPING A PART, WE JUST WANT TO LEVERAGE ALL THE

04:23:44   9   PARTNER TRAINING THAT CISCO DOES.

04:23:46  10        SO THE IDEA IS, CISCO IS DOING TRAINING, PARTNER TRAINING,

04:23:51  11   AND ARISTA CUSTOMERS CAN BENEFIT FROM THAT.

04:23:56  12   Q.   LET'S TAKE A LOOK AT ANOTHER PIECE OF EVIDENCE, AND THIS

04:24:00  13   IS SLIDE 14.  AND THIS APPEARS TO BE, AND YOU CAN TAKE A LOOK

04:24:07  14   AT IT IN YOUR BINDER, BUT IT'S EXHIBIT 4745.  IT APPEARS TO BE

04:24:13  15   AN ARTICLE FROM "NETWORK WORLD."

04:24:15  16        AND IT WAS DISCUSSING SOME STATEMENTS BY ARISTA'S CEO

04:24:22  17   JAYSHREE ULLAL, IT SAYS, "CLOUD NETWORKING LEADER COMPLIMENTS

04:24:27  18   CISCO."

04:24:28  19        AND THEN THERE'S SOME Q AND A WITH HER.

04:24:30  20        WOULD YOU MIND EXPLAINING FOR THE JURY AGAIN WHAT IS THE

04:24:34  21   ECONOMIC SIGNIFICANCE OF PUBLIC STATEMENTS LIKE THESE FROM

04:24:36  22   EXECUTIVES AT ARISTA TELLING CUSTOMERS IN THE INDUSTRY ABOUT

04:24:42  23   WHAT IT'S DONE IN COPYING THE CISCO CLI?

04:24:45  24   A.   OKAY.  SO YOU KNOW, FIRST, THE QUESTION THAT'S BEING

04:24:49  25   ASKED, THIS IS ACTUALLY AN INTERVIEW.  THE QUESTION THAT'S

04:24:52  1    BEING ASKED IS, "SAY I'M A BIG CISCO INSTALLATION TODAY.  WHEN

04:24:57  2    WOULD I TALK TO ARISTA?  WHAT'S THE NEED THAT OPENING THE

04:25:02  3    DOOR?"

04:25:02  4        AND JAYSHREE ULLAL, THE CEO OF ARISTA REPLIES, IN PART,

04:25:07  5    WELL, "THE TRAINING IS VERY EASY AND A CISCO CCIE EXPERT WOULD

04:25:15  6    BE ABLE TO USE ARISTA RIGHT AWAY, BECAUSE WE HAVE SIMILAR

04:25:20  7    COMMAND-LINE INTERFACES AND OPERATIONAL LOOK AND FEEL.  WHERE

04:25:21  8    WE DON'T HAVE TO INVENT, WE DON'T."

04:25:23  9        SO THE IMPORTANCE HERE IS POINTING OUT THAT THE MIGRATION

04:25:27 10    FROM CISCO TO ARISTA WOULD BE MADE CHEAPER AND EASIER BECAUSE

04:25:33 11    AN EXPERT, A CCIE, THAT'S A -- SOMEONE WHO HAS A CISCO

04:25:38 12    CERTIFICATION, WILL BE ABLE TO MOVE TO MANAGING THE ARISTA

04:25:41 13    SWITCHES RIGHT AWAY.

04:25:42 14    Q.   AND I WANT TO TALK ABOUT WHAT YOU JUST SAID.  CHEAPER AND

04:25:46 15    EASIER.  SO LET'S THINK ABOUT POTENTIAL CUSTOMERS WHO ARE

04:25:49 16    THINKING OF MIGRATING FROM CISCO TO ARISTA.

04:25:54 17        CAN YOU EXPLAIN TO THE JURY WHY HAVING A CISCO CLI OR A

04:25:58 18    COPY OF THE CISCO CLI WOULD MAKE IT EASIER AND FASTER FOR

04:26:02 19    POTENTIAL CUSTOMERS TO MIGRATE?

04:26:06 20    A.   OKAY.  SO, AGAIN, THE COST OF MIGRATION INVOLVES THE COST

04:26:10 21    OF TRAINING THE ENGINEERS TO BANISH THE SYSTEM AND ALSO TO SET

04:26:17 22    UP THE SYSTEM, TROUBLE SHOOT THE SYSTEM, AND MONITOR THE

04:26:20 23    SYSTEM.

04:26:21 24        AND SO THE HUMAN COST OF DOING THAT IS GOING TO BE LOWER

04:26:24 25    IF THE ENGINEERS ALREADY KNOW HOW TO DO THAT BECAUSE OF THEIR

04:26:28   1    TRAINING FOR THE CISCO PRODUCTS.

04:26:31   2    Q.   OKAY.  AND AT THIS TIME -- ACTUALLY, TAKE A LOOK AT 4745,

04:26:36   3    DR. CHEVALIER.  AND CAN YOU PLEASE CONFIRM THAT EXHIBIT 4745 IS

04:26:41   4    A PUBLICATION THAT YOU REVIEWED IN CONNECTION WITH YOUR DAMAGES

04:26:45   5    EXPERT OPINIONS?

04:26:52   6    A.   YES, THIS IS THE ONE WE JUST DISCUSSED.

04:26:54   7            MR. PAK:  OKAY.  YOUR HONOR, I WOULD LIKE TO ADMIT

04:26:57   8    INTO EVIDENCE EXHIBIT 4745.

04:26:58   9            THE COURT:  ANY OBJECTION?

04:27:00  10            MR. SILBERT:  NO OBJECTION.

04:27:01  11            THE COURT:  IT WILL BE ADMITTED.

04:27:02  12         (PLAINTIFF'S EXHIBIT 4745 WAS ADMITTED INTO EVIDENCE.)

04:27:02  13    BY MR. PAK:

04:27:02  14    Q.   LET'S TAKE A LOOK AT SOME MORE DOCUMENTATION THAT YOU

04:27:05  15    CONSIDERED, AND THIS IS ON SLIDE 15 OF YOUR PRESENTATION.  AND

04:27:10  16    CAN YOU TELL US THE SIGNIFICANCE OF WHAT WE ARE SEEING ON THIS

04:27:14  17    SLIDE.

04:27:16  18    A.   ALL RIGHT.  SO FAR WE HAVE BEEN TALKING ABOUT ARISTA'S

04:27:20  19    REPRESENTATION TO CUSTOMERS ABOUT THE EASE OF USING ARISTA'S

04:27:25  20    PRODUCTS.

04:27:27  21         THIS DOCUMENT IS -- IT IS A PUBLICATION FOR IT

04:27:31  22    PROFESSIONALS.  SO IT'S A THIRD-PARTY PUBLICATION.  AND THIS

04:27:35  23    DOCUMENT SHOWS THAT THIRD-PARTY PUBLICATIONS ARE -- THIRD

04:27:41  24    PARTIES ARE NOTICING THAT ARISTA HAS THESE BENEFITS IN TERMS OF

04:27:46  25    TRANSITION FROM CISCO.

04:27:48   1            AND IT SAYS, "ARISTA CREATED A CLI (COMMAND-LINE

04:27:52   2    INTERFACE) THAT LOOKS AND ACTS VERY MUCH LIKE CISCO'S."

04:27:54   3            AND THEN THERE'S SOME DETAIL THERE.  AND IT SAYS, SO THERE

04:27:59   4    ARE A LOT OF FOLKS OUT THERE THAT ARE PROFICIENT WITH THE CISCO

04:28:04   5    EXPAND LINE AND USER INTERFACE.  ARISTA IS A REAL NATURAL FIT

04:28:07   6    FOR THEM.

04:28:07   7    Q.   AND, AGAIN, IT'S HAPPENING IN THE MARKET PLACE FROM AN

04:28:11   8    ECONOMIC STANDPOINT, WHEN DUE TO ARISTA'S MARKETING EFFORTS AND

04:28:14   9    THEIR PUBLICITY, THAT THIRD PARTIES AND PUBLICATIONS ARE

04:28:18  10    NOTICING THAT ARISTA'S CLI AND USER INTERFACE IS VERY MUCH LIKE

04:28:22  11    CISCO'S, WHAT'S HAPPENING IN THE MARKET PLACE?

04:28:26  12    A.   OKAY.  SO THAT IS, YOU KNOW -- THE CUSTOMERS ARE

04:28:33  13    UNDERSTANDING OR ARE BEING TOLD OR UNDERSTANDING THAT THEIR

04:28:37  14    MIGRATION FROM CISCO, WHO IS OBVIOUSLY THE MARKET LEADER TO

04:28:41  15    ARISTA, WOULD BE EASIER AND CHEAPER.

