UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 6 Hours 52 Minutes

**CIVIL MINUTES - JURY TRIAL**

Judge: Beth Labson Freeman   Courtroom Deputy: Tiffany Salinas-Harwell
Date: 12/02/2016   Court Reporter: Summer Fisher
Case No: 5:14-cv-05344-BLF   Interpreter: N/A

**CISCO SYSTEMS v. ARISTA NETWORKS**

Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

8:30 - Call to Order/Hearing held outside the presence of the jury
9:10 - Jury Seated
9:12 - Continued Cross Examination ALMEROTH
10:24 - The Court takes a morning recess
10:39 - Jury Seated/Call to Order
10:41 - Re-Direct Examination ALMEROTH
11:00 - Side Bar Held
11:10 - Plaintiff Video Deposition Jeffrey Wheeler
11:37 - Plaintiff Video Deposition Adam Sweeney
11:52 - Plaintiff Class Witness Kevin Jeffay
11:53 - Direct Examination JEFFAY
11:56 - Witness Kevin Jeffay Designated Expert
11:59 - The Court takes the lunch recess
1:03 - Jury Seated/Call to Order
1:05 - Continued Direct Examination JEFFAY
2:19 - Cross Examination JEFFAY
2:43 - The Court takes an afternoon recess
2:53 - Jury Seated/Call to Order
2:54 - Continued Cross Examination JEFFAY
3:26 - Re-Direct Examination JEFFAY
3:33 - Plaintiff Recalls Witness REMAKER
3:34 - Further Re-Direct REMAKER
3:38 - Further Re-Cross REMAKER
3:44 - Further Re-Direct REMAKER
3:45 - The Court takes a second afternoon recess
3:56 - Jury Seated/Call to Order
3:57 - Plaintiff Calls Witness Judith Chavelier
3:58 - Direct Examination CHAVELIER
4:01 - Witness Judith Chavelier Designated Expert
5:01 - Jury Released for Evening
5:01 - Hearing held outside the presence of the jury
5:02 - The Court Adjourns for Evening

## ORDER AFTER HEARING

Further Jury Trial 12/05/2016 at 8:30 AM

**Exhibits Identified:**
**Pltf:** 4799, 4822, 4823, 65, 95, 489, 34, 32, 48, 3625aUnderseal, 24, 599, 31, 25, 3605aUnderseal, 3605bUnderseal, 2605cUnderseal, 4789, 427, 4745, 565, 230, 559, 229, 240, 239a, 158, 236, 626, 691, 4259, 237
**Deft:** 5038, 5131, 6952, 6877, 6910, 6881, 5612, 6824, 6870

**Exhibits Admitted Into Evidence:**
**Pltf:** 4799, 4822, 4823, 65, 95, 489, 34, 32, 48, 3625aUnderseal, 24, 599, 31, 25, 3605aUnderseal, 3605bUnderseal, 2605cUnderseal, 4789, 427, 4745, 565, 559, 229, 240, 239a, 158, 236, 626, 691, 4259, 237
**Deft:** 5038, 5131, 6952, 6877, 6910, 6881, 6824, 6870

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: