Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S OBJECTIONS TO ARISTA'S 12/7/2016 TRIAL EXHIBITS AND DEMONSTRATIVES**<br><br>Dep't: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

Cisco objects as follows to Arista's December 7 trial exhibits and demonstratives.

**Anshul Sadana**. Cisco objects to **demonstrative slide 8** for use with Mr. Sadana. This slide is argumentative and improper for use with a fact witness.

**Deepak Malik (by video)**: Cisco objects to the admittance of **Exhibit 5310** through the deposition testimony of Mr. Malik. Cisco has already provided objections to the Court for the deposition testimony that relates to this exhibit. To the extent the Court sustains Cisco's objections to the related deposition testimony, this exhibit should not be permitted to be admitted into evidence through Mr. Malik. Cisco objects to **Exhibit 5319** on the basis that it is of no or limited relevance to any matters before the jury. Fed. R. Evid. 402, 403. The deposition questions designated by Arista that relate to this exhibit do not explain what this document is or how it relates to this case. Therefore, providing this exhibit to the jury would be misleading and confusing and it should be excluded.

**Cate Elsten**. Cisco objects to **Exhibits 5309, 5401, 5514, 5716, 6442, 6531, 6534, 6729, 6730, 6737, 7296, 7357, 7584, 7587, 7591, 7598** and **7604** as hearsay. These documents are internal emails, presentations, white papers and news articles. As such they are they are out of court statements offered for the truth of the matter asserted, because if not true they would provide no valid basis for Ms. Elsten's opinions. As the Court has recognized, the fact that an expert relied upon certain evidence in reaching an opinion does not render that evidence authentic or admissible. Fed. R. Evid. 703. Before Dr. Almeroth testified, Arista objected to Cisco's use of emails authored by Arista employees. ECF 690 at 2. Arista maintained that "[t]he Court should not allow [an expert] to usurp the jury's role in this trial by rehashing record evidence without offering any technical expertise." *Id*., citing *United States v. Freeman*, 498 F.3d 893, 903–04 (9th Cir. 2007).

When the parties raised this issue before the Court, the Court stated that "most of them were e-mails and I'm actually not used to experts introducing documents like this." ECF 695, Trial Tr. 11/30/2016 846:18-20. Cisco heeded the Court's guidance and did not seek to introduce these statements by Arista employees through Dr. Almeroth. The same result should apply here,

1  and Arista should not be permitted to use its expert as a vehicle to admit internal Cisco documents
2  that it has otherwise failed to admit as evidence.

3  Cisco objects to **Exhibits 5309, 5401, 6229, 7296,** and **7331** as not having been
4  properly disclosed in Ms. Elsten's report.  Cisco identified these exhibits to Arista as having not
5  been disclosed and Arista has not provided Cisco with any information to suggest that these
6  exhibits were properly disclosed in Ms. Elsten's report.  Further, portions of **Exhibit 5309** have
7  never been authenticated and should not be provided to the jury.

8  Arista provided Cisco with a number of slides to be used with Ms. Elsten.  Cisco has
9  provided Arista with its objections to these slides and Arista will be providing Cisco with a
10 revised slide deck to in response to Cisco's objections.  The parties believe that they may be able
11 to resolve all issues that relate to Ms. Elsten's slides.  Should Cisco maintain any objections after
12 receiving Arista's revised slides, Cisco will bring these to the Court on Wednesday morning for
13 resolution.

Dated:  December 6, 2016

Respectfully submitted,

*/s/  John M. Neukom*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*