| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401 | Steven Cherny (*admitted pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S AMENDED PROPOSED<br>VERDICT FORM**<br><br>Judge:   Hon. Beth Labson Freeman |

**YOUR ANSWERS MUST BE UNANIMOUS.**

**CISCO'S CLAIM FOR COPYRIGHT INFRINGEMENT**

1: Has Cisco proven by a preponderance of the evidence that Arista infringed any of Cisco's copyrighted works?

                                         YES (Infringed)     NO (Not infringed)

                                           _____               _____

**IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE ANSWER QUESTION 2. IF YOU ANSWERED "NO" QUESTION 1, PLEASE GO TO QUESTION 4.**

2: For the copyrighted works that you found infringed in Question 1, has Arista proven by a preponderance of the evidence that Arista's infringement of all of those copyrighted works was excused by any of the following affirmative defenses?

|  |  |  | YES (Excused) | NO (Not excused) |
|---|---|---|---|---|
| a. | Fair use |  | _____ | _____ |
| b. | Merger |  | _____ | _____ |
| c. | Scènes à faire |  | _____ | _____ |
| d. | Copyright misuse |  | _____ | _____ |
| e. | Abandonment |  | _____ | _____ |

**IF YOU ANSWERED "YES" TO ANY ONE OR MORE OF THE AFFIRMATIVE DEFENSES LISTED IN QUESTION 2, PLEASE GO TO QUESTION 4.  IF YOU ANSWERED "NO" TO ALL OF THE AFFIRMATIVE DEFENSES LISTED IN QUESTION 2, PLEASE ANSWER BOTH QUESTIONS 3(a) AND 3(b).**

3(a):   What amount of Cisco's lost profits is Cisco entitled to recover as a result of Arista's copyright infringement?

$_____

3(b):   What amount of Arista's unlawful profits is Cisco entitled to recover as a result of Arista's copyright infringement?

$_____

### **CISCO'S CLAIM FOR PATENT INFRINGEMENT**

4.   Has Cisco proven by a preponderance of the evidence that Arista has directly infringed the following claims of the '526 patent?

|  | YES (Infringed) | NO (Not infringed) |
|---|---|---|
| a.   Claim 1 | _____ | _____ |
| b.   Claim 14 | _____ | _____ |

5.   Has Cisco proven by a preponderance of the evidence that Arista induced infringement the following claims of the '526 patent?

|  | YES (Infringed) | NO (Not infringed) |
|---|---|---|
| a.   Claim 1 | _____ | _____ |
| b.   Claim 14 | _____ | _____ |

6. Has Cisco proven by a preponderance of the evidence that Arista contributorily infringed the following claims of the '526 patent?

|   |   |   | YES (Infringed) | NO (Not infringed) |
|---|---|---|---|---|
| a. | Claim 1 |   | _____ | _____ |
| b. | Claim 14 |   | _____ | _____ |

**IF—FOR ANY CLAIM OF THE '526 PATENT—YOU ANSWERED "YES" FOR INFRINGEMENT (ANY ONE OF QUESTIONS 4, 5 OR 6), THEN PLEASE ANSWER BOTH QUESTIONS 7 AND 8.  OTHERWISE, SKIP TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

7. What amount of damages is Cisco entitled to recover as a result of Arista's patent infringement?

$$\$_____$$

8. Has Cisco proven that Arista's patent infringement was willful?

|   | YES (Willful) | NO (Not willful) |
|---|---|---|
|   | _____ | _____ |

**PLEASE DATE AND SIGN BELOW.**

Dated: _____            _____
                                            **FOREPERSON**

| | | |
|---|---|---|
| 1 | Dated:  December 7, 2016 | Respectfully submitted, |
| 2 | | /s/ John M. Neukom |
| 3 | | Kathleen Sullivan (SBN 242261) |
| | | kathleensullivan@quinnemanuel.com |
| 4 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 6 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny *admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street

|   |   |
|---|---|
| 1 | Los Angeles, California 90071<br>Telephone: (213) 680-8400 |
| 2 | Facsimile: (213) 680-8500 |
| 3 | *Attorneys for Plaintiff Cisco Systems, Inc.* |