UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

TIME TOTAL: 6 Hours 52 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge: Beth Labson Freeman**                                     **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  12/05/2016**                                                          **Court Reporter: Summer Fisher**
**Case No: 5:14-cv-05344-BLF**                                      **Interpreter: N/A**

### CISCO SYSTEMS v. ARISTA NETWORKS
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey,
Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

### PROCEEDINGS

**8:27 - Call to Order/Hearing held outside the presence of the jury**
**9:19 - Jury Seated**
**9:20 - Continued Direct Examination CHAVELIER**
**9:39 - Cross Examination CHAVELIER**
**10:31 - The Court takes a morning recess**
**10:45 - Jury Seated/Call to Order**
**10:46 - Re-Direct Examination CHAVELIER**
**10:58 - Re-Cross Examination CHAVELIER**
**11:01 - Further Re-Direct Examination CHAVELIER**
**11:02 - Plaintiff Video Deposition SADANA**
**11:08 - Plaintiff Calls Witness John Chambers**
**11:09 - Direct Examination CHAMBERS**
**11:49 - Cross Examination CHAMBERS**
**12:04 - The Court takes the lunch recess**
**1:06 - Call to Order/Hearing held outside the presence of the jury**
**1:19 - Jury Seated**
**1:20 - Continued Cross Examination CHAMBERS**
**1:52 - Re-Direct Examination CHAMBERS**
**2:01 - Defendant Calls Witness Kenneth Duda**
**2:02 - Direct Examination DUDA**
**2:39 - Cross Examination DUDA**
**2:45 - Re-Direct Examination DUDA**
**2:49 - Re-Cross Examination DUDA**
**2:50 - The Court takes an afternoon recess**
**3:00 - Jury Seated/Call to Order**
**3:01 - Defendant Calls Witness Hugh Holbrook**
**3:04 - Direct Examination HOLBROOK**
**3:39 - Cross Examination HOLBROOK**
**3:49 - Re-Direct Examination HOLBROOK**
**3:50 - The Court takes a second afternoon recess**
**4:00 - Jury Seated/Call to Order**
**4:01 - Defendant Calls Witness Anthony Li**
**4:03 - Direct Examination LI**
**4:31 - Cross Examination LI**

**4:34 - Defendant Video Deposition Greg Satz**
**4:50 - Jury Released for Evening**
**4:50 - Hearing held outside the presence of the jury**
**4:55 - The Court Adjourns for the Evening**

## ORDER AFTER HEARING

Further Jury Trial 12/06/2016 at 9:30 AM

| **Exhibits Identified:** | **Exhibits Admitted Into Evidence:** |
|---|---|
| **Pltf:** 650, 187 | **Pltf:** 650, 187 |
| **Deft:** 6534, 5382, 6509, 6511, 5495, 5219, 5496, 5416, 5423, 8193, 5227, 5454, 5416, 6923, 6095, 6652, 6653, 6654, 6655, 6656, 5146, 5227 | **Deft:** 6534, 5382, 6509, 6511, 5495, 5219, 5496, 5416, 5423, 8193, 5227, 5454, 5416, 6923, 6095, 6652, 6653, 6654, 6655, 6656, 5146, 5227 |

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: