| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 West Madison Street, Suite 2450<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705-7401<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397 7188<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br><br><br><br><br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING WILLFUL**<br>**COPYRIGHT INFRINGEMENT**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 28, 2016 |

Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant Arista Networks, Inc. ("Arista") hereby stipulate as follows:

The parties stipulate that the jury will not be instructed on nor decide copyright willfulness or copyright statutory damages. If the jury finds copyright infringement and Cisco elects an award of statutory damages, Arista stipulates that its infringement was willful for the sole purpose of calculating statutory damages, and the parties agree that the Court and not the jury shall determine an amount of statutory damages between $750 and $150,000 per work infringed.

SO STIPULATED.

Respectfully submitted,

Dated: December 7, 2016         By:    */s/ Robert Van Nest*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391 5400
Facsimile:    (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:    (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817

1
STIPULATION AND [PROPOSED] ORDER RE WILLFUL COPYRIGHT INFRINGEMENT
Case No. 5:14-cv-05344-BLF (NC)

1127349.03

|   |   |
|---|---|
|   | Telephone: (202) 973-8800 |
|   | Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

Dated:  December 7, 2016         By:  */s/ John M. Neukom*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:       (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:       (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 West Madison Street, Suite 2450
Telephone:     (312) 705-7465
Facsimile:       (312) 705-7401

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:       (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:     (415) 439-1400
Facsimile:       (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

### **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of John M. Neukom within this e-filed document.

*/s/  Robert Van Nest*

---

3
STIPULATION AND [PROPOSED] ORDER RE WILLFUL COPYRIGHT INFRINGEMENT
Case No. 5:14-cv-05344-BLF (NC)

1127349.03

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 7, 2016

                                              *Beth Labson Freeman*
Hon. Beth Labson Freeman
United States District Judge