UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

Plaintiff,

| | |
|---|---|
| Plaintiff(s), | Case No. 5:14-cv-5344-BLF |
| vs. | |
| ARISTA NETWORKS, INC., | NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT |
| Defendant. | |
| Defendant(s).   / | |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on 11/30/2016 and was reported by Summer Fisher, the official court reporter.

Dated: 12/7/2016

/s/John M. Neukom
Attorney for Plaintiff
Address:
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111