UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

Plaintiff,

|                                  |                                  |
|----------------------------------|----------------------------------|
| Plaintiff(s),                    | Case No.  5:14-cv-5344-BLF       |
| vs.                              |                                  |
| ARISTA NETWORKS, INC.,           | NOTICE OF INTENT TO REQUEST      |
|                                  | REDACTION OF TRANSCRIPT          |
| Defendant.                       |                                  |
| Defendant(s).       /            |                                  |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on 12/01/2016 and was reported by Summer Fisher, the official court reporter.

Dated: 12/7/2016

/s/ John M. Neukom
Attorney for Plaintiff
Address:
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111