Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S OBJECTIONS TO ARISTA'S 12/9/2016 TRIAL EXHIBITS AND DEMONSTRATIVES**<br><br>Dep't: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

Cisco objects as follows to Arista's December 9 trial exhibits and demonstratives.

**Anshul Sadana**. Cisco objects to **demonstrative slide 10** for use with Mr. Sadana. This slide is misleading, argumentative, and improper for use with a fact witness.

**John Black.**: Cisco objects to **Exhibits 5299, 5364, 5365,5453, and 5455** as not having been properly disclosed in Dr. Black's report. Cisco identified these exhibits to Arista as having not been disclosed. As of the time of filing these objections Arista has not provided Cisco with any information to suggest that these exhibits were properly disclosed.

**Cate Elsten**. Arista provided Cisco with a number of slides to be used with Ms. Elsten. Cisco has provided Arista with its objections to these slides and the parties are negotiating changes to some of the slides. Cisco believes the parties may be able to resolve all issues that relate to Ms. Elsten's slides. Should Cisco maintain any objections to Ms. Elsten's slides after finishing its discussions with Arista, Cisco will bring these to the Court on Friday morning for resolution.

Dated:  December 8, 2016

Respectfully submitted,

*/s/  John M. Neukom___*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (*admitted pro hac vice*)

02099-00004/8642569.1   CISCO'S OBJECTIONS TO ARISTA'S 12/9/2016 TRIAL EXHIBITS AND DEMONSTRATIVES

| | |
|---|---|
| 1 | steven.cherny@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 2 | 601 Lexington Avenue |
| | New York, New York 10022 |
| 3 | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| 4 | |
| | Adam R. Alper (SBN 196834) |
| 5 | adam.alper@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 6 | 555 California Street |
| | San Francisco, California  94104 |
| 7 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 8 | |
| | Michael W. De Vries (SBN 211001) |
| 9 | michael.devries@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 10 | 333 South Hope Street |
| | Los Angeles, California 90071 |
| 11 | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |
| 12 | |
| | *Attorneys for Plaintiff Cisco Systems, Inc.* |