UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL: 6 Hours 21 Minutes**

**CIVIL MINUTES  - JURY TRIAL**

**Judge: Beth Labson Freeman**            **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  12/06/2016**                     **Court Reporter: Summer Fisher**
**Case No: 5:14-cv-05344-BLF**            **Interpreter: N/A**

### CISCO SYSTEMS v. ARISTA NETWORKS

Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

### PROCEEDINGS

**9:30 - Call to Order/Hearing held outside the presence of the jury**
**10:07 - The Court takes a morning recess**
**10:12 - Jury Seated/Call to Order**
**10:13 - Defendant Calls Witness Jayshree Ullal**
**10:14 - Direct Examination ULLAL**
**11:05 - Cross Examination ULLAL**
**11:35 - Defendant Calls Witness Jeff Chase**
**11:35 - Direct Examination CHASE**
**11:38 - Witness Jeff Chase Designated Expert**
**12:01 - The Court takes the lunch recess**
**1:03 - Jury Seated/Call to Order**
**1:06 - Continued Direct Examination CHASE**
**1:23 - Cross Examination CHASE**
**1:46 - Re-Direct Examination CHASE**
**1:50 - Defendant Calls Witness Michael Volpi**
**1:50 - Direct Examination VOLPI**
**2:21 - Cross Examination VOLPI**
**2:26 - Re-Direct Examination VOLPI**
**2:27 - Plaintiff Calls Witness Phillip Shafer**
**2:28 - Direct Examination SHAFER**
**2:47 - Cross Examination SHAFER**
**2:57 - Re-Direct Examination SHAFER**
**3:02 - Re-Cross Examination SHAFER**
**3:03 - The Court takes an afternoon recess**
**3:15 - Jury Seated/Call to Order**
**3:17 - Defendant Calls Witness John Black**
**3:18 - Direct Examination BLACK**
**3:27 - Witness Johm Black Designated Expert**
**5: 01 - Jury Released for Evening**
**5:01 - Hearing held outside the presence of the jury**
**5:10 - The Court Adjourns for the Evening**

## ORDER AFTER HEARING

Further Jury Trial 12/07/2016 at 8:30 AM

**Exhibits Identified:**
**Pltf:** 566, 511, 558, 166a, 203a
**Deft:** 6155, 7790, 8203, 9069, 5134, 5451, 8237, 5457, 6581, 6801, 6817, 7355, 7357, 7408, 6743, 7343, 9037, 5001, 9052, 9041, 5630, 5635, 9053, 5637

**Exhibits Admitted Into Evidence:**
**Pltf:** 566, 511, 558, 166a, 203a
**Deft:** 6155, 7790, 8203, 9069, 5134, 5451, 8237, 5457, 6581, 6801, 6817, 7355, 7357, 7408, 6743, 9037, 5001, 9052, 5630, 5635, 9053, 5637

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: