UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL**: 6 Hours 24 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge:** Beth Labson Freeman                **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  12/07/2016                        **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF                **Interpreter:** N/A

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**8:30** - Call to Order/Hearing held outside the presence of the jury
**9:05** - Jury Seated
**9:09** - Continued Direct Examination BLACK
**9:39** - Cross Examination BLACK
**10:33** - The Court takes a morning recess
**10:48** - Jury Seated/Call to Order
**10:49** - Continued Cross Examination BLACK
**10:59** - Re-Direct Examination BLACK
**11:11** - Re-Cross Examination BLACK
**11L11** - Defendant Video Deposition Devadas Patil
**11:20** - Defendant Video Deposition Douglas Gourlay
**11:51** - Defendant Video Deposition Deepak Malik
**12:06** - The Court takes the lunch recess
**1:13** - Jury Seated/Call to Order
**1:14** - Defendant Calls Witness Soni Jiandani
**1:15** - Direct Examination JIANDANI
**1:25** - Side Bar Held
**1:51** - The Court takes an afternoon recess
**1:55** - Jury Seated/Call to Order
**1:56** - Continued Direct Examination JIANDANI
**2:09** - Cross Examination JIANDANI
**2:11** - Defendant Interrogatory Reading
**2:18** - Defendant Calls Witness Balaji Venkatraman
**2:18** - Direct Examination VENKATRAMAN
**2:30** - Cross Examination VENKATRAMAN
**2:43** - Re-Direct Examination VENKATRAMAN
**2:45** - Defendant Video Deposition Gavin Cato
**3:03** - The Court takes a second afternoon recess
**3:14** - Jury Seated/Call to Order
**3:14** - Jury Instructed as to Cato Testimony
**3:15** - Defendant Calls Witness Chris Summers
**3:16** - Direct Examination SUMMERS
**3:29** - Cross Examination SUMMERS
**3:40** - Defendant Calls Witness Cate Elsten

**3:40 - Direct Examination ELSTEN**
**5:02 - Jury Released for Evening**
**5:02 - Hearing held outside the presence of the jury**
**5:09 - The Court Adjourns for Evening**

## ORDER AFTER HEARING

Further Jury Trial 12/08/2016 at 10:00 AM

**Exhibits Identified:**
**Pltf:** 278, 230, 253, 4814b
**Deft:** 9076, 7543, 5639, 5632, 5658, 5631, 5326, 5328, 5627, 5633, 5636, 5637, 5638, 5640, 5643, 5641, 5630, 9049, 9041, 5119, 5297, 5298, 5300, 5310, 5319, 5365, 5215, 5216, 5259, 6082, 5315, 5503, 8778, 9077, 5250, 5248, 5246, 6380, 6437, 7294Underseal, 6567, 6970, 7604, 5309, 7295Underseal, 6229, 6232, 6560, 7357, 5309, 7731

**Exhibits Admitted Into Evidence:**
**Pltf:** 278, 230, 253, 4814b
**Deft:** 7543, 5639, 5632, 5631, 5326, 5328, 9049, 9041, 5119, 5297, 5298, 5300, 5310, 5319, 5365, 5215, 5216, 5259, 6082, 5315, 5503, 8778, 9077, 5250, 5248, 5246, 6380, 6437, 7294Underseal, 6567, 6970, 7604, 5309, 7295Underseal, 6229, 6232, 6560, 7357, 5309, 7731

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: