UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** Hours 14 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge:** Beth Labson Freeman    **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 12/08/2016    **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF    **Interpreter:** N/A

### CISCO SYSTEMS v. ARISTA NETWORKS

Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

### PROCEEDINGS

**10:00 -** In Chambers Jury Instruction Conference
**12:10 -** Call to Order
**12:10 -** Hearing held outside the presence of the jury
**12:24 -** Court Adjourns for Evening

### ORDER AFTER HEARING

Further Jury Trial 12/09/2016 at 8:30 AM

| | |
|---|---|
| **Exhibits Identified:** | **Exhibits Admitted Into Evidence:** |
| **Pltf:** | **Pltf:** |
| **Deft:** | **Deft:** |

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: