KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S ORDER RE MOTIONS TO SEAL [Re: ECF 612, 616, 617, 631, 632, 641, 652, 660, 662]**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S ORDER RE MOTIONS TO SEAL [RE: ECF 612, 616, 617, 631, 632, 641, 652, 660, 662]
Case No. 5:14-cv-05344-BLF (NC)

1130258.01

Pursuant to the Order Granting in Part Motions to Seal (ECF 688), Arista hereby files publicly Attachments 1-5 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motion to seal (ECF 612, 617, 632, 660, and 662).

| Original ECF | Document | Attachment |
|---|---|---|
| 612 | Exhibit 11 to the Wong Declaration (Compilation of Deposition Transcript Excerpts) | 1 |
| 617 | Arista's Opening Brief re Analytic Dissection | 2 |
| 632 | Exhibit 1 to the Declaration of Audrey Hadlock ISO Arista's Brief Re Defining Cisco's Copyrighted Works (Cisco Interrogatory Responses) | 3 |
| 660 | Court's Order re Motions in Limine | 4 |
| 662 | November 3, 2016 Pretrial Conference Transcript | 5 |

Dated: December 8, 2016                         KEKER & VAN NEST LLP

                                          By:   */s/ Brian L. Ferrall*
                                                ROBERT A. VAN NEST
                                                BRIAN L. FERRALL
                                                DAVID SILBERT
                                                MICHAEL S. KWUN

                                                Attorneys for Defendant
                                                ARISTA NETWORKS, INC.

1

NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S ORDER RE MOTIONS TO SEAL [RE: ECF 612, 616, 617, 631, 632, 641, 652, 660, 662]
Case No. 5:14-cv-05344-BLF (NC)

1130258.01