# ATTACHMENT 3

# Exhibit 1

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-05344-BLF <br><br> **PLAINTIFF CISCO SYSTEMS, INC.'S CORRECTED SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S INTERROGATORY NOS. 21, 24 & 25** |

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**

1        22.     Cisco objects to each interrogatory as premature to the extent it calls for documents
2   or information that is the subject of later disclosure deadlines in this Litigation and/or expert
3   reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil
4   Procedure, the Patent Local Rules of the Northern District of California, and the Case
5   Management Order entered in this Litigation.

6        23.     Any Cisco response that it will provide information or produce documents should
7   not be construed to mean that responsive information or documents in fact exist; only that, if such
8   relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's
9   possession, custody, or control, and are located after a reasonable search of the location or
10  locations where responsive information or documents are likely to be located, such information or
11  documents will be produced in a timely manner.

12       24.     Cisco further reserves all rights to supplement its responses to Arista's
13  Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule
14  26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any
15  orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this
16  Litigation.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 21:**

Identify and describe in detail the factual and legal bases (including an identification of documents, if any, by Bates-stamp number, and witnesses knowledgeable about each fact) for your contention that Arista's alleged use of the asserted aspects of the copyrighted works does not constitute a "fair use" under 17 U.S.C. § 107, including all facts you contend are relevant to each of the following statutory factors:

(1)     the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

(2)     the nature of the copyrighted work;

(3)   the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

(4)   the effect of the use upon the potential market for or value of the copyrighted work.

**RESPONSE TO INTERROGATORY NO. 21:**

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

Cisco incorporates by reference its General Objections as though fully set forth herein.

Cisco also objects to this interrogatory as compound and unduly burdensome, as it calls for numerous pieces of information and has multiple subparts improperly grouped as a single interrogatory. Cisco further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information that is neither relevant to any claim or defense in this litigation nor reasonably likely to lead to the discoverability of admissible evidence. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the term "asserted aspect." Cisco further objects to this interrogatory to the extent that it is cumulative and duplicative of other discovery sought by Arista. Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege, protection, or immunity. Cisco further objects to this interrogatory because it calls for legal conclusions. Cisco further objects to this interrogatory because Arista bears the burden of proving any "fair use" defense and has thus far failed to identify the facts and legal basis that support such a defense. Cisco further objects to this interrogatory as unduly burdensome in that it seeks to shift to Cisco the burden associated with any Arista attempt to prove a "fair use" defense. Cisco further objects to this interrogatory because it seeks expert opinion and is therefore premature.

Subject to and without waiver of the foregoing general and specific objections, Cisco responds as follows:

As an affirmative defense, Arista bears the burden of proving any "fair use" defense on which it intends to rely in this case. *Harper & Row*, 471 U.S. 539, 561 (1985). Arista's responses

to Cisco's Interrogatory Nos. 10 and 12, which seek information concerning Arista's fair use defense, however, show that Arista has thus far has failed to come forward in response to discovery or otherwise with sufficient evidence to support such a defense.   As Arista has failed to sufficiently explain the basis for—let alone prove—any contention that its use of Cisco's copyrighted works constitutes a "fair use" under 17 U.S.C. § 107, Arista has failed to meet its burden and, thus, its fair use defense fails.

Cisco further responds as follows:

*(1)     the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;*

17 U.S.C. § 107 provides that fair use "for purposes such as criticism, comment, new reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright."  Arista, however, does not contend (nor can it) that its use of Cisco's copyrighted works is for such purposes.

