08:21:46

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | CV-14-5344-BLF |
|  | ) |  |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
|  | ) |  |
| VS. | ) | DECEMBER 9, 2016 |
|  | ) |  |
| ARISTA NETWORKS, INC., | ) | VOLUME 12 |
|  | ) |  |
| DEFENDANT | ) | PAGES 2418-2655 |
| _____ | ) |  |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                       BY:  DAVID A. NELSON
                       500 WEST MADISON STREET, SUITE 2450
                       CHICAGO, IL 60661


FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                       BY:  SEAN PAK
                       50 CALIFORNIA STREET, 22ND FLOOR
                       SAN FRANCISCO, CALIFORNIA 94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                             CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

1    APPEARANCES (CONTINUED)

2    FOR THE DEFENDANT:      KEKER & VAN NEST, LLP
                             BY:   ROBERT ADDY VAN NEST
3                                  BRIAN FERRALL
                                   DAVID J. SILBERT
4                                  ELIZABETH K. MCCLOSKEY
                                   EDUARDO E. SANTACANA
5                                  RYAN WONG
                                   DAVID J. ROSEN
6                            633 BATTERY STREET
                             SAN FRANCISCO, CA 94111-1809

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        INDEX OF WITNESSES

2


3       DEFENDANT'S

4       CATE ELSTEN
                CROSS-EXAM BY MR. PAK                    P. 2445
5               REDIRECT EXAM BY MR. SILBERT             P. 2479
                RECROSS-EXAM BY MR. PAK                  P. 2485
6               FURTHER REDIRECT EXAM BY MR. SILBERT     P. 2490

7       ANSHUL SEDANA
                DIRECT EXAM BY MR. FERRALL               P. 2492
8               CROSS-EXAM BY MR. NELSON                 P. 2506
                REDIRECT EXAM BY MR. FERRALL             P. 2514
9


10      PLAINTIFF'S REBUTTAL

11      KEVIN ALMEROTH
                DIRECT EXAM BY MR. NELSON                P. 2515
12              CROSS-EXAM BY MR. VAN NEST               P. 2540
                REDIRECT EXAM BY MR. NELSON              P. 2567
13              RECROSS-EXAM BY MR. VAN NEST             P. 2569

14      JUDITH CHEVALIER
                DIRECT EXAM BY MR. PAK                   P. 2570
15              CROSS-EXAM BY MR. SILBERT                P. 2592
                REDIRECT EXAM BY MR. PAK                 P. 2609
16

17      DEFENDANT'S REBUTTAL

18      JOHN BLACK
                DIRECT EXAM BY MR. FERRALL               P. 2614
19              CROSS-EXAM BY MR. NELSON                 P. 2626

20

21

22

23

24

25
```

INDEX OF EXHIBITS

|  | MARKED | ADMITTED |
|---|---|---|

PLAINTIFF'S

| | | |
|---|---|---|
| 4262 | | 2461 |
| 7818 | | 2462 |
| 6677 | | 2464 |
| 650 | | 2467 |
| 648 | | 2470 |
| 4815-B | | 2471 |
| 4796 | | 2516 |
| 183 | | 2525 |
| 556 | | 2581 |


DEFENDANT'S

| | | |
|---|---|---|
| 8197 | | 2495 |
| 5316 | | 2605 |
| 9082, 9083 | 2638 | |

|       |    |                                                                       |
|-------|----|-----------------------------------------------------------------------|
|       | 1  | SAN JOSE, CALIFORNIA                    DECEMBER 9, 2016               |
| 08:30:21 | 2  | P R O C E E D I N G S                                             |
| 08:30:21 | 3  | (COURT CONVENED AT 8:30 A.M.)                                      |
| 08:30:22 | 4  | THE COURT:  ALL RIGHT.  I THINK WE HAVE A LITTLE BIT              |
| 08:30:34 | 5  | TO TAKE CARE OF TODAY, BUT I'M HOPEFUL THAT YOU WILL BE ABLE TO   |
| 08:30:37 | 6  | REDUCE THE SCOPE OF IT FOR ME.                                    |
| 08:30:40 | 7  | SO WHY DON'T I LET YOU TELL ME WHAT'S ON OUR AGENDA THIS          |
| 08:30:44 | 8  | MORNING.                                                          |
| 08:30:44 | 9  | MR. VAN NEST:  THANK YOU.  GOOD MORNING, YOUR HONOR.             |
| 08:30:46 | 10 | THE COURT:  GOOD MORNING.                                         |
| 08:30:47 | 11 | MR. VAN NEST:  I BELIEVE THAT A NUMBER OF OBJECTIONS             |
| 08:30:49 | 12 | HAVE BEEN RESOLVED, BUT NOT ALL.                                  |
| 08:30:51 | 13 | THE COURT:  ALL RIGHT.                                            |
| 08:30:51 | 14 | MR. VAN NEST:  WE EXPECT TO CLOSE OUR ARISTA CASE               |
| 08:30:54 | 15 | THIS MORNING.                                                     |
| 08:30:57 | 16 | WE HAVE ONE OBJECTION TO ONE OF THEIR REBUTTAL                    |
| 08:31:01 | 17 | PRESENTATIONS.  THEY WANT TO PRESENT SOME DEPOSITION TESTIMONY,   |
| 08:31:06 | 18 | AND MS. NILL SANCHEZ IS GOING TO ADDRESS THAT.                    |
| 08:31:10 | 19 | AND THEN WE HAVE A COUPLE OF OTHER OBJECTIONS, I THINK, TO        |
| 08:31:13 | 20 | THE REBUTTAL CASE.                                                |
| 08:31:13 | 21 | AND I'M NOT SURE THERE ARE ANY REMAINING CISCO OBJECTIONS         |
| 08:31:16 | 22 | TO WHAT'S LEFT IN OUR CASE IN CHIEF.                              |
| 08:31:18 | 23 | MR. PAK:  I DON'T THINK SO, YOUR HONOR.                          |
| 08:31:20 | 24 | MR. VAN NEST:  I THINK THOSE HAVE BEEN RESOLVED.                 |
| 08:31:21 | 25 | MR. PAK:  AND I THINK ON, DR. CHEVALIER, WILL BE PART            |

08:31:23  1    OF THE REBUTTAL CASE, WE HAVE BEEN ABLE TO RESOLVE ALL THE

08:31:26  2    DISPUTES ON THE SLIDES.

08:31:28  3            THE COURT:  YOU HAVE RESOLVED THEM.  OKAY.

08:31:29  4            MR. VAN NEST:  SO I WILL ASK MS. NILL SANCHEZ TO

08:31:33  5    ADDRESS MR. SWEENEY.

08:31:34  6            THE COURT:  SWEENEY, THAT WOULD BE GREAT.

08:31:36  7        AND ALTHOUGH THERE ARE SOME REDUCTIONS TO THE

08:31:38  8    DESIGNATIONS, THAT'S REALLY NOT YOUR OBJECTION.

08:31:40  9            MR. VAN NEST:  NO, THAT'S NOT OUR OBJECTION.

08:31:43  10           MS. SANCHEZ:  GOOD MORNING, YOUR HONOR.

08:31:44  11       MY NAME IS ANDREA NILL SANCHEZ ON BEHALF OF DEFENDANT

08:31:47  12   ARISTA NETWORKS.

08:31:48  13       YOUR HONOR, THE LAW IS CLEAR THAT REBUTTAL SHOULDN'T

08:31:51  14   INCLUDE CUMULATIVE EVIDENCE THAT COULDN'T HAVE BEEN USED IN THE

08:31:54  15   PARTIES' CASE IN CHIEF.

08:31:56  16       AND THIS WAS CISCO'S UNDERSTANDING OF THE LAW AS WELL, OR

08:31:58  17   AT LEAST THAT'S WHAT'S STATED IN THE JOINT PRETRIAL STATEMENTS

08:32:04  18   THAT WERE SUBMITTED TO THE COURT.  HOWEVER, THESE PORTIONS OF

08:32:06  19   MR. SWEENEY'S DEPOSITION THAT ARE CURRENTLY AT ISSUE ARE ONES

08:32:07  20   THAT CISCO PLANNED ON USING IN ITS CASE IN CHIEF FROM THE VERY

08:32:10  21   BEGINNING, STARTING WITH DR. ALMEROTH'S OPENING REPORT UP,

08:32:13  22   THROUGH ITS OPENING ARGUMENTS WHICH DISCUSSED THE DESIGNATIONS

08:32:16  23   AND EVEN IN ITS FIRST DISCLOSURES IN THE CASE.

08:32:19  24       AND I HAVE SOME DOCUMENTS TO GIVE TO THE COURT.

08:32:33  25           MAY I APPROACH THE BENCH?

08:32:35   1                THE COURT:  YES.  THANK YOU.

08:32:38   2                MS. SANCHEZ:  SO IF YOU TAKE A LOOK AT THE FIRST

08:32:43   3       DOCUMENT I HANDED OVER, THIS IS DR. ALMEROTH'S OPENING REPORT,

08:32:47   4       AND IF YOU TURN TO PAGE 45, ONE OF THE DOCUMENTS THAT'S

08:32:52   5       PROMINENTLY FEATURED IN MR. SWEENEY'S DEPOSITION, OR AT LEAST

08:32:56   6       THE PART OF THE DEPOSITION THAT CISCO HAS DESIGNATED, IS QUOTED

08:33:00   7       THERE ON THAT PAGE.

08:33:02   8            AND IF YOU LOOK AT ONE OF THE NEXT DOCUMENTS WHICH

08:33:05   9       CONSISTS OF SLIDES FROM CISCO'S OPENING ARGUMENT, YOU WILL SEE

08:33:09  10       THERE'S A PHOTO OF MR. SWEENEY AND YOU WILL ALSO SEE THAT HIS

08:33:13  11       DESIGNATION -- OR HIS DEPOSITION IS DIRECTLY QUOTED IN THOSE

08:33:17  12       SLIDES.  AND IN ADDITION, IT CITES THE SAME DOCUMENT THAT'S

08:33:21  13       QUOTED IN DR. ALMEROTH'S OPENING REPORT.

08:33:23  14                THE COURT:  IS THIS THE PORTION OF MR. SWEENEY'S

08:33:26  15       TESTIMONY OR -- IS THIS DOCUMENT IN EVIDENCE?  WAS IT

08:33:31  16       SUBMITTED?  DO YOU KNOW?  IT'S HARD TO REMEMBER.

08:33:33  17                MR. PAK:  YOUR HONOR, 3241, THAT HAS NOT YET BEEN

08:33:38  18       ADMITTED.

08:33:38  19                THE COURT:  OKAY.  THANK YOU.

08:33:39  20            GO AHEAD.

08:33:40  21                MS. SANCHEZ:  BUT IT WAS PRESENTED TO THE JURY AS

08:33:42  22       PART OF THE OPENING ARGUMENT.

08:33:43  23                THE COURT:  YES.

08:33:43  24                MS. SANCHEZ:  AND DURING THAT OPENING ARGUMENT,

08:33:45  25       MR. NELSON ACTUALLY PROMISED THE JURY THAT IT WOULD HEAR

08:33:48  1      TESTIMONY FROM MR. SWEENEY THAT WOULD SUPPORT ORIGINALITY,

08:33:51  2      DIRECTLY QUOTING FROM THE SAME PORTIONS OF THE DEPOSITION IT

08:33:54  3      NOW SEEKS TO PLAY.

08:33:56  4          AND JUST TO REMIND YOUR HONOR, CISCO THEN DISCLOSED

08:33:59  5      DESIGNATIONS AT THE BEGINNING OF THE CASE IN CHIEF THAT INCLUDE

08:34:02  6      THE DESIGNATIONS IT'S NOW SEEKING TO PLAY IN ITS REBUTTAL.  AND

08:34:06  7      IF THOSE DESIGNATIONS LOOK FAMILIAR, IT IS BECAUSE IT INCLUDES

08:34:10  8      NOT SOME, BUT ALL OF THE DESIGNATIONS IT'S SEEKING TO PLAY IN

08:34:13  9      ITS REBUTTAL.

08:34:14  10          THE THIRD DOCUMENT I HANDED OVER IS AN E-MAIL FROM

08:34:17  11      MR. JORDAN JAFFE, WHO IS COUNSEL FOR CISCO.

08:34:19  12              THE COURT:  I'M LOOKING FOR THAT.  THAT'S ONE I DON'T

08:34:23  13      HAVE, UNLESS IT'S COMBINED HERE, I MAY HAVE OVERLOOKED IT.

08:34:31  14              MS. SANCHEZ:  WELL, I CAN SUMMARIZE THE CONTENTS.

08:34:33  15              THE COURT:  WOULD YOU?  THAT WOULD BE GREAT.

08:34:35  16              MS. SANCHEZ:  IT SHOWS THE NIGHT BEFORE MR. SWEENEY'S

08:34:37  17      DEPOSITION WAS GOING TO BE PLAYED, CISCO PULLED MOST OF ITS

08:34:40  18      DESIGNATIONS DUE TO "TIME CONSTRAINTS."

08:34:43  19          AND THAT SHOWS THAT, YOU KNOW, CISCO FULLY INTENDED TO USE

08:34:46  20      THESE PORTIONS OF MR. SWEENEY'S DEPOSITION IN ITS CASE IN CHIEF

08:34:49  21      AND IT SIMPLY MADE A TACTICAL DECISION NOT TO DO SO.

08:34:52  22          AND CISCO IS PERFECTLY WITHIN ITS RIGHT TO DO THAT.

08:34:56  23      HOWEVER, ALLOWING CISCO TO PLAY THESE DESIGNATIONS AT THIS

08:34:59  24      POINT IN ITS CASE DURING REBUTTAL WHEN THE PRESENTATION OF

08:35:02  25      EVIDENCE IS SIGNIFICANTLY CONSTRAINED, WOULD PREJUDICE ARISTA.

08:35:07  1    ARISTA WAS PLANNING ON CALLING MR. SWEENEY LIVE, IN FACT, I

08:35:11  2    THINK ARISTA INFORMED THE COURT OF THAT INTENTION.

08:35:13  3              THE COURT:  YEAH.

08:35:13  4              MS. SANCHEZ:  AND THE REASON FOR DOING SO WAS TO

08:35:15  5    ALLOW MR. SWEENEY TO RESPOND TO THE DEPOSITION DESIGNATIONS

08:35:19  6    THAT CISCO, FOR THE LONGEST TIME, INDICATED THAT IT WAS GOING

08:35:21  7    TO PLAY.

08:35:22  8         AND WHEN CISCO DECIDED TO DO THAT, WHICH AGAIN IT WAS

08:35:26  9    WITHIN ITS RIGHT TO DO SO, ARISTA DECIDED NOT TO BRING

08:35:29  10   MR. SWEENEY IN AND WASTE THE COURT AND THE JURY'S TIME, HAVING

08:35:33  11   HIM RESPOND TO SUCH A SMALL PORTION OF THE DEPOSITION THAT WAS

08:35:36  12   ULTIMATELY PLAYED.

08:35:38  13             THE COURT:  ALL RIGHT.  THANK YOU.

08:35:40  14        MR. PAK?

08:35:40  15             MR. PAK:  YES.

08:35:45  16        FIRST OF ALL, YOUR HONOR, I WILL NOTE THAT AS YOUR HONOR

08:35:49  17   WILL RECALL, ARISTA ASKED FOR A SURREBUTTAL IN THIS CASE, AND

08:35:53  18   THE SURREBUTTAL, YOUR HONOR GRANTED THAT REQUEST, WHICH MEANS

08:35:58  19   THAT IN TERMS OF OUR REBUTTAL RESPONSE, WE HAVE THE ABILITY TO

08:36:02  20   RESPOND TO ARGUMENTS THAT THEY RAISE IN THEIR CASE IN CHIEF AS

08:36:06  21   PART OF OUR REBUTTAL CASE, WHETHER IT'S AFFIRMATIVE DEFENSE OR

08:36:11  22   NOT, AND THAT'S THE GROUNDS THAT YOUR HONOR GAVE FOR GRANTING

08:36:14  23   THE SURREBUTTAL.

08:36:16  24             THE COURT:  THEY DON'T HAVE A SURREBUTTAL ON THIS

08:36:18  25    ISSUE.

08:36:19  1          MR. PAK:  THEY DO, YOUR HONOR.

08:36:20  2          THE COURT:  REALLY?  I DON'T THINK SO.

08:36:21  3          MS. SANCHEZ:  NO, YOUR HONOR, OUR SURREBUTTAL GOES TO

08:36:25  4     FAIR USE.

08:36:26  5          MR. PAK:  BUT MORE IMPORTANTLY, YOUR HONOR, HERE IS

08:36:30  6     THE REASON WHY THIS IS HIGHLY RELEVANT AT THIS POINT IN THE

08:36:33  7     CASE.

08:36:33  8          THE COURT:  AND IN FACT, THEY ONLY GET REBUTTAL ON

08:36:34  9     THE ISSUES THAT THEY HAVE THE BURDEN OF PROOF.  THAT IS THE

08:36:36  10    ORDER THAT I MADE.

08:36:37  11         MR. PAK:  OKAY.  GOOD.  THANK YOU.

08:36:38  12         MS. SANCHEZ:  AND IN FACT, IN ITS JOINT PRETRIAL

08:36:41  13    STATEMENT, CISCO ARGUED THAT ARISTA SHOULDN'T BE PERMITTED A

08:36:44  14    SURREBUTTAL THAT PROVIDES CUMULATIVE EVIDENCE WHICH WOULD

08:36:44  15    REITERATE POSITIONS AND EVIDENCE THAT WERE BROUGHT AS PART OF

08:36:48  16    ITS CASE IN CHIEF.

08:36:49  17         MR. PAK:  YOUR HONOR, THIS GOES TO -- SO LET ME

08:36:52  18    ADDRESS THIS POINT.  AS WE ALL KNOW, AND PURSUANT TO THE

08:36:56  19    PROTECTABILITY YOUR HONOR, ONE OF THE AFFIRMATIVE DEFENSES

08:37:00  20    STILL LEFT IN THE CASE FOR ARISTA IS SCÈNES À FAIRE.

08:37:03  21          AND WE HAVE TESTIMONY DIRECTLY FROM DR. BLACK WHERE WE

08:37:07  22    TALKED ABOUT, AND I CAN QUOTE SOME OF THE TRIAL TESTIMONY, BUT

08:37:10  23    HE WAS VERY CLEAR IN THE TRIAL TESTIMONY THAT ONE OF THE BASIS

08:37:13  24    FOR THE SCÈNES À FAIRE DEFENSE ON BEHALF OF ARISTA IS THE

08:37:17  25    FOLLOWING:  THAT THERE ARE LIMITED CHOICES, THERE ARE A LARGE

2428

08:37:21   1   NUMBER OF CONSTRAINTS WHEN IT COMES TO THE FEATURES THAT YOU

08:37:24   2   ARE IMPLEMENTING; AND SPECIFICALLY WITH RESPECT TO NAMING

08:37:28   3   COMMANDS, THAT THERE ARE SIGNIFICANT CONSTRAINTS FROM HIS

08:37:32   4   PERSPECTIVE.

08:37:32   5        AND HE CITED A NUMBER OF EVIDENCE AND PRESENTED ARGUMENTS

08:37:35   6   TO THAT EFFECT, NOT JUST AS A REBUTTAL TO OUR ORIGINALITY

08:37:39   7   STORY, BUT AS AN AFFIRMATIVE DEFENSE TO INFRINGEMENT UNDER

08:37:43   8   SCÈNES À FAIRE.

08:37:44   9        MR. SWEENEY'S TESTIMONY, WHICH IS LIMITED IN NATURE THAT

08:37:47   10  WE ARE SEEKING TO PLAY.

08:37:48   11       THE COURT:  BUT MR. SWEENEY IS TALKING ABOUT THE

08:37:51   12  SUBJECTIVE PROCESS, WHICH I THINK GOES TO ORIGINALITY, AND YOU

08:37:53   13  ARE TALKING ABOUT SCÈNES À FAIRE, WHICH TALKS ABOUT EXTERNAL

08:37:57   14  CONSTRAINTS.

08:37:57   15       AND I DON'T RECALL IT, AND I RAN THROUGH ALL OF THIS, EVEN

08:38:01   16  THE PARTS THIS MORNING, BUT THAT'S REALLY ALL THAT --

08:38:06   17  MR. SWEENEY'S TESTIMONY, FIRST OF ALL, APPEARS TO BE EXTREMELY

08:38:09   18  CUMULATIVE, FROM ALL THAT WE'VE HEARD.  BUT I DON'T THINK IT

08:38:13   19  ACTUALLY ADDRESSES THE SCÈNES À FAIRE ISSUE BECAUSE SHOW ME A

08:38:18   20  PAGE --

08:38:18   21       MR. PAK:  YES, I WILL, YOUR HONOR.

08:38:20   22       SO THIS IS -- JUST TO SET THE CONTEXT, THIS IS DR. BLACK'S

08:38:23   23  TRIAL TESTIMONY, PAGE 2113, LINE 7 THROUGH 9, AS PART OF THE

08:38:30   24  SCÈNES À FAIRE DEFENSE, HE SAYS "SO IT SAYS, WHEN NAMING A

08:38:34   25  COMMAND, TRY TO PICK NAMES THAT WOULD BE FAMILIAR TO PEOPLE IN

| | | |
|---|---|---|
| 08:38:39 | 1 | THE INDUSTRY." |
| 08:38:40 | 2 | THE COURT:  SURE. |
| 08:38:41 | 3 | MR. PAK:  AND THEN HE GOES TO GIVE AN EXAMPLE. |
| 08:38:41 | 4 | THE COURT:  YOU LOOK AT THE PARSER-POLICE MANIFESTO |
| 08:38:46 | 5 | AS WELL. |
| 08:38:46 | 6 | MR. PAK:  THAT'S CORRECT. |
| 08:38:46 | 7 | AND THEN IF YOUR HONOR GOES TO MR. SWEENEY'S TESTIMONY, |
| 08:38:51 | 8 | PAGE 184, LINE 7. |
| 08:38:58 | 9 | THE COURT:  LET ME JUST CATCH UP WITH YOU.  YES. |
| 08:39:00 | 10 | MR. PAK:  PAGE 184, LINE 7, TO PAGE 184, LINE 11, THE |
| 08:39:05 | 11 | TESTIMONY IS -- IT STATES, "I AGREE THE CLI NAMING IS VERY |
| 08:39:09 | 12 | SUBJECTIVE." |
| 08:39:10 | 13 | SO THIS ISN'T ABOUT JUST THE OVERALL PROCESS, BUT THIS IS |
| 08:39:13 | 14 | DIRECT TESTIMONY IN EVIDENCE FROM ARISTA SAYING THAT THE |
| 08:39:17 | 15 | PROCESS OR THE SELECTION OF COMMAND NAMES IS A VERY SUBJECTIVE |
| 08:39:23 | 16 | DECISION. |
| 08:39:23 | 17 | AND THAT'S EXACTLY THE POINT THAT DR. BLACK MAKES IN THE |
| 08:39:28 | 18 | OPPOSITION TO SAY THAT CLI NAMING IS NOT SUBJECTIVE, IT IS |
| 08:39:32 | 19 | SUBJECT TO A NUMBER OF EXTERNAL CONSTRAINTS THAT DICTATE THE |
| 08:39:36 | 20 | NAMING. |
| 08:39:37 | 21 | AND SO THIS NAMING TESTIMONY, YOUR HONOR, WHICH COMES OUT |
| 08:39:42 | 22 | OF DOCUMENTS, AND THAT'S EXACTLY THE DOCUMENT THAT WE WERE |
| 08:39:45 | 23 | DISCUSSING BEFORE, EXHIBIT 3241, THAT STATEMENT COMES OUT OF |
| 08:39:48 | 24 | THAT DOCUMENT. |
| 08:39:50 | 25 | I THINK AT A MINIMUM, YOUR HONOR, WE SHOULD BE ALLOWED TO |

08:39:53  1    PLAY THAT CLIP, WHICH WOULD BE WHEN I WILL INTRODUCE THIS

08:39:57  2    DOCUMENT 3241, TO REBUT DR. BLACK'S SPECIFIC TESTIMONY IN

08:40:01  3    SCÈNES À FAIRE, THAT CLI NAMING IS CONSTRAINED.  I MEAN, I

08:40:05  4    THINK THAT'S A FAIR REBUTTAL.

08:40:06  5         THE COURT:  WELL, MS. SANCHEZ, I AM INCLINED TO --

08:40:09  6    AND PERHAPS INSTRUCTING THE JURY VERY SPECIFICALLY THAT THE

08:40:12  7    EVIDENCE GOES ONLY TO THE SCÈNES À FAIRE DEFENSE AND CAN BE

08:40:15  8    CONSIDERED FOR NO OTHER PURPOSE, REDUCE IT TO JUST GETTING THE

08:40:19  9    EXHIBIT IN, AND MOVE ON.

08:40:21  10        MS. SANCHEZ:  YOUR HONOR, IN THE END, THE EVIDENCE

08:40:23  11   SHOULDN'T BE CUMULATIVE AS WELL.

08:40:24  12        IT'S NOT JUST A QUESTION OF WHETHER IT COULD HAVE BEEN

08:40:27  13   PRESENTED IN CISCO'S CASE IN CHIEF, IT ALSO SHOULD NOT ADD ON

08:40:30  14   TO WHAT CISCO HAS ALREADY PRESENTED.

08:40:33  15        AND ULTIMATELY, AS YOU EXPLAIN, THESE DESIGNATIONS

08:40:37  16   BASICALLY DISCUSS THE PROCESS FOR COMING UP WITH THESE

08:40:40  17   COMMANDS, AND THAT'S A PROCESS THAT CISCO HAS TRIED TO PORTRAY

08:40:44  18   AS CREATIVE.

08:40:45  19        AND WE HEARD VERY SIMILAR EVIDENCE FROM DR. ALMEROTH,

08:40:47  20   MR. LOUGHEED, MR. REMAKER AND SIMILAR SUBMISSIONS FROM

08:40:53  21   MR. DUDA.

08:40:54  22        THE COURT:  WELL, MR. SWEENEY'S IS --

08:40:56  23        MR. PAK:  IT'S A LITTLE BIT DIFFERENT POSITION,

08:40:56  24   YOUR HONOR.

08:40:58  25        THE COURT:  BUT MR. PAK, THE OTHER ARGUMENT THAT IS

08:41:02  1       RAISED IS THAT YOU HAD DESIGNATED SWEENEY AS A WITNESS IN YOUR

08:41:05  2       CASE IN CHIEF.  NOW, SWEENEY IS UNDER ARISTA'S CONTROL AND THEY

08:41:08  3       COULD HAVE BROUGHT HIM HERE AND COULD HAVE CHANGED THEIR

08:41:12  4       OPPORTUNITY TO PRESENT A MORE BALANCED VIEW OF THE EVIDENCE

08:41:17  5       LIMITED ON CROSS-EXAMINATION BY HIS STATEMENTS IN HIS

08:41:19  6       DEPOSITION.

08:41:20  7            AND YOU HAVE NOW DEPRIVED THEM OF THAT BECAUSE ONCE YOU

08:41:24  8       PULL THE DESIGNATION FROM YOUR CASE IN CHIEF, THEY HAVE NO

08:41:27  9       REASON TO BRING HIM AND USE THEIR VALUABLE TIME.

08:41:30  10           SO THAT IS, YOU KNOW, I THINK IT'S A -- YOU ARE ON THIN

08:41:35  11      ICE ANYWAY, BUT I THINK THAT THIS PREJUDICE MAY ULTIMATELY PUSH

08:41:39  12      IT OVER THE EDGE FOR ME.

08:41:41  13               MR. PAK:  LET ME ADDRESS THAT, YOUR HONOR.

08:41:42  14           SO FIRST OF ALL, HE WAS A CORPORATE REPRESENTATIVE.  HE

08:41:45  15      WAS NOT JUST AN INDIVIDUAL WITNESS.  HE GAVE BINDING TESTIMONY

08:41:49  16      ON BEHALF OF THE COMPANY.  WE CAN USE CORPORATE TESTIMONY FOR

08:41:53  17      ANY PURPOSE.

08:41:54  18               THE COURT:  OF COURSE YOU CAN.

08:41:55  19               MR. PAK:  AND THE SECOND THING IS, THEY DID COUNTER

08:41:58  20      DESIGNATE, YOUR HONOR, TO THIS SPECIFIC PORTION OF THE

08:42:00  21      TESTIMONY.

08:42:00  22           SO THE REALITY IS, EVEN IF THEY HAD BROUGHT HIM IN, I

08:42:03  23      DON'T THINK HE COULD CONTRADICT THE TESTIMONY HE GAVE OR THE

08:42:06  24      HISTORICAL DOCUMENTS.

08:42:07  25               THE COURT:  YOU KNOW, YOU ARE ABSOLUTELY RIGHT.

08:42:09  1          AND HE IS -- AND YOU WOULD EFFECTIVELY, I'M SURE, HAVE

08:42:12  2     CROSS-EXAMINED HIM IF HE HAD STRAYED FROM HIS DEPOSITION

08:42:15  3     TESTIMONY.

08:42:15  4          MR. PAK:  THAT'S RIGHT, YOUR HONOR.

08:42:16  5          THE COURT:  SO I JUST PRESUME HE WOULD HAVE TESTIFIED

08:42:21  6     CONSISTENT WITH HIS DEPOSITION.

08:42:23  7          THE ISSUE IS HE BECOMES FLESH AND BLOOD TO THE JURY.  THE

08:42:27  8     QUESTIONS OF HAD HE COME IN, IN ARISTA'S CASE IN CHIEF, COULD

08:42:30  9     HAVE BEEN BROADENED.  THERE ARE MANY STRATEGIC DECISIONS THAT

08:42:34  10    ARISTA COULD HAVE MADE, WHICH IS WHAT THEY SUGGEST HERE, THAT

08:42:37  11    ARE THE BASIS OF THE PREJUDICE.

08:42:39  12         ON TOP OF THE EVIDENCE BEING CUMULATIVE, BEING MARGINALLY

08:42:43  13    RELATED TO YOUR SCÈNES À FAIRE, I MEAN, I THINK YOU DO EEK OUT

08:42:46  14    A PERSUASIVE ARGUMENT ON THAT.  BUT WHEN I CONSIDER THESE OTHER

08:42:50  15    FACTORS ON BALANCE, I THINK THAT, ULTIMATELY, I AM PERSUADED BY

08:42:59  16    THE PREJUDICIAL EFFECT OF YOUR CHANGE IN STRATEGY OF DEPRIVING

08:43:02  17    THEM THE OPPORTUNITY TO BRING THIS WITNESS.

08:43:03  18         NOW IF THIS WITNESS HADN'T BEEN UNDER THEIR CONTROL AND

08:43:07  19    THEY HAD NOT SENT OUT A SUBPOENA TO THIS WITNESS, WE MIGHT HAVE

08:43:11  20    BEEN TALKING ABOUT IT DIFFERENTLY, BUT --

08:43:13  21         MR. PAK:  MAY I SUGGEST ONE POSSIBLE COMPROMISE.

08:43:15  22         I UNDERSTAND, TO THE EXTENT THAT THEY ARE CONCERNED ABOUT

08:43:17  23    TESTIMONY FROM MR. SWEENEY, AND THERE WAS A NUMBER OF QUESTIONS

08:43:21  24    THAT GO TO HIS INTERPRETATION OF THIS DOCUMENT, I AM PERFECTLY

08:43:25  25    HAPPY NOT PLAYING ANY OF THE INTERPRETIVE TESTIMONY WITH

08:43:30  1   RESPECT TO HOW INTERPRETIVE THE DOCUMENT OR WHETHER HE'S GOT

08:43:36  2   OTHER VIEWS THAT MAY BE CONSISTENT OR INCONSISTENT WITH THE

08:43:40  3   DOCUMENT.

08:43:41  4       BUT I THINK THIS EVIDENCE, 3241, WHICH IS AN

08:43:44  5   ARISTA-PRODUCED DOCUMENT, IT'S ON THE TRIAL LIST, IT

08:43:46  6   SPECIFICALLY REBUTS DR. BLACK'S TESTIMONY IN THE SCÈNES À

08:43:49  7   FAIRE.  HE'S NOT JUST TALKING ABOUT PROCESS, HE SPECIFICALLY

08:43:51  8   SAYS, THE ACT OF CLI NAMING IS HIGHLY CONSTRAINED.  THIS

08:43:56  9   DOCUMENT IS AN ARISTA DOCUMENT THAT SAYS CLI NAMING IS VERY

08:43:59  10  SUBJECTIVE.

08:44:00  11      SO MY COMPROMISE OFFER, YOUR HONOR, WOULD BE I WOULDN'T

08:44:03  12  PLAY ANY OF HIS INTERPRETIVE TESTIMONY, BUT I WOULD LIKE TO BE

08:44:06  13  ABLE TO ADMIT THROUGH AUTHENTICATION, THIS DOCUMENT 3241 TO BE

08:44:11  14  ABLE TO REBUT DR. BLACK'S SCÈNES À FAIRE DEFENSE.

08:44:14  15      AND I THINK THAT'S A FAIR COMPROMISE, YOUR HONOR.

08:44:16  16          MS. SANCHEZ:  YOUR HONOR, THIS DOCUMENT ISN'T AN

08:44:19  17  ARISTA DOCUMENT, IT'S A DOCUMENT FROM THE TIME THAT MR. SWEENEY

08:44:21  18  WAS AT CISCO.  AND I WOULD ARGUE THAT --

08:44:24  19          THE COURT:  IS THAT RIGHT?

08:44:25  20          MR. PAK:  YOUR HONOR, I MISSPOKE.

08:44:26  21      THIS IS MR. SWEENEY'S DOCUMENT FROM HIS DAYS AT CISCO,

08:44:30  22  YOUR HONOR, THAT'S CORRECT.

08:44:32  23          MS. SANCHEZ:  AND I WOULD ALSO ARGUE THAT CISCO HAS

08:44:34  24  FAILED TO PRESENT A NON-HEARSAY PURPOSE FOR INTRODUCING THIS

08:44:37  25  ARGUMENT.

08:44:37    1          IN FACT, IT APPEARS THEY ARE INTENDING TO INTRODUCE IT FOR

08:44:40    2    THE TRUTH OF THE MATTER TO SHOW THAT --

08:44:42    3          THE COURT:  WELL, IT'S NOT GOING TO COME IN IF IT'S A

08:44:45    4    CISCO DOCUMENT.  I DON'T HAVE IT IN FRONT OF ME, SO I MISSED

08:44:47    5    THE DATES ON IT.  AND I KNOW MR. SWEENEY WORKED FOR BOTH

08:44:50    6    COMPANIES.

08:44:51    7          MR. PAK:  YES.  SO IN THAT CASE, YOUR HONOR -- LET ME

08:44:53    8    UNDERSTAND THAT, YOUR HONOR.

08:44:54    9          SO THIS IS A CISCO DOCUMENT, BUT HE WAS AN EMPLOYEE OF

08:44:57   10    CISCO, NOW HE'S AN ARISTA EMPLOYEE.  AS AN AUTHENTIC DOCUMENT,

08:45:04   11    THIS IS A DOCUMENT THAT'S BEEN PRODUCED AS A BUSINESS RECORD

08:45:07   12    DOCUMENT, SO I DON'T UNDERSTAND WHY THIS IS HEARSAY WITH

08:45:10   13    RESPECT TO THE ISSUES THAT ARE AT ISSUE IN THIS CASE.

08:45:11   14          THE COURT:  I THINK YOU JUST MISSED YOUR CHANCE IN

08:45:15   15    SUBMITTING IT.

08:45:16   16          MR. PAK:  OKAY.  THANK YOU.

08:45:17   17          THE COURT:  SO I WILL SUSTAIN THE OBJECTION TO ANY OF

08:45:18   18    THE PORTIONS OF MR. SWEENEY'S DEPOSITION.

08:45:21   19          OKAY.  SO THAT TAKES CARE OF ARISTA'S OBJECTIONS.

08:45:27   20          IS THAT THE ONLY THING THAT WAS LEFT ON THAT --

08:45:29   21          MR. PAK:  NO, THAT WASN'T THE ONLY THING.

08:45:32   22          MR. VAN NEST:  THERE ARE ONE OR TWO OTHERS,

08:45:33   23    YOUR HONOR, THAT MR. WONG WILL ADDRESS.

08:45:35   24          THE COURT:  SO GOOD MORNING MR. WONG.

08:45:37   25          MR. WONG:  GOOD MORNING, YOUR HONOR.

08:45:38  1      I'M GOING TO FOCUS ON -- WE NARROWED DR. ALMEROTH'S

08:45:41  2   OBJECTIONS.  I'M JUST GOING TO PASS UP -- THERE ARE TWO SUMMARY

08:45:43  3   EXHIBITS THAT WE ARE OBJECTING TO AS IMPROPER SUMMARIES, AND I

08:45:48  4   WILL PASS UP THIS FIRST ONE.

08:45:51  5          THE COURT:  OKAY.  LET'S SEE BECAUSE THIS IS --

08:45:55  6          MR. WONG:  THIS IS TRIAL EXHIBIT NUMBER 4797.

08:45:58  7          THE COURT:  OH, 97.  OH, ALL RIGHT.  WELL, THAT

08:46:01  8   WASN'T ONE OF THE ONES THAT GOT MY ATTENTION WHEN I READ THIS,

08:46:04  9   ALTHOUGH I HAVEN'T SEEN THE EXHIBIT.

08:46:05  10          MR. WONG:  THEY HAVE WITHDRAWN QUITE A FEW,

08:46:08  11   YOUR HONOR.

08:46:08  12          THE COURT:  IS THAT ON THIS LIST?

08:46:10  13          MR. NELSON:  4797, I'M JUST USING AS A DEMONSTRATIVE,

08:46:13  14   I'M NOT ADMITTING IT.

08:46:15  15      SO SIMILAR TO WHAT WE TALKED ABOUT LAST WEEK, SO I THINK

08:46:17  16   THAT TAKES CARE OF THAT.

08:46:19  17          THE COURT:  OH, THAT'S FINE.  YOU ARE OFFERING THIS

08:46:24  18   AS A DEMONSTRATIVE?

08:46:25  19          MR. NELSON:  YES.

08:46:27  20          THE COURT:  ARE YOU OBJECTING, MR. WONG, AS A

08:46:28  21   DEMONSTRATIVE?

08:46:29  22          MR. WONG:  NO, I THINK THAT'S PROBABLY NOT WORTH THE

08:46:31  23   TIME.

08:46:31  24          THE COURT:  THAT'S GREAT.  OKAY.  GOOD DECISION.

08:46:33  25          MR. WONG:  THERE YOU GO.

08:46:35    1           THE NEXT ONE, ONE MORE, WE STILL HAVE A LITTLE TIME.

08:46:40    2           MR. NELSON:  YOU ARE GOING TO 4793, THAT'S A

08:46:42    3   DEMONSTRATIVE TOO.  IT'S JUST THAT, WE PUT TOGETHER FROM THEIR

08:46:46    4   INTERROGATORY RESPONSE, A DEMONSTRATIVE.

08:46:49    5           THE COURT:  OH, THAT'S GOOD.  THAT ONE, EVEN FROM THE

08:46:52    6   DESCRIPTION, WAS ON SHAKY GROUND.

08:46:53    7           MR. WONG:  FOR THIS ONE, YOUR HONOR, I THINK THE

08:46:55    8   INFORMATION IS JUST WRONG.  THAT'S THE PROBLEM WITH THIS

08:46:58    9   DEMONSTRATIVE.

08:46:58   10           THE COURT:  OKAY.  SO WHAT I HAVE BEEN GIVEN IS A

08:47:01   11   DOCUMENT THAT'S INTENDED TO BE A DEMONSTRATIVE, WHICH PURPORTS

08:47:04   12   TO BE A SUMMARY OF AN INTERROGATORY RESPONSE.

08:47:06   13           MR. NELSON:  CORRECT.

08:47:07   14           MR. WONG:  AND THE PROBLEM IS THAT IT'S INACCURATE.

08:47:09   15   IT LISTS -- WELL, I CAN GIVE A COUPLE OF EXAMPLES.

08:47:12   16       IT LISTS, AS A COUNT FOR COMMAND OVERLAP FOR IBM, ZERO.

08:47:16   17   AND THAT'S NOT CORRECT BECAUSE IBM USES THE SAME CLI AS THE

08:47:21   18   IS-CLI RIGHT BELOW IT.  SO THAT'S WRONG.

08:47:24   19       AND THEN IT LISTS --

08:47:25   20           THE COURT:  SO ARISTA'S RESPONSE WAS --

08:47:28   21           MR. WONG:  I HAVE A COPY OF ARISTA'S RESPONSE HERE.

08:47:31   22           THE COURT:  YOU ARE SAYING THIS MISREPRESENTS WHAT

08:47:33   23   ARISTA ACTUALLY RESPONDED?

08:47:34   24           MR. WONG:  THAT'S CORRECT.

08:47:36   25           THE COURT:  I COULDN'T POSSIBLY GET --

08:47:38  1            MR. NELSON:  THAT'S PART OF THE ISSUE WITH THIS,

08:47:41  2   YOUR HONOR.

08:47:41  3        SO WHAT ARISTA DID -- WHAT DR. BLACK DID IS HE TOOK

08:47:46  4   COMPANIES THAT WERE LATER PURCHASED BY OTHER COMPANIES.

08:47:48  5            THE COURT:  YEAH.

08:47:48  6            MR. NELSON:  SO LIKE, FOR EXAMPLE, WITH NORTEL THEY

08:47:50  7   SHOW UP AT ZERO IN THE INTERROGATORY RESPONSE.  THEY WERE LATER

08:47:55  8   PURCHASED FOR AVAYA.

08:47:56  9        SO IN HIS CHART OF 18 THAT HE DOES, HE STICKS NORTEL WITH

08:48:00 10   AVAYA AND REPRESENTS THAT NORTEL ALSO HAD WHATEVER AVAYA HAD,

08:48:04 11   RIGHT, SO THAT'S PRETTY MISLEADING.

08:48:06 12        SO THAT'S ALL THIS DOES IS BREAKS THEM OUT THE WAY THEY

08:48:08 13   DID.

08:48:09 14            THE COURT:  OKAY.  WELL, SO THAT'S REALLY PRETTY

08:48:11 15   COMPLICATED, AND I WILL JUST COMMENT BECAUSE THIS ISN'T IN THE

08:48:13 16   RECORD, THAT THE INTERROGATORY RESPONSE IS A MIND NUMBING

08:48:18 17   SERIES OF PAGES THAT ARE CHARTS SHOWING COMMANDS AND VENDORS

08:48:23 18   AND ABBREVIATIONS BEYOND THE REALM OF COMPREHENSION BY ME.

08:48:30 19        AND IT'S COMPLETELY INACCESSIBLE TO A LAYPERSON.  I NOW

08:48:36 20   HAVE A SUMMARY CHART WHICH IS ACTUALLY -- WITH A BRIEF

08:48:42 21   EXPLANATION, I THINK ONE COULD UNDERSTAND IT.  SO THE QUESTION

08:48:44 22   IS, IS IT ACCURATE?

08:48:45 23            MR. WONG:  AND I THINK THE ANSWER TO THAT IS NO,

08:48:49 24   YOUR HONOR.

08:48:49 25        FOR ADTRAN AND ENTERASYS/EXTREME, IS-CLI, JUNOS-E,

08:48:55  1    NEXTTOP, PROCKET, AND REDBACK, THEY LIST THAT THEY HAVE NONE OF

08:49:00  2    THE SAME MODES AND PROMPTS.  AND WE DISCLOSE IN THE SAME

08:49:05  3    INTERROGATORY RESPONSE, IN A SUPPLEMENT THAT I GUESS THEY

08:49:08  4    DIDN'T READ, IT'S FURTHER DOWN IN THE RESPONSE, THAT ALL THOSE

08:49:12  5    VENDORS HAVE THE EXACT SAME MODES AND PROMPTS.

08:49:14  6           THE COURT:  WELL, THIS ISN'T GOING IN UNLESS YOU ALL

08:49:17  7    AGREE IT'S ACCURATE.  IT'S NOT BEING USED, THOUGH, YOU CAN'T

08:49:20  8    REPRESENT THIS TO THE JURY, I'M SORRY.

08:49:22  9           MR. NELSON:  YOU KNOW, YOUR HONOR, I DON'T WANT TO GO

08:49:24 10    BACK AND FORTH WITH THIS WITH, YOUR HONOR, FOR HOURS.  HE CAN

08:49:27 11    JUST GIVE THE TESTIMONY, AND I DON'T NEED IT.

08:49:29 12           THE COURT:  GOOD.  OKAY.

08:49:31 13           MR. NELSON:  HE'S WRONG, BUT I DON'T WANT TO FIGHT

08:49:33 14    ABOUT IT, YOUR HONOR.  I'M REALLY TIRED OF FIGHTING, AT THIS

08:49:35 15    POINT, IN TRIAL.

08:49:36 16           THE COURT:  I CAN KIND OF TELL FROM THESE LAST DAYS'

08:49:39 17    SERIES OF OBJECTIONS THAT EXHAUSTION HAS SET IN.  YOU EXHAUSTED

08:49:45 18    ME A LONG TIME AGO.  I KNEW YOUR DAY WOULD COME.

08:49:48 19           MR. NELSON:  YOU KNOW ME, YOUR HONOR, I ONLY FIGHT

08:49:50 20    ABOUT WHAT I HAVE TO FIGHT ABOUT.

08:49:51 21           THE COURT:  AND I APPRECIATE THAT, MR. NELSON.  I

08:49:53 22    AGREE WITH YOU.  ALL OF YOU HAVE REALLY DONE A WONDERFUL JOB.

08:49:56 23         MR. WONG, ARE THERE OTHER THINGS ON THIS LIST?

08:49:59 24           MR. WONG:  I THINK THE REST WOULD BE SCOPE OBJECTIONS

08:50:01 25    TO THE REPORT, BUT IT DEPENDS ON WHAT DR. ALMEROTH-

08:50:04   1           MR. NELSON:  SO 4696, COULD I JUST ADDRESS, THAT'S

08:50:07   2    THE ONE YOU AND I HAVE BEEN TALKING ABOUT FOR A LONG TIME.

08:50:09   3           THE COURT:  ARE YOU OBJECTING ON THAT?

08:50:12   4           MR. WONG:  WE ARE NOT OBJECTING TO --

08:50:13   5           MR. NELSON:  THE ONLY THING HE'S DOING IS PUTTING

08:50:17   6    4697 INTO EVIDENCE, BECAUSE YOUR HONOR, THAT'S WHAT YOU ASKED

08:50:18   7    FOR FOR THE LISTING.

08:50:20   8           MR. WONG:  WE ARE OKAY WITH IT.

08:50:21   9           MR. NELSON:  OKAY.  SO GOOD.  THAT ONE IS ALL WORKED

08:50:24  10    OUT.

08:50:24  11           MR. WONG:  THAT WAS OVERRULED.

08:50:26  12           THE COURT:  OH, THAT'S GREAT.

08:50:28  13           MR. NELSON:  AND I DO NOT KNOW IF THERE'S ANYTHING

08:50:30  14    ELSE.

08:50:30  15           THE COURT:  SO WHAT HAPPENED WITH THIS ISSUE WITH THE

08:50:34  16    ARGUMENT IN EVIDENCE REGARDING SPECIFIC CISCO PRODUCTS?

08:50:38  17           MR. NELSON:  I DON'T KNOW WHAT THAT IS.

08:50:39  18           MR. WONG:  OH, THAT'S --

08:50:40  19           THE COURT:  THAT'S WHAT MR. VAN NEST HANDED ME TWO

08:50:43  20    DAYS AGO, IT WAS A LITTLE BIT MEATIER AN ISSUE.  IS THAT

08:50:47  21    STILL --

08:50:47  22           MR. FERRALL:  YOUR HONOR, I THINK THE ISSUE WITH THAT

08:50:50  23    IS WE DON'T ANTICIPATE THAT COMING UP BEFORE, POTENTIALLY,

08:50:54  24    CLOSING ARGUMENTS.

08:50:55  25           THE COURT:  OH, YOU WEREN'T ASKING TO STRIKE HIS

08:50:57  1   TESTIMONY?

08:50:58  2               MR. NELSON:  NO.

08:50:58  3               MR. FERRALL:  WE WERE NOT ASKING TO STRIKE IT.

08:51:00  4   YOUR HONOR RULED.

08:51:02  5        BUT WHAT HAPPENED WAS WE, AT THE SIDEBAR, YOUR HONOR WILL

08:51:05  6   RECALL MR. PAK REPRESENTED THAT THIS WAS ABOUT FAIR USE.  AND I

08:51:10  7   SAID TO MYSELF, I DON'T EVER REMEMBER THAT COMING UP IN THEIR

08:51:14  8   INTERROGATORY RESPONSE REGARDING FAIR USE.  AND IT DIDN'T.

08:51:17  9        AND SO THAT'S WHAT THIS MOTION PRESENTS.  AND WE JUST WANT

08:51:20 10   TO MAKE SURE IT'S NOT A POINT OF ARGUMENT AT THE CLOSINGS.

08:51:24 11               THE COURT:  AND JUST BECAUSE I THOUGHT THIS WAS

08:51:27 12   PRETTY INTERESTING, ACTUALLY, SO A SPENT A LITTLE BIT OF TIME

08:51:30 13   ON IT, I'M ALWAYS SO DISAPPOINTED WHEN YOU'VE WORKED THINGS

08:51:33 14   OUT.

08:51:33 15               MR. FERRALL:  WE HAVEN'T WORKED THINGS OUT.

08:51:35 16               THE COURT:  YOU HAVEN'T WORKED IT OUT.

08:51:37 17        BUT IT WAS VERY HELPFUL THAT YOU GAVE ME BACK THE

08:51:39 18   TRANSCRIPT, BECAUSE IT GOES VERY FAST WHEN WE ARE ON THE

08:51:42 19   RECORD, BUT YOU HAD ASKED ME TO EXCLUDE THE TESTIMONY ON A

08:51:44 20   DIFFERENT BASIS.  AND EVEN IN READING THAT, I DIDN'T FEEL THAT

08:51:48 21   THAT WAS PROPER.

08:51:49 22        THE FAIR USE LEFT ME -- IT'S ABSOLUTELY -- THE TESTIMONY

08:51:52 23   WAS RELEVANT TO FAIR USE.  BUT NOW THAT YOU'VE GIVEN ME THE

08:51:56 24   RESPONSE TO INTERROGATORY 21, I NEED TO HEAR FROM MR. NELSON

08:52:01 25   ABOUT WHY HE THINKS THAT WAS DISCLOSED, BECAUSE I HAVE GREAT

2441

08:52:06  1    CONCERN THAT IT WAS NOT DISCLOSED.

08:52:08  2         NOW IF YOU WORK THIS OUT THAT YOU ARE NOT AGO GOING TO

08:52:11  3    ARGUE FAIR USE USING THIS TESTIMONY, THEN WE DON'T HAVE A

08:52:15  4    PROBLEM.  BUT IF YOU INTENT TO BUILD THAT IN, I WOULD HATE FOR

08:52:19  5    YOU TO SPEND YOUR PRECIOUS HOURS THIS WEEKEND WORKING UP YOUR

08:52:23  6    BEST ARGUMENT THAT I DON'T ALLOW.

08:52:24  7              MR. NELSON:  I DON'T INTEND TO DO THAT, YOUR HONOR.

08:52:26  8         SO I'M NOT REALLY SURE WHAT THEY ARE TALKING ABOUT, TO BE

08:52:29  9    HONEST WITH YOU.

08:52:30  10             THE COURT:  OKAY.

08:52:30  11        SO FOR MR. KATHAIL, YOU ARE NOT GOING TO ARGUE THAT THE

08:52:37  12   SUBSTANTIALITY REQUIREMENT IN THE THIRD FACTOR, OR THE AFFECT

08:52:43  13   ON MARKET SHARE AND THE FOURTH FACTOR IS AFFECTED BASED UPON

08:52:47  14   THIS EVIDENCE THAT MR. KATHAIL GAVE ABOUT THE OVERLAPPING

08:52:53  15   COPYRIGHT PROTECTABLE ELEMENTS IN THE -- WAS IT NEXUS 7000

08:52:58  16   PRODUCT?

08:52:58  17             MR. NELSON:  I HAVE PLENTY OF TESTIMONY THAT THEY

08:53:01  18   TOOK WHAT THEY NEEDED, YOUR HONOR.  AND THAT'S REALLY WHAT THE

08:53:03  19   POINT IS.

08:53:03  20             THE COURT:  AT THAT HIGHER LEVEL, THAT'S FINE.

08:53:06  21   THAT'S HOW YOU DISCLOSED IT IN THE INTERROGATORY RESPONSE.

08:53:08  22   THAT'S NOT THE OBJECTION.

08:53:09  23             MR. FERRALL:  CORRECT.

08:53:10  24             THE COURT:  WELL, IT SOUNDS LIKE WE'VE WORKED THROUGH

08:53:12  25   THAT THEN.

08:53:13  1            MR. NELSON:  YEAH.  SO THAT ISN'T AN ISSUE.

08:53:15  2         ON THE SLIDES, I DON'T KNOW.  I HAVE AN OUTLINE, BELIEVE

08:53:22  3     IT OR NOT, I KNOW THAT YOU MIGHT NOT THINK THAT I DO --

08:53:25  4            THE COURT:  YOU KNOW, I KNOW THAT EVERYTHING THAT YOU

08:53:27  5     DO HAS BEEN THOUGHT OUT VERY THOROUGHLY, MR. NELSON, I NEVER

08:53:33  6     DOUBT THAT.

08:53:33  7            MR. NELSON:  THE ONLY SLIDE I HAVE IS SLIDE 17 WHICH

08:53:36  8     IS JUST THE DATES FROM THE EOS MANUALS ON WHEN THE VARIOUS

08:53:41  9     VERSIONS OF THE OPERATING SYSTEM WERE LISTED.

08:53:45 10            MR. WONG:  IS IT JUST ONE SLIDE YOU ARE USING?

08:53:47 11            MR. NELSON:  THAT'S ALL IT IS IN MY OUTLINE.

08:53:51 12            THE COURT:  UNTIL MS. JENKINS HANDS YOU UP HERE THAT

08:53:55 13     SAYS HERE, DO THIS.

08:53:58 14            MR. NELSON:  NO, I'M TALKING ABOUT THE ONES WE ARE

08:54:01 15     OBJECTING TO.  WE DON'T NEED TO TALK ABOUT THE OTHER ONES.

08:54:04 16            THE COURT:  I DON'T CARE ABOUT THE OTHERS.  IF YOU

08:54:06 17     ARE OBJECTING TO THEM, I'M JUST IN THE AUDIENCE HERE.

08:54:10 18            MR. WONG:  SO WE HAVEN'T GOTTEN A REVISED SLIDE DECK

08:54:13 19     ON THAT.  SO UNTIL I SEE THAT, I DON'T KNOW WHAT WE ARE

08:54:15 20     OBJECTING TO OR WHAT'S LEFT.

08:54:17 21            MR. NELSON:  17 WAS THE ONE WITH THE DATES.

08:54:18 22            MR. WONG:  RIGHT.  IS THAT THE ONLY SLIDE THAT'S

08:54:21 23     GOING TO BE USED?

08:54:22 24            MR. NELSON:  THE ONES YOU ARE OBJECTING TO.

08:54:23 25            MR. WONG:  I THINK THERE MIGHT HAVE BEEN CONFUSION TO

08:54:26  1    WHICH ONES WE WERE OBJECTING TO BECAUSE THERE WAS AN E-MAIL

08:54:29  2    SENT THREE MINUTES BEFORE YOU RESPONDED, SO I WANT TO SEE THE

08:54:32  3    ACTUAL SLIDE DECK, THAT'S ALL I WANT TO SEE --

08:54:36  4         MR. NELSON:  OKAY.  WE CAN WORRY ABOUT THAT ONE, I

08:54:38  5    GUESS LATER, YOUR HONOR.

08:54:39  6         MR. WONG:  YEAH.

08:54:40  7         MR. NELSON:  THE ONLY -- CAN I JUST GET A LITTLE BIT

08:54:44  8    CLARIFICATION ON THIS REBUTTAL ISSUE, BECAUSE -- SO I DIDN'T

08:54:49  9    UNDERSTAND EXACTLY, AND I'M SORRY.

08:54:51  10        THE COURT:  WELL, I WAS ONLY ASKED TO CONSIDER

08:54:54  11   WHETHER MR. SWEENEY'S TESTIMONY --

08:54:55  12        MR. NELSON:  AGREED.  BUT I'M TALKING ABOUT MORE

08:54:58  13   BROADLY.

08:55:01  14      ARE YOU SAYING THAT REBUTTAL FOR US WOULD BE LIMITED TO

08:55:04  15   THE FAIR USE CASE?

08:55:06  16        THE COURT:  MY RECOLLECTION, AND YOU STUDY MY ORDERS

08:55:10  17   MORE THAN I DO, WHICH IS GOOD, BUT MY RECOLLECTION OF THIS

08:55:13  18   ENTIRE DISCUSSION AT THE PRETRIAL CONFERENCE WAS THAT I WAS

08:55:16  19   ALLOWING REBUTTAL FOR ARISTA ON THE ISSUES ON ITS AFFIRMATIVE

08:55:23  20   DEFENSES WHERE IT CARRIED THE BURDEN OF PROOF.

08:55:25  21        MR. NELSON:  RIGHT.

08:55:25  22        THE COURT:  AND IT WAS PRETTY SIMPLE, I THOUGHT.  AND

08:55:28  23   SO FAIR USE, SCÈNES À FAIRE, MERGER, THEY CARRY THE BURDEN OF

08:55:33  24   PROOF.

08:55:33  25        MR. NELSON:  RIGHT.

2444

```
08:55:34   1            SO THAT'S WHAT I'M ASKING.  SO THEN I WOULD GET
08:55:37   2    REBUTTAL --
08:55:37   3            THE COURT:  AND I SUPPOSE ON THEIR DAMAGES AS WELL,
08:55:39   4    ON DISGORGEMENT, THEY CARRY THE BURDEN OF PROOF ON THE
08:55:42   5    DEDUCTIONS.
08:55:43   6            MR. NELSON:  SURE, MAKES SENSE.
08:55:45   7            THE COURT:  MR. VAN NEST, THOSE WERE THE AREAS THAT
08:55:47   8    YOU UNDERSTOOD YOU --
08:55:48   9            MR. VAN NEST:  THAT'S WHAT I UNDERSTOOD FOR THE
08:55:51   10   SURREBUTTAL, WHAT I CALL SURREBUTTAL FOR ARISTA.
08:55:53   11           THE COURT:  YES, IT PROBABLY TECHNICALLY IS
08:55:55   12   SURREBUTTAL, BUT YEAH.
08:55:59   13           MR. VAN NEST:  I UNDERSTOOD THAT.
08:56:00   14           MR. NELSON:  SO THEN I STILL GET REBUTTAL ON THE
08:56:03   15   THINGS WHERE I CARRY THE BURDEN.
08:56:03   16           THE COURT:  OH, ABSOLUTELY.
08:56:05   17           MR. NELSON:  SO DR. ALMEROTH CAN RESPOND TO THINGS
08:56:08   18   THAT DR. BLACK SAID.
08:56:09   19           THE COURT:  SURE.  OH, ABSOLUTELY.
08:56:09   20           MR. NELSON:  SO I JUST WANTED TO BE CLEAR ON THAT.
08:56:10   21           THE COURT:  NO, I'M NOT KNEE CAPPING YOU THIS
08:56:12   22   MORNING.
08:56:13   23           MR. NELSON:  NO, NO, NO, THAT'S ALL FINE.  I WAS A
08:56:16   24   LITTLE BIT CONFUSED.
08:56:18   25           THE COURT:  I'M SORRY, I WAS UNCLEAR.
```

08:56:19   1                    MR. NELSON:  OKAY.  THANK YOU.  I APPRECIATE IT,

08:56:21   2      YOUR HONOR.

08:56:21   3                    THE COURT:  ALL RIGHT.  IS THAT EVERYTHING?

08:56:23   4                    MR. NELSON:  YES.

08:56:25   5                    MR. VAN NEST:  I THINK WE ARE ALL SET, YOUR HONOR.

08:56:29   6                    THE COURT:  WE HAVE FOUR MINUTES TO SPARE.

09:02:48   7          (JURY IN AT 9:02 A.M.)

09:02:51   8                    THE COURT:  PLEASE BE SEATED, EVERYONE.  WE ARE BACK

09:03:49   9      ON THE RECORD.  GOOD MORNING, LADIES AND GENTLEMEN.

09:03:51  10          WE ARE GOING TO GET RIGHT DOWN TO BUSINESS HERE WITH THE

09:03:55  11      PRESENTATION OF EVIDENCE AND MOVE RIGHT ALONG.

09:03:58  12          SO I BELIEVE THAT MS. ELSTEN WAS ON THE WITNESS STAND WHEN

09:04:01  13      WE CONCLUDED, MR. SILBERT?

09:04:03  14                    MR. SILBERT:  CORRECT.  AND I HAD COMPLETED MY

09:04:06  15      EXAMINATION.

09:04:06  16                    THE COURT:  ALL RIGHT.

09:04:07  17          MS. ELSTEN, IF YOU WOULD COME BACK UP TO THE WITNESS

09:04:10  18      STAND, PLEASE, AND I WILL HAVE YOU STAND TO BE SWORN FOR A NEW

09:04:13  19      COURT DAY.

09:04:14  20       **(DEFENDANT'S WITNESS, CATE ELSTEN, WAS SWORN.)**

09:04:15  21                    THE WITNESS:  YES.

09:04:42  22                            **CROSS-EXAMINATION**

09:04:44  23      BY MR. PAK:  GOOD MORNING, MS. ELSTEN.

09:04:45  24      A.   GOOD MORNING.

09:04:45  25      Q.   I THINK YOU PROBABLY HAVE THE BINDERS OF YOUR DEPOSITION

09:04:48   1        TRANSCRIPT IN FRONT OF YOU.

09:04:59   2            MS. ELSTEN, YOU'VE PREPARED EXPERT REPORTS IN THIS CASE,

09:05:03   3        CORRECT?

09:05:03   4        A.   CORRECT.

09:05:03   5        Q.   AND IN THOSE REPORTS, YOU SET FORTH FULL AND COMPLETE

09:05:07   6        BASIS AND OPINIONS RELATING TO DAMAGES IN THIS CASE, CORRECT?

09:05:10   7        A.   YES.  CERTAINLY, I'VE LEARNED THINGS SINCE THE TIME THE

09:05:15   8        REPORTS WERE FILED, BUT I DON'T THINK THEY HAD ANY MATERIAL, IN

09:05:20   9        FACT, I DON'T KNOW THEY DIDN'T.

09:05:23   10       Q.   IN FACT, THE ECONOMIC ANALYSIS YOU PORTRAYED TO THE JURY,

09:05:27   11       THAT WAS BASED ON AND DISCLOSED IN YOUR EXPORT REPORTS,

09:05:29   12       CORRECT?

09:05:29   13       A.   I THINK EVERYTHING WAS, YEAH.

09:05:31   14       Q.   AND YOU DIDN'T CHANGE YOUR NUMBERS OR YOU DIDN'T CHANGE

09:05:34   15       HOW YOU APPROACH CUSTOMER ANALYSIS BASED ON ANYTHING THAT'S NOT

09:05:39   16       IN THE EXPERT REPORTS, CORRECT?

09:05:41   17       A.   NO.

09:05:41   18       Q.   AND ALSO, YOU TESTIFIED ON DIRECT THAT YOU VIEW YOURSELF

09:05:45   19       AS AN INDEPENDENT OR NEUTRAL EXPERT IN THIS CASE, ALTHOUGH YOU

09:05:48   20       WERE HIRED BY ARISTA; IS THAT TRUE?

09:05:51   21       A.   YES.

09:05:51   22       Q.   AND I BELIEVE YOU SAID YOU WERE TRYING TO BE AS NEUTRAL AS

09:05:54   23       POSSIBLE IN FORMING YOUR OPINIONS IN THIS CASE, CORRECT?

09:05:56   24       A.   YES.

09:05:56   25       Q.   AND YOU LOOKED AT ALL THE EVIDENCE AND YOU WANTED TO MAKE

09:06:00   1      SURE THAT YOU HAD A 360-DEGREE VIEW OF THAT EVIDENCE BEFORE YOU

09:06:04   2      FORMED YOUR OPINION?

09:06:05   3      A.   THAT'S CERTAINLY WHAT I TRIED TO DO.

09:06:08   4      Q.   AND I THINK ONE OF THE THINGS YOU SAID IS THAT YOU LOOKED

09:06:11   5      AT A LOT OF DOCUMENTS, YOU MAY HAVE LOOKED AT AS MANY AS SIX

09:06:16   6      TIMES OF THE DOCUMENTS AS DR. CHEVALIER?

09:06:19   7      A.   BASED ON MY REPORTS, YES.

09:06:20   8      Q.   YOU KNOW THERE HAVE BEEN THOUSANDS, IF NOT MILLIONS PAGES

09:06:25   9      OF DOCUMENTS PRODUCED IN THIS CASE?

09:06:26   10     A.   YES.

09:06:26   11     Q.   AND JUST TO BE CLEAR, YOU ARE NOT HERE TO ARGUE ON BEHALF

09:06:29   12     OF ARISTA, THAT'S NOT YOUR ROLE, CORRECT?

09:06:31   13     A.   CORRECT.

09:06:32   14     Q.   LET ME SHOW YOU -- WERE YOU INFORMED ABOUT THE LAW OF

09:06:37   15     COPYRIGHT INFRINGEMENT IN FORMING YOUR OPINIONS?

09:06:39   16     A.   WAS I INFORMED?  PARTICULAR TO THIS CASE?

09:06:43   17     Q.   CORRECT:

09:06:46   18     A.   I DON'T THINK SO.  IT'S SOMETHING THAT I'M FAMILIAR WITH

09:06:49   19     AS PART OF THE WORK THAT I DO.

09:06:50   20     Q.   YOU'VE DONE A LOT OF COPYRIGHT CASES, CORRECT?

09:06:54   21     A.   FAIR AMOUNT, YEAH.

09:06:55   22     Q.   SO YOU KNOW THE STATUTE AND YOU UNDERSTAND WHAT'S COVERED

09:06:58   23     BY COPYRIGHT INFRINGEMENT?

09:07:00   24     A.   WELL, I UNDERSTAND THE DAMAGES PART OF THE STATUTE, OR AT

09:07:03   25     LEAST I ENDEAVOR TO.  AS YOU KNOW, CASE LAW CHANGES IT ALL THE

09:07:07   1     TIME.  I WOULDN'T CLAIM TO BE A LEGAL EXPERT IN OTHER ASPECTS

09:07:12   2     OF COPYRIGHT LAW.

09:07:13   3     Q.   YOU UNDERSTAND THAT AS A DAMAGES EXPERT, YOU ARE ASKED TO

09:07:16   4     ASSUME COPYRIGHT INFRINGEMENT?

09:07:17   5     A.   YES.

09:07:18   6     Q.   SO LET'S TAKE A LOOK AT SLIDE 2.

09:07:26   7          WHAT I'VE SHOWN YOU HERE IS A SECTION OUT OF THE COPYRIGHT

09:07:31   8     STATUTE, AND IT STATES THAT, "THE OWNER OF COPYRIGHT, UNDER

09:07:35   9     THIS TITLE, HAS THE EXCLUSIVE RIGHTS TO DO AND AUTHORIZE ANY OF

09:07:39  10     THE FOLLOWING."

09:07:40  11          DO YOU SEE THAT?

09:07:42  12     A.   I DO.

09:07:42  13     Q.   SO YOU UNDERSTAND THAT A COPYRIGHT IS A RIGHT TO EXCLUDE

09:07:46  14     OTHER PEOPLE FROM ENGAGING IN CERTAIN ACTIVITIES RELATED TO THE

09:07:49  15     COPYRIGHTED WORK, CORRECT?

09:07:50  16     A.   WELL, WITHIN LIMITS.

09:07:51  17     Q.   WITHIN LIMITS, BUT CERTAINLY THESE ARE WITHIN THE POWER OF

09:07:55  18     THE COPYRIGHT OWNER TO EXCLUDE CERTAIN ACTIVITIES WITHIN THE

09:07:58  19     LIMITS?

09:07:59  20     A.   YES.  MY UNDERSTANDING IS THAT THAT POWER ISN'T ABSOLUTE,

09:08:04  21     AND THERE'S SOME CONDITIONS THAT ARE PUT ON IT, BUT THIS IS

09:08:08  22     WHERE THE STATUTE STARTS FOR SURE.

09:08:10  23     Q.   AND ONE OF THE RIGHTS THAT A COPYRIGHT OWNER HAS IS THE

09:08:14  24     RIGHT TO EXCLUDE OTHERS FROM REPRODUCING THE COPYRIGHTED WORK,

09:08:16  25     CORRECT?

09:08:16   1       A.   AGAIN, WITHIN LIMITS.

09:08:18   2       Q.   AND THE RIGHT TO EXCLUDE OTHERS FROM REPRODUCING THE

09:08:21   3   COPYRIGHTED WORK INCLUDES THE RIGHT TO EXCLUDE REPRODUCTIONS,

09:08:25   4   WHETHER IT'S IN PAPER FORM OR IT'S IN DIGITAL FORM, CORRECT?

09:08:30   5       A.   WELL, YOU ARE KIND OF GETTING INTO THE LEGAL STUFF, BUT

09:08:33   6   THAT'S MY UNDERSTANDING, YEAH.

09:08:35   7       Q.   AND SO FOR EXAMPLE, WITH THE ASSUMPTION THAT THE USE BY

09:08:40   8   ARISTA OF CISCO'S COPYRIGHTED CLI IS AN INFRINGEMENT, YOU WOULD

09:08:46   9   AGREE THAT WHEN A USER SITS IN FRONT OF A SYSTEM TERMINAL

09:08:50   10  RUNNING AN ARISTA SWITCH AND TYPES IN THE COMMANDS THAT ARE AT

09:08:53   11  ISSUE IN THIS CASE, THAT THAT WOULD BE AN ACT OF INFRINGEMENT,

09:08:56   12  CORRECT?

09:08:57   13          MR. SILBERT:   OBJECTION.   CALLS FOR A LEGAL

09:08:59   14  CONCLUSION.

09:08:59   15          THE COURT:   SUSTAINED.

09:09:00   16  BY MR. PAK:

09:09:01   17      Q.   LET ME SHOW YOU THIS SLIDE.   SO MY QUESTION GOES TO THIS.

09:09:06   18          YOU WOULD AGREE WITH ME THAT YOU'VE HEARD TESTIMONY IN

09:09:11   19  THIS CASE THAT AUTOMATION CUSTOMERS ACTUALLY USE THE CLI

09:09:16   20  COMMANDS AT ISSUE IN THIS CASE AS PART OF THOSE AUTOMATION

09:09:19   21  TOOLS.

09:09:20   22          YOU'VE HEARD THAT TESTIMONY, CORRECT?

09:09:22   23      A.   CAN I HEAR THAT AGAIN?

09:09:23   24      Q.   SURE.

09:09:24   25          YOU'VE HEARD TESTIMONY IN THIS CASE THAT AUTOMATION

09:09:27  1      CUSTOMERS OF ARISTA'S USE THE CLI COMMANDS AT ISSUE IN THIS

09:09:33  2      CASE AS PART OF AUTOMATION TOOLS?

09:09:36  3      A.   SOMETIMES.

09:09:37  4      Q.   YOU'VE HEARD THAT TESTIMONY FROM MR. SUMMERS, CORRECT?

09:09:40  5      WITH RESPECT TO MICROSOFT?

09:09:41  6      A.   WELL, I DID HEAR MR. SUMMERS' TESTIMONY, YEAH.

09:09:44  7      Q.   SO YOU ARE NOT DENYING THAT, CORRECT?

09:09:47  8      A.   THAT IT'S USED SOMETIMES?  NO.

09:09:51  9      Q.   YOU UNDERSTAND, FOR EXAMPLE, THAT CLI COMMANDS CAN BE PUT

09:09:54 10      INTO SCRIPTS WHICH ARE PART OF AUTOMATION TOOLS THAT ARE USED

09:09:57 11      BY ARISTA'S CUSTOMERS, CORRECT?

09:09:59 12      A.   CORRECT.

09:09:59 13      Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT A SCRIPT IS?

09:10:03 14      A.   WELL, A LAYMAN'S UNDERSTANDING.

09:10:05 15      Q.   WHAT IS YOUR LAYMAN'S UNDERSTANDING OF A SCRIPT?

09:10:07 16      A.   ESSENTIALLY, A SCRIPT IS A SET OF INSTRUCTIONS THAT'S

09:10:14 17      WRITTEN INTO THE PROGRAM THAT CAUSES SOME FUNCTION TO RUN

09:10:19 18      AUTOMATICALLY.

09:10:20 19          IN OTHER WORDS, WITHOUT HUMAN -- WITHOUT ADDITIONAL HUMAN

09:10:23 20      INTERVENTION.

09:10:24 21      Q.   AND YOU UNDERSTAND THAT WHAT ARISTA'S CUSTOMERS DO, OFTEN

09:10:28 22      TIMES, IS TO PUT CLI COMMANDS INTO THOSE SCRIPTS.

09:10:31 23          YOU UNDERSTAND THAT, CORRECT?

09:10:33 24      A.   I DON'T KNOW IF I WOULD PUT IT THAT WAY, BUT I WOULD TRUST

09:10:37 25      YOU ON IT.

```
09:10:38   1          YOU KNOW, I WOULD SAY THE COMMANDS ARE USED TO WRITE THE
09:10:42   2   SCRIPT SOMETIMES AND THEN TO EXECUTE THE SCRIPT.  BUT AGAIN,
09:10:45   3   YOU'RE GETTING BEYOND MY AREA OF EXPERTISE.  I ONLY HAVE A
09:10:49   4   GENERAL UNDERSTANDING OF THAT.
09:10:50   5   Q.   DO YOU BELIEVE THAT WHEN THESE AUTOMATION TOOLS ARE USED
09:10:53   6   BY ARISTA'S CUSTOMERS, THAT CLI COMMANDS ARE ISSUED?  DO YOU
09:10:58   7   BELIEVE THAT OR NOT?
09:10:59   8   A.   ARE ISSUED?
09:11:01   9   Q.   YES.
09:11:01  10   A.   I DON'T KNOW WHAT YOU MEAN BY THAT.
09:11:03  11   Q.   ARE USED.
09:11:04  12   A.   ARE USED?  OKAY.  SO WHEN AUTOMATED SCRIPTS ARE RUN, ARE
09:11:07  13   THE CLI COMMANDS USED?  WELL, MY UNDERSTANDING IS YES, BUT I
09:11:14  14   DON'T KNOW THAT A TECHNICAL PERSON WOULD ANSWER THAT QUESTION
09:11:18  15   THE SAME WAY.
09:11:18  16   Q.   YOU USED THAT ASSUMPTION IN FORMING SOME OF THE OPINIONS
09:11:22  17   IN THIS CASE; IS THAT CORRECT?
09:11:23  18   A.   NOT DIRECTLY.
09:11:25  19   Q.   LET'S SEE WHAT WE ARE TALKING ABOUT HERE.
09:11:30  20          SO YOU UNDERSTAND THAT IF A USER PUTS A CLI COMMAND INTO A
09:11:34  21   SCRIPT OR AN AUTOMATION TOOL OF SOME KIND, THAT THE PROCESS OF
09:11:39  22   USING THOSE CLI COMMANDS BECOME AUTOMATED, CORRECT?
09:11:43  23   A.   YEAH, I GUESS THAT'S CONSISTENT WITH MY UNDERSTANDING.
09:11:46  24   Q.   AND YOU UNDERSTAND THAT ESPECIALLY FOR DATA CENTER
09:11:50  25   CUSTOMERS WHO YOU'VE LABELED AS HIGHLY AUTOMATED CUSTOMERS,
```

09:11:53   1    THAT THE SAME SCRIPT CAN BE USED TO TALK TO THOUSANDS OF

09:11:57   2    MACHINES ACROSS THE WORLD, YOU UNDERSTAND THAT; RIGHT?

09:12:01   3    A.   WELL, IN SOME CASES, IT DEPENDS ON THE CUSTOMER.

09:12:04   4    Q.   FOR EXAMPLE, MICROSOFT, FACEBOOK, GOOGLE, THESE LARGE

09:12:07   5    CLOUD COMPUTING CUSTOMERS, WHEN THEY AUTOMATE, THE SAME SCRIPT

09:12:11   6    CAN BE USED TO TALK TO MANY, MANY MACHINES; YOU UNDERSTAND

09:12:14   7    THAT, RIGHT?

09:12:14   8    A.   OH, YEAH.  I THINK THAT'S THE POINT, YEAH.

09:12:18   9    Q.   YEAH.  THAT'S THE POINT OF USING THE SCRIPT IS THAT YOU

09:12:21   10   CAN TAKE THE SAME SET OF COMMANDS OR INSTRUCTIONS THAT ARE IN

09:12:23   11   THE SCRIPT TO TALK TO MANY, MANY MACHINES AUTOMATICALLY WITHOUT

09:12:29   12   HUMAN INTERVENTION, CORRECT?

09:12:30   13   A.   WELL, THERE ARE A COUPLE OF QUESTIONS IN THERE.

09:12:33   14        I THINK BEING ABLE TO TALK TO A LOT OF NETWORKS IS PART OF

09:12:39   15   THE POINT.  THE OTHER PART OF THE POINT IS TO LOWER THE

09:12:45   16   REQUIRED MAINTENANCE.

09:12:46   17   Q.   OKAY.  LET ME ADDRESS THE FIRST POINT.

09:12:48   18        YOU AGREE WITH ME THAT WHEN HIGHLY AUTOMATED CUSTOMERS USE

09:12:53   19   SCRIPTS, THEY USE SCRIPTS THAT TALK TO MANY MACHINES, YOU AGREE

09:12:56   20   WITH THAT?

09:12:57   21   A.   WELL, I THINK TYPICALLY THAT'S THE CASE.  I DON'T KNOW IF

09:12:59   22   IT'S ALWAYS THE CASE, BUT I THINK TYPICALLY IT IS.

09:13:02   23   Q.   AND TYPICALLY, THOSE AUTOMATED SCRIPTS CAN RUN

09:13:06   24   AUTOMATICALLY WITHOUT HUMAN INTERVENTION.  YOU AGREE WITH THAT,

09:13:10   25   CORRECT?  THAT'S THE POINT OF AUTOMATION?

ELSTEN CROSS-EXAM BY MR. PAK                                    2453

09:13:12   1    A.   YOU MEAN THE SCRIPT ITSELF CAN RUN WITH THAT?

09:13:16   2    Q.   YES.

09:13:17   3    A.   YEAH, SURE.  I MEAN, FOR WHAT THE PARAMETERS OF THE

09:13:20   4    AUTOMATION ARE, IT IS SUPPOSED -- ONCE YOU START THE PROGRAM,

09:13:24   5    IT'S SUPPOSED TO RUN TO COMPLETION.

09:13:25   6    Q.   AND SO YOU UNDERSTAND THAT WHEN YOU HAVE AUTOMATION, THAT

09:13:28   7    YOU CAN SET A SCHEDULE BY WHICH SCRIPTS CAN BE ISSUED

09:13:33   8    AUTOMATICALLY AT REGULARLY SCHEDULED TIMES; YOU UNDERSTAND THAT

09:13:35   9    THAT'S PART OF AUTOMATION?

09:13:36   10   A.   OKAY.  AND I HATE TO ASK YOU TO READ THIS, BUT THIS IS NOT

09:13:43   11   PART OF WHAT I DEALT WITH DIRECTLY, SO COULD I HEAR THAT

09:13:46   12   QUESTION AGAIN?

09:13:46   13   Q.   SURE.  YOU UNDERSTAND THAT WITH AUTOMATION, ONE OF THE

09:13:50   14   THINGS YOU CAN DO IS TO ISSUE SCRIPTS ON A REGULAR BASIS TO

09:13:53   15   LOTS OF MACHINES WITHOUT HUMAN INTERVENTION; YOU UNDERSTAND

09:13:56   16   THAT?

09:13:57   17   A.   IF I UNDERSTAND YOUR QUESTION CORRECTLY, YES.

09:14:01   18   Q.   FOR EXAMPLE, A SYSTEM ADMINISTRATOR MIGHT SAY, I WANT THIS

09:14:04   19   SCRIPT TO GO OUT TO A THOUSAND MACHINES EVERY DAY AS PART OF A

09:14:08   20   MAINTENANCE PROGRAM; YOU UNDERSTAND THAT?

09:14:10   21   A.   THAT'S NOT INCONSISTENT WITH MY UNDERSTANDING.

09:14:15   22   Q.   SO ISN'T IT TRUE THAT IF SCRIPTS USE CLI COMMANDS, THAT IN

09:14:21   23   AN AUTOMATED ENVIRONMENT, THE USAGE OF THE CLI COMMANDS AT

09:14:24   24   ISSUE WOULD ACTUALLY MULTIPLY IN AN AUTOMATED SITUATION,

09:14:31   25   CORRECT?

09:14:31    1    A.   WHAT DO YOU MEAN?  BY MULTIPLY, DO YOU MEAN BEING USED BY

09:14:36    2    MANY DATA CENTERS, MANY SWITCHES?

09:14:40    3    Q.   CORRECT.

09:14:41    4    A.   WELL, YOU KNOW, I THINK FOR SOME CUSTOMERS, IN FACT, MAYBE

09:14:46    5    MOST OF THE HIGHLY AUTOMATED CUSTOMERS, THAT'S TRUE.  I DON'T

09:14:50    6    KNOW IF THAT'S ALWAYS THE GOAL, THOUGH.  I THINK THAT'S ONLY

09:14:56    7    ONE OF THE GOALS OF AUTOMATION.  SO I DON'T KNOW IF IT'S ALWAYS

09:14:59    8    THE CASE.

09:15:00    9    Q.   SO MS. ELSTEN, THIS IS AN IMPORTANT QUESTION BECAUSE IF I

09:15:03   10    REMEMBER YOUR TESTIMONY, ONE OF THE THINGS YOU DID IS YOU

09:15:06   11    STRUCK OFF THE LIST ALL OF THE AUTOMATED CUSTOMERS AS PART OF

09:15:12   12    THE LOST PROFITS ANALYSIS; DO YOU RECALL DOING THAT?

09:15:15   13    A.   ALL THE AUTOMATED CUSTOMERS?  NO.

09:15:18   14    Q.   YOU STRUCK OFF CUSTOMERS THAT YOU CALLED HIGHLY AUTOMATED

09:15:22   15    CUSTOMERS, SUCH AS MICROSOFT, GOOGLE, FACEBOOK, FROM YOUR LOST

09:15:28   16    PROFITS CALCULATIONS; DO YOU RECALL THAT?

09:15:29   17    A.   OKAY.  SO THE HIGHLY AUTOMATED PART WAS NOT THE CRITERIA

09:15:33   18    FOR LOST PROFITS, THAT WAS PART OF THE DISGORGEMENT ANALYSIS.

09:15:37   19    WHAT WE STRUCK OFF THE LIST -- LET'S TAKE IT FROM

09:15:46   20    DR. CHEVALIER'S REPORT.

09:15:47   21        IN THE LOST PROFITS CALCULATION, WE START OFF WITH WHAT WE

09:15:50   22    CALL CLOUD CUSTOMERS, THOSE DON'T TEND TO BE HIGHLY AUTOMATED

09:15:54   23    CUSTOMERS, BUT THE AUTOMATION WASN'T THE CRITERIA IN THE LOST

09:15:57   24    PROFITS ANALYSIS.

09:15:58   25    Q.   BUT YOU STRUCK THOSE CLOUD COMPUTING CUSTOMERS WHO -- MANY

09:16:02   1    OF WHOM YOU AGREE ARE HIGHLY AUTOMATED, COMPLETELY OUT OF YOUR

09:16:08   2    LOST PROFITS CALCULATION, CORRECT?

09:16:10   3    A.   YES.

09:16:10   4    Q.   OKAY.  SO EVERY CUSTOMER THAT YOU BELIEVE IS A CLOUD

09:16:13   5    COMPUTING CUSTOMER OF ARISTA'S, YOU TOOK THOSE CUSTOMERS OUT OF

09:16:18   6    YOUR LOST PROFITS CALCULATION, CORRECT?

09:16:19   7    A.   WELL, WE TOOK THOSE CUSTOMERS OUT BECAUSE OF THE CASE

09:16:22   8    STUDIES WE DID ON THEM.  THERE IS A GROUP OF THEM THAT CAN BE

09:16:26   9    DESCRIBED AS CLOUD CUSTOMERS.

09:16:28   10   Q.   BUT NOW, THIS IS THE IMPORTANT PART, MS. ELSTEN.

09:16:33   11        WHEN YOU WERE FORMING YOUR OPINIONS IN THIS CASE BEFORE

09:16:35   12   YOUR DEPOSITION, YOU HAD NOT TAKEN INTO CONSIDERATION THAT

09:16:41   13   CONFIGURATION FILES ARE OFTEN SPECIFIED USING CLI COMMANDS;

09:16:49   14   ISN'T THAT TRUE?

09:16:49   15   A.   GENERALLY, I DID, NOT AS SPECIFICALLY.

09:16:53   16        AGAIN, AS YOU ARE ASKING THE QUESTION, BECAUSE THAT'S MORE

09:16:55   17   TECHNICAL THAN WHAT I WAS LOOKING AT.  BUT AGAIN, IF I

09:17:00   18   UNDERSTAND YOUR QUESTION, YEAH, THAT WAS THE PART OF MY

09:17:03   19   UNDERSTANDING.

09:17:07   20   Q.   LET'S TAKE A LOOK AT YOUR DEPOSITION TRANSCRIPT AT

09:17:11   21   PAGE 128, LINE 23, TO PAGE 129, LINE 3.

09:17:17   22   A.   WHAT LINE ARE WE STARTING AT?

09:17:20   23   Q.   PAGE 128, LINE 23, TO PAGE 129 LINE 3.

09:17:26   24        YOUR HONOR, MAY I PLAY THE CLIP?

09:17:28   25        THE COURT:  YES, PLEASE.  GO AHEAD.

09:17:31  1  **(THE VIDEO DEPOSITION OF CATE ELSTEN WAS PLAYED INTO THE**

09:17:34  2  **RECORD.)**

09:17:34  3  Q.   MS. ELSTEN, LET'S TALK SPECIFICALLY ABOUT SOME OF THE

09:17:52  4  HIGHLY AUTOMATED CLOUD COMPUTING CUSTOMERS THAT YOU STRUCK OFF

09:17:56  5  THE LIST.

09:17:59  6  LET'S BEGIN, FOR EXAMPLE, WITH -- WELL, MICROSOFT AND

09:18:04  7  FACEBOOK ARE TWO OF THOSE CUSTOMERS, CORRECT?

09:18:07  8  A.   YES.

09:18:08  9  Q.   THAT YOU DID NOT INCLUDE IN YOUR LOST PROFITS

09:18:10  10  CALCULATIONS?

09:18:11  11  A.   CORRECT, CORRECT.

09:18:12  12  Q.   AND IN FORMING YOUR OPINIONS ABOUT THIS CATEGORY OF

09:18:17  13  CUSTOMERS, YOU ASSUMED IN YOUR EXPERT REPORT THAT THESE HIGHLY

09:18:23  14  AUTOMATED CUSTOMERS DO NOT USE THE ARISTA EOS CLI FOR

09:18:28  15  CONFIGURATION OR DAY-TO-DAY MANAGEMENT OF THEIR NETWORK

09:18:32  16  SWITCHES, CORRECT?

09:18:35  17  A.   CONFIGURATION OR DAY-TO-DAY MANAGEMENT?  AND YOU SAID I

09:18:39  18  ASSUME THEY DON'T USE CLI COMMANDS?

09:18:42  19  Q.   THEY DON'T USE CLI FOR THAT, CORRECT.

09:18:45  20  A.   FOR THESE PARTICULAR CUSTOMERS, OR THESE CUSTOMERS IN

09:18:52  21  GENERALITY?

09:18:52  22  Q.   CUSTOMERS IN GENERAL.

09:18:54  23  ISN'T IT TRUE THAT FOR ALL THE HIGHLY AUTOMATED CUSTOMERS,

09:18:57  24  IN YOUR EXPERT REPORT, YOU ASSUMED THAT THEY DO NOT USE THE

09:19:00  25  ARISTA EOS CLI FOR CONFIGURATION OR DAY-TO-DAY MANAGEMENT OF

09:19:05  1    THEIR NETWORK SWITCHES; THAT WAS THE ASSUMPTION, CORRECT?

09:19:07  2    A.   WELL, I THINK IT WOULD BE MORE ACCURATE TO SAY I ASSUME

09:19:11  3    THEIR HUMAN OPERATORS DON'T.

09:19:14  4    Q.   IF WE COULD TAKE A LOOK AT PAGE 69 OF YOUR EXPERT REPORT.

09:19:30  5    AND THIS IS IN YOUR REBUTTAL EXPERT REPORT.

09:19:33  6    A.   THIS IS THE BLUE ONE?

09:19:35  7    Q.   YES.

09:19:35  8    A.   THE ONE WITH THE BLUE COVER.

09:19:38  9         MR. PAK:   AND MR. FISHER, IF WE COULD HAVE THAT ON

09:19:41  10   THE SCREEN, PAGE 69 OF MS. ELSTEN'S REBUTTAL EXPERT REPORT.

09:20:05  11   Q.   AT THE VERY BEGINNING, AT THE VERY TOP OF THAT PAGE, WHAT

09:20:30  12   YOU STATE IN YOUR REPORT IN FORMING YOUR DAMAGES OPINIONS WAS

09:20:34  13   THE FOLLOWING: "I UNDERSTAND MANY OF ARISTA'S LARGER CUSTOMERS

09:20:38  14   DO NOT USE THE ARISTA EOS CLI FOR CONFIGURATION OR DAY-TO-DAY

09:20:44  15   MANAGEMENT OF THEIR NETWORK SWITCHES."

09:20:46  16        DO YOU SEE THAT STATEMENT?

09:20:48  17   A.   I DO.

09:20:48  18   Q.   AND THEN YOU LISTED SOME OF THESE COMPANIES, AND THEY

09:20:51  19   INCLUDE COMPANIES SUCH AS MICROSOFT, AND FACEBOOK, CORRECT?

09:20:55  20   A.   CORRECT.

09:20:56  21   Q.   AND THAT WAS THE ASSUMPTION THAT YOU MADE IN FORMING YOUR

09:21:00  22   DAMAGES OPINIONS IN THIS CASE, CORRECT?

09:21:01  23   A.   CORRECT.

09:21:02  24   Q.   OKAY.  NOW, YOU ALSO STATED AT THE BOTTOM HERE THAT YOU

09:21:10  25   ASSUMED THAT LARGE CLOUD COMPUTING CUSTOMERS ARE INDIFFERENT TO

ELSTEN CROSS-EXAM BY MR. PAK

09:21:14  1    THE TYPE OF CLI USED BECAUSE THEY ARE HIGHLY AUTOMATED AND USE

09:21:19  2    SYSTEM MANAGEMENT TOOLS OTHER THAN CLI'S, CORRECT?

09:21:23  3    A.   CORRECT.

09:21:23  4    Q.   AND AT TRIAL, YOU SPECIFICALLY TESTIFIED THAT YOU'VE SEEN

09:21:27  5    NO EVIDENCE THAT THESE CUSTOMERS CARE AT ALL ABOUT THE TYPE OF

09:21:31  6    CLI THAT THEY WERE GETTING?

09:21:34  7    A.   CORRECT.

09:21:34  8    Q.   SO YOU LOOKED AT 7500 DOCUMENTS, YOU LOOKED AT ALL THIS

09:21:40  9    TESTIMONY AND YOUR CONCLUSION WAS THAT THERE IS NO EVIDENCE

09:21:42  10   THAT ANY OF THESE HIGHLY AUTOMATED CUSTOMERS CARE AT ALL ABOUT

09:21:46  11   THE CLI THAT THEY ARE GETTING, THAT'S YOUR TESTIMONY; RIGHT?

09:21:50  12   A.   MY TESTIMONY IS THAT THEY DON'T CARE AT ALL ABOUT THE TYPE

09:21:57  13   OF CLI.

09:21:58  14   Q.   SO THEY DON'T CARE --

09:22:00  15   A.   THAT THEY ARE GETTING.  WITHIN THE CONTEXT OF THIS CASE.

09:22:03  16   OKAY.  SO WE ARE NOT TALKING ABOUT LIKE THE CODE OR THE

09:22:06  17   FUNCTIONALITY HERE, THEY WANT THEIR CLI FUNCTION.

09:22:12  18       BUT MY UNDERSTANDING IS THAT'S NOT WHAT'S AT ISSUE IN THIS

09:22:15  19   CASE.  WHAT'S AT ISSUE IN THIS CASE IS, FOR INSTANCE, COMMAND

09:22:20  20   EXPRESSIONS.  AND YES, I THINK WHAT I CONCLUDED IS ACCURATELY

09:22:24  21   WITH RESPECT TO THAT.

09:22:26  22   Q.   YOU FOUND NO EVIDENCE, WHATSOEVER, THAT ANY OF THESE

09:22:31  23   HIGHLY AUTOMATED CUSTOMERS CARE ABOUT THE TYPE OF CLI

09:22:36  24   EXPRESSIONS THAT THEY ARE GETTING; THAT'S YOUR TESTIMONY?

09:22:37  25   A.   WELL, AS SOON AS YOU ASKED ME THE QUESTION, WHATSOEVER,

09:22:40   1   I'M PRETTY SURE YOU ARE GOING TO STICK SOMETHING IN FRONT OF MY

09:22:44   2   NOSE.  SO I WILL SAY IF THERE ARE DOCUMENTS IN THE RECORD THAT

09:22:47   3   SHOW THAT, THEY ARE VERY MUCH THE EXCEPTION RATHER THAN THE

09:22:49   4   RULE.

09:22:49   5   Q.   ISN'T IT TRUE, MS. ELSTEN, THAT EVEN THOUGH YOU DID

09:22:53   6   CAREFUL CASE STUDIES, WHAT YOU WERE LOOKING AT IS AN INCOMPLETE

09:22:57   7   RECORD WITH RESPECT TO MICROSOFT, FACEBOOK, AND ALL THE OTHER

09:23:00   8   CUSTOMERS THAT YOU ANALYZED FOR LOST PROFITS; YOU WOULD AGREE,

09:23:03   9   RIGHT?

09:23:04  10   A.   WE LOOKED AT WHAT WE COULD FIND.  NOW, OUR RECORD IS

09:23:13  11   ALWAYS INCOMPLETE --

09:23:14  12   Q.   THANK YOU.

09:23:16  13   A.   AND I DON'T CARE WHETHER YOU ARE DOING THAT FOR LITIGATION

09:23:18  14   OR FOR SOME OTHER BUSINESS PURPOSE, YOU NEVER HAVE A HUNDRED

09:23:22  15   PERCENT INFORMATION.

09:23:23  16   Q.   AND WE KNOW THAT THAT'S IMPORTANT HERE IN THIS CASE

09:23:25  17   BECAUSE CISCO, ALONE, HAS 9500 CUSTOMERS AND ARISTA HAS 4,000

09:23:31  18   CUSTOMERS, YOU KNOW THAT; RIGHT?

09:23:33  19   A.   I DIDN'T KNOW CISCO'S NUMBER, BUT I WILL TAKE YOUR WORD

09:23:36  20   FOR IT.

09:23:36  21   Q.   OKAY.  SO IT WOULD BE PRACTICALLY IMPOSSIBLE FOR US TO GO

09:23:41  22   AND COLLECT ALL THE DOCUMENTS FROM 9500 CUSTOMERS FROM CISCO

09:23:46  23   AND 4,000 CUSTOMERS FROM ARISTA AND EVALUATE ALL OF THE

09:23:50  24   E-MAILS, ALL OF THE DOCUMENTS IN ORDER TO ASCERTAIN A COMPLETE

09:23:55  25   RECORD OF WHAT HAPPENED; ISN'T THAT TRUE?

09:23:58   1      A.   I THINK THAT'S FAIR.

09:23:59   2      Q.   AND MANY OF THOSE DOCUMENTS, HISTORICALLY, MAY NO LONGER

09:24:04   3      EXIST, CORRECT?

09:24:04   4      A.   SURE.

09:24:05   5      Q.   OKAY.  SO LET'S LOOK AT SOME OF THE SPECIFIC EVIDENCE WITH

09:24:08   6      RESPECT TO MICROSOFT RELATED TO CLI USAGE.

09:24:12   7           IF YOU CAN TAKE A LOOK AT 4262 IN YOUR BINDER.

09:24:36   8           DO YOU SEE THAT THIS IS A SERIES OF E-MAILS, MAY 10, 2012,

09:24:42   9      BETWEEN JOHN MITCHELL AT MICROSOFT AND ARIFF PREMJI AT ARISTA?

09:24:58  10      A.   I'M SORRY, WHO DID YOU SAY FROM MICROSOFT?

09:25:01  11      Q.   THIS IS JOHN MITCHELL, AT MICROSOFT.

09:25:08  12      A.   YOU SAID 4262?

09:25:10  13      Q.   YES, 4262.

09:25:18  14      A.   I DON'T SEE MR. MITCHELL'S NAME -- OH, HERE IT IS.  OKAY.

09:25:23  15      ON THE SECOND PAGE.

09:25:24  16      Q.   DO YOU SEE THAT?

09:25:25  17      A.   UH-HUH.

09:25:26  18      Q.   AND YOU UNDERSTAND THAT YOU WERE -- THAT MR. PREMJI WAS

09:25:31  19      DEPOSED IN THIS CASE AND YOU HAD AN OPPORTUNITY TO CONSIDER HIS

09:25:34  20      DEPOSITION AS WELL?

09:25:34  21      A.   I DID.

09:25:35  22           MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT

09:25:37  23      EXHIBIT 4262 INTO EVIDENCE.

09:25:38  24           THE COURT:  ANY OBJECTION?

09:25:39  25           MR. SILBERT:  NO OBJECTION.

09:25:40  1          THE COURT:  IT WILL BE ADMITTED.

09:25:41  2      (PLAINTIFF'S EXHIBIT 4262 WAS ADMITTED INTO EVIDENCE.)

09:25:41  3      BY MR. PAK:

09:25:42  4      Q.  SO I HAVE EXCERPTED OUT ON SLIDE 9, SOME OF THE E-MAIL

09:25:54  5      EXCHANGES IN EXHIBIT 4262.

09:25:57  6          AND IF YOU COULD TAKE A LOOK AT THE TOP, JUSTIN CALLAWAY

09:26:05  7      AT ARISTA NETWORKS IS WRITING TO JOHN MITCHELL AT MICROSOFT,

09:26:09  8      AND IT STATES, "TAKE A LOOK AND IF YOU HAVE ANY OTHER

09:26:13  9      QUESTIONS, PLEASE LET ME KNOW.  THE CONFIGURATION IS MUCH LIKE

09:26:17  10     CISCO CLI."

09:26:20  11         CORRECT?

09:26:20  12     A.  SURE.

09:26:21  13     Q.  SO THIS IS AN ARISTA EMPLOYEE TELLING MICROSOFT IN MAY 10,

09:26:26  14     2012, THAT ARISTA'S CONFIGURATION IS MUCH LIKE CISCO CLI; IS

09:26:31  15     THAT TRUE?

09:26:31  16     A.  WELL, FOR SOMETHING VERY SPECIFIC.

09:26:34  17     Q.  OKAY.  AND LET'S TAKE A LOOK AT ANOTHER EXHIBIT --

09:26:41  18     ACTUALLY, BEFORE WE DO THAT, LET'S TAKE A LOOK AT MR. SADANA'S

09:26:45  19     TESTIMONY.

09:26:45  20         YOU'VE REVIEWED MR. SADANA'S DEPOSITION TESTIMONY IN THIS

09:26:49  21     CASE, CORRECT?

09:26:49  22     A.  YES.

09:26:50  23     Q.  SO IF WE GO TO THE NEXT SLIDE, HE WAS ASKED ABOUT THIS

09:26:55  24     PARTICULAR SET OF E-MAILS, AND THIS IS WHEN MR. SADANA, THE

09:27:01  25     CHIEF CUSTOMER OFFICER TESTIFIED.

ELSTEN CROSS-EXAM BY MR. PAK                                    2462

09:27:04  1          "QUESTION:  SO YOUR SYSTEM ENGINEER HERE IN 2012 WAS

09:27:08  2     TELLING FOLKS AT MICROSOFT, CONFIGURATION SYNTAX, THE

09:27:13  3     CONFIGURATION PROCESS, WILL BE MUCH LIKE THE CISCO CLI SYNTAX

09:27:16  4     AND CONFIGURATION; CORRECT?

09:27:18  5          "ANSWER:  CORRECT."

09:27:21  6      THAT WAS HIS SWORN TESTIMONY, CORRECT?

09:27:23  7     A.    SURE.

09:27:25  8     Q.    AND YOU ARE NOT DISPUTING THIS?

09:27:27  9     A.    WHAT, THAT THAT WAS HIS TESTIMONY?

09:27:30  10    Q.    YES.

09:27:31  11    A.    NO.

09:27:31  12    Q.    LET'S TAKE A LOOK AT ANOTHER DOCUMENT IN YOUR BINDER,

09:27:38  13    7818.  AND WHAT IS THIS DOCUMENT?

09:28:03  14    A.    WELL, THERE'S A COVER E-MAIL FROM SUSIE CAULFIELD AT

09:28:09  15    ARISTA NETWORKS TO MR. SADANA.  THE SUBJECT IS TOR, PROPOSAL

09:28:16  16    DRAFT.  AND THEN THERE IS A DRAFT ATTACHED, IT LOOKS LIKE A

09:28:25  17    POWERPOINT PRESENTATION OR SOMETHING LIKE THAT.

09:28:26  18    Q.    SO THIS IS AN ARISTA-PRODUCED DOCUMENT RELATING TO

09:28:29  19    FACEBOOK, CORRECT?

09:28:31  20    A.    YES.

09:28:35  21          MR. PAK:  YOUR HONOR, I WOULD LIKE TO ADMIT

09:28:37  22    EXHIBIT 7818 INTO THE RECORD.

09:28:39  23          MR. SILBERT:  NO OBJECTION.

09:28:40  24          THE COURT:  IT WILL BE ADMITTED.

09:28:41  25    (PLAINTIFF'S EXHIBIT 7818 WAS ADMITTED INTO EVIDENCE.)

09:28:41   1    BY MR. PAK:

09:28:41   2    Q.   AND IF YOU COULD TURN TO -- ACTUALLY, LET'S BLOW UP THE

09:28:47   3    FIRST PAGE.

09:28:56   4         DO YOU SEE THAT THIS IS A PROPOSAL CALLED TOR, MADE BY

09:29:00   5    ARISTA TO FACEBOOK?

09:29:03   6    A.   I'M SORRY, WHAT WAS THE QUESTION?

09:29:08   7    Q.   DO YOU UNDERSTAND THAT THIS IS A PROPOSAL THAT WAS MADE BY

09:29:12   8    ARISTA TO FACEBOOK FOR A TOR PROJECT?

09:29:15   9    A.   WELL, APPARENTLY IT'S A DRAFT.  WHETHER IT ACTUALLY GOT TO

09:29:19  10    FACEBOOK OR NOT, I DON'T KNOW.

09:29:21  11    Q.   OKAY.  AND IF YOU COULD TAKE A LOOK -- SO YOU HAVE NO IDEA

09:29:27  12    WHETHER THIS WAS ACTUALLY SOMETHING THAT WAS SENT TO FACEBOOK

09:29:28  13    OR NOT?

09:29:30  14    A.   WELL, YOU CAN'T -- YOU CAN'T TELL FROM THIS BECAUSE THIS

09:29:36  15    IS -- THE COVER MEMO SAYS IT'S A DRAFT.

09:29:38  16    Q.   LET'S COME BACK TO THAT BECAUSE I WILL FIND SOME TESTIMONY

09:29:42  17    RELATING TO THAT.

09:29:42  18         SO WHY DON'T WE TAKE A LOOK AT ANOTHER DOCUMENT WHICH IS

09:29:49  19    EXHIBIT 6677.

09:30:01  20         AND THIS ONE IS FROM MR. ARIFF PREMJI TO ANSHUL SADANA.

09:30:06  21    AND IT'S DATED DECEMBER 12, 2012; DO YOU SEE THAT?

09:30:11  22    A.   YES.

09:30:11  23    Q.   AND DO YOU HAVE ANY REASON TO DISPUTE THE AUTHENTICITY OF

09:30:17  24    THIS ARISTA-PRODUCED DOCUMENT?

09:30:19  25    A.   NO.

09:30:20   1              MR. PAK:  I WOULD LIKE TO PRODUCE THIS EXHIBIT

09:30:22   2      YOUR HONOR 6677 INTO THE RECORD.

09:30:26   3              MR. SILBERT:  NO OBJECTION.

09:30:27   4              THE COURT:  IT WILL BE ADMITTED.

09:30:28   5      (PLAINTIFF'S EXHIBIT 6677 WAS ADMITTED INTO EVIDENCE.)

09:30:28   6      BY MR. PAK:

09:30:29   7      Q.  AND IF WE TURN TO SLIDE 12, SO I'VE EXCERPTED OUT A

09:30:39   8      PORTION OF THIS DOCUMENT THAT WAS SENT TO MICROSOFT BY ARISTA.

09:30:41   9              AND IF YOU CAN SEE -- ACTUALLY, THIS IS A DOCUMENT THAT

09:30:44  10      MICROSOFT GAVE TO ARISTA TALKING ABOUT THE TEST PLAN NECESSARY

09:30:51  11      FOR VENDORS, SO ARISTA WOULD BE ONE OF THE VENDORS IN THIS

09:30:57  12      CASE, CORRECT?

09:31:00  13      A.  I'M SORRY, AM I SUPPOSED TO SEE THAT SOMEWHERE HERE?

09:31:07  14      Q.  YEAH.  SO IF YOU GO TO SLIDE 12, DO YOU SEE THAT UNDER

09:31:11  15      BGP, "VENDOR IS EXPECTED TO PRESENT DOCUMENTATION,

09:31:16  16      CLARIFICATIONS ON THE BGP IMPLEMENTATION."

09:31:18  17              DO YOU SEE THAT?

09:31:20  18      A.  I DO SEE THAT.

09:31:20  19      Q.  SO VENDOR HERE IN THIS CASE WOULD BE ARISTA BECAUSE THAT'S

09:31:23  20      THE VENDOR THAT'S SELLING TO MICROSOFT, CORRECT?

09:31:26  21      A.  I WILL ACCEPT YOUR -- I CAN'T TELL THAT FROM WHAT YOU ARE

09:31:34  22      SHOWING ME HERE, BUT I AM WILLING TO ACCEPT THAT.

09:31:40  23      Q.  AND DO YOU SEE HERE THAT ONE OF THE THINGS MICROSOFT TOLD

09:31:44  24      VENDORS, INCLUDING ARISTA, IS "WE WANT TO SEE DOCUMENTATION ON

09:31:46  25      CLI SHOW COMMANDS RELATED TO BGP DEBUGGING.  FOR EXAMPLE, IF A

09:31:51   1      SHOW IP BGP NEIGHBOR COMMAND IS USED, DOES THE OUTPUT REPRESENT

09:32:00   2      BGP ADJUSTED RIB OUTPUT PRIOR TO OR AFTER OUTBOUND FEATURE

09:32:07   3      APPLICATION."

09:32:07   4          DO YOU SEE THAT?

09:32:07   5      A.   I DO.

09:32:08   6      Q.   SO THERE ARE A LOT OF TECHNICAL WORDS THERE, BUT YOU

09:32:11   7      UNDERSTAND THAT ONE OF THE COMMANDS AT ISSUE IN THIS CASE IS

09:32:15   8      SHOW "IP BGP NEIGHBOR?"

09:32:19   9      A.   I DON'T HAVE KNOWLEDGE OF EVERY COMMAND THAT'S ALLEGED IN

09:32:21  10      THIS CASE.

09:32:21  11      Q.   I WILL REPRESENT TO YOU THAT IT IS ONE IN THE CASE.

09:32:24  12      A.   OKAY.

09:32:25  13      Q.   MS. ELSTEN, WHAT'S HAPPENING IS MICROSOFT IS SENDING OUT A

09:32:29  14      REQUEST FOR PROPOSAL TO VENDORS, INCLUDING ARISTA, AS LATE AS

09:32:34  15      2012, AND THEY ARE SAYING, SHOW ME DOCUMENTATION THAT YOUR

09:32:38  16      SYSTEM HAS A CLI SHOW COMMAND RELATED TO BGP DEBUGGING, AND IT

09:32:44  17      SPECIFICALLY IDENTIFIES THE SHOW IP BGP NEIGHBOR.

09:32:50  18          DO YOU SEE THAT?

09:32:51  19      A.   GENERALLY, I'M GOING TO AGREE WITH THAT.

09:32:54  20      Q.   SO HERE'S A DOCUMENT THAT YOU DIDN'T PRESENT TO US WHERE

09:32:58  21      MICROSOFT ACTUALLY DOES DESCRIBE SOME OF THE DISPUTED COMMANDS

09:33:03  22      AT ISSUE, AND THE SPECIFIC FORMAT AND SYNTAX OF THOSE COMMANDS

09:33:08  23      IN A REQUEST FOR PROPOSAL; ISN'T THAT TRUE?

09:33:11  24      A.   OKAY.

09:33:12  25      Q.   YOU ARE NOT DENYING THAT; RIGHT?

09:33:14  1       A.   YOU ARE FILLING IN A LOT FOR ME HERE.

09:33:17  2            I'M NOT -- AGAIN, I DON'T WANT TO HANG UP THE QUESTIONING,

09:33:21  3       SO I CAN'T TELL IF ALL OF THOSE THINGS ARE TRUE.  THERE

09:33:25  4       CERTAINLY SEEMS TO BE SOME DISCUSSION, AS WE'VE JUST GONE OVER,

09:33:29  5       THAT RELATES TO THAT COMMAND.

09:33:31  6       Q.   AND IN FACT, I'M NOT GOING TO GO THROUGH ALL OF THESE

09:33:36  7       EXAMPLES, IF YOU LOOK AT EXHIBIT 6677, WHICH IS NOW IN THE

09:33:40  8       RECORD, THIS DOCUMENT FROM MICROSOFT REFERENCES A NUMBER OF THE

09:33:43  9       DISPUTED COMMANDS.  FOR EXAMPLE, SHOW SPANNING-TREE, AS WELL AS

09:33:48  10      VARIOUS DEBUG COMMANDS, SHOW IP BGP SUMMARY, SHOW IP IPV6, BGP

09:33:54  11      SUMMARY.

09:33:55  12           THESE ARE REFERENCES IN MICROSOFT DOCUMENTS, THE SPECIFIC

09:33:59  13      CLI COMMANDS AND THEIR SYNTAX; ISN'T THAT TRUE?  YOU ARE NOT

09:34:05  14      DISPUTING THAT; RIGHT?

09:34:06  15      A.   WELL, YOU KNOW, IF I LOOK AT WHAT'S UNDERLINED HERE, IT

09:34:10  16      SAYS USING COMMANDS SIMILAR TO CISCO'S -- LET'S SEE, LOG IN VIA

09:34:17  17      CLI AND THIS COMMAND OR EQUIVALENT.

09:34:21  18           IT SEEMS TO BE LOOKING FOR A CERTAIN FIND OF

09:34:26  19      FUNCTIONALITY.

09:34:26  20           IF YOU ARE ASKING ME JUST ON THE BASIS OF THIS DOCUMENT TO

09:34:29  21      SAY, DOES THIS SHOW MICROSOFT WHAT'S EXACTLY THAT, I CAN'T

09:34:34  22      AGREE WITH THAT.  IT SEEMS LIKE THEY WANT SOMETHING SIMILAR,

09:34:37  23      THEY WANT SOMETHING EQUIVALENT, IT DOES NOT SEEM TO SHOW THAT

09:34:42  24      THEY WANT EXACTLY THAT THING.

09:34:43  25      Q.   BUT AT LEAST ABOUT RESPECT TO THIS DOCUMENT, YOU AGREE

09:34:46  1    WITH ME THAT SPECIFIC CLI COMMANDS AT ISSUE IN THIS CASE ARE

09:34:50  2    SPELLED OUT IN MICROSOFT DOCUMENTS TO ARISTA, CORRECT?

09:34:53  3    A.   WELL, I WILL ACCEPT YOUR REPRESENTATION THAT THE COMMANDS

09:34:57  4    THAT ARE ON HERE ARE AT ISSUE IN THIS CASE, FOR SURE.

09:35:00  5    Q.   LET'S TAKE A LOOK AT EXHIBIT 650 IN YOUR DOCUMENT BINDER.

09:35:13  6    AND THIS IS AN E-MAIL THAT WAS SENT ON JUNE 6, 2014, FROM

09:35:19  7    MR. SUNDAR BETTAHALLI TO OTHERS WITHIN ARISTA.

09:35:27  8        DO YOU HAVE ANY REASON TO DISPUTE THE AUTHENTICITY OF THIS

09:35:30  9    ARISTA-PRODUCED DOCUMENT?

09:35:32  10   A.   NO.

09:35:33  11        MR. PAK:   YOUR HONOR, I WOULD LIKE TO MOVE THIS

09:35:35  12   DOCUMENT INTO EVIDENCE.   650.

09:35:36  13        MR. SILBERT:   NO OBJECTION.

09:35:37  14        THE COURT:   IT WILL BE ADMITTED.

09:35:38  15   (PLAINTIFF'S EXHIBIT 650 WAS ADMITTED INTO EVIDENCE.)

09:35:38  16   BY MR. PAK:

09:35:39  17   Q.   SO LET'S HAVE THAT UP ON THE SCREEN.   SO IF YOU BLOW UP

09:35:52  18   THE TOP THIS IS SUNDAR BETTAHALLI AT ARISTA.   AND AGAIN, THIS

09:35:52  19   IS AS LATE AS JUNE, 2014.

09:36:00  20        AND IT SAYS, "WE HAD A CALL WITH THE MICROSOFT TEAM TO

09:36:02  21   UNDERSTAND THEIR DHCP OPTION AND INFORMATION REQUIREMENTS."

09:36:05  22        DO YOU SEE THAT?

09:36:06  23   A.   YES.

09:36:06  24   Q.   AND THEN THERE'S "THE CISCO N3K PROVIDES A DHCP RELAY

09:36:13  25   CLI," AND IT SPECIFIES THE FORMAT FOR THAT CLI COMMAND FROM

09:36:16   1    CISCO; DO YOU SEE THAT?

09:36:17   2    A.   YES.

09:36:18   3    Q.   MS. ELSTEN, IN THIS DOCUMENT FROM ARISTA IN 2014, AFTER A

09:36:30   4    CALL FOLLOWING -- AFTER A CALL WITH MICROSOFT FOLLOWING THAT

09:36:35   5    CALL, ARISTA EMPLOYEES WRITE, "MICROSOFT WANTS US TO MATCH

09:36:38   6    CISCO FORMAT EXACTLY AND ARE NOT WILLING TO MODIFY THEIR SERVER

09:36:44   7    SIDE SCRIPTS TO PARSE DIFFERENT FORMATS COMING FROM CISCO AND

09:36:48   8    ARISTA SWITCHES."

09:36:50   9         DO YOU SEE THAT?

09:36:51  10    A.   I DO.

09:36:52  11    Q.   YOU DIDN'T PRESENT THIS TESTIMONY OR EVIDENCE TO THIS

09:36:56  12    JURY, CORRECT?

09:36:57  13    A.   WELL, NO.  THIS MEMO I'M PRETTY FAMILIAR WITH BECAUSE THE

09:37:04  14    TECHNICAL JARGON GOES BEYOND ME.

09:37:06  15         I HAD A FAIRLY LENGTHY CONVERSATION WITH MR. SADANA ON

09:37:10  16    THIS.  AND MY BASIC UNDERSTANDING IS THAT WHAT IS BEING ASKED

09:37:16  17    FOR HERE IS NOT IDENTICAL CLI, IT'S IDENTICAL DATA PACKET

09:37:26  18    FORMATS.

09:37:26  19         AND THEREFORE, IN MY CONCLUSION, IT WAS NOT RELEVANT TO

09:37:29  20    THIS CASE.

09:37:29  21    Q.   YOU DIDN'T PRESENT THIS DOCUMENT, WHERE IT SAYS, MICROSOFT

09:37:33  22    WANTS US TO MATCH CISCO FORMAT EXACTLY, AND ARE NOT WILLING TO

09:37:37  23    MODIFY THEIR SERVER SIDE SCRIPTS TO PARSE DIFFERENT FORMATS

09:37:42  24    COMING FROM CISCO AND ARISTA SWITCHES; DO YOU SEE THAT?

09:37:46  25    A.   I DID NOT.  AND THE REASON I DIDN'T IS BECAUSE MY

ELSTEN CROSS-EXAM BY MR. PAK

09:37:49  1    UNDERSTANDING IS THAT THIS IS NOT RELEVANT TO WHAT WE WERE

09:37:53  2    DISCUSSING IN THIS CASE.

09:37:54  3    Q.   BUT MS. ELSTEN, YOU KNOW THAT ONE OF THE BUILDING BLOCKS

09:37:57  4    OF THE CLI INTERFACE AT ISSUE IN THIS CASE IS NOT JUST THE CLI

09:38:02  5    COMMANDS, BUT THE SCREEN OUTPUTS THAT COME OUT OF SWITCHES; YOU

09:38:05  6    UNDERSTAND THAT, CORRECT?

09:38:06  7    A.   YEAH, I DO UNDERSTAND THAT.

09:38:09  8    Q.   LET'S TALK ABOUT FACEBOOK AGAIN.

09:38:13  9         AND IF YOU GO TO -- IF YOU GO TO SLIDE 16, AND I'VE

09:38:26 10    EXCERPTED OUT A SECTION FROM YOUR EXPERT REPORT WHERE YOU STATE

09:38:29 11    THAT MR. SURYANARAYANAN TOLD YOU THAT FACEBOOK DOES NOT USE THE

09:38:38 12    ARISTA EOS CLI; DO YOU SEE THAT?

09:38:41 13    A.   YES.

09:38:41 14    Q.   SO WHAT YOU WROTE IN YOUR REPORT IS YOU HAD A CONVERSATION

09:38:45 15    WITH AN ARISTA ENGINEER AND HE TOLD YOU SPECIFICALLY THAT

09:38:48 16    FACEBOOK DOES NOT USE THE ARISTA EOS CLI, CORRECT?

09:38:51 17    A.   YES.

09:38:51 18    Q.   AND YOU USED THAT AS A FOUNDATION FOR YOUR OPINION THAT

09:38:55 19    FACEBOOK SHOULD BE STRICKEN FROM THE LOST PROFITS ANALYSIS,

09:38:57 20    CORRECT?

09:38:58 21    A.   ULTIMATELY NOT.  THAT IS NOTED IN HERE, BUT IT'S NOT THE

09:39:08 22    PRIMARY EVIDENCE WE USE FOR THAT.

09:39:09 23    Q.   BUT MS. ELSTEN YOU DID TAKE FACEBOOK OFF THE LIST BECAUSE

09:39:13 24    YOU BELIEVE THAT FACEBOOK DOESN'T CARE ABOUT THE CISCO CLI?

09:39:15 25    A.   THAT IS CORRECT.  WELL, I DON'T BELIEVE THAT THEY CARE

09:39:19    1        ABOUT WHAT'S AT ISSUE IN THIS CASE.

09:39:21    2        Q.   WHICH IS THE CISCO CLI, CORRECT?

09:39:23    3        A.   NOT IN ITS ENTIRETY.

09:39:26    4        Q.   YOU UNDERSTAND THAT THE BUILDING BLOCKS ARE AT ISSUE IN

09:39:33    5        THIS CASE ARE PART OF THE CISCO CLI?

09:39:34    6        A.   PART OF, YES.

09:39:36    7        Q.   NOW LET'S LOOK AT 648 IN YOUR DOCUMENTS.

09:39:56    8             MR. PAK:   AND AGAIN, YOUR HONOR, I WOULD LIKE TO

09:39:57    9        ADMIT 648 INTO EVIDENCE.  THIS IS AN ARISTA PRODUCED DOCUMENT.

09:40:05   10             THE COURT:   ANY OBJECTION, MR. SILBERT?

09:40:07   11             MR. SILBERT:   NO OBJECTION.

09:40:08   12             THE COURT:   IT WILL BE ADMITTED.

09:40:10   13        (PLAINTIFF'S EXHIBIT 648 WAS ADMITTED INTO EVIDENCE.)

09:40:10   14        BY MR. PAK:

09:40:10   15        Q.   LET'S TAKE A LOOK AT THIS DOCUMENT, AND IF WE CAN HAVE --

09:40:14   16        ACTUALLY, I HAVE A SLIDE 18.

09:40:19   17             WE'VE HEARD FROM MR. HOLBROOK.  HE WROTE AN E-MAIL

09:40:24   18        AUGUST 17, 2011.  AND HE SAYS, "THIS WAS ON BOTH MICROSOFT AND

09:40:28   19        FACEBOOK'S WISH LIST."

09:40:30   20             DO YOU SEE THAT IN THE E-MAIL?

09:40:31   21        A.   YEAH, I DO.

09:40:32   22        Q.   AND ON THE BOTTOM IT SAYS, "THE BELOW LINK GIVES

09:40:36   23        INFORMATION ABOUT CORRESPONDING CISCO CLI."

09:40:39   24             AND DO YOU SEE THAT THERE ARE CLI COMMANDS THAT ARE LISTED

09:40:42   25        FROM CISCO'S DOCUMENTS WITH RESPECT TO BOTH MICROSOFT AND

09:40:45  1    FACEBOOK?

09:40:47  2    A.   YES, YES.

09:40:48  3    Q.   LET'S TAKE A LOOK AT ONE MORE DOCUMENT.  AND IF YOU LOOK

09:40:53  4    AT 4811.  ACTUALLY, LET'S JUMP TO 4815, WHICH IS A LARGER

09:41:11  5    DOCUMENT THAT HAS A SPREADSHEET.  AND THIS IS 4815-B, IN YOUR

09:41:18  6    BINDER.

09:41:28  7    A.   DID YOU SAY 4815-B?

09:41:32  8    Q.   4815-B, I BELIEVE IT'S ONE OF THE SPREADSHEETS.  AND I

09:41:36  9    WILL REPRESENT TO YOU --

09:41:38  10   A.   OKAY.  I'M SORRY TO INTERRUPT, WHAT DOES THE "B" REFER TO?

09:41:42  11   Q.   I BELIEVE IT'S JUST A DESIGNATION, WE CAN CALL IT 4815.

09:41:47  12   A.   OH, I THOUGHT I WAS LOOKING FOR SOMETHING THAT SAID "B."

09:41:50  13   Q.   NO.

09:41:52  14        IT'S A FACEBOOK BUG TRACKER SPREADSHEET THAT'S BEEN

09:41:55  15   PRODUCED TO US BY ARISTA IN THIS CASE.  OKAY?

09:41:58  16   A.   YES.

09:42:00  17             MR. PAK:  AND AGAIN, YOUR HONOR, I WOULD LIKE TO

09:42:01  18   ADMIT 4815-B INTO THE RECORD.

09:42:05  19             MR. SILBERT:  NO OBJECTION.

09:42:05  20             THE COURT:  IT WILL BE ADMITTED.

09:42:07  21   (PLAINTIFF'S EXHIBIT 4815-B WAS ADMITTED INTO EVIDENCE.)

09:42:07  22   BY MR. PAK:

09:42:07  23   Q.   AND IF YOU LOOK AT SLIDE 21 IN THE SCREEN IN FRONT OF YOU,

09:42:15  24   I'VE TAKEN AN EXCERPT OUT OF THIS BUG TRACKING SPREADSHEET.

09:42:20  25        SO THESE ARE THE BUGS THAT ARE BEING REPORTED BY FACEBOOK

09:42:24  1    TO ARISTA SO THAT ARISTA ENGINEERS CAN FIX CERTAIN ISSUES WITH

09:42:30  2    RESPECT TO ARISTA PRODUCTS AT FACEBOOK; YOU UNDERSTAND THAT,

09:42:33  3    CORRECT?

09:42:33  4          MR. SILBERT:  I'M SORRY, BUT THIS SLIDE REFERS TO A

09:42:36  5    DIFFERENT EXHIBIT.  MAYBE YOU MEANT A DIFFERENT SLIDE.

09:42:39  6          MR. PAK:  1415-B.  RIGHT HERE.  THANK YOU.

09:42:42  7          THE COURT:  IS THAT OKAY.

09:42:43  8    BY MR. PAK:

09:42:44  9    Q.   SO SLIDE 20 IS THE 4815-B.  DO YOU SEE THAT?

09:42:47  10   A.   YES.

09:42:47  11   Q.   AND DO YOU SEE THAT IN THIS BUG TRACKING SOFTWARE AT

09:42:52  12   FACEBOOK, YOU HAVE A NUMBER OF ENTRIES THAT RELATE SPECIFICALLY

09:42:57  13   TO CLI COMMANDS THAT ARE AT ISSUE IN THIS CASE.

09:42:59  14         FOR EXAMPLE, ROUTER, BGP, ASN, SHOW IP ROUTE, SHOW IP

09:43:06  15   ROUTE IN THE NOTES SECTION.  THESE ARE ALL CLI COMMANDS THAT

09:43:10  16   ARE AT ISSUE IN THIS CASE BEING REPORTED AS BUGS COMING FROM

09:43:15  17   FACEBOOK, CORRECT?

09:43:16  18   A.   WELL, THE "AT ISSUE IN THIS CASE" PART, I WILL TAKE YOUR

09:43:20  19   WORD FOR IT.  AND THE DOCUMENT CLEARLY DOES REFER TO THEM.

09:43:25  20   Q.   YES.  SO AGAIN, THERE IS EVIDENCE IN THIS CASE,

09:43:30  21   MS. ELSTEN, THAT FACEBOOK DOES USE THE EOS CLI COMMANDS THAT

09:43:33  22   ARE ACCUSED OF INFRINGEMENT IN THIS CASE; ISN'T THAT TRUE?

09:43:37  23   A.   YEAH.  I DIDN'T THINK THAT WAS DISPUTED.

09:43:44  24   Q.   SO YOU ARE NOT DISPUTING THAT FACEBOOK, MICROSOFT, GOOGLE,

09:43:48  25   ALL THESE AUTOMATION CUSTOMERS USE THE CLI COMMANDS THAT ARE AT

09:43:52   1       ISSUE IN THIS CASE?

09:43:53   2       A.   TO SOME DEGREE, YES.

09:43:55   3       Q.   IN FACT, YOU KNOW THEY USE IT AS PART OF THERE AUTOMATION

09:43:59   4       TOOLS.   THAT'S THE TESTIMONY WE HEARD, CORRECT?

09:44:02   5       A.   THAT'S MY UNDERSTANDING.

09:44:06   6       Q.   SO LET'S TAKE A LOOK AT YOUR SLIDE, BECAUSE I THINK WHEN

09:44:11   7       YOU DID THE LOST PROFITS ANALYSIS, YOU STRUCK A NUMBER OF

09:44:14   8       COMPANIES OFF OF YOUR LIST.

09:44:19   9            MR. PAK:   AND DO WE HAVE MS. ELSTEN'S SLIDE 37.

09:44:39  10       OKAY.   AND THEN IF YOU TURN TO -- ACTUALLY, THERE'S A

09:44:44  11  MATHEMATICAL CALCULATION THAT SHE DOES AT THE END WHERE SHE HAS

09:44:48  12  THE LOST PROFITS NUMBER.

09:44:54  13       OR MAYBE -- ACTUALLY, MR. FISHER, SLIDE 37 IN MY

09:44:59  14  PRESENTATION, I THINK HAS SOME OF THE NUMBERS THAT MS. ELSTEN

09:45:05  15  YOU HAVE.

09:45:06  16       Q.   SO MS. ELSTEN, I TOOK AN EXCERPT FROM YOUR SLIDE 45; DO

09:45:09  17       YOU SEE THAT?

09:45:12  18       A.   NO.   WAIT A MINUTE, YOU TOOK AN EXCERPT FROM --

09:45:19  19       Q.   ALL I DID WAS I REPRODUCED YOUR DIRECT EXAMINATION ON

09:45:23  20       SLIDE 45.

09:45:25  21       A.   I WAS GOING TO SAY IT LOOKS LIKE THE WHOLE SLIDE TO ME.

09:45:28  22       Q.   WHAT YOU WERE SAYING IS THAT ALTHOUGH ARISTA GENERATED

09:45:31  23       $1.3 BILLION IN REVENUE AND GAINED SIGNIFICANT MARKET SHARE

09:45:34  24       AGAINST CISCO IN THE HIGH SPEED ETHERNET SWITCHING MARKET, YOU

09:45:39  25       BELIEVE THAT CISCO ONLY SUFFERED $2 MILLION IN LOST PROFITS;

09:45:44  1    THAT'S YOUR ASSESSMENT, CORRECT?

09:45:45  2    A.   MY ASSESSMENT IS THAT THAT'S WHAT THEY DEMONSTRATED.

09:45:50  3    Q.   BUT ISN'T IT TRUE, MS. ELSTEN, THAT IF THE JURY BELIEVES

09:45:55  4    THAT MICROSOFT SHOULD BE ONE OF THE CUSTOMERS THAT SHOULD BE

09:45:59  5    INCLUDED IN A LOST PROFITS CALCULATION, BECAUSE OF THEIR USAGE

09:46:03  6    OF THE CLI COMMANDS AT ISSUE, THAT THAT WOULD ADD ANOTHER

09:46:09  7    $124 MILLION TO THE $2 MILLION NUMBER YOU HAVE HERE?

09:46:14  8    A.   IF THE JURY THINKS MICROSOFT BELONGS ON THIS LIST, THE

09:46:17  9    NUMBER WOULD GO UP.  I DON'T KNOW THE CALCULATION OFF THE TOP

09:46:21  10   OF MY HEAD.

09:46:21  11   Q.   I WILL REPRESENT TO YOU THAT, BASED ON YOUR MATH, THAT IT

09:46:24  12   WOULD BE $124 MILLION IN ADDITION TO THE $2 MILLION THAT YOU

09:46:29  13   HAVE?

09:46:29  14   A.   OKAY.

09:46:29  15   Q.   DOES THAT SOUND RIGHT TO YOU?

09:46:31  16   A.   I CAN'T CONFIRM OR DENY THAT ONE.

09:46:33  17   Q.   OKAY.  FACEBOOK.

09:46:36  18        IF THE JURY FINDS THAT FACEBOOK SHOULD BE INCLUDED IN THE

09:46:39  19   LOST PROFITS CALCULATION BECAUSE OF ITS USE OF CLI COMMANDS,

09:46:43  20   THAT WOULD ADD ANOTHER $96 MILLION TO YOUR PROFITS NUMBER,

09:46:51  21   BASED ON YOUR MATH?

09:46:51  22   A.   OKAY.  AND AGAIN, THE NUMBER WOULD GO UP IF THE JURY

09:46:54  23   THINKS THAT FACEBOOK.

09:46:59  24   Q.   IT WOULD GO UP $96 MILLION; DO YOU DISPUTE THAT?

09:47:02  25   A.   AGAIN, I WILL TAKE YOUR WORD FOR IT, I DON'T HAVE THE

09:47:05  1    NUMBER OFF THE TOP OF MY HEAD.

09:47:07  2    Q.   BUT YOU UNDERSTAND THAT BOTH MICROSOFT AND FACEBOOK ARE

09:47:10  3    TWO OF THE LARGEST CUSTOMERS WHEN IT COMES TO PROFITS

09:47:14  4    CALCULATION?

09:47:14  5    A.   OH, ABSOLUTELY.

09:47:16  6    Q.   SO THESE NUMBERS DON'T SURPRISE YOU THAT THESE ARE IN THE

09:47:19  7    RANGES OF THE NUMBERS THAT YOU WOULD EXPECT TO SEE, CORRECT?

09:47:21  8    A.   NO, THEY DON'T SURPRISE ME.

09:47:23  9    Q.   AND YOU ALSO TOOK OUT A CATEGORY OF CUSTOMERS CALLED LOW

09:47:28  10   LATENCY CUSTOMERS; DO YOU RECALL THAT?

09:47:29  11   A.   YES.

09:47:30  12   Q.   IF THE JURY WERE TO FIND THAT --

09:47:33  13   A.   I'M SORRY, CAN I CORRECT THAT?  OKAY.  WE TOOK OUT

09:47:36  14   SPECIFIC CUSTOMERS THAT WE DESCRIBED AS LOW LATENCY.  THAT'S

09:47:42  15   NOT ALL CUSTOMERS THAT WOULD NECESSARILY FIT INTO THAT GROUP,

09:47:46  16   THOSE ARE THE ONES THAT WERE IDENTIFIED BY DR. CHEVALIER AS

09:47:50  17   SPECIFIC INSTANCES OF LOST PROFITS.

09:47:56  18   Q.   MS. ELSTEN, IF THE JURY WERE TO AGREE WITH AND FIND THAT

09:47:59  19   THE LOW LATENCY CUSTOMERS THAT YOU TOOK OFF THE LIST SHOULD BE

09:48:03  20   ADDED BACK INTO THE LOST PROFITS CALCULATION, THAT WOULD ADD

09:48:06  21   ANOTHER $11 MILLION?

09:48:10  22   A.   THE NUMBER WOULD GO UP FOR SURE.

09:48:13  23   Q.   DOES THAT SOUND RIGHT TO YOU?

09:48:15  24   A.   THE 11 MILLION?

09:48:17  25   Q.   YES.

09:48:17    1    A.  I CAN'T TELL YOU OFF THE TOP OF MY HEAD.

09:48:20    2    Q.  SO I CAN'T DO METHOD AS WELL AS MR. NELSON, BUT LET'S SEE

09:48:23    3    IF I CAN TRY HERE.

09:48:24    4        SO IF I TAKE 124 PLUS 96, I BELIEVE THAT WOULD GET ME TO

09:48:29    5    $220 MILLION; DOES THAT SOUND RIGHT?

09:48:33    6    A.  HE GAVE YOU A SLIP OF PAPER, I DON'T THINK YOU ARE DOING

09:48:36    7    THAT IN YOUR HEAD.

09:48:37    8    Q.  IT JUST SAID "YOU ARE ABOUT AT 40 MINUTES," SO I'M TRYING

09:48:41    9    TO DO THE MATH IN MY HEAD.

09:48:43   10        SO 124 PLUS 96, I BELIEVE THAT GETS US TO $220 MILLION;

09:48:49   11    DOES THAT SOUND RIGHT?

09:48:50   12    A.  OKAY.

09:48:51   13    Q.  AND THEN IF YOU ADD ANOTHER 11 MILLION, THAT'S

09:48:55   14    $231 MILLION, CORRECT?

09:48:56   15    A.  YES.

09:48:57   16    Q.  AND THEN IF I ADD THE 2 MILLION, THAT'S $233 MILLION; DOES

09:49:02   17    THAT SOUND RIGHT?

09:49:03   18    A.  IF YOU ADDED WHAT?

09:49:06   19    Q.  THE $2 MILLION THAT YOU HAD, THAT WOULD BRING US TO $233

09:49:09   20    MILLION?

09:49:09   21    A.  WAIT A MINUTE, ARE WE TALKING ABOUT PROFITS OR REVENUES

09:49:12   22    HERE?

09:49:13   23    Q.  I'M TALKING ABOUT PROFITS, THESE ARE PROFIT NUMBERS.

09:49:16   24    EVERYTHING I'VE STATED ARE PROFIT NUMBERS?

09:49:18   25    A.  OKAY.  YES.

09:49:18  1    Q.   SO IF THE JURY DISAGREES WITH YOU THAT FACEBOOK,

09:49:25  2    MICROSOFT, AND THE SPECIFIC LOW LATENCY CUSTOMERS SHOULD BE

09:49:30  3    INCLUDED IN THE LOST PROFITS CALCULATION, THEN WE GET TO A

09:49:35  4    NUMBER OF $233 MILLION IN LOST PROFIT DAMAGE TO CISCO BASED ON

09:49:41  5    YOUR MAT.

09:49:42  6         YOU ARE NOT DISPUTING THAT?

09:49:43  7    A.   IF THE JURY THINKS THAT'S APPROPRIATE, I WILL TAKE YOUR

09:49:47  8    REPRESENTATION THAT THOSE ARE THE CORRECT NUMBERS.

09:49:53  9    Q.   WITH RESPECT TO DISGORGEMENT, YOU WOULD AGREE, MS. ELSTEN,

09:50:04  10   THAT WE HAVE TO HAVE A METHODOLOGY THAT IS CONSISTENT WITH THE

09:50:06  11   EVIDENCE, CORRECT?

09:50:07  12   A.   YES.

09:50:08  13   Q.   AND YOU AGREE THAT ONE OF THE GUIDING PRINCIPLES WHEN YOU

09:50:17  14   ADD UP NUMBERS IS YOU SHOULD NOT DOUBLE COUNT NUMBERS?

09:50:20  15   A.   GENERALLY, YES.

09:50:21  16   Q.   THAT WOULD BE A MISTAKE TO DOUBLE COUNT NUMBERS WHEN YOU

09:50:23  17   ARE ADDING THEM?

09:50:24  18   A.   I THINK I UNDERSTAND WHAT YOU MEAN, YES.

09:50:31  19   Q.   AND WITH RESPECT TO SOME OF YOUR FAIR USE OPINIONS IN THIS

09:50:35  20   CASE, WERE YOU IN THE COURTROOM WHEN MR. VENKATRAMAN FROM HP

09:50:39  21   TESTIFIED?

09:50:39  22   A.   NO, I WAS NOT.

09:50:40  23   Q.   HAVE YOU READ HIS TRIAL TESTIMONY?

09:50:43  24   A.   NO, I DON'T BELIEVE I HAVE.

09:50:44  25   Q.   WERE YOU IN THE ROOM WHEN DR. BLACK WAS EXAMINED BY,

09:50:49  1    ACTUALLY MR. NELSON, ON HIS OPINIONS OR LACK OF HIS OPINIONS ON

09:50:54  2    WIDESPREAD USAGE OF THE CLI COMMANDS AT ISSUE IN THIS CASE?

09:50:57  3    A.  I WAS NOT IN COURT FOR DR. BLACK'S TESTIMONY, THAT I HAVE

09:51:03  4    READ.

09:51:03  5    Q.  YOU READ THAT; RIGHT?

09:51:04  6    A.  YEAH.

09:51:04  7    Q.  AND JUST TO BE CLEAR, YOU HAVE NOT DONE ANY INDEPENDENT

09:51:07  8    ASSESSMENT YOURSELF, WHETHER THERE'S ANY WIDESPREAD USAGE OF

09:51:13  9    ALL THE DIFFERENT ELEMENTS OF THE CLI FROM CISCO AT ISSUE IN

09:51:16  10   THIS CASE, CORRECT?

09:51:16  11   A.  YOU MEAN IN AN ANALYSIS OF THE TYPE THAT DR. BLACK DID?

09:51:20  12   Q.  TECHNICAL ANALYSIS?

09:51:22  13   A.  WHERE YOU ACTUALLY GO THROUGH THE PROGRAMS AND -- NO, I

09:51:25  14   DIDN'T DO THAT.

09:51:26  15   Q.  YOU WERE RELYING PURELY ON DR. BLACK'S TECHNICAL

09:51:31  16   ASSESSMENT WITH RESPECT TO VENDOR USAGE OF THE CLI COMMANDS,

09:51:34  17   CORRECT?

09:51:34  18   A.  WELL, WITH RESPECT TO THE DEGREE OF VENDOR USAGE.  WITH

09:51:38  19   RESPECT TO THE FACT OF VENDOR USAGE, NO, I CAN SEE THE

09:51:41  20   MATERIALS IN THE PRODUCTION THAT VERIFY THAT.

09:51:43  21   Q.  BUT WITH RESPECT TO HIS ANALYSIS OF MATCHING UP NUMBER OF

09:51:47  22   COMMANDS TO NUMBER OF VENDORS, YOU ARE RELYING ON DR. BLACK

09:51:50  23   PURELY FOR THAT ANALYSIS, CORRECT?

09:51:52  24   A.  FOR THE NUMBERS I AM, YES.

09:51:53  25   Q.  AND YOU WERE IN THE COURTROOM WHEN DR. BLACK TESTIFIED

09:51:55   1   THAT HE HAS NO OPINION SPECIFICALLY ON WHAT WOULD CONSTITUTE

09:51:59   2   WIDESPREAD USAGE OF CLI COMMANDS, YOU READ THAT IN THE TRIAL

09:52:02   3   TESTIMONY, CORRECT?

09:52:03   4   A.   WELL, I MUST HAVE, BUT I DON'T RECALL IT.

09:52:07   5          MR. PAK:  THAT'S ALL I HAVE FOR THIS WITNESS,

09:52:09   6   YOUR HONOR.

09:52:09   7          THE COURT:  THANK YOU.

09:52:09   8      MR. SILBERT, REDIRECT?

09:52:11   9          MR. SILBERT:  A FEW QUESTIONS.

09:52:12  10      THANK YOU, YOUR HONOR.

09:52:13  11                  **REDIRECT EXAMINATION**

09:52:13  12   BY MR. SILBERT:

09:52:32  13   Q.   GOOD MORNING, MS. ELSTEN.

09:52:33  14   A.   GOOD MORNING.

09:52:39  15          MR. SILBERT:  JEFF, COULD YOU PLEASE PUT ON THE

09:52:41  16   SCREEN, TRIAL TRANSCRIPT PAGE 2333, LINES 6 THROUGH 12.

09:52:56  17   Q.   MS. ELSTEN, YOU SAID THAT YOU WERE IN THE COURTROOM WHEN

09:53:00  18   CHRIS SUMMERS TESTIFIED, CORRECT?

09:53:03  19   A.   CORRECT.

09:53:03  20   Q.   AND YOU RECALL THAT HE'S THE ARISTA SYSTEMS ENGINEER

09:53:09  21   RESPONSIBLE FOR THE FACEBOOK ACCOUNT?

09:53:11  22   A.   CORRECT.

09:53:12  23   Q.   AND I JUST WANT TO DIRECT YOUR ATTENTION TO SOME OF THE --

09:53:18  24   A TRANSCRIPT OF SOME OF THE TESTIMONY THAT YOU HEARD FROM

09:53:20  25   MR. SUMMERS.

09:53:22   1        THIS WAS IN THE CONTEXT OF QUESTIONS ABOUT AUTOMATION AND

09:53:26   2   SCRIPTS.  HE WAS ASKED?

09:53:28   3        "QUESTION:  DOES THE FAMILIARITY OF THE COMMANDS HELP

09:53:30   4   IN THAT SITUATION IN WRITING THE SCRIPTS?

09:53:34   5        "ANSWER:  IT'S MORE OF A -- YOU BUILD IT ONCE AND

09:53:37   6   THEN FORGET ABOUT IT.  AND I CAN'T SPEAK FOR THE OTHERS, BUT IN

09:53:41   7   THE CASE OF ARISTA, OFTEN TIMES THEY ARE CONSULTING WITH US AS

09:53:44   8   TO WHAT COMMANDS THEY SHOULD INCLUDE IN THOSE SCRIPTS AND

09:53:48   9   SOFTWARE, PIECES OF SOFTWARE CODE."

09:53:52  10        NOW, DID YOU HEAR MR. SUMMERS GIVE THAT TESTIMONY?

09:53:56  11   A.   I DID.

09:53:57  12   Q.   DID YOU HAVE AN UNDERSTANDING AS TO WHETHER THE FACT THAT

09:54:02  13   CLI COMMANDS MAY OR MAY NOT BE USED IN AN AUTOMATED SCRIPT,

09:54:10  14   MAKES THE FAMILIARITY OF THOSE COMMANDS TO A HUMAN OPERATOR,

09:54:16  15   MATTER, IN THE WAY THAT IT MIGHT MATTER TO A NON-HIGHLY

09:54:22  16   AUTOMATED CUSTOMER?

09:54:22  17   A.   MY UNDERSTANDING IS THERE'S A DISTINCTIVENESS THAT, WITH

09:54:29  18   RESPECT TO THE WRITING OF THE AUTOMATED COMMANDS, IT'S FAR, FAR

09:54:34  19   LESS IMPORTANT THAN IT IS IF YOU WOULD THEORETICALLY HAVE AN

09:54:39  20   OPERATOR SITTING DOWN AND EXECUTING WHAT THE AUTOMATION DOES

09:54:45  21   MANUALLY.

09:54:45  22   Q.   OKAY.

09:54:51  23        MR. SILBERT:  AND JEFF, WOULD YOU PLEASE DISPLAY

09:54:53  24   MS. ELSTEN'S SLIDE 41.

09:55:01  25   Q.   COULD YOU PLEASE REMIND US, MS. ELSTEN, SINCE THIS WAS

09:55:04  1    YESTERDAY WHEN WE DISCUSSED THIS, OR TWO DAYS AGO, WHAT IS IT

09:55:09  2    THAT'S BEING SHOWN ON THIS SLIDE?

09:55:11  3    A.   OKAY.   THIS IS AN EXCERPT FROM A MICROSOFT REQUEST FOR

09:55:15  4    PROPOSAL, WHERE MICROSOFT LAID OUT DOZENS, I THINK, WELL OVER A

09:55:22  5    HUNDRED, FACTORS OR FEATURES THAT IT WANTED IN A SWITCH.   AND

09:55:29  6    THEN IT ASSIGNED A POINT VALUE TO EACH OF THOSE FEATURES OR

09:55:34  7    FACTORS, AND EACH POINT VALUE INDICATED SOMETHING IN TERMS OF

09:55:42  8    HOW IMPORTANT THAT FEATURE WAS TO MICROSOFT.

09:55:50  9    Q.   AND WHAT DID THEY INDICATE, IN PARTICULAR, WITH RESPECT TO

09:55:53  10   THE ITEM FAMILIAR COMMAND-LINE INTERFACE; WHAT DID MICROSOFT

09:55:56  11   INDICATE?

09:55:56  12   A.   MICROSOFT GAVE THAT A WEIGHT OF 100, AND ELSEWHERE IN THE

09:56:00  13   DOCUMENT IT DEFINES ANYTHING FROM 1 TO 599 AS SOMETHING THEY

09:56:08  14   CALLED AN INFORMATIONAL REQUEST, FEATURES WE HAVE NO PARTICULAR

09:56:13  15   PLANS TO USE.

09:56:14  16   Q.   THANK YOU.

09:56:16  17   A.   SO THEY ARE ESSENTIALLY DESCRIBING A FAMILIAR COMMAND-LINE

09:56:21  18   INTERFACE AS SOMETHING THEY HAD NO PARTICULAR PLAN TO USE.

09:56:23  19   Q.   AND I DON'T WANT TO ASK YOU TO REVIEW ALL THE EVIDENCE YOU

09:56:28  20   REVIEWED IN YOUR TESTIMONY, BUT COULD YOU PLEASE SUMMARIZE, AT

09:56:32  21   A HIGH LEVEL, WHY IT IS YOU DON'T BELIEVE CISCO HAS PROVEN THAT

09:56:37  22   MICROSOFT WOULD NOT HAVE PURCHASED AN ARISTA SWITCH UNLESS THE

09:56:43  23   ARISTA SWITCH MIMICKED CISCO'S CLI IN SOME WAY.

09:56:49  24   A.   YOU KNOW, I THINK TWO MAIN REASONS.

09:56:52  25        THIS DOCUMENT WAS CERTAINLY IMPORTANT.   IT WAS CONSISTENT

09:56:55  1    WITH OTHER RECORD EVIDENCE THAT WE SAW IN THE CASE.  AND BY

09:57:00  2    OTHER RECORD EVIDENCE, I'M MOSTLY TALKING ABOUT E-MAILS AND

09:57:04  3    OTHER COMMUNICATIONS BETWEEN ARISTA AND MICROSOFT.

09:57:11  4         AND BECAUSE IT'S CONSISTENT WITH WHAT WE SEE FROM OTHER

09:57:14  5    TYPES OF CUSTOMERS WITH SIMILAR DATA CENTER NEEDS.

09:57:19  6    Q.   OKAY.  WOULD YOU PLEASE LOOK AT EXHIBIT 648, WHICH MR. PAK

09:57:27  7    SHOWED YOU.

09:57:38  8    A.   YES.

09:57:39  9    Q.   AND THIS IS THE E-MAIL CHAIN BETWEEN MR. HOLBROOK AND ADAM

09:57:48  10   SWEENEY, AND IT SAYS AT THE TOP, DO YOU HAVE ANY WORKING ON

09:57:55  11   THIS?  THIS WAS ON BOTH MICROSOFT AND FACEBOOK'S WISH LIST,

09:58:02  12   IIRC.

09:58:03  13        I'M NOT SURE WHAT THAT STANDS FOR.

09:58:10  14        WHAT DO YOU UNDERSTAND MR. HOLBROOK TO BE TALKING ABOUT

09:58:12  15   WHEN HE SAYS, DO YOU HAVE ANYBODY WORKING ON THIS?

09:58:16  16   A.   I THINK HE'S GENERALLY ASKING MR. SWEENEY WHETHER THERE

09:58:21  17   ARE ANY STAFF PEOPLE THAT ARE ADDRESSING THE ISSUE THAT HE GOES

09:58:25  18   ON TO TALK ABOUT.

09:58:26  19   Q.   AND IN GENERAL, DO YOU HAVE AN UNDERSTANDING AS TO WHETHER

09:58:32  20   THE FACT THAT A CUSTOMER MIGHT MENTION A CLI COMMAND, DOES

09:58:38  21   THAT, BY ITSELF, INDICATE THAT THAT THE CUSTOMER WOULD REFUSE

09:58:42  22   TO BUY AN ARISTA SWITCH UNLESS ARISTA ILLEGALLY COPIED CISCO'S

09:58:50  23   CLI?

09:58:51  24   A.   NO, THAT WOULD BE QUITE A LEAP.

09:58:52  25   Q.   AND COULD YOU EXPLAIN WHY?

09:58:54   1    A.   WELL, WHEN THE FIRST REFERS TO A CLI COMMAND, GENERALLY,

09:58:59   2    AND I DISCUSSED THIS E-MAIL WITH A COUPLE OF PEOPLE, SO THIS

09:59:02   3    ONE I KNOW PRETTY WELL, THEY ARE TALKING ABOUT A FUNCTIONALITY,

09:59:08   4    THEY ARE TALKING ABOUT WHAT IT IS THAT THE COMMAND MAKES

09:59:13   5    HAPPEN, NOT THE COMMAND ITSELF.

09:59:17   6         SO THEY ARE REFERRING TO IT BY WHAT IT'S CALLED, BUT

09:59:23   7    THAT'S NOT INDICATING THAT WHAT YOU CALL IT IS IMPORTANT.

09:59:29   8         SO IF YOU WANT AN APPLE, YOU CAN CALL IT AN APPLE, OR IF

09:59:32   9    YOU'RE FRENCH YOU CAN CALL IT A POMME, OR YOU KNOW, BUT WHAT

09:59:36   10   YOU WANT IS THE APPLE.

09:59:38   11        WHAT YOU CALL IT IS INCIDENTAL, I GUESS THAT'S THE BEST

09:59:51   12   WAY I COULD THINK OF TO PUT IT.

09:59:53   13   Q.   WOULD YOU LOOK AT PLEASE, EXHIBIT 6677 WHICH IS SOMETHING

09:59:58   14   THAT MR. PAK ALSO REVIEWED WITH YOU.

10:00:02   15        I WANT TO DIRECT YOUR ATTENTION TO PAGE 13 OF THE

10:00:07   16   ATTACHMENT.  IT'S THE PAGE HE SHOWED YOU.

10:00:25   17   A.   OKAY.

10:00:26   18   Q.   ONE MOMENT, I'M SORRY.

10:00:47   19        MR. SILBERT:  JEFF, IT'S THE PAGE THAT HAS PROTOCOLS

10:00:52   20   AND FEATURES SETS AT THE TOP.

10:00:59   21   Q.   IF YOU GO TO KIND OF THE -- THE BULLET POINT THAT'S THERE

10:01:03   22   TOWARDS THE BOTTOM OF THE SCREEN THAT SAYS, "DOCUMENTATION ON

10:01:07   23   CLI SHOW COMMANDS?"

10:01:09   24        DO YOU RECALL THAT MR. PAK REVIEWED THAT LANGUAGE WITH

10:01:12   25   YOU?

10:01:13   1      A.   YES.

10:01:14   2      Q.   AND YOU POINTED OUT THE WORDS OR EQUIVALENT IN THE

10:01:22   3      PARENTHESES, DO YOU SEE THAT?

10:01:26   4      A.   YES.

10:01:26   5      Q.   SO WHAT THIS SAYS IS, THAT PARTICULAR SENTENCE, FOR

10:01:29   6      EXAMPLE, IF A "SHOW IP BGP NEIGHBOR ROUTES," AND THEN IT SAYS

10:01:39   7      "(OR EQUIVALENT)COMMAND IS USED, DOES THE OUTPUT REPRESENT

10:01:46   8      BGP," AND IT GOES ON WITH SOME TECHNICAL INFORMATION; DO YOU

10:01:48   9      SEE THAT?

10:01:49   10     A.   YES.

10:01:50   11     Q.   WHAT'S THE SIGNIFICANCE, IN YOUR MIND OF THE WORDS, "OR

10:01:53   12     EQUIVALENT" IN THE PARENTHESES AFTER THE QUOTED CLI COMMAND?

10:01:58   13     A.   MY UNDERSTANDING WOULD BE THAT IT MEANS YOU DON'T HAVE TO

10:02:06   14     HAVE THAT EXACT THING, YOU CAN HAVE SOMETHING SIMILAR OR

10:02:10   15     SOMETHING EQUIVALENT.

10:02:13   16     Q.   THANK YOU.  YOU CAN PUT THAT ASIDE.

10:02:21   17          YOU WERE ASKED ABOUT WIDESPREAD USE OF CLI COMMANDS?

10:02:27   18     A.   YES.

10:02:28   19          MR. SILBERT:  COULD WE LOOK, JEFF, AT SLIDE 71 FROM

10:02:34   20     MS. ELSTEN'S SLIDE DECK.

10:02:40   21     Q.   THIS IS SOMETHING WE REVIEWED YESTERDAY.  COULD YOU JUST

10:02:44   22     REMIND THE JURY WHAT'S BEING SHOWN HERE?

10:02:47   23     A.   OKAY.  THIS DOCUMENT, I WANT TO SAY IT WAS FROM 2007.

10:02:51   24     IT'S FROM, LIKE A TECH NEWS LETTER KIND OF THING CALLED

10:02:58   25     NETWORK WORLD.

10:03:00  1          AND WHAT IT SAYS THAT'S OF INTEREST HERE IS THAT CISCO'S

10:03:05  2     CLI HAS BECOME STANDARD IN THE INDUSTRY, WHICH MANY HARDWARE

10:03:10  3     VENDORS COPY AND PROMOTE WHEN TRYING TO GET INTO CISCO

10:03:13  4     ACCOUNTS.

10:03:14  5     Q.   AND DID YOU, IN YOUR OWN REVIEW OF THE RECORD, SEE

10:03:19  6     EVIDENCE OF WIDESPREAD USE OF CISCO CLI COMMANDS?

10:03:24  7     A.   WITH RESPECT TO SWITCHES, YES.  AND WE LOOKED AT SOME OF

10:03:28  8     THE DOCUMENTS THAT I SAW, I THINK WE LOOKED AT A COUPLE OF

10:03:33  9     EXAMPLES, BUT DELL PROMOTES ITSELF AS BEING CISCO-LIKE, HP

10:03:39  10    DOES, BROCADE DOES, NETGEAR DOES.  FOR MAJOR PLAYERS IN THE

10:03:47  11    SWITCH INDUSTRY, YOU ARE EITHER IOS-LIKE/CISCO-LIKE OR YOU ARE

10:03:53  12    JUNOS.

10:03:55  13          NOW, THERE ARE SMALLER PLAYER THAT IS HAVE THEIR OWN

10:04:03  14    CLI'S, BUT YOU ARE EITHER, WHEN IT SAYS "INDUSTRY STANDARD

10:04:06  15    CISCO-LIKE," IT MEANS YOU ARE A TYPE.  IT MEANS, FOR SWITCHES,

10:04:11  16    DIFFERENT FROM JUNOS, LIKE SORT OF EVIDENCE ELSE, EXCEPT FOR

10:04:16  17    SOME MINOR PLAYERS.

10:04:17  18          MR. SILBERT:  THANK YOU.

10:04:18  19       I HAVE NO FURTHER QUESTIONS.

10:04:19  20          THE COURT:  MR. PAK, ANYTHING ELSE FOR MS. ELSTEN?

10:04:22  21          MR. PAK:  YES, I HAVE A FEW FOLLOW UP QUESTIONS.

10:04:25  22          THE COURT:  OKAY.

10:04:27  23                        **RECROSS-EXAMINATION**

10:04:27  24    BY MR. PAK:

10:04:28  25    Q.   YOU TALKED ON EXAMINATION BY MR. SILBERT REGARDING WHETHER

10:04:33   1    HAVING A CISCO CLI OR A CISCO-LIKE CLI WAS IMPORTANT TO

10:04:40   2    AUTOMATION CUSTOMERS OR NOT; DO YOU RECALL THAT?

10:04:42   3    A.   YOU MEAN A COUPLE OF DAYS AGO?

10:04:45   4    Q.   OR JUST NOW.

10:04:46   5    A.   OKAY.  YEAH.

10:04:48   6    Q.   YOU CONSIDERED THE TESTIMONY OF MR. KEN DUDA IN FORMING

10:04:52   7    YOUR OPINIONS IN THIS CASE, CORRECT?

10:04:53   8    A.   YES.

10:04:54   9    Q.   AND YOU BELIEVE THAT HE'S A CREDIBLE SOURCE OF INFORMATION

10:04:56   10   RELATING TO THE USE OF CLI AND THE IMPORTANCE OF CLI, CORRECT?

10:05:01   11   A.   YEAH, I WOULD SAY SO.

10:05:02   12   Q.   HE'S THE CHIEF TECHNOLOGY OFFICER OF ARISTA; RIGHT?

10:05:05   13   A.   YEAH.

10:05:05   14   Q.   SO LET'S LOOK AT --

10:05:07   15   A.   SO, I GUESS I KIND OF, BECAUSE HE'S NOT A MARKETING

10:05:11   16   PERSON, HE'S A TECHNICAL PERSON.  BUT YES, I THINK YOU KNOW,

10:05:15   17   WITHIN HIS FIELD OF EXPERTISE HE'S AWARE OF THE THINGS THAT YOU

10:05:18   18   MENTIONED.

10:05:18   19   Q.   OKAY.  SO LET'S TAKE A LOOK AT HIS DEPOSITION TESTIMONY.

10:05:22   20   THIS IS SLIDE 27.

10:05:25   21        SO HERE'S THE TESTIMONY THAT MR. KEN DUDA, THE CTO, GAVE,

10:05:30   22   IN HIS DEPOSITION TRANSCRIPT, FEBRUARY 12TH, PAGE 174, LINE 19

10:05:35   23   TO PAGE 175, LINE 13.

10:05:37   24        "QUESTION:  FOR NEW CUSTOMERS, IF ARISTA WAS NOT

10:05:41   25   ALLOWED TO OFFER A CLI THAT HAD A SUBSTANTIAL OVERLAP IN CLI

10:05:45  1    COMMANDS WITH ARISTA CLI, WHAT WOULD YOUR SENSE OF THE IMPACT

10:05:49  2    BE?

10:05:50  3            "ANSWER:  I THINK IT DEPENDS A LOT BASED ON THE

10:05:54  4    CUSTOMER.  SOME CUSTOMERS HAVE MADE HEAVY INVESTMENTS IN

10:05:58  5    TOOLING AND AUTOMATION AROUND THE INDUSTRY STANDARD COMMAND

10:06:02  6    SET, WHICH LARGELY OVERLAPS CISCO.

10:06:05  7            IF WE WEREN'T ABLE TO USE ANY OF THOSE COMMANDS FOR THAT

10:06:09  8    TYPE OF CUSTOMER, IT WOULD BE A LARGER IMPEDIMENT."

10:06:12  9            DO YOU SEE THAT TESTIMONY?

10:06:15  10   A.   YES.

10:06:15  11   Q.   YOU ARE NOT DISPUTING THAT TESTIMONY?

10:06:16  12   A.   NO, YOU HAVE TO READ IT CAREFULLY, BUT I'M NOT DISPUTING

10:06:20  13   IT.

10:06:21  14   Q.   AND HE'S TALKING ABOUT TOOLING AND AUTOMATION AROUND THE

10:06:27  15   INDUSTRY IN THAT, CORRECT?

10:06:28  16   A.   AROUND THE INDUSTRY STANDARD.

10:06:29  17   Q.   THAT LARGELY OVERLAPS WITH CISCO, CORRECT?

10:06:32  18   A.   YES.

10:06:33  19   Q.   SO HE'S TALKING ABOUT AUTOMATION CUSTOMERS, CORRECT?

10:06:36  20   A.   WELL, YEAH, BUT YOU HAVE TO KIND OF GO ON AND READ THE

10:06:39  21   REST OF THE TESTIMONY.

10:06:40  22   Q.   LET'S GO TO SLIDE 32.

10:06:45  23        ANOTHER ARISTA EMPLOYEE OR EXECUTIVE THAT YOU RELIED ON

10:06:48  24   WAS MR. ANSHUL SADANA, CORRECT?

10:06:52  25   A.   YES.

10:06:53   1   Q.   HE'S THE CHIEF CUSTOMER OFFICER, SO HE WOULD KNOW

10:06:56   2   SOMETHING ABOUT HOW CUSTOMERS INTERACT WITH ARISTA, CORRECT?

10:06:58   3   A.   I DID -- HE IS.

10:07:01   4   Q.   SO LET'S TAKE A LOOK AT HIS DEPOSITION TESTIMONY,

10:07:06   5   MARCH 17, 2016, PAGE 81, LINE 5 TO 12.

10:07:12   6        "QUESTION:  BUT THAT WAS YOUR BELIEF AT THE TIME,

10:07:15   7   THAT'S WHY YOU CALLED IT A CHECK MARK, CORRECT?

10:07:17   8        "ANSWER:  I CERTAINLY VIEWED IT AS A BARRIER TO

10:07:20   9   ENTRY.

10:07:21   10       "QUESTION:  YOU VIEWED HAVING AN IOS-LIKE CLI AS A

10:07:25   11  BARRIER TO ENTERING INTO THE SWITCH MARKET FOR ARISTA, TRUE?

10:07:29   12       "ANSWER:  YES."

10:07:30   13       THAT WAS HIS SWORN TESTIMONY, CORRECT?

10:07:32   14  A.   WELL, IN PART.  YOU REALLY HAVE TO READ THAT IN CONTEXT.

10:07:35   15  Q.   AND YOU ARE NOT DISPUTING THIS TESTIMONY, CORRECT?

10:07:38   16  A.   I'M DISPUTING THAT THIS TESTIMONY IS REPRESENTATIVE OF

10:07:40   17  WHAT HE HAD TO SAY ON THE SUBJECT.  I'M CERTAINLY NOT DISPUTING

10:07:44   18  THAT THIS WAS PART OF IT.

10:07:45   19  Q.   QUICKLY HERE, YOU ALSO TALKED ABOUT THAT MICROSOFT

10:07:49   20  SPREADSHEET WHERE YOU WERE ADDING NUMBERS 100 TO 1,000; DO YOU

10:07:54   21  RECALL THAT?

10:07:56   22       YOU WERE ASKED SOME QUESTIONS FROM MR. SILBERT ABOUT THE

10:07:59   23  MICROSOFT SPREADSHEET WITH A POINT VALUE OF 100; DO YOU RECALL

10:08:05   24  THAT

10:08:05   25  A.   WELL, YEAH.  BUT THE POINT VALUE, THAT WAS MICROSOFT'S

10:08:10  1    POINT VALUE.  YOUR QUESTION KIND OF IMPLIED YOU MIGHT THINK

10:08:13  2    THAT THAT WAS MINE.

10:08:13  3    Q.  NO.  MY MISTAKE.

10:08:15  4    A.  OH, OKAY.

10:08:16  5    Q.  YOU UNDERSTAND THAT THERE WAS A DOCUMENT THAT WAS SHOWN TO

10:08:18  6    YOU WITH SOME NUMBERS THAT WERE PROVIDED BY MICROSOFT, CORRECT?

10:08:22  7    A.  CORRECT.

10:08:23  8    Q.  AND BUT YOU UNDERSTAND, MS. ELSTEN, THAT WHEN ARIFF

10:08:27  9    PREMJI, ARISTA'S EMPLOYEE, WAS ASKED ABOUT THAT DOCUMENT -- AND

10:08:30  10   LET'S PUT UP SLIDE 38.

10:08:31  11       HE TESTIFIED, AS YOU CAN SEE HERE, THAT YOU DON'T TOTAL UP

10:08:39  12   THESE POINT VALUES AND DO ANYTHING WITH A TOTAL POINT VALUE?

10:08:43  13   "NO, NOT THAT I CAN RECOLLECT.  I DON'T THINK THAT THIS IS SORT

10:08:48  14   OF AN EVALUATION BASED UPON THE AGGREGATE SUM OF THESE

10:08:51  15   FEATURES."

10:08:52  16       DO YOU SEE THAT TESTIMONY?

10:08:53  17   A.  YES.

10:08:53  18   Q.  SO HERE'S MR. PREMJI, WHO IS AN ARISTA EMPLOYEE WHO KNOWS

10:08:57  19   ALL ABOUT IS THAT DOCUMENT, AND HE SAYS YOU DON'T ADD UP THOSE

10:09:00  20   NUMBERS, CORRECT?

10:09:00  21   A.  WELL, HE SAYS THEY DON'T DO IT FOR ANY PURPOSE, THAT

10:09:04  22   DOESN'T MEAN IT CAN'T BE DONE FOR A DIFFERENT KIND OF ANALYSIS.

10:09:07  23   Q.  BUT YOU DID ADD UP THOSE NUMBERS, CORRECT?

10:09:10  24   A.  WELL, OKAY, I DID TWO THINGS.

10:09:13  25       I TOOK THE DOCUMENT AT FACE VALUE FOR WHAT IT SAID.

10:09:17  1    THAT'S WHAT I WOULD CALL QUALITATIVE POINT.  AND THEN WE DID

10:09:20  2    ADD UP THE TOTAL POINTS TO GET AN ADJUSTMENT FACTOR.

10:09:26  3         MR. SILBERT:  FINALLY LET'S GO TO EXHIBIT 648,

10:09:28  4    MR. FISHER.

10:09:36  5    Q.  YOU WERE ASKED, WHAT DID MR. HOLBROOK MEAN WHEN YOU SAY,

10:09:39  6    "DO YOU HAVE ANYONE WORKING ON THIS?  THIS WAS ON BOTH

10:09:42  7    MICROSOFT AND FACEBOOK'S WISH LIST."

10:09:44  8         DO YOU RECALL THAT?

10:09:45  9    A.  I DO.

10:09:46  10   Q.  CAN YOU LOOK AT THE TITLE, THE SUBJECT OF THIS E-MAIL.

10:09:49  11   THE SUBJECT OF THE E-MAIL IS REGARDING "SHOW PLATFORM HARDWARE

10:09:54  12   CAPACITY?"

10:09:55  13        YOU UNDERSTAND THAT'S A CLI COMMAND, CORRECT?

10:09:58  14   A.  YES.

10:09:59  15        MR. PAK:  NO MORE QUESTIONS.

10:10:00  16        THE COURT:  THANK YOU.

10:10:01  17      MR. SILBERT, ANYTHING ELSE?

10:10:02  18        MR. SILBERT:  JUST VERY, VERY BRIEFLY.

10:10:07  19      JEFF, IF YOU COULD PLEASE DISPLAY SLIDE 35 FROM

10:10:12  20   MS. ELSTEN'S SLIDES.

10:10:04  21                    **FURTHER REDIRECT EXAMINATION**

10:10:06  22   BY MR. SILBERT:

10:10:19  23   Q.  MS. ELSTEN, THIS IS SOMETHING YOU REVIEWED WHEN WE WERE IN

10:10:23  24   COURT ON WEDNESDAY, WHAT IS IT THAT'S BEING SHOWN IN THIS

10:10:26  25   SLIDE?

10:10:26  1    A.   THIS IS AN EXCERPT FROM DR. DUDA'S TRIAL TESTIMONY.

10:10:32  2    Q.   AND IF YOU WERE TO TAKE DR. DUDA AT HIS WORD IN THIS

10:10:40  3    TESTIMONY, WHAT WOULD YOU CONCLUDE ABOUT WHETHER OR NOT CLOUD

10:10:46  4    CUSTOMERS GENERALLY CARED ABOUT THE DETAILS OF THE CLI COMMANDS

10:10:49  5    THAT ARE USED?

10:10:50  6    A.   THAT THEY DO NOT.

10:10:51  7             MR. SILBERT:  THANK YOU.

10:10:52  8             MR. PAK:  NO MORE QUESTIONS, YOUR HONOR.

10:10:54  9             THE COURT:  THANK YOU.

10:10:55  10        MAY MS. ELSTEN BE EXCUSED?

10:10:56  11            MR. PAK:  YES.

10:10:56  12            THE COURT:  MS. ELSTEN, THANK YOU FOR YOUR TESTIMONY.

10:10:58  13   YOU MAY STEP DOWN.

10:11:01  14            THE WITNESS:  THANK YOU.

10:11:02  15            THE COURT:  MR. VAN NEST?

10:11:04  16            MR. VAN NEST:  MR. FERRALL WILL CALL OUR NEXT

10:11:07  17   WITNESS, YOUR HONOR.

10:11:08  18            THE COURT:  AND WHO WILL THAT BE?

10:11:09  19            MR. VAN NEST:  THAT WILL BE ANSHUL SADANA.

10:11:29  20            THE COURT:  MR. SADANA, IF YOU WOULD COME FORWARD TO

10:11:31  21   THE WITNESS STAND PLEASE AND STAND TO BE SWORN.

10:11:35  22            THE CLERK:  PLEASE BE SEATED.

10:11:35  23   **(DEFENDANT'S WITNESS, ANSHUL SEDANA, WAS SWORN.)**

10:11:35  24            THE WITNESS:  YES.

10:11:35  25   ///

**DIRECT EXAMINATION**

10:12:05  1
10:12:05  2    BY MR. FERRALL:
10:12:06  3    Q.   GOOD MORNING, MR. SADANA.
10:12:07  4    A.   GOOD MORNING.
10:12:08  5    Q.   YOU ARE HERE FOR YOUR SECOND APPEARANCE?
10:12:13  6    A.   THAT'S RIGHT.
10:12:13  7    Q.   IF YOU COULD, PLEASE REINTRODUCE YOURSELF TO THE JURY.
10:12:15  8    A.   I'M ANSHUL SADANA.  I'M THE CHIEF CUSTOMER OFFICER AT
10:12:19  9    ARISTA.
10:12:19  10   Q.   AND WHAT ARE YOUR RESPONSIBILITIES AS CHIEF CUSTOMER
10:12:23  11   OFFICER?
10:12:25  12   A.   MYSELF AND MY TEAM ARE RESPONSIBLE FOR DEFINING OUR
10:12:30  13   PRODUCT REQUIREMENTS SELLING OUR PRODUCTS TO OUR CUSTOMERS AND
10:12:34  14   SUPPORTING THEM GLOBALLY.
10:12:35  15   Q.   AND HOW LONG HAVE YOU BEEN AT ARISTA?
10:12:38  16   A.   I HAVE NOW BEEN THERE OVER NINE YEARS.
10:12:41  17   Q.   MR. SADANA, YOU WILL EXCUSE ME THAT I'M GOING TO GO
10:12:45  18   STRAIGHT TO THE SUBSTANCE.  WE HAVE BEEN HERE FOR A LONG TIME
10:12:48  19   AND LET'S JUST GET RIGHT TO THE POINT.
10:12:52  20        THERE'S BEEN A LOT OF TALK IN THIS TRIAL ABOUT CLOUD
10:12:55  21   NETWORKING.  AND WHAT I WOULD LIKE TO ASK YOU TO DO IS PLEASE
10:13:02  22   EXPLAIN TO THE JURY THE DIFFERENCE BETWEEN CLOUD NETWORKING AND
10:13:06  23   TRADITIONAL NETWORKING.
10:13:07  24   A.   SURE.  LET'S START WITH TRADITIONAL LEGACY NETWORKING.
10:13:10  25        IN TRADITIONAL NETWORKING, YOU JUST HAVE A FEW SERVERS

10:13:15  1    SUPPORTING YOUR APPLICATION.  SO MAYBE YOU ARE CHECKING YOUR

10:13:18  2    E-MAIL, SO YOUR REQUEST, IT GOES TO ONE SERVER.

10:13:21  3         IN CLOUD NETWORKING, THE APPLICATIONS WORK DIFFERENTLY.

10:13:25  4    FOR EXAMPLE, FACEBOOK OR GOOGLE OR AMAZON OR MICROSOFT, WHEN

10:13:32  5    YOU BUILD A CLUSTER OF SERVERS, ALL THE SERVERS WORK AS ONE

10:13:36  6    LARGE COMPUTER.  YOU COULD HAVE MORE THAN 100,000 SERVERS

10:13:42  7    ACTING AS ONE TO GIVE YOU RESULTS BACK.

10:13:44  8    Q.   CAN YOU GIVE THE JURY AN EXAMPLE OF HOW, WITH CLOUD

10:13:48  9    NETWORKING COMPANIES, THESE THOUSANDS OR HUNDRED THOUSANDS OF

10:13:51  10   SERVERS WORK TOGETHER?

10:13:53  11   A.   SURE.  LET'S TAKE FACEBOOK AS AN EXAMPLE.

10:13:57  12        WHEN WE, AS INDIVIDUALS, USE FACEBOOK, YOU SEND A REQUEST

10:14:02  13   TO LOG IN TO THE PAGE.  THAT ONE REQUEST RESULTS IN MORE THAN

10:14:08  14   5,000 LOOK UPS WITHIN THE FACEBOOK DATA CENTER.

10:14:11  15        SO ALL THE SERVERS ARE TALKING TO EACH OTHER, AND VERY

10:14:15  16   QUICKLY YOU GET A RESPONSE BACK TELLING YOU WHO YOUR FRIENDS

10:14:18  17   ARE, WHAT ARE THEIR UPDATES, THEIR COMMENTS, ADVERTISEMENTS AND

10:14:22  18   SO ON.  ALL IN LESS THAN ONE SECOND.

10:14:24  19        THAT'S ONLY POSSIBLE WHEN ALL THESE SERVERS, THOUSANDS OF

10:14:27  20   SERVERS TALK TO EACH OTHER ON THE BACKSIDE.  FOR EVERY ONE

10:14:32  21   PACKET YOU SEND IN, MORE THAN 99 PERCENT OF THEIR TRAFFIC,

10:14:38  22   FACEBOOK'S TRAFFIC IS ACTUALLY WITHIN THEIR DATA CENTERS

10:14:41  23   BETWEEN THOSE SERVERS.  INTERCONNECTING THESE SEARCHERS IS WHAT

10:14:45  24   WE CALL CLOUD NETWORKING.

10:14:46  25             MR. FERRALL:  OKAY.  IF WE COULD PULL UP SLIDE 5,

10:14:51   1       MR. DAHM, FROM MR. SADANA'S DEMONSTRATIVES.

10:14:54   2       Q.   MR. SADANA, IF YOU COULD USE THIS TO HELP EXPLAIN THE

10:14:58   3   CHALLENGE OF PERFORMING THAT CLOUD NETWORKING FUNCTION IN A

10:15:04   4   TRADITIONAL NETWORKING ENVIRONMENT.

10:15:07   5       A.   ABSOLUTELY.

10:15:09   6           IN THIS DIAGRAM, EACH OF THE SMALL BLOCKS AT THE BOTTOM IS

10:15:16   7   A GROUP OF ABOUT 500 SERVERS.  SO IN TRADITIONAL NETWORKING,

10:15:19   8   YOU WOULD CONNECT THESE 500 NETWORKING SERVERS WITH JUST ONE

10:15:23   9   MORE LAYER OF SWITCHES TO AGGREGATE THEM TOGETHER.

10:15:31  10           BUT AS YOU SCALE OUT THE CLUSTER, YOU TAKE A BLOCK OF 500

10:15:35  11   SERVERS AND ANOTHER 500, YOU CONNECT IT TOGETHER WITH ONE MORE

10:15:38  12   LAYER OF SWITCHES, WHICH IS THE SECOND LAYER OF SWITCHES OVER

10:15:41  13   HERE ON NUMBER TWO.

10:15:42  14           THEN YOU TAKE THESE THOUSAND SERVERS AND ANOTHER THOUSAND

10:15:44  15   SERVERS AND CONNECT THEM TOGETHER WITH ONE MORE LAYER OF

10:15:48  16   SWITCHES, WHICH IS THE LAYER NUMBER THREE.

10:15:50  17           THEN YOU TAKE 2000 SERVERS AND ANOTHER THOUSAND AND

10:15:55  18   CONNECT THEM TOGETHER WITH A FOURTH LAYER OF SWITCHES.

10:15:57  19           AND THIS RESULTS WITH A LARGE VERY EXPENSIVE HIERARCHICAL

10:16:00  20   NETWORK.  AND WITH CLOUD NETWORKING, WE CAN FLATTEN ALL OF THIS

10:16:04  21   BY COLLAPSING THESE LAYERS INTO JUST TWO LAYERS OF SWITCHES,

10:16:07  22   THE TOP OF RACK AND THE SPINE, THAT ALLOWS YOU TO SIGNIFICANTLY

10:16:10  23   LOWER YOUR COST, BUT IT ALSO GIVES YOU THE PERFORMANCE TO

10:16:14  24   INTERCONNECT ALL YOUR SERVERS TOGETHER TO SERVE THESE

10:16:17  25   APPLICATIONS.

10:16:18  1    Q.   OKAY.  I WOULD LIKE TO GO BACK TO THE -- WELL, IF YOU

10:16:23  2    COULD LOOK AT EXHIBIT 8197 IN YOUR BINDER, MR. SADANA.

10:16:30  3    A.   SURE.

10:16:30  4    Q.   WHAT IS THAT?

10:16:31  5    A.   THIS IS NETWORK DESIGN I HAVE DONE FOR MICROSOFT AZURE IN

10:16:37  6    THE 2009 TIMEFRAME.

10:16:40  7         MR. FERRALL:  YOUR HONOR, I WOULD MOVE 8197 IN

10:16:43  8    EVIDENCE.

10:16:43  9         THE COURT:  ANY OBJECTION?

10:16:44  10        MR. NELSON:  I DON'T KNOW WHO DREW IT.

10:16:47  11        MR. FERRALL:  MR. SADANA, WHO DREW 8197?

10:16:50  12        THE WITNESS:  I DREW THIS MYSELF.

10:16:53  13        MR. NELSON:  IT'S OKAY, YOUR HONOR.

10:16:54  14        THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

10:16:56  15    (DEFENDANT'S EXHIBIT 8197 WAS ADMITTED INTO EVIDENCE.)

10:16:56  16    BY MR. FERRALL:

10:17:01  17    Q.   SO THIS IS A LITTLE BIT LOW TECH FOR A HIGH-TECH ISSUE,

10:17:05  18    BUT CAN YOU TELL ME, MR. SADANA, WHAT YOU DREW HERE IN 2009 FOR

10:17:12  19    MICROSOFT.

10:17:12  20    A.   IN 2009, MICROSOFT WAS LOOKING FOR A DESIGN TO

10:17:17  21    INTERCONNECT 4,000 COMPUTER SERVERS ON THE LEFT SIDE, YOU SEE

10:17:21  22    THAT AT THE BOTTOM, AND 500 STORAGE NODES, STORAGE SERVERS,

10:17:27  23    TOGETHER IN ONE LARGE CLUSTER.

10:17:30  24         THIS ALLOWED THEM TO FORM MICROSOFT AZURE WHICH IS WHERE

10:17:33  25    MANY COMPANIES NOW STORED THEIR FILES.

10:17:35   1   Q.   AND LET ME ASK YOU TO EXPLAIN THAT BECAUSE WE ALL KNOW

10:17:39   2   MICROSOFT.   BUT EXPLAIN, AGAIN, WHAT'S MICROSOFT AZURE?

10:17:44   3   A.   SURE.

10:17:46   4        MICROSOFT IS A FAIRLY LARGE COMPANY, AND FOR DECADES THEY

10:17:49   5   WERE SELLING WINDOWS AND RELATED SOFTWARE.   BUT STARTING IN THE

10:17:55   6   2008/2009 TIMEFRAME, THEY STARTED A CLOUD GROUP CALLED AZURE.

10:17:59   7        AND WHAT THAT APPLICATION OR GROUP DOES IS THEY BUILD

10:18:02   8   LARGE DATA CENTERS AND THEY HOST THE APPLICATIONS FROM MANY

10:18:08   9   ENTERPRISES, HUNDREDS OF THOUSANDS OF COMPANIES STORING THEIR

10:18:11  10   DATA IN THE CLOUD AS WELL AS RUNNING THEIR APPLICATIONS IN THE

10:18:16  11   CLOUD.

10:18:16  12        SO MICROSOFT IS A VERY BIG PLAYER IN THIS CLOUD SPACE, IN

10:18:19  13   THE CLOUD COMPUTING SPACE.   THAT'S WHAT AZURE DOES.

10:18:23  14   Q.   OKAY.   SO IN 2009, YOU DREW THIS FOR MICROSOFT.   AND WHAT

10:18:29  15   WAS THE POINT OF WHAT ARISTA HAD TO BRING TO MICROSOFT THAT YOU

10:18:32  16   THOUGHT WAS DIFFERENT?

10:18:33  17   A.   THE COMPETITORS WERE OFFERING SIMILAR DESIGNS WITH SEVERAL

10:18:39  18   LAYERS IN THE NETWORK.   ARISTA HAD THE LEAF SWITCHES AND THE

10:18:45  19   7500, WHICH YOU HAVE SEEN THE SPINE, THE FOUR BOXES IN THE

10:18:48  20   MIDDLE, THOSE WERE, AT THAT TIME, THE HIGHEST DENSITY SWITCHES

10:18:52  21   IN THE WORLD.   THAT ALLOWED US TO BRING THIS NETWORK TO

10:18:56  22   MICROSOFT WHICH GAVE THEM COST SAVING AND A LOT OF POWER

10:19:01  23   SAVINGS, GIVEN THE LESSER EQUIPMENT THEY HAD TO USE.

10:19:03  24   Q.   WHO WAS THE COMPETITION FOR THIS DEAL?

10:19:08  25   A.   THE COMPETITION WAS PRIMARILY CISCO, CISCO WAS THE

10:19:12  1    INCUMBENT AT THE MICROSOFT AT THAT TIME, BUT DELL AND HP WERE

10:19:17  2    TRYING AS WELL, BUT THEY DID NOT HAVE SIGNIFICANT PRODUCTS AT

10:19:22  3    THAT TIME.

10:19:22  4    Q.   AND WERE YOU ABLE TO WIN THIS DEAL IN 2009?

10:19:24  5    A.   YES, WE WERE ABLE TO WIN THIS DEAL.  THIS FIRST PROJECT

10:19:28  6    BECAME THE FOUNDATION OF OUR SUCCESS WITHIN MICROSOFT.

10:19:32  7    Q.   AND CAN YOU SUMMARIZE, MR. SADANA, WHAT POINTS DID YOU

10:19:36  8    DRIVE HOME TO MICROSOFT ABOUT WHY ARISTA WOULD BE -- SHOULD BE

10:19:43  9    THE SWITCH OF CHOICE FOR THIS NEW DATA CENTER AZURE WAS

10:19:48  10   BUILDING?

10:19:48  11   A.   AT THIS TIME, WE HAD 384 PORTS IN ONE SWITCH.  THE

10:19:56  12   COMPETING PRODUCT FROM CISCO HAD ONLY 64 PORTS.  SO WE COULD

10:19:59  13   COLLAPSE MULTIPLE LAYERS, AND IN THE END, THAT RESULTED IN A

10:20:04  14   SIGNIFICANT SAVING TO MICROSOFT.

10:20:07  15       IF I CAN SUMMARIZE IN A NUT SHELL, THE COST OF POWERING UP

10:20:12  16   THE CISCO GEAR FOR THIS DESIGN, AT THAT TIME, WAS MORE THAN THE

10:20:18  17   COST OF THE ARISTA PRODUCTS, THE COST OF POWERING THE ARISTA

10:20:22  18   PRODUCTS AND OPERATING IT FOR THREE YEARS.

10:20:25  19       SO JUST THE COST OF POWERING UP THE COMPETITOR PRODUCT WAS

10:20:28  20   SO HIGH THAT WE COULD BEAT THEM WITH THIS CONDENSED DESIGN.

10:20:32  21   Q.   DID MICROSOFT REQUIRE A CISCO-LIKE CLI FOR THIS PROJECT?

10:20:38  22   A.   NO, MICROSOFT DID NOT REQUIRE A CISCO-LIKE CLI.

10:20:42  23   Q.   DID YOU PROMOTE THE SIMILARITY OF YOUR CLI TO CISCO'S IN

10:20:49  24   ATTEMPTING TO WIN THIS DEAL?

10:20:52  25   A.   WE GENERALLY MENTION IT ON OUR SALES COLLATERAL, BUT THE

10:20:56  1    CLI WAS NOT A TOPIC OF DISCUSSION WITH MICROSOFT.  THE FOCUS

10:21:00  2    WAS STORAGE IN AZURE TO BUILD THIS DESIGN.

10:21:02  3    Q.   THERE'S BEEN SOME DISCUSSION, MR. SADANA, OF THE USE OF

10:21:06  4    AUTOMATION TOOLS BY CLOUD NETWORKING COMPANIES; ARE YOU

10:21:09  5    FAMILIAR WITH THAT, GENERALLY?

10:21:10  6    A.   YES, I AM.

10:21:11  7    Q.   AND HAVE YOU BECOME FAMILIAR AS PART OF YOUR DUTIES AT

10:21:15  8    ARISTA WITH THE NATURE OF AUTOMATION THAT YOUR CUSTOMERS DO

10:21:19  9    WITH ARISTA PRODUCTS?

10:21:20  10   A.   YES, I DO.

10:21:22  11   Q.   AND IF CLOUD COMPANIES WHO USE AUTOMATION, EMBED A CLI

10:21:32  12   COMMAND IN THE AUTOMATION TOOLS, DO YOU HAVE A SENSE ABOUT

10:21:37  13   WHETHER HAVING A FAMILIAR CLI COMMAND IS IMPORTANT TO THOSE

10:21:42  14   CUSTOMERS?

10:21:43  15   A.   NO, IT'S CERTAINLY NOT.  WHEN YOU EMBED A CLI COMMAND IN

10:21:49  16   AN AUTOMATION SOFTWARE, IT'S ONE COMPUTER PROGRAM TALKING TO

10:21:52  17   THE SWITCHES.

10:21:53  18       SO IT DOESN'T MATTER WHAT COMMAND YOU USE BECAUSE YOU ARE

10:21:56  19   NOT TRYING TO USE A FAMILIAR CLI WITH A HUMAN BEING.  YOU COULD

10:21:59  20   HAVE ANYTHING IN THAT STRING AT THAT POINT AND THE PROGRAM WILL

10:22:03  21   STILL BE ABLE TO AUTOMATE THE NETWORK.

10:22:05  22   Q.   MR. SADANA, GOING BACK TO THE 2009 TIMEFRAME, THE JURY HAS

10:22:09  23   HEARD SOME TESTIMONY FROM YOU FROM YOUR DEPOSITION.  AND AMONG

10:22:13  24   THE THINGS THEY HEARD WAS THAT IN THAT TIMEFRAME, HAD ARISTA

10:22:18  25   ADOPTED A DIFFERENT CLI, IT WOULD HAVE ONLY BEEN ABLE TO SELL

SEDANA DIRECT EXAM BY MR. FERRALL

10:22:25  1     ITS SWITCHES TO VERY FEW CUSTOMERS; DO YOU RECALL THAT

10:22:29  2     DEPOSITION TESTIMONY YOU GAVE?

10:22:30  3     A.   YES, I DO.

10:22:31  4     Q.   CAN YOU TELL THE JURY WHAT YOU HAD IN MIND WHEN YOU

10:22:34  5     PROVIDED THAT TESTIMONY?

10:22:36  6     A.   IN 2008/2009 TIMEFRAME, WE HAD ONE COMPETITOR WHICH IS

10:22:42  7     CISCO, ENTRENCHED IN EVERY MAJOR ENTERPRISE.

10:22:47  8         AT THE SAME TIME, WE WERE MEETING WITH THE CLOUD

10:22:50  9     COMPANIES.  WE HADN'T HAD ANY MAJOR WINS WITH THE COMPANIES AT

10:22:57  10    THAT TIME, BUT WE WERE MEETING WITH THEM.

10:22:59  11        WHEN I SAID VERY FEW COMPANIES, VERY FEW CUSTOMERS, WHAT I

10:23:03  12    MEANT WAS REFERRING TO ALL THESE CLOUD COMPANIES, THAT WAS NOT

10:23:07  13    OUR CAUSE, BUT THAT WAS EARLY ON IN THE LIFE OF OUR COMPANY.

10:23:10  14    Q.   DID YOU HAVE CLOUD COMPANIES AS CUSTOMERS IN 2008/2009?

10:23:15  15    A.   THEY HAD PURCHASED A FEW SWITCHES FOR THEIR LABS, BUT

10:23:19  16    THERE WAS NO DEPLOYMENT IN THE PRODUCTION DATA CENTERS.

10:23:22  17    Q.   AND HOW MANY CUSTOMERS DID YOU HAVE IN TOTAL IN, LET'S

10:23:25  18    SAY, 2009?

10:23:26  19    A.   AT THAT TIME FRAME, WE HAD ABOUT 100 TO 200 CUSTOMERS.

10:23:31  20    Q.   HAVE YOU NOTICED ANY TRENDS IN THE NETWORKING INDUSTRY

10:23:35  21    SINCE 2009 RELATING TO HOW CUSTOMERS DESIRE A CISCO-LIKE CLI?

10:23:46  22    A.   IN OUR EARLY DAYS, ESPECIALLY THE ENTERPRISE CUSTOMERS,

10:23:50  23    WOULD TALK ABOUT INDUSTRY STANDARD CLI OR FAMILIAR CLI, BUT THE

10:23:55  24    CLOUD COMPANIES HAVE GONE AHEAD AND AUTOMATED THE

10:23:57  25    INFRASTRUCTURE.

10:23:59    1          IF YOU LOOK AT OUR DATA CENTER FROM MICROSOFT OR FACEBOOK,

10:24:04    2    EACH FACILITY IS THE SIZE OF FOUR FOOTBALL FIELDS.  NO HUMAN

10:24:08    3    BEING CAN PHYSICALLY GO AND CAN CONFIGURE ITS DEVICE, IT HAS TO

10:24:13    4    BE AUTOMATED.

10:24:14    5          BUT AS THESE CLOUD COMPANIES PUBLISHED THEIR WORK ON

10:24:17    6    INTERNET, ON CONFERENCES AND ON VIDEOS, NEWS SPREAD QUICKLY.

10:24:20    7          SO MANY MORE COMPANIES, TODAY, WANT TO AUTOMATE THEIR

10:24:24    8    INFRASTRUCTURES.  AND THERE'S A TREND IN NETWORKING, THERE'S

10:24:27    9    BEEN A DRAMATIC CHANGE SINCE WE STARTED OUT, WHERE MORE

10:24:31   10    COMPANIES ARE AUTOMATING SOFTWARE-DEFINED NETWORKING TO CHANGE

10:24:34   11    THE WAY THEY OPERATE OR MANAGE THE NETWORK.

10:24:36   12    Q.   DOES ARISTA STILL INTERACT WITH CUSTOMERS OR POTENTIAL

10:24:41   13    CUSTOMERS WHO SEEK A CISCO-LIKE CLI?

10:24:44   14    A.   THERE ARE A FEW IN THE ENTERPRISE SPACE, EVEN TODAY.

10:24:48   15    Q.   NOW IN 2009, THERE WAS A STUDY DONE BY MR. DAVE HEYMAN AT

10:25:00   16    ARISTA REGARDING USABILITY; ARE YOU FAMILIAR WITH THAT?

10:25:03   17    A.   YES, I AM.

10:25:04   18    Q.   AND WHAT WAS THE PURPOSE OF THAT STUDY?

10:25:09   19    A.   THAT STUDY WAS DONE TO EDUCATE OUR SALES TEAM AND

10:25:15   20    CUSTOMERS THAT TRANSITIONING TO ARISTA PRODUCTS WAS NOT GOING

10:25:18   21    TO BE TOO HARD, THAT WAS GENERALLY A WAY CUSTOMERS WOULD HAVE

10:25:23   22    IF THEY WERE LOOKING AT NEW EQUIPMENT.

10:25:26   23          AND THAT USABILITY STUDY WAS DONE TO SHOW THAT IT IS

10:25:28   24    POSSIBLE, IT'S FAIRLY EASY FOR THEM TO TRANSITION TO THE ARISTA

10:25:32   25    PRODUCT.

10:25:33   1          ALL OUR OTHER COMPETITORS THAT WE ARE COMPETING WITH, HP,

10:25:37   2   BNT, FORCE10, WERE ALSO USING THE SAME KIND OF CLI.  SO OUR

10:25:45   3   COMPETITORS WERE ALSO USING THE SAME TYPE OF CLI, SO OUR

10:25:50   4   USABILITY STUDY WAS DONE TO SHOW THAT WE WERE ALSO IN LINE WITH

10:25:54   5   THE INDUSTRY TREND.

10:25:55   6   Q.   HAS ARISTA PREPARED SIMILAR USABILITY STUDIES SINCE 2009?

10:26:00   7   A.   NO, AFTER THAT WE HAVE NOT DONE SUCH A STUDY.

10:26:06   8   Q.   MR. SADANA, I WANT TO RETURN TO MICROSOFT.

10:26:09   9          MR. FERRALL:  MR. DAHM, CAN YOU PULL UP EXHIBIT 4262,

10:26:12  10   PLEASE.

10:26:28  11   Q.   MR. SADANA, DO YOU RECOGNIZE THIS AS AN E-MAIL THAT YOU

10:26:34  12   WERE COPIED ON?

10:26:35  13   A.   YES, I DO.

10:26:36  14   Q.   AND DO YOU KNOW MR. CALLAWAY?

10:26:39  15   A.   YES, I DO.

10:26:40  16   Q.   WHERE IS HE?

10:26:41  17   A.   MR. CALLAWAY WORKS IN MY ORGANIZATION.  HE'S ONE OF THE

10:26:46  18   SUPPORT ENGINEERS WE HAD ASSIGNED TO BE ON-SITE AT MICROSOFT AT

10:26:51  19   THAT TIME.

10:26:51  20   Q.   AND IF WE COULD GO DOWN, MR. DAHM, TO THE BOTTOM HALF OF

10:26:55  21   THIS E-MAIL.

10:26:58  22          ARE YOU FAMILIAR WITH MR. MITCHELL?

10:27:01  23   A.   YES, I AM.

10:27:02  24   Q.   AND WHAT'S GNS?

10:27:05  25   A.   SO MICROSOFT WAS SEPARATED INTO DIFFERENT GROUPS, AND

10:27:11  1    AZURE AND BING, WHICH ARE THE LARGE CLOUD PIECES OF MICROSOFT,

10:27:17  2    ARE SEPARATE.  AND GNS WAS THE NETWORKING TEAM OPERATING THE

10:27:22  3    OTHER GROUPS WITHIN MICROSOFT AT THAT TIME.

10:27:24  4    Q.   DO YOU RECALL THIS CORRESPONDENCE WITH MICROSOFT?

10:27:29  5    A.   WHEN JUSTIN SENT IT TO ME, YES, I DO.

10:27:33  6    Q.   CAN YOU EXPLAIN WHAT THE CONTEXT OF THIS CONVERSATION WAS

10:27:37  7    WITH MICROSOFT?

10:27:38  8    A.   MICROSOFT WAS TRYING TO TURN ON IPV6 ON OUR PRODUCTS AT

10:27:41  9    THAT TIME.  SO THEY WERE ASKING FOR IPV6-RELATED FUNCTIONALITY

10:27:45 10    THROUGH OUR JUSTIN AT THIS TIME.

10:27:49 11    Q.   DID YOU UNDERSTAND MICROSOFT TO BE REQUESTING SPECIFIC

10:27:52 12    WORDS AND COMMANDS?

10:27:54 13    A.   NO, THEY WERE ASKING FOR IPV6 FUNCTIONALITY, NOT SPECIFIC

10:27:58 14    WORDS AND COMMANDS AT THAT TIME.

10:28:03 15    Q.   OKAY.

10:28:03 16         MR. FERRALL:  YOU COULD PUT THAT DOWN, MR. DAHM.

10:28:06 17    Q.   STICKING WITH MICROSOFT, WAS THERE ANOTHER WIN,

10:28:11 18    SUBSTANTIAL WIN AT MICROSOFT AFTER THE 20101 YOU TALKED ABOUT?

10:28:15 19    A.   YES.  WE DID WIN VERY LARGE PROJECT IN 2013 CALLED

10:28:21 20    MICROSOFT V14, IT WAS THEIR 2014 DESIGN.

10:28:26 21    Q.   AND FOR WHAT PART OF MICROSOFT WAS THAT?

10:28:28 22    A.   THAT WAS FOR MICROSOFT BING AND MICROSOFT AZURE, WHICH

10:28:32 23    WERE THE CLOUD TEAMS AT THAT TIME.

10:28:33 24    Q.   CAN YOU GIVE SOME SENSE ABOUT WHAT THE SIZE OF THE NETWORK

10:28:39 25    WAS THAT MICROSOFT WAS SETTING UP IN ITS PROJECT?

10:28:43  1    A.   SO THE BING 14 WE DESIGNED AND THE AZURE BING 14 WERE TO

10:28:49  2    CONNECT MORE THAN 200,000 SERVERS IN EACH CLUSTER.  AND THE

10:28:54  3    TOTAL PROJECT WAS FOR INTERCONNECTING MORE THAN 1 MILLION

10:28:58  4    SERVERS IN SEVERAL DATA CENTERS THAT THEY WERE BUILDING.

10:29:02  5    Q.   AND WHO WAS THE COMPETITION FOR THE DEAL IN 2013 OR 2014?

10:29:09  6    A.   THE PRIMARY COMPETITOR WAS CISCO, ALTHOUGH HP AND THEY

10:29:14  7    WERE ALSO BUILDING PRODUCTS, BUT IT WAS REALLY BETWEEN US AND

10:29:17  8    CISCO.

10:29:18  9    Q.   AND TO YOUR RECOLLECTION, WHAT WERE THE FACTORS THAT

10:29:23  10   AFFECTED THE OUTCOME OF THAT DEAL IN 2014?

10:29:29  11   A.   SO THIS WAS IN 2013, IT'S CALLED V14.  IN 2013, WE HAD A

10:29:38  12   PRODUCT THAT HAD THE WORLD'S HIGHEST DENSITY OF 40 GIGABIT

10:29:42  13   ETHERNET PORTS.

10:29:43  14        OUR COMPETITOR, CISCO, AT THAT TIME, DID NOT HAVE HIGH

10:29:49  15   DENSITY 40 GIGABIT ON THEIR PRODUCTS.  SO THAT ONE FACTOR ALONE

10:29:53  16   RESULTED IN A WIN FOR US.

10:29:55  17        OF COURSE, EVERYTHING ELSE HAD TO WORK, BUT THE ONE SINGLE

10:30:06  18   FACTOR CONTRIBUTING FACTOR IS THE PORT DENSITY OF 40 GIG ON THE

10:30:12  19   ARISTA 7500 WAS THE NEXUS 7000, NEXUS 7000 DID NOT HAVE IT AT

10:30:16  20   THAT TIME, WE WERE ROUGHLY ONE YEAR AHEAD.

10:30:18  21   Q.   AND THE NEXUS 7000 BEING THE CISCO, THE PRODUCT THAT WAS

10:30:23  22   IN COMPETITION FOR THIS DEAL?

10:30:24  23   A.   THAT'S CORRECT.

10:30:25  24   Q.   ALL RIGHT.  LET ME ASK YOU ABOUT ONE MORE EVENT, AND THAT

10:30:31  25   IS FACEBOOK.  THAT'S ANOTHER LARGE ARISTA CUSTOMER, CORRECT?

10:30:34  1      A.   THAT'S CORRECT.

10:30:35  2      Q.   CAN YOU TELL THE JURY ABOUT A DEAL WITH FACEBOOK OF

10:30:39  3      SIGNIFICANCE?

10:30:40  4      A.   WITH FACEBOOK WE HAD A VERY LARGE, IT WAS THE END OF 2013,

10:30:46  5      EARLY 2014.  AND IN MID-2013 FACEBOOK HAD ISSUED AN RFP TO

10:30:54  6      INTERCONNECT HUNDREDS OF THOUSANDS OF SERVERS TOGETHER IN A

10:30:57  7      SPECIFIC DESIGN.

10:30:58  8      Q.   AND MR. SADANA, RFP IS A REQUEST FOR PROPOSAL?

10:31:01  9      A.   THAT'S CORRECT.  THIS WAS THEIR FORMAL REQUEST FOR

10:31:03  10     PROPOSAL FOR PRODUCTS AND COSTS AND TECHNICAL REQUIREMENTS.

10:31:08  11          AND WE SUBMITTED A RESPONSE AND WE CONDUCTED A POC, A

10:31:13  12     PROOF OF CONCEPT, WITH THE CUSTOMER IN THEIR LABS.  AND THIS

10:31:20  13     WAS AROUND SEPTEMBER 2013.  WE DID NOT DO THAT WELL.

10:31:25  14     Q.   AND TO BE CLEAR, PROOF OF CONCEPT, THAT'S WHERE YOU ARE

10:31:28  15     SORT OF TESTING AGAINST THE CUSTOMER SPECIFICATIONS?

10:31:31  16     A.   THAT'S CORRECT.  AND THE CUSTOMER IS THERE TO TEST ALONG

10:31:34  17     WITH US.  SO THEY ARE THERE TO TEST ALONG WITH US SO THEY CAN

10:31:34  18     VERIFY THE RESULTS ARE CORRECT.

10:31:40  19          SO SEPTEMBER 2013, WE DID NOT DO THAT WELL.  BUT FACEBOOK

10:31:43  20     SAID FINE, YOU CAN COME BACK AND MAKE SOME IMPROVEMENTS, FIX

10:31:48  21     YOUR PROBLEMS AND COME BACK.

10:31:51  22          WHAT FACEBOOK WAS FOCUSED ON, WAS RECONVERGENCE OF THE

10:31:55  23     NETWORK.

10:31:55  24     Q.   CAN YOU EXPLAIN WHAT RECONVERGENCE IS?  ESPECIALLY,

10:31:59  25     PERHAPS TO A FACEBOOK USER, WHAT DOES THAT MEAN?

10:32:01  1      A.   YES.  AS YOU MAY KNOW, FACEBOOK GENERALLY DOESN'T GO DOWN.

10:32:08  2      IT NEEDS TO BE UP AND RUNNING 24 BY 7 BY 365.

10:32:12  3          SO WHEN YOU BUILD A DATA CENTER THAT ONE SWITCH FAILS, FOR

10:32:17  4      A SHORT WHILE, ALL THE OTHER SWITCHES HAVE TO SEND TRAFFIC TO A

10:32:20  5      DIFFERENT PATH.  THEY RECALCULATE THEIR PATH.  AND THAT RESULTS

10:32:25  6      IN A SMALL DISRUPTION.  IT CAN TAKE SOMETIMES ONE OR

10:32:29  7      TWO SECONDS, AND FACEBOOK WILL BE DOWN FOR ONE OR TWO SECONDS.

10:32:32  8      NO ONE WANTS THAT.

10:32:33  9          SO FACEBOOK REQUIRED THAT THE NETWORK RECONVERGE, AS

10:32:38  10     QUICKLY AS POSSIBLE SO THAT THE END USER DOES NOT SEE ANY DOWN

10:32:41  11     TIME.

10:32:41  12     Q.   AND HOW DID ARISTA DO IN THE SECOND TIME?

10:32:45  13     A.   WE WORKED AROUND THE CLOCK, AND ABOUT TWO OR THREE MONTHS

10:32:50  14     AFTER THAT WE RESUBMITTED A NEW VERSION OF OUR OPERATING SYSTEM

10:32:53  15     AND WE MANAGED TO RECONVERGE SIGNIFICANTLY FASTER, AND WE WERE

10:32:59  16     MORE THAN TEN TIMES FASTER THAN OUR COMPETITION AT THAT POINT,

10:33:05  17     AS FOR FACEBOOK, AND THAT'S WHY THEY GAVE US THE AWARD.

10:33:10  18     Q.   DID THE SELECTION OF CLI COMMANDS COME UP IN THE

10:33:14  19     DISCUSSION WITH FACEBOOK FOR THAT PROJECT?

10:33:16  20     A.   NO, THE CLI WAS NOT A FOCUS OF DISCUSSION, IT WAS VERY

10:33:20  21     MUCH THE DESIGN THEY WANTED WITH THE RECONVERGENCE THAT THEY

10:33:24  22     WERE LOOKING FOR.

10:33:26  23          MR. SILBERT:  I HAVE NO FURTHER QUESTIONS.

10:33:28  24          THANK YOU, MR. SADANA.

10:33:28  25          THE COURT:  THIS WOULD BE A GOOD TIME FOR OUR MORNING

10:33:31  1    BREAK, THEN, BEFORE THE CROSS-EXAMINATION.

10:33:32  2              MR. NELSON:  THANK YOU, YOUR HONOR.

10:33:33  3              THE COURT:  LET'S TAKE A 15-MINUTE BREAK.

10:33:35  4         (RECESS FROM 10:33 A.M. UNTIL 10:49 A.M.)

10:49:38  5              THE COURT:  ALL RIGHT.  WE ARE BACK ON THE RECORD.

10:50:11  6    PLEASE BE SEATED EVERYONE.  ALL OF OUR JURORS ARE HERE.

10:50:14  7         AND MR. NELSON, IS THIS YOUR CROSS-EXAMINATION?

10:50:16  8              MR. NELSON:  IT IS, YOUR HONOR.

10:50:17  9              THE COURT:  GO AHEAD, PLEASE.

10:50:18  10                   **CROSS-EXAMINATION**

10:50:19  11   BY MR. NELSON:

10:50:28  12   Q.   GOOD MORNING, SIR.

10:50:29  13   A.   GOOD MORNING.

10:50:30  14   Q.   I JUST HAVE A FEW QUESTIONS FOR YOU, AND SEE IF I CAN

10:50:33  15   FIGURE SOME OF THIS OUT, OKAY.

10:50:35  16        SO YOU STARTED, LIKE, 2007; DOES THAT SOUND ABOUT RIGHT?

10:50:40  17   AT ARISTA.

10:50:40  18   A.   THAT'S RIGHT.  I STARTED JULY 2007.

10:50:42  19   Q.   OKAY.  AND IT'S BEEN YOUR JOB RESPONSIBILITY FROM THE

10:50:46  20   BEGINNING TO GET FEEDBACK FROM CUSTOMERS ABOUT THE PRODUCT;

10:50:49  21   RIGHT?

10:50:49  22   A.   SINCE I JOINED -- YES.

10:50:50  23   Q.   INCLUDING THE CLI; RIGHT?

10:50:52  24   A.   INCLUDING FEATURE REQUESTS.  THE FEATURE REQUESTS OFTEN

10:50:58  25   RESULT IN RELATED COMMANDS, BUT IN MOST CASES ARE LARGELY THE

```
10:51:03   1    REQUESTS THAT I FOCUS ON HAVE BEEN ABOUT THE PRODUCT

10:51:06   2    REQUIREMENTS, WHICH ARE THE FUNCTIONALITY OF THE PRODUCT OR THE

10:51:09   3    NUMBER OF PORTS AND SO ON, NOT SPECIFICALLY JUST THE CLI.

10:51:13   4    Q.   I DON'T THINK THAT'S WHAT I ASKED.

10:51:16   5         ONE OF THE THINGS THAT YOU GET FEEDBACK ON IS THE CLI;

10:51:19   6    RIGHT, FROM CUSTOMERS?

10:51:21   7    A.   CUSTOMERS OFTEN ASK FOR CERTAIN COMMANDS, NOT THE OVERALL

10:51:27   8    CLI, I UNDERSTAND IF THAT'S WHAT YOU ARE REFERRING TO.

10:51:32   9    Q.   OKAY.  SIR, CAN YOU TAKE A LOOK AT YOUR DEPOSITION

10:51:35  10    TRANSCRIPT, MARCH 17TH, THEY ARE IN THERE BY DATE.  IT STARTS

10:51:40  11    AT PAGE 271, LINE 19 THROUGH LINE 24.

10:51:46  12    A.   SORRY, PAGE NUMBER?

10:51:50  13    Q.   271.  LINE 19 THROUGH 24.

10:51:55  14         MR. NELSON:  MAY I GO AHEAD AND PLAY THAT CLIP,

10:51:57  15    YOUR HONOR?

10:51:57  16         THE COURT:  WE WILL JUST LET THE WITNESS GET THERE

10:52:00  17    FIRST.  LET ME KNOW WHAT YOU'VE FOUND IT.

10:52:05  18         THE WITNESS:  OKAY.

10:52:08  19         THE COURT:  GO AHEAD.

10:52:12  20         (THE VIDEO DEPOSITION OF ANSHUL SADANA WAS PLAYED INTO THE

10:52:14  21    RECORD.)

10:52:14  22    BY MR. NELSON:

10:52:23  23    Q.   OKAY.  SO CLI, THAT'S ONE OF THE THINGS; RIGHT?

10:52:26  24    A.   SURE.

10:52:27  25    Q.   AND I THINK DURING YOUR TRIAL TESTIMONY, WHEN -- YOU WERE
```

SEDANA CROSS-EXAM BY MR. NELSON

10:52:32   1   HERE LAST WEEK; RIGHT, SO DURING YOUR TRIAL TESTIMONY LAST WEEK

10:52:35   2   YOU WERE TALKING ABOUT SOME OF THE VERTICAL MARKETS THAT ARISTA

10:52:39   3   WAS TARGETING FROM THE BEGINNING; RIGHT?

10:52:41   4   A.   THAT'S RIGHT.

10:52:42   5   Q.   AND ONE OF THOSE VERTICAL MARKETS WAS CLOUD COMPUTING FROM

10:52:46   6   THE BEGINNING; RIGHT?

10:52:47   7   A.   THAT'S RIGHT.

10:52:48   8   Q.   AND NOW, YOU AGREE, SIR, THAT YOU VIEWED HAVING AN

10:52:55   9   IOS-LIKE CLI IS A BARRIER TO ENTERING INTO THE SWITCH MARKET

10:52:58   10   FOR ARISTA, TRUE?

10:52:59   11   A.   AT THAT TIME, TRUE.

10:53:01   12   Q.   OKAY.   AND IN FACT, IN THE BEGINNING STAGES OF ARISTA'S

10:53:12   13   DEVELOPMENT, IT WAS YOUR VIEW POINT THAT ARISTA SHOULD MAINTAIN

10:53:16   14   CISCO CLI INTERFACE FOR A MAJORITY OF THE COMMANDS YOU WERE

10:53:19   15   IMPLEMENTING AS PART OF THE BASE FEATURE SET; RIGHT?

10:53:22   16   A.   GIVEN THAT WE WERE FOCUSED ON THE ENTERPRISE MARKET AT

10:53:25   17   THAT TIME MOSTLY, YES.

10:53:26   18   Q.   BUT EVEN FOR FEATURES THAT EXIST ON CISCO'S CLI, DO YOU

10:53:32   19   BELIEVE THAT YOU HAVE MORE FLEXIBILITY NOW TO DEVIATE FROM

10:53:35   20   CISCO'S CLI FOR THOSE FEATURES?

10:53:39   21   A.   DEPENDING ON THE CUSTOMER, VERTICAL, YES.

10:53:45   22   Q.   OKAY.   SIR, CAN YOU LOOK AT YOUR DEPOSITION, THE SAME ONE,

10:53:49   23   MARCH 17TH OF THIS YEAR, 2016.   WE ARE STILL 2016.   BEEN A LONG

10:53:55   24   TRIAL BUT WE ARE STILL THERE?

10:53:56   25   A.   YES, BUT WHICH PAGE?

10:53:58  1    Q.   IT IS PAGE 248.  LINES 1 TO 5.  ARE YOU THERE, SIR?

10:54:11  2    A.   YES.

10:54:11  3    Q.   AND MAY I PLAY THE CLIP, YOUR HONOR?

10:54:14  4         THE COURT:  YOU MAY.

10:54:15  5         **(THE VIDEO DEPOSITION OF ANSHUL SEDANA WAS PLAYED INTO THE**

10:54:16  6    **RECORD.)**

10:54:16  7    BY MR. NELSON:

10:54:31  8    Q.   OKAY.  SO THAT'S A TRUE STATEMENT; RIGHT, SIR?

10:54:37  9    A.   THAT'S A TRUE STATEMENT.

10:54:38  10   Q.   AND NOW SITTING HERE TODAY, DO YOU BELIEVE THAT IT'S

10:54:46  11   DESIRABLE FOR ARISTA TO HAVE THE FLEXIBILITY TO REDO COMMANDS,

10:54:50  12   IF NECESSARY, FROM THE COMMANDS THAT ARE IMPLEMENTED TO CISCO'S

10:54:53  13   CLI?

10:54:54  14   A.   AS I MENTIONED IN MY DEPOSITION, FOR THE BASE FEATURES,

10:55:00  15   NO, BECAUSE IT'S USED BY ALL THE CUSTOMERS ACROSS THE WORLD,

10:55:03  16   INCLUDING ENTERPRISES.

10:55:05  17        FOR OTHER FEATURES, YES.

10:55:06  18   Q.   OKAY.  SO FOR THE BASE FEATURES, I THINK YOU CALLED THEM

10:55:10  19   "CORE FEATURES" LAST TIME AROUND?

10:55:11  20   A.   SURE.

10:55:12  21   Q.   NO FLEXIBILITY TO DEVIATE FROM THE CISCO CLI, EVEN TODAY;

10:55:15  22   RIGHT?

10:55:15  23   A.   BECAUSE WE STILL WANT TO WIN THE ENTERPRISE CUSTOMERS AND

10:55:18  24   THAT'S THE CLI THEY ARE FAMILIAR WITH.

10:55:21  25   Q.   OKAY.  SO NOW YOU TALKED A BIT ABOUT MICROSOFT AND SOME OF

SEDANA CROSS-EXAM BY MR. NELSON

10:55:25  1    THE WINS YOU HAD AT MICROSOFT; RIGHT?

10:55:27  2    A.   THAT'S RIGHT.

10:55:27  3    Q.   BUT YOU'RE AWARE THAT CISCO STILL SELLS A LOT, HUNDREDS OF

10:55:32  4    MILLIONS OF DOLLARS OF SWITCHES TO MICROSOFT; RIGHT?

10:55:35  5    A.   YES, THEY DO.

10:55:36  6    Q.   SO YOU'RE IN COMPETITION AND CISCO WINS SOME OF THOSE

10:55:40  7    DEALS AND YOU WIN SOME OF THOSE DEALS; RIGHT?

10:55:42  8    A.   THAT'S CORRECT.

10:55:43  9    Q.   RIGHT.  SO YOU WOULD AGREE, SIR, THAT CISCO STILL MAKES

10:55:47  10   PRETTY DARN GOOD SWITCH; RIGHT?

10:55:49  11   A.   NOT REALLY.  CISCO ONLY MAKES A GOOD TOP-OF-RACK SPECIAL

10:55:53  12   FOR MICROSOFT.  THE SPINE FOR AZURE, TODAY, IS PRETTY MUCH ALL

10:55:57  13   ARISTA.

10:55:58  14   Q.   SO, SIR, WOULD IT SURPRISE YOU TO LEARN THAT I THINK MY

10:56:02  15   SON IS A BETTER HOCKEY PLAYER THAN MOST OF THE OTHER KIDS OUT

10:56:06  16   THERE?

10:56:06  17   A.   I'M NOT A HOCKEY EXPERT, BUT IF YOU WANT TO TALK CRICKET

10:56:11  18   I'M HAPPY TO HAVE A DISCUSSION.

10:56:12  19   Q.   OKAY.  I MEAN HE DOESN'T PLAY CRICKET, I'M SORRY.

10:56:15  20        NOW, YOU -- I THINK YOU SAID DURING YOUR DIRECT TESTIMONY

10:56:23  21   THAT WE HAD BEFORE THE BREAK, THAT YOU DON'T THINK CLI IS

10:56:28  22   IMPORTANT ANYMORE; IS THAT RIGHT?

10:56:31  23   A.   FOR CUSTOMERS THAT ARE AUTOMATING, THE CLI IS NOT

10:56:34  24   IMPORTANT OR A CISCO-LIKE CLI IS NOT IMPORTANT BECAUSE THEY CAN

10:56:39  25   AUTOMATE, THEY CAN TRY TO PROGRAM.

SEDANA CROSS-EXAM BY MR. NELSON

10:56:40  1    Q.   SO THEN IT WOULDN'T BE ANY SKIN OFF ARISTA'S NOSE JUST TO

10:56:44  2    TAKE IT OUT; RIGHT?

10:56:45  3    A.   DEPENDS ON THE CUSTOMER.

10:56:47  4    Q.   THAT'S WHAT I'M SAYING.  YOU SAY THAT ALL YOUR CUSTOMERS I

10:56:50  5    THINK YOU SAID YOU ARE THE VIA LEADER IN THE CLOUD COMPUTING;

10:56:54  6    RIGHT?

10:56:54  7    A.   THAT'S CORRECT.

10:56:54  8    Q.   AND YOU SAY THAT'S WHERE YOU MAKE MOST OF YOUR SALES;

10:56:57  9    RIGHT?

10:56:57  10   A.   THAT'S CORRECT.

10:56:57  11   Q.   SO, JUST TAKE IT OUT; RIGHT?

10:56:59  12   A.   BUT WE ALSO WANT TO WIN OTHER PARTS OF THE MARKET LIKE THE

10:57:03  13   ENTERPRISE.  WE HAVEN'T YET GOTTEN THERE.

10:57:04  14   Q.   OKAY.  SO WHAT YOU ARE SAYING IS THAT, EVEN YOU WOULD

10:57:07  15   AGREE, THAT YOU NEED TO HAVE THAT CISCO CLI IN ORDER TO COMPETE

10:57:11  16   WITH CERTAIN CUSTOMERS; RIGHT?

10:57:13  17   A.   AT THE LEGACY ENTERPRISE SPACE, THESE CUSTOMERS MOVE

10:57:17  18   SLOWLY.

10:57:18  19   Q.   AND THOSE ARE MARKETS THAT YOU ARE TARGETING; RIGHT?

10:57:20  20   A.   THAT'S RIGHT.

10:57:21  21   Q.   AND IN THE BEGINNING, FOR CLOUD COMPUTING, YOU BELIEVE

10:57:25  22   THAT YOU NEED A CISCO-LIKE CLI; RIGHT?

10:57:28  23   A.   NO.

10:57:29  24   Q.   WELL SIR, YOU SAID THAT YOU BELIEVE THAT HAVING THE

10:57:34  25   CISCO-LIKE CLI WAS A BARRIER TO ENTRY TO GET INTO THE MARKET;

10:57:37  1     RIGHT?

10:57:37  2     A.   THAT'S RIGHT.  IN THE 2007, 2008 TIMEFRAME, MORE THAN

10:57:43  3     80 PERCENT OF THE INFRASTRUCTURE WAS NETWORKS AND SO ON.  THE

10:57:49  4     SPIN WAS THE WITH THE ENTERPRISE CUSTOMERS.

10:57:52  5          THE CLOUD WAS VERY SMALL AT THAT TIME.  AND I DID SAY THAT

10:57:54  6     WE COULD HAVE PROBABLY A FEW CUSTOMERS, AND THAT FEW REFERS TO

10:57:58  7     THE CLOUD COMPANIES THAT WERE AUTOMATED DURING THAT TIME OF

10:58:03  8     HAVING THE DISCUSSION ON AUTOMATION.

10:58:05  9     Q.   NOW YOU SAW -- MAYBE YOU DIDN'T BECAUSE YOU WEREN'T IN THE

10:58:09  10    ROOM, BUT YOU ARE AWARE THAT THERE WAS STILL FEEDBACK FROM

10:58:13  11    MICROSOFT SAYING MICROSOFT WOULD LIKE CERTAIN CLI COMMANDS,

10:58:16  12    CORRECT?

10:58:16  13    A.   MICROSOFT GENERALLY REQUESTS FEATURES, NOT A SPECIFIC

10:58:19  14    COMMAND, THEY WANT THE FUNCTIONALITY, FOR A GIVEN FEATURE, YOU

10:58:23  15    WILL HAVE SOME CORRESPONDING CLI.

10:58:25  16    Q.   BUT SIR, YOU WOULD AGREE WITH ME THAT EVEN FOR FEATURES

10:58:35  17    THAT EXIST ON CISCO'S CLI, YOU BELIEVE THAT YOU DON'T HAVE

10:58:42  18    FLEXIBILITY NOW TO DEVIATE FROM CISCO CLI FOR THOSE FEATURES;

10:58:46  19    RIGHT?

10:58:46  20    A.   WE DON'T WANT TO HAVE TWO DIFFERENT CLI'S, ONE FOR

10:58:50  21    ENTERPRISE CUSTOMERS AND SOMETHING DIFFERENT FOR CLOUD

10:58:53  22    COMPANIES.  SO TO KEEP IT CONSISTENT, I WOULD KEEP IT THE SAME

10:58:57  23    CLI FOR ALL OUR CUSTOMERS.

10:58:58  24    Q.   SO IN OTHER WORDS, YOU DON'T HAVE FLEXIBILITY TO DEVIATE

10:59:02  25    WAS WHAT YOU WERE SAYING FROM THE CISCO-CLI, CORRECT?

10:59:07  1      A.   THERE ARE TWO THINGS.   ONE, SINCE YOU REFERRED TO THE

10:59:12  2      2007, 2008 DISCUSSION, AT THAT TIME, IT WAS CERTAINLY A BARRIER

10:59:17  3      TO ENTRY.   AND AS I MENTIONED, THE NETWORKING INDUSTRY HAS

10:59:20  4      CHANGED DRAMATICALLY, MORE AND MORE CUSTOMERS ARE AUTOMATING.

10:59:25  5           SO CAN WE WIN A LOT MORE ENTERPRISES NOW WITH A DIFFERENT

10:59:28  6      CLI, WE CAN.   BUT ARE THERE A FEW COMPANIES THAT WILL TAKE A

10:59:32  7      LONG TIME OR MAY NOT TRANSITION, YES, I STILL BELIEVE THAT.

10:59:36  8           THEN WHY HAVE DIFFERENT CLI'S, GIVEN THAT ALL OF OUR

10:59:40  9      COMPETITORS ALSO USE THE SAME TYPE OF CLI?   I THINK IT WOULD BE

10:59:43  10     UNFAIR FOR US TO CHANGE OUR CLI, AND HP OR FORCE10 THAT WE

10:59:47  11     COMPETE WITH HAVE THE SAME CLI.

10:59:49  12     Q.   OKAY, SIR, CAN YOU GO BACK TO YOUR MARCH 17, 2016 THIS

10:59:53  13     YEAR DEPOSITION, AGAIN, AND LOOK AT PAGE 248, LINES 1 TO 5.

10:59:58  14     A.   YES.

10:59:59  15     Q.   OKAY.   CAN I PLAY THAT CLIP?

11:00:01  16          THE COURT:   YES, OF COURSE.

11:00:08  17          **(THE VIDEO DEPOSITION OF ANSHUL SEDANA WAS PLAYED INTO THE**

11:00:16  18     **RECORD.)**

11:00:16  19     BY MR. NELSON:

11:00:18  20     Q.   THANK YOU, SIR.

11:00:19  21          MR. NELSON:   I DON'T HAVE ANY FURTHER QUESTIONS.

11:00:21  22          THE COURT:   THANK YOU, MR. NELSON.

11:00:22  23          MR. FERRALL, REDIRECT?

11:00:22  24          MR. FERRALL:   YES, YOUR HONOR.

11:00:28  25          THANK YOU.

**REDIRECT EXAMINATION**

BY MR. FERRALL:

Q.   ONE QUESTION MR. SADANA.

CAN YOU EXPLAIN TO THE JURY WHAT THE IMPLICATIONS FOR YOUR CUSTOMERS WOULD BE IF ARISTA WERE TO CHANGE ITS CLI NOW AFTER BEING ON THE MARKET FOR EIGHT YEARS?

A.   THIS WOULD BE A HUGE PAIN FOR THE CUSTOMERS, BECAUSE THEY HAVE SPEND THE TIME INCLUDING OUR PRODUCTS INTO THE NETWORK AND THEY HAVE LEARNED HOW TO CONFIGURE IT, THEY'VE WRITTEN SCRIPTS ON HOW TO CONFIGURE THESE SWITCHES.  AND NOW IF WE MAKE A CHANGE, THEIR ENGINEERING TEAMS WILL NOW HAVE THE BURDEN TO MAKE CHANGES TO THE NETWORK WHICH DOESN'T CHANGE THE FUNCTIONALITY OF THE NETWORK, IT'S THE SAME NUMBER OF SERVERS TALKING WITH EACH OTHER OVER THE SAME PROTOCOLS, BUT THEY WILL HAVE TO GO THROUGH THE PAIN OF CHANGING THE CLI.

Q.   I LIED.  I HAVE TWO QUESTIONS.

DID CISCO EVER TELL YOU TO CHANGE ITS CLI BEFORE THIS LAWSUIT WAS FILED?

A.   NO, THERE WAS NO COMMENT OR DISCUSSION WITH CISCO AT THE TIME TO CHANGE OUR CLI.

MR. FERRALL:  NOTHING FURTHER.

THANK YOU, YOUR HONOR.

THE COURT:  MR. NELSON?

MR. NELSON:  NOTHING FURTHER, YOUR HONOR.

THE COURT:  OKAY.  AND MR. SADANA, THANK YOU FOR YOUR

11:01:43   1      TESTIMONY.  YOU ARE FREE TO GO.

11:01:45   2          MR. VAN NEST, YOUR NEXT WITNESS?

11:01:47   3              MR. VAN NEST:  YOUR HONOR, AT THIS TIME ARISTA

11:01:49   4      NETWORKS RESTS.

11:01:50   5              THE COURT:  ALL RIGHT.  THANK YOU.

11:02:00   6          I GUESS THE BALL IS BACK IN YOUR COURT, MR. NELSON.

11:02:02   7              MR. NELSON:  OKAY.  I LIKE TO PLAY.

11:02:04   8          SO AT THIS POINT, WE WILL CALL DR. KEVIN ALMEROTH BACK TO

11:02:06   9      THE STAND, YOUR HONOR.

11:02:07  10              THE COURT:  OKAY.

11:02:09  11          AND DR. ALMEROTH IS IN THE COURTROOM.  DR. ALMEROTH, IF

11:02:11  12      YOU WOULD COME FORWARD TO THE WITNESS STAND AND STAND TO BE

11:02:14  13      SWORN.

11:02:15  14       (**PLAINTIFF'S WITNESS, DR. ALMEROTH, WAS SWORN.**)

11:02:16  15              THE WITNESS:  YES, MA'AM, I DO.  GOOD MORNING.

11:02:50  16              MR. NELSON:  YOUR HONOR, MAY HE APPROACH?

11:02:53  17              THE COURT:  OKAY.  MORE BINDERS, THAT'S GOOD.

11:03:10  18                  **DIRECT EXAMINATION IN REBUTTAL**

11:03:10  19      BY MR. NELSON:

11:03:11  20      Q.   GOOD MORNING, SIR.

11:03:12  21      A.   GOOD MORNING.

11:03:13  22      Q.   CAN YOU GO AHEAD AND REINTRODUCE YOURSELF TO US.

11:03:16  23      A.   SURE.  MY NAME IS KEVIN ALMEROTH, I'M A PROFESSOR AT UC

11:03:21  24      SANTA BARBARA, AND I'M HERE TESTIFYING ON SOME OF THE ISSUES ON

11:03:25  25      BEHALF OF CISCO.

11:03:26   1    Q.   OKAY.  THANK YOU.

11:03:27   2         AND LIKE MR. FERRALL, WE HAVE BEEN HERE A WHILE, SO I'M

11:03:30   3    GOING TO GET RIGHT TO IT INSTEAD OF GOING BACK THROUGH YOUR

11:03:34   4    BACKGROUND AND SUCH.

11:03:36   5         SO CAN YOU LOOK AT EXHIBIT 4796 IN YOUR BINDER.

11:03:43   6    A.   YES, SIR.

11:03:46   7    Q.   AND CAN YOU TELL WHAT THIS DOCUMENT IS?

11:03:49   8    A.   SURE.  IT'S A SUMMARY EXHIBIT, AND IT LISTS THE CISCO CLI

11:03:53   9    COMMANDS.  AND IT IDENTIFIES THE COPYRIGHTED WORKS IN WHICH

11:03:57  10    THOSE COMMAND EXPRESSIONS APPEAR.  SO WHAT VERSIONS OF CISCO

11:04:03  11    IOS, IOS XR, IOS XE AND NX-OS.

11:04:08  12    Q.   OKAY.  AND SO --

11:04:10  13         MR. NELSON:  YOUR HONOR, AT THIS POINT, I MOVE TO

11:04:11  14    ADMIT EXHIBIT 4796 INTO EVIDENCE.

11:04:14  15         MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

11:04:15  16         THE COURT:  IT WILL BE ADMITTED.

11:04:16  17    (PLAINTIFF'S EXHIBIT 4796 WAS ADMITTED INTO EVIDENCE.)

11:04:16  18    BY MR. NELSON:

11:04:16  19    Q.   SO CAN WE JUST PULL UP THE FIRST PAGE AND THEN YOU CAN

11:04:21  20    EXPLAIN TO US HERE WHAT'S IN THAT FIRST COLUMN.

11:04:23  21    A.   FIRST COLUMN IS THE NUMBER.  YOU MEAN THE SECOND COLUMN?

11:04:29  22    Q.   OH, SORRY, YOU ARE RIGHT.  I'M WRONG.  THE SECOND COLUMN,

11:04:36  23    SORRY.

11:04:36  24    A.   SURE.  THE SECOND COLUMN IS THE LIST OF THE COMMAND

11:04:39  25    EXPRESSIONS, THE 506 THAT HAVE BEEN AT ISSUE FOR ALMOST TWO

11:04:43   1    WEEKS NOW.

11:04:44   2    Q.   AND THEN THE FOURTH COLUMN, THE LAST ONE, CAN YOU EXPLAIN

11:04:49   3    WHAT THAT IS?

11:04:49   4    A.   THE LAST COLUMN IS THE VERSION NUMBER OF THE IOS, IOS XR,

11:04:58   5    IOS XE, AND NX-OS THAT THOSE COMMANDS APPEAR IN.  AND IT

11:05:02   6    DESCRIBES A RANGE FOR THE VERSION OF EACH OF THOSE OPERATING

11:05:07   7    SYSTEMS.

11:05:07   8    Q.   AND IF WE JUST LOOK AT THE FIRST ONE THERE, TRIPLE AN

11:05:12   9    ACCOUNTING, THERE'S MULTIPLE DIFFERENT OF THOSE USER INTERFACES

11:05:17   10   THAT ARE LISTED THERE; DO YOU SEE THAT?

11:05:19   11   A.   YES.

11:05:20   12   Q.   AND CAN YOU EXPLAIN TO US WHY THAT'S THE CASE?

11:05:22   13   A.   THAT'S THE CASE BECAUSE THERE ARE MULTIPLE VERSIONS OF

11:05:25   14   EACH OPERATING SYSTEM, AND IN EACH OPERATING SYSTEM FOR EACH OF

11:05:30   15   THE VERSIONS THAT ARE LISTED THERE, THAT COMMAND APPEARS IN

11:05:34   16   THAT VERSION OF THE OPERATING SYSTEM.

11:05:35   17   Q.   OKAY.  THANK YOU SIR.  YOU CAN SET THAT ASIDE.

11:05:47   18        NOW I WANT TO TURN TO YOUR RESPONSE TO SOME OF DR. BLACK'S

11:05:55   19   OPINIONS CONCERNING THE CREATIVITY OF THE COLLECTION OF

11:06:01   20   COMMANDS THAT ARE ASSERTED HERE.

11:06:04   21   A.   YES.

11:06:05   22   Q.   SO YOU RECALL THAT TESTIMONY?

11:06:07   23   A.   I DO.

11:06:08   24   Q.   NOW IS THERE ANYTHING THAT YOU HEARD IN THAT TESTIMONY

11:06:12   25   THAT CHANGED ANY OF YOUR OPINIONS?

11:06:14  1    A.   NO.  I STILL HOLD THE OPINION THAT THOSE COMMANDS ARE

11:06:19  2    ORIGINAL AND CREATIVE TO CISCO.

11:06:21  3    Q.   NOW, IF WE FOCUS ON SOME OF THE NEW TESTIMONY WE'VE HEARD,

11:06:26  4    IS THERE ANYTHING THAT YOU'VE HEARD AS YOU'VE BEEN HERE FOR

11:06:29  5    TRIAL AND ALSO SUPPORTS THAT?

11:06:31  6    A.   YES.  SINCE THE LAST TIME I WAS ON THE STAND, THERE HAVE

11:06:34  7    BEEN A NUMBER OF WITNESSES.  AND SEVERAL OF THOSE HAVE

11:06:37  8    TESTIFIED TO THE ORIGINALITY AND THE CREATIVITY OF THE CISCO

11:06:43  9    COMMANDS.

11:06:44  10   Q.   AND CAN YOU TELL US, FOR EXAMPLE, MR. SHAFER FROM JUNIPER,

11:06:50  11   WAS THERE ANYTHING IN HIS TESTIMONY?

11:06:52  12   A.   RIGHT.

11:06:54  13         MR. VAN NEST:  OBJECTION.

11:06:55  14       THIS IS JUST VOUCHING, YOUR HONOR, AND NOT IN HIS REPORT.

11:06:57  15         THE COURT:  SUSTAINED.  MOVE ON.

11:07:01  16         MR. NELSON:  BUT YOUR HONOR, THEY'VE COMMENTED --

11:07:04  17   THEIR EXPERTS COMMENTED ON TRIAL TESTIMONY THROUGHOUT, IN FACT,

11:07:07  18   WE JUST HEARD THAT.

11:07:07  19         THE COURT:  THEN MAYBE YOU NEED TO REPHRASE THE

11:07:09  20   QUESTION.

11:07:10  21         MR. NELSON:  OKAY.

11:07:10  22   Q.   DID YOU SEE ANYTHING FROM MR. SHAFER TO INDICATE THAT

11:07:14  23   THERE ARE DIFFERENT CHOICES FOR CREATING COMMANDS?

11:07:19  24   A.   YES, I DID.  HE TESTIFIED, MR. SHAFER DID, THAT HE

11:07:25  25   DEVELOPED THE CLI AT JUNIPER.  AND THE CLI IN JUNOS IS

```
11:07:30  1    DIFFERENT THAN ANY OF IOS OR ANY OF THE CISCO'S USER

11:07:37  2    INTERFACES.

11:07:37  3         AND IN THAT TESTIMONY, IT WAS CLEAR TO ME THAT THERE WERE

11:07:41  4    DIFFERENT CHOICES THAT COULD BE MADE FOR THE DIFFERENT

11:07:43  5    COMMANDS.

11:07:44  6    Q.   AND WHY DO YOU SAY THAT?

11:07:47  7    A.   WELL, I SAY THAT --

11:07:49  8              MR. VAN NEST:  OBJECTION, AGAIN, YOUR HONOR.

11:07:50  9         WE ARE JUST VOUCHING FOR WITNESSES THAT THE JURY HAS

11:07:53  10   HEARD, AND THEY CAN EVALUATE IT.

11:07:54  11             THE COURT:  THIS WITNESS IS FREE TO TESTIFY ABOUT THE

11:07:56  12   EVIDENCE THAT SUPPORTS THE OPINIONS HE'S RENDERED IN THE CASE.

11:08:01  13             MR. NELSON:  RIGHT.

11:08:02  14             THE COURT:  SO YOU CAN ASK THE QUESTION A DIFFERENT

11:08:04  15   WAY.

11:08:04  16   BY MR. NELSON:

11:08:04  17   Q.   SO WITH RESPECT TO MR. SHAFER AND JUNOS, DID YOU

11:08:08  18   UNDERSTAND THAT JUNOS ALSO USED SOME INDUSTRY STANDARD

11:08:13  19   TERMINOLOGY?  IN OTHER WORDS, FROM THESE PREVIOUS RFC'S THAT

11:08:18  20   WE'VE HEARD ABOUT?

11:08:19  21   A.   YES, I UNDERSTOOD THAT MR. SHAFER TESTIFIED THAT THEY WERE

11:08:24  22   IMPLEMENTING SOME OF THE SAME STANDARD PROTOCOLS BUT THEY MADE

11:08:28  23   DIFFERENT CHOICES IN THE SYNTAX, IN THE STRUCTURE OF THE

11:08:30  24   COMMANDS AND ULTIMATELY JUNOS WAS A VERY DIFFERENT USER

11:08:35  25   INTERFACE THAN WHAT CISCO HAD.
```

ALMEROTH DIRECT EXAM BY MR. NELSON                                    2520

11:08:36    1    Q.  AND HOW ABOUT IF WE MOVE ON TO THE GENTLEMAN FROM HP.  WAS

11:08:44    2    THERE ANY EVIDENCE IN THAT TESTIMONY THAT INDICATED THERE ARE

11:08:49    3    CHOICES?

11:08:49    4    A.  YES.  MR. VENKATRAMAN TESTIFIED ABOUT WHAT WAS HAPPENING

11:08:54    5    AT HP.  AND WHAT WAS INTERESTING ABOUT HIS TESTIMONY WAS THAT

11:08:59    6    HE WAS DESCRIBING THAT THERE WERE PRODUCTS THAT WOULD IMPLEMENT

11:09:03    7    THE SAME FUNCTIONALITY, BUT THEY WOULD HAVE DIFFERENT COMMANDS.

11:09:07    8        AND SOME OF THE EXAMPLES HE USED, ONE OF THEM WAS HE SAID

11:09:11    9    THAT TWO DIFFERENT PRODUCTS COULD SAVE DATA.  AND IN ONE

11:09:17   10    PRODUCT HE SAID THEY USED THE WORD "WRITE."  AND IN ANOTHER

11:09:21   11    PRODUCT THEY USED THE WORD "SAVE."

11:09:24   12        SO THAT DEMONSTRATES FOR THE SAME FUNCTIONALITY, YOU CAN

11:09:26   13    USE DIFFERENT WORDS TO ACCOMPLISH THAT FUNCTIONALITY.

11:09:28   14    Q.  NOW, SIR, I WOULD LIKE TO GO TO AN EXHIBIT THAT DR. BLACK

11:09:34   15    TALKED ABOUT.  9042, IF WE CAN PULL THAT UP.

11:09:47   16        AND DO YOU RECALL, IN GENERAL, DR. BLACK'S TESTIMONY

11:09:51   17    REGARDING THIS?

11:09:51   18    A.  YES, I DO.

11:09:52   19    Q.  NOW DO YOU THINK IT'S APPROPRIATE WHEN YOU ARE LOOKING AT

11:09:57   20    CREATIVITY OF THE SET OF COMMANDS TO SIMPLY GO AND LOOK FOR

11:10:01   21    WORDS IN PRE-EXISTING DOCUMENTS?

11:10:04   22    A.  NO.  THAT'S NOT -- IT'S NOT APPROPRIATE TO DETERMINE

11:10:08   23    WHETHER OR NOT THERE'S CREATIVITY.

11:10:10   24    Q.  AND WHY IS THAT?

11:10:12   25    A.  WELL, BECAUSE JUST FINDING THE WORDS THAT EXIST SOMEWHERE,

11:10:17  1    WHETHER IT'S AN INDUSTRY TERM OR IN A STANDARD IN A PROTOCOL

11:10:22  2    FOR EXAMPLE, DOESN'T MEAN THAT THERE'S NOT ORIGINALITY OR

11:10:25  3    CREATIVITY.

11:10:26  4        AND HERE'S AN ANALOGY, IF I GO TO THE NEWSPAPER AND I GET

11:10:31  5    A NEWS STORY, YOU WERE TALKING ABOUT HOCKEY, SO I GET A NEWS

11:10:38  6    STORY ABOUT HOCKEY.  I COULD DO THE SAME KIND OF ANALYSIS, I

11:10:41  7    COULD FIND TERMS THAT ARE COMMON TO HOCKEY, GOALIE, RIGHT WING,

11:10:46  8    BLUE LINE, STADIUM, I COULD FIND TERMS THAT WERE COMMON TO THAT

11:10:52  9    PARTICULAR TEAM, WHO THE MASCOT WAS, WHO THE PLAYERS WERE, AND

11:10:55  10   I COULD TAKE THE WHOLE STORY AND PUT IT IN THE SAME KIND OF

11:10:59  11   GRID AND COLOR.  THE SAME WORDS, BLUE, AND RED, OR BLUE AND

11:11:06  12   GREEN AND BROWN, AND BE ABLE TO SHOW THAT MOST OF THE WORDS IN

11:11:09  13   THAT STORY WERE WORDS THAT APPEARED ALREADY IN DIFFERENT

11:11:14  14   ARTICLES THAT WERE COMMON TO THE DISCUSSION OF HOCKEY.  BUT I

11:11:17  15   DON'T THINK ANYBODY WOULD LOOK AT THAT STORY AND SAY THAT IT

11:11:20  16   WASN'T CREATIVE.

11:11:22  17       WHEN YOU READ THE NEWSPAPER, YOU CAN READ DIFFERENT

11:11:24  18   STORIES OR DIFFERENT TAKES ON THE SAME GAME.  YOU COULD READ IT

11:11:27  19   FROM THE LOSER'S PERSPECTIVE, FROM THE WINNER'S PERSPECTIVE,

11:11:31  20   YOU COULD START WITH WHAT THE MOST SIGNIFICANT PLAY WAS OR WHAT

11:11:34  21   THE RESULT WAS.

11:11:36  22       IN THE SAME WAY THAT YOU DO COMMANDS FOR AN OPERATING

11:11:41  23   SYSTEM, YOU HAVE THE SAME CHOICES, YOU HAVE THE SAME CHOICES

11:11:44  24   WITH RESPECT TO DIFFERENT WORDS THAT YOU CAN USE, EVEN IF IT'S

11:11:48  25   FOR COMMANDS THAT ARE IMPLEMENTING A STANDARD.

11:11:51   1        YOU HAVE DIFFERENT WORD ORDERS THAT YOU CAN USE, AND SO

11:11:55   2   JUST LIKE A STORY THAT YOU WOULD READ IN THE NEWSPAPER, THERE'S

11:11:58   3   CREATIVITY AND ORIGINALITY IN THE WAY THAT CISCO DESIGNED ITS

11:12:03   4   USER INTERFACE.

11:12:04   5   Q.   SO WE HAVE BEEN TALKING ABOUT CREATIVITY HERE A LOT.  DO

11:12:11   6   YOU HAVE AN UNDERSTANDING OF WHAT LEVEL OF CREATIVITY IS

11:12:14   7   ACTUALLY REQUIRED?

11:12:16   8   A.   I DO.  MY UNDERSTANDING OF THE LAW AND THE LEVEL OF

11:12:19   9   CREATIVITY THAT'S REQUIRED IS REALLY A MINIMAL SPARK, IT'S A

11:12:24  10   VERY LOW STANDARD.  YOU NEED JUST SOME EVIDENCE OF SOME CHOICE

11:12:30  11   IN DESIGN, IN LIMITED CREATIVITY.  IT DOESN'T HAVE TO BE

11:12:36  12   SHAKESPEARE TO BE ABLE TO COPYRIGHT THE USER INTERFACE AND

11:12:39  13   DEMONSTRATE ITS CREATIVITY.

11:12:41  14   Q.   NOW, SIR, YOU TALKED ABOUT THE WORD ORDERING OR THE WORD

11:12:45  15   SEQUENCING; RIGHT?

11:12:47  16   A.   YES.

11:12:47  17   Q.   AND HOW DOES THAT SHOW CREATIVITY?

11:12:52  18   A.   SURE.  AND ALSO, KEEP IN MIND THAT WE HAVE TO THINK ABOUT

11:12:55  19   THIS FROM THE TIME OF CREATION.

11:12:58  20        SO IF YOU THINK ABOUT THE HIERARCHIES THAT WERE CREATED

11:13:02  21   AND THE ORDERING OF THE WORDS AND THE NEED TO HAVE FLEXIBILITY

11:13:05  22   AND EXTENSIBILITY AND A CHOICE OF WHETHER YOU CAN PUT A COMMAND

11:13:09  23   IN ONE HIERARCHY BY ORDERING THE WORDS IN ONE WAY OR PUTTING IT

11:13:13  24   INTO DIFFERENT HIERARCHIES BY ORDERING IT IN A DIFFERENT WAY, I

11:13:17  25   MEAN, THAT'S ALL PART OF THE CREATIVE PROCESS AND THE DECISION

11:13:20   1    THAT CISCO HAD TO MAKE.  AND MR. LOUGHEED AND MR. REMAKER

11:13:24   2    TESTIFIED TO THAT.

11:13:28   3    Q.   SO DO YOU AGREE WITH DR. BLACK'S OPINION THAT THE CLI

11:13:31   4    COMMANDS ARE PURELY FUNCTIONAL?

11:13:35   5    A.   NO.

11:13:35   6    Q.   AND WHY IS THAT?

11:13:37   7    A.   WELL, TAKE YOUR EXAMPLE WHAT MR. VENKATRAMAN SAID FROM HP,

11:13:42   8    THIS WAS WHAT I MENTIONED EARLIER AGAIN, ON CROSS-EXAMINATION

11:13:44   9    HE WAS ASKED ABOUT FUNCTIONS.

11:13:46  10         AND YOU COULD HAVE TWO ROUTERS OR SWITCHES WITH THE SAME

11:13:49  11    FUNCTION, BUT HE IDENTIFIED DIFFERENT COMMANDS, DIFFERENT

11:13:53  12    SYNTAX, DIFFERENT WORDS THAT CAN BE USED.

11:13:56  13         AND IF YOU'VE GOT DIFFERENT WORDS THAT CAN BE USED TO

11:13:59  14    ACCOMPLISH THE SAME FUNCTION, THEN THE WORDS AREN'T LIMITED TO

11:14:03  15    THE FUNCTIONS.

11:14:07  16    Q.   NOW, SIR, I WANT TO MOVE TO A NEW TOPIC AND TALK ABOUT

11:14:14  17    SOME OF THE FAIR USE OPINIONS?

11:14:15  18    A.   YES.

11:14:15  19    Q.   THAT DR. BLACK OFFERED.

11:14:20  20         NOW, DID YOU HEAR DR. BLACK TESTIFY THAT HE THOUGHT

11:14:24  21    ARISTA'S USE OF THE CISCO CLI WAS TRANSFORMATIVE.

11:14:29  22    A.   I DID HEAR THAT OPINION.

11:14:30  23    Q.   AND DO YOU AGREE WITH THAT?

11:14:31  24    A.   NO, I DON'T.

11:14:32  25    Q.   AND WHY IS THAT?

11:14:34  1    A.   WELL, A LOT OF THE TESTIMONY AROUND WHETHER OR NOT THE CLI

11:14:38  2    WAS TRANSFORMATIVE IS FOCUSED ON THINGS THAT WERE UNRELATED TO

11:14:43  3    THE CLI.

11:14:44  4         AND SO THE TRANSFORMATIVE ASPECTS, TO THE EXTENT THERE

11:14:49  5    WERE ANY, WEREN'T ANYTHING TO DO WITH THE CLI.

11:14:53  6         SO FOR EXAMPLE, THE DISCUSSION OF WHETHER THE FANS WERE ON

11:14:55  7    THE SIDE OF THE BOX OR WHETHER THEY PUT THEM IN THE BACK, THAT

11:14:59  8    DOESN'T HAVE ANYTHING TO DO WITH THE CLI AND WHETHER IT'S

11:15:02  9    TRANSFORMATIVE OR NOT.

11:15:03  10   Q.   SO SIR, CAN YOU TURN TO EXHIBIT 183 IN YOUR BINDER?

11:15:19  11   A.   YES.

11:15:20  12   Q.   NOW IF YOU LOOK AT THE FIRST PAGE --

11:15:27  13   A.   YES.

11:15:27  14   Q.   CAN YOU TELL US WHAT THIS IS?

11:15:29  15   A.   IT'S AN E-MAIL FROM ADAM SWEENEY, WHO IS THE VICE

11:15:32  16   PRESIDENT OF SOFTWARE AT ARISTA, AND IT'S SENT TO

11:15:37  17   MATTHEW MURRAY, AND THERE ARE A COUPLE OF CC'S, INCLUDING

11:15:41  18   KEN DUDA.

11:15:43  19        MR. NELSON:  NOW, YOUR HONOR, AT THIS POINT, I WOULD

11:15:45  20   ADMIT EXHIBIT 183 INTO EVIDENCE.

11:15:48  21        THE COURT:  ANY OBJECTION.

11:15:49  22        MR. VAN NEST:  OBJECTION, YOUR HONOR, IT LACKS

11:15:51  23   FOUNDATION.

11:15:51  24        MR. NELSON:  IT'S AN ARISTA DOCUMENT, YOUR HONOR.

11:15:58  25        MR. VAN NEST:  I WILL WITHDRAW THE OBJECTION,

11:16:00  1        YOUR HONOR.

11:16:00  2                  THE COURT:  THANK YOU.  IT WILL BE ADMITTED.

11:16:03  3        (PLAINTIFF'S EXHIBIT 183 WAS ADMITTED INTO EVIDENCE.)

11:16:03  4        BY MR. NELSON:

11:16:03  5        Q.   SO IF WE MOVE DOWN THE PAGE A BIT THERE, YOU WILL SEE

11:16:17  6        THERE THAT I THINK IT'S THE THIRD PARAGRAPH?

11:16:18  7        A.   YES.

11:16:19  8        Q.   IT SAYS, "DESPITE WHAT KEN MENTIONED IN THE BUG, I THINK

11:16:22  9        THIS IS WHAT WE WANT TO IMPLEMENT.  IT IS A STANDARD COMMAND

11:16:26 10        ACROSS CISCO SWITCHES AND WE USUALLY TRY HARD NOT TO INNOVATE

11:16:33 11        ON CLI COMMANDS WITHOUT GOOD REASON."

11:16:35 12             DO YOU SEE THAT?

11:16:36 13        A.   YES, I DO.

11:16:37 14        Q.   AND HOW DOES THAT AFFECT YOUR OPINION REGARDING

11:16:40 15        TRANSFORMATION OF THE CLI?

11:16:41 16        A.   WELL, IT'S SOME OF THE EVIDENCE THAT I RELIED ON THAT

11:16:44 17        DEMONSTRATES THAT CONTRARY TO WHAT DR. BLACK TRIED TO OFFER AS

11:16:48 18        AN OPINION, THAT SEVERAL OF THE ARISTA WITNESSES HAVE TESTIFIED

11:16:52 19        THAT THEY WANTED THE CLI TO BE THE SAME AS CISCO'S.  THEY

11:16:57 20        DIDN'T WANT TO CHANGE IT.  THEY DIDN'T WANT TO INNOVATE, THEY

11:17:02 21        WANTED TO KEEP IT THE SAME FOR VERY SPECIFIC REASONS.

11:17:04 22        Q.   NOW DID YOU SEE ANY OTHER EVIDENCE IN THE CASE THAT

11:17:08 23        INDICATED THAT THE CLI, THE CISCO CLI WAS NOT TRANSFORMED IN

11:17:13 24        THE ARISTA PRODUCT?

11:17:14 25        A.   YES.  THERE'S A LOT OF EVIDENCE.

11:17:16  1    Q.   AND WHAT IS SOME OF THAT?

11:17:18  2    A.   WELL, MR. DUDA TALKED ABOUT SLAVISHLY COPYING THE CLI.

11:17:24  3    MR. DALE ALSO TESTIFIED THAT THEY WANTED IT TO BE

11:17:28  4    99.999 PERCENT THE SAME.

11:17:33  5         THERE WAS EVIDENCE IN THE AT&T REPORT THAT I TALKED ABOUT

11:17:36  6    PREVIOUSLY WHERE YOU WANTED TO BE ABLE TO CUT AND PASTE THE

11:17:41  7    CONFIGURATION COMMANDS FROM CISCO DIRECTLY INTO ARISTA SO THAT

11:17:46  8    IT WOULD STILL BE ABLE TO OPERATE WITHOUT HAVING TO MAKE ANY

11:17:50  9    CHANGES.

11:17:50  10        REALLY, THE WHOLE GOAL WAS NOT TO MAKE ANY CHANGES TO THE

11:17:54  11   CLI SO THAT YOU COULD USE AN ARISTA SWITCH WITHOUT HAVING TO

11:17:59  12   RECEIVE ADDITIONAL TRAINING.

11:18:00  13   Q.   AND HOW IS IT THAT CUT AND PASTING THE CONFIGURATION FILES

11:18:05  14   FROM A CISCO SWITCH TO AN ARISTA SWITCH AFFECTS THAT

11:18:09  15   TRANSFORMATION OPINION?

11:18:11  16   A.   WELL, IF YOU WANT TO TAKE THE SAME COMMANDS THAT ARE

11:18:15  17   ENTERED VIA A CISCO CLI AND CUT AND PASTE THEM AND RUN THEM ON

11:18:22  18   AN ARISTA SWITCH, YOU ARE NOT CHANGING THEM.

11:18:24  19        SO THE FACT THAT YOU CAN DO THAT, THAT YOU CAN USE THE

11:18:27  20   SAME CONFIGURATION MEANS YOU HAVEN'T TRANSFORMED THE CLI, IT'S

11:18:30  21   THE SAME COMMANDS FROM ONE CLI TO THE OTHER.  THERE'S NO

11:18:34  22   TRANSFORMATION THAT'S HAPPENING FROM CISCO'S CLI TO ARISTA'S

11:18:39  23   CLI.

11:18:39  24   Q.   SO, SIR, I WANT TO TURN TO ANOTHER PART OF DR. BLACK'S

11:18:47  25   TESTIMONY.

11:18:47  1         AND IF YOU COULD LOOK AT EXHIBIT 9037 IN YOUR BINDER.  AND

11:19:02  2    WE CAN PULL THAT UP ON THE SCREEN, IT'S ALREADY BEEN ADMITTED

11:19:06  3    INTO EVIDENCE.

11:19:06  4    A.   OKAY.

11:19:07  5    Q.   THAT MIGHT BE A LITTLE EASIER TO LOOK AT.

11:19:10  6         NOW CAN YOU WEE RY MIND US WHAT WE'RE LOOKING AT HERE.

11:19:13  7    A.   THIS WAS AN EXHIBIT THAT DR. BLACK TESTIFIED ABOUT.

11:19:16  8         MR. VAN NEST:  OBJECTION, YOUR HONOR.

11:19:17  9         THIS IS OUTSIDE THE SCOPE OF HIS REBUTTAL REPORT.

11:19:19 10         MR. NELSON:  YOUR HONOR, WE COVERED THIS AT THE

11:19:21 11    SIDEBAR LAST TIME IN HIS DEPOSITION.  HE HAD TALKED ABOUT

11:19:25 12    THE --

11:19:25 13         THE COURT:  OVERRULED.

11:19:27 14         THE WITNESS:  OKAY.  SO THIS WAS AN EXHIBIT THAT

11:19:29 15    DR. BLACK RELIED ON COMPARING THE CISCO COMMANDS WITH THE

11:19:33 16    ARISTA COMMANDS, AND THEN HE ALSO HAD SOME ADDITIONAL

11:19:39 17    DISCUSSION ABOUT THE PARAMETERS THAT CAN BE USED WITH THE

11:19:41 18    COMMANDS.

11:19:42 19    Q.   AND WHAT'S THE RELEVANCE OF THE PARAMETERS TO THE

11:19:47 20    TRANSFORMATION OR LACK THEREOF IN THIS CASE?

11:19:50 21    A.   WELL, THERE ISN'T ANY RELEVANCE.  WHAT'S IMPORTANT HERE IS

11:19:53 22    THE COMMAND ITSELF.  AND THE FACT THAT YOU CAN HAVE A PARAMETER

11:19:57 23    AFTER IT.

11:19:58 24         SO FOR EXAMPLE, IF YOU ARE CONFIGURING AN IP ADDRESS AND

11:20:01 25    THERE'S A PARAMETER THAT SAYS THIS IS THE IP ADDRESS THAT I

```
11:20:05   1    WANT TO USE, OR THE NAME OF THE HOST THAT I WANT TO USE OR SOME

11:20:09   2    DETAIL THAT'S BEING USED AS PART OF THE COMMAND, THOSE

11:20:13   3    PARAMETERS DON'T AFFECT THE FACT THAT YOU STILL HAVE THE

11:20:17   4    COMMAND.

11:20:17   5         IN FACT, IF YOU LOOK AT THIS EXHIBIT, IT HAS AAA

11:20:22   6    ACCOUNTING UNDER THE CISCO COMMAND, AND IT HAS AAA ACCOUNTING

11:20:26   7    UNDER THE ARISTA COMMAND.

11:20:27   8    Q.   AND SO IF WE SCROLL DOWN, GO TO THE NEXT PAGE, THERE'S

11:20:34   9    ANOTHER ONE WE SEE THERE, AAA AUTHENTICATION LOGIN AND THEN THE

11:20:40  10    ARISTA COMMAND AAA AUTHENTICATION LOGIN; DO YOU SEE THAT?

11:20:44  11    A.   YES.

11:20:44  12    Q.   SO WHEN YOU REVIEWED THIS EXHIBIT 9037, WHAT DID THAT

11:20:47  13    ACTUALLY TELL YOU ABOUT THE RELATIONSHIP BETWEEN THE CISCO CLI

11:20:54  14    COMMANDS AND THE ARISTA CLI COMMANDS?

11:20:57  15    A.   THAT THEY WERE THE SAME, THEY ARE THE SAME COMMANDS.

11:21:00  16    Q.   AND IS THAT TRUE FOR ALL OF THE 506 COMMANDS?

11:21:05  17    A.   IT IS.

11:21:08  18    Q.   NOW -- AND WHEN YOU SAY THAT THE SAME COMMANDS, DOES THAT

11:21:13  19    MEAN THEY ARE IDENTICAL?

11:21:14  20    A.   THEY ARE IDENTICAL, THAT'S CORRECT.  YOU CAN LOOK THROUGH

11:21:18  21    THIS ENTIRE EXHIBIT AND YOU SEAL THOSE FIRST TWO COLUMNS PAGE

11:21:22  22    AFTER PAGE AFTER PAGE WHERE THE COMMANDS ARE IDENTICAL.

11:21:25  23    Q.   NOW I WOULD LIKE TO GO TO EXHIBIT 5, WHICH IS ALREADY IN

11:21:33  24    EVIDENCE.

11:21:34  25         MR. NELSON:  AND IF WE CAN GO TO THE BATES NUMBER
```

11:21:38   1      PAGE, MR. FISHER, IS 8994.  IT'S THE ARISTA MANUAL.  CAN WE GO

11:22:22   2      TO THE PAGE BATES NUMBERED, THE LAST FOUR ARE 8994.

11:22:38   3          WE CAN GO TO THAT PAGE, THAT'S TOTALLY FINE.  ANY OF THESE

11:22:41   4      WILL WORK.  SO MR. FISHER, WE DON'T NEED TO FIND ANOTHER ONE,

11:22:45   5      LET'S LOOK AT THAT ONE.

11:22:47   6          OKAY.  SO IF WE GO TO WHERE THE COMMANDS ARE LISTED.  HERE

11:22:56   7      WE GO.  SO FOR EXAMPLE, HERE IN THE ARISTA MANUAL, WHAT ARE WE

11:23:04   8      LOOKING AT HERE?

11:23:05   9      A.   SURE.  SO FROM THE FIRST PAGE THIS WAS THE ARISTA USER

11:23:10  10      REFERENCE MANUAL, I THINK AS PART OF THE SCROLLING YOU WENT

11:23:13  11      THROUGH THE TABLE OF CONTENTS.  AT THE END OF THE TABLE OF

11:23:16  12      CONTENTS, THERE IS A LIST OF COMMANDS.

11:23:20  13          IN FACT, IT MIGHT BE WORTHWHILE TO GO BACK A COUPLE OF

11:23:23  14      PAGES JUST TO SHOW -- RIGHT.

11:23:27  15          SO UNDER CHAPTER 3 HERE, IT HAS THIS COMMAND-LINE

11:23:31  16      INTERFACE.  AND THEN WHAT IT'S DOING OVER THE NEXT FEW PAGES IS

11:23:34  17      LISTING THE COMMANDS FROM THE COMMAND-LINE INTERFACE.

11:23:37  18          AND IF YOU GO TO THE NEXT CHAPTER ON CHAPTER 4, THOSE ARE

11:23:41  19      ALSO COMMANDS.  IN FACT, THE FIRST ONE THERE UNDER CHAPTER 4,

11:23:47  20      AAA ACCOUNTING, THAT'S ONE OF THE ONES THAT WE'VE SEEN, AAA

11:23:52  21      AUTHENTICATION ENABLE, THAT'S ANOTHER COMMAND THAT WE'VE SEEN.

11:23:56  22          SO WITHIN THE ARISTA MANUALS, THEY LIST OUT WHAT THE

11:24:00  23      IMPORTANT COMMANDS ARE.  AND THOSE ARE THE SAME AS WHAT I'VE

11:24:06  24      IDENTIFIED FROM THE CISCO CLI THAT THEY GOT COPIED.

11:24:11  25      Q.   NOW, SIR, I WANT TO TURN TO ANOTHER TOPIC HERE.  WERE YOU

11:24:15  1      HERE FOR DR. BLACK'S TESTIMONY WHERE HE BASICALLY SAID THAT

11:24:20  2      ARISTA COPIED A TRIVIAL AMOUNT?

11:24:23  3      A.   YES.

11:24:24  4      Q.   DO YOU AGREE WITH THAT?

11:24:25  5      A.   NO, I DON'T.

11:24:26  6      Q.   AND WHY IS THAT?

11:24:27  7      A.   WELL, I THINK IT'S MISLEADING.  I THINK THAT JUST LOOKING

11:24:31  8      AT ANY SORT OF NUMBERS OR CALCULATIONS IS MISLEADING.  THAT

11:24:36  9      WHAT YOU HAVE TO LOOK AT IS YOU HAVE TO LOOK AT THE SUBSTANCE

11:24:38  10     OF WHAT WAS TAKEN.

11:24:39  11         AND MY UNDERSTANDING IS YOU HAVE TO LOOK AT BOTH THE

11:24:42  12     QUANTITY AND THE QUALITY TO DETERMINE WHETHER OR NOT THERE WAS

11:24:46  13     COPYING.

11:24:47  14         AND IF YOU LOOK AT THE EVIDENCE THAT DESCRIBES BOTH WHAT

11:24:51  15     ARISTA WAS TRYING TO DO, THE FACT THAT THEY WERE CHARACTERIZING

11:24:56  16     WHAT THEY WERE DOING AS IN TAKING THE IMPORTANT PARTS FROM THE

11:25:00  17     CLI, IT'S CLEAR THAT WHAT THEY WERE TAKING WAS THE SUBSTANTIAL

11:25:06  18     IMPORTANT PIECES OF THE CISCO CLI.

11:25:09  19             MR. NELSON:  SO IF WE COULD PULL UP EXHIBIT 488,

11:25:13  20     MR. FISHER, WHICH IS THE USABILITY STUDY THAT WE'VE TALKED

11:25:18  21     ABOUT EARLIER, AND IF WE COULD GO TO PAGE 14.

11:25:26  22     Q.   NOW SIR, WE TALKED ABOUT THIS ON THE LAST TIME YOU WERE ON

11:25:30  23     THE STAND.  BUT CAN YOU REMIND US WHAT PAGE 14 SHOWS HERE?

11:25:33  24     A.   SURE.  PAGE 14 SHOWS A COUPLE OF THINGS.  CERTAINLY

11:25:37  25     THERE'S THE GRAPH ON THE OVERALL PERFORMANCE.

ALMEROTH DIRECT EXAM BY MR. NELSON                          2531

11:25:40  1            I TALKED ABOUT THAT IN A LOT OF DETAIL ABOUT THE

11:25:43  2      SIMILARITY AND THE SYNTAX BETWEEN IOS AND EOS.

11:25:48  3            BUT WHAT'S ALSO IMPORTANT IS WHEN YOU LOOK AT JUDGING THE

11:25:52  4      SIMILARITY OF THE CLI'S BETWEEN THE TWO, WHAT'S IMPORTANT TO

11:25:56  5      LOOK AT IS THE OVERLAP IN THE IMPORTANT COMMANDS.  AND THERE'S

11:26:00  6      A LINE AT THE END OF THAT FIRST PARAGRAPH THAT TALKS ABOUT ALL

11:26:04  7      TESTS WERE CHOSEN BEFORE ANY TESTS WERE RUN.

11:26:07  8            SO THIS WAS A SELECTION OF TESTS THAT WERE DETERMINED TO

11:26:11  9      BE IMPORTANT IN LOOKING AT THE SIMILARITY BETWEEN EOS AND IOS,

11:26:16  10     AS WELL AS NX-OS.

11:26:17  11           IN FACT, IN THE BACK OF THIS EXHIBIT, THERE ARE PAGES AND

11:26:21  12     PAGES OF WHAT THE COMMANDS WERE, WHAT THEY WERE ENTERED ON EACH

11:26:25  13     OF THE SWITCHES AND THEN THE OUTPUTS FROM ENTERING THESE

11:26:28  14     COMMANDS.

11:26:28  15           AND WHAT THIS USABILITY STUDY SHOWS IS ONE PIECE OF

11:26:32  16     EVIDENCE IS, THAT WHEN ARISTA WAS COPYING THE CISCO CLI, THEY

11:26:37  17     WERE TAKING THE IMPORTANT PIECES OF THAT CLI, THE PIECES THAT

11:26:41  18     WERE NEEDED SO THAT SOMEBODY COULD CUT AND PASTE THEIR

11:26:45  19     CONFIGURATION FROM CISCO AND HAVE IT IMMEDIATELY WORK ON AN

11:26:50  20     ARISTA SWITCH.

11:26:50  21     Q.   SO LET'S STOP THERE ON THE CUT AND PASTE THE CONFIGURATION

11:26:56  22     FILES FROM THE CISCO SWITCH TO AN ARISTA SWITCH, HOW DOES THAT

11:26:59  23     TELL YOU THAT IT'S A NONTRIVIAL PART?

11:27:02  24     A.   IT'S A NONTRIVIAL PART BECAUSE IF YOU CAN CUT AND PASTE

11:27:07  25     THAT CONFIGURATION, AND THE CONFIGURATION INCLUDES ALL OF THE

11:27:09  1    THINGS THAT YOU NEED TO DO TO GET THAT SWITCH UP AND RUNNING.

11:27:14  2        AND IF YOU HAVE AN ARISTA EMPLOYEE SAYING OR YOU HAVE A

11:27:16  3    REPORT FROM AT&T SAYING THAT THESE THINGS ARE CLOSE ENOUGH,

11:27:19  4    THAT THEY ARE CLONES OF EACH OTHER SO THAT YOU CAN CUT AND

11:27:24  5    PASTE THAT CONFIGURATION AND IT'S STILL GOING TO WORK ON AN

11:27:27  6    ARISTA PRODUCT, THEN THAT'S TELLING YOU THAT WHAT ARISTA HAS

11:27:30  7    CHOSEN TO COPY IS THE SIGNIFICANT PORTIONS OF THE CLI.

11:27:35  8    Q.   NOW DO YOU UNDERSTAND WHETHER DR. BLACK EVEN OFFERED AN

11:27:43  9    OPINION ABOUT THE QUALITATIVE PORTION OF WHAT ARISTA TOOK?

11:27:50 10    A.   I DO HAVE AN OPINION, AND THAT OPINION IS THAT HE DIDN'T

11:27:53 11    LOOK AT THAT.  I DID NOT HEAR HIM TESTIFY THAT HE LOOKED AT ANY

11:27:58 12    ASPECT ABOUT THE QUALITY OR THE IMPORTANCE OF THE COMMANDS OF

11:28:01 13    THE 506 COMMANDS THAT ARISTA COPIED.

11:28:04 14    Q.   NOW WE'VE HEARD SOME TESTIMONY ABOUT THE OVERALL NUMBER OF

11:28:07 15    COMMANDS IN IOS; YOU'VE HEARD THAT?

11:28:11 16    A.   YES.

11:28:12 17    Q.   NOW DO YOU THINK THAT THAT'S A PROPER ANALYSIS FOR

11:28:15 18    DETERMINING WHETHER WHAT WAS COPIED BY ARISTA WAS A TRIVIAL

11:28:19 19    AMOUNT?

11:28:20 20    A.   NO.  I MEAN, CISCO HAS LOTS AND LOTS OF DIFFERENT

11:28:25 21    PRODUCTS.  ARISTA DOESN'T MAKE PRODUCTS THAT COMPETE ACROSS THE

11:28:29 22    BOARD WITH CISCO.  AND SO ARISTA REALLY JUST TOOK THE COMMANDS

11:28:34 23    THAT WERE IMPORTANT TO ARISTA.

11:28:37 24        AND THE ANALOGY IS IF YOU'VE GOT AN ENCYCLOPEDIA A TO Z,

11:28:41 25    AND YOU HAVE IT WRITE A REPORT ON ELEPHANTS.  AND SO YOU COPY

11:28:45   1    THE COUPLE OF PAGES FROM THE ENCYCLOPEDIA ON ELEPHANT, SOMEBODY

11:28:50   2    COULD COME IN AND SAY, WELL, THERE WERE 10,000 PAGES AND YOU

11:28:54   3    ONLY TOOK THESE TWO, SO THAT'S NOT A VERY SIGNIFICANT AMOUNT.

11:28:57   4         BUT THE REALITY IS THAT YOU WERE COPYING THE IMPORTANT

11:29:01   5    PIECES TO WHAT YOU NEEDED.  AND IT WAS A SUBSTANTIAL PORTION OF

11:29:04   6    YOUR REPORT ON ELEPHANTS.

11:29:06   7         AND SO YOU HAVE TO CONSIDER THOSE TWO FACTORS TOGETHER

11:29:09   8    WHEN LOOKING AT THE QUESTION OF WHETHER OR NOT WHAT WAS TAKEN

11:29:13   9    WAS SUBSTANTIAL.

11:29:17  10    Q.   SO NOW ON THAT POINT, I WOULD LIKE YOU TO PUT UP

11:29:23  11    EXHIBIT 4797 AS A DEMONSTRATIVE.

11:29:26  12              MR. NELSON:  IF WE COULD PUT THAT UP, MR. FISHER.

11:29:31  13    Q.   SO CAN YOU TELL US WHAT WE ARE LOOKING AT HERE, SIR?

11:29:35  14    A.   SURE.  THIS IS A TABLE THAT I PUT TOGETHER AS PART OF MY

11:29:38  15    REPORT.  FOUR COLUMNS.

11:29:41  16         THE FIRST ONE IS THE EOS VERSION, THAT'S THE SOFTWARE THAT

11:29:44  17    RUNS ON THE ARISTA SWITCHES.  THE NUMBER OF COMMANDS THAT WERE

11:29:50  18    COPIED FROM CISCO, OBVIOUSLY WE HAVE BEEN TALKING ABOUT 506

11:29:54  19    OVER AND OVER AGAIN.

11:29:56  20         THE EARLIEST VERSIONS DIDN'T COPY 506, BUT WHAT'S

11:30:00  21    IMPORTANT TO LOOK AT IS THAT THIRD COLUMN, WHICH IS THE TOTAL

11:30:04  22    NUMBER OF COMMANDS IN THE EOS USER MANUAL.

11:30:07  23         SO YOU ASKED ME QUESTIONS ABOUT THE ONE EXHIBIT WHERE WE

11:30:10  24    WENT THROUGH THE TABLE OF CONTENTS, AND THE EOS MANUAL HAS A

11:30:14  25    LIST OF ALL OF THE COMMANDS FOR THAT VERSION OF EOS THAT IT

11:30:17  1       THINKS ARE IMPORTANT AND IS DESCRIBING IN THE MANUAL.

11:30:21  2            SO THE COUNT IN THAT THIRD COLUMN COMES FROM THE USER

11:30:25  3       MANUAL FOR THAT PARTICULAR VERSION.

11:30:27  4            AND THEN YOU DO THE MATH THERE AND YOU SEE THAT IN THE

11:30:29  5       VERY FIRST VERSION, THAT 52 PERCENT OF THE COMMANDS THAT EOS

11:30:34  6       DESCRIBED IN ITS MANUAL CAME FROM CISCO.

11:30:38  7            AND YOU CAN LOOK AT THE PERCENTAGES DOWN THE COLUMN AS

11:30:42  8       HIGH AS 67 PERCENT, AND THEN CURRENTLY IN THE LAST VERSION

11:30:47  9       ANALYZED IT WAS 37 PERCENT.

11:30:49  10      Q.   AND IF WE LOOK AT THAT LAST VERSION OF 37 PERCENT, WHAT

11:30:53  11      DOES THE 37 PERCENT REPRESENT, AGAIN?

11:30:56  12      A.   IT REPRESENTS THE PERCENTAGE OF CISCO COMMANDS THAT WERE

11:31:01  13      COPIED, 506, FROM THE NUMBER OF COMMANDS THAT ARE LISTED IN THE

11:31:06  14      ARISTA EOS MANUAL.  AND THEN YOU DO THE MATH.

11:31:09  15      Q.   SO THEN, SIR, BASED UPON SOME OF THE TESTIMONY THAT WE'VE

11:31:16  16      HEARD HERE, DO YOU HAVE AN UNDERSTANDING OF WHY THERE ARE

11:31:21  17      COMMANDS ADDED OVER TIME INTO THE ARISTA EOS VERSIONS?

11:31:25  18      A.   THAT THERE'S DIFFERENT FUNCTIONALITY, AND ARISTA CERTAINLY

11:31:29  19      HAS THE ABILITY TO CREATE ITS OWN COMMANDS FOR THAT ADDITIONAL

11:31:32  20      FUNCTIONALITY.  AND SO THEY HAVEN'T COPIED EVERY SINGLE

11:31:37  21      COMMAND, BUT CERTAINLY A SUBSTANTIAL PORTION.

11:31:40  22      Q.   NOW, IF WE CAN GO TO SLIDE 17 -- ACTUALLY, THIS SAYS 18.

11:31:50  23      NO, YOU ARE RIGHT, I THINK IT IS 18.

11:32:03  24            MR. NELSON:  LET'S GO BACK ONE, MR. FISHER, TO 17.

11:32:07  25      AND WE WILL TALK ABOUT THAT ONE FIRST.

11:32:09  1      Q.   OKAY.  SO WHAT ARE WE SHOWING HERE ON SLIDE 17?

11:32:11  2      A.   SURE.  OF THERE'S TWO GRAPHS THAT GO TOGETHER, PAGES 17

11:32:15  3      AND 18.  WHAT YOU SEE HERE IS THE SAME INFORMATION FROM THAT

11:32:19  4      LAST TABLE.

11:32:20  5           AND NOW IT'S CHARTED AS A BAR GRAPH, BUT IT ALSO SHOWS THE

11:32:25  6      TIME FOR WHEN EACH OF THESE MANUALS WAS PUBLISHED.  SO YOU CAN

11:32:29  7      SEE THIS INFORMATION OVER TIME.

11:32:31  8           SO FROM 2009, THE NUMBER OF COMMANDS THAT ARISTA COPIED

11:32:35  9      FROM CISCO WAS RIGHT AROUND 100.  AND THAT IS THE SAME AS WITH

11:32:41  10     THE TABLE.

11:32:42  11          AND THEN SLIDE 18, THE NEXT ONE, THEN SHOWS THE NUMBER OF

11:32:48  12     TOTAL COMMANDS THAT WERE IN EOS.

11:32:50  13     Q.   SO IF WE JUST FOCUS HERE, LET'S GO BACK TO SLIDE 17, ON

11:32:55  14     VERSION 4.1.0; DO YOU SEE THAT?

11:32:59  15     A.   4.10.0?

11:33:03  16     Q.   YEAH, I SAID THAT WRONG.  4.10.0.  THANK YOU, SIR.  LET'S

11:33:08  17     LOOK AT THAT ONE.

11:33:09  18          AND WHAT'S THE DATE THERE?

11:33:11  19     A.   THAT IS JULY 19TH, 2012.

11:33:16  20     Q.   SO IF WE GO BACK TO EXHIBIT 4797 THAT WE WERE LOOKING AT,

11:33:22  21     CAN YOU TELL US WHERE THAT FALLS INTO THE CHART?

11:33:27  22     A.   4.10.0 IS RIGHT THERE, THAT LINE.

11:33:32  23     Q.   AND WHAT DO YOU SEE HAPPENING THERE AT 4.10.0?

11:33:37  24     A.   WHAT YOU SEE IS A SIGNIFICANT JUMP IN THAT 2012 TIMEFRAME,

11:33:41  25     BOTH IN TERMS OF THE NUMBER OF COMMANDS THAT ARISTA HAS OVER

11:33:45   1      ALL, BUT ALSO A CORRESPONDING JUMP IN THE NUMBER OF COMMANDS

11:33:49   2      THAT THEY'VE COPIED FROM CISCO.

11:33:51   3      Q.   AND DO YOU KNOW WHY THAT IS?

11:33:52   4      A.   I DO.  IT'S BASICALLY WHEN THEY INTRODUCED THEIR CLOUD

11:33:56   5      SWITCH WHERE THEY ADDED ALL OF THE ADDITIONAL FUNCTIONALITY TO

11:34:00   6      THE SWITCH.

11:34:01   7      Q.   NOW, SIR, I WOULD LIKE TO TURN TO ANOTHER TOPIC HERE.  AND

11:34:11   8      THAT CONCERNS SOME OF THE DR. BLACK'S OPINIONS REGARDING

11:34:15   9      WIDESPREAD USE OF THE CISCO CLI.

11:34:20  10      A.   YES.

11:34:20  11      Q.   DO YOU RECALL THAT TESTIMONY?

11:34:21  12      A.   I DO.

11:34:23  13      Q.   AND DO YOU BELIEVE THAT DR. BLACK'S DATA SHOW THAT THERE

11:34:29  14      WAS ACTUALLY WIDESPREAD USE OF THE CISCO CLI?

11:34:33  15      A.   NO, IT DID NOT.

11:34:34  16      Q.   AND CAN YOU TELL US WHY THAT IS?

11:34:36  17      A.   SURE.  SO AS I TESTIFIED EARLIER IN CROSS-EXAMINATION LAST

11:34:42  18      WEEK WHEN MR. VAN NEST WAS ASKING ME QUESTIONS, I HAVE REAL

11:34:47  19      PROBLEMS WITH THE METHODOLOGY THAT HE USED.

11:34:50  20          IF YOU THINK ABOUT THE NUMBER OF COMPANIES THAT DO

11:34:53  21      NETWORKING AND PRODUCE SWITCHES, SINCE THE TIME THAT THESE

11:34:57  22      COMMANDS WERE CREATED IN ABOUT 1986, THERE ARE HUNDREDS OF

11:35:01  23      COMPANIES.

11:35:03  24          AND, ESSENTIALLY, WHAT DR. BLACK DID IS HE NARROWED THE

11:35:07  25      NUMBER OF COMPANIES DOWN TO 18.  AND THEN HE WANTED TO ARGUE

11:35:11  1    THAT BASED ON THAT SUB SAMPLING THAT THERE WAS WIDESPREAD USE.

11:35:14  2        SO I HAVE A PROBLEM WITH HOW HE GOT DOWN TO 18, BOTH

11:35:18  3    BECAUSE OF COMPANIES HE ELIMINATED, AND I ALSO HAVE A PROBLEM

11:35:22  4    BECAUSE HE COMBINED A BUNCH OF COMPANIES.

11:35:25  5        AND THE IDEA WAS THAT, WELL, SOME COMPANIES WERE PURCHASED

11:35:27  6    BY OTHERS AND THEY MERGED, BUT IT'S ALMOST LIKE SAYING, WELL,

11:35:33  7    I'M COULD DO A MEDICAL STUDY AND I HAVE A MARRIED COUPLE AND

11:35:37  8    BECAUSE ONE PERSON HAD SYMPTOMS, I'M JUST GOING TO GROUP THOSE

11:35:41  9    TWO PEOPLE TOGETHER WHO ARE MARRIED AND SAY THAT TOGETHER BOTH

11:35:43  10   OF THEM HAVE SYMPTOMS.

11:35:45  11       IT REALLY OVERREPRESENTS THE DEGREE TO WHICH ANY ONE

11:35:49  12   PARTICULAR COMPANY INCLUDES ANY OF THESE COMMANDS.

11:35:52  13       NOW THERE'S ALSO A THIRD CRITICISM IS THAT WHAT HE DID IS

11:35:56  14   HE GATHERED ALL OF THE MANUALS ACROSS THE ENTIRE COMPANY AND

11:36:00  15   COUNTED THE EXISTENCE OF A COMMAND, REGARDLESS OF WHAT PRODUCTS

11:36:04  16   IT WAS IN, WHETHER IT WAS RELATED TO CISCO, AND THAT CREATES

11:36:09  17   THIS KIND OF FALSE PERCEPTION THAT A COMMAND AT A COMPANY WAS

11:36:15  18   WIDESPREAD.

11:36:17  19       BUT EVEN IF YOU JUST LOOK AT THE DATA ITSELF AND LISTEN TO

11:36:22  20   HIS TESTIMONY, IT DOESN'T TELL YOU THAT THE COMMANDS ARE

11:36:25  21   WIDESPREAD.  AND I CAN GO INTO THAT --

11:36:28  22   Q.   YEAH.  SO LET'S FOCUS ON THAT PIECE.  SO SET ASIDE THE

11:36:33  23   CRITICISMS YOU HAD OF THE METHODOLOGY --

11:36:35  24   A.   OKAY.

11:36:35  25   Q.   -- AND LET'S JUST TAKE THE DATA SET THAT WAS PRESENTED,

11:36:38   1      THAT WE TALKED ABOUT, I THINK IT WAS WEDNESDAY.

11:36:45   2          WHAT DID THAT DATA SET SHOW YOU?

11:36:47   3      A.   WELL, I THINK YOU BROUGHT THIS UP, MR. NELSON, IN

11:36:54   4      CROSS-EXAMINATION.  IF YOU LOOK AT THE 506 COMMANDS, THERE'S A

11:36:57   5      WHOLE SET OF COMMANDS THAT CISCO AND ARISTA USE THAT NOBODY

11:37:01   6      ELSE USED.

11:37:03   7          SO EVEN JUST LOOKING AT THE DATA AND IGNORING THE

11:37:06   8      METHODOLOGY THAT GOT YOU THERE, EVEN IF WE ASSUME THAT DATA IS

11:37:09   9      ACCURATE AND REPRESENTATIVE, IT SHOWS THAT THE COMMANDS AREN'T

11:37:11   10     WIDESPREAD.

11:37:12   11         THERE'S SOME COMMANDS THAT SHOW, THAT WERE USED BY 18

11:37:15   12     VENDORS, BUT THEN THE PROBLEM WITH THAT IS IT'S NOT EVERYBODY.

11:37:20   13         SO YOU HAVE SOME THAT ARE ZERO, SOME THAT ARE CISCO,

11:37:23   14     ARISTA, AND ONE OTHER COMPANY, SOME THAT ARE CISCO AND ARISTA

11:37:27   15     AND TWO OTHER COMPANIES.

11:37:29   16         THAT'S NOT WIDESPREAD.  AND IN FACT, DR. BLACK WOULDN'T

11:37:32   17     SAY WHAT NUMBER HE THOUGHT WAS REQUIRED FOR IT TO BE

11:37:37   18     WIDESPREAD.

11:37:37   19     Q.   AND THE ANALYSIS THAT WAS DONE WAS ON INDIVIDUAL COMMANDS;

11:37:42   20     RIGHT?

11:37:42   21     A.   YES.

11:37:42   22     Q.   DID THAT DATA TELL YOU ANYTHING ABOUT THE COLLECTION OF

11:37:46   23     THE COMMANDS?

11:37:47   24     A.   NO, IT DIDN'T.

11:37:49   25     Q.   AND WHY IS THAT?

11:37:50  1    A.   WELL, WHEN YOU JUST -- THIS GOES BACK TO HIS METHODOLOGY

11:37:55  2    WHERE HE TAKES ALL THE MANUALS FROM DELL, FOR EXAMPLE, AND

11:37:59  3    LOOKS AT ALL OF THE COMMANDS, IT DOESN'T TELL YOU ABOUT THE

11:38:03  4    COLLECTION OF THE 506 COMMANDS.

11:38:05  5         AND IF YOU LOOK AT THAT COLLECTION OF COMMANDS, THERE

11:38:07  6    ISN'T ANYONE WHO IS EVEN CLOSE TO ARISTA IN ARISTA'S COPYING OF

11:38:13  7    THE 506 COMMANDS.

11:38:15  8    Q.   NOW IN RESPONSE TO DR. BLACK'S ANALYSIS THAT WE TALKED

11:38:19  9    ABOUT, DID YOU DO YOUR OWN STUDY?

11:38:21 10    A.   NO, I DIDN'T NEED TO.

11:38:23 11    Q.   AND WHY IS THAT?

11:38:24 12    A.   WELL, FIRST OF ALL, IT'S DR. BLACK'S BURDEN TO SHOW THAT

11:38:29 13    THESE COMMANDS WOULD BE WIDESPREAD.

11:38:31 14         BUT EVEN LOOKING AT THE ANALYSIS THAT HE DID, HE TESTIFIED

11:38:35 15    THAT HE SPENT A THOUSAND HOURS COLLECTING ALL OF THIS

11:38:38 16    INFORMATION AND PUTTING THIS DATA TOGETHER.  BUT HIS OWN DATA

11:38:42 17    SHOWS THAT THE COMMANDS AREN'T IN WIDESPREAD USE.  SO I DIDN'T

11:38:45 18    NEED TO DO MY OWN STUDY.

11:38:47 19    Q.   ALL RIGHT, SIR, AT THIS POINT I DON'T HAVE ANY FURTHER

11:38:50 20    QUESTIONS.

11:38:50 21              MR. NELSON:  AND I WILL PASS THE WITNESS, YOUR HONOR.

11:38:52 22              THE COURT:  THANK YOU.

11:38:54 23         MR. VAN NEST?

11:39:02 24              MR. VAN NEST:  IT WILL TAKE US JUST A MOMENT,

11:39:05 25    YOUR HONOR, AND WE WILL BE UP AND READY.

11:39:07   1              THE COURT:  OF COURSE.

11:39:40   2                      **CROSS-EXAMINATION**

11:39:40   3    BY MR. VAN NEST:

11:39:45   4    Q.   GOOD MORNING, LADIES AND GENTLEMEN.  GOOD MORNING,

11:39:47   5    DR. ALMEROTH.

11:39:48   6    A.   GOOD MORNING, SIR.

11:39:49   7    Q.   I WANT TO START WITH SOME OF THE COMMENTS YOU MADE ABOUT

11:39:52   8    THE USABILITY STUDY.

11:39:55   9    A.   YES, SIR.

11:39:55   10   Q.   AND IF WE COULD PULL UP THE USABILITY STUDY THAT'S D IN

11:40:01   11   YOUR REPORT AT 141 TO 142.  ACTUALLY, LET'S PULL UP TX 488.

11:40:15   12        THE USABILITY STUDY WAS DONE BACK IN JULY OF 2009; RIGHT.

11:40:24   13   A.   THAT'S CORRECT.

11:40:25   14   Q.   AND I THINK AS WE SHOWED ON YOUR CHARTS BACK IN 2009, THE

11:40:28   15   NUMBER OF COMMANDS YOU SAY WERE COPIED FROM CISCO WAS ABOUT

11:40:34   16   100; RIGHT?

11:40:35   17   A.   I BELIEVE THAT'S CORRECT, YES.

11:40:36   18   Q.   SO THIS USABILITY STUDY WAS DONE AT A MUCH EARLIER POINT

11:40:41   19   OF THE DEVELOPMENT OF THE ARISTA PRODUCT, CORRECT?

11:40:42   20   A.   IT WAS.

11:40:43   21   Q.   AND AT THAT TIME, THERE WERE A HUNDRED COMMANDS COPIED,

11:40:47   22   ACCORDING TO YOUR ANALYSIS?

11:40:49   23   A.   THAT'S CORRECT.

11:40:50   24   Q.   OKAY.

11:40:50   25   A.   WE COULD CERTAINLY GO BACK AND LOOK AT THE PERCENTAGES, IT

11:40:55  1    WAS ABOUT THE SAME AS IT IS NOW.

11:40:57  2    Q.   AND YOUR VIEW IS THAT THE COMMANDS THAT ARISTA USED FROM

11:41:01  3    CISCO WERE THE ONES THEY NEEDED TO USE, THE MOST IMPORTANT

11:41:04  4    ONES?

11:41:05  5    A.   THAT'S CORRECT.

11:41:05  6    Q.   AND THE ONES THAT FORMED SORT OF THE CORE OF THEIR SWITCH;

11:41:10  7    RIGHT?

11:41:10  8    A.   THE CORE OF THE USER INTERFACE, THAT'S CORRECT.

11:41:13  9    Q.   OKAY.  AND THAT A HUNDRED OF THOSE WAS ENOUGH IN 2009 TO

11:41:18  10   BE SORT OF THE CORE OF THEIR USER INTERFACE; RIGHT?

11:41:21  11   A.   THAT'S CORRECT.  GIVEN THAT THEIR USER INTERFACE IN 2009

11:41:25  12   WAS QUITE SMALL, AND THE TOTAL NUMBER OF COMMANDS OVERALL WAS

11:41:29  13   VERY SMALL, THAT ABOUT 100 COMMANDS AT ABOUT 50 PERCENT WAS A

11:41:35  14   SIGNIFICANT PERCENTAGE.

11:41:35  15   Q.   NOW THERE ARE MANY OF THE MAJOR VENDORS THAT COMPETE WITH

11:41:41  16   ARISTA AND CISCO THAT USE FAR MORE THAN 100 OF THESE SAME

11:41:45  17   COMMANDS YOU ARE COMPLAINING ABOUT HERE; RIGHT?

11:41:47  18   A.   AGAIN, YOU HAVE TO LOOK AT THE ANALYSIS -- WELL, LET ME

11:41:52  19   SAY.

11:41:52  20   Q.   CAN YOU ANSWER MY QUESTION?

11:41:53  21   A.   YEAH, THAT'S WHAT I WAS GOING TO TRY AND DO.

11:41:56  22        THAT'S GENERALLY CORRECT, BUT YOU HAVE TO LOOK AT THE

11:41:59  23   TOTAL NUMBER OF COMMANDS THAT THEY SUPPORT.

11:42:01  24        AND REALLY, IF YOU LOOK AT 100 THEN VERSUS 506 NOW, AND AT

11:42:06  25   MOST IT'S A COUPLE OF HUNDRED, THAT REALLY IS A SIGNIFICANT

11:42:11   1      DIFFERENCE IN JUST SHEER VOLUME OF COMMANDS.

11:42:13   2      Q.   LET'S TAKE A LOOK AT SLIDE 1, IF WE COULD.  WE SAW THIS

11:42:21   3      YESTERDAY WITH MS. ELSTEN.

11:42:22   4      A.   YES.

11:42:23   5      Q.   YOU WERE IN COURT WHEN SHE TESTIFIED ABOUT THIS?

11:42:25   6      A.   YES, SIR.

11:42:25   7      Q.   AND THIS WAS A SUMMARY OF THE COMMANDS, JUST FROM AMONG

11:42:32   8      THE 500 YOU ARE COMPLAINING ABOUT, THAT ARE USED BY ALL OF

11:42:36   9      THESE OTHER COMPETITORS; RIGHT?

11:42:38   10     A.   THAT'S CORRECT.

11:42:39   11     Q.   NOW I KNOW YOU ARE NOT A MARKETING PERSON, DR. ALMEROTH,

11:42:45   12     BUT YOU KNOW THAT MANY OF THESE ARE SOME OF THE PRIMARY

11:42:48   13     COMPETITORS THAT CISCO AND ARISTA FACE; RIGHT?

11:42:52   14     A.   NO.  THERE'S MANY ON HERE THAT ARE NOT PRIMARY COMPETITORS

11:42:57   15     FOR CISCO AND ARISTA.

11:42:59   16     Q.   I GUESS YOU ANSWERED IT A LITTLE DIFFERENTLY.  SOME OF THE

11:43:03   17     PRIMARY COMPETITORS ARE CERTAINLY HERE; RIGHT?

11:43:07   18     A.   I BELIEVE THAT'S CORRECT.  I THINK THE PREFACE TO YOUR

11:43:09   19     QUESTION ABOUT I'M NOT A MARKETING GUY IS A GOOD QUALIFICATION.

11:43:12   20     Q.   HP, THAT'S ONE OF THE MAJOR COMPETITORS; RIGHT?

11:43:16   21     A.   I THINK YOU HAVE TO GO BACK AND TALK TO THE MARKETING

11:43:22   22     PEOPLE.

11:43:22   23     Q.   AND THEY SHOW ON THIS CHART, AT LEAST 129 OF THE SAME 500,

11:43:27   24     THEY ARE IN USE EVEN NOW TODAY; RIGHT?

11:43:29   25     A.   THAT'S CORRECT.  A SMALL FRACTION OF THE 506.

11:43:32   1    Q.   AND D-LINK, 306, IN USE TODAY, JUST FROM AMONG THE 500

11:43:38   2    THAT YOU ARE COMPLAINING ABOUT, 300 OF THEM ARE IN USE TODAY

11:43:42   3    WITH D-LINK, THAT'S ANOTHER SIGNIFICANT COMPETITOR; RIGHT?

11:43:46   4    A.   AGAIN, YOU WOULD HAVE TO ASK THE MARKETING PEOPLE.  I

11:43:49   5    LISTENED TO HER TESTIMONY.  I DIDN'T HEAR HER SAY D-LINK WAS A

11:43:53   6    MAJOR COMPETITOR.

11:43:54   7    Q.   HOW ABOUT DELL?

11:43:55   8    A.   DELL MAKES LOTS OF PRODUCTS; RIGHT.  HUGE NUMBER OF

11:43:59   9    PRODUCT THAT IS HAVE NOTHING TO DO WITH CISCO OR --

11:44:02  10    Q.   LET'S TAKE A PAUSE.

11:44:03  11         MR. VAN NEST:  COULD WE PUT UP MS. ELSTEN'S SLIDE, IT

11:44:08  12    MAY BE THE LAST ONE IN THE SET, MR. DAHM.  WE WILL COME BACK TO

11:44:12  13    THIS.  IT'S THE MARKET SHARE SLIDE.

11:44:15  14    Q.   YOU WERE HERE FOR HER TESTIMONY YESTERDAY?

11:44:18  15    A.   I WAS.

11:44:18  16    Q.   HERE WE GO.  THIS WAS HER TESTIMONY.  SHE ANALYZED THE

11:44:33  17    MARKET.  YOU SEE DELL THERE?

11:44:34  18    A.   I DO.

11:44:35  19    Q.   JUNIPER IS THERE?

11:44:36  20    A.   I DO.

11:44:36  21    Q.   HP IS THERE?

11:44:38  22    A.   IT IS.

11:44:38  23    Q.   ARISTA IS THERE?

11:44:39  24    A.   YES.

11:44:40  25    Q.   OKAY.  DELL, JUNIPER, HP, SO LET'S GO BACK TO MY SLIDE

11:44:47  1    ONE, MR. DAHM.

11:44:49  2         HP, WE TALKED ABOUT.  DELL, 269 OF THE SAME COMMANDS YOU

11:44:55  3    ARE COMPLAINING ABOUT ARE FOUND IN THE DELL ETHERNET SWITCH;

11:45:00  4    RIGHT.

11:45:00  5    A.   FOR DELL, 269, THAT'S CORRECT.

11:45:04  6    Q.   SO THEY OBVIOUSLY TOOK THE CORE OF THE SYSTEM TOO; RIGHT?

11:45:09  7    A.   NO.  AGAIN, I THINK IT'S IMPORTANT TO LOOK AT WHAT ARISTA

11:45:16  8    IS SAYING TO ITS CUSTOMERS ABOUT TAKING THE CORE SET.  THAT

11:45:21  9    IT'S 99.99 PERCENT THE SAME --

11:45:25  10   Q.   EXCUSE ME, DR. ALMEROTH.

11:45:26  11   A.   I'M TRYING TO ANSWER YOUR QUESTION.  THERE'S NONE OF THAT

11:45:30  12   SAME KIND OF TESTIMONY OR PUBLICITY THAT'S BEEN SHOWN TO COME

11:45:34  13   FROM DELL.

11:45:35  14   Q.   NOW JUNIPER USES 218, THEY WERE ONE OF THE OTHER MAJOR

11:45:40  15   COMPETITORS, 218 OF THE SAME SET OF 500; RIGHT?

11:45:45  16   A.   NO.  SO HERE'S AN IMPORTANT DISTINCTION, JUNIPER FOR

11:45:49  17   JUNOS SE, IS NOT A MAJOR COMPETITOR OF CISCO.

11:45:52  18        IF YOU LOOK AT JUNOS, I THINK THE NUMBER OF OVERLAP WAS

11:45:55  19   CLOSE TO ZERO, IF NOT 5 OR 6 COMMANDS.  SO THIS JUNOSE IS

11:46:00  20   REALLY INACCURATE TO ATTRIBUTE TO JUNIPER IN TOTALITY AND SAY

11:46:05  21   THAT IT'S A COMPETITOR.

11:46:06  22   Q.   WELL, YOU HAVE -- JUNIPER MAKES A NUMBER OF DIFFERENT

11:46:09  23   SWITCHES, RIGHT, IN DIFFERENT PRODUCTS?

11:46:11  24   A.   THEY DO.

11:46:12  25   Q.   AND MR. SHAFER WAS HERE YESTERDAY TO TESTIFY ABOUT THAT?

11:46:15  1      A.    HE WAS.

11:46:17  2      Q.    AND DO YOU RECALL HIM TESTIFYING THAT THERE WERE HUNDREDS

11:46:20  3      OF COMMANDS IN JUNOS-E THAT WERE THE SAME AS CORRESPONDING

11:46:26  4      COMMANDS IN CISCO?

11:46:27  5      A.    THAT'S RIGHT.  THE JUNOS-E OPERATING SYSTEM THAT'S BEEN

11:46:31  6      END OF LIFE'D.

11:46:33  7      Q.    BUT CLEARLY, YOU WERE HERE WHEN HE TOLD THE JURY THAT IN

11:46:37  8      THE JUNOS-E PRODUCT, THERE ARE HUNDREDS OF COMMANDS THAT ARE

11:46:41  9      THE SAME AS WHAT COMMANDS ARE OFFERED IN CISCO; RIGHT?  YOU

11:46:47  10     HEARD THAT TESTIMONY?

11:46:48  11     A.    I DID.  IT'S CONSISTENT WITH THE 218 FOR THIS SIDE SET OF

11:46:53  12     OPERATING SYSTEMS FROM THE ACQUISITION.

11:46:56  13     Q.    NOW I THINK YOU ACKNOWLEDGE THIS IN YOUR TESTIMONY.  BUT

11:47:04  14     YOU DID NOT DO, ALTHOUGH YOU CRITICIZED DR. BLACK, YOU DIDN'T

11:47:07  15     GO OUT AND DO ANY SURVEY OF COMPETITORS AND WHAT THEY WERE

11:47:11  16     USING; IS THAT RIGHT?

11:47:12  17     A.    THAT'S CORRECT.  I TESTIFIED EXACTLY WHY I DIDN'T NEED TO

11:47:16  18     DO THAT.

11:47:16  19     Q.    BUT YOU HAD ALL THE SAME DATA AVAILABLE TO YOU THAT HE

11:47:20  20     DID, CORRECT?

11:47:20  21     A.    I SUSPECT AT SOME POINT, YES.

11:47:26  22     Q.    YEAH.  IN OTHER WORDS, THE MANUALS HE LOOKED AT, THE

11:47:30  23     MATERIAL THAT HE GATHERED, THE STUFF WE WENT OUT AND SUBPOENAED

11:47:35  24     FROM CUSTOMERS, YOU HAD ALL OF THAT AVAILABLE TO YOU AS WELL;

11:47:37  25     RIGHT?

11:47:37   1     A.   YES.

11:47:38   2     Q.   BUT YOU ELECTED TO DO NOTHING, WHATSOEVER, TO ANALYZE THAT

11:47:41   3     INFORMATION; RIGHT, DR. ALMEROTH?

11:47:43   4     A.   THAT IS EXACTLY RIGHT.  I DIDN'T WANT TO WASTE CISCO'S

11:47:46   5     MONEY, I DIDN'T NEED TO.

11:47:47   6     Q.   SO COULD WE HAVE TX 9049.  BLOW THAT UP.

11:48:00   7          YOU WERE HERE WHEN DR. BLACK TESTIFIED, LET ME BACK UP.

11:48:04   8          YOU UNDERSTAND THAT THESE NUMBERS WE HAVE BEEN LOOKING AT,

11:48:07   9     HE STARTS WITH THE 500 YOU ARE COMPLAINING ABOUT AND ANALYZES

11:48:11  10     THOSE; RIGHT?  IN THE EARLIER ARE CHARTS WE LOOKED AT.

11:48:15  11     A.   YES.

11:48:15  12     Q.   YEAH.  DELL WAS DIFFERENT.  DELL, HE ACTUALLY WENT OUT,

11:48:20  13     WROTE A PROGRAM, LOOKED AT THE WHOLE SYSTEM TO SEE HOW MANY

11:48:25  14     COMMANDS IN TOTAL OVERLAPPED WITH CISCO, CORRECT?

11:48:29  15     A.   THAT WAS WHAT HE SAID HIS METHODOLOGY WAS.  ULTIMATELY,

11:48:34  16     THE RESULTS THAT YOU SHOW HERE ARE VERY FLAWED AND

11:48:39  17     MISREPRESENTATIVE.  AT LEAST, HERE'S ONE GOOD REASON, IF YOU

11:48:42  18     LOOK AROUND --

11:48:43  19     Q.   EXCUSE ME, DR. ALMEROTH.  EXCUSE ME, SIR.

11:48:47  20          WE HAVE TIME LIMITS.  YOUR LAWYERS WILL HAVE A CHANCE TO

11:48:51  21     EXAMINE YOU.  I JUST WANT TO KNOW YOU WERE HERE WHEN HE

11:48:55  22     TESTIFIED TO WHAT HE DID TO ANALYZE DELL IN TOTAL; RIGHT?

11:48:58  23     A.   YES, I WAS.

11:48:59  24     Q.   AND THE RESULT THAT HE GOT WAS 1600 COMMANDS IN COMMON

11:49:06  25     WITH CISCO; RIGHT?

11:49:07  1    A.   NO.   THAT IS ABSOLUTELY INCORRECT BECAUSE HE COUNTED

11:49:10  2    CERTAIN COMMANDS MULTIPLE TIMES THAT INCLUDED PARAMETERS, AND

11:49:14  3    SO WHEN YOU GO THROUGH AND REMOVE ALL OF THE REDUNDANCIES, IT'S

11:49:18  4    SIGNIFICANTLY LOWER THAN 1600.

11:49:20  5    Q.   NOW YOU TESTIFIED THAT YOU DIDN'T BELIEVE THAT THERE WAS

11:49:30  6    WIDESPREAD USE, NOTWITHSTANDING DR. BLACK'S ANALYSIS.

11:49:33  7         COULD I HAVE UP TX 9061.   YOU SAW THIS IN DR. BLACK'S

11:49:45  8    REPORT, CORRECT?

11:49:46  9    A.   YES.

11:49:47  10   Q.   IT'S AN ANALYSIS OF ALL OF THE COMMANDS THAT YOU ARE

11:49:51  11   ASSERTING IN THIS CASE; RIGHT?

11:49:54  12   A.   IT IS.

11:49:55  13   Q.   AND THIS IS ANOTHER ONE OF THE ANALYSIS THAT DR. BLACK DID

11:49:59  14   THAT YOU DIDN'T PRESENT ANY DATA TO DISPUTE; RIGHT?

11:50:02  15   A.   NO, I DIDN'T NEED TO.

11:50:04  16   Q.   AND THAT'S BECAUSE YOU DIDN'T GO OUT AND LOOK AT ANY OF

11:50:07  17   THESE OTHER COMPETITORS AS YOU TESTIFIED PREVIOUSLY; RIGHT?

11:50:12  18   A.   NO, I DID LOOK AT OTHER COMPETITORS, BUT I CERTAINLY

11:50:16  19   DIDN'T SPEND A THOUSAND HOURS PUTTING TOGETHER SOME KIND OF

11:50:19  20   SURVEY THAT SHOWS IT'S NOT WIDESPREAD USE.

11:50:21  21   Q.   NOW WHAT THIS SHOWS IS IT'S A COMPARISON OF ALL THE

11:50:25  22   COMMANDS, ON THIS SHEET, WE DISCUSSED SOME OF THEM, OF COURSE,

11:50:32  23   LOOK AT WHETHER BROCADE, DELL, JUNIPER HP AND EXTREME USED THE

11:50:36  24   SAME COMMANDS YOU ARE COMPLAINING ABOUT HERE; RIGHT?

11:50:39  25   A.   YES.

ALMEROTH CROSS-EXAM BY MR. VAN NEST

11:50:39  1    Q.   AND WE ALREADY ESTABLISHED THAT DELL, JUNIPER, AND HP,

11:50:42  2    THEY ARE ALL ON THE SHEETS THAT WE SAW, THE MARKET ANALYSIS

11:50:46  3    THAT MS. ELSTEN DID; RIGHT?

11:50:48  4    A.   NO.  AGAIN, IF YOU LOOK AT THAT MARKET ANALYSIS AND THE

11:50:54  5    SHARE OF EACH OF THESE CUSTOMERS, IN FACT, I THINK DELL WAS

11:50:57  6    2.3 PERCENT, AND THAT'S NOT A VERY SIGNIFICANT MARKET SHARE.

11:51:01  7         WHAT'S ALSO IMPORTANT IS FROM THAT STREAM, AND WHAT IT

11:51:04  8    SHOWED IS THE COMPETITION FOR JUNIPER, WAS PRIMARILY JUNOS.

11:51:08  9         AND SO HERE YOU ARE SHOWING ONLY JUNOS-E.  SO IT'S A

11:51:12  10   LITTLE BIT DISINGENUOUS TO SUGGEST THAT JUNIPER'S MARKET SHARE

11:51:16  11   HAS ANYTHING TO DO WITH JUNOS-E.  WHEN YOU COMPARE IT TO JUNOS,

11:51:21  12   THERE'S NO OVERLAP.

11:51:22  13   Q.   BUT DR. ALMEROTH, YOU TESTIFIED EARLIER THAT THERE WERE

11:51:25  14   LOTS OF OTHER VENDORS OUT THERE, BUT OF COURSE YOU DIDN'T GO

11:51:30  15   LOOK AT THEIR INFORMATION EITHER; RIGHT?

11:51:32  16   A.   NO, I DIDN'T NEED TO.  IN SOME CASES --

11:51:35  17   Q.   AND THEREFORE --

11:51:37  18   A.   SORRY, LET ME FINISH.

11:51:38  19        IN SOME CASES THEY DON'T EVEN HAVE A CLI.  I MEAN, APPLE

11:51:41  20   SELLS SWITCHES AS PART OF ITS AIRPORT PRODUCT.  THAT DOESN'T

11:51:45  21   HAVE A CLI.

11:51:46  22        SO ALREADY, DR. BLACK HAS REMOVED SWITCH PRODUCTS THAT

11:51:51  23   DON'T USE ANY OF THE CLI COMMANDS.

11:51:53  24   Q.   SO IN YOUR VIEW, IT WOULD BE A REASONABLE, LOGICAL THING

11:51:57  25   TO SPEND MONEY ON, TO LOOK AT A COMPARISON WITH A COMPANY THAT

11:52:01   1    DOESN'T USE THE CLI AT ALL?

11:52:02   2    A.   ABSOLUTELY.  IF YOU ARE TRYING TO ARGUE WHETHER THERE'S

11:52:05   3    WIDESPREAD USE, YOU HAVE TO LOOK AT EVERYBODY.  YOU CAN'T JUST

11:52:08   4    LOOK AT THE PEOPLE WHO HAVE A CLI WITH SOME COMMANDS IN COMMON.

11:52:12   5         BUT THAT GIVES YOU A DISTORTED PERSPECTIVE OF HOW COMMON

11:52:16   6    THOSE COMMANDS ACTUALLY ARE.

11:52:17   7    Q.   SO THERE ARE MANY, MANY, MANY COMMANDS IN THIS ANALYSIS

11:52:21   8    THAT DR. BLACK DID IN WHICH THREE, FOUR, OR VIRTUALLY ALL OF

11:52:27   9    THE FOLKS LISTED HERE USE THE SAME COMMAND; RIGHT?

11:52:30  10    A.   NO.  I WOULDN'T SAY THERE'S MANY, MANY.

11:52:33  11    Q.   SO FOR EXAMPLE --

11:52:35  12    A.   AND WHEN YOU SELF-SELECT DOWN TO FIVE, YES, THERE WOULD BE

11:52:39  13    SOME OVERLAP, BUT THAT DOESN'T DEMONSTRATE WIDESPREAD USE OF

11:52:42  14    THE COMMANDS.

11:52:43  15    Q.   SO LET ME ASK, "BOOT SYSTEM," THAT'S USED BY ALL FIVE OF

11:52:46  16    THE FOLKS ON THIS CHART; RIGHT?

11:52:48  17    A.   YES.

11:52:49  18    Q.   "CLOCK SET," USED BY ALL FIVE?

11:52:52  19    A.   THAT'S AN EXAMPLE, YES.

11:52:54  20    Q.   RIGHT.  AND THOSE ARE BOTH COMMANDS YOU ARE ASSERTING AS

11:52:58  21    ORIGINAL AND CREATIVE IN THIS LAWSUIT; RIGHT?

11:53:00  22    A.   OH, ABSOLUTELY.

11:53:01  23    Q.   BASED ON THE LOW BAR THAT YOU SET, THESE ARE BOTH COMMANDS

11:53:04  24    YOU BELIEVE ARE ORIGINAL AND CREATIVE?

11:53:06  25    A.   ABSOLUTELY.  AND THERE'S BEEN NO EVIDENCE PRESENTED THAT

11:53:10  1      THOSE EXISTED, THOSE SPECIFIC COMMANDS EXISTED BEFORE THE TIME

11:53:14  2      OF CREATION.

11:53:15  3      Q.   "IP ADDRESS," THAT'S USED BY ALL FIVE?

11:53:19  4      A.   IT IS.

11:53:19  5      Q.   "IP ROUTE," THAT'S USED BY ALL FIVE?

11:53:22  6      A.   THAT'S CORRECT.

11:53:23  7           AND YOU CAN POINT TO LOTS OF EXAMPLES AND HIGHLIGHT THEM,

11:53:27  8      BUT WHEN YOU SELF-SELECT IT DOWN TO FIVE, IT DOESN'T SHOW

11:53:31  9      WIDESPREAD USE.

11:53:31  10     Q.   WE ARE GOING TO KEEP GOING HERE, DR. ALMEROTH.

11:53:35  11          "IPV6" THAT'S USED BY ALL FIVE; RIGHT?

11:53:38  12     A.   NO.  THAT'S NOT A COMMAND.

11:53:44  13     Q.   "ROUTER BGP," ALL FIVE?

11:53:48  14     A.   YES.

11:53:48  15     Q.   "SHOW CLOCK," ALL FIVE?

11:53:51  16     A.   YES.

11:53:52  17     Q.   "SHOW INTERFACES," ALL FIVE?

11:53:54  18     A.   YES.

11:53:54  19     Q.   "SHOW IP INTERFACE," ALL FIVE?

11:53:56  20     A.   YES.

11:54:03  21     Q.   "SHOW IP ROUTE," ALL FIVE?

11:54:05  22     A.   YES.

11:54:08  23     Q.   "SHOW IPV6 ROUTE," ALL FIVE?

11:54:11  24     A.   IT'S NOT -- THERE IT IS.  YES.  DEFINITELY SOME EXAMPLES

11:54:20  25     HERE.

11:54:20  1    Q.   "SHOW USERS," ALL FIVE?

11:54:22  2    A.   YES.

11:54:22  3    Q.   "SHOW VERSION," ALL FIVE?

11:54:23  4    A.   YES.

11:54:24  5    Q.   "SNMP SERVER," ALL FIVE?

11:54:26  6    A.   THAT'S NOT A COMMAND ON THE LIST.

11:54:34  7    Q.   ALL RIGHT.  THAT MAY BE ON ANOTHER PAGE.

11:54:36  8         IN FACT, LOOKING AT DR. BLACK'S ANALYSIS OVERALL, MORE

11:54:43  9    THAN 170 OF THE COMMANDS THAT YOU DISPUTE IN THIS LAWSUIT ARE

11:54:47  10   USED BY FOUR OR MORE OF CISCO'S MAJOR COMPETITORS, NOT

11:54:51  11   INCLUDING ARISTA; RIGHT?

11:54:52  12         MR. NELSON:  YOUR HONOR, JUST SO THE RECORD IS CLEAR,

11:54:54  13   I THINK HE MISSTATED THAT.  117, NOT 170.

11:55:00  14         THE WITNESS:  YEAH, THIS SLIDE SHOWS 117 AT THE

11:55:03  15   BOTTOM.

11:55:03  16         MR. VAN NEST:  AH.  FAIR ENOUGH.

11:55:06  17      CORRECT, DR. ALMEROTH?

11:55:08  18         THE WITNESS:  THAT'S CORRECT.  WHEN YOU SELF SELECT

11:55:12  19   IT DOWN TO FIVE OUT OF HUNDREDS OF SWITCH VENDORS AND ROUTING

11:55:16  20   COMPANIES, SURE.

11:55:17  21   BY MR. VAN NEST:

11:55:18  22   Q.   NOW YOU TALKED A LITTLE BIT ABOUT HOCKEY?

11:55:24  23   A.   YES, SIR.

11:55:25  24   Q.   AND HOCKEY WORDS; RIGHT?

11:55:28  25   A.   YES.

ALMEROTH CROSS-EXAM BY MR. VAN NEST

11:55:29  1    Q.   NOW OBVIOUSLY THESE COMMANDS AREN'T A NEWSPAPER STORY,

11:55:34  2    THEY ARE COMMANDS USED IN A COMPUTER SYSTEM; RIGHT?

11:55:36  3    A.   YES.

11:55:37  4    Q.   AND THEIR PURPOSE IS TO PROVIDE INFORMATION TO A SWITCH;

11:55:44  5    RIGHT?

11:55:44  6    A.   NOT TECHNICALLY, I'M NOT GOING TO QUIBBLE WITH YOU, BUT I

11:55:50  7    DON'T THINK THAT'S QUITE RIGHT.

11:55:52  8    Q.   AND IN SOME CASES WITH A SHOW COMMAND TO OBTAIN

11:55:55  9    INFORMATION FROM A SWITCH; RIGHT?

11:55:56  10   A.   YES.

11:55:57  11   Q.   SO THEY ARE ESSENTIALLY INFORMATIONAL AND FUNCTIONAL IN

11:56:00  12   NATURE AS TO WHAT THEY DO?

11:56:02  13   A.   NO.  NO.  NOT THE COMMANDS.  THE UNDERLYING FUNCTIONS,

11:56:07  14   THERE'S FUNCTIONS BUT THE COMMANDS THEMSELVES ARE CERTAINLY NOT

11:56:11  15   FUNCTIONAL.

11:56:12  16   Q.   WELL THEY ARE CERTAINLY NOT SHAKESPEARE?

11:56:14  17   A.   THEY ARE NOT SHAKESPEARE.

11:56:17  18   Q.   THEY ARE USED BY NETWORK OPERATORS TO ENTER COMMANDS INTO

11:56:20  19   A COMPUTER SYSTEM; RIGHT?

11:56:22  20   A.   SORRY, YOU WERE TALKING OVER ME.  I DIDN'T HEAR THE FIRST

11:56:24  21   PART OF THE QUESTION.

11:56:27  22   Q.   THEY ARE USED BY NETWORK OPERATORS TO ENTER COMMANDS TO A

11:56:32  23   NETWORK SYSTEM; RIGHT?

11:56:33  24   A.   NO, THAT DOESN'T MAKE SENSE.  THE COMMANDS ARE WHAT ARE

11:56:36  25   ENTERED.

11:56:36  1    Q.  ALL RIGHT.  THAT'S -- THE COMMANDS ARE WHAT NETWORK USERS,

11:56:43  2    NETWORK OPERATORS USE AND ENTER THEM INTO THE SYSTEM TO MAKE

11:56:48  3    CERTAIN THINGS HAPPEN, RIGHT?

11:56:48  4    A.  THEY DO ENTER COMMANDS, AND AS A RESULT OF ENTERING THOSE

11:56:51  5    COMMANDS, SOMETHING COULD HAPPEN.

11:56:52  6    Q.  NOW, I THINK AS WE ESTABLISHED LAST WEEK, MANY OF THE

11:56:55  7    TERMS THAT ARE USED IN THE COMMANDS AT ISSUE ARE THE SAME TERMS

11:56:59  8    THAT ARE USED IN INDUSTRY NETWORKING PROTOCOLS; DO YOU RECALL

11:57:03  9    THAT?

11:57:03  10   A.  YES, SOME OF THE INDIVIDUAL TERMS DO APPEAR IN STANDARDS.

11:57:06  11   Q.  RIGHT.  AND YOU CONCEDE, I THINK YOU SAID THAT CISCO IS

11:57:10  12   NOT MAKING ANY CLAIM BASED ON AN INDIVIDUAL TERM; RIGHT?

11:57:14  13   A.  OH, THAT'S CORRECT.

11:57:15  14   Q.  AND ALSO, I'M NOT SURE WE COVERED THIS, BUT CISCO IS NOT

11:57:19  15   MAKING ANY CLAIM BASED ON AN INDIVIDUAL COMMAND EITHER; ISN'T

11:57:23  16   THAT RIGHT?

11:57:23  17   A.  WELL, IN INDIVIDUAL WORD, THAT'S A COMMAND, THAT'S

11:57:27  18   CORRECT.

11:57:28  19   Q.  BUT YOU'RE --

11:57:30  20   A.  SORRY, I UNDERSTAND WHAT YOU ARE GOING TO SAY, BUT GO

11:57:33  21   AHEAD.

11:57:33  22   Q.  LET ME JUST GET IT CLEAR.

11:57:34  23       CISCO IS NOT CLAIMING PROTECTION FOR ANY INDIVIDUAL

11:57:38  24   MULTIWORD COMMAND; RIGHT?

11:57:40  25   A.  IT'S HARD FOR ME TO SAY.  I BELIEVE THAT YOU HAVE THE

11:57:49  1       COLLECTION OF THE COMMANDS.

11:57:50  2       Q.   RIGHT.

11:57:51  3       A.   I BELIEVE THAT THAT'S WHAT'S BEEN CENTRAL, BUT MY OPINIONS

11:57:55  4       MIGHT APPLY EQUALLY TO THE INDIVIDUAL COMMANDS THEMSELVES.

11:57:58  5       Q.   BUT YOU UNDERSTAND THAT THE CLAIM IS FOR THE COLLECTION OF

11:58:02  6       COMMANDS IN IOS, NOT FOR ANY INDIVIDUAL MULTIWORD COMMAND;

11:58:07  7       RIGHT?

11:58:07  8       A.   YOU ARE INTO THE LEGAL ASPECTS OF WHAT THE CLAIM IS.

11:58:11  9       Q.   ALL RIGHT.

11:58:12  10      A.   YOU WOULD HAVE TO TALK TO THE LAWYERS.

11:58:14  11      Q.   FAIR ENOUGH.

11:58:15  12           NOW YOU WOULD AGREE WITH ME THAT, AT LEAST SOME OF THE

11:58:19  13      TERMS WE REVIEWED LAST WEEK THAT APPEAR IN THE COMMANDS, THEY

11:58:23  14      ALSO COME FROM INDUSTRY STANDARD PROTOCOLS; RIGHT.

11:58:26  15      A.   SOME OF THE INDIVIDUAL TERMS AND WORDS, YES, COME FROM THE

11:58:29  16      STANDARD.

11:58:29  17      Q.   AND YOU WOULD EXPECT THAT BECAUSE WE ARE TALKING ABOUT

11:58:32  18      NETWORKING AND WE ARE TALKING ABOUT NETWORKING PROTOCOLS IN

11:58:36  19      THIS CASE; RIGHT?

11:58:37  20      A.   I THINK THAT'S TRUE.

11:58:38  21      Q.   OKAY.  NOW OF COURSE WHEN WE ARE TALKING HOCKEY, WE ARE

11:58:43  22      TALKING ABOUT ICING THE PUCK; RIGHT?

11:58:44  23      A.   IT COULD BE.

11:58:45  24      Q.   OR SLAP SHOT?

11:58:47  25      A.   YES.

11:58:47  1    Q.   YOU TYPICALLY WOULDN'T BE TALKING ABOUT NINE IRONS IN A

11:58:51  2    HOCKEY GAME, WOULD YOU?

11:58:52  3    A.   YOU MIGHT TALK ABOUT THE BLUE LINE, YOU MIGHT TALK ABOUT

11:58:55  4    OTHER ASPECTS THAT ARE STANDARD FOR THE RANGE.

11:58:58  5    Q.   BUT NOT A NINE IRON; RIGHT?

11:59:00  6    A.   OH, I SEE, FROM GOLF, NO.

11:59:03  7    Q.   AND YOU WOULDN'T BE TALKING ABOUT A FIELD GOAL IN HOCKEY?

11:59:06  8    A.   THAT'S CORRECT.

11:59:06  9    Q.   AND THEREFORE, THE LANGUAGE YOU USE IN HOCKEY IS THE

11:59:10  10   LANGUAGE OF HOCKEY; RIGHT?

11:59:11  11   A.   SOME PARTS OF IT, THAT'S CORRECT.

11:59:14  12   Q.   AND THEREFORE, THE LANGUAGE YOU USE IN NETWORKING

11:59:17  13   COMMANDS, THAT'S THE LANGUAGE OF NETWORKING; RIGHT?

11:59:20  14   A.   SOME PARTS OF IT, THAT'S CORRECT.  AND IN EITHER CASE, YOU

11:59:25  15   STILL HAVE ORIGINALITY.

11:59:26  16   Q.   NOW LET'S TALK ABOUT YOUR TESTIMONY ON USAGE OVER TIME.

11:59:30  17           MR. VAN NEST:  CAN I HAVE UP DR. ALMEROTH'S SLIDE 16,

11:59:33  18   PLEASE.

11:59:37  19   Q.   I THINK YOU DISPLAYED THIS TO THE JURY AND TALKED ABOUT IT

11:59:39  20   A LITTLE BIT.

11:59:40  21       I JUST WANT TO CLARIFY THE COMMAND NUMBERS THAT YOU PLACED

11:59:45  22   ON THIS CHART, THE ONES IN THE MIDDLE COLUMN, THOSE CAME FROM

11:59:48  23   THE USER'S MANUAL; RIGHT?

11:59:52  24   A.   YOU MEAN THE ARISTA USER MANUAL?

11:59:55  25   Q.   YES, THAT'S WHAT I MEAN?

11:59:56  1    A.   YES, YES.

11:59:57  2    Q.   YOU LIMITED YOUR ANALYSIS THERE TO THE USER MANUAL IN

12:00:00  3    COMING UP WITH THE NUMBERS; RIGHT?

12:00:02  4    A.   THAT'S CORRECT.   THAT WAS -- THERE'S A TABLE OF CONTENTS

12:00:05  5    AND IT SAYS LIST OF COMMANDS, SO THAT SEEMED THE APPROPRIATE

12:00:09  6    NUMBER TO USE.

12:00:09  7    Q.   OKAY.   AND YOU KNEW THAT THE SWITCH ITSELF SUPPORTED MANY

12:00:14  8    MORE COMMANDS THAN THE ONES THAT ARE LISTED IN THE TABLE OF

12:00:16  9    CONTENTS; RIGHT?

12:00:17 10    A.   THERE MIGHT HAVE BEEN SOME OTHERS, BUT I DON'T THINK IT'S

12:00:20 11    MANY MORE.   AND THERE'S A DISCREPANCY IN HOW YOU CAN COUNT, FOR

12:00:25 12    EXAMPLE, WHETHER OR NOT YOU INCLUDE PARAMETERS OR NOT.

12:00:28 13         SO WHEN YOU GO TO THE AUTHORITATIVE SOURCE, WHAT ARISTA

12:00:32 14    TELLS ITS CUSTOMERS ABOUT WHAT THE COMMANDS ARE, THAT COMES

12:00:37 15    FROM THE USER MANUAL.

12:00:38 16    Q.   BUT YOU DIDN'T DO ANYTHING WITH THE SWITCH ITSELF TO

12:00:42 17    DOWNLOAD THE COMMANDS ACTUALLY SUPPORTED BY AN ARISTA SWITCH;

12:00:46 18    RIGHT?

12:00:46 19    A.   I THINK IT WOULD HAVE BEEN VERY DIFFICULT TO IDENTIFY A

12:00:51 20    COMPLETE SET THAT THE SWITCH MIGHT HAVE SUPPORTED THERE MIGHT

12:00:58 21    BE UNADVERTISED COMMANDS OR THINGS LIKE THAT.

12:01:00 22    Q.   OKAY.   THE SO THE NUMBER MIGHT BE TOO LOW, THERE MIGHT BE

12:01:03 23    MORE.   BUT YOU DIDN'T DO ANYTHING WITH THE SWITCHES THAT YOU

12:01:05 24    HAD ACCESS TO, TO COUNT THE NUMBER OF COMMANDS SUPPORTED ON THE

12:01:08 25    SWITCH; RIGHT?

12:01:09  1    A.   NOW THIS PART WAS FOCUSED ON THE MANUAL.  AND THE REASON

12:01:13  2    WHY I DID THAT WAS TO EMPHASIZE WHETHER ARISTA WAS TEACHING TO

12:01:17  3    ITS CUSTOMERS WHAT IT THOUGHT WERE THE IMPORTANT COMMANDS

12:01:19  4    CONSISTENT WITH THE OTHER TESTIMONY I HAD SEEN ABOUT COPYING

12:01:23  5    THE CLI.

12:01:23  6    Q.   BUT JUST TO BE CLEAR, YOU DID HAVE ACCESS TO THE ARISTA

12:01:26  7    SWITCH; RIGHT?

12:01:27  8    A.   I DID.

12:01:28  9    Q.   AND YOU HAD -- IT WAS AVAILABLE IN OUR OFFICE?

12:01:30  10   A.   IT WAS.

12:01:31  11   Q.   YOU CAME AND TESTED IT A NUMBER OF TIMES AS YOU SAID LAST

12:01:34  12   TIME?

12:01:34  13   A.   YES, SIR.

12:01:35  14   Q.   BUT YOU NEVER USED IT TO DETERMINE HOW MANY COMMANDS IN

12:01:38  15   TOTAL IT SUPPORTED, DO I HAVE THAT RIGHT?

12:01:40  16   A.   THAT'S PARTLY CORRECT.  I DIDN'T NEED TO BECAUSE THE USER

12:01:45  17   MANUAL IS DESCRIBED AS THE AUTHORITATIVE SOURCE, AND IT LISTS

12:01:50  18   THOSE COMMANDS.

12:01:50  19   Q.   NOW YOU HAVE ON THE VERY BOTTOM OF THAT EOS COLUMN, 1352.

12:01:55  20   AGAIN, THOSE ARE COMMANDS COUNTED FROM THE MANUAL; RIGHT?

12:01:58  21   A.   YES.

12:01:58  22   Q.   AND YOU HAD ACCESS TO MR. SWEENEY'S TESTIMONY IN PREPARING

12:02:04  23   YOUR REPORT; RIGHT?

12:02:05  24   A.   I DID.

12:02:05  25   Q.   AND AS A MATTER OF FACT, YOUR REPORT IS CHALK FULL OF

12:02:09  1    QUOTES FROM PEOPLE AT ARISTA; RIGHT?

12:02:11  2    A.   IT IS.

12:02:12  3    Q.   BUT MR. SWEENEY, WHO IS THE HEAD OF SOFTWARE ENGINEERING

12:02:18  4    AT ARISTA, HE ESTIMATES THAT THERE ARE 10 TO 15,000 COMMANDS?

12:02:24  5              MR. NELSON:  OBJECTION, YOUR HONOR.

12:02:25  6              MR. VAN NEST:  IN EOS, RIGHT?

12:02:26  7              MR. NELSON:  THOSE FACTS ARE NOT IN EVIDENCE.  I

12:02:28  8    DIDN'T BRING MR. SWEENEY.

12:02:30  9              MR. VAN NEST:  THIS IS FROM THE DEPOSITION TRANSCRIPT

12:02:31  10   THAT HE REVIEWED, YOUR HONOR, AS PART OF HIS REPORT.

12:02:35  11             THE COURT:  WELL, YOU CAN SHOW IT TO HIM.

12:02:36  12             MR. VAN NEST:  I WILL.

12:02:39  13        COULD I HAVE THE SLIDE UP WITH MR. SWEENEY'S TESTIMONY.

12:02:43  14   BY MR. VAN NEST:

12:02:44  15   Q.   NOW YOU REMEMBER THAT YOU HAD ACCESS TO ALL THESE

12:02:46  16   DEPOSITIONS; RIGHT?

12:02:48  17   A.   YES, SIR.

12:02:49  18   Q.   AND YOU REVIEWED THEM?

12:02:50  19   A.   YES.

12:02:51  20   Q.   AND YOU FILLED YOUR REPORT WITH THEM?

12:02:53  21   A.   YES.

12:02:53  22   Q.   BUT THIS IS ONE THAT DIDN'T MAKE YOUR REPORT; RIGHT?

12:02:58  23   A.   I WOULD HAVE TO GO BACK AND SEE.  CERTAINLY I'M AWARE THAT

12:03:01  24   HE HAD MADE THAT STATEMENT.

12:03:04  25   Q.   AND HIS STATEMENT WAS THAT WE COUNTED RECENTLY AND THERE

12:03:08   1    ARE BETWEEN 10 AND 15,000 COMMANDS IN EOS; RIGHT?

12:03:12   2    A.   YES, AND I CERTAINLY BELIEVE THAT'S WHAT HE THINKS AND I

12:03:15   3    THINK WHEN YOU COUNT DIFFERENT PARAMETER OPTIONS, THAT YOU CAN

12:03:19   4    ADD TO THE END OF A COMMAND OR THE IDEA OF ADDING THE WORD "NO"

12:03:23   5    TO THE BEGINNING OF A COMMAND, HE'S DOUBLE-COUNTED THOSE AND

12:03:28   6    POTENTIALLY TRIPLE-COUNTED THOSE.

12:03:30   7         SO I THINK WHEN YOU LOOK AT THE USER MANUAL AS THE SET OF

12:03:36   8    COMMANDS THAT ARE DESCRIBED AS AVAILABLE, MY NUMBERS FROM THE

12:03:40   9    MANUAL ARE THE MOST ACCURATE NUMBERS.

12:03:43  10    Q.   SO LET'S GO BACK UP TO THE CHART THAT WE HAD UP BEFORE.

12:03:46  11    SO IF THE JURY WERE TO CONCLUDE, BASED ON DR. BLACK'S TESTIMONY

12:03:50  12    OR ANY OTHER EVIDENCE, THAT THERE ARE 10,000 COMMANDS IN EOS,

12:03:55  13    YOUR PERCENTAGE NUMBER ON THE RIGHT GOES WAY DOWN FROM

12:03:58  14    37 PERCENT; RIGHT?

12:03:59  15    A.   JUST DOING THE MATH, THAT WOULD BE CORRECT.

12:04:03  16    Q.   RIGHT.  JUST DOING THE MATH, THAT NUMBER WOULD BE DOWN

12:04:06  17    AROUND THREE PERCENT, 4 PERCENT; RIGHT, DR. ALMEROTH?

12:04:10  18    A.   IF THE JURY WERE TO BELIEVE THAT THERE WEREN'T 1352

12:04:14  19    COMMANDS THAT THE MANUAL DESCRIBES, THEN THAT NUMBER WOULD GO

12:04:18  20    DOWN.

12:04:18  21    Q.   AND IT WOULD GO DOWN TO ABOUT 3 PERCENT; RIGHT?

12:04:21  22    A.   WELL, THE ONLY EVIDENCE THAT WE REALLY HAVE IS TO WHAT THE

12:04:27  23    ACCURATE COMMANDS ARE, IS WHAT'S IN THE MANUAL.

12:04:32  24         I MEAN, IF THEY WERE TO BELIEVE THIS DEPOSITION TESTIMONY

12:04:35  25    IS TO BE ACCURATE, THEN THAT WOULD BE THE CALCULATION THAT YOU

ALMEROTH CROSS-EXAM BY MR. VAN NEST                              2560

```
12:04:40   1      WOULD ARRIVE AT.

12:04:41   2              MR. NELSON:  I HAVE JUST ONE MORE QUESTION.

12:04:43   3              THE COURT:  OF COURSE.

12:04:44   4      BY MR. VAN NEST:

12:04:44   5      Q.  YOU WERE HERE LAST WEEK, DR. ALMEROTH, WHEN DR. BLACK

12:04:47   6      TESTIFIED THAT WHEN WE TESTED THE SWITCH HE FOUND ABOUT 8,000

12:04:51   7      COMMANDS.

12:04:51   8          WERE YOU HERE FOR THAT TESTIMONY?

12:04:52   9      A.  I WAS.

12:04:53  10              MR. VAN NEST:  THANK YOU.

12:04:54  11          I HAVE NOTHING FURTHER, YOUR HONOR.

12:04:56  12          OR, EXCUSE ME, I DON'T NOT HAVE ANYTHING FURTHER, BUT I'M

12:04:58  13      AT A BREAK POINT.

12:04:59  14              THE COURT:  YOU ARE AT A BREAK POINT.  THAT'S WHAT I

12:05:02  15      THOUGHT.

12:05:02  16          OKAY.  WE WILL TAKE OUR LUNCH BREAK, AND WHEN WE RETURN,

12:05:05  17      WE WILL CONTINUE WITH DR. ALMEROTH'S CROSS-EXAMINATION.

12:05:08  18          LET'S COME BACK AT FIVE MINUTES PAST 1:00.

12:05:14  19          (RECESS FROM 12:05 P.M. UNTIL 1:05 P.M.)

01:08:00  20          (JURY IN AT 1:08 P.M.)

01:08:00  21              THE COURT:  GOOD AFTERNOON, EVERYONE.  PLEASE BE

01:08:17  22      SEATED.

01:08:18  23          ALL OF OUR JURORS ARE BACK, AND DR. ALMEROTH, GOOD

01:08:21  24      AFTERNOON.

01:08:22  25              THE WITNESS:  GOOD AFTERNOON, AGAIN.
```

01:08:23  1                    THE COURT:  MR. VAN NEST, WOULD YOU LIKE TO CONTINUE?

01:08:27  2                    MR. VAN NEST:  I WOULD, YOUR HONOR.

01:08:27  3                    THE COURT:  GO AHEAD, PLEASE.

01:08:30  4                    MR. VAN NEST:  GOOD AFTERNOON, DR. ALMEROTH.

01:08:33  5                    THE WITNESS:  GOOD AFTERNOON.

01:08:35  6                    MR. VAN NEST:  COULD WE PUT DR. ALMEROTH'S SLIDE 16

01:08:37  7      UP.

01:08:38  8      Q.   THIS IS THE SUMMARY THAT YOU PREPARED AND SHOWED THE JURY

01:08:41  9      THIS MORNING?

01:08:41 10      A.   YES, SIR.

01:08:42 11      Q.   AND I JUST WANT TO CONFIRM, I HAVE IN MY NOTE THAT TO GET

01:08:49 12      THE NUMBERS FROM THE EOS MANUALS, YOU USED THE TABLE OF

01:08:53 13      CONTENTS.

01:08:53 14      A.   THAT'S CORRECT.  THERE'S A LIST IN THE TABLE OF CONTENTS

01:08:56 15      CALLED THE COMMAND REFERENCE.

01:08:57 16      Q.   SO YOU DIDN'T ACTUALLY OPEN THE MANUAL AND GO INTO ANY

01:09:00 17      CHAPTER AND LOOK AT ANY COMMANDS, YOU USED THE TABLE OF

01:09:04 18      CONTENTS?

01:09:04 19      A.   OH, I DID FOR OTHER REASONS, BUT I ALSO LOOKED AT THE

01:09:08 20      TABLE OF CONTENTS.

01:09:09 21      Q.   AND THESE NUMBERS, THEY COME FROM THE TABLE OF CONTENTS,

01:09:13 22      NOT FROM INSIDE THE MANUAL?

01:09:15 23      A.   THE TABLE OF CONTENTS IS IN THE MANUAL.

01:09:17 24      Q.   WHAT I MEANT WAS THESE COME FROM THE TABLE OF CONTENTS,

01:09:21 25      NOT GOING THROUGH A PARTICULAR CHAPTER.  THAT'S ALL I MEANT.

01:09:23  1    A.   IT'S REALLY A COMBINATION OF BOTH.  I THINK THE TABLE OF

01:09:29  2    CONTENTS, IN THE COMMAND REFERENCE, SUMMARIZES THE COMMANDS

01:09:31  3    THAT EXIST IN THE MANUAL.

01:09:32  4    Q.   OKAY.  AND IT'S THAT SUMMARY THAT I USED TO PREPARE THIS

01:09:36  5    CHART?

01:09:36  6    A.   I USED THE ENTIRE MANUAL.

01:09:38  7    Q.   BUT THE NUMBERS, THEY COME FROM THE SUMMARY?

01:09:40  8    A.   I'M SURE THEY ARE CONSISTENT WITH THE SUMMARY.

01:09:44  9    Q.   OKAY.  FAIR ENOUGH.

01:09:46  10        NOW YOU MENTIONED ON YOUR DIRECT TESTIMONY THAT YOU HAD

01:09:49  11   BEEN HERE WHEN MR. VENKATRAMAN WAS HERE YESTERDAY FROM HP.

01:09:53  12   A.   YES, SIR.

01:09:55  13   Q.   AND HE'S THE ONE THAT SAID THAT THE INDUSTRY HAS ADOPTED A

01:09:57  14   COMMON SET OF COMMANDS THAT EVERYONE USES; DID YOU HEAR THAT

01:10:00  15   TESTIMONY?

01:10:00  16   A.   IT MIGHT BE PARAPHRASING IT, AND ULTIMATELY WHAT WE HE

01:10:07  17   SAID IS, IT'S MORE ABOUT THE FUNCTIONALITY AND LESS ABOUT THE

01:10:10  18   COMMANDS.  THEN HE GAVE THE SPECIFIC EXAMPLES WITH THE WRITE

01:10:13  19   AND THE SAVE, WHERE THE SYNTAX IN THE WORDS THAT WERE USED WERE

01:10:16  20   DIFFERENT ACROSS THE INDUSTRY.

01:10:17  21   Q.   BUT YOU DID HEAR HIM SAY THAT, OVER TIME, THE INDUSTRY HAS

01:10:20  22   ADOPTED A COMMON SET OF COMMANDS THAT EVERYONE USES, DIDN'T

01:10:23  23   YOU?

01:10:24  24   A.   I DON'T KNOW IF YOU ARE PARAPHRASING IT CORRECTLY,

01:10:26  25   CERTAINLY WE CAN PUT UP THE TRIAL TESTIMONY AND SEE IT.

01:10:29   1    Q.   AND THEN HE PUT UP A MANUAL, WE LOOKED AT ONE OF THE HP

01:10:34   2    MANUALS YESTERDAY WHILE HE WAS HERE, DIDN'T WE?

01:10:36   3    A.   I BELIEVE THAT'S CORRECT.

01:10:37   4         MR. VAN NEST:  COULD WE HAVE TX 6380 ON THE SCREEN.

01:10:41   5    NOW THIS WAS A NETWORKING MANUAL.  THIS IS ACTUALLY AN HP

01:10:47   6    MANUAL THAT'S IN USE TODAY.

01:10:49   7         THE WITNESS:  DO YOU --

01:10:50   8    Q.   I'M SORRY, I JUST HAVE IT THE SCREEN, I DIDN'T BRING THE

01:10:55   9    NOTEBOOK, I'M SORRY, WE ARE RUNNING OUT OF PAPER AROUND HERE.

01:10:58  10         SO THIS IS ACTUALLY A CURRENT HP MANUAL; RIGHT?

01:11:01  11    A.   I DON'T KNOW.  I'VE REALLY JUST GOT THE COVER PAGE.

01:11:04  12    Q.   LET'S GO BACK A COUPLE OF PAGES AND GET THE DATE.  I

01:11:08  13    BELIEVE IT'S 2015.  SO FAIRLY RECENT, RIGHT?  LAST YEAR?

01:11:13  14    A.   LAST YEAR IS WHEN THE COPYRIGHT NOTICE IS.

01:11:18  15    Q.   AND THEN MR. PAK TOOK MR. VENKATRAMAN TO ONE OF THE PAGES

01:11:23  16    AND THEY LOOKED AT SOME OF THE COMMANDS THERE; DO YOU REMEMBER

01:11:25  17    THAT?

01:11:26  18    A.   I DO.

01:11:27  19    Q.   LET'S GO TO THAT PAGE TOO.

01:11:30  20         AND COULD WE BLOW UP THE BOTTOM TWO-THIRDS OF THE PAGE,

01:11:35  21    PLEASE.

01:11:35  22         THIS SAYS COMPARING FREQUENTLY USED COMMANDS; RIGHT?

01:11:38  23    THAT'S WHAT MR. VENKATRAMAN PRESENTED ON CROSS YESTERDAY;

01:11:41  24    RIGHT?

01:11:41  25    A.   I BELIEVE.  I DON'T REALLY REMEMBER ALL OF THE DETAILS.

01:11:45  1    Q.   AND IT SAYS, "THE TABLE BELOW LISTS FREQUENTLY USED

01:11:48  2    COMMANDS FOR EACH OPERATING SYSTEM."

01:11:50  3         AND THEN THERE'S THREE OPERATING SYSTEMS LISTED BELOW

01:11:53  4    THERE; RIGHT?

01:11:53  5    A.   YES.

01:11:54  6    Q.   NOW THE PROVISION, THAT'S AN ETHERNET SWITCH THAT HP SELLS

01:11:59  7    IN COMPETITION WITH CISCO AND ARISTA; RIGHT?

01:12:04  8    A.   I DON'T KNOW THAT THAT'S RIGHT.  I'M PRETTY SURE THAT

01:12:07  9    THAT'S NOT.

01:12:08  10   Q.   AND THEN COMWARE, THAT'S THE PRODUCT THAT MR. PAK FOCUSED

01:12:12  11   ON?

01:12:12  12   A.   I DO REMEMBER THAT.

01:12:13  13   Q.   AND THEN THE ONE ON THE RIGHT, THAT'S CISCO; RIGHT?

01:12:16  14   A.   THAT'S WHAT IT SAYS.

01:12:17  15   Q.   NOW DOES IT SEEM ODD TO YOU THAT IN AN HP MANUAL, HP WOULD

01:12:22  16   BE COMPARING ITS COMMANDS TO CISCO COMMANDS?

01:12:25  17   A.   I DON'T KNOW ODD OR NOT, CERTAINLY CISCO IS RECOGNIZED AS

01:12:32  18   THE INDUSTRY LEADER.  SO TO THE EXTENT THAT YOU MIGHT WANT TO

01:12:36  19   REFERENCE WHAT CISCO DOES, IT MIGHT BE POSSIBLE.

01:12:39  20   Q.   IN OTHER WORDS, YOU MIGHT WANT TO SHOW HOW SIMILAR YOUR

01:12:42  21   COMMANDS ARE TO CISCO'S; RIGHT?

01:12:44  22   A.   YOU MIGHT, SURE.

01:12:47  23   Q.   AND THAT'S DONE A LOT IN MANUALS THROUGHOUT THE INDUSTRY,

01:12:52  24   COMPARING YOUR COMMANDS TO CISCO; RIGHT?

01:12:54  25   A.   NO, I DON'T THINK SO.  NOT AT THIS LEVEL.  I DON'T -- I

01:12:59  1    DON'T RECALL SEEING ANYTHING LIKE THIS IN ANY OF THE MANUALS.

01:13:02  2    Q.   LET'S LOOK A LITTLE MORE CLOSELY.

01:13:05  3         MR. VAN NEST:  COULD WE DROP THE MIDDLE OPERATING

01:13:06  4    SYSTEM OUT, MR. DAHM, AND COMPARE THE HP PROVISION WITH THE

01:13:10  5    CISCO PRODUCT.  PULL THEM TOGETHER.

01:13:18  6    Q.   NOW THOSE ARE PRETTY SIMILAR; RIGHT?

01:13:21  7    A.   YOU WILL HAVE TO GIVE ME A SECOND.  I DON'T HAVE THE

01:13:25  8    MANUAL, SO LET ME LOOK AT THIS.

01:13:31  9         THERE ARE A FAIR NUMBER THAT ARE SIMILAR, THERE'S ALSO A

01:13:34  10   LOT OF ONE-WORD COMMANDS HERE THAT AREN'T COUNTED.

01:13:38  11   Q.   SO --

01:13:39  12   A.   SORRY, I'M NOT FINISHED.

01:13:42  13        IF YOU LOOK AT THE ONE-WORD COMMANDS, THEN LOOK AT THE

01:13:47  14   TWO-WORD, THE ONES THAT ARE THE SAME, MAYBE TEN LOOK TO BE

01:13:50  15   PRETTY SIMILAR.

01:13:51  16   Q.   WELL, "SHOW FLASH," THAT'S THE SAME?

01:13:53  17   A.   YES.

01:13:53  18   Q.   "SHOW VERSION," "SHOW RUN?"

01:13:55  19   A.   YES.

01:13:55  20   Q.   RIGHT?  THOSE ARE THE SAME.

01:13:58  21        "SHOW HISTORY?"  "SHOW LOG IN?"

01:14:00  22   A.   HOLD ON, HOLD ON, A LITTLE SLOWER, PLEASE.  OKAY.

01:14:03  23   Q.   "SHOW IP ROUTE?"

01:14:05  24   A.   OKAY.

01:14:05  25   Q.   NOW DO YOU THINK HP COPIED THESE FROM CISCO?

01:14:08  1    A.   NO, THERE'S NO EVIDENCE THAT HP HAS.  THEY HAVEN'T --

01:14:12  2    THERE'S NO TESTIMONY OR DEPOSITION OR SAYS THERE'S COPYING, FOR

01:14:17  3    EXAMPLE, LIKE THERE IS FROM ARISTA.

01:14:18  4    Q.   AND YOU ARE NOT ACCUSING HP OF DOING ANYTHING WRONG;

01:14:23  5    RIGHT?

01:14:23  6    A.   I WASN'T HIRED TO PROVIDE OPINIONS OR DO ANALYSIS WITH

01:14:26  7    RESPECT TO WHETHER HP WAS COPYING FROM CISCO.

01:14:29  8    Q.   AND YOU THINK HP IS AN ETHICAL COMPANY?

01:14:34  9    A.   GENERALLY.

01:14:36  10   Q.   OKAY.  SO HERE'S A VERY PUBLIC EXAMPLE OF ONE OF THE OTHER

01:14:41  11   MAJOR COMPETITORS COMPARING LINE-TO-LINE ON THE COMMANDS.  AND

01:14:48  12   MOST, IF NOT ALL OF THEM, ARE IDENTICAL; ISN'T THAT RIGHT,

01:14:51  13   DR. ALMEROTH?

01:14:51  14   A.   NO, THAT'S NOT RIGHT.  YOU WENT THROUGH THE EXAMPLES, WE

01:14:55  15   CAME UP WITH FIVE, THERE'S ALSO A BUNCH OF ONE-WORD COMMANDS

01:15:00  16   WHICH AREN'T AT ISSUE.

01:15:01  17        SO I THINK IT IS PRETTY SUSPECT TO TAKE THIS KIND OF

01:15:03  18   PRESENTATION, PUT THESE SIDE-BY-SIDE FOR A VERY LIMITED NUMBER

01:15:09  19   OF COMMANDS, AND DRAW ANY SIGNIFICANT CONCLUSIONS FROM IT.

01:15:12  20   Q.   WELL, THOSE ARE ALL THE COMMANDS THAT WERE SHOWN IN THIS

01:15:15  21   CHART IN THE HP MANUAL, DR. ALMEROTH; RIGHT?

01:15:18  22   A.   AGAIN, I DON'T HAVE THE CHART, I'M JUST GOING BASED ON

01:15:25  23   WHAT'S HERE ON THE SCREEN, AND I THINK YOU AND I WALKED

01:15:27  24   THROUGH 5 MULTIWORD COMMANDS.

01:15:28  25             MR. VAN NEST:  I HAVE NOTHING FURTHER, YOUR HONOR.

01:15:30   1          THE COURT:  THANK YOU.

01:15:30   2      MR. NELSON, REDIRECT?

01:15:32   3          MR. NELSON:  SURE.  THANK YOU, YOUR HONOR.

01:15:37   4                    **REDIRECT EXAMINATION**

01:15:38   5   BY MR. NELSON:

01:15:41   6   Q.  I JUST HAVE A FEW QUESTIONS FOR YOU, DR. ALMEROTH.

01:15:45   7      CAN WE PUT UP SLIDE 1, I THINK IT WAS FROM MR. VAN NEST'S

01:15:49   8   PRESENTATION.  I JUST HAVE A FEW QUESTIONS ABOUT THIS ONE.

01:16:09   9      SO COUNSEL ASKED YOU A BUNCH OF QUESTIONS SAYING THESE ARE

01:16:14  10   THE NUMBER OF COMMANDS THAT ARE CURRENTLY IN PRODUCTS?

01:16:17  11   A.  YES.

01:16:17  12   Q.  OKAY.  THAT'S NOT RIGHT, IS IT?

01:16:19  13   A.  NO, NO.

01:16:21  14   Q.  SO CAN YOU EXPLAIN WHAT THIS ACTUALLY IS?

01:16:23  15   A.  WHAT THIS IS, IS REMEMBER, THIS IS A COLLECTION OF ALL OF

01:16:27  16   THE MANUALS THAT THEY FOUND, AND THEY ANALYZED AND SORT OF PUT

01:16:31  17   IT ALL INTO A BIG BUCKET AND THEN LOOKED FOR THE EXISTENCE OF

01:16:36  18   ANY OF THESE COMMANDS OVER THE ENTIRE DURATION OF MANUALS THAT

01:16:40  19   THEY HAD.

01:16:40  20   Q.  OKAY.  SO THEN, LIKE HP FOR EXAMPLE, RIGHT, DOES THIS TELL

01:16:46  21   YOU THAT HP IS CURRENTLY USING 129 OUT OF THE 506 COMMANDS?

01:16:51  22   A.  NO.  AT SOME POINT IT MIGHT HAVE USED ONE OF THE COMMANDS,

01:16:55  23   BUT CERTAINLY NOT CURRENTLY.

01:16:56  24   Q.  NOW, CAN WE GO TO THAT CHART WE WERE JUST LOOKING AT, I

01:17:08  25   THINK IT WAS SLIDE 17 FROM THE PRESENTATION --

01:17:13    1              MR. VAN NEST:  SLIDE 16.

01:17:14    2              MR. NELSON:  16, THANK YOU, MR. VAN NEST.

01:17:17    3      Q.   SLIDE 16, THE NUMBERS OVER TIME.

01:17:20    4      A.   OH, RIGHT, RIGHT.

01:17:21    5      Q.   SO SLIDE 16.  THERE WE GO.

01:17:35    6           ALL RIGHT.  SO YOU WERE ASKED SOME QUESTIONS ABOUT THE

01:17:40    7      NUMBER IN THE -- I GUESS IT'S NOT THE MIDDLE, IT'S THE THIRD

01:17:45    8      COLUMN.

01:17:46    9           AND THOSE WERE THE COMMANDS IN THE USER MANUAL; IS THAT

01:17:46   10      RIGHT?

01:17:54   11      A.   YES.

01:17:54   12      Q.   SO WHAT'S THE USER MANUAL FOR?

01:17:56   13      A.   IT'S TO INSTRUCT THE USERS ON WHAT THE COMMANDS ARE.  IT

01:18:00   14      TELLS THE USERS OF THE SWITCHES WHAT COMMANDS THEY HAVE

01:18:03   15      AVAILABLE TO THEM.

01:18:04   16      Q.   SO DOES IT MAKE ANY SENSE TO HAVE A BUNCH OF IMPORTANT

01:18:08   17      COMMANDS THAT YOU DON'T TELL THE USER ABOUT?

01:18:10   18      A.   NO, NOT IMPORTANT ONES.

01:18:11   19      Q.   WHY DO YOU SAY THAT?

01:18:12   20      A.   WELL, I MEAN, THAT'S WHAT THE MANUAL IS FOR IS TO PUT THE

01:18:15   21      IMPORTANT COMMANDS.  AND IF THERE'S SOMETHING THAT THEY LEAVE

01:18:19   22      OUT OF THE USER MANUAL, THAT'S PRETTY MUCH THE THRESHOLD FOR

01:18:23   23      WHY IT WOULDN'T BE IMPORTANT.

01:18:24   24              MR. NELSON:  THANK YOU, SIR.

01:18:25   25           I DON'T HAVE ANY FURTHER QUESTIONS.

01:18:26  1          THE COURT:  MR. VAN NEST, ANYTHING ELSE FOR

01:18:28  2   DR. ALMEROTH?

01:18:29  3          MR. VAN NEST:  I JUST HAVE ONE.

01:18:31  4                     **RECROSS-EXAMINATION**

01:18:31  5   BY MR. VAN NEST:

01:18:32  6   Q.   DR. ALMEROTH, THAT 506 COMMAND NUMBER, THAT'S NOT FROM ONE

01:18:35  7   MANUAL OR ONE SYSTEM, IS IT?

01:18:37  8   A.   NO.

01:18:38  9   Q.   IT'S ADDING UP FOUR DIFFERENT CISCO OPERATING SYSTEMS?

01:18:42 10   A.   IT'S FOUR DIFFERENT OPERATING SYSTEMS, BUT A MAJORITY OF

01:18:45 11   THE COMMANDS ARE IN EACH ONE.

01:18:46 12          MR. VAN NEST:  THANK YOU.  I HAVE NOTHING FURTHER,

01:18:48 13   YOUR HONOR.

01:18:48 14          THE COURT:  THANK YOU, MR. NELSON.

01:18:50 15          MR. NELSON:  NOTHING FURTHER.

01:18:51 16       HE MAY BE EXCUSED, YOUR HONOR.

01:18:53 17          THE COURT:  DR. ALMEROTH, THANK YOU FOR YOUR

01:18:55 18   TESTIMONY.  YOU MAY STEP DOWN.

01:19:01 19

01:19:03 20          MR. PAK:  YOUR HONOR, WE ARE GOING TO CALL

01:19:06 21   DR. JUDITH CHEVALIER BACK TO THE STAND.

01:19:08 22          THE COURT:  DR. CHEVALIER, IF YOU WOULD COME FORWARD

01:19:10 23   TO THE WITNESS STAND PLEASE AND STAND TO BE SWORN.

01:19:13 24    **(PLAINTIFF'S WITNESS, DR. JUDITH CHEVALIER, WAS SWORN.)**

01:19:13 25          THE WITNESS:  YES.

01:19:23   1          MR. PAK:  YOUR HONOR, MAY I APPROACH THE WITNESS?

01:19:26   2          THE COURT:  YES.

01:19:29   3                       **DIRECT EXAMINATION**

01:19:30   4   BY MR. PAK:

01:19:40   5   Q.   WELCOME BACK, DR. CHEVALIER.

01:19:42   6   A.   THANK YOU.

01:19:43   7   Q.   I THINK THIS IS YOUR THIRD TIME TAKING THE STAND, I

01:19:46   8   BELIEVE?

01:19:46   9   A.   YES.

01:19:46  10   Q.   OKAY.  SO LET'S SEE IF WE CAN MAKE THIS VERY EFFICIENT

01:19:49  11   TODAY.

01:19:50  12          WERE YOU IN THE COURTROOM WHEN MS. ELSTEN TESTIFIED, I

01:19:56  13   BELIEVE YESTERDAY OR WEDNESDAY?

01:19:57  14   A.   THE DAY BEFORE, YES.

01:19:59  15   Q.   AND WERE YOU ABLE TO LISTEN TO HER TESTIMONY AND CONSIDER

01:20:03  16   HER TESTIMONY IN LIGHT OF THE OPINIONS THAT SHE OFFERED?

01:20:06  17   A.   YES.

01:20:06  18   Q.   SO AT THIS TIME, I WOULD LIKE TO PUT ON THE SCREEN HER

01:20:08  19   TRIAL TESTIMONY, THIS IS MS. ELSTEN'S TRIAL TESTIMONY, AT

01:20:13  20   PAGE 2398, LINE 23, TO PAGE 2399, LINE 18.

01:20:21  21          MR. PAK:  AND IF I COULD HAVE, MR. FISHER, FOCUS ON

01:20:29  22   THESE ONE EXAMPLE OF A REASON WHY, THEN HIGHLIGHT THAT

01:20:38  23   PARAGRAPH.  AND THEN IF YOU COULD HIGHLIGHT THE NEXT THREE

01:20:43  24   PARAGRAPHS.

01:20:46  25   Q.   OKAY.  SO DR. CHEVALIER, I WOULD LIKE TO HAVE YOU ASSESS

CHEVALIER DIRECT EXAM BY MR. PAK                                    2571

01:20:52   1    THE ECONOMIC IMPLICATIONS OF WHAT MS. ELSTEN, ON BEHALF OF

01:20:56   2    ARISTA, STATED AT TRIAL WITH RESPECT TO MARKET DYNAMICS AND

01:21:03   3    CUSTOMER INTERACTIONS, AND SPECIFICALLY THE IMPORTANCE OF THE

01:21:07   4    CLI USER INTERFACE.

01:21:09   5    A.   SURE.

01:21:10   6         SO THIS WAS IN HER FAIR USE OPINION, BUT WHAT SHE SAYS

01:21:13   7    HERE IS FOR CISCO TO WIN THAT CUSTOMER BACK, THEY HAVE TO

01:21:17   8    PERSUADE THE CUSTOMER TO REVERSE THAT RETRAINING.

01:21:20   9         AND THEN AGAIN, HAVING THAT CUSTOMER STILL BE USING A

01:21:23  10    SIMILAR INTERFACE TO CISCO'S IS GOING TO MAKE IT EASIER FOR

01:21:26  11    CISCO TO MOVE WHEN -- WIN THAT CUSTOMER BACK.

01:21:33  12         SO I THINK IT'S VERY CONSISTENT IN WHAT I SAID IN MY PRIOR

01:21:37  13    TESTIMONY, WHICH IS THAT THE COST OF TRAINING IS AN IMPORTANT

01:21:39  14    ISSUE FOR THE CUSTOMERS IN THIS MARKET, AND WHAT MS. ELSTEN IS

01:21:45  15    SAYING HERE IS THAT THE COST OF TRAINING IS IMPORTANT FOR THE

01:21:47  16    CUSTOMERS.

01:21:49  17         AND FURTHERMORE, THAT IF A CUSTOMER HAS TO BE TRAINED TO A

01:21:54  18    VENDOR CLI, THAT WILL BE A BARRIER TO THAT CUSTOMER ADOPTING

01:22:00  19    THAT VENDOR'S PRODUCT.

01:22:01  20    Q.   AND WHEN MS. ELSTEN WAS GIVING THIS TESTIMONY, WAS SHE

01:22:05  21    EXCLUDING CLOUD COMPUTING CUSTOMERS?

01:22:06  22    A.   SHE DEFINITELY DIDN'T SAY THAT, NO.

01:22:10  23    Q.   WAS SHE EXCLUDING LOW LATENCY CUSTOMERS?

01:22:12  24    A.   NO.

01:22:12  25    Q.   AND WAS SHE EXCLUDING AUTOMATION CUSTOMERS WHEN SHE GAVE

01:22:16   1    THIS TESTIMONY?

01:22:17   2    A.   NO, I DON'T THINK SO.

01:22:18   3    Q.   LET'S SEE EXACTLY WHAT SHE SAYS.

01:22:20   4         SHE SAYS, "YOU ARE A CISCO AND YOU LOSE TO SOMEONE.  IF

01:22:24   5    YOU LOSE A CUSTOMER TO JUNIPER, THE CUSTOMER IS GOING TO BE

01:22:28   6    RETRAINED ON THE JUNIPER CLI THAT IS UNLIKE CISCO'S."

01:22:33   7         IS THAT WHAT SHE'S STATING HERE?

01:22:35   8    A.   YES.

01:22:35   9    Q.   THEN SHE GOES ON TO SAY, "SO FOR CISCO TO WIN THAT

01:22:39  10    CUSTOMER BACK, THEY WOULD HAVE TO PERSUADE THAT CUSTOMER TO

01:22:42  11    REVERSE THAT RETRAINING."

01:22:43  12         DO YOU SEE THAT?

01:22:44  13    A.   YES.

01:22:44  14    Q.   THEN SHE GOES ON TO SAY, "ON THE OTHER HAND, IF THERE'S AN

01:22:47  15    INDUSTRY STANDARD THAT IS DEFINED BY CISCO, IF THEY LOSE A

01:22:50  16    CUSTOMER FOR ANOTHER REASON LIKE RELIABILITY OR SPEED OR

01:22:53  17    WHATEVER, THEY WANT TO WIN THAT CUSTOMER BACK.  HAVING THAT

01:22:57  18    CUSTOMER STILL BE USING A SIMILAR INTERFACE TO CISCO'S IS GOING

01:23:00  19    TO MAKE IT EASIER FOR CISCO TO MOVE WHEN THAT -- WIN THAT

01:23:05  20    CUSTOMER BACK."

01:23:06  21         DO YOU SEE THAT TESTIMONY?

01:23:07  22    A.   YES, I DO.

01:23:09  23    Q.   SO AGAIN, I KNOW SHE GAVE THIS OPINION IN FAIR USE, BUT DO

01:23:13  24    THESE ECONOMIC PRINCIPLES APPLY WHEN YOU ARE THINKING ABOUT

01:23:16  25    COPYRIGHT DAMAGES OVERALL?

01:23:17  1    A.   YES.  SO THERE'S NO REASON THAT THESE ECONOMIC FRAMEWORK

01:23:20  2    SHOULD APPLY ONLY TO FAIR USE.

01:23:22  3         SO SHE'S STATING AN OPINION ABOUT THE COSTS OF SWITCHING

01:23:27  4    BETWEEN SWITCH VENDORS AS A FUNCTION OF CLI.  AND THAT WOULD

01:23:31  5    APPLY TO A LOST PROFITS ANALYSIS, TO DISGORGEMENT, EVERYWHERE.

01:23:35  6    Q.   OKAY.  SO I WANTED TO FOCUS NOW ON YOUR LOST PROFITS

01:23:45  7    OPINIONS AND SPECIFICALLY THE MARKET SHARE ANALYSIS THAT YOU

01:23:47  8    DID.

01:23:48  9    A.   OKAY.

01:23:48  10         MR. VAN NEST:  AND IF I COULD HAVE SLIDE 2 FROM

01:23:52  11   DR. CHEVALIER'S PRESENTATION.

01:23:57  12   Q.   I BELIEVE YOU PRESENTED THIS THE LAST TIME YOU WERE UP,

01:24:02  13   THIS WAS THE MARKET SHARE ANALYSIS THAT YOU DID?

01:24:04  14   A.   YES.

01:24:04  15   Q.   AND I RECALL THAT MS. ELSTEN, IN CRITICIZING YOUR LOST

01:24:08  16   PROFITS OPINION, SAID WELL, DR. CHEVALIER DID NOT TAKE INTO

01:24:12  17   ACCOUNT THE SUM OF THE LOST SALES WOULD HAVE GONE TO OTHER

01:24:16  18   VENDORS OTHER THAN CISCO; DO YOU RECALL THAT TESTIMONY?

01:24:19  19   A.   ROUGHLY, YES.

01:24:20  20   Q.   AND DO YOU THINK THAT'S A FAIR CRITIQUE OF YOUR MARKET

01:24:24  21   SHARE ANALYSIS?

01:24:25  22   A.   WELL, NO.  SO I THINK SHE SAID THAT, YOU KNOW, SOME

01:24:31  23   CUSTOMERS WOULD BE LOOKING FOR A SECOND SOURCE.

01:24:33  24         AND YOU KNOW, ONE OF THE REASONS WHY I'M ALLOCATING

01:24:37  25   ARISTA'S MARKET SHARE TO OTHER VENDORS, NOT JUST CISCO, BUT

01:24:41  1    JUNIPER, DELL AND BROCADE IS TO TAKE INTO THE ACCOUNT THAT SOME

01:24:46  2    CUSTOMERS IF THEY WERE NOT TO BUY FROM ARISTA, WOULDN'T GO TO

01:24:50  3    CISCO, THEY WOULD GO TO SOME OF THESE OTHER VENDORS.

01:24:53  4         SO I HAD ALLOCATED THEM PROPORTIONALLY TO THEIR MARKET

01:24:56  5    SHARE, EVEN THOUGH CISCO AND ARISTA ARE QUITE CLOSE

01:25:00  6    COMPETITORS, BUT TO TAKE INTO ACCOUNT THEIR CRITICISM

01:25:03  7    SPECIFICALLY THAT SHE RAISED THAT SOME CUSTOMERS WOULD WANT TO

01:25:07  8    GO TO A SECOND VENDOR.

01:25:08  9    Q.   AND WHAT ARE THESE BLUE ARROWS AGAIN THAT YOU SEE ON THE

01:25:12  10   LEFT-HAND SIDE, HOW DOES THAT RELATE TO YOUR OPINION IN THIS

01:25:15  11   REGARD?

01:25:16  12   A.   OKAY.  SO YOU WILL REMEMBER IN LOST PROFITS, WE ARE TAKING

01:25:19  13   PART OF ARISTA'S SALES OUT OF THE MARKET BECAUSE THOSE ARE THE

01:25:22  14   SALES THAT ARISTA, IN MY OPINION, WOULD NOT HAVE MADE BUT FOR

01:25:26  15   INFRINGEMENT.

01:25:27  16        AND THOSE SALES ARE BEING ALLOCATED PROPORTIONALLY, THAT'S

01:25:32  17   WHAT THE ARROWS ARE SHOWING YOU, TO THE OTHER SWITCH VENDORS IN

01:25:37  18   THE MARKET.

01:25:37  19   Q.   SO JUNIPER, DELL, BROCADE, OTHER VENDORS WOULD STILL GET

01:25:42  20   THEIR SHARE OF WHATEVER SALES ARISTA WOULD LOSE BY NOT HAVING

01:25:46  21   AN INFRINGING CLI; IS THAT RIGHT?

01:25:47  22   A.   EXACTLY.  SO CISCO ONLY GETS A SHARE OF IT.

01:25:50  23   Q.   AND THAT'S REFLECTED IN YOUR MARKET SHARE ANALYSIS?

01:25:53  24   A.   CORRECT.

01:25:53  25   Q.   I THINK ONE OTHER THING SHE SAID IS LOOKING AT THAT BLUE

01:25:55  1     SLIVER RIGHT IN THE MIDDLE THERE, THAT'S THE 20 PERCENT

01:25:58  2     ADJUSTMENT THAT YOU MADE, CORRECT?

01:25:59  3     A.   CORRECT.

01:25:59  4     Q.   AND JUST TO MAKE IT CLEAR, YOU WERE SAYING, I'M NOT GOING

01:26:03  5     TO TAKE 20 PERCENT OF ARISTA'S SALES AND INCLUDE IT IN MY LOST

01:26:09  6     PROFITS NUMBER, CORRECT?

01:26:09  7     A.   EXACTLY.  SO THAT 20 PERCENT IS THE 20 PERCENT THAT I HAVE

01:26:14  8     DETERMINED WOULD NOT BE, OR AT LEAST IS AN ESTIMATE OF WHAT

01:26:18  9     ARISTA WOULD NOT LOSE IF IT WERE TO NOT BE INFRINGING CISCO'S

01:26:23  10    CLI.

01:26:23  11    Q.   AND I BELIEVE THAT ONE -- YOU LOOKED AT A LOT OF THINGS

01:26:26  12    BUT ONE OF THE BASIS FOR THAT OPINION WAS MR. DUDA, THE CTO OF

01:26:30  13    ARISTA, TESTIFIED THAT ROUGHLY 20 PERCENT OF HIS CUSTOMERS USE

01:26:35  14    THE LINUX APPROACH WHICH DOESN'T USE THE INFRINGING CLI; DO YOU

01:26:39  15    RECALL THAT?

01:26:39  16    A.   YES, CORRECT.

01:26:40  17    Q.   BUT JUST TO BE CLEAR ON THE RECORD, IF MR. DUDA IS WRONG

01:26:44  18    ABOUT THAT, AND LET'S SAY THERE'S ACTUALLY A SMALLER NUMBER OF

01:26:48  19    PEOPLE THAT USE LINUX, COMPARED TO THE INFRINGING CLI, WHAT

01:26:53  20    WOULD HAPPEN IN THAT SCENARIO?

01:26:55  21    A.   ALL RIGHT.  SO THIS IS ACTUALLY SOME TESTIMONY THAT, YOU

01:26:59  22    KNOW, THAT'S AN OVERESTIMATE OF THE SHARE OF CUSTOMERS WHO

01:27:02  23    TRULY USE A PURE LINUX APPROACH.

01:27:04  24         AND IF IT'S AN OVERESTIMATE, THEN I'VE JUST ALLOCATED MORE

01:27:08  25    SALES TO ARISTA, AND THAT REDUCES THE LOST PROFITS ALLOCATION.



01:27:13  1    Q.   SO IN OTHER WORDS, IF THAT BLUE SLIVER GETS SMALLER

01:27:17  2    BECAUSE THE NUMBER OF PEOPLE WHO USE LINUX IS ACTUALLY SMALLER

01:27:20  3    THAN 20 PERCENT, THAT WILL ONLY BENEFIT ARISTA, WOULDN'T IT?

01:27:23  4    A.   YES.

01:27:24  5    Q.   ONE LAST THING.

01:27:26  6         I THINK YOU WERE HERE FOR MY EXAMINATION OF MS. ELSTEN

01:27:29  7    THIS MORNING?

01:27:29  8    A.   I WAS.

01:27:30  9    Q.   AND I THINK YOU SAW WHERE I WAS ABLE TO SHOW HER SOME OF

01:27:34  10   THE DOCUMENTS FROM MICROSOFT AND FACEBOOK THAT DISCUSSED THE

01:27:38  11   CISCO CLI COMMANDS; DO YOU RECALL THAT?

01:27:40  12   A.   YES.

01:27:40  13   Q.   NOW I TAKE IT THAT BOTH EXPERTS LOOKED AT A LOT OF

01:27:44  14   MATERIAL?

01:27:45  15   A.   WE DID, YES, ABSOLUTELY.

01:27:46  16   Q.   AND I KNOW THAT BOTH OF YOU WERE VERY DILIGENT, BUT IT'S

01:27:49  17   HARD TO DEVELOP A COMPLETE RECORD OF ALL THE TRANSACTIONS, ALL

01:27:53  18   THE THOUSANDS OF CUSTOMERS THAT INVOLVE BOTH COMPANIES IN THIS

01:27:57  19   CASE, CORRECT?

01:27:57  20   A.   CORRECT, YES.

01:27:58  21   Q.   AND SO CAN YOU EXPLAIN TO THE JURY, AGAIN, WHY YOU WERE

01:28:02  22   USING THIS MARKET SHARE ANALYSIS RATHER THAN TRYING TO HUNT

01:28:06  23   DOWN EVERY SINGLE INDIVIDUAL TRANSACTION AND INDIVIDUAL

01:28:09  24   CUSTOMER?

01:28:10  25   A.   OKAY.  SO YOU CAN SEE FROM, YOU KNOW, BOTH MY ANALYSIS AND

01:28:15   1    MS. ELSTEN'S THAT THERE'S A LARGE AMOUNT OF DOCUMENTS, AND EVEN

01:28:18   2    WITH THE MOUNTAINS OF DOCUMENTS WE SEE, WE REALLY DON'T SEE

01:28:21   3    THINGS, YOU KNOW, WE DON'T SEE CONVERSATIONS THAT HAPPENED, WE

01:28:26   4    DON'T -- YOU KNOW, THE RECORD REALLY ISN'T COMPLETE ABOUT WHY

01:28:29   5    CUSTOMERS MADE PARTICULAR PURCHASES.

01:28:31   6        SO THAT'S WHY, YOU KNOW, GIVEN THAT GOING

01:28:35   7    CUSTOMER-BY-CUSTOMER, WELL, I DID THAT IN REPORT AS ANOTHER WAY

01:28:38   8    OF LOOKING AT THINGS.  GOING CUSTOMER-TO-CUSTOMER REALLY, YOU

01:28:42   9    KNOW, SUFFERS FROM THIS INCOMPLETENESS OF THE RECORD.

01:28:47  10        SO USING A SHARED APPROACH IS A WAY BEING LOAF BEING

01:28:51  11    LOOKING BEING AT THE TOTALITY OF SALES AND REALLY APPORTION BY

01:28:54  12    SHARE HOW MUCH WOULD GO TO CISCO, ARISTA, ET CETERA.

01:28:57  13    Q.    IS THERE ANY DISPUTE AMONG THE EXPERTS HERE ABOUT WHETHER

01:29:01  14    THESE MARKET SHARE NUMBERS ARE GENERALLY CORRECT OR NOT?

01:29:05  15    A.    THESE MARKET SHARES NUMBERS HERE, CERTAINLY NOT THAT I'VE

01:29:07  16    HEARD.

01:29:08  17    Q.    AND THEY ARE PUBLISHED BY THIRD PARTY AGENCIES?

01:29:10  18    A.    YES, THEY COME FROM THIRD PARTY TO THIRD PARTY PLACES.

01:29:13  19    Q.    SO NOW WE ARE GOING TO TRANSITION TO DISGORGEMENT OF

01:29:16  20    PROFITS.  SO WE ARE TALKING ABOUT LOST PROFITS AND NOW WE ARE

01:29:19  21    IN DISGORGEMENT?

01:29:20  22    A.    OKAY.

01:29:20  23    Q.    AND I THINK YOU EXPLAINED THIS THE LAST TIME YOU WERE UP,

01:29:23  24    BUT WHOSE BURDEN IS IT TO DISGORGE PORTIONS OF THE PROFITS NOT

01:29:27  25    ATTRIBUTE TO THE INFRINGING CLI?

01:29:29    1      A.   RIGHT.  SO UNDER THE LAW, ITS CISCO'S BURDEN TO JUST STATE

01:29:33    2      THE REVENUES ASSOCIATED WITH THE SALE, WITH THE INFRINGEMENT,

01:29:37    3      AND THEN IT'S ARISTA'S BURDEN TO PROVE DEDUCTIBLE COSTS AND

01:29:42    4      ALSO TO APPORTION AWAY THE PART OF THAT PROFIT THAT'S NOT DUE

01:29:49    5      TO THE INFRINGEMENT.

01:29:50    6      Q.   OKAY.  AND NOW, YOU ARE HERE, AND WHAT IS YOUR JOB TODAY

01:29:53    7      WITH RESPECT TO DISGORGEMENT?

01:29:55    8      A.   OKAY.  SO MY JOB TODAY IS TO REPLY TO AND CRITIQUE

01:30:01    9      MS. ELSTEN'S APPORTIONMENT ANALYSIS.

01:30:02   10      Q.   OKAY.  SO WHEN IT COMES TO DISGORGEMENT OF ARISTA'S

01:30:06   11      PROFITS, AT A HIGH LEVEL, WHAT DID MS. ELSTEN CALCULATE AS THE

01:30:10   12      DISGORGEMENT NUMBER FOR THE DAMAGES PERIOD IN QUESTION?

01:30:13   13      A.   OKAY.  SO HER TOTAL DISGORGEMENT DAMAGES WERE $16 MILLION.

01:30:18   14           AND THE IMPORTANT ELEMENTS OF THAT WERE, FIRST, SHE

01:30:22   15      DEDUCTED COSTS, AND SO USED EFFECTIVELY, HER CALCULATION OF

01:30:28   16      ARISTA'S PROFIT RATE IN ORDER TO REMOVE THE COSTS.

01:30:32   17           AND THEN SHE APPORTIONED A FRACTION OF THE SALES TO THE

01:30:40   18      CLI.

01:30:41   19      Q.   AND TODAY, ARE YOU -- FOR PURPOSES OF THE TRIAL, ARE YOU

01:30:47   20      CONTESTING HER COST CALCULATIONS IN PERFORMING HER PROFIT

01:30:52   21      NUMBERS?

01:30:52   22      A.   NO, I'M NOT.

01:30:53   23      Q.   OKAY.  SO WE ARE GOING TO FOCUS ON THE OTHER PART, WHICH

01:30:56   24      IS, SO LET'S AGREE FOR NOW THAT THE PROFIT NUMBERS ARE CORRECT?

01:30:59   25      A.   YES, LET'S DO THAT.  OKAY.

01:31:02  1    Q.   SO WHAT WE ARE TRYING TO DO NOW IS TO ASSESS WHETHER SHE

01:31:07  2    WAS CORRECT IN CALCULATING THE APPORTIONMENT OF VALUE GENERATED

01:31:10  3    BY COMPONENTS OTHER THAN THE CISCO CLI?

01:31:13  4    A.   OKAY, YES.

01:31:14  5    Q.   SO WITH THAT, LET'S GO TO MS. ELSTEN'S SLIDE 53.  AND

01:31:30  6    AGAIN, THIS IS NOT YOUR SLIDE, THIS IS MS. ELSTEN'S SLIDE.

01:31:35  7    CORRECT?

01:31:35  8    A.   CORRECT.

01:31:35  9    Q.   COULD YOU TELL US, BRIEFLY, WHAT WAS MS. ELSTEN PORTRAYING

01:31:39  10   WITH THIS PIE CHART THAT'S ROUGHLY DIVIDED IN HALF?

01:31:43  11   A.   OKAY.  SO HER APPORTIONMENT ANALYSIS, ONCE WE'VE GOTTEN TO

01:31:46  12   THE PROFITS, WILL PROCEED IN A COUPLE OF STEPS.

01:31:48  13        BUT THE FIRST STEP IS THAT SHE'S GOING TO USE A DIFFERENT

01:31:51  14   APPORTIONMENT FOR WHAT SHE CALLS THE "HIGHLY AUTOMATED"

01:31:55  15   CUSTOMERS VERSUS ALL OTHER CUSTOMERS.

01:31:58  16        SO SHE USES A DIFFERENT SHARE ATTRIBUTABLE TO THE

01:32:01  17   INFRINGEMENT FOR BOTH GROUPS.

01:32:03  18   Q.   AND DO YOU REMEMBER WHAT, GENERALLY, WAS PERCENTAGE SHE

01:32:06  19   USED FOR ALL THE OTHER CUSTOMERS?

01:32:08  20   A.   SO FOR THE ALL OTHER CUSTOMERS, IT COMES TO ABOUT 8

01:32:12  21   PERCENT.

01:32:12  22   Q.   AND WHAT NUMBER DID SHE USE FOR ALL THE CUSTOMERS THAT ARE

01:32:15  23   HIGHLY AUTOMATED CUSTOMERS?

01:32:16  24   A.   SHE USES 0.06 PERCENT.

01:32:21  25   Q.   THAT'S A BIG DIFFERENCE?

01:32:22   1      A.   SORRY, 0.6 PERCENT.  MY MISTAKE.

01:32:25   2      Q.   0.6 PERCENT.  SO IT'S ABOUT 13 TIMES DIFFERENCE?

01:32:32   3      A.   CORRECT.

01:32:32   4      Q.   SO DO YOU AGREE THAT AUTOMATED CUSTOMERS SHOULD BE GIVEN

01:32:38   5      SUCH A LOW VALUE IN TERMS OF THE INFRINGING CLI CONTRIBUTION?

01:32:43   6      A.   NO, I DON'T.  I DON'T AGREE.

01:32:44   7      Q.   AND ULTIMATELY, WE ARE GOING TO GET TO THIS, BUT

01:32:48   8      ULTIMATELY, WHAT IS YOUR CONCLUSION AS TO WHETHER DIFFERENT

01:32:51   9      APPORTIONMENT RATES SHOULD BE APPLIED TO THESE TWO GROUPS OR

01:32:54  10      WHETHER THE SAME RATE SHOULD APPLY?

01:32:55  11      A.   SO IT'S MY OPINION THAT THE CUSTOMERS CAN BE TREATED

01:32:59  12      TOGETHER AND THE SAME RATE SHOULD APPLY.

01:33:02  13      Q.   AND HAVE YOU SEEN EVIDENCE IN THIS CASE THAT EVEN THE

01:33:05  14      HIGHLY AUTOMATED CUSTOMERS TO THE LEFT USED THIS INFRINGING CLI

01:33:09  15      AND ACTUALLY CARE ABOUT THE INFRINGING CLI?

01:33:12  16      A.   YES.  I THINK YOU WENT OVER SOME DOCUMENTS, FOR EXAMPLE

01:33:15  17      THIS MORNING, I HAVE SEEN EVIDENCE THAT DEFINITELY THE HIGHLY

01:33:18  18      AUTOMATED CUSTOMERS USE THE CLI AND IT IS IMPORTANT TO THEM.

01:33:22  19      Q.   AND DO YOU RECALL THAT ONE OF THE AUTOMATION CUSTOMERS

01:33:25  20      THAT MS. ELSTEN TALKED ABOUT WAS BLOOMBERG, THAT'S A FINANCIAL

01:33:29  21      INSTITUTION?

01:33:29  22      A.   YES, THAT'S ONE OF THE AUTOMATED CUSTOMERS.  THE LOGO

01:33:33  23      DOESN'T APPEAR HERE, BUT IT'S ONE OF THE ONES SHE USES IN HER

01:33:36  24      AUTOMATED CUSTOMER GROUP.

01:33:38  25      Q.   OKAY.  SO IF YOU COULD TAKE A LOOK IN YOUR BINDER, I THINK

01:33:41   1    THERE'S ONLY ONE DOCUMENT, THAT'S EXHIBIT 556?

01:33:44   2    A.   YES.

01:33:44   3    Q.   AND THIS IS AN ARISTA RESPONSE TO BLOOMBERG'S REQUEST FOR

01:33:54   4    PROPOSAL, CORRECT?

01:33:55   5    A.   CORRECT.

01:33:56   6    Q.   SO THIS WAS ARISTA TELLING BLOOMBERG ABOUT THE KIND OF

01:33:59   7    TECHNOLOGY IT HAS IN RESPONSE TO THEIR REQUEST?

01:34:01   8    A.   EXACTLY.

01:34:03   9         MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

01:34:05  10    EXHIBIT 556 INTO EVIDENCE.

01:34:06  11         MR. SILBERT:  NO OBJECTION.

01:34:07  12         THE COURT:  IT WILL BE ADMITTED.

01:34:09  13    (PLAINTIFF'S EXHIBIT 556 WAS ADMITTED INTO EVIDENCE.)

01:34:09  14    BY MR. PAK:

01:34:09  15    Q.   AND WHAT I'M GOING TO DO IS FLIP TO SLIDE 8 IN

01:34:12  16    DR. CHEVALIER'S PRESENTATION.

01:34:16  17         AND SO WHAT WE'VE DONE HERE IS WE'VE JUST TAKEN A PORTION

01:34:21  18    OUT OF THAT LONGER DOCUMENT WE JUST SUBMITTED INTO EVIDENCE

01:34:24  19    RELATED TO BLOOMBERG.

01:34:27  20         AND CAN YOU EXPLAIN WHAT WE ARE SEEING HERE ON THE SCREEN

01:34:29  21    AND HOW THIS INFORMS YOUR VIEW ON WHETHER THE SAME RATE OR

01:34:32  22    DIFFERENT RATES SHOULD BE APPLIED TO HIGHLY AUTOMATED CUSTOMERS

01:34:37  23    VERSUS OTHER TYPES OF CUSTOMERS FOR DISGORGEMENT?

01:34:39  24    A.   OKAY.  SO AGAIN, THIS IS ONE PIECE OF THE EVIDENCE, BUT IN

01:34:43  25    THIS PARTICULAR DOCUMENT, IN RESPONSE TO AN RFP TO BLOOMBERG,

01:34:49   1    ARISTA IS EMPHASIZING, SIMPLY PUT, ARISTA USES INDUSTRY

01:34:54   2    STANDARD CLI, AND THEY SAY THAT CUSTOMERS CAN COPY AND PASTE

01:34:57   3    THE CONFIGURATIONS FROM THEIR CISCO INFRASTRUCTURE ONTO AN

01:35:02   4    ARISTA SWITCH, AND 90 PLUS OF THE COMMANDS WILL TAKE.  ARISTA

01:35:06   5    HAS GONE TO EXTRAORDINARY LENGTHS TO ENSURE THAT ALL

01:35:10   6    CONFIGURATIONS AND TROUBLESHOOTING COMMANDS FOLLOW THE CLI.

01:35:13   7          SO WHAT THEY ARE REPRESENTING TO BLOOMBERG IS YOU CAN

01:35:16   8    TRANSITION TO ARISTA FROM CISCO AND YOUR SCRIPTS WILL WORK.

01:35:22   9    Q.   OKAY.  AND WE'VE SEEN EVIDENCE, HAVE WE NOT, THAT EVEN

01:35:26  10    AUTOMATION CUSTOMERS USE CLI, USE CISCO CLI THAT'S OFFERED BY

01:35:30  11    ARISTA?

01:35:31  12                MR. SILBERT:  LEADING.

01:35:31  13    BY MR. PAK:

01:35:32  14    Q.   LET ME ASK IT THIS WAY.  WHAT EVIDENCE CAN YOU SUMMARIZE

01:35:35  15    THAT YOU'VE SEEN ON THE QUESTION OF WHETHER THE INFRINGING CLI

01:35:40  16    COMMANDS FROM USED BY AUTOMATION CUSTOMERS?

01:35:43  17    A.   OKAY.  SO I THINK WE SAW SOME DOCUMENTS THIS MORNING, FOR

01:35:47  18    EXAMPLE WITH DR. ELSTEN, I BELIEVE MR. SUMMERS TESTIFIED, I

01:35:52  19    DON'T KNOW IF THAT WAS WEDNESDAY, I THINK WEDNESDAY, THAT

01:35:56  20    INDEED, FACEBOOK AND OTHER AUTOMATION CUSTOMERS USE THE CLI IN

01:36:01  21    THEIR SCRIPTS.  AND YOU KNOW, ARISTA IS ADVERTISING THIS CUT

01:36:08  22    AND PASTE FUNCTIONALITY TO SCRIPT-TYPE OR AUTOMATED-TYPE

01:36:14  23    CUSTOMERS.

01:36:14  24    Q.   OKAY.  NOW GOING TO THE SECOND CRITIQUE.

01:36:18  25          SO THE FIRST CRITIQUE IS WE SHOULD APPLY THE SAME RATE TO

01:36:22   1    ALL OF ARISTA'S CUSTOMERS AND NOT APPLY AN ARTIFICIALLY LOW

01:36:26   2    RATE; IS THAT CORRECT?

01:36:26   3    A.   THAT IS MY FIRST CRITIQUE, YES.

01:36:29   4    Q.   SO NOW LET'S LOOK AT YOUR SECOND PRIMARY CRITIQUE OF WHAT

01:36:32   5    MS. ELSTEN DID FOR APPORTIONMENT.

01:36:35   6         MR. PAK:  AND IF YOU CAN PULL UP, MR. FISHER --

01:36:45   7    ACTUALLY, LET ME START HERE.  ELSTEN SLIDE 63.

01:36:58   8    Q.   SO AGAIN, THIS IS ONE OF MS. ELSTEN'S SLIDES; IS THAT

01:37:01   9    CORRECT?

01:37:01  10    A.   YES.

01:37:01  11    Q.   AND WHAT WAS SHE DOING HERE WITH RESPECT TO WHAT SHE CALLS

01:37:06  12    CLI APPORTIONMENT?

01:37:07  13    A.   OKAY.  SO YOU WILL RECALL THAT WHAT MS. ELSTEN DID WAS A

01:37:14  14    SORT OF TWO-STEP APPORTIONMENT.

01:37:17  15         FIRST, SHE APPORTIONED THE VALUE OF THE SWITCH TO THE

01:37:20  16    HARDWARE COMPONENT AND TO THE SOFTWARE COMPONENT, SO SHE

01:37:24  17    ATTEMPTED TO CREATE A VALUE FOR BOTH PARTS.

01:37:27  18         AND THEN SHE USED SOME DOCUMENT, SHE USED A DOCUMENT TO

01:37:32  19    ATTRIBUTE THEN, THE FRACTION OF THE SOFTWARE PIECE THAT'S

01:37:37  20    ATTRIBUTABLE TO THE CLI SOFTWARE.

01:37:40  21         SO TWO-STEP.

01:37:43  22    Q.   OKAY.  SO JUST TO BE CLEAR, THE BLUE HARDWARE, 36 PERCENT,

01:37:47  23    SHE SAYS THAT ARISTA'S PROFITS THAT ARE ATTRIBUTABLE TO

01:37:52  24    HARDWARE, THAT'S 36 PERCENT, CORRECT?

01:37:56  25    A.   RIGHT.  THEN SOFTWARE IS THE REST.  64 PERCENT OF WHICH

01:37:59  1    EVENTUALLY SHE WILL SAY A CHUNK OF IT IS CLI.

01:38:02  2    Q.   NOW WE ARE GOING TO GO INTO THIS IN A LITTLE MORE DETAIL.

01:38:06  3    BUT AT A HIGH LEVEL, WHAT IS YOUR PRIMARY CRITIQUE OF THIS

01:38:10  4    HARDWARE TO SOFTWARE APPORTIONMENT THAT MS. ELSTEN DID?

01:38:12  5    A.   SO THE HARDWARE TO SOFTWARE APPORTIONMENT, SHE USES SOME

01:38:19  6    UNRELIABLE EVIDENCE TO SPLIT BETWEEN THEM, BUT THAT ACTUALLY

01:38:26  7    TURNS OUT NOT TO BE VERY IMPORTANT IN THAT THE DOCUMENT THAT

01:38:29  8    SHE RELIES ON TO APPORTION THE SOFTWARE PIECE IS ACTUALLY A

01:38:34  9    DOCUMENT THAT ENUMERATES BOTH HARDWARE AND SOFTWARE FEATURES.

01:38:40  10   AND HER CALCULATION IS BASED ON BOTH HARDWARE AND SOFTWARE

01:38:43  11   FEATURES.

01:38:43  12   Q.   OKAY.  SO WE ARE GOING TO GO INTO THAT NOW.

01:38:46  13        SO LET'S TAKE A LOOK AT SLIDE 10 FROM YOUR PRESENTATION

01:38:51  14   TODAY.  SO I THINK WE'VE SEEN THIS DOCUMENT, IT'S EXHIBIT 705

01:38:57  15   WHICH IS ADMITTED INTO EVIDENCE, IT'S THE CASCADE INSIDE

01:39:00  16   SURVEY; DO YOU RECALL THAT.

01:39:01  17   A.   YES.

01:39:02  18   Q.   AND DO YOU REMEMBER THAT MS. ELSTEN ACTUALLY USES THIS

01:39:05  19   SINGLE DOCUMENT TO COME UP WITH HER 12.5 PERCENT NUMBER FOR

01:39:11  20   SOFTWARE APPORTIONMENT?

01:39:12  21   A.   THAT'S RIGHT.  SO THIS NUMBER COMES FROM THIS -- IS

01:39:17  22   DERIVED FROM THIS CASCADE INSIGHT SURVEY.

01:39:23  23   Q.   AND AS I UNDERSTAND MS. ELSTEN'S ANALYSIS, WHAT SHE DOES

01:39:26  24   IS SHE FINDS EIGHT FEATURES LISTED HERE, CORRECT?

01:39:28  25   A.   YES.

01:39:28   1    Q.   AND THEN SHE DIVIDES 100 PERCENT BY 8, AND THAT GIVES HER

01:39:34   2    12.5 PERCENT?

01:39:35   3    A.   EXACTLY.  YOU CAN SEE THERE ARE OVER TWO PAGES, BUT THERE

01:39:39   4    ARE EIGHT TOTAL FEATURES SHE'S USING AND SHE DIVIDES 1 BY 8.

01:39:43   5    Q.   SO WE ARE GOING TO GO INTO MORE DETAILS, BUT FIRST OF ALL,

01:39:46   6    DO YOU AGREE IT'S PROPER TO JUST DIVIDE BY 8 SIMPLY BECAUSE

01:39:49   7    THERE ARE EIGHT FEATURES THAT ARE LISTED?

01:39:51   8    A.   RIGHT.  SO THIS DOCUMENT DOES NOT CONTAIN INFORMATION ON

01:39:55   9    THE RELATIVE VALUE OF THE FEATURES.  I MEAN, IT HAS SOME TEXT,

01:39:59  10    BUT IT DOESN'T HAVE ANY QUANTITATIVE INFORMATION.

01:40:02  11         AND SHE DOESN'T USE THAT, SHE JUST TAKES AN EVEN COUNTING

01:40:05  12    OF THESE EIGHT FEATURES HERE IN THE DOCUMENT.

01:40:08  13    Q.   OKAY.  AND SO CAN YOU GIVE US A COMMON-WORLD EXAMPLE OF

01:40:13  14    WHY JUST COUNTING UP FEATURES ON THE LIST IS NOT THE RIGHT WAY

01:40:17  15    TO VALUE THE IMPORTANCE OF ANY ONE FEATURE?

01:40:20  16    A.   WELL, I MEAN IT'S A LITTLE BIT LIKE A GROCERY LIST.  SO IF

01:40:23  17    I GO TO THE GROCERY STORE FOR EIGHT THINGS, I WILL PUT EIGHT

01:40:26  18    THINGS DOWN ON THE LIST.  BUT THAT DOESN'T MEAN THAT THEY ARE

01:40:29  19    OF EQUAL VALUE TO ME, OR THAT IF I RUN OUT OF ONE THING, IT'S

01:40:34  20    AS IMPORTANT AS EVERYTHING ELSE.

01:40:35  21    Q.   BUT SETTING THAT ASIDE, HERE'S THE ISSUE HERE.  ARE THESE

01:40:40  22    EIGHT FEATURES ALL PURELY SOFTWARE FEATURES?

01:40:44  23    A.   NO.  THEY ARE NOT.  SO REMEMBER, THIS IS SUPPOSED TO BE

01:40:47  24    APPORTIONING OUT THE SOFTWARE COMPONENT, AND YOU CAN SEE THAT

01:40:52  25    THESE FEATURES ARE NOT ALL SOFTWARE FEATURES.  SO SOME ARE

01:40:57  1    HARDWARE FEATURES IN THE HARDWARE AND SOFTWARE FEATURES.

01:41:02  2         SO FOR EXAMPLE, MY UNDERSTANDING IS THAT HIGH PORT

01:41:05  3    DENSITY, DEEP BUFFERS AND JUMBO FRAMES AND LOW LATENCY ARE

01:41:12  4    FEATURES THAT ARE EITHER HARDWARE OR A MIX OF HARDWARE AND

01:41:14  5    SOFTWARE.

01:41:15  6    Q.   SO WHAT PROBLEMS DO YOU HAVE WHEN YOU SAY, I'VE ALREADY

01:41:18  7    APPORTIONED OUT THE HARDWARE, I'M ONLY SUPPOSED TO BE LOOKING

01:41:21  8    AT SOFTWARE, AND NOW ALL THE SUDDEN YOU ARE TALKING ABOUT

01:41:23  9    FEATURES THAT ARE BOTH HARDWARE AND SOFTWARE; WHAT'S THE

01:41:26  10   PROBLEM?

01:41:26  11   A.   RIGHT.  SO I'VE ESSENTIALLY DOUBLE-DEDUCTED OR DOUBLE

01:41:30  12   APPORTIONED.

01:41:31  13   Q.   OKAY.  AND DO YOU BELIEVE THAT'S PROPER?

01:41:33  14   A.   NO.

01:41:33  15   Q.   SO AGAIN, I UNDERSTAND YOU ARE NOT OFFERING ANY SPECIFIC

01:41:37  16   DISGORGEMENT OPINION TODAY AS AN AFFIRMATIVE NUMBER, CORRECT?

01:41:41  17   A.   CORRECT, THAT'S RIGHT.

01:41:42  18   Q.   SO YOU ARE HERE TO REBUT MS. ELSTEN'S ANALYSIS?

01:41:44  19   A.   EXACTLY.

01:41:45  20   Q.   BUT TO HELP THE JURY, WOULD THESE TWO CRITIQUES THAT YOU

01:41:50  21   IDENTIFIED, THE ONE ABOUT USING A SINGLE RATE, RATHER THAN TWO

01:41:53  22   FOR THE SAME -- FOR ALL THE CUSTOMERS?

01:41:56  23   A.   CORRECT.

01:41:56  24   Q.   AND THEN AVOIDING THIS DOUBLE COUNTING PROBLEM ON THE

01:41:59  25   SOFTWARE VERSUS HARDWARE, HAVE YOU PREPARED SOME MATERIAL TO

01:42:02  1       HELP THE JURY UNDERSTAND WHAT WOULD HAPPEN IF THEY WANTED TO

01:42:05  2       USE MS. ELSTEN'S DISGORGEMENT ANALYSIS BUT CORRECT FOR THESE

01:42:10  3       TWO PROBLEMS THAT YOU SAW?

01:42:15  4       A.   SURE.  SO I THINK WE HAVE A SLIDE.

01:42:18  5       Q.   OKAY.  LET'S GO TO SLIDE 12.

01:42:18  6       A.   OKAY.  SO AGAIN, THIS DOESN'T SOLVE ALL OF THE PROBLEMS

01:42:22  7       WITH THIS ANALYSIS.  BUT, YOU KNOW, I HAVE OFFERED A CORRECTION

01:42:26  8       HERE.

01:42:28  9            SO MY CORRECTION IS THAT, YOU KNOW, MS. ELSTEN USES THIS

01:42:31  10      TWO-STEP APPROACH FOR APPORTIONMENT, AND SHE APPLIES THIS ONLY

01:42:37  11      TO THE NONAUTOMATED CUSTOMERS.

01:42:41  12           SO THAT'S WHAT SHE DOES ON THE LEFT, SOFTWARE VERSUS

01:42:44  13      HARDWARE, JUST FOR THE NONAUTOMATED CUSTOMERS, THEN A DIFFERENT

01:42:48  14      RATE FOR THE AUTOMATED CUSTOMERS.

01:42:50  15           AND MY PROPOSED ADJUSTMENTS ARE TO USE THIS FOR ALL OF THE

01:42:54  16      CUSTOMERS AND TO THEN JUST, BECAUSE IT'S A LIST OF IMPORTANT

01:43:00  17      SOFTWARE AND HARDWARE FEATURES, TREAT IT AS JUST THE TOTAL

01:43:05  18      SOFTWARE AND HARDWARE, AND USE THE SAME FRACTION OF THE TOTAL

01:43:09  19      THAT SHE USED OF THE SOFTWARE PIECE.

01:43:12  20      Q.   AND WHAT'S THAT FRACTION?

01:43:17  21      A.   IT'S 12.5 PERCENT.

01:43:19  22           MR. PAK:  SO IF WE TURN TO SLIDE 13, MR. FISHER.

01:43:23  23      Q.   SO IF YOU WERE TO NOW CORRECT FOR THESE TWO FLAWS YOU SAW

01:43:26  24      IN THE DISGORGEMENT AND THEN USE THE LOST PROFITS NUMBERS THAT

01:43:29  25      YOU IDENTIFIED USING THE MARKET SHARE ANALYSIS, CAN YOU WALK

01:43:33  1   THE JURY THROUGH THE NUMBERS THAT YOU GET THAT LOOKS AT BOTH

01:43:37  2   LOST PROFITS AND ARISTA'S PROFITS?

01:43:39  3   A.   OKAY.  SO AGAIN, THE LOST PROFITS PART, THE 335 AND 311

01:43:44  4   MILLION ARE MY OPINION.  THE OTHER PARTS ARE MY CORRECTIONS TO

01:43:49  5   MS. ELSTEN'S OPINION.  THEY ARE NOT MY OPINION.

01:43:52  6        BUT LET ME WALK YOU THROUGH.  SO MAYBE START AT THE

01:43:56  7   BOTTOM.

01:43:56  8        IF NO LOST PROFITS ARE FOUND, THEN ALL OF THE REVENUES ARE

01:44:02  9   AVAILABLE TO BE DISGORGED AS INFRINGER'S PROFITS.  AND THE

01:44:06  10  12.5 PERCENT OF THE TOTAL PROFIT WOULD BE 48 MILLION.

01:44:11  11       MOVING UP, IF LOST PROFITS ARE AWARDED, AS I SUGGEST,

01:44:18  12  REMEMBER WE HAVE DIFFERENT NUMBERS FROM CREHAN AND DELL'ORO.

01:44:23  13  LET ME FOCUS ON DELL'ORO, FOR COMPLETENESS.

01:44:26  14       IF THE LOST PROFITS ARE AWARDED OF 311 MILLION, THE

01:44:30  15  INFRINGER'S PROFITS AVAILABLE TO BE DISGORGED GO DOWN.  AND SO

01:44:34  16  LET ME BE CLEAR WHY THAT IS.

01:44:36  17       A GIVEN DOLLAR OF ARISTA REVENUE IS EITHER AVAILABLE, A

01:44:43  18  LOST DOLLAR OF REVENUE TO CISCO, SO IT FIGURES INTO LOST

01:44:46  19  PROFITS, OR IT FIGURES INTO THE INFRINGER'S PROFITS AVAILABLE

01:44:50  20  FOR DISGORGEMENT, BUT NOT BOTH.  SO THAT'S WHY THE INFRINGER'S

01:44:56  21  PROFITS GO DOWN WHEN THE LOST PROFITS ARE AWARDED.

01:44:59  22  Q.   JUST TO BE CLEAR, SO FOR EXAMPLE, YOU TALKED ABOUT SALES

01:45:02  23  THAT COULD HAVE GONE TO OTHER VENDORS OTHER THAN CISCO IN THIS

01:45:05  24  BUT-FOR WORLD?

01:45:06  25  A.   EXACTLY.

01:45:09   1       SO ARISTA, THESE ARE NOT SALES THAT CISCO WOULD HAVE MADE,

01:45:15   2   SO THEY ARE NOT IN LOST PROFITS.  BUT THEY ARE SALES THAT

01:45:18   3   ARISTA MADE, AND BECAUSE ARISTA MADE THEM AND THEY MADE THEM

01:45:22   4   USING CISCO'S CLI, THEY ARE AVAILABLE FOR THIS INFRINGER'S

01:45:28   5   PROFITS DISGORGEMENT.

01:45:30   6   Q.   SO JUST TO BE CLEAR ON THE RECORD, IF YOU USE THE CREHAN

01:45:33   7   DATA AND THE JURY FINDS THAT YOUR LOST PROFITS NUMBERS ARE THE

01:45:37   8   RIGHT ONES AND THEN THEY USE THE -- THEY USE MS. ELSTEN'S

01:45:42   9   DISGORGEMENT WITH THE CORRECTIONS, THE TOTAL WOULD BE

01:45:45 10   $355 MILLION IN DAMAGES; IS THAT RIGHT?

01:45:48 11   A.   THAT'S CORRECT.

01:45:49 12   Q.   IF THEY WERE TO USE THE DELL'ORO MARKET NUMBERS, IT WOULD

01:45:53 13   BE 300 MILLION IN LOST PROFITS, 22 MILLION IN INFRINGER'S

01:45:57 14   PROFITS, SO THE FINAL DIAGONALS WOULD BE $333 MILLION?

01:46:01 15   A.   CORRECT.

01:46:01 16   Q.   AND IF THE JURY WERE TO FIND NO LOST PROFITS TO CISCO, AND

01:46:06 17   JUST THE INFRINGER'S PROFITS, THAT WOULD BE $48 MILLION; IS

01:46:11 18   THAT CORRECT?

01:46:11 19   A.   THAT'S CORRECT.

01:46:11 20   Q.   OKAY.  SO BRIEFLY, I WANT TO TOUCH ON THE ISSUE ABOUT FAIR

01:46:16 21   USE.

01:46:20 22       WE HEARD VERY BRIEF TESTIMONY FROM MS. ELSTEN ON THIS.

01:46:23 23   BUT OUT OF FAIR USE, THERE ARE FOUR FACTORS.  I THINK THE

01:46:25 24   ECONOMISTS IN THIS CASE ARE FOCUSSING ON THE LAST FACTOR WHICH

01:46:28 25   IS THE MARKET IMPACT?

01:46:29   1    A.   CORRECT.  SO WE ARE LOOKING AT MARKET HARM.

01:46:32   2    Q.   AND WHAT IS YOUR OPINION REGARDING FACTOR FOUR, WHICH IS

01:46:37   3    WHAT IS THE MARKET IMPACT OF THE INFRINGING USE OF CISCO CLI?

01:46:42   4    A.   SO IT'S MY OPINION THAT ARISTA'S USE OF THE INFRINGING CLI

01:46:48   5    HARMS CISCO IN THE MARKETPLACE.  AND CISCO, BECAUSE OF THAT,

01:46:54   6    HAS LOST SOME OF THE VALUE OF ITS INTELLECTUAL PROPERTY.

01:46:59   7         AND YOU KNOW, THE REASONS THAT I BELIEVE THAT SHOULD BE

01:47:03   8    CLEAR FROM THE TESTIMONY THAT I'VE ALREADY GIVEN, ALL RIGHT.

01:47:07   9         SO WE HAVE SEEN EVIDENCE THAT CISCO LOST SHARE IN THE

01:47:11  10    MARKETPLACE TO ARISTA DUE TO ARISTA'S INFRINGEMENT.

01:47:19  11    Q.   OKAY.  AND DO YOU HAVE AN UNDERSTANDING WHETHER ARISTA'S

01:47:22  12    SWITCHES AND CISCO'S SWITCHES USE THE SAME SOURCE CODE OR

01:47:25  13    DIFFERENT SOURCE CODE?

01:47:27  14    A.   SO MY UNDERSTANDING IS THAT FROM THE TESTIMONY THAT I'VE

01:47:32  15    HEARD, THAT THEY USE DIFFERENT SOURCE CODE.

01:47:34  16    Q.   STOW WHAT'S THE IMPLICATION OF THAT WHEN YOU ARE LOOKING

01:47:36  17    AT THE ECONOMIC VALUE OF THE CISCO CLI?

01:47:38  18    A.   SO THE ECONOMIC OPINIONS THAT I HAVE STATED HERE ARE

01:47:43  19    OPINIONS ABOUT THE INTERFACE AND TRAINING AND EASE OF USE AND

01:47:49  20    CUTTING AND PASTING SCRIPTS.

01:47:52  21         SO THAT REALLY DOESN'T HAVE ANYTHING TO DO WITH THE SOURCE

01:48:00  22    CODE.  CISCO AND ARISTA ARE USING DIFFERENT SOURCE CODE, BUT

01:48:02  23    THEY ARE BOTH GETTING, FROM MY ANALYSIS, THE BENEFIT FROM THE

01:48:06  24    CLI AND THE COPYRIGHTED WORK.

01:48:07  25    Q.   SO LOOKING AT ALL THE EVIDENCE AND THE ANALYSIS YOU'VE

01:48:10  1    DONE, WHAT'S YOUR OPINION AS TO WHETHER THE CISCO CLI AS A USER

01:48:13  2    INTERFACE HAS ECONOMIC VALUE SETTING ASIDE THE SOURCE CODE?

01:48:17  3    A.   SO IT'S MY OPINION, AS I THINK MY TESTIMONY HAS MADE

01:48:21  4    CLEAR, THAT THE CLI ITSELF HAS ECONOMIC VALUE.

01:48:23  5    Q.   OKAY.  AND JUST ONE LAST THING, I KNOW WE TALKED A LOT

01:48:27  6    ABOUT BUT FOR CAUSATION, AND THAT WAS SOMETHING THAT WE'VE

01:48:30  7    HEARD A LOT ABOUT IN THIS CASE, COULD YOU JUST HELP THE JURY

01:48:33  8    OUT A LITTLE BIT, AND USING A COMMON EXAMPLE, CAN YOU EXPLAIN

01:48:36  9    TO US WHAT YOU MEAN BY A BUT-FOR CAUSATION?

01:48:39  10   A.   OKAY.  FIRST, LET ME JUST REPEAT WHAT BUT-FOR CAUSATION

01:48:44  11   IS.

01:48:44  12       SO IN MY LOST PROFITS ANALYSIS, LOST PROFITS ARE WARRANTED

01:48:48  13   IF CISCO LOSES SALES THAT IT WOULD NOT HAVE LOST IF ARISTA DID

01:49:00  14   NOT INFRINGE CISCO'S CLI.

01:49:02  15       AND MAYBE I WILL TRY TO BE A LITTLE MORE, YOU KNOW,

01:49:06  16   REAL-WORLD ABOUT THAT.

01:49:07  17       SO IMAGINE THAT I HAD A VERY STRONG PREFERENCE TO GET A

01:49:12  18   RED CAR.  THAT I JUST -- YOU KNOW, I WAS GOING TO GET A RED

01:49:16  19   CAR.  I HAVEN'T GOTTEN ONE YET, BUT I WOULD LIKE ONE.

01:49:19  20       SO I GET -- IF I DECIDE THAT MY HEART IS SET ON GETTING A

01:49:24  21   RED CAR AND I'M IN A HURRY, I MIGHT GO TO SOME AUTO DEALERS AND

01:49:29  22   ASK THEM TO SHOW ME WHAT THEY HAD ON THE LOT IN RED.

01:49:32  23       AND I WOULD, YOU KNOW, GET MORE THAN ONE CHOICE, I'M SURE,

01:49:35  24   IF I SHOPPED AROUND.

01:49:36  25       AND THEN, YOU KNOW, I WOULD HAVE A SET OF RED CARS FROM

01:49:41  1    WHICH TO CHOOSE.  AND THEN WHEN I CHOOSE THE CAR, I WILL BE

01:49:45  2    CHOOSING ON THE BASIS OF OTHER FEATURES LIKE, IS IT THE RIGHT

01:49:48  3    SIZE?  YOU KNOW, DOES IT HAVE OTHER FEATURES THAT I LIKE,

01:49:51  4    RIGHT?

01:49:52  5         AND IF YOU WERE TO ASK ME AFTERWARD, YOU KNOW, WHY DID YOU

01:49:56  6    CHOOSE THE COROLLA OVER THE CIVIC, I WOULDN'T SAY THAT IT WAS

01:49:59  7    RED, I WOULD SAY BECAUSE, YOU KNOW, IT WAS THE RIGHT SIZE OR AT

01:50:03  8    THE RIGHT PRICE.

01:50:04  9    Q.   BUT WHAT IS THE IMPORTANCE OF THE FACT THAT YOU WANTED A

01:50:07  10   RED CAR, HOW DOES THAT PLAY INTO YOUR DECISIONMAKING PROCESS?

01:50:13  11   A.   SO I WOULDN'T HAVE BOUGHT THE CAR I BOUGHT IF IT WEREN'T

01:50:17  12   RED.

01:50:18  13   Q.   AND DO YOU BELIEVE THE SAME APPLIES TO THE INFRINGING USE

01:50:21  14   OF CLI?

01:50:22  15   A.   I DO.

01:50:25  16        MR. PAK:  THANK YOU, YOUR HONOR.

01:50:26  17        I PASS THE WITNESS.

01:50:27  18        THE COURT:  THANK YOU.

01:50:28  19        MR. SILBERT?

01:50:28  20                       **CROSS-EXAMINATION**

01:50:28  21   BY MR. SILBERT:

01:50:32  22   Q.   GOOD AFTERNOON, DR. CHEVALIER.

01:50:33  23   A.   GOOD AFTERNOON.

01:50:34  24   Q.   YOU WERE IN COURT TODAY WHEN MR. SADANA TESTIFIED,

01:50:39  25   CORRECT?

01:50:41  1     A.   I DID -- I WAS.  SORRY.

01:50:43  2     Q.   AND YOU HEARD MR. SADANA TESTIFY ABOUT ARISTA'S SALES

01:50:57  3     INTERACTIONS WITH MICROSOFT; RIGHT?

01:50:58  4     A.   I DID.

01:50:59  5     Q.   YOU HEARD HIM TALK ABOUT A TRANSACTION IN WHICH MICROSOFT

01:51:04  6     HAD ULTIMATELY A MILLION SERVERS THAT NEEDED TO BE CONNECTED

01:51:07  7     WITH SWITCHES; RIGHT?

01:51:08  8     A.   I DID.

01:51:09  9     Q.   AND YOU HEARD MR. SADANA EXPLAIN THAT IN THAT TRANSACTION

01:51:14  10    WHERE ARISTA WAS COMPETING AGAINST CISCO IN LIGHT OF ARISTA'S

01:51:19  11    BETTER PORT DENSITY, JUST POWERING THE CISCO SWITCHES FOR THREE

01:51:26  12    YEARS, THAT ALONE COST MORE THAN PURCHASING, POWERING AND

01:51:33  13    OPERATING THE ARISTA SWITCHES FOR THAT SAME THREE-YEAR PERIOD;

01:51:38  14    RIGHT?

01:51:38  15    A.   I THINK THAT'S SOMEWHAT MORE DETAIL THAN I HEARD, BUT

01:51:41  16    OKAY.

01:51:42  17    Q.   OKAY.  AND YOU HEARD HIM TALK ABOUT AUTOMATION AND HOW CLI

01:51:47  18    COMMANDS ARE ACTUALLY USED IN AUTOMATION; RIGHT?

01:51:50  19    A.   YES, I DID.

01:51:50  20    Q.   AND YOU'VE CONSIDERED, I KNOW, THE MICROSOFT RFP DOCUMENT,

01:51:56  21    WHY DON'T WE LOOK AT MS. ELSTEN'S SLIDE 41.

01:52:06  22         THIS IS THE MICROSOFT RFP WHERE BY FAMILIAR COMMAND-LINE

01:52:12  23    INTERFACE THEY ASSIGNED A MICROSOFT WEIGHT THAT CORRESPONDS TO

01:52:16  24    INFORMAL REQUESTS FEATURE WE HAVE NO PARTICULAR PLANS TO USE.

01:52:19  25    WE TALKED ABOUT THIS DOCUMENT BEFORE; RIGHT.

01:52:21  1     A.   UH-HUH, WE HAVE.

01:52:23  2     Q.   AND IN LIGHT OF ALL OF THIS INFORMATION THAT YOU'VE HEARD

01:52:26  3     AND CONSIDERED, IS IT STILL YOUR OPINION THAT ARISTA WOULD HAVE

01:52:32  4     BEEN UNABLE TO SELL TO MICROSOFT IF ARISTA DID NOT OFFER A CLI

01:52:37  5     THAT INFRINGED CISCO'S COPYRIGHTS?

01:52:40  6     A.   IT IS.

01:52:41  7     Q.   OKAY.  AND YOU GAVE A CAR ANALOGY A MINUTE AGO?

01:52:45  8     A.   YES.

01:52:45  9     Q.   AND YOUR HEART -- IN YOUR ANALOGY YOUR HEART IS SET ON

01:52:49  10    RED; RIGHT?

01:52:49  11    A.   YES.

01:52:50  12    Q.   AND YOU ARE ONLY GOING TO CONSIDER RED CARS, THAT'S THE

01:52:53  13    ONLY THING YOU ARE GOING TO CONSIDER; RIGHT?

01:52:55  14    A.   CORRECT.

01:52:55  15    Q.   SO IF IT'S NOT RED YOU ARE NOT EVEN GOING TO LOOK AT IT

01:52:58  16    AND THEREFORE EVERY NON-RED CAR IS SIMPLY EXCLUDED FROM ANY

01:53:04  17    POSSIBILITY OF BEING THE ONE THAT YOU PURCHASE; RIGHT?

01:53:06  18    A.   THAT WAS WHAT I SAID ABOUT THE CAR.

01:53:09  19    Q.   BUT CORPORATIONS DON'T MAKE MULTI MILLION OR HUNDRED

01:53:14  20    MILLION DOLLAR PURCHASE DECISIONS BY HAVING THEIR HEARTS SET ON

01:53:19  21    A PARTICULAR COLOR; RIGHT?

01:53:20  22    A.   NO, OF COURSE NOT.

01:53:22  23    Q.   RIGHT.

01:53:22  24    A.   NO, THEY DON'T.

01:53:24  25    Q.   IN FACT, YOU TESTIFIED ABOUT THIS WHEN YOU WERE HERE

01:53:28  1    PREVIOUSLY; RIGHT, YOU SAID THAT CUSTOMERS IN THIS SPACE ARE

01:53:31  2    MAKING PROFIT MAXIMIZING DECISIONS, CORRECT?

01:53:34  3    A.   YES.

01:53:35  4    Q.   THEY ARE SAYING, THERE'S A COST TO THIS FEATURE AND A

01:53:40  5    BENEFIT OF THIS FEATURE.  THERE'S A COST OF THIS AND A BENEFIT

01:53:44  6    TO THIS, I'M GOING THAT TO WEIGH THEM ALL TOGETHER AND I'M

01:53:49  7    GOING TO PICK THE ONE THAT IF I HAVES ME THE MOST BENEFIT;

01:53:51  8    RIGHT?

01:53:51  9    A.   CORRECT.

01:53:52  10   Q.   NOW HAVING AN UNFAMILIAR CLI, THE COST THAT THAT EQUATES

01:53:57  11   TO IS A RETRAINING COST; RIGHT?

01:54:00  12   A.   IT'S IN PART A RETRAINING COST, IT'S ALSO A RE-SCRIPTING,

01:54:05  13   REPROGRAMMING COST.

01:54:07  14        I THINK MR. SADANA, IN THE ANSWER TO THE LAST QUESTION

01:54:10  15   THAT MR. NELSON POSED, YOU KNOW, SAID IT WOULD BE QUITE COSTLY

01:54:14  16   IF HIS CUSTOMERS HAD TO REWRITE THEIR SCRIPTS IF ARISTA COULD

01:54:18  17   NOT USE THE CISCO CLI.

01:54:20  18   Q.   I THINK HE SAID IT WOULD BE A HUGE PAIN, SOMETHING ALONG

01:54:23  19   THOSE LINES; RIGHT?

01:54:24  20   A.   OKAY.

01:54:25  21   Q.   AND YOU AGREE, DON'T YOU, THAT NOWHERE IN YOUR EXPERT

01:54:31  22   REPORTS IN THIS CASE DO YOU ACTUALLY QUANTIFY WHAT THOSE COSTS,

01:54:36  23   RETRAINING AND RE-SCRIPTING, ET CETERA, WHAT THOSE COSTS WOULD

01:54:40  24   BE; RIGHT?

01:54:41  25   A.   I DON'T QUANTIFY THEM.  THOUGH I USE THE EVIDENCE FROM THE

01:54:45  1    RECORD OF, YOU KNOW, HOW ARISTA TARGETS ITS CUSTOMERS BY, YOU

01:54:54  2    KNOW, ADVERTISING THE LOW COST OF RETRAINING, RE-SCRIPTING,

01:54:58  3    ET CETERA.

01:54:58  4    Q.   RIGHT.  BUT YOU DON'T EVER PUT ANY NUMBER ON THEM; RIGHT?

01:55:01  5    A.   NO, I THINK THAT WOULD BE IMPOSSIBLE TO DO.

01:55:04  6    Q.   OKAY.  BUT YOU DO AGREE THAT, UNLIKE YOUR "I'M ONLY GOING

01:55:09  7    TO BUY A RED CAR" EXAMPLE, THE COST OF RETRAINING OR

01:55:13  8    RE-SCRIPTING IN THESE TYPES OF DECISIONS, THAT'S JUST ONE MORE

01:55:17  9    COST THAT GETS WEIGHED AGAINST EVERY OTHER KIND OF COST THAT

01:55:21  10   GOES INTO THE DECISION; RIGHT?

01:55:22  11   A.   IT IS -- IT IS AN IMPORTANT COST, YES.

01:55:25  12   Q.   RIGHT.  BUT IT'S NOT LIKE THE FIRST LEVEL OF THEIR

01:55:29  13   ANALYSIS IS, DOES IT HAVE A CISCO-LIKE, SAY YOU ARE MICROSOFT,

01:55:34  14   IT'S NOT LIKE THE FIRST LEVEL OF YOUR ANALYSIS IS, DOES THIS

01:55:37  15   HAVE A CISCO-LIKE CLI?

01:55:39  16       IN OTHER WORDS, IS IT A RED CAR, AND IF NOT I'M NOT EVEN

01:55:42  17   GOING TO LOOK AT IT, NO MATTER HOW MUCH MORE POWER EFFICIENT IT

01:55:46  18   IS, HOW MUCH MORE RELIABLE IT IS, HOW MUCH BETTER LATENCY IT

01:55:50  19   HAS, HOW MUCH MORE PROGRAMMABLE IT IS, ET CETERA, ET CETERA,

01:55:57  20   ET CETERA, THAT'S NOT THE WAY TO DO IT, RIGHT?

01:55:57  21   A.   I WILL SAY THAT, CLEARLY, THEY NEED TO EVALUATE ALL THESE

01:56:01  22   COSTS, BUT IT WAS THE TESTIMONY OF A NUMBER OF ARISTA

01:56:04  23   EXECUTIVES THAT GETTING IN THE DOOR AT CUSTOMERS, WITH

01:56:10  24   CUSTOMERS, YOU KNOW, THEY DID NEED THIS DROP-IN REPLACEMENT

01:56:15  25   CHARACTERISTICS.

01:56:16  1          AND I THINK MR. SADANA EVEN TESTIFIED TODAY THAT ONE OF

01:56:20  2     THE REASONS THEY GOT THIS LARGE MICROSOFT DEAL THAT YOU ARE

01:56:25  3     DESCRIBING IS BECAUSE ARISTA HAD DEVELOPED PREVIOUS

01:56:28  4     EXPERIENCE -- THAT MICROSOFT HAD DEVELOPED PREVIOUS EXPERIENCE

01:56:31  5     WITH ARISTA.  HE DID SAY THAT THAT WAS AN IMPORTANT PART.

01:56:34  6          AND GETTING THAT INITIAL EXPERIENCE, YOU KNOW, IS, YOU

01:56:38  7     KNOW, THEY HAVE TESTIFIED THAT THIS DROP-IN REPLACEMENT

01:56:42  8     CHARACTERISTIC WAS IMPORTANT.

01:56:44  9     Q.   THEY DID?

01:56:45  10    A.   THEY DID.

01:56:46  11    Q.   WELL, OKAY, YOU'VE HEARD TESTIMONY OR YOU'VE SEEN EVIDENCE

01:56:49  12    IN THE RECORD THAT, FOR EXAMPLE, FACEBOOK USES MULTIPLE

01:56:54  13    DIFFERENT VENDOR'S SWITCHES; RIGHT?

01:56:56  14    A.   YES, THEY DO.

01:56:57  15    Q.   USES JUNIPER SWITCHES?

01:56:59  16    A.   YES.

01:57:00  17    Q.   JUNIPER IS NOT A DROP-IN REPLACEMENT FOR CISCO; RIGHT,

01:57:03  18    WITH RESPECT TO THE CLI?

01:57:04  19    A.   SO MY UNDERSTANDING FROM FACEBOOK IS THAT MY UNDERSTANDING

01:57:08  20    FROM THE RECORD IS THAT THEY USED DIFFERENT SWITCHES FOR

01:57:11  21    DIFFERENT PURPOSES IN DIFFERENT PARTS OF THE NETWORK.

01:57:13  22    Q.   THEY USED -- FACEBOOK USES ITS OWN SWITCHES WITH ITS OWN

01:57:17  23    OPERATING SYSTEM, FBOSS; RIGHT?

01:57:19  24    A.   YES, THEY DO.

01:57:20  25    Q.   AND YOU HEARD MR. SUMMERS TALK ABOUT HOW THE FBOSS CLI

01:57:25  1        INTERFACE IS COMPLETELY DIFFERENT FROM THE CISCO'S INTERFACE;

01:57:28  2        RIGHT?

01:57:28  3        A.   YES.

01:57:28  4        Q.   CERTAINLY NOT A DROP-IN REPLACEMENT; RIGHT?

01:57:32  5        A.   NO.

01:57:32  6        Q.   SO THERE, IN THOSE SITUATIONS THEY ARE BUYING BLUE CARS,

01:57:36  7        YELLOW CARS, WHITE CARS, WHATEVER COLOR CAR THEY WANT; RIGHT?

01:57:40  8        A.   THEY ARE BUYING A LIMITED NUMBER OF INTERFACES.

01:57:44  9        Q.   BUT YOUR POSITION IS THAT IN THE CASE OF ARISTA, THEY ARE

01:57:49 10        NOT EVEN GOING TO CONSIDER -- IN THE CASE OF FACEBOOK, NOT EVEN

01:57:53 11        GOING TO CONSIDER IT IF IT DOESN'T HAVE A CISCO-LIKE CLI,

01:57:58 12        THAT'S YOUR POSITION?

01:57:58 13        A.   MY POSITION IS THEY WOULD NOT HAVE INITIALLY GAINED ENTRY

01:58:02 14        INTO FACEBOOK WITHOUT A CISCO-LIKE CLI.

01:58:04 15        Q.   OKAY.  MR. PAK SHOWED YOU ARISTA'S RFP RESPONSE TO

01:58:11 16        BLOOMBERG, THE ONE DOCUMENT IN YOUR BINDER; RIGHT?

01:58:14 17        A.   YES.

01:58:14 18        Q.   AND THAT'S EXHIBIT 556, TO BE CLEAR?

01:58:18 19        A.   YES.

01:58:18 20        Q.   AND WHAT YOU LOOKED AT IN THAT DOCUMENT IS THE FACT THAT

01:58:21 21        IT MENTIONS, THAT DOCUMENT HAS A STATEMENT ABOUT HOW ARISTA HAS

01:58:27 22        A FAMILIAR CLI AND YOU CAN MIGRATE YOUR CONFIGURATION EASILY;

01:58:33 23        RIGHT?

01:58:33 24        A.   YES.

01:58:34 25        Q.   AND YOUR CONCLUSION IS THAT IF THE RFP RESPONSE, IF IT

01:58:38  1    MENTIONS A FAMILIAR CLI, THEN A FAMILIAR CLI MUST BE A

01:58:42  2    REQUIREMENT TO DO BUSINESS WITH BLOOMBERG; RIGHT?

01:58:46  3    A.   NO, I DIDN'T SAY THAT ABOUT THE RFP RESPONSE.  WHAT I WAS

01:58:53  4    TESTIFYING TO THERE IS THAT, YOU KNOW, ARISTA, BY ATTEMPTING TO

01:58:58  5    DEMONSTRATE TO BLOOMBERG THE IMPORTANCE OF -- THE FACT THAT

01:59:05  6    THEY HAVE THIS DROP-IN REPLACEMENT, SHOWS THAT IT'S IMPORTANT

01:59:10  7    TO THE CUSTOMER, AT LEAST THAT ARISTA PERCEIVES IT AS SO.

01:59:13  8    Q.   OKAY.  AND THE RFP RESPONSE, IT'S THIRD-ODD PAGES OF

01:59:16  9    SINGLE SPACE TEXT; RIGHT?  31, ROUGHLY?

01:59:20  10   A.   YES.

01:59:21  11   Q.   WITH SOME TABLES?

01:59:22  12   A.   WITH SOME FIGURES AND THINGS.

01:59:24  13   Q.   FIGURES AND TABLES.

01:59:27  14        AND IT DISCUSSES A LOT OF FEATURES; RIGHT.

01:59:29  15   A.   IT SURE DOES, YEAH.

01:59:30  16   Q.   DO YOU THINK EVERY SINGLE FEATURE THAT'S MENTIONED IN HERE

01:59:32  17   IS A RED CAR FEATURE, EVERY SINGLE ONE THAT'S MENTIONED HERE IS

01:59:36  18   SOMETHING THAT BLOOMBERG IS SIMPLY NOT GOING TO BUY THE SWITCH

01:59:41  19   JUST BECAUSE IT SHOWS UP IN HERE SOMEWHERE?

01:59:43  20   A.   NO.  I DON'T THINK THAT.

01:59:45  21   Q.   OKAY.  AND YOU KNOW, DON'T YOU, THAT WHEN COMPANIES ARE

01:59:49  22   PREPARING RFP RESPONSES, THEY USE A LOT OF BOILER PLATE?

01:59:54  23   A.   I DO KNOW THAT THEY USE BOILER PLATE.  THOUGH I HAVE

01:59:57  24   LOOKED AT ARISTA'S RFP RESPONSES AND THEY DON'T USE THE SAME

02:00:01  25   LANGUAGE FOR EVERY CUSTOMER.

02:00:09  1    Q.   I WANT TO UNDERSTAND YOUR DISGORGEMENT OPINION.  YOUR

02:00:13  2    OPINION, FIRST OF ALL, IS THERE'S NO BASIS TO TREAT WHAT

02:00:19  3    MS. ELSTEN CALLS HIGHLY AUTOMATED CUSTOMERS, FACEBOOK, GOOGLE,

02:00:25  4    MICROSOFT, APPLE, ET CETERA, DIFFERENTLY FROM ANY OTHER

02:00:29  5    CUSTOMERS WHEN YOU'RE VALUING THE CLI, A FAMILIAR CLI RELATIVE

02:00:35  6    TO ALL THE OTHER FEATURES OF THE SWITCH; RIGHT?

02:00:38  7    A.   YES.  AND THAT THE METHODOLOGY THAT SHE USES FOR

02:00:44  8    APPORTIONMENT IN THE OTHER -- FOR THE OTHER CUSTOMERS, WHILE

02:00:48  9    FLAWED, IS EQUALLY APPROPRIATE TO THE HIGHLY AUTOMATED

02:00:51  10   CUSTOMERS.

02:00:52  11   Q.   RIGHT.  AND CAN WE LOOK FOR A SECOND AT SLIDE 102 OF

02:00:59  12   DR. CHEVALIER'S SLIDE DECK.

02:01:07  13        THIS IS A SLIDE THAT YOU DIDN'T DISCUSS, I THINK TODAY,

02:01:10  14   BUT YOU DID DISCUSS BACK IN YOUR ORIGINAL TESTIMONY; RIGHT?

02:01:13  15   A.   RIGHT.

02:01:14  16   Q.   AND WHAT YOU'VE DONE HERE IS SHOW THREE CUSTOMERS OF

02:01:18  17   ARISTA, AND NEXT TO THOSE CUSTOMERS YOU'VE SHOWN SOME

02:01:24  18   INFORMATION THAT SUGGESTS THAT -- INTERNAL ARISTA DOCUMENTS

02:01:27  19   THAT SUGGEST THAT THE CLI WAS AN IMPORTANT SELLING FACTOR,

02:01:31  20   ACCORDING TO YOU; RIGHT?

02:01:32  21   A.   YEAH.  THAT'S WHAT THESE THREE SHOW, YEAH.

02:01:35  22   Q.   RIGHT.  SO THERE'S A, NEXT TO "PREMIERE," THERE'S A KEY

02:01:40  23   WIN FACTORS, AND ONE OF THEM IS CLI IS CISCO-LIKE; RIGHT?

02:01:44  24   A.   RIGHT.

02:01:45  25   Q.   AND NEXT TO A COMPANY CALLED ALLEGACY, THERE'S KEY SELLING

02:01:50  1      POINTS AND FAMILIAR CLI, IOS IS ONE OF THOSE KEY SELLING

02:01:56  2      POINTS; RIGHT?

02:01:57  3      A.   RIGHT.

02:01:57  4      Q.   AND MEDICAL MUTUAL, THERE'S WHY WE WON, AND THERE'S A LIST

02:02:01  5      OF SOME FEATURES AND FAMILIARITY WITH CLI IS ONE OF THEM;

02:02:05  6      RIGHT?

02:02:05  7      A.   RIGHT.

02:02:06  8      Q.   NOW, HAVE YOU EVER HEARD OF ANY OF THESE COMPANIES BEFORE

02:02:11  9      THIS LAWSUIT?

02:02:12  10     A.   ACTUALLY, I THINK I HAVE HEARD OF MEDICAL MUTUAL.

02:02:16  11     Q.   SO MEDICAL MUTUAL, IS IT MEDICAL MUTUAL OF OHIO, IS THAT

02:02:20  12     THE COMPANY?

02:02:21  13     A.   I THINK IT'S AN INSURANCE COMPANY.

02:02:23  14     Q.   YOU DID HAVE ACCESS TO ARISTA'S SALES DATA; RIGHT?

02:02:26  15     A.   RIGHT.

02:02:27  16     Q.   AND YOU KNOW THAT THE SALES TO PREMIERE, WE'RE NOT TALKING

02:02:35  17     ABOUT PROFITS HERE, WE ARE TALKING ABOUT REVENUES.  THE SALES

02:02:38  18     REVENUES FROM ARISTA TO PREMIERE WAS ABOUT $72,000; RIGHT?

02:02:42  19     A.   YES, I KNOW PREMIERE IS A SMALL CUSTOMER.

02:02:44  20     Q.   AND THAT'S TOTAL OVER THE ENTIRE FIVE-PLUS YEAR DAMAGES

02:02:48  21     PERIOD; RIGHT?

02:02:49  22     A.   RIGHT.

02:02:50  23     Q.   OKAY.  AND ALLEGACY, YOU KNOW THE TOTAL SALES TO WAS ABOUT

02:02:59  24     $75,000; RIGHT?

02:03:00  25     A.   RIGHT.

02:03:00   1   Q.   AND THE TOTAL SALES TO MEDICAL MUTUAL OVER THE DAMAGES

02:03:05   2   PERIOD WAS ABOUT $275,000; RIGHT?

02:03:09   3   A.   THAT DOESN'T SOUND QUITE RIGHT TO ME, BUT IF YOU REPRESENT

02:03:16   4   IT, I WILL TAKE IT.

02:03:17   5   Q.   THESE ARE SMALLER CUSTOMERS WITH MUCH SMALLER SCALE DATA

02:03:23   6   CENTERS THAN COMPANIES LIKE FACEBOOK, MICROSOFT, GOOGLE; RIGHT?

02:03:27   7   A.   YES.

02:03:27   8   Q.   AND THEY OPERATE THEIR DATA CENTERS IN VERY DIFFERENT WAYS

02:03:31   9   THAN DO FACEBOOK, MICROSOFT AND GOOGLE; RIGHT?

02:03:35  10   A.   YES.  AND I BELIEVE WHEN I TESTIFIED ABOUT THIS VERY

02:03:40  11   DOCUMENT, IT'S NOW GOING BACK A WEEK, BUT WHAT I REMEMBER IS I

02:03:46  12   MOVED ON TO SAY, IN FACT, YOU KNOW, THAT THE KEY WIN FACTOR

02:03:52  13   BEING THE CLI BECAUSE OF THE KIND OF BUT-FOR ARGUMENT THAT I

02:03:56  14   JUST MADE, YOU KNOW, WON'T BE THE TYPICAL THING.

02:04:00  15   Q.   OKAY.  I WANT TO SHOW YOU -- YOU SAID THAT MS. ELSTEN'S

02:04:09  16   ALLOCATION FOR PURPOSES OF DISGORGEMENT, CAME FROM ONE

02:04:17  17   DOCUMENT; RIGHT?

02:04:17  18   A.   THE NUMBERS THAT SHE USED CAME FROM ONE DOCUMENT.

02:04:20  19   Q.   AND THAT WAS THE CASCADE REPORT, THAT LIST FROM THE

02:04:24  20   CASCADE REPORT, COMMISSIONED BY CISCO?

02:04:26  21   A.   CORRECT.

02:04:34  22        MR. SILBERT:  JEFF, COULD I ASK YOU TO SHOW ON THE

02:04:36  23   SCREEN, MS. ELSTEN'S SLIDE 62.

02:04:44  24   Q.   YOU SAW MS. ELSTEN PRESENT THIS SLIDE; RIGHT?

02:04:47  25   A.   I DID.

02:04:47  1    Q.   AND THIS IS THE SLIDE WHERE SHE'S EXPLAINING, SHE'S

02:04:51  2    SUMMARIZING, AFTER GOING THROUGH SOME OTHER SLIDES, HOW SHE

02:04:55  3    MADE HER ALLOCATION, HER SOFTWARE APPORTIONMENT; RIGHT?

02:04:59  4    A.   YES.   THOUGH SHE RELIES ON THE ONE DOCUMENT.

02:05:04  5    Q.   YOU SAW, IN FACT, WHAT SHE DID WAS SHE RELIED ON SIX

02:05:09  6    DIFFERENT DOCUMENTS OR CATEGORIES OF DOCUMENTS, EACH OF WHICH

02:05:15  7    SHE USED TO GET SOME TYPE OF ALLOCATION; RIGHT?

02:05:17  8    A.   YES, SHE DID SHOW EXAMPLES OF OTHER KINDS OF DOCUMENTS.

02:05:23  9    Q.   AND SO, AND SHE'S SHOWING THE ALLOCATION OF THE CLI TO THE

02:05:29  10   TOTAL SOFTWARE PACKAGE IN EACH ONE OF THESE BARS ON THIS BAR

02:05:33  11   CHART; RIGHT?

02:05:33  12   A.   YES.   THOUGH IN HER REPORT, NOT -- SHE DISCUSSES THE FACT

02:05:41  13   THAT, YOU KNOW, SHE USES THE CISCO MARKET RESEARCH DOCUMENT IN

02:05:45  14   PART BECAUSE IT IS A DOCUMENT ABOUT CUSTOMER PREFERENCES AS

02:05:52  15   OPPOSED TO THESE OTHER DOCUMENTS WHICH ARE, LARGELY, LISTS.

02:05:55  16   Q.   RIGHT.

02:05:55  17        BUT WHAT SHE EXPLAINS AND WHAT SHE SHOWS IN THIS CHART IS

02:05:59  18   SHE LOOKED AT A NUMBER OF DIFFERENT SOURCES WHICH HAD A NUMBER

02:06:03  19   OF DIFFERENT VALUES, THE AVERAGE WOULD HAVE BEEN 6 TO 7 PERCENT

02:06:06  20   OF SOFTWARE, AND WHAT SHE ACTUALLY TOOK WAS OF THE HIGHEST,

02:06:11  21   12.5 PERCENT; RIGHT?

02:06:12  22   A.   SHE DID LOOK AT THESE OTHER THINGS THAT SHE DISCUSSED.

02:06:17  23   Q.   RIGHT.   FOR EXAMPLE, IF YOU LOOK AT THE RIGHT MOST BAR

02:06:20  24   CHART, RFP REQUIREMENTS, WHAT SHE DID THERE WAS SHE LOOKED AT

02:06:26  25   SOME RFP'S FROM CUSTOMERS, SHE COUNTED ALL THE SOFTWARE

02:06:30  1    REQUIREMENTS, SHE COUNTED HOW MANY OF THOSE ARE CLI REPORTED

02:06:32  2    AND TRIED TO MAKE SOME ALLOCATION THERE BETWEEN HOW MUCH OF THE

02:06:36  3    TOTALS SOFTWARE VALUE IS RELATED TO THE CLI; RIGHT?

02:06:40  4    A.   THAT'S RIGHT.  SHE USED 13 RFP'S THERE.  AND SHE DID A

02:06:44  5    SIMPLE COUNTING EXERCISE OF LISTS.

02:06:47  6    Q.   RIGHT.  AND THAT RESULTED IN 2 TO 3 PERCENT; RIGHT,

02:06:51  7    INSTEAD OF 12.5 PERCENT?

02:06:53  8    A.   YES.  THE LIST OF FEATURES WERE LONG AND SHE GOT A SMALL

02:06:58  9    VALUE WITH THAT, YOU KNOW, NON-REPRESENTATIVE SAMPLE OF RFP'S.

02:07:02  10   Q.   BUT IN ANY EVENT, WHAT SHE DID WAS SHE LOOKED AT SIX

02:07:06  11   DIFFERENT SOURCES TO TRY TO GET THIS, TO TRY TO MAKE THIS

02:07:09  12   ALLOCATION AND SHE PICKED THE ONE, OF ALL OF THEM, SHE PICKED

02:07:14  13   THE ONE THAT WAS THE MOST -- HIGHEST, MEANING THE MOST

02:07:17  14   FAVORABLE TO CISCO; RIGHT?

02:07:19  15   A.   YOU KNOW, GIVEN THE DOCUMENTS THAT SHE SELECTED, THIS WAS

02:07:22  16   THE ONE THAT WAS THE HIGHEST.

02:07:24  17   Q.   OKAY.  AND YOU -- AND I THINK YOU JUST EXPLAINED THIS, YOU

02:07:29  18   MADE NO ATTEMPT TO ALLOCATE -- YOUR OWN ATTEMPT TO ALLOCATE THE

02:07:34  19   VALUE OF THE CLI TO THE ENTIRE SOFTWARE PACKAGE, OR FOR THAT

02:07:40  20   MATTER, TO THE ENTIRE SWITCH; RIGHT?

02:07:42  21   A.   SO AGAIN, I PROVIDED A CORRECTION OF MS. ELSTEN'S

02:07:47  22   ANALYSIS.  BUT I DIDN'T PROVIDE AN AFFIRMATIVE OPINION BECAUSE

02:07:51  23   MY UNDERSTANDING IS THAT IS NOT MY JOB, THAT IS HER BURDEN.

02:07:55  24   Q.   RIGHT.  AND YOU CERTAINLY COULD HAVE DONE IT TOO AND

02:07:59  25   PROVIDED AN ALTERNATE; RIGHT?

02:08:01  1    A.   I PROVIDED A CORRECTION OF HERS THAT FIXED SOME OF THE

02:08:06  2    FLAWS, BUT YOU KNOW, IT WASN'T -- SHE IS SUPPOSED TO PROVIDE

02:08:11  3    IT.

02:08:12  4    Q.   EVEN THAT CORRECTION THOUGH, ARE YOU SAYING THAT

02:08:14  5    CORRECTION IS AN APPROPRIATE ALLOCATION?

02:08:17  6    A.   I AM NOT SAYING THAT THAT CORRECTION IS AN APPROPRIATE

02:08:19  7    ALLOCATION.

02:08:20  8    Q.   THERE IS NO ALLOCATION AT ALL THAT YOU ARE OFFERING THAT

02:08:24  9    YOU ARE SAYING IS AN APPROPRIATE ALLOCATION; RIGHT?

02:08:27  10   A.   I AM TO BE HELPFUL IN PROVIDING A CORRECTION, BUT IT IS

02:08:32  11   NOT MY OPINION THAT IT IS THE APPROPRIATE ALLOCATION.

02:08:35  12   Q.   RIGHT.  AND NOR HAVE YOU EVER OFFERED ANY OTHER ALLOCATION

02:08:38  13   THAT YOU SAY IS AN APPROPRIATE ALLOCATION; RIGHT?

02:08:41  14   A.   RIGHT.

02:08:41  15   Q.   WOULD YOU PLEASE LOOK AT EXHIBIT 5316 IN YOUR BINDER.

02:09:02  16   THAT'S THE CISCO POWERPOINT FROM 2014 ENTITLED BEAT ARISTA;

02:09:08  17   RIGHT?

02:09:08  18   A.   YES.

02:09:08  19   Q.   AND THIS IS ONE OF THE DOCUMENTS THAT YOU CONSIDERED IN

02:09:11  20   FORMING YOUR OPINIONS IN THE CASE; RIGHT?

02:09:12  21   A.   RIGHT.

02:09:14  22        MR. SILBERT:  YOUR HONOR, I OFFER 5316.

02:09:17  23        MR. PAK:  NO OBJECTION.

02:09:17  24        THE COURT:  IT WILL BE ADMITTED.

02:09:17  25   (DEFENDANT'S EXHIBIT 5316 WAS ADMITTED INTO EVIDENCE.)

CHEVALIER CROSS-EXAM BY MR. SILBERT                                    2606

02:09:20   1        BY MR. SILBERT:

02:09:20   2        Q.   IF YOU LOOK AT SLIDE 7, PLEASE.  THERE'S A HEADING, "WHY

02:09:27   3        WINNING AND LOSING AGAINST ARISTA..."

02:09:32   4             AND IF YOU LOOK DOWN TO THE "LOSING," IT'S GOT A NUMBER OF

02:09:39   5        CISCO -- IN THIS CISCO POWERPOINT, THERE ARE A NUMBER OF POINTS

02:09:43   6        HERE ABOUT WHY CISCO IS LOSING TO ARISTA.

02:09:45   7             ONE OF THEM IS FIRST TO MARKET WITH 40 GIGABIT; DO YOU SEE

02:09:49   8        THAT?

02:09:50   9        A.   YES.

02:09:50   10       Q.   AND THEN UNDER THAT, TWO DOWN, THERE'S "OPEN STANDARDS

02:09:55   11       BASED INNOVATION ON MODULAR SOFTWARE OPERATING

02:09:59   12       SYSTEM/PROGRAMMABILITY."

02:10:00   13            DO YOU SEE THAT?

02:10:01   14       A.   YES.

02:10:02   15       Q.   THERE'S TWO DOWN FROM THAT, "FOCUS ON BIG DATA AND

02:10:07   16       CLOUD-SIZE DATA CENTER NEEDS."

02:10:09   17            DO YOU SEE THAT?

02:10:10   18       A.   YES.

02:10:11   19       Q.   AND THEN BELOW THAT THERE'S "PRODUCT DIFFERENTIATION,

02:10:14   20       HIGHER PERFORMANCE AND DENSITY, LOWER LATENCY, POWER AND COST."

02:10:19   21            DO YOU SEE THAT?

02:10:19   22       A.   YES.

02:10:20   23       Q.   THOSE ARE ALL FEATURES THAT YOU WOULD AGREE HAVE VALUE TO

02:10:24   24       ARISTA'S CUSTOMERS; RIGHT?

02:10:25   25       A.   YES.

02:10:26   1      Q.   OKAY.   THANKS.   YOU CAN PUT THAT ASIDE.

02:10:31   2           YOU WERE IN COURT WHEN MR. VOLPI TESTIFIED; RIGHT, DO YOU

02:10:38   3      RECALL THAT, MICHAEL VOLPI?

02:10:40   4      A.   ACTUALLY, I WASN'T IN COURT, BUT I DID READ THE

02:10:43   5      TRANSCRIPT.

02:10:43   6      Q.   OKAY.   THANK YOU.

02:10:44   7           AND YOU READ, THEREFORE, THAT MR. VOLPI WAS A HIGH RANKING

02:10:49   8      EXECUTIVE AT CISCO PREVIOUSLY; RIGHT?

02:10:51   9      A.   YES.

02:10:52  10      Q.   SHE WAS, FOR A TIME, THE SENIOR VICE PRESIDENT AND GENERAL

02:10:55  11      MANAGER IN CHARGE OF THE ETHERNET SWITCHING GROUP; RIGHT?

02:10:59  12      A.   OKAY, YES.

02:11:00  13      Q.   HE WAS ALSO, BEFORE THAT, CISCO'S CHIEF STRATEGY OFFICER;

02:11:04  14      RIGHT?

02:11:04  15      A.   RIGHT.

02:11:05  16      Q.   AND HE REPORTED TO JOHN CHAMBERS, WHO WAS THEN THE CEO OF

02:11:11  17      CISCO; RIGHT?

02:11:12  18      A.   YES.

02:11:12  19      Q.   AND YOU READ MR. VOLPI'S TESTIMONY THAT WHILE HE WAS A

02:11:15  20      CISCO EXECUTIVE, CISCO KNEW THAT OTHER SWITCH VENDORS USED

02:11:20  21      CLI'S THAT WERE "ALMOST IDENTICAL" TO CISCO'S; RIGHT?

02:11:24  22      A.   YES.   I KNOW THAT HE SAID THAT.

02:11:26  23      Q.   OKAY.   AND YOU ALSO KNOW THAT HE SAID THAT THE FACT THAT

02:11:29  24      OTHER VENDORS WERE USING CISCO'S CLI, REINFORCED CISCO'S MARKET

02:11:36  25      LEADERSHIP POSITION; RIGHT?

02:11:37  1    A.   YES.  NOW AGAIN, YOU KNOW, I DO NOT THINK HE WAS REFERRING

02:11:42  2    TO, NECESSARILY, INFRINGING CLI'S.

02:11:45  3    Q.   HE WAS REFERRING TO ALMOST IDENTICAL CLI'S; RIGHT?

02:11:49  4    A.   HE USED THAT LANGUAGE, OKAY.

02:11:51  5    Q.   OKAY.  YOU HEARD HIM SAY THAT THE FACT THAT OTHER VENDORS

02:11:55  6    WERE USING ALMOST IDENTICAL CLI'S ALLOWED CISCO TO PRESENT

02:11:59  7    ITSELF AS THE DE FACTO LEADER IN THE INDUSTRY; RIGHT?

02:12:03  8    A.   YES, I DID SEE THAT.

02:12:05  9    Q.   OKAY.  AND YOU DON'T HAVE ANY BASIS TO DISPUTE ANY OF THAT

02:12:10  10   TESTIMONY BY MR. VOLPI, DO YOU?

02:12:12  11   A.   I UNDERSTAND THAT THAT'S HIS OPINION, YEAH.

02:12:16  12   Q.   OKAY.  AND HIS OPINION, AND HE'S THE FORMER CHIEF STRATEGY

02:12:20  13   OFFICER FOR CISCO; RIGHT?

02:12:21  14   A.   SO I -- I UNDERSTAND THAT -- YES.

02:12:25  15   Q.   AND HE ALSO WAS FORMERLY IN CHARGE OF THE ETHERNET

02:12:30  16   SWITCHING GROUP AT CISCO; RIGHT?

02:12:32  17   A.   RIGHT.

02:12:32  18   Q.   OKAY.  AND YOU ALSO WERE HERE OR READ THE TESTIMONY OF

02:12:37  19   MR. PHILLIP REMAKER; RIGHT?

02:12:38  20   A.   YES.

02:12:39  21   Q.   AND HE CURRENTLY WORKS FOR CISCO; RIGHT?

02:12:43  22   A.   RIGHT.

02:12:43  23   Q.   AND HE SAID --

02:12:51  24        MR. SILBERT:  AND ACTUALLY, JEFF, DO YOU MIND PUTTING

02:12:55  25   ON THE SCREEN 699, LINES 21 THROUGH 25.

| | | |
|---|---|---|
| 02:12:59 | 1 | Q.   AND HE WAS ASKED THE QUESTION? |
| 02:13:01 | 2 | "QUESTION:  CISCO WAS HAPPY WITH THE CLI COMMANDS |
| 02:13:03 | 3 | BEING A DE FACTO INDUSTRY STANDARD BECAUSE THAT WAS CONSISTENT |
| 02:13:08 | 4 | WITH THE CULTURE OF MAKING CUSTOMERS SUCCESSFUL? |
| 02:13:12 | 5 | "ANSWER:  YES, A CONSISTENT CLI MAKES OUR CUSTOMERS |
| 02:13:15 | 6 | SUCCESSFUL." |
| 02:13:17 | 7 | YOU SAW THAT TESTIMONY; RIGHT? |
| 02:13:19 | 8 | A.   YES. |
| 02:13:19 | 9 | Q.   YOU DON'T HAVE ANY REASON TO DISPUTE THAT TESTIMONY, DO |
| 02:13:23 | 10 | YOU? |
| 02:13:23 | 11 | A.   I HAVE NO REASON TO DISPUTE HIS OPINION, THAT THAT'S HIS |
| 02:13:27 | 12 | OPINION. |
| 02:13:27 | 13 | MR. VAN NEST:  THANKS.  I HAVE NOTHING FURTHER. |
| 02:13:30 | 14 | THE COURT:  THANK YOU. |
| 02:13:30 | 15 | REDIRECT? |
| 02:13:31 | 16 | MR. PAK:  YES. |
| 02:13:35 | 17 | **REDIRECT EXAMINATION** |
| 02:13:36 | 18 | BY MR. PAK: |
| 02:13:37 | 19 | Q.   SO DR. CHEVALIER, NOW WE JUST HEARD ABOUT SOME TESTIMONY |
| 02:13:41 | 20 | FROM MR. VOLPI; DO YOU RECALL HIS NAME? |
| 02:13:42 | 21 | A.   YES. |
| 02:13:43 | 22 | Q.   YOU DO REMEMBER THAT HE ALSO TESTIFIED THAT HE DIDN'T HAVE |
| 02:13:46 | 23 | ANY PERSONAL KNOWLEDGE OF THE CLI COMMANDS AT ISSUE IN THIS |
| 02:13:49 | 24 | CASE, CORRECT? |
| 02:13:49 | 25 | A.   YES, I DO REMEMBER THAT. |

02:13:51   1    Q.   AND HE ALSO TESTIFIED THAT HE WAS AN INVESTOR IN ARISTA

02:13:57   2    THROUGH HIS VENTURE CAPITAL FUND?

02:13:59   3    A.   OH, YES, I DO REMEMBER THAT.

02:14:00   4    Q.   NOW I WANT TO LOOK AT SOME VERY SPECIFIC THINGS THAT YOU

02:14:03   5    CONSIDERED.  TAKE A LOOK AT SLIDE 27 IN YOUR PRESENTATION DECK.

02:14:17   6    IT'S THE TESTIMONY OF MR. DUDA.

02:14:22   7         SO AGAIN, THE JURORS HAVE SEEN THIS.  YOU HAVE CONSIDERED

02:14:25   8    MR. DUDA'S DEPOSITION TESTIMONY, CORRECT.

02:14:28   9    A.   CORRECT.

02:14:28   10   Q.   SO WHAT HE SAYS IS, "SOME CUSTOMERS HAVE MADE HEAVY

02:14:32   11   INVESTMENTS IN TOOLING AND AUTOMATION AROUND THE INDUSTRY

02:14:35   12   STANDARD COMMAND SET WHICH LARGELY OVERLAPS CISCO.  IF WE,

02:14:40   13   THAT'S ARISTA, "WEREN'T ABLE TO USE ANY OF THOSE COMMANDS FOR

02:14:42   14   THAT TYPE OF CUSTOMER, IT WOULD BE A LARGER IMPEDIMENT."

02:14:46   15        DO YOU SEE THAT TESTIMONY?

02:14:47   16   A.   I DO.

02:14:48   17   Q.   AND IS THAT CONSISTENT WITH YOUR VIEW THAT AUTOMATION

02:14:51   18   CUSTOMERS, HIGHLY AUTOMATED CUSTOMERS, STILL VALUE THE CISCO

02:14:55   19   CLI?

02:14:55   20   A.   YES.  YOU KNOW, THESE TOOLS, THIS AUTOMATION IS WHAT THE

02:15:01   21   HIGHLY AUTOMATED CUSTOMERS USE, YEAH.

02:15:03   22   Q.   AND LET'S TAKE A LOOK AT ANOTHER ONE.  SLIDE 31.

02:15:07   23        AND THIS TIME WE ARE GOING TO SEE TESTIMONY FROM

02:15:10   24   MR. SADANA, THE CHIEF CUSTOMER OFFICER.  HE WAS ASKED IN HIS

02:15:13   25   DEPOSITION -- AGAIN, YOU CONSIDERED HIS DEPOSITION, CORRECT IN?

CHEVALIER REDIRECT EXAM BY MR. PAK                                    2611

02:15:16   1    A.   I DID.

02:15:17   2    Q.   BASED ON YOUR EXPERIENCE OF WORKING WITH ARISTA'S

02:15:19   3    CUSTOMERS, WAS HAVING AN IOS-LIKE CLI AN IMPORTANT FACTOR IN

02:15:23   4    THE CUSTOMER'S DECISION TO BUY ARISTA'S SWITCHES?

02:15:26   5         "ANSWER:  THE CLI WAS A CHECK MARK.  YOU NEEDED IT TO

02:15:30   6    GET TO THE NEXT STAGE OF YOUR DISCUSSION, TO HAVE THE CUSTOMER

02:15:33   7    EVALUATE IT AND TO PURCHASE YOUR PRODUCT."

02:15:36   8         IS THAT TESTIMONY CONSISTENT WITH YOUR BUT-FOR OPINIONS IN

02:15:40   9    THIS CASE?

02:15:40  10    A.   YES, IT IS.

02:15:42  11         SO AGAIN, HE'S DESCRIBING KIND OF A TWO-STAGE PROCESS LIKE

02:15:47  12    I DESCRIBED WITH THE CAR.  THE CLI, YOU NEED -- YOU KNOW, IT

02:15:50  13    WAS HIS OPINION THAT YOU NEEDED THE CLI TO GET TO THE NEXT

02:15:53  14    STAGE OF DISCUSSION.

02:15:54  15    Q.   OKAY.  AND THEN LASTLY, IF WE LOOK BACK AT YOUR SLIDE 2,

02:15:59  16    WHICH IS THE MARKET SHARE SLIDE, JUST TO BE CLEAR, IF SOME OF

02:16:08  17    THE CUSTOMERS WANTED TO BUY JUNIPER EQUIPMENT BECAUSE THEY LIKE

02:16:12  18    THE JUNIPER CLI, IN YOUR BUT-FOR ANALYSIS, DO YOU TAKE INTO

02:16:16  19    ACCOUNT THE FACT THAT SOME OF ARISTA'S SALES WOULD HAVE GONE TO

02:16:20  20    JUNIPER?

02:16:20  21    A.   OH, YEAH, ABSOLUTELY.  YES.  AGAIN, SOME OF ARISTA SALES,

02:16:24  22    THOSE BLUE ARROWS, YOU KNOW, ARE, YOU COULD SEE THERE'S AN

02:16:28  23    ARROW GOING RIGHT OVER TO THE JUNIPER BOX, YES, EXACTLY.

02:16:31  24    Q.   SO INSTEAD OF A RED CAR, IF THEY WANTED A BLUE CAR AND

02:16:34  25    THEY WANTED TO GO TO JUNIPER, THAT'S STILL REFLECTED IN THE

```
02:16:37   1        MODEL?

02:16:37   2        A.   YES.

02:16:38   3             MR. PAK:   THANK YOU, YOUR HONOR.

02:16:38   4        THAT'S ALL THE QUESTIONS I HAVE.

02:16:39   5             THE COURT:   ANYTHING ELSE, MR. SILBERT?

02:16:42   6             MR. SILBERT:   NO, YOUR HONOR.

02:16:43   7        THANK YOU.

02:16:43   8             THE COURT:   DR. CHEVALIER, THANK YOU FOR YOUR

02:16:48   9    TESTIMONY.   YOU MAY STEP DOWN.

02:16:51  10        LET'S SEE, MR. NELSON, YOUR NEXT WITNESS?

02:16:54  11             MR. NELSON:   ACTUALLY, WE ARE DONE WITH WITNESSES AND

02:16:57  12    THE REBUTTAL.

02:16:58  13        I JUST HAVE A VERY BRIEF ISSUE TO DISCUSS AT SIDEBAR.

02:17:01  14             THE COURT:   OKAY.   SURE.   OF COURSE.

02:17:02  15             MR. NELSON:   OKAY.   THANK YOU.

02:17:17  16    (SIDEBAR DISCUSSION ON THE RECORD.)

02:17:26  17             MR. NELSON:   YOUR HONOR, THIS IS JUST -- I'M NOT

02:17:29  18    GOING BACK TO THE WELL ON THE INDUSTRY STANDARD CURATIVE

02:17:34  19    INSTRUCTION, BUT I'M TOLD I NEED TO, YOU KNOW, WE TALKED ABOUT

02:17:37  20    IT IN CHAMBERS YESTERDAY, AND YOUR HONOR WASN'T GOING TO

02:17:40  21    DELIVER IT, SO I JUST WANT TO MAKE THE RECORD ON THAT

02:17:42  22    YOUR HONOR.

02:17:43  23        IN LIGHT OF SOME OF THE CONFUSION WE DISCUSSED YESTERDAY

02:17:45  24    WITH THE INDUSTRY STANDARD TERMINOLOGY BEING USED AS PART OF

02:17:50  25    THE ORIGINAL CREATIVITY DEFENSE, AS WELL AS SOME OF THE LOOSE
```

02:17:54  1    TERMINOLOGY, WE BELIEVE THERE'S SIGNIFICANT CONFUSION ON THAT

02:17:57  2    AS WELL AS, I THINK, PERHAPS IN VIOLATION OF YOUR HONOR'S IN

02:18:03  3    LIMINE ORDER.  THERE ARE WITNESSES THAT HAVE ACTUALLY TESTIFIED

02:18:05  4    YES, THIS WAS AN INDUSTRY STANDARD AS WELL.

02:18:07  5         SO THE INSTRUCTION THAT WE WOULD PROPOSE IS, "YOU HAD

02:18:13  6    HEARD SOME WITNESSES USE THE TERM "INDUSTRY STANDARD" IN AN

02:18:18  7    INFORMAL WAY TO MEAN THAT SOMETHING HAS BECOME POPULAR IN AN

02:18:23  8    INDUSTRY AFTER THE TIME IT WAS CREATED.  I WANT TO MAKE CLEAR

02:18:26  9    TO YOU THAT A COPYRIGHT OWNER DOES NOT LOSE COPYRIGHT

02:18:29 10    PROTECTION IN AN ORIGINAL WORK SOLELY BECAUSE IT LATER BECOMES

02:18:33 11    POPULAR IN AN INDUSTRY."

02:18:34 12         THE COURT:  OKAY.  WELL, I'VE ALREADY DENIED THAT.

02:18:36 13    AND I THINK THAT THAT IS APPROPRIATE CLOSING ARGUMENT IF YOU

02:18:40 14    WANT.

02:18:40 15         I DON'T HAVE ANY RESTRICTION ON THAT, THAT I CAN TELL FROM

02:18:43 16    WHAT YOU'VE READ, BUT I DON'T THINK THAT NEEDS TO COME FROM ME.

02:18:46 17         ALL RIGHT.

02:18:47 18         MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:18:48 19         THE COURT:  AND YOU HAVE NO MORE WITNESSES?

02:18:50 20         MR. NELSON:  NO, I DON'T.

02:18:51 21         THE COURT:  GOOD.  YOU HAVE --

02:18:52 22         MR. VAN NEST:  YES, WE DO.

02:19:06 23         THE COURT:  ALL RIGHT.  WE ARE GOING TO GO ABOUT

02:19:08 24    ANOTHER 15 MINUTES BEFORE WE TAKE A BREAK.

02:19:11 25         SO MR. NELSON, DO YOU HAVE ANYMORE WITNESSES?

02:19:13   1                    MR. NELSON:  NO, WE DO NOT.  THAT IS IT FOR THE

02:19:15   2        REBUTTAL CASE.

02:19:16   3                    THE COURT:  ALL RIGHT.

02:19:16   4                MR. VAN NEST, DO YOU HAVE A REBUTTAL CASE FOR ARISTA?

02:19:18   5                    MR. VAN NEST:  WE DO, YOUR HONOR.

02:19:21   6                AND MR. FERRALL WILL BE CALLING DR. BLACK.

02:19:22   7                    THE COURT:  ALL RIGHT.  IF YOU DON'T MIND,

02:19:24   8        MR. FERRALL, JUST GETTING US STARTED, THEN WE WILL BREAK IN

02:19:27   9        ABOUT 15 MINUTES.

02:19:29   10                   MR. FERRALL:  OKAY.  SURE.

02:19:30   11                   THE COURT:  DR. BLACK, IF YOU WOULD COME BACK TO THE

02:19:32   12       WITNESS STAND, PLEASE AND STAND TO BE SWORN.

02:19:35   13          **(DEFENDANT'S WITNESS, DR. BLACK, WAS SWORN.)**

02:19:36   14                   THE WITNESS:  YES.

02:20:05   15                      **DIRECT EXAMINATION IN REBUTTAL**

02:20:06   16       BY MR. FERRALL:

02:20:07   17       Q.   GOOD AFTERNOON, DR. BLACK.

02:20:09   18       A.   GOOD AFTERNOON.

02:20:10   19       Q.   WELCOME BACK.

02:20:12   20       A.   THANK YOU.

02:20:13   21       Q.   YOU'VE BEEN LISTENING TO MOST OF THE PROCEEDINGS SINCE YOU

02:20:16   22       HAVE BEEN ON THE STAND LAST; RIGHT?

02:20:18   23       A.   I HAVE.

02:20:19   24       Q.   AND IF WE COULD JUST PULL UP SLIDE 25 FROM DR. BLACK'S

02:20:25   25       DEMONSTRATIVES.

BLACK DIRECT EXAM BY MR. FERRALL

02:20:29  1      AND DR. BLACK, WHAT I WOULD LIKE TO DO VERY BRIEFLY IS

02:20:33  2   JUST TALK ABOUT A COUPLE OF THE FAIR USE FACTORS THAT YOU

02:20:36  3   CONSIDERED TO RESPOND TO DR. ALMEROTH, OKAY?

02:20:40  4   A.   OKAY.

02:20:40  5   Q.   AND THE FIRST ONE I WANT TO ASK YOU ABOUT IS THE PURPOSE

02:20:43  6   AND CHARACTER OF THE USE.

02:20:46  7      DID YOU HEAR DR. ALMEROTH'S TESTIMONY ABOUT YOUR OPINION

02:20:51  8   REGARDING WHETHER ARISTA'S USE WAS TRANSFORMATIVE?

02:20:55  9   A.   I DID.

02:20:55  10  Q.   AND DOES THE FACT, DR. BLACK, THAT ARISTA USED SIMILAR CLI

02:21:03  11  COMMANDS AT CISCO, ANSWER THE QUESTION IN YOUR MIND, ABOUT

02:21:07  12  WHETHER ARISTA'S USE WAS TRANSFORMATIVE?

02:21:10  13  A.   NO, I DON'T BELIEVE IT DOES.

02:21:12  14  Q.   WHY DO YOU SAY THAT?

02:21:13  15  A.   WELL, I MEAN, FIRST OF ALL, LET'S REMEMBER THAT WE ARE

02:21:16  16  TALKING ABOUT A SMALL PORTION OF CISCO'S FULL COMMAND SET,

02:21:21  17  SOMETHING LIKE 441 OUT OF 16,000 OR YOU COULD MAYBE ARGUE

02:21:27  18  12,000.  SO IT'S A SMALL FRACTION TO BEGIN WITH.

02:21:29  19     BUT THEN ALSO, THE PURPOSE AND CHARACTER OF THE USE GOES

02:21:33  20  TO THE IDEA THAT, WELL, REMEMBER I SAID LIKE CLI COMMANDS ARE

02:21:38  21  LIKE KNOBS ON THE FRONT OF A STEREO, AND YOU MAY HAVE A 1950'S

02:21:43  22  STEREO, AND YOU MAY HAVE A 2016 STEREO.  AND THE KNOBS MAY LOOK

02:21:46  23  THE SAME, THEY MAYBE EVEN HAVE THE SAME LABEL LIKE "VOLUME" AND

02:21:52  24  "TUNING," BUT WHAT HAPPENS INSIDE TRULY MATTERS.

02:21:54  25  Q.   AND IF WE COULD LOOK AT EXHIBIT 7357, PLEASE, I THINK

02:22:01  1      THAT'S ALREADY IN EVIDENCE.

02:22:04  2      A.   OKAY.

02:22:05  3      Q.   IS THIS A DOCUMENT THAT YOU CONSIDERED IN INVESTIGATING

02:22:13  4      WHETHER ARISTA'S USE OF CLI COMMANDS IS TRANSFORMATIVE?

02:22:17  5      A.   YES.

02:22:18  6      Q.   I THINK WE HEARD SOME TESTIMONY TO THE EFFECT, FROM

02:22:27  7      DR. ALMEROTH, THAT ARISTA DIDN'T DO ANYTHING DIFFERENT WITH THE

02:22:32  8      CLI COMMANDS; DID YOU HEAR SOMETHING TO THAT EFFECT?

02:22:36  9      A.   I BELIEVE SO, YES.

02:22:37  10     Q.   AND DO YOU AGREE WITH THAT?

02:22:40  11     A.   NO, I DON'T.

02:22:42  12     Q.   CAN YOU EXPLAIN WHAT YOU HAVE IN MIND?

02:22:43  13     A.   SURE.  SO I MEAN, WE HEARD LOTS OF TESTIMONY FROM

02:22:48  14     MR. SADANA, IN FACT TODAY, THAT WHILE THERE ARE SOME CUSTOMERS

02:22:52  15     WHO STILL TYPE THESE THINGS IN, ESPECIALLY ENTERPRISE

02:22:56  16     CUSTOMERS, THE MORE AUTOMATED CUSTOMERS, CLOUD CUSTOMERS, AND

02:23:01  17     THE BIGGER LARGER CUSTOMERS, THEY WANT TO USE THE CLI IN A

02:23:05  18     DIFFERENT WAY.  THEY WANT TO USE A PROGRAMATIC APPROACH WHERE

02:23:09  19     THERE'S A PROGRAM THAT DYNAMICALLY DECIDES ON WHICH COMMANDS TO

02:23:14  20     ISSUE, AND DOES THAT VIA A DIFFERENT MECHANISM.

02:23:17  21          SO MAYBE THE CLI COMMANDS LOOK THE SAME WAY AS THEY DID

02:23:21  22     WHEN YOU TYPED THEM, BUT WHEN YOU ARE USING A COMPUTER TO ISSUE

02:23:25  23     THEM, IT DOESN'T MATTER REALLY WHAT THEY ARE ANYMORE.

02:23:29  24          MR. FERRALL:  SO IF WE COULD LOOK, MR. DAHM, AT THE

02:23:32  25     PAGE ENDING IN 953 OF THIS EXHIBIT.  AND IF YOU COULD BLOW UP

BLACK DIRECT EXAM BY MR. FERRALL

02:23:39   1    THE TOP TWO PARAGRAPHS, PLEASE.

02:23:41   2    Q.   DR. BLACK, CAN YOU TELL THE JURY A LITTLE BIT WHAT THIS

02:23:48   3    PORTION OF EXHIBIT 7357 TELLS YOU ABOUT THE WAY ARISTA USES THE

02:23:54   4    CLI?

02:23:55   5    A.   YEAH, THIS IS HIGHLIGHTING SOME OF THE FEATURES THAT

02:23:58   6    ARISTA HAS BUILT INTO ITS PRODUCT TO ALLOW THE KINDS OF USES I

02:24:04   7    WAS JUST DESCRIBING.

02:24:05   8        IT HAS NEW EAPI, I THINK I TALKED ABOUT TWO DAYS AGO, THIS

02:24:11   9    ALLOWS CLI COMMANDS TO BE ISSUED THROUGH WHAT'S CALLED A JSON

02:24:16  10    INTERFACE.  THE ZTP FEATURE -- THAT'S NOT HERE.

02:24:18  11        THE EOS SEK, THAT'S YOUR SOFTWARE DEVELOPMENT KIT.  THAT'S

02:24:23  12    WHAT ALLOWS YOU TO ADD NEW CLI COMMANDS OR CHANGE THE EXISTING

02:24:26  13    BEHAVIOR OF VARIOUS CLI COMMANDS.  YOU CAN WRITE YOUR OWN

02:24:31  14    PYTHON AND PERL SCRIPTS, AND YOU CAN USE WHAT'S CALLED

02:24:37  15    "OPENFLOW" WHICH IS AN SDN TECHNOLOGY.

02:24:39  16        SO THERE ARE MANY WAYS THAT THEY SORT OF TRANSFORMED THE

02:24:42  17    WAY THAT CLI IS USED.

02:24:43  18    Q.   I WANT TO TAKE A MOMENT AND FOCUS ON EAPI, WHICH IS

02:24:48  19    SOMETHING THAT WE'VE HEARD ABOUT THROUGHOUT THE TRIAL.

02:24:50  20         MR. FERRALL:  AND WITH THE COURT'S PERMISSION,

02:24:52  21    YOUR HONOR, I WOULD LIKE DR. BLACK TO SHOW ON THE WHITE BOARD

02:24:55  22    OR THE PAPER THERE, HOW EAPI WORKS WITH CLI COMMANDS.

02:25:00  23         THE COURT:  GO AHEAD.

02:25:11  24         THE WITNESS:  OKAY.  SO NOW I FEEL LIKE I'M BACK AT

02:25:20  25    HOME TEACHING COMPUTER SCIENCE AGAIN.

BLACK DIRECT EXAM BY MR. FERRALL

02:25:22  1          SO THE IDEA IS THAT INSTEAD OF TYPING THE COMMANDS IN, AND

02:25:26  2   YOU ARE GOING TO HAVE A COMPUTER, AND THAT'S MY BEST I CAN DO.

02:25:34  3   THAT'S MY COMPUTER.  AND IT'S GOING TO AUTOMATICALLY ISSUE A

02:25:36  4   CLI THROUGH WHAT'S CALLED THIS EAPI.

02:25:41  5          AND FOR ARISTA, WHAT YOU HAVE TO DO -- I'VE GOT A CHEAT

02:25:45  6   SHEET HERE -- IS YOU HAVE SEND IT IN WHAT'S CALLED JSON FORMAT.

02:25:50  7   JAVA SCRIPT OBJECT NOTATION, IS WHAT IT STANDS FOR.

02:25:52  8          AND IT LOOKS A LITTLE BIT LIKE THIS, I WON'T DRAW EVERY

02:25:56  9   DETAIL BECAUSE IT WOULD TAKE US WAY TOO LONG, BUT YOU SEND

02:25:59  10  THESE CHARACTERS -- YOU DON'T, THE COMPUTER SENDS THESE

02:26:02  11  CHARACTERS.

02:26:02  12         SO JSON RPC. 2.0 IS TELLING YOU THE VERSION NUMBER.  THERE

02:26:11  13  ARE A FEW OTHER THINGS YOU HAVE TO DO.  I WON'T WRITE THOSE.

02:26:19  14         PARAMS, THAT STANDS FOR PARAMETERS.

02:26:23  15         AND THEN YOU GIVE IT THE CLI COMMANDS RIGHT HERE.  CALLING

02:26:26  16  IT CMDS.  AND YOU MIGHT DO SOMETHING LIKE "SHOW CLOCK."

02:26:34  17         AND IF THAT LOOKS FAMILIAR, IT'S BECAUSE WE HAVE BEEN

02:26:37  18  TALKING ABOUT THAT AS ONE OF THE 506.  THAT'S A CLI COMMAND.

02:26:40  19  YOU COULD GIVE MORE, YOU COULD SAY "COMMA," AND ISSUE MORE ALL

02:26:43  20  AT THE SAME TIME.

02:26:44  21         I WILL JUST STOP THERE.  AND SINCE COMPUTERS ARE FINICKY,

02:26:47  22  YOU HAVE TO CLOSE THE BRACES.  SO YOU WOULDN'T WANT TO TYPE ALL

02:26:51  23  OF THIS IN MANUALLY, BUT YOU DON'T HAVE TO BECAUSE THIS IS THE

02:26:54  24  COMPUTER GENERATING IT AND PACKAGING IT AS JSON.

02:26:58  25         THAT GETS SENT OVER THE NETWORK, OFTEN THE NETWORK IS

BLACK DIRECT EXAM BY MR. FERRALL                                    2619

02:27:01   1   LOCAL, TO THE ARISTA SWITCH, THIS IS AN ARISTA SWITCH.

02:27:12   2        THE SWITCH RECEIVES THIS PACKAGE, THIS JSON, UNWRAPS IT,

02:27:16   3   PULLS OUT THE SHOW CLOCK, EXECUTES IT, GENERATES THE RESPONSE

02:27:21   4   WHICH ALSO LOOKS LIKE THIS, BUT I'M NOT GOING TO DRAW IT

02:27:24   5   BECAUSE IT WOULD BE A LOT MORE BRACES AND SO FORTH.

02:27:28   6        BUT THE JSON RESPONSE IS GOING TO COME BACK WITH THE DATE,

02:27:32   7   AND THE TIME, THAT'S WHAT THE "SHOW CLOCK" DOES, AND SEND IT

02:27:36   8   BACK TO THE COMPUTER WHO IS WAITING FOR A RESPONSE.

02:27:38   9        AND THE NICE THING ABOUT THIS IS THAT YOU CAN ISSUE CLI

02:27:43  10   COMMANDS, GET BACK RESPONSES, AND THEN DYNAMICALLY DECIDE WHAT

02:27:46  11   YOU ARE GOING TO DO NEXT AS A RESULT.

02:27:49  12        MAYBE YOU ARE GOING TO CHANGE THE CONFIGURATION OF THE

02:27:51  13   SCRIPT OF THE SWITCH, MAYBE YOU ARE GOING TO CALL AN OPERATOR

02:27:55  14   AND SAY SOMETHING IS WRONG, SOMEBODY NEEDS TO LOOK AT THIS.

02:27:58  15        AND SINCE THIS IS A COMPUTER ISSUING ALL OF THESE

02:28:01  16   COMMANDS, YOU CAN DO THIS SIMULTANEOUSLY TO THOUSANDS OF

02:28:04  17   DIFFERENT SWITCHES IN A SECOND.

02:28:06  18        SO THIS JUST CHANGES THE WAY THAT WE USE THE CLI, IT'S NOT

02:28:12  19   BEING TYPED IN BY ONE PERSON GOING AROUND, IT'S BEING AUTOMATED

02:28:16  20   COMPLETELY.

02:28:17  21   Q.   THANK YOU.

02:28:23  22        LET ME ASK ONE MORE QUESTION ON THIS REGARDING MODES.

02:28:28  23        DOES ARISTA USE THE MODES IN A TRANSFORMATIVE OR A

02:28:38  24   DIFFERENT WAY THAN THE MODES ARE USED IN CISCO'S CLI?

02:28:43  25   A.   I MEAN, THE FOUR ACCUSED MODES HAVE A DIFFERENT SET OF CLI

02:28:49   1      COMMANDS AVAILABLE IN THEM THAN ARE AVAILABLE IN THE VARIOUS

02:28:52   2      CISCO PRODUCTS.

02:28:54   3           ARISTA HAS ADDED, IT'S IN MY REPORT, BUT IT'S 60 OR 70

02:29:00   4      OTHER MODES ON TOP OF THAT THAT ARE DIFFERENT FROM THE CISCO

02:29:04   5      MODES.  SO IN THAT SENSE, YES.

02:29:06   6      Q.   OKAY.

02:29:07   7                MR. FERRALL:  YOUR HONOR, THIS MIGHT BE A BREAKING

02:29:10   8      POINT FOR MY EXAMINATION.

02:29:12   9                THE COURT:  THAT WOULD BE GREAT.  THANK YOU FOR

02:29:13  10      LETTING ME KNOW.

02:29:14  11           ALL RIGHT.  WE ARE GOING TO TAKE OUR AFTERNOON BREAK,

02:29:19  12      LET'S COME BACK IN 15 MINUTES.

02:29:26  13           (RECESS FROM 2:29 P.M. UNTIL 2:45 P.M.)

02:45:33  14                THE COURT:  PLEASE BE SEATED, EVERYONE.  ALL OF OUR

02:46:36  15      JURORS ARE HERE.

02:46:37  16           AND LET'S SEE, MR. FERRALL, I CUT YOU OFF BEFORE OUR

02:46:43  17      BREAK, SO YOU MAY CONTINUE.

02:46:45  18                MR. FERRALL:  THANK YOU.

02:46:47  19      Q.   OKAY.  DR. BLACK, I WANT TO TURN TO ANOTHER TOPIC UNDER

02:46:59  20      THE FAIR USE CATEGORY, AND THAT WAS SOME OF THE TESTIMONY YOU

02:47:03  21      GAVE REGARDING THE USAGE OF THESE CLI ELEMENTS BY OTHER VENDORS

02:47:09  22      IN THE INDUSTRY.  YOU WERE HERE DURING DR. ALMEROTH'S CRITICISM

02:47:16  23      OF YOUR TESTIMONY IN THAT REGARD?

02:47:17  24      A.   I WAS HERE.

02:47:18  25      Q.   AND THE FIRST QUESTION I WANT TO ASK YOU IS, YOU

02:47:21  1    UNDERSTAND THAT THE ASSERTION BY CISCO WITH REGARD TO CLI

02:47:24  2    COMMANDS IS AS TO THE COMPILATION OF COMMANDS IN THE CISCO USER

02:47:31  3    INTERFACE?

02:47:31  4    A.   THAT'S MY UNDERSTANDING, YES.

02:47:34  5    Q.   AND CISCO HAS NOT ASSERTED THAT ARISTA IS USING THE ENTIRE

02:47:38  6    COMPILATION OF COMMANDS; RIGHT?

02:47:40  7    A.   NO.

02:47:41  8    Q.   YOU TESTIFIED ABOUT THAT A MOMENT AGO A LITTLE BIT.

02:47:44  9         OF THE 506 ASSERTED COMMANDS, IS THERE ANY PATTERN YOU

02:47:49  10   FOUND AMONG THOSE?

02:47:51  11   A.   I MEAN, YOU CAN LOOK THROUGH THE LIST OF 506 AND I CAN'T

02:47:57  12   DISCERN ANY MEANINGFUL PATTERN, IT'S MORE OR LESS AN ARBITRARY

02:48:02  13   LIST FROM WHAT I CAN SEE, OTHER THAN PERHAPS THEY SHARE A

02:48:07  14   COMMONALITY WITH ARISTA.

02:48:08  15   Q.   DO THEY REPRESENT SOME DISCREET SET OF FUNCTIONS OR

02:48:12  16   FEATURES OF A SWITCH?

02:48:14  17   A.   NOT THAT I CAN DISCERN, NO.

02:48:22  18   Q.   IN LIGHT OF THAT, IF WE CAN GO BACK TO YOUR INVESTIGATION

02:48:26  19   AND REMIND THE JURY WHAT YOU WERE DOING WHEN YOU STARTED

02:48:28  20   LOOKING AT OTHER VENDOR'S USAGE OF COMMANDS?

02:48:31  21   A.   SURE.

02:48:31  22        SO I MEAN, WHEN I FIRST HEARD OF THIS LAWSUIT, I THOUGHT

02:48:35  23   WOW, I'M SURPRISED, YOU KNOW, I KNOW A LOT OF OTHER VENDORS USE

02:48:39  24   A CLI SIMILAR TO CISCO, IT'S FAIRLY WIDESPREAD.  THEN I WAS

02:48:44  25   ASKED TO ACTUALLY TAKE A CLOSER LOOK AT THIS QUESTION AND

02:48:47   1        CONDUCT AN ANALYSIS.

02:48:48   2            AND MY FIRST INSTINCT WAS TO SAY, LET'S LOOK AT EVERYTHING

02:48:53   3    OFFERED BY CISCO ACROSS ITS PRODUCTS AND ALL THE CLI COMMANDS

02:48:57   4    SUPPORTED BY EACH OF THESE OTHER VENDORS.

02:49:00   5            AND THAT WAS THE QUESTION I HAD HOPED TO ANSWER.

02:49:02   6    Q.   AND DID YOU ANSWER THAT FOR ANY VENDOR?

02:49:05   7    A.   JUST DELL, AS I EXPLAINED, OR TRIED TO EXPLAIN ON

02:49:09   8    WEDNESDAY.

02:49:09   9    Q.   OKAY.  AND IF WE COULD LOOK AT EXHIBIT 9049, PLEASE.

02:49:18   10   THESE ARE THE RESULTS YOU FOUND FOR DELL; RIGHT?

02:49:21   11   A.   CORRECT.

02:49:21   12   Q.   AND WERE THERE -- IN FINDING THESE RESULTS FOR DELL, DID

02:49:29   13   YOU COUNT ANY INCOMPLETE OR PARTIAL DELL COMMANDS?

02:49:34   14   A.   NO, THESE ARE FULL, VALID ISSUABLE COMMANDS.

02:49:39   15   Q.   AND I THINK YOU EXPLAINED YOU WERE NOT ABLE TO DO THE SAME

02:49:46   16   THING FOR OTHER VENDORS; RIGHT?

02:49:48   17   A.   FOR LACK OF TIME, YES.

02:49:49   18   Q.   OKAY.  AND WHAT DID YOU DO FOR THE OTHER VENDORS INSTEAD?

02:49:53   19   A.   IN THE CASES OF 17 OTHERS, ACTUALLY I DID IT FOR DELL AS

02:49:59   20   WELL.

02:49:59   21       SO FOR 18 VENDORS, I RESTRICTED MY COMPARISON TO JUST THE

02:50:05   22   506 THAT WERE ACCUSED IN THIS LAWSUIT TO SEE IF I COULD FIND

02:50:11   23   THEM IN THE USER MANUALS FOR THOSE 18.

02:50:20   24   Q.   NOW DR. ALMEROTH, I THINK, CRITIQUED YOU FOR NOT FINDING

02:50:23   25   THAT OTHER COMPANIES USE MORE THAN A FEW HUNDRED OUT OF THE 506

BLACK DIRECT EXAM BY MR. FERRALL

02:50:23   1   COMMANDS.

02:50:28   2       AND IN YOUR VIEW, IS THAT A FAIR CRITICISM?

02:50:31   3   A.   I DON'T THINK IT'S FAIR.  I THINK THAT, YOU KNOW, IT'S --

02:50:34   4   IT'S PART OF WHAT HAS TO HAPPEN BECAUSE OF THE WAY I DID MY

02:50:37   5   ANALYSIS IN A CONSERVATIVE WAY.

02:50:39   6   Q.   WELL, I WOULD LIKE YOU TO EXPLAIN THAT MORE TO THE JURY

02:50:43   7   ABOUT THE WAY YOU DID YOUR ANALYSIS.

02:50:45   8       AND YOU SAID IN A CONSERVATIVE WAY.  WHAT DO YOU MEAN BY

02:50:51   9   THAT?  HOW WAS YOUR ANALYSIS CONSERVATIVE WHEN YOU ARE LIMITING

02:50:55   10   IT TO THE 506?

02:50:56   11   A.   RIGHT.  SO HERE'S AN ANALOGY YOU MIGHT THINK OF:

02:51:00   12       SUPPOSE YOU ARE STANDING IN A GROCERY STORE AND THERE ARE

02:51:02   13   THOUSANDS OF ITEMS IN A GROCERY STORE, AND YOU WANT TO KNOW

02:51:06   14   WHAT ITEMS IN COMMON DOES THIS STORE HAVE WITH THE ONE ACROSS

02:51:10   15   THE STREET.

02:51:10   16       AND WHAT YOU WOULD LIKE TO DO, OF COURSE, IS COMPARE EVERY

02:51:14   17   SINGLE ITEM IN THE FIRST STORE TO EVERY SINGLE ITEM IN THE

02:51:17   18   SECOND STORE.  BUT THAT'S PRETTY HARD, YOU WOULD HAVE TO DO A

02:51:21   19   LOT OF WORK TO GET THERE.

02:51:22   20       SO INSTEAD, WHAT I DID IS ESSENTIALLY, LIKE, IF YOU HAD A

02:51:26   21   GROCERY LIST AND IT ONLY HAD 20 ITEMS, IT HAD TWO FROZEN FOODS

02:51:30   22   AND ONE MILK, AND ONE CHEESE, AND SO FORTH, KIND OF A MISHMASH

02:51:35   23   SELECTION OF DIFFERENT ITEMS IN THE STORE, AND THEN YOU GO

02:51:38   24   ACROSS THE STREET AND YOU TRY TO FIND JUST THOSE 20.

02:51:43   25       HOW MANY ARE YOU GOING TO FIND?  YOU MIGHT FIND 10 OR 15

BLACK DIRECT EXAM BY MR. FERRALL

02:51:47  1  OR 20, BUT YOU CERTAINLY WON'T FIND MORE THAN 20 BECAUSE YOU

02:51:50  2  ARE ONLY LOOKING AT THAT LIST.

02:51:51  3      SO THAT CONSTRAINS THE INVESTIGATION IN THE SAME WAY THAT

02:51:54  4  MY INVESTIGATION WAS CONSTRAINED TO THIS 506.

02:51:58  5  Q.  OKAY.  AND IN THIS CASE, YOU FOUND -- ACTUALLY, WHAT I

02:52:04  6  WOULD LIKE YOU TO DO IS, IF YOU COULD, TELL US -- REMIND US

02:52:11  7  WHAT YOU FOUND FOR AT LEAST A FEW OF THE OTHER NETWORKING

02:52:15  8  VENDORS THAT WE'VE HEARD ABOUT LIKE BROCADE AND HP AND EXTREME,

02:52:19  9  IF YOU STILL HAVE THE MARKER?

02:52:21  10  A.  I DO.

02:52:22  11  Q.  I WOULD LIKE YOU TO WRITE THOSE ON THERE.

02:52:26  12  A.  I THINK WE'VE SEEN THESE NUMBERS A FEW TIMES, BUT I GUESS

02:52:35  13  JUST TO RECALL WHAT THEY ARE, BROCADE WAS 243.  DELL WAS 269.

02:52:54  14  EXTREME WAS 202.  HP, 129.  AND JUNIPER, ONCE AGAIN THIS IS

02:53:05  15  JUNOS-E, AT 218.

02:53:09  16  Q.  OKAY.  AND DID YOU GET THAT RIGHT?

02:53:15  17  A.  I THINK SO.

02:53:16  18  Q.  AND YOUR CHEAT SHEET, IS THAT BASED UPON THE ANALYSIS THAT

02:53:20  19  YOU DID IN THE CASE?

02:53:21  20  A.  CORRECT, YES.

02:53:22  21  Q.  ALL RIGHT.  ARE THERE TECHNICAL REASONS IN ADDITION TO THE

02:53:29  22  SORT OF MATHEMATICAL REASON YOU GAVE, ARE THERE TECHNICAL

02:53:32  23  REASONS YOU DIDN'T FIND MORE THAN 260 OR SO IN ANY OF THESE

02:53:37  24  OTHER VENDORS?

02:53:38  25  A.  SURE.  I MEAN, AS I ATTEMPTED TO EXPLAIN WITH THAT

02:53:41  1    ANALOGY, IF I'M ONLY LOOKING AT THE 506, WELL, I CAN'T FIND

02:53:46  2    MORE THAN 506.

02:53:47  3         IF I WERE TO OPEN IT UP THE WAY THAT I DID WITH DELL, THEN

02:53:51  4    I MIGHT FIND COMMANDS THAT AREN'T IN THE 506 THAT ARE SHARED IN

02:53:56  5    COMMON BETWEEN CISCO AND EACH OF THESE VENDORS.

02:53:59  6    Q.   CAN YOU CONCLUDE FROM YOUR FINDINGS THAT ANY ONE NETWORK

02:54:06  7    VENDOR, BE IT ARISTA OR EXTREME OR ANYONE ELSE, USES MORE CISCO

02:54:12  8    COMMANDS THAN ANOTHER VENDOR?

02:54:15  9    A.   NO.  I MEAN, YOU CAN'T -- YOU CAN'T DO A RANKING OR A

02:54:19  10   COMPARATIVE ANALYSIS WITH THIS BECAUSE WE'VE RESTRICT TODAY TO

02:54:23  11   JUST THAT SET.

02:54:24  12        IN ORDER TO DO A RANKED ANALYSIS, YOU WOULD HAVE TO DO A

02:54:30  13   COMMAND COMPARISON ACROSS THE BOARD.

02:54:34  14   Q.   SO GOING BACK TO THE INITIAL QUESTION THAT YOU ASKED WHEN

02:54:39  15   YOU BEGAN THIS INVESTIGATION, WHAT DOES YOUR FINDINGS TELL YOU

02:54:45  16   TO HELP YOU ANSWER THAT QUESTION?

02:54:47  17   A.   WELL, MY FINDINGS SAY, WELL -- SO TO GO BACK IT MY INITIAL

02:54:52  18   QUESTION, THE QUESTION I WANTED TO ANSWER WAS, HOW MANY VENDORS

02:54:59  19   AND TO WHAT EXTENT ARE THESE CLI COMMANDS USED?

02:55:02  20        AND SO TO ME, EVEN RESTRICTED TO THIS VERY CONSERVATIVE

02:55:06  21   APPROACH, RIGHT, WHERE I ONLY LOOKED AT THE 506, WE STILL SEE

02:55:09  22   MAJOR PLAYERS WHO USE HUNDREDS, SOMETIMES 200 OR MORE COMMANDS

02:55:14  23   FROM THIS RESTRICTED SET.

02:55:19  24        MR. FERRALL:  WITH THAT, YOUR HONOR, I HAVE NO

02:55:22  25   FURTHER QUESTIONS FOR DR. BLACK.

02:55:23  1            THE COURT:  OKAY.  CROSS-EXAMINATION, MR. NELSON?

02:55:26  2            MR. NELSON:  THANK YOU, YOUR HONOR.

02:55:37  3                        **CROSS-EXAMINATION**

02:55:38  4   BY MR. NELSON:

02:55:38  5   Q.  GOOD AFTERNOON, DR. BLACK.

02:55:39  6   A.  HELLO AGAIN, MR. NELSON.

02:55:41  7   Q.  HOW ARE YOU DOING?

02:55:42  8   A.  I MISS MY KIDS, BUT I'M DOING OKAY.

02:55:44  9   Q.  I DO TOO.  NOT YOURS, MINE.

02:55:52 10        SO I JUST WANT TO TALK A LITTLE BIT ABOUT WHERE YOU

02:55:55 11   FINISHED OFF THERE, JUST SO WE ARE ALL CLEAR.

02:55:58 12        SO WHEN YOU SAY BROCADE, 243, RIGHT, YOU WERE LOOKING

02:56:02 13   ACROSS ALL THE PRODUCTS THEY MADE OVER MANY YEARS, RIGHT?  OR I

02:56:07 14   SHOULD SAY A SAMPLING OF PRODUCTS THAT WERE MADE OVER MANY

02:56:12 15   YEARS, RIGHT?

02:56:12 16   A.  IF YOU WANT TO TAKE BROCADE SPECIFICALLY, ACTUALLY ALMOST

02:56:16 17   ALL THE OVERLAP COMES FROM A SINGLE MANUAL.  BUT THERE ARE

02:56:19 18   VENDORS WHERE WHAT YOU DESCRIBE IS MORE THE CASE.

02:56:22 19   Q.  RIGHT.

02:56:22 20        SO LIKE WITH HP, WE COULD TAKE HP, THERE MAY BE MULTIPLE

02:56:25 21   MANUALS OVER TIME, RIGHT?  SO YOU CAN'T EVEN SAY THAT THERE'S

02:56:29 22   129 IN ANY ONE GIVEN PRODUCT.

02:56:32 23   A.  I AGREE.

02:56:33 24   Q.  OKAY.  AND I COULD GO THROUGH THE OTHERS, BUT JUST SO WE

02:56:35 25   ARE CLEAR, YOU CAN'T SAY THERE'S 218 IN JUNOS-E IN ANY GIVEN

BLACK CROSS-EXAM BY MR. NELSON

02:56:39   1   PRODUCT, RIGHT?

02:56:41   2   A.   FOR EACH EXAMPLE, MAYBE SOME ARE MORE CONCENTRATED SOME

02:56:46   3   ARE MORE LIKE WHAT YOU ARE SUGGESTING.

02:56:48   4   Q.   OKAY.  SO JUST WANTED TO BE CLEAR ON THAT.

02:56:50   5        SO IF I GO TO THE EXHIBIT YOU TALKED ABOUT, I THINK IT WAS

02:56:53   6   7357.  AND THIS IS ALREADY IN EVIDENCE.  I THINK IT'S THE FIRST

02:57:00   7   DOCUMENT YOU TALKED ABOUT.

02:57:01   8        MR. NELSON:  AND IF YOU CAN GO TO PAGE 22953, THAT'S

02:57:07   9   THE BATES NUMBER, MR. FISHER.

02:57:11   10   A.   I'M WITH YOU.

02:57:12   11   Q.   OKAY.  SO YOU'RE THERE.  YOU TALKED ABOUT THE

02:57:15   12   PROGRAMMABILITY AND EXTENSIBILITY, THAT'S THAT FIRST SECTION ON

02:57:19   13   THAT PAGE; RIGHT?

02:57:20   14   A.   YES, SIR.

02:57:21   15   Q.   SO, BUT YOU'RE AWARE THAT THAT EXTENSIBILITY IS ACCUSED OF

02:57:25   16   INFRINGING THE '526 PATENT IN THIS CASE; RIGHT?

02:57:28   17   A.   I DON'T KNOW ANYTHING REALLY ABOUT THE 526.

02:57:31   18   Q.   OKAY.  SO YOU DON'T KNOW ONE WAY OR THE OTHER?

02:57:34   19   A.   I HAVEN'T LOOKED AT THAT QUESTION AT ALL.

02:57:36   20   Q.   ALL RIGHT.  SO NOW, I JUST, CAN I FLIP THAT -- CAN WE FLIP

02:57:40   21   THAT ONE BACK?

02:57:41   22   A.   SHALL I?

02:57:42   23        MR. PAK:  I CAN DO THAT.

02:57:44   24        THE WITNESS:  THANK YOU, MR. PAK.

02:57:45   25        MR. PAK:  YOUR HONOR, MAY I APPROACH?  AND I HAVE

02:57:47  1      SOME BINDERS.

02:57:48  2              THE COURT:  YES, GO AHEAD.

02:58:01  3      BY MR. NELSON:

02:58:02  4      Q.  SO THEN IN THE -- WE DIDN'T MARK IT -- OH, YOU WANT ME TO

02:58:06  5      DO THAT.  THIS IS DANGEROUS.  I WILL TRY IT.

02:58:11  6          SO I JUST WANT TO BE CLEAR ON WHAT YOU ARE SHOWING HERE.

02:58:15  7      YOU WERE SHOWING THE USE OF API'S TO ISSUE CLI COMMANDS; RIGHT?

02:58:22  8      A.  EAPI IN PARTICULAR IN THIS CASE, THERE ARE OTHER API'S.

02:58:26  9      Q.  RIGHT.

02:58:27  10         SO HERE IN THE EXAMPLE YOU GAVE, THIS "SHOW CLOCK," THAT

02:58:31  11     WOULD BE THE, AN EXAMPLE IN WHAT YOU WROTE, OF THE CLI COMMAND;

02:58:37  12     RIGHT?

02:58:37  13     A.  CORRECT.

02:58:37  14     Q.  SO THE API'S WILL ACTUALLY GO AHEAD AND ISSUE THE CLI

02:58:42  15     COMMANDS, CORRECT?

02:58:43  16     A.  THE EAPI IS NOT ACTIVE ELEMENT IN THE PROGRAM, IT'S JUST A

02:58:48  17     DESCRIPTION OF HOW YOU TALK TO THE PROGRAM.  SO CLOSE.

02:58:53  18     Q.  OKAY.  YEAH.  SO IT WILL TALK TO THE PROGRAM TO PASS OFF

02:58:57  19     THE CLI COMMAND?

02:58:57  20     A.  THROUGH THE API'S.

02:59:00  21     Q.  SO THEN JSON, YOU TALKED ABOUT JSON, THAT'S KIND OF LIKE

02:59:05  22     THE TOOL OR WHATEVER YOU USED TO PROGRAM THE API'S?

02:59:08  23     A.  NO IT'S THE MARKUP FORMAT.  IT'S THE RULES THAT SAY WHERE

02:59:12  24     THE QUOTES AND BRACES GO.

02:59:14  25     Q.  SO KIND OF LIKE XML?

02:59:16   1    A.   IN SOME WAYS IT'S KIND OF LIKE XML, IT'S THE MODERN AND

02:59:20   2    LIGHT WEIGHT FORM IN THIS SENSE.

02:59:22   3    Q.   IT'S KIND OF LIKE A PROGRAMMING LANGUAGE ALMOST?

02:59:25   4    A.   NO.  A PROGRAMMING LANGUAGE LETS YOU PROGRAM AND DESCRIBE

02:59:28   5    ALGORITHMS, THIS IS JUST A MARKUP --

02:59:30   6    Q.   RIGHT.  GOT YOU.

02:59:31   7    A.   -- THAT LETS YOU FORMAT DATA.

02:59:33   8    Q.   RIGHT.  ALL RIGHT.

02:59:34   9         SO NOW WITH -- I WANT YOU TO -- WE CAN PUT IT UP, IT'S IN

02:59:39  10    EVIDENCE, EXHIBIT 187.

02:59:44  11              MR. NELSON:  AND MR. FISHER, IF WE COULD GO TO THE

02:59:47  12    LAST, WELL, IT'S THE PAGE BATES MARKED 426, THE LAST THREE

02:59:55  13    NUMBERS.

02:59:59  14    A.   SHALL I JUST USE THE SCREEN?  BECAUSE I'M NOT SEEING IT

03:00:02  15    HERE.

03:00:02  16    Q.   YEAH.  I DON'T THINK IT'S THERE.  THE SCREEN IS GOOD, IF

03:00:05  17    YOU ARE COMFORTABLE WITH THAT.

03:00:07  18    A.   SURE.

03:00:07  19    Q.   SO YOU SEE THE E-MAIL JUNE 13, 2012, FROM MS. ULLAL;

03:00:15  20    RIGHT?

03:00:15  21    A.   I SEE IT.

03:00:15  22    Q.   SHE SAYS, "DID YOU READ THAT CISCO'S SDM PRESENTATION RUNS

03:00:19  23    A WHOPPING 93 SLIDES."

03:00:20  24         DO YOU SEE THAT?

03:00:21  25    A.   I DON'T MEAN TO BE DIFFICULT, WAS HERS DOUBLE ANGLE

03:00:25   1       BRACKET OR TRIPLE ANGLE BRACKET?

03:00:27   2           OH, I SEE, THERE'S A -- I'M WITH YOU.  JAYSHREE ULLAL

03:00:31   3       WROTE, "DID YOU READ THAT CISCO'S SDM PRESENTATION RUNS A

03:00:34   4       WHOPPING 93 SLIDES."

03:00:36   5           YES.

03:00:36   6       Q.   RIGHT.  SHE SAID THAT?

03:00:39   7       A.   I ASSUME SO.

03:00:40   8       Q.   YEAH.  RIGHT.  HERE IN THIS DOCUMENT.  "SDM," YOU

03:00:43   9       UNDERSTAND THAT'S "SOFTWARE DEFINED NETWORKING?"

03:00:44  10       A.   THAT'S WHAT IT STANDS FOR.

03:00:46  11       Q.   OKAY.  SO THIS WAS REFERRING TO A PRESENTATION THAT

03:00:50  12       MS. ULLAL HAD SEEN ABOUT CISCO?

03:00:51  13       A.   I AM MAKING A LOT OF SPECULATION TO ANSWER THAT, BUT I

03:00:55  14       WILL TRUST YOU ON THAT POINT.

03:00:57  15       Q.   OKAY.  SO NOW, IF I GO TO THE NEXT E-MAIL OR THE ONE ON

03:01:03  16       THE PAGE BATES MARKED 425.

03:01:13  17           YEAH, IF WE CAN BLOW UP THAT BOTTOM ONE, IT'S DATED

03:01:18  18       JUNE 13, 2012.

03:01:23  19           SO THIS ONE IS MR. GOURLAY WHO WRITES THIS; RIGHT?

03:01:29  20       A.   YES, SIR.

03:01:29  21       Q.   OKAY.  SO IF I GO TO THE VERY BOTTOM ONE, IT'S NUMBER 2

03:01:35  22       THERE.

03:01:37  23       A.   I SEE IT.

03:01:38  24       Q.   IT SAYS, "KEN BROUGHT UP A REALLY GOOD POINT POST ORACLE

03:01:43  25       VERSUS GOOGLE, JUST BLATANTLY COPY CISCO'S API'S."

03:01:50  1          DO YOU SEE THAT?

03:01:50  2     A.   I SEE THAT.

03:01:51  3     Q.   DOES THAT TELL YOU CISCO HAD API'S LIKE THIS?

03:01:54  4     A.   OH, I HAVE NO DOUBT THEY HAD API'S.  THAT'S LIKE SAYING

03:01:58  5     THEY HAD A PROGRAMMING LANGUAGE, IT'S A VERY GENERAL TERM, IT

03:02:01  6     DOESN'T NECESSARILY REFER TO EAPI IN ANY SENSE.

03:02:04  7     Q.   RIGHT.

03:02:04  8          BUT MR. DUDA, AT LEAST ACCORDING TO MR. GOURLAY, MR. DUDA

03:02:08  9     SAID "LET'S BLATANTLY COPY THOSE;" RIGHT?

03:02:11  10    A.   I CAN CONFIRM THOSE WORDS DO APPEAR.  I DON'T KNOW WHAT HE

03:02:15  11    WAS THINKING, OF COURSE.

03:02:15  12    Q.   NO, UNDERSTOOD.  SO -- AND THEN, IF I GO TO THE VERY TOP

03:02:26  13    E-MAIL FROM MR. DUDA TO MR. GOURLAY --

03:02:33  14    A.   I SEE IT.

03:02:35  15    Q.   YOU WILL SEE THE MIDDLE PARAGRAPH, HIS RESPONSE IS "I WANT

03:02:40  16    TO BUILD EAPI'S SO BADLY."

03:02:43  17    A.   I SEE THAT.

03:02:43  18    Q.   SO THIS IS IN THE SAME E-MAIL STRING HERE IN EXHIBIT 187

03:02:47  19    WHERE THE STATEMENT IS MADE "JUST BLATANTLY COPY CISCO'S EAPI,"

03:02:53  20    CORRECT?

03:02:53  21    A.   I THINK.  I HAVE NEVER SEEN THIS BEFORE, SO THIS IS JUST

03:02:56  22    BEING SHOWN TO ME FOR THE FIRST TIME.

03:02:57  23         MR. NELSON:  OKAY.  THANK YOU, SIR.

03:02:58  24      I DON'T HAVE ANY MORE QUESTIONS, YOUR HONOR.

03:03:00  25         THE COURT:  ALL RIGHT.

03:03:00  1          MR. FERRALL, DO YOU HAVE ANYTHING ELSE FOR DR. BLACK?

03:03:03  2              MR. FERRALL:  NONE FROM ME, YOUR HONOR.

03:03:04  3              THE COURT:  ALL RIGHT.

03:03:05  4          DR. BLACK, THANK YOU FOR YOUR TESTIMONY.  YOU MAY STEP

03:03:08  5      DOWN.

03:03:10  6          NEXT WITNESS, MR. VAN NEST?

03:03:11  7              MR. VAN NEST:  YOUR HONOR, AT THIS TIME ARISTA

03:03:13  8      NETWORKS RESTS ALSO.

03:03:14  9              THE COURT:  ALL RIGHT.

03:03:16  10         I HESITATE TO ASK, BUT IS THERE MORE FOR THE PLAINTIFF?

03:03:21  11             MR. NELSON:  I'M GOING TO DONATE MY TIME TO THE JURY.

03:03:25  12             THE COURT:  ALL RIGHT.  BOTH SIDES REST?

03:03:29  13             MR. NELSON:  THANK YOU.

03:03:29  14             THE COURT:  ALL RIGHT.  WELL, THAT'S NICE.  I

03:03:31  15     PROJECTED 3:00, SO THAT'S PRETTY GOOD.  I TOOK AN EXTRA

03:03:35  16     FIVE-MINUTE BREAK.

03:03:36  17         LADIES AND GENTLEMEN, WE HAVE COME TO THE END OF THE

03:03:38  18     PRESENTATION OF THE EVIDENCE IN THE CASE.  SO IN A MINUTE OR

03:03:42  19     TWO, I'M GOING TO SEND YOU HOME FOR THE WEEKEND, WHICH I KNOW

03:03:44  20     YOU ALL APPRECIATE.

03:03:45  21         LET ME TELL YOU WHAT COMES NEXT.  ON MONDAY MORNING, I

03:03:48  22     WILL READ THE JURY INSTRUCTIONS TO YOU ON THE LAW AND THEN THE

03:03:51  23     ATTORNEYS WILL GIVE YOU THEIR FINAL CLOSING ARGUMENTS.

03:03:55  24         SO THIS GETS TO BE ONE OF THOSE TIMES IN THE CASE YOU'VE

03:03:59  25     HEARD ALL THE EVIDENCE, HUMAN NATURE IS TO START PUTTING IT ALL

03:04:02  1    TOGETHER, AND I HAVE TO ASK YOU NOT TO.

03:04:05  2         REMEMBER I SAID AT THE VERY BEGINNING, THERE'S NO HOMEWORK

03:04:07  3    IN JURY DUTY.  AND YOU NEED TO TALK TO EACH OTHER, YOU NEED TO

03:04:10  4    HAVE THE EVIDENCE.  YOU'VE NOTICED THAT THERE HAVE BEEN A FEW

03:04:13  5    BINDERS OF EVIDENCE FOR YOU, AND YOU NEED THE JURY

03:04:17  6    INSTRUCTIONS.

03:04:17  7         AND SO I DON'T WANT YOU TO FORGET EVERYTHING, I JUST WANT

03:04:21  8    YOU TO GIVE IT A REST, THERE'S NO ONE TO TALK TO AT HOME ABOUT

03:04:25  9    IT ANYWAY, YOU CAN'T TALK AMONG YOURSELVES UNTIL I SEND YOU TO

03:04:28  10   THE JURY ROOM TO DELIBERATE.  SO I'M SURE YOU HAVE MORE THAN

03:04:31  11   ENOUGH HOLIDAY SHOPPING TO DO AND CATCH UP AND GETTING BACK TO

03:04:35  12   WORK FOR THOSE OF YOU WHO HAVE TO WORK OVER THE WEEKEND, SO I

03:04:39  13   KNOW YOU WILL BE BUSY.

03:04:40  14        ON MONDAY, I EXPECT THAT BY EARLY TO MID-AFTERNOON, THE

03:04:44  15   CASE WILL BE IN YOUR HANDS.  AND I WILL HAVE LOTS OF

03:04:47  16   INSTRUCTIONS FOR YOU ON HOW TO DO YOUR JOB AS JURORS.

03:04:51  17        BUT ONCE THAT'S THE CASE, ALTHOUGH YOU CONTINUE TO WORK

03:04:54  18   FULL DAYS UNTIL YOU ARE DONE, YOU REALLY KIND OF -- YOU RUN THE

03:04:57  19   SHOW YOURSELVES.  YOU ARE IN A ROOM THAT NONE OF US, INCLUDING

03:05:01  20   ME, IS ALLOWED INTO.

03:05:02  21        SO YOU REALLY -- YOU KNOW, I JUST GET TO PACE UP AND DOWN

03:05:05  22   THE HALL, BUT I DON'T GET TO SEE YOU.  BUT WE ARE HERE FOR YOU

03:05:09  23   WHEN YOU NEED US.

03:05:10  24        SO WITH THAT, I'M GOING TO HAVE YOU LEAVE YOUR BINDERS AND

03:05:13  25   YOUR NOTEBOOKS AND YOUR BADGES ON YOUR CHAIRS.

03:05:17   1          LET ME REMIND YOU NOT TO DO ANY RESEARCH OR INVESTIGATION

03:05:20   2     OR TALK TO ANYONE ABOUT ANYTHING IN REGARDS TO THE CASE.

03:05:23   3          HAVE A GREAT WEEKEND.  SEE YOU MONDAY MORNING AT 9:00.

03:05:28   4          (JURY OUT AT 3:05 P.M.)

03:05:29   5          THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.

03:06:11   6     WE ARE BACK ON THE RECORD OUTSIDE THE PRESENCE OF THE JURY.

03:06:14   7          I HAVE A FEW HOUSEKEEPING MATTERS, AND I IMAGINE THAT YOU

03:06:17   8     DO AS WELL.

03:06:18   9          I'M GOING TO PRESUME THAT THE JURY INSTRUCTIONS ARE MOVING

03:06:21  10     ALONG COMFORTABLY AND I WILL JUST RECEIVE A COMPLETED SET?

03:06:27  11          MS. SULLIVAN:  YES, YOUR HONOR.

03:06:28  12     WE ARE WORKING COLLABORATIVELY AND WE EXPECT A COMPLETED

03:06:31  13     SET FOR YOU THIS AFTERNOON.

03:06:33  14          THE COURT:  THAT'S WONDERFUL.

03:06:35  15          MR. KWUN:  I THINK THEY ARE GETTING VERY CLOSE AND WE

03:06:37  16     ARE HOPEFUL WE WILL HAVE SOMETHING TO YOU THIS AFTERNOON.

03:06:41  17          MS. SULLIVAN:  WE ARE HOPEFUL, CERTAINLY BEFORE YOU

03:06:43  18     GIVE THEM TO THE JURY.

03:06:44  19          THE COURT:  YOU KNOW, THAT YOU COULD GUARANTEE,

03:06:46  20     COULDN'T YOU.

03:06:46  21          THANK YOU.

03:06:47  22          MS. SULLIVAN:  YOUR HONOR, I WAS JUST GOING TO SAY,

03:06:50  23     BOTH THE INSTRUCTIONS AND THE JURY FORM, THE VERDICT FORM.

03:06:53  24          THE COURT:  YES.  THANK YOU.

03:06:59  25          AND AT THIS LATE HOUR, I'M GOING TO PRESUME ANY SMOOTHING

2635

03:07:02  1      YOU ARE DOING, YOU WILL DO YOURSELVES AND WILL NOT REQUIRE

03:07:05  2      ANYTHING FOR ME BECAUSE MONDAY MORNING WOULD NOT WORK FOR ME.

03:07:09  3           MS. SULLIVAN:  THAT'S CORRECT.  YOUR HONOR.

03:07:11  4           THE COURT:  EXCELLENT.  I REALLY APPRECIATE THAT

03:07:14  5      COLLABORATIVE EFFORT.  WE MADE SOME GREAT PROGRESS YESTERDAY.

03:07:17  6           THIS AFTERNOON WE ARE GOING TO DO SOME MOTIONS, AND WE

03:07:20  7      SAID THAT WE WOULD.  BUT LET ME JUST COMMENT THAT FOR CLOSING

03:07:22  8      ARGUMENTS, I KNOW YOU MAY HAVE SOME DISAGREEMENTS WITH EACH

03:07:25  9      OTHER'S DEMONSTRATIVES.  I DO NOT REFEREE THAT.  I DO NOT WANT

03:07:30  10     YOUR CLOSING ARGUMENTS TO BE HANGING IN THE BALANCE AND CHANGES

03:07:34  11     MADE AT THE LAST MINUTE MONDAY MORNING.

03:07:35  12          SO WORK IT OUT OR DON'T USE THEM.

03:07:37  13          SO IF SOMEONE IS FRANTICALLY TRYING TO FILE A MOTION, JUST

03:07:41  14     KEEP WORKING ON IT, BECAUSE IT'S JUST -- YOU'VE GOT TO WORK

03:07:44  15     THAT OUT, AND I'M SURE YOU WILL.  YOU HAVE REALLY NOT NEEDED MY

03:07:48  16     HELP ON DEMONSTRATIVES IN THIS TRIAL, SO I DON'T HAVE ANY WORRY

03:07:51  17     ABOUT THAT.

03:07:56  18          HAVE YOU BEEN PREPARING A LIST OF EXHIBITS FOR THE JURY AS

03:07:58  19     WE HAVE BEEN GOING ALONG?  SO THAT'S IN ORDER.  MAKE SURE IF

03:08:01  20     YOU HAVEN'T ALREADY, THAT YOU REVIEW THE LIST OF ADMITTED

03:08:03  21     EXHIBITS.

03:08:04  22          IF THERE'S SOMETHING THAT YOU THINK WAS ADMITTED AND IT

03:08:07  23     DOESN'T HAVE THE CHECK MARK BY IT, I WANT TO GIVE YOU THE

03:08:09  24     OPPORTUNITY TO MAKE SURE THAT THE RECORD IS AS YOU THINK IT

03:08:11  25     SHOULD BE.

03:08:11  1          SOMETIMES YOU FORGET, SOMETIMES WE MAKE A MISTAKE, BUT I

03:08:15  2     DON'T HOLD YOU TO SAYING YOU RESTED AND THEN SOMETHING IS JUST

03:08:18  3     LEFT OUT.  SO YOU HAVE AN OPPORTUNITY TO DO THAT.

03:08:22  4          WE TALKED ABOUT IDENTIFYING THE EXHIBITS THAT MAKE UP THE

03:08:27  5     WORKS.  AND I WOULD LIKE A COPY OF THOSE EXHIBITS EXTRACTED,

03:08:32  6     BUT I HAD ASKED THE QUESTION, AND WE MAY HAVE RESOLED THIS, BUT

03:08:36  7     WERE WE GOING TO TELL THE JURY SPECIFICALLY WHICH EXHIBITS MAKE

03:08:40  8     UP THE WORKS IN THE CASE, OR NOT?

03:08:48  9          I SAID YESTERDAY I DON'T NORMALLY CALL OUT EXHIBITS TO

03:08:51  10    THE JURY, THAT MUCH I REMEMBER.  BUT IT'S CONTINUED TO NAG ME

03:08:55  11    THAT I'M TELLING THEM TO EXAMINE THE WORKS AS A WHOLE AND HOW

03:09:00  12    WILL THEY FIND THEM?

03:09:03  13         SO I NEED TO BE PERSUADED THAT I CAN EITHER LEAVE IT

03:09:06  14    ALONE OR DO SOMETHING.

03:09:07  15              MR. NELSON:  I THINK YOU CAN LEAVE IT ALONE.

03:09:10  16         YOU DEFINED THEM IN THE JURY INSTRUCTION AND BOTH IN THE

03:09:13  17    PRELIMINARY INSTRUCTION.  I THINK FOR ARGUMENT PURPOSES,

03:09:15  18    WHETHER MR. VAN NEST OR MYSELF, WHEN I IDENTIFY THE PARTICULAR

03:09:20  19    EXHIBITS THAT THEY SHOULD LOOK AT FOR THAT, IF THAT'S RELEVANT,

03:09:23  20    THEY CAN DO THAT.

03:09:24  21         WE HAVE THOSE THINGS IN EVIDENCE AND WE CERTAINLY CAN

03:09:27  22    IDENTIFY THOSE, AT LEAST THE KEY ONES.  YOU KNOW, PART OF THE

03:09:30  23    PROBLEM IS THAT WE HAD THAT ONE EXHIBIT THAT WAS ALL THE

03:09:34  24    REGISTRATIONS AND IT'S -- I MEAN, THAT WOULD TAKE PROBABLY AN

03:09:38  25    HOUR FOR YOUR HONOR TO JUST READ ALL THOSE NUMBERS.  I MEAN,

03:09:42  1    MAYBE NOT, BUT CLOSE.

03:09:44  2         SO I'M NOT SURE THAT THAT'S SOMETHING THAT WE WANT TO PUT

03:09:47  3    INTO THE JURY INSTRUCTION NOR DO I THINK THAT IT --

03:09:51  4         THE COURT:  OKAY.  WELL, HERE'S WHAT -- I GUESS --

03:09:54  5    I'M GOING TO BE INSTRUCTING THEM ABOUT COMPARING THE WORK.  I

03:09:58  6    THINK YOU NEED TO HAVE AVAILABLE FOR ME, IF I GET A QUESTION,

03:10:02  7    WHERE WOULD WE FIND THE WORK.

03:10:04  8         MR. NELSON:  YOU'VE GOT IT.

03:10:06  9         THE COURT:  YOU MIGHT NEVER GET THE QUESTION, BUT I

03:10:09  10   DON'T WANT YOU COMPILING IT WHEN THE QUESTION COMES OUT.

03:10:12  11        MR. NELSON:  WE CERTAINLY CAN DO THAT.

03:10:14  12        THE COURT:  AND AS I SAY, I NEVER CALL OUT EXHIBITS

03:10:17  13   TO THE JURY, IT'S FOR THEM TO DETERMINE WHICH ONES ARE

03:10:21  14   IMPORTANT AND WHICH ONES AREN'T.  SO I WILL STICK TO MY NORMAL

03:10:23  15   TRAINING AND NOT DO THAT, BUT THAT'S A CONCERN I HAVE.  SO IF

03:10:26  16   YOU CAN AT LEAST HAVE THAT AVAILABLE, THAT WOULD BE GREAT.

03:10:29  17        AND I GUESS, YOU KNOW, WE ALWAYS HOPE THERE ARE NO

03:10:31  18   QUESTIONS, THAT EVERYTHING HAS BEEN ABUNDANTLY CLEAR FOR THE

03:10:34  19   JURY.

03:10:35  20        OKAY.  THAT'S FINE.  AND THEY DO HAVE THE GENERAL LIST OF

03:10:38  21   EXHIBITS, SO THAT'S HELPFUL.

03:10:39  22        ALL RIGHT.  THAT'S MY ONLY HOUSEKEEPING.  ANY REAL

03:10:46  23   HOUSEKEEPING BEFORE WE GO TO THE MOTIONS?

03:10:48  24        MR. FERRALL:  I HAVE A VERY MINOR HOUSEKEEPING WHICH

03:10:52  25   IS, I WOULD LIKE TO MARK THOSE TWO DRAWINGS AS DEMONSTRATIVES.

2638

```
03:10:54   1            THE COURT:  SURE.  LET'S MARK THEM NEXT IN ORDER AS

03:10:57   2    DEMONSTRATIVES.

03:10:57   3            MR. FERRALL:  9082 AND 9083.

03:11:00   4            THE COURT:  OKAY.

03:11:01   5    (DEFENDANT'S 9082 AND 9083 WERE MARKED FOR IDENTIFICATION.)

03:11:02   6            MR. NELSON:  AND I THINK I HAVE SOME GOOD NEWS ON THE

03:11:05   7    MOTIONS, YOUR HONOR.

03:11:05   8        WE ARE JUST GOING TO GO AHEAD AND SUBMIT IT IN WRITING.  I

03:11:08   9    DON'T KNOW IF ARISTA IS, SO THAT WILL SAVE YOUR HONOR SOME

03:11:12  10    TIME.

03:11:12  11            THE COURT:  THAT'S GREAT.  YOU KNOW, I HAVEN'T HAD

03:11:13  12    THAT DONE BEFORE, SO THAT'S GOOD.

03:11:15  13            MR. NELSON:  DON'T EXPECT THE SHAKESPEARIAN WORK, BUT

03:11:19  14    WE WILL GET IT THERE FOR YOU.

03:11:21  15            MR. VAN NEST:  AND, I SHOULD WARN COUNSEL, AFTER

03:11:24  16    YOUR HONOR'S REMARKS, WE DECIDED WE WOULD MAKE IT ORALLY.  SO

03:11:29  17    WE ARE GOING TO DO IT ORALLY THIS AFTERNOON ON THE RECORD AND

03:11:31  18    NOT FILE A PLEADING.

03:11:33  19            MS. SULLIVAN:  YOUR HONOR, I'M SO SORRY, IN LIGHT OF

03:11:35  20    WHAT WE THOUGHT WAS GOING TO BE ARISTA'S PLAN TO FILE IT IN

03:11:39  21    WRITING AND BECAUSE IT'S BEEN A LONG WEEK TO TRY TO SPARE THE

03:11:42  22    COURT, WE HAD PLANNED TO DO OURS IN WRITING NOW.

03:11:46  23            MR. VAN NEST:  THAT'S WHAT HE JUST SAID.  THAT'S

03:11:48  24    FINE.

03:11:50  25            MS. HADLOCK AND MR. ROSEN WILL PUT OUR MOTIONS ON THE
```

03:11:54  1    RECORD AND IT SHOULDN'T TAKE LONG.

03:11:55  2         THE COURT:  YOU KNOW, I'M ABSOLUTELY GLAD DO IT, WE

03:11:59  3    FINISHED SO EARLY TODAY IT FEELS LIKE A HALF DAY.

03:12:03  4       AND SO I JUST WANT YOU TO HAVE THE RECORD YOU WANT, THAT'S

03:12:05  5    ALL.  AND SO YOU WILL SUBMIT YOURS IN WRITING AND I WILL DEEM

03:12:08  6    IT TO BE TIMELY.

03:12:09  7         MR. NELSON:  YES.

03:12:09  8         THE COURT:  ALL RIGHT.  THAT'S FINE.

03:12:10  9       AND MR. VAN NEST --

03:12:12  10        MR. VAN NEST:  MS. HADLOCK AND MR. ROSEN ARE HERE AND

03:12:16  11   THEY WILL PROCEED WHEN YOU ARE READY.

03:12:18  12        THE COURT:  AND MR. NELSON, I CUT YOU OFF.

03:12:19  13        MR. NELSON:  I JUST MEANT WE ARE GOING TO DO IT,

03:12:21  14   OBVIOUSLY, WELL BEFORE IT GOES TO THE JURY, SO THAT'S NOT ANY

03:12:24  15   PROBLEM.

03:12:25  16        THE COURT:  OKAY.

03:12:26  17        MR. NELSON:  I DON'T KNOW IF YOU WANT US TO FILE IT

03:12:28  18   OVER THE WEEKEND OR ON MONDAY MORNING.  I GUESS WHEN WE ARE

03:12:31  19   DOING IT ELECTRONICALLY, IT PROBABLY DOESN'T MATTER SO MUCH.

03:12:34  20        THE COURT:  YOU KNOW, I DON'T THINK THAT'S GOING TO

03:12:36  21   BE A PROBLEM.  YOU'VE MADE YOUR MOTION AND NOW IT'S A MATTER OF

03:12:40  22   FILING THE BRIEF THAT SUPPORTS IT.

03:12:42  23        MR. NELSON:  THANK YOU, YOUR HONOR.

03:12:43  24        THE COURT:  I WILL DEEM IT TO BE TIMELY.

03:12:45  25        MR. NELSON:  THANK YOU.

03:12:45  1               THE COURT:  AND YOU WILL FILE IT NO LATER THAN

03:12:47  2      MONDAY.

03:12:47  3          AND THERE WILL BE NO OBJECTION TO IT BEING FILED ON

03:12:50  4      MONDAY?

03:12:50  5               MR. VAN NEST:  THAT'S RIGHT, YOUR HONOR.

03:12:51  6               THE COURT:  THANK YOU.  I THINK THAT SHOULD TAKE CARE

03:12:53  7      OF IT.

03:12:53  8               MR. NELSON:  OKAY.  THANK YOU.  I APPRECIATE IT.

03:12:54  9               THE COURT:  ALL RIGHT.  AND MS. HADLOCK, MR. ROSEN,

03:12:57 10      WOULD YOU LIKE TO PRESENT THE DEFENSE MOTION?

03:13:12 11               MS. HADLOCK:  IT WILL BE THRILLING, YOUR HONOR, I

03:13:14 12      PROMISE.  AUDREY HADLOCK FOR ARISTA NETWORKS.

03:13:24 13          ARISTA MOVES FOR JUDGMENT AS A MATTER OF LAW ON ALL OF

03:13:27 14      CISCO'S CLAIMS.  I WILL ADDRESS THE COPYRIGHT CLAIMS FIRST AND

03:13:30 15      MR. ROSEN WILL PRESENT THE PATENT ARGUMENTS.

03:13:34 16               THE COURT:  OKAY.

03:13:35 17               MS. HADLOCK:  NO REASONABLE JURY COULD RETURN A

03:13:37 18      VERDICT IN CISCO'S FAVOR ON THIS RECORD BECAUSE CISCO LACKS

03:13:41 19      SUFFICIENT EVIDENCE TO PROVE THAT ANY ASSERTED ELEMENTS OF ITS

03:13:43 20      WORKS ARE ORIGINAL, CREATIVE, PROTECTED EXPRESSION, OR THAT

03:13:50 21      ARISTA COPIED PROTECTABLE ELEMENTS OR COMPILATIONS FROM CISCO'S

03:13:53 22      WORKS, OR THAT WITH ANY COPYING AMOUNTS TO ELICIT OR ACTIONABLE

03:13:58 23      COPYING AND INFRINGEMENT.

03:13:59 24          CISCO EVEN LACKS SUFFICIENT EVIDENCE FOR THE JURY TO

03:14:01 25      COMPARE THE COMPLETE WORKS OR THE ASSERTED PROTECTABLE ELEMENTS

03:14:07   1   AT ISSUE.  BECAUSE OF THESE DEFICIENCIES IN CISCO'S EVIDENCE,

03:14:10   2   ARISTA IS ENTITLED TO JUDGMENT OF NONINFRINGEMENT, AND JUDGMENT

03:14:16   3   IN ITS FAVOR ON SEVERAL AFFIRMATIVE DEFENSES.

03:14:18   4       FIRST, AUTHORSHIP.

03:14:20   5       CISCO FAILED TO PRESENT SUFFICIENT EVIDENCE TO PROVE THAT

03:14:23   6   IT AUTHORED AND OWNS THE 506 INDIVIDUAL COMMANDS AND 216 HELP

03:14:31   7   DESCRIPTIONS AND THE COMMAND OUTPUTS THAT IT ASSERTS HERE OR

03:14:34   8   ALL OF THE COMMANDS AND COMMAND OUTPUTS AND HELP DESCRIPTIONS

03:14:39   9   IN ITS WORKS THAT IT HAS NOT ASSERTED HERE.

03:14:42   10       NEXT, ORIGINAL CREATIVE EXPRESSION.  A REASONABLE JURY

03:14:46   11   COULD NOT FIND ON THIS RECORD THAT ANY OF THE CLI ELEMENTS OR

03:14:50   12   COMBINATIONS OF ELEMENTS THAT CISCO ASSERTS, INCLUDING THE

03:14:55   13   ASSERTED COMPILATIONS CONTAIN THE REQUISITE SPARK OF ORIGINAL

03:14:58   14   CREATIVE EXPRESSION, SEVERABLE FROM THEIR FUNCTIONS AND IDEAS,

03:15:02   15   AND NOT DICTATED BY INDUSTRY STANDARD TERMINOLOGY AND

03:15:06   16   CONVENTIONS, CUSTOMER NEEDS, PRIOR CISCO SYSTEMS, AND

03:15:11   17   PRACTICES, CONSISTENCY, EFFICIENCY, COMMERCIAL

03:15:16   18   INTEROPERABILITY, AND/OR OTHER NONCREATIVE CONSTRAINTS.

03:15:22   19       CONSIDERED SEPARATELY OR IN COMBINATION OR AS

03:15:25   20   COMPILATIONS, CISCO'S CLI ELEMENTS ARE UN COPYRIGHTABLE AND UN

03:15:30   21   PROTECTABLE UNDER SECTION 102-A, SECTION 102-B AND THE

03:15:35   22   DOCTRINES OR DEFENSES OF MERGER AND SCÈNES À FAIRE, AS WELL AS

03:15:39   23   THE SHORT WORDS AND PHRASES DOCTRINE AND THE RULE AGAINST

03:15:43   24   GRANTING PROTECTION BASED ON AN AUTHOR'S SWEAT-OF-THE-BROW OR

03:15:47   25   THEIR EFFORT.

03:15:48  1          ON THIS RECORD, A REASONABLE JURY MUST REJECT CISCO'S

03:15:52  2  CLAIMS AND FIND IN ARISTA'S FAVOR ON ALL OF THESE ISSUES THAT

03:15:56  3  ANY USE BY ARISTA WAS NOT INFRINGEMENT OR WAS JUSTIFIED.

03:16:01  4          THE RECORD DOES NOT SUFFICIENTLY SUPPORT A FINDING OF ANY

03:16:03  5  ORIGINAL CREATIVE EXPRESSION IN THE CLI ELEMENTS SEPARABLE FROM

03:16:08  6  THEIR FUNCTION AND THE ABSTRACT IDEAS THAT THEY EXPRESS.

03:16:11  7          THE CLI ELEMENTS ASSERTED ARE ALSO UN PROTECTABLE BECAUSE

03:16:14  8  CISCO LACKS SUFFICIENT EVIDENCE THAT THEY ACTUALLY APPEAR AND

03:16:17  9  FUNCTION IN THE FORM ASSERTED IN CISCO'S OR ARISTA'S WORKS.

03:16:24  10         NO PROTECTABLE COMPILATIONS.

03:16:27  11         CISCO ALSO LACKS SUFFICIENT EVIDENCE OF ANY POTENTIALLY

03:16:30  12  PROTECTABLE COMPILATION.  CISCO LACKS EVIDENCE SUFFICIENT TO

03:16:34  13  PROVE THE FULL SCOPE OR CONTENTS OF ANY LEGITIMATE COMPILATION

03:16:38  14  OR COMPILATIONS OF ALL OF ITS CLI COMMANDS, ITS OUTPUTS, ITS

03:16:45  15  HELP STRINGS OR ITS MODES AND PROMPTS.

03:16:48  16         NEXT, THERE'S NO ELICIT COPING ON THIS RECORD.  CISCO HAS

03:16:52  17  NOT INTRODUCED EVIDENCE SUFFICIENT TO PROVE COPYING OF

03:16:54  18  PROTECTED MATERIAL UNDER EITHER THE EXTRINSIC OR INTRINSIC

03:16:59  19  VIRTUAL IDENTITY STANDARD THAT APPLIES TO THE JURY'S

03:17:01  20  DETERMINATION OR TO PROVE THAT ANY COPYING WAS ACTIONABLE OR

03:17:05  21  ELICIT COPYING.

03:17:07  22         HOWEVER, THE JURY VIEWS THE RECORD EVIDENCE HERE, IT CAN

03:17:10  23  ONLY CONCLUDE THAT AT MOST A SMALL FRACTION OF THE CLI AND ANY

03:17:15  24  PROTECTABLE ELEMENTS WAS COPIED AND THAT NEITHER ANY

03:17:18  25  PROTECTABLE ELEMENTS NOR THE WORKS AS A WHOLE, ARE VIRTUALLY

03:17:22  1      IDENTICAL.

03:17:23  2           CISCO LACKS SUFFICIENT EVIDENCE TO SUPPORT ANYTHING BUT

03:17:27  3      THIN COPYRIGHT PROTECTION, AND NOT EVEN THAT.

03:17:31  4           AND BASED ON THIS TRIAL RECORD, NO REASONABLE JURY COULD

03:17:34  5      FIND EITHER SUFFICIENT DIRECT EVIDENCE THAT ARISTA COPIED

03:17:38  6      ORIGINAL OR PROTECTED MATERIAL FROM ANY OF CISCO'S COPYRIGHTED

03:17:41  7      WORKS.

03:17:43  8           NEXT IS THE WORKS AS A WHOLE.  YOUR HONOR ASKED A VERY

03:17:46  9      GOOD QUESTION, WHERE WILL THEY FIND THE WORKS?  THEY WON'T.

03:17:51  10          FOR THE NON-MANUAL CLAIMS ON THE INTERFACES, CISCO HAS

03:17:55  11     FAILED TO PUT ITS COMPLETE WORKS AT ISSUE INTO EVIDENCE OR EVEN

03:17:59  12     TO DEFINE THEM ADEQUATELY.  SO THE JURY LACKS SUFFICIENT

03:18:03  13     EVIDENCE TO MAKE THE REQUIRED COMPARISONS OF THE WORK AS A

03:18:06  14     WHOLE TO DETERMINE INFRINGEMENT.

03:18:10  15          WITHOUT SUFFICIENT EVIDENCE OF THE WORKS AS A WHOLE, THE

03:18:12  16     JURY CANNOT CONCLUDE THAT CISCO HAS SATISFIED THE EXTRINSIC AND

03:18:17  17     INTRINSIC TESTS OR THAT ANY ALLEGED COPYING IS ACTIONABLE AS

03:18:21  18     INFRINGEMENT.

03:18:21  19          THE MANUALS AND COPYRIGHT REGISTRATIONS THAT CISCO HAS PUT

03:18:25  20     INTO EVIDENCE ARE NOT ADEQUATE BECAUSE NEITHER IS EVIDENCE OF

03:18:29  21     THE ENTIRETY OF THOSE USER INTERFACES OR CISCO'S OPERATING

03:18:35  22     SYSTEMS.

03:18:35  23          THE COPYRIGHT DEPOSITS DO NOT INCLUDE THE COMPLETE SOURCE

03:18:39  24     CODE, AND THAT IS NOT IN EVIDENCE.  MANUALS DO NOT INCLUDE ALL

03:18:46  25     COMMANDS IN THE INTERFACES EITHER.

03:18:49  1          LIKEWISE, CISCO ALSO HAS NOT PUT ARISTA'S COMPLETE WORKS

03:18:53  2   INTO EVIDENCE.  AND THE JURY LACKS SUFFICIENT EVIDENCE TO

03:18:57  3   COMPARE THOSE WORKS OR ANY PROTECTABLE ELEMENTS IN THEM TO

03:19:03  4   CISCO'S ASSERTED WORKS.

03:19:06  5          CISCO'S INTERFACES ALSO ARE NOT SEPARATE WORKS ON THIS

03:19:10  6   RECORD.  CISCO LACKS SUFFICIENT EVIDENCE TO PROVE THAT ITS USER

03:19:15  7   INTERFACES HAVE ANY SEPARATE ECONOMIC OR COPYRIGHT LIFE FROM

03:19:19  8   ITS OPERATING SYSTEMS.  AND THAT IS REQUIRED UNDER

03:19:22  9   NINTH CIRCUIT LAW.

03:19:26 10          THEY ALSO LACK EVIDENCE, ANY OTHER EVIDENCE THAT THE

03:19:29 11   INTERFACES COULD BE SEPARATE COPYRIGHTED WORKS.

03:19:32 12          CISCO ALSO LACKS SUFFICIENT EVIDENCE TO PROVE THAT IN THE

03:19:35 13   FORM ASSERTED AS ABSTRACT CONCEPTS, DIVORCED FROM ANY SOURCE

03:19:40 14   CODE, AND CONSOLIDATED ACROSS MULTIPLE VERSIONS MUCH FOUR CISCO

03:19:45 15   OPERATING SYSTEMS, THEY LACK EVIDENCE THAT THESE USER

03:19:48 16   INTERFACES ARE FIXED IN ANY TANGIBLE MEDIUM OF EXPRESSION AS

03:19:51 17   ALSO REQUIRED FOR COPYRIGHT PROTECTION.

03:19:54 18          NEXT, DE MINIMUS COPYING OF THE MANUALS.

03:19:57 19          CISCO'S ACCUSED COPYING FROM -- ARISTA'S ACCUSED COPYING

03:20:05 20   FROM CISCO'S TECHNICAL MANUALS IS FOR EACH AND EVERY MANUAL

03:20:08 21   ASSERTED DE MINIMUS AND NOT ACTIONABLE INFRINGEMENT.

03:20:12 22          THE EVIDENCE IS INSUFFICIENT TO SUPPORT ANY CONTRARY

03:20:14 23   FINDING.  FOR EXAMPLE, ONE, TWO, OR A FEW TINY SNIPPETS THAT

03:20:25 24   CISCO HAS ASSERTED OR COPIED FROM A TECHNICAL MANUAL HUNDREDS

03:20:32 25   OF PAGES LONG OR MORE THAN A THOUSAND PAGES LONG, THAT CANNOT

03:20:33  1    BE ACTIONABLE COPYING IF IT IS TRIVIAL.

03:20:35  2         CISCO ALSO LACKS ANY SUFFICIENT EVIDENCE, OR REALLY ANY

03:20:37  3    EVIDENCE AT ALL, FOR A JURY TO FIND THAT ANY ASSERTED SNIPPET

03:20:40  4    OR SNIPPETS FROM CISCO'S MANUALS HAVE ANY SPECIAL SIGNIFICANCE

03:20:44  5    TO THOSE WORKS AS A WHOLE.

03:20:48  6         ARISTA'S ACCUSED COPYING OF CISCO'S COMMAND-LINE

03:20:53  7    INTERFACES IS ALSO DE MINIMUS AS A MATTER OF LAW WHEN PROPERLY

03:20:57  8    COMPARED TO CISCO'S ENTIRE WORKS.

03:20:59  9         THERE IS INSUFFICIENT EVIDENCE TO SUPPORT A CONTRARY

03:21:01  10   FINDING, GIVEN THE LIMITED SCOPE OF ACCUSED COPYING AND THE

03:21:04  11   SIDE OF THE WORKS.  THE EVIDENCE IS EVEN MORE DEFICIENT, TAKING

03:21:09  12   INTO ACCOUNT THE VERY LIMITED SCOPE OF PROTECTION THAT IS

03:21:11  13   AVAILABLE FOR CISCO'S WORKS.

03:21:17  14        ON ARISTA'S AFFIRMATIVE DEFENSES OF MERGER AND SCÈNES À

03:21:20  15   FAIRE, A REASONABLE JURY MUST FIND IN ARISTA'S FAVOR ON THIS

03:21:27  16   RECORD FOR THE SAME REASONS ALREADY STATED THAT MAKE CISCO'S

03:21:32  17   WORKS UNPROTECTABLE, THOSE SAME CONSTRAINTS AND LIMITATIONS

03:21:36  18   PROVE ARISTA'S DEFENSES.

03:21:42  19        AS TO FAIR USE, A REASONABLE JURY MUST FIND ON THIS RECORD

03:21:46  20   THAT ARISTA'S USE OF ANY AND ALL CISCO WORKS IS FAIR USE AS A

03:21:49  21   MATTER OF LAW, BASED ON ANY REASONABLE APPLICATION OF THE

03:21:53  22   STATUTORY FACTORS TO THIS RECORD, BOTH INDIVIDUALLY AND IN ANY

03:21:58  23   COMBINATION.

03:21:59  24        THE RECORD REQUIRES THIS RESULT BASED ON ANY COMBINATION

03:22:02  25   OF THE FOLLOWING EVIDENCE.

03:22:03  1          THE DEFECTS IN PROOF OF ORIGINAL CREATIVE EXPRESSION IN

03:22:07  2   THE ELEMENTS AND WORKS AT ISSUE FOR ALL THE REASONS ALREADY

03:22:11  3   STATED:

03:22:12  4          THE LIMITED PORTIONS, EVEN ALLEGEDLY COPIED;

03:22:16  5          ARISTA'S HIGHLY TRANSFORMATIVE USE OF THE CLI WITH

03:22:19  6   REVOLUTIONARY, AUTOMATED TOOLS, SOFTWARE AND HARDWARE, THAT

03:22:23  7   CREATED A NEW PARADIGM AND NEW MARKET;

03:22:27  8          AND THE LONG STANDING CUSTOM AND PRACTICE IN THE INDUSTRY,

03:22:30  9   INCLUDING BY CISCO, OF PERMITTING AND PROMOTING OTHER'S USE OF

03:22:35 10   CLI COMMANDS AND FEATURES IN COMMON THROUGH THE INDUSTRY;

03:22:37 11          AND ALSO, THE LACK OF ANY SUFFICIENT EVIDENCE OF MARKET

03:22:42 12   HARM OR POTENTIAL MARKET HARM.

03:22:44 13          A REASONABLE COPYRIGHT OWNER WOULD HAVE ACCEPTED ARISTA'S

03:22:48 14   USE HERE, GIVEN THE COMMON PRACTICE AND EXPECTATION IN THE

03:22:52 15   INDUSTRY.  AS THE RECORD PROVES, CISCO DID, ITSELF, FOR MANY

03:22:57 16   YEARS BEFORE FILING THIS CASE.

03:22:59 17          ON ABANDONMENT, A REASONABLE JURY MUST FIND FOR ARISTA ON

03:23:04 18   ITS ABANDONMENT DEFENSE AS WELL BECAUSE THIS RECORD COMPELS A

03:23:10 19   FINDING THAT CISCO DEMONSTRATED ITS INTENT TO SURRENDER ANY

03:23:18 20   COPYRIGHTS IN ITS CLI THROUGH ITS ACTIONS IN THE INDUSTRY.

03:23:23 21          THE TRIAL RECORD SHOWS THAT CISCO ENCOURAGED THE

03:23:26 22   WIDESPREAD INDUSTRY USE OF CISCO'S CLI ELEMENTS TO ITS

03:23:30 23   CUSTOMERS AND NEVER PROTESTED ANYONE USING ITS CLI ALONE

03:23:35 24   WITHOUT ANY SOURCE CODE.

03:23:39 25          COPYRIGHT MISUSE.

03:23:41  1          THE SAME EVIDENCE THAT SUPPORTS ARISTA'S FAIR USE AND

03:23:44  2     ABANDONMENT DEFENSES, AS WELL AS CISCO'S DEFICIENT PROOF OF ITS

03:23:48  3     OWN CLAIMS OF COPYRIGHT INFRINGEMENT FOR ALL OTHER REASONS

03:23:52  4     ALREADY GIVEN, ALSO SEPARATELY PROVE ARISTA'S DEFENSE OF

03:23:56  5     COPYRIGHT MISUSE AS A MATTER OF LAW.

03:23:58  6          THE ONLY REASONABLE CONCLUSION ON THIS RECORD IS THAT

03:24:00  7     CISCO IS ATTEMPTING TO LEVERAGE ITS LIMITED COPYRIGHT CLAIMS,

03:24:05  8     IF ANY, AND ANY CLI ELEMENTS, TO STIFLE FAIR COMPETITION IN

03:24:12  9     MARKETS FOR PRODUCTS OR SWITCHES OR OPERATING SYSTEMS IN WHICH

03:24:15  10    CISCO HAS NO COPYRIGHT INTERESTS THAT IT CLAIMS WERE INFRINGED,

03:24:19  11    AND THAT IS AN ABUSE OF THE LIMITED COPYRIGHT MONOPOLY SEEKING

03:24:24  12    TO GAIN ANTICOMPETITIVE POWER NOT GRANTED BY CISCO'S

03:24:31  13    COPYRIGHTS.

03:24:33  14         THESE SAME FACTS, OF COURSE, ALSO SUPPORT THE EQUITABLE

03:24:36  15    DEFENSES THAT ARE FOR THE COURT TO DETERMINE.  INCLUDING

03:24:43  16    LACHES, WAIVER AND ESTOPPEL, WHICH ARISTA WILL ADDRESS

03:24:47  17    SEPARATELY, OF COURSE.

03:24:49  18         AND FINALLY, THERE IS NO CAUSAL NEXUS HERE TO ANY DAMAGES.

03:24:54  19    CISCO HAS FAILED TO INTRODUCE SUFFICIENT EVIDENCE THAT ANY

03:24:59  20    COMMAND-LINE INTERFACE HAS ANY SEPARATE VALUE, OR THAT ANY OF

03:25:06  21    CISCO'S ALLEGED DAMAGES OR ARISTA'S PROFITS ARE ATTRIBUTABLE TO

03:25:10  22    ANY ALLEGED INFRINGEMENT.

03:25:12  23         CISCO'S DAMAGES CLAIMS FAIL BECAUSE CISCO LACKS THE

03:25:16  24    SUFFICIENT EVIDENCE TO PROVE ANY CAUSAL NEXUS BETWEEN COPYING

03:25:21  25    AND ITS ASSERTED DAMAGES.

03:25:23  1          AND AS TO THE MANUALS, CISCO LACKS ANY EVIDENCE AT ALL,

03:25:28  2     LET ALONE SUFFICIENT EVIDENCE, TO LINK DAMAGES TO THE ALLEGED

03:25:35  3     COPYING FROM CISCO'S TECHNICAL MANUALS.

03:25:40  4          AND NO DAMAGES CAN REASONABLY BE APPORTIONED BASED ON ANY

03:25:45  5     INFRINGEMENT OF THE MANUALS.

03:25:47  6          AND MR. ROSEN WILL ADDRESS THE OTHER ISSUES.

03:25:51  7              THE COURT:  THANK YOU.

03:25:52  8          MR. ROSEN?

03:25:52  9              MR. ROSEN:  GOOD AFTERNOON, YOUR HONOR.  DAVID ROSEN

03:26:02 10      FOR ARISTA.

03:26:04 11          ARISTA MOVES FOR JUDGMENT AS A MATTER OF LAW THAT NO

03:26:06 12     REASONABLE JURY COULD FIND THAT ARISTA DIRECTLY INFRINGED OR

03:26:09 13     INFRINGES THE '526 PATENT.

03:26:12 14          INFRINGEMENT MUST BE PROVEN ON AN ELEMENT BY ELEMENT

03:26:15 15     BASIS, BUT CISCO HAS NOT OFFERED SUFFICIENT EVIDENCE TO SUPPORT

03:26:17 16     A FINDING OF INFRINGEMENT FOR AT LEAST THREE CLAIM LIMITATIONS.

03:26:22 17          FIRST, CISCO HAS NOT OFFERED SUFFICIENT EVIDENCE TO PROVE

03:26:25 18     THAT ARISTA'S PRODUCTS EXECUTE A PLURALITY OF MANAGEMENT

03:26:30 19     PROGRAMS OR ISSUE A PRESCRIBED COMMAND OF A SELECTED ONE OF THE

03:26:35 20     MANAGEMENT PROGRAMS.

03:26:37 21          CLAIMS 1 AND 14 OF THE '526 PATENT REQUIRE ISSUING A

03:26:42 22     PRESCRIBED COMMAND OF A MANAGEMENT PROGRAM.  THE COURT

03:26:45 23     CONSTRUED "MANAGEMENT PROGRAMS" AS, TOOLS OR AGENTS CONFIGURED

03:26:49 24     TO EXECUTE USER-DIRECTED COMMANDS HAVING THEIR OWN RESPECTIVE

03:26:53 25     COMMAND FORMATS THAT PROVIDE MANAGEMENT FUNCTIONS.

03:26:57  1          ALTHOUGH CISCO'S EXPERT, DR. JEFFAY, TESTIFIED THAT ARISTA

03:27:02  2     EOS HAS AGENTS, HE DID NOT IDENTIFY A SINGLE PRESCRIBED COMMAND

03:27:06  3     THAT IS EXECUTED BY A SPECIFIC AGENT.

03:27:09  4          DR. JEFFAY'S TESTIMONY ABOUT EOS AGENTS, AS WELL AS ALL

03:27:14  5     OTHER EVIDENCE OFFERED BY CISCO ABOUT EOS AGENTS, IS NOT

03:27:17  6     SUFFICIENT EVIDENCE UPON WHICH THE JURY COULD PROPERLY FIND

03:27:22  7     THAT ARISTA'S PRODUCTS MEET THE TWO CLAIM LIMITATIONS THAT

03:27:24  8     DEPEND ON THE COURT'S CONSTRUCTION OF MANAGEMENT PROGRAMS.

03:27:29  9          ALSO, CISCO HAS NOT OFFERED EVIDENCE TO PROVE THAT

03:27:32  10    ARISTA'S PRODUCTS HAVE A COMMAND PARSE TREE, HAVING ELEMENTS

03:27:36  11    EACH SPECIFYING AT LEAST ONE GENERIC COMMAND -- PARDON ME, EACH

03:27:42  12    SPECIFYING AT LEAST ONE CORRESPONDING GENERIC COMMAND

03:27:45  13    COMPONENT, AND AT LEAST ONE COMMAND ACTION VALUE.

03:27:49  14          FIRST, CISCO'S EXPERT, DR. JEFFAY, NEVER IDENTIFIED OR

03:27:54  15    DEPICTED A SPECIFIC PARSE TREE IN ARISTA'S PRODUCTS.

03:27:57  16          SECOND, CISCO DID NOT OFFER SUFFICIENT EVIDENCE TO SHOW

03:28:01  17    THAT ANY PARSE TREE OR HIERARCHICAL DATA STRUCTURE IN ARISTA'S

03:28:05  18    PRODUCTS HAS ELEMENTS, EACH SPECIFYING AT LEAST ONE

03:28:11  19    CORRESPONDING GENERIC COMMAND COMPONENT.

03:28:12  20          THIRD, CISCO DID NOT OFFER SUFFICIENT EVIDENCE TO SHOW

03:28:16  21    THAT ANY PARSE TREE OR HIERARCHICAL DATA STRUCTURE IN ARISTA'S

03:28:20  22    PRODUCTS HAS ELEMENTS EACH SPECIFYING AT LEAST ONE COMMAND

03:28:27  23    ACTION VALUE.

03:28:28  24          IN FACT, DR. JEFFAY'S TESTIMONY SUPPORTS THE CONCLUSION

03:28:31  25    THAT THERE ARE ELEMENTS IN ARISTA'S PARSE TREE THAT HAVE NO

03:28:34  1    COMMAND ACTION VALUES.

03:28:35  2        ARISTA ALSO MOVES FOR JUDGMENT AS A MATTER OF LAW THAT NO

03:28:39  3    REASONABLE JURY COULD FIND THAT ARISTA INDUCED INFRINGEMENT OF

03:28:42  4    THE '526 PATENT.

03:28:44  5        TO PROVE INDUCED INFRINGEMENT, CISCO MUST PROVE THAT

03:28:48  6    ARISTA KNEW THAT THE ACTS IT WAS CAUSING WOULD INFRINGE THE

03:28:51  7    PATENT OR WILLFULLY BLINDED ITSELF TO THE INFRINGING NATURE OF

03:28:56  8    THE DIRECT INFRINGER'S ACTS.

03:28:59  9        AS THE SUPREME COURT HAS RECENTLY CLARIFIED, SHOWING THAT

03:29:02  10   THE DEFENDANT HAD KNOWLEDGE OF THE PATENT IS NOT SUFFICIENT TO

03:29:05  11   PROVE INDUCED INFRINGEMENT.

03:29:07  12       CISCO OFFERED INSUFFICIENT EVIDENCE TO PROVE THAT ARISTA

03:29:10  13   KNEW THAT THE ACTS IT WAS CAUSING WOULD INFRINGE THE PATENT.

03:29:14  14       CISCO'S PATENT INFRINGEMENT EXPERT, DR. JEFFAY, TESTIFIED

03:29:17  15   THAT USERS OF THE EOS PERFORM STEPS THAT ALLEGEDLY INFRINGE THE

03:29:21  16   PATENTS, BUT THE ONLY EVIDENCE UPON WHICH HE RELIED TO SUPPORT

03:29:25  17   THE KNOWLEDGE REQUIREMENT OF INDUCEMENT, WAS THE FACT THAT

03:29:28  18   CISCO HAD FILED A COMPLAINT ALLEGING THAT ARISTA INFRINGED THE

03:29:33  19   '526 PATENT.

03:29:34  20       IN SUM, CISCO DID NOT IDENTIFY SUFFICIENT EVIDENCE TO

03:29:37  21   SUPPORT A FINDING THAT ARISTA KNEW THAT IT WAS INDUCING

03:29:41  22   INFRINGEMENT OF THE '526 PATENT.

03:29:44  23       FOR SIMILAR REASONS, ARISTA MOVES FOR JUDGMENT AS A MATTER

03:29:48  24   OF LAW THAT NO REASONABLE JURY COULD FIND THAT ARISTA

03:29:51  25   CONTRIBUTED TO INFRINGEMENT BY ANOTHER.

2651

03:29:53   1          TO PROVE CONTRIBUTORY PATENT INFRINGEMENT, CISCO MUST

03:29:57   2   PROVE THAT CISCO SUPPLIED AN INFRINGING COMPONENT WITH THE

03:30:00   3   KNOWLEDGE THAT THE COMPONENT WAS ESPECIALLY MADE FOR USE IN AN

03:30:05   4   INFRINGING MANNER.

03:30:06   5          CISCO OFFERED THE SAME EVIDENCE TO PROVE CONTRIBUTORY

03:30:09   6   INFRINGEMENT THAT IT OFFERED TO PROVE INDUCEMENT.

03:30:12   7          THE KNOWLEDGE REQUIREMENT OF CONTRIBUTORY INFRINGEMENT AND

03:30:17   8   INDUCED INFRINGEMENT ARE THE SAME.

03:30:19   9          FOR THE SAME REASONS THAT CISCO'S EVIDENCE IS INSUFFICIENT

03:30:22  10   TO SUPPORT A FINDING THAT ARISTA INDUCED INFRINGEMENT OF THE

03:30:26  11   '526 PATENT, IT IS ALSO INSUFFICIENT TO SUPPORT A FINDING THAT

03:30:30  12   ARISTA CONTRIBUTED TO THE INFRINGEMENT OF ANOTHER.

03:30:36  13          ARISTA ALSO MOVES FOR JUDGMENT AS A MATTER OF LAW THAT NO

03:30:40  14   REASONABLE JURY COULD FIND THAT INFRINGEMENT OF THE '526 PATENT

03:30:44  15   WAS WILLFUL.

03:30:44  16          THE COURT ALLOWED CISCO TO PRESENT AT TRIAL ITS CLAIM THAT

03:30:48  17   ARISTA WILLFULLY INFRINGED THE '526 PATENT BY SELLING EOS PLUS,

03:30:54  18   AFTER CISCO FILED ITS COMPLAINT, WHICH WAS THE ONLY BASIS THAT

03:30:58  19   CISCO ALLEGED FOR WILFULNESS IN ITS COMPLAINT AND IN ITS PATENT

03:31:02  20   LOCAL RULE DISCLOSURES.

03:31:05  21          SPECIFICALLY, THE COURT APPROVED A PATENT WILFULNESS JURY

03:31:08  22   INSTRUCTION THAT REQUIRED THAT TO PROVE THAT THE SALE OF THE

03:31:12  23   EOS PLUS IS AN ACT OF WILLFUL INFRINGEMENT, CISCO MUST PERSUADE

03:31:18  24   YOU THAT EOS PLUS IS A NEW PRODUCT COMPARED TO EOS.

03:31:21  25          CISCO PRESENTED INSUFFICIENT EVIDENCE THAT EOS PLUS IS A

03:31:25  1    NEW PRODUCT OR THAT ARISTA WILLFULLY INFRINGED '526 PATENT BY

03:31:31  2    SELLING EOS PLUS.

03:31:32  3         ASIDE FROM THE MENTION OF EOS PLUS IN CISCO'S OPENING

03:31:36  4    STATEMENT, THERE ARE ONLY TWO MENTIONS OF EOS PLUS IN THE

03:31:38  5    ENTIRE TRIAL RECORD.

03:31:39  6         ONE IS A CURSORY STATEMENT BY CISCO'S PATENT INFRINGEMENT

03:31:42  7    EXPERT, DR. JEFFAY, THAT HIS ANALYSIS WAS BASED ON THE SOFTWARE

03:31:46  8    THAT RUNS THE ARISTA PRODUCTS, INCLUDING EOS, EOS PLUS AND

03:31:52  9    VEOS.

03:31:52  10        THE OTHER INSTANCE IN THE RECORD IS A STATEMENT BY

03:31:55  11   ARISTA'S PATENT EXPERT, DR. CHASE, THAT HE WAS NOT FAMILIAR

03:31:59  12   WITH EOS PLUS AND DID NOT KNOW IF EOS PLUS WAS DISTINCT FROM

03:32:05  13   EOS.

03:32:05  14        IN SHORT, NO REASONABLE JURY COULD FIND WILLFUL

03:32:09  15   INFRINGEMENT BASED ON THE EVIDENCE IN THE RECORD.

03:32:11  16        FINALLY, YOUR HONOR, ARISTA MOVES FOR JUDGMENT AS A MATTER

03:32:15  17   OF LAW THAT CISCO HAS NOT PROVIDED SUFFICIENT EVIDENCE TO

03:32:17  18   SUPPORT A DAMAGES AWARD FOR THE '526 PATENT.

03:32:21  19        CISCO'S EXPERT, DR. CHEVALIER, OPINED THAT CISCO WAS

03:32:26  20   ENTITLED TO 2, TO $2.2 MILLION OF DAMAGES FOR THE ARISTA'S

03:32:35  21   ALLEGED INFRINGEMENT OF THE '526 PATENT.

03:32:41  22        TO ARRIVE AT HER ESTIMATE, DR. CHEVALIER RELIED ON THE

03:32:45  23   OPINION OF CISCO'S PATENT INFRINGEMENT EXPERT, DR. JEFFAY, WHO

03:32:48  24   ESTIMATED THAT IT WOULD TAKE 20 ENGINEERS SIX MONTHS TO DESIGN

03:32:54  25   AROUND THE PATENTED TECHNOLOGY.

03:32:55  1          DR. CHEVALIER TOOK DR. JEFFAY'S ESTIMATE OF THE NUMBER OF

03:32:58  2    ENGINEERS REQUIRED FOR HALF A YEAR, AND THEN MULTIPLIED THAT BY

03:33:02  3    THE ESTIMATED SALARY OF AN ENGINEER.  THE RESULTING 2 TO

03:33:10  4    $2.2 MILLION FIGURE WAS THE ONLY OPINION ON ANY ACTUAL DAMAGES

03:33:14  5    NUMBER OFFERED IN THE CASE WITH RESPECT TO THE '526 PATENT.

03:33:18  6          HOWEVER, DR. JEFFAY'S DESIGN-AROUND OPINION DID NOT

03:33:21  7    INCLUDE ANY FACTS OR ANALYSIS CONCERNING HOW MUCH TIME IT WOULD

03:33:25  8    TAKE TO DESIGN-AROUND THE '526 PATENT ON A PER-COMMAND BASIS.

03:33:31  9          IF THE JURY ULTIMATELY CONCLUDES THAT ARISTA DOES NOT

03:33:34  10   INFRINGE ALL OF THE COMMANDS ACCUSED BY CISCO OF INFRINGEMENT

03:33:37  11   IN THIS CASE, OR IF THE COURT DECIDES THAT CISCO IS LIMITED AS

03:33:41  12   A MATTER OF LAW TO A SUBSET OF THE COMMANDS THAT IT IS ACCUSED

03:33:44  13   OF INFRINGEMENT, THEN THERE IS INSUFFICIENT EVIDENCE IN THE

03:33:48  14   RECORD FOR THE JURY TO APPORTION THE 2.0 TO $2.2 MILLION

03:33:53  15   DAMAGES FIGURE PROVIDED BY DR. CHEVALIER.

03:33:56  16         ACCORDINGLY, THERE IS INSUFFICIENT EVIDENCE IN THE RECORD

03:33:58  17   TO SUPPORT A DAMAGES AWARD FOR INFRINGEMENT OF THE '526 PATENT.

03:34:03  18              THE COURT:  THANK YOU.

03:34:05  19         ALL RIGHT.  IS THAT EVERYTHING?  THANK YOU VERY MUCH.

03:34:09  20         IT IS -- HAVING LISTENED TO THE GROUNDS FOR THE DEFENSE

03:34:13  21   JMOL, I WILL DEFER RULING UNTIL AFTER THE JURY RENDERS A

03:34:19  22   VERDICT, AND OF COURSE THAT'S WITHOUT PREJUDICE TO FURTHER

03:34:21  23   MOTIONS.

03:34:21  24         THE PLAINTIFF'S MOTION, I WILL SEE WHEN IT'S FILED AND

03:34:24  25   DETERMINE HOW TO RULE ON IT WHEN I SEE IT.

2654

```
03:34:26   1              ALL RIGHT.  IS THERE ANYTHING ELSE THIS AFTERNOON?
03:34:29   2                   MR. VAN NEST:  I DON'T BELIEVE SO, YOUR HONOR.
03:34:30   3                   THE COURT:  ALL RIGHT.  I KNOW YOU HAVE A LOT OF WORK
03:34:32   4         AHEAD OF YOU, SO WE WILL BE ADJOURNED FOR THE DAY.
03:34:35   5                   MR. VAN NEST:  THANK YOU, YOUR HONOR.
03:34:36   6                   MR. PAK:  THANK YOU, YOUR HONOR.
03:34:36   7              (THE PROCEEDINGS WERE CONCLUDED AT 3:34 P.M.)
           8
           9
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

1

2

3

4                **CERTIFICATE OF REPORTER**

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9 REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10 THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11 FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12 CERTIFY:

13         THAT THE FOREGOING TRANSCRIPT,

14 CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15 CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16 SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17 HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18 TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24 _____

25 SUMMER A. FISHER, CSR, CRR
   CERTIFICATE NUMBER 13185       DATED: 12/9/16