1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   John M. Neukom (SBN 275887)
7  johnneukom@quinnemanuel.com
   QUINN EMANUEL URQUHART &
8  SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone: (415) 875-6600
10 Facsimile: (415) 875-6700

11 David Nelson (*admitted pro hac vice*)
   davenelson@quinnemanuel.com
12 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
13 500 W Madison St, Suite 2450
   Chicago, IL 60661
14 Telephone: (312) 705-7465
   Facsimile: (312) 705 7401
15
   [Additional counsel listed on signature page]
16
   ATTORNEYS FOR PLAINTIFF CISCO
17 SYSTEMS, INC.

   KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
   rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
   bferrall@kvn.com
   DAVID SILBERT - # 173128
   dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
   mkwun@kvn.com
   633 Battery Street
   San Francisco, CA 94111-1809
   Telephone:    415 391 5400
   Facsimile:    415 397 7188

   ATTORNEYS FOR DEFENDANT ARISTA
   NETWORKS, INC.

18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **JOINT SUBMISSION OF FINAL INSTRUCTIONS AND VERDICT FORM** |
| vs. | Judge: Hon. Beth Labson Freeman |
| ARISTA NETWORKS, INC., | Dep't: Courtroom 3, 5th Floor |
| Defendant. | Trial Date: November 21, 2016 |

1  The parties jointly submit the Final Jury Instructions (attached hereto as Exhibit A) and the
2  Verdict Form (attached hereto as Exhibit B). The Final Jury Instructions reflect the parties'
3  stipulated instructions, as previously submitted, and the parties' joint understanding of the Court's
4  rulings on the disputed instructions and form of verdict that were previously submitted. Neither
5  party waives any objections it has timely made, or shall make, to the Court's rulings.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  December 10, 2016 | */s/ Kathleen Sullivan* |

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

Respectfully submitted,

DATED: December 10, 2016  /s/ Brian L. Ferrall

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendant Arista Networks, Inc.*

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Kathleen Sullivan within this e-filed document.

/s/    Brian L. Ferrall