UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL**: 5 Hours 59 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge:** Beth Labson Freeman           **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  12/09/2016                    **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF           **Interpreter:** N/A

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**8:30 -** Call to Order/Hearing held outside the presence of the jury
**9:07 -** Jury Seated
**9:10 -** Cross Examination ELSTEN
**9:52 -** Re-Direct Examination ELSTEN
**10:04 -** Re-Cross Examination ELSTEN
**10:10 -** Further Re-Direct Examination ELSTEN
**10:11 -** Defendant Calls SADANA
**10:12 -** Direct Examination SADANA
**10:33 -** The Court takes a morning recess
**10:49 -** Jury Seated/Call to Order
**10:50 -** Cross Examination SADANA
**11:01 -** Re-Direct Examination SADANA
**11:01 -** Plaintiff Rebuttal Case
**11:02 -** Plaintiff Calls Witness ALMEROTH
**11:03 -** Direct Examination ALMEROTH
**11:39 -** Cross Examination ALMEROTH
**12:05 -** The Court takes the lunch recess
**1:06 -** Jury Seated/Call to Order
**1:08 -** Continued Cross Examination ALMEROTH
**1:16 -** Re-Direct Examination ALMEROTH
**1:18 -** Re-Cross Examination ALMEROTH
**1:19 -** Plaintiff Calls Witness CHEVALIER
**1:20 -** Direct Examination CHEVALIER
**1:50 -** Cross Examination CHEVALIER
**2:13 -** Re-Direct Examination CHEVALIER
**2:17 -** Side Bar Held
**2:19 -** Plaintiff Rests Rebuttal Case
**2:20 -** Defendants Surrebuttal Case
**2:20 -** Direct Examination BLACK
**2:30 -** The Court takes an afternoon recess
**2:46 -** Jury Seated/Call to Order
**2:47 -** Continued Direct Examination BLACK
**2:56 -** Cross Examination BLACK
**3:03 -** Defendant Rests Surrebuttal Case

**3:05 - Jury Released for Evening**
**3:05 - Hearing held outside the presence of the jury**
**3:32 - The Court Adjourns for Evening**

## ORDER AFTER HEARING

Further Jury Trial 12/12/2016 at 9:00 AM

**Exhibits Identified:**
**Pltf:** 4262, 650, 648, 4811, 4815, 4796, 183, 4797, 556
**Deft:** 7818, 6677, 8197, 5136, 9082, 9083

**Exhibits Admitted Into Evidence:**
**Pltf:** 4262, 650, 648, 4815, 4796, 183, 556
**Deft:** 6677, 8197, 5136

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: