**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL**: 4 Hours 30 Minutes

**CIVIL MINUTES  - JURY TRIAL**

| | |
|---|---|
| **Judge: Beth Labson Freeman** | **Courtroom Deputy: Tiffany Salinas-Harwell** |
| **Date:  12/12/2016** | **Court Reporter: Summer Fisher** |
| **Case No: 5:14-cv-05344-BLF** | **Interpreter: N/A** |

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey,
Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**9:00 - Call to Order/Hearing held outside the presence of the jury**
**9:10 - Jury Seated**
**9:10 - Jury Instructions**
**10:03 - The Court takes a morning recess**
**10:13 - Jury Seated/Call to Order**
**10:15 - Plaintiff Closing Arguments**
**11:28 - Defense Closing Arguments**
**12:07 - The Court takes the lunch recess**
**1:18 - Jury Seated/Call to Order**
**1:19 - Continued Defense Closing Arguments**
**2:07 - Plaintiff Rebuttal Closing Arguments**
**2:25 - Further Jury Instructions**
**2:44 - Jury Released to begin deliberations**
**2:44 - Hearing held outside the presence of the jury**
**2:50 - The Court recesses for deliberations**
**5:00 - Jury Deliberations Adjourned for Evening**

**ORDER AFTER HEARING**

Further Jury Deliberations 12/13/2016 at 9:00 AM

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: