KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.02

1    Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),
2    and General Order 59, Defendant Arista Networks, Inc. respectfully submits this administrative
3    motion to maintain under seal and redact portions of the pretrial conference transcript that
4    disclose confidential portions of an ITC opinion.

5    Arista seeks to maintain under seal and redact the following portions of the pretrial
6    conference transcript:

- page 59 lines 22–25
- page 60 lines 1–2
- page 62 lines 12–16
- page 65 lines 11–17
- page 66 lines 2–4 and 8–17
- page 93 lines 19–20 and 23

13   On November 16, 2016, Arista filed an administrative motion and supporting declaration
14   to seal/redact portions of the Pretrial Conference Transcript.  ECF 662-1.  This Court granted the
15   sealing request on November 29, 2016.  ECF 688.  Arista's motion and the supporting declaration
16   inadvertently misstated the procedural posture of Cisco and Arista's cross-appeals of an ITC
17   Opinion now pending before the Federal Circuit Court of Appeals.  Arista files this motion and
18   the supporting Declaration of Eduardo E. Santacana to correct the misstatement and to request
19   that the Court confirm its Order sealing the subject portions of the Pretrial Conference Transcript,
20   notwithstanding the error.

21   On November 16, 2016, Arista filed an administrative motion to seal/redact portions of
22   the Pretrial Conference Transcript that disclosed confidential portions of the International Trade
23   Commission's Final Commission Opinion in Investigation No. 337-TA-944, *In the Matter of*
24   *Certain Network Devices, Related Software and Components Thereof (I)*.  ECF 662.  Arista's
25   motion and the accompanying declaration explained that certain information was redacted from
26   the Public Commission Opinion, which was attached to the declaration in support of the
27   administrative motion.  ECF 662-3.

1

ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.02

Cisco and Arista both appealed the ITC Opinion to the Federal Circuit in August 2016, and the two appeals were consolidated under lead case number 16-2563. On November 2, 2016, Cisco filed a "Motion to Mark More than 15 Words Confidential and Make Certain Information Public" seeking an order from the Federal Circuit making certain pages of the ITC Opinion "part of the public record in [the] appeal." Case No. 16-2563, Doc. 24-1 (Fed. Cir.). On November 10, 2016, the ITC filed a response to Cisco's motion, in which it objected to Cisco's request on the grounds that any declassification decision should be made by the Commission, not the Federal Circuit. It was in that response that the Commission noted that the matter was "of great institutional concern" to the ITC. Case No. 16-2563, Doc. 26 (Fed. Cir.). The Commission asked that the Federal Circuit remand the matter to the Commission. *Id.* at 1.

In its reply brief in support of its motion asking the Federal Circuit to unseal portions of the ITC Opinion, Cisco referred to the Pretrial Conference held on November 3, 2016, in this case. Cisco argued that Arista could not maintain the confidentiality of the ITC Opinion because "[a] district court judge presiding over related litigation recently discussed" the ITC Opinion "in open court," thereby waiving any interest Arista has in the confidentiality of the subject portions of the ITC Opinion. Case No. 16-2563, Doc. 30-1 (Fed. Cir.).

Page 1 line 28 through page 2 line 3 of the November 16 administrative motion and paragraph 6 of the supporting declaration misstated that the Federal Circuit remanded to the Commission a request by Cisco to unseal portions of the ITC Opinion. The Federal Circuit has, in fact, not ruled on Cisco's request to unseal the ITC Opinion, nor has it remanded the matter to the Commission. The document quoted from and attached to the supporting declaration was, in fact, the ITC's Response to Cisco's Motion. ECF 662-4.

Arista's misstatement was unintentional. Arista first became aware of the error yesterday, when it learned from Arista's ITC counsel that Cisco filed a Federal Rule of Appellate Procedure 28(j) letter before the Federal Circuit stating that Arista made misrepresentations to this Court to secure a sealing order. Case No. 16-2563, Doc. 35-1 (Fed. Cir.). Cisco did not contact either Arista's counsel in this case or Arista's counsel in the Federal Circuit to bring this inadvertent error to Arista's attention before filing its letter.

2

ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.02

1    Notwithstanding this error, Arista requests that this Court maintain under seal the portions
2 of the pretrial conference transcript this Court ordered sealed on November 29, 2016.  Good cause
3 continues to support sealing those portions because they discuss portions of the ITC's Final
4 Commission Opinion in Investigation No. 337-TA-944, *In the Matter of Certain Network*
5 *Devices, Related Software and Components Thereof (I)* that are under seal.

Dated:  December 13, 2016                                KEKER & VAN NEST LLP

                                                By:    */s/ Eduardo E. Santacana*
                                                       EDUARDO E. SANTACANA


                                                       Attorney for Defendant
                                                       ARISTA NETWORKS, INC.

3
ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT
PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1125662.02