KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1130595

1    The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to Maintain Under Seal/Redact the following portions of the pretrial conference transcript:

- page 59 lines 22–25
- page 60 lines 1–2
- page 62 lines 12–16
- page 65 lines 11–17
- page 66 lines 2–4 and 8–17
- page 93 lines 19–20 and 23

The Court Reporter is instructed to maintain those portions of the transcript redacted pursuant to General Order 59.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                              HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING ARISTA'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL/REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT
Case No. 5:14-cv-05344-BLF (NC)

1130595