1  Juanita R. Brooks (SBN 75934)
   brooks@fr.com
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
4  Tel: (858) 678-5070
   Fax: (858) 678-5099
5
   Kelly C. Hunsaker (SBN 168307)
6  hunsaker@fr.com
   FISH & RICHARDSON P.C.
7  500 Arguello Street, Suite 500
8  Redwood City, California 94063
   Tel: (650) 839-5070
9  Fax: (650) 839-5071

10 Attorneys for Defendant
   ARISTA NETWORKS, INC.
11

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                           SAN JOSE DIVISION
15

16 | CISCO SYSTMES, INC.,            |                              |
17 |              Plaintiff,          | Case No. 5:14-CV-5344 BLF    |
18 |         v.                       | NOTICE OF CHANGE OF COUNSEL  |
19 | ARISTA NETWORKS, INC.            |                              |
20 |              Defendants          |                              |

21

22     PLEASE TAKE NOTICE that pursuant to Civ. L.R. 5-1, Juanita Brooks and Kelly
23 Hunsaker of Fish & Richardson P.C. hereby withdraw as counsel of record for Defendant
24 Arista Networks, Inc. in the present matter. Counsel of record for Defendant otherwise
25 remains the same.

26
27
28

                                           1
NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD    CASE NO. 5:14-CV-5344-PSG

1  Dated:  December 13, 2016	Respectfully submitted,

3	By:  /s/ Juanita Brooks
	Juanita Brooks

	Attorneys for Arista Networks, Inc.