UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,
Plaintiff,

Plaintiff(s),

vs.

ARISTA NETWORKS, INC.,
Defendant.

Defendant(s).    /

Case No.   5:14-cv-5344-BLF

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on 12/06/2016 and was reported by Summer Fisher, the official court reporter.

Dated:  12/13/2016

/s/ John M. Neukom
Attorney for
Address:
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111