**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,
Plaintiff,

                Plaintiff(s),

vs.

ARISTA NETWORKS, INC.,
Defendant.

                Defendant(s).     /

Case No. 5:14-cv-5344-BLF

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on 12/07/2016 and was reported by Summer Fisher, the official court reporter.

Dated: 12/13/2016

/s/ John M. Neukom
Attorney for Plaintiff
Address:
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111