```
11:19:01   1              IN THE UNITED STATES DISTRICT COURT

           2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

           3                       SAN JOSE DIVISION

           4

           5
               CISCO SYSTEMS, INC.,            )   CV-14-5344-BLF
           6                                   )
                           PLAINTIFF,          )   SAN JOSE, CALIFORNIA
           7                                   )
                      VS.                      )   DECEMBER 14, 2016
           8                                   )
               ARISTA NETWORKS, INC.,          )   VOLUME 14
           9                                   )
                           DEFENDANT           )   PAGES 2823-2839
          10   _____)

          11
                             TRANSCRIPT OF PROCEEDINGS
          12         BEFORE THE HONORABLE BETH LABSON FREEMAN
                           UNITED STATES DISTRICT JUDGE
          13
               A P P E A R A N C E S:
          14
               FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
          15                          BY:  DAVID A. NELSON
                                      500 WEST MADISON STREET, SUITE 2450
          16                          CHICAGO, IL 60661

          17
               FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
          18                          BY:  SEAN PAK
                                      50 CALIFORNIA STREET, 22ND FLOOR
          19                          SAN FRANCISCO, CALIFORNIA 94111

          20

          21

          22              APPEARANCES CONTINUED ON NEXT PAGE

          23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                           CERTIFICATE NUMBER 13185
          24

          25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                        TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1      APPEARANCES (CONTINUED)

2      FOR THE DEFENDANT:      KEKER & VAN NEST, LLP
                               BY:   ROBERT ADDY VAN NEST
3                                    BRIAN FERRALL
                                     DAVID J. SILBERT
4                                    ELIZABETH K. MCCLOSKEY
                                     EDUARDO E. SANTACANA
5                                    RYAN WONG
                                     DAVID J. ROSEN
6                              633 BATTERY STREET
                               SAN FRANCISCO, CA 94111-1809
```

|  |  |  |
|---|---|---|
|  | 1 | SAN JOSE, CALIFORNIA                    DECEMBER 14, 2016 |
| 11:19:14 | 2 | P R O C E E D I N G S |
| 11:27:01 | 3 | (COURT CONVENED AT 11:27 A.M.) |
| 11:27:02 | 4 | THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE |
| 11:27:04 | 5 | SEATED. |
| 11:27:05 | 6 | WE ARE ON THE RECORD IN CISCO VERSUS ARISTA, AND ALL OF |
| 11:27:07 | 7 | OUR JURORS ARE PRESENT.  AND COUNSEL ARE HERE AS WELL, ALONG |
| 11:27:12 | 8 | WITH THE PARTIES. |
| 11:27:14 | 9 | GOOD MORNING, TO EVERYONE.  I HAVE BEEN INFORMED THAT THE |
| 11:27:18 | 10 | JURY HAS A VERDICT. |
| 11:27:19 | 11 | AND BEFORE WE GET STARTED, I JUST WANT TO MAKE SURE |
| 11:27:22 | 12 | THAT -- I KNOW THE JURORS HAVE BEEN SEATED IN THEIR NUMERICAL |
| 11:27:25 | 13 | ORDER BASED ON THEIR RANDOM SELECTION.  SO COUNSEL, BEFORE I |
| 11:27:29 | 14 | RECEIVE THE VERDICT, I'M JUST GOING TO MAKE SURE THAT I HAVE |
| 11:27:32 | 15 | THE CORRECT ORDER OF OUR JURORS. |
| 11:27:35 | 16 | JUROR NUMBER 1, MR. WANG? |
| 11:27:37 | 17 | JUROR:  YES. |
| 11:27:37 | 18 | THE COURT:  JUROR NUMBER 2, MR. RUDUD? |
| 11:27:37 | 19 | JUROR:  YES. |
| 11:27:41 | 20 | THE COURT:  JUROR NUMBER 3, MR. HAMILTON? |
| 11:27:41 | 21 | JUROR:  YES. |
| 11:27:43 | 22 | THE COURT:  JUROR NUMBER 4, MS. GROVE? |
| 11:27:43 | 23 | JUROR:  YES. |
| 11:27:44 | 24 | THE COURT:  JUROR NUMBER 5, MS. GORDON? |
| 11:27:44 | 25 | JUROR:  YES. |

```
11:27:46   1                THE COURT:  JUROR NUMBER 6, MS. KASAI?
11:27:46   2                JUROR:  YES.
11:27:49   3                THE COURT:  JUROR NUMBER 7, MS. LANDEROS.
11:27:49   4                JUROR:  YES.
11:27:51   5                THE COURT:  AND JUROR NUMBER 8, MR. GONDA.
