UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 0 Hours 0 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  12/13/2016  **Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF  **Interpreter:** N/A

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**9:00 - Continued Jury Deliberations**
**10:27 - Jury takes morning break**
**10:35 - Continued Jury Deliberations**
**12:00 - Jury takes lunch break**
**1:00 - Continued Jury Deliberations**
**1:25 - Received Jury Note #1 and Jury Note #2**
**1:30 - Counsel Contacted regarding Jury Notes #1 and #2**
**1:50 - Chambers Conference held regarding Jury Notes #1 and #2**
**2:20 - Responses to Jury Note #1 and Jury Note #2 as agreed upon by all parties delivered to jury**
**2:40 - Jury takes an afternoon break**
**2:50 - Continued Jury Deliberations**
**4:55 - Jury Deliberations Adjourned for Evening**

**ORDER AFTER HEARING**

Further Jury Deliberations 12/14/2016 at 9:00 AM

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: