UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL:** Hours 19 Minutes

**CIVIL MINUTES - JURY TRIAL**

**Judge:** Beth Labson Freeman	**Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 12/14/2016	**Court Reporter:** Summer Fisher
**Case No:** 5:14-cv-05344-BLF	**Interpreter:** N/A

**CISCO SYSTEMS v. ARISTA NETWORKS**
Attorney(s) for Plaintiff(s): Sean Pak, Dave Nelson
Attorney(s) for Defendant(s): Robert Van Nest, Brian Farrell, David Silbert, Elizabeth McCloskey, Eduardo Santacana, Ryan Wong, David Rosen, Ajay Krishnan

**PROCEEDINGS**

**9:00 -** Continued Jury Deliberations
**10:44 -** Jury takes morning break
**10:55 -** Continued Jury Deliberations
**11:00 -** Court notified Jury Verdict Reached/Counsel notified
**11:25 -** Jury Seated/Call to Order
**11:29 -** Jury Verdict read into the record
**11:32 -** Side Bar Held
**11:37 -** Jury Released
**11:37 -** The Court takes a brief recess
**11:44 -** Call to Order/Case Management Conference held
**11:51 -** The Court Adjourns

///

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: