United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

CISCO SYSTEMS, INC,

    Plaintiff,

v.

ARISTA NETWORKS, INC.,

    Defendant.

Case No. 14-cv-05344-BLF

**JUDGMENT**

This action came before the Court for trial by jury, the undersigned Judge presiding, on November 18, 28, 29, 30, December 1, 2, 5, 6, 7, 8, 9, 12, 13, 14, 2016. The jury returned its verdict on December 14, 2016. Consistent with that verdict, which is attached hereto, JUDGMENT is hereby entered in favor of Defendant Arista Networks, Inc. and against Plaintiff Cisco Systems, Inc. and Plaintiff shall take nothing by its suit. Any remaining claims or defenses of the parties are hereby DISMISSED. Defendant shall recover from Plaintiff the costs of suit according to proof.

**IT IS SO ORDERED.**

Dated: December 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge