KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF ARISTA NETWORKS, INC.'S BILL OF COSTS** <br><br> Judge:      Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED
IN SUPPORT OF ARISTA NETWORKS, INC.'S BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1135047

1  Before this Court is Arista Networks, Inc.'s Administrative Motion to Seal Documents in
2  Support of its Bill of Costs.  Based on the motion, the declaration in support of the motion, the
3  pleadings on file, and any other relevant matter, the motion is GRANTED.
4  **IT IS SO ORDERED.**

7  Dated: _____              _____
                                                HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED
IN SUPPORT OF ARISTA NETWORKS, INC.'S BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1135047