1 KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
2 BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
3 MICHAEL S. KWUN - #198945
633 Battery Street
4 San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
5 Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
6 mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **ARISTA NETWORKS, INC.'S BILL OF COSTS** <br><br> Dept.:     Courtroom 3 – 5th Floor <br> Judge:    Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

1135026.01

Final Judgment having been entered on December 19, 2016 [Dkt. 750] in favor of Defendant Arista Networks, Inc. ("Arista"), as to the relief sought by Plaintiff Cisco Systems, Inc. ("Cisco") in this litigation, the Clerk is hereby requested to tax the following as costs pursuant to 28 U.S.C. § 1920 and Civil L.R. 54-3.

| Description | Cost |
| --- | --- |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $186,315.43 |
| Fees and disbursements for printing trial exhibits. (N.D. Cal. L.R. 54-3(d)(4)) | $69,988.12 |
| Fees for service of subpoena | $6,863.56 |
| Fees for printed or electronically recorded transcripts necessary obtained for use in the case | $266,606.21 |
| The cost of preparing charts, diagrams, videotapes and other visual aids to be used as exhibits and/or reasonably necessary to assist the jury or the Court in understanding the issues at the trial. (N.D. Cal. L.R. 54-3(d)(5)) | $249,661.58 |
| The cost of reproducing and certifying or exemplifying government records used for any purpose in the case. (N.D. Cal. L.R. 54-3(d)(1)) | $2,067.00 |
| Fees for witnesses | $7,295.61 |
| **TOTAL** | **$788,797.51** |

/ /

/ /

/ /

/ /

/ /

This Bill of Costs is supported by the Declaration of Elizabeth K. McCloskey, an Itemized Bill of Costs (Exhibit A hereto), and corresponding invoices (Exhibits B–H hereto).

Dated: January 3, 2017                    KEKER & VAN NEST LLP

By:  */s/ Brian L. Ferrall*
     BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.

## Taxation of Costs

Costs are taxed in the amount of _____ and are included in the Judgment.

_____       _____            _____

Clerk of Court        By: Deputy Clerk            Date