KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF
ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS
CASE NO. 5:14-CV-05344-BLF (NC)

1140965

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), and General Order 59, Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal Exhibits A–H to its Amended Bill of Costs.

Exhibits A–H to Arista's Amended Bill of Costs contain line-item invoice entries (Exhibit A) and actual invoices (Exhibits B–H) from third parties, including providers of e-discovery services, court reporters, and process servers. Arista considers the information contained in Exhibits A–H to be confidential. *See* Declaration of Eduardo E. Santacana in Support of Arista's Administrative Motion to File Documents Under Seal.

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches Exhibits A–H in support of Arista's Amended Bill of Costs. Because Exhibits A–H have been designated confidential in their entirety, Arista will publicly file a placeholder cover page in their place.

Dated: January 13, 2017                         KEKER & VAN NEST LLP

                                                By:   */s/ Brian L. Ferrall*
                                                      BRIAN L. FERRALL

                                                      Attorney for Defendant
                                                      ARISTA NETWORKS, INC.

1
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF
ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1140965