| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email: screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF SANTACANA IN SUPPORT OF ADMIN. MOTION TO SEAL DOCUMENTS
FILED IN SUPPORT OF ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1140969

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Arista's administrative motion to file under seal documents in support of its Amended Bill of Costs.

3. Exhibits A–H of Arista's Amended Bill of Costs contain line-item invoice entries (Exhibit A) and actual invoices (Exhibits B–H) from third parties, including court reporters, process servers, and providers of e-discovery services.

4. Exhibits A–H contain Arista's billing information, account numbers, personal identifying information for Arista's expert witnesses, as well as vendor pricing information. Additionally, the third-party invoices contain information concerning strategic pricing and corporate discounts.

Executed January 13, 2017 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EDUARDO E. SANTACANA

---

1

DECLARATION OF SANTACANA IN SUPPORT OF ADMIN. MOTION TO SEAL DOCUMENTS
FILED IN SUPPORT OF ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1140969