| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone: (202) 973-8800<br>Email: screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**EXHIBITS A-H TO DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS**<br><br>Dept.:       Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

**EXHIBITS A-H**

**DOCUMENTS SOUGHT TO BE SEALED**

---

EXHIBITS A-H TO DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S
AMENDED BILL OF COSTS
Case No. 5:14-cv-05344-BLF (NC)

1141054

# EXHIBIT A

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT B

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT C

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT D

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT E

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT F

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT G

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT H

# DOCUMENT SOUGHT TO BE SEALED