1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  BRIAN L. FERRALL - #160847
   DAVID SILBERT - #173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant
   ARISTA NETWORKS, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **ARISTA NETWORKS, INC.'S AMENDED BILL OF COSTS** |
| v. | Dept.:     Courtroom 3 – 5th Floor |
| ARISTA NETWORKS, INC., | Judge:    Hon. Beth Labson Freeman |
| Defendant. | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

Final Judgment having been entered on December 19, 2016 [ECF 750] in favor of Defendant Arista Networks, Inc. ("Arista"), as to the relief sought by Plaintiff Cisco Systems, Inc. ("Cisco") in this litigation, the Clerk is hereby requested to tax the following as costs pursuant to 28 U.S.C. § 1920 and Civil L.R. 54-3.

| Description | Cost |
|---|---|
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $186,315.43 |
| Fees and disbursements for printing trial exhibits. (N.D. Cal. L.R. 54-3(d)(4)) | $69,988.12 |
| Fees for service of subpoena | $6,863.56 |
| Fees for printed or electronically recorded transcripts necessary obtained for use in the case, and deposition fees and costs | $217,189.57 |
| The cost of preparing charts, diagrams, videotapes and other visual aids to be used as exhibits and/or reasonably necessary to assist the jury or the Court in understanding the issues at the trial. (N.D. Cal. L.R. 54-3(d)(5)) | $220,210.38 |
| The cost of reproducing and certifying or exemplifying government records used for any purpose in the case. (N.D. Cal. L.R. 54-3(d)(1)) | $2,067.00 |
| Fees for witnesses | $7,295.61 |
| **TOTAL** | **$709,929.67** |

This Amended Bill of Costs provides additional invoices and documentation in support of costs previously requested in Arista's Bill of Costs filed on January 3, 2017 [ECF 753], and reduces and removes certain costs requested in Arista's original Bill of Costs.

This Amended Bill of Costs is supported by the Declaration of Elizabeth K. McCloskey, an Itemized Amended Bill of Costs (Exhibit A hereto), and corresponding invoices (Exhibits B–H hereto).

Dated:  January 13, 2017                                        KEKER & VAN NEST LLP


By:  */s/ Brian L. Ferrall*
     BRIAN L. FERRALL


Attorney for Defendant
ARISTA NETWORKS, INC.

**Taxation of Costs**

Costs are taxed in the amount of _____ and are included in the Judgment.

_____       _____                    _____

Clerk of Court            By: Deputy Clerk                                        Date