| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | KEKER & VAN NEST LLP |
| kathleensullivan@quinnemanuel.com | ROBERT A. VAN NEST - # 84065 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | rvannest@kvn.com |
| 51 Madison Avenue, 22nd Floor | BRIAN L. FERRALL - # 160847 |
| New York, NY 10010 | bferrall@kvn.com |
| Telephone: (212) 849-7000 | DAVID SILBERT - # 173128 |
| Facsimile: (212) 849-7100 | dsilbert@kvn.com |
| | MICHAEL S. KWUN - #198945 |
| Sean S. Pak (SBN 219032) | mkwun@kvn.com |
| seanpak@quinnemanuel.com | 633 Battery Street |
| Amy H. Candido (SBN 237829) | San Francisco, CA 94111-1809 |
| amycandido@quinnemanuel.com | Telephone: (415) 391-5400 |
| John M. Neukom (SBN 275887) | Facsimile: (415) 397 7188 |
| johnneukom@quinnemanuel.com | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | JONATHAN M. JACOBSON, NY # 1350495 |
| 50 California Street, 22nd Floor | jjacobson@wsgr.com |
| San Francisco, CA 94111 | CHUL PAK (pro hac vice) |
| Telephone: (415) 875-6600 | cpak@wsgr.com |
| Facsimile: (415) 875-6700 | DAVID H. REICHENBERG (pro hac vice) |
| | dreichenberg@wsgr.com |
| Steven Cherny (admitted pro hac vice) | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| steven.cherny@kirkland.com | 1301 Avenue of the Americas, 40th Floor |
| KIRKLAND & ELLIS LLP | New York, NY 10019-6022 |
| 601 Lexington Avenue | Telephone: (212) 999-5800 |
| New York, New York 10022 | |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |

Attorneys for Plaintiff                     Attorneys for Defendant
CISCO SYSTEMS, INC.                         ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **JOINT STIPULATION REGARDING ARISTA'S BILL OF COSTS; [PROPOSED] ORDER** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 28, 2016 |

1  Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant Arista Networks, Inc. ("Arista")
2  hereby stipulate as follows:
3  The parties agree to defer until 28 days after the conclusion of all post-trial and appellate
4  proceedings in this matter a) the filing of Cisco's objections to the bill of costs filed by Arista on
5  January 3, 2017 (ECF 753); and b) any amendment by Arista to that filing that is reasonably
6  related to that filing and necessary to correct any inadvertent errors or omissions in that filing.  If
7  the judgment is affirmed on appeal, Cisco agrees to pay post-judgment interest on any of Arista's
8  awarded costs from the date of judgment at the rate set by 28 USC 1961.  Neither party waives
9  any requests to recover any costs on appeal.

11  SO STIPULATED.

Respectfully submitted,

13  Dated: January 14, 2017            By:   /s/ Kathleen Sullivan

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: January 14 , 2017 | By: | */s/ David J. Silbert* |

                      KEKER & VAN NEST LLP
                      ROBERT A. VAN NEST - # 84065
                      rvannest@kvn.com
                      BRIAN L. FERRALL - # 160847
                      bferrall@kvn.com
                      DAVID J. SILBERT - # 173128
                      dsilbert@kvn.com
                      MICHAEL S. KWUN - # 198945
                      mkwun@kvn.com
                      633 Battery Street
                      San Francisco, CA 94111-1809
                      Telephone:     (415) 391 5400
                      Facsimile:     (415) 397 7188

                      JONATHAN M. JACOBSON, NY # 1350495
                      jjacobson@wsgr.com
                      CHUL PAK (pro hac vice)
                      cpak@wsgr.com
                      DAVID H. REICHENBERG (pro hac vice)
                      dreichenberg@wsgr.com
                      WILSON SONSINI GOODRICH & ROSATI
                      Professional Corporation
                      1301 Avenue of the Americas, 40th Floor
                      New York, NY 10019-6022
                      Telephone:     (212) 999-5800

                      SUSAN CREIGHTON, SBN 135528
                      screighton@wsgr.com
                      SCOTT A. SHER, SBN 190053
                      ssher@wsgr.com
                      WILSON SONSINI GOODRICH & ROSATI
                      Professional Corporation
                      1700 K Street NW, Fifth Floor
                      Washington, D.C., 20006-3817
                      Telephone:     (202) 973-8800

                      Attorneys for Defendant
                      ARISTA NETWORKS, INC.

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of David J. Silbert within this e-filed document.

                                               */s/ Kathleen Sullivan*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2017

_____
Hon. Beth Labson Freeman
United States District Judge