Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
Todd Anten (*admitted pro hac vice*)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Dept: Courtroom 3 - 5th Floor<br>Hearing Date:  April 27, 2017<br>Hearing Time:  9:00 am<br>Judge: Hon. Beth Labson Freeman |

## **DECLARATION OF SARA E. JENKINS**

I, Sara E. Jenkins, hereby declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      Attached hereto as **Exhibit A** is a true and correct copy of transcript excerpts from the trial of *Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:14-cv-5344-BLF (NC) ("the *Cisco v. Arista* trial").

3.      Attached hereto as **Exhibit B** is a true and correct copy of a document titled "IEEE Standard for Local and metropolitan area networks—Port-Based Network Access Control," admitted as Trial Exhibit 6801 in the *Cisco v. Arista* trial.

4.      Attached hereto as **Exhibit C** is a true and correct copy of an e-mail dated January 12, 1999 from Phillip Remaker to Carl Schaefer et al., admitted as Trial Exhibit 5175 in the *Cisco v. Arista* trial.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of the deposition transcript of Douglas Gourlay, taken on May 20, 2016 and played at trial for the jury and lodged with the Court, *see* Tr. 2265:9-10.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a document titled "Cisco NX-OS – Networking Software," admitted as Trial Exhibit 5454 in the *Cisco v. Arista* trial.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a document titled "Ram Kavasseri, Garry Horoupian, Draft v16, 2/8/06," admitted as Trial Exhibit 5134 in the *Cisco v. Arista* trial.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an excerpt of the deposition transcript of Gavin Cato, taken on May 20, 2016 and played at trial for the jury and lodged with the Court, *see* Tr. 2326:22-23.

9.      Attached hereto as **Exhibit H** is a true and correct copy of a transcription from "Packet Pushers Podcast" with Kenneth Duda, admitted as Trial Exhibit 203-A in the *Cisco v. Arista* trial.

1    10.    Attached hereto as **Exhibit I** is a true and correct copy of Cisco's proposed Summary

2   Exhibit: "Command Expression Copying," comparing each individual "Cisco CLI Command

3   Expression" to its corresponding "Arista CLI Command Expression."

4    11.    Attached hereto as **Exhibit J** is a true and correct copy of Cisco's Summary Exhibit:

5   "Modes & Prompts," admitted as Trial Exhibit 4794 in the *Cisco v. Arista* trial.

6    12.    Attached hereto as **Exhibit K** is a true and correct copy of Cisco's Summary Exhibit:

7   "Help Description Analysis," admitted as Trial Exhibit 4799 in the *Cisco v. Arista* trial.

8    13.    Attached hereto as **Exhibit L** is a true and correct copy of Cisco's Summary Exhibit:

9   "Output Copying," admitted as Trial Exhibit 4800 in the *Cisco v. Arista* trial.

10    14.    Attached hereto as **Exhibit M** is a true and correct copy of Arista's Summary Exhibit:

11   "Asserted Cisco Command Abstraction," "Accused Arista Command Abstraction," and "Actual

12   Documented Arista EOS Command Syntax," admitted as Trial Exhibit 9037 in the *Cisco v. Arista*

13   trial.

14    I declare under penalty of perjury under the laws of the State of California that the foregoing is

15   true and correct, and that this declaration was executed in Redwood Shores, California on January 17,

16   2017.

17

18    By  */s/ Sara E. Jenkins*
       Sara E. Jenkins

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S RULE 50(b) MOTION FOR JMOL

1

## **SIGNATURE ATTESTATION**

2      Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that

3  concurrence in the filing of this document has been obtained from the signatory indicated by the

4  "conformed" signature (/s/) of registered ECF User Sara E. Jenkins.

5

6

7  Dated: January 17, 2017                          */s/ Kathleen M. Sullivan*

8                                                   Kathleen M. Sullivan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S RULE 50(b) MOTION FOR JMOL