# EXHIBIT A

08:21AM

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                            SAN JOSE DIVISION

 4


 5
       CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
 6                                       )
                         PLAINTIFF,      )  SAN JOSE, CALIFORNIA
 7                                       )
                   VS.                   )  NOVEMBER 28, 2016
 8                                       )
       ARISTA NETWORKS, INC.,            )  VOLUME 3
 9                                       )
                         DEFENDANT       )  PAGES 261-533
10                                       )

11                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE BETH LABSON FREEMAN
12                     UNITED STATES DISTRICT JUDGE

13        A P P E A R A N C E S:

14        FOR THE PLAINTIFF:  DAVID A. NELSON
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17        FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA  94111
19

20

21

22             APPEARANCES CONTINUED ON NEXT PAGE

23        OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:39PM 1    FROM THOSE NETWORKS ACROSS THROUGH OUR ROUTERS.

04:39PM 2        AND SO WE STARTED ADDING THESE OTHER NETWORK PROTOCOLS IN

04:39PM 3    ADDITION TO IP, IN ADDITION TO THE INTERNET PROTOCOL INTO OUR

04:40PM 4    SYSTEM.  AND THESE OTHER PROTOCOLS HAD CONCEPTS LIKE ADDRESSES

04:40PM 5    AND MTU AND ROUTING TABLES AND THE LIKE.

04:40PM 6        AND SO WE HAD TO HAVE SOME WAY OF DISTINGUISHING BETWEEN

04:40PM 7    WHAT SORT OF ADDRESS ARE YOU TALKING ABOUT.  AND THE DECISION

04:40PM 8    THAT WE WENT WITH WAS TO PREFIX A LOT OF THESE COMMANDS WITH

04:40PM 9    THE PROTOCOL THAT THEY BELONGED TO.

04:40PM 10        SO THERE'S IP ADDRESS HERE, AND YOU HAVE A DEC NET ADDRESS.

04:40PM 11    XNS ADDRESS.  WE BASICALLY, BY THE MIDDLE OF THE '90S, HAD

04:40PM 12    ENDED UP WITH 14 DIFFERENT NETWORK PROTOCOLS IN THE BOX.  WE

04:40PM 13    HAD GONE FROM BEING JUST AN IP ROUTER TO BECOMING A MULTI

04:40PM 14    PROTOCOL ROUTER.

04:40PM 15    Q.  AND, AGAIN, AT THAT TIME, WHEN YOU WERE WORKING ON THE

04:40PM 16    FIRST IP ROUTER, WAS THERE ANY KIND OF CONSTRAINT ON YOU OR

04:40PM 17    FUNCTIONAL DEMAND THAT TOLD YOU, HEY, YOU'VE GOT TO DO IT THIS

04:40PM 18    WAY?

04:40PM 19    A.  THERE WEREN'T ANY OTHER DEVICES LIKE THIS AT THE TIME.

04:41PM 20    THERE WERE NOT ANY EXPECTATIONS THAT THE CUSTOMERS HAD, THAT

04:41PM 21    THERE WAS A WAY OF DOING THIS OR THERE WAS A WAY OF TALKING

04:41PM 22    ABOUT IT OR EVEN THE CHOICE OF WORDS.

04:41PM 23        WE COULD CERTAINLY, YOU KNOW, WE COULD CERTAINLY HAVE

04:41PM 24    CHOSEN DIFFERENT WORDS TO DO THIS.  WE COULD HAVE CHOSEN

04:41PM 25    DIFFERENT ORDERS OF THESE WORDS TO DO THIS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:42PM 1    CISCO.

04:42PM 2    A.   OKAY.  I CAME UP WITH SOME OF THE FEW INITIAL KEY WORDS

04:42PM 3    SUCH AS SHOW, FOR STATUS COMMANDS.

04:42PM 4        AND AFTER I CAME UP WITH SORT OF THE INITIAL COMMAND SET,

04:43PM 5    VERY SMALL SET OF COMMANDS, WHAT I WOULD DO WHEN I HAD NEW

04:43PM 6    FUNCTIONALITY THAT I WAS CREATING WAS I WOULD LOOK TO SEE WHAT

04:43PM 7    I HAD DONE BEFORE, AND I NEEDED TO FIT IN WITH THAT.  I NEEDED

04:43PM 8    TO BE SORT OF SOMETHING REASONABLE AND LOGICAL THERE.  I DIDN'T

04:43PM 9    WANT TO HAVE -- IF THERE'S A RHYME AND A REASON TO THINGS,

04:43PM 10   PEOPLE WILL BE ABLE TO REMEMBER THEM MUCH EASIER.

04:43PM 11       SO I TOOK A LOOK AT WHAT I HAD DONE BEFORE.  I BECAME VERY

04:43PM 12   AWARE THAT I WAS GOING TO BE -- THIS WAS GOING TO CONTINUE TO

04:43PM 13   EVOLVE.  SO I WAS SORT OF TAKING MY BEST GUESS OF THE FUTURE AS

04:43PM 14   TO WHAT MIGHT FURTHER DEVELOP, AND I DIDN'T WANT TO CLOSE OFF

04:43PM 15   ANY AVENUES BY POOR CHOICE OF WORDS, OR THE LIKE.

04:43PM 16       I ALSO NEEDED TO COMMUNICATE TO NETWORK MANAGERS AND

04:43PM 17   SUPPORT PEOPLE SOME IDEAS.  I MEAN, WHAT SORT OF MAKES SENSE TO

04:44PM 18   THAT AUDIENCE.

04:44PM 19       AND THEN THERE WAS MY OWN IDIOSYNCRATIC THINGS.  CERTAIN

04:44PM 20   WORDS THAT APPEALED TO ME, CERTAIN WORDS THAT WERE SHORTER OR

04:44PM 21   LONGER.  I LIKE WORDS THAT ARE SPELLED OUT.  I DIDN'T PUT -- I

04:44PM 22   DON'T LIKE DOTS IN THE MIDDLE OF THINGS.  I LIKE HYPHENS AND

04:44PM 23   NOT UNDERSCORES, JUST LITTLE IDIOSYNCRATIC THINGS LIKE THAT.

04:44PM 24       AND THAT'S THE THOUGHT PROCESS THEY WENT THROUGH WHEN I WAS

04:44PM 25   CREATING COMMANDS IN THE EARLY DAYS.

08:15AM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


CISCO SYSTEMS, INC.,               )   CV-14-5344-BLF
                                   )
                PLAINTIFF,         )   SAN JOSE, CALIFORNIA
                                   )
           VS.                     )   NOVEMBER 29, 2016
                                   )
ARISTA NETWORKS, INC.,             )   VOLUME 4
                                   )
                DEFENDANT          )   PAGES 534-819
                                   )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:  DAVID A. NELSON
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    500 WEST MADISON STREET, SUITE 2450
                    CHICAGO, IL 60661


FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                    BY:  SEAN PAK
                    50 CALIFORNIA STREET, 22ND FLOOR
                    SAN FRANCISCO, CALIFORNIA  94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                          CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:37PM 1    TO MEMORIZE ALL OF THE COMMANDS.  SO WE HAVE ONLINE HELP.

01:37PM 2         IF YOU TYPE QUESTION MARK AFTER A COMMAND, IT WILL SHOW YOU

01:37PM 3    ALL THE POSSIBLE CHILD COMMANDS THAT ARE ALLOWED AT THAT

01:37PM 4    PROMPT, INCLUDING THE INVENTORY COMMAND.

01:37PM 5    Q.   AND THEN IN TERMS OF THE DESCRIPTION FOR THE INVENTORY

01:37PM 6    COMMAND ITSELF?

01:37PM 7    A.   YES.

01:37PM 8    Q.   WHAT WOULD THAT BE?

01:37PM 9    A.   SO FOR EACH COMMAND THERE'S A BRIEF EXPLANATION, A BRIEF

01:37PM 10   SHORT HELP STRING, A HELP TEXT THAT TELLS PEOPLE WHAT TO DO.

01:38PM 11   WE WROTE THE HELP TEXT TO DESCRIBE WHAT THE SHOW INVENTORY

01:38PM 12   COMMAND DID.  AND SPECIFICALLY WE SAID IT WAS TO SHOW THE

01:38PM 13   PHYSICAL INVENTORY OF THE BOX.  THAT'S THE PARTS INSIDE THE

01:38PM 14   BOX.

01:38PM 15   Q.   AND PHYSICAL INVENTORY IS TO DISTINGUISH IT FROM WHAT?

01:38PM 16   A.   WELL, YOU MIGHT GET AN INVENTORY OF SOFTWARE LICENSES IN

01:38PM 17   THE BOX OR YOU MIGHT GET AN INVENTORY OF SOFTWARE MODULES ON

01:38PM 18   THE BOX.  WE WANTED TO MAKE IT CLEAR WE WERE TALKING ABOUT

01:38PM 19   PHYSICAL THINGS THAT WERE, THAT WE ARE TAKING INVENTORY OF,

01:38PM 20   PHYSICAL HARDWARE.

01:38PM 21   Q.   SO WHEN YOU WERE DEVELOPING THE HELP DESCRIPTION, WERE YOU

01:38PM 22   CONSTRAINED?

01:38PM 23   A.   WE HAD NO CONSTRAINTS.  THE AESTHETIC WAS TO KEEP IT SHORT,

01:38PM 24   BUT THERE ARE NO OFFICIAL CONSTRAINTS THAT I'M AWARE OF FOR THE

01:38PM 25   HELP TEXT ITSELF.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:06PM   1    EVIDENCE.)

02:06PM   2    BY MR. FERRALL:

02:06PM   3    Q.  IF YOU TURN TO PAGE 37 OF THIS EXHIBIT 9014, DO YOU SEE

02:06PM   4    THERE'S A DEFINITION THERE OF DE FACTO STANDARD?

02:06PM   5    A.  I SEE IT.

02:06PM   6    Q.  IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF DE FACTO

02:06PM   7    STANDARD?

02:06PM   8    A.  SO IT SAYS A STANDARD BY USAGE RATHER THAN OFFICIAL DECREE;

02:06PM   9    A DEFAULT STANDARD.

02:06PM  10        SO THAT COULD BE ONE OF THE POSSIBLE DEFINITIONS FOR

02:06PM  11    DE FACTO STANDARD, YES.

02:06PM  12    Q.  THAT'S A FAIR DEFINITION, RIGHT?

02:06PM  13    A.  IT SEEMS REASONABLE.

02:06PM  14    Q.  OKAY.  SO GOING BACK TO EXHIBIT 5155 -- AND IF WE COULD SEE

02:07PM  15    THE PORTION WE WERE LOOKING AT.

02:07PM  16        ISN'T IT TRUE, MR. REMAKER, THAT AT THIS TIME IN 2004,

02:07PM  17    CISCO WAS HAPPY WITH ITS CLI COMMANDS BEING A DE FACTO INDUSTRY

02:07PM  18    STANDARD BECAUSE THAT ADVANCED YOUR CULTURE OF MAKING CUSTOMERS

02:07PM  19    SUCCESSFUL, RIGHT?

02:07PM  20    A.  COULD YOU REPEAT THAT QUESTION, I'M SORRY.

02:07PM  21    Q.  SURE.

02:07PM  22        CISCO WAS HAPPY WITH THE CLI COMMANDS BEING A DE FACTO

02:07PM  23    INDUSTRY STANDARD BECAUSE THAT WAS CONSISTENT WITH THE CULTURE

02:07PM  24    OF MAKING CUSTOMERS SUCCESSFUL?

02:07PM  25    A.  YES, A CONSISTENT CLI MAKES OUR CUSTOMERS SUCCESSFUL.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:11PM  1   THAT WERE COPIED FROM CISCO INTO ARISTA'S PRODUCTS; YOU

04:11PM  2   UNDERSTAND THAT, CORRECT?

04:11PM  3   A.   SORRY, I DON'T QUITE KNOW WHAT YOU MEAN.

04:12PM  4   Q.   YOU UNDERSTAND THAT ARISTA COPIED SOME OF THE COMMANDS AT

04:12PM  5   ISSUE IN THIS CASE FROM CISCO; YOU UNDERSTAND THAT, CORRECT?

04:12PM  6   A.   OUR COMMAND INTERPRETER RECOGNIZES MANY OF THE SAME

04:12PM  7   COMMANDS, THAT'S RIGHT.

04:12PM  8   Q.   ARE YOU DENYING, SIR, THAT ARISTA COPIED CISCO'S CLI

04:12PM  9   COMMANDS FROM CISCO SOURCES; ARE YOU DENYING THAT?

04:12PM  10  A.   COPIED FROM?

04:12PM  11  Q.   CISCO SOURCES?

04:12PM  12  A.   NO, I'M NOT.

04:12PM  13  Q.   YOU ARE NOT DENYING THAT, RIGHT?

04:12PM  14  A.   NO.

04:12PM  15  Q.   SO CISCO COPIED CLI COMMANDS AND SOME OUTPUTS FROM CISCO

04:12PM  16  SOURCES INTO ARISTA PRODUCTS, CORRECT?

04:12PM  17  A.   WE DIDN'T COPY CISCO OUTPUTS INTO OUR CODE, NO, I DON'T

04:12PM  18  THINK THAT'S ACCURATE.

04:12PM  19  Q.   LET ME FOCUS ON THE COMMANDS, WE WILL GET TO THE OUTPUTS

04:12PM  20  LATER.

04:12PM  21      ISN'T IT TRUE, SIR, THAT ARISTA COPIED SOME OF CISCO'S CLI

04:12PM  22  COMMANDS FROM CISCO SOURCES AND PUT IT INTO ARISTA'S PRODUCTS?

04:12PM  23  A.   YES, THAT'S RIGHT.

04:12PM  24  Q.   THAT'S RIGHT.

04:12PM  25      BUT NO ONE ELSE AT ARISTA HAS BEEN REPRIMANDED OR ASKED TO

782

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:13PM  1    LEAVE FOR THAT COPYING, CORRECT?

04:13PM  2    A.   WE DON'T BELIEVE IT WAS WRONG.

04:13PM  3    Q.   AND AGAIN, YOU DIDN'T RECEIVE ANY TRAINING ON INTELLECTUAL

04:13PM  4    PROPERTY PRIOR TO THIS LAWSUIT, CORRECT?

04:13PM  5    A.   NO.

04:13PM  6    Q.   OKAY.

04:13PM  7         AND YOU ADMIT, SIR, THAT IT'S NOT A COINCIDENCE THAT ARISTA

04:13PM  8    HAS SO MANY CLI COMMANDS THAT WERE TAKEN FROM CISCO'S

04:13PM  9    INTERFACE, THAT'S NOT A COINCIDENCE, IS IT, SIR?

04:13PM  10   A.   NO, IT'S NOT.

04:13PM  11   Q.   OKAY.  IN FACT, YOU SAID ARISTA SLAVISHLY COPIED THE CISCO

04:13PM  12   CLI COMMANDS; ISN'T THAT TRUE?  SIR?

04:13PM  13   A.   NO, I DIDN'T SAY THAT.

04:13PM  14   Q.   LET'S TAKE A LOOK AT PAGE 47 OF YOUR DEPOSITION, LINE 19

04:13PM  15   THROUGH 23.

04:14PM  16        MR. PAK:  AND YOUR HONOR, MAY I PLAY THE VIDEO CLIP?

04:14PM  17        THE COURT:  YES.

04:14PM  18   (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:14PM  19   Q.   THAT WAS YOUR SWORN TESTIMONY, SIR, RIGHT?

04:14PM  20   A.   YES, BUT I WASN'T ACTUALLY TALKING ABOUT THE CISCO CLI IN

04:14PM  21   THE CASE.

04:14PM  22   Q.   THAT WAS YOUR SWORN TESTIMONY, WASN'T IT, SIR?

04:14PM  23   A.   IT IS.

04:14PM  24   Q.   OKAY.  AND DESPITE ALL THIS COPYING, NOBODY AT ARISTA EVER

04:14PM  25   APPROACHED CISCO FOR A LICENSE TO USE ANY OF CISCO'S CLI

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:40PM 1   CONFIGUREABLE.

04:41PM 2   Q.   WELL, YOU COULD REPLACE THEM WITH YOUR COMMANDS.  YOU COULD

04:41PM 3   REPLACE THEM THE CISCO COMMAND WITH ARISTA'S OWN COMMANDS AND

04:41PM 4   YOUR PRODUCTS WOULD WORK JUST FINE; ISN'T THAT TRUE?

04:41PM 5   A.   IT'S A LITTLE HYPOTHETICAL.  I THINK WE WOULD HAVE TO COME

04:41PM 6   UP WITH AN ALTERNATIVE COMMAND LANGUAGE, BUT IT'S CERTAINLY

04:41PM 7   TECHNICALLY ACHIEVABLE.

04:41PM 8   Q.   YOU CAN CERTAINLY REMOVE COMMANDS FROM YOUR PRODUCTS THAT

04:41PM 9   OVERLAP WITH CISCO'S CLI USER INTERFACE COMMANDS AS A TECHNICAL

04:41PM 10  MATTER; ISN'T THAT TRUE, SIR?

04:41PM 11  A.   YES, YOU COULD REMOVE COMMANDS.

04:41PM 12  Q.   AND IN FACT, YOU ACTUALLY HAVE AN INTERFACE CALLED

04:41PM 13  LINUX-INTERFACE THAT DOES NOT USE THE CISCO CLI COMMANDS; ISN'T

04:41PM 14  THAT TRUE?

04:41PM 15  A.   THAT'S RIGHT.

04:41PM 16  Q.   THAT'S CORRECT, RIGHT?

04:41PM 17  A.   YES.

04:41PM 18  Q.   AND YOU'VE SAID THAT YOU DON'T HAVE TO USE THE CLI IF YOU

04:41PM 19  DON'T WANT TO, THE NATIVE LINUX INTERFACES ARE ALL THERE AND

04:41PM 20  ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A PURE LINUX APPROACH,

04:42PM 21  YOU'VE SAID THOSE THINGS, CORRECT?

04:42PM 22  A.   I DID.

04:42PM 23  Q.   YOU'VE HEARD A LOT ABOUT OPEN OR INDUSTRY STANDARD.

04:42PM 24       YOU'VE NEVER ASKED CISCO WHETHER CLI WAS AN OPEN STANDARD

04:42PM 25  THAT ANYONE CAN USE WITHOUT PERMISSION?  YOU'VE NEVER ASKED

08:21AM

1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                            SAN JOSE DIVISION

5

6

        CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
7                                         )
                         PLAINTIFF,       )   SAN JOSE, CALIFORNIA
8                                         )
                 VS.                      )   NOVEMBER 30, 2016
9                                         )
        ARISTA NETWORKS, INC.,            )   VOLUME 5
10                                        )
                         DEFENDANT        )   PAGES 820-1114
11                                        )

12                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE BETH LABSON FREEMAN
13                     UNITED STATES DISTRICT JUDGE

14          A P P E A R A N C E S:

15          FOR THE PLAINTIFF:  DAVID A. NELSON
                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
16                              500 WEST MADISON STREET, SUITE 2450
                                CHICAGO, IL 60661
17

18          FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                                BY:  SEAN PAK
19                              50 CALIFORNIA STREET, 22ND FLOOR
                                SAN FRANCISCO, CALIFORNIA  94111
20

21

22                   APPEARANCES CONTINUED ON NEXT PAGE

23          OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                      CERTIFICATE NUMBER 13185
24

25             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:43AM 1    Q.  NOW I WANT TO GO BACK AND JUST ESTABLISH SOME FACTS.  I

09:43AM 2    THINK THERE WERE SOME QUESTIONS ABOUT E-MAILS, BUT I THINK IT'S

09:43AM 3    UNDISPUTED NOW THAT ARISTA COPIED CLI COMMANDS FROM CISCO'S

09:43AM 4    SOURCE CODE?

09:43AM 5    A.  THAT'S RIGHT.

09:43AM 6    Q.  WITH RESPECT TO SCREEN OUTPUTS, YOU WOULD AGREE WITH ME,

09:43AM 7    SIR, THAT IF ANY OF CISCO'S SCREEN OUTPUTS CONTAIN EXPRESSIVE

09:44AM 8    WORK, THEN ARISTA CANNOT USE THAT MATERIAL WITHOUT A LICENSE

09:44AM 9    FROM CISCO; ISN'T THAT TRUE?

09:44AM 10          MR. SILBERT:  OBJECTION.  CALLS FOR A LEGAL

09:44AM 11   CONCLUSION.

09:44AM 12          MR. PAK:  THAT'S YOUR BELIEF, RIGHT?

09:44AM 13          THE COURT:  SUSTAINED.

09:44AM 14   BY MR. PAK:

09:44AM 15   Q.  YOU TESTIFIED EARLIER THAT YOU HAD CERTAIN BELIEFS ABOUT

09:44AM 16   WHAT YOU CAN DO PROPERLY AND WHAT YOU CANNOT DO PROPERLY WITH

09:44AM 17   RESPECT TO CISCO'S COMMANDS; IS THAT TRUE?

09:44AM 18   A.  I BELIEVE SO.

09:44AM 19   Q.  OKAY.  DO YOU BELIEVE ON BEHALF OF ARISTA THAT YOU CAN TAKE

09:44AM 20   ANY OF THE SCREEN OUTPUTS FROM CISCO WITHOUT A LICENSE; IS THAT

09:44AM 21   YOUR TESTIMONY?

09:44AM 22          MR. SILBERT:  SAME OBJECTION.

09:44AM 23          THE COURT:  SUSTAINED.

09:44AM 24   BY MR. PAK:

09:44AM 25   Q.  DID YOU FORM ANY SUBJECTIVE BELIEFS ON BEHALF OF ARISTA

897

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

| | | |
|---|---|---|
| 10:09AM | 1 | Q.  AND THERE WAS E-MAILS GOING BACK AND FORTH AND HEALTHY |
| 10:09AM | 2 | DISCUSSION ABOUT WHAT THOSE THINGS SHOULD BE, CORRECT? |
| 10:09AM | 3 | A.  YES. |
| 10:09AM | 4 | Q.  AND THAT WENT ON DURING THE TIME THAT YOU WERE AT CISCO FOR |
| 10:09AM | 5 | THE CLI COMMAND DEVELOPMENT, RIGHT? |
| 10:09AM | 6 | A.  YES. |
| 10:09AM | 7 | Q.  NOW I WANT TO SWITCH GEARS A LITTLE BIT HERE.  SO YOU'RE |
| 10:09AM | 8 | AWARE THAT MANY OF THE SENIOR OFFICERS AND FOUNDERS OF ARISTA |
| 10:09AM | 9 | CAME FROM CISCO, RIGHT? |
| 10:10AM | 10 | A.  THAT'S CORRECT. |
| 10:10AM | 11 | Q.  AND YOU KNOW THAT THERE ARE TIMES WHEN ARISTA HAS PUT |
| 10:10AM | 12 | FEATURES IN ITS PRODUCTS WHERE IT WAS EMULATING FEATURES THAT |
| 10:10AM | 13 | PRE-EXISTED IN CISCO PRODUCTS; ISN'T THAT RIGHT? |
| 10:10AM | 14 | A.  THAT'S RIGHT. |
| 10:10AM | 15 | Q.  NOW WHEN YOU CAME, LET ME JUST GO BACK IN TIME.  YOU CAME |
| 10:10AM | 16 | IN 2007, WAS IT LIKE MID-2007? |
| 10:10AM | 17 | A.  JULY, 2007. |
| 10:10AM | 18 | Q.  JULY 2007 SO PRETTY MUCH RIGHT SMACK IN THE MIDDLE OF 2007. |
| 10:10AM | 19 | SO WHEN YOU CAME, ARISTA ACTUALLY HAD A SWITCH THAT WAS |
| 10:10AM | 20 | RUNNING, I BELIEVE YOU DESCRIBED THEM AS CISCO-LIKE CLI'S |
| 10:10AM | 21 | RIGHT? |
| 10:10AM | 22 | A.  WE HAD A SWITCH THAT HAD A BASIC CLI, WE HAD VERY FEW |
| 10:10AM | 23 | FEATURES AT THAT TIME, BUT IT WAS UP AND RUNNING IN THE LAB. |
| 10:10AM | 24 | Q.  IT WAS UP AND RUNNING, AND IN FACT IN SEPTEMBER OF 2007, |
| 10:10AM | 25 | YOU ACTUALLY SHIPPED ONE OF THOSE SWITCHES TO A MR. JEFF LAPIK |

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:14AM 1    Q.    WELL ENOUGH FEATURES SO THAT YOU SHIPPED ONE A COUPLE

10:14AM 2    MONTHS LATER TO MR. LAPIK, I BELIEVE IT IS, AT UNIVERSITY OF

10:14AM 3    NEW HAMPSHIRE, RIGHT?

10:14AM 4    A.    ENOUGH FEATURES TO TEST THE POWER, CORRECT.

10:14AM 5    Q.    SO THEN WE CAN SAY BY THAT TIME IT'S SOMEWHERE SOUTH FOR

10:14AM 6    2007 SOME WERE SOUTH OF $2.5 MILLION, RIGHT?

10:14AM 7    A.    YES.

10:14AM 8    Q.    MAYBE ABOUT HALF OF THAT?

10:14AM 9    A.    JULY IS MAJOR, SO YES.

10:14AM 10   Q.    SO THE TOTAL EXPENDITURE TO QUIET A SWITCH THAT HAD EOS AND

10:14AM 11   WAS RUNNING IOS-LIKE CLI, WAS LESS THAN $2 MILLION, RIGHT?

10:14AM 12   A.    YES, THAT'S CORRECT.

10:14AM 13   Q.    NOW YOU ARE AWARE THAT CISCO IN TERMS OF DEVELOPMENT ON ITS

10:14AM 14   PRODUCTS SPENDS NORTH OF $5 BILLION A YEAR ON RESEARCH AND

10:15AM 15   DEVELOPMENT, RIGHT?

10:15AM 16   A.    IN TODAY'S TIME, THAT SOUNDS RIGHT.

10:15AM 17   Q.    NOW, SIR, I WOULD LIKE TO TALK TO YOU ABOUT A FEW OTHER

10:15AM 18   THINGS HERE.  SO IT'S TRUE THAT ARISTA INTENTIONALLY COPIED

10:15AM 19   CISCO'S CLI, RIGHT?

10:15AM 20   A.    IT'S TRUE THAT WE USED THE SAME CLI FOR MANY OF OUR BASE OR

10:15AM 21   CORE FEATURES.

10:15AM 22   Q.    AND INTENTIONALLY COPIED THAT, RIGHT?

10:15AM 23   A.    FOR THOSE CORE FEATURES, YES.

10:15AM 24   Q.    CORE FEATURES, IS THAT WHAT YOU SAID?

10:15AM 25   A.    THAT'S RIGHT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:15AM    1    Q.   OKAY.  AND YOU ACTUALLY TOLD, WHEN YOUR INTERACTIONS WITH

10:15AM    2    CUSTOMERS, THAT YOUR CLI IS JUST LIKE CISCO'S CLI, RIGHT?

10:15AM    3    A.   IN THE EARLY DAYS, YES, THAT'S TRUE.

10:15AM    4    Q.   OKAY.  AND YOU KNOW THAT OTHERS AT ARISTA HAVE SAID THE

10:15AM    5    SAME THINGS TO CUSTOMERS, RIGHT?

10:16AM    6    A.   YES.

10:16AM    7    Q.   NOW I WANT TO TURN TO YOUR BINDER.  IN EXHIBIT 197, THIS

10:16AM    8    WAS ACTUALLY JUST MOVED INTO EVIDENCE.  SO WE DON'T NEED TO DO

10:16AM    9    THAT.

10:16AM   10        SO IF YOU COULD JUST DISPLAY EXHIBIT 197 AGAIN, MR. FISHER.

10:16AM   11        SO THIS IS AN E-MAIL, THE WHOLE EXHIBIT, AND YOU CAN GO

10:16AM   12    FLIP THROUGH, WOULD BE AN E-MAIL STRING BETWEEN MR. DUDA,

10:16AM   13    MR. SWEENEY, MR. HAFEEZ AND YOURSELF?

10:16AM   14    A.   THAT'S RIGHT.

10:16AM   15    Q.   NOW I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THIS.  SO

10:16AM   16    IF WE CAN GO BACK, AND I THINK IN TIME, THESE KIND OF GO IN

10:16AM   17    REVERSE ORDER MEANING THE OLDEST ONE IS AT THE BACK?

10:17AM   18    A.   THAT'S RIGHT.

10:17AM   19    Q.   SO LET'S KIND OF GO BACK THERE AND LOOK AT THE VERY LAST

10:17AM   20    ONE.  THIS STARTS, THE LAST PAGE WOULD BE PAGE 3 OF THAT.

10:17AM   21        SO THAT'S AN E-MAIL FROM MR. SWEENEY TO YOURSELF, RIGHT?

10:17AM   22    A.   THAT'S RIGHT.

10:17AM   23    Q.   AND HE'S EXPRESSING, YOUR UNDERSTANDING, SOME OPINIONS ON

10:17AM   24    CLI FUNCTIONALITY RELATED TO A FEATURE CALLED ACL, RIGHT?

10:17AM   25    A.   THAT'S CORRECT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:07AM  1   EVIDENCE, YOUR HONOR.

11:07AM  2              THE COURT:  ANY OBJECTION?

11:07AM  3              MR. FERRALL:  NO OBJECTION.

11:07AM  4              THE COURT:  IT WILL BE ADMITTED.

11:07AM  5          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 404, HAVING BEEN

11:07AM  6   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:07AM  7   EVIDENCE.)

11:07AM  8   BY MR. NELSON:

11:07AM  9   Q.  SO LET'S LOOK AT MIDDLE OF THE PAGE.  SO MR. FOSS FIRST,

11:07AM  10  CAN YOU TELL US WHO MR. FOSS IS?

11:07AM  11  A.  AT THAT TIME MARK FOSS WAS RESPONSIBLE FOR PARTNER OR

11:07AM  12  CHANNEL PROGRAMS AT ARISTA.

11:07AM  13  Q.  PARTNER CHANNEL PROGRAMS?

11:07AM  14  A.  CHANNEL PROGRAMS, YES.

11:07AM  15  Q.  SO IF YOU LOOK AT THE MIDDLE OF THE E-MAIL THE ONE THAT'S

11:08AM  16  FROM MR. FOSS TO THE PEOPLE AT FACEBOOK.

11:08AM  17      DO YOU SEE THAT?

11:08AM  18  A.  YES.

11:08AM  19  Q.  IT SAYS, AS I MENTIONED TO DAN LAST NIGHT, THE CLI COMMANDS

11:08AM  20  IN OUR SWITCH ARE IDENTICAL TO CISCO IOS SO THERE SHOULD BE NO

11:08AM  21  LEARNING CURVE TO GET IT CONFIGURED.

11:08AM  22      DO YOU SEE THAT?

11:08AM  23  A.  YES.

11:08AM  24  Q.  SO THAT'S SOMETHING THAT ARISTA SALES ENGINEERS WERE OUT

11:08AM  25  TELLING CUSTOMERS IS A SELLING POINT OF THE ARISTA SWITCH,

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:08AM  1    CORRECT?

11:08AM  2    A.   WE WERE SAYING THAT TO CUSTOMERS, YES.

11:08AM  3    Q.   RIGHT.  WE'RE IDENTICAL TO CISCO IOS SO YOU WON'T HAVE ANY

11:08AM  4    LEARNING CURVE TO USE OUR PRODUCT, CORRECT?

11:08AM  5    A.   THAT'S RIGHT.

11:08AM  6    Q.   SO EXHIBIT 379, AND LET ME KNOW WHEN YOU ARE THERE.  ARE

11:09AM  7    YOU THERE, SIR?

11:09AM  8    A.   YES.

11:09AM  9    Q.   SO THE TOP E-MAIL IS FROM MR. ADAM SWEENEY TO MR. SUNEEL

11:09AM  10   VENATI, DID I GET THAT NAME RIGHT?

11:09AM  11   A.   THAT'S RIGHT.

11:09AM  12   Q.   AND YOU ARE ONE OF THE COPIES ON THAT E-MAIL, CORRECT?

11:09AM  13   A.   CORRECT.

11:09AM  14   Q.   AND THE SUBJECT OF THAT IS QOS, CLI; IS THAT RIGHT?

11:09AM  15   A.   THAT'S RIGHT.

11:09AM  16   Q.   AND QS, THAT STANDS FOR QUALITY OF SERVICE?

11:09AM  17   A.   YES.

11:09AM  18   Q.   NOW, THAT TOP LEVEL E-MAIL ATTACHES ANOTHER E-MAIL FROM

11:09AM  19   MR. VENATI; IS THAT RIGHT?  IN OTHER WORDS IF YOU FOLLOW THE

11:09AM  20   STRING DOWN YOU WILL SEE ANOTHER E-MAIL FROM MR. VENATI DATED

11:09AM  21   MONDAY PRINCIPAL 18TH 2011?

11:09AM  22   A.   YES.

11:09AM  23   Q.   AND THE --

11:10AM  24        MR. NELSON:  WELL AT THIS POINT, YOUR HONOR, I MOVE

11:10AM  25   INTO EVIDENCE EXHIBIT 379.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:20AM  1    Q.   OKAY.  AND IF WE COULD LOOK AT THE FRONT PAGE OF THIS

11:20AM  2    EXHIBIT, AND IF WE COULD JUST BLOW UP THE HEADER WITH THE

11:20AM  3    SUBJECT LINE.

11:20AM  4         CAN YOU TELL ME WHAT THE SUBJECT OF THIS E-MAIL EXCHANGE

11:20AM  5    IS?  IN SIMPLE TERMS, IF POSSIBLE, PLEASE.

11:20AM  6    A.   SURE.  THIS IS A REQUEST FOR A FEATURE ENHANCEMENT, RFEE

11:21AM  7    BY SOMEONE IN THIS E-MAIL CHAIN REQUESTING AN MQC OR MODULAR

11:21AM  8    QOS-LIKE CLI.

11:21AM  9    Q.   OKAY.  AND NOW I WOULD LIKE YOU TO TURN TO EXHIBIT 379.  IF

11:21AM 10    WE COULD CALL THAT UP, AND IN PARTICULAR HIGHLIGHT THE BOTTOM

11:21AM 11    PART, THE MESSAGE DATED 2:20 A.M.

11:21AM 12    A.   MR. SUNEEL WORKS IN THE BANGALORE OFFICE.

11:21AM 13    Q.   SO THIS -- CAN YOU TELL ME WHAT THE SUBJECT, AGAIN, IN

11:21AM 14    SIMPLE TERMS, IF POSSIBLE, WHAT THE SUBJECT OF THIS

11:21AM 15    CONVERSATION WAS?

