# EXHIBIT C

| | |
|---|---|
| From: | Phillip Remaker <remaker@cisco.com> |
| To: | Carl Schaefer <schaefer@cisco.com>;Murali Venkateshaiah <muraliv@cisco.com> |
| CC: | Chao-Li Tarng <cltarng@cisco.com>;parser-police@cisco.com <parser-police@cisco.com> |
| Sent: | 1/12/1999 7:05:19 PM |
| Subject: | Re: Parser review guideline? |

```
This is not exactly a comprehensive guideline of parser philosophy, but
a clarification of finer points for experienced engineers 8-)

Your milage may vary.
Parser-Police Manifesto, version 1.7
"To Serve And Protect"
Author: remaker@cisco.com
This document is not an offical Cisco procedure
It is for reference use only.

PURPOSE

Parser-police is an alias for software professionals in Cisco to
propose command line additions and get feedback from fellow
engineers with experience to insure consistency, usability, and
friendliness of the configuration interface to Cisco IOS.
It is not for discussion technical coding or parse chain issues.
Send those questions to "parser-questions."

AUTHORITY

The official design procedures for IOS *require* that
certain classes of changes be cleared with parser-police, but
in practice parser-police has no formal "clearing" criteria. It
is a forum which has a history of preventing bad things (tm) from
getting into the command line interface (CLI). Most of the serious
abominations in IOS did not pass the parser-police.

However, since it has no specific authority, parser-police derives
its authority by having good answers, level-headed discourse, and a
history of successes. This does not mean it's okay to ignore
comments. Generally, the people doing the reviews on parser-police
have more IOS CLI experience than the people behind the submission,
so this should weigh heavily in evaluating feedback on the list.

SUMEMISSION

All command line interface additions, whether config, exec, or
whatever, MUST be sent to parser-police for review.

* The submitter should send the proposed syntax BEFORE writing any
code, to prevent rewrites for syntax changes. "I already coded
it" is not an acceptable excuse for poor syntax.

* The submitter should submit plain text, not pointers to specs, MIME
attachments, diffs or parser macros.

* The submitter should make the message as brief as possible, and include
the command syntax, what it does, and a brief reason for the choice if it
seems that the command will be controversial. If there were any choices
that you anticipate being suggested which you already know that you will
reject, you may want to include that information and reason for rejection
to pre-empt replies.

* The submitter should include a pointer to a functional spec or DDTS if
application. This inclusion is IN ADDITION TO and not in place of a
summary text description as desribed above.
```



```
* The submitter should also inlucde a list of target IOS versions that
will be getting the new command, so that the good folks in documentation
can be sure that your handiwork becomes canon and not apocrypha. Far
too often, a useful syntax addition becomes an undocumented command
because nobody let documentation know about it.

* The submitter should specify a DEADLINE for comments, so that the
discussion is bounded. Seven days is generally accepted. A longer
time is better. Shorter times are acceptable only in the case of high
priority bugs which require adding a new command.

ANSWERING

Answer submissions with respect. Finger pointing, value judgements,
and summary dismissals are uncalled for. If there is a problem,
state clearly what the problem is and OFFER AN ALTERNATIVE. If you
can cite examples in other parts of the parse tree, please do so.

In general, your reply should include parser-police. You can
privately send mail when it is a simple concurrence or a point
of information that may not be of interest to the whole group.

Please note that precedence is not always automatic grounds for
acceptance of a particular syntax, since there are a number of
places in the parse tree where bad syntax has crept in (usually due
to the fact that the syntax was unreviewed by parser-police!!).

If you cannot offer an alternative, say so. Remember: since
parser-police has no specific enforcable authority per se, the
practice of conducting useful discourse ensures that the parser-police
alias will remain relevant. If you have a personal issue with
the submitter, take it to software-flame, off line or through your
management chain.

NO ANSWER

Silence is usually a sign that the command is OK. If there is no
reply after a week, please repost the message saying that you are
going ahead with the proposed syntax.

NO CONSENSUS

If the discussion deadlocks, and no resolution can be reached, the
submitter must post a summary of the discussion and the final decision.
In practice, the submitter has the choice of how to deal with feedback,
but protocol dictates that the most appropriate and professional course
of action is for the submitter to take responsibility to work for
consensus. The submitter and parser-police are JOINTLY responsible for
developing a mutually acceptable syntax. The cumulative expertise
of the parser-police is on what constitutes "good" syntax. The
submitter will generally be expert on the particular application,
knowledge of the customer, etc. Each is responsible for educating
the other in order to avoid review deadlock.

If anyone receiving the submitter's "final decision" e-mail still finds
the final choice unacceptable, resolution should be pursued through
appropriate management chains, which vary widely by specific situation.
Sometimes it will be the submitters manager, or the division director,
or even the VP. Your professional judgement is your guidance here.

SYNTAX DESIGN GUIDELINES

1) Think extensible. If you add a command, try to envison if more
similar commands that may be added, and structure the parse tree not
to have 'dead ends'.
BAD dnsix-dmdp
GOOD dnsix dmdp
See how dnsix-dmdp, as a top level command, precludes any other
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     CSI-CLI-0075439

```
dnsix related commands without making a new top level command
(Which was done later, with "dnsix-nat"). If the top level
keyword had been "dnsix", future dnsix settings could have been
added to the parse chain gracefully. This also illustrates an
instance of the hyphens-in-commands controversy, discussed below.

2) Hyphens should be avoided if they indicate sub-keywords are
warranted. Similarly, you should not be overzealous to eliminate
hyphens. However, multi-hypens are usually a sign that keywords
are too long and the concept should be re-thought. All multi-hyphen
commands should be analyzed to see if they can be split into a more
extensible parse chain.

