# EXHIBIT D

## Cisco v Arista

**13. PAGE 43:06 TO 43:19  (RUNNING 00:00:35.556)**

```
06         Q.    Did you do any work on command-line
07   interfaces while you were at Cisco?
08         A.    Yes.
09         Q.    What work did you do on command-line
10   interfaces at Cisco?
11         A.    When we ported native IOS from routers to
12   switches, that was a project I was leading from a
13   product management perspective^ ., we had to address
14   things like interface ranges; we also brought out
15   the first identity based network and access system
16   for switches and so it was the 802.1 ex-protocol
17   implementation.
18               We were extremely creative with our
19   taxonomy on the CLI.
```

**14. PAGE 44:19 TO 45:11  (RUNNING 00:00:52.266)**

```
19               In what way did that process involve
20   creativity in the naming process?
21         A.    You had to figure out what you wanted the
22   CLI to say, how were people going to enter onto a
23   specific port and configure that port to recognize
24   that it was supposed to not forward by default, but
25   instead quarentine the traffic until it received a
00045:01   MAC layer authentication from the first hop adjacent
02   hubs.
03         Q.    And there would be more than one way to do
04   that?
05         A.    You could do authentication via user name
06   password; you could bypass that and use MAC address;
07   you could use the OID of the MAC address; I could
08   take the third octave of the requested ID address
09   and transpose that with the V line number.
10               All of these became configurable options
11   over time.
```

**15. PAGE 45:12 TO 45:15  (RUNNING 00:00:09.682)**

```
12         Q.    How did you choose which one of those
13   options to go with?
14         A.    Whoever was going to write the biggest PO
15   the fastest and what that customer wanted.
```

**16. PAGE 45:16 TO 46:01  (RUNNING 00:00:37.820)**

```
16         Q.    Was there a choice involved in what seemed
17   the most natural for the user?
18         A.    Always.  You had to -- you wanted it to be
19   intuitive; you wanted to find a way to -- the people
20   wouldn't have to think about what command to enter,
21   that it would be natural to them.  The analogy I
22   often use is that of a telephone dial; you want it
23   to be familiar.
24         Q.    Are you familiar with something called the
25   parser-police at Cisco?
00046:01       A.    Yes.
```

**17. PAGE 46:09 TO 46:11  (RUNNING 00:00:05.040)**

```
09         Q.    You had a different perspective than the
10   parser-police?
11         A.    Very much so.
```

**18. PAGE 46:17 TO 46:22  (RUNNING 00:00:16.760)**

```
17         Q.    The fact that you disagreed with what the
18   parser-police was doing, would you agree that that
19   speaks to the fact that reasonable minds can differ
```

```
           20    with respect to what the best CLI command is in any
           21    given instance?
           22         A.   Yes.
```

### 19. PAGE 72:09 TO 73:01 (RUNNING 00:00:53.344)

```
           09         Q.   What's the benefit to a customer in not
           10    having to operationally retrain its data center
           11    staff?
           12         A.   You keep the U.S. financial system up and
           13    running.
           14         Q.   What do you mean by that?
           15         A.   Because if I screwed it up, I'd crash the
           16    entire New York Stock Exchange, NASDAQ and every
           17    major financial up in the world.  That's what
           18    happens when you screw up on a network device.  The
           19    fundamental difference between a network element and
           20    a server is you crash a server, you lose one device.
           21    I screw up a switch, I lose 48 servers.  I screw up
           22    a routing protocol, I can crash your entire network.
           23    It could bring AT&T down.  That's why you want it
           24    operationally consistent, so you don't cause network
           25    outages and cause financial distress in the global
  00073:01    economy.
```

### 20. PAGE 73:07 TO 73:11 (RUNNING 00:00:21.591)

```
           07         Q.   If Arista went to an investment bank in
           08    the financial services sector and wanted to sell
           09    switches to that bank, couldn't Arista provide
           10    training in a new CLI to that bank as part of its
           11    package to sell new switches?
```

### 21. PAGE 73:15 TO 74:07 (RUNNING 00:00:51.840)

```
           15              THE WITNESS:  I went driving in
           16    New Zealand six months before I left Arista.  I was
           17    driving on back roads.  It was Christmas Day.  It
           18    was quite fun.
           19              THE REPORTER:  Slow down a little bit.
           20              THE WITNESS:  I turned around a corner and
           21    there was a camper van head-on at me, which way did
           22    I turn?
           23              I turned right like any person driving in
           24    North America or anywhere in the world except about
           25    six countries does, and when I did that I collided
  00074:01    head-on with a camper van.  It's muscle memory.  15
           02    to 20 years of engrained expertise typing right map,
           03    typing show config, typing show interface; the same
           04    commands that every vendor in our industry uses.
           05              And, yeah, you don't want to crash head-on
           06    with a camper van; it's in not pretty, messed up my
           07    Ford Fiesta.
```

### 22. PAGE 74:22 TO 74:23 (RUNNING 00:00:04.849)

```
           22         Q.   Arista could approach Cisco for -- for a
           23    license to its CLI, correct?
```

### 23. PAGE 75:03 TO 75:05 (RUNNING 00:00:04.969)

```
           03              THE WITNESS:  I suppose they could, but I
           04    kept seeing it called industry standard CLI
           05    everywhere I looked.
```

### 24. PAGE 75:07 TO 75:09 (RUNNING 00:00:05.223)

```
           07         Q.   Did Arista ever approach Cisco for a
           08    CLI -- for a license to its CLI?
           09         A.   Not to my knowledge.
```

△ DEFENDANT △

United States District Court
Northern District of California

Case No. 5:14-cv-05344-BLF

Case Title Cisco Systems v. Arista Networks

Exhibit No. 9079

Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk