# EXHIBIT F

**Ram Kavasseri, Garry Horoupian**

Draft v16, 2/8/06

Session Number
Presentation_ID                © 2005 Cisco Systems, Inc. All rights reserved.                    **Cisco Confidential**        1

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 330
WIT: KAVASSERI
DATE: 2.23.16
CARLA SOARES, CSR

CSI-CLI-00682250

- **Background – how did we get here?**

- **What is Hot ICE?**

- **What must you do during Development?**

- **Hot ICE Tooling Demo**

- **What must you do during Test?**

- **Q&A**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          **Cisco Confidential**          2

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          CSI-CLI-00682251



© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682252



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682253



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682254

- **Background – how did we get here?**
- **What is Hot ICE?**
- **What must you do during Development?**
- **Hot ICE Tooling Demo**
- **What must you do during Test?**
- **Q&A**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          6

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682255

- Hot ICE is an IOS-wide Strategic program
- Upgrades IOS CLI technology
- Why?
  - Drive network operations costs down
  - Improve automated router control
  - Competitors like Juniper have raised the bar
  - Customers have scaled to 5MB configs
  - Customers asking for Rollback, Faster NVGEN

Session Number
Presentation_ID

© 2005 Cisco Systems, Inc. All rights reserved.

Cisco Confidential     7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682256

- **Improve IOS CLI Robustness**

- **Scale configs to > 10MB and thousands of interfaces**

- **Automate router control**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          **Cisco Confidential**          8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682257

- **Rollback**
  - Undo config changes without reload
- **Parser Return Code III**
  - Success/failure status per config command
- **Config Change Notification**
  - Report exact config change status





- **Defaults Exposure**
  - Reveal default command settings
- **Config Side-Effects**
  - Register commands that affect other commands
- **Syntax Check**
  - Test config changes without applying ›

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682258



© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682259



- Cache running-config with help of "Side Effect" Detection
- Verify if cache is "dirty" using PRCs
- Use rollback + diff to apply only changed config lines

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682260



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682261

- **Background – how did we get here?**
- **What is Hot ICE?**
- **What must you do during Development?**
- **Hot ICE Tooling Demo**
- **What must you do during Test?**
- **Q&A**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          13

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     CSI-CLI-00682262

- **Rollback**

- **Parser Return Code III**

- **Config Change Notification**





- **Defaults Exposure**

- **Config Side-Effects**

- **Syntax Check**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All right reserved.          Cisco Confidential          14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682263

- **Description**
  - Allow the user to roll back (or forward) to a previously saved configuration without requiring reload or expert intervention

- **Benefits**

  - Revert back to a known working configuration.

  - Reduce management application overhead

- **User Interface**

  - "configure replace <URL>"

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682264

1. Is the "no form" nv-genned? E.g. "no keepalive"

2. Are default values hidden in the running config?

   – E.g. "keepalive 10"

   – If there are special "default values", make sure the "default" keyword is supported, e.g. "default keepalive"

3. Does "undoing" a command introduce side-effects in the running-config?

Session Number
Presentation_ID    © 2005 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    16

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr    16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00682265



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682266

- **Most IOS commands roll back properly**
- **Exception commands fall into several rollback categories:**

### Order-sensitive commands
– "access-list"

### Special case negation
— "snmp ifindex persist" is deleted by "snmp ifindex clear"

### Ignored commands
— "no ipaddress"

© 2005 Cisco Systems, Inc. All rights reserved.                                                        18
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          CSI-CLI-00682267

- **Special cases need to be registered at subsystem init time.**

- **Examples:**

  - **Register Ignore commands using:**

    reg_invoke_add_ignore_command ("version");

  - **Register Special Negation commands using:**

    reg_invoke_add_special_negation_command ("snmp ifindex persist", "snmp ifindex clear");

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.                    Cisco Confidential    19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682268

- **Rollback**
- **Parser Return Code III**
- **Config Change Notification**



- **Defaults Exposure**
- **Config Side-Effects**
- **Syntax Check**



Session Number
Presentation_ID              © 2005 Cisco Systems, Inc. All rights reserved.                    Cisco Confidential    70

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682269

- **Description**
  - –Components provide numeric return code
  - –Return code: "Success" or "Fail"
  - –Config status: "Change" or "No Change"
- **Benefits**
  - –Programmable failure detection for config commands
  - –Automate customer operations, internal test scripts
  - –Efficient NVGEN Caching ("Change" vs "No Change")
  - –Reliable HA/ISSU Config Sync

Sequence Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.                    **Cisco Confidential**          21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              CSI-CLI-00682270

