# EXHIBIT G

```
            11  with the fact that there's similarity --
            12  similarities between the CLIs.
            13       Q.   (By Ms. McCloskey)  What are those
            14  similarities?
```

**7. PAGE 35:17 TO 35:25  (RUNNING 00:00:33.149)**

```
            17              THE DEPONENT:  There's -- there's
            18  similarities in terms of overall, I guess,
            19  structure --
            20       Q.   (By Ms. McCloskey)  Uh-huh.
            21       A.   -- of -- of what a CLI generally looks
            22  like versus a bunch of dashes, dots.  It's a
            23  generalized set of expected configurations and
            24  parameters that a customer would need to know for a
            25  network switch.
```

**8. PAGE 36:01 TO 36:08  (RUNNING 00:00:26.449)**

```
   00036:01       Q.   What do you mean by expected
            02  configurations?
            03       A.   If you have a VLAN, then everybody --
            04  there's an expectation that a VLAN and the
            05  terminology around VLAN will somewhere appear in
            06  the CLI along with the parameters necessary to
            07  structure VLAN so that it interoperates across
            08  multiple switches.
```

**9. PAGE 37:18 TO 37:20  (RUNNING 00:00:07.568)**

```
            18       Q.   Do customers generally expect the Dell
            19  CLI to support familiar command modes and
            20  their assoc- -- and their associated prompts?
```

**10. PAGE 37:23 TO 38:05  (RUNNING 00:00:28.069)**

```
            23              THE DEPONENT:  Customers expect Dell to
            24  support command modes and ensure that those command
            25  modes are -- are familiar with their technicians.
   00038:01       Q.   (By Ms. McCloskey)  How do you know that?
            02       A.   Because any time we create command modes,
            03  we go and we make sure that the -- the
            04  documentation and customers are trained so that
            05  they can operate the switches.
```

**11. PAGE 38:06 TO 38:14  (RUNNING 00:00:32.284)**

```
            06       Q.   Would it be accurate to say that the
            07  command mode supported by the Dell CLI are also
            08  dictated by customer expectations?
            09       A.   The command mode supported by Dell
            10  switches are dictated by customer expectations, as
            11  well as our analysis of best practices for
            12  implementation of the functionality are the most
            13  efficient means of implementation of the
            14  functionality.
```

**12. PAGE 39:04 TO 39:16  (RUNNING 00:00:43.999)**

```
            04       Q.   Okay.  Do customers -- in your
            05  experience, do customers expect the Dell CLI to
            06  support any particular command syntax?
            07       A.   I'm aware that customers have
            08  requirements, hard -- sometimes hard requirements
            09  for support of particular commands and command
            10  modes and sequences of CLIs.
            11       Q.   What kind of hard requirements have you
            12  become aware of?
            13       A.   I've -- I've seen the hard requirements
            14  in terms of you need to support this particular way
```

△ DEFENDANT △

**United States District Court**
**Northern District of California**

Case No. 5:14-cv-05344-BLF
Case Title Cisco Systems v. Arista Networks
Exhibit No. 9081
Date Entered _____

By: _____, Richard W. Wieking, Clerk
                              Deputy Clerk