# EXHIBIT H

**Packet Pushers Podcast, Show 45: Arista – EOS Network Software Architecture – Webinar, May 24, 2011 (54:45 – 55:46)**

Available at http://packetpushers.net/podcast/podcasts/show-45-arista-eos-software-architecture/

**Host 1:** Why does Arista have such a progressive and adaptable OS and chose a legacy CLI interface?

**Duda:** Oh, that's—that's very simple.  We want to minimize the transition costs to our customers.  Our customers come very well trained, big staffs of people who understand that—that particular CLI, and we actually copied it slavishly.

Ya' know, it's like even the things we thought were really silly, we went ahead and copied them anyway, because we wanted it to be as seamless an experience for our customers as possible.

And something I'm still hoping an enterprise customer—an enterprising customer will do—our CLI is just—is just like the shell, right?  Just like UNIX supports multiple shells, there's no reason why EOS can't have multiple CLIs.  So if anybody wants to do a cool, modern CLI for EOS—hey, we're a real big fan.

**Host 2:** So you want to have a Cisco CLI and a Juniper CLI?

**Duda:** That would be—that would be a dream come true.  So any volunteers to do the Juniper CLI, I have lots of milkshakes here and would be very happy to finance the activity that way.

| | |
|---|---|
| | **United States District Court**<br>**Northern District of California** |
| **π PLAINTIFF π** | Case No. _____**14-cv-05344-BLF**_____<br>Case Title __**Cisco Systems v. Arista Networks**__<br>Exhibit No. __203-A_____<br>Date Entered _____<br>                    Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |