# EXHIBIT J

## Cisco Summary Exhibit

## Modes & Prompts

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | EXEC | > | > | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

1

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | Privileged EXEC | # | # | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | Global Configuration | (config)# | (config)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.517, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | Interface Configuration | (config-if)# | (config-if)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | EXEC | > | > | NX-OS 4.0 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | Privileged EXEC | # | # | NX-OS 4.0 through NX-OS 5.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| EXEC | Privileged EXEC | # | # | NX-OS 5.0 through NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | Global Configuration | (config)# | (config)# | NX-OS 4.0 through NX-OS 6.2 | EOS v. 4.0.1 EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

| Cisco Command Mode | Arista Command Mode | Cisco Prompt | Arista Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | Interface Configuration | (config-if)# | (config-if)# | NX-OS 4.0 through NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

π PLAINTIFF  π

United States District Court
Northern District of California

Case No.    **14-cv-05344-BLF**
Case Title  **Cisco Systems v. Arista Networks**
Exhibit No.   **4794**
Date Entered  _____
                    Richard W. Wieking, Clerk
By: _____, Deputy Clerk