# EXHIBIT K

**Cisco Summary Exhibit**
**Help Description Analysis**

| Cisco Help Description (IOS-XR 5.1.4) | Arista Help Description (EOS 4.13.5) |
|---|---|
| AAA group definitions | AAA group definitions |
| Specifies that an UNENCRYPTED key will follow | Specifies that an UNENCRYPTED key will follow |
| Label value | Label value |
| Exit from configure mode | Exit from configure mode |
| Configure from the terminal | Configure from the terminal |
| Include lines that match | Include lines that match |
| Exclude lines that match | Exclude lines that match |
| Begin with the line that matches | Begin with the line that matches |
| No accounting | No accounting |
| User Datagram Protocol | User Datagram Protocol |
| Global IPv6 configuration commands | Global IPv6 configuration commands |
| BFD information | BFD information |
| Display the system clock | Display the system clock |
| Show controller information | Show controller information |
| Packet counters | Packet Counters |
| debug counters | Debug Counters |
| Interval in seconds | Interval in seconds |
| Detailed information | Detailed information |
| Priority level | Priority level |
| object name | Object Name |
| Copy from current system configuration | Copy from current system configuration |
| Update (merge with) current system configuration | Update (merge with) current system configuration |
| Display the contents of a file | Display the contents of a file |
| Current operating configuration | Current operating configuration |
| Rule number | Rule number |

| Tunnel ID | Tunnel ID |
|---|---|
| Version number | Version number |
| IGMP host query interval | IGMP host query interval |
| Query interval in seconds | Query interval in seconds |
| Multicast source address | Multicast source address |
| Detailed interface information | Detailed interface information |
| Specify interface | Specify interface |
| VLAN ID | VLAN ID |
| Interface status and configuration | Interface status and configuration |
| disable the interface | Disable the interface |
| Specify interval for load calculation for an interface | Specify interval for load calculation for an interface |
| MTU (bytes) | MTU (bytes) |
| Interface events | Interface events |
| Prefix length | Prefix length |
| Set IPv6 Router Advertisement Interval | Set IPv6 Router Advertisement Interval |
| Interval in milliseconds | Interval in milliseconds |
| IPv6 information | IPv6 information |
| IPv6 interface status and configuration | IPv6 interface status and configuration |
| Brief output | Brief output |
| Set advertised NS retransmission interval | Set advertised NS retransmission interval |
| Time to Live value | Time to Live Value |
| Entry index | Entry Index |
| Destination IP Address | Destination Ip Address |
| 48-bit hardware address of ARP entry | 48-bit hardware address of ARP entry |
| IP routing table | IP routing table |
| MAC address | MAC address |
| Enable proxy ARP | Enable proxy ARP |
| Enable local proxy ARP | Enable local proxy ARP |
| route distinguisher | Route Distinguisher |
| Address family IPv4 | Address family IPv4 |
| Address family IPv6 | Address family IPv6 |

| | |
|---|---|
| Default vrf | Default vrf |
| Time interval in seconds | Time interval in seconds |
| Port Description TLV | Port Description TLV |
| System Name TLV | System Name TLV |
| System Description TLV | System Description TLV |
| System Capabilities TLV | System Capabilities TLV |
| Management Address TLV | Management Address TLV |
| Show the contents of logging buffers | Show the contents of logging buffers |
| Set buffered logging parameters | Set buffered logging parameters |
| all modules | All modules |
| Number of lines on screen (0 for no pausing) | Number of lines on screen (0 for no pausing) |
| Multicast Source Discovery Protocol (MSDP) | Multicast Source Discovery Protocol (MSDP) |
| Show detailed information | Show detailed information |
| Interface Name | Interface Name |
| Interface filter | Interface filter |
| TCP protocol | TCP protocol |
| UDP protocol | UDP protocol |
| Send echo messages | Send echo messages |
| IPv4 echo | IPv4 echo |
| IPv6 echo | IPv6 echo |
| Ping destination address or hostname | Ping destination address or hostname |
| Repeat count | Repeat count |
| datagram size | Datagram size |
| Timeout in seconds | Timeout in seconds |
| Trace route to destination | Trace route to destination |
| IPv4 Trace | IPv4 Trace |
| IPV6 Trace | IPv6 Trace |
| Trace route to destination address or hostname | Trace route to destination address or hostname |
| Open a telnet connection | Open a telnet connection |
| Port number | Port number |
| Network time protocol | Network time protocol |

| | |
|---|---|
| NTP status | NTP status |
| NTP associations | NTP associations |
| Key number | Key number |
| NTP version number | NTP version number |
| port Id | Port id |
| Port name | Port name |
| Display detailed information | Display detailed information |
| Host name | Host name |
| Sequence number | Sequence Number |
| next hop address | next hop address |
| Differentiated Services Code Point (DSCP) | Differentiated Services Code Point (DSCP) |
| Hello interval | Hello interval |
| Neighbor filter | Neighbor filter |
| Number of MAC addresses | Number of MAC addresses |
| Show PTP interface information | Show PTP interface information |
| Set IP DSCP (DiffServ CodePoint) | Set IP DSCP (DiffServ CodePoint) |
| Show detailed output | Show detailed output |
| Time in minutes | Time in minutes |
| Specify a RADIUS server | Specify a RADIUS server |
| Radius configuration | RADIUS configuration |
| Next Hop | Next hop |
| AS Number | AS Number |
| BGP timers | BGP Timers |
| Keepalive interval | Keepalive interval |
| Hold Time | Hold time |
| Open Shortest Path First (OSPF) | Open Shortest Path First (OSPF) |
| Redistribution of OSPF routes | Redistribution of OSPF routes |
| Redistribute OSPF external routes | Redistribute OSPF external routes |
| Redistribute OSPF internal routes | Redistribute OSPF internal routes |
| Administratively shut down this neighbor | Administratively shut down this neighbor |
| Define an administrative distance | Define an administrative distance |

