# EXHIBIT L

**Cisco Summary Exhibit**
**Output Copying**



| Cisco | Arista |
|---|---|
| **Command Examples** This example shows the output from the **show port-security** command when you do not enter any options:<br><br>`Router# show port-security`<br>`Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security`<br>`Action`<br>`               (Count)       (Count)      (Count)`<br><br>`Fa5/1    11    11    0    Shutdown`<br>`Fa5/5    15    5     0    Restrict`<br>`Fa5/11   5     4     0    Protect`<br><br>`Total Addresses in System: 21`<br>`Max Addresses limit in System: 128`<br>`Router#`<br><br>Cisco IOS Security Command Reference Commands S to Z, IOS 15.2, at 692 | `switch(config)#clear mac address-table dynamic interface ethernet 7`<br>`switch(config)#show port-security`<br>`Secure Port   MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action`<br>`              (Count)        (Count)      (Count)`<br><br>`Et7    2    2    0    Shutdown`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405-06; Arista User Manual v. 4.10.3 (10/22/12), at 336. |
| `Router# show interface cbr 6/0`<br>`CBR6/0 is up, line protocol is up`<br>`  Hardware is DCU`<br>`  MTU 0 bytes, BW 1544 Kbit, DLY 0 usec, rely 255/255, load 248/255`<br>`  Encapsulation ET_ATMCES_T1, loopback not set`<br>`  Last input 00:00:00, output 00:00:00, output hang never`<br>`  Last clearing of "show interface" counters never`<br>`  Queueing strategy: fifo`<br>`  Output queue 0/0, 0 drops; input queue 0/75, 0 drops`<br>`  5 minute input rate 1507000 bits/sec, 3957 packets/sec`<br>`  5 minute output rate 1507000 bits/sec, 3955 packets/sec`<br>`     3025960 packets input, 142220120 bytes, 0 no buffer`<br>`     Received 0 broadcasts, 0 runts, 0 giants`<br>`     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort`<br>`     3030067 packets output, 142413149 bytes, 0 underruns`<br>`     0 output errors, 0 collisions, 0 interface resets`<br>`     0 output buffer failures, 0 output buffers swapped out`<br>The table below describes the fields shown in the display.<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 460 | `switch#show interfaces ethernet 1`<br>`Ethernet1 is up, line protocol is up (connected)`<br>`  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)`<br>`  MTU 9212 bytes, BW 10000000 Kbit`<br>`  Full-duplex, 10Gb/s, auto negotiation: off`<br>`  Last clearing of "show interface" counters never`<br>`  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec`<br>`  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec`<br>`     2285370854005 packets input, 225028582832583 bytes`<br>`     Received 29769609741 broadcasts, 3073437605 multicast`<br>`     113 runts, 1 giants`<br>`     118 input errors, 117 CRC, 0 alignment, 18 symbol`<br>`     27511420 PAUSE input`<br>`     335031607678 packets output, 2784541313830 bytes`<br>`     Sent 14282316688 broadcasts, 54045824072 multicast`<br>`     108 output errors, 0 collisions`<br>`     0 late collision, 0 deferred`<br>`     0 PAUSE output`<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 646<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648. |

| Cisco | Arista |
|---|---|
|  | Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |
| ```Router# show interfaces
Ethernet0/0 is up, line protocol is up
  Hardware is AmdP2, address is aabb.cc03.6c00 (bia aabb.cc03.6c00)
  Internet address is 172.17.1.1/16
  MTU 1500 bytes, BW 10000 Kbit, DLY 1000 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 00:00:06, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
    0 packets input, 0 bytes, 0 no buffer
    Received 0 broadcasts, 0 runts, 0 giants, 0 throttles
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
    0 input packets with dribble condition detected
    11 packets output, 1648 bytes, 0 underruns
    0 output errors, 0 collisions, 1 interface resets
    0 babbles, 0 late collision, 0 deferred
    0 lost carrier, 0 no carrier
    0 output buffer failures, 0 output buffers swapped out``` | ```switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
    2285370854005 packets input, 225028582832583 bytes
    Received 29769609741 broadcasts, 3073437605 multicast
    113 runts, 1 giants
    118 input errors, 117 CRC, 0 alignment, 18 symbol
    27511409 PAUSE input
    335031607678 packets output, 27845413138330 bytes
    Sent 14282316688 broadcasts, 54045824072 multicast
    108 output errors, 0 collisions
    0 late collision, 0 deferred
    0 PAUSE output``` |
| Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 44 | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 646.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |
| Use the **show** **interface** *interface-type interface-number* command to display the information and statistics for Ethernet 0 on R4.<br><br>```R4> show interface ethernet 0
Ethernet0 is up, line protocol is up
  Hardware is Lance, address is 00e0.1eb8.eb0e (bia 00e0.1eb8.eb0e)```<br>The MAC address for Ethernet 0 on R4 is 00e0.1eb8.eb0e. The format of the client identifier for this interface is null-cisco-00e0.1eb8.eb0e-et0. | This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>```switch(config)#interface ethernet 7
switch(config-if-Et7)#mac-address 001c.2804.17e1
switch(config-if-Et7)#show interface ethernet 7
Ethernet3 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)``` |

02099-00004/8436227.2

| Cisco | Arista |
|---|---|
| Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 81 | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/14), at 437.<br><br>See also Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |
| The following is sample output from the **show ip igmp snooping** command:<br><br>```<br>Router# show ip igmp snooping<br><br>Global IGMP Snooping configuration:<br>-------------------------------------<br>IGMP snooping             : Enabled<br>IGMPV3 snooping (minimal) : Enabled<br>Report suppression        : Enabled<br>TCN solicit query         : Disabled<br>TCN flood query count     : 2<br>Last Member Query Interval : 1000<br>```<br><br>Cisco IOS IP Multicast Command Reference (2013), at 626 | Example<br>• This command displays the switch's IGMP snooping configuration.<br><br>```<br>switch>show ip igmp snooping<br>   Global IGMP Snooping configuration:<br><br>IGMP snooping              : Enabled<br>Robustness variable        : 2<br>```<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1263.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1339.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1559.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1733.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1810.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1785.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1799.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1794.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1803.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1797. |
| **Examples**    This example shows how to display transceiver information:<br><br>```<br>Router# show interfaces transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>++ : high alarm, + : high warning, - : low warning, -- : low alarm.<br>NA or N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br><br>                                          Optical   Optical<br>         Temperature Voltage Current Tx Power  Rx Power<br>Port     (Celsius)   (Volts) (mA)    (dBm)     (dBm)<br>-------- ----------- ------- ------- --------  --------<br>Gi1/1    40.6        5.09    0.4     -25.2     N/A<br>Gi2/1    35.5        5.05    0.1     -29.2     N/A<br>Gi2/2    49.5        3.30    0.0      7.1      -18.7<br>```<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1879 | Examples<br>• This command displays transceiver data on Ethernet interfaces 1 through 4.<br><br>```<br>switch>show interfaces ethernet 1-4 transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br>                              Bias    Optical   Optical<br>        Temp     Voltage Current Tx Power  Rx Power  Last Update<br>Port    (Celsius) (Volts) (mA)   (dBm)     (dBm)     (Date Time)<br>-----   -------- ------- ------- --------  --------  -----------------<br>Et1     34.17    3.30    6.75    -2.41     -2.83     2011-12-02 16:18:48<br>Et2     35.08    3.30    6.75    -2.23     -2.06     2011-12-02 16:18:42<br>Et3     36.72    3.30    7.20    -2.02     -2.14     2011-12-02 16:18:49<br>Et4     35.91    3.30    6.92    -2.20     -2.23     2011-12-02 16:18:45<br>switch><br>```<br>. |

