**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CISCO'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1    Having considered Cisco Systems, Inc.'s ("Cisco") Motion for Judgment as a Matter of
2  Law pursuant to Fed. R. Civ. P. 50(b), having determined that Arista's scènes à faire defense was
3  not supported by substantial evidence, and good cause appearing, the Court GRANTS Cisco's
4  motion.

5    IT IS HEREBY ORDERED that Cisco is entitled to judgment as a matter of law of
6  copyright infringement liability on its claim that Arista Networks, Inc. infringed Cisco's user
7  interfaces.

9    **IT IS SO ORDERED.**

11 Dated: _____            By: _____
                                            Hon. Judge Beth Labson Freeman
12                                          United States District Court Judge