1  KEKER & VAN NEST LLP                    SUSAN CREIGHTON, SBN 135528
   ROBERT A. VAN NEST - #84065             SCOTT A. SHER, SBN 190053
2  BRIAN L. FERRALL - #160847              WILSON SONSINI GOODRICH & ROSATI
   DAVID SILBERT - #173128                 Professional Corporation
3  MICHAEL S. KWUN - #198945               1700 K Street NW, Fifth Floor
   633 Battery Street                      Washington, D.C., 20006-3817
4  San Francisco, CA 94111-1809            Telephone: (202) 973-8800
   Telephone:   (415) 391-5400             Email: screighton@wsgr.com;
5  Email: rvannest@kvn.com;                ssher@wsgr.com
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

7
   JONATHAN M. JACOBSON, NY SBN 1350495
8  CHUL PAK (*pro hac vice*)
   DAVID H. REICHENBERG (*pro hac vice*)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue Of The Americas, 40th Floor
   New York, NY 10019-6022
11 Telephone: (212) 999-5800
   Email: jjacobson@wsgr.com; cpak@wsgr.com;
12 dreichenberg@wsgr.com

13 Attorneys for Defendant
   ARISTA NETWORKS, INC.
14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                                 SAN JOSE DIVISION

18 | CISCO SYSTEMS, INC.,              | Case No. 5:14-cv-05344-BLF (NC)

19            Plaintiff,               | **DECLARATION OF AUDREY HADLOCK
                                         IN SUPPORT OF ARISTA'S OPPOSITION
20     v.                                TO CISCO'S MOTION FOR JUDGMENT
                                         AS A MATTER OF LAW UNDER RULE
21 | ARISTA NETWORKS, INC.,              50(B)**

22            Defendant.               | Hearing Date: April 27, 2017
                                         Hearing Time: 9:00 a.m.
23                                       Dept.:        Courtroom 3 - 5th Floor
                                         Judge:        Hon. Beth Labson Freeman
24
                                         Date Filed: December 5, 2014
25
                                         Trial Date: November 21, 2016
26

27

28

---

DECLARATION OF HADLOCK ISO ARISTA'S OPPOSITION TO CISCO'S MOTION FOR JUDGMENT
AS A MATTER OF LAW UNDER RULE 50(B)
Case No. 5:14-cv-05344-BLF (NC)

1143792

I, Audrey Hadlock, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Arista's Opposition to Cisco's Motion for Judgment as a Matter of Law under Rule 50(B).

3. Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Introduction to CISCO IOS Software," dated October 31, 2003, admitted at trial in this matter as Trial Exhibit 760.

4. Attached hereto as **Exhibit B** is a true and correct copy of Cisco's Parser-Police Manifesto, version 1.7.1, dated January 13, 1999 and admitted at trial in this matter as Trial Exhibit 851.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Cisco Summary Exhibit admitted at trial in this matter as Trial Exhibit 4789.

6. Attached hereto as **Exhibit D** is a true and correct copy of RFC 1883, "Internet Protocol, Version 6, (IPv6) Specification," dated December 1995 and admitted at trial in this matter as Trial Exhibit 5040.

7. Attached hereto as **Exhibit E** is a true and correct copy of deposition testimony designations for Dell witness Gavin Cato that were played for the jury at trial in this matter and marked as Trial Exhibit 9081.

8. Attached hereto as **Exhibit F** is a true and correct copy of a Cisco Summary Exhibit re Output Copying admitted at trial in this matter as Trial Exhibit 4800.

9. Attached hereto as **Exhibit G** is a true and correct copy of a Cisco presentation admitted at trial in this matter as Trial Exhibit 7543.

1
DECLARATION OF HADLOCK ISO ARISTA'S OPPOSITION TO CISCO'S MOTION FOR JUDGMENT
AS A MATTER OF LAW UNDER RULE 50(B)
Case No. 5:14-cv-05344-BLF (NC)

1143792

10. Attached hereto as **Exhibit H** is a true and correct copy of a table illustrating Actual Documented Arista EOS Command Syntaxes admitted at trial in this matter as Trial Exhibit 9037.

11. Attached hereto as **Exhibit I** is a true and correct copy of a Cisco Summary Exhibit re Help Description Analysis admitted at trial in this matter as Trial Exhibit 4799.

12. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from RFC 793, entitled "Transmission Control Protocol," dated September 1981 and admitted at trial in this matter as Trial Exhibit 5724.

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from RFC 1131, entitled "The OSPF Specification," dated October 1989 and admitted at trial in this matter as Trial Exhibit 5038.

14. Attached hereto as **Exhibit L** is a true and correct copy of RFC 1067, entitled "A Simple Network Management Protocol," dated August 1988 and admitted at trial in this matter as Trial Exhibit 5131.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the Spanning-Tree Standard from the IEEE, dated March 8, 1991 and admitted at trial in this matter as Trial Exhibit 6952.

16. Attached hereto as **Exhibit N** is a true and correct copy of RFC 2236 (Updates: 1112), the IGMP version 2 standard, dated November 1997 and admitted at trial in this matter as Trial Exhibit 6877.

17. Attached hereto as **Exhibit O** is a true and correct copy of RFC 2117, the PIM Specification, dated June 1997 and admitted at trial in this matter as Trial Exhibit 6870.

18. Attached here to as **Exhibit P** is a true and correct copy of RFC 3618, the MSDP Protocol, dated October 2003 and admitted at trial in this matter as Trial Exhibit 6910.

19. Attached hereto as **Exhibit Q** is a true and correct copy of RFC 1195 regarding the Use of OSI IS-IS for Routing in TCP/IP and Dual Environments, dated December 1990 and admitted at trial in this matter as Trial Exhibit 6824.

20. Attached hereto as **Exhibit R** is a true and correct copy of RFC 2338, the Virtual

1  Router Redundancy Protocol, dated April 1998 and admitted at trial in this matter as Trial Exhibit
2  6881.
3     21.   Attached hereto as **Exhibit S** is a true and correct copy of deposition testimony
4  designations for Douglas Gourlay that were played for the jury at trial in this matter and marked
5  as Trial Exhibit 9079.
6     22.   Attached hereto as **Exhibit T** is a true and correct copy of deposition testimony
7  designations for Greg Satz that were played for the jury at trial in this matter and marked as Trial
8  Exhibit 9073.
9     23.   Attached hereto as **Exhibit U** is a true and correct copy of RFC 791, the Internet
10 Protocol for the DARPA Internet Program, dated September 1981 and admitted at trial in this
11 matter as Trial Exhibit 6944.
12
13     Executed January 31, 2017 at San Francisco, California.
14     I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct.

_____
AUDREY HADLOCK

3
DECLARATION OF HADLOCK ISO ARISTA'S OPPOSITION TO CISCO'S MOTION FOR JUDGMENT
AS A MATTER OF LAW UNDER RULE 50(B)
Case No. 5:14-cv-05344-BLF (NC)

1143792