# EXHIBIT E

# Depo Designation Tracking

- **Cato**
    - Arista – 9 minutes
    - Cisco – 7 minutes 44 seconds
    - Exhibits Disclosed
        - None

Cisco v Arista

 **Cato 30(b)(6), Gavin (Vol. 01) - 05/20/2016**     1 CLIP (RUNNING 00:17:08.906)



CATO_ALL                56 SEGMENTS (RUNNING 00:17:08.906)              

**1. PAGE 10:13 TO 10:20 (RUNNING 00:00:10.010)**

```
        13      Q.   Would you please state your name for the
        14 record.
        15      A.   Gavin Richard Cato.
        16      Q.   Where do you work?
        17      A.   Dell.
        18      Q.   And what is your title?
        19      A.   Vice president of development and
        20 engineering.
```

**2. PAGE 11:16 TO 11:18 (RUNNING 00:00:03.619)**

```
        16      Q.   Does Dell make and sell Ethernet
        17 switches?
        18      A.   Yes.
```

**3. PAGE 11:22 TO 12:14 (RUNNING 00:00:44.143)**

```
        22           Is Dell a competitor of Cisco?
        23      A.   Yes.
        24      Q.   In what markets does Dell compete
        25 directly with Cisco?
  00012:01      A.   Dell would compete in converged solutions
        02 and the campus solutions and the data center
        03 solutions.
        04      Q.   And does that include switches?
        05      A.   It includes switches.
        06      Q.   Is Dell a competitor of Arista?
        07      A.   Dell is a competitor of Arista.
        08      Q.   In what markets does Dell compete with
        09 Arista?
        10      A.   Primarily, competes with Arista in the
        11 data center market.
        12      Q.   And, again, that would include switches;
        13 is that correct?
        14      A.   Yes.
```

**4. PAGE 28:20 TO 29:03 (RUNNING 00:00:24.656)**

```
        20 you -- but have you become knowledgeable about the
        21 CLI supported on Dell's Ethernet switches, since
        22 joining the company in 2013?
        23      A.   In general, yes.
        24      Q.   Do you have any responsibilities at Dell
        25 with respect to the CLI?
  00029:01      A.   I have responsibility for the teams that
        02 do the development of the products and solutions,
        03 which would include the CLI development.
```

**5. PAGE 35:04 TO 35:07 (RUNNING 00:00:10.655)**

```
        04 did you become aware -- have you become aware of
        05 similarities between the CLI supported by Dell's
        06 Ethernet routers and switches and the CLI supported
        07 by Cisco's routers and switches?
```

**6. PAGE 35:10 TO 35:14 (RUNNING 00:00:08.348)**

```
        10           THE DEPONENT:  I have become familiar
```

```
        11  with the fact that there's similarity --
        12  similarities between the CLIs.
        13       Q.   (By Ms. McCloskey)  What are those
        14  similarities?
```

**7. PAGE 35:17 TO 35:25 (RUNNING 00:00:33.149)**

```
        17            THE DEPONENT:  There's -- there's
        18  similarities in terms of overall, I guess,
        19  structure --
        20       Q.   (By Ms. McCloskey)  Uh-huh.
        21       A.   -- of -- of what a CLI generally looks
        22  like versus a bunch of dashes, dots.  It's a
        23  generalized set of expected configurations and
        24  parameters that a customer would need to know for a
        25  network switch.
```

**8. PAGE 36:01 TO 36:08 (RUNNING 00:00:26.449)**

```
  00036:01       Q.   What do you mean by expected
        02  configurations?
        03       A.   If you have a VLAN, then everybody --
        04  there's an expectation that a VLAN and the
        05  terminology around VLAN will somewhere appear in
        06  the CLI along with the parameters necessary to
        07  structure VLAN so that it interoperates across
        08  multiple switches.
```

**9. PAGE 37:18 TO 37:20 (RUNNING 00:00:07.568)**

```
        18       Q.   Do customers generally expect the Dell
        19  CLI to support familiar command modes and
        20  their assoc- -- and their associated prompts?
```

**10. PAGE 37:23 TO 38:05 (RUNNING 00:00:28.069)**

```
        23            THE DEPONENT:  Customers expect Dell to
        24  support command modes and ensure that those command
        25  modes are -- are familiar with their technicians.
  00038:01       Q.   (By Ms. McCloskey)  How do you know that?
        02       A.   Because any time we create command modes,
        03  we go and we make sure that the -- the
        04  documentation and customers are trained so that
        05  they can operate the switches.
```

