# EXHIBIT G



**Robert Wright**

**EDCS-765200**

SDCB    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866941

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    2

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866942

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866943

# SDCD

- ## Team Members

 Robert Wright
PM
SDCD concept development

 Bob Monsen
PCA Development

 Mark Novembrino
SDCD code development

 Atul Patil
PCA Development

 Prathima Venkatesan
PCA Development

 Sastry Varanasi
PCA Development

SDCD          © 2009 Cisco Systems, Inc. All rights reserved.      Cisco Confidential                                    4

© 2008 Cisco Systems, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-00866944

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

© 2008 Cisco Systems, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866945

# Problem that we Needed to Solve

- Documentation is missing syntax



Extract from the show arap command documentation in the *Cisco IOS Terminal Services Command Reference, Release 12.4T*

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-00866946



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866947



**Problem that we Needed to Solve**

- Documentation is missing syntax

CLI session with a Cisco 7200 series router running Cisco IOS 12.4(22)T in the KMD Documentation Lab – entering the show arap ? command

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866948



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866949

# Problem that we Needed to Solve

- Historical causes of documentation missing syntax

    Documentation groups are not notified when code changes are made

    Limited access to networking devices to verify the CLI syntax while writing the documentation

    Lack of training in performing CLI syntax verification on networking devices

SDCD     © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential     10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CSI-CLI-00866950

# Problem that we Needed to Solve

- Mitigation of the historical causes of documentation missing syntax

    Documentation groups are not notified when code changes are made – Behavior Change Notification Program (EDCS-730050)

    Limited access to networking devices to verify the CLI while writing the documentation – Comprehensive KMD Lab Facilities Now Available (EDCS-593075)

    Lack of training in performing CLI syntax verification on networking devices – CLI Verification Training Now Available (EDCS-628298)

A thorough discussion of the mitigations listed here is beyond the scope of this presentation – please refer to the documents in EDCS listed above

Contact rwright@cisco.com if you cannot access these documents

SDCB          © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential          11

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-00866951

# Problem that we Needed to Solve

- Still need to find CLI syntax errors in the documentation that existed prior to the mitigations noted on the previous slide

- Still need to find CLI syntax errors in the documentation that are not prevented by the mitigations noted on the previous slide

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866952

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    13

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866953

# Cost of Solving the Problem 100% Manually

- At the time the SDCD project was started there were approximately 14K* Cisco IOS commands documented in the documentation database

- A pilot of performing 100% manual verification of the Cisco IOS commands in the documentation database estimated the cost of manual CLI syntax verification to be approximately one million dollars

*There are now over 16K commands documented in the documentation database.

SDCD        © 2009 Cisco Systems, Inc. All rights reserved.      Cisco Confidential                                    14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          CSI-CLI-00866954

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    15

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866955

# Solution

- Create a tool that can systematically identify syntax errors in the on-line documentation (Command References) for Cisco IOS commands

    Saves the time that would have been spent doing manual verification on commands that are found not to have errors

    Still have to manually verify commands that are found to have errors because the tool only finds some of the possible problems with the commands

SDCB    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    16

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866956



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866957



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866958



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866959



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866960



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866961



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CSI-CLI-00866962

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    23

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866963

# Components of the solution

- Cisco Command Validation Tool (CICV)
- Parse chain analyzer (PCA)
- Cisco IOS Master Command Lists (MCL)
- Cisco IOS Command References (CR)

SDCB     © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential

24

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866964



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866965

# Components of the solution

▪ PCA

A tool owned by the Infrastructure TC-Embedded Management Engineering group

Analyzes Cisco IOS source code and other data sources

Outputs CLI syntax and other data

PCA Site

http://wiki-eng.cisco.com/engwiki/PCA_20_28Parse_20Chain_20Analyzer_29

The CICV tool uses only the PCA CLI syntax reports

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    26

© 2008 Cisco Systems, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-00866966

# Components of the solution

- Cisco IOS MCLs

  Complete on-line lists of the documentation for the commands
  in a Cisco IOS release – for example, 12.4T



  The commands that are listed in the MCLs are hyper-linked to the
  documentation for the commands in their respective CRs

SDCB          © 2009 Cisco Systems, Inc. All rights reserved.      Cisco Confidential          27

