# EXHIBIT I

## Cisco Summary Exhibit
## Help Description Analysis

### IOS

| Cisco Help Description | Arista Help Description |
|---|---|
| 32-bit tag value | 32-bit tag value |
| 48-bit hardware address of ARP entry | 48-bit hardware address of ARP entry |
| AAA group definitions | AAA group definitions |
| ARP type ARPA | ARP type ARPA |
| ASBR summary link states | ASBR summary link states |
| Administratively shut down this neighbor | Administratively shut down this neighbor |
| Advertising Router (as an IP address) | Advertising Router (as an IP address) |
| Advertising Router link states | Advertising Router link states |
| Always advertise default route | Always advertise default route |
| An ordered list as a regular-expression | An ordered list as a regular-expression |
| Assign policy-map to the input of an interface | Assign policy-map to the input of an interface |
| Assign policy-map to the output of an interface | Assign policy-map to the output of an interface |
| authentication parameters for the user | Authentication parameters for the user |
| Border and Boundary Router Information | Border and Boundary Router Information |
| Change current directory | Change current directory |
| class of service | Class of service |
| Configure IP address summaries | Configure IP address summaries |
| Configure QoS Class Map | Configure QoS Class Map |
| Configure QoS Policy Map | Configure QoS Policy Map |
| Configure QoS Service Policy | Configure QoS Service Policy |
| Configure a local or remote SNMPv3 engineID | Configure a local or remote SNMPv3 engineID |
| Configure from the terminal | Configure from the terminal |
| Configure load balancing | Configure load balancing |
| Configure logging for interface | Configure logging for interface |
| Contents of startup configuration | Contents of startup configuration |

| | |
|---|---|
| Control distribution of default information | Control distribution of default information |
| Copy from one file to another | Copy from one file to another |
| Current operating configuration | Current operating configuration |
| Default domain name | Default domain name |
| Define a User Security Model group | Define a User Security Model group |
| Define a user who can access the SNMP engine | Define a user who can access the SNMP engine |
| Define an SNMPv2 MIB view | Define an SNMPv2 MIB view |
| Define an administrative distance | Define an administrative distance |
| Delete a file | Delete a file |
| Delete all multicast routes | Delete all multicast routes |
| Description of the interactive help system | Description of the interactive help system |
| Destination IP address | Destination IP address |
| Destination MAC address | Destination MAC address |
| Destination address translation | Destination address translation |
| Destination file path | Destination file path |
| detailed interface information | Detailed interface information |
| Directory or file name | Directory or file name |
| Display OSPF router ids as DNS names | Display OSPF router IDs as DNS names |
| Display current working directory | Display current working directory |
| Display detailed information | Display detailed information |
| Display the contents of a file | Display the contents of a file |
| Display the session command history | Display the session command history |
| Display the system clock | Display the system clock |
| Distance for external routes | Distance for external routes |
| Distance for internal routes | Distance for internal routes |
| Distance for local routes | Distance for local routes |
| Distribute a default route | Distribute a default route |
| Enable IP routing | Enable IP routing |
| Enable SNMP; set community string and access privs | Enable SNMP; set community string and access privs |
| Enable logging to all supported destinations | Enable logging to all supported destinations |
| Enable proxy ARP | Enable proxy ARP |

