# EXHIBIT S

- **Gourlay**
    - Arista – 18 minutes
    - Cisco – 11 minutes
    - Exhibits Disclosed
        - None

1129986.01

Case 5:14-cv-05344-BLF   Document 763-22   Filed 01/31/17   Page 3 of 15

Cisco v Arista



## Gourlay, Doug (Vol. 01) - 05/20/2016

1 CLIP  (RUNNING 00:29:11.927)



GOURLAY_ALL                    70 SEGMENTS  (RUNNING 00:29:11.927)



**1. PAGE 12:07 TO 12:09 (RUNNING 00:00:03.679)**

```
07        Q.   Would you please state your full name for
08   the record.
09        A.   Douglas Allen Gourlay.
```

**2. PAGE 21:02 TO 21:21 (RUNNING 00:01:17.353)**

```
02        Q.   What is your first job after graduating
03   from college?
04        A.   United States Army, infantry officer,
05   platoon leader and company commander.
06        Q.   When did you begin working for the
07   United States Army?
08        A.   1992.
09        Q.   How long did you work for the
10   United States Army?
11        A.   1992 until I got out of active duty in
12   1997.  And I got out of the reserves in 2000.
13        Q.   What was your next job after the
14   United States Army?
15        A.   Did a consulting gig for a little while
16   that turned into Icon Office Solutions, their
17   technology services division.  Following that I was
18   hired by Cisco Systems, spring of 1998.
19        Q.   What was your first position at Cisco?
20        A.   Systems engineer, two blocks from here,
21   the San Francisco financial region.
```

**3. PAGE 22:09 TO 23:12 (RUNNING 00:01:38.671)**

```
09        A.   Sure.  Absolutely.
10             I was a systems engineer until 2000.  At
11   that point they moved me to a corporate role as a
12   technical marketing engineer and shortly thereafter
13   product manager, responsible for the server load
14   balancing with content networking products.
15             Mid 2001 I was promoted to a senior
16   manager of product marketing and product management
17   and I was moved to the Catalyst 6500 product line,
18   where I was responsible for all software product
19   management for the switching businesses.
20             The product -- project I ran was bringing
21   IOS to the switching product lines.  We call it
22   native IOS.  I did that until 2004 when I took over
23   product management for the Catalyst 6500 product
24   line hardware and software.
25             Following that, I took over and was given
00023:01   responsibility for the Nexus product line, which is
02   Cisco's data center product division, which we
03   created.  I ran product management and later
04   marketing for the Nexus product line from 2004 to
05   2006.
06             In 2006, I was promoted to vice president
07   and given -- given responsibility for and then
08   promoted to vice president in the role for product
09   management and marketing for Cisco's data center
10   group.  Then had oversight for the -- all the
```

**CONFIDENTIAL**                                                                                               page 1

```
            11     switching products, security products, storage
            12     products, server products and so on.
```

### 4. PAGE 26:01 TO 26:02 (RUNNING 00:00:05.313)

```
   00026:01        Q.   When did you leave Cisco?
        02        A.   June 2009.
```

### 5. PAGE 26:15 TO 26:18 (RUNNING 00:00:12.816)

```
            15        Q.   What did you do after the sabbatical?
            16        A.   I did consulting work with Arista Networks
            17    for two months.  Then started full-time employment
            18    with them in September/October of -- of 2009.
```

### 6. PAGE 26:19 TO 27:01 (RUNNING 00:00:20.806)

```
            19        Q.   What was your first position at Arista?
            20        A.   Vice president of marketing.
            21        Q.   How long did you hold the vice president
            22    of marketing position at Arista?
            23        A.   Pretty much the entire time I was there.
            24        Q.   And when did you leave employment at
            25    Arista?
   00027:01        A.   September 30th, 2014.
```

### 7. PAGE 27:02 TO 27:06 (RUNNING 00:00:12.404)

```
            02        Q.   Where did you go after Arista?
            03        A.   Skyport Systems.
            04        Q.   Are you currently employed by Skyport
            05    Systems?
            06        A.   Yes, I am.
```

