# EXHIBIT T

**<u>Depo Designation Tracking</u>**

- **<u>Satz</u>**
  - Arista – 7 minutes
  - Cisco – 7 minutes
  - Exhibits Disclosed

## Satz, Greg L. (Vol. 01) - 03/23/2016

**1 CLIP (RUNNING 00:14:10.719)**

Good morning, Mr. Satz. Can you please ...

**SATZ_ALL** **32 SEGMENTS (RUNNING 00:14:10.719)**

**1. PAGE 5:17 TO 5:22 (RUNNING 00:00:13.888)**

Q. Good morning, Mr. Satz. Can you please state your full name.
A. Greg Leonard Satz.
Q. Mr. Satz, you are not represented by counsel today; is that right?
A. Correct.

**2. PAGE 8:01 TO 8:11 (RUNNING 00:00:38.412)**

Q. All right. And when did you leave Cisco?
A. 2003.
Q. For what period of time were you employed by Cisco?
A. From 1987 through 2003, and I worked for Cisco prior without a paycheck.
Q. What positions did you hold at Cisco?
A. Titled positions were engineer, software engineer. I was a software manager and then a software director.

**3. PAGE 8:12 TO 8:17 (RUNNING 00:00:21.090)**

Q. Can you tell me in general terms what your responsibilities were at Cisco?
A. They changed about every six months. Generally speaking, it was to deliver software product to customers that they were willing to pay for.

**4. PAGE 8:18 TO 8:20 (RUNNING 00:00:10.238)**

Q. How many people had -- were employed at Cisco when you joined?
A. Four or five.

**5. PAGE 9:10 TO 10:02 (RUNNING 00:01:12.030)**

Q. Over the years, do you recall the different people that you reported to at Cisco?
A. I do.
Q. Who were they?
A. Kirk Lougheed was my first boss. We hired Bob Burnett as the first engineering VP manager. And then Frank Marshall stood in. We had a rent-a-VP for a while. Rungee, I think his name was, Bob Rungee. It is a miracle that this is being remembered. Just appreciate that value. And I stepped down during Frank's time and then went to work for -- I had different project leads, but I reported into engineering, I think, to Michelle Lingue.
Q. Is it fair to say that you became familiar with Cisco's command line interface while you were there?
A. Yes, that's fair to say.

**6. PAGE 10:10 TO 10:20 (RUNNING 00:00:31.435)**

Q. Did you have input into the command line interface?
A. Yeah. I was going to draw a distinction for the benefit of that. So the command line interface is a generic term, isn't descriptive enough, because there's the content of it and there's the mechanics of it. So for the purpose of answering, I had some responsibility for the mechanics of it; the content of it was distributed around the engineering organization in an effort to deliver services and products.

**7. PAGE 16:23 TO 17:12 (RUNNING 00:00:42.465)**

Q. Were you familiar with something called the DECSYSTEM-20?
A. Yes.
Q. What was that?
A. I worked on the DECSYSTEM-20s through college. And SRI had one, but I wasn't responsible for it. And Stanford had lots of them. It was a very big -- it was a very big DECSYSTEM-20 user. So they were another Digital Equipment Corporation mainframe with a different operating system and a whole different hardware platform. Just another computer.
Q. Okay. What was the operating system on the DECSYSTEM-20?
A. It was TOPS-20.

**8. PAGE 30:08 TO 30:10 (RUNNING 00:00:08.081)**

Q. Was -- to your knowledge, was access.list used in any other operating systems or softwares, software?

**9. PAGE 30:12 TO 30:13 (RUNNING 00:00:03.646)**

THE WITNESS: I can't say I've ever seen access.list before this application.

**10. PAGE 32:03 TO 32:08 (RUNNING 00:00:16.878)**

Q. Had you ever heard of or used show commands in any context before you went to Cisco?
A. Every computer has show commands. I mean every operating system had used the word "show" as a way to convey internal information outward.

**11. PAGE 32:09 TO 32:17 (RUNNING 00:00:48.324)**

Q. What about banner, which, by the way, I see at the bottom of Page 8 of Exhibit 36. But my question is more general, which is were you aware of a banner command before you went to Cisco?
A. I don't remember. I had used, by then, anywhere from 15 to 20 different operating systems. And so I -- banner doesn't stand out as anything.

**12. PAGE 35:09 TO 35:11 (RUNNING 00:00:12.249)**

Q. Was domain name a phrase or a term that had been in use other than through the Stanford TIP software, to your knowledge?

**13. PAGE 35:13 TO 35:19 (RUNNING 00:00:20.157)**

THE WITNESS: It is part of the RFC, request for comments, that helps define the domain name system. So it is a generic term in that sense. Every operating system needs a way -- it doesn't need it, but it is a convenience so you can use a host name without having to specify the domain name.

**14. PAGE 35:20 TO 35:20 (RUNNING 00:00:04.160)**

Q. BY MR. FERRALL: And now let me ask you

**15. PAGE 35:21 TO 35:23 (RUNNING 00:00:06.551)**

to turn to Page 17. There's reference on Page 17 of this exhibit to interface.
Do you see that?

**16. PAGE 35:25 TO 35:25 (RUNNING 00:00:01.283)**

Q. Yes.

**17. PAGE 36:05 TO 36:15 (RUNNING 00:00:33.310)**

Q. Right. What was the interface command? What was the purpose of that?
A. It's to model a physical attachment to a network. So your Wi-Fi is an interface. Your plugging into an ethernet is the interface. So it is the software model description of that physical connection.
Q. Was "interface" a term that had been used in the industry before?
A. Yes. A lot of operating systems use interface.

