# EXHIBIT U

RFC:  791

INTERNET PROTOCOL

DARPA INTERNET PROGRAM

PROTOCOL SPECIFICATION

September 1981

prepared for

Defense Advanced Research Projects Agency
Information Processing Techniques Office
1400 Wilson Boulevard
Arlington, Virginia  22209

by

Information Sciences Institute
University of Southern California
4676 Admiralty Way
Marina del Rey, California  90291

ARISTANDCA00031553

September 1981

Internet Protocol

TABLE OF CONTENTS

PREFACE ...................................................... iii

1.  INTRODUCTION ...................................................... 1

    1.1  Motivation ..................................................... 1
    1.2  Scope .......................................................... 1
    1.3  Interfaces ..................................................... 1
    1.4  Operation ...................................................... 2

2.  OVERVIEW ........................................................... 5

    2.1  Relation to Other Protocols ................................... 9
    2.2  Model of Operation ............................................ 5
    2.3  Function Description .......................................... 7
    2.4  Gateways ...................................................... 9

3.  SPECIFICATION ..................................................... 11

    3.1  Internet Header Format ....................................... 11
    3.2  Discussion ................................................... 23
    3.3  Interfaces ................................................... 31

APPENDIX A:  Examples & Scenarios ................................... 34
APPENDIX B:  Data Transmission Order ............................... 39

GLOSSARY ............................................................ 41

REFERENCES .......................................................... 45

ARISTANDCA00031554

September 1981

Internet Protocol

[Page ii]

ARISTANDCA00031555

September 1981

Internet Protocol

PREFACE

This document specifies the DoD Standard Internet Protocol.  This
document is based on six earlier editions of the ARPA Internet Protocol
Specification, and the present text draws heavily from them.  There have
been many contributors to this work both in terms of concepts and in
terms of text.  This edition revises aspects of addressing, error
handling, option codes, and the security, precedence, compartments, and
handling restriction features of the internet protocol.

Jon Postel

Editor

[Page iii]

ARISTANDCA00031556

September 1981

RFC:  791
Replaces:  RFC 760
IENs 128, 123, 111,
80, 54, 44, 41, 28, 26

INTERNET PROTOCOL

DARPA INTERNET PROGRAM
PROTOCOL SPECIFICATION

1.  INTRODUCTION

1.1.  Motivation

   The Internet Protocol is designed for use in interconnected systems of
   packet-switched computer communication networks.  Such a system has
   been called a "catenet" [1].  The internet protocol provides for
   transmitting blocks of data called datagrams from sources to
   destinations, where sources and destinations are hosts identified by
   fixed length addresses.  The internet protocol also provides for
   fragmentation and reassembly of long datagrams, if necessary, for
   transmission through "small packet" networks.

1.2.  Scope

   The internet protocol is specifically limited in scope to provide the
   functions necessary to deliver a package of bits (an internet
   datagram) from a source to a destination over an interconnected system
   of networks.  There are no mechanisms to augment end-to-end data
   reliability, flow control, sequencing, or other services commonly
   found in host-to-host protocols.  The internet protocol can capitalize
   on the services of its supporting networks to provide various types
   and qualities of service.

1.3.  Interfaces

   This protocol is called on by host-to-host protocols in an internet
   environment.  This protocol calls on local network protocols to carry
   the internet datagram to the next gateway or destination host.

   For example, a TCP module would call on the internet module to take a
   TCP segment (including the TCP header and user data) as the data
   portion of an internet datagram.  The TCP module would provide the
   addresses and other parameters in the internet header to the internet
   module as arguments of the call.  The internet module would then
   create an internet datagram and call on the local network interface to
   transmit the internet datagram.

   In the ARPANET case, for example, the internet module would call on a

ARISTANDCA00031557

September 1981

Internet Protocol
Introduction

local net module which would add the 1822 leader [2] to the internet
datagram creating an ARPANET message to transmit to the IMP.  The
ARPANET address would be derived from the internet address by the
local network interface and would be the address of some host in the
ARPANET, that host might be a gateway to other networks.

1.4.  Operation

The internet protocol implements two basic functions:  addressing and
fragmentation.

The internet modules use the addresses carried in the internet header
to transmit internet datagrams toward their destinations.  The
selection of a path for transmission is called routing.

The internet modules use fields in the internet header to fragment and
reassemble internet datagrams when necessary for transmission through
"small packet" networks.

The model of operation is that an internet module resides in each host
engaged in internet communication and in each gateway that
interconnects networks.  These modules share common rules for
interpreting address fields and for fragmenting and assembling
internet datagrams.  In addition, these modules (especially in
gateways) have procedures for making routing decisions and other
functions.

The internet protocol treats each internet datagram as an independent
entity unrelated to any other internet datagram.  There are no
connections or logical circuits (virtual or otherwise).

The internet protocol uses four key mechanisms in providing its
service:  Type of Service, Time to Live, Options, and Header Checksum.

The Type of Service is used to indicate the quality of the service
desired.  The type of service is an abstract or generalized set of
parameters which characterize the service choices provided in the
networks that make up the internet.  This type of service indication
is to be used by gateways to select the actual transmission parameters
for a particular network, the network to be used for the next hop, or
the next gateway when routing an internet datagram.

The Time to Live is an indication of an upper bound on the lifetime of
an internet datagram.  It is set by the sender of the datagram and
reduced at the points along the route where it is processed.  If the
time to live reaches zero before the internet datagram reaches its
destination, the internet datagram is destroyed.  The time to live can
be thought of as a self destruct time limit.

[Page 2]

ARISTANDCA00031558

September 1981

Internet Protocol
Introduction

The Options provide for control functions needed or useful in some
situations but unnecessary for the most common communications.  The
options include provisions for timestamps, security, and special
routing.

The Header Checksum provides a verification that the information used
in processing internet datagram has been transmitted correctly.  The
data may contain errors.  If the header checksum fails, the internet
datagram is discarded at once by the entity which detects the error.

The internet protocol does not provide a reliable communication
facility.  There are no acknowledgments either end-to-end or
hop-by-hop.  There is no error control for data, only a header
checksum.  There are no retransmissions.  There is no flow control.

Errors detected may be reported via the Internet Control Message
Protocol (ICMP) [3] which is implemented in the internet protocol
module.

ARISTANDCA00031559

September 1981

Internet Protocol

[Page 4]

ARISTANDCA00031560

September 1981

Internet Protocol

2.  OVERVIEW

2.1.  Relation to Other Protocols

The following diagram illustrates the place of the internet protocol in the protocol hierarchy:



                 Protocol Relationships

                     Figure 1.

Internet protocol interfaces on one side to the higher level host-to-host protocols and on the other side to the local network protocol.  In this context a "local network" may be a small network in a building or a large network such as the ARPANET.

2.2.  Model of Operation

The  model of operation for transmitting a datagram from one application program to another is illustrated by the following scenario:

We suppose that this transmission will involve one intermediate gateway.

The sending application program prepares its data and calls on its local internet module to send that data as a datagram and passes the destination address and other parameters as arguments of the call.

The internet module prepares a datagram header and attaches the data to it.  The internet module determines a local network address for this internet address, in this case it is the address of a gateway.

[Page 5]

ARISTANDCA00031561

September 1981
Internet Protocol
Overview

It sends this datagram and the local network address to the local
network interface.

The local network interface creates a local network header, and
attaches the datagram to it, then sends the result via the local
network.

