Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
Todd Anten (*admitted pro hac vice*)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (NC) <br><br> **DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND CONDITIONAL MOTION FOR NEW TRIAL** <br><br> Dept: Courtroom 3 - 5th Floor <br> Hearing Date: April 27, 2017 <br> Hearing Time: 9:00 am <br> Judge: Hon. Beth Labson Freeman |

**DECLARATION OF SARA E. JENKINS**

I, Sara E. Jenkins, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit N** is a true and correct copy of transcript excerpts from the trial of *Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:14-cv-5344-BLF (NC) (the "*Cisco v. Arista* trial").

3. Attached hereto as **Exhibit O** are true and correct copies of 26 copyright certificates of registration issued by the U.S. Copyright Office, admitted as Trial Exhibit 4791 in the *Cisco v. Arista* trial.

4. Attached hereto as **Exhibit P** is a true and correct copy of a Cisco-produced document titled, "Parser-Police Manifesto, version 1.7.1," admitted as Trial Exhibit 851 in the *Cisco v. Arista* trial.

5. Attached hereto as **Exhibit Q** is a true and correct copy of an Arista-produced set of slides titled, "Network World Test Report," dated January 2010, admitted as Trial Exhibit 6095 in the *Cisco v. Arista* trial.

6. Attached hereto as **Exhibit R** is a true and correct copy of an Arista-produced document titled, "EOS CLI Conventions and Style Guidelines," admitted as Trial Exhibit 295 in the *Cisco v. Arista* trial.

7. Attached hereto as **Exhibit S** is a true and correct copy of an Arista-produced document titled, "Arista Response to Sourcing Event for LEAF; Addendum A: Arista Executive Summary," prepared for AT&T and dated November 2, 2015, admitted as Trial Exhibit 545 in the *Cisco v. Arista* trial.

8. Attached hereto as **Exhibit T** is a true and correct copy of an Arista-produced document titled, "Usability Comparison Study," admitted as Trial Exhibit 488 in the *Cisco v. Arista* trial.

9. Attached hereto as **Exhibit U** is a true and correct copy of the Declaration of Charles Giancarlo in Support of Plaintiff Cisco's Motion for Preliminary Injunction, filed on February 3, 2003 in connection with *Cisco Systems, Inc. v. Huawei Technologies Co.,* Case No. 2:03-CV-027, heard in the U.S. District Court for the Eastern District of Texas, admitted as Trial Exhibit 250 in the *Cisco v. Arista* trial.

10. Attached hereto as **Exhibit V** is a true and correct copy of an article by John Gallant titled, "How Arista Networks got out in front of the SDN craze," published in *NetworkWorld* on February 22, 2013 and admitted as Trial Exhibit 4745 in the *Cisco v. Arista* trial.

11. Attached hereto as **Exhibit W** is a true and correct copy of a June 16, 2010 email from Adam Sweeney to Matthew Murray et al. with thread regarding "Bug 7642: RFE: configurable load-balancing hash function for LAG and ECMP," admitted as Trial Exhibit 183 in the *Cisco v. Arista* trial.

12. Attached hereto as **Exhibit X** is a true and correct copy of an October 9, 2012 email from David McLeod to Lincoln Dale with thread regarding "Arista Networks," admitted as Trial Exhibit 176 in the *Cisco v. Arista* trial.

13. Attached hereto as **Exhibit Y** is a true and correct copy of a June 20, 2012 email from Lincoln Dale to Ariff Premji et al. with thread regarding "NETCONF interoperability," admitted as Trial Exhibit 171 in the *Cisco v. Arista* trial.

14. Attached hereto as **Exhibit Z** is a true and correct copy of a June 13, 2012 email from Kenneth Duda to Douglas Gourlay with thread regarding "Cisco ONE slides," admitted as Trial Exhibit 187 in the *Cisco v. Arista* trial.

15. Attached hereto as **Exhibit AA** is a true and correct copy of March 4, 2014 email from Suneel Venati to Richard Whitney et al. with thread regarding "[RFE81018] RFE: MQC-like CLI Config," admitted as Trial Exhibit 842 in the *Cisco v. Arista* trial.