04:28:43  16    Q.   OKAY.  LET'S LOOK AT SOME MORE PIECES OF EVIDENCE.  AND I

04:28:49  17    WOULD ACTUALLY LIKE TO JUST CONFIRM AGAIN, DR. CHEVALIER, TAKE

04:28:53  18    A LOOK AT 565 AND CONFIRM THAT IT'S ONE OF THE DOCUMENTS THAT

04:28:57  19    YOU CONSIDERED IN FORMING YOUR ECONOMIC OPINIONS IN THIS CASE?

04:29:01  20    A.   LET ME JUST LOOK IN THE BINDER.

04:29:12  21            YES.

04:29:13  22            MR. PAK:  OKAY.  AND I WOULD LIKE TO ACTUALLY ADMIT

04:29:16  23    EXHIBIT 565 INTO EVIDENCE.

04:29:18  24            THE COURT:  ANY OBJECTION?

04:29:19  25            MR. SILBERT:  NO OBJECTION.

| | | |
|---|---|---|
| 04:29:19 | 1 | THE COURT:  IT WILL BE ADMITTED. |
| 04:29:21 | 2 | (PLAINTIFF'S EXHIBIT 565 WAS ADMITTED INTO EVIDENCE.) |
| 04:29:21 | 3 | BY MR. PAK: |
| 04:29:21 | 4 | Q.   OKAY.  AND THEN I WOULD LIKE IT TALK ABOUT THE NEXT PIECE |
| 04:29:24 | 5 | OF EVIDENCE, WHICH IS SLIDE 16.  AND NOW WE ARE GETTING A |
| 04:29:30 | 6 | LITTLE MORE SPECIFIC NOW WITH SOME CUSTOMERS AND, AGAIN, |
| 04:29:35 | 7 | SAMSUNG IS THE CUSTOMER THAT'S BEING DISCUSSED IN THIS |
| 04:29:38 | 8 | PARTICULAR PIECE; IS THAT CORRECT? |
| 04:29:41 | 9 | A.   RIGHT.  SAMSUNG IS A POTENTIAL CUSTOMER. |
| 04:29:43 | 10 | Q.   POTENTIAL CUSTOMER. |
| 04:29:45 | 11 | A.   RIGHT. |
| 04:29:45 | 12 | Q.   SO I WOULD LIKE TO, AGAIN, HAVE YOU EXPLAIN THE ECONOMIC |
| 04:29:51 | 13 | IMPORTANCE OF SEEING SOME OF THESE CUSTOMER INTERACTIONS |
| 04:29:54 | 14 | INVOLVING ARISTA'S CLI AND ITS SIMILARITY TO CISCO'S CLI? |
| 04:29:58 | 15 | A.   OKAY.  SO THIS IS -- YOU KNOW, THIS DOCUMENT IS A |
| 04:30:03 | 16 | DISCUSSION BETWEEN EXECUTIVES AT ARISTA.  AND I THINK IT'S |
| 04:30:07 | 17 | WORTH NOTING THAT, OF COURSE, WE DON'T TYPICALLY HAVE A RECORD |
| 04:30:10 | 18 | OF ACTUAL MEETINGS THAT WERE PHONE CALLS THAT TAKE PLACE |
| 04:30:15 | 19 | BETWEEN CUSTOMERS, WE OFTEN DON'T SEE THEM IN THE RECORD |
| 04:30:18 | 20 | SURVIVING TODAY, OF INTERACTIONS, ALL THE INTERACTIONS BETWEEN |
| 04:30:24 | 21 | CUSTOMERS AND ARISTA. |
| 04:30:25 | 22 | SO THIS IS AN INTERNAL DISCUSSION, BUT IT SAYS, "DOUG |
| 04:30:31 | 23 | THOUGHT IT MAY BE GOOD TO SHOW SIDE-BY-SIDE COMPARISONS OF |
| 04:30:35 | 24 | ARISTA'S CLI AND CISCO'S CLI, TO GIVE THE SAMSUNG |
| 04:30:38 | 25 | INFRASTRUCTURE GUYS A WARM AND FUZZY." |

04:30:42  1          SO BASICALLY I WANT TO USE THESE TO SHOW HOW SIMILAR WE

04:30:45  2    ARE TO THE CISCO CLI SYNTAX.

04:30:47  3          AND, AGAIN, WHY IS THAT SO IMPORTANT TO CUSTOMERS?

04:30:49  4    BECAUSE IT LOWERS THE CUSTOMER'S MIGRATION COST TO ARISTA.

04:30:52  5    Q.   AND TAKE A LOOK AT EXHIBIT 230 IN YOUR BINDER, AND CAN YOU

04:30:56  6    CONFIRM THAT THIS IS AN ARISTA E-MAIL THAT WAS PRODUCED BY

04:31:00  7    ARISTA IN SOMETHING YOU CONSIDERED IN FORMING YOUR ECONOMIC

04:31:04  8    OPINIONS IN THIS CASE?

04:31:14  9    A.   YES.

04:31:15  10   Q.   OKAY.

04:31:16  11          MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT

04:31:18  12   EXHIBIT 230 INTO THE RECORD.

04:31:19  13          MR. SILBERT:  YOUR HONOR, MY UNDERSTANDING IS THIS

04:31:21  14   CONCERNS A SALE OUTSIDE OF THE UNITED STATES, OR POTENTIAL

04:31:25  15   SALE, WHICH WOULD NOT BE RELEVANT.

04:31:33  16          THE COURT:  I GUESS I WILL NEED A COPY OF THE

04:31:35  17   DOCUMENT, UNLESS, MR. PAK, YOU ARE ABLE TO --

04:31:38  18          MR. PAK:  YOU KNOW WHAT, YOUR HONOR, WHY DON'T WE --

04:31:43  19   WE DON'T HAVE MR. FOSS HERE, BUT LET ME APPROACH IT THIS WAY.

04:31:47  20      I WON'T MOVE IT INTO EVIDENCE AT THIS TIME.  I WOULD LIKE

04:31:50  21   TO COME BACK TO THAT ONCE WE LOOK INTO THE FOUNDATION ISSUE.

04:31:53  22          THE COURT:  SURE.

04:31:54  23          MR. PAK:  AND WE WILL PROCEED.

04:31:55  24   Q.   SO, DR. CHEVALIER, IF YOU COULD TAKE A LOOK AT SLIDE 17.

04:32:01  25   A.   YEP.

CHEVALIER DIRECT BY MR. PAK                                    1566

04:32:02  1    Q.   AND THIS IS SOMETHING THAT I THINK NEEDS A LITTLE BIT OF

04:32:06  2    AN EXPLANATION.

04:32:10  3    A.   17?

04:32:11  4    Q.   17.  ACTUALLY -- CAN YOU JUMP TO SLIDE 17, MR. FISHER.

04:32:18  5         YES, THANK YOU.

04:32:19  6         SO HERE WE HAVE A DOCUMENT THAT'S BEEN PRODUCED BY ARISTA,

04:32:24  7    AND YOU JUST -- BEFORE YOU GET INTO THE SUBSTANCE, CAN YOU

04:32:27  8    EXPLAIN TO THE JURY WHAT IT MEANS TO HAVE A REQUEST FOR

04:32:30  9    PROPOSAL RESPONSE AND HOW THAT FITS INTO ARISTA'S SALES

04:32:35  10   CAMPAIGN.

04:32:36  11   A.   OKAY.  SO OFTENTIMES CUSTOMERS OR POTENTIAL CUSTOMERS

04:32:42  12   ISSUE SOMETHING CALLED A REQUEST FOR PROPOSAL IN WHICH THEY

04:32:46  13   INVITE VENDORS TO PROVIDE THEM DETAILS ABOUT HOW THE VENDOR'S

04:32:53  14   PRODUCTS CAN SERVE THE CUSTOMER'S NEEDS.

04:32:56  15        SO AT LEAST PART OF THE RESPONSE TO A REQUEST FOR PROPOSAL

04:33:01  16   WOULD BE SPECIFIC -- WOULD BE SOMETHING PREPARED BY THE VENDORS

04:33:05  17   WHICH IS SPECIFIC TO THE CUSTOMER.  SO, OF COURSE, IT WILL

04:33:07  18   CONTAIN PARTS THAT THE VENDOR MIGHT ALSO USE FOR MULTIPLE

04:33:12  19   CUSTOMERS.

04:33:12  20        SO THIS IS A RESPONSE TO A CUSTOMER WHO HAS SAID, WE ARE

04:33:17  21   LOOKING TO BUY.

04:33:18  22   Q.   SO THIS IS -- YOU HAVE A POTENTIAL CUSTOMER WHO SAYS, GIVE

04:33:22  23   ME SOME REQUESTS FOR PROPOSALS AND SENDS OUT A REQUEST FOR

04:33:28  24   PROPOSALS TO A NUMBER OF VENDORS?