Indeed, Arista's purpose is the same as Cisco's purpose, which is a classic superseding use and not transformative.  *Harper &* Row, 471 U.S. at 550 (fair use precludes a superseding use of the original).  Arista has used and continues to use Cisco's copyrighted works[1] in the same type of software as Cisco (a network device operating system), with the same type of hardware as Cisco (network devices), to perform the same functions as Cisco (routing and switching), and sells to customers in the same or similar ways as Cisco.  Thus, Cisco's copyrighted works and Arista's infringing EOS operating system are used for the same purpose.  *See, e.g.*, *Wall Data v. Los Angeles County Sheriff's Dept.*, 447 F.3d 769, 778 (9th Cir. 2006) ("In cases where use is for the same intrinsic purpose as [the copyright holder's] . . . such use seriously weakens a claimed fair use.") (internal citations and quotation marks omitted).  And if a customer purchases a switch or router from Arista with EOS, they have no reason to buy Cisco's switch or router running Cisco's IOS copyrighted works, which is a classic "superseding use." *Campbell v. Acuss-Rose Music.*

---

[1] "Cisco copyrighted works" and "Cisco's copyrighted works" includes the copyrighted operating systems and related documents, as set forth and defined in Paragraph 25 of the Second Amended Complaint.

As a result, and consistent with Arista's copying of Cisco's CLI, significant portions of Arista's documentation are substantially similar to and in many instances precisely the same as Cisco IOS documentation. In light of the foregoing and the numerous instances of copying described in Cisco's responses to Interrogatory Nos. 2, 3, 16, and 18, which are incorporated by reference herein, Arista's copying also is quantitatively significant.  Furthermore, Cisco's calculation of the entire quantitative nature of Arista's copying is ongoing and also is subject to expert discovery.

*(4)   the effect of the use upon the potential market for or value of the copyrighted work.*

The inquiry under the fourth fair use factor includes "harm to the original [and] … derivative works," *Harper & Row*, 471 U.S. at 568; *see* 17 U.S.C. § 106(2) (exclusive statutory right "to authorize … derivative works based upon the copyrighted work"), and the effect on the potential market if the challenged use "become[s] widespread." *Harper & Row*, 471 U.S. at 568. Here, Arista's use affects all of these actual and potential markets as it directly competes with Cisco for sales of products that incorporate and use Cisco's copyrighted works—switches and routers.  The copyrighted works at issue—Cisco's operating systems and accompanying documents—allow the switches and routers to work, and the command line interfaces that are the heart and soul of the operating systems allow for the configuration of the switches and routers so that they can function properly.   Arista markets and sells its products that incorporate and use Cisco's copyrighted works in order to supplant and replace Cisco in the marketplace.  Thus, if Arista's infringement is permitted to continue, it will substantially impact Cisco's market.

As further evidence of the impact to the market, Cisco has suffered and will suffer irreparable harm and damage as a direct result of Arista's choice to copy Cisco's copyrighted works and then directly compete with Cisco in the marketplace.  Cisco has lost sales and customers and will continue to do so.  Cisco has suffered harm to its reputation as an innovator in the industry and will continue to suffer such harm if Arista's infringement is permitted to continue.  Further, Arista's copying—and its decision to publicly brag that it copied Cisco and tout

- Deposition Testimony of HP Corporate Representative Tr. at 110:24-112:7 (May 2, 2016).
- Deposition Testimony of Sweeney Deposition Tr. at 416:12-15, 452:3-12.
- Deposition Testimony of Giancarlo
- Deposition Testimony of Bechtolsheim Deposition Rough Tr. at pp. 47:14-50:1
- Deposition Testimony of Sadana Deposition, Exhibit 382
- http://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/nx-os-software/data_sheet_c78-652063.pdf
- https://www.arista.com/en/products/eos
- Cisco's Responses, supplements, and exhibits to Interrogatory Nos. 16, 19, and 21
- Arista, *EOS: An Extensible Operating System*.
- *See, e.g.*, Business Insider, "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart Formed by Ex-Cisco Employees," Dec. 19, 2014, *available at* http://www.businessinsider.com/cisco-justfied-another-shot-at-arista-2014-12;
- New York Times, "Arista's Chief Executive Counters Cisco Lawsuit," Dec. 10, 2014, *available at* http://bits.blogs.nytimes.com/2014/12/10/aristas-chiefexecutive-counters-cisco-lawsuit/?_r=0.
- QuestNET Conference July 2013, slide 38.
- Arista's responses (and all supplements thereto) to Cisco's Interrogatory No. 10.