11:27:54   6                JUROR:  GONDA.
11:27:55   7                THE COURT:  SORRY, I SHOULD PUT MY GLASSES ON AND
11:27:58   8     THEN I CAN SEE IT BETTER.  SORRY.
11:28:00   9          I DO UNDERSTAND THE JURY HAS REACHED A VERDICT.  WHO IS
11:28:03  10     THE PRESIDING JUROR?
11:28:06  11                JUROR:  I AM.
11:28:06  12                THE COURT:  THAT'S MR. WANG.  GOOD MORNING.
11:28:09  13          AND HAS THE JURY REACHED A VERDICT?
11:28:11  14                JUROR:  YES, IT HAS.
11:28:12  15                THE COURT:  AND IF YOU WOULD GIVE THE FORM TO THE
11:28:15  16     CLERK, PLEASE.
11:28:19  17                THE CLERK:  IT'S STILL IN THE JURY ROOM, YOUR HONOR.
11:28:24  18     (PAUSE IN PROCEEDINGS.)
11:29:15  19                THE COURT:  ALL RIGHT.  I WILL NOW ASK THE CLERK TO
11:29:17  20     READ THE VERDICT.
11:29:20  21                THE CLERK:  IN THE UNITED STATES DISTRICT COURT,
11:29:29  22     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, IN CASE
11:29:35  23     CISCO SYSTEMS VERSUS ARISTA NETWORKS, CV-14-5344-BLF.
11:29:43  24          JURY VERDICT.
11:29:44  25          COPYRIGHT INFRINGEMENT:  USER INTERFACES.
```

```
11:29:48   1              QUESTION 1.  HAS CISCO PROVEN THAT ARISTA INFRINGED ANY OF
11:29:51   2    CISCO'S USER INTERFACES?
11:29:57   3              JURY VERDICT, YES.
11:29:58   4              QUESTION 2.  AS TO THE USER INTERFACES YOU FOUND TO BE
11:30:01   5    INFRINGED IN QUESTION 1, HAS ARISTA PROVEN ANY OF THE
11:30:04   6    FOLLOWING:
11:30:05   7          A.  FAIR USE?  JURY VERDICT, NO.
11:30:10   8          B.  SCÈNES À FAIRE?  JURY VERDICT, YES.
11:30:15   9          C.  MERGER?  JURY VERDICT, NO.
11:30:21  10              QUESTION 5.  AS TO THE USER INTERFACES YOU FOUND TO BE
11:30:25  11    INFRINGED IN QUESTION 1, HAS ARISTA PROVEN ANY OF THE
11:30:28  12    FOLLOWING:
11:30:28  13          A.  ABANDONMENT?  JURY VERDICT, NO.
11:30:35  14          B.  COPYRIGHT MISUSE?  JURY VERDICT NO.
11:30:44  15          COPYRIGHT INFRINGEMENT:  TECHNICAL MANUALS.
11:30:45  16              QUESTION 6.  HAS CISCO PROVEN THAT ARISTA INFRINGED ANY OF
11:30:49  17    CISCO'S TECHNICAL MANUALS?
11:30:52  18              JURY VERDICT NO.
11:30:55  19          PATENT INFRINGEMENT.
11:30:56  20              QUESTION 7.  HAS CISCO PROVEN THAT ARISTA DIRECTLY
11:31:00  21    INFRINGED CLAIMS 1 AND OR 14 OF THE '526 PATENT?
11:31:06  22          A.  CLAIM 1.  JURY VERDICT, NO.
11:31:09  23          B.  CLAIM 14.  JURY VERDICT, NO.
11:31:15  24              QUESTION 8.  HAS CISCO PROVEN THAT ARISTA INDUCED
11:31:20  25    INFRINGEMENT OF CLAIMS 1 AND OR 14 OF THE '526 PATENT?
```

```
11:31:24   1           A.  CLAIM 1.  JURY VERDICT, NO.

11:31:27   2           B.  CLAIM 14.  JURY VERDICT, NO.

11:31:34   3           QUESTION 9.  HAS CISCO PROVEN THAT ARISTA CONTRIBUTORILY

11:31:41   4   INFRINGED CLAIMS 1 AND 14 OF THE '526 PATENT?

11:31:45   5           A.  CLAIM 1.  JURY VERDICT, NO.

11:31:49   6           B.  CLAIM 14.  JURY VERDICT, NO.

11:31:52   7           SIGNED BY THE PRESIDING JUROR AND DATED DECEMBER 14, 2016.

11:31:58   8               THE COURT:  THANK YOU.