11:22AM 16    A.   MR. SUNEEL WAS IMPLEMENTING OUR QOS FEATURES AT THAT POINT,

11:22AM 17    AND HE WAS ASKING FOR INPUT ON WHAT CLI TO USE, WHETHER TO USE

11:22AM 18    SIMPLE CLI OR MODULAR QOS CLI.

11:22AM 19    Q.   AND WHAT DID ARISTA END UP USING, DID IT USE THE CISCO MQC

11:22AM 20    KIND?

11:22AM 21    A.   NO, WE DID NOT IMPLEMENT THE MQC CLI, WE STAYED WITH THE

11:22AM 22    SIMPLE CLI.

11:22AM 23    Q.   AND IN YOUR MIND, WERE THERE ANY COPYRIGHT ISSUES WITH THE

11:22AM 24    SIMPLE CLI OR THE CLI THAT ARISTA IMPLEMENTED?

11:22AM 25    A.   NO, WE BELIEVED THIS WAS THE INDUSTRY STANDARD, EVERYONE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:22AM  1    WAS USING IT, WE WERE USING THE SAME CLI.

11:22AM  2    Q.   LET'S TURN NEXT TO EXHIBIT 197.  AND YOU RECALL MR. NELSON

11:23AM  3    ASKED YOU QUITE A FEW QUESTIONS ABOUT THIS EXHIBIT?

11:23AM  4    A.   YES.

11:23AM  5    Q.   AND I THINK YOU SAID IN YOUR TESTIMONY, YOU REFERRED TO

11:23AM  6    SOMETHING CALLED ACLS; IS THAT RIGHT?

11:23AM  7    A.   THAT'S RIGHT.

11:23AM  8    Q.   AND IN PARTICULAR, ACL CONFIGURATION, I THINK?

11:23AM  9    A.   YES.

11:23AM  10   Q.   WE WON'T NEED TO GO INTO THE DETAILS OF WHAT THOSE ARE, BUT

11:23AM  11   CAN YOU TELL THE JURY WHAT THE OUTCOME WAS OF THIS DISCUSSION

11:23AM  12   REGARDING THE ACL CONFIGURATION THAT ARISTA WOULD USE?

11:23AM  13   A.   RIGHT.  THIS E-MAIL CHAIN WAS ONLY PART OF THE DISCUSSION.

11:23AM  14   WE WERE A SMALL COMPANY, SO WE HAD A MEETING TO GO OVER WHAT

11:23AM  15   CLI TO USE.

11:23AM  16       AND AT THAT POINT, JUNIPER ACTUALLY HAD A BETTER WAY OF

11:23AM  17   CONFIGURING ACL A FEATURE CALLED ACL COMMIT.  SO THAT IF YOU

11:24AM  18   ARE MAKING CHANGES TO THE NETWORK, YOU CANNOT OPEN A SECURITY

11:24AM  19   HOLE WHILE YOU ARE MAKING THE CHANGE.

11:24AM  20       AND THEN AFTER THAT DISCUSSION, WE ACTUALLY ENDED UP DOING

11:24AM  21   WHAT JUNIPER HAD ALREADY IMPLEMENTED AND WHAT WAS ORIGINALLY

11:24AM  22   ASKED FROM EOS.  WE ACTUALLY DID NOT END UP WITH CISCO CLI FOR

11:24AM  23   THAT FUNCTIONALITY.

11:24AM  24   Q.   AND HOW, IN YOUR VIEW, WAS THAT IMPLEMENTATION DIFFERENT

11:24AM  25   FROM CISCO IN TERMS OF ITS PERFORMANCE FOR THE USER?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:23PM 1    COME UP WITH A PARTICULAR COMMAND EXPRESSION FOR A

02:23PM 2    FUNCTIONALITY AND THAT WOULD BE HIS OR HER PREFERENCE FOR THAT,

02:23PM 3    CORRECT?

02:23PM 4    A.   I GUESS SO.

02:23PM 5    Q.   OKAY.  AND YOU KNOW FROM YOUR EXPERIENCE THAT DIFFERENT

02:23PM 6    ENGINEERS CAN HAVE DIFFERENT OPINIONS ON HOW TO EXPRESS CERTAIN

02:23PM 7    COMMANDS, CORRECT?

02:23PM 8    A.   SURE.

02:23PM 9    Q.   AND YOU'VE HAD YOUR OPINIONS AND OTHER PEOPLE HAD THEIR

02:23PM 10   DIFFERENT OPINIONS ON HOW TO EXPRESS A PARTICULAR COMMAND

02:23PM 11   EXPRESSION WHILE YOU WERE EMPLOYED BY CISCO; IS THAT RIGHT?

02:23PM 12   A.   THAT'S RIGHT.

02:23PM 13   Q.   AND WHEN YOU WERE HAVING THESE DIFFERENT OPINIONS, THOSE

02:23PM 14   WERE YOUR PERSONAL OPINIONS AND PREFERENCES FOR HOW A CLI

02:23PM 15   COMMAND EXPRESSION SHOULD BE EXPRESSED, AND YOU EXPRESSED THOSE

02:23PM 16   OPINIONS TO YOUR COLLEAGUES AT CISCO, CORRECT?

02:23PM 17   A.   I PROBABLY DID, YEAH.

02:23PM 18   Q.   AND YOU WOULD AGREE WITH ME THAT TWO ENGINEERS COULD SIT

02:23PM 19   DOWN AND PROPOSE TWO VERY DIFFERENT COMMANDS FOR ANY PARTICULAR

02:24PM 20   FUNCTION, CORRECT?

02:24PM 21   A.   SURE.

02:24PM 22   Q.   FOR EXAMPLE IT'S POSSIBLE FOR AN ENGINEER TO SIT DOWN AND

02:24PM 23   PICK THE WORD DISPLAY INSTEAD OF THE WORD SHOW FOR THE EXACT

02:24PM 24   TAME FUNCTIONALITY, IS THAT TRUE?

02:24PM 25   A.   IT'S POSSIBLE.  IT'S UNLIKELY, BUT IT'S POSSIBLE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:25PM  1    ENGINEERS, THAT'S ONE OF THE DESIGN OBJECTIVES, CORRECT?

02:25PM  2    A.   SURE.

02:25PM  3    Q.   OKAY.  BUT SETTING ASIDE, YOU ARE NO LONGER WORKING AT

02:25PM  4    CISCO, IF YOU WERE WORKING AT ANY COMPANY, YOU COULD CHOOSE ANY

02:25PM  5    WORD FOR ANY COMMAND; IS THAT TRUE?

02:25PM  6    A.   SURE, OKAY.

02:25PM  7    Q.   IT'S JUST A WORD CHOICE, CORRECT?

02:25PM  8    A.   UH-HUH.

02:25PM  9    Q.   THAT'S SUBJECTIVE, RIGHT?

02:25PM  10   A.   IT IS SUBJECTIVE BUT I THINK THERE'S MANY FACTORS THAT GO

02:25PM  11   INTO DECIDING COMMANDS THEMSELVES.

02:25PM  12   Q.   BUT ULTIMATELY, SIR, THAT'S A PROFESSIONAL JUDGMENT CALL BY

02:25PM  13   AN ENGINEER; ISN'T THAT TRUE?

02:25PM  14   A.   SURE.

02:25PM  15   Q.   NOW I WANT TO SWITCH GEARS AND TALK ABOUT YOUR TENURE AT

02:25PM  16   ARISTA.

02:26PM  17       SO YOU LEAVE CISCO, NOW YOU ARE AT ARISTA, AND PART OF YOUR

02:26PM  18   JOB RESPONSIBILITY WAS TALK TO ARISTA CUSTOMERS ABOUT ARISTA'S

02:26PM  19   PRODUCTS, CORRECT?

02:26PM  20   A.   THAT'S CORRECT.

02:26PM  21   Q.   AND I BELIEVE -- WHAT WAS YOUR TITLE AT ARISTA?

02:26PM  22   A.   I FORGOT WHAT MY INITIAL TITLE WAS, BUT AT ARISTA MY FINAL

02:26PM  23   TITLE WAS DISTINGUISHED ENGINEER AS WELL.

02:26PM  24   Q.   OKAY.  SO THAT'S A COMPARABLE TITLE AT ARISTA COMPARED TO

02:26PM  25   THE TITLE YOU HELD AT CISCO; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:26PM 1   A.  THAT'S CORRECT.

02:26PM 2   Q.  AND AGAIN, THAT WOULD BE AN ENGINEER OF DISTINCTION AT

02:26PM 3   ARISTA, CORRECT?

02:26PM 4   A.  I GUESS SO.

02:26PM 5   Q.  WHEN YOU WERE AT ARISTA, YOU POINTED OUT TO POTENTIAL

02:26PM 6   CUSTOMERS THAT ARISTA'S USER INTERFACE IS JUST LIKE CISCO'S;

02:26PM 7   ISN'T THAT TRUE?

02:26PM 8   A.  SURE, YEAH.

02:26PM 9   Q.  YOU SAID THAT TO MANY CUSTOMERS, DIDN'T YOU?

02:26PM 10  A.  IT'S LIKELY I DID.

02:26PM 11  Q.  OKAY.  AND YOU ALSO TOLD THOSE SAME CUSTOMERS THAT THEY CAN

02:27PM 12  SAVE RE-TRAINING COSTS AND THEY CAN EASILY ADOPT ARISTA'S

02:27PM 13  NETWORKING EQUIPMENT BECAUSE IT HAS THE SAME USER INTERFACE AS

02:27PM 14  CISCO'S, ISN'T THAT RIGHT?

02:27PM 15  A.  THAT'S CORRECT.

02:27PM 16  Q.  AND TAKE A LOOK AT, SIR, EXHIBIT 176 IN YOUR BINDER.

02:27PM 17      THIS WAS AN E-MAIL THAT WAS SENT FROM MR. DAVID MCLEOD, TO

02:27PM 18  YOU, MR. DALE, ON OCTOBER 9TH, 2012, WHILE YOU WERE EMPLOYED AT

02:27PM 19  ARISTA NETWORKS, CORRECT?

02:27PM 20  A.  THAT'S CORRECT.

02:27PM 21          MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

02:27PM 22  EXHIBIT 176 INTO EVIDENCE.

02:27PM 23          MR. SILBERT:  NO OBJECTION.

02:27PM 24          THE COURT:  IT WILL BE ADMITTED.

02:27PM 25

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:27PM 1    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 176, HAVING BEEN

02:27PM 2    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:27PM 3    EVIDENCE.)

02:27PM 4    BY MR. PAK:

02:27PM 5    Q.   SO LET'S TAKE A LOOK AT THE PAGE, THE SECOND PAGE, WHICH

02:27PM 6    HAS THE BATES NUMBER 803, AND WHO WAS MR. MCLEOD AT ARISTA?

02:28PM 7    A.   SO DAVID, PER HIS TITLE HERE, WAS SALES SOUTHERN REGION

02:28PM 8    AUSTRALIA, NEW ZEALAND.

02:28PM 9    Q.   OKAY.  AND YOU WORKED REGULARLY WITH MR. MCLEOD, CORRECT?

02:28PM 10   A.   I DID, YES.

02:28PM 11   Q.   AND BOTH OF YOU WERE TRYING TO SELL ARISTA EQUIPMENT TO

02:28PM 12   POTENTIAL CUSTOMERS, CORRECT?

02:28PM 13   A.   THAT'S CORRECT.

02:28PM 14   Q.   SO LET'S TAKE A LOOK AT THE TOP PARAGRAPH.  WHAT MR. MCLEOD

02:28PM 15   WROTE IS, IN A QUICK SUMMARY OF OUR VALUE/DIFFERENTIATION, IF

02:28PM 16   YOU ARE LOOKING TO SIMPLIFY OUR NETWORK DESIGN, FUTURE PROOF

02:28PM 17   FOR NEW SERVICES AND REDUCE CAPEX/OPEX OUR SOLUTIONS CAN HELP

02:28PM 18   IN A STORAGE CLOUD ENVIRONMENT.

02:28PM 19       AND CAPEX/OPEX, THOSE ARE EXPENDITURES, CAPITAL

02:29PM 20   EXPENDITURE, OPERATIONAL EXPENDITURE; IS THAT RIGHT?

02:29PM 21   A.   I THINK THAT'S FAIR.

02:29PM 22   Q.   AND WHAT HE SAYS NEXT IS, ADD IN A CLI IDENTICAL TO CISCO

02:29PM 23   IOS AND WE MAKE IT SIMPLE TO TRANSITION OPERATIONALLY.

02:29PM 24       THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF ARISTA'S

02:29PM 25   MARKETING PITCH, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:29PM  1    A.   TYPICALLY, I DON'T THINK MARKETING INVOLVED TALKING ABOUT

02:29PM  2    THE COMMAND LINE, IT GENERALLY WASN'T A MAIN SELLING POINT.

02:29PM  3         THAT SAID, FOR SOME CUSTOMERS, WHO MIGHT HAVE BEEN TRAINED

02:29PM  4    ON OTHER DEVICES, IT MIGHT HAVE BEEN IMPORTANT.

02:29PM  5    Q.   YOU DON'T DISPUTE THAT ARISTA PEOPLE TALKED TO CUSTOMERS

02:29PM  6    AND SAID THESE VERY SAME THINGS, ADD IN A CLI IDENTICAL TO

02:29PM  7    CISCO IOS AND WE IT MAKE IT SIMPLE TO TRANSITION EXISTING CISCO

02:29PM  8    CUSTOMERS TO ARISTA CUSTOMERS, CORRECT?

02:29PM  9    A.   SURE.

02:29PM  10   Q.   YOU SAID THOSE THINGS, CORRECT?

02:29PM  11   A.   I DON'T KNOW IF I USED THOSE EXACT WORDS, BUT SURE.

02:29PM  12   Q.   OKAY.  AND YOU KNOW OTHER PEOPLE AT ARISTA USED SIMILAR

02:30PM  13   WORDS TO CONVEY THE SAME MESSAGE, CORRECT?

02:30PM  14   A.   YES, IT'S POSSIBLE.

02:30PM  15   Q.   AND AS WE DISCUSSED EARLIER, PART OF YOUR JOB AT ARISTA WAS

02:30PM  16   TO GIVE THESE PRESENTATIONS TO INDUSTRY CONFERENCES ABOUT

02:30PM  17   ARISTA'S PRODUCTS, CORRECT?

02:30PM  18   A.   THAT'S CORRECT.

02:30PM  19   Q.   AND WHEN YOU PRESENTED AT INDUSTRY CONFERENCES TALKING

02:30PM  20   ABOUT ARISTA PRODUCTS AS A DISTINGUISHED ENGINEER, YOU KNEW IT

02:30PM  21   WAS IMPORTANT TO MAKE SURE THAT YOU WERE PRESENTING ACCURATELY,

02:30PM  22   CORRECT?

02:30PM  23   A.   I LIKE TO BE ACCURATE, YES.

02:30PM  24   Q.   YOU KNOW IT WAS IMPORTANT, CORRECT?

02:30PM  25   A.   SURE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:34PM  1        MR. PAK:  NO, WE ARE STARTING FROM 21 MINUTES INTO

02:34PM  2  THE VIDEO.

02:34PM  3        THE COURT:  WE CAN LISTEN TO 21 MINUTES, I JUST

02:34PM  4  WANTED TO KNOW IF I HEARD YOU RIGHT.

02:34PM  5        MR. PAK:  I WOULDN'T DO THAT TO US.

02:34PM  6     (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:34PM  7  Q.  I WANT TO GO BACK AND PLAY IT ONE MORE TIME, MR. FISHER.

02:34PM  8        AND THEN MR. FISHER, IF WE COULD BACK UP THERE AND IF YOU

02:34PM  9  COULD PAUSE AT THE LAST FRAME.

02:35PM  10       I WANT TO ASK MR. -- SO AGAIN, MR. DALE, THAT WAS YOU?

02:35PM  11  A.  IT'S ME.

02:35PM  12  Q.  OKAY.  AND AT THE TOP IT SAYS EOS INDUSTRY STANDARD CLI,

02:35PM  13  CORRECT?

02:35PM  14  A.  THAT'S RIGHT.

02:35PM  15  Q.  AND THEN ON THE LEFT-HAND SIDE IT SAYS, COMMON CLI TOOLS

02:35PM  16  AND WHAT YOU WROTE IN THIS INDUSTRY PRESENTATION IS ARISTA'S

02:35PM  17  CLI COMMANDS, SAME AS CISCO IOS, THAT'S WHAT YOU WROTE AND

02:35PM  18  PRESENTED, CORRECT?

02:35PM  19  A.  THAT'S WHAT'S IN THAT SLIDE.

02:35PM  20  Q.  AND IF YOU LOOK CAREFULLY SIR AT THE SCREEN, YOU WILL SEE

02:35PM  21  THAT THERE'S A SCREEN OUTPUT; IS THAT CORRECT?

02:35PM  22  A.  THAT'S RIGHT.

02:35PM  23  Q.  AND WHAT YOU ARE ACTUALLY SHOWING IS A SCREEN SNAPSHOT OF

02:35PM  24  AN ARISTA SWITCH RUNNING SOME COMMANDS AND SCREEN OUTPUTS FROM

02:35PM  25  THAT SWITCH; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:39PM  1    FOR EXAMPLE, THAT WOULD BE AT SLIDE -- THE BATES NUMBER 773, IF

02:39PM  2    YOU LOOK AT THE TOP OF THAT IN YOUR BINDER YOU WILL SEE LINCOLN

02:39PM  3    DALE MACBOOK.  DO YOU SEE THAT ENTRY?

02:39PM  4    A.   YEAH, I'M NOT SURE WHAT THE QUESTION IS.

02:39PM  5    Q.   IS THIS A DOCUMENT THAT CAME FROM YOUR FILES?

02:39PM  6    A.   IT LOOKS LIKE IT COULD, SURE.

02:39PM  7          MR. PAK:  AND YOUR HONOR, AT THIS POINT I DON'T THINK

02:39PM  8    THERE'S AN OBJECTION.  I WOULD LIKE TO MOVE THIS DOCUMENT INTO

02:39PM  9    EVIDENCE AS WELL.

02:39PM  10         MR. SILBERT:  NO OBJECTION.

02:39PM  11         THE COURT:  IT WILL BE ADMITTED.

02:39PM  12      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 169, HAVING BEEN

02:39PM  13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:39PM  14   EVIDENCE.)

02:39PM  15   BY MR. PAK:

02:39PM  16   Q.   SO IF WE TAKE A LOOK AT THIS DOCUMENT, IT'S A SIMILAR

02:39PM  17   DOCUMENT, IT'S GOT ARISTA REINVENTING DATA CENTER SWITCHING.

02:39PM  18      IF WE JUMP TO THE PAGE ENDING IN 773.  THIS IS INTERESTING,

02:39PM  19   SO THIS DOCUMENT THAT YOU ALSO CREATED HAS EOS AT THE TOP, BUT

02:39PM  20   INSTEAD OF INDUSTRY STANDARD CLI IT SAYS OPERATIONAL CLI,

02:40PM  21   DOESN'T IT?

02:40PM  22   A.   IT DOES.

02:40PM  23   Q.   AND ON THE BOTTOM AT THE LEFT-HAND SIDE IT SAYS ARISTA CLI

02:40PM  24   COMMANDS SAME AS CISCO IOS, CORRECT?

02:40PM  25   A.   IT DOES, YES.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:45PM 1   Q.   AND HERE YOU RIGHT, HI ARIFF, THAT SOUNDS LIKE AN EXCUSE TO

02:45PM 2   ME.  AMAZON USES JUNIPER'S NET CONF AND ARE HAPPY WITH THAT.

02:45PM 3   BUT ON THE CISCO N7K'S, THAT FRONT END, THE JUNIPER MPLS SIDE

02:46PM 4   OF THINGS, THEY USE CLI OVER SSH, EXPECT AND THAT IS THE PLACE

02:46PM 5   IN THE NETWORK THAT IT WOULD BE APPLICABLE TO, NOT THE MPLS

02:46PM 6   JUNIPER SIDE, CORRECT?

02:46PM 7   A.   SURE, YEAH.

02:46PM 8   Q.   SO WHAT YOU WERE TALKING ABOUT HERE IS A SALES OPPORTUNITY

02:46PM 9   TO AMAZON; IS THAT CORRECT?

02:46PM 10  A.   YEAH.

02:46PM 11  Q.   OKAY.  WHAT YOU WERE SAYING IS THAT AMAZON USES SOME

02:46PM 12  JUNIPER ROUTER EQUIPMENT ON THE BACK END, CORRECT?

02:46PM 13  A.   YEP.

02:46PM 14  Q.   BUT WHAT AMAZON WAS USING WAS CISCO NEXUS 7000 PRODUCTS ON

02:46PM 15  THE FRONT END, CORRECT?

02:46PM 16  A.   THAT'S CORRECT.

02:46PM 17  Q.   SO YOU WERE POINTING OUT THAT WE WERE COMPETING FOR THE

02:46PM 18  OPPORTUNITY TO REPLACE CISCO ON THE FRONT END, CORRECT?

02:46PM 19  A.   YEAH.

02:46PM 20  Q.   AND WHAT YOU SAID IS, "WE WOULD BE A PRACTICAL DROP-IN

02:46PM 21  REPLACEMENT FOR THE CISCO, GIVEN THE 99.999 PERCENT SIMILARITY

02:47PM 22  IN THE CLI."

02:47PM 23      THAT'S WHAT YOU WROTE, CORRECT?

02:47PM 24  A.   THAT'S WHAT I WROTE.

02:47PM 25          MR. PAK:  AT THIS POINT, YOUR HONOR, I WOULD LIKE TO

1033

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:49PM 1    Q.   HAVING WORKED IN THE INDUSTRY FOR MORE THAN 14 YEARS BY THE

02:49PM 2    TIME THAT YOU JOINED ARISTA, DID YOU FEEL THAT YOU NEEDED ANY

02:49PM 3    TRAINING ON HOW TO HANDLE ONE COMPANY'S CONFIDENTIAL

02:49PM 4    INFORMATION?

02:49PM 5    A.   NOT AT ALL, IT'S VERY, VERY STRAIGHTFORWARD.

02:49PM 6    Q.   DURING YOUR TIME AT ARISTA, DID YOU TRY TO PRESERVE THE

02:49PM 7    CONFIDENTIALITY OF THE ANY INFORMATION YOU MIGHT HAVE KNOWN

02:50PM 8    FROM CISCO OR ANY OTHER SOURCE THAT WASN'T ARISTA?

02:50PM 9    A.   ABSOLUTELY, YEAH.

02:50PM 10   Q.   LET'S TALK ABOUT THE TERM INDUSTRY STANDARD THAT MR. PAK

02:50PM 11   DISCUSSED WITH YOU.

02:50PM 12       WHEN DID YOU FIRST HEAR THAT TERM USED TO DESCRIBE THE CLI

02:50PM 13   OF AN ETHERNET SWITCH

02:50PM 14   A.   IT WOULD HAVE BEEN IN MY TIME AT CISCO.

02:50PM 15   Q.   AND IN WHAT CONTEXT AT CISCO DID YOU HEAR -- LET'S BACK UP.

02:50PM 16   WHO WAS IT THAT YOU HEARD DURING YOUR YEARS AT CISCO, USE THE

02:50PM 17   TERM INDUSTRY STANDARD TO DESCRIBE AN ETHERNET SWITCH CLI?

02:50PM 18   A.   I THINK I EVEN WROTE IN DOCUMENTS MYSELF THAT USED THAT

02:50PM 19   TERMINOLOGY.

02:50PM 20   Q.   WHILE YOU WERE A CISCO EMPLOYEE?

02:50PM 21   A.   WHILE I WAS AT CISCO, YEAH.

02:50PM 22   Q.   AND DID YOU ALSO HEAR OTHERS AT CISCO USE THE TERM INDUSTRY

02:50PM 23   STANDARD TO REFER TO A CISCO CLI FOR AN ETHERNET SWITCH?

02:50PM 24   A.   YEAH.

02:51PM 25   Q.   AND WHEN YOU USED THE TERM INDUSTRY STANDARD WITH RESPECT

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:51PM   1    TO THE CLI, WHAT DID YOU MEAN BY IT?

02:51PM   2    A.   IT'S A STANDARD THAT EVERYONE IN THE INDUSTRY UNDERSTANDS.

02:51PM   3    Q.   OKAY.  WHILE YOU WERE AT CISCO, DID YOU KNOW THAT OTHER

02:51PM   4    SWITCH VENDORS HAD CLI'S THAT WERE SIMILAR TO CISCO'S?

02:51PM   5    A.   I DID, YES.

02:51PM   6    Q.   HOW DID YOU LEARN THAT FACT?

02:51PM   7    A.   CERTAINLY TALKING TO CUSTOMERS, TALKING TO ENGINEERS.

02:51PM   8    USING DEVICES WHEN DOING TESTING FOR INTEROPERABILITY.

02:51PM   9    Q.   DURING THE 14 OR SO YEARS THAT YOU WERE AT CISCO, DID

02:51PM  10    ANYONE EVER SUGGEST TO YOU THAT THERE WAS ANYTHING IMPROPER

02:51PM  11    ABOUT OTHER SWITCH VENDORS HAVING CLI'S THAT WERE SIMILAR TO

02:51PM  12    CISCO'S CLI?

02:51PM  13    A.   NOT TO MY KNOWLEDGE, NO.

02:51PM  14    Q.   DURING THE SEVERAL YEARS THAT YOU WERE AT ARISTA BEFORE

02:52PM  15    THIS LAWSUIT WAS FILED, DID ANYONE EVER SUGGEST TO YOU THAT

02:52PM  16    THERE WAS ANYTHING IMPROPER ABOUT ANOTHER SWITCH VENDOR USING

02:52PM  17    THE SAME CLI COMMANDS THAT CISCO USED?

02:52PM  18    A.   NO, I DON'T BELIEVE SO.

02:52PM  19    Q.   WHILE YOU WERE WORKING AT ARISTA, DID YOU THINK THAT HAVING

02:52PM  20    ARISTA SWITCHES RECOGNIZE THE SAME CLI COMMANDS THAT CISCO

02:52PM  21    SWITCHES RECOGNIZE WAS SOMETHING YOU HAD TO HIDE IN ANY WAY?

02:52PM  22    A.   NOT AT ALL, NO.

02:52PM  23    Q.   DID YOU TRY TO HIDE THAT FACT?

02:52PM  24    A.   I DON'T THINK WE DID.

02:52PM  25    Q.   OKAY.  LET'S TALK ABOUT THE PRESENTATION THAT THE VIDEO WAS

12:20:04

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                    )
                    PLAINTIFF,       )  SAN JOSE, CALIFORNIA
7                                    )
            VS.                      )  DECEMBER 1, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )  VOLUME 6
9                                    )
                    DEFENDANT        )  PAGES 1115-1309
10   _____  )

11                  TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:    QUINN, EMANUEL, URQUHART & SULLIVAN
                           BY:  DAVID A. NELSON
15                         500 WEST MADISON STREET, SUITE 2450
                           CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:
                           BY:  SEAN PAK
18                         50 CALIFORNIA STREET, 22ND FLOOR
                           SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

03:16:22  1     PRONOUNCE THE LETTERS, IT'S NOT A REAL WORD.

03:16:25  2          BUT IT'S VERY COMMON FOR ENGINEERS TO TALK ABOUT ACL'S.

03:16:31  3     AFTER A WHILE, THEY USE ENOUGH OF THESE, IT STARTS TO SOUND

03:16:35  4     LIKE A FOREIGN LANGUAGE, BUT IT DOES MAKE SENSE TO THE

03:16:37  5     ENGINEERS WHO SEE THESE COMMANDS.

03:16:39  6     Q.   AND ACL, WHAT DOES THAT STAND FOR?

03:16:42  7     A.   ACCESS CONTROL LISTS, ACL.

03:16:44  8     Q.   NOW IF WE MOVE FORWARD, IN TERMS OF YOUR ANALYSIS, DID YOU

03:16:51  9     DECIDE WHETHER THE ARRANGEMENT PLAYS INTO THE CREATIVITY PART?

03:16:54 10     A.   I DO.  OR I DID.  AND IT DOES PLAY A ROLE.

03:17:03 11          IN FACT, IF YOU REMEMBER TO JUST TWO MINUTES AGO WHERE I

03:17:07 12     TALKED ABOUT THE PARSER-POLICE MANIFESTO THAT BOX NUMBER ONE

03:17:11 13     WAS ABOUT EXTENSIBLE.  AND PART OF THAT HAS TO DO WITH THE WORD

03:17:15 14     ORDER THAT YOU CAN USE.

03:17:16 15          AND SO YOU CAN USE SOMETHING LIKE SHOW IP ACCESS LISTS,

03:17:22 16     AGAIN IS OUR EXAMPLE.  AND REALLY YOU CAN ORGANIZE THOSE IN ANY

03:17:26 17     WAY.

03:17:27 18          AND ONE ENGINEER MIGHT SAY THE EMPHASIS HERE IS ON

03:17:30 19     DISPLAYING INFORMATION.  ANOTHER ONE MIGHT SAY, WELL THE

03:17:33 20     EMPHASIS REALLY IS ON ACCESS LISTS, SOY I COULD CREATE A

03:17:38 21     HIERARCHY CALLED ACCESS LISTS, I COULD IDENTIFY WHAT THE

03:17:42 22     PROTOCOL IS NEXT, IP OR OTHER KINDS OF ACCESS LISTS, AND THEN A

03:17:46 23     VERB TO SHOW WHAT THE CONFIGURATION IS, CONFIG TO CONFIGURE

03:17:52 24     THEM.

03:17:53 25          SO THE WORD CHOICE AND THE ORDERING HERE IS SOMETHING

03:17:56  1    THAT'S A -- I'M SORRY, THE WORD ORDER IS A CREATIVE ENDEAVOR.

03:18:00  2    Q.   SO THEN IN TERMS OF THE ARRANGEMENT OF THE WORDS, HOW DOES

03:18:05  3    THAT PLAY INTO THE ORGANIZATION OF THESE MULTIWORD COMMANDS?

03:18:09  4    A.   SURE.  ON THIS DEMONSTRATIVE, IT'S BACK TO THE

03:18:12  5    REPRESENTATION OF SHOW IP ACCESS LISTS BECAUSE "SHOW" IS FIRST,

03:18:20  6    IT GOES INTO THE "SHOW HIERARCHY."

03:18:24  7        THE NEXT DEMONSTRATIVE SHOWS YOU COULD HAVE ACTUALLY PUT

03:18:26  8    IT INTO A DIFFERENT HIERARCHY.  YOU COULD HAVE PUT IT INTO THE

03:18:30  9    IP HIERARCHY SO THEN THE COMMAND WOULD BE IP SHOW ACCESS LIST.

03:18:34  10       EITHER WOULD BE POSSIBLE.  EITHER WOULD BE AN OPTION.

03:18:37  11   THERE'S NO CONSTRAINT OR LIMITATION THAT IT'S ONE VERSUS THE

03:18:40  12   OTHER.

03:18:41  13       AND SO THE FACT THAT WE HAVE IT NOW, WAS BASED ON A

03:18:47  14   CREATIVE CHOICE BY THE ENGINEER WHO DEVELOPED IT AT THAT TIME.

03:18:52  15   Q.   NOW BASED UPON YOUR REVIEW IN THIS CASE, DID YOU BECOME

03:18:55  16   FAMILIAR WITH SOME OF THE CONSIDERATIONS FOR DECIDING TO

03:18:59  17   STRUCTURE A COMMAND ONE WAY VERSUS ANOTHER WAY?

03:19:02  18   A.   YES.

03:19:02  19   Q.   AND CAN YOU EXPLAIN TO US WHAT THAT IS?

03:19:05  20   A.   SURE.

03:19:06  21       SO FIRST OF ALL, THERE ARE LOTS OF DIFFERENT

03:19:08  22   CONSIDERATIONS AND SOME PEOPLE WILL CONSIDER DIFFERENT

03:19:12  23   CONSIDERATIONS DIFFERENTLY.

03:19:14  24       I THINK THE ONE THAT I'VE HIGHLIGHTED SO FAR IS THE USE OF

03:19:18  25   THE HYPHEN, SOME PEOPLE SAY IT'S GOOD, SOME PEOPLE SAY IT'S

ALMEROTH DIRECT EXAMINATION BY MR. NELSON          1235

03:19:21   1    BAD.  THE MANIFESTO SAID NOT TO USE HYPHENS.

03:19:29   2          BUT IF YOU GO BACK TO SLIDE 11, FOR EXAMPLE, THE FIGURE

03:19:35   3    THAT DISPLAYED ALL THE COMMANDS, THE 506 AT ISSUE, THERE'S LOTS

03:19:40   4    OF COMMANDS THAT HAVE HYPHENS.

03:19:42   5          SO IN SOME INSTANCES IT'S A DESIGN CONSIDERATION WHETHER

03:19:45   6    TOO USE A HYPHEN OR NOT.  IT'S A CONSIDERATION WHETHER TO USE

03:19:50   7    ONE WORD VERSUS ANOTHER OR NOT.

03:19:52   8          IN SOME CASES THE RECOMMENDATIONS AS DESCRIBED IN THE

03:19:57   9    MANIFESTO ARE ADHERED TO, SOMETIMES THERE'S EXCEPTIONS, BUT

03:20:03   10   ULTIMATELY WHAT YOU HOPE TO HAVE IS A CONSISTENT MEMORABLE

03:20:07   11   COMMAND-LINE INTERFACE INSTEAD OF MULTIWORD COMMANDS.

03:20:11   12   Q.   IF WE COULD GO TO SLIDE 26, MR. FISHER.

03:20:15   13         SO NOW I WANT TO TALK ABOUT THE COMMAND OUTPUTS THAT YOU

03:20:19   14   DESCRIBED A BIT AGO AND TALK ABOUT YOUR ANALYSIS OF THE CREDIT

03:20:24   15   ACTIVITY THERE, OKAY.

03:20:25   16   A.   CERTAINLY.

03:20:27   17   Q.   SO WHAT DID YOU DO TO DO THAT ANALYSIS?

03:20:31   18   A.   SO FOR THE SCREEN OUTPUTS, WHAT I WAS ABLE TO DO WAS ALSO

03:20:35   19   LOOK AT THE USER MANUALS, LOOK AT THE SAME KINDS OF E-MAIL

03:20:38   20   EXCHANGES WHERE THERE WERE DISCUSSIONS ABOUT WHAT SOME OF THE

03:20:43   21   OUTPUTS SHOULD BE, THE SAME KINDS OF MATERIALS THAT I HAD

03:20:48   22   DISCUSSED PREVIOUSLY THAT I HAD CONSIDERED AS PART OF THIS

03:20:50   23   QUESTION.

03:20:51   24   Q.   AND SO YOU TALKED ABOUT THIS EXAMPLE BEFORE WHERE YOU TYPE

03:20:57   25   IN A COMMAND AND THEN YOU GET AN OUTPUT BACK.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1236

03:21:00  1          CAN YOU EXPLAIN TO US WHAT YOU BELIEVE TO BE THE

03:21:06  2    CREATIVITY IN THE OUTPUT?