BAD debug [isdn-q931 | isdn-q921]
GOOD debug isdn [q921 | q931]
This put logical isdn debugs under one umbrella.

GOOD ip forward-protocol spanning-tree
BAD ip forward protocol spanning tree
This creates unneeded subsets. "forward-protocol" is one
concept and not extensible, as is "spanning-tree"

BAD exec-banner, motd-banner, access-banner
GOOD banner [access | motd | exec]
This logically groups all banner related commands together.

BAD isdn not-end-to-end [56|64]
GOOD isdn speed [56|64] incoming
The not-end-to-end was a bad hack which is still in the code,
which had a specific application. The command REALLY forced
a speed lock regardless of the switch info. The command should
have been named as such. Also, it only applies to inbound calls.
In fact, it would be useful to someday have it for outbound as well,
hence the final extension.

BAD all-incoming-calls-v120
GOOD force-bearer v120
The "all-incoming-calls-v120" was intended to treat all
inbound calls as v120. This really just forced the treatment
of the call as V120 regardless of isdn bearer info. By using
a command like "force-bearer", this finctionality could readily
be extended to other bearer types in the future.

3) Enabling and disabling functions

BAD ppp multilink enable ppp multilink disable
GOOD ppp multilink no ppp multilink
The "enable" or "disable" as keywords should be deleted. Instead,
the command should stand on its own to indicate something being enabled,
or with a "no" prefix if it is being disabled. Note that it is
okay to have the "no" form of a command appear in the configuration
when disabling something that's on by default, e.g. "no ip routing".

BAD compress use-stac
BAD compress do-stac
GOOD compress stac
The configuration should describe the behavior, not command it.

4) Watch for collisions. Since the parser looks for smallest unique
match, be on the lookout for adding an obscure keyword that
conflicts with a common one. This is also an argument for going
deep, not wide with commands as requested in item (2).

5) The fact that a badly designed command in IOS exists does not
constitute justification for another badly designed command. It
is a sad fact that we have gruesome hacked commands in a number
of areas that need fixing. We try to weed out over time, so the
last thing we need is more entropy.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-00754393

6) When naming a command, try to pick names that would be familiar
to people in the industry. For example, "ip mtu 576" is better
than "ip maximum-transmission-unit 576" since MTU is an accepted
industry acronym. However, where the industry has not settled on
a universal parlance, the longest formal name is probably better.

7) Do not use code names in commands. "debug whizzy-asic" or "debug
walamazoo" will not be very useful to customers. If you need
them and you SWEAR customers will not use them, make them hidden
PROVIDED THAT you make sure the debug commands do not collide
with common debug commands.

8) NEVER use underscores. Use dashes. This is a purely aesthetic
thing, but it is important to be consistent. Some underscore
commands have been jammed into the code (b_channel, and others)
and should be weeded out as soon as possible.

9) Don't hide a command that will be useful for debugging. The way
to debug robbed bit signalling in AS5200 is so ass-backwards and
convoluted that I can scream. It requires 3 steps to do, when in
fact it should be a simple "debug" command. The argument was
that it was a hack added in for debugging that should never be
seen/used by customers. In fact, CE uses it tens of times,
daily. Fundamentally: If there is a process that will output
state information on a real time basis, tracking changes of traffic
as it occurs, that should be a DEBUG command, using all of the
debug protocol (eg, buginf()).

10) Commands should tend to be self-explanatory so that a relatively
knowledgable user can figure out the command function from the
command and on-line help without having to scurry off to the
manuals. What constitutes "self-explanatory" will vary by your
target audience, so be prepared to defend that point. While
a non-ATM user may find the command "forward-peak-cell-rate-clp1"
offensively complex, the point can be made that this will be the
only acceptable syntax for the ATM community based on the vocabulary
and culture of that user group.

CHANGING SYNTAX

Changing an existing syntax is ususally a bad idea. Once customers
are already using a certain syntax, changing the syntax will frequently
do more harm than good. There are at least four reasons. First,
customers are trained on and familiar with existing syntax. Second,
customers frequently change IOS versions, sometimes jumping up or down
a major revision level. Having portions of the configuration be
unrecognized could cause catastrophic failures. Third, customers may
boot a text file of the config from a server, and may not update that text version to
accomodate new syntax. Similar catastrophic failures due to
unrecognized commands is possible. And fourth, the fact that some
platforms have a ROM based bootloader that may be several revs down
would cause syntax-changed config files to generate disturbing, though
innocuous, error messages.

For the above reasons, we have many examples of poor syntax
that exist in the IOS which remain there indefinitely. However,
there are instances where egregious misjudgements in command structure
need to be corrected in order to add new functionality to the IOS
or to reduce the number of calls to the technical assistance center.

The following chart is a guideline of how to execute a syntax change
gracefully, with a minimum of disturbance. Release "0" is the major
release where the change. -1 is the one before, etc. A release,
in this case, is defined as a major release, eg, 11.2 to 11.3, 11.3
to 12.0, 12.0 to 12.1.

Release  Allow Visible Write/NVRAM Docs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-00754394

```
-1 OLD OLD OLD OLD
 0 OLD+NEW OLD+NEW OLD OLD+NEW
 1 OLD+NEW NEW NEW NEW
 2 NEW NEW NEW NEW
```

This chart is a guideline. Very serious changes may call for a longer cycle. For example, when the command "address" was changed to "ip address," The old command continued to be accepted for 3 major releases since very near 100% of all Cisco custonmers used the command.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY				CSI-CLI-00754395

△ DEFENDANT △

United States District Court
Northern District of California

Case No.   **14-cv-05344-BLF**
Case Title   **Cisco Systems v. Arista Networks**
Exhibit No.   **5175**
Date Entered   _____
Richard W. Wieking, Clerk
By: _____, Deputy Clerk