- **Test behavior of existing and new commands**

- **Turn on PRC exposure**
  - "terminal prc { expose | hide }"

- **Check for the following:**

  1. Are PRC values exposed for your command?

  2. re-applying command MUST result in "No Change"

  3. Are correct error codes set for command failures?

Session Number
Presentation_ID    © 2005 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00682271



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682272

- **Coding step 1: grab the prc block from the csb**

  prc_t prc = prc_get_block_ptr(csb);

- **Coding step 2: Set PRC Success codes**

  –**For success WITHOUT change:**

  prc_success(prc, PRC_CONFIG_NO_CHANGE, PRC_IMMEDIATE);

  –**For success WITH change to the running-config:**

  prc_success(prc, PRC_CONFIG_CHANGE, PRC_IMMEDIATE);

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.                    **Cisco Confidential**    24

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682273

- **Coding step 3: Set PRC failure codes**
  - **Use the "prc_failure()" API**
  - **For a memory failure error, use:**

    **prc_failure (prc, PRC_NO_MEMORY,
    PRC_FAILURE_RETRY);**

Session Number
Presentation_ID

© 2005 Cisco Systems, Inc. All rights reserved.

Cisco Confidential          25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682274

- **Coding step 4: Use the new EOLS_COMMAND macro**

  - EOLS changes to EOLS_COMMAND

  - Last argument indicates if PRC is supported or not

    EOLS_COMMAND (conf_snmp_tftp_eol, snmp_ip_command, parser_syntax_check_handler, SNMP_TFTP_LIST, EOL_PRC_SUPPORTED);

  - Macro will leave a "signature" in the sun file

  - "signature" will help us track PRC compliance for TL9K, Sarbanes-Oxley

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682275



- **Rollback**
- **Parser Return Code III**
- **Config Change Notification**

- **Defaults Exposure**
- **Config Side-Effects**
- **Syntax Check**

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682276

- **Customers want EXACT CHANGE notification**
    - »What changed?
    - »Who changed it?
    - »When?
    - »What's the PRC value?
    - »What does the new config look like?
- **Benefits**
    - •Security audits
    - •Efficient change management
    - •Sarbanes-Oxley compliance

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          CSI-CLI-00682277

- **Coding Step 1: Examine existing command behavior**
    - **Turn on CCN debugging**
    - **Many commands will generate correct, minimal nvgen output**

Session Number
Presentation_ID

© 2005 Cisco Systems, Inc. All rights reserved.

**Cisco Confidential**    29

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682278

- **Coding Step 2: Classifying exceptions**
    1. **Some commands generate ZERO output**
        - **Add appropriate NVGEN code to action function**
    2. **Some commands re-generate ENTIRE submode**
        - **Break up nvgen logic among submode commands**
        - **Makes CLI more modular**
        - **Not always possible due to "age of code", complexity, authors of code now working at competitors**
    3. **Some commands generate VOLUMINOUS configs**
        - **Work with Hot ICE team to "creatively" report changes**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          **Cisco Confidential**          30

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682279

- **Coding step 3: Use the new EOLS_COMMAND macro**

  - EOLS changes to EOLS_COMMAND

  - Last argument indicates if CCN is supported or not

    EOLS_COMMAND (conf_snmp_tftp_eol, snmp_ip_command, parser_syntax_check_handler, SNMP_TFTP_LIST, EOL_NVGEN_SUPPORTED | EOL_PRC_SUPPORTED);

  - Macro will leave a "signature" in the sun file

  - "signature" will help us track CCN compliance for TL9K, Sarbanes-Oxley

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          31

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr          31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682280

- **Rollback**
- **Parser Return Code III**
- **Config Change Notification**





- **Defaults Exposure**
- **Config Side-Effects**
- **Syntax Check**

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682281

- **IOS config has been "smart" about minimizing config data**
  - Default settings are NOT printed
- **Customers want this to change**
  - default settings have changed in the past
  - Default changes break image upgrades
  - Potential security holes
  - Sarbanes-Oxley requirement

Session Number
Presentation_ID

© 2005 Cisco Systems, Inc. All rights reserved.

Cisco Confidential          33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682282



- A set of new APIs will be provided to output the default forms of configuration commands.
  The show running-config command with option 'all' will expose the command when in default form. The copy command is also enhanced to enable copying of verbose configuration with the "all" option.