| | |
|---|---|
| BGP distance | BGP distance |
| Delay value (seconds) | Delay value (seconds) |
| IPv4 address family | IPv4 address family |
| IPv6 address family | IPv6 address family |
| IS-IS instance name | IS-IS instance name |
| Address Family modifier | Address family modifier |
| Suppress routing updates on this interface | Suppress routing updates on this interface |
| Detailed Output | Detailed Output |
| Neighbor information | Neighbor information |
| Process ID | Process ID |
| Control distribution of default information | Control distribution of default information |
| Distribute a default route | Distribute a default route |
| Metric value | Metric value |
| Database summary | Database summary |
| Advertising Router link states | Advertising Router link states |
| Self-originated link states | Self-originated link states |
| Filter by Interface Name | Filter by Interface Name |
| Border and Boundary Router Information | Border and Boundary Router Information |
| Interface information | Interface information |
| Neighbor list | Neighbor list |
| Display OSPF router ids as DNS names | Display OSPF router IDs as DNS names |
| Enable authentication | Enable authentication |
| Suppress routing updates on an interface | Suppress routing updates in an interface |
| Brief interface information | Brief interface information |
| ASBR summary link states | ASBR summary link states |
| External link states | External link state |
| Network link states | Network link states |
| NSSA External link states | NSSA External link states |
| Opaque Area link states | Opaque Area link states |
| Opaque AS link states | Opaque AS link states |
| Opaque Link-Local link states | Opaque Link-Local link states |

| | |
|---|---|
| Router link states | Router link states |
| Network summary link states | Network summary link states |
| Connected routes | Connected routes |
| Threshold value | Threshold value |
| Traffic class | Traffic class |
| Source MAC address | Source MAC address |
| Destination MAC address | Destination MAC address |
| SNMP statistics | SNMP statistics |
| Name of the group | Name of the group |
| Name of the user | Name of the user |
| Name of the view | Name of the view |
| SNMP community string | SNMP community string |
| MIB view to which the community has access | MIB view to which this community has access |
| String to uniquely identify this chassis | String to uniquely identify this chassis |
| Unique ID string | Unique ID string |
| Text for mib Object sysContact | Text for mib object sysContact |
| identification of the contact person for this managed node | Identification of the contact person for this managed node |
| Configure a local or remote SNMPv3 engineID | Configure a local or remote SNMPv3 engineID |
| engineID of the local agent | EngineID of the local agent |
| engineID of the remote agent | EngineID of a remote agent |
| Text for mib Object sysLocation | Text for mib object sysLocation |
| The physical location of this node | The physical location of this node |
| Define an SNMPv2 MIB view | Define an SNMPv2 MIB view |
| MIB view family name | MIB view family name |
| MIB family is included in the view | MIB family is included in the view |
| MIB family is excluded from the view | MIB family is excluded from the view |
| Define a user who can access the SNMP engine | Define a user who can access the SNMP engine |
| Group to which the user belongs | Group to which the user belongs |
| Specify a remote SNMP entity to which the user belongs | Specify a remote SNMP entity to which the user belongs |
| authentication parameters for the user | Authentication parameters for the user |
| Use HMAC MD5 algorithm for authentication | Use HMAC MD5 algorithm for authentication |

|   |   |
|---|---|
| Use HMAC SHA algorithm for authentication | Use HMAC SHA algorithm for authentication |
| user using the v1 security model | User using the v1 security model |
| user using the v2c security model | User using the v2c security model |
| user using the v3 security model | User using the v3 security model |
| Define a User Security Model group | Define a User Security Model group |
| group using the v1 security model | Group using the v1 security model |
| group using the v2c security model | Group using the v2c security model |
| group using the User Security Model (SNMPv3) | Group using the User Security Model (SNMPv3) |
| Context name | Context name |
| read view name | Read view name |
| specify a write view for this group | Specify a write view for the group |
| write view name | write view name |
| specify a notify view for the group | Specify a notify view for the group |
| notify view name | Notify view name |
| Specify hosts to receive SNMP notifications | Specify hosts to receive SNMP notifications |
| Send Trap messages to this host | Send Trap messages to this host |
| Send Inform messages to this host | Send Inform messages to this host |
| SNMP version to use for notification messages | SNMP version to use for notification messages |
| Group number | Group number |
| Set TACACS+ encryption key | Set TACACS+ encryption key |
| Wait time (default 5 seconds) | Wait time (default 5 seconds) |
| Specify a TACACS+ server | Specify a TACACS+ server |
| Select an interface to configure | Select an interface to configure |
| User name | User name |
| Virtual terminal | Virtual terminal |
| Topology Information | Topology information |
| Track an interface | Track an interface |
| Session information | Session information |
| Clear platform information | Clear platform information |

**π PLAINTIFF π**

United States District Court
Northern District of California

Case No.   **14-cv-05344-BLF**
Case Title   **Cisco Systems v. Arista Networks**
Exhibit No.   **4799**
Date Entered   _____
                    Richard W. Wieking, Clerk
By: _____, Deputy Clerk