| Cisco | Arista |
|---|---|
| | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/14), at 451.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 385; Arista User Manual, v. 4.11.1 (1/11/13), at 326; Arista User Manual v. 4.10.3 (10/22/12), at 284; Arista User Manual v. 4.9.3.2 (5/3/12), at 266. |
| The following is sample output from the **show ip ospf** command when entered without a specific OSPF process ID:<br><br>Router# show ip ospf<br>Routing Process "ospf 201" with ID 10.0.0.1 and Domain ID 10.20.0.1<br>Supports only single TOS(TOS0) routes<br>Supports opaque LSA<br>SPF schedule delay 5 secs, Hold time between two SPFs is 10 secs<br>Minimum LSA interval 5 secs. Minimum LSA arrival 1 secs<br>LSA group pacing timer 100 secs<br>Interface flood pacing timer 55 msecs<br>Retransmission pacing timer 100 msecs<br>Number of external LSA 0. Checksum Sum 0x0<br>Number of opaque AS LSA 0. Checksum Sum 0x0<br>Number of DCbitless external and opaque AS LSA 0<br>Number of DoNotAge external and opaque AS LSA 0<br>Number of areas in this router is 2. 2 normal 0 stub 0 nssa<br>External flood list length 0<br>  Area BACKBONE(0)<br>    Number of interfaces in this area is 2<br>    Area has message digest authentication<br>    SPF algorithm executed 4 times<br>    Area ranges are<br>    Number of LSA 4. Checksum Sum 0x29EEB<br>    Number of opaque link LSA 0. Checksum Sum 0x0<br>    Number of DCbitless LSA 3<br>    Number of indication LSA 0<br>    Number of DoNotAge LSA 0<br>    Flood list length 0<br>  Area 172.16.26.0<br>    Number of interfaces in this area is 0<br>    Area has no authentication<br>    SPF algorithm executed 1 times<br>    Area ranges are<br>      192.168.0.0/16 Passive Advertise<br>    Number of LSA 1. Checksum Sum 0x44FD<br>    Number of opaque link LSA 0. Checksum Sum 0x0<br>    Number of DCbitless LSA 1<br>    Number of indication LSA 1<br>    Number of DoNotAge LSA 0<br>    Flood list length 0<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 174 | switch# show ip ospf<br>Routing Process "ospf 1" with ID 10.168.103.1<br>  Supports opaque LSA<br>  Maximum number of LSA allowed 12000<br>    Threshold for warning message 75%<br>    Ignore-time 5 minutes, reset-time 5 minutes<br>    Ignore-count allowed 5, current 0<br>  It is an area border router<br>  Hold time between two consecutive SPFs 5000 msecs<br>  SPF algorithm last executed 00:00:09 ago<br>  Minimum LSA interval 5 secs<br>  Minimum LSA arrival 1000 msecs<br>  Number of external LSA 0. Checksum Sum 0x000000<br>  Number of opaque AS LSA 0. Checksum Sum 0x000000<br><br>  Number of LSA 27.<br>  Number of areas in this router is 3. 3 normal 0 stub 0 nssa<br>    Area BACKBONE(0.0.0.0)<br>      Number of interfaces in this area is 2<br>      It is a normal area<br>      Area has no authentication<br>      SPF algorithm executed 153 times<br>      Number of LSA 8. Checksum Sum 0x03e13a<br>      Number of opaque link LSA 0. Checksum Sum 0x000000<br>    Area 0.0.0.2<br>      Number of interfaces in this area is 1<br>      It is a normal area<br>      Area has no authentication<br>      SPF algorithm executed 153 times<br>      Number of LSA 11. Checksum Sum 0x054e57<br>      Number of opaque link LSA 0. Checksum Sum 0x000000<br>    Area 0.0.0.3<br>      Number of interfaces in this area is 1<br>      It is a normal area<br>      Area has no authentication<br>      SPF algorithm executed 5 times<br>      Number of LSA 6. Checksum Sum 0x02a401<br>      Number of opaque link LSA 0. Checksum Sum 0x000000<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 947.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 991.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1226.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1341-1342. |

| Cisco | Arista |
|---|---|
| | Arista User Manual v. 4.13.7M (6/17/2014), at 1359-1360.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1391-1392.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1413.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1409.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1417.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1411. |
| **Examples**  The following is sample output from the **show snmp** command:<br><br>```<br>Router# show snmp<br>Chassis: 121F1088<br>0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>    0 Input queue packet drops (Maximum queue size 1000)<br>0 SNMP packets output<br>    0 Too big errors (Maximum packet size 1500)<br>    0 No such name errors<br>    0 Bad values errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>    SNMP Trap queue: 0 dropped due to resource failure.<br>```<br><br>Cisco IOS SNMP Support Command Reference (2013), at 83 | **Example**<br><br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>```<br>switch(config)#snmp-server chassis-id xyz-1234<br>switch(config)#show snmp<br>    Chassis: xyz-1234                          <---chassis ID<br><br>8 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    8 Number of requested variables<br>    0 Number of altered variables<br>    4 Get-request PDUs<br>    4 Get-next PDUs<br>    0 Set-request PDUs<br>21 SNMP packets output<br>    0 Too big errors<br>    0 No such name errors<br>    0 Bad value errors<br>    0 General errors<br>    8 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>    Logging to taccon.162<br>SNMP agent enabled<br>switch(config)#<br>```<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1352-1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1432-1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68. |