**11. PAGE 38:06 TO 38:14 (RUNNING 00:00:32.284)**

```
        06       Q.   Would it be accurate to say that the
        07  command mode supported by the Dell CLI are also
        08  dictated by customer expectations?
        09       A.   The command mode supported by Dell
        10  switches are dictated by customer expectations, as
        11  well as our analysis of best practices for
        12  implementation of the functionality are the most
        13  efficient means of implementation of the
        14  functionality.
```

**12. PAGE 39:04 TO 39:16 (RUNNING 00:00:43.999)**

```
        04       Q.   Okay.  Do customers -- in your
        05  experience, do customers expect the Dell CLI to
        06  support any particular command syntax?
        07       A.   I'm aware that customers have
        08  requirements, hard -- sometimes hard requirements
        09  for support of particular commands and command
        10  modes and sequences of CLIs.
        11       Q.   What kind of hard requirements have you
        12  become aware of?
        13       A.   I've -- I've seen the hard requirements
        14  in terms of you need to support this particular way
```

## Cisco v Arista

```
            15   of scripting that is consistent with how our techs
            16   already script and operate these in the field.
```

**13. PAGE 39:17 TO 39:19  (RUNNING 00:00:06.805)**

```
            17        Q.   Are you able to give any examples of
            18   command syntaxes that Dell customers expect to see
            19   in the Dell CLI?
```

**14. PAGE 39:22 TO 39:22  (RUNNING 00:00:02.144)**

```
            22             THE DEPONENT:  Specifically, no.
```

**15. PAGE 39:23 TO 40:10  (RUNNING 00:00:32.855)**

```
            23        Q.   (By Ms. McCloskey)  Do you know what a
            24   show command is?
            25        A.   Yes.
      00040:01        Q.   What is a show command?
            02        A.   A show command enables you to identify
            03   and show what is currently configured in the
            04   switch.
            05        Q.   Do Dell customers, in your experience,
            06   expect Dell CLI to support show commands?
            07        A.   Yes.
            08        Q.   How do you know that?
            09        A.   It's been a hard requirement from the
            10   get-go and it's existed from the get-go.
```

**16. PAGE 40:11 TO 40:12  (RUNNING 00:00:06.232)**

```
            11        Q.   What do you mean from the get-go?
            12        A.   From when I joined Force10, it was there.
```

**17. PAGE 40:21 TO 40:23  (RUNNING 00:00:09.890)**

```
            21        Q.   Are you responsible for the team that
            22   adds new CLI commands to Dell's CLI?
            23        A.   Yes.
```

**18. PAGE 41:03 TO 42:07  (RUNNING 00:01:45.532)**

```
            03        Q.   Is there a review -- a review process
            04   that's used to decide whether any particular
            05   command will become the final CLI command?
            06        A.   Yes.
            07        Q.   Can you tell me about that review
            08   process?
            09        A.   Sure.  The developers take it to a group
            10   of -- of code reviewers, who then code review for
            11   consistency with the products in Dell's solutions,
            12   and those code reviewers will include architects
            13   for the solutions and systems.
            14        Q.   What do you mean by architects for the
            15   systems and -- for the solutions and systems?
            16        A.   Dell designates expertise for particular
            17   areas, functional areas, and in the -- and then
            18   overall system level architects in the system level
            19   architects with generalized knowledge will make
            20   that call collectively.
            21        Q.   Are there any guidelines that are used in
            22   selecting CLI commands?
            23        A.   No.
            24        Q.   Any informal guidelines?
            25        A.   Tribal knowledge.
      00042:01        Q.   Okay.  What do you mean by tribal
            02   knowledge?
            03        A.   Dell's networking teams are made up of a
            04   collection of folks with industry experience from a
            05   wide variety of places, and they come in looking at
```

```
        06  the solutions end to end and understanding how
        07  the -- the products need to -- to interoperate.
```

**19. PAGE 42:08 TO 42:15  (RUNNING 00:00:19.897)**

```
        08       Q.   So would you say -- say that Dell's
        09  networking teams rely on and use their industry
        10  experience in creating new CLI commands?
        11       A.   Yes.
        12       Q.   Do you know whether Dell engineers
        13  consult industry standards, such as those from the
        14  ITF or IEEE, when adding new CLI commands?
        15       A.   We do.
```

**20. PAGE 42:16 TO 42:16  (RUNNING 00:00:01.044)**

```
        16       Q.   Why?
```

**21. PAGE 42:19 TO 43:03  (RUNNING 00:00:30.945)**

```
        19       A.   We do to make sure that we're consistent
        20  with industry; that is, defined hard industry
        21  standards, but we're also very knowledgeable about
        22  the fact that there are -- there are
        23  customer-driven expectations and standards that
        24  emerge through informal means.
        25       Q.   So would it be accurate to say that Dell
  00043:01  considers both industry standards and customer
        02  expectations in coming up with new CLI commands?
        03       A.   Yes.
```