© 2008 Cisco Systems, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              CSI-CLI-00866967

# Components of the solution

- Cisco IOS CRs

    Syntax, usage guidelines and examples for Cisco IOS commands for a specific technology area – for example, Terminal Services



SDCD          © 2009 Cisco Systems, Inc. All rights reserved.          Cisco Confidential          28

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr          28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CSI-CLI-00866968



# Components of the solution

- Cisco IOS MCLs & CRs

   The commands listed in the MCL are hyperlinked to the documentation for the command in the CR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-00866969

# Components of the solution

- Cisco IOS MCLs



MCL data entry section of the CICV tool

The CICV tool reads in the MCL HTML code from the URL and starts analyzing it to find the links to the documentation for each command – this all happens behind the scenes, the web page is shown here to help you visualize the process

SDCD     © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential     30

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CSI-CLI-00866970

# Components of the solution

- Cisco IOS command documentation



When the CICV tool finds the documentation for a command, it caches the text for the syntax from the HTML code – this all happens behind the scenes, the web page is shown here to help you visualize the process

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866971



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866972

# Components of the solution

- CICV error report – cached CLI syntax compared with PCA data

| | A | B | Syntax Analysis |
|---|---|---|---|
| 1 | CISCV Error Status | Command | |
| 53 | Command has errors | show arap | show arap tty <number> |
| 54 | | | show arap aux <number> |
| 55 | | | show arap console <number> |
| 56 | | | show arap vty <number> |
| 57 | | | |
| 58 | Command is not documented | show archive config rollback commands | show archive config rollback commands <text-s |
| 59 | | | show archive config rollback commands <text-s |
| 60 | | | |

show arap command is found to have errors – it has undocumented keywords

SDCG        © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential                                                          33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        CSI-CLI-00866973

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD      © 2009 Cisco Systems, Inc. All rights reserved.      Cisco Confidential      34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-00866974

# Results from SDCD Phase 1

- Focused on **show** commands in 12.4(22)T

- Identified 438 undocumented **show** commands

- Identified 168 **show** commands for which the documentation is missing syntax

- Opened 549 doc bugs

Some of the errors were found in the documentation of older content that is no longer maintained

SDCD          © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential                                                    35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          CSI-CLI-00866975

# Results from SDCD Phase 1

- Total number of **show** commands with errors – 606

- If the number of undocumented **show** commands is added to the number of documented **show** commands, there should have been 2797 commands documented in the database

- 21% of the **show** commands are either undocumented, or documented with errors

SDCD          © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential                                      36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-00866976

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

© 2008 Cisco Systems, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CSI-CLI-00866977



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866978

# Other CICV Features

- **Command Doc Quality Analysis – MCLs**

  Compares the commands listed in the MCLs with a list of commands in the database to identify commands that have documentation, but the documentation is not appearing in the on-line documentation

  In SDCD phase 1 there were 28 **show** commands in the database that did not appear in the 12.4T MCL

SDCD          © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential                                        39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              CSI-CLI-00866979



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866980

# Other CICV Features

- Compare Releases

  Compares the command CLI syntax in the PCA data from any two Cisco IOS releases and reports the differences

SDCB     © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential     41

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CSI-CLI-00866981



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866982



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866983

# Other CICV Features

- MCL Reverse Analysis

  Used to compare the commands listed in a MCL for a release with the commands in a PCA report for the release to identify commands that are listed in the MCL when the command is not supported in the release

SDCB     © 2009 Cisco Systems, Inc. All rights reserved.     Cisco Confidential                                                    44

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              CSI-CLI-00866984

# Agenda

- Team members
- Problem that we needed to solve
- Cost of solving the problem 100% manually
- Solution
- Components of the solution
- Results from SDCD phase 1
- Other CICV Features
- What's next?

SDCD        © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential        45

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CSI-CLI-00866985

# What's Next

- Add support for Cisco IOS releases other than 12.4T to the PCA tool

    Right now there is no funding for PCA improvements

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866986

# What's Next

- Automatic CLI verification for Configuration Documentation

  Extracts CLI syntax from tasks and configuration examples in configuration guides and features modules

  Sends the CLI syntax to an appropriate networking device to verify the CLI syntax is supported and reports errors

SDCD    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    47

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-00866987



© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-00866988