02099-00004/8441379.2

2

| | |
|---|---|
| End IP address | End IP address |
| End of range | End of range |
| Enter configuration mode | Enter configuration mode |
| Exit from configure mode | Exit from configure mode |
| External link states | External link states |
| File to be deleted | File to be deleted |
| File to display | File to display |
| Forwarding router's address | Forwarding router's address |
| Group to which the user belongs | Group to which the user belongs |
| group using the User Security Model (SNMPv3) | Group using the User Security Model (SNMPv3) |
| group using the v1 security model | Group using the v1 security model |
| group using the v2c security model | Group using the v2c security model |
| Halt and perform a cold restart | Halt and perform a cold restart |
| Hello interval value | Hello interval value |
| Hello multiplier value | Hello multiplier value |
| ICMP message code | ICMP message code |
| ICMP message type | ICMP message type |
| IGMP host query interval | IGMP host query interval |
| IGMP max query response value | IGMP max query response value |
| IGMP static multicast group | IGMP static multicast group |
| IP ARP table | IP ARP table |
| IP address of ARP entry | IP address of ARP entry |
| IP address or hostname of a remote system | IP address or hostname of a remote system |
| IP group address | IP group address |
| IP interface status and configuration | IP interface status and configuration |
| IP routing table | IP routing table |
| ip source address | IP source address |
| IP subnet mask | IP subnet mask |
| Interface specific description | Interface specific description |
| Interface status and configuration | Interface status and configuration |
| Interval in seconds | Interval in seconds |

| | |
|---|---|
| Link state ID (as an IP address) | Link state ID (as an IP address) |
| List file information | List file information |
| List files on a filesystem | List files on a filesystem |
| Load interval delay in seconds | Load interval delay in seconds |
| MIB family is excluded from the view | MIB family is excluded from the view |
| MIB family is included in the view | MIB family is included in the view |
| MIB view family name | MIB view family name |
| MIB view to which this community has access | MIB view to which this community has access |
| Modify enable password parameters | Modify enable password parameters |
| Modify message logging facilities | Modify message logging facilities |
| Modify system boot parameters | Modify system boot parameters |
| Multicast Source Discovery Protocol (MSDP) | Multicast Source Discovery Protocol (MSDP) |
| NSSA External link states | NSSA External link states |
| NTP version number | NTP version number |
| Name of the group | Name of the group |
| Name of the user | Name of the user |
| Name of the view | Name of the view |
| Negate a command or set its defaults | Negate a command or set its defaults |
| Network time protocol | Network time protocol |
| Network link states | Network link states |
| Network summary link states | Network summary link states |
| Number of lines on screen (0 for no pausing) | Number of lines on screen (0 for no pausing) |
| number of probes | Number of probes |
| Number of retries to this server for a transaction | Number of retries to this server for a transaction |
| OSPF router-id in IP address format | OSPF router-id in IP address format |
| Opaque AS link states | Opaque AS link states |
| Opaque Area link states | Opaque Area link states |
| Opaque Link-Local link states | Opaque Link-Local link states |
| Open a telnet connection | Open a telnet connection |
| Open a terminal connection | Open a terminal connection |
| Originate default route to this neighbor | Originate default route to this neighbor |

| | |
|---|---|
| Ping destination address or hostname | Ping destination address or hostname |
| Prefix list name | Prefix list name |
| Query interval in seconds | Query interval in seconds |
| RPF across equal-cost paths | RPF across equal-cost paths |
| Read-only access with this community string | Read-only access with this community string |
| Reason for reload | Reason for reload |
| Redistribute OSPF NSSA external routes | Redistribute OSPF NSSA external routes |
| Redistribute OSPF external routes | Redistribute OSPF external routes |
| Redistribute OSPF internal routes | Redistribute OSPF internal routes |
| Redistribution of OSPF routes | Redistribution of OSPF routes |
| Rename a file | Rename a file |
| Reset a terminal line | Reset a terminal line |
| Restrict this community to a named MIB view | Restrict this community to a named MIB view |
| Route map reference | Route map reference |
| Router link states | Router link states |
| SNMP community string | SNMP community string |
| SNMP version to use for notification messages | SNMP version to use for notification messages |
| SNMPv1/v2c community string or SNMPv3 user name | SNMPv1/v2c community string or SNMPv3 user name |
| Select an interface to configure | Select an interface to configure |
| Self-originated link states | Self-originated link states |
| Send Inform messages to this host | Send Inform messages to this host |
| Send Trap messages to this host | Send Trap messages to this host |
| Send Community attribute to this neighbor | Send community attribute to this neighbor |
| Send echo messages | Send echo messages |
| Set a static ARP entry | Set a static ARP entry |
| Set authentication list for enable. | Set authentication list for enable |
| Set authentication lists for logins. | Set authentication lists for logins |
| Set buffered logging parameters | Set buffered logging parameters |
| Set key string | Set key string |
| Set priority for Designated Router election | Set priority for Designated Router election |
| Set syslog server logging level | Set syslog server logging level |