### 8. PAGE 37:20 TO 37:22 (RUNNING 00:00:04.664)

```
            20             Have you ever seen a Cisco switch at
            21    Arista?
            22        A.   Yes.
```

### 9. PAGE 38:07 TO 38:08 (RUNNING 00:00:04.349)

```
            07        Q.   What, if any, interaction did you have
            08    with that Cisco switch?
```

### 10. PAGE 38:10 TO 38:13 (RUNNING 00:00:10.408)

```
            10             THE WITNESS:  I think I did a port
            11    comparison of it to the switch next to it and I was
            12    showing -- explaining to a new employee what the
            13    differences were between the products.
```

### 11. PAGE 38:20 TO 38:23 (RUNNING 00:00:07.381)

```
            20        Q.   Where did you see the Cisco switches at
            21    Arista that you recall seeing?
            22        A.   In the lab, proof of concept and
            23    interoperability lab.
```

### 12. PAGE 39:03 TO 39:11 (RUNNING 00:00:40.359)

```
            03        Q.   Who else at Arista would have access to
            04    the Cisco switches in the lab at Arista?
            05        A.   Most every systems engineer, proof of
            06    concept lab, software developer.  At that time we
            07    weren't exactly restricting access to devices.
            08        Q.   Did Arista keep records of who had access
            09    to the lab?
            10        A.   No.  Every keycard was valid.  We weren't
            11    worried about employees stealing things.
```

**13. PAGE 43:06 TO 43:19 (RUNNING 00:00:35.556)**

```
06          Q.   Did you do any work on command-line
07     interfaces while you were at Cisco?
08          A.   Yes.
09          Q.   What work did you do on command-line
10     interfaces at Cisco?
11          A.   When we ported native IOS from routers to
12     switches, that was a project I was leading from a
13     product management perspective^ ., we had to address
14     things like interface ranges; we also brought out
15     the first identity based network and access system
16     for switches and so it was the 802.1 ex-protocol
17     implementation.
18               We were extremely creative with our
19     taxonomy on the CLI.
```

**14. PAGE 44:19 TO 45:11 (RUNNING 00:00:52.266)**

```
19               In what way did that process involve
20     creativity in the naming process?
21          A.   You had to figure out what you wanted the
22     CLI to say, how were people going to enter onto a
23     specific port and configure that port to recognize
24     that it was supposed to not forward by default, but
25     instead quarentine the traffic until it received a
00045:01    MAC layer authentication from the first hop adjacent
02     hubs.
03          Q.   And there would be more than one way to do
04     that?
05          A.   You could do authentication via user name
06     password; you could bypass that and use MAC address;
07     you could use the OID of the MAC address; I could
08     take the third octave of the requested ID address
09     and transpose that with the V line number.
10               All of these became configurable options
11     over time.
```

**15. PAGE 45:12 TO 45:15 (RUNNING 00:00:09.682)**

```
12          Q.   How did you choose which one of those
13     options to go with?
14          A.   Whoever was going to write the biggest PO
15     the fastest and what that customer wanted.
```

**16. PAGE 45:16 TO 46:01 (RUNNING 00:00:37.820)**

```
16          Q.   Was there a choice involved in what seemed
17     the most natural for the user?
18          A.   Always.  You had to -- you wanted it to be
19     intuitive; you wanted to find a way to -- the people
20     wouldn't have to think about what command to enter,
21     that it would be natural to them.  The analogy I
22     often use is that of a telephone dial; you want it
23     to be familiar.
24          Q.   Are you familiar with something called the
25     parser-police at Cisco?
00046:01    A.   Yes.
```

**17. PAGE 46:09 TO 46:11 (RUNNING 00:00:05.040)**

```
09          Q.   You had a different perspective than the
10     parser-police?
11          A.   Very much so.
```

**18. PAGE 46:17 TO 46:22 (RUNNING 00:00:16.760)**

```
17          Q.   The fact that you disagreed with what the
18     parser-police was doing, would you agree that that
19     speaks to the fact that reasonable minds can differ
```

## Cisco v Arista

```
      20   with respect to what the best CLI command is in any
      21   given instance?
      22        A.   Yes.
```