**18. PAGE 42:08 TO 42:12 (RUNNING 00:00:14.996)**

Q. Are you familiar with either TOPS-20 or other operating systems having show commands with different level -- multiple levels of hierarchy to them?
A. Sure.

**19. PAGE 45:20 TO 45:25 (RUNNING 00:00:19.363)**

Q. BY MR. Ferrall: And were you ever aware of operating systems growing their command list in a way where they would -- they would add, for example, further options under the show command over time in subsequent versions?
A. Oh, yes.

**20. PAGE 46:02 TO 46:05 (RUNNING 00:00:14.046)**

THE WITNESS: They would augment the command set, the features, and there was, typically, a user interface component to it, like modifying the menu commands on your laptops today.

**21. PAGE 46:06 TO 46:07 (RUNNING 00:00:07.836)**

Q. BY MR. FERRALL: And was there -- would they, typically, build upon existing keywords?

**22. PAGE 46:10 TO 46:14 (RUNNING 00:00:13.510)**

THE WITNESS: Depending on the feature set. If it was an extension of an existing feature set or if it was brand new. I mean, as you described

a tree, those trees can be rearranged and augmented or removed.

**23. PAGE 46:23 TO 47:01 (RUNNING 00:00:20.309)**

Q. BY MR. FERRALL: Mr. Satz, are you familiar with any use of a "clear" command from either TOPS-20 or early operating systems?
A. I can't say I recall that.

**24. PAGE 70:07 TO 70:11 (RUNNING 00:00:18.181)**

Q. Was there a -- have you ever heard of the term "SNMP server"?
A. Oh, the command line, parsed for the -- yeah -- configuration? Um-hum. Yes, I created that.

**25. PAGE 70:12 TO 70:14 (RUNNING 00:00:14.057)**

Q. What's -- is there such a thing as an SNMP server, or what does that term mean?
A. Wow.

**26. PAGE 70:17 TO 70:25 (RUNNING 00:00:36.236)**

THE WITNESS: I think all of that code is gone now. The SNMP server was the way to tell the router software that it was to be an SNMP -- it was to start the SNMP protocol. So it would then begin to listen to and process SNMP packets. And it was probably one of the first commands implemented as part of this RFC to implement it and create an SNMP protocol within the Cisco software.

**27. PAGE 71:07 TO 71:16 (RUNNING 00:00:35.386)**

Q. BY MR. FERRALL: What's -- what's the notion of community in the context of SNMP?
A. After a while, you start running out of words, so you pick one that tries to create a sense of purpose. And so "community" was an attempt to describe a collection of users who would have a specific purpose with respect to using the protocol. It was nothing more than an authorization or an access. A password, as it were.

**28. PAGE 71:17 TO 71:18 (RUNNING 00:00:07.658)**

Q. So if you look at Page 7 of this Exhibit 403.

**29. PAGE 71:21 TO 73:11 (RUNNING 00:02:08.315)**

Q. BY MR. FERRALL: If you see under Section 3.2.5, Definition of Administrative Relationships, and then the second paragraph there says, quote, appearing of an SNMP agent with some arbitrary set of SNMP application entities is called an SNMP community.
Do you see that?
A. Yes.
Q. Is that consistent with your definition of SNMP community that you just described?
A. Yeah. It's more mind-numbing when you see it in words.
Q. I couldn't agree more.
A. Yeah. It turns out a lot of these things are written to be really obtuse. They are

not intended to be obtuse, but they have a structure to them that when you turn it into English or a simple picture it takes a lot of this out. They tried to make a more generic mathematical underpinning to a mapping that added a level of complexity that just ultimately wasn't necessary. But they were trying to be very flexible.

Q. Okay. But this notion of community as described in the Exhibit 403 is the same as the community that you understood when you --

A. I made the implementation simpler because of adding a whole layer. The idea, if I can remember any of this craziness, is that you would have a table of -- no different than a database in today's language -- and you could be able pull out individual things. And so they wanted to be able to map authorizations to individual entries in the database. And the implementation I did was to make it an all or nothing. Because if somebody wanted that level of specificity they'd ask for it and then we'd go back and put all that crazy complexity into the code. But just because the standard made it that flexible we weren't going to go that far. It was an engineering choice and cost benefit.

**30. PAGE 75:12 TO 76:03 (RUNNING 00:01:01.329)**

Q. So in implementing, for example, the SNMP server community function, were you responsible either directly or indirectly for implementing the functional code?

A. I was.

Q. All right. And was that directly? Were you actually writing that --

A. I wrote the code.

Q. You wrote the code?

A. The first version, yes.

Q. And for that function, do you have any sense of how long it took you to write that code?

A. No. Because it was all part of a much larger set of functionality, and so to pull out that one little line of parsing, no. I mean overall the task was probably two to three months to do the full SNMP stack.

**31. PAGE 76:04 TO 76:08 (RUNNING 00:00:18.222)**

Q. Okay. And how long did it take you to come up with the names for the commands for the -- for SNMP functionality?

A. 15 seconds, conceptually, five seconds. I mean, this is the name, type it in, move on.

**32. PAGE 141:01 TO 141:10 (RUNNING 00:00:57.078)**

Q. Do you recall any instance in which -- and excluding any discussions with lawyers -- but any instance in which Cisco referred to its CLI command set as proprietary?

A. I don't. But my -- I kind of stepped down before we really got heavily involved into the whole copyright patenting era that they ran through and said, okay, what can we treat as intellectual property. So not during the tenure I had.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:14:10.719)**

Δ DEFENDANT Δ

United States District Court
Northern District of California

Case No. 5:14-cv-05344-BLF

Case Title Cisco Systems v. Arista Networks

Exhibit No. 9073

Date Entered ____________

Richard W. Wieking, Clerk

By: ____________, Deputy Clerk