The datagram arrives at a gateway host wrapped in the local network
header, the local network interface strips off this header, and
turns the datagram over to the internet module.  The internet module
determines from the internet address that the datagram is to be
forwarded to another host in a second network.  The internet module
determines a local net address for the destination host.  It calls
on the local network interface for that network to send the
datagram.

This local network interface creates a local network header and
attaches the datagram sending the result to the destination host.

At this destination host the datagram is stripped of the local net
header by the local network interface and handed to the internet
module.

The internet module determines that the datagram is for an
application program in this host.  It passes the data to the
application program in response to a system call, passing the source
address and other parameters as results of the call.



```
Application                                    Application
Program                                           Program
      \                                          /
    Internet Module      Internet Module     Internet Module
        \               /        \               /
        LNI-1        LNI-1        LNI-2        LNI-2
          \            /            \            /
           Local Network 1           Local Network 2
```

Transmission Path

Figure 2

[Page 6]

ARISTANDCA00031562

September 1981

2.3.  Function Description

The function or purpose of Internet Protocol is to move datagrams
through an interconnected set of networks.  This is done by passing
the datagrams from one internet module to another until the
destination is reached.  The internet modules reside in hosts and
gateways in the internet system.  The datagrams are routed from one
internet module to another through individual networks based on the
interpretation of an internet address.  Thus, one important mechanism
of the internet protocol is the internet address.

In the routing of messages from one internet module to another,
datagrams may need to traverse a network whose maximum packet size is
smaller than the size of the datagram.  To overcome this difficulty, a
fragmentation mechanism is provided in the internet protocol.

Addressing

A distinction is made between names, addresses, and routes [4].  A
name indicates what we seek.  An address indicates where it is.  A
route indicates how to get there.  The internet protocol deals
primarily with addresses.  It is the task of higher level (i.e.,
host-to-host or application) protocols to make the mapping from
names to addresses.   The internet module maps internet addresses to
local net addresses.  It is the task of lower level (i.e., local net
or gateways) procedures to make the mapping from local net addresses
to routes.

Addresses are fixed length of four octets (32 bits).  An address
begins with a network number, followed by local address (called the
"rest" field).  There are three formats or classes of internet
addresses:  in class a, the high order bit is zero, the next 7 bits
are the network, and the last 24 bits are the local address; in
class b, the high order two bits are one-zero, the next 14 bits are
the network and the last 16 bits are the local address; in class c,
the high order three bits are one-one-zero, the next 21 bits are the
network and the last 8 bits are the local address.

Care must be taken in mapping internet addresses to local net
addresses; a single physical host must be able to act as if it were
several distinct hosts to the extent of using several distinct
internet addresses.  Some hosts will also have several physical
interfaces (multi-homing).

That is, provision must be made for a host to have several physical
interfaces to the network with each having several logical internet
addresses.

ARISTANDCA00031563

September 1981
Internet Protocol
Overview

Examples of address mappings may be found in "Address Mappings" [5].

Fragmentation

Fragmentation of an internet datagram is necessary when it
originates in a local net that allows a large packet size and must
traverse a local net that limits packets to a smaller size to reach
its destination.

An internet datagram can be marked "don't fragment." Any internet
datagram so marked is not to be internet fragmented under any
circumstances. If internet datagram marked don't fragment cannot be
delivered to its destination without fragmenting it, it is to be
discarded instead.

Fragmentation, transmission and reassembly across a local network
which is invisible to the internet protocol module is called
intranet fragmentation and may be used [6].

The internet fragmentation and reassembly procedure needs to be able
to break a datagram into an almost arbitrary number of pieces that
can be later reassembled. The receiver of the fragments uses the
identification field to ensure that fragments of different datagrams
are not mixed. The fragment offset field tells the receiver the
position of a fragment in the original datagram. The fragment
offset and length determine the portion of the original datagram
covered by this fragment. The more-fragments flag indicates (by
being reset) the last fragment. These fields provide sufficient
information to reassemble datagrams.

The identification field is used to distinguish the fragments of one
datagram from those of another. The originating protocol module of
an internet datagram sets the identification field to a value that
must be unique for that source-destination pair and protocol for the
time the datagram will be active in the internet system. The
originating protocol module of a complete datagram sets the
more-fragments flag to zero and the fragment offset to zero.

To fragment a long internet datagram, an internet protocol module
(for example, in a gateway), creates two new internet datagrams and
copies the contents of the internet header fields from the long
datagram into both new internet headers. The data of the long
datagram is divided into two portions on a 8 octet (64 bit) boundary
(the second portion might not be an integral multiple of 8 octets,
but the first must be). Call the number of 8 octet blocks in the
first portion NFB (for Number of Fragment Blocks). The first
portion of the data is placed in the first new internet datagram,
and the total length field is set to the length of the first

[Page 8]

ARISTANDCA00031564

September 1981

datagram.  The more-fragments flag is set to one.  The second
portion of the data is placed in the second new internet datagram,
and the total length field is set to the length of the second
datagram.  The more-fragments flag carries the same value as the
long datagram.  The fragment offset field of the second new internet
datagram is set to the value of that field in the long datagram plus
NFB.

This procedure can be generalized for an n-way split, rather than
the two-way split described.

To assemble the fragments of an internet datagram, an internet
protocol module (for example at a destination host) combines
internet datagrams that all have the same value for the four fields:
identification, source, destination, and protocol.  The combination
is done by placing the data portion of each fragment in the relative
position indicated by the fragment offset in that fragment's
internet header.  The first fragment will have the fragment offset
zero, and the last fragment will have the more-fragments flag reset
to zero.

## 2.4.  Gateways

Gateways implement internet protocol to forward datagrams between
networks.  Gateways also implement the Gateway to Gateway Protocol
(GGP) [7] to coordinate routing and other internet control
information.

In a gateway the higher level protocols need not be implemented and
the GGP functions are added to the IP module.



Gateway Protocols

Figure 3.

ARISTANDCA00031565

September 1981

Internet Protocol

[Page 10]

ARISTANDCA00031566

September 1981

                                        Internet Protocol


                    3.  SPECIFICATION

3.1.  Internet Header Format

    A summary of the contents of the internet header follows:

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |Version|  IHL  |Type of Service|          Total Length         |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |         Identification        |Flags|      Fragment Offset    |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |  Time to Live |    Protocol   |         Header Checksum        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       Source Address                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Destination Address                        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Options                    |    Padding     |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

                Example Internet Datagram Header

                        Figure 4.

    Note that each tick mark represents one bit position.

    Version:  4 bits

      The Version field indicates the format of the internet header.  This
      document describes version 4.

    IHL:  4 bits

      Internet Header Length is the length of the internet header in 32
      bit words, and thus points to the beginning of the data.  Note that
      the minimum value for a correct header is 5.


                                                          [Page 11]

                                                    ARISTANDCA00031567

September 1981

Internet Protocol
Specification


Type of Service:  8 bits

   The Type of Service provides an indication of the abstract
   parameters of the quality of service desired.  These parameters are
   to be used to guide the selection of the actual service parameters
   when transmitting a datagram through a particular network.  Several
   networks offer service precedence, which somehow treats high
   precedence traffic as more important than other traffic (generally
   by accepting only traffic above a certain precedence at time of high
   load).  The major choice is a three way tradeoff between low-delay,
   high-reliability, and high-throughput.