16. Attached hereto as **Exhibit BB** is a true and correct copy of Douglas Gourlay deposition excerpts played in court during the *Cisco v. Arista* trial and lodged as Trial Exhibit 9079.

17. Attached hereto as **Exhibit CC** is a true and correct copy of a July 13, 2009 email from Jayshree Ullal to Kenneth Duda et al. with thread regarding "7148SX testing at Spirent [sic] this week," admitted as Trial Exhibit 278 in the *Cisco v. Arista* trial.

18. Attached hereto as **Exhibit DD** is a true and correct copy of the transcript of video excerpts from a presentation by Lincoln Dale at the QUESTnet 2013 conference titled, "Cloud Networking Designs and why enterprise network designs of the past don't scale moving forward," admitted as Trial Exhibit 166-A in the *Cisco v. Arista* trial.

19. Attached hereto as **Exhibit EE** is a true and correct copy of a July 21, 2009 email from Kenneth Duda to Anshul Sadana et al. with thread regarding "Opinions wanted on ACL cli functionality," admitted as Trial Exhibit 197 in the *Cisco v. Arista* trial.

20. Attached hereto as **Exhibit FF** is a true and correct copy of a January 21, 2014 email from Donna Overstreet to Mark Foss with attachments regarding "Scripts," admitted as Trial Exhibit 237 in the *Cisco v. Arista* trial.

21. Attached hereto as **Exhibit GG** is a true and correct copy of an August 17, 2011 email from Hugh Holbrook to Adam Sweeney with thread "Regarding 'show platform hardware capacity,'" admitted as Trial Exhibit 648 in the *Cisco v. Arista* trial.

22. Attached hereto as **Exhibit HH** is a true and correct copy of a June 6, 2014 email from Sundar Bettadahalli to Adam Sweeney et al. regarding "DHCP Option 82 for Microsoft," admitted as Trial Exhibit 650 in the *Cisco v. Arista* trial.

23. Attached hereto as **Exhibit II** is a true and correct copy of the January 22, 2003 Complaint that was filed in *Cisco Systems, Inc. v. Huawei Technologies Co., Ltd.,* Case No. 2:03-CV-027, heard in the U.S. District Court for the Eastern District of Texas, admitted as Trial Exhibit 4671 in the *Cisco v. Arista* trial.

24. Attached hereto as **Exhibit JJ** is a true and correct copy of a Cisco-produced document titled, "Cisco v. Huawei: Day One Media Coverage," admitted as Trial Exhibit 4424 in the *Cisco v. Arista* trial.

25. Attached hereto as **Exhibit KK** is a true and correct copy of a July 10, 2014 email from Manuel Mendez to Mo Shraim et al. with thread regarding "Access switch," admitted as Trial Exhibit 168 in the *Cisco v. Arista* trial.

26. Attached hereto as **Exhibit LL** is a true and correct copy of a Cisco-produced document titled, "The Transformative Operating System Called IOS," admitted as Trial Exhibit 5464 in the *Cisco v. Arista* trial.

27. Attached hereto as **Exhibit MM** is a true and correct copy of a Cisco-produced document titled, "The Transformative Operating System Called IOS," admitted as Trial Exhibit 494 in the *Cisco v. Arista* trial.

28. Trial Exhibits 1-15 (Arista manuals) and Trial Exhibit 4803 (all materials submitted to the Copyright Office in connection with Cisco's obtaining copyright registrations for the relevant user interfaces and detailed technical documentation, including user manuals, command references, command summaries and configuration guides), all of which were admitted into evidence at trial, are too voluminous to include with this declaration. Cisco is prepared to provide the Court with a hard drive containing these Trial Exhibits upon request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Redwood Shores, California on January 31, 2017.

By */s/ Sara E. Jenkins*
     Sara E. Jenkins

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Sara E. Jenkins.

Dated: January 31, 2017            */s/ Kathleen M. Sullivan*
                                   Kathleen M. Sullivan