04:33:29  25   A.   CORRECT.

04:33:30    1    Q.   THEN THEY PREPARE RESPONSES TO THE PROPOSALS AND WHAT WE

04:33:34    2    ARE LOOKING AT IS ARISTA'S RESPONSE TO A POTENTIAL CUSTOMER?

04:33:38    3    A.   CORRECT, CORRECT.

04:33:38    4    Q.   SO I WANT TO JUST NOW FOCUS ON THE LEFT-HAND SIDE.

04:33:41    5         IT'S A LITTLE BIT OBSCURED, BUT, MR. FISHER, IF YOU COULD

04:33:46    6    UNDERLINE ARIZONA PUBLIC SERVICE COMPANY OR, APS, AND THEN

04:33:50    7    UNDERNEATH IT SAYS DATA CENTER CORE PROJECT.

04:33:54    8         SO THIS WAS A PROPOSAL TO THE ARIZONA PUBLIC SERVICE

04:33:58    9    COMPANY; IS THAT CORRECT?

04:33:58   10    A.   CORRECT.

04:33:59   11    Q.   AND IS THAT A SALES OPPORTUNITY HERE IN THE UNITED STATES?

04:34:02   12    A.   YES.

04:34:03   13    Q.   AND SO THE LOGO, YOU PUT THE LOGO THERE, APS.

04:34:09   14         AND WITH THAT CONTEXT, WOULD YOU HELP US UNDERSTAND, AGAIN

04:34:11   15    FROM AN ECONOMIC STANDPOINT, THE IMPORTANCE OF SOME OF THESE

04:34:15   16    STATEMENTS THAT WE ARE SEEING BEING MADE BY ARISTA SALES PEOPLE

04:34:19   17    TO POTENTIAL CUSTOMERS IN DESCRIBING THE ARISTA CLI?

04:34:23   18    A.   RIGHT.  SO, YOU KNOW, THEY ARE ADDRESSING THE FACT THAT,

04:34:26   19    YOU KNOW, CUSTOMERS SHARE THEIR HESITANCY TO DEPLOY AN ARISTA

04:34:31   20    INFRASTRUCTURE BECAUSE OF FEAR AND COST OF TRAINING AN ENTIRE

04:34:36   21    ARMY OF ENGINEERS TO DESIGN, IMPLEMENT, AND OPERATE A NEW

04:34:41   22    VENDOR SOLUTION.

04:34:43   23         AND HERE YOU CAN SEE THAT THEY DESCRIBE HOW WHAT THEY CALL

04:34:46   24    THE INDUSTRY CLI, ALLOWS THE MIGRATION COSTS TO BE LOWER.  IT

04:34:53   25    SAYS, "ALL THIS ELIMINATES ANY MYTH THAT EXISTING ENGINEERS

CHEVALIER DIRECT BY MR. PAK                                    1568

04:35:00   1      NEED TO BE TRAINED TO AID WITH THE MIGRATION."

04:35:03   2          SO THEY ARE TELLING CUSTOMERS, IF YOU ADOPT ARISTA, YOU

04:35:08   3      CAN AVOID THESE RETRAINING COSTS.  SO YOU CAN MAKE THE

04:35:14   4      TRANSITION AT LOW COSTS.

04:35:15   5      Q.   AND LET'S JUST MAKE SURE WE HAVE THE RIGHT INFRASTRUCTURE

04:35:20   6      IN MIND WHEN WE ARE THINKING ABOUT WHAT IS IT THEY ARE TELLING

04:35:23   7      CUSTOMERS TO MIGRATE AWAY FROM.

04:35:25   8          SO IF YOU COULD READ INTO THE RECORD THE TWO PRIOR

04:35:27   9      SENTENCES STARTING WITH "VERY OFTEN" AND HAVE YOU EXPLAIN SOME

04:35:31  10      OF THE IMPORTANCE OF THAT STATEMENT.

04:35:33  11      A.   "VERY OFTEN EXISTING CUSTOMERS CAN OFTEN COPY AND PASTE

04:35:38  12      THE CONFIGURATIONS FROM THEIR EXISTING CISCO INFRASTRUCTURE

04:35:47  13      ONTO AN ARISTA SWITCH AND 90 PLUS PERCENT OF THE COMMANDS WILL

04:35:51  14      TAKE.  ARISTA HAS GONE TO EXTRAORDINARY LENGTHS TO ENSURE THAT

04:35:54  15      ALL CONFIGURATIONS AND TROUBLE SHOOTING COMMANDS FOLLOW

04:35:57  16      INDUSTRY CLI."

04:35:57  17      Q.   AND WHAT IS THIS SPECIFIC COMPANY THAT'S IDENTIFIED AS THE

04:36:01  18      COMPANY WHOSE CONFIGURATIONS AND COMMANDS CAN BE COPIED AND

04:36:06  19      PASTED FROM AND APPLIED TO AN ARISTA SWITCH?

04:36:10  20      A.   WELL, SO THEY ARE SAYING YOU CAN MIGRATE FROM YOUR

04:36:13  21      EXISTING CISCO INFRASTRUCTURE.

04:36:15  22      Q.   AND, AGAIN, IF YOU GO DOWN A LITTLE BIT FURTHER, HAVE YOU

04:36:19  23      SEEN LANGUAGE LIKE THIS IN OTHER TYPES OF REQUESTS FOR PROPOSAL

04:36:22  24      RESPONSES WHEN YOU WERE REVIEWING ALL THE EVIDENCE IN THE CASE?

04:36:26  25      A.   YES, ABSOLUTELY.

04:36:27   1    Q.   SO IF YOU TAKE A LOOK AT THE BOTTOM OF THAT SLIDE, AND,

04:36:30   2    AGAIN, HELP US UNDERSTAND THE ECONOMIC IMPORTANCE OF WHAT WE

04:36:33   3    ARE SEEING ON THE BOTTOM OF THAT SLIDE?

04:36:35   4    A.   YES.  SO, AGAIN, AVOIDS RETRAINING COSTS, AND IT SAYS, "IF

04:36:42   5    A NETWORK ADMINISTRATOR IS FAMILIAR WITH CISCO CLI, IT WOULD

04:36:47   6    TAKE THEM ABOUT FOUR MINUTES TO BE COMFORTABLE IN AN ARISTA CLI

04:36:51   7    ENVIRONMENT AS THEY ARE PRACTICALLY IDENTICAL".

04:36:54   8    Q.   NOW, WHEN ARISTA WAS MAKING THESE STATEMENTS, WAS ARISTA

04:36:58   9    TELLING POTENTIAL CUSTOMERS, LOOK, OUR CLI MIGHT BE THE SAME

04:37:01  10    BUT BECAUSE OUR CODE IS DIFFERENT, THAT YOUR MIGRATION WOULD

04:37:05  11    HAVE SOME ISSUES, THAT WOULD BE DIFFICULT TO MIGRATE BECAUSE

04:37:08  12    OUR CODE IS DIFFERENT.

04:37:10  13         DO YOU SEE ANY STATEMENTS TO THAT OBJECTION?

04:37:12  14              MR. SILBERT:  OBJECTION.  LEADING AND SPECULATION.

04:37:14  15              THE COURT:  IT'S NOT SPECULATIVE BUT WHY DON'T YOU

04:37:17  16    REPHRASE IT.

04:37:17  17              MR. PAK:  YES, YOUR HONOR.  I WILL.

04:37:19  18    Q.   WE'VE SEEN STATEMENTS LIKE THIS THAT TALK ABOUT THE

04:37:21  19    IMPORTANCE OF CLI SIMILARITY IN TERMS OF MIGRATION FROM

04:37:25  20    CUSTOMERS WHO WERE WORKING ON CISCO PRODUCTS TO ARISTA

04:37:30  21    PRODUCTS.

04:37:30  22         HAVE YOU SEEN ANY STATEMENTS IN THE RECORD FROM ARISTA

04:37:33  23    THAT TALKS ABOUT SIMILARITY OR DISSIMILARITY OF THE CODE,

04:37:37  24    SOURCE CODE IN TERMS OF ITS IMPACT ON THE MIGRATION FROM CISCO

04:37:42  25    CUSTOMERS TO ARISTA CUSTOMERS?

04:37:43   1       A.   SO I PERSONALLY HAVE NOT SEEN ANY SUCH EVIDENCE, AND I

04:37:47   2       HAVE SEEN A NUMBER OF THINGS LIKE THIS.

04:37:49   3       Q.   OKAY.  THANK YOU.

04:37:52   4            AND LET'S TAKE A LOOK AT ANOTHER DOCUMENT, WHICH I BELIEVE

04:37:54   5       IS ALREADY -- ACTUALLY, LET ME ADMIT THIS ONE INTO THE RECORD.