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

**INTERROGATORY NO. 24:**

For each CLI Command, mode, hierarchy, prompt, or command response that YOU contend Arista unlawfully copied, identify each and every asserted copyright-registered work in which such CLI Command, mode, hierarchy, prompt, or command response appears, including the registration number for the copyrighted work, the title of the registered computer code and the accompanying documentation, and the Bates number for the page of the filed deposit where the command appears in the copyright-registered work.

**RESPONSE TO INTERROGATORY NO. 24:**

Cisco incorporates by reference its General Objections as though fully set forth herein.

Cisco further objects to this interrogatory to the extent that it is cumulative and duplicative of other discovery sought by Arista. Cisco also objects to this interrogatory as compound and unduly burdensome, as it calls for numerous pieces of information. Cisco further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information that is neither relevant to any claim or defense in this litigation nor reasonably likely to lead to the discoverability of admissible evidence. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "appears" and "accompanying documentation." Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege, protection, or immunity.

Subject to and without waiver of the foregoing general and specific objections, Cisco responds as follows:

Cisco has already provided information responsive to this interrogatory to Arista in its responses to other interrogatories. Cisco incorporates by reference herein the operative complaint in this case and all documents cited therein. Cisco furthermore incorporates by reference herein its Responses to Interrogatory Nos. 2, 16, and 18.

Because the burden of locating the information sought by this interrogatory is the same for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the documents cited and referenced in Cisco's Responses to Interrogatory Nos. 2, 16, and 18, as well as the documents cited and referenced in Cisco's operative complaint and the exhibits thereto.

Cisco's investigation is ongoing. Cisco will supplement its response to this interrogatory based on its further investigation and based on expert discovery.

**CORRECTED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 24:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

1  Cisco objects to the terms "modes, hierarchies, prompts, responses" as vague, ambiguous,
2 and overbroad, and to the extent that these terms call for expert opinion or legal conclusions.
3  Because the burden of locating the information sought by this interrogatory is the same for
4 Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the documents cited and
5 referenced in Cisco's Responses to Interrogatory Nos. 2, 6, 16, 18 and 19, as well as the
6 documents cited and referenced in Cisco's operative complaint and the exhibits thereto. Cisco
7 additionally identifies the following previously-produced business records from which this
8 information can be derived:

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 11.0 | TXu 1-036-057 | CSI-CLI-00356391 - CSI-CLI-00356394; CSI-CLI-00356395 - CSI-CLI-00356398; CSI-CLI-00403865; Source Code |
| Cisco IOS 11.1 | TX 5-531-435; TXu1-048-569 | CSI-CLI-00356385 - CSI-CLI-00356388; CSI-CLI-00356588 - CSI-CLI-00356591; CSI-CLI-00356500 - CSI-CLI-00356501; CSI-CLI-00356562 - CSI-CLI-00356563 CSI-CLI-00403866; Source Code |
| Cisco IOS 11.2 | TXu1-036-063 | CSI-CLI-00356578 - CSI-CLI-00356581; CSI-CLI-00356496 - CSI-CLI-00356499; CSI-CLI-00403867; Source Code |
| Cisco IOS 11.3 | TXu1-036-062; TXu1-057-804 | CSI-CLI-00356538 - CSI-CLI-00356541; CSI-CLI-00356446 - CSI-CLI-00356549; CSI-CLI-00356582 - CSI-CLI-00356587; CSI-CLI-00356576 - CSI-CLI-00356577; CSI-CLI-00403868; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 12.0 | TXu1-036-064; TXu1-057-805 | CSI-CLI-00356520 - CSI-CLI-00356523; CSI-CLI-00356516 - CSI-CLI-00356519; CSI-CLI-00356550 - CSI-CLI-00356555; CSI-CLI-00356484 - CSI-CLI-00356485; CSI-CLI-00403869; Source Code |
| Cisco IOS 12.1 | TXu1-036-066; TXu1-057-807 | CSI-CLI-00356512 - CSI-CLI-00356515; CSI-CLI-00356572 - CSI-CLI-00356575; CSI-CLI-00356490 - CSI-CLI-00356495; CSI-CLI-00356506 - CSI-CLI-00356507; CSI-CLI-00403870; Source Code |
| Cisco IOS 12.2 | TXu1-036-065; TXu1-057-806 | CSI-CLI-00356508 - CSI-CLI-00356511; CSI-CLI-00356568 - CSI-CLI-00356571; CSI-CLI-00356556 - CSI-CLI-00356561; CSI-CLI-00356536 - CSI-CLI-00356537; CSI-CLI-00403871; Source Code |
| Cisco IOS 12.3 | TXu1-188-975 | CSI-CLI-00356524 - CSI-CLI-00356527; CSI-CLI-00356524 - CSI-CLI-00356527; CSI-CLI-00403872; CSI-CLI-00403874; Source Code |
| Cisco IOS 12.4 | TXu1-259-162 | CSI-CLI-00356486 - CSI-CLI-00356489; CSI-CLI-00356705 - CSI-CLI-00356708; CSI-CLI-00403873; Source Code |
| Cisco IOS 15.0 | TX 7-938-524 | CSI-CLI-00356480 - CSI-CLI-00356483; CSI-CLI-00356564 - CSI-CLI-00356567; CSI-CLI-00054598 - CSI-CLI-00351948; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 15.1 | TX 7-938-525 | CSI-CLI-00356502 - CSI-CLI-00356505; CSI-CLI-00356532 - CSI-CLI-00356535; CSI-CLI-00034689 - CSI-CLI-00354832; Source Code |
| Cisco IOS 15.2 | TX 7-937-159 | CSI-CLI-00356528 - CSI-CLI-00356531; CSI-CLI-00356697 - CSI-CLI-00356700; CSI-CLI-00024968 - CSI-CLI-00294561; Source Code |
| Cisco IOS 15.4 | TX 7-938-341 | CSI-CLI-00356657 - CSI-CLI-00356660; CSI-CLI-00356653 - CSI-CLI-00356656; CSI-CLI-00074114 - CSI-CLI-00332892; Source Code |
| Cisco IOS XR 3.0 | TXu1-237-896 | CSI-CLI-00356665 - CSI-CLI-00356668; CSI-CLI-00356618 - CSI-CLI-00356621; CSI-CLI-00359263 - CSI-CLI-00362850; Source Code |
| Cisco IOS XR 3.2 | TXu1-270-592 | CSI-CLI-00356661 - CSI-CLI-00356664; CSI-CLI-00356701 - CSI-CLI-00356704; CSI-CLI-00362851 - CSI-CLI-00370474; Source Code |
| Cisco IOS XR 3.3 | TXu1-336-997 | CSI-CLI-00356689 - CSI-CLI-00356692; CSI-CLI-00356642 - CSI-CLI-00356645; CSI-CLI-00370475 - CSI-CLI-00380671; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS XR 3.4 | TXu1-344-750 | CSI-CLI-00356634 - CSI-CLI-00356637; CSI-CLI-00356638 - CSI-CLI-00356641; CSI-CLI-00380672 - CSI-CLI-00389726; Source Code |
| Cisco IOS XR 3.5 | TXu1-592-305 | CSI-CLI-00356685 - CSI-CLI-00356688; CSI-CLI-00356614 - CSI-CLI-00356617; CSI-CLI-00389728 - CSI-CLI-00403864; Source Code |
| Cisco IOS XR 4.3 | TX 7-933-364 | CSI-CLI-00356681 - CSI-CLI-00356684; CSI-CLI-00356649 - CSI-CLI-00356652; CSI-CLI-00099911 - CSI-CLI-00173412; Source Code |
| Cisco IOS XR 5.2 | TX 7-933-353 | CSI-CLI-00356626 - CSI-CLI-00356629; CSI-CLI-00356602 - CSI-CLI-00356605; CSI-CLI-00110638 - CSI-CLI-00191711; Source Code |
| Cisco IOS XE 2.1 | TX 7-937-240 | CSI-CLI-00356693 - CSI-CLI-00356696; CSI-CLI-00356606 - CSI-CLI-00356609; CSI-CLI-00229755 - CSI-CLI-00325496; Source Code |
| Cisco IOS XE 3.5 | TX 7-937-234 | CSI-CLI-00356610 - CSI-CLI-00356613; CSI-CLI-00356630 - CSI-CLI-00356633; CSI-CLI-00180764 - CSI-CLI-00313894; Source Code |
| Cisco NX-OS 4.0 | TX 7-940-713 | CSI-CLI-00356646 - CSI-CLI-00356648; CSI-CLI-00356622 - CSI-CLI-00356625; CSI-CLI-00054566 - CSI-CLI-00054597; |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| | | CSI-CLI-00191712 - CSI-CLI-00207082; Source Code |
| Cisco NX-OS 5.0 | TX 7-940-718 | CSI-CLI-00356599 - CSI-CLI-00356601; CSI-CLI-00356677 - CSI-CLI-00356680; CSI-CLI-00173413 - CSI-CLI-00216955; Source Code |
| Cisco NS-OX 5.2 | TX 7-940-727 | CSI-CLI-00356596 - CSI-CLI-00356598; CSI-CLI-00356673 - CSI-CLI-00356676; CSI-CLI-00176460 - CSI-CLI-00202928; Source Code |
| Cisco NS-OX 6.2 | TX 7-940-722 | CSI-CLI-00356593 - CSI-CLI-00356595; CSI-CLI-00356669 - CSI-CLI-00356672; CSI-CLI-00178218 - CSI-CLI-00216925; Source Code |