11:32:00   9           WOULD EITHER SIDE LIKE ME TO POLL THE JURY?

11:32:06  10               MR. NELSON:  NO, I DON'T THINK THAT'S NECESSARY,

11:32:08  11   YOUR HONOR.

11:32:08  12               THE COURT:  MR. VAN NEST?

11:32:09  13               MR. VAN NEST:  NO, YOUR HONOR.

11:32:10  14               THE COURT:  ALL RIGHT.

11:32:11  15           THEN LET ME JUST ASK OUR PRESIDING JUROR, IS THE VERDICT

11:32:15  16   AS READ BY THE CLERK, CORRECTLY STATED ON THE RECORD?

11:32:18  17               JUROR:  YES, IT IS.

11:32:19  18               THE COURT:  AND DOES THIS REPRESENT THE VERDICT OF

11:32:21  19   EACH AND EVERY ONE OF THE JURORS IN THIS MATTER?

11:32:24  20               JUROR:  YES, IT DOES.

11:32:25  21               THE COURT:  ALL RIGHT.

11:32:25  22           DO ALL OF YOU AGREE THAT THE VERDICT, AS READ BY THE

11:32:28  23   CLERK, ACCURATELY REFLECTS THE VERDICT OF THIS JURY?

11:32:31  24               JUROR:  YES.

11:32:32  25               THE COURT:  AND YOU WERE UNANIMOUS IN THESE VOTES?
```

| | | |
|---|---|---|
| 11:32:35 | 1 | JUROR: YES. |
| 11:32:35 | 2 | THE COURT: ALL RIGHT. |
| 11:32:36 | 3 | COUNSEL, IF YOU WOULD PLEASE APPROACH FOR A SIDEBAR. |
| 11:32:50 | 4 | (SIDEBAR DISCUSSION ON THE RECORD.) |
| 11:32:55 | 5 | THE COURT: WAS THERE ANYTHING ABOUT THE VERDICT THAT |
| 11:32:58 | 6 | YOU THINK IS INCONSISTENT OR INCORRECT THAT THE JURY COULD BE |
| 11:33:01 | 7 | SENT BACK TO THE DELIBERATION ROOM TO RECONSIDER OR TO CORRECT |
| 11:33:04 | 8 | IN THIS VERDICT FORM? |
| 11:33:11 | 9 | MR. VAN NEST: NO, YOUR HONOR. |
| 11:33:12 | 10 | MR. NELSON: NOT IN THE FORM. NO, YOUR HONOR. |
| 11:33:14 | 11 | THE COURT: ALL RIGHT. |
| 11:33:14 | 12 | IT IS THE PREDICATE TO EXCUSING THE JURY, BECAUSE IF |
| 11:33:18 | 13 | THERE'S SOMETHING THAT WAS INCONSISTENT OR INCORRECT IN THEIR |
| 11:33:21 | 14 | FOLLOWING OF INSTRUCTIONS THAT THEY COULD CORRECT NOW, I WOULD |
| 11:33:25 | 15 | ASK YOU TO LET ME KNOW AND DESCRIBE IT SO I CAN DECIDE WHETHER |
| 11:33:29 | 16 | OR NOT THAT'S WHAT THEY SHOULD DO. |
| 11:33:31 | 17 | MR. VAN NEST: NO, YOUR HONOR. THEY MAY BE EXCUSED. |
| 11:33:34 | 18 | MR. NELSON: RIGHT. WE WILL HAVE 50(B) MOTIONS, |
| 11:33:37 | 19 | OBVIOUSLY, THAT WE ARE NOT WAIVING, BUT THAT'S NOT WHAT YOU ARE |
| 11:33:40 | 20 | ASKING ME. |
| 11:33:41 | 21 | THE COURT: THAT'S NOT WHAT I'M ASKING. |
| 11:33:42 | 22 | MR. NELSON: RIGHT. |
| 11:33:42 | 23 | INCONSISTENCY IN THE VERDICT, AND I BELIEVE THAT THERE IS |
| 11:33:44 | 24 | NOT, YOUR HONOR. |
| 11:33:45 | 25 | THE COURT: OKAY. THANK YOU. |

```
11:33:57   1                    (THE FOLLOWING WAS ON THE RECORD.)
11:33:57   2              THE COURT:  ALL RIGHT.
11:33:58   3              COUNSEL, IS THERE ANY REASON I SHOULD NOT NOW EXCUSE THE
11:34:01   4     JURY?
11:34:02   5              MR. VAN NEST:  NO, YOUR HONOR.  YOU MAY THANK AND
11:34:03   6     EXCUSE THE JURY.