03:21:08  3    A.   SURE.  THE CREATIVITY HERE, IF YOU CAN SEE THE WORDS ON

03:21:13  4    THE SCREEN HERE, THERE REALLY IS A LOT OF VARIABILITY IN HOW

03:21:19  5    YOU CAN ORGANIZE THIS INFORMATION.  THIS IS FOR THE COMMAND

03:21:23  6    "SHOW SPANNING-TREE," AND IT PROVIDES SOME INFORMATION ABOUT

03:21:28  7    WHAT PROTOCOL IS ENABLED.

03:21:31  8          AND THEN THERE ARE DIFFERENT FIELDS, AND THEN AFTER THE

03:21:33  9    FIELDS ARE INFORMATION ABOUT THE STATUS OF THE ROUTER.

03:21:37 10          NOW THE FIELDS THEMSELVES AND THE NAMES OF THE FIELDS

03:21:41 11    DON'T CHANGE FROM ONE INSTANCE TO THE NEXT IF YOU WERE

03:21:51 12    EXECUTING THESE COMMANDS ON AN OPERATING ROUTER, BUT THE VALUES

03:21:54 13    THAT GO INTO THOSE FIELDS.

03:21:56 14          NOW IN AND INSTANCE THE VALUES HAVE THE SAME UNITS.  IT

03:22:00 15    MIGHT MEGABITS PER SECOND IN THE COUNTER OF PACKETS THAT WERE

03:22:03 16    LOST.

03:22:03 17          SO ALL OF THE INFORMATION THAT'S DISPLAYED CAN BE REALLY

03:22:06 18    ORGANIZED IN ANY FASHION.  YOU COULD DO IT IN TABLES, YOU COULD

03:22:09 19    DO IT IN LINES.  THERE REALLY IS A LOT OF CREATIVITY INVOLVED

03:22:13 20    IN DECIDING AND ORGANIZING THE INFORMATION HERE.

03:22:18 21    Q.   NOW IN CONNECTION WITH YOUR ANALYSIS OF THE OUTPUTS, DID

03:22:21 22    YOU DETERMINE WHETHER THERE WERE ANY SIGNIFICANT CONSTRAINTS ON

03:22:25 23    HOW YOU COULD CONSTRUCT THESE OUTPUTS?

03:22:27 24    A.   I DID.  AND THERE REALLY AREN'T.  YOU CAN INCLUDE ANY

03:22:33 25    INFORMATION, YOU CAN ORGANIZE IT IN ANY WAY.

03:22:37    1        THERE MIGHT BE CONSTRAINTS LIKE YOU HAVE TO USE ENGLISH OR

03:22:41    2    SOMETHING LIKE THAT, BUT THAT'S NOT REALLY A SIGNIFICANT

03:22:44    3    CONSTRAINT THAT IMPINGES ON THE ABILITY OF THE PERSON DESIGNING

03:22:49    4    THIS OUTPUT TO EXERCISE CREATIVITY IN WHAT THOSE CHOICES MIGHT

03:22:57    5    BE.

03:22:57    6    Q.   NOW I WANT TO GO FORWARD TO THE HELP DESCRIPTIONS.  YOU

03:23:00    7    DESCRIBED THOSE FOR US.

03:23:02    8        WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:23:07    9    HELP DESCRIPTIONS AND THE CREATIVITY THERE.

03:23:10   10    A.   THE ANALYSIS AGAIN, WAS VERY SIMILAR, I CAN LOOK AT THE

03:23:14   11    USER MANUALS.

03:23:15   12        I CAN LOOK AT THE SWITCHES THEMSELVES IN SOME INSTANCES.

03:23:21   13    AND I CAN LOOK AT THE HELP DESCRIPTIONS THAT ARE EXPECTED TO BE

03:23:24   14    PRODUCED ON THE SWITCHES WHEN THEY'RE RUNNING THE OPERATING

03:23:29   15    SYSTEM.

03:23:30   16        AND SO THERE'S AN ANIMATION HERE THAT SHOWS FOR THE

03:23:33   17    COMMAND "SNMP-SERVER HOST VERSION?"  AND THEN IT RETURNS THE

03:23:40   18    RESPONSE, "SNMP VERSION TO USE FOR NOTIFICATION MESSAGES."

03:23:46   19        AND MY UNDERSTANDING OF THE PROCESS BY WHICH THOSE ARE

03:23:50   20    CREATED IS CREATIVE.  THERE AREN'T REALLY CONSTRAINTS ON WHAT

03:23:56   21    THE USER OR THE PERSON DESIGNING THOSE COMMANDS IS ALLOWED TO

03:24:00   22    INCLUDE IN TERMS OF THE HELP INFORMATION.

03:24:03   23    Q.   NOW I WANT TO MOVE FORWARD TO THE NEXT ELEMENT OF THE USER

03:24:10   24    INTERFACE THAT YOU DESCRIBED WHICH IS THE MODES AND PROMPTS AND

03:24:14   25    THE ARRANGEMENT OF THE MODES AND PROMPTS?

03:24:16   1     A.   YES.

03:24:17   2     Q.   WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:24:20   3     CREATIVITY THERE?

03:24:20   4     A.   IT'S A SIMILAR KIND OF METHODOLOGY.  I LOOKED AT WHAT THE

03:24:25   5     DOCUMENTS WOULD SAY ABOUT MODES AND PROMPTS AND ALSO WHAT THE

03:24:30   6     DOCUMENTS SAY ABOUT THE PROCESS BY WHICH THESE WERE DESIGNED.

03:24:35   7     I REVIEWED DEPOSITION TESTIMONY.  I BELIEVE MR. LOUGHEED

03:24:38   8     TESTIFIED ABOUT THIS ON MONDAY.

03:24:43   9          AND SO THE IDEA THAT YOU HAVE THE EXECUTIVE, THE EXEC

03:24:50  10     INTERFACE AND THEN THE PRIVILEGE AND THEN THE GLOBAL

03:24:53  11     CONFIGURATION AND THEN THE INTERFACE CONFIGURATION MODES AND

03:24:57  12     THEN THE CORRESPONDING PROMPTS, THERE'S OTHER WAYS THAT THAT

03:25:01  13     COULD HAVE BEEN ORGANIZED, OTHER NAMES THAT COULD HAVE BEEN

03:25:05  14     USED, AND SO IT'S CLEAR THAT THERE WAS A CREATIVE PROCESS IN

03:25:12  15     THE MODES AND PROMPTS AS WELL.

03:25:13  16     Q.   IN CONNECTION WITH YOUR ANALYSIS OF THE CASE, HAD YOU SEEN

03:25:19  17     ANYTHING TO INDICATE THAT SOMEBODY ELSE BEFORE CISCO HAD THE

03:25:21  18     ARRANGEMENT THAT YOU JUST DESCRIBED OF MODES AND PROMPTS?

03:25:25  19     A.   NO, NOT THOSE FOUR MODES AND PROMPTS THAT ARE AT ISSUE

03:25:28  20     HERE.

03:25:29  21     Q.   NOW JUST SO I UNDERSTAND, SO IS IT POSSIBLE, CAN YOU JUST

03:25:35  22     JUMP FROM THE TOP LEVEL MODE ALL THE WAY DOWN TO THE INTERFACE

03:25:43  23     MODE?

03:25:43  24     A.   NO AS PART OF THE STRUCTURE OF THE MODES AND PROMPTS, THEY

03:25:45  25     ARE NESTED, MEANING YOU HAVE TO BE IN THE FIRST MODE, THE EXEC

03:25:52   1        MODE, AND FROM THERE YOU CAN ONLY GET TO THE PRIVILEGED MODE.

03:25:56   2            THEN ONCE YOU ARE IN THE PRIVILEGED MODE, YOU HAVE TO GO

03:25:58   3        TO THE GLOBAL CONFIGURATION AND THEN TO THE INTERFACE

03:26:01   4        CONFIGURATION MODE.

03:26:01   5            SO THEY ARE NESTED THAT WAY.  AND THAT WAS A CREATIVE

03:26:06   6        DECISION.  THEY DIDN'T HAVE TO BE NESTED, YOU COULD GO TO ANY

03:26:10   7        MODE AS AN ALTERNATIVE.

03:26:11   8            AND SO THAT WAS SOMETHING THAT WAS DESIGNED AND SPECIFIED

03:26:15   9        THAT WAY ON PURPOSE.

03:26:17   10       Q.   NOW, I WANT TO GO FORWARD TO SLIDE 29, PLEASE, AND TALK

03:26:27   11       ABOUT THE USER MANUALS; DO YOU SEE THAT?

03:26:29   12       A.   YES.

03:26:30   13       Q.   NOW, IN YOUR -- WHAT DID YOU DO FOR YOUR ANALYSIS OF THE

03:26:35   14       POTENTIAL CREATIVITY OF THE USER MANUALS?

03:26:36   15       A.   HERE AGAIN, I RELIED ON SIMILAR KINDS OF INFORMATION.

03:26:41   16       CLEARLY WHEN YOU HAVE A MULTI HUNDRED PAGE MANUAL THAT'S

03:26:44   17       ESSENTIALLY LIKE A BOOK, THERE'S ALL SORTS OF WAYS IN WHICH THE

03:26:48   18       INFORMATION CAN BE ORGANIZED WITHIN THAT MANUAL, WHAT THE

03:26:53   19       INFORMATION SAYS EXACTLY, THE WORD CHOICES THAT ARE USED TO

03:26:57   20       DESCRIBE ASPECTS OF THE SWITCH OR ROUTER.

03:27:01   21           IT REALLY IS ON PAR WITH A BOOK.  AND YOUR ABILITY TO PUT

03:27:08   22       INTO INFORMATION IN THAT MANUAL THAT YOU WANT.

03:27:10   23       Q.   SO THEN IN TERMS OF THE FOUR ELEMENTS OF THE USER

03:27:14   24       INTERFACE, LET'S TAKE THAT, THOSE FIRST.  DID YOU REACH ANY

03:27:18   25       CONCLUSION AS TO THE ORIGINALITY AND CREATIVITY OF THOSE

03:27:23  1    ELEMENTS?

03:27:23  2    A.   YES.  FOR THE USER INTERFACE, THAT INCLUDED THE FOUR

03:27:27  3    COMPONENTS, THE MULTIWORD COMMANDS, THE OUTPUTS, THE HELP

03:27:32  4    DESCRIPTIONS, THE MODES AND PROMPTS, AND THAT WAS THE USER

03:27:36  5    INTERFACE FOR EACH OF IOS, IOS XR, IOS XE, AND NX-OS, I HAD

03:27:43  6    FOUND THAT THERE WAS CREATIVITY IN THE WAY THAT ALL FOUR OF

03:27:49  7    THOSE COMPONENTS WERE DETERMINED.

03:27:51  8    Q.   AND DID YOU ANALYZE, IN TERMS OF WHAT WE JUST WALKED

03:27:55  9    THROUGH IN DESCRIBING YOUR ANALYSIS, DID YOU DO THAT FOR EACH

03:27:58  10   OF THE USER INTERFACES AT ISSUE IN THIS CASE?

03:28:00  11   A.   YES, I DID.

03:28:02  12   Q.   AND THEN WITH RESPECT TO THE USER DOCUMENTATION, THE

03:28:07  13   MANUALS THAT ARE AT ISSUE THEMSELVES, DID YOU REACH A

03:28:10  14   CONCLUSION ABOUT THE ORIGINALITY AND CREATIVITY THERE?

03:28:13  15   A.   YES, I DID.

03:28:14  16        FOR THE USER MANUALS THAT HAVE BEEN IDENTIFIED, I ALSO

03:28:18  17   DETERMINED THAT THEY WERE -- THE PROCESS BY WHICH THEY WERE

03:28:25  18   DEVELOPED WAS A CREATIVE PROCESS AND THAT ULTIMATELY THE

03:28:31  19   PRODUCTS THEMSELVES WERE CREATED.

03:28:33  20   Q.   AND WAS THAT TRUE WITH RESPECT TO ALL THE MANUALS THAT YOU

03:28:35  21   LOOKED AT?

03:28:36  22   A.   YES, IT IS.

03:28:37  23   Q.   NOW, I WANT TO GO FORWARD TO SLIDE 32, MR. FISHER.  THANK

03:28:45  24   YOU, SIR.

03:28:46  25        SO LET'S TALK ABOUT WHAT YOU DESCRIBED AS THE SECOND

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3      SAN JOSE DIVISION

4

5

CISCO SYSTEMS, INC.,               )   CV-14-5344-BLF
6                                   )
                   PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                   )
             VS.                    )   DECEMBER 2, 2016
8                                   )
ARISTA NETWORKS, INC.,             )   VOLUME 7
9                                   )
                   DEFENDANT        )   PAGES 1310-1588
10    _____ )

11              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13    A P P E A R A N C E S:

14    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  DAVID A. NELSON
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23    OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

11:02:35   1              THE COURT:  WELL, I'M GOING TO HOLD HIM TO HIS REPORT

11:02:37   2    AT THAT LEVEL.  OKAY.  THE OBJECTION IS OVERRULED.

11:02:58   3         (SIDEBAR CONFERENCE CONCLUDED.)

11:02:58   4              MR. NELSON:  MAY I PROCEED, YOUR HONOR?

11:03:01   5              THE COURT:  YES, YOU MAY.

11:03:02   6    BY MR. NELSON:

11:03:03   7    Q.   SO, DR. ALMEROTH, I'M TALKING ABOUT THESE IOS XR HELP

11:03:06   8    DESCRIPTIONS, FOR -- YOU ANALYZED OTHER VERSIONS OF EOS IN THIS

11:03:10   9    CASE; RIGHT?

11:03:10  10    A.   I DID.

11:03:11  11    Q.   AND DID YOU CONFIRM THAT THE OPERATION WAS SUBSTANTIALLY

11:03:15  12    THE SAME, IF NOT IDENTICAL, WITH RESPECT TO THOSE OTHER

11:03:18  13    VERSIONS?

11:03:18  14    A.   THAT'S CORRECT.

11:03:19  15    Q.   AND DID DR. BLACK HAVE A REBUTTAL REPORT AND ATTEMPT TO --

11:03:25  16    OR EXCUSE ME, OPPORTUNITY IS THE WORD I WAS LOOKING FOR TO

11:03:33  17    RESPOND TO YOUR ALLEGATIONS REGARDING THE HELP DESCRIPTIONS?

11:03:35  18    A.   HE DID HAVE AN OPPORTUNITY.

11:03:36  19    Q.   DID HE EVER SAY THAT YOUR STATEMENT ABOUT THE OPERATION

11:03:39  20    BEING THE SAME IN OTHER VERSIONS WAS WRONG?

11:03:43  21    A.   NO, HE DID NOT.

11:03:44  22    Q.   OKAY.  THANK YOU.

11:03:46  23         SO NOW I WOULD LIKE TO TURN TO ANOTHER EXHIBIT THAT WE

11:03:51  24    TALKED ABOUT YESTERDAY.  THE FIRST ONE BEING EXHIBIT 4822.

11:04:03  25    A.   I HAVE IT HERE.

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5

    CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
 6                                    )
                    PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 7                                    )
                 VS.                  )  DECEMBER 5, 2016
 8                                    )
    ARISTA NETWORKS, INC.,            )  VOLUME 8
 9                                    )
                    DEFENDANT         )  PAGES 1589-1878
10   _____ )

11                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  DAVID A. NELSON
15                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
18                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22             APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

01:39:34    1        YOUR HONOR.

01:39:35    2                    THE COURT:  ANY OBJECTION?

01:39:36    3                    MR. DESMARAIS:  NO, YOUR HONOR.

01:39:37    4                    THE COURT:  OKAY.  IT WILL BE ADMITTED.

01:39:38    5        (DEFENDANT'S EXHIBIT 5454 WAS ADMITTED INTO EVIDENCE.)

01:39:38    6        BY MR. VAN NEST:

01:39:39    7        Q.   OKAY.  LET'S TAKE A LOOK AT THIS.  THIS IS ANOTHER DATA

01:39:41    8        SHEET THAT CISCO PUBLISHED IN 2012; RIGHT?

01:39:46    9        A.   THAT IS CORRECT.

01:39:47   10        Q.   AND THE NX-OS NETWORKING SOFTWARE, THAT'S THE SOFTWARE

01:39:50   11        THAT RUNS INSIDE THE NEXUS PRODUCTS YOU TALKED ABOUT THIS

01:39:54   12        MORNING, CORRECT?

01:39:55   13        A.   YES, IT IS, IT'S ONE OF THEM.

01:39:57   14        Q.   OKAY.  AND COULD WE HIGHLIGHT THERE THE SECOND MIDDLE

01:40:00   15        COLUMN DOWN NEAR THE BOTTOM.

01:40:03   16             THIS ONE SAYS, "FURTHERMORE, CISCO NX-OS OFFERS THE SAME

01:40:08   17        INDUSTRY STANDARD COMMAND LINE ENVIRONMENT THAT WAS PIONEERED

01:40:12   18        IN CISCO IOS SOFTWARE MAKING THE TRANSITION FROM CISCO IOS

01:40:17   19        SOFTWARE TO CISCO NX-OS SOFTWARE EASY."

01:40:20   20             THAT'S WHAT IT SAYS, CORRECT?

01:40:21   21        A.   THAT'S WHAT IT SAYS.

01:40:22   22        Q.   AND IT USES THAT SAME PHRASE WE SAW BEFORE, INDUSTRY

01:40:27   23        STANDARD COMMAND LINE ENVIRONMENT; RIGHT?

01:40:28   24        A.   YES, IT DOES.

01:40:29   25        Q.   AND THERE ARE DOZENS AND DOZENS OF THESE DATA SHEETS THAT

02:39:23  1        WE WILL MARK IT, YOUR HONOR, AS DEMONSTRATIVE 9075, AND

02:39:27  2   MR. SILBERT CAN WRITE THAT ON THERE.

02:39:29  3        THE COURT:  THANK YOU.

02:39:30  4   (DEFENDANT'S EXHIBIT 9075 WAS MARKED FOR IDENTIFICATION.)

02:39:32  5                        **CROSS-EXAMINATION**

02:39:32  6   BY MR. PAK:

02:39:51  7   Q.   GOOD TO SEE YOU AGAIN, MR. DUDA.

02:39:52  8   A.   GOOD TO SEE YOU.

02:39:53  9   Q.   NOW FIRST OF ALL, YOU STILL STAND BY ALL OF THE TESTIMONY

02:39:56 10   THAT YOU HAVE GIVEN IN THIS TRIAL, CORRECT?

02:39:59 11   A.   YES, OF COURSE.

02:40:00 12   Q.   AND YOU STILL STAND BY YOUR TESTIMONY THAT ARISTA COPIED

02:40:04 13   SOME OF CISCO'S CLI COMMANDS FROM CISCO'S SOURCES AND PUT IT

02:40:09 14   INTO ARISTA PRODUCTS, CORRECT?

02:40:10 15   A.   THAT'S RIGHT.

02:40:11 16   Q.   AND YOU STILL STAND BY YOUR TESTIMONY THAT ARISTA DECIDED

02:40:15 17   TO EMBRACE CISCO IOS CLI AS THE MODEL FOR ARISTA'S CLI, TRUE?

02:40:22 18   A.   THAT'S RIGHT.

02:40:23 19   Q.   AND ISN'T IT ALSO TRUE THAT WHEN IT CAME TO COPYING

02:40:27 20   CISCO'S CLI AND PUTTING IT INTO ARISTA SWITCHES, YOU AND OTHERS

02:40:32 21   AT ARISTA MADE THE DECISION NOT TO INNOVATE; ISN'T THAT TRUE?

02:40:35 22   A.   WELL, WE DIDN'T COPY THE WHOLE CLI OR ANYTHING CLOSE.  AND

02:40:40 23   WE INNOVATED IN MANY WAYS IN OUR CLI.

02:40:43 24   Q.   ISN'T IT TRUE, SIR, THAT YOU HAVE SAID IN DOCUMENTS, THAT

02:40:48 25   WHEN IT CAME TO COPYING CISCO'S CLI, THERE IS NO NEED TO

03:45:53  1    Q.   AND THEN FOR THE DELL SWITCH, AT LEAST FOR THE

03:45:57  2    POWERCONNECT 8024 IT SAYS, NOT CONSISTENT WITH IOS; RIGHT?

03:46:01  3    A.   YES.

03:46:02  4    Q.   SO JUST A FEW MORE QUESTIONS FOR YOU, SIR.

03:46:06  5         SO YOU CAN PUT 6095 ASIDE.  SO YOU ARE NOT AWARE OF ANY

03:46:21  6    ANALYSIS AT ARISTA OF OTHER EQUIPMENT VENDORS AND HOW OFTEN

03:46:25  7    THEY USE ANY PARTICULAR CLI COMMAND; ISN'T THAT RIGHT?

03:46:28  8    A.   NO, I'M NOT AWARE.

03:46:30  9    Q.   AND YOU WERE THE FIFTH EMPLOYEE, I THINK YOU SAID AT

03:46:33  10   ARISTA; IS THAT RIGHT?

03:46:35  11   A.   SOMETHING LIKE THAT.

03:46:36  12   Q.   OKAY.  SO I WANT TO TALK TO YOU A BIT ABOUT THE STANDARDS.

03:46:43  13   YOU TALKED ABOUT THE ITEF; DO YOU RECALL THAT?

03:46:47  14   A.   CORRECT.

03:46:47  15   Q.   AND YOU HAD, YOU SHOWED US AN EXAMPLE OF AN RFC THAT YOU

03:46:51  16   SUBMITTED; RIGHT?

03:46:52  17   A.   YES.

03:46:53  18   Q.   AND THE ITEF, THAT GENERALLY CONCERNS LIKE PROTOCOLS AND

03:46:57  19   THINGS LIKE THAT; RIGHT?

03:47:02  20   A.   AMONG OTHER THINGS, YES.

03:47:03  21   Q.   IN OTHER WORDS HOW THE DATA MIGHT BE FORMATTED TO PASS IT

03:47:06  22   BACK AND FORTH BETWEEN EQUIPMENT, THINGS LIKE THAT?

03:47:09  23   A.   THINGS LIKE THAT.

03:47:10  24   Q.   BUT YOU'RE NOT AWARE OF ANY STANDARDS SETTING ORGANIZATION

03:47:14  25   THAT HAS STANDARDIZED WHAT A COMMAND-LINE INTERFACE WOULD BE;

03:47:20  1    RIGHT?

03:47:20  2    A.   NO, I'M NOT.

03:47:21  3    Q.   AND THIS ITEF, OF WHICH YOU ARE A MEMBER I TAKE IT; RIGHT?

03:47:28  4    A.   MEMBER SHIP ISN'T REALLY AN EVENT WITH THE ITEF, YOU

03:47:32  5    BECOME A MEMBER BY GOING.

03:47:33  6    Q.   SO YOU GO TO THE MEETINGS?

03:47:35  7    A.   WELL, I DON'T THINK I HAVE BEEN SINCE 2005.

03:47:38  8    Q.   OKAY.  YOU WENT TO SOME OF THE MEETINGS?

03:47:41  9    A.   I DID.

03:47:41  10   Q.   BUT YOU'RE NOT AWARE OF ANY STANDARDS THAT THE ITEF HAS

03:47:45  11   ISSUED CONCERNING COMMAND-LINE INTERFACES; RIGHT?

03:47:47  12   A.   NO, I'M NOT AWARE OF ANY.

03:47:49  13   Q.   NOW, YOU'RE AWARE THAT JUNIPER HAS A CLI THAT'S PRETTY

03:47:56  14   DIFFERENT FROM ARISTA'S CLI; RIGHT?

03:47:59  15   A.   IT'S DIFFERENT IN SOME NOTABLE WAYS.

03:48:04  16   Q.   DIFFERENT IN SOME IMPORTANT WAYS, CORRECT?

03:48:06  17   A.   I THINK IT'S DIFFERENT IN NOTABLE WAYS, YES.

03:48:11  18   Q.   ARE YOU DRAWING A DISTINCTION BETWEEN NOTABLE AND

03:48:14  19   IMPORTANT?

03:48:15  20   A.   IT'S NOTABLY DIFFERENT, I'M NOT SURE WHAT THE MEASURE OF

03:48:19  21   IMPORTANCE IS.

03:48:20  22   Q.   I'M JUST GOING BY WHAT YOU INSIDE YOUR DEPO, I JUST WANT

03:48:24  23   TO KNOW IF YOU'RE MAKING A DISTINCTION BETWEEN NOTABLE AND

03:48:27  24   IMPORTANT?

03:48:27  25        MR. FERRALL:  OBJECTION, YOUR HONOR.  THIS LINE IS

09:23:12

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

    CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
6                                     )
                    PLAINTIFF,        )   SAN JOSE, CALIFORNIA
7                                     )
               VS.                    )   DECEMBER 6, 2016
8                                     )
    ARISTA NETWORKS, INC.,            )   VOLUME 9
9                                     )
                    DEFENDANT         )   PAGES 1879-2157
10  _____ )

11              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE BETH LABSON FREEMAN
12            UNITED STATES DISTRICT JUDGE

13  A P P E A R A N C E S:

14  FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  DAVID A. NELSON
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17  FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22          APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

ULLAL DIRECT EXAM BY MR. VAN NEST                              1945

10:55:43  1    WAS NO SECRET.  WE SPOKE ABOUT IT EVERY OPPORTUNITY WE GOT,

10:55:49  2    EVERY TIME WE TALKED, WE TOLD THEM WHERE WE DIFFERENTIATED AND

10:55:52  3    WHERE WE COMMUNICATED LIKE OTHERS.

10:55:54  4    Q.   SO WAS THIS STATEMENT ANYTHING NEW THAT YOU HADN'T SAID

10:55:57  5    BEFORE?

10:55:57  6    A.   NO, I WAS JUST MAKING A POINT THAT THERE'S NO INVENTION IN

10:56:01  7    THE STANDARD LANGUAGE OF NETWORKING, WHICH IS CLI, AND WE WERE

10:56:06  8    ADOPTING THE SAME.

10:56:06  9    Q.   AND WHAT DID YOU MEAN WHERE YOU SAID "WHERE WE DON'T HAVE

10:56:09 10    TO INVENT, WE DON'T?"

10:56:10 11    A.   MY POINT WAS WE USE OPEN SOURCE LINUX, WE USE INDUSTRY

10:56:15 12    STANDARD CLI, AND THESE ARE NOT ARISTA INVENTIONS, THESE COME

10:56:17 13    FROM THE INDUSTRY AND WE ADOPT THEM AS WELL.

10:56:20 14    Q.   AND COULD WE GO BACK TO THE COVER OF THIS DOCUMENT.

10:56:26 15    WHAT'S THE DATE OF THIS INTERVIEW, MS. ULLAL?

10:56:30 16    A.   FEBRUARY 2013.

10:56:33 17    Q.   OKAY.  SO THAT WAS ALMOST TWO YEARS BEFORE THE LAWSUIT WAS

10:56:37 18    FILED?

10:56:39 19    A.   YEAH.  I'M SURE I SAID IT IN 2012, '11, '10, '09, '08 AS

10:56:46 20    WELL.  IF YOU LOOK AT THE *NETWORK WORLD* ARTICLE, IT WAS IN

10:56:51 21    2010, JANUARY, THE PRIOR ONE YOU SHOWED ME.

10:56:52 22    Q.   COULD YOU OPEN YOUR BINDER TO TX 566, PLEASE.  MAYBE YOU

10:57:06 23    DON'T HAVE IT.  I DO.

10:57:07 24    A.   IS THIS A TRICK QUESTION?

10:57:08 25    Q.   MAYBE.  DO YOU RECOGNIZE TX 566?

11:21:28  1    Q.   AND YOU HAD NEVER ASKED ANYONE AT ARISTA WHETHER THEY HAD

11:21:32  2    COPIED SCREEN OUTPUTS AND COMMANDS FROM CISCO PRODUCTS IN

11:21:38  3    IMPLEMENTING ITS CLI, CORRECT?

11:21:40  4    A.   NO, I DID NOT.

11:21:41  5    Q.   OKAY.  AND YOU AGREE WITH ME THAT IN TERMS OF CLI, YOU

11:21:48  6    WERE NOT AWARE OF ANY STANDARDS SETTING ORGANIZATION FOR

11:21:52  7    COMMAND-LINE INTERFACE COMMANDS, CORRECT?

11:21:55  8    A.   TO THE BEST OF MY KNOWLEDGE, NO.

11:21:57  9    Q.   OKAY.  AND TO THE BEST OF YOUR KNOWLEDGE, YOU ADMIT THAT

11:22:00  10   THERE ARE NO STANDARDS SETTING ORGANIZATIONS THAT REQUIRE THE

11:22:04  11   USE OF CISCO CLI COMMANDS FOR INTEROPERABILITY, TRUE?

11:22:08  12   A.   THERE ARE NO STANDARD CLI ORGANIZATIONS FOR CISCO?  I'M --

11:22:16  13   CISCO WOULD HAVE TO ANSWER THAT, NOT ME.

11:22:18  14   Q.   OKAY.

11:22:19  15        AND YOU WOULD AGREE THAT FOR ANY GIVEN FEATURE IN AN

11:22:23  16   OPERATING SYSTEM, THERE ARE MANY DIFFERENT WAYS TO WRITE

11:22:26  17   COMMANDS IN A COMMAND-LINE INTERFACE TO INVOKE THE SAME

11:22:29  18   FEATURE, CORRECT?

11:22:33  19   A.   I'M NOT AN EXPERT ON HOW CLI COMMANDS ARE WRITTEN OR

11:22:39  20   CHOSEN.

11:22:40  21   Q.   BUT YOU AGREE YOU CAN WRITE DIFFERENT COMMANDS FOR THE

11:22:43  22   SAME FUNCTIONALITY; RIGHT?

11:22:44  23   A.   I DON'T WANT TO TAKE A POINT OF VIEW ON SOMETHING I'M NOT

11:22:46  24   AN EXPERT ON.

11:22:47  25   Q.   OKAY.  LET'S TAKE A LOOK AT WHAT YOU SAID IN YOUR

| | | |
|---|---|---|
| 11:27:43 | 1 | ARISTA ENGINEERS WERE COPYING CLI COMMANDS FROM CISCO? |
| 11:27:46 | 2 | A.   NO. |
| 11:27:46 | 3 | Q.   YOU NEVER TOLD CISCO OR CUSTOMERS THAT? |
| 11:27:52 | 4 | A.   THOSE EXACT WORDS?  HAVE I TOLD A CUSTOMER THAT ARISTA |
| 11:27:58 | 5 | ENGINEERS EXACTLY COPIED THE CISCO CLI, ARE YOU ASKING ME THAT? |
| 11:28:02 | 6 | TO THE BEST OF MY KNOWLEDGE, I DIDN'T USE THOSE EXACT WORDS. |
| 11:28:05 | 7 | I HAVE TOLD CUSTOMERS THAT WE INTEROPERATE WITH CISCO AND |
| 11:28:09 | 8 | WE HAVE THE SAME CISCO-LIKE CLI. |
| 11:28:11 | 9 | Q.   ARE YOU DENYING THAT CUSTOMERS WERE TOLD BY ARISTA |
| 11:28:16 | 10 | ENGINEERS THAT CISCO'S CLI COMMANDS WERE COPIED INTO ARISTA |
| 11:28:20 | 11 | PRODUCTS?  ARE YOU DENYING THAT? |
| 11:28:24 | 12 | A.   THAT'S A SEPARATE QUESTION.  YOU ARE ASKING ME IF I TOLD |
| 11:28:27 | 13 | ENGINEERS THAT ARISTA ENGINEERS DID THE WORK.  NOW YOU ARE |
| 11:28:30 | 14 | ASKING ME A SLIGHTLY DIFFERENT QUESTION. |
| 11:28:32 | 15 | COULD YOU REPEAT THE QUESTION? |
| 11:28:33 | 16 | Q.   YES. |
| 11:28:35 | 17 | ARE YOU DENYING THAT ARISTA PEOPLE TOLD CUSTOMERS THAT |
| 11:28:40 | 18 | ARISTA HAD COPIED CLI COMMANDS INTO ARISTA PRODUCTS? |
| 11:28:45 | 19 | A.   YOU ARE ASKING WHAT ARISTA PEOPLE TOLD NOT WHAT I TOLD. |
| 11:28:49 | 20 | Q.   CORRECT. |
| 11:28:49 | 21 | A.   NO, I'M NOT DENYING THAT. |
| 11:28:51 | 22 | Q.   YOU TALKED ABOUT AN EMPLOYEE THAT WAS TAKEN CARE OF, |
| 11:29:01 | 23 | MR. SOLLENDER; RIGHT? |
| 11:29:04 | 24 | A.   I DIDN'T MENTION THE NAME IN THE TESTIMONY, BUT YES. |
| 11:29:08 | 25 | Q.   SO WHEN YOU SAY TAKEN CARE OF, YOU FIRED THAT INDIVIDUAL, |

02:10:34    1    A.    YEAH.  IT ESSENTIALLY EXPLAINS, I BELIEVE, THE EVOLUTION

02:10:40    2    OF HOW THE IOS SOFTWARE, THAT'S KIND OF IN THE FIRST 1993

02:10:48    3    VERTICAL, WHICH IS THE CORE SOFTWARE THAT OPERATES THE ROUTERS

02:10:52    4    AND SWITCHES AT CISCO, SOME OF THE SWITCHES AT CISCO, DESCRIBED

02:10:56    5    HOW THAT LANGUAGE, A PARSER IS HOW IOS INTERPRETS THE

02:11:02    6    COMMAND-LINE INTERFACE.  AND HOW THAT'S BECOMING, OR HOW,

02:11:07    7    ESSENTIALLY, THE CLI IS BECOMING AN INDUSTRY STANDARD WHERE

02:11:13    8    IT'S A COMMONLY ACCEPTED WAY IN WHICH USERS CAN ISSUE COMMANDS

02:11:20    9    TO DEVICES THAT USE THE SOFTWARE CALLED IOS.

02:11:23   10    Q.    NOW CAN YOU SEE THAT THE DATE ON THIS DOCUMENT IS 2005?

02:11:28   11    A.    YES.

02:11:29   12    Q.    OKAY.  AND SO I WOULD LIKE TO HIGHLIGHT WHAT WE HAVE ON

02:11:33   13    THE SCREEN.  IT SAYS, ACTUALLY SAYS, "CLI BECOMES INDUSTRY

02:11:39   14    STANDARD."  INDICATING A PERIOD BETWEEN '93 AND 2000.

02:11:42   15         DO YOU SEE THAT?

02:11:43   16    A.    YES.