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682283



© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682284



- **Step 2: Change nvgen code**
- **New default logic looks like:**

```
if (max_entries != PARSER_LOG_ENTRIES){
    nv_write(TRUE, " %s %u", csb->nv_command, max_entries);
}
else {
    NV_WRITE_DEFAULT(TRUE, " %s %u",  csb->nv_command,
        PARSER_LOG_ENTRIES);
}
```

Original check for default value

"show run" path

Cisco Style violation – DO NOT do this

New code to print default values

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

Cisco Confidential

36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682285



- Rollback
- Parser Return Code III
- Config Change Notification

- Defaults Exposure
- Config Side-Effects
- Syntax Check

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682286

- **Description**
  - Adding/deleting some IOS commands introduces OTHER config changes
- **Effect**
  - –Breaks customer audits
    - •Who changed the side-effect commands?
    - •Is this a security hole?
  - –Breaks nvgen caching

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682287

- **Step 1: Understand cause-effect relationship**
  - One command causes the side-effect
    - The causative command's action function is called Command Action Function (CAF)
  - There are one or more "effected" commands
  - "Effected" commands need to be re-nvgenned
    - Effected command's NVGEN function is called NVGEN Action Function (NAF)

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.                    Cisco Confidential    39

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682288

- ## Step 2: Tell the parser about your CAF node

  - **Declare an enum to identify your CAF node in parser/parser_side_effects_public.h**

    ```
    typedef enum {
            PARSER_SIDE_EFFECTS_IPROUTING
    ) caf_node_value;
    ```

  - **Register your CAF node using parser_add_caf_chain(...)**

Session Number
Presentation_ID                    © 2005 Cisco Systems, Inc. All rights reserved.                    **Cisco Confidential**      40

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682289

## • Step 3: Add all the NAF functions into a static list

```
#include "../parser/parser_side_effects_public.h"

app_naf_element ip_routing_naf_list[] = {
        { &pname(ci_ip2_routecache_eol), "ip route-cache",
                "interface", 0, "interface", "config", 0},
        { NULL }
};
```

Session Number
Presentation_ID                    © 2005 Cisco Systems, Inc. All right reserved.                    Cisco Confidential        41

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682290

- **Step 4: Map from "cause" to "effect"**
  - –Map CAF to NAF using "parser_add_naf_list_element(...)"
  - –Changes made in subsystem init code

  parser_add_naf_list_element(PARSER_SIDE_EFFECTS_IPROUTING,
  ip_routing_naf_list);

Session Number
Presentation_ID                © 2005 Cisco Systems, Inc. All right reserved.                    Cisco Confidential    42

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682291

- Rollback
- Parser Return Code III
- Config Change Notification





- Defaults Exposure
- Config Side-Effects
- Syntax Check

Session Number
Presentation_ID
© 2005 Cisco Systems, Inc. All rights reserved.
Cisco Confidential    43

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682292

- **Description**
  - Customers want "Two Phased Commit" for config changes
    - Phase 1: Check syntax. DO NOT apply.
    - Phase 2: Apply at appropriate time.
- **Syntax Check**
  - Checks commands without applying them
  - New syntax check mode that "looks like" config mode
  - Customers can "simulate" config actions without effecting changes

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     CSI-CLI-00682293

- **For most CLI commands, no new code needed**
- **Changes needed for submodes**
- **Submode needs to:**
  1. Init data structures for submode parse chain
  2. MUST NOT make config changes
  3. Push submode parse chain onto parser stack
  4. Cleanup after exit from submode
  5. Use new EOLS_SUBMODE macro

Session Number
Presentation_ID    © 2005 Cisco Systems, Inc. All rights reserved.    **Cisco Confidential**    45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00682294

- ## Some commands need instrumentation

  - –Any command that uses ASSERT, TEST, IFELSE, FUNC

  - –Use the new EOLS_COMMAND macro

    - •Provide a syntax check function

Session Number
Presentation_ID                © 2005 Cisco Systems, Inc. All rights reserved.                                    Cisco Confidential      46

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-00682295

- We're retro-fitting code that's 10+years old
- Some submodes create config changes during syntax check
  - e.g. interface Loopback0
- Do your best to avoid config changes
- But if you can't…
  1. Undo changes after submode exit
  2. Document these exceptions
  3. Ask customers to "lock" config before syntax check

Session Number
Presentation_ID                © 2005 Cisco Systems, Inc. All rights reserved.                **Cisco Confidential**    47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682296

- **Background – how did we get here?**
- **What is Hot ICE?**
- **What must you do during Development?**
- **Hot ICE Tooling Demo**
- **What must you do during Test?**
- **Q&A**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential    48

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682297

- **Hot ICE – lots of simple parts**
- **When all parts are combined, you have**
  - –**Lots to check**
  - –**Some code changes**
  - –**Lots of repetitive work**
- **Good target for automation**

Session Number
Presentation_ID    © 2005 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    49

© 2005 Cisco Systems, Inc. All rights reserved.    49
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00682298



- When we first did the Hot ICE Pilot, it took the MPLS-VPN and HA teams about 2.5 weeks to read all our func specs.