| Cisco | Arista |
|---|---|
| | Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-82. |
| | Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978. |
| | Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986. |
| | Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980 |
| ```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
     5 packets input, 560 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
     5 packets output, 560 bytes, 0 underruns
     0 output errors, 0 collisions, 0 interface resets
     0 output buffer failures, 0 output buffers swapped out
```

Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at ATM-377 | **Examples**
• These commands display interface counters, clear the counters, then display the counters again.
```
switch# show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
     2285370854005 packets input, 225028582832583 bytes
     Received 29769609741 broadcasts, 3073437605 multicast
     113 runts, 1 giants
     118 input errors, 117 CRC, 0 alignment, 18 symbol
     27511409 PAUSE input
     335031607678 packets output, 27845413138330 bytes
     Sent 14282316688 broadcasts, 54045824072 multicast
     108 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
```

Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.
Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.
Arista User Manual v. 4.12.4 (9/16/2013), at 533.
Arista User Manual v. 4.13.6F (4/14/2014), at 637.
Arista User Manual v. 4.13.7M (6/17/2014), at 638.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 646.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.
Arista User Manual v. 4.14.6M (1/19/2015), at 644.
Arista User Manual v. 4.15.0F (4/18/2015), at 652.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |



| Cisco | Arista |
|---|---|
| `Router# show ip route`<br><br>Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP<br>D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area<br>N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2<br>E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP<br>i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2<br>ia - IS-IS inter area, * - candidate default, U - per-user static route<br>o - ODR, P - periodic downloaded static route<br><br>Gateway of last resort is not set<br><br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553 | IPv4 Routing        Chapter 23 IPv4<br><br>**Examples**<br>• This command displays IP routes learned through BGP<br><br>`switch>show ip route bgp`<br>Codes: C - connected, S - static, K - kernel,<br>O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,<br>E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,<br>N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,<br>R - RIP, A - Aggregate<br><br>B E   170.44.48.0/23 [20/0] via 170.44.254.78<br>B E   170.44.50.0/23 [20/0] via 170.44.254.78<br>B E   170.44.52.0/23 [20/0] via 170.44.254.78<br>B E   170.44.54.0/23 [20/0] via 170.44.254.78<br>B E   170.44.254.112/30 [20/0] via 170.44.254.78<br>B E   170.53.0.34/32 [1/0] via 170.44.254.78<br>B I   170.53.0.35/32 [1/0] via 170.44.254.2<br>                       via 170.44.254.13<br>                       via 170.44.254.20<br>                       via 170.44.254.35<br>                       via 170.44.254.98<br><br>`switch>`<br><br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 617.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 840.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 880.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1085.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1188.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1228.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1250.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1246.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1254.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1248.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1206. |

| Cisco | Arista |
|---|---|
| **Usage Guidelines** This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command.<br><br>**Command Examples** The following is sample output from the **show snmp** command:<br><br>`Router# show snmp`<br>`Chassis: 1216108J`<br>`0 SNMP packets input`<br>`  0 Bad SNMP version errors`<br>`  0 Unknown community name`<br>`  0 Illegal operation for community name supplied`<br>`  0 Encoding errors`<br>`  0 Number of requested variables`<br>`  0 Number of altered variables`<br>`  0 Get-request PDUs`<br>`  0 Get-next PDUs`<br>`  0 Set-request PDUs`<br>`  0 Input queue packet drops (Maximum queue size 1000)`<br>`0 SNMP packets output`<br><br>`  0 Too big errors (Maximum packet size 1500)`<br>`  0 No such name errors`<br>`  0 Bad values errors`<br>`  0 General errors`<br>`  0 Response PDUs`<br>`  0 Trap PDUs`<br>`SNMP logging: enabled`<br><br>Cisco IOS SNMP Support Command Reference, IOS 15.2 (2011), at 95-96 | Configuring SNMP                               Chapter 37  SNMP<br><br>`8 SNMP packets input`<br>`  0 Bad SNMP version errors`<br>`  0 Unknown community name`<br>`  0 Illegal operation for community name supplied`<br>`  0 Encoding errors`<br>`  8 Number of requested variables`<br>`  0 Number of altered variables`<br>`  4 Get-request PDUs`<br>`  0 Get-next PDUs`<br>`  0 Set-request PDUs`<br>`21 SNMP packets output`<br>`  0 Too big errors`<br>`  0 No such name errors`<br>`  0 Bad value errors`<br>`  0 General errors`<br>`  8 Response PDUs`<br>`  0 Trap PDUs`<br>`SNMP logging: enabled`<br>`  Logging to taccon.162`<br>`SNMP agent enabled`<br>`switch(config)#`<br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 1043.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1924.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1968.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1982.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1986.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1980. |



| Cisco | Arista |
|---|---|
| **Examples** This example shows how to display VTP interface switchport information on the device:<br><br>`switch# show interface switchport`<br>`Name: Ethernet8/11`<br>`Switchport: Enabled`<br>`Switchport Monitor: Not enabled`<br>`Operational Mode: trunk`<br>`Access Mode VLAN: 1 (default)`<br>`Trunking Native Mode VLAN: 1 (default)`<br>`Trunking VLANs Enabled: 1,10,20-30`<br>`Pruning VLANs Enabled: 2-1001`<br>`Administrative private-vlan primary host-association: none`<br>`Administrative private-vlan secondary host-association: none`<br>`Administrative private-vlan primary mapping: none`<br>`Administrative private-vlan secondary mapping: none`<br>`Administrative private-vlan trunk native VLAN: none`<br>`Administrative private-vlan trunk encapsulation: dot1q`<br>`Administrative private-vlan trunk normal VLANs: none`<br>`Administrative private-vlan trunk private VLANs: none`<br>`Operational private-vlan: none`<br>`switch#`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 44 | **Example**<br><br>• These commands create the trunk mode allowed VLAN list of 6-10 for Ethernet interface 14, then verifies the VLAN list.<br><br>`switch(config)#interface ethernet 14`<br>`switch(config-if-Et14)#switchport trunk allowed vlan 6-10`<br>`switch(config-if-Et14)#show interfaces ethernet 14 switchport`<br>`Name: Et14`<br>`Switchport: Enabled`<br>`Administrative Mode: trunk`<br>`Operational Mode: trunk`<br>`Access Mode VLAN: 1 (inactive)`<br>`Trunking Native Mode VLAN: 1 (inactive)`<br>`Administrative Native VLAN tagging: disabled`<br>`Trunking VLANs Enabled: 6-10`<br>`Trunk Groups:`<br><br>`switch(config-if-Et14)#`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 798.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 645; Arista User Manual, v. 4.11.1 (1/11/13), at 498; Arista User Manual v. 4.10.3 (10/22/12), at 416; Arista User Manual v. 4.9.3.2 (5/3/12), at 355. |