**22. PAGE 57:16 TO 58:10  (RUNNING 00:00:50.844)**

```
        16       Q.   So based on your experience in
        17  networking, you've heard the term of
        18  "industry-standard CLI" in a variety of contexts;
        19  is that correct?
        20       A.   Yes.
        21       Q.   From a variety of different entities; is
        22  that correct?
        23       A.   Yes.
        24       Q.   Do you have an understanding of what the
        25  term "industry-standard CLI" refers to?
  00058:01       A.   Yes.
        02       Q.   What does it refer to?
        03       A.   It refers to the practices in the
        04  industry, in general, relative to the CLI and the
        05  implementation of the CLI in the industry.
        06       Q.   What do you mean the practices in the
        07  industry, in general?
        08       A.   Expectations from the industry for -- and
        09  customers for -- for certain capabilities that must
        10  exist within the CLI.
```

**23. PAGE 61:20 TO 62:10  (RUNNING 00:00:54.752)**

```
        20       Q.   Are there any circumstances in which Dell
        21  does not adopt industry-standard commands?
        22       A.   We will not adopt an industry-standard
        23  command if we don't think that the underlying
        24  functionality can be developed without violating
        25  somebody else's intellectual property.
  00062:01       Q.   What do you mean by, when the underlying
        02  functionality can't be developed without violating
        03  someone else's intellectual property?
        04       A.   If -- if there is intellectual property
        05  across the implementation of a particular --
        06  particular protocol or -- or particular innovation
        07  and the command is simply an interface into that
        08  innovation, we won't --
```

**Cisco v Arista**

```
        09      Q.  I see.
        10      A.  -- touch it.
```

### 24. PAGE 62:24 TO 63:03 (RUNNING 00:00:09.821)

```
        24      Q.  (By Ms. McCloskey)  Is it your
        25  understanding that Dell uses many CLI commands that
 00063:01  are also supported by other networking equipment
        02  vendors in the industry?
        03      A.  Yes.
```

### 25. PAGE 63:05 TO 63:10 (RUNNING 00:00:21.561)

```
        05      Q.  (By Ms. McCloskey)  How do you know that?
        06      A.  Because it's an industry standard.
        07      Q.  Do you have an understanding as to
        08  whether Cisco uses many CLI commands that are also
        09  supported by other networking equipment vendors in
        10  the industry?
```

### 26. PAGE 63:13 TO 63:16 (RUNNING 00:00:09.367)

```
        13          THE DEPONENT:  I'm aware that some of
        14  their commands are consistent with other vendors.
        15      Q.  (By Ms. McCloskey)  How do you know that?
        16      A.  Because they're industry standard.
```

### 27. PAGE 64:09 TO 64:21 (RUNNING 00:00:34.255)

```
        09      Q.  (By Ms. McCloskey)  Are you aware of
        10  other vendors with whom Dell's CLI commands
        11  overlap?
        12      A.  Yes.
        13      Q.  Which vendors?
        14      A.  Anybody that uses that same industry
        15  standard.  So it would be Arista.  I believe
        16  Juniper.  Extreme.  Enterasys.  Anybody that uses
        17  the Broadcom, PowerConnect software or Level --
        18  Level 7 software.
        19      Q.  So many vendors use the industry-standard
        20  CLI demands?
        21      A.  Yes.
```

### 28. PAGE 64:24 TO 65:02 (RUNNING 00:00:11.636)

```
        24      Q.  (By Ms. McCloskey)  Has -- has Dell ever
        25  considered whether it was somehow wrong to use CLI
 00065:01  commands that are also supported by Cisco?
        02      A.  No.
```

### 29. PAGE 65:05 TO 65:08 (RUNNING 00:00:06.958)

```
        05      Q.  (By Ms. McCloskey)  Is it fair to say
        06  that if Dell thought that it was wrong to use a
        07  certain CLI command, it wouldn't use it?
        08      A.  Yes.
```

### 30. PAGE 65:10 TO 65:13 (RUNNING 00:00:06.463)

```
        10      Q.  (By Ms. McCloskey)  Is it fair to say
        11  that if Dell thought it was illegal to use a
        12  certain CLI command, it wouldn't use it?
        13      A.  Yes.
```