02099-00004/8441379.2

5

| | |
|---|---|
| Set the IP address of an interface | Set the IP address of an interface |
| Show QoS Class Map | Show QoS Class Map |
| Show QoS Policy Map | Show QoS Policy Map |
| show SNMPv3 groups | Show SNMPv3 groups |
| show SNMPv3 users | Show SNMPv3 users |
| Show detailed Information | Show detailed information |
| Show filesystem information | Show filesystem information |
| Show running system information | Show running system information |
| Show summary information | Show summary information |
| Show the contents of logging buffers | Show the contents of logging buffers |
| Source IP address | Source IP address |
| Source MAC address | Source MAC address |
| Source address translation | Source address translation |
| Source file path | Source file path |
| Spanning Tree Subsystem | Spanning Tree Subsystem |
| Spanning tree topology | Spanning tree topology |
| Specify a RADIUS server | Specify a RADIUS server |
| specify a notify view for the group | Specify a notify view for the group |
| specify a read view for the group | Specify a read view for the group |
| Specify a remote SNMP entity to which the user belongs | Specify a remote SNMP entity to which the user belongs |
| specify a write view for the group | Specify a write view for the group |
| Specify hosts to receive SNMP notifications | Specify hosts to receive SNMP notifications |
| Specify interval for load calculation for an interface | Specify interval for load calculation for an interface |
| Specify name of the next hop | Specify name of the next hop |
| Stamp logger messages with a sequence number | Stamp logger messages with a sequence number |
| Start IP address | Start IP address |
| String to uniquely identify this chassis | String to uniquely identify this chassis |
| Summary of database | Summary of database |
| Text for mib object sysContact | Text for mib object sysContact |
| Text for mib object sysLocation | Text for mib object sysLocation |
| The HIDDEN shared key | The HIDDEN shared key |

| | |
|---|---|
| The UNENCRYPTED (cleartext) shared key | The UNENCRYPTED (cleartext) shared key |
| The notification host's UDP port number | The notification host's UDP port number |
| The physical location of this node | The physical location of this node |
| The remote SNMP entity's UDP port number | The remote SNMP entity's UDP port number |
| time in minutes | Time in minutes |
| Time in seconds | Time in seconds |
| Trace route to destination | Trace route to destination |
| Trace route to destination address or hostname | Trace route to destination address or hostname |
| Transmission Control Protocol | Transmission Control Protocol |
| Turn off privileged commands | Turn off privileged commands |
| Turn on privileged commands | Turn on privileged commands |
| Unique ID string | Unique ID string |
| Use HMAC MD5 algorithm for authentication | Use HMAC MD5 algorithm for authentication |
| Use HMAC SHA algorithm for authentication | Use HMAC SHA algorithm for authentication |
| Use the SNMPv3 authNoPriv Security Level | Use the SNMPv3 authNoPriv security level |
| Use the SNMPv3 noAuthNoPriv Security Level | Use the SNMPv3 noAuthNoPriv security level |
| User Datagram Protocol | User Datagram Protocol |
| user using the v1 security model | User using the v1 security model |
| user using the v2c security model | User using the v2c security model |
| user using the v3 security model | User using the v3 security model |
| VPN Routing/Forwarding instance | VPN Routing/Forwarding Instance |
| Verify a file | Verify a file |
| Wait time (default 5 seconds) | Wait time (default 5 seconds) |
| engineID of the local agent | EngineID of the local agent |
| identification of the contact person for this managed node | Identification of the contact person for this managed node |
| Name of the next hop | Name of the next hop |
| Next hop address | Next hop address |
| notify view name | Notify view name |
| Rate in Kbps | Rate in Kbps |
| read view name | Read view name |
| Timeout in seconds | Timeout in seconds |