**19. PAGE 72:09 TO 73:01 (RUNNING 00:00:53.344)**

```
      09        Q.   What's the benefit to a customer in not
      10   having to operationally retrain its data center
      11   staff?
      12        A.   You keep the U.S. financial system up and
      13   running.
      14        Q.   What do you mean by that?
      15        A.   Because if I screwed it up, I'd crash the
      16   entire New York Stock Exchange, NASDAQ and every
      17   major financial up in the world.  That's what
      18   happens when you screw up on a network device.  The
      19   fundamental difference between a network element and
      20   a server is you crash a server, you lose one device.
      21   I screw up a switch, I lose 48 servers.  I screw up
      22   a routing protocol, I can crash your entire network.
      23   It could bring AT&T down.  That's why you want it
      24   operationally consistent, so you don't cause network
      25   outages and cause financial distress in the global
00073:01   economy.
```

**20. PAGE 73:07 TO 73:11 (RUNNING 00:00:21.591)**

```
      07        Q.   If Arista went to an investment bank in
      08   the financial services sector and wanted to sell
      09   switches to that bank, couldn't Arista provide
      10   training in a new CLI to that bank as part of its
      11   package to sell new switches?
```

**21. PAGE 73:15 TO 74:07 (RUNNING 00:00:51.840)**

```
      15             THE WITNESS:  I went driving in
      16   New Zealand six months before I left Arista.  I was
      17   driving on back roads.  It was Christmas Day.  It
      18   was quite fun.
      19             THE REPORTER:  Slow down a little bit.
      20             THE WITNESS:  I turned around a corner and
      21   there was a camper van head-on at me, which way did
      22   I turn?
      23             I turned right like any person driving in
      24   North America or anywhere in the world except about
      25   six countries does, and when I did that I collided
00074:01   head-on with a camper van.  It's muscle memory.  15
      02   to 20 years of engrained expertise typing right map,
      03   typing show config, typing show interface; the same
      04   commands that every vendor in our industry uses.
      05             And, yeah, you don't want to crash head-on
      06   with a camper van; it's in not pretty, messed up my
      07   Ford Fiesta.
```

**22. PAGE 74:22 TO 74:23 (RUNNING 00:00:04.849)**

```
      22        Q.   Arista could approach Cisco for -- for a
      23   license to its CLI, correct?
```

**23. PAGE 75:03 TO 75:05 (RUNNING 00:00:04.969)**

```
      03             THE WITNESS:  I suppose they could, but I
      04   kept seeing it called industry standard CLI
      05   everywhere I looked.
```

**24. PAGE 75:07 TO 75:09 (RUNNING 00:00:05.223)**

```
      07        Q.   Did Arista ever approach Cisco for a
      08   CLI -- for a license to its CLI?
      09        A.   Not to my knowledge.
```

## Cisco v Arista

**25. PAGE 75:13 TO 75:18  (RUNNING 00:00:22.765)**

```
13               THE WITNESS:  I was at Cisco when I knew
14   Arista was using a CLI that had a consistent look
15   and feel to the same CLI used largely by
16   Foundry Networks, Xtreme Networks, parts of Juniper
17   Networks, Cisco Systems and a host of other network
18   intel-com providers.
```

**26. PAGE 75:20 TO 75:22  (RUNNING 00:00:08.302)**

```
20        Q.   So you're saying that while you were still
21   employed by Cisco you had knowledge of Arista's CLI?
22        A.   Yes.
```

**27. PAGE 76:12 TO 76:21  (RUNNING 00:00:22.964)**

```
12        Q.   You interacted with a -- an Arista switch
13   while you were employed by Cisco?
14        A.   Yes.
15        Q.   Where did you do that?
16        A.   At a couple customer sites, and I believe
17   we had acquired one of them by then when I was at
18   Cisco.  It was a 7124S, acquired for internal
19   testing.
20        Q.   Where did you see that?
21        A.   It would have been one of the labs.
```

**28. PAGE 76:25 TO 77:02  (RUNNING 00:00:15.577)**

```
    25        Q.   When was this that you saw this switch?
00077:01        A.   It would have been in early 2009.  We had
    02   a competitive testing lab at Cisco.
```