      Bits 0-2:  Precedence.
      Bit   3:  0 = Normal Delay,      1 = Low Delay.
      Bits  4:  0 = Normal Throughput, 1 = High Throughput.
      Bits  5:  0 = Normal Relibility, 1 = High Relibility.
      Bit  6-7:  Reserved for Future Use.

```
        0     1     2     3     4     5     6     7
     +-----+-----+-----+-----+-----+-----+-----+-----+
     |                 |     |     |     |     |     |
     |   PRECEDENCE    |  D  |  T  |  R  |  0  |  0  |
     |                 |     |     |     |     |     |
     +-----+-----+-----+-----+-----+-----+-----+-----+
```

         Precedence

            111 - Network Control
            110 - Internetwork Control
            101 - CRITIC/ECP
            100 - Flash Override
            011 - Flash
            010 - Immediate
            001 - Priority
            000 - Routine

   The use of the Delay, Throughput, and Reliability indications may
   increase the cost (in some sense) of the service.  In many networks
   better performance for one of these parameters is coupled with worse
   performance on another.  Except for very unusual cases at most two
   of these three indications should be set.

   The type of service is used to specify the treatment of the datagram
   during its transmission through the internet system.  Example
   mappings of the internet type of service to the actual service
   provided on networks such as AUTODIN II, ARPANET, SATNET, and PRNET
   is given in "Service Mappings" [8].


[Page 12]

ARISTANDCA00031568

September 1981

The Network Control precedence designation is intended to be used
within a network only.  The actual use and control of that
designation is up to each network. The Internetwork Control
designation is intended for use by gateway control originators only.
If the actual use of these precedence designations is of concern to
a particular network, it is the responsibility of that network to
control the access to, and use of, those precedence designations.

Total Length:  16 bits

Total Length is the length of the datagram, measured in octets,
including internet header and data.  This field allows the length of
a datagram to be up to 65,535 octets.  Such long datagrams are
impractical for most hosts and networks.  All hosts must be prepared
to accept datagrams of up to 576 octets (whether they arrive whole
or in fragments).  It is recommended that hosts only send datagrams
larger than 576 octets if they have assurance that the destination
is prepared to accept the larger datagrams.

The number 576 is selected to allow a reasonable sized data block to
be transmitted in addition to the required header information.  For
example, this size allows a data block of 512 octets plus 64 header
octets to fit in a datagram.  The maximal internet header is 60
octets, and a typical internet header is 20 octets, allowing a
margin for headers of higher level protocols.

Identification:  16 bits

An identifying value assigned by the sender to aid in assembling the
fragments of a datagram.

Flags:  3 bits

Various Control Flags.

    Bit 0: reserved, must be zero
    Bit 1: (DF) 0 = May Fragment,  1 = Don't Fragment.
    Bit 2: (MF) 0 = Last Fragment, 1 = More Fragments.



```
      0   1   2
    +---+---+---+
    |   | D | M |
    | 0 | F | F |
    +---+---+---+
```

Fragment Offset:  13 bits

This field indicates where in the datagram this fragment belongs.

ARISTANDCA00031569

Internet Protocol
Specification

   The fragment offset is measured in units of 8 octets (64 bits).  The
   first fragment has offset zero.

Time to Live:  8 bits

   This field indicates the maximum time the datagram is allowed to
   remain in the internet system.  If this field contains the value
   zero, then the datagram must be destroyed.  This field is modified
   in internet header processing.  The time is measured in units of
   seconds, but since every module that processes a datagram must
   decrease the TTL by at least one even if it process the datagram in
   less than a second, the TTL must be thought of only as an upper
   bound on the time a datagram may exist.  The intention is to cause
   undeliverable datagrams to be discarded, and to bound the maximum
   datagram lifetime.

Protocol:  8 bits

   This field indicates the next level protocol used in the data
   portion of the internet datagram.  The values for various protocols
   are specified in "Assigned Numbers" [9].

Header Checksum:  16 bits

   A checksum on the header only.  Since some header fields change
   (e.g., time to live), this is recomputed and verified at each point
   that the internet header is processed.

   The checksum algorithm is:

      The checksum field is the 16 bit one's complement of the one's
      complement sum of all 16 bit words in the header.  For purposes of
      computing the checksum, the value of the checksum field is zero.

   This is a simple to compute checksum and experimental evidence
   indicates it is adequate, but it is provisional and may be replaced
   by a CRC procedure, depending on further experience.

Source Address:  32 bits

   The source address.  See section 3.2.

Destination Address:  32 bits

   The destination address.  See section 3.2.

[Page 14]

ARISTANDCA00031570

September 1981

Internet Protocol
Specification


Options:  variable

   The options may appear or not in datagrams.  They must be
   implemented by all IP modules (host and gateways).  What is optional
   is their transmission in any particular datagram, not their
   implementation.

   In some environments the security option may be required in all
   datagrams.

   The option field is variable in length.  There may be zero or more
   options.  There are two cases for the format of an option:

     Case 1:  A single octet of option-type.

     Case 2:  An option-type octet, an option-length octet, and the
              actual option-data octets.

   The option-length octet counts the option-type octet and the
   option-length octet as well as the option-data octets.

   The option-type octet is viewed as having 3 fields:

     1 bit   copied flag,
     2 bits  option class,
     5 bits  option number.

   The copied flag indicates that this option is copied into all
   fragments on fragmentation.

     0 = not copied
     1 = copied

   The option classes are:

     0 = control
     1 = reserved for future use
     2 = debugging and measurement
     3 = reserved for future use

[Page 15]

ARISTANDCA00031571

```
                                                September 1981
Internet Protocol
Specification


        The following internet options are defined:

          CLASS NUMBER LENGTH DESCRIPTION
          ----- ------ ------ -----------
            0      0      -    End of Option list.  This option occupies only
                               1 octet; it has no length octet.
            0      1      -    No Operation.  This option occupies only 1
                               octet; it has no length octet.
            0      2     11    Security.  Used to carry Security,
                               Compartmentation, User Group (TCC), and
                               Handling Restriction Codes compatible with DOD
                               requirements.
            0      3     var.  Loose Source Routing.  Used to route the
                               internet datagram based on information
                               supplied by the source.
            0      9     var.  Strict Source Routing.  Used to route the
                               internet datagram based on information
                               supplied by the source.
            0      7     var.  Record Route.  Used to trace the route an
                               internet datagram takes.
            0      8      4    Stream ID.  Used to carry the stream
                               identifier.
            2      4     var.  Internet Timestamp.


        Specific Option Definitions

          End of Option List

              +--------+
              |00000000|
              +--------+
                Type=0

          This option indicates the end of the option list.  This might
          not coincide with the end of the internet header according to
          the internet header length.  This is used at the end of all
          options, not the end of each option, and need only be used if
          the end of the options would not otherwise coincide with the end
          of the internet header.

          May be copied, introduced, or deleted on fragmentation, or for
          any other reason.
```

[Page 16]

ARISTANDCA00031572

September 1981

                                                    Internet Protocol
                                                       Specification


        No Operation

            +--------+
            |00000001|
            +--------+
              Type=1

            This option may be used between options, for example, to align
            the beginning of a subsequent option on a 32 bit boundary.

            May be copied, introduced, or deleted on fragmentation, or for
            any other reason.