04:38:00   6            IF YOU COULD TAKE A LOOK, DR. CHEVALIER, AT EXHIBIT 559 AND

04:38:06   7       CONFIRM THIS IS SOMETHING YOU CONSIDERED IS A DOCUMENT PRODUCED

04:38:10   8       BY ARISTA?

04:38:16   9                 THE WITNESS:  YES, THIS IS THE DOCUMENT.

04:38:18   10                MR. PAK:  OKAY.  YOUR HONOR, I WOULD LIKE TO MOVE

04:38:20   11      EXHIBIT 559 INTO EVIDENCE.

04:38:21   12                MR. SILBERT:  NO OBJECTION.

04:38:22   13                THE COURT:  IT WILL BE ADMITTED.

04:38:23   14           (PLAINTIFF'S EXHIBIT 559 WAS ADMITTED INTO EVIDENCE.)

04:38:23   15      BY MR. PAK:

04:38:25   16      Q.   THEN LOOKING AT SLIDE 18, THIS ONE HAS ALREADY BEEN

04:38:28   17      ADMITTED INTO EVIDENCE, I BELIEVE, 229.

04:38:31   18                THE CLERK:  YES.

04:38:32   19                MR. PAK:  THANK YOU VERY MUCH.

04:38:33   20      Q.   SO LOOKING AT THIS ONE, THIS IS TALKING ABOUT FACEBOOK;

04:38:37   21      CORRECT?

04:38:37   22      A.   UH-HUH.

04:38:38   23      Q.   SO IT'S THE SAME FACEBOOK THAT WE ALL USE AND LOVE OR

04:38:43   24      HATE.  SO LOOKING AT THIS DOCUMENT, CAN YOU EXPLAIN THE

04:38:46   25      ECONOMIC SIGNIFICANCE OF WHAT WE ARE SEEING HERE IN AN E-MAIL

04:38:49  1    EXCHANGE BETWEEN MARK FOSS AT ARISTA AND SOME OF THE EMPLOYEES

04:38:53  2    AT FACEBOOK?

04:38:54  3    A.   ALL RIGHT.  SO, AGAIN, FACEBOOK IS A POTENTIAL CUSTOMER AT

04:39:00  4    THIS TIME, AND THE E-MAIL IS TO PEOPLE AT FACEBOOK.  AND IT

04:39:08  5    SAYS, "AS I MENTIONED TO DAN LAST NIGHT, THE CLI COMMANDS ON

04:39:12  6    OUR SWITCH ARE IDENTICAL TO CISCO IOS SO THERE SHOULD BE NO

04:39:17  7    LEARNING CURVE TO GET IT CONFIGURED."

04:39:19  8         SO, AGAIN, WE DON'T QUITE KNOW ABOUT THE PHONE CALL THAT

04:39:21  9    PRECEDED IT, BUT IT'S RESPONSIVELY SAYING, YOU KNOW, THERE

04:39:25 10    SHOULD BE NO LEARNING CURVE, YOU CAN LOWER YOUR COSTS BY -- YOU

04:39:28 11    CAN HAVE LOW COSTS OF MIGRATION TO ARISTA.

04:39:31 12    Q.   AND THIS IS WHAT ARISTA WAS TELLING PEOPLE AT FACEBOOK;

04:39:35 13    CORRECT?

04:39:35 14    A.   YES.

04:39:35 15    Q.   AND LET'S LOOK AT -- OH, OKAY.

04:39:46 16         LET ME JUST -- I THINK WE MAY NOT ACTUALLY HAVE THIS

04:39:49 17    PARTICULAR ONE, EXHIBIT 229.  IS THAT ONE THAT'S IN EVIDENCE?

04:39:55 18    OKAY.  SO LET ME MOVE IT INTO EVIDENCE TO BE SAFE, YOUR HONOR?

04:39:59 19         THE COURT:  ANY OBJECTION ON 229?

04:40:01 20         MR. SILBERT:  NO OBJECTION.

04:40:02 21         THE COURT:  IT WILL BE ADMITTED.

04:40:04 22    (PLAINTIFF'S EXHIBIT 229 WAS ADMITTED INTO EVIDENCE.)

04:40:04 23         MR. PAK:  THANK YOU, YOUR HONOR.

04:40:06 24    THANK YOU, MR. NELSON.

04:40:08 25    Q.   SO LOOKING AT SLIDE 19, THIS IS A -- AN ARISTA DOCUMENT

CHEVALIER DIRECT BY MR. PAK                              1572

04:40:15  1    THAT WAS CREATED BEFORE THE LITIGATION.  CAN YOU HELP US

04:40:18  2    UNDERSTAND WHAT THIS DOCUMENT IS TELLING POTENTIAL CUSTOMERS

04:40:22  3    AND AGAIN THE ECONOMIC SIGNIFICANCE OF THAT?

04:40:25  4    A.   OKAY.  SO ONE THING TO JUST MIX THIS UP A LITTLE BIT IS,

04:40:33  5    WE KNOW THAT WE'VE HEARD -- I'VE HEARD MR. DUDA TALK ABOUT THIS

04:40:39  6    HERE IN COURT ON WEDNESDAY, THAT THERE ARE DIFFERENT KINDS OF

04:40:42  7    CUSTOMERS AND SOME CUSTOMERS DO MORE KIND OF HUMAN INTERACTION

04:40:48  8    WITH THE SWITCH AND SOME CUSTOMERS RELY ON MORE AUTOMATED TOOLS

04:40:53  9    TO INTERACT WITH THE SWITCH.

04:40:56  10       AND SO THIS ONE SAYS YOU CAN COPY YOUR INCUMBENT VENDOR

04:41:04  11   CONFIGURATION AND PASTE THAT CONFIGURATION TO ARISTA'S CLI.  SO

04:41:06  12   YOU CAN, YOU KNOW, YOUR CONFIGURATION TOOLS CAN MOVE RIGHT

04:41:12  13   OVER.

04:41:13  14   Q.   OKAY.  AND SO, AGAIN, THIS IMPACT ON THE OPERATIONAL COST,

04:41:17  15   HOW DOES STATEMENTS LIKE THIS HELP POTENTIAL CUSTOMERS LOWER

04:41:22  16   THE COST OF MIGRATION FROM CISCO'S EQUIPMENT TO ARISTA'S

04:41:26  17   EQUIPMENT, EVEN WHEN THEY ARE USING AUTOMATION TOOLS?

04:41:29  18   A.   OKAY.  SO THIS TELLS THEM THAT THEIR SCRIPTS WILL MOVE

04:41:33  19   RIGHT OVER.  SO EVEN IF THEY ARE USING THOSE SCRIPTS, MY

04:41:36  20   UNDERSTANDING IS THOSE SCRIPTS TYPICALLY WRITE TO THE CLI.

04:41:39  21       AND SO THOSE AUTOMATED TOOLS THAT YOU ARE USING CAN JUST

04:41:42  22   MOVE RIGHT OVER, IT WILL COST -- YOU WILL NOT HAVE TO REWRITE

04:41:47  23   THOSE AUTOMATED TOOLS IF YOU ARE ADDING ARISTA SWITCHES INTO

04:41:50  24   YOUR DATA CENTER.

04:41:51  25   Q.   AND, DR. CHEVALIER, IF YOU CAN LOOK AT EXHIBIT 240 AND

04:41:57  1    CONFIRM IT'S A DOCUMENT THAT WAS PRODUCED BY ARISTA THAT YOU

04:42:01  2    RELIED UPON?

04:42:13  3    A.   YEP, THIS IS THE ONE.

04:42:14  4    Q.   OKAY.

04:42:16  5         MR. PAK:  AND I WOULD LIKE TO MOVE EXHIBIT 240 INTO

04:42:19  6    EVIDENCE YOUR HONOR.

04:42:19  7         THE COURT:  ANY OBJECTION?

04:42:21  8         MR. SILBERT:  NO OBJECTION.

04:42:21  9         THE COURT:  IT WILL BE ADMITTED.

04:42:23  10   (PLAINTIFF'S EXHIBIT 240 WAS ADMITTED INTO EVIDENCE.)

04:42:23  11   BY MR. PAK:

04:42:23  12   Q.   LET'S LOOK AT A FEW MORE PIECES OF EVIDENCE AND THEN WE

04:42:27  13   WILL GET TO THE CALCULATIONS THAT YOU DID, DOCTOR.  SO THE LAST

04:42:31  14   SLIDE, SLIDE 20, WHAT ARE WE LOOKING AT IN TERMS OF THE

04:42:34  15   INDIVIDUAL PIECES OF EVIDENCE THAT ARE ON THIS SLIDE?