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

**INTERROGATORY NO. 25:**

For each copyright-registered work that Cisco alleges Arista unlawfully copied, identify the total number of commands, modes, hierarchies, prompts, responses, and lines of software code in the work.

**RESPONSE TO INTERROGATORY NO. 25:**

Cisco incorporates by reference its General Objections as though fully set forth herein.

Cisco further objects to this interrogatory to the extent that it is cumulative and duplicative of other discovery sought by Arista. Cisco also objects to this interrogatory as compound and unduly burdensome, as it calls for numerous pieces of information. Cisco further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information that is neither relevant to any claim or defense in this litigation nor reasonably likely to lead to the discoverability of admissible evidence. Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege, protection, or immunity.

Subject to and without waiver of the foregoing general and specific objections, Cisco responds as follows:

Cisco has already provided information responsive to this interrogatory to Arista in its complaint and in its responses to other interrogatories. Cisco therefore incorporates by reference herein the operative complaint in this case and all documents cited therein. Cisco furthermore incorporates by reference herein its Responses to Interrogatory Nos. 2, 16, and 18.

Because the burden of locating the information sought by this interrogatory is the same for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the documents cited and referenced in Cisco's Responses to Interrogatory Nos. 2, 16, and 18, as well as the documents cited and referenced in Cisco's operative complaint and the exhibits thereto.

Cisco's investigation is ongoing. Cisco will supplement its response to this interrogatory based on its further investigation and based on expert discovery.

**CORRECTED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

1  Cisco objects to the terms "modes, hierarchies, prompts, responses" as vague, ambiguous,
2 and overbroad, and to the extent that these terms call for expert opinion or legal conclusions.
3  Because the burden of locating the information sought by this interrogatory is the same for
4 Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the documents cited and
5 referenced in Cisco's Responses to Interrogatory Nos. 2, 7, 16, 18, and 24, as well as the
6 documents cited and referenced in Cisco's operative complaint and the exhibits thereto.  Cisco
7 additionally identifies the following previously-produced business records from which this
8 information can be derived:

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 11.0 | TXu 1-036-057 | CSI-CLI-00403865; Source Code |
| Cisco IOS 11.1 | TX 5-531-435; TXu1-048-569 | CSI-CLI-00403866; Source Code |
| Cisco IOS 11.2 | TXu1-036-063 | CSI-CLI-00403867; Source Code |
| Cisco IOS 11.3 | TXu1-036-062; TXu1-057-804 | CSI-CLI-00403868; Source Code |
| Cisco IOS 12.0 | TXu1-036-064; TXu1-057-805 | CSI-CLI-00403869; Source Code |
| Cisco IOS 12.1 | TXu1-036-066; TXu1-057-807 | CSI-CLI-00403870; Source Code |
| Cisco IOS 12.2 | TXu1-036-065; TXu1-057-806 | CSI-CLI-00403871; Source Code |
| Cisco IOS 12.3 | TXu1-188-975 | CSI-CLI-00403872; CSI-CLI-00403874; Source Code |
| Cisco IOS 12.4 | TXu1-259-162 | CSI-CLI-00403873; Source Code |
| Cisco IOS 15.0 | TX 7-938-524 | CSI-CLI-00054598 - CSI-CLI-00351948; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 15.1 | TX 7-938-525 | CSI-CLI-00034689 - CSI-CLI-00354832; Source Code |
| Cisco IOS 15.2 | TX 7-937-159 | CSI-CLI-00024968 - CSI-CLI-00294561; Source Code |
| Cisco IOS 15.4 | TX 7-938-341 | CSI-CLI-00074114 - CSI-CLI-00332892; Source Code |
| Cisco IOS XR 3.0 | TXu1-237-896 | CSI-CLI-00359263 - CSI-CLI-00362850; Source Code |
| Cisco IOS XR 3.2 | TXu1-270-592 | CSI-CLI-00362851 - CSI-CLI-00370474; Source Code |
| Cisco IOS XR 3.3 | TXu1-336-997 | CSI-CLI-00370475 - CSI-CLI-00380671; Source Code |
| Cisco IOS XR 3.4 | TXu1-344-750 | CSI-CLI-00380672 - CSI-CLI-00389726; Source Code |
| Cisco IOS XR 3.5 | TXu1-592-305 | CSI-CLI-00389728 - CSI-CLI-00403864; Source Code |
| Cisco IOS XR 4.3 | TX 7-933-364 | CSI-CLI-00099911 - CSI-CLI-00173412; Source Code |
| Cisco IOS XR 5.2 | TX 7-933-353 | CSI-CLI-00110638 - CSI-CLI-00191711; Source Code |
| Cisco IOS XE 2.1 | TX 7-937-240 | CSI-CLI-00229755 - CSI-CLI-00325496; Source Code |
| Cisco IOS XE 3.5 | TX 7-937-234 | CSI-CLI-00180764 - CSI-CLI-00313894; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco NX-OS 4.0 | TX 7-940-713 | CSI-CLI-00054566 - CSI-CLI-00054597; CSI-CLI-00191712 - CSI-CLI-00207082; Source Code |
| Cisco NX-OS 5.0 | TX 7-940-718 | CSI-CLI-00173413 - CSI-CLI-00216955; Source Code |
| Cisco NS-OX 5.2 | TX 7-940-727 | CSI-CLI-00176460 - CSI-CLI-00202928; Source Code |
| Cisco NS-OX 6.2 | TX 7-940-722 | CSI-CLI-00178218 - CSI-CLI-00216925; Source Code |

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

DATED: June 3, 2016

Respectfully submitted,

*/s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

## PROOF OF SERVICE

I hereby certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via the email addresses below:

Juanita R. Brooks
brooks@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Kelly C. Hunsaker
hunsaker@fr.com
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Ruffin B. Cordell
cordell@fr.com
Lauren A. Degnan
degnan@fr.com
Michael J. McKeon
mckeon@fr.com
Fish & Richardson PC
1425 K Street NW
11th Floor
Washington, DC 20005

Brian L. Ferrall
blf@kvn.com
Michael S. Kwun
mkwun@kvn.com
David J. Silbert
djs@kvn.com
Robert Van Nest
rvannest@kvn.com
arista-kvn@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Susan Chreighton
screighton@wsgr.com
Scott Andrew Sher
ssher@wsgr.com
Wilson Sonsini Goodrich Rosati
1700 K Street
Washington, DC 20006

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2016, at San Francisco, California.

*/s/ Catherine R. Lacey*
Catherine R. Lacey