11:34:04   7              MR. NELSON:  SAME, YOUR HONOR.
11:34:05   8              THE COURT:  ALL RIGHT.
11:34:06   9              LADIES AND GENTLEMEN, I WANT TO THANK YOU FOR YOUR JURY
11:34:10  10     SERVICE.  YOU HAVE BEEN HERE -- ACTUALLY, YOU STARTED WITH ME
11:34:12  11     BEFORE THANKSGIVING WHEN WE CAME IN AND FILLED OUT THE
11:34:16  12     PAPERWORK.  YOU HAVE BEEN PROMPT EVERY DAY, YOU'VE WORKED THESE
11:34:19  13     LONG DAYS THAT I HAVE KEPT YOU HERE, AND YOU ABIDED BY THAT
11:34:23  14     SCHEDULE IN YOUR DELIBERATIONS.
11:34:25  15              AND ON BEHALF OF THE COURT, BUT MORE IMPORTANTLY ON BEHALF
11:34:28  16     OF OUR ENTIRE COMMUNITY, I WOULD LIKE TO THANK YOU FOR YOUR
11:34:30  17     JURY SERVICE.  IT IS ONE OF THE THINGS WE DO TO DEMONSTRATE OUR
11:34:34  18     CITIZENSHIP, AND YOU HAVE CERTAINLY DONE IT WELL, AND I AM VERY
11:34:38  19     GRATEFUL TO YOU, BUT I ONLY SPEAK AS A MEMBER OF THE COMMUNITY
11:34:41  20     IN THANKING YOU.
11:34:42  21              WE ALL SERVE ON JURIES, BUT -- OR AT LEAST WE ARE CALLED
11:34:46  22     FOR JURY SERVICE, NO ONE EVER WANTS ME, BUT THEY CLEARLY WANT
11:34:50  23     YOU, AND I WANT TO THANK YOU FOR THAT.
11:34:52  24              AT THIS TIME, I'M GOING TO EXCUSE YOU.  I'M GOING TO HAVE
11:34:56  25     YOU LEAVE YOUR BADGES AND NOTES AND EVERYTHING WITH ME.  WE
```

```
11:34:59   1    WILL SHRED THEM.  NOBODY WILL READ THEM.  ANYTHING THAT WAS IN
11:35:02   2    THE JURY ROOM THAT WAS PART OF YOUR DELIBERATIONS WILL BE
11:35:05   3    DESTROYED WITHOUT THE PARTIES OR ME HAVING ACCESS TO LOOK AT
11:35:09   4    IT.
11:35:09   5         AND YOU ARE NOW FREE TO TALK ABOUT THIS CASE WITH ANYONE,
11:35:12   6    OR NOT, AT YOUR CHOICE.  YOU CAN GO BACK AND READ WHATEVER YOU
11:35:15   7    MIGHT THINK IS OUT THERE TO READ ABOUT THE CASE.  YOU ARE
11:35:18   8    WELCOME TO DO THAT.
11:35:19   9         AND LET ME TELL YOU THAT THE OTHER THING IS THAT OFTEN THE
11:35:22   10   ATTORNEYS WANT TO PERSONALLY THANK YOU AND THEY WANT TO HEAR
11:35:26   11   SOME COMMENTS AND IMPRESSIONS THAT YOU MIGHT HAVE.
11:35:29   12        AND SO FOR TODAY, I ACTUALLY HAVE A WAY OF DOING THAT THAT
11:35:32   13   SHOULD BE FAIRLY EASY FOR YOU, BUT I DO WANT TO LET YOU KNOW
11:35:36   14   THAT THE PARTIES ACTUALLY ARE ENTITLED IN THE FUTURE TO CONTACT
11:35:40   15   YOU AND TO ASK YOU IF YOU WOULD LIKE TO SPEAK TO THEM ABOUT
11:35:43   16   YOUR JURY SERVICE.
11:35:44   17        AND IT'S PERFECTLY APPROPRIATE, BUT BY THE SAME TOKEN JUST
11:35:48   18   LIKE ANY REQUEST, YOU ARE FREE TO SAY SURE AND YOU ARE FREE TO
11:35:51   19   SAY, NO, THANK YOU.  AND THEY WILL HONOR THAT COMPLETELY, BUT I
11:35:55   20   DON'T WANT YOU TO BE SURPRISED IF YOU DO GET A CALL.
11:35:58   21        BUT MORE IMMEDIATELY, WHAT I'M GOING TO ASK IS THAT I'M
11:36:01   22   GOING TO HAVE THE LAWYERS COME BACK TO ME AFTER THEY HAVE A
11:36:04   23   CHANCE TO THANK YOU.  BUT I DON'T WANT TO HOLD YOU UP WHILE I
11:36:07   24   DO COURT BUSINESS WITH THE ATTORNEYS.