02:11:43   17    Q.    WAS THAT CONSISTENT WITH YOUR UNDERSTANDING ABOUT THE

02:11:46   18    CISCO CLI DURING THE PERIOD WHEN YOU WERE MANAGING LINE UNITS

02:11:53   19    THERE, THAT IT HAD BECOME AN INDUSTRY STANDARD?

02:11:57   20    A.    I STARTED MANAGING THE LINE UNITS AFTER 2001, SO THIS TIME

02:12:01   21    PERIOD IS NOT A PERIOD OF TIME IN WHICH I MANAGED LINE UNITS.

02:12:04   22         WHAT I INTERPRET FROM IT, WHEN I JOINED CISCO IN 1994, WE

02:12:07   23    WERE A GOOD COMPANY, BUT WE WERE ONE OF MANY COMPETITORS IN THE

02:12:12   24    SPACE.  WE HAD LOTS OF -- LARGE AND SCARY COMPETITORS.  AND BY

02:12:18   25    2000 WE HAD LARGELY OUT-COMPETED MOST OF THEM.  AND WE HAD

02:12:22  1    GAINED MUCH HIGHER MARKET SHARE BY THEN.

02:12:25  2        THE RESULT OF THAT HIGH MARKET SHARE AND THE BROAD USE OF

02:12:29  3    CISCO PRODUCTS IS WHAT PRESUMABLY CREATED THIS NOTION THAT IT

02:12:33  4    BECAME AN INDUSTRY STANDARD.

02:12:34  5    Q.   DID YOU -- DO YOU RECALL HEARING PEOPLE ON OTHER OCCASIONS

02:12:39  6    DURING YOUR TENURE AS ONE OF THE MANAGERS AT CISCO, REFER TO

02:12:44  7    THE CLI AS INDUSTRY STANDARD, AS SHOWN IN THIS DOCUMENT?

02:12:47  8    A.   YEAH.  I DON'T REMEMBER EXACT CONVERSATIONS, BUT IT WAS

02:12:51  9    COMMONLY UNDERSTOOD.

02:12:52  10   Q.   OKAY.  WOULD YOU TAKE A LOOK AT 5457, AND THAT'S IN

02:13:00  11   EVIDENCE, SO COULD WE PUT THAT ON THE SCREEN.

02:13:05  12       ACTUALLY BEFORE WE LOOK AT IT, I WANT TO ASK A QUESTION OF

02:13:08  13   YOU, MR. VOLPI.

02:13:10  14       WHILE YOU WERE IN THE ETHERNET SWITCHING AND ROUTING UNITS

02:13:13  15   AT CISCO, DID CISCO ACTUALLY PROMOTE ITS CLI AS AN "INDUSTRY

02:13:18  16   STANDARD?"

02:13:19  17   A.   I BELIEVE THE LANGUAGE WAS USED FAIRLY BROADLY IN THE

02:13:23  18   DOCUMENTATION THAT WE HAVE.

02:13:24  19   Q.   AND BY DOCUMENTATION, DO YOU MEAN PUBLIC DOCUMENTATION?

02:13:28  20   A.   YEAH, DOCUMENTATION WE WOULD USE AT MARKETING EVENTS OR

02:13:31  21   PROVIDE THEM TO CUSTOMERS.

02:13:33  22   Q.   AND LET'S TAKE A LOOK NOW AT 5457, THAT'S ALREADY IN

02:13:36  23   EVIDENCE.  AND I BELIEVE THERE'S A PAGE -- THIS IS A SOFTWARE

02:13:39  24   RELEASE.  I BELIEVE SLIDE 96 WAS ONE WE HAVE LOOKED AT BEFORE.

02:13:45  25   I'M GOING TO BLOW THAT UP ON THE SCREEN, MR. VOLPI.

02:37:13  1    Q.   SO CAN YOU SAY THAT ONE MORE TIME, SLOWLY, FOR THE JURY?

02:37:16  2    A.   NO, I DID NOT LOOK AT COMPETING PRODUCTS.

02:37:19  3    Q.   AND YOU DID NOT DO THAT INTENTIONALLY?

02:37:21  4    A.   INTENTIONALLY, YES.

02:37:23  5    Q.   AND WHY DID YOU DECIDE, AS THE CREATOR OF THE JUNIPER CLI,

02:37:27  6    TO CHOOSE NOT TO INTENTIONALLY LOOK AT A COMPETING CLI FROM

02:37:32  7    CISCO?

02:37:32  8    A.   THERE WERE THREE MAIN REASONS.

02:37:36  9         THE FIRST WAS WE DIDN'T WANT TO GIVE CISCO ANY GROUNDS TO

02:37:39  10   SUE US.

02:37:40  11        THE SECOND WAS THE -- BASED ON FEEDBACK FROM THE

02:37:51  12   CUSTOMERS, WE WANTED TO DO SOMETHING BETTER.

02:37:52  13        AND THE THIRD WAS, YOU KNOW, AS A NEW COMPANY HAVING THIS

02:37:56  14   INCREDIBLE GREEN FIELD EXPERIENCE OPPORTUNITY, I WANTED TO

02:37:59  15   WRITE SOMETHING COMPLETELY NEW, SOMETHING THAT I WANTED TO MAKE

02:38:02  16   AND USE.  I DIDN'T WANT TO COPY SOMETHING.

02:38:05  17   Q.   OKAY.  SO I WANT TO GO THROUGH EACH OF THOSE REASONS THAT

02:38:09  18   YOU JUST STATED ON THE RECORD.

02:38:10  19        SO FIRST OF ALL, WHEN YOU SAID GREEN FIELD PRODUCT OR THIS

02:38:13  20   WAS A BRAND-NEW OPPORTUNITY FOR YOU, WHAT DID YOU MEAN BY THAT?

02:38:17  21   AND CAN YOU EXPLAIN WHY THAT WAS AN INFLUENCE ON YOU IN

02:38:20  22   DECIDING TO CREATE THE JUNOS CLI?

02:38:22  23   A.   SO THE TERM "GREEN FIELD" COMES FROM AN OPEN PASTURE.  YOU

02:38:26  24   CAN GO IN ANY DIRECTION, EVERYTHING IS WILD.  YOU CAN MAKE IT

02:38:30  25   WHAT YOU WANT.  THERE ARE NO CONSTRAINTS ON WHAT YOU ARE DOING.

SHAFER DIRECT EXAM BY MR. PAK                                    2061

02:38:34  1         I KIND OF HAD THAT OPPORTUNITY IN WHAT I COULD DO,

02:38:44  2    LITERALLY NOBODY COULD SAY THAT, DON'T DO THAT, I COULD DO

02:38:45  3    WHATEVER I WANTED.

02:38:46  4    Q.   THAT WAS BECAUSE YOU WERE AT JUNIPER AND THEY WERE WORKING

02:38:49  5    ON THEIR FIRST CLI?

02:38:50  6    A.   IT WAS A SMALL COMPANY AND WE HAD TECHNICAL REVIEW AND

02:38:53  7    STUFF LIKE THAT, BUT IT WAS REALLY AN OPPORTUNITY TO REIMAGINE

02:38:57  8    THE INTERACTION BETWEEN USERS AND DEVICES.

02:39:00  9    Q.   AND WAS THAT AN EXCITING OPPORTUNITY FOR YOU?

02:39:02  10   A.   YES, IT WAS.

02:39:02  11   Q.   AND THE SECOND REASON, I THINK YOU MENTIONED WAS SOMETHING

02:39:06  12   ABOUT CUSTOMERS, CUSTOMER FEEDBACK.

02:39:09  13        AND CAN YOU EXPLAIN A LITTLE BIT FURTHER ABOUT SOME OF THE

02:39:13  14   CUSTOMER FEEDBACK THAT YOU HAD BEEN HEARING ABOUT CISCO CLI AND

02:39:16  15   HOW THAT INFLUENCED YOUR DECISION TO COME UP WITH A DIFFERENT

02:39:19  16   USER INTERFACE FOR JUNIPER?

02:39:21  17   A.   SURE.

02:39:23  18        IF YOU -- SO IOS, EVEN AT THAT POINT IN '97, WAS FAIRLY

02:39:29  19   OLD.  AND THE WAY IT APPROACHED CONFIGURATION OF THE COMMANDS

02:39:33  20   AND THE USER INTERACTION WAS FAIRLY DATED.

02:39:38  21        WE WANTED TO DO SOMETHING MORE MODERN, SOMETHING MORE

02:39:43  22   HIERARCHICAL, SOMETHING THAT WOULD HELP USERS IN THE DAY-TO-DAY

02:39:49  23   OPERATIONS THAT THEY USED OUR DEVICES FOR.

02:39:51  24   Q.   NOW THE OTHER THIRD REASON THAT YOU MENTIONED IS IN

02:39:55  25   LOOKING AT CISCO'S IOS CLI, YOU WERE CONCERNED THAT YOU DIDN'T

02:40:00   1    WANT TO GET SUED BY CISCO.

02:40:01   2         CAN YOU EXPLAIN FURTHER, FOR THE JURORS, WHAT THAT CONCERN

02:40:04   3    WAS ABOUT?

02:40:04   4    A.   SO BEFORE COMING TO JUNIPER I WAS EMPLOYED AS A CONTRACTOR

02:40:09   5    FOR IBM, AND IBM HAS A VERY, A VERY STRINGENT POLICY OF NOT

02:40:15   6    ALLOWING DEVELOPERS TO LOOK AT COMPETITORS'S PRODUCTS.

02:40:19   7         WE WOULD GET REPORTS AND CRITIQUES ON WHAT WAS AVAILABLE

02:40:24   8    IN THE MARKETPLACE, BUT WE DIDN'T ACTUALLY LOOK AT PRODUCTS.

02:40:27   9    IT WAS KIND OF A WALL TO KEEP US FROM ANY SUSPICION OR ANY

02:40:31  10    TAINT OF DERIVATIVE -- OF BEING CALLED A DERIVATIVE PRODUCT.

02:40:43  11    Q.   SO BY NOT LOOKING AT CISCO'S CLI AND USING CISCO'S CLI

02:40:48  12    COMMANDS, WERE YOU TRYING TO AVOID INFRINGING ANY OF CISCO'S

02:40:52  13    INTELLECTUAL PROPERTY RIGHTS?

02:40:53  14    A.   I WAS TRYING TO STAY CLEAR OF ANY ALLEGATION OF SUCH

02:41:02  15    BEHAVIOR.

02:41:03  16    Q.   OKAY.  AND ARE YOU PROUD OF THE WORK THAT YOU'VE DONE WITH

02:41:06  17    YOUR JUNOS CLI?

02:41:07  18    A.   ABSOLUTELY.

02:41:08  19    Q.   AND HOW MANY, I KNOW IT'S HARD TO ESTIMATE, BUT HOW MANY

02:41:12  20    PRODUCTS WITHIN JUNIPER OVER THIS LONG PERIOD OF TIME HAVE RUN

02:41:17  21    SOME VERSION OF YOUR JUNIPER JUNOS CLI?

02:41:22  22    A.   I COULDN'T PUT A NUMBER ON IT, NORTH OF 18 OR 20.

02:41:29  23    Q.   OKAY.  AND HAS JUNIPER BEEN ABLE TO EFFECTIVELY COMPETE

02:41:35  24    AGAINST CISCO IN VARIOUS MARKETS DURING YOUR TENURE THERE USING

02:41:41  25    A CLI THAT IS DIFFERENT FROM CISCO'S CLI?

02:41:43  1    A.   YES.

02:41:44  2    Q.   AND IN FACT, IN THE ROUTER MARKET, HOW WOULD YOU

02:41:48  3    CHARACTERIZE JUNIPER'S MARKET SHARE AS COMPARED TO CISCO'S?

02:41:51  4    A.   I BELIEVE WE ARE NUMBER TWO.

02:41:53  5    Q.   SO YOU WERE ABLE TO GAIN A NUMBER TWO MARKET SHARE IN THE

02:42:06  6    COMPETITIVE ROUTER MARKET COMPETING AGAINST CISCO BY USING A

02:42:10  7    USER INTERFACE THAT IS DIFFERENT THAN CISCO'S, IS THAT TRUE?

02:42:13  8    A.   YES, THAT IS TRUE.

02:42:15  9    Q.   AND I WOULD LIKE TO HAVE YOU TAKE A LOOK IN YOUR BINDER, I

02:42:21  10   BELIEVE THERE SHOULD BE A TRIAL EXHIBIT 4821.

02:42:31  11        I BELIEVE THIS HAS ALREADY BEEN ADMITTED INTO EVIDENCE?

02:42:34  12             MR. VAN NEST:  IT HAS.

02:42:35  13             MR. PAK:  SO I WOULD LIKE TO SHOW THAT ON THE SCREEN,

02:42:37  14   MR. FISHER.

02:42:39  15   Q.   MR. SHAFER, THESE ARE SOME OF THE COMMANDS THAT ARE AT

02:42:42  16   ISSUE IN THIS CASE THAT ARE CISCO COMMANDS.

02:42:44  17        CAN YOU -- I KNOW YOU HAVEN'T STUDIED THIS IN DETAIL, BUT

02:42:48  18   COULD YOU JUST FLIP THROUGH THIS COMMAND LIST AND LET THE JURY

02:42:51  19   KNOW WHETHER THIS LOOKS LIKE A LIST OF JUNIPER COMMANDS OR NOT.

02:42:59  20        DO THEY LOOK FAMILIAR YOU TO YOU AS JUNIPER COMMANDS?

02:43:02  21   A.   THESE ARE CERTAINLY NOT JUNIPER COMMANDS.

02:43:04  22   Q.   AND WHY DO YOU SAY THAT?

02:43:06  23   A.   THE STYLE BETWEEN IOS AND JUNOS IS VERY DIFFERENT IN TWO

02:43:12  24   PARTS.

02:43:12  25        ONE IS IOS REGARDS CONFIGURATION AS JUST A SERIES OF

03:40:14  1    Q.   DO YOU RECALL, DR. BLACK, THE APPROXIMATE VINTAGE, WHEN

03:40:16  2    THIS MANUAL CAME OUT?

03:40:18  3    A.   IT'S 1980.

03:40:20  4    Q.   AND DEC IS DIGITAL EQUIPMENT CORPORATION; IS THAT RIGHT?

03:40:22  5    A.   THAT'S RIGHT.

03:40:24  6    Q.   IF WE COULD GO TO PAGE 35 OF THIS MANUAL, PLEASE.

03:40:33  7    A.   I'M THERE.

03:40:35  8    Q.   CAN YOU EXPLAIN TO THE JURY WHAT YOU FOUND HERE THAT'S

03:40:41  9    RELATED TO THE ASSERTED CLI COMMANDS?

03:40:44  10   A.   SURE.

03:40:44  11        SO THIS MANUAL IS A REFERENCE MANUAL THAT GIVES LOTS OF

03:40:48  12   DIFFERENT CLI COMMANDS.  AND HERE YOU CAN SEE THAT THERE IS A

03:40:52  13   COMMAND CALLED "SHOW," RIGHT AROUND THE MIDDLE OF THE PAGE

03:40:57  14   THERE.

03:40:58  15        AND THAT "SHOW" HAS VARIOUS OTHER WORDS, COMMAND WORDS

03:41:00  16   THAT CAN FOLLOW IT.  I THINK IT'S CODED AS "ENTITY" HERE, THEN

03:41:06  17   THE ENTITIES ARE LISTED BELOW THAT AS ACTIVE LINES, ACTIVE

03:41:10  18   LOGGING AND SO FORTH.

03:41:11  19   Q.   AND HOW, IF AT ALL, DID THAT RELATE TO THE ASSERTED CLI

03:41:15  20   COMMANDS IN THIS CASE?

03:41:17  21   A.   SO THERE ARE 506 TOTAL ASSERTED COMMANDS, I THINK IN THE

03:41:24  22   NEIGHBORHOOD OF 150 OF THEM FOLLOW THE SAME SORT OF PATTERN.

03:41:27  23        THEY START WITH THE WORD "SHOW," THEN THEY NAME SOMETHING

03:41:31  24   TO BE SHOWN RIGHT AFTER THAT.

03:41:33  25   Q.   AND ARE YOU FAMILIAR WITH ANOTHER OPERATING SYSTEM CALLED

03:41:39  1    QPR?

03:41:40  2    A.   I THINK IT'S OPR.

03:41:41  3    Q.   OPR, SORRY.

03:41:43  4    A.   I'VE NEVER PERSONALLY USED IT.  IT WAS THE CLI THAT

03:41:46  5    MR. LOUGHEED TESTIFIED THAT HE HAD USED AS PART OF THE QUASAR

03:41:50  6    PRINT SYSTEM, AND HE TESTIFIED THAT THERE WAS A SHOW COMMAND

03:41:54  7    THERE AS WELL.

03:41:55  8    Q.   THAT WAS WHAT MR. LOUGHEED USED BEFORE HE JOINED CISCO?

03:42:00  9    A.   MY UNDERSTANDING WAS THAT WAS AT STANFORD, YES.

03:42:03  10   Q.   NOW HAVE YOU LOOKED AT OTHER MANUALS IN ADDITION TO THIS

03:42:10  11   DEC NET MANUAL?

03:42:11  12   A.   YEAH, I LOOKED AT A NUMBER OF OTHER MANUALS, ONE FOR RSX

03:42:17  13   11 AND ANOTHER ONE FOR VMS AND MANUALS IN THIS TIMEFRAME.

03:42:23  14   Q.   DID YOU LOOK AT ANYTHING FOR TOPS 20?

03:42:26  15   A.   YEAH.  THERE'S A TOPS 20 MANUAL I LOOKED AT, THAT I THINK

03:42:29  16   IS AROUND HERE.

03:42:30  17   Q.   OKAY.  WELL, WHAT I WOULD LIKE TO DO IS, IF POSSIBLE, SHOW

03:42:35  18   NOW A SUMMARY OF THE FINDINGS THAT YOU GATHERED FROM YOUR

03:42:41  19   REVIEW OF PRIOR OPERATING SYSTEMS?

03:42:43  20   A.   SURE.

03:42:43  21   Q.   OKAY.  IF WE COULD PULL UP SLIDE 11.

03:42:50  22        CAN YOU EXPLAIN WHAT THIS IS?

03:42:51  23   A.   SURE.

03:42:52  24        SO CORRESPONDING TO THAT BROWN BUBBLE ON MY AMAZING

03:42:58  25   DRAWING OVER THERE, THESE ARE WORDS THAT I FOUND IN MANUALS

03:43:02  1    FROM LEGACY CLI'S, CLI PRODUCTS THAT PRE-DATE CISCO, AND THAT

03:43:07  2    ARE AMONG THE TERMS USED BY CISCO'S CLI IN THE ASSERTED

03:43:12  3    COMMANDS.

03:43:13  4    Q.   AND I THINK YOU SAID THAT THERE'S OVER 150 "SHOW"

03:43:18  5    COMMANDS.  WHAT ABOUT "CLEAR," DO YOU REMEMBER HOW MANY OF THE

03:43:21  6    ASSERTED COMMANDS IN THIS CASE USE "CLEAR?"

03:43:27  7    A.   NOT A FAN, IT WAS FAR FEWER, MAYBE 10 OR 20.

03:43:36  8    Q.   NOW DID YOU PERFORM A SIMILAR ANALYSIS REGARDING THE

03:43:39  9    ASSERTED MODES IN THE CASE?

03:43:41  10   A.   YEAH.  SO JUST TO REMIND EVERYONE, THE MODES ARE THESE

03:43:50  11   THINGS THAT ARE NAMED LIKE USER, EXEC, PRIVILEGED EXEC, CONFIG,

03:43:56  12   INTERFACE CONFIG, AND THEY COME WITH PROMPTS IN THE ANGLED

03:44:00  13   BRACKETS, AND THE POUND.

03:44:01  14   Q.   AND WE HAVE A SLIDE THAT SUMMARIZES YOUR FINDINGS WITH

03:44:04  15   RESPECT TO MODES?

03:44:05  16   A.   WE DO.

03:44:05  17   Q.   AND LET'S PUT THAT UP.

03:44:07  18        BUT BEFORE WE TALK ABOUT IT, LET ME ASK YOU, WHERE DID YOU

03:44:10  19   FIND YOUR BASIS FOR YOUR OPINION REGARDING THE PRESENCE OF

03:44:15  20   THESE MODES IN PRIOR OPERATING SYSTEMS?

03:44:17  21   A.   I MEAN, ONCE AGAIN, I AM FAMILIAR WITH THESE OLD CLI'S, I

03:44:21  22   USED THEM PERSONALLY, BUT I ALSO LOOKED IN THE MANUALS THAT WE

03:44:26  23   TALKED ABOUT.

03:44:26  24   Q.   OKAY.  LET'S PULL UP SLIDE 14, PLEASE.

03:44:31  25        CAN YOU EXPLAIN WHAT IS SHOWING HERE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2099

03:44:34   1      A.   SURE.

03:44:35   2           SO THE CLI IN TOPS 20 IS CALLED EXEC.  AND CISCO'S BASIC

03:44:40   3      LOWEST LEVEL MODE IS CALLED USER EXEC.  AND MR. LOUGHEED HAS

03:44:44   4      TESTIFIED THAT HE WAS INSPIRED BY THAT WHEN HE CREATED CISCO'S

03:44:48   5      PRODUCT.  THE PRIVILEGED MODES, THE IDEA OF HAVING A PRIVILEGED

03:44:52   6      MODE WHERE YOU GET SUPER POWERS, ELEVATED PRIVILEGES, THAT WAS

03:44:57   7      IN TOPS 20, IT'S ALSO A CONCEPT IN UNIX WHICH IS STILL AROUND

03:45:01   8      AND STILL HAS THAT CONCEPT.

03:45:02   9           THE ANGLE BRACKET PROMPT THAT'S USED IN CISCO'S

03:45:06   10     UNPRIVILEGED MODE, THAT WAS IN CP/M, USED IN CP/M AND IT IS

03:45:12   11     USED IN MS-DOS, STILL TO THIS DAY.

03:45:14   12          THEN THE PRIVILEGED MODE PROMPT IS THIS HASH MARK, POUND

03:45:19   13     SIGN, AND THAT WAS IN UNIX SINCE THE 60'S.

03:45:22   14     Q.   ALL RIGHT.  I NEGLECTED TO ASK YOU TO -- I WOULD LIKE TO

03:45:30   15     GO BACK TO SLIDE 11 BECAUSE I JUST WANT TO MAKE SURE THE RECORD

03:45:33   16     IS CLEAR.

03:45:41   17          CAN YOU JUST READ INTO THE RECORD, DR. BLACK, THE TERMS

03:45:44   18     THAT YOU FOUND FROM PRIOR OPERATING SYSTEMS?

03:45:45   19     A.   YOU WANT ME TO READ EVERYTHING ON THE SLIDE?

03:45:47   20     Q.   PLEASE.

03:45:48   21     A.   BANNER, BOOT, CLEAR, CLOCK, ENABLE, ERASE, LENGTH, LOAD,

03:45:53   22     MOTD, NO, SET, SHOW, AND TERMINAL.

03:46:06   23     Q.   THANK YOU.

03:46:08   24          NOW LET'S TURN TO YOUR SECOND CIRCLE, THE BLUE CIRCLE,

03:46:12   25     COMMON NETWORKING TERMS.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2100

03:46:14  1    A.    OKAY.

03:46:15  2    Q.    WHAT DID YOU DO TO REACH A CONCLUSION ABOUT THE COMMON

03:46:18  3    PRESENCE OF NETWORKING TERMS?

03:46:19  4    A.    THAT WAS MORE OF A JUDGMENT CALL.  AND, YOU KNOW, IF I

03:46:24  5    BELIEVE THAT I HEARD PEOPLE SAY IT AND USE IT AND IT'S PART OF

03:46:28  6    THE LEXICON, THINGS LIKE "HOST" AND "NETWORK" AND "INTERFACES,"

03:46:31  7    THEN I COLORED IT BLUE OR I DEEMED IT TO BE IN THE BLUE CIRCLE.

03:46:37  8    Q.    ALL RIGHT.  AND I THINK WE HAVE A SLIDE OF THE TERMS THAT

03:46:40  9    YOU CONCLUDED WERE COMMON NETWORKING TERMS.  IF WE COULD PULL

03:46:44  10   UP SLIDE 17.

03:46:54  11          IT'S A LITTLE BIT HARD TO SEE.  BUT APPROXIMATELY HOW MANY

03:46:58  12   TERMS HERE DID YOU CONCLUDE WERE COMMON NETWORKING TERMS?

03:47:02  13   A.    IT LOOKS LIKE MAYBE 70 OR 80.

03:47:10  14   Q.    AND DID YOU SEE ANY EVIDENCE IN THE RECORD, AGAIN FROM

03:47:14  15   DISCOVERY, ABOUT HOW COMMON NETWORKING TERMS WERE ACTUALLY USED

03:47:17  16   BY CISCO ENGINEERS IN DEVISING CLI COMMANDS?

03:47:22  17   A.    YEAH.  I MEAN, THE ENGINEERS TESTIFIED THAT THEY WANTED TO

03:47:26  18   USE TERMS THAT WERE FAMILIAR TO THEIR USERS, AND THEIR USERS

03:47:29  19   ARE NETWORK ENGINEERS.

03:47:30  20          AND SO SOME OF THESE TERMS MIGHT LOOK PRETTY CRAZY LIKE

03:47:34  21   THAT'S NOT A COMMON TERM, BUT THINGS LIKE, I DON'T KNOW, REGEX,

03:47:41  22   WHICH APPEARS IN THE LIST HERE, IT LOOKS LIKE IT'S GREEK, BUT

03:47:43  23   IT'S ACTUALLY A COMMON TERM USED THROUGHOUT COMPUTER SCIENCE.

03:47:48  24   IT MEANS REGULAR EXPRESSION.

03:47:50  25          WHEN YOU GO TO SCHOOL AND YOU TAKE ONE OF MY CLASSES, OR

03:47:52  1    SOME OF MY CLASSES, YOU LEARN WHAT THAT MEANS.

03:47:55  2    Q.   AND OTHERS, I SUPPOSE, ARE LESS CONTROVERSIAL LIKE "LOGIN"

03:47:59  3    OR "LINK;" IS THAT FAIR?

03:48:01  4    A.   YEAH.  I MEAN SOME OF THEM ARE LIKE "RUN" OR "OUT" OR

03:48:05  5    "USERS," OR "IN," THOSE, I THINK, ARE CLEARLY IN COMMON USE.

03:48:14  6    Q.   OKAY.  I'M NOT GOING TO ASK YOU TO READ ALL OF THESE INTO

03:48:18  7    THE RECORD.

03:48:18  8    A.   THANK YOU.

03:48:19  9    Q.   NOW YOUR THIRD CATEGORY IN GREEN WAS INDUSTRY STANDARD

03:48:22  10   TERMS.

03:48:22  11        CAN YOU EXPLAIN WHAT YOU DID TO ANALYZE THE EXTENT TO

03:48:27  12   WHICH THE ASSERTED CLI ELEMENTS USED INDUSTRY STANDARD TERMS?

03:48:31  13   A.   SURE.

03:48:33  14        SO I MEAN, I RECOGNIZED -- IF YOU LOOK AT THIS LIST OF 506

03:48:37  15   COMMANDS, A LOT OF THEM ARE NAMING PROTOCOLS AND NAMING TERMS

03:48:43  16   WITHIN THOSE PROTOCOLS WHICH I IMMEDIATELY RECOGNIZED BECAUSE I

03:48:46  17   READ A LOT OF THESE STANDARDS PRIOR TO MY ENGAGEMENT IN THE

03:48:49  18   CASE.

03:48:50  19        BUT IN ORDER TO CONDUCT BY ANALYSIS, I WENT TO THE

03:48:52  20   SPECIFICATIONS FOR THOSE PROTOCOLS.  AND IN THE ITEF, IT'S

03:48:55  21   CALLED AN RFC, WE'VE HEARD ABOUT THAT A BUNCH.  IN THE IEEE,

03:49:00  22   THE SPEC STARTED WITH 802.SOMETHING.

03:49:04  23        SO I LOOKED AT THOSE SPECIFICATIONS TO FIND TERMS THAT LAY

03:49:08  24   WITHIN THEM.

03:49:08  25   Q.   AND CAN YOU TELL ME, IN GENERAL, WE WILL GET INTO SOME

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2102

03:49:12  1    SPECIFICS, BUT IN GENERAL, WHAT DID YOU FIND?

03:49:16  2    A.   I FOUND FOR THE VAST MAJORITY OF TERMS IN THE ACCUSED CLI

03:49:21  3    COMMAND, THEY COULD BE FOUND IN THE TITLE AND IN THE CONTENTS

03:49:25  4    OF THE INDUSTRY STANDARD SPECIFICATIONS.

03:49:28  5    Q.   ALL RIGHT.  NOW I WOULD LIKE TO PULL UP SLIDE 19, PLEASE.

03:49:39  6         WHAT DO YOU UNDERSTAND THIS TO BE, DR. BLACK?

03:49:42  7    A.   THESE ARE SOME DOT1X COMMANDS.  SO THIS IS IEEE.  AND AS I

03:49:49  8    JUST SAID THEY START WITH 802.  SO THIS IS WRITTEN 802 DOT1X

03:49:54  9    BUT PEOPLE CALL IT DOT1X FOR SHORT.  AND THIS IS ACTUALLY A

03:49:59 10    SECURITY PROTOCOL.  THE THIRD ONE DOWN HERE WHICH IS DOT1X

03:50:03 11    SYSTEM AUTH CONTROL.  THAT TURNS ON THE FEATURE.  SO THAT'S

03:50:06 12    LIKE A BUTTON, YOU TYPE IT IN AND THAT IT TURNS IT ON.

03:50:11 13         AND THEN THE SECOND ONE, DOT1X RE-AUTHENTICATION FEATURE,

03:50:16 14    THAT TURNS ON THE RE-AUTHENTICATION FEATURE, LIKE ANOTHER

03:50:18 15    BUTTON.

03:50:19 16         AND THEN THE BOTTOM THREE ARE LIKE KNOBS, YOU SET AN

03:50:22 17    INTERVAL AND A NUMBER OF SECONDS THAT YOU WANT THE CERTAIN

03:50:24 18    FEATURE TO BE INVOKED.

03:50:25 19    Q.   AND ARE ALL OF THESE ASSERTED COMMANDS IN THE CASE?

03:50:28 20    A.   I BELIEVE ALL SIX ARE, YES.

03:50:30 21    Q.   ALL RIGHT.  AND IS THERE A SPECIFICATION FOR DOT1X?

03:50:36 22    A.   YES, IT'S THE 802 DOT1X SPECIFICATION.

03:50:41 23    Q.   APTLY NAMED.  IF YOU COULD LOOK AT 6801 IN YOUR BINDER.

03:51:02 24    A.   I HAVE IT.

03:51:02 25    Q.   IS THAT THE 802 DOT1X SPECIFICATION, AT LEAST AS OF 2001?

03:51:08  1    A.   YES IT IS.

03:51:09  2            MR. FERRALL:  YOUR HONOR, I WOULD MOVE EXHIBIT 6801

03:51:11  3    IN EVIDENCE.

03:51:12  4            MR. NELSON:  NO OBJECTION.

03:51:13  5            THE COURT:  IT WILL BE ADMITTED.

03:51:14  6    (DEFENDANT'S EXHIBIT 6801 WAS ADMITTED INTO EVIDENCE.)

03:51:14  7    BY MR. FERRALL:

03:51:44  8    Q.   SO DR. BLACK, IF WE GO TO I THINK THE PAGE ENDING 593 IN

03:51:53  9    THE EXHIBIT 6801?

03:51:56  10   A.   I SEE IT.

03:51:57  11   Q.   ALL RIGHT.  CAN YOU TELL US WHAT YOU FOUND HERE REGARDING

03:52:03  12   THE FIRST CLI COMMAND IN THIS LIST?

03:52:05  13   A.   YEAH.  SO I MEAN, PAE MEANS PORT ACCESS ENTITY.  YOU CAN

03:52:10  14   SEE THAT ACRONYM ON THE PAGE IN VARIOUS PLACES.  AND THEN ON

03:52:15  15   831 YOU SEE THE WORD AUTHENTICATOR, WHICH IS ALSO THE THIRD

03:52:19  16   TERM IN THE ASSERTED COMMAND.

03:52:21  17   Q.   IS AUTHENTICATOR A FUNCTION OR A FEATURE THAT IS EXPLAINED

03:52:26  18   IN THE 802 DOT1X STANDARD ITSELF?

03:52:31  19   A.   YEAH.  THERE ARE THREE ACTORS IN 8021X.  THERE'S THE

03:52:39  20   SUPPLICANT AUTHENTICATOR AND THE AUTHENTICATION SERVER, SO IT'S

03:52:41  21   THE MIDDLE OF THOSE THREE.

03:52:42  22   Q.   IS THE TERM "AUTHENTICATOR" IN THE CISCO CLI COMMAND, IS

03:52:47  23   THAT USED IN THE SAME WAY AS IT'S USED IN THE SPECIFICATION?

03:52:51  24   A.   YES, IT IS.

03:52:52  25   Q.   ALL RIGHT.  LET'S LOOK AT THE DOT1X RE-AUTHENTICATION

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2104

03:52:57    1    COMMAND, AND IF WE COULD GO TO PAGE ENDING IN 615.

03:53:11    2        DR. BLACK, CAN YOU TELL US WHAT'S ON THIS PAGE REGARDING

03:53:15    3    THE SECOND COMMAND HERE?

03:53:16    4    A.    YEAH.  SO THAT ONE IS A LITTLE SIMPLER.  IT SAYS

03:53:20    5    "RE-AUTHENTICATION" AND THERE'S A HEADING THAT TALKS ABOUT THAT

03:53:22    6    FEATURE, THE RE-AUTHENTICATION FEATURE, WHICH IS THE ONE THAT

03:53:25    7    SAYS I'VE GOT TO KEEP ASKING FOR YOUR PASSWORD, OVER, AND OVER,

03:53:29    8    AND OVER ON AN INTERVAL, THAT'S WHAT IT'S DOING.

03:53:32    9    Q.    IS THERE ANOTHER COMMAND YOU WOULD LIKE TO EXPLAIN TO THE

03:53:35   10    JURY, I WILL LET YOU PICK THE NEXT ONE.

03:53:38   11    A.    OH, GEEZ.  YOU WANT ME TO JUST PICK FROM THE LIST HERE?

03:53:46   12    Q.    YEAH, WHICH ONE DO YOU WANT TO TALK ABOUT?

03:53:47   13    A.    TIMEOUT QUIET-PERIOD.

03:53:52   14    Q.    OKAY.  SO I THINK THAT ONE -- LET'S GO TO PAGE 609.

03:54:07   15        MR. DAHM?  OKAY.  SORRY.

03:54:07   16        THE COURT:  HE'S HAVING A TIME OUT QUIET PERIOD.