- We then provided a cookbook, which cut down the startup time to 1 week.

- We're hoping to cut this further to 2 days by providing a short video that gets the developer started on Hot ICE and the tooling.

- This way, the developer's workflow to start the Hot ICE work become:

  1. click on the component,

  2. see the commands under that component (we will preseed as many of these commands as possible into the tools so the developers can get going immediately),

  3. add a few test inputs (we're trying to add some of these as well – but at this time, it's a stretch goal for Tooling Phase 1)

  4. Select a test bed

  5. Run the tests

  6. The results will point the developer to the appropriate sections of the cookbook related to any errors that are found.

  7. The developer needs to fix the code and repeat steps 1 through 6 until all errors are resolved.

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682299

Benson Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          51

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682300

- **Background – how did we get here?**

- **What is Hot ICE?**

- **What must you do during Development?**

- **Hot ICE Tooling Demo**

- **What must you do during Test?**

- **Q&A**

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682301

✓ **Evaluate test coverage already completed by Developers using the Hot ICE Web Portal**

✓ **Verify that commands are Hot ICE compliant, leveraging the "Hot ICE Compliance Test Suite"**

✓ **Run existing component regressions**

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          **Cisco Confidential**     53

© 2005 Cisco Systems, Inc. All rights reserved.          53
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682302



Component Test

Input files
✓ Simple XML
✓ Reusable

Hot ICE Compliance Test Suite

✓ Complete Automated Solution
✓ ATS 4.1 w/ E-Test
✓ Follow ARF Scripting Standards
✓ Error reporting includes
   URL to failure analysis
   (reasons & possible fix)
. . . .

Session Number
Presentation_ID        © 2005 Cisco Systems, Inc. All rights reserved.        Cisco Confidential    54

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-00682303

✓ **Provide coverage for all 6 Hot ICE features**

✓ **Version checking**

✓ **Reusable library procedures**

✓ **Traceback check**

✓ **Results:**

    Supports TIMS importing

    Option to provide one result/script or one result/testcase

    Option for XML Output

✓ **Effectiveness:  Average 78% CFLOW Code Coverage**

Section Number
Presentation_ID
© 2005 Cisco Systems, Inc. All rights reserved.
Cisco Confidential
56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-00682304



© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682305



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682306



- Garry and Chris to provide Feedback.  (Updated by Chris, any other thoughts/changes?)

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682307



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682308



```
<Test>
        <Tag>snmp_community_1_neg_2</Tag>
        <Capability>prc</Capability>
        <Setup></Setup>
        <Submode></Submode>
        <Cli>snmp-server community "my cisco" RO</Cli>
        <Rtr_Mode>config</Rtr_Mode>
        <Status>failure</Status>
        <Failure_Type>PRC_FAILURE_PERMANENT</Failure_Type>
        <Error_Code>3005</Error_Code>
        <HA_Sync>false</HA_Sync>
</Test>
```

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          60

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00682309



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682310



© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682311

# Hot ICE Home Page:

# http://hotice.cisco.com

© 2005 Cisco Systems, Inc. All rights reserved.
Cisco Confidential    63

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-00682312

- **Background – how did we get here?**
- **What is Hot ICE?**
- **What must you do during Development?**
- **Hot ICE Tooling Demo**
- **What must you do during Test?**
- **Q&A**

Session Number
Presentation_ID                © 2005 Cisco Systems, Inc. All rights reserved.                **Cisco Confidential**    64

- Intro – 5 mins
- Dev – 25 mins
- Test – 15 mins
- Q&A – 15 mins

© 2005 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00682313

- Will there be complete CLI re-writes? No.

- Will there be exception commands that need special handling?  Yes.

- Has "Hot ICE" been deployed anywhere? Yes. BEEP, Syslog, SNMP...

- How long will it take to roll out Hot ICE across ALL IOS commands? ~2 years.

- When can I start? April 10th 2006.

Session Number
Presentation_ID          © 2005 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          66

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                CSI-CLI-00682314



△ DEFENDANT △

**United States District Court**
**Northern District of California**

Case No.     **14-cv-05344-BLF**

Case Title    **Cisco Systems v. Arista Networks**

Exhibit No.          **5134**

Date Entered

Richard W. Wieking, Clerk

By: _____, Deputy Clerk