| **Examples** This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:<br><br>`switch# show interface vlan 5`<br>`Vlan5 is administratively down, line protocol is down`<br>`  Hardware is EtherSVI, address is 0000.0000.0000`<br>`  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,`<br>`  reliability 255/255, txload 1/255, rxload 1/255`<br>`  Encapsulation ARPA, loopback not set`<br>`  Keepalive not supported`<br>`  ARP type: ARPA`<br>`  Last clearing of "show interface" counters 01:21:55`<br>`  1 minute input rate 0 bytes/sec, 0 packets/sec`<br>`  1 minute output rate 0 bytes/sec, 0 packets/sec`<br>`  L3 Switched:`<br>`    input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes`<br>`  L3 in Switched:`<br>`    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br>`  L3 out Switched:`<br>`    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 49 | **Example**<br><br>• This command display configuration and status information for Ethernet interface 1 and 2.<br><br>`switch>show interfaces ethernet 1-2`<br>`Ethernet1 is up, line protocol is up (connected)`<br>`  Hardware is Ethernet, address is 001c.2481.7647 (bia 001c.2481.7647)`<br>`  Description: et1.1`<br>`  MTU 9212 bytes, BW 10000000 Kbit`<br>`  Full-duplex, 10Gb/s, auto negotiation: off`<br>`  Last clearing of "show interface" counters never`<br>`  5 seconds input rate 33.5 Mbps (0.3% with framing), 846 packets/sec`<br>`  5 seconds output rate 180 kbps (0.0% with framing), 55 packets/sec`<br>`    76437268 packets input, 94280286608 bytes`<br>`    Received 2208 broadcasts, 73358 multicast`<br>`    0 runts, 0 giants`<br>`    0 input errors, 0 CRC, 0 alignment, 0 symbol`<br>`    0 PAUSE input`<br>`    6184281 packets output, 4071319140 bytes`<br>`    Sent 2209 broadcasts, 345754 multicast`<br>`    0 output errors, 0 collisions`<br>`    0 late collision, 0 deferred`<br>`    0 PAUSE output`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 437. |

| Cisco | Arista |
|---|---|
| | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

| Cisco | Arista |
|---|---|
| **Examples**   This example shows how to display STP when you are running Rapid PVST+:<br><br>`switch# show spanning-tree`<br><br>VLAN0001<br>  Spanning tree enabled protocol rstp<br>  Root ID    Priority    32769<br>             Address     000d.eca3.9f01<br>             Cost        4<br>             Port        4105 (port-channel10)<br>             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>  Bridge ID  Priority    32769  (priority 32769 sys-id-ext 1)<br>             Address     0022.5579.7641<br>             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role Sts Cost      Prio.Nbr Type<br><br>Po10             Root FWD 2        128.4105 (VPC peer-link) P2p<br>Po20             Desg FWD 1        128.4115 (VPC) P2p<br>Po30             Root FWD 1        128.4125 (VPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 63 | Show commands (such as show spanning-tree) displays the RSTP instance as MST0 (MST instance 0).<br><br>**Example**<br>• This command, while the switch is in RST mode, displays RST instance information.<br><br>`switch(config)#show spanning-tree`<br>MST0<br>  Spanning tree enabled protocol rstp          <---RSTP mode indicator<br>  Root ID    Priority    32768<br>             Address     001c.730c.1867<br>             This bridge is the root<br><br>  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>             Address     001c.730c.1867<br>             Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role       State     Cost      Prio.Nbr Type<br><br>Et51             designated forwarding 2000      128.51   P2p<br><br>switch(config)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 960.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 838; Arista User Manual, v. 4.11.1 (1/11/13), at 656; Arista User Manual v. 4.10.3 (10/22/12), at 570; Arista User Manual v. 4.9.3.2 (5/3/12), at 490; Arista User Manual v. 4.8.2 (11/18/11), at 364; Arista User Manual v. 4.7.3 (7/18/11), at 238; Arista User Manual v. 4.6.0 (12/22/2010), at 268. |

| Cisco | Arista |
|---|---|
| This example shows how to display STP information when you are running MST:<br><br>`switch# show spanning-tree`<br><br>```MST0000 Spanning tree enabled protocol mstp Root ID    Priority    32768            Address     0018.bad8.fc150            Cost        0            Port        258 (Ethernet 2/2)            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)            Address     0018.bad8.239d            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec Interface       Role Sts Cost       Prio.Nbr Type ---------------- ---- --- ---------  -------- -------------------------- Eth2/1          Altn BKN 20000     128.257  Network, P2p  BA_inc. Eth2/2          Root FWD 20000     128.258  Edge, P2p Eth3/48         Desg FWD 20000     128.43228 P2p```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 64 | This command displays output from the show spanning-tree command:<br><br>`Switch#show spanning-tree`<br><br>```MST0 Spanning tree enabled protocol mstp Root ID    Priority    32768            Address     0011.2201.0301            This bridge is the root Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)            Address     0011.2201.0301            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec Interface       Role       State       Cost     Prio.Nbr Type --------------- ---------- ---------- -------- -------- --------- Et4             designated forwarding 2000     128.4    P2p Et5             designated forwarding 2000     128.5    P2p ... PEt4            designated forwarding 2000     128.31   P2p PEt5            designated forwarding 2000     128.44   P2p ... Po3             designated forwarding 1999     128.1003 P2p```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 861; Arista User Manual, v. 4.11.1 (1/11/13), at 679; Arista User Manual v. 4.10.3 (10/22/12), at 593; Arista User Manual v. 4.9.3.2 (5/3/12), at 512; Arista User Manual v. 4.8.2 (11/18/11), at 386; Arista User Manual v. 4.7.3 (7/18/11), at 275; Arista User Manual v. 4.6.0 (12/22/2010), at 295 |



| Cisco | Arista |
|---|---|
| Spanning tree enabled protocol rstp<br><br>Root ID   Priority   32770<br>          Address    000d.eca3.9f01<br>          Cost       4<br>          Port       4105 (port-channel10)<br>          Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority   32770  (priority 32768 sys-id-ext 2)<br>          Address    0022.5579.7641<br>          Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface     Role Sts Cost    Prio.Nbr Type<br>---------<br>Po10         Root FWD 2      128.4105 (vPC peer-link) P2p<br>Po20         Desg FWD 1      128.4115 (vPC) P2p<br>Po30         Root FWD 1      128.4125 (vPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 73 | Spanning tree enabled protocol rstp<br><br>Root ID   Priority   32768<br>          Address    001c.7301.07b9<br>          Cost       1999 (Ext) 0 (Int)<br>          Port       101 (Port-Channel2)<br>          Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority   32768  (priority 32768 sys-id-ext 0)<br>          Address    001c.7304.195b<br>          Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface     Role     State     Cost     Prio.Nbr Type<br>---------<br>Et4         designated forwarding 20000   128.4    P2p<br>Et5         designated forwarding 20000   128.5    P2p<br>Et6         designated forwarding 20000   128.6    P2p<br>Et23         designated forwarding 20000   128.23   P2p<br>Et26         designated forwarding 20000   128.26   P2p<br>Et32         designated forwarding 2000    128.32   P2p<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 883.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 947.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 965.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 985.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 981.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 989.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 981. |



Arista User Manual v. 4.12.4 (9/16/2013), at 884.
Arista User Manual v. 4.13.6F (4/14/2014), at 948.
Arista User Manual v. 4.13.7M (6/17/2014), at 966.
Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 984.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 986.
Arista User Manual v. 4.14.6M (1/19/2015), at 982.
Arista User Manual v. 4.15.0F (4/18/2015), at 990.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 982.

| Cisco | Arista |
|---|---|
| Reference (Feb. 2013), at 74-75 | |

**Cisco:**

This example shows how to display STP information about a specified interface when you are running Rapid PVST+:

```
switch(config)# show spanning-tree interface ethernet 8/2

Vlan          Role Sts Cost      Prio.Nbr Type
------------- ---- --- --------- -------- ----
VLAN0001      Altn BLK 20000     128.1025 P2p
VLAN0002      Desg FWD 20000     128.1025 P2p
```

This example shows how to display STP information about a specified interface when you are running MST:

```
switch(config)# show spanning-tree interface ethernet 2/50

Mst  Instance     Role Sts Cost      Prio.Nbr Type
---- ------------ ---- --- --------- -------- ----
MST0000           Desg FWD 20000     128.1281 P2p
```

This example shows how to display detailed STP information about a specified interface when you are running Rapid PVST+:

```
switch(config)# show spanning-tree interface ethernet 8/1 detail

Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking
  Port path cost 20000, Port priority 128, Port Identifier 128.1025
  Designated root has priority 28672, address 0018.bad8.239d
  Designated bridge has priority 28672, address 0018.bad8.239d
  Designated port id is 128.1281, designated path cost 0
  Timers: message age 15, forward delay 0, hold 0
  Number of transitions to forwarding state: 1
  Link type is point-to-point by default
  The port type is network by default.
  BPDU: sent 4657, received 188

Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding
  Port path cost 20000, Port priority 128, Port Identifier 128.1025
  Designated root has priority 32770, address 0018.bad7.fc15
  Designated bridge has priority 32770, address 0018.bad7.fc15
  Designated port id is 128.1025, designated path cost 0
  Timers: message age 0, forward delay 0, hold 0
  Number of transitions to forwarding state: 1
  Link type is point-to-point by default
  The port type is network by default.
  BPDU: sent 4838, received 0
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 77.

**Arista:**

**Examples**

- This command displays an STP table for Ethernet 5 interface.

```
switch>show spanning-tree interface ethernet 5

Instance        Role        State      Cost     Prio.Nbr Type
--------------- ----------- ---------- -------- -------- ----
MST0                        designated forwarding 20000    128.5   P2p
switch>
```

- This command displays a data block for Ethernet interface 5.

```
switch>show spanning-tree interface ethernet 5 detail
Port 5 (Ethernet5) of MST0 is designated forwarding
  Port path cost 20000, Port priority 128, Port Identifier 128.5.
  Designated root has priority 32768, address 001c.7301.07b9
  Designated bridge has priority 32768, address 001c.7304.195b
  Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)
  Timers: message age 1, forward delay 15, hold 20
  Number of transitions to forwarding state: 1
  Link type is point-to-point by default, Internal
  BPDU: sent 1008766, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0
  Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400

switch>
```

Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 988.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 866; Arista User Manual, v. 4.11.1 (1/11/13), at 684; Arista User Manual v. 4.10.3 (10/22/12), at 598; Arista User Manual v. 4.9.3.2 (5/3/12), at 517; Arista User Manual v. 4.8.2 (11/18/11), at 391; Arista User Manual v. 4.7.3 (7/18/11), at 280.

| Cisco | Arista |
|---|---|

**Cisco**

```
switch# show spanning-tree mst

##### MST0    vlans mapped:   1-4094
Bridge       address 0018.bad7.fc15  priority    32768 (32768 sysid 0)
Root         this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Interface    Role Sts Cost      Prio.Nbr Type
---------------------------------------------
Eth8/1       Desg FWD 20000     128.1025 P2p
Eth8/2       Desg FWD 20000     128.1026 P2p
```

This example shows how to display STP information about a specific MST instance:

```
switch# show spanning-tree mst 0

##### MST0    vlans mapped:   1-4094
Bridge       address 0018.bad7.fc15  priority    32768 (32768 sysid 0)
Root         this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Interface    Role Sts Cost      Prio.Nbr Type
---------------------------------------------
Eth8/1       Desg FWD 20000     128.1025 P2p
Eth8/2       Desg FWD 20000     128.1026 P2p
```

This example shows how to display detailed STP information about the MST protocol:

```
switch# show spanning-tree mst detail

##### MST0    vlans mapped:   1-4094
Bridge       address 0018.bad7.fc15  priority    32768 (32768 sysid 0)
Root         this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Eth8/1 of MST0 is designated forwarding
Port info          port id          128.1025  priority    128   cost  20000
Designated root    address 0018.bad7.fc15  priority  32768 cost  0
Design. regional root address 0018.bad7.fc15 priority  32768 cost  0
Designated bridge  address 0018.bad7.fc15  priority  32768 port id 128.1025
Timers: message expires in 0 sec, forward delay 0, forward transitions 1
Bpdus sent 1379, received 3

Eth8/2 of MST0 is designated forwarding
Port info          port id          128.1026  priority    128   cost  20000
Designated root    address 0018.bad7.fc15  priority  32768 cost  0
Design. regional root address 0018.bad7.fc15 priority  32768 cost  0
Designated bridge  address 0018.bad7.fc15  priority  32768 port id 128.1026
Timers: message expires in 0 sec, forward delay 0, forward transitions 1
Bpdus sent 1380, received 2
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command
Reference (Feb. 2013), at 80

**Arista**

**Examples**

- This command displays interface data blocks for MST instance 3.