### 31. PAGE 69:06 TO 69:07 (RUNNING 00:00:04.332)

```
        06      Q.  (By Ms. McCloskey)  Has Dell ever asked
        07  Cisco for permission to use any CLI command?
```

### 32. PAGE 69:09 TO 69:13 (RUNNING 00:00:09.451)

```
        09          THE DEPONENT:  Not that I'm aware of.
```

```
        10      Q.   (By Ms. McCloskey)  Are you aware that
        11 Dell ever thought that it needed permission from
        12 Cisco to use any CLI command?
        13           THE DEPONENT:  Not that I'm aware of.
```

**33. PAGE 71:17 TO 71:21  (RUNNING 00:00:10.367)**

```
        17      Q.   (By Ms. McCloskey)  Has Cisco ever
        18 indicated to Dell that it would take legal action
        19 against Dell as a result of Dell's use of
        20 industry-standard commands?
        21      A.   Not that I'm aware of.
```

**34. PAGE 79:09 TO 79:11  (RUNNING 00:00:06.431)**

```
        09      Q.   (By Ms. McCloskey)  Does Dell generally
        10 market or advertise to its customers that it
        11 supports an industry-standard CLI?
```

**35. PAGE 79:13 TO 79:13  (RUNNING 00:00:00.479)**

```
        13           THE DEPONENT:  Yes.
```

**36. PAGE 87:21 TO 87:23  (RUNNING 00:00:05.819)**

```
        21      Q.   (By Ms. McCloskey)  Do you have an
        22 understanding, based on your experience, what this
        23 document means by a Cisco-like CLI?
```

**37. PAGE 88:01 TO 88:09  (RUNNING 00:00:23.970)**

```
  00088:01           THE DEPONENT:  I believe it would
        02 probably be marketing to a Cisco customer.  And if
        03 we were marketing to an Arista customer, we would
        04 say Arista-like CLI, or if we were marketing to an
        05 Extreme customer, we'd say Extreme-like CLI.
        06      Q.   (By Ms. McCloskey)  So you think that
        07 there are different documents prepared depending on
        08 who the -- the current customer, what vendor they
        09 use?
```

**38. PAGE 88:11 TO 88:14  (RUNNING 00:00:06.585)**

```
        11           THE DEPONENT:  I assume that this would
        12 be -- I would assume that you would target your
        13 marketing documentation to who you were trying to
        14 sell to.
```

**39. PAGE 88:16 TO 88:19  (RUNNING 00:00:08.259)**

```
        16      Q.   (By Ms. McCloskey)  And so is this use of
        17 Cisco-like CLI, does it encompass in any way the
        18 industry standard CLI that we've been discussing
        19 today?
```

**40. PAGE 88:22 TO 88:24  (RUNNING 00:00:06.412)**

```
        22           THE DEPONENT:  I would believe that it
        23 is -- it would be a subset of the industry-standard
        24 CLI.
```

**41. PAGE 88:25 TO 89:08  (RUNNING 00:00:31.471)**

```
        25      Q.   (By Ms. McCloskey)  What do you mean by a
  00089:01 subset of the industry-standard CLI?
        02      A.   I would believe that the industry, as a
        03 whole, has -- continues to evolve what's considered
        04 a standard for the industry and that the various
        05 experiences and technologies contribute to what
        06 that becomes and evolves to.  So a subset would
        07 be -- there -- there are industry standards that
        08 Cisco may choose not to implement.
```

**42. PAGE 89:09 TO 89:15  (RUNNING 00:00:18.329)**

```
09      Q.   We've talked about industry standard
10 today.
11           How do you know when a command is an
12 industry-standard command?
13      A.   Where it starts to become a common
14 request from customers and a common -- commonly
15 used command or interface.
```

**43. PAGE 91:08 TO 91:10  (RUNNING 00:00:07.002)**

```
08      Q.   (By Ms. McCloskey)  Can you point out to
09 me one or two commands that you would include in
10 the industry-standard CLI?
```

**44. PAGE 91:12 TO 91:22  (RUNNING 00:00:28.759)**

```
12           THE DEPONENT:  Show version.
13      Q.   (By Ms. McCloskey)  How do you know that
14 that's an industry standard command?
15      A.   Because if I go to any of my engineers
16 coming in from any company and they've had any
17 industry experience, they know that show version,
18 and they know what will result when they type
19 show version.
20      Q.   Do you associate show version with any
21 particular vendor?
22      A.   No.
```

**45. PAGE 93:09 TO 93:10  (RUNNING 00:00:03.999)**

```
09           Is it accurate that Dell still supports
10 the industry-standard CLI?
```