| write view name | Write view name |
|---|---|
| switch>show? | [local]host>show ? |
| ARP table | ARP table |
| Display the system clock | Display the system clock |
| show command for diagnostic | show diagnostic tests |
| Display dot1q tunnel ports | Show all enabled dot1q-tunnel ports |
| show flow control information | show interface flowcontrol information |
| Display the session command history | Display the session command history |
| Show the physical inventory | Display hardware inventory with serial number |
| IP information | IP information |
| Monitoring different system events | Mirroring information |
| shows radius information | RADIUS server attributes |
| shows tacacs+ server statistics | TACACS+ server attributes |
| System hardware and software status | show switch version information |
| VTP VLAN status | Show VLAN status |
| switch>show interface ? | localhost>show interface ? |
| Loopback interface | Loopback interface |
| Ethernet Channel of interfaces | Port-Channel Interface |
| Catalyst vlans | Vlan interface |
| Show interface capabilities information | Show interface capabilities information |
| Show interface counters | Interface counters |
| Show interface description | Show interface description |
| Show interface flowcontrol information | Show interface flowcontrol information |
| Show interface line status | Show interface line status |
| Show interface switchport information | Show interface switchport information |
| Show interface transceiver | Show interface transceiver |
| Output modifiers | Output modifiers |
| Switch>show ip ospf? | localhost(s1)#show ip ospf ? |
| Border and Boundary Router Information | Border routers |
| Database summary | Database summary |
| Interface information | Interface information |

| Neighbor list | Neighbor information |
|---|---|
| Output modifiers | Output modifiers |

IOS-XR

| Cisco Help Description | Arista Help Description |
|---|---|
| AAA group definitions | AAA group definitions |
| Specifies that an UNENCRYPTED key will follow | Specifies that an UNENCRYPTED key will follow |
| Label value | Label value |
| Exit from configure mode | Exit from configure mode |
| Configure from the terminal | Configure from the terminal |
| Include lines that match | Include lines that match |
| Exclude lines that match | Exclude lines that match |
| Begin with the line that matches | Begin with the line that matches |
| No accounting | No accounting |
| User Datagram Protocol | User Datagram Protocol |
| Global IPv6 configuration commands | Global IPv6 configuration commands |
| BFD information | BFD information |
| Display the system clock | Display the system clock |
| Show controller information | Show controller information |
| Packet counters | Packet Counters |
| debug counters | Debug Counters |
| Interval in seconds | Interval in seconds |
| Detailed information | Detailed information |
| Priority level | Priority level |
| object name | Object Name |
| Copy from current system configuration | Copy from current system configuration |
| Update (merge with) current system configuration | Update (merge with) current system configuration |
| Display the contents of a file | Display the contents of a file |
| Current operating configuration | Current operating configuration |
| Rule number | Rule number |
| Tunnel ID | Tunnel ID |
| Version number | Version number |
| IGMP host query interval | IGMP host query interval |

| | |
|---|---|
| Query interval in seconds | Query interval in seconds |
| Multicast source address | Multicast source address |
| Detailed interface information | Detailed interface information |
| Specify interface | Specify interface |
| VLAN ID | VLAN ID |
| Interface status and configuration | Interface status and configuration |
| disable the interface | Disable the interface |
| Specify interval for load calculation for an interface | Specify interval for load calculation for an interface |
| MTU (bytes) | MTU (bytes) |
| Interface events | Interface events |
| Prefix length | Prefix length |
| Set IPv6 Router Advertisement Interval | Set IPv6 Router Advertisement Interval |
| Interval in milliseconds | Interval in milliseconds |
| IPv6 information | IPv6 information |
| IPv6 interface status and configuration | IPv6 interface status and configuration |
| Brief output | Brief output |
| Set advertised NS retransmission interval | Set advertised NS retransmission interval |
| Time to Live value | Time to Live Value |
| Entry index | Entry Index |
| Destination IP Address | Destination Ip Address |
| 48-bit hardware address of ARP entry | 48-bit hardware address of ARP entry |
| IP routing table | IP routing table |
| MAC address | MAC address |
| Enable proxy ARP | Enable proxy ARP |
| Enable local proxy ARP | Enable local proxy ARP |
| route distinguisher | Route Distinguisher |
| Address family IPv4 | Address family IPv4 |
| Address family IPv6 | Address family IPv6 |
| Default vrf | Default vrf |
| Time interval in seconds | Time interval in seconds |
| Port Description TLV | Port Description TLV |