**29. PAGE 82:20 TO 83:01  (RUNNING 00:00:21.544)**

```
    20        Q.   What customers did you speak with
    21   regarding Arista's CLI while you were employed at
    22   Cisco?
    23        A.   Goldman Sachs.  Morgan Stanley.  Merrill
    24   Lynch.  I was Cisco's executive sponsor for Morgan
    25   Stanley and covered a lot of the financial services
00083:01   market.
```

**30. PAGE 84:04 TO 84:19  (RUNNING 00:00:46.408)**

```
04        Q.   Do you remember what Goldman Sachs told
05   you about the Arista CLI?
06        A.   The similar look and feel.  The majority
07   of the conversation was around the need to get out
08   from under Cisco, that they felt Cisco had a
09   monopoly on their business and that they wanted an
10   alternative vendor in their infrastructure.
11             And then we focused on the latency
12   aspects.  They asked me when I would have a
13   competitive product.
14        Q.   What did you discuss with Morgan Stanley
15   about the --
16        A.   Those three --
17        Q.   -- Arista CLI?
18        A.   Those three were all very consistent.
19   I'll just save you the trouble.
```

**31. PAGE 85:18 TO 86:05  (RUNNING 00:00:36.945)**

```
18        Q.   Did you report the conversations with
19   Goldman Sachs, Morgan Stanley, and Merrill Lynch to
20   anyone else at Cisco?
21        A.   I know I did.  It would have been
22   certainly the sales leads on those teams, who I
23   don't remember who they were at that time.  They
```

```
            24     were involved in those conversations and helping me
            25     set them up.
      00086:01              Certainly communicated those to
            02     John McCool, Tom Edsall, and some of the folks
            03     running engineering.  I was trying to prioritize a
            04     program we had called Electra that was a low latency
            05     switch coming from Cisco.
```

### 32. PAGE 86:06 TO 86:09  (RUNNING 00:00:11.631)

```
            06           Q.   Did you -- who did you specifically report
            07     to that Goldman Sachs had said that the Arista CLI
            08     had a similar look and feel to Cisco's CLI?
            09           A.   I don't remember.
```

### 33. PAGE 86:19 TO 86:25  (RUNNING 00:00:23.645)

```
            19           Q.   I'm sorry.  So I just want to be clear.
            20     Who did you tell at Cisco that Goldman Sachs had
            21     said that the Arista CLI had a similar look and feel
            22     to Cisco's CLI?
            23           A.   I know I told the engineering leads for
            24     the switching group at that time, which would have
            25     been Tom Edsall and John McCool.
```

### 34. PAGE 94:11 TO 96:12  (RUNNING 00:02:36.341)

```
            11                What did you tell --
            12           A.   Sure.
            13           Q.   -- Arista's sales staff to say about
            14     Arista's CLI as part of their sales pitch?
            15           A.   It's funny; I think this here makes a
            16     bigger deal out of it than we ever did.
            17                It was an objection to be removed; it
            18     wasn't part of selling the product.  We sold the
            19     product based on it being bluntly bigger, faster,
            20     denser, cheaper, lower power and lower latency.
            21     That -- that was the sales pitch.
            22                Initial customer insertion was always --
            23     you know, it was the hardware.  It frustrated me to
            24     no end because I wanted it to be about the software;
            25     Ken Duda wanted it to be about the software, and it
      00095:01     was always what Andy did.  It was always bigger,
            02     faster, denser, cheaper, lower power, lower latency
            03     that got us through the door.
            04                Once we were in, we expanded in the
            05     customers' install base because of the reliability
            06     of the operating system.  The familiarity of the
            07     command line ill interpreter removed friction in the
            08     sales process, removed an objection that a customer
            09     would have.  It was almost always the, you know,
            10     Cisco bigot in the account who had a CCIE, Cisco
            11     made his career.  This one guy actually had a --
            12     literally had a credit card open at a bar that every
            13     night he could go drink and the Cisco account team
            14     picked it up every night for him.  And that guy
            15     loved Cisco, rightly so, built his career on them.
            16                And to get that person to say I'm willing
            17     to entertain an additional vendor in my
            18     infrastructure, they would throw lots of obstacles
            19     in your path.  Some real; some not so real.  We
            20     called it FUD, fear, uncertainty, doubt.
            21                They would throw FUD out there to try to
            22     convince everybody else that the decision they were
            23     making was the one that was the right technical
            24     decision for the business that was to stay with
            25     Cisco.
      00096:01                We had to have a counter for every element
```

```
02   of FUD that they would throw.  The analogy I often
03   used was AVIS.  AVIS was number two.  Their motto
04   was:
05            We try harder.
06            You have to displace an incumbent with an
07   80-plus percent market share position.
08            So we did.  We had to have a counter for
09   every bit of FUD.
10            One of the things that customers would
11   throw was, like I indicated earlier, muscle memory,
12   not familiar with the CLI.
```