        Security

            This option provides a way for hosts to send security,
            compartmentation, handling restrictions, and TCC (closed user
            group) parameters.  The format for this option is as follows:

            +--------+--------+---//---+---//---+---//---+---//---+
            |10000010|00001011|SSS  SSS|CCC  CCC|HHH  HHH|  TCC   |
            +--------+--------+---//---+---//---+---//---+---//---+
              Type=130 Length=11

            Security (S field):  16 bits

            Specifies one of 16 levels of security (eight of which are
            reserved for future use).

                00000000 00000000 - Unclassified
                11110001 00110101 - Confidential
                01111000 10011010 - EFTO
                10111100 01001101 - MMMM
                01011110 00100110 - PROG
                10101111 00010011 - Restricted
                11010111 10001000 - Secret
                01101011 11000101 - Top Secret
                00110101 11100010 - (Reserved for future use)
                10011010 11110001 - (Reserved for future use)
                01001101 01111000 - (Reserved for future use)
                00100100 10111101 - (Reserved for future use)
                00010011 01011110 - (Reserved for future use)
                10001001 10101111 - (Reserved for future use)
                11000100 11010110 - (Reserved for future use)
                11100010 01101011 - (Reserved for future use)


                                                              [Page 17]

ARISTANDCA00031573

September 1981

Internet Protocol
Specification

Compartments (C field):  16 bits

An all zero value is used when the information transmitted is
not compartmented.  Other values for the compartments field
may be obtained from the Defense Intelligence Agency.

Handling Restrictions (H field):  16 bits

The values for the control and release markings are
alphanumeric digraphs and are defined in the Defense
Intelligence Agency Manual DIAM 65-19, "Standard Security
Markings".

Transmission Control Code (TCC field):  24 bits

Provides a means to segregate traffic and define controlled
communities of interest among subscribers. The TCC values are
trigraphs, and are available from HQ DCA Code 530.

Must be copied on fragmentation.  This option appears at most
once in a datagram.

Loose Source and Record Route



```
+--------+--------+--------+---------//--------+
|10000011| length | pointer|     route data    |
+--------+--------+--------+---------//--------+
 Type=131
```

The loose source and record route (LSRR) option provides a means
for the source of an internet datagram to supply routing
information to be used by the gateways in forwarding the
datagram to the destination, and to record the route
information.

The option begins with the option type code.  The second octet
is the option length which includes the option type code and the
length octet, the pointer octet, and length-3 octets of route
data.  The third octet is the pointer into the route data
indicating the octet which begins the next source address to be
processed.  The pointer is relative to this option, and the
smallest legal value for the pointer is 4.

A route data is composed of a series of internet addresses.
Each internet address is 32 bits or 4 octets.  If the pointer is
greater than the length, the source route is empty (and the
recorded route full) and the routing is to be based on the
destination address field.

[Page 18]

ARISTANDCA00031574

September 1981

Internet Protocol<br>Specification

If the address in destination address field has been reached and
the pointer is not greater than the length, the next address in
the source route replaces the address in the destination address
field, and the recorded route address replaces the source
address just used, and pointer is increased by four.

The recorded route address is the internet module's own internet
address as known in the environment into which this datagram is
being forwarded.

This procedure of replacing the source route with the recorded
route (though it is in the reverse of the order it must be in to
be used as a source route) means the option (and the IP header
as a whole) remains a constant length as the datagram progresses
through the internet.

This option is a loose source route because the gateway or host
IP is allowed to use any route of any number of other
intermediate gateways to reach the next address in the route.

Must be copied on fragmentation.  Appears at most once in a
datagram.

Strict Source and Record Route

```
+--------+--------+--------+---------//--------+
|10001001| length | pointer|      route data   |
+--------+--------+--------+---------//--------+
 Type=137
```

The strict source and record route (SSRR) option provides a
means for the source of an internet datagram to supply routing
information to be used by the gateways in forwarding the
datagram to the destination, and to record the route
information.

The option begins with the option type code.  The second octet
is the option length which includes the option type code and the
length octet, the pointer octet, and length-3 octets of route
data.  The third octet is the pointer into the route data
indicating the octet which begins the next source address to be
processed.  The pointer is relative to this option, and the
smallest legal value for the pointer is 4.

A route data is composed of a series of internet addresses.
Each internet address is 32 bits or 4 octets.  If the pointer is
greater than the length, the source route is empty (and the

[Page 19]

ARISTANDCA00031575

September 1981
Internet Protocol
Specification

recorded route full) and the routing is to be based on the
destination address field.

If the address in destination address field has been reached and
the pointer is not greater than the length, the next address in
the source route replaces the address in the destination address
field, and the recorded route address replaces the source
address just used, and pointer is increased by four.

The recorded route address is the internet module's own internet
address as known in the environment into which this datagram is
being forwarded.

This procedure of replacing the source route with the recorded
route (though it is in the reverse of the order it must be in to
be used as a source route) means the option (and the IP header
as a whole) remains a constant length as the datagram progresses
through the internet.

This option is a strict source route because the gateway or host
IP must send the datagram directly to the next address in the
source route through only the directly connected network
indicated in the next address to reach the next gateway or host
specified in the route.

Must be copied on fragmentation.  Appears at most once in a
datagram.

Record Route

```
+--------+--------+--------+---------//--------+
|00000111| length | pointer|     route data    |
+--------+--------+--------+---------//--------+
  Type=7
```

The record route option provides a means to record the route of
an internet datagram.

The option begins with the option type code.  The second octet
is the option length which includes the option type code and the
length octet, the pointer octet, and length-3 octets of route
data.  The third octet is the pointer into the route data
indicating the octet which begins the next area to store a route
address.  The pointer is relative to this option, and the
smallest legal value for the pointer is 4.

A recorded route is composed of a series of internet addresses.
Each internet address is 32 bits or 4 octets.  If the pointer is

[Page 20]

ARISTANDCA00031576

September 1981

Internet Protocol<br>Specification

greater than the length, the recorded route data area is full.
The originating host must compose this option with a large
enough route data area to hold all the address expected.  The
size of the option does not change due to adding addresses.  The
intitial contents of the route data area must be zero.

When an internet module routes a datagram it checks to see if
the record route option is present.  If it is, it inserts its
own internet address as known in the environment into which this
datagram is being forwarded into the recorded route begining at
the octet indicated by the pointer, and increments the pointer
by four.

If the route data area is already full (the pointer exceeds the
length) the datagram is forwarded without inserting the address
into the recorded route.  If there is some room but not enough
room for a full address to be inserted, the original datagram is
considered to be in error and is discarded.  In either case an
ICMP parameter problem message may be sent to the source
host [3].

Not copied on fragmentation, goes in first fragment only.
Appears at most once in a datagram.

Stream Identifier



```
+--------+--------+--------+--------+
|10001000|00000010|   Stream ID    |
+--------+--------+--------+--------+
 Type=136 Length=4
```

This option provides a way for the 16-bit SATNET stream
identifier to be carried through networks that do not support
the stream concept.

Must be copied on fragmentation.  Appears at most once in a
datagram.

ARISTANDCA00031577

September 1981

Internet Protocol
Specification


Internet Timestamp



```
+--------+--------+--------+--------+
|01000100| length | pointer|oflw|flg|
+--------+--------+--------+--------+
|            internet address       |
+--------+--------+--------+--------+
|                timestamp           |
+--------+--------+--------+--------+
|                    .               |
                     .
                     .
```

Type = 68

The Option Length is the number of octets in the option counting
the type, length, pointer, and overflow/flag octets (maximum
length 40).

The Pointer is the number of octets from the beginning of this
option to the end of timestamps plus one (i.e., it points to the
octet beginning the space for next timestamp).  The smallest
legal value is 5.  The timestamp area is full when the pointer
is greater than the length.