04:42:37  16   A.   OKAY.  SO THESE ARE SOME, AGAIN, INTERNAL CONVERSATIONS

04:42:41  17   AMONG ARISTA EMPLOYEES ABOUT WHY SPECIFIC CUSTOMER DEALS WERE

04:42:48  18   WON.  SO THESE ARE REFLECTIONS ON WHY WE WON, WHAT WERE OUR KEY

04:42:53  19   SELLING POINTS.  SO THESE ARE ALL SUCCESSES.

04:42:57  20        AND IN THESE INSTANCES THEY CITE THE FAMILIAR CLI, THE CLI

04:43:02  21   IS CISCO-LIKE, AS FAMILIARITY WITH THE CLI, AS REASONS WHY WE

04:43:08  22   WON; RIGHT?  SO THIS IS TELLING US FOR THESE CUSTOMERS, THE CLI

04:43:13  23   WAS A KEY FACTOR.

04:43:16  24   Q.   AND CAN YOU IDENTIFY ON THE RECORD THE THREE CUSTOMERS YOU

04:43:19  25   IDENTIFIED?

04:43:19    1    A.    SURE.  THIS IS PREMIERE, ALEGACY, AND MEDICAL MUTUAL.

04:43:25    2    Q.    NOW, ARE THESE THE ONLY EXAMPLES YOU HAVE SEEN IN THE

04:43:28    3    RECORD, OR ARE THESE JUST EXAMPLES YOU ARE PORTRAYING AS BEING

04:43:31    4    REPRESENTATIVE OF THE EVIDENCE?

04:43:32    5    A.    THESE ARE NOT THE ONLY EXAMPLES.

04:43:35    6    Q.    OKAY.  AND HOW IMPORTANT WAS THE CLI?  WAS IT THE MOST

04:43:39    7    IMPORTANT FACTOR?

04:43:41    8    A.    SO I THINK THIS IS ACTUALLY IMPORTANT TO UNDERSTAND.  SO

04:43:47    9    WE KNOW THAT ARISTA IS TARGETING CISCO CUSTOMERS LARGELY, AND

04:43:52   10    THAT ARISTA HAS A CLI WHICH IS PRACTICALLY IDENTICAL TO

04:43:59   11    CISCO'S.

04:44:01   12        SO -- AND WE KNOW THAT LOTS OF FACTORS ARE IMPORTANT WHEN

04:44:06   13    CHOOSING A SWITCH; RIGHT?  SO, YOU KNOW, THEY HAVE LOTS OF

04:44:09   14    FEATURES AND VARIOUS THINGS; RIGHT?

04:44:10   15        AND SO WHEN YOU THINK ABOUT COMPETITION BETWEEN CISCO AND

04:44:13   16    ARISTA, THE CISCO -- THE CLI CAN'T BE THE REASON WHY ARISTA

04:44:21   17    WON, RIGHT, BECAUSE THAT'S PARITY.

04:44:24   18    Q.    LET ME PAUSE YOU THERE BECAUSE I THINK THAT'S SOMETHING

04:44:27   19    IMPORTANT.

04:44:27   20    A.    OKAY.

04:44:27   21    Q.    SO YOU JUST SAID HAVING A CISCO CLI OR A COPY OF CISCO CLI

04:44:34   22    CAN'T BE THE REASON WHY ARISTA WON BECAUSE OF PARITY.  CAN YOU

04:44:40   23    EXPLAIN WHAT YOU MEAN BY THAT STATEMENT?

04:44:42   24    A.    OKAY.  SO YOU KNOW, IF CISCO -- IF ARISTA IS COPYING

04:44:46   25    CISCO'S CLI, AND WE ARE THINKING ABOUT TRYING TO COMPETE FOR A

04:44:53  1      CISCO CUSTOMER, IT CAN'T BE THE CLI ITSELF AS THE REASON ARISTA

04:44:59  2      GOT THE CUSTOMER FROM CISCO BECAUSE THE ARISTA'S CLI IS NOT, IT

04:45:05  3      IS NOT A DIFFERENTIATOR VERSUS CISCO.

04:45:09  4          HOWEVER, THAT IS NOT THE SAME THING AS SAYING, BUT THERE'S

04:45:13  5      A DIFFERENT QUESTION WHICH IS IMPORTANT FOR THIS CAUSALITY THAT

04:45:17  6      WE ARE TALKING ABOUT, WHICH IS, WOULD THE SALE HAVE HAPPENED,

04:45:22  7      ABSENT THE CLI; RIGHT?

04:45:25  8          SO WHEN MIGRATING A CUSTOMER FROM CISCO TO ARISTA, THE

04:45:31  9      CLI CAN'T BE THE THING THAT MAKES THE CUSTOMER WANT TO MOVE.

04:45:35 10      BUT THERE WILL BE CUSTOMERS, WE HAVE -- WE WILL TALK ABOUT

04:45:39 11      EVIDENCE OF CUSTOMERS, THAT WON'T MOVE BUT FOR THE CLI, THAT

04:45:44 12      THE CLI WOULD BE, WITHOUT THE CLI, THOSE CISCO CUSTOMERS WOULD

04:45:48 13      NOT BE WILLING TO MOVE TO ARISTA

04:45:51 14      Q.   SO IF I UNDERSTAND YOUR TESTIMONY, IF THE CLI'S ARE

04:45:55 15      VIRTUALLY THE SAME BETWEEN TWO COMPANIES, THEN THAT'S NOT A

04:45:59 16      DIFFERENTIATOR?

04:46:00 17      A.   RIGHT.  SO IF THAT WAS, YOU KNOW, YOU NEED SOME OTHER

04:46:04 18      REASON FOR CUSTOMERS TO CHOOSE ONE VERSUS THE OTHER.

04:46:07 19      Q.   BUT THE OTHER FLIPSIDE OF THAT TESTIMONY THAT I HEARD,

04:46:10 20      DOCTOR, IS, HOWEVER, IF YOU DIDN'T HAVE A CISCO CLI, THAT

04:46:15 21      DOESN'T MEAN THAT ARISTA WOULD HAVE MADE THE SALE BECAUSE THERE

04:46:17 22      COULD BE OTHER -- THERE COULD BE A STRONG DEMAND OR A

04:46:22 23      CONSIDERATION ON AN OPERATIONAL SIDE FOR HAVING A CISCO-LIKE

04:46:26 24      CLI, IS THAT YOUR TESTIMONY?

04:46:28 25      A.   CORRECT.

04:46:28  1    Q.   AND I WANT TO MAKE SURE THAT THERE'S SOME EVIDENCE IN THE

04:46:31  2    RECORD TO SUPPORT THAT.  WE'VE SEEN A LOT OF EVIDENCE.  HAVE

04:46:33  3    YOU HEARD SOME TESTIMONY FROM SOME OF THE SENIOR EXECUTIVES

04:46:36  4    FROM ARISTA THAT SUPPORT YOUR ECONOMIC ASSESSMENT OF THIS

04:46:40  5    SITUATION?

04:46:40  6    A.   YES.  I'VE HEARD, I'VE ACTUALLY HEARD TESTIMONY, BUT ALSO

04:46:46  7    READ DEPOSITION TESTIMONY TAKEN BEFORE THIS CASE.  AND THIS

04:46:51  8    DEPOSITION TESTIMONY, I THINK MAKES THIS POINT STRONGLY.

04:46:56  9         SO, FOR EXAMPLE, MR. SADANA, WHO HAS BEEN HERE IN COURT,

04:47:00 10    IN HIS DEPOSITION WAS ASKED, WITHOUT THE CISCO CLI, YOU WOULD

04:47:06 11    HAVE BEEN ABLE TO SELL TO CUSTOMERS, WOULDN'T YOU?  AND

04:47:11 12    MR. SADANA REPLIED, VERY FEW CUSTOMERS.

04:47:15 13         SO MR. SADANA IDENTIFIES THE CISCO-LIKE CLI AS AN

04:47:20 14    IMPORTANT FACTOR IN THE SALES THAT IT MADE.

04:47:24 15    Q.   AND WAS THAT AN IMPORTANT PIECE OF EVIDENCE THAT YOU

04:47:28 16    CONSIDERED IN FORMING YOUR ECONOMIC OPINIONS IN THIS CASE?

04:47:31 17    A.   THAT WAS AN IMPORTANT PIECE OF EVIDENCE, AND IT WAS ECHOED

04:47:35 18    BY DEPOSITION TESTIMONY OF OTHER ARISTA EXECUTIVES.

04:47:42 19    Q.   AND LET'S TAKE A LOOK NOW TO THE CALCULATIONS THAT YOU

04:47:46 20    DID, DR. CHEVALIER.  SO LOOKING AT THE SLIDE 23 --

04:47:46 21         (OFF-THE-RECORD DISCUSSION.)