11:36:09   25        SO I'M GOING TO HAVE YOU GATHER YOUR THINGS FROM THE JURY
```

```
11:36:13   1    ROOM.  YOU WILL GO OUT TO THE ELEVATORS AS YOU NORMALLY DO, AND
11:36:16   2    IF YOU WISH TO SPEAK WITH THE ATTORNEYS TODAY, IF YOU LINGER IN
11:36:19   3    THE HALLWAY UP HERE BY THE ELEVATORS, THE LAWYERS WILL HAVE THE
11:36:23   4    OPPORTUNITY TO THANK YOU AND CHAT WITH YOU.
11:36:25   5         IF YOU DON'T WANT TO STAY AND CHAT, GOING DOWN THAT
11:36:28   6    ELEVATOR WILL SPEAK VOLUMES ABOUT WHAT YOU WANT TO DO, AND NO
11:36:31   7    ONE WILL STOP YOU, AND YOU WOULD BE FREE TO GO.
11:36:34   8         BUT I WILL SAY, IF YOU ARE INCLINED, IT'S ALWAYS CERTAINLY
11:36:37   9    NICE TO RECEIVE PERSONAL THANKS, WHICH I'M SURE YOU WOULD
11:36:40  10    RECEIVE FROM THE ATTORNEYS, AND ANY OF THOSE IMPRESSIONS YOU
11:36:44  11    WANTED TO SHARE ARE ALWAYS APPRECIATED.  IF YOU DON'T HAVE
11:36:48  12    ANYTHING TO SHARE, THAT'S UNDERSTOOD AND RESPECTED.
11:36:50  13         SO COUNSEL, WITH THAT, I'M GOING TO RELEASE THE JURY.  I'M
11:36:55  14    GOING TO EXCUSE YOU TO SPEAK WITH THEM.  PLEASE COME BACK SO
11:36:59  15    THAT WE CAN FINISH UP OUR WORK ON THE RECORD, AND WE WILL DO
11:37:02  16    THAT BEFORE LUNCH BECAUSE I DON'T WANT TO HAVE YOU COME BACK IN
11:37:05  17    AN HOUR OR SO FROM NOW.
11:37:07  18         SO YOU JUST KEEP TABS ABOUT WITH US, WE WILL KEEP AN EYE
11:37:11  19    ON HOW THINGS ARE GOING.
11:37:12  20         SO LADIES AND GENTLEMEN, WITH THAT, MY VERY BEST THANKS
11:37:15  21    AND HAPPY HOLIDAYS TO ALL OF YOU.
11:37:17  22         YOU ARE EXCUSED.
11:37:20  23         (JURY OUT AT 11:37 A.M.)
11:37:20  24             THE COURT:  WE WILL BE IN RECESS.
11:38:23  25         (RECESS FROM 11:38 A.M. UNTIL 11:44 A.M.)
```

```
11:44:04   1              THE COURT:  ALL RIGHT.  WE ARE BACK ON THE RECORD.
11:44:06   2         I DON'T WANT TO KEEP YOU LONG, BUT I DO, OF COURSE, HAVE
11:44:09   3    SOME HOUSEKEEPING.  I MADE SOME NOTES TO SEE WHAT WE WERE GOING
11:44:12   4    TO BE DOING, AND I WANT TO FIND OUT FROM YOU WHETHER THERE'S
11:44:16   5    ANYTHING ELSE.
11:44:17   6         CERTAINLY, ALLEGED IN THE PAPERS ARE EQUITABLE ISSUES, AND
11:44:20   7    I DON'T KNOW WHETHER ANY OF THEM ARE RELEVANT WITH THIS
11:44:23   8    VERDICT.
11:44:23   9         AND SO I ASK FOR YOUR COMMENT ON THAT BECAUSE I HAVE TO
11:44:29  10    SET A DATE.
11:44:31  11              MR. NELSON:  UNLESS SOMEBODY CORRECTS ME, BUT I DON'T
11:44:37  12    THINK THAT'S SOMETHING WE NEED TO DO RIGHT NOW.  I DON'T KNOW
11:44:41  13    WHY YOUR HONOR WOULD HAVE TO RESOLVE THOSE THINGS RIGHT NOW.
11:44:44  14              THE COURT:  WHEN YOU SAY RIGHT NOW, I DIDN'T MEAN
11:44:46  15    TODAY, OF COURSE, BUT THIS PHASE, BEFORE JUDGMENT IS ENTERED.