03:54:13   17        THE WITNESS:  OKAY.  SO THAT ONE WAS -- WHAT DID I

03:54:15   18    CHOOSE?  TIME OUT QUIET PERIOD?

03:54:17   19        OKAY.  IN THE MIDDLE OF THE PAGE THERE, THERE'S A HEADING

03:54:23   20    IT'S QUIET PERIOD, WHICH IS THE AMOUNT OF TIME TO WAIT BEFORE

03:54:26   21    NAGGING SOMEONE AGAIN.

03:54:28   22        AND IT'S SPELLED WITH DIFFERENT CAPITALIZATION AND THERE'S

03:54:31   23    NO HYPHEN, BUT IN THE CISCO VERSION THERE IS.

03:54:35   24    Q.    DOES CAPITALIZATION MATTER IN A PARSER, TO YOUR KNOWLEDGE?

03:54:39   25    A.    IT DEPENDS ON THE PARSER.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2105

03:54:40    1         FOR CISCO AND ARISTA AND THE OTHER ONES I'VE USED, IT'S

03:54:45    2    CASE INSENSITIVE WHICH MEAN ITS DOESN'T MATTER IF IT'S UPPER OR

03:54:49    3    LOWER.  IN CERTAIN OTHER CONTEXT, IT CAN MATTER.

03:54:55    4    Q.   NOW DID YOU DO THIS SORT OF ANALYSIS FOR OTHER INDUSTRY

03:55:02    5    STANDARD PUBLICATIONS IN ADDITION TO DOT1X?

03:55:04    6    A.   YEAH, I LOOKED AT A LARGE NUMBER OF THEM, IN FACT.

03:55:07    7    Q.   DO YOU HAVE ANY ESTIMATE OF HOW MANY STANDARDS YOU LOOKED

03:55:10    8    AT?

03:55:10    9    A.   OH, WOW, 30 OR 40, MAYBE.

03:55:16   10    Q.   DID YOU LOOK AT A STANDARD FOR OSPF, FOR EXAMPLE?

03:55:22   11    A.   YES.

03:55:22   12    Q.   ALL RIGHT.  CAN YOU LOOK AT EXHIBIT 6817 IN YOUR BINDER.

03:55:31   13    A.   OKAY.

03:55:33   14    Q.   IS THAT THE OSPF STANDARD OR AT LEAST ONE OF THE RFC'S FOR

03:55:39   15    OSPF THAT YOU LOOKED AT FOR THIS ANALYSIS?

03:55:42   16    A.   IT'S ONE OF THEM, YES.

03:55:44   17         MR. FERRALL:  YOUR HONOR, I WOULD LIKE TO MOVE

03:55:46   18    EXHIBIT 6817 INTO EVIDENCE.

03:55:47   19         MR. NELSON:  BASED ON THAT DESCRIPTION, I'M FINE

03:55:49   20    YOUR HONOR.  I'M HAVING TROUBLE KEEPING UP, BUT I'M OKAY WITH

03:55:53   21    IT.

03:55:53   22         THE COURT:  IT WILL BE ADMITTED.

03:55:55   23    (DEFENDANT'S EXHIBIT 6817 WAS ADMITTED INTO EVIDENCE.)

03:55:55   24    BY MR. FERRALL:

03:56:01   25    Q.   OKAY.  AND WE ARE NOT GOING TO BE ABLE TO GO THROUGH THIS,

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2106

03:56:04   1    MUCH TO THE JURY'S PLEASURE TO HEAR THAT WE ARE NOT GOING TO GO

03:56:08   2    THROUGH THIS FOR EVERY COMMAND, BUT SUFFICE IT TO SAY, DID YOU

03:56:12   3    PERFORM IN SIMILAR ANALYSIS FOR THE OSPF STANDARD AND OTHERS?

03:56:18   4    A.   I DID.

03:56:18   5    Q.   AND DID YOU PREPARE A SUMMARY OF THE NUMBER OF COMMANDS

03:56:21   6    THAT, THE NUMBER OF COMMAND TERMS THAT ARE ASSERTED IN THIS

03:56:26   7    CASE THAT CAME FROM ITEF PUBLICATIONS LIKE RFC'S?

03:56:31   8    A.   YES.

03:56:32   9    Q.   ALL RIGHT.  AND IF WE COULD LOOK AT SLIDE 15.

03:56:40  10    A.   SO THIS IS THE ITEF VERSION, THESE ARE A SAMPLING OF THE

03:56:45  11    VARIOUS COMMAND TERMS.  IN FACT, EVERY ONE OF THESE IS A

03:56:49  12    PROTOCOL.

03:56:49  13        AND SO THERE ARE, I DON'T KNOW, ABOUT 20 OR SO OF THOSE ON

03:56:52  14    THE SLIDE.

03:56:57  15    Q.   SO ARE THESE TERMS USED IN ASSERTED COMMANDS?

03:56:59  16    A.   I THINK, YEAH, EVERY ONE OF THEM IS.

03:57:01  17    Q.   SOMETIMES MULTIPLE TIMES?

03:57:03  18    A.   NOT WITHIN THE SAME COMMAND, BUT YEAH, IT MIGHT BE

03:57:06  19    MULTIPLE COMMANDS THAT USE A GIVEN TERM.

03:57:08  20    Q.   ALL RIGHT.

03:57:09  21        AND HOW ABOUT IEEE STANDARDS, DID YOU PREPARE A SUMMARY OF

03:57:13  22    WHAT YOU FOUND FROM IEEE STANDARDS?

03:57:15  23    A.   YES.  I THINK IT'S THE NEXT SLIDE.

03:57:18  24        SO HERE, THESE AREN'T ALL PROTOCOLS, SOME OF THESE ARE

03:57:22  25    TERMS FROM WITHIN THE PROTOCOL DOCUMENT.  BUT ALL OF THESE ARE

03:57:25   1    PART OF A STANDARD THAT WAS PUBLISHED BY THE IEEE WHICH

03:57:28   2    OPERATES OUTSIDE OF ANY COMPANY.

03:57:31   3    Q.   NOW AFTER YOU COMPLETED ALL OF THE -- THIS REVIEW, DID YOU

03:57:38   4    ATTEMPT TO PUT TOGETHER ALL OF YOUR FINDINGS INTO ONE PLACE?

03:57:42   5    A.   I DID AND IT WAS A LOT OF FUN.

03:57:46   6    Q.   OKAY.  IF YOU COULD LOOK AT EXHIBIT 9042, PLEASE.

03:58:07   7    A.   WHERE WOULD I FIND IT?

03:58:09   8         THE COURT:  IT'S THE LAST BINDER, NUMBER 8, IT'S THE

03:58:11   9    SKINNY ONE.

03:58:14   10        THE WITNESS:  THANK YOU, YOUR HONOR.

03:58:19   11        OKAY.  I'M WITH YOU.

03:58:22   12   Q.   WHAT'S 9042?

03:58:25   13   A.   THIS IS AN EXCEL SPREADSHEET WHERE I LISTED ALL 506 OF THE

03:58:32   14   ASSERTED MULTIWORD COMMANDS.  AND IN EACH CASE, I COLORED IN A

03:58:36   15   CELL, EACH OF THE TERMS IS COLORED, ONE OF THOSE THREE COLORS

03:58:41   16   UP ON THE PAPER OVER THERE, IT'S EITHER A BROWN, IF IT'S FROM A

03:58:45   17   LEGACY CLI, BLUE, IF I CONSIDER IT TO BE A COMMON NETWORKING

03:58:50   18   TERM, AND GREEN, IF IT COMES FROM ONE OF THOSE TWO STANDARDS

03:58:55   19   BADDIES WE JUST TALKED ABOUT.

03:59:01   20   Q.   AND DID DOUBLE CHECK THIS TO CONFIRM THE TERMS WERE FOUND

03:59:07   21   IN RFC'S, IF THAT'S WHAT YOU INDICATE ON HERE?

03:59:11   22   A.   MANY TIMES.

03:59:12   23        MR. FERRALL:  YOUR HONOR, AT THIS POINT I WOULD LIKE

03:59:13   24   TO DISPLAY THIS TO THE JURY.

03:59:16   25        THE COURT:  ARE YOU GOING TO MOVE IT INTO EVIDENCE?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2108

03:59:18  1              MR. FERRALL:  ULTIMATELY, I WOULD LIKE TO, BUT IF I

03:59:20  2      CAN AT LEAST USE IT AS A DEMONSTRATIVE AT THIS POINT.

03:59:23  3              THE COURT:  ANY OBJECTION TO IT BEING A DEMONSTRATIVE

03:59:25  4      AT THIS POINT?

03:59:25  5              MR. NELSON:  NO, YOUR HONOR.

03:59:26  6              THE COURT:  OKAY.

03:59:26  7              MR. NELSON:  THAT'S OKAY.

03:59:29  8      BY MR. FERRALL:

03:59:31  9      Q.   SO DR. BLACK, I KNOW YOU EXPLAINED THIS BEFORE IT WAS UP

03:59:35  10     ON THE SCREEN, BUT CAN YOU EXPLAIN TO THE JURY AGAIN WHAT IS

03:59:41  11     SHOWN HERE.

03:59:42  12     A.   SURE.  SO THIS IS AN ALPHABETICAL LISTING, IT'S 506 LINES

03:59:47  13     LONG BECAUSE EVERY COMMAND THAT'S ASSERTED BY CISCO IS LISTED

03:59:50  14     HERE.

03:59:50  15          AND THEN IN EACH CASE, LINE BY LINE, IF A GIVEN COMMAND

03:59:54  16     TERM LIKE AAA, THAT'S THE FIRST ONE HERE, IF THAT'S FOUND IN AN

04:00:00  17     ITEF OR IEEE DOCUMENT, I COLORED IT GREEN.

04:00:03  18          SO THERE IS AN AAA STANDARD IN THE ITEF.  AND SO I COLORED

04:00:08  19     IT GREEN.  AND THERE'S ONE REGARDING ACCOUNTING, I COLORED THAT

04:00:12  20     GREEN AS WELL.

04:00:13  21          THERE'S SOME THAT ARE BLUE BECAUSE I DIDN'T CONSIDER THEM

04:00:16  22     TO BE -- I DIDN'T FIND THEM IN ANY STANDARDS DOCUMENT, BUT I

04:00:22  23     CONSIDER THEM TO BE COMMON ENOUGH TERMS THAT EVERYBODY WOULD

04:00:24  24     KNOW THEM AND UNDERSTAND THEM.

04:00:25  25          THERE ARE SOME BROWN ONES THAT ARE FURTHER DOWN.  THOSE

04:00:30  1    ARE TAKEN FROM THAT FIRST LIST THAT CORRESPOND TO THAT BROWN

04:00:34  2    CIRCLE UP ON THE TOP, THE POSTER BOARD OVER THERE.

04:00:37  3         AND THEN IF I DIDN'T FIND THEM ANYWHERE AND DIDN'T

04:00:40  4    CONSIDER THEM TO BE COMMON TERMS, I LEFT THEM AS WHITE.

04:00:43  5    Q.    OKAY.  SO WE SEE HERE NOW, HERE'S A PAGE WITH MORE BROWN

04:00:49  6    AND BLUE.

04:00:54  7         THIS HAS, FOR EXAMPLE, THE "SHOW COMMANDS" YOU FOUND FROM

04:00:57  8    LEGACY OPERATING SYSTEM; IS THAT RIGHT?

04:00:59  9    A.    TO BE CLEAR, I FOUND THE WORD "SHOW" USED AS A COMMAND IN

04:01:05  10   THOSE OPERATING SYSTEM, NOT NECESSARILY THE ENTIRE COMMAND

04:01:08  11   SHOWN HERE.

04:01:08  12   Q.    FAIR ENOUGH.  THANK YOU.

04:01:10  13        AND YOU ARE NOT -- YOU HAVE A NUMBER OF TERMS HERE IN

04:01:13  14   WHITE, AND THOSE REFLECT THE FACT THAT THESE WERE NOT PRESENT

04:01:19  15   FROM YOUR INVESTIGATION IN LEGACY OPERATING SYSTEMS OR RFC; IS

04:01:30  16   THAT RIGHT?

04:01:30  17   A.    RIGHT.  YOU CAN SEE ALL STATISTICS, COOLING, POWER,

04:01:36  18   TEMPERATURE.  I MEAN, YOU CAN ARGUE IT'S A JUDGMENT CALL TO

04:01:41  19   DETERMINE WHETHER THAT'S A TERM THAT EVERYBODY KNOWS OR NOT.

04:01:43  20   IF I DID, I MADE IT BLUE.  IF NOT, I LEFT IT WHITE.

04:01:48  21        IT WAS A JUDGMENT CALL.  I TRIED TO MAKE IT REASONABLE AND

04:01:50  22   CONSERVATIVE WHEN I MADE THIS CHART.

04:01:53  23   Q.    YOU ARE NOT CLAIMING THAT EVERY WORD FROM CISCO IS FROM AN

04:01:56  24   RFC OR A PRIOR OPERATING SYSTEM?

04:01:57  25   A.    NO, THERE ARE PLENTY OF WHITE CELLS IN MY CHART HERE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2110

04:02:01  1    Q.   NOW, WERE YOU ASKED TO PROVIDE AN OPINION ON A DOCTRINE

04:02:08  2    KNOWN AS SCÈNES À FAIRE?

04:02:09  3    A.   YES, I WAS.

04:02:10  4    Q.   OKAY.  IF WE COULD JUST PUT THAT SLIDE 22 UP, MR. DAHM.

04:02:16  5         AND YOU UNDERSTAND THIS IS A LEGAL DOCTRINE; RIGHT.

04:02:20  6    A.   THAT'S WHAT MY UNDERSTANDING IS.

04:02:22  7    Q.   AND THAT'S NOT YOUR SPECIALTY?

04:02:23  8    A.   IT IS DEFINITELY NOT.

04:02:25  9    Q.   BUT YOU UNDERSTAND THAT THIS DOCTRINE SAYS THAT MATERIAL

04:02:31  10   THAT FLOWS NATURALLY FROM CONSIDERATIONS OR FACTORS THAT ARE

04:02:38  11   EXTERNAL TO AN AUTHOR'S CREATIVITY SHOULD NOT BE PROTECTED BY

04:02:42  12   COPYRIGHT.

04:02:43  13        WAS THAT WHAT YOU FOLLOWED IN ASSESSING THIS?

04:02:46  14   A.   THAT WAS MY UNDERSTANDING, YES.

04:02:47  15   Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT, IF ANY, EXTERNAL

04:02:53  16   CONSTRAINTS OR CONSIDERATIONS YOU FOUND TO BE PRESENT FOR THE

04:03:00  17   CISCO ENGINEERS AS THEY WERE DERIVING THESE CLI COMMANDS?

04:03:04  18   A.   RIGHT.

04:03:05  19        SO I MEAN, IF YOU IMAGINE YOU ARE GOING TO GO OUT AND

04:03:08  20   CREATE A NEW CLI COMMAND, I MEAN, PROBABLY THE FIRST THING YOU

04:03:12  21   ARE GOING TO DO IS THINK, WELL, WHAT DOES IT DO, WHAT'S THE

04:03:16  22   FEATURE THAT I'M TRYING TO DESCRIBE.

04:03:19  23        AND SO IF YOU WANTED TO DO SOMETHING LIKE CLEAR

04:03:23  24   SPANNING-TREE COUNTERS, YOU MIGHT MAKE A NEW CLI COMMAND CALLED

04:03:27  25   CLEAR SPANNING TREE COUNTERS, THAT WOULD MAKE SENSE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2111

04:03:31   1        YOU PROBABLY WOULDN'T USE "SHOW IP INTERFACE" OR SOMETHING

04:03:39   2   THAT DOESN'T AT ALL DESCRIBE THE THING YOU ARE GOING TO DO.  SO

04:03:41   3   I THINK THAT'S A CONSTRAINT.  TRYING TO BE DESCRIPTIVE, TRYING

04:03:44   4   TO BE CLEAR, CONCISE.  USE ABBREVIATIONS, WHEN IT MAKES SENSE,

04:03:47   5   IF THEY ARE WELL UNDERSTOOD.

04:03:49   6        WE ARE LAZY PEOPLE, NETWORK ENGINEERS, WE DON'T WANT TO

04:03:52   7   TYPE MORE THAN WE HAVE TO.  SO IF WE CAN ABBREVIATE OR USE

04:03:55   8   SMALLER TERMS, THAT'S ATTRACTIVE, WE WANT TO DO THAT AS WELL.

04:03:59   9        AND ALSO, IF YOU NOT ADDING THE FIRST CLI COMMAND, THEN

04:04:03  10   YOU PROBABLY WANT TO MAKE IT FIT IN WITH THE COMMANDS YOU

04:04:07  11   ALREADY HAVE.

04:04:07  12        AND MR. REMAKER LAST WEEK TALKED A LITTLE BIT ABOUT THE

04:04:11  13   HIGHLY TECHNICAL ASPECTS OF CISCO'S PARSER THAT MIGHT CONSTRAIN

04:04:15  14   CHOICES ALONG THOSE LINES AS WELL.

04:04:20  15   Q.   DID YOU FIND IN THE EVIDENCE, ANY DOCUMENTS OR OTHER

04:04:25  16   TESTIMONY THAT SUGGESTED TO YOU THAT THE CISCO ENGINEERS

04:04:31  17   ACTUALLY FOLLOWED SOME OF THESE CONSTRAINTS AND WERE BOUND BY

04:04:35  18   SOME OF THESE CONSTRAINTS IN COMING UP WITH THE CLI COMMANDS?

04:04:38  19   A.   SURE.  I MEAN, I REFERENCED MS. LIU'S USE, TAKING WORDS

04:04:44  20   DIRECTLY OUT OF THE STANDARDS, THOSE WOULD BE FAMILIAR TO

04:04:48  21   ENGINEERS.

04:04:48  22        MR. REMAKER, ONCE AGAIN, CITED SOME OF THOSE CONSTRAINTS

04:04:51  23   AND HE TALKED I THINK AT LENGTH ABOUT THIS DOCUMENT THEY HAVE

04:04:54  24   CALLED THE PARSER-POLICE MANIFESTO THAT ENSHRINES MANY OF THE

04:04:59  25   SAME SORTS OF CONCERNS AND CONSTRAINTS THAT I JUST DESCRIBED.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2112

04:05:02  1   Q.   OKAY.  IF WE COULD LOOK AT EXHIBIT 5175 WHICH IS ALREADY

04:05:08  2   ADMITTED.

04:05:18  3        DR. BLACK, YOU UNDERSTAND THIS WAS A VERSION OF THE

04:05:22  4   PARSER-POLICE MANIFESTO THAT'S IN EVIDENCE ALREADY?

04:05:26  5   A.   YES, I UNDERSTAND THAT.

04:05:27  6   Q.   AND CAN YOU EXPLAIN TO THE JURY HOW THIS PARSER-POLICE

04:05:33  7   MANIFESTO APPLIES TO YOUR SCÈNES À FAIRE OPINION?

04:05:39  8   A.   I MEAN THIS THING IS -- HAS, AMONG OTHER THINGS, ADVICE ON

04:05:44  9   HOW TO MAKE A GOOD CLI COMMAND THAT FITS IN WITH WHAT EXISTS

04:05:49  10  ALREADY AND MAKES SENSE TO THE USERS AND FOLLOWS THOSE

04:05:52  11  CONSTRAINTS THAT I JUST MENTIONED A MOMENT AGO.

04:05:54  12  Q.   OKAY.  IF WE COULD GO TO THE GUIDELINES --

04:06:00  13       AND MR. DAHM, I THINK IT'S ON THE SECOND PAGE OR THIRD

04:06:03  14  PAGE, MAYBE.

04:06:14  15       SO I GUESS, DR. BLACK, THIS LOOKS LIKE PART OF THE

04:06:17  16  GUIDELINES SECTION.  IS THERE ONE IN PARTICULAR -- IF YOU COULD

04:06:25  17  LOOK IN YOUR BINDER.

04:06:27  18  A.   I'M SORRY, WHAT WAS THE EXHIBIT NUMBER?

04:06:29  19  Q.   AH.  SORRY.  5175.

04:06:45  20  A.   OKAY.  I HAVE IT.

04:06:51  21  Q.   SO THE QUESTION, DR. BLACK, IS WERE THERE PARTICULAR

04:06:57  22  GUIDELINES OR ASPECTS OF THE PARSER-POLICE MANIFESTO THAT YOU

04:07:00  23  FOUND RELEVANT TO THE SCÈNES À FAIRE OPINION?

04:07:03  24  A.   WELL, I THINK IN SOME SENSE THEY ALL ARE, INSOFAR AS THEY

04:07:07  25  ARE THE GIVING ADVICE ON WHAT TO DO AND WHAT NOT TO DO.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2113

04:07:11   1        WE COULD TAKE, FOR EXAMPLE, PERHAPS BULLET SIX, WHICH IS I

04:07:23   2    THINK IS -- IT'S A LITTLE BIT FADED ON MY COPY.  YEAH, THIS I

04:07:27   3    THINK IS A GOOD EXAMPLE.

04:07:28   4    Q.   SO CAN YOU EXPLAIN WHAT YOU UNDERSTOOD THIS TO MEAN?

04:07:32   5    A.   CAN I READ THE FIRST SENTENCE INTO THE RECORD?

04:07:34   6    Q.   SURE.

04:07:35   7    A.   SO IT SAYS, WHEN NAMING A COMMAND, TRY TO PICK NAMES THAT

04:07:38   8    WOULD BE FAMILIAR TO PEOPLE IN THE INDUSTRY.  AND THEN THEY GO

04:07:42   9    TO GIVE SOME EXAMPLES.

04:07:44  10        WELL, I THINK I WAS TRYING TO CAPTURE THAT SAME ADVICE A

04:07:47  11    MOMENT AGO.  IF YOU ARE GOING TO USE MTU, ALTHOUGH PEOPLE WHO

04:07:51  12    DON'T WORK IN NETWORKS, THAT MIGHT LOOK COMPLETELY MEANINGLESS,

04:07:57  13    TO SOMEONE THAT WORKS IN NETWORKING THAT MEANS MAXIMUM

04:08:00  14    TRANSMISSION UNIT, AND IT WOULD BE FAMILIAR.

04:08:02  15        AND I THINK IT MAKES A LOT OF SENSE BOTH FOR BREVITY AND

04:08:04  16    CLARITY AND FAMILIARITY TO USE A TERM LIKE THAT.

04:08:06  17    Q.   OKAY.

04:08:07  18        AND BASED UPON YOUR REVIEW OF ALL OF THE EVIDENCE IN THIS

04:08:14  19    CASE, WHAT CONCLUSION, IF ANY, DID YOU REACH CONCERNING THE

04:08:18  20    APPLICABILITY OF THE SCÈNES À FAIRE DOCTRINE TO THE ASSERTED

04:08:25  21    CLI ELEMENTS?

04:08:25  22    A.   I THINK GIVEN THE LARGE NUMBER OF CONSTRAINTS TO DESCRIBE

04:08:28  23    THE FEATURE YOU ARE IMPLEMENTING AND TO FOLLOW ALL OF THOSE

04:08:31  24    OTHER GUIDELINES THAT WERE SET FORTH IN THIS DOCUMENT AND

04:08:34  25    ACCORDING TO THE TESTIMONY WE'VE HEARD, THAT REALLY, THE

04:08:37  1    COMMAND THAT YOU END UP WITH FLOWS PRIMARILY FROM SOURCES AND

04:08:42  2    SUBJECT TO CONSTRAINTS OUTSIDE OF THE AUTHOR'S CREATIVITY.

04:08:49  3    Q.   ALL RIGHT.

04:08:50  4         NOW DR. BLACK, I WOULD LIKE TO TURN TO WHAT I THINK YOU

04:08:53  5    IDENTIFIED IN THE BEGINNING AS THE SECOND CATEGORY OF YOUR

04:08:57  6    ANALYSIS, AND THAT WAS FAIR USE; RIGHT?

04:09:00  7    A.   YES, SIR.

04:09:01  8    Q.   ARE YOU READY FOR THAT?

04:09:03  9    A.   I WILL DO MY BEST.

04:09:04  10   Q.   AND IF WE COULD JUST CALL UP SLIDE 25, PLEASE.  YOU REFER

04:09:13  11   TO FOUR FAIR USE FACTORS IN THE BEGINNING.

04:09:16  12        DO YOU RECOGNIZE THESE AS THE FACTORS YOU WERE ASKED TO

04:09:20  13   CONSIDER?

04:09:20  14   A.   I THINK THEY ARE SHORTENED VERSIONS, BUT YES.

04:09:24  15   Q.   AND IF WE COULD JUST TICK THROUGH AGAIN, WE WILL GO INTO

04:09:27  16   SOME DETAIL, BUT AT A SUMMARY LEVEL, WHAT DID YOU FIND ON EACH

04:09:31  17   OF THESE FACTORS?

04:09:33  18   A.   YOU ARE ASKING FOR MY FINDINGS?

04:09:35  19   Q.   YES, YOUR FINDINGS AS TO EACH OF THEM.

04:09:38  20   A.   SO THE FIRST ONE, PURPOSE AND CHARACTER OF THE USE.

04:09:42  21        THAT ASKS:  IS ARISTA, IN THIS CONTEXT, IS ARISTA

04:09:47  22   TRANSFORMATIVE?  AND I FOUND IT WAS, IN FACT, HIGHLY

04:09:50  23   TRANSFORMATIVE, AS I MENTIONED EARLIER.

04:09:52  24        NATURE OF THE WORK.  HERE THE WORK MEANS THE CISCO CLI.

04:09:55  25   CISCO USER INTERFACE.  WHAT IS THE NATURE OF IT?  AND AS I SAID

04:10:01  1    EARLIER, I FOUND IT TO BE A FACTUAL FUNCTIONAL OBJECT.

04:10:05  2         AMOUNT AND SUBSTANTIALITY OF THE PORTION USED.  THAT'S

04:10:11  3    ASKING WHAT PROPORTION OF THE ACCUSED ELEMENTS, WHAT IS THAT

04:10:15  4    PROPORTION IN RELATION TO THE WORK AS A WHOLE?  IN OTHER WORDS,

04:10:17  5    THE ENTIRE USER INTERFACE, AND IN MY VIEW, INCLUDING ITS

04:10:23  6    IMPLEMENTING SOURCE CODE.

04:10:25  7         AND I FOUND THAT ARISTA'S USE CONSTITUTED A VERY SMALL

04:10:27  8    FRACTION OF THE OVERALL CISCO USER INTERFACE.

04:10:30  9         AND THEN ON MARKET HARM, THAT'S MORE OF SOMETHING FOR A

04:10:34  10   MARKETING OR AN ANALYSIS OF DAMAGES EXPERTS, SOMETHING THAT I'M

04:10:38  11   NOT AN EXPERT IN.

04:10:39  12        SO I DIDN'T HAVE A LOT TO SAY THERE OTHER THAN WHAT I

04:10:43  13   MENTIONED BEFORE THAT ALL THESE OTHER VENDORS ARE USING THE

04:10:48  14   SAME CLI COMMANDS AND ELEMENTS THAT ARE ACCUSED HERE.  THAT, I

04:10:54  15   THINK, HAS SOME INFLUENCE ON WHAT THE HARM TO THE MARKET COULD

04:10:56  16   THEREFORE BE.

04:10:57  17   Q.   AND ON THAT LAST POINT, YOU UNDERSTAND THAT YOUR FINDINGS

04:11:00  18   REGARDING THE WIDESPREAD USAGE, THAT WAS SOMETHING THAT ANOTHER

04:11:05  19   PERSON MAY COME TO TESTIFY ON BEHALF OF ARISTA TO TALK ABOUT

04:11:09  20   MARKET HARM?

04:11:10  21   A.   IT'S MY UNDERSTANDING THERE IS ANOTHER EXPERT WHO IS AN

04:11:13  22   EXPERT ON THIS TOPIC OF MARKET HARM, AND SHE RELIED UPON MY

04:11:18  23   ANALYSIS TO INFORM HER ULTIMATE DECISION AND OPINION.

04:11:22  24   Q.   ALL RIGHT.  SO IF WE COULD TALK ABOUT THE FIRST FACTOR,

04:11:28  25   THE PURPOSE AND CHARACTER OF THE USE.

08:24:15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,                    )    CV-14-5344-BLF
                                        )
                    PLAINTIFF,          )    SAN JOSE, CALIFORNIA
                                        )
            VS.                         )    DECEMBER 7, 2016
                                        )
ARISTA NETWORKS, INC.,                  )    VOLUME 10
                                        )
                    DEFENDANT           )    PAGES 2158-2405
_____        )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:       QUINN, EMANUEL, URQUHART & SULLIVAN
                         BY:  DAVID A. NELSON
                         500 WEST MADISON STREET, SUITE 2450
                         CHICAGO, IL 60661


FOR THE PLAINTIFF:       QUINN, EMANUEL, URQUHART & SULLIVAN
                         BY:  SEAN PAK
                         50 CALIFORNIA STREET, 22ND FLOOR
                         SAN FRANCISCO, CALIFORNIA 94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

08:35:39  1    MARKETING AS INDUSTRY STANDARD.

08:35:42  2         AT THE END WHERE HE DEFINES INDUSTRY STANDARD --

08:35:45  3            THE COURT:  SURE.

08:35:46  4        WELL, I WASN'T SUGGESTING THAT I WOULD THROW IT ALL OUT,

08:35:48  5    DON'T GET ME WRONG.  BUT IT WAS -- I WAS ALSO CONCERNED.  YOU

08:36:11  6    KNOW, IN TRIAL YOU'VE SPENT, BOTH PARTIES, AND PERHAPS HAVE

08:36:15  7    SPENT TIME DISCUSSING INDUSTRY STANDARDS AND USING IEEE AND

08:36:22  8    ITEF AS EXAMPLES OF TRUE INDUSTRY STANDARDS.  THIS WITNESS IS

08:36:31  9    NOT TALKING ABOUT THAT, IT'S A MUCH BROADER DEFINITION.

08:36:33  10       SO THE CONFUSION I SEE, IF HE SAID IT WAS KNOWN IN THE

08:36:37  11   INDUSTRY, IT'S COMMON IN THE INDUSTRY, THAT'S ONE THING.  IT'S

08:36:40  12   THE USE OF THE WORD "STANDARD."

08:36:42  13       AND THAT'S WHY THE OBJECTION IS IN VIOLATION OF MY RULING

08:36:44  14   ON THE MOTION IN LIMINE, IS IT'S GENERALLY IN THAT UMBRELLA OF

08:36:48  15   WHY I DIDN'T ALLOW YOU TO GO FORTH WITH DR. BLACK'S USE OF

08:36:53  16   DE FACTO STANDARD, WHICH IS REALLY WHAT, I SUPPOSE, WHAT HE'S

08:36:58  17   TALKING ABOUT.

08:36:58  18       AND SOME OF THEM ARE TRUE INDUSTRY STANDARDS, THAT'S THE

08:37:01  19   PROBLEM.  SO THE BOUNDARIES OF INDUSTRY STANDARD GET SO

08:37:07  20   EXPANDED OR DISAPPEAR, ACTUALLY.

08:37:09  21       AND SO THEN WE HAVE TO GO THROUGH LINE-BY-LINE AND SEE

08:37:14  22   WHAT WE'VE --

08:37:16  23            MR. VAN NEST:  WHY DON'T WE DO THIS, YOUR HONOR:

08:37:18  24       WE UNDERSTAND YOUR CONCERN, THERE'S A LOT IN HERE THAT'S

08:37:22  25   SIMPLY THEIR MARKETING PRACTICES THEIR DEVELOPMENT OF THE

08:37:26  1    COMMANDS, WE WILL PULL OUT WHERE HE'S TALKING ABOUT

08:37:33  2    DEFINITIONALLY, WHERE HE'S SAYING YES, THAT'S INDUSTRY

08:37:35  3    STANDARD, AND PULL IT OUT AND PRESENT IT, BUT WE WOULD LIKE TO

08:37:37  4    PLAY IT TODAY, AND I GET YOUR CONCERN AND WE WILL PULL IT

08:37:40  5    IMMEDIATELY AND SHARE IT WITH THEM.  WE CAN GO LINE-BY-LINE,

08:37:44  6    BUT IT SEEMS TO ME THIS WOULD BE A LOT SIMPLER.

08:37:46  7         THE COURT:  AND MR. VAN NEST, ANOTHER THING THAT IS

08:37:49  8    OF CONCERN TO ME IS THAT, OF COURSE YOU ARE PRESENTING THIS TO

08:37:52  9    THE JURY, BUT THERE'S NO SENSE OF A TIMELINE HERE.

08:37:56  10        AND I COULDN'T TELL -- I DON'T KNOW HOW YOU ARE GOING TO

08:38:01  11   USE THE CATO DEPOSITION IF IT APPLIES TO YOUR FAIR USE OR IF

08:38:05  12   IT'S --

08:38:06  13        MR. VAN NEST:  IT CERTAINLY DOES.

08:38:08  14        THE COURT:  AND SO THE ISSUE IS:  DOES THE ISSUE OF

08:38:11  15   WHETHER IT PREDATES OR POST-DATES CISCO USER INTERFACE.

08:38:16  16        MR. VAN NEST:  I THINK HIS EMPLOYMENT WILL CLEAR THAT

08:38:18  17   UP, BUT I DON'T BELIEVE ANY OF THESE PREDATES THE 80'S.  THIS

08:38:23  18   IS CONTEMPORARY.

08:38:24  19        THE COURT:  OKAY.  THEN THE TIMELINE IS NOT

08:38:26  20   IMPORTANT, AND I APPRECIATE THAT.

08:38:35  21        THEN WHEN WE GOT TO PAGE 65, IT WAS MY INCLINATION TO -- I

08:38:41  22   THINK THESE THEN ARE DIFFERENT, 65, 69 AND 71, I WAS GOING --

08:38:46  23   PREPARED TO OVERRULE ALL OF THOSE OBJECTIONS.

08:38:52  24        MS. MCCLOSKEY:  65, YOUR HONOR?  I'M SORRY.

08:38:56  25        THE COURT:  IT'S THE OBJECTIONS ON PAGE 65, 69 AND

09:39:45  1        YOUR TESTIMONY AND YOUR OPINIONS.

09:39:47  2             SO FIRST, YOU TALKED ABOUT ORIGINALITY IN THE BEGINNING;

09:39:51  3        RIGHT?  DO YOU RECALL THAT.

09:39:52  4        A.   YES, I DID.

09:39:53  5        Q.   AND SO LET'S LAY SOME PARAMETERS THERE.  WHEN YOU TALKED

09:39:57  6        ABOUT ORIGINALITY, YOU ARE GOING BACK TO THE TIME OF

09:40:00  7        CONFIGURATION OF THE COMMANDS, YOU UNDERSTAND THAT; RIGHT?