```
switch>show spanning-tree mst 3 detail
##### MST3    vlans mapped:    3
Bridge      address 0011.2233.4401  priority  32771 (32768 sysid 3)
Root        address 0011.2233.4401  priority  32771 (32768 sysid 3)

Ethernet1 of MST3 is root forwarding
Port info          port id         128.1   priority  128   cost  2000
Designated root    address 0011.2233.4401  priority  32768 cost    0
Designated bridge  address 0011.2233.4401  priority  32768 port id 128.1

Ethernet2 of MST3 is alternate discarding
Port info          port id         128.2   priority  128   cost  2000
Designated root    address 0011.2233.4401  priority  32768 cost    0
Designated bridge  address 0011.2233.4401  priority  32768 port id 128.2

Ethernet3 of MST3 is designated forwarding
Port info          port id         128.3   priority  128   cost  2000
Designated root    address 0011.2233.4401  priority  32768 cost  2000
Designated bridge  address 0011.2233.4402  priority  32768 port id 128.3
```

- This command displays interface tables for all MST instances.

```
switch>show spanning-tree mst
##### MST0    vlans mapped:    1,4-4094
Bridge        address 0011.2233.4402  priority    32768 (32768 sysid 0)
Root          address 0011.2233.4401  priority    32768 (32768 sysid 0)
Regional Root address 0011.2233.4401  priority    32768 (32768 sysid 0)

Interface    Role        State         Cost      Prio.Nbr Type
---------------------------------------------------------------
Et1          root        forwarding    2000      128.1   P2p
Et2          alternate   discarding    2000      128.2   P2p
Et3          designated  forwarding    2000      128.3   P2p
Et4          designated  forwarding    2000      128.4   P2p

##### MST2 vlans mapped: 2
Bridge        address 0011.2233.4402  priority    8194 (8192 sysid 2)
Root          this switch for MST2

Interface    Role        State         Cost      Prio.Nbr Type
---------------------------------------------------------------
Et1          designated  forwarding    2000      128.1   P2p
Et2          designated  forwarding    2000      128.2   P2p
Et3          designated  forwarding    2000      128.3   P2p
Et4          designated  forwarding    2000      128.4   P2p

##### MST3 vlans mapped: 3
Bridge        address 0011.2233.4402  priority    32771 (32768 sysid 3)
Root          address 0011.2233.4401  priority    32771 (32768 sysid 3)