**46. PAGE 93:13 TO 93:16  (RUNNING 00:00:06.668)**

```
13           THE DEPONENT:  Yes.
14      Q.   (By Ms. McCloskey)  Is it your
15 understanding that Force10 supported the industry
16 standard CLI?
```

**47. PAGE 93:19 TO 93:19  (RUNNING 00:00:00.987)**

```
19           THE DEPONENT:  That's my understanding.
```

**48. PAGE 110:11 TO 110:12  (RUNNING 00:00:06.407)**

```
11           Were you surprised to see that Cisco had
12 sued Arista relating to its use of the -- of CLI?
```

**49. PAGE 110:14 TO 110:15  (RUNNING 00:00:03.258)**

```
14           THE DEPONENT:  I -- I don't think
15 anything surprises me, no.
```

**50. PAGE 112:02 TO 112:03  (RUNNING 00:00:01.901)**

```
02      Q.   Okay.  Now, sir, you're not a lawyer,
03 correct?
```

**51. PAGE 112:07 TO 112:08  (RUNNING 00:00:03.881)**

```
07           THE DEPONENT:  I am not -- I am not a
08 lawyer, and it is correct that I am not a lawyer.
```

**52. PAGE 112:10 TO 113:21  (RUNNING 00:01:31.199)**

```
10      Q.   (By Mr. Holmes)  Do you have any training
11 in copyright law?
12      A.   I do not.  I -- I -- I have training in
13 copyright law from the standpoint of -- from an
14 engineering side, we receive legal training in
```

```
            15   terms of the do's and don'ts for the -- the
            16   employees, as a whole, yes.
            17        Q.   Okay.  And so as an employee at Dell, do
            18   you receive these do's and don'ts from other
            19   employees at Dell?
            20        A.   We receive them from the legal team at
            21   Dell.
            22        Q.   And do you know how often you receive
            23   them?
            24        A.   We receive them, at a minimum, on an
            25   annual basis, but usually a couple times a year.
   00113:01        Q.   Would you agree with me that Dell
            02   respects the intellectual property -- property
            03   rights of its competitors?
            04        A.   Absolutely.
            05        Q.   And you would agree with me that Dell
            06   wouldn't take another company's intellectual
            07   property without getting permission, right?
            08        A.   Correct.
            09        Q.   Now, sir, you testified earlier, if I
            10   recall correctly, that, in your opinion, there may
            11   be some similarities between Cisco's CLI commands
            12   and Dell's CLI commands.
            13             Do you remember that?
            14        A.   Yes.
            15        Q.   Now -- but, sir, your -- you weren't
            16   testifying that Dell copied Cisco, correct?
            17        A.   No, sir.
            18        Q.   So it's not your testimony today, as a
            19   corporate representative of Dell, that Dell has
            20   copied Cisco's CLI, correct?
            21        A.   No.
```

### 53.  PAGE 114:04 TO 114:16  (RUNNING 00:00:26.864)

```
            04        Q.   And when you've provided testimony
            05   earlier that you have an understanding that -- that
            06   other competitors in the routing and switching
            07   market may use certain aspects of an industry
            08   standard, you weren't suggesting that those
            09   companies copied Cisco, right?
            10        A.   I'm not suggesting that those companies
            11   copied Cisco.
            12        Q.   And as you sit here today, as a
            13   representative of Dell, you don't have any
            14   information as to whether or not those other
            15   companies copied Cisco's CLI, correct?
            16        A.   Correct.
```

### 54.  PAGE 116:23 TO 116:24  (RUNNING 00:00:04.800)

```
            23        Q.   (By Mr. Holmes)  Sir, does Dell have any
            24   of its own proprietary CLI commands?
```

### 55.  PAGE 117:06 TO 117:07  (RUNNING 00:00:04.051)

```
            06             THE DEPONENT:  We have CLI commands that
            07   other people have not implemented.
```

### 56.  PAGE 122:07 TO 122:17  (RUNNING 00:00:13.275)

```
            07        Q.   Sir, we discussed a company called
            08   Force10 today.
            09             Do you remember that?
            10        A.   Yes, sir.
            11        Q.   And you're not here as a
            12   representative -- corporate representative of
            13   Force10, are you?
            14        A.   I am not.
```

Cisco v Arista

```
15      Q.   And you don't work for Force10 currently,
16   right?
17      A.   I work for Dell.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:08.906)**

△ DEFENDANT △

United States District Court
Northern District of California

Case No. 5:14-cv-05344-BLF
Case Title Cisco Systems v. Arista Networks
Exhibit No. 9081
Date Entered _____

By: _____, Richard W. Wieking, Clerk
                              Deputy Clerk