| | |
|---|---|
| System Name TLV | System Name TLV |
| System Description TLV | System Description TLV |
| System Capabilities TLV | System Capabilities TLV |
| Management Address TLV | Management Address TLV |
| Show the contents of logging buffers | Show the contents of logging buffers |
| Set buffered logging parameters | Set buffered logging parameters |
| all modules | All modules |
| Number of lines on screen (0 for no pausing) | Number of lines on screen (0 for no pausing) |
| Multicast Source Discovery Protocol (MSDP) | Multicast Source Discovery Protocol (MSDP) |
| Show detailed information | Show detailed information |
| Interface Name | Interface Name |
| Interface filter | Interface filter |
| TCP protocol | TCP protocol |
| UDP protocol | UDP protocol |
| Send echo messages | Send echo messages |
| IPv4 echo | IPv4 echo |
| IPv6 echo | IPv6 echo |
| Ping destination address or hostname | Ping destination address or hostname |
| Repeat count | Repeat count |
| datagram size | Datagram size |
| Timeout in seconds | Timeout in seconds |
| Trace route to destination | Trace route to destination |
| IPv4 Trace | IPv4 Trace |
| IPV6 Trace | IPv6 Trace |
| Trace route to destination address or hostname | Trace route to destination address or hostname |
| Open a telnet connection | Open a telnet connection |
| Port number | Port number |
| Network time protocol | Network time protocol |
| NTP status | NTP status |
| NTP associations | NTP associations |
| Key number | Key number |

| | |
|---|---|
| NTP version number | NTP version number |
| port Id | Port id |
| Port name | Port name |
| Display detailed information | Display detailed information |
| Host name | Host name |
| Sequence number | Sequence Number |
| next hop address | next hop address |
| Differentiated Services Code Point (DSCP) | Differentiated Services Code Point (DSCP) |
| Hello interval | Hello interval |
| Neighbor filter | Neighbor filter |
| Number of MAC addresses | Number of MAC addresses |
| Show PTP interface information | Show PTP interface information |
| Set IP DSCP (DiffServ CodePoint) | Set IP DSCP (DiffServ CodePoint) |
| Show detailed output | Show detailed output |
| Time in minutes | Time in minutes |
| Specify a RADIUS server | Specify a RADIUS server |
| Radius configuration | RADIUS configuration |
| Next Hop | Next hop |
| AS Number | AS Number |
| BGP timers | BGP Timers |
| Keepalive interval | Keepalive interval |
| Hold Time | Hold time |
| Open Shortest Path First (OSPF) | Open Shortest Path First (OSPF) |
| Redistribution of OSPF routes | Redistribution of OSPF routes |
| Redistribute OSPF external routes | Redistribute OSPF external routes |
| Redistribute OSPF internal routes | Redistribute OSPF internal routes |
| Administratively shut down this neighbor | Administratively shut down this neighbor |
| Define an administrative distance | Define an administrative distance |
| BGP distance | BGP distance |
| Delay value (seconds) | Delay value (seconds) |
| IPv4 address family | IPv4 address family |