**35. PAGE 102:06 TO 102:08 (RUNNING 00:00:10.621)**

```
06       Q.  I've handed you what's been marked as
07   Exhibit 1101.  It's a one-page document Bates
08   stamped ARISTA NDCA12249249.  You can take whatever
```

**36. PAGE 102:17 TO 102:20 (RUNNING 00:00:08.782)**

```
17       Q.  So the e-mail at the bottom of this page
18   is an e-mail dated August 10, 2011, from you.
19           Do you see that?
20       A.  Yes.  Yes, I do.
```

**37. PAGE 103:02 TO 104:13 (RUNNING 00:01:28.989)**

```
02       Q.  In this e-mail you write to Sean; that's
03   Sean Hafeez; is that right?
04       A.  Yes.
05       Q.     "Sean, can you get us some screen caps
06              from a Cisco 49XX and an Arista 7XXX that
07              shows same commands being executed on
08              both, such as wr space t, show ver, show
09              int, et cetera?"
10           Do you see that?
11       A.  Yes, I do.
12       Q.  Those are three CLI commands; is that
13   correct?
14       A.  Yes, they are.
15       Q.  Then you go on to say:
16              "Basically, I want to use these to show
17              how similar we are to Cisco's CLI syntax."
18           Do you see that?
19       A.  I absolutely do.
20       Q.  Then you go on to say:
21              "We need these urgently for the Samsung
22              opportunity."
23           Do you see that?
24       A.  Yeah.  Actually, I -- I can see all of it.
25       Q.  When you say:  "The Samsung opportunity,"
00104:01   what were you referring to?
02       A.  There was a sales opportunity at Samsung
03   where, in my conversations with the sales team, the
04   customer raised the objection of muscle memory and
05   familiarity with the command line interpreter and
06   wanted to ensure they would have a low barrier to
07   entry to adopting the Arista technologies in their
08   environment.
09           I don't believe we won that, but I don't
10   have a very clear recollection of that specific
11   opportunity and how it turned out.  I did spend a
12   lot of time with the Asia-PAC customers.  I
13   really -- mostly in financials.
```

**38. PAGE 110:05 TO 110:05 (RUNNING 00:00:03.116)**

```
05       Q.  I've handed you what's been marked as
```

**Cisco v Arista**

**39. PAGE 110:06 TO 110:13  (RUNNING 00:00:31.113)**

```
06    Exhibit 1002.  It's Bates stamped ARISTA
07    NDCA12244290 through 44300.
08              This is the same e-mail that we just
09    looked at at the back end, with some additional
10    e-mails at the front end.
11         A.   Yes, I concur.
12         Q.   Okay.  And this time there's also an
13    attachment at the back.
```

**40. PAGE 123:02 TO 123:03  (RUNNING 00:00:05.306)**

```
02         Q.   Why not just switch to using eAPIs and get
03    rid of the CLI?
```

**41. PAGE 123:06 TO 123:18  (RUNNING 00:00:39.176)**

```
06              THE WITNESS:  I was waiting for it.
07              For the same reason this court reporter
08    here is using his fingers and engaging with the
09    keyboard.  People type; it's how you troubleshoot
10    and interact with the system; it's why your laptop
11    has a keyboard.  Why don't I get rid of your
12    keyboard?  How functional would you be on your
13    laptop?  Hard to type e-mails, isn't it?
14    BY MS. CANDIDO:
15         Q.   But if the -- if the switches can be
16    configured by programs, is it necessary to still
17    have a CLI to configure switches?
18         A.   You can use a mouse --
```