The Overflow (oflw) [4 bits] is the number of IP modules that
cannot register timestamps due to lack of space.

The Flag (flg) [4 bits] values are

  0 -- time stamps only, stored in consecutive 32-bit words,

  1 -- each timestamp is preceded with internet address of the
       registering entity,

  3 -- the internet address fields are prespecified.  An IP
       module only registers its timestamp if it matches its own
       address with the next specified internet address.

The Timestamp is a right-justified, 32-bit timestamp in
milliseconds since midnight UT.  If the time is not available in
milliseconds or cannot be provided with respect to midnight UT
then any time may be inserted as a timestamp provided the high
order bit of the timestamp field is set to one to indicate the
use of a non-standard value.

The originating host must compose this option with a large
enough timestamp data area to hold all the timestamp information
expected.  The size of the option does not change due to adding

[Page 22]

ARISTANDCA00031578

September 1981

Internet Protocol<br>Specification

timestamps.  The intitial contents of the timestamp data area
must be zero or internet address/zero pairs.

If the timestamp data area is already full (the pointer exceeds
the length) the datagram is forwarded without inserting the
timestamp, but the overflow count is incremented by one.

If there is some room but not enough room for a full timestamp
to be inserted, or the overflow count itself overflows, the
original datagram is considered to be in error and is discarded.
In either case an ICMP parameter problem message may be sent to
the source host [3].

The timestamp option is not copied upon fragmentation.  It is
carried in the first fragment.  Appears at most once in a
datagram.

  Padding:  variable

    The internet header padding is used to ensure that the internet
    header ends on a 32 bit boundary.  The padding is zero.

3.2.  Discussion

  The implementation of a protocol must be robust.  Each implementation
  must expect to interoperate with others created by different
  individuals.  While the goal of this specification is to be explicit
  about the protocol there is the possibility of differing
  interpretations.  In general, an implementation must be conservative
  in its sending behavior, and liberal in its receiving behavior.  That
  is, it must be careful to send well-formed datagrams, but must accept
  any datagram that it can interpret (e.g., not object to technical
  errors where the meaning is still clear).

  The basic internet service is datagram oriented and provides for the
  fragmentation of datagrams at gateways, with reassembly taking place
  at the destination internet protocol module in the destination host.
  Of course, fragmentation and reassembly of datagrams within a network
  or by private agreement between the gateways of a network is also
  allowed since this is transparent to the internet protocols and the
  higher-level protocols.  This transparent type of fragmentation and
  reassembly is termed "network-dependent" (or intranet) fragmentation
  and is not discussed further here.

  Internet addresses distinguish sources and destinations to the host
  level and provide a protocol field as well.  It is assumed that each
  protocol will provide for whatever multiplexing is necessary within a
  host.

[Page 23]

ARISTANDCA00031579

September 1981
Internet Protocol
Specification


Addressing

   To provide for flexibility in assigning address to networks and
   allow for the  large number of small to intermediate sized networks
   the interpretation of the address field is coded to specify a small
   number of networks with a large number of host, a moderate number of
   networks with a moderate number of hosts, and a large number of
   networks with a small number of hosts.  In addition there is an
   escape code for extended addressing mode.

   Address Formats:

      High Order Bits  Format                           Class
      ---------------  ------------------------------   -----
           0            7 bits of net, 24 bits of host    a
           10          14 bits of net, 16 bits of host    b
           110         21 bits of net,  8 bits of host    c
           111         escape to extended addressing mode

   A value of zero in the network field means this network.  This is
   only used in certain ICMP messages.  The extended addressing mode
   is undefined.  Both of these features are reserved for future use.

   The actual values assigned for network addresses is given in
   "Assigned Numbers" [9].

   The local address, assigned by the local network, must allow for a
   single physical host to act as several distinct internet hosts.
   That is, there must be a mapping between internet host addresses and
   network/host interfaces that allows several internet addresses to
   correspond to one interface.  It must also be allowed for a host to
   have several physical interfaces and to treat the datagrams from
   several of them as if they were all addressed to a single host.

   Address mappings between internet addresses and addresses for
   ARPANET, SATNET, PRNET, and other networks are described in "Address
   Mappings" [5].

 Fragmentation and Reassembly.

   The internet identification field (ID) is used together with the
   source and destination address, and the protocol fields, to identify
   datagram fragments for reassembly.

   The More Fragments flag bit (MF) is set if the datagram is not the
   last fragment.  The Fragment Offset field identifies the fragment
   location, relative to the beginning of the original unfragmented
   datagram.  Fragments are counted in units of 8 octets.  The


[Page 24]

ARISTANDCA00031580

September 1981

fragmentation strategy is designed so than an unfragmented datagram
has all zero fragmentation information (MF = 0, fragment offset =
0).  If an internet datagram is fragmented, its data portion must be
broken on 8 octet boundaries.

This format allows 2**13 = 8192 fragments of 8 octets each for a
total of 65,536 octets.  Note that this is consistent with the the
datagram total length field (of course, the header is counted in the
total length and not in the fragments).

When fragmentation occurs, some options are copied, but others
remain with the first fragment only.

Every internet module must be able to forward a datagram of 68
octets without further fragmentation.  This is because an internet
header may be up to 60 octets, and the minimum fragment is 8 octets.

Every internet destination must be able to receive a datagram of 576
octets either in one piece or in fragments to be reassembled.

The fields which may be affected by fragmentation include:

   (1) options field
   (2) more fragments flag
   (3) fragment offset
   (4) internet header length field
   (5) total length field
   (6) header checksum

If the Don't Fragment flag (DF) bit is set, then internet
fragmentation of this datagram is NOT permitted, although it may be
discarded.  This can be used to prohibit fragmentation in cases
where the receiving host does not have sufficient resources to
reassemble internet fragments.

One example of use of the Don't Fragment feature is to down line
load a small host.  A small host could have a boot strap program
that accepts a datagram stores it in memory and then executes it.

The fragmentation and reassembly procedures are most easily
described by examples.  The following procedures are example
implementations.

General notation in the following pseudo programs: "=<" means "less
than or equal", "#" means "not equal", "=" means "equal", "<-" means
"is set to".  Also, "x to y" includes x and excludes y; for example,
"4 to 7" would include 4, 5, and 6 (but not 7).

ARISTANDCA00031581

September 1981

Internet Protocol
Specification


An Example Fragmentation Procedure

    The maximum sized datagram that can be transmitted through the
    next network is called the maximum transmission unit (MTU).

    If the total length is less than or equal the maximum transmission
    unit then submit this datagram to the next step in datagram
    processing; otherwise cut the datagram into two fragments, the
    first fragment being the maximum size, and the second fragment
    being the rest of the datagram.  The first fragment is submitted
    to the next step in datagram processing, while the second fragment
    is submitted to this procedure in case it is still too large.