04:47:58 22    BY MR. PAK:

04:47:58 23    Q.   OH, SORRY.  MR. NELSON REMINDED ME THAT THE THREE EXAMPLES

04:48:03 24    ON SLIDE 20 -- SO LET'S QUICKLY GO BACK TO SLIDE 20 -- I DID

04:48:08 25    NOT MOVE INTO EVIDENCE YET.

04:48:09  1        SO OUR EXHIBITS 239-A, 158 AND 236, DOCUMENTS PRODUCED BY

04:48:18  2    ARISTA THAT YOU RELIED UPON IN FORMING YOUR ECONOMIC OPINIONS

04:48:21  3    IN THIS CASE?

04:48:28  4    A.   239-A.  YEP.  SORRY, GIVE ME THE SECOND NUMBER AGAIN,

04:48:33  5    PLEASE.

04:48:34  6    Q.   158.

04:48:36  7    A.   I'M HOPING TO GET THAT IN FRONT OF US.  YEP.

04:48:42  8    Q.   AND 236.

04:48:48  9    A.   YEP.

04:48:50  10   Q.   OKAY.

04:48:51  11   A.   YES.

04:48:52  12        MR. PAK:  I WOULD LIKE TO MOVE THOSE THREE EXHIBITS

04:48:54  13   INTO EVIDENCE YOUR HONOR.

04:48:55  14        MR. SILBERT:  NO OBJECTION.

04:48:56  15        THE COURT:  THEY WILL ALL BE ADMITTED.

04:48:12  16     (PLAINTIFF'S EXHIBITS 239-A, 158 AND 236 WERE ADMITTED

04:48:57  17   INTO EVIDENCE.)

04:48:57  18   BY MR. PAK:

04:48:58  19   Q.   SO WITH THAT, LET'S TALK ABOUT YOUR CALCULATIONS.  AT A

04:49:01  20   HIGH LEVEL, DR. CHEVALIER, WHAT ARE THE STEPS YOU FOLLOWED IN

04:49:04  21   ACTUALLY CALCULATING OR QUANTIFYING THE AMOUNT OF PROFITS THAT

04:49:08  22   CISCO LOST AS A RESULT OF ARISTA'S COPYRIGHT INFRINGEMENT?

04:49:12  23   A.   OKAY.  SO HERE'S THE PROCESS.  SO THE FIRST STEP IS WE'VE

04:49:18  24   GOT TO FIGURE OUT THE SALES THAT ARISTA MADE DUE TO THE

04:49:22  25   INFRINGEMENT; RIGHT?

CHEVALIER DIRECT BY MR. PAK                                    1578

04:49:23  1        SO SEPARATE OUT THE SALES THAT ARISTA WOULD HAVE MADE

04:49:27  2   WITHOUT THE INFRINGEMENT AND FIND THE SALES THAT CISCO --

04:49:30  3   ARISTA, I'M SORRY, WOULD HAVE MADE, ONLY MADE DUE TO THE

04:49:33  4   INFRINGEMENT.

04:49:34  5        AND THEN THE SECOND STEP IS SOME OF THOSE SALES THAT

04:49:39  6   ARISTA MADE DUE TO THE INFRINGEMENT ARE SALES THAT THEN WOULD

04:49:45  7   HAVE BEEN MADE BY CISCO.

04:49:46  8        AND SO WE ARE GOING TO REMEMBER DID THE SHARE, THE

04:49:49  9   PERCENTAGE OF ARISTA SALES DUE TO THE INFRINGEMENT THAT WOULD

04:49:52 10   HAVE BEEN MADE BY CISCO IF THERE WAS NO INFRINGEMENT.

04:49:57 11        AND THEN LASTLY, ONCE WE'VE FIGURED OUT THOSE CISCO SALES,

04:50:03 12   CALCULATE WHAT CISCO'S PROFITS WOULD HAVE BEEN ON THOSE SALES.

04:50:06 13   Q.   OKAY.  SO LET'S WALK THROUGH THOSE STEPS ONE BY ONE AND

04:50:11 14   DEMONSTRATE TO THE JURY THE ECONOMIC ANALYSIS THAT YOU DID.

04:50:13 15        SO THESE ARE THE STEPS, I TAKE IT, THAT YOU FOLLOWED.

04:50:17 16   A.   YES.  THIS IS JUST KIND OF A MATH VERSION OF WHAT THE

04:50:20 17   PREVIOUS SLIDE SAID.

04:50:22 18   Q.   OKAY.

04:50:22 19   A.   OKAY.  SO WE ARE GOING TO START WITH ARISTA'S TOTAL SWITCH

04:50:26 20   REVENUES, ESTABLISH THE PERCENT OF THOSE SWITCH REVENUES OR

04:50:33 21   SALES ELIGIBLE FOR LOST PROFITS.  SO THOSE ARE THE -- AND THAT

04:50:37 22   GIVES US THE ADJUSTED ARISTA SWITCH REVENUES.

04:50:40 23   Q.   AND WHY DID YOU MAKE THAT ADJUSTMENT?

04:50:42 24   A.   OKAY.  BECAUSE AS WE'VE ALREADY DISCUSSED, ARISTA WOULD

04:50:49 25   HAVE MADE SOME SALES, EVEN IF IT DIDN'T HAVE THE INFRINGING

04:50:53  1    CLI.  SO WE ARE GOING TO HAVE TO QUANTIFY, YOU KNOW, WHAT

04:50:57  2    FRACTION.  BUT IT'S ONLY THE SALES THAT THEY WOULDN'T HAVE MADE

04:51:01  3    THAT ARE ELIGIBLE FOR LOST PROFITS.

04:51:04  4    Q.  AND TO ARRIVE AT THAT ADJUSTMENT.  SO, THAT IS, YOU ARE

04:51:07  5    TAKING SOME OF THE MONEY OR THE REVENUES OFF THE TABLE, OR THE

04:51:11  6    PROFITS OFF THE TABLE, AND NOT INCLUDING IT IN YOUR DAMAGES

04:51:15  7    MODEL; IS THAT CORRECT?

04:51:16  8    A.  RIGHT.

04:51:16  9    Q.  OKAY.  SO MAKING THAT ADJUSTMENT, WHAT EVIDENCE DID YOU

04:51:20 10    CONSIDER IN TRYING TO COME UP WITH A NUMBER THAT YOU THINK IS A

04:51:23 11    REASONABLE APPROXIMATION?

04:51:25 12    A.  OKAY.  SO THIS IS TESTIMONY FROM JUST THIS WEEK, AND IT IS

04:51:33 13    FROM KEN DUDA, THE CTO.  AND WE HAVE ALREADY HEARD THE

04:51:42 14    TESTIMONY FROM MR. SADANA THAT WAS ECHOED BY OTHER CISCO

04:51:45 15    EXECUTIVES, THAT ACTUALLY ARISTA WOULD HAVE MADE VERY FEW SALES

04:51:50 16    BUT FOR THE VERY CLOSE COPY OF ITS CLI TO CISCO.

04:51:57 17        BUT I DIDN'T -- YOU KNOW, BUT VERY FEW OR ALMOST ALL THE

04:52:02 18    SALES THAT DIDN'T SEEM QUITE CONSERVATIVE ENOUGH.

04:52:06 19        SO MR. DUDA HERE SAID, "AND YOU'VE SAID THAT YOU DON'T

04:52:11 20    HAVE TO USE THE CLI IF YOU DON'T WANT TO, THE NATIVE LINUX

04:52:14 21    INTERFACES ARE ALL THERE, AND ABOUT 20 PERCENT OF OUR CUSTOMERS

04:52:18 22    ADOPT -- "

04:52:18 23            THE COURT:  HOLD ON.  SOMEONE IS WRITING THIS DOWN.

04:52:21 24            THE WITNESS:  OH, I'M SORRY.  YOU ARE CORRECT.

04:52:23 25    SORRY.  LET ME SLOW DOWN.

04:52:25   1          SO THIS WAS THE QUESTION HE WAS ASKED IN COURT.

04:52:28   2              "QUESTION:  AND YOU'VE SAID THAT YOU DON'T HAVE TO

04:52:30   3    USE THE CLI IF YOU DON'T WANT TO, THE NATIVE LINUX INTERFACES

04:52:34   4    ARE ALL THERE, AND ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A

04:52:37   5    PURE LINUX APPROACH; YOU'VE SAID THOSE THINGS, CORRECT?

04:52:42   6              "ANSWER:  I DID."

04:52:45   7          AND THAT'S CONSISTENT WITH OTHER TESTIMONY THAT HE'S

04:52:48   8    GIVEN, FOR EXAMPLE, IN HIS DEPOSITION.