11:44:50  16              MR. NELSON:  CORRECT.  AGREED.
11:44:51  17              THE COURT:  THAT'S WHAT I MEAN.
11:44:53  18              MR. NELSON:  THAT'S WHAT I'M SAYING.
11:44:55  19         OBVIOUSLY, WE ARE NOT WAIVING -- WELL, THEY WOULD BE THE
11:44:58  20    ONES NOT WAIVING, SO I'M KIND OF SPEAKING FOR THEM.  BUT FROM
11:45:02  21    OUR PERSPECTIVE, THERE'S NOTHING YOU NEED TO DO IN TERMS OF
11:45:06  22    SETTING AN ADDITIONAL HEARING AT THIS POINT.
11:45:09  23              THE COURT:  OKAY.
11:45:10  24         MR. VAN NEST?
11:45:10  25              MR. VAN NEST:  I THINK THE EQUITABLE ISSUES ARE MOOT,
```

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 11:45:12 | 1  | BUT RESERVED.  THEY ARE MOOT FOR NOW. |
| 11:45:14 | 2  | IF YOUR HONOR WERE TO GRANT A RULE 50 MOTION, THEN WE |
| 11:45:17 | 3  | WOULD ASK THAT THEY BE RESOLVED BY THE COURT FOLLOWING THAT. |
| 11:45:20 | 4  | BUT UNLESS AND UNTIL THAT HAPPENS, THEY ARE MOOT AND THERE'S NO |
| 11:45:23 | 5  | FURTHER ACTION REQUIRED. |
| 11:45:24 | 6  | THE COURT:  THAT IS MY VIEW AS WELL. |
| 11:45:25 | 7  | I CERTAINLY WANTED TO HEAR IT FROM EACH OF YOU, IN CASE I |
| 11:45:28 | 8  | WAS MISTAKEN.  AND I WOULD AGREE, THE ISSUES ARE NOT WAIVED. |
| 11:45:33 | 9  | AND IF ON JMOL, FIRST, IF I WERE TO GRANT A NEW TRIAL, |
| 11:45:37 | 10 | THEN OF COURSE EVERYTHING IS BACK.  IF I GRANT JMOL ON THE |
| 11:45:41 | 11 | AFFIRMATIVE DEFENSE, I THINK WE WOULD DISCUSS IT AT THAT POINT. |
| 11:45:44 | 12 | BUT I WOULD CERTAINLY AGREE, AND SO WITH THAT THEN, I WILL |
| 11:45:51 | 13 | ISSUE A JUDGMENT, AND I WILL DO THAT IN THE NEXT COUPLE OF |
| 11:45:55 | 14 | DAYS, AND IT WILL SIMPLY ATTACH THE VERDICT AND INDICATE THE -- |
| 11:46:05 | 15 | THE CONCLUSION OF THE JURY. |
| 11:46:07 | 16 | I DON'T KNOW WHETHER -- I DON'T KNOW THE STATE OF THE LAW |
| 11:46:11 | 17 | ON ATTORNEY'S FEES, WHETHER IT'S ANY DIFFERENT THAN PATENT, I |
| 11:46:15 | 18 | ASSUME THERE WILL BE A MOTION, THERE WILL BE ALL KINDS OF |
| 11:46:18 | 19 | MOTIONS, BUT THEY HAVE TIMELINES THAT POST-DATE THE JUDGMENT |
| 11:46:24 | 20 | ITSELF. |
| 11:46:24 | 21 | THERE'S NOTHING I NEED TO DO BEFORE THE JUDGMENT IS |
| 11:46:27 | 22 | ENTERED? |
| 11:46:28 | 23 | MR. VAN NEST:  THAT'S CORRECT. |
| 11:46:28 | 24 | THE COURT:  I JUST -- EVERY ONCE IN A WHILE, I PULL |
| 11:46:31 | 25 | THE TRIGGER A LITTLE TOO FAST ON THE JUDGMENT BECAUSE I WANT |

```
11:46:34   1      YOUR CLOCK TO START RUNNING, AND I KNOW AS PAINFUL AS THAT IS,
11:46:38   2      BUT THAT'S WHAT I WILL BE DOING.
11:46:39   3          AND I DON'T THINK YOU NEED TO PRESENT ME WITH A PROPOSED
11:46:42   4      JUDGMENT UNLESS IT'S YOUR PRACTICE TO DO THAT, SO THAT I CAN
11:46:45   5      CONSIDER IT.
11:46:46   6              MR. VAN NEST:  IF YOUR HONOR WISHES ONE, WE WILL DO
11:46:48   7      IT, BUT OTHERWISE, WE DON'T NEED TO DO.