09:40:02  8        A.   WHEN I TALKED ABOUT ORIGINALITY, I WAS GOING BACK TO 1986.

09:40:08  9        SOME OF THE COMMANDS WEREN'T CREATED UNTIL VERY RECENTLY.

09:40:10  10       Q.   RIGHT.  UNDERSTOOD.

09:40:11  11            SO WITH RESPECT TO THOSE OPINIONS, AND IF WE PUT UP, WE

09:40:15  12       CAN JUST PUT UP A PAGE FROM 9042, JUST TO REMIND EVERYBODY WHAT

09:40:19  13       YOU WERE TALKING ABOUT, I THINK THAT'S THE DEMONSTRATIVE YOU

09:40:21  14       USED.

09:40:22  15            SO YEAH, THIS IS THE FIRST PAGE.  SO WHAT YOU WERE DOING

09:40:26  16       THERE, IF I UNDERSTOOD YOU CORRECTLY IS, YOU WENT THROUGH AND

09:40:32  17       LOOKED FOR FIRST LEGACY COMMAND TERMS; IN OTHER WORDS,

09:40:37  18       INDIVIDUAL TERMS THAT YOU SAW WERE USED IN OTHER SYSTEMS;

09:40:40  19       RIGHT?

09:40:40  20       A.   YES.

09:40:41  21       Q.   OKAY.  THEN THAT'S THE BROWN STUFF?

09:40:43  22       A.   THAT'S THE BROWN STUFF.

09:40:44  23       Q.   AND I THINK THAT'S THE APPROPRIATE -- I MEAN, I'M SORRY,

09:40:47  24       THAT'S JUST THE WAY I TALK.  I'M NOT TRYING TO DENIGRATE.

09:40:52  25            SO THEN THE NEXT ONE, YOU SAY INDUSTRY STANDARD TERM;

BLACK CROSS-EXAM BY MR. NELSON                                    2208

09:40:57    1    RIGHT?

09:40:57    2    A.   RIGHT.

09:40:58    3    Q.   OKAY.  SO LET'S JUST CLARIFY THERE.

09:41:00    4        WHEN YOU ARE TALKING ABOUT INDUSTRY STANDARD, IN THIS

09:41:03    5    CONTEXT YOU ARE TALKING ABOUT A FORMAL INDUSTRY STANDARD BODY;

09:41:07    6    RIGHT?

09:41:07    7    A.   YEAH, I TRIED TO, IN THE DESCRIPTION, BE CLEAR ABOUT THAT

09:41:11    8    FACT.

09:41:11    9    Q.   RIGHT.  AND THOSE ARE THE ONES YOU MARKED GREEN?

09:41:14   10    A.   YES, SIR.

09:41:14   11    Q.   AND AGAIN, WHAT YOU WERE DOING IS GOING THROUGH MANUALS OR

09:41:18   12    RFC'S, THINGS LIKE THAT?

09:41:20   13    A.   STANDARDS DOCUMENTS.

09:41:22   14    Q.   STANDARDS DOCUMENTS, THAT'S A GREAT WAY TO PHRASE IT.

09:41:27   15        YOU WERE GOING THROUGH STANDARDS DOCUMENTS THAT YOU SAY

09:41:30   16    PREDATED AND LOOKING FOR INDIVIDUAL TERMS IN THERE?

09:41:34   17    A.   CORRECT.

09:41:34   18    Q.   AND THEN YOU HAVE THE -- AND THAT'S THE GREEN, I THINK?

09:41:37   19    A.   THAT'S THE GREEN, YES.

09:41:38   20    Q.   THEN YOU HAVE THE BLUE, WHICH YOU SAY ARE COMMON INDUSTRY

09:41:43   21    TERMS; IS THAT RIGHT?

09:41:44   22    A.   CORRECT.  I THINK I MAY HAVE WRITTEN COMMON NETWORKING

09:41:47   23    TERMS ON THE CHART THERE, BUT YES.

09:41:49   24    Q.   BUT YOU'RE EQUATING THOSE -- WHEN YOU ARE SAYING INDUSTRY

09:41:53   25    IN 9042, YOU MEAN THE NETWORKING INDUSTRY; RIGHT?

BLACK CROSS-EXAM BY MR. NELSON                                    2209

09:41:56   1    A.   YES, SIR.

09:41:57   2    Q.   AND I THINK WHEN YOU DESCRIBED THE BLUE ON YOUR DIRECT

09:42:01   3    TESTIMONY, YOU SAY THAT'S A BIT MORE OF A JUDGMENT CALL; RIGHT?

09:42:04   4    A.   I THINK THAT'S FAIR.

09:42:04   5    Q.   SO IN OTHER WORDS, WHETHER SOMETHING WAS COMMON BACK AT

09:42:08   6    THE TIME OF CONFIGURATION OF THESE COMMANDS, IT'S A BIT MORE OF

09:42:11   7    A JUDGMENT CALL; RIGHT?

09:42:12   8    A.   SOME ENGINEERS MIGHT DISAGREE WITH CERTAIN TERMS, SURE.

09:42:15   9    Q.   AND THEN IF WE GO BACK ON THE INDUSTRY STANDARD TERMS, AND

09:42:23   10   WE LOOKED AT A NUMBER OF STANDARDS DOCUMENTS, THERE ARE I

09:42:26   11   NUMBER OF DIFFERENT WORDS THAT COULD BE USED; RIGHT?

09:42:28   12   A.   I'M NOT SURE I UNDERSTAND.

09:42:30   13   Q.   MEANING, YOU KNOW, SOMETIMES YOU MIGHT SPELL OUT THE WORD,

09:42:34   14   SOMETIMES YOU MIGHT HAVE AN ABBREVIATION, THERE ARE DIFFERENT

09:42:36   15   THINGS THAT WOULD TELL A NETWORKING ENGINEER BACK AT THAT TIME

09:42:45   16   WHAT A PARTICULAR FUNCTIONALITY IS; RIGHT?

09:42:47   17   A.   I MEAN, IF YOU WANT TO TAKE A PARTICULAR EXAMPLE, IP, I

09:42:51   18   THINK THAT'S BEEN TALKED ABOUT.  YOU COULD USE IP, YOU COULD

09:42:54   19   SPELL OUT INTERNET PROTOCOL.

09:43:00   20       I DON'T THINK I'VE OF EVER SEEN THAT DONE BUT IT WOULD BE

09:43:03   21   DESCRIPTIVE TO AN ENGINEER.

09:43:04   22   Q.   I THINK SOMEBODY SAID IPV3?

09:43:07   23   A.   IT WOULD BE IPV4.

09:43:09   24   Q.   OKAY.  I GOT THE NUMBER WRONG, THANKS FOR CORRECTING ME.

09:43:13   25   BUT THAT WOULD BE ANOTHER ONE?

BLACK CROSS-EXAM BY MR. NELSON                                    2210

```
09:43:14  1    A.   I DIDN'T SEE IT, BECAUSE IT EXISTED A LONG TIME BEFORE

09:43:18  2    IPV6 CAME ALONG, BUT YOU COULD COME BACK AND CHANGE YOUR

09:43:22  3    TECHNOLOGY TO AS THE V4 AND PEOPLE WOULD KNOW WHAT THAT MEANT.

09:43:25  4    Q.   SO JUST SO WHEN YOU ARE GOING THROUGH AND DOING THAT

09:43:28  5    ANALYSIS ON ORIGINALITY, YOU DIDN'T OFFER ANY OPINION THAT ANY

09:43:31  6    OF THE ACTUAL COMMAND TERMS WERE FOUND IN ANY OF THESE

09:43:35  7    DOCUMENTS YOU LOOKED AT, RIGHT?  THE COMMANDS THEMSELVES?

09:43:38  8    A.   YOU SAID COMMAND TERMS AT FIRST, SIR?

09:43:41  9    Q.   THEN I MISSPOKE, AND I SHOULD CORRECT THAT SO THAT WE HAVE

09:43:44  10   A CLEAN RECORD HERE.

09:43:47  11        YOU DIDN'T FIND THAT ANY OF THE 506 ASSERTED COMMANDS THAT

09:43:50  12   WE HAVE IN THE CASE, WERE FOUND IN ANY OF THE PRE-EXISTING

09:43:55  13   DOCUMENT; RIGHT?

09:43:56  14   A.   WELL, IF YOU LOOK HERE, SOME OF THESE ARE A SINGLE WORD,

09:44:00  15   OR AT LEAST IF YOU CONSIDER THE HYPHENATION TO COMBINE THEM

09:44:04  16   INTO A SINGLE WORD, ADDRESS FAMILY, AND AGGREGATE ADDRESS, I

09:44:08  17   DID FIND, PERHAPS WITHOUT THE HYPHEN.

09:44:10  18        AND SINCE THAT'S THE ENTIRETY OF THE COMMAND, AS WRITTEN,

09:44:13  19   THEN IN THAT CASE I DID FIND THE ENTIRE COMMAND.

09:44:18  20   Q.   OKAY.  WITH RESPECT TO ANY OF THE OTHERS, YOU DIDN'T OFFER

09:44:23  21   ANY OPINIONS, CORRECT?

09:44:24  22   A.   I DID NOT.

09:44:24  23   Q.   SO WHAT YOU DID IS WENT THROUGH AND FOUND INDIVIDUAL WORDS

09:44:29  24   AND SAID HEY, THESE WORDS I'VE SEEN BEFORE; RIGHT, THAT'S THE

09:44:33  25   OWNING OPINION YOU ARE OFFERING ON THAT; RIGHT?
```

09:44:35   1    A.    I WOULD SAY MORE THAN I'VE SEEN BEFORE, I'M SAYING THEY

09:44:39   2    ACTUALLY APPEAR, FOR THE GREEN ONES, IN THE STANDARDS

09:44:42   3    DOCUMENTS.

09:44:42   4    Q.    RIGHT.  BUT YOU WOULD AGREE WITH ME -- LET'S TAKE A BOOK,

09:44:47   5    FOR EXAMPLE.  ANYBODY CAN WRITE A BOOK.  IF I WENT BACK AND

09:44:50   6    LOOKED IN A DICTIONARY, I WOULD FIND ALL THOSE WORDS; RIGHT?

09:44:52   7    A.    SURE, BUT WE ARE NOT LOOKING AT A DICTIONARY WHICH IS ALL

09:44:57   8    IN ENGLISH, WE ARE LOOKING AT A VERY SPECIFIC, LIMITED SET OF

09:44:59   9    INDUSTRY STANDARD DOCUMENTS.

09:45:00   10   Q.    WE COULD LIMIT IT A LITTLE BIT MORE.  I MEAN, WE COULD

09:45:02   11   BEING TALKING ABOUT A SPORT; RIGHT?  LET'S JUST SAY IT'S A

09:45:05   12   SOCCER MATCH.  THEN I HAVE A LIMITED SETS OF WORDS, BUT I COULD

09:45:08   13   PROBABLY FIND ALL OF THOSE WORDS THAT ANYBODY USES TO DESCRIBE

09:45:12   14   A SOCCER MATCH IN SOME PRE-EXISTING BOOKS; RIGHT?

09:45:15   15   A.    PERHAPS.

09:45:15   16   Q.    YEAH.  I MEAN, USUALLY WHEN WE WRITE THINGS, WE WRITE

09:45:18   17   THINGS USING PRE-EXISTING WORDS; RIGHT?

09:45:21   18   A.    RIGHT.  BUT I WOULD SAY SOME OF THESE REALLY AREN'T EVEN

09:45:24   19   WORDS.

09:45:24   20   Q.    WELL, RIGHT, BECAUSE SOME OF THEM YOU LEFT WHITE, WHICH

09:45:27   21   MEANS WITH THOSE COMMANDS CISCO, JUST MADE THOSE UP; RIGHT?

09:45:30   22   A.    NO, THAT'S NOT WHAT IT MEANS.

09:45:32   23   Q.    WELL, IT MEANS IT'S NOT COMMON; RIGHT?

09:45:37   24   A.    YES.

09:45:37   25   Q.    IT MEANS YOU DIDN'T FIND IT IN ANY INDUSTRY STANDARD

09:45:43  1    DOCUMENTS?

09:45:43  2    A.   CORRECT.

09:45:44  3    Q.   AND IT MEANS IT'S NOT A LEGACY COMMAND TERM; RIGHT?

09:45:47  4    A.   CORRECT.

09:45:47  5    Q.   SO NOW I WANT TO TALK A LITTLE BIT THEN, JUST SO THAT WE

09:45:51  6    ARE ALL CLEAR, TO DISTINGUISH THE, WHAT YOU TALKED ABOUT THE

09:45:58  7    USAGE OF A NUMBER OF COMMANDS; RIGHT?  THAT WAS THE SECOND PART

09:46:01  8    OF YOUR TESTIMONY?

09:46:02  9    A.   NOT RELEVANT TO THE SCREEN WE ARE LOOKING AT.

09:46:04  10   Q.   THAT'S EXACTLY WHAT I WANT TO ESTABLISH.  SO WHEN YOU

09:46:09  11   TALKED ABOUT USAGE OF COMMANDS TO OTHER FOLKS THAT ALL COMES

09:46:13  12   AFTER CISCO?

09:46:13  13   A.   AFTER CISCO.

09:46:14  14   Q.   SO NOBODY SHOULD GET CONFUSED THAT YOU ARE OFFERING THE

09:46:17  15   OPINION THAT ALL OF THOSE CAME BEFORE CISCO CAME UP WITH THE

09:46:20  16   COMMAND TERMS OR THE COMMAND NAMES THAT ARE AT ISSUE HERE?

09:46:24  17   A.   NO, I HOPE I WAS CLEAR ON THAT POINT.

09:46:26  18   Q.   OKAY.  SO NOW ONE THING, YOU WERE HERE FOR SOME OF THE

09:46:32  19   TESTIMONY OF THE CISCO ENGINEERS; RIGHT?

09:46:33  20   A.   YES, I WAS.

09:46:34  21   Q.   AND YOU HEARD THIS IDEA ABOUT THE SEQUENCING OF THE TERMS;

09:46:39  22   RIGHT?

09:46:39  23   A.   I'M VERY FAMILIAR WITH THAT IDEA, SURE.

09:46:41  24   Q.   RIGHT.  AND YOU DIDN'T -- I DIDN'T HEAR YOU ADDRESS THAT

09:46:45  25   IN YOUR DIRECT TESTIMONY?

09:46:48   1    A.   ONLY IN THE SENSE THAT WHEN I TALKED ABOUT SOME OF THE

09:46:55   2    CONSTRAINTS, I TALKED ABOUT CONSISTENCY WITH PRE-EXISTING

09:46:59   3    COMMANDS SO THAT WOULD GO TO THE ORDERING OF THE TERMS.

09:47:01   4    Q.   THAT'S A GOOD ONE.  SO LET'S TALK WITH THAT CONSTRAINT

09:47:03   5    BEFORE I GET ON TO THE OTHER POINT, AND NOW THAT YOU ARE THERE.

09:47:07   6         SO THAT CONSTRAINT IS ACTUALLY AN INTERNAL CONSTRAINT;

09:47:11   7    RIGHT?

09:47:11   8    A.   I'M NOT SURE WHAT YOU MEAN BY "INTERNAL."

09:47:13   9    Q.   YOU REFERRED TO IT AS A CONSTRAINT, BUT THAT'S SOMEBODY

09:47:16  10    THAT COMES ALONG AND IS TRYING TO MAKE THEIR COMMAND, WHATEVER

09:47:20  11    THEY ARE WRITE BEING, CONSISTENT WITH THE EXISTING USER

09:47:22  12    INTERFACE; RIGHT?

09:47:22  13    A.   I MEAN, LET'S TAKE "SHOW," FOR EXAMPLE, SINCE THAT'S BEEN

09:47:27  14    TALKED ABOUT QUITE A BIT.

09:47:29  15         I THINK THAT WHEN MR. LOUGHEED PUT "SHOW" AS THE FIRST

09:47:32  16    WORD, HE WAS FOLLOWING SOME BEHAVIOR, SOME STANDARD -- NOT

09:47:40  17    STANDARD, I SHOULDN'T USE THE WORD, SOME ORDERING AND USAGE

09:47:44  18    THAT HE WAS FAMILIAR WITH FROM TOPS 20.

09:47:46  19         AND THEN, YES, AFTER THAT TIME, TO BE CONSISTENT, YOU

09:47:49  20    WOULD NEVER WANT TO PUT "SHOW" IN THE MIDDLE OF YOUR COMMAND OR

09:47:53  21    AT THE END OF YOUR COMMAND, BECAUSE THE THOUSAND MORE "SHOW

09:47:57  22    COMMANDS" YOU KEEP THAT CONVENTION AND YOU PUT IT FIRST.

09:47:59  23    Q.   RIGHT.  BUT THAT CONSISTENCY YOU ARE JUST REFERRING TO

09:48:01  24    NOW, THAT'S CONSISTENCY WITH THE EXISTING CISCO USER INTERFACE,

09:48:04  25    CORRECT?

09:48:05   1    A.   AND CONSISTENCY WITH ALL THE PRECEDING CLI'S THAT DID THE

09:48:08   2    SAME THING, AND THAT'S WHAT ENGINEERS WOULD EXPECT.

09:48:11   3    Q.   OKAY.  WELL, THERE ARE MANY TIMES WHERE WE SAW EXAMPLES OF

09:48:16   4    HIERARCHIES THAT HAD NOTHING TO DO WITH PRE-EXISTING SYSTEMS,

09:48:19   5    CORRECT?

09:48:20   6    A.   I DON'T KNOW.  I WOULDN'T SAY NOTHING, BUT THEY WERE LESS

09:48:23   7    SIMILAR THAN THE SHOW COMMAND.

09:48:24   8    Q.   RIGHT.  AND SO YOU ARE NOT SAYING, SIR, LET'S SAY SOMEBODY

09:48:33   9    WRITES A BOOK AND IT'S GOT SOME CHARACTER IN IT; RIGHT?

09:48:36   10   A.   YOU MEAN LIKE AN ALPHABETICAL CHARACTER.

09:48:38   11   Q.   NO, NO, NO, NOT THAT KIND OF CHARACTER.  LIKE A BRITISH

09:48:42   12   SPY.  AND HE'S MAKING MARTINIS, AND THEY ARE SHAKEN AND NOT

09:48:48   13   STIRRED, AND HE'S GOT A NUMBER LIKE 007?

09:48:51   14   A.   I'M WITH YOU NOW.

09:48:52   15   Q.   AND SOMEBODY, THE SAME GUY, WRITES THE SECOND BOOK IN THAT

09:49:02   16   SERIES AND HE USES THE SAME CHARACTER; RIGHT?

09:49:04   17   A.   SURE.

09:49:04   18   Q.   YOU ARE NOT SAYING THAT THE SECOND TIME HE WROTE THAT,

09:49:07   19   THAT HE WAS EXTERNALLY CONSTRAINED, ARE YOU?

09:49:10   20   A.   I MEAN, IT'S FAIRLY HYPOTHETICAL, AND I'M NOT AN EXPERT ON

09:49:15   21   NOVELS AND SPIES, BUT I ASSUME THAT IF, YOU KNOW, YOU ARE

09:49:19   22   WRITING A BOOK, THERE'S PROBABLY A MIXTURE OF EXTERNAL

09:49:23   23   CONSTRAINTS AND INTERNAL CONSTRAINTS.

09:49:25   24   Q.   BUT YOU ARE NOT OFFERING US THE OPINION THAT, IN THAT

09:49:28   25   EXAMPLE, THAT BECAUSE SOMEBODY WANTED TO BE CONSISTENT WITH

BLACK CROSS-EXAM BY MR. NELSON                                    2215

09:49:31   1   WHAT THEY HAD ALREADY DONE, THAT THERE'S NO PROTECTION FOR THE

09:49:34   2   SECOND BOOK; RIGHT?

09:49:35   3   A.   I COULDN'T OFFER AN OPINION LIKE THAT.

09:49:38   4   Q.   IT DOESN'T MAKE ANY SENSE?

09:49:40   5   A.   IT SOUNDS LIKE A LEGAL OPINION.

09:49:42   6   Q.   BUT IT DOESN'T MAKE ANY SENSE ANYWAY; RIGHT?

09:49:45   7   A.   I CAN'T HELP YOU THERE, SIR.

09:49:47   8   Q.   NOW I JUST WANT TO TALK ABOUT THIS SEQUENCING.

09:49:50   9        YOU HEARD THE TESTIMONY THAT PART OF THE -- THE SEQUENCING

09:49:57   10  WAS IMPORTANT HERE BECAUSE THAT WAS AN ATTEMPT BY THE ENGINEERS

09:50:00   11  TO DETERMINE WHETHER TO CREATE A NEW HEIRARCHY OR PUT IT INTO

09:50:03   12  AN EXISTING HIERARCHY, FOR EXAMPLE; RIGHT?

09:50:05   13  A.   YES.

09:50:05   14  Q.   AND YOU AGREE WITH THAT, YOU DON'T DISPUTE THAT TESTIMONY;

09:50:08   15  RIGHT?

09:50:08   16  A.   THAT'S -- THAT ONE OF THE THINGS YOU DECIDE FOR THE NEW

09:50:12   17  COMMAND IS CHOOSING A HIERARCHY IN WHICH IT WOULD BE PLACED?

09:50:16   18  Q.   OR WHETHER TO CREATE A NEW HIERARCHY; RIGHT?

09:50:21   19  A.   SURE.

09:50:22   20  Q.   AND THAT SEQUENCING IS IMPORTANT; RIGHT?

09:50:25   21  A.   I THINK THAT YOU WANT TO CREATE A COMMAND THAT'S AS CLOSE

09:50:32   22  AS WHAT YOUR ENGINEERS, YOUR USERS ARE GOING TO EXPECT, SO

09:50:36   23  SURE.

09:50:36   24  Q.   RIGHT.  AND THAT SEQUENCING, YOU SAW THE PROCESS, WAS

09:50:39   25  ACTUALLY A CHOICE THAT THEY MAKE, CORRECT?

BLACK CROSS-EXAM BY MR. NELSON                           2216

09:50:46    1    A.    I THINK, ONCE AGAIN, WE ARE TALKING KIND OF ABSTRACTLY,

09:50:50    2    BUT I THINK IN SOME CASES, IF I'M GOING TO CREATE A NEW CLI

09:50:53    3    COMMAND TO DISPLAY SOME INFORMATION, I THINK I KIND OF KNOW

09:50:56    4    WHERE THAT'S GOING TO GO, IT'S GOING TO BE A SHOW COMMAND.

09:50:59    5         MAYBE THERE'S LESS CHOICE THERE.  MAYBE IN SOME OTHER

09:51:02    6    CASES THERE MIGHT BE A COUPLE OF CHOICES, I CAN'T IMAGINE MORE

09:51:06    7    THAN JUST A COUPLE.

09:51:07    8    Q.    WELL, THERE'S A CHOICE OF WHETHER YOU WANT TO CREATE A NEW

09:51:10    9    HIERARCHY ALL TOGETHER; RIGHT?

09:51:11   10    A.    I THINK THAT WOULD MAKE SENSE IN SOME CASES, BUT ONCE

09:51:14   11    AGAIN, WE ARE TALKING FAIRLY HYPOTHETICALLY.

09:51:17   12    Q.    AND YOU RECALL FROM THE PARSER-POLICE DOCUMENT WE TALKED

09:51:21   13    QUITE A BIT ABOUT, THAT ONE OF THE CONSIDERATIONS WAS TO THINK

09:51:24   14    EXTENSIBLY; RIGHT?

09:51:26   15    A.    I DON'T RECALL THAT EXACTLY.  MAYBE IT'S THERE.

09:51:28   16    Q.    OKAY.  SO CAN WE GO TO 5175?

09:51:38   17    A.    IS THIS IN MY BINDER?

09:51:40   18    Q.    I'M GOING TO PUT IT UP ON THE SCREEN.  I THINK IT IS IN

09:51:43   19    YOUR BINDER.

09:51:55   20    (OFF-THE-RECORD DISCUSSION.)

09:52:03   21    A.    I FOUND IT, SIR.

09:52:04   22    Q.    OKAY.  SO YOU SEE HERE NUMBER 1 IS "THINK EXTENSIBLY;"

09:52:13   23    RIGHT?

09:52:13   24    A.    I MISUNDERSTOOD, I THOUGHT YOU SAID "THINK EXTENSIVELY."

09:52:18   25    Q.    OH, I'M SORRY.  THAT'S MY ACCENT.

BLACK CROSS-EXAM BY MR. NELSON                                  2217

```
09:52:18   1        A.   MY APOLOGIES.

09:52:23   2        Q.   I SAID "EXTENSIBLY."

09:52:25   3             SO YOU AGREE THAT'S A CONSIDERATION, RIGHT?

09:52:27   4        A.   I AGREE.

09:52:27   5        Q.   SOME OF THE WHILE WE ARE ON THIS DOCUMENT, YOU RECALL THIS

09:52:31   6        DOCUMENT, THESE WERE GUIDELINES, CORRECT?

09:52:33   7        A.   I THINK IT SAYS SOMETHING ABOUT ENGINEERS BEING REQUIRED

09:52:37   8        TO GO THROUGH THE PROCESS.  I THINK THERE WAS SOME TESTIMONY

09:52:42   9        FROM MR. REMAKER THAT THEY DIDN'T NECESSARILY HAVE ENFORCEMENT

09:52:47  10        POWER.

09:52:47  11        Q.   WELL, ACTUALLY, IF WE GO TO -- AND I HAVE TO FIND THIS IN

09:52:55  12        MY NOTES, I'M A LITTLE OUT OF SEQUENCE HERE, SO BEAR WITH ME.

09:52:59  13             IF WE GO TO THE PORTION OF THE DOCUMENT THAT TALKS ABOUT

09:53:03  14        THE JUDGMENT OF THE ENGINEERS.

09:53:24  15        A.   CAN YOU HELP ME OUT?

09:53:26  16        Q.   YEAH.  HE'S GETTING THERE.  PAGE 2 OF THE DOCUMENT.  "NO

09:53:38  17        CONSENSUS."  AND I JUST FOUND IT IN MY NOTES, SIR.

09:53:42  18             YOU SEE THE VERY LAST SENTENCE OF THAT SECOND PARAGRAPH,

09:53:45  19        IT SAYS, "YOUR PROFESSIONAL JUDGMENT IS YOUR GUIDANCE HERE;"

09:53:49  20        RIGHT?

09:53:50  21        A.   I SEE THAT SENTENCE.

09:53:51  22        Q.   RIGHT.  SO IF WE JUST STICK WITH THAT FIRST THING, "THINK

09:53:56  23        EXTENSIBLE," ONE OF THE THINGS IT SAID IS HEY, YOU MIGHT NOT

09:54:01  24        WANT TO USE HYPHENS; RIGHT?

09:54:03  25        A.   I THINK IT SAYS A LITTLE MORE ABOUT WHY YOU WOULDN'T, BUT
```

BLACK CROSS-EXAM BY MR. NELSON                                    2218

```
09:54:06   1        THAT'S ONE OF THE CONSIDERATIONS.

09:54:07   2        Q.   THAT'S ONE OF THE EXAMPLES OF POTENTIALLY BAD COMMANDS;

09:54:11   3     RIGHT?

09:54:11   4        A.   IN CERTAIN CASES, YES.

09:54:12   5        Q.   BUT YOU KNOW FROM LOOKING THROUGH JUST THE COMMANDS THAT

09:54:15   6     ARE ASSERTED IN THIS CASE, THAT WAS OFTEN REJECTED BY THE

09:54:18   7     ENGINEERS, CORRECT?

09:54:20   8        A.   NO, I WOULDN'T AGREE.

09:54:22   9        Q.   YOU DON'T.

09:54:24  10            IF WE GO BACK TO 9042.  YOU SEE HERE YOU PICKED THOSE TWO,

09:54:41  11     ADDRESS-FAMILY AND AGGREGATE-ADDRESS; RIGHT?

09:54:45  12        A.   CORRECT.

09:54:45  13        Q.   THAT'S NOT VERY EXTENSIBLE ANYMORE; RIGHT?

09:54:48  14        A.   SO I THINK WITHOUT GOING INTO TOO MUCH HOW PARSERS WORK

09:54:54  15     AND SO FORTH, IF YOU PUT "AGGREGATE SPACE ADDRESS," THAT LEAVES

09:54:57  16     YOU ELBOW ROOM TO HAVE "AGGREGATE SPACE OTHER THINGS."  BUT IF

09:55:01  17     YOU PUT AGGREGATE-ADDRESS, THEN YOU ARE SORT OF LOCKED IN.  AND

09:55:05  18     I THINK THAT'S WHAT THE PARSER-POLICE DOCUMENT IS TALKING

09:55:07  19     ABOUT.

09:55:07  20        Q.   RIGHT.  THAT'S EXACTLY WHAT I'M SAYING.

09:55:10  21            WHAT YOU WOULD SEE HERE, THE TWO YOU PICKED OUT, THOSE

09:55:13  22     WOULD BE EXAMPLES IN THE PARSER-POLICE DOCUMENTS OF BAD

09:55:16  23     COMMANDS; RIGHT.

09:55:16  24        A.   NO.  I THINK IT MAKES SENSE TO TERMINATE WHAT THEY CALL

09:55:20  25     THE PARSE TREE.
```

BLACK CROSS-EXAM BY MR. NELSON                                    2219

09:55:21  1          IN CERTAIN CASES, I THINK THE DOCUMENT IS TALKING ABOUT

09:55:24  2   THAT AS ONE OF THE THINGS YOU HAVE TO DECIDE IF YOU GOING TO

09:55:28  3   TERMINATE OR LEAVE IT EXTENSIBLE.

09:55:30  4   Q.   RIGHT.  EXACTLY.  ONE OF THE THINGS YOU HAVE TO DECIDE

09:55:37  5   WHERE, YOU, IS BEING AN ENGINEER CREATING THE COMMAND; RIGHT?

09:55:41  6   A.   THE PROGRAMMER CREATING THE COMMAND HAS TWO CHOICES, YES.

09:55:45  7   Q.   YEAH, EXACTLY.

09:55:47  8        OKAY.  SO NOW I WOULD LIKE TO GO TO YOUR SLIDE 14.

09:55:57  9   A.   IN MY DEMONSTRATIVES?

09:55:58  10  Q.   YEAH.  SO HERE YOU WERE TALKING ABOUT THE MODES AND

09:56:09  11  PROMPTS IN PRIOR SYSTEMS; RIGHT?

09:56:10  12  A.   YES.

09:56:10  13  Q.   AND YOU SET OUT TWO MODES, PRIVILEGE MODE AND NONPRIVILEGE

09:56:16  14  MODE; RIGHT?

09:56:17  15  A.   YES.

09:56:17  16  Q.   SO IN ALL OF THE THINGS YOU LOOKED THROUGH, YOU NEVER

09:56:19  17  FOUND A GLOBAL CONFIGURATION MODE, CORRECT?

09:56:21  18  A.   NOT PRIOR TO CISCO.

09:56:23  19  Q.   RIGHT.  AND IN ALL THE THINGS YOU LOOKED FOR, YOU NEVER

09:56:26  20  FOUND AN INTERFACE CONFIGURATION MODE, CORRECT?

09:56:28  21  A.   THAT'S CORRECT.

09:56:29  22  Q.   AS WELL AS THE CORRESPONDING PROMPTS TO THOSE, CORRECT?

09:56:33  23  A.   IF YOU CAN CLARIFY PROMPT.  THE HASH SIGN IS STILL USED IN

09:56:40  24  THE MODES YOU NAMED.

09:56:40  25  Q.   CORRECT.  BUT THE PROMPTS FOR THOSE MODE INCLUDE THE

BLACK CROSS-EXAM BY MR. NELSON                                    2220

09:56:45   1    CONFIGURATION LETTERS, CORRECT?

09:56:47   2    A.   THEY INCLUDE THE HOST NAME OF THE DEVICE, WHICH IS

09:56:52   3    CONFIGUREABLE BY THE USER, THEN IN PARENTHESES, THAT CONFIG AND

09:56:57   4    CONFIG-IF.

09:56:57   5    Q.   RIGHT.  YOU DIDN'T FIND THAT PROMPT IN ANY OF THE MANY

09:57:01   6    DOCUMENTS THAT YOU LOOKED THROUGH FOR SYSTEMS THAT CAME BEFORE,

09:57:04   7    CORRECT?

09:57:04   8    A.   THE HOST NAME WOULD BE THERE IN THOSE DOCUMENTS, BUT THAT

09:57:07   9    PARENTHETICAL, I DIDN'T FIND.

09:57:08  10    Q.   RIGHT.

09:57:10  11         AND YOU UNDERSTAND, SIR, THAT WHAT'S BEING ASSERTED IN THE

09:57:13  12    CASE IS THAT PARTICULAR ARRANGEMENT OF THOSE FOUR MODES AND

09:57:16  13    PROMPTS; RIGHT?

09:57:16  14    A.   I ACTUALLY HAVE BEEN UNCLEAR WHAT EXACTLY CISCO IS

09:57:20  15    CLAIMING PROTECTION FOR THEIR -- I UNDERSTAND IT'S NOT THE

09:57:25  16    ACTUAL WORD INSIDE THE PARENTHESIS, MY UNDERSTANDING NOW IS

09:57:32  17    IT'S THE ORDER OF THE WORDS; IS THAT CORRECT?

09:57:35  18    Q.   IT'S THE ARRANGEMENT OF THE MODES AND PROMPTS, CORRECT?

09:57:38  19    SO YOU UNDERSTAND THAT?

09:57:39  20    A.   I THINK SO.

09:57:40  21    Q.   SO TWO OF THE MODES YOU DIDN'T FIND AT ALL; RIGHT?

09:57:43  22    A.   I DIDN'T FIND THOSE TWO MODES YOU NAMED, YES.

09:57:45  23    Q.   RIGHT.  SO THEN IT GOES WITHOUT SAYING THAT THAT

09:57:48  24    PARTICULAR ARRANGEMENT OF THE FOUR MODES AND PROMPTS, YOU

09:57:51  25    DIDN'T FIND AT ALL?

09:57:52   1    A.   I DIDN'T FIND THAT ORDERING BECAUSE I DIDN'T FIND THE

09:57:55   2    MODES.

09:57:56   3    Q.   RIGHT.

09:57:56   4       SO NOW I WANT TO TALK ABOUT A FEW OTHER THINGS.

09:58:09   5       SO ONE OF THE THINGS YOU HAD SAID IS YOU DIDN'T THINK THAT

09:58:16   6    THERE WAS A SUBSTANTIAL AMOUNT OF THE WORK THAT WAS TAKEN,

09:58:24   7    CORRECT?

09:58:24   8    A.   I'M UNCLEAR ON WHAT YOU ARE ASKING.