Interface    Role        State         Cost      Prio.Nbr Type
---------------------------------------------------------------
Et1          root        forwarding    2000      128.1   P2p
Et2          alternate   discarding    2000      128.2   P2p
Et3          designated  forwarding    2000      128.3   P2p
Et4          designated  forwarding    2000      128.4   P2p
```

| Cisco | Arista |
|---|---|
| | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 990.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 867-68; Arista User Manual, v. 4.11.1 (1/11/13), at 685-86; Arista User Manual v. 4.10.3 (10/22/12), at 599-600; Arista User Manual v. 4.9.3.2 (5/3/12), at 518-19; Arista User Manual v. 4.8.2 (11/18/11), at 392-393; Arista User Manual v. |
| This example shows how to display information about the MST configuration:<br><br>switch# **show spanning-tree mst configuration**<br><br>Name:       [mst-bldg-sj6/3]<br>Revision:   1       Instances Configured: 3<br>Instance    Vlans mapped<br>---------   ------------------------------------<br>0           1<br>2000        2-2000<br>4094        2001-4094<br>----------------------------------------------<br><br>This example shows how to display the MD5 digest included in the current MST configuration:<br><br>switch# **show spanning-tree mst configuration digest**<br><br>Name       [mst-config]<br>Revision  10    Instances configured 25<br>Digest         0x40D5ECA178C657835C83BBCB16723192<br>Pre-std Digest  0x27BF112A75B72781BD928D9EC5BB4251<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 81. | Examples<br>• This command displays the MST region's VLAN-to-instance map.<br><br>switch>**show spanning-tree mst configuration**<br>Name     []<br>Revision  0     Instances configured 3<br><br>Instance  Vlans mapped<br>--------  ------------------------------------<br>0         1,4-4094<br>2         2<br>3         3<br>---------  ------------------<br>switch><br><br>• This command displays the MST region's configuration digest.<br><br>switch>**show spanning-tree mst configuration digest**<br>Name     []<br>Revision  0     Instances configured 1<br>Digest        0xAC36177F50283CD4B83821D8AB26DE62<br>switch><br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |



| Cisco | Arista |
|---|---|
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 82-83. | Arista User Manual v. 4.12.4 (9/16/2013), at 894.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 958.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 976.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 994.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 996.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 992.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1000.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 992. |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 94. | Arista User Manual v. 4.12.4 (9/16/2013), at 658.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 766.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 784.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 791.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 793.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 789.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 797. |

| Cisco | Arista |
|---|---|
| | Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 789. |

| Cisco | Arista |
|---|---|
| **Examples**  This example shows how to display information about all private VLANs on the device:<br><br>switch(config)# **show vlan private-vlan**<br><br>Primary  Secondary  Type  Ports<br>-------  ---------  ----  -----<br>200  201  isolated  Eth2/26, Eth2/27<br>200  202  community  Eth2/26, Eth2/28<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 100. | **Example**<br><br>• This command displays the private VLANs.<br><br>switch>**show vlan private-vlan**<br>Primary Secondary Type  Ports<br>------- --------- ---- -----<br>5  25  isolated<br>5  26  isolated<br>7  31  community<br>7  32  isolated<br>switch><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 657.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 765.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 783.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 790.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 792.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 788.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 796.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 788. |

| Cisco | Arista |
|---|---|
| BGP table version is 10, local router ID is 3.3.3.3<br>Status: s-suppressed, x-deleted, S-stale, d-dampened, h-history, *-valid, >-best<br>Path type: i-internal, e-external, c-confed, l-local, a-aggregate, r-redist<br>Origin codes: i - IGP, e - EGP, ? - incomplete | - multipath<br><br>Network            Next Hop          Metric    LocPrf    Weight Path<br>* i200.0.1.100/32    201.0.25.1                  100        100 6553601 i<br>*>e                  201.0.13.1                               0 6553601 i<br>* i200.0.2.100/32    201.0.25.1                  100        100 6553601 i<br>*>e                  201.0.13.1                               0 6553601 i<br>*>i200.0.3.100/32    0.0.0.0                     100        32768 i<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (August 2013), at 401. | switch>**show ip bgp neighbors 10.14.4.4 advertised-routes regexp _64502_**<br>BGP routing table information for VRF default<br>Router identifier 172.24.78.191, local AS number 64498<br>Route status codes: s - suppressed, * - valid, > - active, E - ECMP head, e - ECMP<br>                         S - Stale<br>Origin codes: i - IGP, e - EGP, ? - incomplete<br>AS Path Attributes: Or-ID - Originator ID, C-LST - Cluster List, LL Nexthop - Link<br>Local Nexthop<br><br>  Network          Next Hop        Metric    LocPref Weight Path<br>* >  10.99.31.0/24    10.88.202.1    333       100     -    (64502 64503) 99 i<br>* >  10.99.41.0/24    10.88.202.1    333       100     -    (64502 64503) 99 i<br>* >  10.99.99.0/24    10.88.202.1    333       100     -    (64502 64504) 99 i<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1587.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1605.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1637. |

| Cisco | Arista |
|---|---|
|  | Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1651.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1647.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1655.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1649. |
| This example shows how to display information about IGMP snooping queriers:<br><br>```<br>switch(config)# show ip igmp snooping querier<br>Vlan  IP Address      Version  Port<br>1     172.20.50.11    v3       fa2/1<br>2     172.20.40.20    v2       Router<br>switch(config)#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (August 2013), at 50. | **Example**<br>• This command displays the querier IP address, version, and port servicing each VLAN.<br><br>```<br>switch>show ip igmp snooping querier<br>Vlan  IP Address       Version Port<br>-------------------------------------------<br>1     172.17.0.37      v2      Po1<br>20    172.17.20.1      v2      Po1<br>26    172.17.26.1      v2      Cpu<br>2028  172.17.255.29    v2      Po1<br>switch><br>```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 1560.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1790.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1755.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1860.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1874.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1870.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1878.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1872. |
| **Examples**  This example shows how to use the **show port-security** command to view the status of the port security feature on a device:<br><br>```<br>switch# show port-security<br>Total Secured Mac Addresses in System (excluding one mac per port)   : 0<br>Max Addresses limit in System (excluding one mac per port) : 8192<br><br>Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action<br>                (Count)        (Count)       (Count)<br>Ethernet1/4      5              1             0               Shutdown<br>switch#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-661. | ```<br>switch(config)#clear mac address-table dynamic interface ethernet 7<br>switch(config)#show port-security<br>Secure Port    MaxSecureAddr   CurrentAddr   SecurityViolation  Security Action<br>                  (Count)         (Count)        (Count)<br>Et7              2               2              0             Shutdown<br>-------------------------------------------<br>Total Addresses in System: 1<br>switch(config)#show port-security address<br>        Secure Mac Address Table<br>-------------------------------------------<br>Vlan   Mac Address      Type            Ports   Remaining Age<br>                                                    (mins)<br>----   -----------      ----            -----   -----------<br>10     0034.24c2.8f11   SecureConfigured  Et7   N/A<br>10     4464.842d.17ce   SecureConfigured  Et7   N/A<br>-------------------------------------------<br>Total Mac Addresses for this criterion: 2<br>switch(config)#<br>``` |

| Cisco | Arista |
|---|---|
|  | Arista User Manual v. 4.12.4 (9/16/2013), at 520. |
|  | Arista User Manual v. 4.13.6F (4/14/2014), at 624. |
|  | Arista User Manual v. 4.13.7M (6/17/2014), at 624. |
|  | Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 632. |
|  | Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 634. |
|  | Arista User Manual v. 4.14.6M (1/19/2015), at 630. |
|  | Arista User Manual v. 4.15.0F (4/18/2015), at 638. |
|  | Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 630. |



Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-664.



Arista User Manual v. 4.12.4 (9/16/2013), at 581.
Arista User Manual v. 4.13.6F (4/14/2014), at 686.
Arista User Manual v. 4.13.7M (6/17/2014), at 690.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 698.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 700.
Arista User Manual v. 4.14.6M (1/19/2015), at 696.
Arista User Manual v. 4.15.0F (4/18/2015), at 704.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 696.



| Cisco | Arista |
|---|---|

**Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 514.**

Arista User Manual v. 4.12.4 (9/16/2013), at 390.
Arista User Manual v. 4.13.6F (4/14/2014), at 429.
Arista User Manual v. 4.13.7M (6/17/2014), at 429.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 437.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 439.
Arista User Manual v. 4.14.6M (1/19/2015), at 435.
Arista User Manual v. 4.15.0F (4/18/2015), at 443.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 435.

| Cisco | Arista |
|---|---|



| | |
|---|---|
| Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 601. | Arista User Manual v. 4.12.4 (9/16/2013), at 233.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |



| Cisco | Arista |
|---|---|
| Reference (August 2013), at 611. | Arista User Manual v. 4.13.7M (6/17/2014), at 267-268. <br> Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 275-76. <br> Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277. <br> Arista User Manual v. 4.14.6M (1/19/2015), at 273. <br> Arista User Manual v. 4.15.0F (4/18/2015), at 257. <br> Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |

| | |
|---|---|
| **Examples**    This example shows how to display the SNMP information: <br><br> ```
switch(config)# show snmp
sys contact:
sys location: anyplace, Anywhere

0 SNMP packets input
        0 Bad SNMP versions
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        0 Number of requested variables
        0 Number of altered variables
        0 Get-request PDUs
        0 Get-next PDUs
        0 Set-request PDUs
0 SNMP packets output
        0 Too big errors
        0 No such name errors
        0 Bad values errors
        0 General errors
``` <br><br> Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 634. | ```
switch(config)#snmp-server chassis-id xyz-1234
switch(config)#show snmp
        Chassis: xyz-1234                    <---chassis ID