| | |
|---|---|
| IPv6 address family | IPv6 address family |
| IS-IS instance name | IS-IS instance name |
| Address Family modifier | Address family modifier |
| Suppress routing updates on this interface | Suppress routing updates on this interface |
| Detailed Output | Detailed Output |
| Neighbor information | Neighbor information |
| Process ID | Process ID |
| Control distribution of default information | Control distribution of default information |
| Distribute a default route | Distribute a default route |
| Metric value | Metric value |
| Database summary | Database summary |
| Advertising Router link states | Advertising Router link states |
| Self-originated link states | Self-originated link states |
| Filter by Interface Name | Filter by Interface Name |
| Border and Boundary Router Information | Border and Boundary Router Information |
| Interface information | Interface information |
| Neighbor list | Neighbor list |
| Display OSPF router ids as DNS names | Display OSPF router IDs as DNS names |
| Enable authentication | Enable authentication |
| Suppress routing updates on an interface | Suppress routing updates in an interface |
| Brief interface information | Brief interface information |
| ASBR summary link states | ASBR summary link states |
| External link states | External link state |
| Network link states | Network link states |
| NSSA External link states | NSSA External link states |
| Opaque Area link states | Opaque Area link states |
| Opaque AS link states | Opaque AS link states |
| Opaque Link-Local link states | Opaque Link-Local link states |
| Router link states | Router link states |
| Network summary link states | Network summary link states |
| Connected routes | Connected routes |

| | |
|---|---|
| Threshold value | Threshold value |
| Traffic class | Traffic class |
| Source MAC address | Source MAC address |
| Destination MAC address | Destination MAC address |
| SNMP statistics | SNMP statistics |
| Name of the group | Name of the group |
| Name of the user | Name of the user |
| Name of the view | Name of the view |
| SNMP community string | SNMP community string |
| MIB view to which the community has access | MIB view to which this community has access |
| String to uniquely identify this chassis | String to uniquely identify this chassis |
| Unique ID string | Unique ID string |
| Text for mib Object sysContact | Text for mib object sysContact |
| identification of the contact person for this managed node | Identification of the contact person for this managed node |
| Configure a local or remote SNMPv3 engineID | Configure a local or remote SNMPv3 engineID |
| engineID of the local agent | EngineID of the local agent |
| engineID of the remote agent | EngineID of a remote agent |
| Text for mib Object sysLocation | Text for mib object sysLocation |
| The physical location of this node | The physical location of this node |
| Define an SNMPv2 MIB view | Define an SNMPv2 MIB view |
| MIB view family name | MIB view family name |
| MIB family is included in the view | MIB family is included in the view |
| MIB family is excluded from the view | MIB family is excluded from the view |
| Define a user who can access the SNMP engine | Define a user who can access the SNMP engine |
| Group to which the user belongs | Group to which the user belongs |
| Specify a remote SNMP entity to which the user belongs | Specify a remote SNMP entity to which the user belongs |
| authentication parameters for the user | Authentication parameters for the user |
| Use HMAC MD5 algorithm for authentication | Use HMAC MD5 algorithm for authentication |
| Use HMAC SHA algorithm for authentication | Use HMAC SHA algorithm for authentication |
| user using the v1 security model | User using the v1 security model |
| user using the v2c security model | User using the v2c security model |

| user using the v3 security model | User using the v3 security model |
|---|---|
| Define a User Security Model group | Define a User Security Model group |
| group using the v1 security model | Group using the v1 security model |
| group using the v2c security model | Group using the v2c security model |
| group using the User Security Model (SNMPv3) | Group using the User Security Model (SNMPv3) |
| Context name | Context name |
| read view name | Read view name |
| specify a write view for this group | Specify a write view for the group |
| write view name | write view name |
| specify a notify view for the group | Specify a notify view for the group |
| notify view name | Notify view name |
| Specify hosts to receive SNMP notifications | Specify hosts to receive SNMP notifications |
| Send Trap messages to this host | Send Trap messages to this host |
| Send Inform messages to this host | Send Inform messages to this host |
| SNMP version to use for notification messages | SNMP version to use for notification messages |
| Group number | Group number |
| Set TACACS+ encryption key | Set TACACS+ encryption key |
| Wait time (default 5 seconds) | Wait time (default 5 seconds) |
| Specify a TACACS+ server | Specify a TACACS+ server |
| Select an interface to configure | Select an interface to configure |
| User name | User name |
| Virtual terminal | Virtual terminal |
| Topology Information | Topology information |
| Track an interface | Track an interface |
| Session information | Session information |
| Clear platform information | Clear platform information |