**42. PAGE 123:20 TO 124:10  (RUNNING 00:00:46.124)**

```
20              THE WITNESS:  You could use a mouse and
21    click letter by letter all day, but what's faster
22    and easier for you and what's more familiar?  You
23    use a keyboard; it's what you're familiar with.  You
24    don't need a keyboard to interact with your laptop,
25    but you do it.
00124:01           By the way, just in the same token, a
02    really fun prank we used to do on people in college
03    is you'd go change their keyboard formatting from
04    English classical American to Dvorak or to Swahili
05    and then watch them try to type their term papers.
06    That's what happens if you change the CLI.  All the
07    keys are still there; they're just not where you
08    think they are and they're not labeled right.
09    Muscle memory fails you; you don't get your term
10    paper done on time.
```

**43. PAGE 136:22 TO 137:22  (RUNNING 00:01:16.752)**

```
22         Q.   Were customers asking for eAPIs in June
23    2012 timeframe?
24         A.   Customers were asking for ways to
25    programatically interface with switches, the big
00137:01    cloud customers specifically, more so than the
02    enterprises.
03         Q.   Can you give me some examples of Arista
04    customers that were asking for the ability to
05    programmatically interact with Arista's switches?
06         A.   Microsoft.  Google.  EBay.
07              A very good example would be a project we
08    did -- I can't remember the time frame.  I think it
09    was 2010, 2011 -- with eBay on Zero Touch
10    Provisioning.  This is a capability that we built
11    that would allow a switch, without a human touching
12    it, actually, to boot up, connect to a network,
```

```
        13   identify where it sat, convey some information about
        14   itself to a central server, receive back a
        15   configuration file, instantiate that configuration
        16   file and add itself to the network without a human
        17   touching it. We built and we called it ZTP, Zero
        18   Touch Provisioning.
        19            Six months to 12 months thereafter, Cisco
        20   came out with POAP, Power On Auto Provisioning,
        21   which looks and feels exactly like the same model we
        22   did with ZTP.
```

**44. PAGE 142:13 TO 143:05  (RUNNING 00:00:44.499)**

```
        13        Q.  Do you recall attending Cisco Live in
        14   2011?
        15        A.  Absolutely.
        16        Q.  Did you obtain a document called an Arista
        17   sales playbook at Cisco Live in 2011?
        18        A.  I was given a document called
        19   Cisco-Arista -- Arista sales playbook, 07/01/2011,
        20   yes, while I was at Cisco Live.
        21        Q.  Who gave you the Arista sales playbook at
        22   Cisco Live?
        23        A.  A Cisco technical marketing engineer who
        24   was showing off about how they had beat Arista in
        25   competitive testing, how they had our number and how
00143:01   they were going to own us and kick us out of the
     02   financial trading market.
     03        Q.  Do you recall the name of that Cisco sales
     04   marketing tech engineer?
     05        A.  I believe it was Jaylyn Duncan.
```

**45. PAGE 196:23 TO 197:02  (RUNNING 00:00:16.238)**

```
        23        Q.  Were you involved in any way in the Huawei
        24   litigation while you were at Cisco related to CLI?
        25        A.  I was asked some questions about it, but
00197:01   it wasn't about the CLI. The Huawei litigation was
     02   about source code being stolen.
```

**46. PAGE 197:11 TO 197:15  (RUNNING 00:00:10.903)**

```
        11        Q.  And I take it from your prior answer that
        12   your involvement in connection with that case did
        13   not involve the CLI-related aspects of that case; is
        14   that correct?
        15        A.  It did not.
```