    Notation:

        FO    -   Fragment Offset
        IHL   -   Internet Header Length
        DF    -   Don't Fragment flag
        MF    -   More Fragments flag
        TL    -   Total Length
        OFO   -   Old Fragment Offset
        OIHL  -   Old Internet Header Length
        OMF   -   Old More Fragments flag
        OTL   -   Old Total Length
        NFB   -   Number of Fragment Blocks
        MTU   -   Maximum Transmission Unit

    Procedure:

        IF TL =< MTU THEN Submit this datagram to the next step
             in datagram processing ELSE IF DF = 1 THEN discard the
        datagram ELSE
        To produce the first fragment:
        (1)   Copy the original internet header;
        (2)   OIHL <- IHL; OTL <- TL; OFO <- FO; OMF <- MF;
        (3)   NFB <- (MTU-IHL*4)/8;
        (4)   Attach the first NFB*8 data octets;
        (5)   Correct the header:
              MF <- 1;  TL <- (IHL*4)+(NFB*8);
              Recompute Checksum;
        (6)   Submit this fragment to the next step in
              datagram processing;
        To produce the second fragment:
        (7)   Selectively copy the internet header (some options
              are not copied, see option definitions);
        (8)   Append the remaining data;
        (9)   Correct the header:
              IHL <- (((OIHL*4)-(length of options not copied))+3)/4;

[Page 26]

ARISTANDCA00031582

September 1981

Internet Protocol
Specification

```
        TL <- OTL - NFB*8 - (OIHL-IHL)*4);
        FO <- OFO + NFB;  MF <- OMF;  Recompute Checksum;
  (10) Submit this fragment to the fragmentation test; DONE.
```

In the above procedure each fragment (except the last) was made
the maximum allowable size.  An alternative might produce less
than the maximum size datagrams.  For example, one could implement
a fragmentation procedure that repeatly divided large datagrams in
half until the resulting fragments were less than the maximum
transmission unit size.

An Example Reassembly Procedure

For each datagram the buffer identifier is computed as the
concatenation of the source, destination, protocol, and
identification fields.  If this is a whole datagram (that is both
the fragment offset and the more fragments  fields are zero), then
any reassembly resources associated with this buffer identifier
are released and the datagram is forwarded to the next step in
datagram processing.

If no other fragment with this buffer identifier is on hand then
reassembly resources are allocated.  The reassembly resources
consist of a data buffer, a header buffer, a fragment block bit
table, a total data length field, and a timer.  The data from the
fragment is placed in the data buffer according to its fragment
offset and length, and bits are set in the fragment block bit
table corresponding to the fragment blocks received.

If this is the first fragment (that is the fragment offset is
zero)  this header is placed in the header buffer.  If this is the
last fragment ( that is the more fragments field is zero) the
total data length is computed.  If this fragment completes the
datagram (tested by checking the bits set in the fragment block
table), then the datagram is sent to the next step in datagram
processing; otherwise the timer is set to the maximum of the
current timer value and the value of the time to live field from
this fragment; and the reassembly routine gives up control.

If the timer runs out, the all reassembly resources for this
buffer identifier are released.  The initial setting of the timer
is a lower bound on the reassembly waiting time.  This is because
the waiting time will be increased if the Time to Live in the
arriving fragment is greater than the current timer value but will
not be decreased if it is less.  The maximum this timer value
could reach is the maximum time to live (approximately 4.25
minutes).  The current recommendation for the initial timer
setting is 15 seconds.  This may be changed as experience with

[Page 27]

ARISTANDCA00031583

September 1981
Internet Protocol
Specification


this protocol accumulates.  Note that the choice of this parameter
value is related to the buffer capacity available and the data
rate of the transmission medium; that is, data rate times timer
value equals buffer size (e.g., 10Kb/s X 15s = 150Kb).

Notation:

    FO    -  Fragment Offset
    IHL   -  Internet Header Length
    MF    -  More Fragments flag
    TTL   -  Time To Live
    NFB   -  Number of Fragment Blocks
    TL    -  Total Length
    TDL   -  Total Data Length
    BUFID -  Buffer Identifier
    RCVBT -  Fragment Received Bit Table
    TLB   -  Timer Lower Bound

Procedure:

    (1)   BUFID <- source|destination|protocol|identification;
    (2)   IF FO = 0 AND MF = 0
    (3)      THEN IF buffer with BUFID is allocated
    (4)            THEN flush all reassembly for this BUFID;
    (5)            Submit datagram to next step; DONE.
    (6)      ELSE IF no buffer with BUFID is allocated
    (7)            THEN allocate reassembly resources
                        with BUFID;
                        TIMER <- TLB; TDL <- 0;
    (8)            put data from fragment into data buffer with
                   BUFID from octet FO*8 to
                                     octet (TL-(IHL*4))+FO*8;
    (9)            set RCVBT bits from FO
                                     to FO+((TL-(IHL*4)+7)/8);
    (10)           IF MF = 0 THEN TDL <- TL-(IHL*4)+(FO*8)
    (11)           IF FO = 0 THEN put header in header buffer
    (12)           IF TDL # 0
    (13)            AND all RCVBT bits from 0
                                     to (TDL+7)/8 are set
    (14)              THEN TL <- TDL+(IHL*4)
    (15)                   Submit datagram to next step;
    (16)                   free all reassembly resources
                           for this BUFID; DONE.
    (17)           TIMER <- MAX(TIMER,TTL);
    (18)           give up until next fragment or timer expires;
    (19) timer expires: flush all reassembly with this BUFID; DONE.

In the case that two or more fragments contain the same data


[Page 28]

ARISTANDCA00031584

September 1981

Internet Protocol
Specification

either identically or through a partial overlap, this procedure
will use the more recently arrived copy in the data buffer and
datagram delivered.

Identification

The choice of the Identifier for a datagram is based on the need to
provide a way to uniquely identify the fragments of a particular
datagram.  The protocol module assembling fragments judges fragments
to belong to the same datagram if they have the same source,
destination, protocol, and Identifier.  Thus, the sender must choose
the Identifier to be unique for this source, destination pair and
protocol for the time the datagram (or any fragment of it) could be
alive in the internet.

It seems then that a sending protocol module needs to keep a table
of Identifiers, one entry for each destination it has communicated
with in the last maximum packet lifetime for the internet.

However, since the Identifier field allows 65,536 different values,
some host may be able to simply use unique identifiers independent
of destination.

It is appropriate for some higher level protocols to choose the
identifier. For example, TCP protocol modules may retransmit an
identical TCP segment, and the probability for correct reception
would be enhanced if the retransmission carried the same identifier
as the original transmission since fragments of either datagram
could be used to construct a correct TCP segment.

Type of Service

The type of service (TOS) is for internet service quality selection.
The type of service is specified along the abstract parameters
precedence, delay, throughput, and reliability.  These abstract
parameters are to be mapped into the actual service parameters of
the particular networks the datagram traverses.

Precedence.  An independent measure of the importance of this
datagram.

Delay.  Prompt delivery is important for datagrams with this
indication.

Throughput.  High data rate is important for datagrams with this
indication.

[Page 29]

ARISTANDCA00031585

September 1981

Internet Protocol
Specification

     Reliability.  A higher level of effort to ensure delivery is
important for datagrams with this indication.

     For example, the ARPANET has a priority bit, and a choice between
"standard" messages (type 0) and "uncontrolled" messages (type 3),
(the choice between single packet and multipacket messages can also
be considered a service parameter). The uncontrolled messages tend
to be less reliably delivered and suffer less delay.  Suppose an
internet datagram is to be sent through the ARPANET.  Let the
internet type of service be given as:

     Precedence:    5
     Delay:         0
     Throughput:   1
     Reliability:  1

     In this example, the mapping of these parameters to those available
for the ARPANET would be  to set the ARPANET priority bit on since
the Internet precedence is in the upper half of its range, to select
standard messages since the throughput and reliability requirements
are indicated and delay is not.  More details are given on service
mappings in "Service Mappings" [8].