04:52:50   9          AND SO IF ARISTA DIDN'T HAVE THE CISCO CLI, ONE OPTION

04:52:56  10    THAT ARISTA WOULD HAVE WOULD BE TO HAVE PURE LINUX INTERFACES.

04:53:02  11          AND MR. DUDA SUGGESTS THAT 20 PERCENT OF CUSTOMERS

04:53:07  12    ACTUALLY USE THAT.

04:53:10  13          THERE'S OTHER TESTIMONY THAT SUGGESTS, YOU KNOW, THAT, YOU

04:53:13  14    KNOW, THEY DON'T -- 100 PERCENT USE THE LINUX INTERFACES, THEY

04:53:17  15    INTERACT WITH THE CLI, BUT THOSE 20 PERCENT OF CUSTOMERS WOULD

04:53:21  16    BE A BASIS FOR A GOOD ESTIMATE OF CUSTOMERS WHO WOULD STILL BUY

04:53:27  17    ARISTA SWITCHES, EVEN IF ARISTA SWITCHES COULDN'T INFRINGE THE

04:53:33  18    CISCO CLI.

04:53:33  19    Q.   SO YOU TOOK 20 PERCENT OF THE PROFITS OFF THE TABLE, YOU

04:53:37  20    SAID?

04:53:37  21    A.   I TOOK 20 PERCENT OF ARISTA'S SALES OFF THE TABLE.

04:53:40  22    Q.   OKAY.  AND THEN NOW WE ARE GOING TO GET TO THE BUT FOR

04:53:44  23    MARKET SHARE PART OF THE ANALYSIS.  AND WHAT EVIDENCE DID YOU

04:53:47  24    CONSIDER IN THINKING ABOUT BUT-FOR CAUSATION?

04:53:52  25    A.   OKAY.  SO JUST TO -- THAT -- THE MATH SLIDE WENT BY

04:53:57  1    QUICKLY.  SO WE'VE GOT THE PERCENT OF SWITCH SALES ELIGIBLE FOR

04:54:00  2    LOST PROFITS GETS US TO ADJUSTED ARISTA SWITCH REVENUES.  NOW,

04:54:05  3    SOME OF THOSE WILL FLOW TO CISCO.  SO THIS CISCO BUT FOR MARKET

04:54:09  4    SHARE IS WHAT FRACTION OF THOSE WOULD FLOW TO CISCO.

04:54:12  5         AND SO THERE'S LOTS OF EVIDENCE -- SORRY.  NOW WE CAN

04:54:16  6    CHANGE THE SLIDE.  THERE'S LOTS OF EVIDENCE THAT CISCO AND

04:54:19  7    ARISTA ARE THE CLOSEST MOST DIRECT COMPETITORS, WHICH SUGGESTS

04:54:23  8    A LOT OF ARISTA SALES WOULD FLOW TO CISCO, AND THAT'S WHAT THIS

04:54:27  9    EVIDENCE SPEAKS TO.

04:54:29  10        SO THIS IS A DOCUMENT.  IT IS AN ARISTA CONFIDENTIAL

04:54:33  11   FINANCIAL SUMMARY.  IT'S A STATEMENT ABOUT ARISTA'S FINANCES.

04:54:40  12   AND IN THE COMPETITION SECTION IT SAYS, OUR SINGLE MOST

04:54:44  13   IMPORTANT COMPETITOR IS CISCO SYSTEMS.

04:54:46  14   Q.   AND DID YOU CONSIDER EXHIBIT 626 IN FORMING YOUR ECONOMIC

04:54:50  15   OPINIONS IN THIS CASE?

04:54:51  16   A.   YES, I DID.

04:54:53  17        MR. PAK:  AND, YOUR HONOR, I WOULD LIKE TO MOVE

04:54:55  18   EXHIBIT 626 INTO EVIDENCE.

04:54:56  19             THE COURT:  ANY OBJECTION?

04:54:57  20             MR. SILBERT:  NO OBJECTION.

04:54:58  21             THE COURT:  IT WILL BE ADMITTED.

04:55:00  22        (PLAINTIFF'S EXHIBIT 626 WAS ADMITTED INTO EVIDENCE.)

04:55:00  23   BY MR. PAK:

04:55:00  24   Q.   AND THEN LET'S LOOK AT SOME ADDITIONAL EVIDENCE OF BUT FOR

04:55:06  25   CAUSATION.  AND IF YOU COULD EXPLAIN, SLOWLY, SLIDE 27.  COULD

CHEVALIER DIRECT BY MR. PAK                                    1582

04:55:09  1      YOU WALK US THROUGH THE TWO PIECES OF EVIDENCE ON THAT SLIDE?

04:55:13  2      A.   OKAY.  SO THESE PIECES OF EVIDENCE ARE BOTH FROM

04:55:16  3      SECURITIES ANALYSTS.  SO SECURITIES ANALYSTS ARE COMPANIES THAT

04:55:20  4      PROVIDE ANALYSIS OF OTHER COMPANIES TO HELP INVESTORS MAKE

04:55:26  5      DECISIONS, AND THESE TWO SECURITY ANALYSTS BOTH TALK ABOUT THE

04:55:30  6      VERY DIRECT COMPETITION BETWEEN ARISTA AND CISCO.

04:55:33  7           SO, FOR EXAMPLE, IN THE TOP ONE, JEFFREY SAYS, ARISTA WILL

04:55:37  8      COMPETE WITH CISCO ON VIRTUALLY EVERY DEAL IT SEES.

04:55:41  9           AND NATURALLY CISCO PRESENTS THE MOST SIGNIFICANT

04:55:44  10     COMPETITIVE THREAT FOR ARISTA.

04:55:48  11          THE LOWER ONE FROM BARCLAYS SAYS, FROM THE OUTSET,

04:55:52  12     ARISTA'S STRATEGY HAS BEEN FAIRLY STRAIGHTFORWARD, TAKE SHARE

04:55:57  13     FROM CISCO.

04:55:58  14          SO THESE INVESTOR REPORTS SUGGEST THAT MANY SALES, IF

04:56:03  15     ARISTA WASN'T MAKING A SALE, MANY, MANY OF THOSE SALES WOULD

04:56:09  16     FLOW TO CISCO.

04:56:10  17              MR. PAK:  OKAY.  AND I WOULD LIKE TO MOVE EXHIBIT 691

04:56:13  18     AND 4259 INTO EVIDENCE?

04:56:15  19              MR. SILBERT:  NO OBJECTION.

04:56:15  20              THE COURT:  THEY WILL BE ADMITTED.

04:56:15  21       (PLAINTIFF'S EXHIBITS 691 AND 4259 WERE ADMITTED INTO

04:56:17  22     EVIDENCE.)

04:56:17  23     BY MR. PAK:

04:56:18  24     Q.   AND THEN ONE LAST PIECE OF EVIDENCE HERE ON SLIDE 28,

04:56:24  25     LOOKING AT EXHIBIT 237.  CAN YOU TELL US THE SIGNIFICANCE OF

04:56:27    1    THIS DOCUMENT?

04:56:29    2    A.   OKAY.  SO, AGAIN, THIS SPEAKS TO THIS, THE EXTENT TO WHICH

04:56:33    3    CISCO AND ARISTA ARE THE CLOSEST OF COMPETITORS.  THIS IS A

04:56:37    4    DOCUMENT THAT'S KIND OF A SALES TRAINING DOCUMENT WHERE ARISTA

04:56:42    5    HAS SCRIPTS WHEREBY ITS SALES PEOPLE CAN MAKE PITCHES.

04:56:48    6         AND THIS ONE IS, SAYS, OKAY, IF THE CUSTOMER SAYS, WHERE

04:56:55    7    WE'RE A CISCO SHOP, THE PITCH IS THAT'S GREAT, ALMOST

04:56:59    8    100 PERCENT OF OUR CUSTOMER BASE IS COMPRISED OF LARGE CISCO

04:57:04    9    SHOPS.

04:57:05   10         AND THEN I NOTE THAT THIS ONE ALSO HAS SOME STATEMENTS

04:57:07   11    ABOUT, YOU CAN THEN EMPHASIZE TO THE CUSTOMERS THAT OUR

04:57:10   12    PRODUCTS ARE COMPATIBLE WITH CISCO IN A NONPROPRIETARY MANNER

04:57:14   13    AND OUR CLI IS CISCO-LIKE AND WILL NOT REQUIRE ANY TRAINING ON

04:57:18   14    YOUR PART.

04:57:18   15         SO, AGAIN, THIS SUGGESTS THAT CISCO IS THE MOST IMPORTANT

04:57:24   16    COMPETITOR, AND THEY ARE MOSTLY VIEWING THEMSELVES AS TAKING

04:57:28   17    BUSINESS FROM LARGE CISCO SHOPS.