11:46:50   8              THE COURT:  MINE ARE VERY SIMPLE, SO I DON'T NEED YOU
11:46:53   9      TO GO TO THAT TROUBLE.
11:46:54  10              MR. VAN NEST:  ALL RIGHT.  THAT'S FINE.
11:46:55  11              THE COURT:  ALL RIGHT.
11:46:56  12          THE LAST THING I WANTED TO DO THAT WAS SIMPLY MAKE A
11:46:59  13      RECORD ON THE ISSUE THAT CAME UP IN THE JURY QUESTION FROM
11:47:03  14      YESTERDAY.
11:47:03  15          AND I WANTED TO MAKE A LITTLE BIT OF A RECORD, AND OF
11:47:06  16      COURSE I WILL HEAR FROM EITHER SIDE IF YOU WISH TO AS WELL.
11:47:11  17          THERE WERE TWO JURY QUESTIONS, AND THEY HAD TO DO WITH THE
11:47:14  18      SCÈNES À FAIRE DEFENSE.  AND THE COURT GAVE A RESPONSE TO THE
11:47:18  19      JURY THAT WAS AGREED TO BY THE PARTIES.  SO THAT, OF COURSE,
11:47:23  20      I'M NOT GOING TO TOUCH.
11:47:24  21          I DID -- IN THAT DISCUSSION, WE DID HAVE A FURTHER
11:47:28  22      DISCUSSION ON JURY INSTRUCTION 61, WHICH WAS REFERENCED TO THE
11:47:32  23      JURY, AND ON QUESTION NUMBER 2 OF THE VERDICT FORM, WHICH WAS
11:47:35  24      REFERENCED TO THE JURY.
11:47:36  25          AND I WANTED THE RECORD TO BE CLEAR THAT IN VERSION 2 OF
```

| | | |
|---|---|---|
| 11:47:41 | 1 | CISCO'S PROPOSED JURY INSTRUCTIONS, WHICH THE COURT REVIEWED |
| 11:47:45 | 2 | WITH COUNSEL ON NOVEMBER 22ND, THE COURT RULED THAT IT WOULD |
| 11:47:50 | 3 | ADOPT CISCO'S VERSION OF THE PROPOSED JURY INSTRUCTION 61. |
| 11:47:58 | 4 | VERSION 3, SUBMITTED BY THE PARTIES, OF THE JURY |
| 11:48:01 | 5 | INSTRUCTIONS, INCLUDED AN IDENTICAL PROPOSAL BY CISCO FOR |
| 11:48:06 | 6 | INSTRUCTION NUMBER 61.  AND THAT'S WHAT THE COURT ADOPTED. |
| 11:48:11 | 7 | THEREAFTER, AS THE PARTIES CONTINUED TO DISCUSS THE JURY |
| 11:48:20 | 8 | INSTRUCTIONS, THE COURT RECEIVED, AS A FINAL JURY INSTRUCTION, |
| 11:48:24 | 9 | INSTRUCTION NUMBER 61 WITH SOME MINOR CHANGES IN IT THAT THE |
| 11:48:28 | 10 | COURT HAD NEVER BEEN ASKED TO CONSIDER. |
| 11:48:30 | 11 | AND THEY WERE SUBMITTED BY STIPULATION OF THE PARTIES AND |
| 11:48:33 | 12 | ADOPTED BY THE COURT ON THAT BASIS, AND ON THE FOUNDATION OF |
| 11:48:38 | 13 | THE COURT APPROVING, WITHOUT MODIFICATION, CISCO'S PROPOSED |
| 11:48:42 | 14 | INSTRUCTION NUMBER 61. |
| 11:48:45 | 15 | AS TO QUESTION 2 ON THE VERDICT FORM, WITH THE EXCEPTION |
| 11:48:49 | 16 | OF MOVING THE AFFIRMATIVE DEFENSES OF ABANDONMENT AND COPYRIGHT |
| 11:48:56 | 17 | MISUSE TO QUESTION NUMBER 5, THE COURT ALSO INFORMED THE |
| 11:48:59 | 18 | PARTIES THAT IT WOULD ADOPT CISCO'S VERSION OF THE VERDICT |
| 11:49:04 | 19 | FORM.  I HAD DONE THAT BY AN E-MAIL TO THE PARTIES IN ADVANCE. |
| 11:49:08 | 20 | THEREAFTER, WHEN THE PARTIES SUBMITTED TO THE COURT THE |
| 11:49:11 | 21 | FINAL VERDICT FORM, QUESTION 2 HAD MODIFIED, BUT IT WAS |
| 11:49:16 | 22 | SUBMITTED TO THE COURT BY THE STIPULATION OF THE PARTIES, AND |
| 11:49:19 | 23 | THE COURT ADOPTED IT AS STIPULATED AND PRESENTED IT TO THE |
| 11:49:24 | 24 | COURT WITHOUT OBJECTION. |
| 11:49:25 | 25 | SO THAT IS MY RECORD, WHILE IT'S FRESH IN MY MIND, BECAUSE |

```
11:49:30   1    I CERTAINLY HAVE HANDWRITTEN NOTES ON THIS, AND WE DISCUSSED
11:49:33   2    THIS YESTERDAY AND I WANTED TO MAKE A RECORD OF THAT.