09:58:28   9    Q.   OKAY.  SO ONE OF YOUR FAIR USE FACTORS, YOU TALKED ABOUT

09:58:31 10    THE AMOUNT OF THE WORK.  YOU PUT UP A SLIDE AND SAID THERE'S

09:58:37 11    441 COMMANDS THAT ARE ACCUSED FROM IOS AND THERE'S 16,000

09:58:41 12    COMMANDS IN ALL OF IOS; RIGHT?

09:58:43 13    A.   I RECALL THAT, YES.

09:58:44 14    Q.   YOU DIDN'T ADDRESS THE QUALITY OF THAT THOUGH; RIGHT?

09:58:55 15    A.   IN WHAT SENSE DO YOU MEAN THE "QUALITY" OF THAT?

09:58:59 16    Q.   THE QUALITY OF WHAT WAS TAKEN; RIGHT?

09:59:03 17    A.   NOT IN THE WAY I'M UNDERSTANDING YOUR QUESTION.

09:59:08 18    Q.   RIGHT.  YOU SIMPLY JUST LOOKED AT THE NUMBERS, YOU

09:59:11 19    COMPARED ONE NUMBER TO ANOTHER, CORRECT?

09:59:14 20    A.   I TOOK CISCO'S NUMBER DIVIDED BY CISCO'S NUMBER.

09:59:17 21    Q.   THAT'S IT?

09:59:18 22    A.   THAT'S IT.

09:59:19 23    Q.   OKAY.  SO SIR, YOU WERE HERE FOR MR. DR. LI -- EXCUSE ME,

09:59:25 24    DR. LI'S TESTIMONY, CORRECT?

09:59:26 25    A.   I WAS.

| | | |
|---|---|---|
| 11:19:40 | 1 | THE COURT:  AND IT WILL BE ADMITTED. |
| 11:19:42 | 2 | (DEFENDANT'S EXHIBIT 5119 WAS ADMITTED INTO EVIDENCE.) |
| 11:19:42 | 3 | MR. VAN NEST:  TX 5119. |
| 11:19:47 | 4 | THE NEXT DEPOSITION IS A LITTLE BIT LONGER.  THIS IS THE |
| 11:19:53 | 5 | DEPOSITION OF DOUG GOURLAY.  IT'S A LITTLE LONGER, IT'S |
| 11:19:56 | 6 | 29 MINUTES. |
| 11:19:57 | 7 | 18 MINUTES OF THAT SHOULD BE ASSESSED TO ARISTA AND |
| 11:20:00 | 8 | 11 MINUTES TO CISCO. |
| 11:20:15 | 9 | **(THE VIDEO DEPOSITION OF DOUGLAS GOURLAY WAS PLAYED INTO** |
| 11:50:01 | 10 | **THE RECORD.)** |
| 11:50:01 | 11 | MR. VAN NEST:  YOUR HONOR, THAT CONCLUDES |
| 11:50:03 | 12 | MR. GOURLAY'S DEPOSITION. |
| 11:50:05 | 13 | I HAVE A 15-MINUTE -- ONE LAST VIDEO THIS MORNING, OR I |
| 11:50:10 | 14 | HAVE A FIVE-MINUTE READING OF AN INTERROGATORY.  AND I COULD DO |
| 11:50:14 | 15 | EITHER ONE, WHATEVER YOUR HONOR -- |
| 11:50:16 | 16 | THE COURT:  I AM THINKING WE WILL PUSH THROUGH AND DO |
| 11:50:19 | 17 | THE 15-MINUTE TAPE, SINCE WE ARE DOING THOSE. |
| 11:50:23 | 18 | MR. PAK:  WE MAY HAVE SOME EXHIBITS TO MOVE IN, BASED |
| 11:50:26 | 19 | ON MR. GOURLAY'S VIDEO TESTIMONY. |
| 11:50:29 | 20 | MR. VAN NEST:  LET'S PASS THAT. |
| 11:50:30 | 21 | MY SHEET SAID THERE WEREN'T ANY, BUT IF YOU WANT TO MOVE |
| 11:50:35 | 22 | THEM IN, YOU CAN.  WE WILL CONFER OVER THE LUNCH HOUR. |
| 11:50:43 | 23 | THIS NEXT WITNESS IS DEEPAK MALIK.  THIS IS A -- JUST |
| 11:50:49 | 24 | OVER -- IT'S ABOUT A 15-MINUTE SEGMENT, YOUR HONOR. |
| 11:50:51 | 25 | TEN MINUTES SHOULD BE ATTRIBUTED TO ARISTA, AND FIVE TO |

02:16:39  1          CISCO ACQUIRED THE 7508 IN 2010.  THE ARISTA 7508 RAN EOS

02:16:46  2     4.9.4.  CISCO CONDUCTED RFC STANDARDS TESTING FOR LATENCY,

02:16:53  3     MULTICAST FORWARD RATE, HEAD-OF-LINE TESTING, BUFFER

02:16:58  4     PERFORMANCE AND ACL.

02:17:01  5          CISCO EMPLOYEES IN THE SAVTG HAD ACCESS TO THE ARISTA

02:17:06  6     7508.

02:17:08  7          AND FINALLY, CISCO ACQUIRED THE 7508E FROM PHW

02:17:13  8     INTERNATIONAL IN AUGUST 2013.  CISCO CONDUCTED RFC STANDARDS

02:17:18  9     TESTING FOR RFC 2544, 2889, AND 3918; BUFFER PERFORMANCE

02:17:29  10    TESTING; AND POWER CONSUMPTION TESTING."

02:17:32  11         YOUR HONOR, THERE IS AN ADDITION OF A SUPPLEMENTAL ANSWER

02:17:35  12    WITH AN ADDITIONAL NUMBER OF SWITCHES, BUT AT THIS TIME I DON'T

02:17:38  13    NEED TO READ ANYMORE.  I CAN SIMPLY OFFER 9077 INTO EVIDENCE.

02:17:45  14              MR. PAK:  NO OBJECTION.

02:17:47  15              THE COURT:  AND IT WILL BE ADMITTED.

02:17:48  16              MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:17:50  17      (DEFENDANT'S EXHIBIT 9077 WAS ADMITTED INTO EVIDENCE.)

02:17:50  18              MR. VAN NEST:  AND MS. MCCLOSKEY WILL CALL OUR NEXT

02:18:02  19    WITNESS.

02:18:03  20              THE COURT:  ALL RIGHT.  MS. MCCLOSKEY.

02:18:06  21              MS. MCCLOSKEY:  ARISTA CALLS BALAJI VENKATRAMAN.

02:18:09  22              THE COURT:  AND IS MR. VENKATRAMAN IN THE COURTROOM?

02:18:13  23              MS. MCCLOSKEY:  YES.

02:18:15  24              THE COURT:  IF YOU WOULD COME FORWARD TO THE WITNESS

02:18:17  25    STAND, PLEASE, AND STAND TO BE SWORN.

02:29:19  1    CONFIGURED OR SOME COMMANDS MAY NEED ADDITIONAL PRIVILEGES TO

02:29:24  2    BE EXERCISED.

02:29:25  3        SO THAT IS THE HIERARCHY.

02:29:27  4    Q.   THANK YOU.

02:29:27  5        AND WHY WAS HP TELLING POTENTIAL CUSTOMERS AND THE PUBLIC

02:29:31  6    THAT ITS CLI REDUCES TRAINING TIME AND EXPENSES AND INCREASES

02:29:35  7    PRODUCTIVITY IN MULTI VENDOR INSTALLATIONS?

02:29:40  8    A.   SO IN GENERAL, OVER TIME, THE INDUSTRY HAS ADOPTED A

02:29:46  9    COMMON SET OF COMMANDS TO CONFIGURE SIMILAR OPERATIONS ON

02:29:53  10   ROUTERS AND SWITCHES.

02:29:54  11       AND THE ADVANTAGE OF THAT IS IF THOSE COMMANDS ARE

02:30:01  12   SIMILAR, THEN USERS DON'T HAVE TO RELEARN THESE COMMANDS FOR

02:30:08  13   EVERY MODEL OR EVERY VENDOR AND THEREFORE REDUCES THE TRAINING

02:30:13  14   COST.

02:30:13  15   Q.   THANK YOU.

02:30:15  16        MS. MCCLOSKEY:  NO FURTHER QUESTIONS.

02:30:16  17        THE COURT:  CROSS-EXAMINATION?

02:30:16  18        MR. PAK:  YES, YOUR HONOR.

02:30:18  19   THANK YOU.

02:30:18  20                      **CROSS-EXAMINATION**

02:30:18  21   BY MR. PAK:

02:31:03  22   Q.   GOOD AFTERNOON, MR. VENKATRAMAN.

02:31:05  23   A.   GOOD AFTERNOON.

02:31:06  24   Q.   WE TALKED A LITTLE BIT ABOUT HOW HP MARKETS SOME OF ITS

02:31:12  25   PRODUCTS WITH THE LABEL INDUSTRY STANDARD CLI; DO YOU RECALL

02:31:16    1    THAT?

02:31:17    2    A.   YES.

02:31:17    3    Q.   OKAY.  BUT THERE IS NO FORMAL INDUSTRY STANDARD

02:31:22    4    ORGANIZATION, TO YOUR KNOWLEDGE, THAT RATIFIES SPECIFICATIONS

02:31:26    5    FOR A CLI USER INTERFACE FOR NETWORKING EQUIPMENT, CORRECT?

02:31:30    6    A.   CORRECT.

02:31:30    7    Q.   SO WHEN YOU ARE USING THE LABEL INDUSTRY STANDARD CLI IN

02:31:35    8    YOUR MARKETING DOCUMENTS, YOU ARE NOT TALKING ABOUT AN INDUSTRY

02:31:40    9    STANDARD THAT'S BEEN RATIFIED BY AN INDUSTRY STANDARD SETTING

02:31:43   10    ORGANIZATION, CORRECT?

02:31:44   11    A.   CORRECT.

02:31:45   12    Q.   IN FACT, I THINK YOU'VE DESCRIBED THAT AS A GENERAL WAY TO

02:31:53   13    DESCRIBE THE TYPE OF CLI THAT HP USES; IS THAT FAIR?

02:31:56   14    A.   CORRECT.  OVER TIME, THE INDUSTRY HAS EVOLVED TO USE A SET

02:32:01   15    OF COMMON WAYS TO ADDRESS AND CONFIGURE ROUTERS, AND THAT IS

02:32:04   16    THE INDUSTRY STANDARD.

02:32:07   17    Q.   BUT YOU ARE NOT OFFERING ANY OPINIONS TODAY ABOUT WHETHER

02:32:13   18    THE CLI COMMANDS AT ISSUE HAD BEEN SUBJECT TO A RATIFICATION

02:32:17   19    PROCESS BY AN INDUSTRY STANDARD ORGANIZATION, THAT'S NOT WHAT

02:32:20   20    YOU ARE TESTIFYING ABOUT TODAY, CORRECT?

02:32:21   21    A.   CORRECT.

02:32:22   22    Q.   AND SIR, YOU WOULD AGREE WITH ME THAT THERE ARE MULTIPLE

02:32:25   23    WAYS TO IMPLEMENT A SPECIFIC CLI COMMAND, CORRECT?

02:32:29   24    A.   YES, THERE ARE MULTIPLE WAYS.

02:32:31   25    Q.   AND DIFFERENT COMPANIES CAN AND DO, IN FACT, CREATE THEIR

VENKATRAMAN CROSS-EXAM BY MR. PAK                                    2317

02:32:34    1    OWN CLI SYNTAX AND COMMANDS FOR THE SAME FUNCTIONALITY,

02:32:38    2    CORRECT?

02:32:38    3    A.    YES.   THE SYNTAX MAY VARY, BUT IN GENERAL, THEY TRY TO USE

02:32:46    4    A COMMON PARADIGM SO THAT, AS WE SAID EARLIER, THE USERS DON'T

02:32:53    5    HAVE TO RELEARN THE SYNTAX EVERY SINGLE TIME.

02:32:56    6    Q.    BUT THE REALITY IS DIFFERENT COMPANIES ARE FREE TO USE

02:32:59    7    WHATEVER COMMANDS THEY WANT TO USE, IF THAT'S THEIR CHOICE,

02:33:02    8    CORRECT?

02:33:02    9    A.    OF COURSE.

02:33:02   10    Q.    OKAY.   AND IN FACT, YOU DIDN'T MENTION THIS, BUT HP

02:33:06   11    ACTUALLY MAKES MULTIPLE TYPES OF SWITCHING EQUIPMENT, CORRECT?

02:33:09   12    A.    YES.

02:33:10   13    Q.    SO COUNSEL FOR ARISTA ASKED YOU ABOUT PRO CURVE AND I

02:33:15   14    BELIEVE ONE OF THE HP 5000 OR 5900 SERIES PRODUCTS, CORRECT?

02:33:20   15    A.    CORRECT.

02:33:20   16    Q.    HOW MANY PRODUCTS DOES HP MAKE IN THE GENERAL ETHERNET

02:33:24   17    SWITCHING WORLD?

02:33:27   18    A.    A LOT OF PRODUCTS, I DON'T KNOW THE EXACT NUMBER.

02:33:30   19    Q.    OKAY.   THE LOTS OF PRODUCTS AND HERE YOU WERE JUST ASKED

02:33:33   20    ABOUT THREE OF THOSE PRODUCTS TODAY, CORRECT?

02:33:35   21    A.    CORRECT.

02:33:35   22    Q.    AND IN FACT, ISN'T IT TRUE, SIR, THAT HP MAKES A LINE OF

02:33:39   23    PRODUCT IT IS CALLED THE COMWARE?

02:33:43   24    A.    YES.

02:33:44   25    Q.    AND YOU KNOW THAT COMWARE HAS CLI COMMANDS AND SYNTAX THAT

02:33:49    1    ARE VERY DIFFERENT THAN THE COMMANDS AND SYNTAX THAT ARE USED

02:33:52    2    BY THE PRO CURVE OR THE PROVISION LINE OF PRODUCTS, CORRECT?

02:33:57    3    A.    SITTING HERE, I DON'T KNOW HOW DIFFERENT OR SIMILAR THE

02:34:05    4    SYNTAX IS TO A PARTICULAR OTHER ROUTER DEVICE.  IT COULD BE

02:34:10    5    SAME, IT COULD BE SIMILAR, I DON'T KNOW.

02:34:12    6    Q.    LET'S SEE IF WE CAN REFRESH YOUR MEMORY ABOUT THAT.

02:34:15    7          I WOULD LIKE TO HAVE YOU TAKE A LOOK AT EXHIBIT 6380.

02:34:30    8    A.    OKAY.

02:34:30    9    Q.    THIS IS A TRIAL EXHIBIT THAT'S BEEN PRODUCED IN THIS CASE,

02:34:33   10    IT'S AN HP DOCUMENT, IT'S TITLED "HP NETWORKING AND CISCO CLI

02:34:39   11    REFERENCE GUIDE;" DO YOU SEE THAT?

02:34:42   12    A.    YES.

02:34:47   13    Q.    DO YOU SEE THAT?

02:34:48   14    A.    I SEE THAT.

02:34:49   15    Q.    DO YOU HAVE ANY REASON TO DISPUTE THAT THIS IS AN

02:34:54   16    AUTHENTIC HP DOCUMENT?

02:34:56   17    A.    I SEE THE HP LOGO, I HAVE NO REASON TO DOUBT ITS

02:35:00   18    AUTHENTICITY.

02:35:02   19           MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE INTO

02:35:05   20    EVIDENCE EXHIBIT 6380.

02:35:07   21           MS. MCCLOSKEY:  NO OBJECTION.

02:35:08   22           THE COURT:  IT WILL BE ADMITTED.

02:35:09   23    (PLAINTIFF'S EXHIBIT 6380 WAS ADMITTED INTO EVIDENCE.)

02:35:09   24    BY MR. PAK:

02:35:10   25    Q.    SO THIS IS AN HP NETWORKING AND CISCO CLI REFERENCE GUIDE,

02:35:12  1    IT'S A THIRD EDITION, INCLUDES COMWARE 7; DO YOU SEE THAT?

02:35:20  2    A.   YES.

02:35:20  3    Q.   OKAY.  AND IT'S COMMON PRACTICE FOR HP TO PUBLISH MANUALS

02:35:24  4    AND REFERENCE GUIDES TO TALK ABOUT THE CLI COMMANDS FOR ITS

02:35:27  5    DIFFERENT PRODUCTS?

02:35:28  6    A.   CORRECT.

02:35:28  7    Q.   SO LET'S TAKE A LOOK AT PAGE 10 OF THIS DOCUMENT.

02:35:33  8         AND AT THE TOP, MR. FISHER, IF WE COULD BLOW UP THE TOP

02:35:39  9    THERE, USING THIS GUIDE.

02:35:40  10        IT SAYS, "THIS CLI REFERENCE GUIDE PROVIDES CLI COMMAND

02:35:43  11   COMPARISONS IN TWO DIFFERENT FORMATS."

02:35:47  12        DO YOU SEE THAT STATEMENT?

02:35:49  13   A.   YES.

02:35:49  14   Q.   SO THE FIRST WAY IT DOES IT IS SIDE-BY-SIDE COMPARISON.

02:35:57  15   IT PROVIDES A TABLE OF THE BASIC COMMANDS REQUIRED TO EXECUTE A

02:36:00  16   GIVEN FUNCTION IN EACH OF THE OPERATING SYSTEMS.

02:36:03  17        DO YOU SEE THAT?

02:36:03  18   A.   YES.

02:36:04  19   Q.   AND THEN IT SAYS, AND IF YOU FOLLOW ALONG IT SAYS,

02:36:07  20   "INSTEAD, COMMANDS THAT HAVE SIMILAR FUNCTIONS ARE ALIGNED SIDE

02:36:11  21   BY SIDE SO THAT YOU CAN EASILY TRANSLATE THE COMMANDS ON ONE

02:36:15  22   PLATFORM WITH SIMILAR COMMANDS ON ANOTHER PLATFORM;" CORRECT?

02:36:20  23   A.   CORRECT.

02:36:20  24   Q.   SO THIS IS HP TELLING CUSTOMERS, IF YOU ARE USING HP

02:36:25  25   PRODUCTS OR PRODUCTS FROM OTHER VENDORS, AND THERE ARE

02:36:29   1    DIFFERENCES BETWEEN THE COMMANDS, YOU CAN USE THIS GUIDE AS A

02:36:32   2    WAY TO TRANSLATE FROM ONE CLI COMMAND SET TO ANOTHER, CORRECT?

02:36:36   3    A.   CORRECT.

02:36:37   4    Q.   AND THEN IT ALSO PROVIDES A DETAILED DESCRIPTION WHERE IT

02:36:41   5    SAYS, BENEATH THE SIDE-BY-SIDE COMPARISON, THIS GUIDE PROVIDES

02:36:45   6    A MORE IN-DEPTH COMPARISON DISPLAYING THE OUTPUT OF THE COMMAND

02:36:50   7    AND OPTIONS.

02:36:50   8        DO YOU SEE THAT AS WELL?

02:36:52   9    A.   YES.

02:36:53   10   Q.   NOW IF WE GO DOWN TO, SCROLL DOWN A LITTLE BIT.  COMWARE

02:36:59   11   DIFFERENCES.

02:37:00   12       "IF YOU ARE FAMILIAR WITH EITHER THE HP PROVISION CLI OR

02:37:04   13   THE CISCO IOS CLI, YOU WILL NOTICE THAT COMWARE CLI'S IS

02:37:11   14   ORGANIZED SLIGHTLY DIFFERENTLY."

02:37:12   15       DO YOU SEE THAT?

02:37:13   16   A.   YES.

02:37:14   17   Q.   AND IT SAYS, "COMWARE WAS DESIGNED FOR INTERNET SERVICE

02:37:17   18   PROVIDERS, ISP'S?"

02:37:19   19   A.   YES.

02:37:20   20   Q.   AND MANY FEATURES AND FUNCTIONS, SUCH AS SECURITY AND

02:37:25   21   QUALITY OF SERVICE ARE MULTI-TIERED TO SUPPORT THE DIFFERENT

02:37:28   22   NEEDS OF MULTIPLE ENTITIES ACCESSING THE SAME SWITCH.

02:37:33   23       DO YOU SEE THAT?

02:37:33   24   A.   YES.

02:37:34   25   Q.   AND YOU HAVE NO REASON TO DISPUTE THOSE PUBLIC STATEMENTS

02:37:38    1    BY HP?

02:37:38    2    A.   NO.

02:37:39    3    Q.   AND IF WE GO TO NAVIGATION DIFFERENCES AMONG CLI'S,

02:37:43    4    THERE'S SOME DESCRIPTIONS THERE, BUT IT ALSO DESCRIBES SOME OF

02:37:49    5    THE SIMILARITIES BUT ALSO SOME OF THE DIFFERENCES BETWEEN THE

02:37:51    6    COMWARE CLI VERSUS THE CISCO CLI.

02:37:55    7         DO YOU SEE THAT?

02:37:57    8    A.   YES.

02:38:00    9    Q.   AND THEN IF YOU FURTHER SCROLL, MR. FISHER, TO

02:38:03   10    CONFIGURATION DIFFERENCES.

02:38:05   11         AGAIN, THERE ARE DESCRIPTIONS BEING PROVIDED ON SOME OF

02:38:10   12    THE SIMILARITIES, BUT ALSO DIFFERENCES AMONG THE PROVISION

02:38:13   13    COMWARE AND CISCO CLI'S, CORRECT?

02:38:16   14    A.   YES.

02:38:16   15    Q.   AND NOW LET'S LOOK AT SOME OF THE ACTUAL SPECIFIC MODES

02:38:27   16    AND PROMPTS.  IF YOU COULD TURN TO PAGE 12.

02:38:29   17         YOU UNDERSTAND WHAT MODES AND PROMPTS ARE, CORRECT, IN THE

02:38:31   18    CLI'S?

02:38:32   19    A.   YES.

02:38:33   20    Q.   SO WE HAVE THREE COLUMNS, PROVISION, IN LIGHT BLUE TO THE

02:38:37   21    LEFT, COMWARE IS THE MIDDLE COLUMN, AND CISCO TO THE RIGHT; DO

02:38:41   22    YOU SEE THAT?

02:38:41   23    A.   YES.

02:38:41   24    Q.   JUST TO REMIND THE JURY, PROVISION AND COMWARE ARE HP

02:38:44   25    PRODUCTS, CORRECT?

VENKATRAMAN CROSS-EXAM BY MR. PAK                    2322

02:38:45  1      A.   CORRECT.

02:38:46  2      Q.   AND SO IF YOU LOOK, YOU CAN SEE THAT THE COMWARE HAS A

02:38:52  3      SYSTEM VIEW MODE, APPARENTLY, BUT DOES NOT HAVE A PRIVILEGED

02:38:56  4      EXEC MODE; IS THAT CORRECT?

02:38:58  5      A.   CORRECT.

02:38:58  6      Q.   OKAY.  AND YOU DON'T HAVE ANY REASON TO DISPUTE THAT,

02:39:02  7      SITTING HERE TODAY?

02:39:02  8      A.   NO.

02:39:03  9      Q.   AND THEN IF YOU LOOK AT THE PROMPTS, YOU CAN SEE THAT THE

02:39:06  10     PROMPTS LOOK VERY DIFFERENTLY COMPARED TO THE CISCO PROMPTS.

02:39:09  11     FOR EXAMPLE THERE'S NO HASH TAG OR A PARENTHETICAL WITH CONFIG

02:39:14  12     IN THE COMWARE PROMPTS; IS THAT CORRECT?

02:39:17  13     A.   CORRECT.

02:39:17  14     Q.   AND YOU HAVE NO REASON TO DISPUTE THAT EITHER?

02:39:21  15     A.   NO.

02:39:22  16     Q.   LET'S LOOK AT SOME OF THE COMMANDS, COMPARING FREQUENTLY

02:39:25  17     USED COMMANDS, THERE'S A TABLE THERE.

02:39:30  18          AND SO I TAKE IT THAT HP, IN THIS DOCUMENT, HAS SUMMARIZED

02:39:34  19     SOME OF THE MOST OR COMMONLY USED COMMANDS FOR EACH OF THE

02:39:37  20     CLI'S, CORRECT?

02:39:38  21     A.   CORRECT.

02:39:38  22     Q.   SO IF WE LOOK AT PROVISION, IT HAS ENABLE, BUT COMWARE FOR

02:39:43  23     THE SAME FUNCTIONALITY USES THE COMMAND SYSTEM VIEW, CORRECT?

02:39:47  24     A.   CORRECT.

02:39:48  25     Q.   SYSTEM-VIEW, CORRECT?

02:39:51   1    A.   CORRECT.

02:39:51   2    Q.   AND SO THERE ARE TWO DIFFERENT COMMANDS FROM THE SAME

02:39:54   3    COMPANY, HP, FOR THE SAME FUNCTIONALITY, CORRECT?

02:39:57   4    A.   CORRECT.

02:39:57   5    Q.   AND EARLIER TODAY YOU TALKED ABOUT PRO CURVE, BUT YOU

02:40:01   6    DIDN'T TALK ABOUT COMWARE, CORRECT, WHEN YOU WERE ASKED BY

02:40:05   7    COUNSEL FOR ARISTA?

02:40:06   8    A.   YES.

02:40:06   9    Q.   OKAY.  SO LET'S LOOK AT A FEW MORE OF THESE.

02:40:10  10         SHOW FLASH.  DO YOU SEE THAT THAT IS NOW --

02:40:15  11    A.   YES.

02:40:15  12    Q.   THE COMMAND DIR, IN COMWARE, CORRECT?

02:40:19  13    A.   YES.

02:40:19  14    Q.   AND WE CAN GO ON AND ON, SHOW VERSION, DISPLAY VERSION; DO

02:40:26  15    YOU SEE THAT?

02:40:27  16    A.   YES.

02:40:27  17    Q.   SHOW HISTORY, DISPLAY HISTORY; DO YOU SEE THAT?

02:40:31  18    A.   YES.

02:40:31  19    Q.   ANOTHER DIFFERENCE.  ERASE START.  RESET SAVED.

02:40:36  20         DO YOU SEE THAT?

02:40:37  21    A.   YEP.

02:40:39  22    Q.   RELOAD, REBOOT, IS ANOTHER DIFFERENCE.

02:40:43  23    A.   YES.

02:40:44  24    Q.   WRITE MEMORY, SAVE.

02:40:47  25    A.   YES.

02:40:48  1    Q.   SHOW TECH, DISPLAY DIAGNOSTIC INFORMATION?

02:40:53  2    A.   YES.

02:40:55  3    Q.   ISN'T IT TRUE, SIR, THAT DIFFERENT ENGINEERS, EVEN IN THE

02:40:58  4    SAME COMPANY, CAN MAKE THEIR OWN CHOICES ABOUT HOW TO CREATE

02:41:05  5    THEIR OWN CLI COMMANDS AND SYNTAX FOR THE SAME FUNCTIONALITY,

02:41:08  6    AND WE CAN SEE IT IN THESE TWO PRODUCT LINES FROM HP, CORRECT?

02:41:13  7    A.   THE DESIGNERS OF THE CLI HAVE SOME COMMON DESIGN

02:41:21  8    PRINCIPLES THAT THEY USE TO STRUCTURE THE CLI WITH VARIATIONS

02:41:30  9    IN SYNTAX.

02:41:30  10        AND SO THEY TRY TO STAY CONSISTENT IN THE USAGE OF

02:41:34  11   TERMINOLOGY IN THE CONSTRUCTION OF CLI, AND DIFFERENT

02:41:40  12   COMPANIES, DIFFERENT DESIGNERS DEVELOP THE CLI DIFFERENTLY,

02:41:45  13   NAME THE COMMANDS DIFFERENTLY.  IN THIS CASE, COMWARE WAS

02:41:48  14   ACQUIRED BY HP, AND DIFFERENT DESIGN GROUPS DESIGN THOSE

02:41:54  15   SYNTAX.

02:41:54  16   Q.   AND HP SELLS COMWARE PRODUCTS TODAY, CORRECT?

02:41:58  17   A.   THAT'S RIGHT.

02:41:59  18   Q.   SO WHAT I'M GETTING AT IS, ALTHOUGH SOME OF THE TERMS

02:42:02  19   MIGHT BE THE SAME, DIFFERENT DESIGNERS, EVEN AT THE SAME

02:42:06  20   COMPANY, CAN CHOOSE DIFFERENT WORDS, DIFFERENT HIERARCHIES,

02:42:09  21   DIFFERENT SYNTAX FOR THE SAME FUNCTIONS; ISN'T THAT TRUE, SIR?

02:42:12  22   A.   THAT'S TRUE.

02:42:13  23   Q.   OKAY.

02:42:14  24        MR. PAK:  I HAVE NO MORE QUESTIONS, YOUR HONOR.

02:42:17  25        THE COURT:  REDIRECT, MS. MCCLOSKEY?

02:42:38  1                    **REDIRECT EXAMINATION**

02:42:40  2     BY MS. MCCLOSKEY:

02:42:42  3     Q.   IF WE COULD STICK WITH THAT SAME PAGE ON 6380.

02:42:47  4          MR. VENKATRAMAN, YOU WERE JUST LOOKING AT THIS PAGE,

02:42:51  5     PAGE 12 OF THE MANUAL IN FRONT OF YOU.

02:42:53  6          AND DO YOU SEE THAT MANY OF THE COMMANDS, IF NOT ALL OF

02:42:55  7     THEM BETWEEN THE PROVISION, THE HP PROVISION AND THE CISCO,

02:42:58  8     MANY OF THOSE COMMANDS ON THE RIGHT SIDE AND THE LEFT SIDE OF

02:43:04  9     THIS COLUMN ARE SIMILAR, IF NOT IDENTICAL?

02:43:06  10    A.   CORRECT.

02:43:07  11    Q.   WOULD YOU BE SURPRISED TO LEARN THAT THE HP PROVISION ON

02:43:16  12    THE LEFT SIDE THERE, HAS HUNDREDS OF OVERLAPPING COMMANDS WITH

02:43:21  13    CISCO COMMANDS?

02:43:23  14    A.   NO, MOST VENDORS HAVE OVERLAPPING COMMAND NAME AND SYNTAX.

02:43:30  15    Q.   YOU UNDERSTAND, MR. VENKATRAMAN, THAT THERE'S CERTAIN CLI

02:43:34  16    COMMANDS ASSERTED IN THIS CASE BETWEEN CISCO AND ARISTA?

02:43:39  17    A.   COULD BE.

02:43:40  18    Q.   OKAY.  AND OF THE APPROXIMATELY 500 DISPUTED COMMANDS,

02:43:44  19    WOULD IT SURPRISE YOU TO LEARN THAT HUNDREDS OF THOSE ARE USED

02:43:47  20    BY MULTIPLE VENDORS IN THE INDUSTRY?

02:43:50  21    A.   NO.

02:43:52  22    Q.   YOU TESTIFIED ABOUT A COMMON SET OF STANDARD COMMANDS.

02:43:56  23    WHAT DID YOU MEAN BY A COMMON SET OF STANDARD COMMANDS?

02:44:00  24    A.   SO SOME COMMANDS LIKE "SHOW," "SHOW CONFIGURATION," IN

02:44:08  25    SOME VENDORS, MAY BE "SHOW," OTHERS MAY BE "VIEW," "SAVE"

| | | |
|---|---|---|
| 02:44:14 | 1 | VERSUS "WRITE." |
| 02:44:18 | 2 | THE INTENDED BEHAVIOR BY THE ROUTERS AND SWITCHES ARE THE |
| 02:44:23 | 3 | SAME.  AND SO THOSE CLASS OF COMMANDS, THOSE CLASS OF INTENDED |
| 02:44:30 | 4 | BEHAVIOR ON THE SWITCHES AND ROUTERS ARE THE SAME. |
| 02:44:33 | 5 | THE SYNTAX MAY VARY, BUT WHAT YOU EXPECT THE ROUTER AND |
| 02:44:37 | 6 | THE SWITCH TO DO IS QUITE CONSISTENT. |
| 02:44:41 | 7 | Q.  THANK YOU. |
| 02:44:41 | 8 | A.  AND THOSE ARE THE COMMON THINGS. |
| 02:44:43 | 9 | MS. MCCLOSKEY:  THANK YOU. |
| 02:44:45 | 10 | MR. PAK:  NO MORE QUESTIONS, YOUR HONOR. |
| 02:44:47 | 11 | THE COURT:  THANK YOU. |
| 02:44:47 | 12 | MR. VENKATRAMAN, YOU ARE FREE TO GO.  THANK YOU FOR YOUR |
| 02:44:50 | 13 | TESTIMONY. |
| 02:44:51 | 14 | THE WITNESS:  THANK YOU. |
| 02:44:57 | 15 | MR. VAN NEST:  YOUR HONOR, WE HAVE ONE MORE SHORT |
| 02:45:00 | 16 | VIDEO WITNESS -- |
| 02:45:02 | 17 | THE COURT:  OKAY. |
| 02:45:02 | 18 | MR. VAN NEST:  -- WHO IS GOING TO APPEAR. |
| 02:45:04 | 19 | HIS NAME GAVIN CATO, C-A-T-O.  THIS IS A 16-MINUTE VIDEO, |
| 02:45:14 | 20 | OF WHICH NINE MINUTES WILL BE ATTRIBUTED TO ARISTA AND SEVEN |
| 02:45:18 | 21 | MINUTES TO CISCO. |
| 02:45:18 | 22 | **(THE VIDEO DEPOSITION OF GAVIN CATO WAS PLAYED INTO THE** |
| 03:03:10 | 23 | **RECORD.)** |
| 03:03:10 | 24 | MR. VAN NEST:  YOUR HONOR, THAT CONCLUDES THE |
| 03:03:11 | 25 | TESTIMONY OF MR. CATO'S. |

2418

08:21:46

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | CV-14-5344-BLF |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | DECEMBER 9, 2016 |
| | ) | |
| ARISTA NETWORKS, INC., | ) | VOLUME 12 |
| | ) | |
| DEFENDANT | ) | PAGES 2418-2655 |
| _____ | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                        BY:  DAVID A. NELSON
                        500 WEST MADISON STREET, SUITE 2450
                        CHICAGO, IL 60661


FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                        BY:  SEAN PAK
                        50 CALIFORNIA STREET, 22ND FLOOR
                        SAN FRANCISCO, CALIFORNIA 94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

ALMEROTH DIRECT EXAM BY MR. NELSON                    2528

11:20:05  1    WANT TO USE, OR THE NAME OF THE HOST THAT I WANT TO USE OR SOME

11:20:09  2    DETAIL THAT'S BEING USED AS PART OF THE COMMAND, THOSE

11:20:13  3    PARAMETERS DON'T AFFECT THE FACT THAT YOU STILL HAVE THE

11:20:17  4    COMMAND.