8 SNMP packets input
        0 Bad SNMP version errors
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        8 Number of requested variables
        0 Number of altered variables
        4 Get-request PDUs
        4 Get-next PDUs
        0 Set-request PDUs
21 SNMP packets output
        0 Too big errors
        0 No such name errors
        0 Bad value errors
        0 General errors
        8 Response PDUs
        0 Trap PDUs
SNMP logging: enabled
        Logging to taccon.162
SNMP agent enabled
switch(config)#
``` <br><br> Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706. <br> Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896. <br> Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924. <br> Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68 <br> Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-1982. |

| Cisco | Arista |
|---|---|
|  | Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980. |
| Examples  This example shows how to display the SNMP engine ID:<br>switch(config)# show snmp engineID<br>Local SNMP engineID: [Hex] 8000000903000500A0B0C<br>                     [Dec] 128:000:000:009:003:000:005:048:010:011:012<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference, Release 5.x (April 2010), at 533. | • This command displays the ID of the local SNMP engine.<br>switch> show snmp engineid<br>Local SNMP EngineID: f5717f001c730436d700<br>switch><br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1363.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1443.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1716.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1906.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1934.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1978.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1991.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1987.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1995.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1989. |
| Switch(config)#help<br><br>Help may be requested at any point in a command by entering a question mark '?'.  If nothing matches, the help list will be empty and you must backup until entering a '?' shows the available options.<br><br>Two styles of help are provided:<br><br>Full help is available when you are ready to enter a command argument (e.g. 'show ?') and describes each possible argument<br><br>Partial help is provided when an abbreviated argument is entered | localhost(config)#help<br><br>Help may be requested at any point in a command by entering a question mark '?'.  If nothing matches, the help list will be empty and you must backup until entering a '?' shows the available options.<br><br>Two styles of help are provided:<br><br>1.  Full help is available when you are ready to enter a command argument (e.g. 'show ?') and describes each possible argument.<br><br>Partial help is provided when an abbreviated argument is entered and |

| Cisco | Arista |
|---|---|
| and you want to know what arguments match the input (e.g. 'show | you want to know what arguments match the input (e.g. 'show pr?'.) |
| Switch#show snmp<br>    0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>    0 Input queue packet drops (Maximum queue size 1000)<br>    0 SNMP packets output<br>    0 Too big errors (Maximum packet size 1500)<br>    0 No such name errors<br>    0 Bad values errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>Chassis: CAT1552S66E<br>SNMP global trap: disabled<br>SNMP agent enabled | localhost#show snmp<br>Chassis: HSH16130550<br>0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>0 SNMP packets output<br>    0 Too big errors<br>    0 No such name errors<br>    0 Bad value errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>    Access Control<br>    0 Users<br>    1 Groups<br>    0 Views<br>SNMP logging: disabled<br>SNMP agent enabled in VRFs: default<br>1 warnings<br>! Group "tech-sup" of user "tech-1" is not configured |
| Switch#show ip route<br>Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP<br>D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area | localhost#show ip route<br>Codes: C - connected, S - static, K - kernel,<br>    O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1, |

| Cisco | Arista |
|---|---|
| N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2<br>E1 - OSPF external type 1, E2 - OSPF external type 2<br>i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2<br>ia - IS-IS inter area, * - candidate default, U - per-user static route<br>o - ODR, P - periodic downloaded static route<br>Gateway of last resort is not set | E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,<br>N2 - OSPF NSSA external type 2, B I - iBGP, B E - eBGP,<br>R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,<br>NG - Nexthop Group Static Route<br><br>Gateway of last resort is not set |
| Switch#show ip route<br>Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP<br>D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area<br>N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2<br>E1 - OSPF external type 1, E2 - OSPF external type 2<br>i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2<br>ia - IS-IS inter area, * - candidate default, U - per-user static route<br>o - ODR, P - periodic downloaded static route<br><br>Gateway of last resort is not set | localhost#show ip route<br>Codes: C - connected, S - static, K - kernel,<br>   O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,<br>   E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,<br>   N2 - OSPF NSSA external type 2, B I - iBGP, B E - eBGP,<br>   R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,<br>   NG - Nexthop Group Static Route<br><br><br>Gateway of last resort is not set |
| Switch#show ip igmp snooping<br>Global IGMP Snooping configuration:<br><br>-------------------------------------------<br><br>IGMP snooping     : Enabled<br>IGMPv3 snooping     : Enabled<br>Report suppression    : Enabled<br>TCN solicit query    : Disabled<br>TCN flood query count   : 2<br>Last Member Query Interval   : 1000<br>Vlan 1:<br>--------<br>IGMP snooping     : Enabled<br>CAPWAP enabled     : Disabled<br>IGMPv2 immediate leave     : Disabled | localhost#show ip igmp snooping<br>  Global IGMP Snooping configuration:<br><br>-------------------------------------------<br><br>IGMP snooping     : Enabled<br>Robustness variable    : 2<br>Report flooding     : Disabled<br><br>Vlan 1 :<br>----------<br>IGMP snooping     : Enabled<br>IGMPv2 immediate leave    : Enabled<br>Multicast router learning mode : pim-dvmrp<br>IGMP max group limit    : No limit set<br>Recent attempt to exceed limit : No |

| Cisco | Arista |
|---|---|
| Explicit host tracking          : Enabled<br>Multicast router learning mode      : pim-dvmrp<br>CGMP interoperability mode          : IGMP_ONLY<br>Last Member Query Interval          : 1000 | Report flooding                : Disabled<br>IGMP snooping pruning active   : False<br>Flooding traffic to VLAN        : True |
| Switch#show interfaces FastEthernet 1<br>FastEthernet1 is down, line protocol is down<br>   Hardware is Fast Ethernet for out of band management, address is c464.1342.efbf (bia c464.1342.efbf)<br>    Internet address is 10.1.1.35/24<br>    MTU 1500 bytes, BW 100000 Kbit, DLY 100 usec,<br>      reliability 255/255, txload 1/255, rxload 1/255<br>Encapsulation ARPA, loopback not set<br>Keepalive set (10 sec)<br>Unknown duplex, Unknown Speed, 100BaseTX/FX<br>ARP type: ARPA, ARP Timeout 04:00:00<br>Last input never, output never, output hang never<br>Last clearing of "show interface" counters never<br>Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0<br>Queueing strategy: fifo<br>Output queue: 0/40 (size/max)<br>5 minute input rate 0 bits/sec, 0 packets/sec<br>5 minute output rate 0 bits/sec, 0 packets/sec<br>    0 packets input, 0 bytes<br>Received 0 broadcasts (0 IP multicasts)<br>    0 runts, 0 giants, 0 throttles<br>    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored<br>    0 watchdog<br>    0 input packets with dribble condition detected<br>    0 packets output, 0 bytes, 0 underruns<br>    0 output errors, 0 collisions, 2 interface resets<br>    0 babbles, 0 late collision, 0 deferred | localhost#show interface ethernet 1<br>Ethernet1 is down, line protocol is down (notconnect)<br>  Hardware is Ethernet, address is 444c.a88f.7fa (bia 444c.a88f.7fa)<br>  Ethernet MTU 9214 bytes<br>  Auto-duplex, Auto-speed, auto negotiation: on, uni-link: unknown<br>  Down 35 seconds<br>  2 link status changes since last clear<br>  Last clearing of "show interface" counters never<br>  5 minutes input rate 0 bps (- with framing overhead), 0 packets/sec<br>  5 minutes output rate 0 bps (- with framing overhead), 0 packets/sec<br>    0 packets input, 0 bytes<br>    Received 0 broadcasts, 0 multicast<br>    0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 alignment, 0 symbol, 0 input discards<br>    0 PAUSE input<br>    0 packets output, 0 bytes<br>    Sent 0 broadcasts, 0 multicast<br>    0 output errors, 0 collisions<br>    0 late collision, 0 deferred, 0 output discards<br>    0 PAUSE output |

| Cisco | Arista |
|---|---|
| 0 lost carrier, 0 no carrier<br>0 output buffer failures, 0 output buffers swapped out | |

**π PLAINTIFF π**

### United States District Court
### Northern District of California

Case No.    **14-cv-05344-BLF**

Case Title   **Cisco Systems v. Arista Networks**

Exhibit No.     **4800**

Date Entered

Richard W. Wieking, Clerk

By: _____ , Deputy Clerk