**47. PAGE 200:05 TO 201:04  (RUNNING 00:01:32.577)**

```
        05        Q.  Mr. Gourlay, while you were at Arista, do
        06   you recall any customer who bought Arista's switches
        07   primarily because its CLI was similar to Cisco's?
        08        A.  Primarily, no. We won, like I was saying
        09   initially, it was because we were bigger, faster,
        10   denser, cheaper, lower power, lower latency.
        11            I mean, I would repeat that like a mantra,
        12   which is why I still say it in the same order and
        13   cadence every time even seven years later.
        14            The -- if we didn't have the CLI look and
        15   feel, it was an objection. But if they were buying
        16   primarily -- if they were buying a switch primarily
        17   because it had a Cisco's CLI, they'd be buying a
        18   Cisco switch. They weren't buying a Cisco switch;
        19   they were buying an Arista switch.
        20            There was some other reason they were
        21   purchasing it, and initially it was always the
        22   hardware, bigger, faster, denser, cheaper, lower
        23   power, lower latency, that morphed to subsequent
```

```
        24   engagements with that same customer once they
        25   adopted it, being the reliability of the operating
00201:01   system, more rapid patch fixes, you know, process
        02   level restarts and things like that, being why they
        03   maintained and then generally grew that Arista
        04   plant.
```

**48. PAGE 201:13 TO 201:16  (RUNNING 00:00:11.643)**

```
        13        Q.   Is it a fair statement that you have, at
        14   various points today, used the term "creativity" in
        15   connection with discussing the development of CLI
        16   commands?
```

**49. PAGE 201:25 TO 201:25  (RUNNING 00:00:00.676)**

```
        25        A.   I did.
```

**50. PAGE 202:02 TO 202:07  (RUNNING 00:00:17.811)**

```
        02             THE WITNESS:   Today I used the word
        03   "creativity" in the context of the command line,
        04   usually with the intonation and tonality that would
        05   indicate sarcasm at the complete lack of creativity
        06   and innovation that went into the command lines we
        07   often created.
```

**51. PAGE 202:14 TO 202:18  (RUNNING 00:00:19.058)**

```
        14        Q.   And do you recall any time today when you
        15   have used the term "creativity" in conjunction with
        16   the development of CLI commands where you have been
        17   serious as opposed to being joking or -- or -- or
        18   anything along those lines?
```

**52. PAGE 202:21 TO 203:10  (RUNNING 00:00:59.231)**

```
        21             THE WITNESS:   The configuration commands
        22   and CLI commands that we discussed today, there were
        23   5 of them; WR space T, show VER, show INT, XMPP, and
        24   VM Tracer.
        25             I would argue amongst those the VM Tracer
00203:01   one was probably the only one that had any
        02   creativity to it, inasmuch as I had to figure out a
        03   name for the feature.  The other names were
        04   already -- oh, and, sorry, 6th, dot1X.
        05             The others were already named.  They were
        06   already part of industry standards in the IETF and
        07   other well-known open standards bodies or things
        08   like show version, show interface, and WR space T.
        09   I just have a hard time saying that the use of those
        10   was creative in any capacity.
```

**53. PAGE 205:01 TO 205:03  (RUNNING 00:00:09.929)**

```
00205:01   do you recall, during your time at Cisco, any
        02   discussions within Cisco suggesting that it should
        03   prohibit any competitor from having a similar CLI?
```

**54. PAGE 205:05 TO 205:09  (RUNNING 00:00:16.641)**

```
        05             THE WITNESS:   I never remember any
        06   meetings.  I never remember being in any meetings
        07   where we ever discussed the CLI as being, you know,
        08   proprietary to us or preventing other people from
        09   using it.
```

**55. PAGE 205:11 TO 205:15  (RUNNING 00:00:10.509)**

```
        11        Q.   Did Cisco typically tell customers that
        12   its CLI was proprietary to Cisco, during your time
```

## Cisco v Arista

```
        13    at Cisco?
        14         A.   We never told customers it was proprietary
        15    to Cisco when I was there.
```

**56. PAGE 206:02 TO 206:13 (RUNNING 00:00:37.957)**

```
        02         Q.   During your time at Cisco, are you aware
        03    of Cisco referring to its CLI as an industry
        04    standard?
        05         A.   We did in several large bids to government
        06    organizations when we wanted to show that we were
        07    interoperable and not proprietary.  When the
        08    customer was looking for open and interoperability
        09    as a key decision-making criteria, we used that
        10    exact term.
        11         Q.   You may have just answered this, but do
        12    you know why Cisco did not tell customers that its
        13    CLI was proprietary in the typical case?
```