Time to Live

     The time to live is set by the sender to the maximum time the
datagram is allowed to be in the internet system.  If the datagram
is in the internet system longer than the time to live, then the
datagram must be destroyed.

     This field must be decreased at each point that the internet header
is processed to reflect the time spent processing the datagram.
Even if no local information is available on the time actually
spent, the field must be decremented by 1.  The time is measured in
units of seconds (i.e. the value 1 means one second).  Thus, the
maximum time to live is 255 seconds or 4.25 minutes.  Since every
module that processes a datagram must decrease the TTL by at least
one even if it process the datagram in less than a second, the TTL
must be thought of only as an upper bound on the time a datagram may
exist.  The intention is to cause undeliverable datagrams to be
discarded, and to bound the maximum datagram lifetime.

     Some higher level reliable connection protocols are based on
assumptions that old duplicate datagrams will not arrive after a
certain time elapses.  The TTL is a way for such protocols to have
an assurance that their assumption is met.

[Page 30]

ARISTANDCA00031586

September 1981

Internet Protocol
Specification

Options

   The options are optional in each datagram, but required in
   implementations.  That is, the presence or absence of an option is
   the choice of the sender, but each internet module must be able to
   parse every option.  There can be several options present in the
   option field.

   The options might not end on a 32-bit boundary.  The internet header
   must be filled out with octets of zeros.  The first of these would
   be interpreted as the end-of-options option, and the remainder as
   internet header padding.

   Every internet module must be able to act on every option.  The
   Security Option is required if classified, restricted, or
   compartmented traffic is to be passed.

Checksum

   The internet header checksum is recomputed if the internet header is
   changed.  For example, a reduction of the time to live, additions or
   changes to internet options, or due to fragmentation.  This checksum
   at the internet level is intended to protect the internet header
   fields from transmission errors.

   There are some applications where a few data bit errors are
   acceptable while retransmission delays are not.  If the internet
   protocol enforced data correctness such applications could not be
   supported.

Errors

   Internet protocol errors may be reported via the ICMP messages [3].

3.3.  Interfaces

   The functional description of user interfaces to the IP is, at best,
   fictional, since every operating system will have different
   facilities.  Consequently, we must warn readers that different IP
   implementations may have different user interfaces.  However, all IPs
   must provide a certain minimum  set of services to guarantee that all
   IP implementations can support the same protocol hierarchy.  This
   section specifies the functional interfaces required of all IP
   implementations.

   Internet protocol interfaces on one side to the local network and on
   the other side to either a higher level protocol or an application
   program.  In the following, the higher level protocol or application

ARISTANDCA00031587

September 1981
Internet Protocol
Specification


program (or even a gateway program) will be called the "user" since it
is using the internet module.  Since internet protocol is a datagram
protocol, there is minimal memory or state maintained between datagram
transmissions, and each call on the internet protocol module by the
user supplies all information necessary for the IP to perform the
service requested.

An Example Upper Level Interface

The following two example calls satisfy the requirements for the user
to internet protocol module communication ("=>" means returns):

SEND (src, dst, prot, TOS, TTL, BufPTR, len, Id, DF, opt => result)

   where:

     src = source address
     dst = destination address
     prot = protocol
     TOS = type of service
     TTL = time to live
     BufPTR = buffer pointer
     len = length of buffer
     Id  = Identifier
     DF = Don't Fragment
     opt = option data
     result = response
       OK = datagram sent ok
       Error = error in arguments or local network error

   Note that the precedence is included in the TOS and the
   security/compartment is passed as an option.

RECV (BufPTR, prot, => result, src, dst, TOS, len, opt)

   where:

     BufPTR = buffer pointer
     prot = protocol
     result = response
       OK = datagram received ok
       Error = error in arguments
     len = length of buffer
     src = source address
     dst = destination address
     TOS = type of service
     opt = option data


[Page 32]

ARISTANDCA00031588

September 1981

Internet Protocol
Specification

When the user sends a datagram, it executes the SEND call supplying
all the arguments.  The internet protocol module, on receiving this
call, checks the arguments and prepares and sends the message.  If the
arguments are good and the datagram is accepted by the local network,
the call returns successfully.  If either the arguments are bad, or
the datagram is not accepted by the local network, the call returns
unsuccessfully.  On unsuccessful returns, a reasonable report must be
made as to the cause of the problem, but the details of such reports
are up to individual implementations.

When a datagram arrives at the internet protocol module from the local
network, either there is a pending RECV call from the user addressed
or there is not.  In the first case, the pending call is satisfied by
passing the information from the datagram to the user.  In the second
case, the user addressed is notified of a pending datagram.  If the
user addressed does not exist, an ICMP error message is returned to
the sender, and the data is discarded.

The notification of a user may be via a pseudo interrupt or similar
mechanism, as appropriate in the particular operating system
environment of the implementation.

A user's RECV call may then either be immediately satisfied by a
pending datagram, or the call may be pending until a datagram arrives.

The source address is included in the send call in case the sending
host has several addresses (multiple physical connections or logical
addresses).  The internet module must check to see that the source
address is one of the legal address for this host.

An implementation may also allow or require a call to the internet
module to indicate interest in or reserve exclusive use of a class of
datagrams (e.g., all those with a certain value in the protocol
field).

This section functionally characterizes a USER/IP interface.  The
notation used is similar to most procedure of function calls in high
level languages, but this usage is not meant to rule out trap type
service calls (e.g., SVCs, UUOs, EMTs), or any other form of
interprocess communication.

ARISTANDCA00031589

                                                        September 1981
Internet Protocol


APPENDIX A:  Examples & Scenarios

Example 1:

    This is an example of the minimal data carrying internet datagram:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Ver= 4 |IHL= 5 |Type of Service|        Total Length = 21      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|      Identification = 111     |Flg=0|   Fragment Offset = 0   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|   Time = 123  |  Protocol = 1 |        header checksum         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       source address                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     destination address                       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|     data      |
+-+-+-+-+-+-+-+-+
```

                     Example Internet Datagram

                            Figure 5.

    Note that each tick mark represents one bit position.

    This is a internet datagram in version 4 of internet protocol; the
    internet header consists of five 32 bit words, and the total length of
    the datagram is 21 octets.  This datagram is a complete datagram (not
    a fragment).

ARISTANDCA00031590

September 1981

Internet Protocol

Example 2:

In this example, we show first a moderate size internet datagram (452 data octets), then two internet fragments that might result from the fragmentation of this datagram if the maximum sized transmission allowed were 280 octets.



Example Internet Datagram

Figure 6.

ARISTANDCA00031591

September 1981
Internet Protocol

Now the first fragment that results from splitting the datagram after
256 data octets.

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |Ver= 4 |IHL= 5 |Type of Service|      Total Length = 276       |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |      Identification = 111     |Flg=1|    Fragment Offset = 0  |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |   Time = 119  | Protocol = 6  |        Header Checksum         |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       source address                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    destination address                        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                            data                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                            data                               |
   \                                                               \
   \                                                               \
   |                            data                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                            data                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Example Internet Fragment

Figure 7.

[Page 36]

ARISTANDCA00031592

September 1981
                                                              Internet Protocol


And the second fragment.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Ver= 4 |IHL= 5 |Type of Service|      Total Length = 216       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|      Identification = 111     |Flg=0|  Fragment Offset  = 32 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|   Time = 119  | Protocol = 6  |        Header Checksum        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        source address                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                      destination address                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                             data                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                             data                              |
\                                                               \
\                                                               \
|                             data                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|            data           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

                      Example Internet Fragment

                            Figure 8.

ARISTANDCA00031593

September 1981

Internet Protocol

Example 3:

  Here, we show an example of a datagram containing options:

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |Ver= 4 |IHL= 8 |Type of Service|        Total Length = 576     |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |          Identification = 111     |Flg=0|   Fragment Offset = 0 |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |   Time = 123   |  Protocol = 6   |       Header Checksum        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       source address                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    destination address                        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   | Opt. Code = x | Opt.  Len.= 3 | option value   | Opt. Code = x |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   | Opt. Len. = 4 |            option value         | Opt. Code = 1 |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   | Opt. Code = y | Opt. Len. = 3 |  option value  | Opt. Code = 0 |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                            data                               |
   \                                                               \
   \                                                               \
   |                            data                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                            data                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

                    Example Internet Datagram

                          Figure 9.

ARISTANDCA00031594

September 1981

Internet Protocol

APPENDIX B:  Data Transmission Order

The order of transmission of the header and data described in this
document is resolved to the octet level.  Whenever a diagram shows a
group of octets, the order of transmission of those octets is the normal
order in which they are read in English.  For example, in the following
diagram the octets are transmitted in the order they are numbered.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|       1       |       2       |       3       |       4       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|       5       |       6       |       7       |       8       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|       9       |      10       |      11       |      12       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Transmission Order of Bytes

Figure 10.

Whenever an octet represents a numeric quantity the left most bit in the
diagram is the high order or most significant bit.  That is, the bit
labeled 0 is the most significant bit.  For example, the following
diagram represents the value 170 (decimal).

```
 0 1 2 3 4 5 6 7
+-+-+-+-+-+-+-+-+
|1 0 1 0 1 0 1 0|
+-+-+-+-+-+-+-+-+
```

Significance of Bits

Figure 11.

Similarly, whenever a multi-octet field represents a numeric quantity
the left most bit of the whole field is the most significant bit.  When
a multi-octet quantity is transmitted the most significant octet is
transmitted first.

[Page 39]

ARISTANDCA00031595

September 1981

Internet Protocol

[Page 40]

ARISTANDCA00031596

September 1981

                                              Internet Protocol


                              GLOSSARY


1822
          BBN Report 1822, "The Specification of the Interconnection of
          a Host and an IMP".  The specification of interface between a
          host and the ARPANET.

ARPANET leader
          The control information on an ARPANET message at the host-IMP
          interface.

ARPANET message
          The unit of transmission between a host and an IMP in the
          ARPANET.  The maximum size is about 1012 octets (8096 bits).

ARPANET packet
          A unit of transmission used internally in the ARPANET between
          IMPs. The maximum size is about 126 octets (1008 bits).

Destination
          The destination address, an internet header field.

DF
          The Don't Fragment bit carried in the flags field.

Flags
          An internet header field carrying various control flags.

Fragment Offset
          This internet header field indicates where in the internet
          datagram a fragment belongs.

GGP
          Gateway to Gateway Protocol, the protocol used primarily
          between gateways to control routing and other gateway
          functions.

header
          Control information at the beginning of a message, segment,
          datagram, packet or block of data.

ICMP
          Internet Control Message Protocol, implemented in the internet
          module, the ICMP is used from gateways to hosts and between
          hosts to report errors and make routing suggestions.


                                                        [Page 41]

ARISTANDCA00031597

September 1981

Internet Protocol
Glossary


Identification
        An internet header field carrying the identifying value
        assigned by the sender to aid in assembling the fragments of a
        datagram.

IHL
        The internet header field Internet Header Length is the length
        of the internet header measured in 32 bit words.

IMP
        The Interface Message Processor, the packet switch of the
        ARPANET.

Internet Address
        A four octet (32 bit) source or destination address consisting
        of a Network field and a Local Address field.

internet datagram
        The unit of data exchanged between a pair of internet modules
        (includes the internet header).

internet fragment
        A portion of the data of an internet datagram with an internet
        header.

Local Address
        The address of a host within a network.  The actual mapping of
        an internet local address on to the host addresses in a
        network is quite general, allowing for many to one mappings.

MF
        The More-Fragments Flag carried in the internet header flags
        field.

module
        An implementation, usually in software, of a protocol or other
        procedure.

more-fragments flag
        A flag indicating whether or not this internet datagram
        contains the end of an internet datagram, carried in the
        internet header Flags field.

NFB
        The Number of Fragment Blocks in a the data portion of an
        internet fragment.  That is, the length of a portion of data
        measured in 8 octet units.


[Page 42]

ARISTANDCA00031598

September 1981

Internet Protocol
Glossary

octet
        An eight bit byte.

Options
        The internet header Options field may contain several options,
        and each option may be several octets in length.

Padding
        The internet header Padding field is used to ensure that the
        data begins on 32 bit word boundary.  The padding is zero.

Protocol
        In this document, the next higher level protocol identifier,
        an internet header field.

Rest
        The local address portion of an Internet Address.

Source
        The source address, an internet header field.

TCP
        Transmission Control Protocol:  A host-to-host protocol for
        reliable communication in internet environments.

TCP Segment
        The unit of data exchanged between TCP modules (including the
        TCP header).

TFTP
        Trivial File Transfer Protocol:  A simple file transfer
        protocol built on UDP.

Time to Live
        An internet header field which indicates the upper bound on
        how long this internet datagram may exist.

TOS
        Type of Service

Total Length
        The internet header field Total Length is the length of the
        datagram in octets including internet header and data.

TTL
        Time to Live

ARISTANDCA00031599

September 1981
Internet Protocol
Glossary


Type of Service
        An internet header field which indicates the type (or quality)
        of service for this internet datagram.

UDP
        User Datagram Protocol:  A user level protocol for transaction
        oriented applications.

User
        The user of the internet protocol.  This may be a higher level
        protocol module, an application program, or a gateway program.

Version
        The Version field indicates the format of the internet header.


[Page 44]

ARISTANDCA00031600

September 1981

Internet Protocol

REFERENCES

[1]  Cerf, V., "The Catenet Model for Internetworking," Information
     Processing Techniques Office, Defense Advanced Research Projects
     Agency, IEN 48, July 1978.

[2]  Bolt Beranek and Newman, "Specification for the Interconnection of
     a Host and an IMP," BBN Technical Report 1822, Revised May 1978.

[3]  Postel, J., "Internet Control Message Protocol - DARPA Internet
     Program Protocol Specification," RFC 792, USC/Information Sciences
     Institute, September 1981.

[4]  Shoch, J., "Inter-Network Naming, Addressing, and Routing,"
     COMPCON, IEEE Computer Society, Fall 1978.

[5]  Postel, J., "Address Mappings," RFC 796, USC/Information Sciences
     Institute, September 1981.

[6]  Shoch, J., "Packet Fragmentation in Inter-Network Protocols,"
     Computer Networks, v. 3, n. 1, February 1979.

[7]  Strazisar, V., "How to Build a Gateway", IEN 109, Bolt Beranek and
     Newman, August 1979.

[8]  Postel, J., "Service Mappings," RFC 795, USC/Information Sciences
     Institute, September 1981.

[9]  Postel, J., "Assigned Numbers," RFC 790, USC/Information Sciences
     Institute, September 1981.

ARISTANDCA00031601