04:57:29   18              MR. PAK:  I WOULD LIKE TO ADMIT INTO EVIDENCE,

04:57:35   19    YOUR HONOR, EXHIBIT 237.

04:57:36   20              THE COURT:  IT WILL BE ADMITTED.

04:57:38   21              MR. VAN NEST:  NO OBJECTION.

04:57:41   22         (PLAINTIFF'S EXHIBIT 237 WAS ADMITTED INTO EVIDENCE.)

04:57:41   23    BY MR. PAK:

04:57:43   24    Q.   AND THEN THE LAST SLIDE IS 29.

04:57:47   25              COULD YOU PLEASE EXPLAIN TO THE JURY WHAT TYPE OF ANALYSIS

04:57:50  1    YOU WERE DOING WITH THESE PIE CHARTS HERE.

04:57:52  2    A.   SURE.   OKAY.   SO WE'VE SEEN EVIDENCE THAT A LOT OF SALES,

04:57:57  3    IF ARISTA DIDN'T MAKE THEM OR COULDN'T MAKE THEM, WOULD GO TO

04:58:01  4    CISCO, BUT ACTUALLY FOR THE PURPOSES OF DOING MY ECONOMIC

04:58:04  5    ANALYSIS, I USED A SOMEWHAT MORE CONSERVATIVE ASSUMPTION WHICH

04:58:12  6    IS VERY COMMONLY DONE IN INTELLECTUAL PROPERTY CASES.

04:58:15  7         AND SO WHAT THIS DOES IS IN THE LEFT PIE CHART, YOU CAN

04:58:18  8    THINK ABOUT THE ACTUAL MARKET SHARES, THEY ACTUALLY VARY OVER

04:58:22  9    TIME, AND THERE'S MORE DETAILS, BUT THIS ILLUSTRATES THE IDEA

04:58:26  10   THAT THE MARKET SHARES OF THE PARTICIPANTS IN THE MARKET, AND

04:58:29  11   YOU CAN SEE THAT ARISTA IS IN BLUE, AND IT KEEPS 20 PERCENT OF

04:58:35  12   ITS SALES.

04:58:36  13   Q.   THAT'S THE SOLID BLUE?

04:58:37  14   A.   THAT'S THE SOLID BLUE.   AND THEN THE KIND OF GHOST PART,

04:58:41  15   THE DOTTED PIECE, THAT IS THE PART THAT ARISTA WON'T SELL

04:58:44  16   WITHOUT THE INFRINGEMENT, BASED ON OUR PRIOR ANALYSIS.

04:58:47  17        AND WE DON'T ACTUALLY JUST ALLOCATE ALL OF THAT, I DON'T

04:58:50  18   ACTUALLY JUST ALLOCATE ALL OF THAT TO CISCO.   IN FACT, I

04:58:54  19   ALLOCATE IT TO CISCO IN PROPORTION TO CISCO'S ACTUAL SHARE IN

04:59:00  20   THE MARKET.

04:59:01  21        AND SO YOU CAN SEE ON THE RIGHT THAT IT'S TAKING THE

04:59:05  22   MARKET WITH ARISTA OUT, AND CISCO GETS THE SHARE THAT REFLECTS

04:59:10  23   ITS SHARE VERSUS THESE OTHER COMPETITORS.

04:59:13  24        SO WE'RE ASSUMING THAT WHEN ARISTA DOESN'T, CAN'T SELL

04:59:17  25   SOME UNITS, JUNIPER, DELL, BROCADE, AND OTHERS END UP MAKING

04:59:23   1    SOME OF THOSE SALES, AND CISCO MAKES SALES PROPORTIONAL TO ITS

04:59:28   2    MARKET SHARE.

04:59:28   3    Q.   OKAY.  AND I THINK WE ARE GETTING VERY CLOSE TO THE LOST

04:59:32   4    PROFITS CALCULATION NOW.  SO IF WE GO TO --

04:59:34   5             THE COURT:  SO CLOSE AS IN ONE OR TWO MINUTES?  WE

04:59:37   6    ARE NOT STAYING LATE TODAY.

04:59:38   7             MR. PAK:  NO, NO, OF COURSE NOT.  AND WE WILL PICK IT

04:59:41   8    UP IN THE MORNING ON MONDAY, BUT I WOULD NEVER KEEP YOU PAST

04:59:45   9    5:00 ON A FRIDAY.

04:59:47   10            THE WITNESS:  OKAY.  BUT I WON'T JUST TALK FAST.

04:59:49   11   BY MR. PAK:

04:59:49   12   Q.   YES.  SO WE ARE GOING TO INTRODUCE SOME OF THE CONCEPTS

04:59:52   13   AND THEN WE CAN ALWAYS PICK UP ON MONDAY, BUT TAKE YOUR TIME,

04:59:56   14   DR. CHEVALIER.

04:59:56   15       SO ON SLIDE 30, WE ARE DOWN TO THE LAST STEP OF

04:59:59   16   MULTIPLYING THE PROFIT MARGIN.

05:00:02   17   A.   OKAY.  SO WE DID THIS CISCO BUT-FOR MARKET SHARE WHICH GOT

05:00:07   18   US TO CISCO'S LOST PROFITS REVENUES, BUT THAT'S REVENUES, WE

05:00:16   19   ARE THINKING ABOUT LOST PROFITS, SO IN ORDER TO GET FROM

05:00:18   20   REVENUES TO LOST PROFITS, WE NEED TO KNOW CISCO'S PROFIT

05:00:22   21   MARGIN.  SO WHAT SHARE OF CISCO'S REVENUES DOES IT KEEP AS

05:00:27   22   PROFIT.

05:00:27   23   Q.   SO WHEN WE GET TO THAT -- AGAIN, WE ARE GOING TO SPEND A

05:00:30   24   LOT MORE TIME DISCUSSING THIS ON MONDAY.  BUT JUST AT A HIGH

05:00:36   25   LEVEL, WHEN YOU DO THESE CALCULATIONS LOOKING AT THE MARKET

05:00:39  1    SHARE, WHAT WAS THE TOTAL LOST PROFITS TO CISCO BASED ON YOUR

05:00:46  2    CALCULATIONS THAT YOU DID FOR THE RANGE OF TIME THAT WE ARE

05:00:50  3    TALKING ABOUT?

05:00:50  4    A.   OKAY.   SO THERE ARE TWO DIFFERENT DATA SOURCES.   SO JUST

05:00:55  5    CHECK BOTH FOR ROBUSTNESS AND THOSE GENERATE CISCO'S LOST

05:00:59  6    PROFITS OF BETWEEN $310 MILLION AND $335 MILLION.

05:01:06  7              MR. PAK:   SO WITH THAT, YOUR HONOR, WE WILL SUSPEND

05:01:09  8    THE TESTIMONY FOR TODAY, AND WE WILL RESUME ON MONDAY.

05:01:11  9              THE COURT:   OKAY.   THANK YOU.

05:01:12  10         THANK YOU, DR. CHEVALIER.

05:01:14  11         ALL RIGHT.   LADIES AND GENTLEMEN, WE'VE REACHED THE END OF

05:01:16  12   THE DAY AND THE WEEK.   LEAVE ME YOUR NOTEBOOKS AND YOUR BADGES,

05:01:20  13   AND WE WILL RESUME ON MONDAY MORNING AT 9:00 A.M.

05:01:22  14         LET ME REMIND YOU, YOU AREN'T TO FORM OR EXPRESS ANY

05:01:26  15   OPINIONS IN THE CASE OR DO ANY RESEARCH OR INVESTIGATION.   HAVE

05:01:30  16   A NICE WEEKEND.   I WILL SEE YOU MONDAY MORNING.

05:01:33  17         (JURY OUT AT 5:01 P.M.)

05:02:04  18              THE COURT:   ALL RIGHT.   PLEASE BE SEATED, EVERYONE.

05:02:06  19         IS THERE ANY HOUSEKEEPING FOR TONIGHT?

05:02:08  20              MR. PAK:   I DON'T BELIEVE SO, YOUR HONOR.

05:02:10  21              THE COURT:   EVERYONE WANTS TO BE OUT.

05:02:13  22              MR. VAN NEST:   I DON'T BELIEVE SO, YOUR HONOR.

05:02:15  23              THE COURT:   EXCELLENT.   I WILL SEE YOU ALL AT 8:30

05:02:18  24   MONDAY MORNING.

05:02:18  25              MR. VAN NEST:   YES, YOU WILL.   THANK YOU SO MUCH.

1587

05:02:24   1              (THE EVENING RECESS WAS TAKEN AT 5:02 P.M.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____
25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185            DATED: 12/2/16

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25