11:49:36   3         COUNSEL, DO EITHER ONE OF YOU WISH TO MAKE A COMMENT ON
11:49:38   4    THE RECORD I'VE JUST STATED?
11:49:40   5              MR. VAN NEST:  YOUR HONOR, YOUR RECITATION IS
11:49:43   6    CORRECT.
11:49:43   7              THE COURT:  THANK YOU.
11:49:44   8              MR. NELSON:  THAT'S PERFECTLY FINE.  I DON'T HAVE ANY
11:49:47   9    DISPUTE WITH THAT, YOUR HONOR.
11:49:48  10              THE COURT:  THANK YOU, MR. NELSON.
11:49:49  11         ALL RIGHT.  I HAVE NOTHING FURTHER.  I WANT TO THANK ALL
11:49:52  12    OF YOU.
11:49:53  13              MR. NELSON:  MIGHT WE JUST HAVE A BRIEF MOMENT?
11:49:58  14              THE COURT:  YEAH.
11:49:59  15              MR. NELSON:  OKAY.  THANK YOU, YOUR HONOR.  I
11:50:00  16    APPRECIATE IT.
11:50:01  17              THE COURT:  OKAY.  ALL RIGHT.
11:50:02  18         IS THERE ANYTHING ELSE ON THE RECORD?
11:50:04  19              MR. NELSON:  NO.
11:50:05  20              THE COURT:  ALL RIGHT.  WHILE WE ARE ON THE RECORD,
11:50:07  21    I'M LOOKING OUT IN AN AUDIENCE WITH TEAMS OF LAWYERS AND STAFF
11:50:11  22    WHO HAVE SUPPORTED THE ATTORNEYS WHO HAVE PRESENTED THIS CASE
11:50:15  23    TO THE JURY, AND I WANT TO THANK ALL OF YOU FOR YOUR REMARKABLE
11:50:19  24    WORK IN THIS CASE.
11:50:22  25         AND I KNOW IT TAKES AN ARMY TO SUPPORT THE TRIAL LAWYERS
```

```
11:50:25   1    WHO STAND UP BEFORE THE JURY.  I ONLY WISH I HAD AN ARMY AS BIG
11:50:29   2    AS YOURS.  I HAVE TALENT EQUAL TO YOURS, BUT I DON'T HAVE THE
11:50:33   3    SIZE.
11:50:34   4         AND SO IT WAS -- BUT I REALLY APPRECIATE ALL THAT YOU DO
11:50:38   5    AND THE PROFESSIONALISM THAT YOU SHOWED THE COURT.
11:50:41   6         SO THANK YOU VERY MUCH.
11:50:42   7              MR. VAN NEST:  THANK YOU, YOUR HONOR.
11:50:42   8         AND WE WANT TO JOIN, I THINK BOTH PARTIES, IN THANKING
11:50:45   9    YOUR HONOR AND YOUR STAFF FOR ALL THE HARD WORK.  AND IT WAS A
11:50:49  10    DIFFICULT COUPLE OF WEEKS, AND THE STAFF PERFORMED AT THE VERY
11:50:53  11    TOP LEVEL.  AND WE APPRECIATE THAT.
11:50:55  12              THE COURT:  ALL RIGHT.  THANK YOU.
11:50:57  13              MR. NELSON:  AND I ECHO THOSE COMMENTS COMPLETELY,
11:51:00  14    YOUR HONOR.
11:51:00  15              THE COURT:  ALL RIGHT.  THANK YOU.
11:51:01  16         THEN THAT'S EVERYTHING FOR THE RECORD?
11:51:02  17              MR. VAN NEST:  YES.
11:51:03  18              MR. NELSON:  YES, YOUR HONOR.
11:51:05  19              MR. VAN NEST:  THANK YOU.
11:51:05  20         (THE PROCEEDINGS WERE CONCLUDED AT 11:51 A.M.)
          21
          22
          23
          24
          25
```

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185             DATED: 12/14/16