11:20:17  5         IN FACT, IF YOU LOOK AT THIS EXHIBIT, IT HAS AAA

11:20:22  6    ACCOUNTING UNDER THE CISCO COMMAND, AND IT HAS AAA ACCOUNTING

11:20:26  7    UNDER THE ARISTA COMMAND.

11:20:27  8    Q.   AND SO IF WE SCROLL DOWN, GO TO THE NEXT PAGE, THERE'S

11:20:34  9    ANOTHER ONE WE SEE THERE, AAA AUTHENTICATION LOGIN AND THEN THE

11:20:40  10   ARISTA COMMAND AAA AUTHENTICATION LOGIN; DO YOU SEE THAT?

11:20:44  11   A.   YES.

11:20:44  12   Q.   SO WHEN YOU REVIEWED THIS EXHIBIT 9037, WHAT DID THAT

11:20:47  13   ACTUALLY TELL YOU ABOUT THE RELATIONSHIP BETWEEN THE CISCO CLI

11:20:54  14   COMMANDS AND THE ARISTA CLI COMMANDS?

11:20:57  15   A.   THAT THEY WERE THE SAME, THEY ARE THE SAME COMMANDS.

11:21:00  16   Q.   AND IS THAT TRUE FOR ALL OF THE 506 COMMANDS?

11:21:05  17   A.   IT IS.

11:21:08  18   Q.   NOW -- AND WHEN YOU SAY THAT THE SAME COMMANDS, DOES THAT

11:21:13  19   MEAN THEY ARE IDENTICAL?

11:21:14  20   A.   THEY ARE IDENTICAL, THAT'S CORRECT.  YOU CAN LOOK THROUGH

11:21:18  21   THIS ENTIRE EXHIBIT AND YOU SEAL THOSE FIRST TWO COLUMNS PAGE

11:21:22  22   AFTER PAGE AFTER PAGE WHERE THE COMMANDS ARE IDENTICAL.

11:21:25  23   Q.   NOW I WOULD LIKE TO GO TO EXHIBIT 5, WHICH IS ALREADY IN

11:21:33  24   EVIDENCE.

11:21:34  25        MR. NELSON:  AND IF WE CAN GO TO THE BATES NUMBER

2613

```
02:17:54   1    TERMINOLOGY, WE BELIEVE THERE'S SIGNIFICANT CONFUSION ON THAT

02:17:57   2    AS WELL AS, I THINK, PERHAPS IN VIOLATION OF YOUR HONOR'S IN

02:18:03   3    LIMINE ORDER.  THERE ARE WITNESSES THAT HAVE ACTUALLY TESTIFIED

02:18:05   4    YES, THIS WAS AN INDUSTRY STANDARD AS WELL.

02:18:07   5         SO THE INSTRUCTION THAT WE WOULD PROPOSE IS, "YOU HAD

02:18:13   6    HEARD SOME WITNESSES USE THE TERM "INDUSTRY STANDARD" IN AN

02:18:18   7    INFORMAL WAY TO MEAN THAT SOMETHING HAS BECOME POPULAR IN AN

02:18:23   8    INDUSTRY AFTER THE TIME IT WAS CREATED.  I WANT TO MAKE CLEAR

02:18:26   9    TO YOU THAT A COPYRIGHT OWNER DOES NOT LOSE COPYRIGHT

02:18:29   10   PROTECTION IN AN ORIGINAL WORK SOLELY BECAUSE IT LATER BECOMES

02:18:33   11   POPULAR IN AN INDUSTRY."

02:18:34   12         THE COURT:  OKAY.  WELL, I'VE ALREADY DENIED THAT.

02:18:36   13   AND I THINK THAT THAT IS APPROPRIATE CLOSING ARGUMENT IF YOU

02:18:40   14   WANT.

02:18:40   15       I DON'T HAVE ANY RESTRICTION ON THAT, THAT I CAN TELL FROM

02:18:43   16   WHAT YOU'VE READ, BUT I DON'T THINK THAT NEEDS TO COME FROM ME.

02:18:46   17         ALL RIGHT.

02:18:47   18         MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:18:48   19         THE COURT:  AND YOU HAVE NO MORE WITNESSES?

02:18:50   20         MR. NELSON:  NO, I DON'T.

02:18:51   21         THE COURT:  GOOD.  YOU HAVE --

02:18:52   22         MR. VAN NEST:  YES, WE DO.

02:19:06   23         THE COURT:  ALL RIGHT.  WE ARE GOING TO GO ABOUT

02:19:08   24   ANOTHER 15 MINUTES BEFORE WE TAKE A BREAK.

02:19:11   25         SO MR. NELSON, DO YOU HAVE ANYMORE WITNESSES?
```

08:25:16

```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5

    CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
 6                                     )
                      PLAINTIFF,       )  SAN JOSE, CALIFORNIA
 7                                     )
                 VS.                   )  DECEMBER 12, 2016
 8                                     )
    ARISTA NETWORKS, INC.,             )  VOLUME 13
 9                                     )
                      DEFENDANT        )  PAGES 2656-2822
10   _____)

11                   TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  DAVID A. NELSON
15                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
18                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22             APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

09:19:36  1    REGARDLESS OF WHICH PARTY PRESENTED IT.

09:19:42  2         COPYRIGHT IS THE EXCLUSIVE RIGHT TO COPY.  THIS RIGHT TO

09:19:46  3    COPY INCLUDES THE EXCLUSIVE RIGHTS TO OR TO AUTHORIZE OTHERS

09:19:51  4    TO:

09:19:52  5         1.  REPRODUCE THE COPYRIGHTED WORK IN COPIES.

09:19:55  6         2.  RECAST OR ADAPT THE WORK.  THAT IS, PREPARE DERIVATIVE

09:20:00  7    WORKS BASED UPON THE COPYRIGHTED WORK.

09:20:04  8         3.  DISTRIBUTE COPIES OF THE COPYRIGHTED WORK TO THE

09:20:09  9    PUBLIC BY SALE OR OTHER TRANSFER OF OWNERSHIP.

09:20:13  10         4.  DISPLAY PUBLICLY A COPYRIGHTED WORK.

09:20:17  11         IT IS THE OWNER OF A COPYRIGHT WHO MAY EXERCISE THESE

09:20:21  12    EXCLUSIVE RIGHTS.

09:20:22  13         THE TERM "OWNER" INCLUDES THE AUTHOR OF THE WORK.  IN

09:20:26  14    GENERAL, COPYRIGHT LAW PROTECTS AGAINST REPRODUCTION,

09:20:30  15    ADAPTATION, DISTRIBUTION, OR DISPLAY OF INFRINGING COPES OF THE

09:20:35  16    OWNER'S COPYRIGHTED WORK WITHOUT THE OWNER'S PERMISSION.  AN

09:20:40  17    OWNER MAY ENFORCE THESE RIGHTS TO EXCLUDE OTHERS IN AN ACTION

09:20:44  18    FOR COPYRIGHT INFRINGEMENT.

09:20:51  19         THE COPYRIGHTED WORKS INVOLVED IN THIS TRIAL ARE:

09:20:55  20         1.  CISCO'S FOUR USER INTERFACES FOR IOS, IOS XR, IOS XE,

09:21:03  21    AND NX-OS.

09:21:06  22         2.  CISCO'S TECHNICAL MANUALS.

09:21:09  23         YOU ARE INSTRUCTED THAT A COPYRIGHT MAY BE OBTAINED IN

09:21:13  24    USER INTERFACES AND TECHNICAL MANUALS.

09:21:19  25         COPYRIGHT LAW ALLOWS THE AUTHOR OF AN ORIGINAL WORK TO

2669

09:21:23  1    STOP OTHERS FROM COPYING THE ORIGINAL EXPRESSION IN THE

09:21:28  2    AUTHOR'S WORK.  ONLY THE PARTICULAR EXPRESSION OF AN IDEA CAN

09:21:32  3    BE COPYRIGHTED AND PROTECTED.

09:21:35  4         COPYRIGHT LAW DOES NOT GIVE THE AUTHOR THE RIGHT TO

09:21:38  5    PREVENT OTHERS FROM COPYING OR USING THE UNDERLYING IDEAS

09:21:42  6    CONTAINED IN THE WORK, SUCH AS ANY PROCEDURES, PROCESSES,

09:21:45  7    SYSTEMS, METHODS OF OPERATION, CONCEPTS, PRINCIPLES OR

09:21:51  8    DISCOVERIES.

09:21:58  9         ANYONE WHO COPIES ORIGINAL PROTECTABLE EXPRESSION FROM A

09:22:04  10   COPYRIGHTED WORK DURING THE TERM OF THE COPYRIGHT WITHOUT THE

09:22:08  11   OWNER'S PERMISSION INFRINGES THE COPYRIGHT.

09:22:12  12        CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:22:16  13   EVIDENCE THAT:

09:22:17  14        1.  CISCO IS THE OWNER OF A VALID COPYRIGHT.

09:22:21  15        2.  ARISTA COPIED ORIGINAL, PROTECTABLE EXPRESSION FROM

09:22:24  16   THE COPYRIGHTED WORK.

09:22:29  17        CISCO IS THE OWNER OF VALID COPYRIGHTS IN ITS FOUR USER

09:22:33  18   INTERFACES FOR IOS, IOS XR, IOS XE AND NX-OS AND RELATED

09:22:42  19   DOCUMENTATION IF CISCO PROVES BY A PREPONDERANCE OF THE

09:22:47  20   EVIDENCE THAT:

09:22:48  21        1.  CISCO'S WORKS ARE ORIGINAL.

09:22:51  22        2.  CISCO IS THE AUTHOR OR CREATOR OF THE WORKS, OR THE

09:22:54  23   AUTHOR OR CREATOR ASSIGNED OR EXCLUSIVELY LICENSED THE WORKS TO

09:23:01  24   CISCO.

09:23:05  25        A COPYRIGHT OWNER MAY OBTAIN A CERTIFICATE OF REGISTRATION

09:23:09  1    FROM THE COPYRIGHT OFFICE.  THE EVIDENCE IN THIS CASE INCLUDES

09:23:12  2    26 CERTIFICATES OF COPYRIGHT REGISTRATION FROM THE COPYRIGHT

09:23:15  3    OFFICE FOR CISCO'S COPYRIGHTED WORKS.

09:23:21  4        IF YOU FIND THAT A CERTIFICATE WAS MADE WITHIN FIVE YEARS

09:23:26  5    AFTER FIRST PUBLICATION OF THAT WORK, YOU MAY CONSIDER THAT

09:23:30  6    CERTIFICATE AS EVIDENCE OF THE FACTS STATED IN IT.

09:23:34  7        FROM THE CERTIFICATE, YOU MAY, BUT NEED NOT, CONCLUDE THAT

09:23:38  8    THE WORK IS ORIGINAL AND COPYRIGHTABLE AND THAT CISCO OWNS THE

09:23:43  9    COPYRIGHT IN THAT WORK.

09:23:47  10   AN ORIGINAL WORK MAY INCLUDE OR INCORPORATE ELEMENTS TAKEN

09:23:52  11   FROM PRIOR WORKS, FROM THE PUBLIC DOMAIN, AND/OR WORKS OWNED BY

09:23:58  12   OTHERS WITH THE OWNER'S PERMISSION.  THE ORIGINAL PARTS OF

09:24:03  13   PLAINTIFF'S WORK ARE THE PARTS CREATED:

09:24:05  14       1.  INDEPENDENTLY BY THE WORK'S AUTHOR.  THAT IS, THE

09:24:09  15   AUTHOR DID NOT COPY IT FROM ANOTHER WORK.

09:24:12  16       2.  BY USE OF AT LEAST SOME MINIMAL CREATIVITY.

09:24:17  17       IN COPYRIGHT LAW, THE ORIGINAL PART OF THE WORK NEED NOT

09:24:20  18   BE NEW OR NOVEL.

09:24:25  19       AN OWNER IS ENTITLED TO COPYRIGHT PROTECTION OF A

09:24:29  20   COMPILATION.  A "COMPILATION" IS A WORK FORMED BY THE

09:24:33  21   COLLECTION AND ASSEMBLING OF PRE-EXISTING MATERIALS OR OF DATA

09:24:38  22   THAT ARE SELECTED, COORDINATED, OR ARRANGED IN SUCH A WAY THAT

09:24:43  23   THE RESULTING WORK AS A WHOLE CONSTITUTES AN ORIGINAL WORK OF

09:24:47  24   AUTHORSHIP.

09:24:48  25       THE OWNER OF A COMPILATION MAY ENFORCE THE RIGHT TO

09:24:53  1    EXCLUDE OTHERS IN AN ACTION FOR COPYRIGHT INFRINGEMENT.

09:24:59  2         THE CREATOR OF AN ORIGINAL WORK IS CALLED THE AUTHOR OF

09:25:05  3    THAT WORK.  AN AUTHOR ORIGINATES OR MASTERMINDS THE ORIGINAL

09:25:09  4    WORK CONTROLLING THE WHOLE WORK'S CREATION AND CAUSING IT TO

09:25:12  5    COME INTO BEING.

09:25:13  6         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:16  7    COPYING A WORK MADE FOR HIRE.  A "WORK MADE FOR HIRE" IS ONE

09:25:19  8    THAT IS PREPARED BY AN EMPLOYEE AND IS WITHIN THE SCOPE OF

09:25:23  9    EMPLOYMENT.

09:25:31  10        A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:35  11   CREATING DERIVATIVE WORKS BASED ON THE OWNER'S COPYRIGHTED

09:25:39  12   WORK.

09:25:40  13        THE TERM DERIVATIVE WORK REFERS TO A WORK BASED ON ONE OR

09:25:43  14   MORE PRE-EXISTING WORKS, SUCH AS A TRANSLATION, MUSICAL

09:25:49  15   ARRANGEMENT, DRAMATIZATION, FICTIONALIZATION, MOTION PICTURE

09:25:53  16   VERSION, SOUND RECORDING, ART REPRODUCTION, ABRIDGEMENT,

09:25:57  17   CONDENSATION, OR ANY OTHER FORM IN WHICH A WORK MAY BE RECAST

09:26:02  18   OR ADAPTED.

09:26:04  19        ACCORDINGLY, THE OWNER OF A COPYRIGHTED WORK IS ENTITLED

09:26:08  20   TO EXCLUDE OTHERS FROM RECASTING OR ADAPTING THE COPYRIGHTED

09:26:12  21   WORK WITHOUT THE OWNER'S PERMISSION.

09:26:18  22        CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:26:20  23   EVIDENCE THAT ARISTA COPIED ORIGINAL, PROTECTED ELEMENTS FROM

09:26:23  24   CISCO'S COPYRIGHTED WORKS.

09:26:26  25        THERE ARE TWO WAYS THAT CISCO CAN MEET ITS BURDEN:

09:26:31  1          FIRST, CISCO MAY ESTABLISH ARISTA'S COPYING THROUGH DIRECT

09:26:37  2    EVIDENCE.  AN EXAMPLE OF DIRECT EVIDENCE WOULD BE AN ADMISSION

09:26:42  3    BY ARISTA THAT PART OR ALL OF THE WORK WAS COPIED.  DIRECT

09:26:49  4    EVIDENCE MAY ALSO BE THE CREDIBLE TESTIMONY OF A WITNESS WHO

09:26:53  5    SAW THE WORK BEING COPIED.

09:26:56  6          ALTERNATIVELY, CISCO MAY SHOW THAT ARISTA COPIED FROM

09:27:01  7    CISCO'S COPYRIGHTED WORKS, THROUGH INDIRECT EVIDENCE BY PROVING

09:27:05  8    BY A PREPONDERANCE OF THE EVIDENCE THAT ONE, ARISTA HAD ACCESS

09:27:10  9    TO CISCO'S COPYRIGHTED WORKS.

09:27:12 10          AND TWO, THERE IS VIRTUAL IDENTITY BETWEEN ARISTA'S WORKS

09:27:17 11    AND THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S WORKS.

09:27:25 12          TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:27:29 13    PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT ARISTA HAD ACCESS

09:27:32 14    TO CISCO'S COPYRIGHTED WORKS.

09:27:36 15          YOU MAY FIND THAT ARISTA HAD ACCESS TO CISCO'S WORKS IF

09:27:40 16    ARISTA HAD A REASONABLE OPPORTUNITY TO VIEW, READ, OR COPY

09:27:44 17    CISCO'S WORKS BEFORE ARISTA'S WORK WAS CREATED.

09:27:51 18          IF YOU FIND THAT ARISTA DID NOT HAVE ACCESS TO CISCO'S

09:27:54 19    WORKS, YOU MAY STILL FIND THAT ARISTA COPIED CISCO'S WORKS IF

09:27:59 20    THERE ARE STRIKING SIMILARITIES BETWEEN THE PROTECTABLE

09:28:02 21    ELEMENTS OF THE WORKS.

09:28:08 22          TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:28:12 23    PROVE VIRTUAL IDENTITY IN TWO STEPS.  VIRTUAL IDENTITY MEANS

09:28:17 24    DIFFERING BY NO MORE THAN A TRIVIAL DEGREE.

09:28:22 25          FIRST, CISCO MUST PROVE THAT THERE IS VIRTUAL IDENTITY

09:28:28  1    BETWEEN THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S COPYRIGHTED

09:28:31  2    WORKS AND THE CORRESPONDING ELEMENTS OF ARISTA'S WORKS THAT

09:28:36  3    CISCO CLAIMS ARISTA COPIED.

09:28:39  4         IN MAKING THIS COMPARISON, YOU MAY FIND ANY OF THE

09:28:43  5    FOLLOWING ELEMENTS OF CISCO'S WORKS PROTECTED AS A COMPILATION

09:28:51  6    IF YOU FIND THEY ARE ORIGINAL.

09:28:54  7         1.  THE SELECTION AND ARRANGEMENT OF CISCO'S MULTIWORD

09:28:57  8    COMMAND LINE EXPRESSIONS.

09:28:59  9         2.  THE SELECTION AND ARRANGEMENT OF CISCO'S MODES AND

09:29:02  10   PROMPTS.

09:29:02  11        3.  THE COLLECTION OF CISCO'S SCREEN RESPONSES AND

09:29:07  12   OUTPUTS.

09:29:07  13        4.  THE COLLECTION OF CISCO'S HELP DESCRIPTIONS.

09:29:11  14        5.  CISCO'S USER INTERFACES AS A WHOLE AS COMPILATIONS OF

09:29:17  15   ELEMENTS 1 THROUGH 4.

09:29:19  16        6.  EACH OF CISCO'S TECHNICAL MANUALS.

09:29:25  17        IN MAKING THIS COMPARISON, YOU SHOULD NOT CONSIDER THE

09:29:28  18   FOLLOWING ELEMENTS WHICH ARE NOT PROTECTABLE:

09:29:30  19        1.  INDIVIDUAL WORDS USED IN ANY OF THE ASSERTED ELEMENTS.

09:29:36  20        2.  ANY SINGLE MULTIWORD COMMAND.

09:29:38  21        3.  THE IDEA OR METHOD OF GROUPING OR CLUSTERING COMMANDS

09:29:42  22   UNDER COMMON INITIAL WORDS, SUCH AS SHOW OR IP.

09:29:54  23        4.  ANY COMMAND HIERARCHY.

09:29:56  24        5.  SPECIFIC MODES AND SPECIFIC PROMPTS.

09:29:59  25        6.  THE IDEA OF A SET PATH WAY THROUGH A SERIES OF MODES.

2674

09:30:03  1         7.  THE IDEA OF MAKING CERTAIN COMMANDS AVAILABLE ONLY IN

09:30:07  2    CERTAIN MODES.

09:30:12  3         8.  USE OF COMMAND SYNTAX SUCH AS VERB, OBJECT,

09:30:17  4    PARAMETERS.

09:30:17  5         THE CHOICE -- I'M SORRY.

09:30:20  6         9.  THE CHOICE OF USING A TEXT-BASED USER INTERFACE.

09:30:24  7         10.  THE IDEA OF USING MULTIWORD COMMAND EXPRESSIONS TO

09:30:28  8    MANAGE OR CONFIGURE A DEVICE.

09:30:31  9         11.  THE FUNCTION OF ANY ASSERTED FEATURE.

09:30:36 10         12.  THE USE OF "?" TO CALL UP HELP DESCRIPTIONS.

09:30:42 11         13.  INDIVIDUAL HELP DESCRIPTION PHRASES.

09:30:50 12         14.  COMMAND PREFIXES THAT THE USER INTERFACE AUTO

09:30:53 13    COMPLETES.

09:30:54 14         15.  TAB COMPLETIONS.

09:30:57 15         IF CISCO PROVES VIRTUAL IDENTITY BETWEEN THE RELEVANT

09:31:03 16    PROTECTED ELEMENTS, IT MUST ALSO PROVE THAT AN ORDINARY,

09:31:07 17    REASONABLE OBSERVER WOULD FIND THE TOTAL CONCEPT AND FEEL OF

09:31:11 18    ITS COPYRIGHTED WORKS AS A WHOLE TO BE VIRTUALLY IDENTICAL TO

09:31:15 19    ARISTA'S CHALLENGED WORKS AS A WHOLE.

09:31:19 20         IN MAKING THAT COMPARISON, YOU SHOULD NOT CONSIDER

09:31:22 21    ELEMENTS THAT ARE NOT ORIGINAL OR ARE NOT PROTECTABLE.

09:31:27 22         AS I PREVIOUSLY INSTRUCTED YOU, CISCO'S WORKS AS A WHOLE

09:31:31 23    ARE ITS FOUR USER INTERFACES ASSOCIATED WITH ITS FOUR OPERATING

09:31:37 24    SYSTEMS, AS WELL AS EACH OF CISCO'S ASSERTED TECHNICAL MANUALS.

09:31:44 25         ARISTA'S WORKS, AS A WHOLE, ARE THE USER INTERFACES FOR

09:31:47  1    EACH OF THE ACCUSED ARISTA OPERATING SYSTEMS AS WELL AS EACH OF

09:31:52  2    ARISTA'S ACCUSED TECHNICAL MANUALS.

09:31:58  3        IF YOU CONCLUDE THAT CISCO HAS PROVEN, WHETHER BY DIRECT

09:32:03  4    OR INDIRECT EVIDENCE, THAT ARISTA COPIED ORIGINAL, PROTECTED

09:32:06  5    ELEMENTS OF CISCO'S WORKS, YOU MUST THEN DETERMINE WHETHER THAT

09:32:12  6    COPYING WAS GREATER THAN DE MINIMUS, THAT IS MORE THAN A

09:32:19  7    TRIVIAL AMOUNT OF CISCO'S WORKS AS A WHOLE.

09:32:22  8        IN MAKING THIS DETERMINATION, YOU SHOULD CONSIDER THE

09:32:25  9    QUALITATIVE AS WELL AS THE QUANTITATIVE SIGNIFICANCE OF THE

09:32:29  10   COPIED PORTION IN RELATION TO CISCO'S WORKS AS A WHOLE.

09:32:37  11       NOW I WILL EXPLAIN WHAT "FAIR USE" MEANS UNDER THE LAW.

09:32:42  12       FOR ARISTA'S FAIR USE DEFENSE.

09:32:45  13       ONE WHO IS NOT THE OWNER OF A COPYRIGHT MAY USE A

09:32:49  14   COPYRIGHTED WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES

09:32:53  15   WITHOUT THE CONSENT OF THE COPYRIGHT OWNER IF IT WOULD ADVANCE

09:32:57  16   THE PUBLIC INTEREST.  SUCH USE OF A COPYRIGHTED WORK IS CALLED

09:33:06  17   A FAIR USE.

09:33:07  18       THE OWNER OF A COPYRIGHT CANNOT PREVENT OTHERS FROM MAKING

09:33:11  19   A FAIR USE OF THE OWNER'S COPYRIGHTED WORKS.

09:33:14  20       IN DETERMINING WHETHER THE USE MADE OF THE WORK WAS FAIR,

09:33:18  21   YOU SHOULD CONSIDER THE FOLLOWING FACTORS.

09:33:21  22       1.  THE PURPOSE AND CHARACTER OF THE USE.

09:33:25  23       2.  THE NATURE OF THE COPYRIGHTED WORK.

09:33:28  24       3.  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN

09:33:34  25   RELATION TO THE COPYRIGHTED WORK AS A WHOLE.

09:41:00   1        AFFIRMATIVE DEFENSE OF MERGER.

09:41:02   2        TO SHOW THAT CISCO'S COPYRIGHTED WORKS ARE SUBJECT TO

09:41:06   3    MERGER, ARISTA MUST SHOW THAT AT THE TIME CISCO CREATED THE

09:41:11   4    WORKS, CISCO HAD ONLY ONE WAY OR VERY FEW WAYS TO EXPRESS THE

09:41:17   5    IDEAS UNDERLYING THE ELEMENTS OF CISCO'S COPYRIGHTED USER

09:41:21   6    INTERFACES OR TECHNICAL MANUALS.  MATERIAL IN AN ORIGINAL WORK,

09:41:27   7    EVEN MATERIAL THAT SERVES A FUNCTION, IS NOT SUBJECT TO MERGER

09:41:33   8    AS LONG AS THE AUTHOR HAD MORE THAN A FEW WAYS TO EXPRESS THE

09:41:37   9    UNDERLYING IDEA.

09:41:38  10        ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:41:41  11    PREPONDERANCE OF THE EVIDENCE.

09:41:48  12        AFFIRMATIVE DEFENSE OF SCÈNES À FAIRE.

09:41:50  13        SCÈNES À FAIRE IS AN AFFIRMATIVE DEFENSE TO COPYRIGHT

09:41:54  14    INFRINGEMENT.

09:41:56  15        TO SHOW THAT PORTIONS OF CISCO'S USER INTERFACES ARE

09:42:00  16    SCÈNES À FAIRE MATERIAL, ARISTA MUST SHOW THAT AT THE TIME

09:42:03  17    CISCO CREATED THE USER INTERFACES, NOT AT THE TIME OF ANY

09:42:07  18    COPYING, EXTERNAL FACTORS OTHER THAN CISCO'S CREATIVITY

09:42:13  19    DICTATED THAT CISCO SELECT, ARRANGE, ORGANIZE AND DESIGN ITS

09:42:19  20    ORIGINAL FEATURES IN A MANNER IT DID.

09:42:21  21        THE SCÈNES À FAIRE DOCTRINE DEPENDS UPON THE CIRCUMSTANCES

09:42:25  22    PRESENTED TO THE CREATOR AT THE TIME OF CREATION, NOT THE

09:42:29  23    CIRCUMSTANCES PRESENTED TO THE COPIER AT THE TIME IT COPIED.

09:42:34  24        ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:42:37  25    PREPONDERANCE OF THE EVIDENCE.

11:37:54   1    BEHIND.

11:37:54   2        SO TO THE EXTENT THEY ARE SUFFERING, IT HAS NOTHING TO DO

11:37:57   3    WITH THE FACT THAT ARISTA IS USING THE SAME COMMANDS THAT

11:38:03   4    EVERYBODY ELSE IN THE INDUSTRY IS USING.

11:38:08   5        SO LET ME GO TO MY KEY POINTS OF EVIDENCE, AND AS

11:38:11   6    JUDGE FREEMAN TOLD YOU, WE ARE GOING TO TALK HERE UNTIL LUNCH

11:38:14   7    TIME AND FINISH UP.

11:38:15   8        I WANT TO START HERE THAT ARISTA SWITCHES WERE DESIGNED

11:38:18   9    FROM SCRATCH, NOT COPIED FROM CISCO.  THAT'S NOT DISPUTED AND

11:38:23  10    THOSE SWITCHES ARE REVOLUTIONARY TOO.

11:38:25  11        CISCO PROMOTED ITS CLI AS AN INDUSTRY STANDARD FOR ITS OWN

11:38:29  12    BENEFIT.  THERE'S ENORMOUS AMOUNT OF EVIDENCE ON THAT.  WE SAT

11:38:34  13    EVERY SINGLE DAY WITH EVERY SINGLE WITNESS, WE SAW EVIDENCE

11:38:38  14    THAT CISCO WAS PROMOTING THESE AS INDUSTRY STANDARD.

11:38:42  15        THIRD, COPYING UN PROTECTABLE ELEMENTS OF THE CLI IS NOT

11:38:45  16    INFRINGEMENT.  WE HEARD TWO WEEKS OF TESTIMONY FROM CISCO ABOUT

11:38:50  17    THESE COMMAND LINES, JUDGE FREEMAN HAS TOLD YOU THESE

11:38:55  18    INDIVIDUAL COMMAND LINES, THE MULTIWORD COMMAND LINES THAT WE

11:38:59  19    ARE TALKING ABOUT, THEY ARE NOT EVEN PROTECTABLE BY LAW, NOT

11:39:02  20    EVEN PROTECTABLE.  THEY HAVEN'T PROVEN THAT THEY HAVE SOME

11:39:07  21    UNIQUE COMPILATION OF THESE, NOT BY A MILE.

11:39:10  22        AND FINALLY, ARISTA'S USE OF THE IOS CLI IS A FAIR USE

11:39:13  23    CONSISTENT WITH INDUSTRY PRACTICES.

11:39:16  24        BY THE WAY, "FAIR USE" LOOKS TO THE PUBLIC INTEREST.  I

11:39:19  25    HEARD IT CALLED AN EXCUSE.  IT'S IN THE COPYRIGHT STATUTE.  IT

01:34:51  1    FEATURE LIKE VLAN, YOU ARE GOING TO USE THE NAME THAT THE

01:34:56  2    INDUSTRY HAS CHOSEN TO DESCRIBE IT, TIME, AFTER TIME, AFTER

01:35:01  3    TIME.

01:35:02  4         NOW, GUESS WHAT, THE EVIDENCE SHOWS -- LET'S GO TO THE

01:35:07  5    NEXT SLIDE.  THE EVIDENCE SHOWS THAT EVEN AT CISCO THEY

01:35:10  6    UNDERSTOOD THIS AND THEY TOLD THEIR ENGINEERS DON'T BE

01:35:14  7    CREATIVE, BE COMMON, BE FAMILIAR.

01:35:18  8         THIS IS FROM THAT FAMOUS PARSER-POLICE MANIFESTO.  WHEN

01:35:23  9    NAMING A COMMAND, TRY TO PICK NAMES THAT WOULD BE FAMILIAR TO

01:35:26  10   PEOPLE IN THE INDUSTRY.  COMMANDS SHOULD BE SELF-EXPLANATORY SO

01:35:31  11   THAT A KNOWLEDGEABLE USER, THAT'S THESE NETWORK OPERATORS, CAN

01:35:36  12   FIGURE IT OUT WITHOUT SCURRYING OFF TO A MANUAL.

01:35:40  13        USE "AN ACCEPTED INDUSTRY ACRONYM."  THAT'S JUST WHAT I

01:35:45  14   WAS TALKING ABOUT, ALL THOSE PROTOCOL NAMES ARE ACCEPTED

01:35:48  15   INDUSTRY ACRONYMS, THEY ARE TOLD TO USE THEM.  DO NOT USE CODE

01:35:50  16   NAMES.

01:35:52  17        NOW, THAT WAS THE GUIDANCE, BUT IN FACT, MR. REMAKER

01:35:58  18   CONFIRMED THAT THAT'S WHAT THEY DID.  HIS TESTIMONY WAS, THIS

01:36:02  19   IS WHAT WE DO WHEN WE WRITE THESE COMMANDS.  WE DON'T FREELANCE

01:36:05  20   OR OFFROAD.  KEEP IT SHORT.  WHY?  YOU ARE TYPING IT.  AVOID

01:36:11  21   COLLISIONS.  WHAT HE SAID WAS "YOU DON'T USE THE SAME WORD

01:36:14  22   TWICE AND MESS UP THE DEVICE."

01:36:16  23        CONSIDER THE AUDIENCE.  WHAT DO NETWORK ENGINEERS

01:36:19  24   UNDERSTAND?  DO THEY WANT YOU TO WRITE OUT OSPF OR USE SOME

01:36:24  25   OTHER WORD OR SOME OTHER NAME?  NO.  AND ARRANGED AND GROUPED

01:36:29  1    IN A LOGICAL EASY TO FIND ORDER.

01:36:32  2         IN OTHER WORDS, THESE ARE SOME OF THE LIMITATIONS.

01:36:34  3         AND MR. KATHAIL BACKED THAT UP.  HE SAID THE COMMANDS

01:36:39  4    SHOULD COME FROM A VOCABULARY WHICH NETWORKERS USE DAY IN AND

01:36:44  5    DAY OUT.  THAT'S TRUE.  IF YOU ARE TALKING ABOUT HOCKEY, YOU

01:36:46  6    USE THE LANGUAGE OF HOCKEY.  IF YOU ARE TALKING ABOUT

01:36:48  7    NETWORKING, YOU USE THE LANGUAGE OF NETWORKING THAT NETWORK

01:36:51  8    ENGINEERS ARE ALL FAMILIAR WITH.

01:36:54  9         AND THAT'S -- THAT IS TRUE FOR ALL OF THESE COMMANDS,

01:36:57 10    WHICH IS WHY NONE OF THIS IS PROTECTABLE.  EITHER A SINGLE

01:37:03 11    MULTIWORD COMMAND, JUDGE FREEMAN HAS ALREADY TOLD YOU THAT, OR

01:37:07 12    THE COMPILATION ITSELF.  THE COMPILATION IS NO DIFFERENT.  IT'S

01:37:11 13    JUST A COLLECTION OF THESE COMMANDS, ALSO FROM INDUSTRY

01:37:15 14    STANDARD PROTOCOLS.

01:37:17 15         COULD I GO BACK TO THE COLOR-CODED CHART, MR. DAHM.

01:37:21 16         THE LAST POINT I'M GOING TO MAKE ON THIS PART OF IT IS

01:37:24 17    THAT AT LEAST SOMEONE MADE AN EFFORT TO ANALYZE THIS.  AND THAT

01:37:28 18    WAS PROFESSOR BLACK.  AND HE WENT THROUGH THEM ALL, HE

01:37:31 19    PRESENTED SOME OF THESE, BUT EVERYTHING IN GREEN IS DIRECTLY

01:37:35 20    FROM AN INDUSTRY STANDARD.  DIRECTLY.  EVERYTHING IN GRAY THAT

01:37:40 21    MR. NELSON WAS CALLING THAT THE BROWN STUFF, THAT'S ALL COMMON

01:37:44 22    TERMINOLOGY THAT PRE-EXISTED.  "CLEAR," "CLOCK," "SHOW."

01:37:50 23         THE BLUE DON'T NECESSARILY COME DIRECTLY FROM A PROTOCOL,

01:37:55 24    BUT THEY ARE COMMON INDUSTRY TERMS THAT ANY NETWORKING ENGINEER

01:37:58 25    WOULD UNDERSTAND.  "CONTROL PLANE," "TIME ZONE," "DYNAMIC,"