**57. PAGE 206:15 TO 206:16 (RUNNING 00:00:02.480)**

```
        15              THE WITNESS:  It's not what we ever
        16    ascribed value to.
```

**58. PAGE 209:10 TO 209:11 (RUNNING 00:00:06.994)**

```
        10         Q.   Did the testing of competitor products in
        11    Cisco's labs typically involve use of their CLIs?
```

**59. PAGE 209:13 TO 209:14 (RUNNING 00:00:01.914)**

```
        13              THE WITNESS:  It's the only way to test
        14    it.
```

**60. PAGE 211:12 TO 211:16 (RUNNING 00:00:18.811)**

```
        12              Putting aside whether or not a Cisco
        13    employee would necessarily have had to have used the
        14    CLI to test the device, do you have any personal
        15    knowledge that when Cisco employees, in fact, tested
        16    devices they were using the CLI?
```

**61. PAGE 211:18 TO 211:23 (RUNNING 00:00:18.017)**

```
        18              THE WITNESS:  Yes.  I have personal
        19    knowledge because the competitive testing reports
        20    that we saw on Cisco versus Arista had the output of
        21    the Arista CLI in the competitive testing report.
        22              And the same for every other vendor we
        23    tested.
```

**62. PAGE 217:04 TO 217:06 (RUNNING 00:00:08.742)**

```
        04         Q.   You agree that one of the bases for your
        05    view that the CLI is not valuable is that Cisco has
        06    not filed IP filings to protect it, correct?
```

**63. PAGE 217:08 TO 217:09 (RUNNING 00:00:02.620)**

```
        08              THE WITNESS:  That is one of the factors,
        09    yes.
```

**64. PAGE 219:09 TO 219:14 (RUNNING 00:00:12.184)**

```
        09         Q.   My question is related to whether you were
        10    aware that Cisco sued Huawei, in part, for Huawei's
        11    copyright infringement of Cisco's CLI in that
        12    lawsuit?
        13         A.   We never discussed it internally that I
        14    know of.
```

## Cisco v Arista

**65. PAGE 219:18 TO 219:20 (RUNNING 00:00:05.504)**

```
18      Q.   If Cisco sued Huawei for Huawei's
19 copyright infringement --
20      A.   Big if.  Did they?
```

**66. PAGE 219:22 TO 220:04 (RUNNING 00:00:12.172)**

```
  22           I'll represent to you that Cisco sued
  23 Huawei for copyright infringement of Cisco's CLI
  24 commands.
  25      A.   Is that the same case -- I'm just curious.
00220:01 Was it the same case as where they sued them for
  02 stealing the source code?
  03      Q.   Yes.
  04      A.   Okay.
```

**67. PAGE 220:05 TO 220:07 (RUNNING 00:00:08.382)**

```
05      Q.   But you would agree that that is, in fact,
06 Cisco prohibiting a competitor from using its CLI
07 commands --
```

**68. PAGE 220:10 TO 220:10 (RUNNING 00:00:00.740)**

```
10      Q.   -- correct?
```

**69. PAGE 222:01 TO 222:05 (RUNNING 00:00:17.400)**

```
00222:01           THE WITNESS:  Everything that was in the
  02 public press from Cisco was regarding -- and every
  03 external message we said that I was ever privy to or
  04 read was that Huawei stole our source code.  It
  05 sucked.  It was a horrible thing to do.
```

**70. PAGE 231:13 TO 231:17 (RUNNING 00:00:15.051)**

```
13      Q.   Do you recall any customers who bought
14 Arista switches in which the CLI being similar to
15 Cisco was at least a factor in their decision to buy
16 from Arista?
17      A.   Absolutely, yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:29:11.927)**

△ DEFENDANT △

United States District Court
Northern District of California

Case No. 5:14-cv-05344-BLF
Case Title Cisco Systems v. Arista Networks
Exhibit No. 9079
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk