# EXHIBIT N

08:58AM

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5

CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                 )
                    PLAINTIFF,    )  SAN JOSE, CALIFORNIA
7                                 )
            VS.                   )  NOVEMBER 21, 2016
8                                 )
ARISTA NETWORKS, INC.,            )  VOLUME 2
9                                 )
                    DEFENDANT     )  PAGES  25-260
10                                )

11                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12                UNITED STATES DISTRICT JUDGE

13      A P P E A R A N C E S:

14        FOR THE PLAINTIFF:  DAVID A. NELSON
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17        FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA  94111
19
                              BY:  DAVE NELSON
20                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, ILLINOIS  60661
21

22             APPEARANCES CONTINUED ON NEXT PAGE

23      OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

09:01AM 1      THIS IS THE TIME I BELIEVE WE HAVE SET FOR THE DISCUSSION

09:01AM 2  AND ARGUMENT ON THE PORTIONS OF ANALYTIC DISSECTION THAT THE

09:02AM 3  COURT CAN COMPLETE WITHOUT EVIDENTIARY HEARING.  AND THAT THE

09:02AM 4  EVIDENTIARY HEARING REQUIRED WILL TAKE PLACE ALONG WITH THE

09:02AM 5  TRIAL, WITH THE JURY PRESENT.

09:02AM 6      AND THAT BEFORE I FINALLY INSTRUCT THE JURY, WE WILL HAVE

09:02AM 7  COMPLETED ALL OF THE ANALYTIC DISSECTION; IS THAT CORRECT?

09:02AM 8          MR. VAN NEST:  THAT'S WHAT WE UNDERSTOOD, YOUR HONOR.

09:02AM 9          MR. NELSON:  I BELIEVE THAT'S RIGHT.

09:02AM 10     I BELIEVE WE ALSO TALKED FRIDAY ABOUT MAYBE THEY WANTED

09:02AM 11 SOME ADDITIONAL DISCUSSION ON THE DEFINITION OF THE WORK.

09:02AM 12         THE COURT:  WELL, IT WOULD BE MY HOPE TODAY THAT WE

09:02AM 13 COULD ALSO DEFINE WHAT THE WORKS ARE.  AND OF COURSE THERE'S

09:02AM 14 MORE THAN ONE THAN YOU ARE ASSERTING.  AND I THINK THAT WILL

09:02AM 15 HELP QUITE A BIT AS WE DISCUSS JURY INSTRUCTIONS.

09:02AM 16     YOU KNOW, WE'VE REALLY -- I'VE SET ASIDE ALL DAY TODAY AND

09:02AM 17 TOMORROW.  I DON'T KNOW WHAT WE WILL NEED.  WHEN WE TURN TO

09:02AM 18 JURY INSTRUCTIONS, WE WILL DO THAT IN CHAMBERS BECAUSE WE HAVE

09:02AM 19 A LOT OF ROLL-UP-YOUR-SLEEVES KIND OF WORK TO DO THERE, AND I'M

09:02AM 20 HOPING TO GET A PRETTY GOOD SET OF JURY INSTRUCTIONS BY THE END

09:03AM 21 OF THE DAY TOMORROW, WITH THE EXCEPTION THAT A FEW THAT ARE

09:03AM 22 STILL WORKS IN PROGRESS.  BUT THEN WE HAVE A REALISTIC CHANCE

09:03AM 23 OF GETTING THOSE HAMMERED OUT SO THAT THE JURY CAN START THEIR

09:03AM 24 DELIBERATIONS AS WE HAD HOPED ON DECEMBER 13TH.  SO THAT'S

09:03AM 25 STILL OUR PLAN.

09:03AM   1      WITH THAT IN MIND, LET MY -- I'M NOT SURE HOW YOU HAD

09:03AM   2   WANTED TO ORGANIZE THE DISCUSSION TUESDAY -- THE PAPER YOU

09:03AM   3   PROVIDED TO ME, I KNOW THERE'S LOTS OF OTHER THINGS THAT YOU

09:03AM   4   SENT ME ON THE THUMB DRIVE, AND OF COURSE THAT'S NOT ACCESSIBLE

09:03AM   5   TO ME IN THE COURTROOM, I KNOW YOU WILL HELP ME THROUGH THAT.

09:03AM   6      IT SEEMS TO ME THAT PRIMARILY, CISCO'S IDENTIFICATION THE

09:03AM   7   ALLEGED COPIED ELEMENTS IS ESSENTIAL HERE.  AND WHAT I HAVE

09:04AM   8   BEEN WORKING WITH IS THE JOINT SUBMISSION OF THE ITEMS THAT CAN

09:04AM   9   BE SUBMITTED WITHOUT ARGUMENT THAT TRACK ARISTA'S RESPONSE TO

09:04AM  10   CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS.

09:04AM  11      AND SO MR. VAN NEST, I DON'T KNOW WHETHER YOU HAD INTENDED

09:04AM  12   TO WALK THROUGH THAT LIST OR IF YOU HAVE A DIFFERENT WAY OF

09:04AM  13   ORGANIZING THIS FOR ME TODAY.

09:04AM  14         MR. VAN NEST:  I HAD A SLIDE HERE FOR SUGGESTION.

09:04AM  15   AND THAT IS THAT WE START WITH DEFINING WHAT THE WORK AS A

09:04AM  16   WHOLE IS.

09:04AM  17         THE COURT:  OKAY.

09:04AM  18         MR. VAN NEST:  REMEMBER THAT AT THE MOTION IN LIMINE

09:04AM  19   SESSION WE HAD MOVED IN LIMINE THE QUESTION OF WHAT WAS

09:04AM  20   ACTUALLY DISCLOSED.  AND SO THAT WAS CARRIED OVER TO TRIAL.

09:04AM  21      SO WHAT WE HAVE DONE IS WE HAVE DIVIDED IT UP A LITTLE BIT.

09:04AM  22   WE THINK THERE'S TWO ISSUES:  WHAT WAS DISCLOSED AS THE

09:04AM  23   COPYRIGHTED WORK, AND MR. FERRALL IS GOING TO ADDRESS THAT; AND

09:04AM  24   WHETHER SOME SUBSET OF A COPYRIGHTED REGISTRATION IS ELIGIBLE

09:04AM  25   TO BE THE WORK AS A WHOLE.

09:04AM  1          AND YOU HAD MENTIONED FRIDAY THAT YOU WERE FAMILIAR WITH

09:04AM  2     THE LAW.

09:04AM  3              THE COURT:  I HOPE I AM.

09:05AM  4              MR. VAN NEST:  AND MR. KWUN WAS GOING TO HANDLE THAT.

09:05AM  5          SO WHAT I SUGGEST WE DO IS, START WITH MR. FERRALL, IS THE

09:05AM  6     DISCOVERY ISSUES BECAUSE THEY ARE VERY IMPORTANT, AND THEN

09:05AM  7     FOLLOW ON WITH THE DISCUSSION OF THE LAW AND THE LEGAL POINTS.

09:05AM  8     EVEN IF YOUR HONOR WERE TO SAY, WELL, IT WAS DISCLOSED, THEN I

09:05AM  9     THINK THERE'S A SECOND QUESTION WHICH IS, WHAT DOES THE LAW

09:05AM 10     ALLOW IN TERMS OF A SUBSET TYPE OF APPROACH?

09:05AM 11              THE COURT:  OKAY.  AND I'M PERFECTLY HAPPY TO DO

09:05AM 12     THAT.

09:05AM 13          I THINK THE BEST PLACE TO START OUT IS FOR CISCO TO STATE

09:05AM 14     ON THE RECORD WHAT IT BELIEVES THE WORKS ARE THAT IT IS GOING

09:05AM 15     FORWARD WITH.

09:05AM 16          MR. PAK.

09:05AM 17              MR. PAK:  YES, YOUR HONOR.  AND YOUR HONOR, I HAVE

09:06AM 18     COPIES OF THE SLIDES.

09:06AM 19              THE COURT:  AND THOSE ARE ALWAYS HELPFUL.  THANK YOU.

09:06AM 20          AND PARDON ME, I MAY BE LOOKING AT THESE WHILE YOU ARE

09:06AM 21     TALKING.  I MAY NOT MAKE THE KIND OF EYE CONTACT THAT WOULD

09:06AM 22     APPEAR THAT I'M LISTENING, BUT I'M DOING MY BEST.

09:06AM 23              MR. PAK:  SO YOUR HONOR, WE HAVE PUT TOGETHER A

09:06AM 24     SERIES OF SLIDES THAT WILL WALK US THROUGH THE DISCUSSION.  I

09:06AM 25     THINK IT WILL FOLLOW INTO THE FOLLOWING SETS OF ARGUMENTS.

09:06AM 1        ONE IS, AT A VERY HIGH LEVEL I KNOW YOUR HONOR HAS SEEN THE

09:06AM 2    CASE LAW, BUT JUST TO REMIND EVERYONE ON THE RECORD WHAT THE

09:06AM 3    LAW IS WITH RESPECT TO THE SEPARATE REGISTRATION OF USER

09:06AM 4    INTERFACE VERSUS THE SOURCE CODE WHEN ONE TAKES A COMPUTER

09:06AM 5    PROGRAM AND FILES THE REGISTRATION PAPERWORK WITH THE COPYRIGHT

09:06AM 6    OFFICE.  I WILL COVER THAT VERY BRIEFLY.

09:07AM 7        AND YOUR HONOR, I DO WANT TO GO THEN THROUGH THE DIFFERENT

09:07AM 8    DISCLOSURES THAT WE MADE IN THE CASE.  DIFFERENT STATEMENTS

09:07AM 9    HAVE BEEN MADE BY THE EXPERTS ON BOTH SIDES.  PARTICULARLY, I

09:07AM 10   THINK WHAT'S REALLY IMPORTANT IS TO UNDERSTAND HOW ARISTA'S OWN

09:07AM 11   EXPERTS HAVE UNDERSTOOD THE COPYRIGHTS AT ISSUE TO BE BECAUSE

09:07AM 12   THAT BECOMES A FOUNDATION FOR A NUMBER OF OPINIONS AND SOME

09:07AM 13   DEFENSES THAT ARISTA HAS RAISED.

09:07AM 14       SO I THINK ONCE WE UNDERSTAND THAT PICTURE, THEN I WILL

09:07AM 15   STATE ON THE RECORD, YOUR HONOR, EXACTLY WHAT IT IS THAT WE ARE

09:07AM 16   CLAIMING TO BE, IN THIS CASE, REALLY, THE FOUR OPERATING SYSTEM

09:07AM 17   USER INTERFACES, HOW THEY WERE DISCLOSED, AND MAKE THAT VERY

09:07AM 18   CLEAR ON THE RECORD.

09:07AM 19           THE COURT:  THAT WILL BE VERY HELPFUL.

09:07AM 20       AND SO THAT -- I WANT MR. VAN NEST TO BE CLEARLY SPEAKING

09:07AM 21   TO WHAT YOU ALLEGE THE WORKS TO BE SO THAT THE RECORD IS CLEAR

09:07AM 22   FOR ALL OF US.

09:07AM 23           MR. PAK:  GREAT.

09:07AM 24       SO I THINK THE STARTING POINT, YOUR HONOR, IS THE CASE OF

09:07AM 25   MANUFACTURERS TECH V. CAMS, THIS IS CONNECTICUT CASE IN 1989.

09:08AM  1    THE COURT LOOKED AT ALL OF THE VARIOUS POLICY ARGUMENTS AND

09:08AM  2    WHAT HAPPENED WITH RESPECT TO THE CHANGE IN POLICY AT THE

09:08AM  3    COPYRIGHT OFFICE.

09:08AM  4        AND WHAT THIS CASE HOLDS IS THAT THIS COURT ADOPTS THE

09:08AM  5    APPROACH TO TREAT THE SINGLE REGISTRATION OF THE COMPUTER

09:08AM  6    PROGRAM AS ACCOMPLISHING TWO INTERRELATED YET DISTINCT

09:08AM  7    REGISTRATIONS.

09:08AM  8        ONE OF THE PROGRAM ITSELF AND ONE OF THE SCREEN DISPLAYS OR

09:08AM  9    THE USER INTERFACE OF THAT PROGRAM.  AND IT ALSO RECOGNIZES

09:08AM 10    THAT A COMPUTER PROGRAM AND ITS SCREEN DISPLAYS ARE, FOR

09:08AM 11    COPYRIGHT PURPOSES, FUNDAMENTALLY DISTINCT.

09:08AM 12        AND I THINK IF YOUR HONOR READS THAT OPINION, AND THERE ARE

09:08AM 13    A NUMBER OF DISTRICT COURTS THAT HAVE FOLLOWED THIS APPROACH,

09:08AM 14    THE COURT REALLY ADOPTS MULTIPLE BASIS FOR ITS POSITION.

09:08AM 15        ONE IS JUST THE PRACTICAL REALITY THAT ITS COMPUTER

09:08AM 16    PROGRAMS BECOME MORE COMPLICATED.  THESE PROGRAMS ARE

09:08AM 17    GENERATING, LITERALLY, HUNDREDS OF THOUSANDS OF SCREEN SHOTS,

09:09AM 18    OR MILLIONS POTENTIALLY, DEPENDING ON THE COMPLEXITY OF THE

09:09AM 19    PROGRAM.

09:09AM 20        AND PRIOR TO THE COPYRIGHT POLICY CHANGE, AS A COMPUTER

09:09AM 21    PROGRAM, YOU COULD EITHER REGISTER THE CODE OR YOU COULD ALSO

09:09AM 22    SEPARATELY REGISTER THE SCREEN DISPLAYS.  BUT AS THE NUMBER OF

09:09AM 23    SCREEN DISPLAYS INCREASED, IT BECAME PRACTICALLY IMPOSSIBLE TO

09:09AM 24    REGISTER ALL THE DIFFERENT POSSIBLE SCREENS.  AND SOME OF THESE

09:09AM 25    SCREENS DEPENDS ON HOW YOU THE USER INTERACTS WITH THE SYSTEM.

09:09AM 1      SO THAT WAS ALSO A RECOGNITION IN THIS ORDER THAT WHEN YOU

09:09AM 2   HAVE THE USER PROVIDING INPUT, AND THAT'S PART OF WHAT YOU ARE

09:09AM 3   SEEING ON THE SCREEN, IT REALLY DOES BECOME VERY, VERY

09:09AM 4   DIFFICULT TO TRY TO REGISTER ALL THE DIFFERENT PERMUTATIONS.

09:09AM 5      THERE'S ALSO A BASIC, I THINK A POLICY REASON TO DO THIS,

09:09AM 6   WHICH IS THE COURT RECOGNIZED THAT THE SAME USER SCREEN COULD

09:09AM 7   BE IMPLEMENTED USING DIFFERENT CODE.  AND IN FACT, THERE'S SUCH

09:09AM 8   A PROLIFERATION OF DIFFERENT TYPE OF PROGRAMMING LANGUAGES,

09:10AM 9   PROGRAMMING TECHNIQUES THAT, FROM A USER PERSPECTIVE, YOU COULD

09:10AM 10  HAVE AN IDENTICAL PROGRAM IN TERMS OF THE USER EXPERIENCE

09:10AM 11  THAT'S BEEN IMPLEMENTED USING, FOR EXAMPLE THE C++ PROGRAM

09:10AM 12  LANGUAGE VERSUS JAVA VERSUS DIFFERENT KINDS OF LIBRARIES AND

09:10AM 13  TOOLS.

09:10AM 14     SO THE RECOGNITION WAS THAT WE SHOULDN'T ALLOW THE SAME

09:10AM 15  PROGRAM EFFECTIVELY TO BE CLONED SIMPLY BECAUSE THE INFRINGER

09:10AM 16  HAD USED A DIFFERENT PROGRAMMING LANGUAGE OR A SET OF DIFFERENT

09:10AM 17  LIBRARY TOOLS.  SO THAT, I THINK, WAS ALSO PART OF THIS COURT'S

09:10AM 18  OPINION.

09:10AM 19     JUST TO BE CLEAR, THAT'S NOT THE ONLY COURT, THIS IS ON

09:10AM 20  SLIDE 3, WE HAVE CITED A NUMBER OF CASES, CLARITY SOFTWARE

09:10AM 21  CASE, FROM PENNSYLVANIA THAT QUOTES AND RELIES ON CAMS, AND

09:10AM 22  THEY RECOGNIZED THE SAME LEGAL PRINCIPLE AND POLICY BASIS FOR

09:10AM 23  THIS DECISION.

09:10AM 24     WE HAVE THE JAMISON CASE FROM THE EASTERN DISTRICT OF NEW

09:10AM 25  YORK.  THE HARBOR SOFTWARE CASE FROM THE SOUTHERN DISTRICT OF

```
09:10AM   1    NEW YORK, AND ALSO THE NAPOLI CASE WHICH CAME OUT OF THE

09:10AM   2    NORTHERN DISTRICT --

09:11AM   3              THE COURT:  NO COURTS IN THE NINTH CIRCUIT HAVE HAD

09:11AM   4    THE OCCASION TO RULE ON THIS?

09:11AM   5              MR. PAK:  I THINK THE NINTH CIRCUIT HASN'T, TO MY

09:11AM   6    KNOWLEDGE, AT THE DISTRICT COURT LEVEL, HAVE DEALT WITH THIS

09:11AM   7    PARTICULAR ISSUE.  BUT OBVIOUSLY WE HAVE CASES LIKE THE

09:11AM   8    SYNOPSYS CASE AND OTHER CASES THAT HAVE FOCUSED JUST ON THE

09:11AM   9    USER INTERFACE ELEMENTS.

09:11AM  10              THE COURT:  WHAT WAS THE DEFINITION OF THE WORK IN

09:11AM  11    THE SYNOPSYS CASE.

09:11AM  12              MR. PAK:  I BELIEVE IT WAS THE COMMAND SET AND THE

09:11AM  13    SYNTAX, THAT WAS THE DEFINITION OF THE WORK.

09:11AM  14              THE COURT:  THAT WOULD BE A SUBSET OF THE USER

09:11AM  15    INTERFACE?

09:11AM  16              MR. PAK:  I BELIEVE SO.

09:11AM  17              THE COURT:  YOU WEREN'T INVOLVED IN THAT CASE?

09:11AM  18              MR. PAK:  I WAS NOT INVOLVED IN THE SYNOPSYS CASE SO

09:11AM  19    I APOLOGIZE, I'M GOING OFF OF WHAT I HAD JUST READ.

09:11AM  20              THE COURT:  I DIDN'T BELIEVE YOU HAD BEEN INVOLVED IN

09:11AM  21    IT BUT YOU HAVE OBVIOUSLY STUDIED THE DOCKET.

09:11AM  22              MR. PAK:  I HAVE STUDIED THE DOCKET, BUT THERE MAY BE

09:11AM  23    THINGS IN THE CONFIDENTIAL RECORD THAT WE DON'T HAVE ACCESS TO.

09:11AM  24              THE NAPOLI CASE, YOUR HONOR, THAT WAS VACATED DUE TO A

09:11AM  25    SETTLEMENT AGREEMENT.  THERE WAS NO SUBSTANTIVE ANALYSIS OR
```

09:11AM  1    OVERTURNING OF THAT DECISION.

09:11AM  2           THE COURT:  AND THE NAPOLI CASE IS THE ONE YOU HAVE

09:11AM  3    CITED, I THINK.

09:12AM  4           MR. PAK:  THAT'S RIGHT.

09:12AM  5       AND WE HAVE ALSO CITED THE MANUFACTURERS TECH CASE.  THE

09:12AM  6    NAPOLI CASE ACTUALLY CITES THE MANUFACTURERS TECH CASE AND

09:12AM  7    MAKES IT PART OF ITS HOLDING AS WELL.

09:12AM  8       SO ON SLIDE 4, YOUR HONOR, I THINK WE ARE ALL IN AGREEMENT

09:12AM  9    NOW THAT THE ACT OF REGISTERING A COPYRIGHT DOESN'T DEFINE THE

09:12AM  10   WORK, NECESSARILY, AND THAT'S FOR MULTIPLE REASONS.

09:12AM  11      COPYRIGHT BECOMES PART OF THE WORK OR THE WORK BECOMES

09:12AM  12   PROTECTED BY COPYRIGHT AT THE TIME OF CREATION OF THAT WORK.

09:12AM  13   AND THE REGISTRATION REALLY IS A STANDING ISSUE AS TO WHETHER

09:12AM  14   YOU COULD SUE ON THAT COPYRIGHTED WORK BY MAKING THE FILINGS

09:12AM  15   WITH THE REGISTRATIONS.

09:12AM  16      AND EVEN ARISTA ACKNOWLEDGES IN ITS BRIEF AT ECF 635,

09:12AM  17   PAGE 2, FOR EXAMPLE, CISCO CAN ASSERT ITS SEPARATE MANUALS,

09:12AM  18   INDEPENDENT DOCUMENTS AS DISCREET WORKS, ALTHOUGH THEY WERE

09:12AM  19   REGISTERED ALONG WITH THE OPERATING SYSTEMS.

09:12AM  20      SO THERE WILL BE SOME DISCUSSION, I BELIEVE, ABOUT VARIOUS

09:13AM  21   DISCOVERY RESPONSES OR STATEMENTS BY WITNESSES AND EXPERTS AS

09:13AM  22   TO WHAT WAS IT THAT WAS ACTUALLY FILED WITH THE COPYRIGHT

09:13AM  23   OFFICE.

09:13AM  24      AND I THINK IT'S FACTUALLY CORRECT TO SAY THAT WHAT WE

09:13AM  25   FILED WERE THE OPERATING SYSTEM-RELATED DOCUMENTS AS WELL AS

09:13AM   1    THE SOURCE CODE.  THAT'S THE -- WHAT WAS THE REGISTERED WORK IN

09:13AM   2    THE SENSE OF REGISTRATION.

09:13AM   3            THE COURT:  SURE.

09:13AM   4        AND NO ONE -- ARISTA DOESN'T CONTEST THAT THE IOS IS

09:13AM   5    COPYRIGHTED, SUBJECT TO A REGISTRATION.

09:13AM   6            MR. PAK:  THAT'S RIGHT, YOUR HONOR.

09:13AM   7        AND I THINK THE --

09:13AM   8            THE COURT:  AND EACH OF ITS VERSIONS, OF COURSE.

09:13AM   9            MR. PAK:  THAT'S RIGHT.

09:13AM  10        AND SO ULTIMATELY WHAT CISCO IS CONTENDING IN THIS CASE,

09:13AM  11    WHAT WE ARE CONTENDING, YOUR HONOR, IS THAT THAT ACT OF

09:13AM  12    REGISTERING THE OPERATING SYSTEM, ALONG WITH THE DOCUMENTS,

09:13AM  13    GAVE RISE TO A NUMBER OF DISTINCT REGISTRATION FOR PURPOSES OF

09:13AM  14    ENFORCEMENT OR LITIGATION, THAT WE CAN THEN USE THAT

09:13AM  15    REGISTRATION AS A BASIS TO ASSERT, FOR EXAMPLE, THE

09:13AM  16    DOCUMENT-BASED COPYRIGHTS THAT WE HAVE.  WE COULD ALSO CHOOSE

09:13AM  17    TO ASSERT THE USER INTERFACE RELATED COPYRIGHTS THAT WE HAVE.

09:14AM  18        AND IF THE CASE INVOLVED SOURCE CODE COPYING, WE COULD HAVE

09:14AM  19    ALSO ASSERTED THE SOURCE CODE COPYING COPYRIGHTS AS WELL.  BUT

09:14AM  20    THAT THESE ARE A BUNDLE OF RIGHTS THAT WE HAVE, AND WE COULD

09:14AM  21    CHOOSE TO SELECT -- WE COULD CHOOSE TO ASSERT ALL OF THEM

09:14AM  22    TOGETHER OR IN INDIVIDUAL PIECEMEAL FASHION.

09:14AM  23            THE COURT:  WELL, IT SEEMS THAT ARISTA ARGUES THAT

09:14AM  24    THAT'S THE OPERATING SYSTEM AS A WHOLE, WHICH WOULD INCLUDE

09:14AM  25    BOTH THE SOURCE CODE AND THE USER INTERFACE.  SO I DON'T THINK

09:14AM  1   THERE'S ANY QUESTION THAT THE USER INTERFACE IS PROTECTED IN

09:14AM  2   THE REGISTRATIONS, IT'S JUST WHETHER IT CAN BECOME IT'S OWN

09:14AM  3   WORK SEPARATE FROM THE SOURCE CODE.

09:14AM  4        MR. PAK:  THAT'S CORRECT, YOUR HONOR.

09:14AM  5        THE COURT:  AND IT DOESN'T SEEM LIKE IT'S THAT

09:14AM  6   DIFFICULT A DECISION HERE.

09:14AM  7        MR. PAK:  I DON'T THINK SO, YOUR HONOR.

09:14AM  8      I THINK WHEN YOU LOOK AT THE LAW MADE, AND I'M SURE WE WILL

09:14AM  9   HEAR FROM COUNSEL FOR ARISTA, BUT SETTING ASIDE SOME POLICY

09:14AM  10  STATEMENTS FROM THE COPYRIGHT OFFICE WHICH CAN BE INTERPRETED

09:14AM  11  IN A NUMBER OF DIFFERENT WAYS, I DON'T THINK THERE'S BEEN ANY

09:14AM  12  CASE LAW CITED BY ARISTA THAT REALLY CONTRADICTS THIS

09:14AM  13  MANUFACTURING TECH LINE OF CASES AND THE WAY THE DISTRICT

09:15AM  14  COURTS HAVE TREATED USER INTERFACE AS A SEPARATE COPYRIGHTABLE

09:15AM  15  WORK.

09:15AM  16      SO REALLY, I THINK PART OF THE DISCUSSION WE ARE HAVING IS

09:15AM  17  REALLY THE DISCOVERY PROCESS AND WHAT CISCO HAS ALLEGED FROM

09:15AM  18  THE VERY BEGINNING OF THE CASE IN TERMS OF FILING OF THE

09:15AM  19  COMPLAINT TO THE DISCOVERY RESPONSES THAT WERE MADE, TO THE

09:15AM  20  EXPERT OPINIONS THAT WERE RENDERED.  AND I THINK IMPORTANTLY,

09:15AM  21  WHAT WERE THE DEFENSES ARISTA HAS ADVANCED IN THIS CASE, BASED

09:15AM  22  ON THE DISCLOSURES CISCO MADE.

09:15AM  23      AND AS YOUR HONOR KNOWS, RULE 26 IS REALLY A DISCOVERY

09:15AM  24  NOTICE RULE, AND THE IDEA IS HAVE I REASONABLY OR FAIRLY PUT

09:15AM  25  THE OTHER SIDE ON NOTICE OF MY THEORIES.  I THINK WE ALL

09:15AM 1  RECOGNIZE THAT YOU DON'T HAVE TO SPELL OUT IN EXACTLY THE SAME

09:15AM 2  WAY, YOUR CLAIMS, OR USE EXACTLY THE SAME TYPE OF EVIDENCE AS

09:15AM 3  YOU WOULD PRESENT AT TRIAL.  THE REAL QUESTION IS, HAVE WE PUT

09:15AM 4  THE OTHER SIDE FAIRLY ON NOTICE THAT WE, CISCO, HAVE BELIEVED

09:16AM 5  THAT COPYRIGHTABLE USER INTERFACE, OR SOMETIMES WE CALL IT THE

09:16AM 6  CLI, IS SOMETHING THAT IS DISTINCT AND IT'S SOMETHING WE

09:16AM 7  BELIEVE WAS COPIED AND SOMETHING THAT WAS COPYRIGHTED.

09:16AM 8      SO I WOULD LIKE TO START ON SLIDE 5, REALLY, FROM THE PUNCH

09:16AM 9  LINE, WHICH IS, LET'S LOOK AT THE SWORN OPINIONS OF THEIR TWO

09:16AM 10  EXPERTS IN THIS CASE, THE TWO PRIMARY EXPERTS.

09:16AM 11      FIRST OF ALL, WE START WITH MS. CATE ELSTEN WHO IS ARISTA'S

09:16AM 12  DAMAGES OTHER EXPERT.  AND I'M QUOTING FROM ELSTEN REBUTTAL

09:16AM 13  REPORT AT PAGE 92 WHICH WAS FILED IN JULY OF 2016.

09:16AM 14      AS STATED IN SECTION 3(C)(1)(B) OF THIS REPORT, I

09:16AM 15  UNDERSTAND THAT THE COPYRIGHTS AT ISSUE DO NOT RELATE TO THE

09:16AM 16  IMPLEMENTATION OF THE CLI.  WHICH IS EXECUTED BY UNDERLYING

09:16AM 17  SOURCE CODE, NOT IN DISPUTE IN THIS MATTER.

09:17AM 18      SO IT CANNOT BE ANYMORE CLEAR WHAT SHE SAID.  SHE SAID THE

09:17AM 19  COPYRIGHTS AT ISSUE DO NOT CONCERN THE SOURCE CODE.

09:17AM 20      THEN SHE GOES ON TO SAY THAT THE ARISTA EOS SOURCE CODE WAS

09:17AM 21  INDEPENDENTLY DEVELOPED BY ARISTA'S ENGINEERS.  AND THE SECOND

09:17AM 22  AMENDED COMPLAINT DOES NOT ALLEGE THAT ARISTA COPIED ANY OF THE

09:17AM 23  CLI SOURCE CODE.

09:17AM 24      NOW THIS IS NOT A STATEMENT IN ISOLATION OR IN A VACUUM.

09:17AM 25  THE REASON WHY SHE'S MAKING THIS STATEMENT SO CLEARLY AS SHE

09:17AM  1    HAS, AS YOUR HONOR KNOWS, A DISGORGEMENT OPINION.  SO HER JOB

09:17AM  2    ON BEHALF OF ARISTA AS A DAMAGES EXPERT IS TO APPORTION OUT

09:17AM  3    WHAT SHE BELIEVES IS THE VALUE OF THE COPYRIGHTED WORK AT ISSUE

09:17AM  4    VERSUS OTHER TECHNOLOGIES THAT WERE DEVELOPED BY ARISTA,

09:17AM  5    SETTING ASIDE THE COPYRIGHTED WORK.

09:17AM  6         SO IN ORDER TO DO THAT DISGORGEMENT ANALYSIS, WHAT SHE DOES

09:17AM  7    IS SHE VALUES THE CLI OR THE USER INTERFACE AND SAYS, THAT IS

09:17AM  8    WORTH, FOR EXAMPLE AT THE BOTTOM HERE, $16.4 MILLION, IN HER

09:18AM  9    OPINION.

09:18AM  10        AND THEN HE SAYS THE REST OF THE PROFITS THAT ARISTA HAS

09:18AM  11   GAINED BY SELLING THE EOS SOFTWARE AND THE CODE AND THE

09:18AM  12   SWITCHES SHOULD BE APPORTIONED OUT.

09:18AM  13        SO TWO -- SO THIS IS A VERY IMPORTANT PART OF HER

09:18AM  14   APPORTIONMENT OR DISGORGEMENT ANALYSIS IS TO BE ABLE TO TREAT

09:18AM  15   THE CLI AS A SEPARATE COPYRIGHTABLE WORK SO THEN SHE CAN TURN

09:18AM  16   AROUND AND THEN SAY THESE OTHER THINGS ARE NOT AT ISSUE IN THIS

09:18AM  17   CASE, SHOULD BE APPORTIONED OUT.

09:18AM  18        SO WE SEE THAT OPINION STATED ON THE VERY NEXT PAGE, ELSTEN

09:18AM  19   REBUTTAL REPORT 92 TO 93, "BASED ON CURRENTLY AVAILABLE

09:18AM  20   INFORMATION IN MY ANALYSIS, IN CONSIDERATIONS AS OUTLINED

09:18AM  21   ABOVE, I HAVE CONCLUDED THAT THE PORTION OF ARISTA'S U.S.

09:18AM  22   SWITCH PROFITS FROM DECEMBER 2011 THROUGH MARCH 2016, MAY BE

09:18AM  23   REASONABLY CONSIDERED ATTRIBUTABLE TO THE CLI IS

09:18AM  24   $16.4 MILLION."

09:18AM  25        AND THEN SHE SAYS, "FURTHER APPORTION MAY BECOME POSSIBLE

09:19AM  1    BASED ON THE COURT'S RULING AS TO WHAT PORTIONS OF THE ARISTA

09:19AM  2    EOS CLI ARE COVERED BY THE COPYRIGHTS AT ISSUE.  AND SUCH

09:19AM  3    APPORTIONMENT MAY HAVE A MATERIAL IMPACT ON THE FINAL NUMBER."

09:19AM  4        IT'S VERY CLEAR, SHE'S ALREADY DONE THE APPORTIONMENT BASED

09:19AM  5    ON THE USER INTERFACE AS A SEPARATELY COPYRIGHTABLE WORK.  AND

09:19AM  6    THEN SHE'S SAYING BASED ON WHAT WE DO WITH DISSECTION, THAT SHE

09:19AM  7    MAY HAVE FURTHER OPINIONS FOR APPORTIONMENT BASED ON THAT

09:19AM  8    OPINION.

09:19AM  9        WE ALSO HAVE PROFESSOR JOHN BLACK, WHO IS SITTING HERE IN

09:19AM  10   THE COURTROOM, AND HE IS ARISTA'S TECHNICAL EXPERT.  AND DOCTOR

09:19AM  11   BLACK ALSO MAKES THE SAME STATEMENTS ABOUT WHAT IS THE

09:19AM  12   COPYRIGHTABLE WORK AT ISSUE.  THIS IS DOCTOR BLACK, JUNE 3RD,

09:19AM  13   2016.  AND IN THAT REPORT HE'S PROVIDING A NUMBER OF OPINIONS

09:19AM  14   AND HE SAYS, "THE ASPECTS OF THE CISCO CLI OVER WHICH CISCO

09:19AM  15   ASSERTS COPYRIGHT PROTECTION IN THIS LITIGATION," AND THEN HE

09:20AM  16   GOES ON TO SAY, "NAMELY THE ASSERTED COMMAND MODES, PROMPTS,

09:20AM  17   COMMANDS, COMMAND HIERARCHIES AND COMMAND RESPONSES."

09:20AM  18       AND WHY DOES DOCTOR BLACK SAY THAT?  AGAIN HE'S NOT SAYING

09:20AM  19   THAT IN ISOLATION, HE'S SAYING IT TO SUPPORT ONE OF HIS MAJOR

09:20AM  20   OPINIONS IN THIS CASE, AND THAT HAS TO DO WITH THE

09:20AM  21   TRANSFORMATIVE USE.

09:20AM  22       SO DOCTOR BLACK, AS ARISTA'S TECHNICAL EXPERT, WAS TASKED

09:20AM  23   WITH THE QUESTION OF ANALYZING, WAS THERE A TRANSFORMATION OF

09:20AM  24   THE COPYRIGHTED WORK AT ISSUE WHEN ARISTA IMPLEMENTED IT USING

09:20AM  25   DIFFERENT CODE?

09:20AM 1     SO AGAIN, THIS IS IN THE SAME REPORT, PAGE -- OR

09:20AM 2  PARAGRAPH 673, HE SAYS, "I HAVE TAKEN -- UNDERTAKEN ON THE

09:20AM 3  EVALUATION OF THE PURPOSE AND CHARACTER OF THE USE OF THE

09:20AM 4  ASSERTED CLI ASPECTS IN RELATION TO THE REGISTERED WORKS.  IN

09:20AM 5  PARTICULAR, I HAVE CONSIDERED WHETHER THE ALLEGED INFRINGEMENT

09:20AM 6  IS A TRANSFORMATIVE USE OF THE ASSERTED PROTECTED EXPRESSION.

09:21AM 7     BASED UPON ALL OF MY OBSERVATIONS SET FORTH ABOVE, IT IS MY

09:21AM 8  OPINION THAT ARISTA'S ALLEGED USE OF THE ASSERTED CLI ASPECTS

09:21AM 9  IS TRANSFORMATIVE BECAUSE OF THE FUNDAMENTALLY DIFFERENT AND

09:21AM 10  NOVEL ARISTA HARDWARE AND SOFTWARE THAT ARISTA DEVELOPED

09:21AM 11  INDEPENDENTLY, AND BECAUSE THE ASSERTED CLI ASPECTS ARE MERELY

09:21AM 12  A MEANS OF ACCESSING OR CONTROLLING SOME OF THAT INNOVATIVE

09:21AM 13  TECHNOLOGY."

09:21AM 14     SO AGAIN, HE MAKES A DISTINCTION BETWEEN THE USER INTERFACE

09:21AM 15  AND THE CODE TO BE ABLE TO SAY THE COPYRIGHTED WORK AT ISSUE IS

09:21AM 16  THE USER INTERFACE.  IT IS HIS TECHNICAL OPINION THAT BECAUSE

09:21AM 17  ARISTA IMPLEMENTED THAT USER INTERFACE USING DIFFERENT CODE,

09:21AM 18  DIFFERENT OPERATING SYSTEM ARCHITECTURE WITH DIFFERENT FEATURES

09:21AM 19  MAY HAVE DIFFERENT CHARACTERISTICS.

09:21AM 20     THE COURT:  WELL, ISN'T THERE A DISTINCTION BETWEEN

09:21AM 21  THE ASSERTED ELEMENTS THAT YOU CLAIM WERE COPIED AND THE WORK?

09:21AM 22     MR. PAK:  TRUE, YOUR HONOR.

09:22AM 23     THE COURT:  SO THE ASSERTED ELEMENTS CAN COME FROM

09:22AM 24  THE USER INTERFACE OR FROM THE LARGER OPERATING SYSTEM.

09:22AM 25     AND I DO NOT THINK DOCTOR BLACK SPEAKS TO EITHER, PERHAPS

09:22AM 1    MS. ELSTEN DOES MORE DIRECTLY IN HER OPINION ON DISGORGEMENT,

09:22AM 2    BUT THIS ONE I'M NOT ACTUALLY FINDING SUPPORTIVE OF YOUR

09:22AM 3    ARGUMENT.

09:22AM 4        MR. PAK:  EXCEPT, YOUR HONOR, THE NATURE OF THE

09:22AM 5    TRANSFORMATIVE ANALYSIS IS ABOUT NOT NECESSARILY THE

09:22AM 6    TRANSFORMATION OF WHAT IS BEING ASSERTED IN TERMS OF

09:22AM 7    PROTECTABLE ELEMENTS.  THE TRANSFORMATIVE ARGUMENT IS WHETHER

09:22AM 8    THE COPYRIGHTED WORK HAS BEEN TRANSFORMED OR NOT.

09:22AM 9        AND SO ALTHOUGH HIS LANGUAGE --

09:22AM 10       THE COURT:  THAT'S NOT WHAT HE SAYS.

09:22AM 11       MR. PAK:  RIGHT, RIGHT.  BUT IN TERMS OF THE LEGAL

09:22AM 12   FRAMEWORK, WHAT THE DEFENSE IS, IS HAVE I TRANSFORMED THE

09:22AM 13   COPYRIGHTED WORK IN A WAY THAT IS TRANSFORMATIVE COMPARED TO

09:22AM 14   HOW THE COPYRIGHTED WORK WAS USED BY THE COPYRIGHT ONLY.

09:22AM 15       SO ALTHOUGH I AGREE WITH YOUR HONOR THAT DOCTOR ELSTEN'S

09:22AM 16   LANGUAGE IS MUCH MORE CLEAR THAT THE COPYRIGHTED WORK AT ISSUE

09:23AM 17   IS THE CLI, DOCTOR BLACK'S OPINIONS AND THE WAY HE THINKS ABOUT

09:23AM 18   THE USER INTERFACE AS BEING DIFFERENT FROM THE CODE FOR THE

09:23AM 19   TRANSFORMATIVE ARGUMENTS ALSO SUPPORTS HIS POSITION.

09:23AM 20       NOW WHY ARE THE TWO EXPERTS FROM ARISTA SAYING THIS?

09:23AM 21   BECAUSE REALLY, CISCO HAS BEEN PRETTY CLEAR FROM THE VERY

09:23AM 22   BEGINNING OF THIS CASE.  AND WE CAN SEE THAT FROM THE VERY

09:23AM 23   FIRST COMPLAINT THAT WE FILED.  THE LANGUAGE I'M ABOUT TO WALK

09:23AM 24   YOU THROUGH IS ALSO CARRIED THROUGH IN THE VARIOUS AMENDED

09:23AM 25   COMPLAINTS.  THIS IS ON SLIDE 7.

| | | |
|---|---|---|
| 09:23AM | 1 | AT THE VERY BEGINNING OF THE COMPLAINT WE TALKED ABOUT THE |
| 09:23AM | 2 | CLI AS THE USER INTERFACE BY WHICH USERS OF CISCO'S PRODUCTS |
| 09:23AM | 3 | COMMUNICATE WITH THE PRODUCT.  THIS IS ON PARAGRAPH 27. |
| 09:23AM | 4 | PARAGRAPH 7 OF THE COMPLAINT, WE ALLEGE THAT ARISTA |
| 09:23AM | 5 | DELIBERATELY AND REPEATEDLY ENGAGED IN EXTENSIVE COPYING IN |
| 09:23AM | 6 | ORDER TO COMPETE UNFAIRLY WITH CISCO, AND PUBLICLY TOUTS THAT |
| 09:23AM | 7 | ITS COPYING OF CISCO'S CLI MAKE ITS EASIER FOR CISCO CUSTOMERS |
| 09:24AM | 8 | TO SWITCH. |
| 09:24AM | 9 | AND ALSO IN THE SAME COMPLAINT, YOUR HONOR, WE IDENTIFIED |
| 09:24AM | 10 | THE SAME KINDS OF BUILDING BLOCK ELEMENTS THAT WE HAVE BEEN |
| 09:24AM | 11 | DISCUSSING ALL ALONG, THE COMMAND EXPRESSIONS, THE COMMAND |
| 09:24AM | 12 | STRUCTURE, PROMPTS, HIERARCHY, MODES AND SO ON. |
| 09:24AM | 13 | THEN ON SLIDE 8, AS THE COMPLAINT GOES ON, WE TALK ABOUT |
| 09:24AM | 14 | THE UNIQUE CLI THAT ARISTA APPROPRIATED IS PROTECTED BY U.S. |
| 09:24AM | 15 | COPYRIGHTS.  AND THIS IS PARAGRAPH 10 OF THE COMPLAINT, OR |
| 09:24AM | 16 | ACTUALLY PARAGRAPH 43 OF THE COMPLAINT. |
| 09:24AM | 17 | THEN WE GO ON TO PARAGRAPH 50 TO ALLEGE THAT ARISTA HAS |
| 09:24AM | 18 | SUBSTANTIALLY COPIED CISCO'S CLI AND INFRINGED CISCO'S |
| 09:24AM | 19 | COPYRIGHTS IN CISCO IOS, INCLUDING THE CLI. |
| 09:24AM | 20 | AND THEN WE GO ON TO TALK ABOUT THE VARIOUS COMMANDS AND |
| 09:24AM | 21 | ELEMENTS THAT WERE COPIED FROM THE CISCO USER INTERFACE. |
| 09:24AM | 22 | BASED ON THOSE INITIAL ALLEGATIONS, YOUR HONOR, THEN OUR |
| 09:25AM | 23 | EXPERT DR. ALMEROTH PROVIDED EXPERT OPINION SUPPORTING THE |
| 09:25AM | 24 | INFRINGEMENT ALLEGATIONS IN THIS CASE, AND THIS IS SLIDE NINE |
| 09:25AM | 25 | WHERE HE ALSO ALLEGED THAT THE COPYRIGHTABLE EXPRESSIONS IN |

09:25AM  1    CISCO'S CLI IS THE CASE BASIS FOR HIS OPINIONS.

09:25AM  2         HE TALKS ABOUT ON PARAGRAPH 135, YOUR HONOR, ON SLIDE 9 AT

09:25AM  3    THE BOTTOM LEFT-HAND CORNER, ARISTA HAS FURTHER EXPLAINED THAT

09:25AM  4    ITS USE OF CISCO'S COPYRIGHTED CLI WAS TO COMPETE DIRECTLY WITH

09:25AM  5    CISCO.

09:25AM  6         I DON'T THINK THERE COULD BE ANY CONFUSION HERE THAT WE

09:25AM  7    WERE CLAIMING THE CLI AS COPYRIGHTED.  AND WE GO ON TO TALK

09:25AM  8    ABOUT THE COPYRIGHTED WORK, COPYING OF CISCO'S CLI COMMANDS,

09:25AM  9    AND FINALLY THE ALLEGATION THAT ARISTA HAS COPIED THE ENTIRE

09:25AM  10   LOOK AND FEEL OF CISCO'S IOS CLI.

09:25AM  11        SLIDE 10 HE TALKS ABOUT IN THE CONTEXT OF THE ACCESS AND

09:25AM  12   SIMILARITY, AGAIN HIS FOCUS IS ON ACCESS TO THE CLI, ACCESS TO

09:26AM  13   THE COPYING AND THEN THE COPYING HAPPENS DIRECTLY BASED ON THAT

09:26AM  14   ACCESS.  AND THE DIRECT EVIDENCE OF COPYING THAT WE HAVE IN

09:26AM  15   THIS CASE.

09:26AM  16        WE HAVE INCLUDED SOME ADDITIONAL QUOTES FROM SLIDE 11 FROM

09:26AM  17   DR. ELSTEN WHERE SHE MAKES IT CLEAR THAT THE SOURCE CODE

09:26AM  18   RELATED TO THE ALLEGED INFRINGED CLI COMMANDS ARE NOT AT ISSUE

09:26AM  19   IN THIS CASE.  THE COPYRIGHTS PRINCIPALLY CONCERN THE CLI.

09:26AM  20   THERE'S NO ALLEGATION THAT ARISTA HAS COPIED ANY OF CISCO CLI.

09:26AM  21        THOSE ARE VERY CLEAR STATEMENTS FROM HER.  AGAIN, THOSE ARE

09:26AM  22   FUNDAMENTAL PREMISES FOR HER APPORTIONMENT OPINIONS.

09:26AM  23        SLIDE 12, DOCTOR BLACK ALSO MAKES THAT CLEAR.  I HAVE BEEN

09:26AM  24   INFORMED AND UNDERSTAND THAT CISCO DOES NOT ALLEGE ANY SOURCE

09:26AM  25   CODE COPYING BY ARISTA IN THIS CASE.  THE ASPECTS OF CISCO'S

09:26AM  1    CLI THAT ARE THE BASIS OF THE COPYRIGHT INFRINGEMENT CLAIM,

09:27AM  2    THERE'S NO CLAIM THAT ARISTA HAS COPIED ANY SOURCE OR OBJECT

09:27AM  3    CODE THAT IMPLEMENTS THE CISCO CLI.  CISCO IS NOT ALLEGING

09:27AM  4    COPYING OF ANY CISCO SOURCE CODE.

09:27AM  5        AND THOSE ARE FROM DOCTOR BLACK'S REPORT AT PARAGRAPHS 518,

09:27AM  6    519, AND PARAGRAPH 7, AND THE FIRST ONE WAS FROM THE

09:27AM  7    SUPPLEMENTAL REBUTTAL REPORT PARAGRAPH 33.  AND AGAIN, ONE MORE

09:27AM  8    QUOTE FROM DOCTOR BLACK, PARAGRAPH 52.

09:27AM  9        SO WE THINK WE HAVE BEEN VERY CLEAR IN TERMS OF

09:27AM  10   DISCLOSURES.  WE THINK THEIR EXPERTS CLEARLY UNDERSTOOD WHAT

09:27AM  11   WAS AT ISSUE.  AND BASED ON WHAT THEIR UNDERSTANDING WAS OF OUR

09:27AM  12   ALLEGATIONS -- AND THEY, THE EXPERTS SAY, WELL, HAS ARISTA

09:27AM  13   WORKED TOGETHER TO CREATE DEFENSES IN THIS CASE THAT ARE

09:27AM  14   PREDICATED ON TREATING THE USER INTERFACE AS BEING SEPARATE

09:27AM  15   FROM THE CODE.

09:27AM  16       SO FOR US, WE REALLY DON'T THINK ARISTA CAN HAVE IT BOTH

09:27AM  17   WAYS.  IF THEY ARE GOING TO COME IN AND MAKE THE APPORTIONMENT

09:28AM  18   ARGUMENTS TO SAY THE PROFITS MADE BY SELLING THE ACCUSED

09:28AM  19   TECHNOLOGIES SHOULD BE APPORTIONED BASED ON THE FACT THAT USER

09:28AM  20   INTERFACE IS A SMALL COMPONENT FROM THEIR VIEW OF THE OVERALL

09:28AM  21   SYSTEM, AND THE FACT THAT THEY HAVE IMPLEMENTED THE USER

09:28AM  22   INTERFACE USING DIFFERENT CODE, ALLOWS THEM TO MAKE THAT

09:28AM  23   APPORTIONMENT, THEN I THINK FOR FAIR USE PURPOSE OR WHATEVER

09:28AM  24   THEY WANT TO USE THE DEFINITION OF THE WORK TO BE, THEY

09:28AM  25   SHOULDN'T BE ALLOWED TO TAKE A CONTRARY POSITION.

09:28AM  1        AND THE SAME IS TRUE WITH DOCTOR BLACK, THEY ARE MAKING A

09:28AM  2   TRANSFORMATIVE DEFENSE THAT RELIES ON USING THE USER INTERFACE

09:28AM  3   AS THE COPYRIGHTED WORK IN ORDER TO MAKE THE TRANSFORMATIVE

09:28AM  4   ARGUMENTS.

09:28AM  5        AND SO WE HAVE PROVIDED DISCOVERY RESPONSES, YOUR HONOR,

09:28AM  6   THIS IS ON SLIDE 14 WHERE WE MADE SOME OF THE SAME ALLEGATIONS.

09:28AM  7   STARTING IN MAY OF 2015 WHERE WE PROVIDED A NUMBER OF RESPONSES

09:28AM  8   TO THE INTERROGATORIES, AT THE BOTTOM IT SAYS, "ARISTA ALSO HAS

09:29AM  9   EXPLAINED THAT ITS USE OF CISCO'S COPYRIGHTED CLI WAS AN

09:29AM  10  INTENTIONAL PLOY TO WIN CUSTOMERS FROM CISCO SO ARISTA CAN

09:29AM  11  MARKET ITS PRODUCT AS AN EASILY IMPLEMENTED ALTERNATIVE TO

09:29AM  12  CISCO PRODUCTS FOR CISCO'S EXISTING CUSTOMERS."

09:29AM  13       SO COULD WE -- HAD THE DISCOVERY TURNED OUT OTHERWISE OR

09:29AM  14  THE PUBLIC FACTS HAD TURNED OUT OTHERWISE, COULD WE HAVE ALSO

09:29AM  15  ALLEGED OUR COPYRIGHT INTEREST IN THE SOURCE CODE, ABSOLUTELY.

09:29AM  16       BUT IN THIS CASE, WE HAVE BEEN VERY CONSISTENT THAT THE

09:29AM  17  PRINCIPAL OR THE PRIMARY BASIS OF THE COPYING ALLEGATIONS IN

09:29AM  18  THIS CASE INVOLVES WHAT WE HAVE BEEN CALLING THE COPYRIGHTED

09:29AM  19  CLI.  AND THAT HAS BEEN THE ALLEGATION FROM DAY ONE.

09:29AM  20            THE COURT:  AND THAT'S THE ENTIRE USER INTERFACE.  I

09:29AM  21  JUST WANT TO MAKE THAT --

09:29AM  22            MR. PAK:  THAT'S RIGHT.

09:29AM  23            THE COURT:  BECAUSE -- I'VE GONE BACK AND LOOKED AT

09:29AM  24  THE COMPLAINT AND THE AMENDED COMPLAINT AS WELL, AND I MAY HAVE

09:30AM  25  MISUNDERSTOOD AT SUMMARY JUDGEMENT, YOUR TERMINOLOGY.  AND THEN

09:30AM 1    IT BECAME CLEAR THAT IT -- OR I CAME TO UNDERSTAND THAT YOU

09:30AM 2    WERE USING THE TERM SYNONYMOUSLY, AND YOU ARE.

09:30AM 3        MR. PAK:  YES.  THANK YOU, YOUR HONOR.  AND WE ARE.

09:30AM 4    AND AGAIN, I THINK THAT THE BEST PLACE IN THE COMPLAINT TO

09:30AM 5    FIND THAT IS AGAIN, PARAGRAPH 27, WHERE WE SAY CLI IS THE USER

09:30AM 6    INTERFACE BY WHICH USERS OF CISCO'S PRODUCTS COMMUNICATE WITH

09:30AM 7    THE PRODUCT IN ORDER TO CONFIGURE AND MANAGE THE PRODUCT.  SO I

09:30AM 8    THINK WE PROVIDED A CLEAR DEFINITION THERE.

09:30AM 9    OF COURSE, WE DO TALK ABOUT THE DIFFERENT BUILDING BLOCKS.

09:30AM 10   AND I THINK AT THE SUMMARY JUDGEMENT STAGE, WHAT WAS BEFORE

09:30AM 11   YOUR HONOR WERE THE SPECIFIC ELEMENTS THAT HAVE BEEN IDENTIFIED

09:30AM 12   WERE COPIED.

09:30AM 13   BUT THE CLI, USER INTERFACE, THOSE WERE USED SYNONYMOUSLY

09:30AM 14   THROUGHOUT.  AND THAT'S ALSO HOW THE HISTORICAL DOCUMENTS AND

09:30AM 15   THE TESTIMONY FROM THE WITNESSES HAVE TREATED THE TWO WORDS AS

09:30AM 16   WELL.

09:30AM 17   SO WITH THAT UNDERSTANDING, I DO WANT TO COVER VERY BRIEFLY

09:30AM 18   WHAT WE BELIEVE ARE THE USER INTERFACES OR THE COPYRIGHTED

09:31AM 19   WORKS AT ISSUE IN THIS CASE.

09:31AM 20   AND THIS IS ON SLIDE 17.  AS YOU HAVE SEEN FROM OUR PAPERS

09:31AM 21   AND ALSO WE INCLUDED IN OUR COMPLAINT, PARAGRAPH 25, THERE ARE

09:31AM 22   FOUR RELATED YET DISTINCT OPERATING SYSTEMS THAT CISCO MAKES,

09:31AM 23   IOS, IOS XR, IOS XE, AND NX-OS.

09:31AM 24   AND WE HAVE DOCUMENTS THAT YOU WILL SEE AT TRIAL AND

09:31AM 25   TESTIMONY THAT YOU WILL SEE AT TRIAL WHERE ARISTA WILLFULLY AND

09:31AM 1    CONSCIOUSLY DECIDED TO COPY FROM ALL FOUR OF THESE OPERATING

09:31AM 2    SYSTEMS.

09:31AM 3            THE COURT:  AND YOUR EXHIBIT ON PROTECTED ELEMENTS

09:31AM 4    IDENTIFIES THEM BY OPERATING SYSTEM.

09:31AM 5            MR. PAK:  THAT'S RIGHT, YOUR HONOR.  EXACTLY.

09:31AM 6        SO WHAT WE DID IN THE PROTECTABILITY FILING WAS ORGANIZE

09:31AM 7    THE COMMANDS, ORGANIZE THE BUILDING BLOCKS BY OPERATING SYSTEM

09:31AM 8    TYPE.

09:31AM 9        AND THAT'S NOT SOMETHING NEW IN THE CASE, WE HAVE DONE THIS

09:32AM 10   CONSISTENTLY WITH THE RESPONSES AND THE REGISTRATION FILINGS.

09:32AM 11       SLIDE 18, THIS IS PART OF DR. ALMEROTH'S REPORT WHICH WHEN

09:32AM 12   CISCO REGISTERED THEIR COPYRIGHTS, THERE ARE 26 OF THE

09:32AM 13   REGISTRATIONS AT WORK, WE SPECIFICALLY REGISTERED A PARTICULAR

09:32AM 14   VERSION OF ONE OF THESE FOUR OPERATING SYSTEMS.

09:32AM 15       SO THE FIRST SERIES OF REGISTRATIONS YOU SEE ON THE LEFT

09:32AM 16   RELATE TO THE CISCO IOS.  CITE STARTING WITH VERSION 11.0 TO

09:32AM 17   15.4.  THEN WE HAVE SIMILAR REGISTRATIONS FROM IOS XR FROM 3.0

09:32AM 18   TO 5.2.  AND TWO REGISTRATIONS FOR IOS XE, 2.1, 3.5.  AND THEN

09:32AM 19   FOUR REGISTRATIONS FOR NX-OS WHICH IS RELEASE 4.0 TO 6.2.

09:33AM 20       AND THEN THESE ARE THE -- YOUR HONOR, THESE ARE THE BATES

09:33AM 21   NUMBERS FOR THE APPLICATIONS, THE COPYRIGHT REGISTRATION, THE

09:33AM 22   REGISTRATION NUMBERS, AND THE PUBLICATION AND REGISTRATION

09:33AM 23   DATES THAT ARE ASSOCIATED WITH THEM.

09:33AM 24            THE COURT:  ARE THE ONLY ONES THAT WERE REGISTERED

09:33AM 25   MORE THAN FIVE YEARS AFTER PUBLICATION, THE EARLY ONES?

09:33AM  1          MR. PAK:  I BELIEVE THOSE ARE THE EARLY ONES,

09:33AM  2    YOUR HONOR.

09:33AM  3          THE COURT:  OKAY.

09:33AM  4          MR. PAK:  AND THEN ON SLIDE 19, THERE WERE A SERIES

09:33AM  5    OF DISCOVERY REQUESTS FROM ARISTA ABOUT COMMAND ORIGINATION AND

09:33AM  6    COMMERCIAL USE OF THOSE COMMANDS.

09:33AM  7          AND EVERY OPPORTUNITY WE HAD, WE MADE IT VERY CLEAR THAT

09:33AM  8    FOR A PARTICULAR COMMAND THESE ARE THE PARTICULAR OPERATING

09:33AM  9    SYSTEMS OF WHICH THAT COMMAND WAS ASSOCIATED WITH.

09:33AM  10          FOR EXAMPLE, IN THE ALMEROTH REPORT, EXHIBIT OF COPYING

09:33AM  11    TWO, WE HAVE, I WILL USE ONE EXAMPLE, AAA, AUTHENTICATION LOGIN

09:33AM  12    IS THE COMMAND.  FOR THAT COMMAND, WE IDENTIFIED CISCO IOS, IOS

09:34AM  13    XR AND IOS XE, AS THE OPERATING SYSTEMS FOR WHICH THE USER

09:34AM  14    INTERFACE CONTAINS THAT COMMAND.  AND WE PROVIDED THE SIMILAR

09:34AM  15    INFORMATION FOR ALL OF THE ASSERTED ELEMENTS IN THIS CASE.

09:34AM  16          AND IN CISCO'S SUPPLEMENTAL RESPONSE TO ARISTA'S

09:34AM  17    INTERROGATORY 16, YOU CAN SEE THAT WE ALSO IDENTIFIED THE FIRST

09:34AM  18    DATE WHEN A COMMAND WAS MADE PART OF A CISCO PRODUCT.

09:34AM  19          AND AGAIN, WE TREATED THAT AS LOOKING AT A PARTICULAR

09:34AM  20    OPERATING SYSTEM, ONE OF THE FOUR AT ISSUE.  SO HERE IT WOULD

09:34AM  21    BE AAA AUTHENTICATION LOG IN.  IT APPEARED FOR THE FIRST TIME

09:34AM  22    IN CISCO IOS.

09:34AM  23          THE COURT:  IS THERE ANY ASSERTED ELEMENT THAT HAS

09:34AM  24    NOT APPEARED IN A CISCO PRODUCT?

09:34AM  25          MR. PAK:  NO, NO.

09:34AM  1          SO ALL OF THE BUILDING BLOCKS, EVERYTHING YOU HAVE SEEN,

09:34AM  2    WHETHER IT'S COMMAND OUTPUTS, HELP DESCRIPTIONS, HIERARCHIES,

09:34AM  3    ALL OF THAT WAS FIRST INTRODUCED IN A CISCO PRODUCT DESCRIBED

09:34AM  4    IN USER MANUALS EMBODIED IN THE SOURCE CODE.

09:35AM  5          THE COURT:  ALL RIGHT.  NOW LET ME ASK YOU A LITTLE

09:35AM  6    BIT ABOUT THE WORK AS YOU DEFINE IT.

09:35AM  7          MR. PAK:  YES.

09:35AM  8          THE COURT:  I HAVE THE ASSERTED PROTECTABLE ELEMENTS

09:35AM  9    WHICH IS A SUBSET OF THE WORK OF THE USER INTERFACE, AND I

09:35AM  10   GATHER THAT THROUGH TRIAL THERE WILL BE SOME QUANTIFICATION OF

09:35AM  11   THE WORK AND OF THESE ALLEGED PROTECTABLE ELEMENTS.  AND THEN

09:35AM  12   OF THE ULTIMATELY PROTECTABLE ELEMENTS AS I DETERMINE THEM.

09:35AM  13       AND I -- YOU HAVE THROUGHOUT THE CASE, TALKED ABOUT THE

09:35AM  14   COPYING BEING OF THE LOOK AND FEEL OF THE USER INTERFACE.  BUT

09:35AM  15   I DON'T KNOW WHAT PORTION THESE PROTECTABLE ELEMENTS ARE OF THE

09:35AM  16   USER INTERFACE.

09:35AM  17       IS THAT SOMETHING I NEED TO BE CONCERNED ABOUT NOW?

09:35AM  18          MR. PAK:  I DON'T THINK YOU NEED TO BE CONCERNED

09:35AM  19   ABOUT THAT NOW.  BUT LET ME, YOUR HONOR, GIVE YOU A PREVIEW OF

09:35AM  20   WHAT I THINK YOU WILL HEAR FROM BOTH SIDES IN TERMS OF THE

09:36AM  21   ISSUE OF THE AMOUNT OF COPYING, BECAUSE THIS IS REALLY ABOUT

09:36AM  22   UNDER FAIR USE, YOU HAVE A QUESTION OF WHAT WAS TAKEN AS IT

09:36AM  23   RELATES TO THE COPYRIGHTED WORK.

09:36AM  24          THE COURT:  YES.

09:36AM  25          MR. PAK:  THE LAW, WE BELIEVE, IS VERY CLEAR THAT YOU

51

09:36AM 1    LOOK AT NOT ONLY THE QUANTITATIVE NUMBERS, BUT YOU LOOK AT THE

09:36AM 2    QUALITATIVE ASPECTS.

09:36AM 3              THE COURT:  YES.

09:36AM 4              MR. PAK:  AND SO THE QUESTION ISN'T SUCH THAT --

09:36AM 5    ISN'T JUST A SIMPLE QUANTIFICATION OF HERE'S.

09:36AM 6              THE COURT:  I UNDERSTAND.

09:36AM 7              MR. PAK:  X NUMBER OF COMMANDS, THESE X NUMBER OF

09:36AM 8    COMMANDS SUBSET OF WHICH WOULD HAVE BEEN COPIED INTO THE

09:36AM 9    PRODUCT.

09:36AM 10             THE COURT:  AND SO THE -- THIS QUANTIFICATION, IN

09:36AM 11   COMPARISON, HAS NOTHING TO DO WHERE THE FIRST DETERMINATION BY

09:36AM 12   THE JURY OF INFRINGEMENT.

09:36AM 13             MR. PAK:  THAT'S CORRECT.

09:36AM 14             THE COURT:  IT IS ONLY RELEVANT, IN YOUR VIEW, TO THE

09:36AM 15   JURY'S DETERMINATION OF THE DEFENSE OF FAIR USE.

09:36AM 16             MR. PAK:  THAT'S RIGHT, YOUR HONOR.

09:36AM 17        BECAUSE I DON'T -- AGAIN, I DON'T THINK THEY HAVE PRESERVED

09:36AM 18   THIS ARGUMENT, I DON'T THINK THEY HAVE COME IN AND SAID IF THE

09:36AM 19   COPYRIGHTED WORK IS THE USER INTERFACE AS OPPOSED TO ALL OF THE

09:36AM 20   CODE, I DON'T THINK THAT WE WILL HEAR AN OPINION THAT SAYS THIS

09:37AM 21   IS DE MINIMUS, THAT THE 506 COMMANDS THAT WERE COPIED AND ALL

09:37AM 22   THE DIFFERENT ASPECTS --

09:37AM 23             THE COURT:  DOES THE DE MINIMUS -- AND I'M GETTING

09:37AM 24   OFF ON A TANGENT, BUT I WILL ASK YOU ANYWAY.

09:37AM 25             MR. PAK:  SURE.

09:37AM 1          THE COURT:  DOES A DE MINIMUS USE COME INTO PLAY ON

09:37AM 2   INFRINGEMENT SEPARATE FROM FAIR USE?

09:37AM 3      I DON'T SEE IT IN -- AND I THINK ARISTA BELIEVES IT DOES.

09:37AM 4   I DON'T SEE THAT REFLECTED ANYWHERE IN THE MODEL JURY

09:37AM 5   INSTRUCTIONS.

09:37AM 6      AND SO I'M -- I DON'T KNOW WHICH WAY THAT CUTS.  IT SEEMS

09:37AM 7   LIKE IT FORESHADOWS FAIR USE BECAUSE IT SEEMS TO BE A FAIRLY

09:37AM 8   SIGNIFICANT ASPECT OF FAIR USE.

09:37AM 9          MR. PAK:  I REALLY DO THINK, ULTIMATELY, IT'S A FAIR

09:37AM 10  USE QUESTION, YOUR HONOR.  BECAUSE YOU COULD, FOR EXAMPLE, FROM

09:37AM 11  AN INFRINGEMENT PERSPECTIVE, WHAT WE ARE TRYING TO DO IS ASSESS

09:37AM 12  THE -- WELL, THERE ARE TWO THINGS THAT WE HAVE TO -- AND MY

09:37AM 13  PARTNER, MS. KATHLEEN SULLIVAN, WILL TALK ABOUT THIS A LITTLE

09:37AM 14  BIT MORE IN THE CONTEXT OF THE JURY INSTRUCTIONS.

09:37AM 15     BUT THE LAW UNDER COPYRIGHT LAW HAS TWO PARALLEL PATHS.

09:38AM 16  THERE IS THE DIRECT EVIDENCE OF COPYING LINE OF CASES, AND THEN

09:38AM 17  THERE IS THE LINE OF CASES THAT SAYS WHERE YOU DON'T HAVE

09:38AM 18  DIRECT EVIDENCE OF COPYING, WE LOOK AT QUESTIONS OF ACCESS AND

09:38AM 19  THEN SIMILARITY.

09:38AM 20     AND THE QUESTION IS WHETHER A SUBSTANTIALLY SIMILAR OR --

09:38AM 21          THE COURT:  BUT YOU ARE ALLEGING DIRECT.

09:38AM 22          MR. PAK:  WE ARE.

09:38AM 23          THE COURT:  SO WE DON'T EVEN HAVE TO BE CONCERNED

09:38AM 24  WITH THE CIRCUMSTANTIAL CASE.

09:38AM 25          MR. PAK:  I DON'T THINK WE DO.

53

09:38AM  1    I THINK IT'S A FALLBACK IN THE SENSE THAT IF THE JURY

09:38AM  2    DOESN'T BELIEVE THE EVIDENCE, SHOULD WE WILL PRESENT AND WE

09:38AM  3    THINK THERE IS SUBSTANTIAL EVIDENCE IN THIS CASE OF DIRECT

09:38AM  4    COPYING, AND WE BELIEVE THAT THE JURY SHOULD BE TOLD THAT IF

09:38AM  5    YOU FIND THERE IS DIRECT COPYING THAT YOU DON'T EVEN HAVE TO

09:38AM  6    GET TO THE QUESTION OF WHETHER THE COPYING WAS SUBSTANTIALLY

09:38AM  7    SIMILAR OR --

09:38AM  8         THE COURT:  SO THAT'S A DIFFERENT SUBSTANTIALLY

09:38AM  9    SIMILAR THAN THE BROAD VERSUS -- THAN THE PROTECTION.

09:38AM  10        MR. PAK:  YES.

09:38AM  11        THE COURT:  BECAUSE IT --

09:38AM  12        MR. PAK:  IT IS, YES.

09:38AM  13        THE COURT:  IT'S DIFFICULT WHEN THE SAME TERM OF ART

09:39AM  14   IS USED SO DIFFERENTLY IN SUCH DIFFERENTLY -- IN SUCH DIFFERENT

09:39AM  15   SETTINGS.  AND WE WILL TALK ABOUT THAT WITH JURY INSTRUCTIONS.

09:39AM  16   BUT IF I HAD TROUBLE WITH IT, AND THE I COULD SPEND TIME TRYING

09:39AM  17   TO FIGURE IT OUT AND I GET TO TALK TO YOU, I DON'T KNOW HOW THE

09:39AM  18   JURY IS GOING TO DEAL WITH THAT.

09:39AM  19        SO I THINK IN THE JURY INSTRUCTIONS THERE MIGHT HAVE BEEN

09:39AM  20   SOME DISCUSSION OF DIFFERENT TERMINOLOGY THAT WOULD BE MORE APT

09:39AM  21   FOR THIS ISSUE OF YOUR PROOF OF COPYING, BECAUSE OF COURSE THE

09:39AM  22   JURY IS GOING TO WALK THROUGH COPYING AND THEN INFRINGEMENT

09:39AM  23   SEPARATELY.

09:39AM  24        MR. PAK:  BUT I THINK THE BOTTOM LINE IS WHETHER YOU

09:39AM  25   LOOK AT IT AS JUST FAIR USE OR EVEN IF YOU WERE TO SAY THAT

09:39AM  1    IT'S A QUESTION RELATED TO INFRINGEMENT AS PART OF SOME TYPE OF

09:39AM  2    DE MINIMUS DEFENSE, YOUR HONOR, I THINK IT COMES BACK TO THE

09:39AM  3    SAME POINT.  WHICH IS FROM A COPYRIGHT PERSPECTIVE, WE ARE NOT

09:39AM  4    ASKING THE JURY OURS JUST SIMPLY COUNT UP THINGS.

09:39AM  5        WHAT WE ARE ASKING THEM TO DO IS GOING OUT AND THERE ARE

09:39AM  6    LOTS OF CASES WE CITED TO YOU YOUR HONOR, IS THIS THE HEART OF

09:40AM  7    A COPYRIGHTED WORK, IS WHAT THEY TOOK IMPORTANT, IS WHAT THEY

09:40AM  8    TOOK SOMETHING --

09:40AM  9            THE COURT:  THAT'S IN A FAIR USE CONSIDERATION.

09:40AM  10           MR. PAK:  FAIR USE.  AND ALSO FROM A DE MINIMUS

09:40AM  11   PERSPECTIVE, WHEN YOU TALK ABOUT --

09:40AM  12           THE COURT:  AGAIN, YOU SAY THERE'S NO DE MINIMUS

09:40AM  13   ASPECT.

09:40AM  14           MR. PAK:  RIGHT.

09:40AM  15           THE COURT:  WHICH WOULD BE REALLY TO NEGATE YOUR

09:40AM  16   CASE.

09:40AM  17       DE MINIMUS USE IS NOT AN AFFIRMATIVE DEFENSE.  SO IT WOULD,

09:40AM  18   IF ANYTHING, BE AN OPPORTUNITY FOR THE DEFENSE TO NEGATE AN

09:40AM  19   ELEMENT OF YOUR CASE.

09:40AM  20           MR. PAK:  I BELIEVE THAT'S CORRECT.

09:40AM  21       WITH RESPECT TO -- I BELIEVE THAT'S CORRECT, ALTHOUGH AS

09:40AM  22   YOUR HONOR NOTES, I THINK THERE'S AMBIGUITY IN THE MODEL

09:40AM  23   INSTRUCTIONS.

09:40AM  24       I THINK THAT FROM OUR PERSPECTIVE, THIS IS A CASE REALLY

09:40AM  25   ABOUT THE, FROM OUR PERSPECTIVE, COPYING OF VERY IMPORTANT

09:40AM  1      COMMANDS, VERY IMPORTANT ELEMENTS.

09:40AM  2          WE HAVE LOTS OF EVIDENCE THAT WE WILL SHOW TO THE JURY AT

09:40AM  3      TRIAL THAT TALK ABOUT ARISTA COPYING THE THINGS THAT THEY

09:40AM  4      THOUGHT WERE THE MOST RELEVANT, THE MOST IMPORTANT.

09:41AM  5          AND THIS DOES GO INTO ONE OF THE ISSUES IN THE CASE THAT

09:41AM  6      YOU HAVE HEARD US TALK ABOUT WHICH IS, FOR EXAMPLE, IOS IS AN

09:41AM  7      UBER OPERATING SYSTEM.

09:41AM  8          WE MAKE LOTS AND LOTS OF PRODUCTS THAT ARISTA DOES NOT

09:41AM  9      MAKE.  IT'S AN OPERATING SYSTEM THAT CONTROLS CABLE DEVICES,

09:41AM 10      IT'S AN OPERATING SYSTEM THAT CONTROLS VOICEOVER IP GATEWAYS

09:41AM 11      AND HOME NETWORKING PRODUCTS, THE KINDS OF PRODUCTS THAT ARISTA

09:41AM 12      DOES NOT MAKE.

09:41AM 13          SO FROM OUR PERSPECTIVE, WHETHER YOU LOOK AT IT AS FAIR USE

09:41AM 14      OR YOU LOOK AT IT AS DE MINIMUS, WE THINK IT'S CRITICALLY

09:41AM 15      IMPORTANT THAT ARISTA COPIED THOSE ELEMENTS FROM OUR INTERFACE

09:41AM 16      THAT PERTAIN DIRECTLY TO THE GIGABIT ETHERNET SWITCHES THAT

09:41AM 17      THEY MAKE.

09:41AM 18              THE COURT:  WELL THERE WAS A POINT IN READING YOUR

09:41AM 19      PAPERS WHERE I BECAME CONCERNED THAT YOU WERE FURTHER

09:41AM 20      SEGMENTING THE WORK TO BE ONLY THE PORTION OF THE USER

09:41AM 21      INTERFACE THAT SUPPORTED THE SWITCH IN QUESTION, AND THAT'S NOT

09:41AM 22      WHAT YOU ARE DOING?

09:41AM 23              MR. PAK:  THAT'S NOT WHAT WE ARE DOING.

09:41AM 24          WE ARE MERELY JUST GIVING YOU A FLAVOR OF THE TYPE OF

09:42AM 25      EVIDENCE THAT WE WILL BE PRESENTING AT TRIAL AS TO THE

09:42AM 1     QUALITATIVE SIGNIFICANCE OF WHAT THEY TOOK.  THAT THE

09:42AM 2     COPYRIGHTED WORK, THE USER INTERFACE THAT CORRESPONDS TO EACH

09:42AM 3     OF THESE FOUR OPERATING SYSTEMS.  WE BELIEVE THAT WHAT THEY

09:42AM 4     TOOK FROM EACH OF THESE FOUR OPERATING SYSTEMS ARE THE MOST

09:42AM 5     IMPORTANT COMMANDS, USER INTERFACE ELEMENTS, FOR THEIR USE IN

09:42AM 6     THE GIGABIT ETHERNET SWITCHING CONTEXT, BECAUSE THAT'S THE TYPE

09:42AM 7     OF PRODUCT THAT THEY MAKE.

09:42AM 8         SO IT DOESN'T MAKE SENSE FOR ARISTA TO COPY COMMANDS THAT

09:42AM 9     HAVE NOTHING TO DO WITH ETHERNET.  SO FROM OUR PERSPECTIVE, FOR

09:42AM 10    THEM TO COME IN AND SAY WELL, THERE ARE 10,000 PLUS COMMANDS IN

09:42AM 11    IOS, WHO CARES, YOU KNOW, FROM OUR PERSPECTIVE.

09:42AM 12        THE COURT:  THAT WOULD BE UP TO THE JURY.

09:42AM 13        MR. PAK:  THAT WOULD BE UP TO THE JURY.

09:42AM 14    SO THAT'S REALLY -- AND THEN AT THE END, YOUR HONOR, WE

09:42AM 15    JUST HAD A SHORT TIMELINE FOR YOUR HONOR'S BENEFIT THAT SHOWS

09:42AM 16    THE DISCLOSURE DATES FOR VARIOUS MATERIALS THAT I HAVE

09:42AM 17    PRESENTED TO YOU TODAY.

09:42AM 18        THE COURT:  THANK YOU.

09:42AM 19        MR. PAK:  THANK YOU, YOUR HONOR.

09:42AM 20        THE COURT:  ALL RIGHT.  LET ME TURN TO MR. KWUN, ARE

09:43AM 21    YOU ARGUING THIS?

09:43AM 22        MR. FERRALL:  I'M GOING TO START, TO TALK ABOUT THE

09:43AM 23    DISCLOSURES, IF THAT'S OKAY WITH YOUR HONOR.

09:43AM 24        THE COURT:  ABSOLUTELY.

09:43AM 25        MR. FERRALL:  SO I HAVE A SET OF SLIDES ALSO,

09:43AM  1    YOUR HONOR.

09:43AM  2        THE COURT:  SO PRESUMABLY, THIS IS -- THIS GOES TO

09:43AM  3    MORE THAN JUST --

09:43AM  4        MR. FERRAL:  IT DOES, INDEED.

09:43AM  5        THE COURT:  OTHERWISE WE WILL BE EATING TURKEY

09:43AM  6    TOGETHER.

09:43AM  7        MR. FERRALL:  NO, NO, NO.

09:43AM  8      YOUR HONOR, I THINK A COMMENT THAT YOU HAD AT THE BEGINNING

09:43AM  9    OF MR. PAK'S ARGUMENT IS AN IMPORTANT PLACE TO START, WHICH IS

09:43AM  10   TO CLARIFY WHAT WE ARE NOT FIGHTING ABOUT RIGHT NOW.

09:44AM  11      WE ARE NOT FIGHTING ABOUT THE FACT THAT CISCO HAS

09:44AM  12   REGISTERED 26 DIFFERENT OPERATING SYSTEMS.  WE ARE NOT FIGHTING

09:44AM  13   ABOUT THE FACT THAT TO THE EXTENT THERE'S PROTECTED EXPRESSION

09:44AM  14   IN THOSE OPERATING SYSTEMS, THOSE ARE REGISTERED, INCLUDING

09:44AM  15   PROTECTED EXPRESSION IN THE USER INTERFACE, THOSE ARE COVERED

09:44AM  16   BY THE REGISTRATION.  THAT'S NOT WHAT THIS IS ABOUT.

09:44AM  17      THE SECOND IMPORTANT POINT, WHICH MAY HAVE BEEN-- BUT WAS

09:44AM  18   NOT THE SUBJECT, LET'S SAY, OF MR. PAK'S TESTIMONY, IS THAT

09:44AM  19   THIS IS NOT A DISPUTE ABOUT WHETHER CISCO HAS ALLEGED COPYING

09:44AM  20   OF ELEMENTS OF THE USER INTERFACE.

09:44AM  21      OF COURSE, WE KNOW THAT.  THAT HAS BEEN ALLEGED FROM THE

09:44AM  22   BEGINNING.  SO ALL OF THE CITATIONS TO EXPERT REPORTS AND

09:44AM  23   DISCOVERY THAT ALLEGES COPYING OF CLI ELEMENTS, ABSOLUTELY.  WE

09:44AM  24   KNOW THAT THAT'S THE CASE.

09:45AM  25      WHAT THIS IS ABOUT IS DEFINING THE WORK TO WHICH THE

09:45AM 1    COPYING IS GOING TO BE COMPARED.  AND WE KNOW THAT'S IMPORTANT

09:45AM 2    FOR TWO, AT LEAST -- ACTUALLY, AT LEAST THREE CRITICAL ASPECTS

09:45AM 3    OF THE CASE.

09:45AM 4        ONE IS INFRINGEMENT, SINCE ULTIMATELY THE JURY NEEDS TO

09:45AM 5    DETERMINE WHETHER WHATEVER IS DETERMINED TO HAVE BEEN COPIED

09:45AM 6    PROTECTED EXPRESSION IS SUBSTANTIALLY SIMILAR OR VIRTUALLY

09:45AM 7    IDENTICAL TO THE WORK, TO THE WORK.  YOU'VE GOT TO KNOW WHAT

09:45AM 8    THE DENOMINATOR IS BEFORE YOU COMPARE IT TO THE ENUMERATOR.

09:45AM 9        THE COURT:  WE HAVE A VAST DIFFERENCE OF VIEW OF THAT

09:45AM 10   TERMINOLOGY RIGHT THERE THAT WE ARE GOING TO HAVE TO TALK ABOUT

09:45AM 11   IN JURY INSTRUCTIONS.

09:45AM 12       MR. FERRALL:  RIGHT, RIGHT.  BUT I DON'T THINK

09:45AM 13   THERE'S ANY QUESTION THAT THE LAW REQUIRES THAT COMPARISON.

09:45AM 14       THE COURT:  THERE'S SOME COMPARISON THAT NEEDS TO BE

09:45AM 15   DONE, THAT'S CERTAINLY TRUE.

09:45AM 16       MR. FERRALL:  RIGHT.

09:45AM 17       IT'S ALSO CRITICAL TO FAIR USE BECAUSE THE STATUTORY

09:46AM 18   ELEMENTS ALONE OF FAIR USE REFER TO THE USE IN THE CONTEXT OF

09:46AM 19   THE WORK.  WHAT IS THE NATURE OF THE WORK, AND HOW HAS THE

09:46AM 20   ALLEGED INFRINGEMENT CAUSED A MARKET HARM TO THE WORK.

09:46AM 21       AGAIN, YOU'VE GOT TO KNOW THE DENOMINATOR.

09:46AM 22       LASTLY, FOR DAMAGES, AND HERE I WILL BEGIN TO ADDRESS SOME

09:46AM 23   OF MR. PAK'S POINT AND THEN WE WILL GET TO MY OWN PRESENTATION.

09:46AM 24   THIS CASE, THE DAMAGES CASE THAT WE WILL HEAR IS ALL ABOUT

09:46AM 25   DAMAGES TO LOST SALES OF CISCO'S SWITCHES WHICH RUN ENTIRE

09:46AM  1    OPERATING SYSTEMS.

09:46AM  2        THERE'S NO DAMAGES THEORY THAT SAYS THIS IS ABOUT THE LOST

09:46AM  3    VALUE TO A USER INTERFACE, NOT ONE.  NEITHER SIDE TALKS ABOUT

09:46AM  4    THE LOST VALUE TO A USER INTERFACE.  THEY TALK ABOUT PROFITS

09:47AM  5    EITHER THAT CISCO LOST OR THAT ARISTA GAINED AS A RESULT OF

09:47AM  6    SELLING ENTIRE SWITCHES RUNNING ENTIRE OPERATING SYSTEMS.

09:47AM  7        SO WE KNOW THAT THIS IS A CRITICAL ISSUE, WHICH IS WHY WE

09:47AM  8    BROUGHT THE MOTION IN LIMINE AND YOUR HONOR DEFERRED IT.  AND

09:47AM  9    IF WE COULD JUST GO TO THE FIRST SLIDE.

09:47AM  10       YOUR HONOR, I THINK YOU WERE PROBABLY -- PROBABLY HAD THIS

09:47AM  11   IN MIND THIS MORNING, SAID THAT THIS IS CISCO'S BURDEN TO

09:47AM  12   DEMONSTRATE THAT THE DISCLOSURE HAS BEEN ADEQUATE.

09:47AM  13       SO WE KNEW THIS WAS IMPORTANT FROM THE VERY BEGINNING, WE

09:47AM  14   ASKED A SERIES OF INTERROGATORIES THAT I'M GOING TO WALK YOU

09:47AM  15   THROUGH, AND I BEG THE COURT'S PATIENCE WITH THIS BECAUSE IT

09:47AM  16   WILL TAKE A LITTLE BIT OF TIME, BUT I WILL SAY THAT NOT ONE OF

09:47AM  17   THESE WAS DISCUSSED BY MR. PAK.

09:47AM  18       SO WE ASKED FOR THIS INFORMATION ON AT LEAST FOUR DIFFERENT

09:47AM  19   OCCASIONS.  THE FIRST ONE WAS PROPOUNDED IN APRIL OF 2015,

09:48AM  20   INTERROGATORY 6.  IDENTIFY WITH SPECIFICITY EACH COPYRIGHTED

09:48AM  21   WORK BY COPYRIGHT AND REGISTRATION NUMBER THAT YOU CONTEND

09:48AM  22   ARISTA HAS UNLAWFULLY COPIED.

09:48AM  23       OKAY.  CISCO HAS ANSWERED THIS QUESTION, THIS INTERROGATORY

09:48AM  24   MULTIPLE TIMES.  I WILL SHOW YOU THE FIRST ANSWER, WHICH IS THE

09:48AM  25   NEXT SLIDE.  BUT THIS IS REPEATED UP THROUGH THE VERY LAST DAY

09:48AM  1     OF DISCOVERY, THEY HAD THE SAME ANSWER.

09:48AM  2         CISCO'S ANSWER WAS TO IDENTIFY BY COLUMN, THAT COLUMN, A

09:48AM  3     LIST OF COPYRIGHTED WORKS INFRINGED BY ARISTA WHICH WERE ENTIRE

09:48AM  4     OPERATING SYSTEMS.  OKAY.  NO MENTION OF USER INTERFACE, NO

09:48AM  5     MENTION THAT THE WORK IS THE CLI.

09:48AM  6         IN THE SAME SET OF INTERROGATORIES, WE ASKED, IDENTIFY WITH

09:48AM  7     SPECIFICITY EACH ARISTA CLI COMMAND THAT YOU CONTEND INFRINGES

09:49AM  8     ANY COPYRIGHTED WORK, AND IDENTIFY WHICH WORK IT INFRINGES.

09:49AM  9     BECAUSE WE NEED TO TRY TO PAIR THINGS UP, WHICH ONE GOES WITH

09:49AM 10     WHICH.

09:49AM 11         SO AGAIN, WE GOT A RESPONSE WHICH REFERS US TO EACH

09:49AM 12     OPERATING SYSTEM.  IOS 11.0, 11.1, ET CETERA.  I DON'T HAVE THE

09:49AM 13     WHOLE CHART HERE, BUT EVERY REGISTERED OPERATING SYSTEM, THAT'S

09:49AM 14     WHAT CISCO DISCLOSED AS THE WORK IN WHICH ONE COULD FIND, THE

09:49AM 15     WORK THAT WAS INFRINGED BY THE USE OF COMMANDS.

09:49AM 16             THE COURT:  WELL, THE REGISTERED WORK IS THE IOS.

09:49AM 17         SO, YOU KNOW, YOU DON'T AGREE WITH MR. PAK'S ARGUMENT THAT

09:49AM 18     THE CASE LAW GRANTED FROM OTHER DISTRICTS TALKS ABOUT WITHIN

09:49AM 19     EACH REGISTRATION THERE ARE TWO DISTINCT, PROTECTABLE WORKS,

09:50AM 20     THE SOURCE CODE AND THE USER INTERFACE.  AND SO TO IDENTIFY THE

09:50AM 21     REGISTERED WORK AS THE IOS, THERE IS NO PHYSICAL REGISTERED

09:50AM 22     WORK OF THE USER INTERFACE, THIS IS MAYBE A JUDGE-CREATED

09:50AM 23     CONSTRUCT TO MAKE SENSE OF THE -- AND I THINK IT'S SUPPORTED,

09:50AM 24     AT LEAST CISCO GIVES ME SOME SUPPORT FOR THE COPYRIGHT OFFICE

09:50AM 25     ALSO SEEING THIS AS SEPARATE PROTECTED WORKS.  I'M JUST NOT

09:50AM  1    SURE THAT WHEN IT SAYS REGISTERED WORK, THAT WE ARE GETTING AT

09:50AM  2    THE ISSUE I HAVE TO DECIDE WHICH IS THE ASSERTED WORK WHICH I

09:50AM  3    THINK MAY BE DIFFERENT AS A SUBSET.

09:50AM  4         MR. FERRALL:  WELL, FAIR ENOUGH.  ALTHOUGH THE

09:50AM  5    PREVIOUS ANSWER TO INTERROGATORY 6 --

09:50AM  6         THE COURT:  WELL, THE PREVIOUS ONE MIGHT HAVE BEEN A

09:50AM  7    LITTLE CLOSER, BUT THIS ONE SAYS REGISTERED WORK.  THE PREVIOUS

09:50AM  8    ONE SAYS COPYRIGHTED WORK.

09:50AM  9         MR. FERRALL:  RIGHT.

09:50AM 10       AND I DON'T THINK CISCO IS GOING TO DENY THAT IT WANTS TO

09:51AM 11    PRESENT TO THE JURY THE ARGUMENT THAT THE COPYRIGHTED WORK TO

09:51AM 12    WHICH THEY COMPARE THE ALLEGED COPYING IS THE USER INTERFACE.

09:51AM 13         THE COURT:  OH, THAT'S WHAT WANTS TO DO.

09:51AM 14         MR. FERRALL:  ABSOLUTELY.

09:51AM 15       AND SURELY, WE DO HAVE A DISPUTE ABOUT THE LAW AND WHETHER

09:51AM 16    IT'S EVEN POSSIBLE, BUT SURELY IF CISCO WANTED THAT TO BE THE

09:51AM 17    THEORY IN THE CASE WHEN WE ASKED WHAT THE COPYRIGHTED WORK WAS,

09:51AM 18    IT SHOULD HAVE SAID THE USER INTERFACE OF IOS 11.0.  AND THE

09:51AM 19    USER INTERFACE OF ALL OF THESE OTHER OPERATING SYSTEMS.

09:51AM 20       BUT LET'S CONTINUE BECAUSE THERE'S MORE.

09:51AM 21         THE COURT:  OKAY.

09:51AM 22         MR. FERRALL:  LET'S GO ON TO -- SO LATER IN THE CASE,

09:51AM 23    IN MARCH OF 2016, AS WE LEARNED MORE ABOUT THE ALLEGATIONS, WE

09:51AM 24    CAME TO REALIZE, OF COURSE THAT THERE LIST OF, FOR EXAMPLE 500

09:51AM 25    COMMANDS, AND HIERARCHIES AND SO FORTH, IS NOT FOUND IN ANY

09:51AM  1    OPERATING SYSTEM.  THEY ARE COMBINED.  IT'S A COMBINED LIST

09:52AM  2    FROM VARIOUS OF THE 26 REGISTERED WORKS.  SO WE SAID WE NEED TO

09:52AM  3    GET CLARITY ON THIS.

09:52AM  4        SO WE ASKED FOR EACH COMMAND, MODE, HIERARCHY, PROMPT OR

09:52AM  5    COMMAND RESPONSE THAT YOU CONTEND ARISTA UNLAWFULLY COPIED,

09:52AM  6    IDENTIFY EACH AND EVERY ASSERTED COPYRIGHTED REGISTERED WORK IN

09:52AM  7    WHICH SUCH COMMAND APPEARS, INCLUDING THE REGISTRATION NUMBER,

09:52AM  8    ET CETERA, AND THE BATES NUMBER.

09:52AM  9        OKAY.  SO THE RESPONSE, AGAIN, IS A LIST OF OPERATING

09:52AM  10   SYSTEMS.

09:52AM  11       THEN IN THE SAME SET OF INTERROGATORIES, THE NEXT

09:52AM  12   INTERROGATORY, AND THIS GETS TO YOUR QUESTION EARLIER, WHICH IS

09:52AM  13   THE QUESTION OF WHAT PORTION OF THE WORK IS ALLEGEDLY COPIED.

09:52AM  14       AND WHILE WE CAN HAVE A DISPUTE, AND MR. PAK AND CISCO CAN

09:52AM  15   ARGUE TO THE JURY THAT IT SHOULD ALL BE QUALITATIVE, THERE'S

09:53AM  16   CERTAINLY NO LAW THAT SAYS IT CAN ONLY BE QUALITATIVE AND

09:53AM  17   QUANTITATIVE DOESN'T MATTER.

09:53AM  18       SO WE ASKED INTERROGATORY 25.  FOR EACH

09:53AM  19   COPYRIGHT-REGISTERED WORK THAT CISCO ALLEGES ARISTA UNLAWFULLY

09:53AM  20   COPIED, IDENTIFY THE TOTAL NUMBER OF COMMANDS MODES

09:53AM  21   HIERARCHIES, PROMPTS, RESPONSES AND LINES OF SOFTWARE CODE IN

09:53AM  22   THE WORK.

09:53AM  23       THE RESPONSE, AGAIN, IS A LIST OF OPERATING SYSTEMS ONLY,

09:53AM  24   NEVER A MENTION OF THE USER INTERFACE, NEVER A MENTION OF --

09:53AM  25   THERE'S, FRANKLY, NOT EVEN A LIST OF THE NUMBER OF COMMANDS.

09:53AM  1    WE ARE TOLD TO REFER TO SOURCE CODE AND DOCUMENTS.

09:53AM  2              THE COURT:  WELL, WAIT A MINUTE, YOU ASKED FOR SOURCE

09:53AM  3    CODE, SO IT HAD TO BE PROVIDED, IT DOESN'T MEAN IT'S ASSERTED

09:53AM  4    IN THIS CASE.

09:53AM  5              MR. FERRALL:  CORRECT.

09:53AM  6         BUT THE QUESTION, THE INTERROGATORY ASKED FOR THE LINES OF

09:53AM  7    CODE OF THE ASSERTED WORK.  AND WHAT THEY DID WAS THEY REFERRED

09:54AM  8    US TO THE ENTIRE SOURCE CODE.  THAT'S FINE.  THAT WOULD -- THAT

09:54AM  9    CAN ONLY LEAD US TO CONCLUDE THAT IT'S THE ENTIRE SOURCE CODE

09:54AM  10   THAT REPRESENTS THE LINES OF THE ASSERTED WORK, RIGHT.

09:54AM  11        IF THE QUESTION IS, WHAT ARE THE -- WHAT'S THE PORTION OF

09:54AM  12   THE CODE THAT IMPLEMENTS THE CLI OR THE USER INTERFACE, THIS

09:54AM  13   WAS THE TIME FOR THEM TO ANSWER THAT QUESTION, BUT THEY DIDN'T.

09:54AM  14        LET ME TALK TO YOU A LITTLE BIT --

09:54AM  15             THE COURT:  SO WHEN I LOOK AT THIS RESPONSE, OF

09:54AM  16   COURSE THIS ACTUALLY DOESN'T MEAN ANYTHING TO ME, I MEAN, THIS

09:54AM  17   IS, THIS IS INCOMPREHENSIBLE TO ME, SO I JUST WANT TO

09:54AM  18   UNDERSTAND WHAT YOU'RE SAYING.

09:54AM  19        THAT BASED ON THIS INTERROGATORY NUMBER 25 WHERE YOU ASKED

09:54AM  20   FOR EACH WORK COPIED, IDENTIFY THE TOTAL COMMANDS, ET CETERA

09:55AM  21   AND LINES OF SOFTWARE CODE IN THE WORK.  AND YOU ARE SAYING

09:55AM  22   THEY IDENTIFIED THE ENTIRE IOS AND NOT JUST THE CODE THAT

09:55AM  23   CORRESPONDED TO THE USER INTERFACE?

09:55AM  24             MR. FERRALL:  YES.  AND I WANT TO TALK ABOUT THE

09:55AM  25   DOCUMENTS THEY IDENTIFIED ALSO.

09:55AM 1        SO THEY -- SO FOR THE CODE, THEY IDENTIFIED JUST ALL OF THE

09:55AM 2    SOURCE CODE THEY PRODUCED.  FOR THE RELATED DOCUMENTS,

09:55AM 3    YOUR HONOR, THIS CITATION TO CSI, CLI, OBVIOUSLY THAT'S RATHER

09:55AM 4    OBTUSE.

09:55AM 5           THE COURT:  FOR ME IT IS.

09:55AM 6           MR. FERRALL:  LET ME TELL YOU WHAT IT IS.

09:55AM 7        FOR 11.0, IT'S A REFERENCE TO A LINK IN CISCO.  THAT LINK

09:55AM 8    CITES TO, IN THE CASE OF 11.0, IT CITES TO ABOUT A DOZEN, MAYBE

09:55AM 9    20 DIFFERENT MANUALS COVERING EVERYTHING THAT 11.0 COVERS.

09:56AM 10       NOW THAT'S WHAT THEY DO FOR EVERY OPERATING SYSTEM.  BY THE

09:56AM 11   TIME YOU GET TO SOME OF THESE LATER OPERATING SYSTEMS, THERE

09:56AM 12   ARE, JUST TO LIST THE TITLES OF THE MANUALS TAKES MULTIPLE

09:56AM 13   PAGES SINGLE SPACED.  IT'S A SUMMARY EXHIBIT.  I CAN HAND YOU

09:56AM 14   UP.

09:56AM 15          THE COURT:  NO.

09:56AM 16          MR. FERRALL:  IT IS ABOUT A 30-SOME PAGE

09:56AM 17   SINGLE-SPACED LIST OF MANUALS.

09:56AM 18       IF YOU INCLUDE EVERY DOCUMENTATION THAT HAS BEEN CITED IN

09:56AM 19   RESPONSE TO THESE INTERROGATORIES THAT HAS ASKED FOR AN

09:56AM 20   EXPLANATION OF WHAT'S THE WORK, IT'S A 30-PLUS SINGLE-SPACED

09:56AM 21   LIST OF MANUALS COVERING EVERYTHING THAT CISCO DOES.  CABLE

09:56AM 22   MODEMS, HOME WIFI, PROTOCOLS THAT HAVE BEEN OUT OF DATE FOR

09:56AM 23   YEARS.

09:56AM 24       IT'S ALL CITED, IT'S ALL OUT THERE.  THAT'S WHAT CISCO

09:56AM 25   ALLEGED WE ARE SUPPOSED TO COMPARE THE ASSERTION AGAINST.

09:57AM  1      THAT'S WHAT THEY'VE ALLEGED.

09:57AM  2            THE COURT:  CISCO IS JUST GIVING YOU WHAT THEY THINK

09:57AM  3      IS RESPONSIVE TO WHAT YOU'VE ASKED, AND THAT CAN BE QUITE

09:57AM  4      DIFFERENT THAN WHAT THEY ARE GOING TO LATER ASSERT.

09:57AM  5            MR. FERRALL:  WELL, BUT YOUR HONOR, HERE'S THE

09:57AM  6      PROBLEM, THE PRACTICAL PROBLEM THAT WE FACE -- AND I'VE GOT ONE

09:57AM  7      MORE DISCOVERY RESPONSE TO TALK ABOUT -- THE PRACTICAL PROBLEM

09:57AM  8      THAT WE FACE IS THAT BECAUSE THERE'S NOT AN ASSERTION HERE IN

09:57AM  9      RESPONSE TO FOUR DIFFERENT INTERROGATORIES, THAT THE WORK TO BE

09:57AM  10     COMPARED IS THE USER INTERFACE.  THERE WAS NEVER DISCOVERY

09:57AM  11     TAKEN ABOUT THE METES AND BOUNDS OF THAT USER INTERFACE.  WHAT

09:57AM  12     DOES CONSTITUTE THAT USER INTERFACE.

09:57AM  13        WE SAW AFTER SUMMARY JUDGEMENT, LONG AFTER DISCOVERY

09:57AM  14     CLOSED, CISCO'S THEORY OF THE FOUR BUILDING BLOCKS, BUT WE

09:58AM  15     NEVER HAD THE CHANCE TO -- THE DISCLOSURE OF 4 OR 5 BUILDING

09:58AM  16     BLOCKS, WHAT CONSTITUTES THOSE BUILDING BLOCKS?

09:58AM  17        THERE'S NEVER BEEN A QUANTIFICATION OF THE COMMANDS IN EACH

09:58AM  18     USER INTERFACE.  THERE'S NEVER BEEN A QUANTIFICATION OF THE

09:58AM  19     MARKET HARM ON THE USER INTERFACES.  YOU WON'T SEE THAT IN ANY

09:58AM  20     OF THE EXPERT REPORTS, YOU WON'T SEE ANY ANALYSIS OF THIS USER

09:58AM  21     INTERFACE HAS THIS SORT OF MARKET VALUE.

09:58AM  22            THE COURT:  I GUESS, MR. FERRALL, I THINK YOUR

09:58AM  23     ARGUMENT GOES TOO FAR.

09:58AM  24        IN MY VIEW, WHAT YOU ARE SUGGESTING WOULD ESSENTIALLY

09:58AM  25     ELIMINATE THE OPPORTUNITY TO PROTECT COMPUTER SOFTWARE PROGRAMS

09:58AM  1    BECAUSE OF THE ENORMITY OF THE WORK ITSELF.  AND THE DROP IN

09:58AM  2    THE OCEAN THAT THE COPYING WOULD BE, THAT FAIR USE WILL ALWAYS

09:58AM  3    RULE THE DAY SIMPLY ON THE QUANTITATIVE EVALUATION.  AND IF

09:58AM  4    THERE'S A DE MINIMUS EVALUATION ON INFRINGEMENT, A COPYRIGHT

09:59AM  5    OWNER COULD NEVER WIN.

09:59AM  6        I THINK YOU ARE SAYING TOO MUCH HERE.  AND I THINK IT IS

09:59AM  7    REASONABLE, AND FRANKLY I DON'T ACTUALLY THINK THAT CISCO HAS

09:59AM  8    NARROWED THE SCOPE OF ITS WORK AS MUCH AS I HAD FEARED IT WAS

09:59AM  9    DOING EARLIER.  THE USER INTERFACE IS STILL A SUBSTANTIAL WORK.

09:59AM  10       AND THESE -- AND I HAVE -- I MEAN, I HAVE TO SIT AT THE

09:59AM  11   TRIAL TO FIND OUT WHAT IT IS BECAUSE IT DOESN'T MATTER TO ME

09:59AM  12   NOW HOW BIG IT IS.  BUT I ONLY BECAME CONCERNED WHEN I THOUGHT

09:59AM  13   THAT THEY WERE DEFINING THE WORK AS EXACTLY WHAT WAS COPIED.

09:59AM  14   AND I WAS WRONG ON THAT.

09:59AM  15       AND THEN I BECAME CONCERNED THROUGH SOME OF THE PHRASEOLOGY

09:59AM  16   THAT THEY WERE DEFINING THE WORK AS THAT PORTION OF THE USER

09:59AM  17   INTERFACE THAT SUPPORTED THE PARTICULAR PRODUCTS IN QUESTION.

09:59AM  18   AND THAT'S NOT WHAT THEY ARE DOING.

09:59AM  19       SO THERE CLEARLY WERE WAYS THAT THEY COULD HAVE MAYBE

10:00AM  20   MANIPULATED THE DEFINITION OF THE WORK THAT WOULD HAVE BEEN

10:00AM  21   OUTSIDE THE BOUNDS OF ANY CASE AUTHORITY.

10:00AM  22       BUT HERE, THIS IS -- SEEMS LIKE A PRETTY STRAIGHTFORWARD

10:00AM  23   DIVIDE, A COMPLAINT THAT ACTUALLY SEEMS TO IDENTIFY IT.  I HAVE

10:00AM  24   SOME CONCERNS ABOUT YOUR COMMENTS ON DAMAGES THAT I WILL ASK

10:00AM  25   MR. PAK TO ADDRESS WHEN IT'S HIS TURN.

10:00AM 1     BUT, YOU KNOW, I GUESS I'M JUST NOT SEEING IT.  YOU KNOW,

10:00AM 2  I'M A LITTLE -- I AM CONCERNED WHEN YOU TALK ABOUT THERE NOT

10:00AM 3  BEING DISCOVERY TO DETERMINE, AS YOU WILL, THE METES AND BOUNDS

10:00AM 4  OF THE USER INTERFACE.  BUT I DON'T THINK HE'S PUTTING METES OR

10:00AM 5  BOUNDS ON IT, I'M NOT SURE THERE IS ANY DISCOVERY WHEN IT IS

10:00AM 6  THE ENTIRE IOS AND NOT A SUBSET OF IT.

10:00AM 7     MR. FERRALL:  WELL, WE AGREE THAT IT'S THE ENTIRE

10:00AM 8  IOS.

10:00AM 9     BUT WHAT -- WHERE THE ENTIRE OPERATING SYSTEM -- SORRY,

10:01AM 10 WHERE THE USER INTERFACE PART OF THE OPERATING SYSTEM BEGINNING

10:01AM 11 AND ENDS, IS NOT DEFINED AT ALL, YOUR HONOR.

10:01AM 12    AND IN PARTICULAR, THIS COMES IN THE CODE, CISCO WANTS TO

10:01AM 13 CALL MR. TERRY SLATTERY.  MR. TERRY SLATTERY IS A FORMER CISCO

10:01AM 14 CONTRACTOR BACK FROM 1990 -- 1990'S, EARLY 1991.  HE IS OFTEN

10:01AM 15 REGARDED AS THE FATHER OF THE CISCO CLI, THOSE ARE LITERALLY

10:01AM 16 THE WORDS.

10:01AM 17    NOW DOES THAT MEAN THAT HE CREATED A LOT OF CLI COMMANDS OR

10:01AM 18 RESPONSES?  NO, ACTUALLY HE'S CREDITED, I THINK IN THIS CASE,

10:01AM 19 WITH ONE COMMAND.  WHAT HE DID WAS WRITE ALL OF THE UNDERLYING

10:01AM 20 CODE THAT IMPLEMENTS THE CLI.  SO THAT'S WHAT HE, AND INDEED A

10:01AM 21 LOT OF PEOPLE REFER TO AS A CRITICAL PART, AT LEAST, OF THE

10:01AM 22 CLI.

10:01AM 23    WE'VE NOT HAD ANY OPPORTUNITY OR ANY REASON TO TRY TO

10:02AM 24 DEFINE WHERE THE CLI IMPLEMENTING CODE BEGINS VERSUS THE REST

10:02AM 25 OF IOS.  AND AS I UNDERSTAND IT --

| | |
|---|---|
| 10:02AM | 1 |
| 10:02AM | 2 |
| 10:02AM | 3 |
| 10:02AM | 4 |
| 10:02AM | 5 |
| 10:02AM | 6 |
| 10:02AM | 7 |
| 10:02AM | 8 |
| 10:02AM | 9 |
| 10:02AM | 10 |
| 10:02AM | 11 |
| 10:02AM | 12 |
| 10:02AM | 13 |
| 10:02AM | 14 |
| 10:02AM | 15 |
| 10:03AM | 16 |
| 10:03AM | 17 |
| 10:03AM | 18 |
| 10:03AM | 19 |
| 10:03AM | 20 |
| 10:03AM | 21 |
| 10:03AM | 22 |
| 10:03AM | 23 |
| 10:03AM | 24 |
| 10:03AM | 25 |

THE COURT:  BUT WHAT'S THE RELEVANCE OF THE CLI
IMPLEMENTING CODE?  IT'S NOT AT ISSUE IN THE CASE.

MR. FERRALL:  IT'S WHAT MAKES THE USER INTERFACE WHAT
IT IS.  IT'S WHAT MAKES THE USER INTERFACE -- THE EFFORT THAT
GOES INTO IMPLEMENTING THE CLI, THAT'S HOW THE USER INTERFACE
EXISTS, THAT'S THE CREATIVITY, THAT'S THE CREATIVE WORK THAT
WENT INTO IT.

THE COURT:  I DON'T THINK THAT'S WHAT IS CISCO IS
ARGUING, THOUGH.

MR. FERRALL:  WELL, BUT THAT'S WHAT WE ARE GOING TO
ARGUE, THAT'S WHAT CREATES PART OF AT LEAST THE LOOK AND FEEL.

WE DON'T THINK THAT IT WAS COPIED, THE SOURCE CODE
CERTAINLY WASN'T COPIED.  BUT THE WORK THAT GOES INTO AND THE
PROCESS OF CREATING THE CLI, INCLUDING ALL ASPECTS OF THE LOOK
AND FEEL, NOT JUST WHAT'S ASSERTED IN THIS CASE, THAT'S SURELY
RELEVANT FOR THE JURY TO CONSIDER CISCO'S LOOK AND FEEL
ARGUMENT.

THE COURT:  WELL, I'M NOT SAYING IT'S NOT RELEVANT,
BECAUSE CERTAINLY THERE -- BUT THIS CASE IS ABOUT THE USER
INTERFACE, THAT PORTION OF THE PROGRAM THAT THE ENGINEER SEES
AND CONNECTS WITH, NOT THE UNDERLYING SOURCE CODE, EVEN THOUGH
THAT CAN BE READ AS WELL.

MR. FERRALL:  TRUE.

THE COURT:  SO I GUESS I'M JUST NOT PERSUADED ON
THIS.

| 10:03AM | 1 | MR. FERRALL:  OKAY.  CAN I JUST SHOW YOU THIS. |

10:03AM  1      MR. FERRALL:  OKAY.  CAN I JUST SHOW YOU THIS.

10:03AM  2      THE COURT:  YEP, LET'S KEEP GOING.

10:03AM  3      MR. FERRALL:  I WANT TO TALK ABOUT THE COMPLAINT AND

10:03AM  4  I WANT TO TALK ABOUT THE NEXT DISCOVERY RESPONSE BECAUSE, OKAY,

10:03AM  5  SO WE ASKED CISCO'S FAIR USE CONTENTIONS, OKAY.

10:03AM  6      BASICALLY, THE INTERROGATORY SAYS, DESCRIBE THE LEGAL

10:03AM  7  FACTUAL BASIS FOR YOUR CONTENTION THAT ARISTA'S USE IS NOT A

10:03AM  8  FAIR USE.

10:03AM  9      AND THEN WE RECITE THE STATUTORY FACTORS OF FAIR USE, AND

10:04AM  10  YOUR HONOR IS VERY FAMILIAR WITH THOSE.  OKAY.

10:04AM  11      CISCO'S RESPONSE IS ABOUT 5 OR 8 PAGES LONG, SO I DON'T

10:04AM  12  HAVE IT ALL, BUT THEY GO THROUGH EACH FACTOR.  AND IN THE

10:04AM  13  BEGINNING IN THE FIRST FAIR USE FACTOR, THEY DEFINE THE WORK,

10:04AM  14  FOR PURPOSES OF THE ENTIRETY OF THIS ANSWER, ARISTA HAS USED

10:04AM  15  AND CONTINUES TO USE CISCO'S COPYRIGHTED WORKS.  FOOTNOTE:

10:04AM  16  CISCO'S COPYRIGHTED WORKS AND CISCO'S COPYRIGHTED WORKS

10:04AM  17  INCLUDES THE COPYRIGHTED OPERATING SYSTEMS AND RELATED

10:04AM  18  DOCUMENTS AS SET FORTH IN PARAGRAPH 25 OF THE SECOND AMENDED

10:04AM  19  COMPLAINT.

10:04AM  20      SO WE GO TO PARAGRAPH 25.  THIS IS PARAGRAPH 25.  IT'S A

10:04AM  21  LIST OF ALL THE OPERATING SYSTEMS.

10:04AM  22      AGAIN, I'M NOT -- OF COURSE THEY COULD HAVE SAID THAT

10:04AM  23  CISCO'S COPYRIGHTED WORKS ARE THE USER INTERFACE AND THEN

10:04AM  24  PROCEEDED TO ANSWER THE INTERROGATORY.

10:04AM  25      THE COURT:  ALL RIGHT.  WELL THIS IS A LITTLE BIT --

10:05AM  1    TO ME THIS IS MORE DIRECT.

10:05AM  2              MR. FERRALL:  OKAY.  AND I WANTED TO ADDRESS

10:05AM  3    SOMETHING THAT IS IN CISCO'S SLIDES ON THIS, BECAUSE CISCO

10:05AM  4    CITES TO PARAGRAPH 28 IN THEIR SLIDES.  I JUST WANT TO CLARIFY

10:05AM  5    SOMETHING THAT SO THERE'S NO CONFUSION HERE.

10:05AM  6              THE COURT:  OKAY.

10:05AM  7              MR. FERRALL:  SLIDE 7 OF CISCO'S SLIDES, QUOTES FROM

10:05AM  8    THE COMPLAINT DOWN AT THE BOTTOM.

10:05AM  9         DO YOU SEE THAT PARAGRAPH 28?

10:05AM  10             THE COURT:  UH-HUH.

10:05AM  11             MR. FERRALL:  OKAY.  AND I DON'T HAVE THE PARAGRAPH

10:05AM  12   ON A SLIDE TO SHOW, BUT THIS IS ACTUALLY WHAT PARAGRAPH 28

10:05AM  13   SAYS.  IT BEGINS, "THE CISCO IOS COPYRIGHTED WORKS," NOW YOU

10:05AM  14   SEE THAT'S DEFINED IN PARAGRAPH 25, WHICH IS ON THE SCREEN, AS

10:06AM  15   ALL OF THE OPERATING SYSTEMS.

10:06AM  16        OKAY.  PARAGRAPH 28 SAYS -- ARE YOU WITH ME?

10:06AM  17             THE COURT:  SO WHICH SLIDE AM I SUPPOSED TO BE

10:06AM  18   LOOKING AT?

10:06AM  19             MR. FERRALL:  WE ARE LOOK THE AT CISCO'S SLIDE 7.

10:06AM  20             THE COURT:  I HAVE THAT AND IT'S JUST THESE THREE

10:06AM  21   LINES.

10:06AM  22             MR. FERRALL:  AND THE ARISTA SLIDE THAT'S UP ON THE

10:06AM  23   SCREEN.

10:06AM  24             THE COURT:  YES, OKAY.

10:06AM  25             MR. FERRALL:  BECAUSE PARAGRAPH 28 BEGINS WITH A

10:06AM  1      DEFINED TERM, CISCO IOS COPYRIGHTED WORKS.

10:06AM  2          UNFORTUNATELY, THAT'S IN THE COMPLAINT THAT I DON'T HAVE TO

10:06AM  3      SHOW YOU ON THE SCREEN, AND I'M JUST READING IT TO YOU.

10:06AM  4          SO IT SAYS, "CISCO'S COPYRIGHTED WORKS (DEFINED TERMS)

10:06AM  5      INCLUDING THEIR UNIQUE COMMAND EXPRESSIONS, UNIQUE COMMAND MODE

10:06AM  6      STRUCTURE, PROMPTS, AS IS REPRESENTED HERE."

10:06AM  7          SO CISCO OMITTED THE FACT THAT WHAT THEY ARE QUOTING HERE

10:06AM  8      AT THE BOTTOM OF THEIR SLIDE 7 IS ACTUALLY A PARENTHETICAL THAT

10:07AM  9      BEGINS WITH THE WORD INCLUDING THE COMMAND EXPRESSIONS AND

10:07AM  10     UNIQUE COMMAND, OKAY.

10:07AM  11         WHAT IS ACTUALLY EXPLAINED IN THE COMPLAINT AS AN ORIGINAL

10:07AM  12     EXPRESSIVE WORK THAT HAD BEEN DEVELOPED OVER MANY YEARS, IS THE

10:07AM  13     LIST OF OPERATING SYSTEMS, THE DEFINED TERM, CISCO COPYRIGHTED

10:07AM  14     WORK.

10:07AM  15         SO I APOLOGIZE THAT I DON'T HAVE THE COMPLAINT TO SHOW YOU

10:07AM  16     AND THE PARSE THROUGH THIS, BUT YOU WILL SEE PARAGRAPH 28 DOES

10:07AM  17     NOT PURPORT TO SAY THAT THE USER INTERFACE ARE ORIGINAL

10:07AM  18     EXPRESSIVE WORKS.  THOSE ARE PART OF ORIGINAL EXPRESSIVE WORKS.

10:07AM  19         OKAY.  SO THANK YOU FOR YOUR PATIENCE.  LET ME CONTINUE

10:07AM  20     WITH ONE MORE PART OF THAT INTERROGATORY RESPONSE.  THAT WAS

10:07AM  21     INTERROGATORY 21.  IT DEFINES CISCO COPYRIGHTED WORK IN THE

10:08AM  22     BEGINNING OF THE INTERROGATORY, THEN FACTOR FOUR, WHICH IS

10:08AM  23     CRITICAL FOR THE WORK DEFINITION, BECAUSE AGAIN, IT TALKS ABOUT

10:08AM  24     THE EFFECT OF THE USE UPON THE POTENTIAL MARKET FOR OR VALUE OF

10:08AM  25     THE COPYRIGHTED WORK, CISCO BEGINS ITS ANSWER, THE COPYRIGHTED

10:08AM  1    WORKS AT ISSUE-CISCO'S OPERATING SYSTEMS AND ACCOMPANYING

10:08AM  2    DOCUMENTS ALLOW THE SWITCHES AND ROUTERS TO WORK.

10:08AM  3        OKAY.  AND THEN JUST TO CLARIFY THAT THE COPYRIGHTED WORK

10:08AM  4    IS NOT THE INTERFACE, IT SAYS, THE COMMAND LINE INTERFACES THAT

10:08AM  5    ARE THE HEART AND SOUL OF THE OPERATING SYSTEMS.

10:08AM  6        IN OTHER WORDS, IT'S CLARIFYING THE COMMAND LINE INTERFACES

10:08AM  7    ARE NOT THE WORK, THEY ARE A PART OF THE WORK.  THEY CAN, OF

10:08AM  8    COURSE, TELL THE JURY THAT THEY ARE THE HEART AND SOUL AND WE

10:08AM  9    WILL DISAGREE.  BUT THE HEART AND SOUL IS NOT THE WHOLE THING,

10:08AM  10   THE HEART AND SOUL CAN'T LIVE BY ITSELF.

10:09AM  11       SO AGAIN, THIS IS AT THE VERY CLOSE OF DISCOVERY, HOW

10:09AM  12   ARISTA WOULD HAVE THEN SOMEHOW DETERMINED OR PREPARED EXPERT

10:09AM  13   REPORTS WITH THE UNDERSTANDING THAT THE ASSERTED WORK FOR

10:09AM  14   PURPOSES OF FAIR USE MARKET HARM WAS ONLY THE USER INTERFACE,

10:09AM  15   IT'S JUST NOT, IT'S JUST NOT DISCLOSED HERE, YOUR HONOR.

10:09AM  16       AND TO YOUR CONCERN ABOUT, YOUR CONCERN ABOUT WHAT DOES

10:09AM  17   THIS MEAN FOR THE CASE, FIRST OF ALL, OF COURSE CLEARLY THEY

10:09AM  18   WERE ENTITLED, WE ARE NOT SAYING THEY WEREN'T ENTITLED TO TRY

10:09AM  19   TO DEFINE THE WORK MORE NARROWLY AND WE COULD HAVE THE LEGAL

10:09AM  20   ARGUMENT ABOUT WHETHER THAT'S RECOGNIZED UNDER THE LAW.  AND I

10:09AM  21   THINK MR. KWUN HAS SOME STRONG POINTS TO MAKE, I DON'T THINK

10:09AM  22   THE CASE LAW REALLY SUPPORTS IT.

10:09AM  23       BUT THAT'S A LEGAL ARGUMENT WE WOULD HAVE HAD BASED UPON A

10:09AM  24   DISCLOSURE THAT SHOULD HAVE HAPPENED LONG AGO.  IT'S NOT A

10:10AM  25   LEGAL ARGUMENT THAT, IT'S NOT SOMETHING THAT THEY WERE

10:10AM  1    PROHIBITED FROM DISCLOSING EARLIER IN THE CASE.

10:10AM  2        SECOND -- HERE WE ARE.  FINE, THEY DIDN'T DISCLOSE IT, WE

10:10AM  3    FEEL STRONGLY ABOUT THAT.  JUST BECAUSE THE CASE IS ABOUT THE

10:10AM  4    OPERATING SYSTEM DOESN'T MEAN THEY CAN'T ARGUE THAT IT'S THE

10:10AM  5    HEART AND SOUL.

10:10AM  6        THAT'S BEEN THEIR CASE ALL ALONG IS THAT EVEN THOUGH THE

10:10AM  7    WHOLE OPERATING SYSTEM IS THE WORK, THE CLI IS THE HEART AND

10:10AM  8    SOUL.

10:10AM  9        THAT'S A FINE ISSUE FOR THE JURY.  THEY CAN MAKE ALL OF THE

10:10AM 10    ARGUMENTS THEY WANT ABOUT IT, I'M SURE THEY THINK THEY'VE GOT

10:10AM 11    SOME GREAT EVIDENCE TO SUPPORT THAT THEORY.

10:10AM 12        SO IT'S CERTAINLY NOT THE CASE THAT THERE'S NOTHING FOR THE

10:10AM 13    JURY TO THINK ABOUT BASED UPON THE THEORY THAT WE'VE PRESENTED

10:10AM 14    ALL ALONG.

10:10AM 15            THE COURT:  WELL, I JUST WANT TO MAKE SURE THAT,

10:10AM 16    WELL, UNDER EITHER DEFINITION OF THE WORK, BECAUSE THESE ARE

10:10AM 17    STILL ENORMOUS SCOPE INTO ALL OF THESE WORKS, THAT A JURY IS

10:10AM 18    NOT IMPROPERLY GIVEN THE IMPRESSION THAT THEY JUST NEED TO

10:11AM 19    COMPARE THE LITTLE DROP OF THE COPIED MATERIAL, EVEN ASSUMING

10:11AM 20    EVERYTHING THAT'S ALLEGED TO HAVE BEEN COPIED OR DETERMINED TO

10:11AM 21    HAVE BEEN COPIED WAS THE VAST QUANTITY OF THE WORK, BECAUSE

10:11AM 22    THAT WOULD MAKE THIS RIDICULOUS, I DON'T NEED A TRIAL ON THAT

10:11AM 23    ISSUE, YOU SHOULD BE SETTLING IT.  YOU SHOULD HAVE SETTLED IT

10:11AM 24    TWO YEARS AGO IF THAT'S ALL IT WAS.

10:11AM 25        SO I'M CONCERNED THAT THERE SEEMS TO BE PLENTY ON BOTH

10:11AM    1    SIDES HERE, THESE ARE SOME SPECIFIC THINGS I DO CERTAINLY WANT

10:11AM    2    TO HEAR FROM CISCO ON.

10:11AM    3            MR. FERRALL:  WELL, AS I SAID, YOUR HONOR, I THINK

10:11AM    4    THE THEORY THAT WE HAVE BEEN LITIGATING ALL ALONG, AND THE

10:11AM    5    EXPERT REPORTS ARE REPLETE WITH THIS, CISCO SAYS THE USER

10:11AM    6    INTERFACE MAY NOT BE ALL OF THE LINES OR CODE, BUT THAT'S

10:11AM    7    IRRELEVANT BECAUSE IT'S REALLY IMPORTANT.

10:11AM    8        AND THEY ARE GOING TO CITE TO LOTS OF DOCUMENTS, AND THEIR

10:11AM    9    EXPERT IS GOING TO SAY IT'S REALLY IMPORTANT, AND THEY ARE

10:12AM   10    GOING TO SAY THAT ARISTA ADMITS THAT IT'S REALLY IMPORTANT, AND

10:12AM   11    WE ARE GOING TO SAY -- WELL ACTUALLY, WE DIDN'T REALLY SAY.

10:12AM   12        SO THAT'S A GREAT FACTUAL BATTLE FOR TRIAL.  IT'S

10:12AM   13    CERTAINLY -- THAT'S THE WAY ALL OF THE EXPERT REPORTS HAVE BEEN

10:12AM   14    PREPARED IN THIS CASE, INCLUDING DR. BLACK, WE SAW THE QUOTE

10:12AM   15    ABOUT -- I MEAN, DR. BLACK, ABSOLUTELY HAS ANALYZED ALL OF THE

10:12AM   16    NON-ASSERTED ASPECTS OF ARISTA'S OPERATING SYSTEM TO EXPLAIN

10:12AM   17    TRANSFORMATIVE USE.  HIS OPINION IS ALL ABOUT --

10:12AM   18            THE COURT:  I'M NOT CONCERNED ABOUT ARISTA'S WORKS,

10:12AM   19    I'M CONCERNED ABOUT CISCO'S WORKS HERE.

10:12AM   20            MR. FERRALL:  RIGHT.  RIGHT.

10:12AM   21        AND WELL, TO COMPARE THE WAY THE WORKS PERFORM AS A WHOLE,

10:12AM   22    THEY'RE COMPLETELY DIFFERENT IN MANY WAYS.  AND WHAT DR. BLACK

10:12AM   23    IS DOING IS HE'S TALKING ABOUT THE WAY ARISTA'S WORKS ARE

10:12AM   24    DIFFERENT AND TRANSFORMATIVE.

10:12AM   25        BUT BEYOND THE USER INTERFACE, FOR SURE.  THAT'S THE WAY

10:12AM 1    THIS CASE HAS BEEN LITIGATED FROM THE BEGINNING.

10:13AM 2        SO I THINK TO THE CONTRARY, TO FOCUS THIS CASE NOW TO SAY

10:13AM 3    THAT ALL OF THE WORK THAT WE HAVE BEEN TALKING ABOUT, ALL OF

10:13AM 4    THE DAMAGE REPORTS BASED UPON HARM TO LOST SALES OF PRODUCTS

10:13AM 5    RUNNING THE ENTIRE IOS OR ENTIRE NX-OS, THAT SUDDENLY ALL OF

10:13AM 6    THAT IS NOT RELEVANT, I'M NOT SURE HOW WE TRY THE CASE,

10:13AM 7    FRANKLY.

10:13AM 8        THE COURT:  WELL, I'M SURE YOU ARE COMPLETELY READY

10:13AM 9    TO TRY THE CASE THAT WAY.

10:13AM 10       YOU KNOW -- BUT SO, IN OTHER CASES WHERE THE ALLEGATION IS

10:13AM 11   THAT THE SOURCE CODE HAS BEEN COPIED, THEN YOU ARE SUGGESTING

10:13AM 12   THAT THEN THE OPERATING SYSTEM STILL IS THE WORK WITH ALL THE

10:13AM 13   ENORMITY OF ALL THE IRRELEVANT INTERFACE?  BECAUSE ALL OF THESE

10:13AM 14   PROGRAMS HAVE INTERFACE AND SOURCE CODE.

10:13AM 15       MR. FERRALL:  WELL, YES, ALTHOUGH, LOOK, OBVIOUSLY

10:13AM 16   EVERY CASE IS DIFFERENT.  BUT IN THE CASE WHERE THE SOURCE CODE

10:13AM 17   IS TRULY COPIED, THEN THE INTERFACE INEVITABLY IS GOING TO BE

10:14AM 18   THE SAME BECAUSE THE INTERFACE EMERGES FROM THE SOURCE CODE.

10:14AM 19   BUT IN ANY EVENT, IT'S UP TO THE PLAINTIFF TO DEFINE THEIR CASE

10:14AM 20   HOW THEY WANT TO.

10:14AM 21       THE COURT:  I GUESS WHAT I HAVE IS A COMPLAINT THAT

10:14AM 22   SEEMS TO WALK THROUGH SOME PRETTY GOOD DEFINITION OF THE WORK

10:14AM 23   IN QUESTION AS BEING THE USER INTERFACE.  WHAT YOU ARE SHOWING

10:14AM 24   ME HERE ARE SOME RESPONSES TO INTERROGATORIES AND SOME, AND

10:14AM 25   THEORIES OF DAMAGES THAT MIGHT PERSUADE ME THAT THE DISCLOSURES

10:14AM 1    WENT THE OTHER WAY.

10:14AM 2              MR. FERRALL:  WELL, THE COMPLAINT ALLEGES COPYING OF

10:14AM 3    THE USER INTERFACE FOR SURE.

10:14AM 4              THE COURT:  YES.

10:14AM 5              MR. FERRALL:  BUT AGAIN, LET'S GO BACK A COUPLE OF

10:14AM 6    SLIDES, ONE SLIDE, THIS IS THE IOS COPYRIGHTED WORK.  THE

10:14AM 7    DEFINITION AT THE BOTTOM OF PARAGRAPH 25 FROM THE SECOND

10:14AM 8    AMENDED COMPLAINT.  THIS LIST OF OPERATING SYSTEMS IS THE IOS

10:15AM 9    COPYRIGHTED WORKS.

10:15AM 10       NOW, THERE'S -- I DON'T THINK THE WORD USER INTERFACE OR

10:15AM 11   EVEN CLI IS EVEN IN THIS PARAGRAPH.

10:15AM 12       SO AGAIN, WE'VE GOT TO KEEP CLEAR, IT'S ONE THING TO SAY

10:15AM 13   WHAT WAS COPIED WAS THE CLI, BUT WHEN IT COMES TO WHAT IS

10:15AM 14   DEFINED AS THE WORKS, THERE'S JUST NEITHER IN THE COMPLAINT NOR

10:15AM 15   IN INTERROGATORIES IS THERE SOMETHING THAT ANY -- THAT WE COULD

10:15AM 16   HAVE POSSIBLY HAVE GOTTEN NOTICE OF THAT THIS WAS GOING TO

10:15AM 17   BE -- THE USER INTERFACE ALONE WAS GOING TO BE THE WORK.

10:15AM 18       SO WITH THAT, YOUR HONOR, I'M OBVIOUSLY HAPPY TO ANSWER ANY

10:15AM 19   FURTHER QUESTIONS, OTHERWISE I WOULD LIKE TO TURN IT OVER TO

10:15AM 20   MR. KWUN TO TALK ABOUT THE LEGAL QUESTIONS A LITTLE BIT.

10:15AM 21              THE COURT:  OKAY.  MR. KWUN.

10:15AM 22       MR. PAK, I THINK I WILL LET YOU COME BACK ON ALL OF THIS AT

10:16AM 23   ONCE.

10:16AM 24              MR. PAK:  WONDERFUL.  THANK YOU.

10:16AM 25              MR. KWUN:  YOUR HONOR, I DO WANT TO GET INTO THE

10:16AM 1    QUESTION OF WHETHER OR NOT THERE IS A SEPARATE WORK, BUT BEFORE

10:16AM 2    I GET THERE, YOU HAD ASKED A QUESTION EARLIER ABOUT WHETHER OR

10:16AM 3    NOT THERE'S A DE MINIMUS -- FREE-STANDING DE MINIMUS DEFENSE.

10:16AM 4        SO I DID WANT TO CALL YOUR ATTENTION TO THE ORACLE CASE.

10:16AM 5    AND IN 2012 WHEN THE PRIMA FACIE INFRINGEMENT CASE WAS TRIED,

10:16AM 6    THERE WAS A DE MINIMUS DEFENSE THAT WAS, THAT THE JURY WAS

10:16AM 7    INSTRUCTED ON.  AND ON APPEAL, ORACLE CHALLENGED WHETHER THERE

10:16AM 8    WAS A FREESTANDING DE MINIMUS DEFENSE.  AND THE COURT DID NOT

10:16AM 9    HOLD THAT THERE WAS NO FREESTANDING DE MINIMUS DEFENSE.

10:16AM 10            THE COURT:  AS AN AFFIRMATIVE DEFENSE, MR. KWUN?

10:16AM 11            MR. KWUN:  AS AN AFFIRMATIVE DEFENSE.  I HAVE TO

10:16AM 12    ACTUALLY LOOK AND SEE EXACTLY HOW THAT WAS FRAMED.

10:16AM 13            THE COURT:  IT'S ONE OF THOSE TRICKY ISSUES THAT

10:17AM 14    EXIST IN MANY AREAS OF THE LAW AS TOO WHETHER IT'S SIMPLY A

10:17AM 15    DEFENSE THAT NEGATES AN ESSENTIAL ELEMENT.

10:17AM 16            MR. KWUN:  I THINK THAT YOU ARE ACTUALLY CORRECT THAT

10:17AM 17    IT PROBABLY IS FRAMED AS WHETHER OR NOT THERE IS A PRIMA FACIE

10:17AM 18    CASE, NOT AFFIRMATIVE DEFENSE TO THE PRIMA FACIA CASE.

10:17AM 19        BUT I ACTUALLY HAVE, I DON'T HAVE THE ACTUAL DEFENSE CHARGE

10:17AM 20    BEFORE ME, BUT I DO HAVE FROM THE FEDERAL CIRCUIT OPINION, AT

10:17AM 21    750 F.3D PAGE 1351, JUST A SHORT QUOTATION FROM THE FEDERAL

10:17AM 22    CIRCUIT ABOUT WHAT GOOGLE'S ALLEGATIONS WERE WITH REGARD TO THE

10:17AM 23    DE MINIMUS DEFENSE AND WITH RESPECT TO A CERTAIN PART OF THE

10:17AM 24    INFRINGEMENT CASE.

10:17AM 25            AND THEY QUOTE, JUDGE ALSUP'S FINAL CHARGE AS SAYING:  WITH

10:17AM  1    RESPECT TO THE INFRINGEMENT ISSUES CONCERNING THE RANGE CHECK

10:17AM  2    AND OTHER SIMILAR FILES, GOOGLE AGREES THAT THE ACCUSED LINES

10:17AM  3    OF CODE AND COMMENTS CAME FROM THE COPYRIGHTED MATERIAL, BUT

10:17AM  4    CONTENDS THAT THE AMOUNTS INVOLVED WERE SO NEGLIGIBLE AS TO BE

10:17AM  5    DE MINIMUS AND THUS SHOULD BE EXCUSED.

10:18AM  6         AND TO ANOTHER QUESTION YOU HAD ABOUT THE DE MINIMUS

10:18AM  7    DEFENSE, THERE ARE TWO ASPECTS TO A DE MINIMUS DEFENSE IN THE

10:18AM  8    NINTH CIRCUIT, ACTUALLY ANYWHERE, BUT CERTAINLY IN THE

10:18AM  9    NINTH CIRCUIT, AND THAT'S BOTH A QUALITATIVE AND A QUANTITATIVE

10:18AM 10    ASPECT.

10:18AM 11         AND FOR THE DEFENSE TO SUCCEED, THE DEFENSE HAS TO PROVE A

10:18AM 12    LACK OF QUALITATIVE AND QUANTITATIVE IMPORTANCE.

10:18AM 13         SO --

10:18AM 14         THE COURT:  WHICH IS EXACTLY THE SAME AS IN THE FAIR

10:18AM 15    USE AFFIRMATIVE DEFENSE.

10:18AM 16         MR. KWUN:  BOTH OF THOSE ASPECTS COME INTO FACTOR 3,

10:18AM 17    THEY ARE -- IT IS A DIFFERENT QUESTION BECAUSE YOU WOULD NEVER

10:18AM 18    REACH THE ISSUE OF FAIR USE IF THERE WAS A DE MINIMUS DEFENSE.

10:18AM 19         THE COURT:  CLEARLY.  I UNDERSTAND THAT.

10:18AM 20         MR. KWUN:  THE THRESHOLD IS DIFFERENT.

10:18AM 21         THE COURT:  I UNDERSTAND THAT PERFECTLY.  BUT --

10:18AM 22         MR. KWUN:  SO WHAT I WOULD SAY IT'S PART OF THE PRIMA

10:18AM 23    FACIE INFRINGEMENT CASE, AND THEN IF YOU GET PAST THAT, THERE'S

10:18AM 24    A SECOND QUESTION OF NOT IS IT DE MINIMUS, BUT IS IT

10:18AM 25    SUBSTANTIAL.

10:18AM 1      AND I KNOW, AND WE HAVE THAT WORD SUBSTANTIAL OR

10:18AM 2  SUBSTANTIALLY COMING UP ALL OVER THE PLACE.

10:19AM 3          THE COURT:  DIFFERENT SIDE OF THE SAME COIN HERE.

10:19AM 4          MR. KWUN:  I AGREE WITH YOUR HONOR THAT SOMEBODY

10:19AM 5  WOULD DO WELL TO RESTATE WHAT THESE DOCTRINES ARE TO USE MORE

10:19AM 6  DIFFERENT WORDS, BUT WE ARE KIND OF STUCK WITH THAT.

10:19AM 7          THE COURT:  AND THERE ARE ONLY A FEW WORDS THAT CAN

10:19AM 8  BE USED.

10:19AM 9          MR. KWUN:  SO LET ME TURN TO THIS QUESTION OF WHETHER

10:19AM 10  OR NOT THERE IS A SEPARATE WORK WHICH IS THE USER INTERFACE.

10:19AM 11      AND CISCO HAS CITED A NUMBER OF CASES, BUT I THINK WE WOULD

10:19AM 12  ALL AGREE THAT REALLY IT BOILS DOWN TO THE CITATION OF A SINGLE

10:19AM 13  CASE BECAUSE ALL BUT ONE OF THOSE CASES THEMSELVES RELY ON THE

10:19AM 14  MANUFACTURER TECHNOLOGIES V. CAMS CASE.

10:19AM 15      SO THEN THE QUESTION IS, WHAT WAS THE DISTRICT COURT IN

10:19AM 16  CONNECTICUT, ITSELF, RELYING ON?  AND IN THAT DECISION, THE

10:19AM 17  COURT WAS ADDRESSING THE ISSUE OF REGISTRATION OF A COMPUTER

10:19AM 18  PROGRAM, AND WHAT PROTECTION THE DISPLAYS CREATED BY THAT

10:19AM 19  PROGRAM GET.

10:19AM 20      AND IS THE 706 F.SUPP AT 991, THE COURT MENTIONS A QUOTE,

10:20AM 21  RECENT DECISION OF THE COPYRIGHT OFFICE.  AND THAT RECENT

10:20AM 22  DECISION SAID THAT A SINGLE REGISTRATION OF A COMPUTER PROGRAM

10:20AM 23  EXTENDS PROTECTION TO SCREEN DISPLAYS THAT CONTAIN ORIGINAL

10:20AM 24  EXPRESSION.

10:20AM 25      SO THAT RECENT DECISION WAS A 1988 DECISION FROM THE

10:20AM  1    COPYRIGHT OFFICE.  JUNE 1988 DECISION OF THE COPYRIGHT OFFICE.

10:20AM  2    AND I HAVE A COPY OF IT HERE.  WE PREVIOUSLY SUBMITTED IT AT

10:20AM  3    ECF 635-4.

10:20AM  4         BUT I HAVE A COPY OF IT WHICH I CAN HAND UP HERE.  I'VE HAD

10:20AM  5    SOME -- I'VE TAKEN THE LIBERTY OF HIGHLIGHTING A FEW POINTS ON

10:20AM  6    IT.  BUT I WANT TO START WITH THE SUMMARY ON THE FRONT ON THE

10:20AM  7    FIRST PAGE, FIRST COLUMN.

10:20AM  8         AND THE SUMMARY SAYS THAT THE COPYRIGHT OFFICE OF THE

10:20AM  9    LIBRARY OF CONGRESS HAS DETERMINED THAT ALL COPYRIGHTABLE

10:21AM 10    EXPRESSION OWNED BY THE SAME CLAIMANT AND EMBODIED IN A

10:21AM 11    COMPUTER PROGRAM IS CONSIDERED A SINGLE WORK AND SHOULD BE

10:21AM 12    REGISTERED ON A SINGLE APPLICATION FORM.

10:21AM 13         AND I HAVE AN EXCERPT OF THAT UP ON THE SCREEN AS WELL.

10:21AM 14    BUT THERE REALLY ARE TWO POINTS THAT THAT SUMMARY GETS AT.

10:21AM 15         ONE IS THERE WAS AN ONGOING QUESTION OF WHETHER OR NOT THE

10:21AM 16    REGISTRATION OF THE SOURCE CODE DID ANYTHING TO GRANT

10:21AM 17    PROTECTION FOR THE SCREEN DISPLAYS.

10:21AM 18         AND HERE THEY ARE SAYING YES, WHEN YOU FILE THAT SINGLE

10:21AM 19    REGISTRATION, IF THOSE SCREEN DISPLAYS ARE POTENTIALLY

10:21AM 20    PROTECTED BY COPYRIGHT, YOU HAVE TO REGISTER.

10:21AM 21         THERE'S A SECOND QUESTION THOUGH WHICH IS, HOW MANY WORKS

10:21AM 22    HAVE YOU REGISTERED?

10:21AM 23         AND WHAT WE HAVE HEARD FROM CISCO IS THAT BY FILING ONE

10:21AM 24    REGISTRATION THEY HAVE CREATED WHAT THE DISTRICT COURT CALLED

10:21AM 25    THE LEGAL FICTION OF TWO REGISTRATIONS.

10:21AM  1          BUT HERE THE 1988 COPYRIGHT DECISION THAT THE COURT WAS

10:21AM  2     RELYING ON SAYS IT'S CONSIDERED A SINGLE WORK.

10:22AM  3          AND IF YOU LOOK AT THE COPYRIGHT OFFICE'S REASONING, IT

10:22AM  4     ACTUALLY BEARS THIS OUT.  AND ON PAGE 3 OF THE DECISION THAT I

10:22AM  5     HANDED UP IN COLUMN 1, PAGE 3 THEY ARE TALKING ABOUT THE FACT

10:22AM  6     THAT THEY HEARD FROM A NUMBER OF INTERESTED WITNESSES ON THIS

10:22AM  7     ISSUE, WHO TOOK A VARIETY OF POSITIONS.

10:22AM  8          AND AT THE END OF THE THIRD FULL PARAGRAPH, WHICH I'VE

10:22AM  9     HIGHLIGHTED IN YELLOW IN THE HAND-UP, THEY SAY THAT ALL

10:22AM  10    WITNESSES AGREED THAT THE SAME SCREEN DISPLAYS CAN BE GENERATED

10:22AM  11    BY SUBSTANTIALLY DIFFERENT COMPUTER PROGRAM CODE.

10:22AM  12         SO THIS WAS THE ISSUE THAT ULTIMATELY CAUSED THE DISTRICT

10:22AM  13    COURT TO SAY, YOU KNOW, WE REALLY NEED TO CONSIDER THESE TO BE

10:22AM  14    SEPARATE WORKS BECAUSE THE SAME SCREEN DISPLAYS CAN BE CREATED

10:22AM  15    BY DIFFERENT COMPUTER CODE.

10:22AM  16         THAT WAS BEFORE THE COPYRIGHT OFFICE, ALL THE PEOPLE WHO

10:22AM  17    HAD DISPUTES OVER WHAT THEY SHOULD DO ALL AGREED THAT THAT WAS

10:23AM  18    TRUE.

10:23AM  19         AND THE COPYRIGHT OFFICE THEN SAID, EVEN ACCEPTING THAT THE

10:23AM  20    NATURE OF AUTHOR SHIP IN SCREENS MAY BE DIFFERENT FROM COMPUTER

10:23AM  21    PROGRAM CODE AUTHOR SHIP THIS DOESN'T ALTER THE FACT THAT THE

10:23AM  22    COMPUTER PROGRAM CODE AND SCREEN DISPLAYS ARE INTEGRALLY

10:23AM  23    RELATED AND ORDINARILY FORM A SINGLE WORK.

10:23AM  24         NOW IT DOES SAY ORDINARILY AND I WILL GET TO A LITTLE LATER

10:23AM  25    WHAT THAT MEANS AND HOW IT COULD POSSIBLY BE DIFFERENT AND WHY

10:23AM   1    WE HAVE A FAILURE OF PROOF ON CISCO'S PART TO SHOW THAT IT

10:23AM   2    ACTUALLY IS DIFFERENT.

10:23AM   3         AND THEY GO ON TO SAY RIGHT AFTER THAT, BACK IN YELLOW ON

10:23AM   4    THE HIGHLIGHTED COPY, INDEED THOSE COMMENTATORS WHO FAVOR

10:23AM   5    EITHER SINGLE OR SEPARATE REGISTRATION MUST CONCEDE THAT THE

10:23AM   6    PROGRAM CODE AND SCREENS ARE CONCEPTUALLY A SINGLE WORK.

10:23AM   7         SO THE COPYRIGHT'S OFFICE ON POSITION IS PRETTY CLEAR AND

10:23AM   8    FRANKLY IT'S A LITTLE CONFUSING HOW WE ENDED UP WHERE WE ARE ON

10:24AM   9    THE DISTRICT COURT'S DECISION.

10:24AM  10         THE COURT:  BUT THE DISTRICT COURT'S DECISION TAKES A

10:24AM  11    VERY DIFFERENT VIEW OF THAT LANGUAGE.

10:24AM  12         MR. KWUN:  WELL, YOUR HONOR, THE DISTRICT COURT DOES

10:24AM  13    NOT ACTUALLY CITE OR QUOTE THE SINGLE WORK.

10:24AM  14         THE COURT:  NO, IT DOESN'T.

10:24AM  15         MR. KWUN:  SO THE ONLY THING I CAN THINK IS THAT

10:24AM  16    MAYBE IT MISSED IT.

10:24AM  17         THE KEY ISSUE THAT WAS IN DISPUTE BEFORE THE DISTRICT COURT

10:24AM  18    WAS LESS THE ARE THERE TWO SEPARATE WORKS POINT AND MORE THE,

10:24AM  19    DID THE REGISTRATION OF THE SOURCE CODE ACTUALLY ACCOMPLISH

10:24AM  20    ANYTHING FOR THE SCREEN DISPLAYS.

10:24AM  21         SO --

10:24AM  22         THE COURT:  SO THAT IS ANSWERED BY THIS -- SO IF YOU

10:24AM  23    REGISTER YOUR SOURCE CODE, YOU ALSO ARE PROTECTING YOUR USER

10:24AM  24    INTERFACE, THAT'S WHAT THIS WOULD SAY.

10:24AM  25         MR. KWUN:  THAT IS ONE THING IT SAYS.  IT SAYS YOU

10:24AM 1    ARE PROTECTING THE USER INTERFACE INSOFAR AS IT'S PROTECTABLE.

10:24AM 2            THE COURT:  AND YOU DON'T NEED TO REGISTER YOUR

10:24AM 3    SCREEN SHOTS SEPARATELY.

10:24AM 4            MR. KWUN:  THAT'S RIGHT.  AS A MATTER OF FACT, THEY

10:24AM 5    WOULD RATHER YOU DON'T.

10:24AM 6            THE COURT:  THAT'S RIGHT.

10:24AM 7        SO I GUESS I'M JUST CONCERNED THAT MAY BE AS FAR AS THE

10:24AM 8    COPYRIGHT OFFICE WAS GOING.  WHAT DOES AN OWNER NEED TO DO TO

10:25AM 9    PROTECT BOTH THEIR SOURCE CODE AND THEIR USER INTERFACE AND THE

10:25AM 10   COPYRIGHT OFFICE SAYS, FILE IT ONCE, YOU GET PROTECTION ON ALL

10:25AM 11   OF IT.

10:25AM 12           MR. KWUN:  YOU GET PROTECTION ON ALL OF IT AS A

10:25AM 13   SINGLE WORK.  REPEATED THREE TIMES.

10:25AM 14           THE COURT:  SO THEN THAT BEGS THE QUESTION OF ARE

10:25AM 15   THEY USING THE WORD WORK THE SAME AS WE DO HERE IN COURT TO

10:25AM 16   LITIGATE THE ISSUE, AND HOW DO I KNOW.

10:25AM 17           MR. KWUN:  SO FOR THAT, LET'S ACTUALLY TURN TO WHAT

10:25AM 18   THE NINTH CIRCUIT'S TEST IS FOR WHEN YOU CAN HAVE A SEPARATE

10:25AM 19   WORK.  SO THIS GOES TO THE POINT OF ORDINARILY, I THINK.

10:25AM 20           THE COURT:  AND WHERE -- DO YOU HAVE A SLIDE?

10:25AM 21           MR. KWUN:  I'M GOING TO BACK TO THE SLIDES.  I WILL

10:25AM 22   GO STRAIGHT TO SLIDE 31.

10:25AM 23       ACTUALLY, LET ME SEE HERE, I AM GOING TO GO TO SLIDE, MAYBE

10:25AM 24   32.

10:26AM 25           THE COURT:  THE ECONOMIC VALUE ISSUE?

10:26AM  1      MR. KWUN:  YEAH, YEAH.

10:26AM  2      MR. VAN NEST:  IT'S UP.

10:26AM  3      MR. KWUN:  YES, HERE WE ARE, YES.

10:26AM  4      THIS IS FROM THE MONGE V. MAYA CASE IN THE NINTH CIRCUIT,

10:26AM  5  AND THE ISSUE THERE WAS WHETHER OR NOT THERE'S 400 WEDDING

10:26AM  6  PHOTOS AND WHETHER OR NOT THEY SHOULD BE TREATED AS A SEPARATE

10:26AM  7  WORK OR AS 400 SEPARATE WORKS.

10:26AM  8      THE NINTH CIRCUIT SAID THAT EACH PHOTO IS A SEPARATE WORK

10:26AM  9  AND WHY, BECAUSE IT CAN LIVE ITS OWN COPYRIGHT LIFE AND HAS

10:26AM  10  INDEPENDENT ECONOMIC VALUE AND IS IN ITSELF VIABLE.

10:26AM  11      SO THIS WAS THE ISSUE THAT THEY WERE CONFRONTING WAS WHAT

10:26AM  12  TO DO ON FACTOR THREE OF FAIR USE.

10:26AM  13      AND CISCO'S RESPONSE IN THE BRIEFING ON A WORK WAS TO SAY

10:26AM  14  WELL THAT'S A FAIR USE FACTOR 3 CASE, THAT'S A DIFFERENT ISSUE.

10:26AM  15      BUT WHAT YOU HEARD MR. PAK SAY UP HERE TODAY IS HE ACCUSED

10:26AM  16  ARISTA OF TAKING INCONSISTENT POSITIONS OF WHAT WORK -- A WORK

10:27AM  17  IS, AND SAID THAT WE NEED TO HAVE A CONSISTENT DEFINITION OF

10:27AM  18  THE WORK.

10:27AM  19      THIS TELLS US WHAT THE DEFINITION OF THE WORK IS FOR FAIR

10:27AM  20  USE FACTOR THREE.  WE CAN'T HAVE A DIFFERENT DEFINITION OF A

10:27AM  21  WORK FOR THE PRIMA FACIE CASE, THE AFFIRMATIVE DEFENSE IS, OF

10:27AM  22  COURSE, AN AFFIRMATIVE DEFENSE TO THE PRIMA FACIE CASE.

10:27AM  23      THE COURT:  SURE, SURE.

10:27AM  24      MR. KWUN:  AND INDEED, THE THIRD FAIR USE FACTOR IS

10:27AM  25  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN RELATION

10:27AM  1    TO THE COPYRIGHTED WORK AS A WHOLE.

10:27AM  2            THE COURT:  SO LET ME JUST -- I HAVE THOUGHT ABOUT

10:27AM  3    THIS, BECAUSE YOU BRIEFED THIS ISSUE FOR ME IN YOUR BRIEF ON

10:27AM  4    THIS ISSUE.

10:27AM  5        IF I'M UNDERSTANDING IT CORRECTLY, THE USER INTERFACE IS

10:27AM  6    ONLY THE REFLECTION IN ENGLISH OR READABLE FORM OF THE

10:27AM  7    UNDERLYING CODE, IT DOESN'T LIVE ON ITS OWN.  IT CAN'T BE

10:27AM  8    GENERATED.

10:27AM  9            MR. KWUN:  CORRECT.

10:27AM  10           THE COURT:  IT CAN'T BE GENERATED ON ITS OWN, IT

10:28AM  11   NEEDS CODE TO EXIST.

10:28AM  12           MR. KWUN:  NOT ONLY DOES IT NEED CODE TO EXIST, BUT

10:28AM  13   IT'S A PICTURE OF SOME OF THE CODE.  AND IT HAS NO REAL

10:28AM  14   PURPOSE.

10:28AM  15       IT'S KIND OF LIKE IF YOU HAVE A STEREO RECEIVER, AND YOU

10:28AM  16   LOOK AT THAT FRONT PANEL, AND IT'S GOT SOME KNOBS ON IT, THOSE

10:28AM  17   KNOBS ARE THE USER INTERFACE TO THAT STEREO RECEIVER.

10:28AM  18       AND IF YOU TRY TO RIP THE FRONT PANEL OFF OF THE STEREO,

10:28AM  19   AND ALL THE WIRES THAT CONNECT TO THE REST OF THE RECEIVER ARE

10:28AM  20   GONE, YOU NO LONGER HAVE ANYTHING THAT HAS INDEPENDENT ECONOMIC

10:28AM  21   VALUE.  YOU HAVE A BROKEN PIECE OF METAL.

10:28AM  22       AND THAT BROKEN PIECE OF METAL IS NOT ACTUALLY A REFLECTION

10:28AM  23   OF THE ENTIRE STEREO RECEIVER, THERE'S A WHOLE LOT OF STUFF

10:28AM  24   BACK THERE THAT IS NOT REFLECTED IN THAT FRONT PANEL.

10:28AM  25           THE FRONT PANEL IS A WAY FOR THE USER TO CONTROL THE

10:28AM 1   PORTIONS OF IT THAT ARE CONTROLLABLE BY THE USER.  BUT

10:28AM 2   APPROXIMATELY SPEAKING, YES.  SO I DO THINK THE POINT IS IT HAS

10:28AM 3   NO WAY OF LIVING SEPARATELY.

10:28AM 4       AND INDEED, IF YOU LOOK AT WHAT CISCO HAS SAID THROUGHOUT

10:28AM 5   THIS CASE, THAT'S WHAT THEY HAVE SAID.  AND IF WE CAN GO TO

10:28AM 6   SLIDE 33, THIS IS FROM THE CISCO COMPLAINT, THE CISCO COMPLAINT

10:29AM 7   AT PARAGRAPH 27, SAYS THE CLI IS A KEY COMPONENT OF CISCO'S

10:29AM 8   IOS.

10:29AM 9       SO IT'S NOT THAT SOMETHING THAT HAS A SEPARATE LIFE HAS

10:29AM 10  INDEPENDENT ECONOMIC VALUE THAT IS ITSELF VIABLE, RATHER IT IS

10:29AM 11  A PART.

10:29AM 12          THE COURT:  SO I'M STILL, BECAUSE I THINK YOUR LEGAL

10:29AM 13  ARGUMENT IS REALLY ONE THAT I -- THAT IS IMPORTANT FOR ME, AND

10:29AM 14  IT MAY BE RESINATING, THIS INDEPENDENT ECONOMIC VALUE ARGUMENT.

10:29AM 15      OBVIOUSLY THIS IS A NINTH CIRCUIT CASE, BUT IT HAS TO DO

10:29AM 16  WITH PHOTOGRAPHS.  THERE ARE OTHER CASES THAT HAVE TO DO WITH A

10:29AM 17  SERIES OF, IT MAY BE CHAPTERS OR ESSAYS IN A BOOK THAT HAVE

10:29AM 18  INDEPENDENT VALUE.

10:29AM 19      THERE'S NOTHING IN THE NINTH CIRCUIT IN ANY DISTRICT COURT

10:29AM 20  CASE THAT HAS DEALT WITH A COMPUTER PROGRAM ON THIS LEVEL, IT

10:30AM 21  SEEMS SO ORDINARY, I'M SURPRISED.

10:30AM 22          MR. KWUN:  WELL, YOUR HONOR, I WOULD SAY THAT IT'S A

10:30AM 23  RATHER NOVEL PROPOSITION TO SAY THAT THIS INTERFACE WHICH IS

10:30AM 24  REALLY NOT SEPARABLE IN ANY WAY, SHAPE OR FORM FROM THE REST OF

10:30AM 25  THE WORK COULD SOMEHOW STAND ALONE.  THAT'S WHY YOU HAVE THINGS

10:30AM  1    LIKE TELEVISION EPISODES.

10:30AM  2            THE COURT:  SO LET ME ASK YOU THIS, YOU ARE TELLING

10:30AM  3    ME THAT DIFFERENT CODE CAN BE USED TO GENERATE THE IDENTICAL

10:30AM  4    USER INTERFACE, CORRECT?

10:30AM  5            MR. KWUN:  YES, YOUR HONOR.

10:30AM  6            THE COURT:  SO ISN'T THAT ACTUALLY THE DEFINITION OF

10:30AM  7    ITS SEPARATE ECONOMIC VALUE IS THAT IN ORDER FOR THESE -- TO

10:30AM  8    SELL THE PRODUCT OR THE SWITCH, USING WHAT HAS BEEN KNOWN IN

10:30AM  9    THE INDUSTRY, AND I'M GOING TO SAY BEFORE CISCO CAME ON TO THE

10:30AM  10   SCENE WITH ITS IOS, BECAUSE I DON'T WANT TO GET INVOLVED IN

10:30AM  11   THE, IN ITS COPYRIGHTED WORKS, THAT IF A COMPANY, IT'S THE

10:30AM  12   VALUE IS NOT IN THE CODE, THE VALUE IS IN THE USER INTERFACE.

10:31AM  13     SO THAT'S ACTUALLY WHERE THE VALUE IS, ANY CODE CAN BE

10:31AM  14   WRITTEN, ANY CODE THAT WILL GENERATE THIS SCREEN IS WHAT THE

10:31AM  15   VALUE IS.  THE VALUE IS THE SCREEN SHOT.

10:31AM  16           MR. KWUN:  SO I WOULD SAY THAT ALL OF THE USERS OF

10:31AM  17   THESE SWITCHES WOULD BE A LITTLE SURPRISED TO FIND OUT THAT THE

10:31AM  18   KNOBS ON THE FRONT ARE WHERE THE VALUE IS.  THEY LIKE HAVING

10:31AM  19   KNOBS BUT THE VALUE IS HAVING A SWITCH THAT RUNS QUICKLY OR

10:31AM  20   WHATEVER.

10:31AM  21           THE COURT:  WELL NO I'M ONLY TALKING WITH THE SOURCE

10:31AM  22   CODE THAT GENERATES THE USER INTERFACE, THERE'S A LOT OF SOURCE

10:31AM  23   CODE THAT'S DOING A LOT OF OTHER STUFF IN THIS IOS; ISN'T THAT

10:31AM  24   RIGHT?

10:31AM  25           MR. KWUN:  THAT'S TRUE, ALTHOUGH I DO ULTIMATELY WANT

10:31AM 1    TO POINT OUT THAT THE INTERFACE WE ARE TALKING ABOUT HERE IS

10:31AM 2    DIFFERENT THAN THESE SCREEN DISPLAYS AND THINGS LIKE THAT.

10:31AM 3        THE SCREEN DISPLAYS GET SHOWN TO YOU ON THE SCREEN.  YOU

10:31AM 4    SEE THEM AND YOU CHOOSE FROM THEM, IT DIRECTS YOUR ACTION.

10:31AM 5    WHAT YOU SEE ON ONE OF THESE SWITCHES IS YOU SEE A BLANK LINE.

10:31AM 6        SO WHAT WE ARE TALKING ABOUT -- WHAT WE ARE TALKING ABOUT

10:32AM 7    IS THE USER INTERFACE, IS ACTUALLY NOT WHAT IS SHOWN TO THE

10:32AM 8    USER FOR THEM TO CHOOSE HOW TO DO SOMETHING.  IT'S ACTUALLY

10:32AM 9    WHAT THE USER TYPES IN.

10:32AM 10       THE USER CAN TYPE IN THINGS FROM WHAT WE ARE CALLING THE

10:32AM 11   USER INTERFACE, AND THEN THE SWITCH WILL THEN UNDERSTAND WHAT

10:32AM 12   YOU ARE SAYING.  IT'S ACTUALLY ALMOST A MIRROR IMAGE OF THESE

10:32AM 13   CLASSIC USER INTERFACES.

10:32AM 14           THE COURT:  WHAT WAS DESCRIBED TO ME WAY BACK IS IT

10:32AM 15   IS THE SPECIAL COMMON LANGUAGE THAT ENGINEERS CAN USE TO OBTAIN

10:32AM 16   THE RESULT THEY ARE LOOKING FOR.

10:32AM 17           MR. KWUN:  YES.

10:32AM 18       SO IT IS AN INTERFACE IN SOME SENSE, BUT I JUST WANTED TO,

10:32AM 19   SINCE WE HAVE ALL OF THESE CASES THAT ARE ABOUT SCREEN DISPLAYS

10:32AM 20   OR THE MACINTOSH USER INTERFACE, THAT IT IS A LITTLE BIT

10:32AM 21   DIFFERENT THAN WHAT WE ARE TALKING ABOUT HERE.

10:32AM 22       BUT TO GET TO THIS POINT OF WHETHER OR NOT IT MATTERS THAT

10:32AM 23   YOU COULD CREATE THE SAME SCREEN DISPLAY OR SAME USER INTERFACE

10:32AM 24   USING DIFFERENT CODE, I WANT TO OFFER YOU THE EXAMPLE OF A

10:32AM 25   SITUATION WHERE SOMEONE WRITES A NOVEL IN ENGLISH AND THEN

10:33AM 1    SOMEBODY DECIDES I WANT TO CAPTURE THE ITALIAN MARKET AND THEY,

10:33AM 2    WITHOUT ANY AUTHORIZATION WHATSOEVER, TRANSLATE IT INTO

10:33AM 3    ITALIAN.

10:33AM 4        AND THE COPYRIGHTED WORK THAT IS ALLEGEDLY INFRINGED THAT

10:33AM 5    THAT CASE, WHEN INEVITABLY THEY BRING THE COPYRIGHT

10:33AM 6    INFRINGEMENT CASE, THE COPYRIGHTED WORK IS NOT SOME NEW

10:33AM 7    ABSTRACTION THAT THE PLAINTIFF GETS TO CREATE SAYING, WELL, I'M

10:33AM 8    NOT SAYING THAT THE BOOK I WROTE IS THE COPYRIGHTED WORK, I'M

10:33AM 9    INSTEAD SAYING THE COPYRIGHTED WORK ARE THE IDEAS THAT ARE

10:33AM 10   EXPRESSED OR THE CONCEPTS AND THE PLOT THAT IS EXPRESSED THERE.

10:33AM 11       THEY ARE STUCK, FOR BETTER OR WORSE, WITH THE COPYRIGHTED

10:33AM 12   WORK THEY ACTUALLY HAVE WHICH IS THE ENGLISH LANGUAGE NOVEL.

10:33AM 13       AND THE DEFENDANT IS FREE TO SAY, EVERY SINGLE ONE OF MY

10:33AM 14   WORDS IS DIFFERENT.  IT'S NOT GOING TO BE A VERY GOOD ARGUMENT,

10:33AM 15   BUT THEY ARE FREE TO SAY THAT.  THEY ARE FREE TO SAY THAT.

10:33AM 16       THE FACT THAT THE THING THAT WAS ACTUALLY COPIED IS NOT THE

10:33AM 17   LITERAL WORDS OF THE UNDERLYING SOURCE CODE IS, DOES NOT MEAN

10:34AM 18   THAT THE SOURCE CODE FOR THE ENTIRE OPERATING SYSTEM IS NOT THE

10:34AM 19   WORK.  IT MEANS THAT THEY HAVE A DIFFERENT THEORY OF COPYING

10:34AM 20   THAN ONE MIGHT HAVE.

10:34AM 21       THE COURT:  OR IT'S JUST A DIFFERENT WORK, IT'S JUST

10:34AM 22   THAT IT CAN BE AN ENTIRE WORK OF THE IOS, IT COULD BE -- THE

10:34AM 23   SOURCE CODE COULD BE A SEPARATE WORK OR THE USER INTERFACE.

10:34AM 24   THAT'S WHAT CISCO IS ARGUING.

10:34AM 25       I'M TRYING TO DETERMINE WHETHER I CAN SPLIT THEM, THAT'S

10:34AM  1    THE WHOLE ISSUE HERE.  AND THIS SEPARATE ECONOMIC VALUE DOES

10:34AM  2    SEEM TO BE A PREMISE THAT I NEED TO FOLLOW IN THE

10:34AM  3    NINTH CIRCUIT.

10:34AM  4         MR. KWUN:  I THINK THE OTHER THING IS, YOU KNOW, YOU

10:34AM  5    WERE GETTING AT THIS POINT OF, ISN'T IT CLEAR WHEN THEY SAY THE

10:34AM  6    USER INTERFACE WHAT THE HECK THEY ARE TALKING ABOUT.

10:34AM  7         AND THE PROBLEM IS THAT THE WAY THESE PROGRAMS ARE WRITTEN,

10:34AM  8    THE WAY THESE OPERATING SYSTEMS ARE WRITTEN, THERE'S THE PART

10:34AM  9    OF THE CODE THAT ACTUALLY DOES SOMETHING, THAT ACTUALLY CHANGES

10:34AM  10   THE SETTING ON A GIVEN PORT OR THAT CREATES A ROUTE BETWEEN TWO

10:34AM  11   POINTS ON A NETWORK.  AND THEN THERE'S THE INTERFACE THAT

10:35AM  12   UNDERSTANDS WHAT IT IS YOU WANT.

10:35AM  13        SO IT'S REALLY A TWO PART PROCESS.  YOU, AS A NETWORK

10:35AM  14   ENGINEER, TELL THE SWITCH WHAT YOU WANT TO DO, AND STEP 1, THE

10:35AM  15   SWITCH HAS TO UNDERSTAND WHAT IT IS YOU WANT TO DO AND THEN IT

10:35AM  16   HAS TO DO IT.

10:35AM  17        AND SO THE UNDERSTAND WHAT YOU WANT TO DO PART, THAT'S

10:35AM  18   SOMEWHERE APPROXIMATELY SPEAKING, WHAT WE ARE TALKING ABOUT

10:35AM  19   HERE AS THE USER INTERFACE.

10:35AM  20        BUT THE PROBLEM IS THERE IS NOT A CLEAN DIVISION BETWEEN

10:35AM  21   WHEN YOU START DOING ONE PART -- STOP DOING ONE PART AND START

10:35AM  22   DOING THE NEXT.  AND WE DON'T HAVE ANY SORT OF CLEAN DEFINITION

10:35AM  23   FROM THE PLAINTIFF DUE TO THE DISCOVERY ISSUES WE MENTIONED.

10:35AM  24        BUT MOREOVER, THE FACT THAT YOU CANNOT DIVIDE IT UP, YOU

10:35AM  25   CAN'T SAY THESE 14 FILES, THESE PRECISELY ARE THE USER

10:35AM 1    INTERFACE, EVEN IF WE ARE NOT TALKING ABOUT CODE COPYING, THAT

10:35AM 2    GOES TO THE FACT THAT THERE IS NOT A SEPARATE, A SEPARATE USER

10:35AM 3    INTERFACE THAT HAS INDEPENDENT ECONOMIC VALUE AND IS ITSELF

10:35AM 4    VIABLE.

10:35AM 5         THE USER INTERFACE IS FUNDAMENTALLY INTERTWINED WITH THE

10:36AM 6    REST OF THE OPERATING SYSTEM, AND IS FUNDAMENTALLY TIED TO IT.

10:36AM 7    IT CANNOT BE, UNDER THE NINTH CIRCUIT'S TEST IT CANNOT BE A

10:36AM 8    SEPARATE WORK.

10:36AM 9         I WOULD ALSO NOTE THAT IN ADDITION TO THE MONGE CASE WHICH

10:36AM 10   IS ABOUT FAIR USE FACTOR 3, THE MONGE CASE ITSELF RELIES ON AN

10:36AM 11   EARLIER NINTH CIRCUIT CASE COLUMBIA PICTURES TELEVISION V.

10:36AM 12   KRYPTON BROADCASTING OF BIRMINGHAM, AND THAT CASE WAS A

10:36AM 13   STATUTORY DAMAGES CASE.

10:36AM 14        MY POINT IS THAT THE NINTH CIRCUIT IS NOT USING A BUNCH OF

10:36AM 15   DIFFERENT TESTS FOR WHAT IS A SEPARATE WORK, THEY ARE RELYING

10:36AM 16   ON A SINGLE DEFINITION.

10:36AM 17        AND THERE HAS BEEN NO RESPONSE FROM CISCO OTHER THAN TO

10:36AM 18   SAY, WELL THE MONGE CASE WAS IRRELEVANT BECAUSE IT'S A FAIR USE

10:36AM 19   FACTOR 3 CASE.

10:36AM 20        THE COURT:  AND SO YOU WOULD JUST SAY THAT ALL OF

10:36AM 21   THESE COURTS OUTSIDE OF THE NINTH CIRCUIT THAT HAVE RELIED ON

10:36AM 22   MANUFACTURERS TECH ARE JUST WRONG.

10:36AM 23        MR. KWUN:  WELL, YES, BUT I WOULD ALSO SAY THAT MOST

10:37AM 24   OF THEM ACTUALLY WEREN'T CONFRONTING THIS QUESTION.

10:37AM 25        SO I DO THINK THAT THE MANUFACTURERS TECHNOLOGY COURT,

10:37AM  1    ALTHOUGH THE PRIMARY ISSUE BEFORE IT WAS WHETHER THE SCREEN

10:37AM  2    DISPLAYS WERE PROTECTED AT ALL, THAT IT WAS ADDRESSING THIS

10:37AM  3    QUESTION OF WHETHER OR NOT IT WAS A SEPARATE WORK.

10:37AM  4        I THINK IT REACHED A DECISION IT DIDN'T HAVE TO BECAUSE

10:37AM  5    CERTAINLY THE PLAINTIFF COULD HAVE GONE FORWARD AND PROVED

10:37AM  6    INFRINGEMENT OR ATTEMPTED TO PROVE INFRINGEMENT BY RELYING ON

10:37AM  7    THE SIMILARITIES IN THE SCREEN DISPLAYS, EVEN IF THE CODE WAS

10:37AM  8    NOT COPIED.  BUT WITHOUT A DOUBT, THAT COURT ACTUALLY

10:37AM  9    CONFRONTED THE ISSUE FOR US.

10:37AM 10        BUT THE OTHER CASES --

10:37AM 11            THE COURT:  AND NAPOLI DOESN'T CONFRONT IT?

10:37AM 12            MR. KWUN:  SO NAPOLI WAS ACTUALLY A REALLY

10:37AM 13    INTERESTING ONE, BECAUSE ASIDE FROM THE FACT THAT IT WAS

10:37AM 14    VACATED, THE NAPOLI CASE IS REALLY INTERESTING BECAUSE ACTUALLY

10:37AM 15    AS I READ IT CLOSELY, ABSOLUTELY SUPPORTS OUR POSITION, AND LET

10:37AM 16    ME EXPLAIN WHY.

10:37AM 17        SO THE NAPOLI CASE INVOLVED MS. NAPOLI WHO WAS A CONSULTANT

10:37AM 18    FOR SEARS.  AND THEY HIRED HER TO WRITE A PROGRAM.  AND

10:37AM 19    ACCORDING TO SEARS, THEY HAD PROVIDED HER WITH DETAILED

10:38AM 20    DIAGRAMS OR SOME SUCH FOR THE SCREEN DISPLAYS THEY WANTED.

10:38AM 21        SO THE RELATIONSHIP BETWEEN THE TWO OF THEM SOURED, AND

10:38AM 22    ULTIMATELY EVEN THOUGH SHE GOT PAID $10,000, SHE SOMEHOW WAS

10:38AM 23    ABLE TO SAY, I WANT ALL OF MY SOURCE CODE BACK, AND FOR

10:38AM 24    WHATEVER REASON, NOTWITHSTANDING THE FACT THEY HAD PAID HER

10:38AM 25    $10,000, SEARS GAVE BACK ALL OF THAT CODE.

10:38AM 1          MS. NAPOLI THEN SAID OH, BUT SHE KEPT A COPY, SO THAT'S

10:38AM 2     COPYRIGHT INFRINGEMENT AND THEY HAD A LAWSUIT.

10:38AM 3          SEARS HAD A DEFENSE, AND SEAR'S DEFENSE IS THEY SAID SEARS

10:38AM 4     IS A JOINT AUTHOR, AND AS A JOINT AUTHOR, THEY DON'T NEED A

10:38AM 5     LICENSE.  THEY CANNOT INFRINGE.  AND THEIR JOINT AUTHORSHIP

10:38AM 6     DEFENSE WAS BASED ON THE SCREEN DISPLAYS.

10:38AM 7          SO THIS IS THE CONTEXT IN WHICH THE MANUFACTURERS

10:38AM 8     TECHNOLOGY CASE CAME UP.

10:38AM 9          AND SO SHE SAID, THE PLAINTIFF, THE COPYRIGHT OWNER, SHE

10:39AM 10    SAID OH, BUT MY COPYRIGHT DOESN'T COVER THE SCREEN DISPLAYS AT

10:39AM 11    ALL.  WELL, SHE LOST ON THAT BECAUSE THE COPYRIGHT OFFICE

10:39AM 12    CLEARLY SAID IT INCLUDES THE SCREEN DISPLAYS.

10:39AM 13         BUT HOW DOES THIS JOINT AUTHORSHIP ARGUMENT WORK IF THE

10:39AM 14    SCREEN DISPLAYS ARE A SEPARATE COPYRIGHT FROM THE UNDERLYING

10:39AM 15    SOURCE CODE?  THE FACT THAT SEARS WAS A JOINT AUTHOR OF THE

10:39AM 16    SCREEN DISPLAYS WOULDN'T GIVE THEM A DEFENSE TO INFRINGEMENT

10:39AM 17    FOR HAVING THE SOURCE CODE.

10:39AM 18         SO -- AND INDEED, THERE'S A FOOTNOTE, FOOTNOTE 4 IN THE

10:39AM 19    NAPOLI DECISION, AND THE COURT SAYS, NAPOLI CANNOT SERIOUSLY

10:39AM 20    DISPUTE THAT WHATEVER WORK SEARS CONTRIBUTED TO WAS TO BE

10:39AM 21    MERGED WITH NAPOLI'S WORK INTO A SINGLE WHOLE.

10:39AM 22         SO THAT IS WHY THERE WAS A LIVE DISPUTE OVER JOINT

10:39AM 23    AUTHORSHIP.  THE DISTRICT COURT SAID MS. NAPOLI HAS SWORN ON

10:40AM 24    AFFIDAVIT THAT NOTWITHSTANDING THAT THE SCREEN DISPLAYS IN HER

10:40AM 25    PROGRAM ARE ESSENTIALLY IDENTICAL TO THE ONES THAT SEARS

10:40AM  1    PROVIDED, THAT THAT WAS A MASSIVE COINCIDENCE AND SHE ACTUALLY,

10:40AM  2    ON HER OWN, WITHOUT LOOKING AT THEIR MATERIALS, GENERATED

10:40AM  3    EXACTLY THE SAME SCREEN DISPLAYS.

10:40AM  4        I THINK THE COURT SAID, I CAN'T RESOLVE THAT, THAT'S A

10:40AM  5    FACTUAL DISPUTE.

10:40AM  6        I THINK THAT YOU CAN READ BETWEEN THE LINES THAT THE COURT

10:40AM  7    HAD SOME DOUBTS ABOUT MS. NAPOLI'S POSITION WHICH IS PERHAPS

10:40AM  8    WHY YOU SAW A SETTLEMENT FOUR MONTHS LATER THAT RESULTED IN THE

10:40AM  9    VACATING OF THE DECISION.

10:40AM 10        BUT I DO THINK THE KEY POINT IS THE ENTIRE DISPUTE OVER

10:40AM 11    THIS DEFENSE MADE NO SENSE WHATSOEVER UNLESS YOU ASSUME THAT

10:40AM 12    THE SOURCE CODE AND SCREEN DISPLAYS ARE A SINGLE WORK.

10:40AM 13        SO THE OTHER DECISIONS THAT THEY CITE, THE CLARITY CASE,

10:40AM 14    THE JAMISON CASE, AND SO ON, THOSE GO TO WHAT IS BEING COPIED

10:40AM 15    AND WHETHER OR NOT THE THING THAT IS BEING COPIED IS

10:41AM 16    PROTECTABLE.  THEY AREN'T DISCUSSING WHAT THE WORK AS A WHOLE

10:41AM 17    IS.

10:41AM 18        IF YOU LOOK AT THE CLARITY SOFTWARE CASE, THERE IS A BRIEF

10:41AM 19    MENTION, IT'S A WESTLAW CITATION THEY HAVE AT PAGE STAR 10, THE

10:41AM 20    COURT FRAMED THE INFRINGEMENT ISSUE THAT IT WOULD LATER HAVE TO

10:41AM 21    ADDRESS AS WHETHER OR NOT THE ALLEGED COPYING RENDERED THE

10:41AM 22    SOFTWARE INFRINGING, NOT THE SCREEN DISPLAYS, THE SOFTWARE.

10:41AM 23        AND THE JAMISON CASE DOES INDEED CITE MANUFACTURERS

10:41AM 24    TECHNOLOGY, BUT AT STAR 13 IN THAT DECISION HOLDS THAT THE

10:41AM 25    ALLEGEDLY COPIED MATERIAL, THAT THE ALLEGEDLY COPIED MATERIALS

10:41AM 1    WERE NOT COPYRIGHTABLE AT ALL BECAUSE THEY WERE A METHOD OF

10:41AM 2    OPERATION, AND THEREFORE IT WAS OF COURSE IRRELEVANT WHAT THE

10:41AM 3    WORK AS A WHOLE IS.

10:41AM 4        AND WE HAVE GONE OVER THE NAPOLI CASE, I THINK IT ACTUALLY

10:41AM 5    GOES THE OTHER WAY.

10:41AM 6        THEY ALSO CITED A NUMBER OF CASES IN A STRING CITE IN A

10:41AM 7    FOOTNOTE WHERE THEY I THINK WOULD CONCEDE THAT THIS ISSUE OF

10:42AM 8    WHETHER OR NOT THERE IS A HIDDEN SEPARATE REGISTRATION, THAT

10:42AM 9    THAT WAS NOT DIRECTLY CONFRONTED.  BUT THEY SAY THAT THE COURTS

10:42AM 10   PROCEEDED UNDER A SEEMING IMPLICIT UNDERSTANDING THAT THE USER

10:42AM 11   INTERFACE WAS A SEPARATE WORK.

10:42AM 12       I THINK IF YOU LOOK AT THOSE CASES, FIRST OF ALL, YOU WILL

10:42AM 13   SEE THAT THEY TEND TO BE ANALYTIC DISSECTION ORDERS, MUCH LIKE

10:42AM 14   WE ARE ARGUING ABOUT HERE, BUT THEY ARE GOING TO THE INDIVIDUAL

10:42AM 15   ELEMENTS.

10:42AM 16       SO THEY ARE ADDRESSING WHETHER OR NOT THE INDIVIDUAL

10:42AM 17   ELEMENTS THAT WERE ALLEGEDLY COPIED ARE PROTECTABLE.  AND OF

10:42AM 18   COURSE YOU ARE DOING THAT, OF COURSE YOU ARE GOING TO FOCUS ON

10:42AM 19   WHATEVER WAS ALLEGEDLY COPIED.

10:42AM 20       THE ONE THING I DO WANT TO BRING UP IS I THINK IT WILL

10:42AM 21   PROBABLY BE SLIDE 28 OR 29, SO THIS IS FROM THE SAME 1988

10:42AM 22   COPYRIGHT OFFICE DECISION WE HAVE BEEN TALKING ABOUT.  THIS IS

10:42AM 23   A PROCEDURAL POINT THAT THEY RAISE.  ACTUALLY, LET'S GO TO

10:42AM 24   SLIDE 29.

10:42AM 25       THE COPYRIGHT OFFICE SAYS THAT THEY RECOGNIZE THAT THIS

10:43AM 1    DECISION TO USE A SINGLE APPLICATION MEANS THAT SOMETIMES YOU

10:43AM 2    WILL BE REGISTERING THINGS THAT ARE TEXTUAL AND THINGS THAT ARE

10:43AM 3    VISUAL AT THE SAME TIME.

10:43AM 4         AND THEY SAY, WELL, WHAT YOU OUGHT TO DO IS WE HAVE A

10:43AM 5    SEPARATE FORM FOR LITERARY WORKS AND ONE FOR PERFORMING ARTS,

10:43AM 6    FIGURE OUT WHAT PREDOMINATES IN YOUR PROGRAM AND REGISTER IT

10:43AM 7    THAT WAY.

10:43AM 8         SO LET'S TAKE A LOOK AT THE NEXT SLIDE, THIS IS IN THE

10:43AM 9    APPLE V. MICROSOFT CASE, THIS IS ONE OF THE DECISIONS THEY CITE

10:43AM 10   IN THE FOOTNOTE, THIS IS JUDGE VAUGHN'S DISTRICT COURT

10:43AM 11   DECISION, ACTUALLY ONE OF SEVERAL DISTRICT COURT DECISIONS.

10:43AM 12             THE COURT:  YES.

10:43AM 13             MR. KWUN:  BUT HE LISTS IN FOOTNOTE 1, THE

10:43AM 14   REGISTRATIONS THAT ARE AT ISSUE.  AND YOU WILL SEE THEY ARE ALL

10:43AM 15   PA REGISTRATIONS.  AND I WILL ADMIT THAT I DON'T DEAL WITH A

10:43AM 16   LOT OF PERFORMING ARTS CASES, SO I ACTUALLY HAD TO LOOK IT UP.

10:43AM 17        IF WE GO TO THE NEXT SLIDE, THIS IS FROM THE INSTRUCTIONS

10:43AM 18   FOR FORM PA.  AND IT MAKES VERY CLEAR IT'S FOR REGISTRATION OF

10:43AM 19   WORKS OF THE PERFORMING ARTS, AND THAT INCLUDES WORKS THAT ARE

10:44AM 20   PERFORMED INDIRECTLY BY MEANS OF ANY DEVICE OR PROCESS.

10:44AM 21        SO WHAT WE HAVE HERE IS WE HAVE THE USER INTERFACE OF THESE

10:44AM 22   PROGRAMS OF MAC PAINT, MAC DRAW AND OF THE MACINTOSH BINDER,

10:44AM 23   AND APPLE REGISTERED THEM AS PRIMARILY A WORK OF PERFORMING ART

10:44AM 24   BECAUSE WHAT THEY WERE MOST INTERESTED IN WAS THE USER

10:44AM 25   INTERFACE.  IT'S VERY DIFFERENT FROM OUR SITUATION WHERE WHAT

10:44AM   1    WAS REGISTERED WAS A TX REGISTRATION.  WHAT CISCO WAS PRIMARILY

10:44AM   2    INTERESTED IN WAS PROTECTING ITS SOURCE CODE.

10:44AM   3         THE COURT:  SO I GUESS WHAT I'M REALLY CONCERNED

10:44AM   4    ABOUT IS THE COPYRIGHT OFFICE TO SAY THAT IF YOU REGISTER YOUR

10:44AM   5    SOURCE CODE YOU ALSO HAVE A REGISTRATION OF YOUR INTERFACE OR

10:44AM   6    YOUR SCREEN SHOTS IS, IT'S PROTECTIVE OF THE COPYRIGHT OFFICE

10:44AM   7    OF NOT BEING INUNDATED WITH TWICE THE NUMBER OF REGISTRATIONS,

10:44AM   8    SO THAT'S EFFICIENT AND APPROPRIATE.

10:44AM   9         BUT THE COPYRIGHT OFFICE IS ONLY CONCERNED ABOUT

10:44AM  10    REGISTRATION AND NOT COPYRIGHTABILITY PER SE.  THEY ARE NOT

10:45AM  11    MAKING THAT DETERMINATION.

10:45AM  12         AND SO I DON'T KNOW HOW MUCH TO READ INTO IT, I'M MORE

10:45AM  13    CONCERNED ABOUT THE INDEPENDENT ECONOMIC VALUE ARGUMENT.  BUT

10:45AM  14    YOU KNOW, IT WOULD BE -- IF AUTHORS HAVE REGISTERED THEIR

10:45AM  15    SOURCE CODE AND LATER LEARNED THAT THEIR SCREEN SHOTS OR THEIR

10:45AM  16    USER INTERFACE WAS NOT PROTECTED, THAT WOULD BE SHOCKING.

10:45AM  17         AND SO I THINK TO THE EXTENT THAT WE ARE SEEING ANYTHING IN

10:45AM  18    THE COPYRIGHT OFFICE BULLETIN, OR I'M NOT SURE WHETHER THIS IS

10:45AM  19    A DECISION OR AN ANNOUNCEMENT THEY CALL IT, IT IS THAT ONCE YOU

10:45AM  20    REGISTER YOUR SOURCE CODE, IT ALSO COVERS THE USER INTERFACE AS

10:45AM  21    THE REGISTERED WORK.  I DON'T KNOW THAT THEY MEAN THAT TO BE

10:45AM  22    THE WORK THAT IS LITIGATED ON A COPYRIGHT INFRINGEMENT WHERE WE

10:45AM  23    ARE DEALING WITH DIFFERENT ISSUES.

10:45AM  24         I JUST THINK YOUR OTHER ARGUMENT, FRANKLY TO ME, IS THE ONE

10:45AM  25    I REALLY HAVE TO FOCUS ON THE INDEPENDENT ECONOMIC VALUE.

10:45AM 1       MR. KWUN:  AND I DO THINK ON THAT, THE FACT THAT

10:45AM 2   CISCO HAS PUNTED ENTIRELY AND IT MADE NO ATTEMPT WHATSOEVER TO

10:46AM 3   COME UP WITH ANY EVIDENCE IS DISPOSITIVE.

10:46AM 4       THE COURT:  YEAH.  OKAY.

10:46AM 5     MR. PAK, WANT TO HEAR FROM YOU, WE NEED TO TAKE A BREAK AT

10:46AM 6   11.  I WASN'T EXPECTING THIS TO TAKE TWO HOURS, SO I'M KEEPING

10:46AM 7   AN EYE ON THE TIME.  DO YOU THINK YOU CAN FINISH IN 15 MINUTES?

10:46AM 8       MR. PAK:  YES, YOUR HONOR.

10:46AM 9       THE COURT:  EXCELLENT.  THAT WAS THE RIGHT ANSWER.

10:46AM 10       MR. PAK:  I THINK I HAVE BEEN ENOUGH TIMES BEFORE

10:46AM 11   YOUR HONOR TO KNOW WHEN TO BE SHORT.

10:46AM 12     YOUR HONOR, FIRST OF ALL, LET'S DEAL WITH THE LEGAL ISSUES

10:46AM 13   FIRST.

10:46AM 14       THE COURT:  OKAY.

10:46AM 15       MR. PAK:  YOUR HONOR, I THINK IT BEHOOVES US TO GO

10:46AM 16   BACK TO THE MANUFACTURERS TECHNOLOGIES CASE AND READ THAT

10:46AM 17   OPINION AGAIN.  I THINK THAT YOU WILL FIND THAT THE JUDGE IN

10:46AM 18   THAT CASE DID AN EXTENSIVE SURVEY OF ALL THE DIFFERENT CIRCUIT

10:46AM 19   HOLDINGS THAT PERTAINED TO THE QUESTION OF USABILITY, TO THE

10:46AM 20   QUESTION OF COPYRIGHTABILITY OF USER INTERFACES, YOU NOTED

10:46AM 21   THERE WAS A SPLIT.

10:46AM 22     HE WENT THROUGH AND ANALYZED THE POLICY RATIONAL.  OF

10:47AM 23   COURSE HE CITED THE COPYRIGHT OFFICE DECISION AS PART OF THAT

10:47AM 24   BECAUSE WHAT HE WAS DOING WAS NOT, AS YOUR HONOR CORRECTLY

10:47AM 25   NOTED, DEFERRING TO THE COPYRIGHT OFFICE FOR DECISIONS OF

10:47AM  1    ENFORCEMENT AND COPYRIGHTABILITY.  WHAT HE WAS SAYING IS

10:47AM  2    BECAUSE OF THIS NEW POLICY, WHAT ARE THE IMPLICATIONS TO OUR

10:47AM  3    COPYRIGHT POLICIES AND TO OUR COPYRIGHT LAW IF IT IS THAT YOU

10:47AM  4    CAN NO LONGER REGISTER THE USER INTERFACE SEPARATELY FROM THE

10:47AM  5    CODE.

10:47AM  6        AND THERE'S A GREAT DESCRIPTION OF THAT, YOUR HONOR,

10:47AM  7    STARTING ON PARAGRAPH, OR SECTION 3 OF THAT REPORT, IT SAYS,

10:47AM  8    THE COURT IS THEREFORE LEFT WITH A CHOICE BETWEEN TWO

10:47AM  9    ALTERNATIVES.  THE COURT NOTES.  AND ULTIMATELY SAYS THAT THE

10:47AM  10   SECOND APPROACH AND ONE THAT THIS COURT ADOPTS, IS TO TREAT THE

10:47AM  11   SINGLE REGISTRATION OF THE COMPUTER PROGRAM AS ACCOMPLISHING

10:47AM  12   TWO INTERRELATED YET DISTINCT REGISTRATIONS, DISALLOWS THE

10:47AM  13   COURT TO BUILD ON THE SOFT PLUM CASE WHICH WAS EXTENSIVELY

10:47AM  14   DISCUSSED BY FOCUSSING ON THE COPYRIGHTABLE EXPRESSION IN EACH

10:47AM  15   TYPE OF REGISTRATION, AND AVOIDING THE MISTAKE OF IDENTIFYING A

10:48AM  16   PROGRAM'S IDEA WITH THE IDEA OF A PARTICULAR SCREEN DISPLAY.

10:48AM  17   AND ALSO RECOGNIZES THAT A COMPUTER PROGRAM AND ITS SCREEN

10:48AM  18   DISPLAYS ARE FOR COPYRIGHT PURPOSES, FUNDAMENTALLY DISTINCT.

10:48AM  19       THAT LINE OF CASES GOES BACK TO WHELAN, YOUR HONOR, WHELAN,

10:48AM  20   THAT WAS MORE IN THE SOURCE CODE COPYING CONTEXT.  BUT THE

10:48AM  21   WHELAN COURT NOTED THE VERY POINT THAT YOUR HONOR HAS BEEN

10:48AM  22   RAISING ALL ALONG WHICH IS, THE ISSUE IS THE OPINION THAT

10:48AM  23   SCREEN OUTPUTS ARE OF NO PROBATIVE WORTH IN DETERMINING WHETHER

10:48AM  24   ONE COMPUTER PROGRAM IS COPIED FROM ANOTHER DIFFERENT PROGRAM

10:48AM  25   CODE BECAUSE DIFFERENT PROGRAMMING LANGUAGES ARE CAPABLE OF

10:48AM  1    PRODUCING THE SAME IDENTICAL SCREEN.

10:48AM  2        SO ALL OF THIS GOES BACK TO THE MANUFACTURERS TECHNOLOGY

10:48AM  3    OPINION BEING PREDICATED ON LEGAL ANALYSIS OF CASE PRECEDENT.

10:48AM  4    OF COURSE ACKNOWLEDGING THE IMPLICATIONS OF THE COPYRIGHT

10:48AM  5    POLICY DECISION, BUT I THINK THIS IS STILL GOOD LAW,

10:48AM  6    YOUR HONOR.  I THINK A NUMBER OF COURTS HAVE CITED IT.

10:48AM  7        ALL THE CASES, CASE FACTUAL ISSUES THAT COUNSEL RAISED --

10:49AM  8        THE COURT:  SO HOW DO I -- THESE ARE TWO COMPLETELY

10:49AM  9    UNRELATED ISSUES.  HOW DO I DEAL WITH THE ISSUE OF INDEPENDENT

10:49AM 10    VALUE?

10:49AM 11        MR. PAK:  YES, LET ME DEAL WITH THAT, YOUR HONOR.

10:49AM 12        SO I THINK THE FIRST QUESTION IS, IS IT POSSIBLE TO HAVE

10:49AM 13    COPYRIGHT REGISTRATION IN THE INTERFACE, I THINK MANUFACTURERS

10:49AM 14    TECHNOLOGY IS GOOD LAW, IT SUPPORTS IT.

10:49AM 15        THE NAPOLI CASE SUPPORTS IT, THE FACTUAL DISTINCTIONS THERE

10:49AM 16    ARE RAISED AS TO WHETHER THE PARTICULAR ALLEGATIONS IN THAT

10:49AM 17    CASE WHICH INVOLVE JOINT VENTURE AGREEMENTS, WHETHER THE WORK

10:49AM 18    FOR THE PURPOSE OF THE CONTRACT DISPUTE INCLUDED THE CODE AND

10:49AM 19    THE USER INTERFACE, THAT'S A SEPARATE ISSUE.

10:49AM 20        BUT THE LAW THAT WE CITED TO YOUR HONOR IS STILL GOOD LAW.

10:49AM 21    IT IS LAW THAT THE IS RECOGNIZED BY THE COURTS AROUND THIS

10:49AM 22    COUNTRY THAT SAYS A SINGLE COPYRIGHT REGISTRATION PROVIDES

10:49AM 23    VALUE, PROVIDES REGISTRATION IN THE USER INTERFACE.

10:49AM 24        THE COURT:  WELL, I GUESS ONE THING THAT IT SOMEWHAT

10:49AM 25    BEGS THE QUESTION OF IF AN AUTHOR CHOOSES TO REGISTER ONLY ITS

10:50AM 1      USER INTERFACE, IS THAT A WORK?  IT'S JUST THE REVERSE OF IT.

10:50AM 2          IF YOU REGISTER YOUR SOURCE CODE, THEN YOU GET YOUR USER

10:50AM 3      INTERFACE WITH IT; AND YOU DON'T HAVE TO MAKE A SEPARATE

10:50AM 4      REGISTRATION.

10:50AM 5          CAN YOU JUST REGISTER YOUR USER INTERFACE BY ITSELF IF YOU

10:50AM 6      WANT, AND ACTUALLY, IT SEEMS AS THOUGH IF THE COPYRIGHT OFFICE

10:50AM 7      IS NOT IN THE POSITION OF DEFINING A WORK IN A LITIGATED CASE,

10:50AM 8      IT'S JUST NOT WHAT IT -- I DON'T SEE HOW IT COULD.

10:50AM 9          IT COULD DEFINE WHAT IS NECESSARY TO REGISTER SOMETHING,

10:50AM 10     AND THAT'S ALL IT'S DOING, THEY DON'T TELL US WHAT'S PROTECTED

10:50AM 11     OR NOT.

10:50AM 12             MR. PAK:  IT'S NOT LIKE THE PATENT OFFICE,

10:50AM 13     YOUR HONOR.

10:50AM 14             THE COURT:  SO THEY ARE JUST TAKING IT, STAMPING IT

10:50AM 15     ON THE DATE IT'S RECEIVED AND THERE IT IS FOR THE WORLD TO SEE.

10:50AM 16     SO THAT'S WHY I COME AROUND THIS THE OTHER WAY.

10:50AM 17             MR. PAK:  YES, SO LET ME ADDRESS THE ECONOMIC VALUE

10:50AM 18     QUESTION.

10:50AM 19             THE COURT:  OKAY.

10:50AM 20             MR. PAK:  SO THAT'S REALLY A FACTUAL QUESTION,

10:51AM 21     YOUR HONOR, AS TO WHETHER IN THIS CASE, CAN CISCO PROVE THAT

10:51AM 22     THERE IS INDEPENDENT ECONOMIC VALUE TO THE USER INTERFACE

10:51AM 23     INDEPENDENT OF THE PARTICULAR PROGRAMMING CODE OR PROGRAMMING

10:51AM 24     LANGUAGE THAT WAS USED TO GENERATE THAT USER INTERFACE.

10:51AM 25         AND WE HAVE, CONTRARY TO THE ASSERTION, WE HAVE AN

10:51AM  1    INCREDIBLE --

10:51AM  2                THE COURT:  AND YOU ARE PREPARED TO PROOF UPON IT.

10:51AM  3                MR. PAK:  ABSOLUTELY, YOUR HONOR.

10:51AM  4        WE HAVE AN INCREDIBLE AMOUNT OF ECONOMIC EVIDENCE FROM THE

10:51AM  5    EXPERTS, BUT ALSO HISTORICAL EVIDENCE FROM ARISTA'S OWN

10:51AM  6    WITNESSES TO THAT TALK ABOUT THE VERY IMPORTANT ECONOMIC NEED

10:51AM  7    FOR THEM TO COPY THE CISCO CLI, DESPITE THE FACT THAT THEY ARE

10:51AM  8    USING A COMPLETELY DIFFERENT CODE, DESPITE THE FACT THAT THEY

10:51AM  9    ARE USING A COMPLETELY DIFFERENT CODE, DESPITE THE FACT THAT --

10:51AM  10               THE COURT:  SO I CAN'T TELL BY THE FACT THAT YOU ARE

10:51AM  11   SUGGESTING, THAT I WOULD LIKE, AND THOUGHT I WAS ABLE TO MAKE A

10:51AM  12   DETERMINATION NOW --

10:51AM  13               MR. PAK:  I THINK YOU CAN, YOUR HONOR.

10:51AM  14               THE COURT:  -- OF WHAT THE WORK IS.

10:51AM  15        AND IF I WERE TO AGREE WITH YOU, YOU ARE SUGGESTING THAT

10:52AM  16   YOU RECOGNIZE THAT YOU HAVE A BURDEN TO ESTABLISH THIS ECONOMIC

10:52AM  17   VALUE AND YOUR DAMAGES THEORY COULD FAIL PARTIALLY IF YOU DON'T

10:52AM  18   PROVE THAT.

10:52AM  19               MR. PAK:  WHAT I'M SAYING, YOUR HONOR, IS THERE'S A

10:52AM  20   SEPARATE QUESTION IN TERMS OF THE WORK.

10:52AM  21        WE THINK THAT THE WORK DEFINITION SCOPE ISSUE WE ARE

10:52AM  22   DEALING WITH NOW CAN BE RESOLVED ON THE MANUFACTURERS

10:52AM  23   TECHNOLOGIES LINE OF CASES.

10:52AM  24        THIS ARGUMENT THAT SOMEHOW AT THE END OF THE DAY THERE MAY

10:52AM  25   BE A FURTHER REQUIREMENT FOR FAIR USE PURPOSES OR OTHER TYPES

10:52AM 1    OF ANALYSIS, WHERE WE HAVE TO LOOK AT THE ECONOMIC VALUE OF THE

10:52AM 2    WORK, AND DETERMINE WHETHER IT CAN EXIST INDEPENDENTLY OF OTHER

10:52AM 3    ASPECTS OF THE PROGRAM.

10:52AM 4        THE COURT:  YOU ARE SAYING THE ECONOMIC VALUE ONLY

10:52AM 5    COMES IN, THAT THE MONGE CASE WAS A --

10:52AM 6        MR. PAK:  THAT WAS A FAIR USE CASE THAT WAS TALKING

10:52AM 7    ABOUT -- OF COURSE THE SCOPE HAS TO BE THE SAME, ARE WE TALKING

10:52AM 8    ABOUT USER INTERFACE OR CODE.  BUT IN TERMS OF THE FURTHER

10:52AM 9    REQUIREMENTS OF ECONOMIC VALUE, LOOKING AT THE IMPACT ON THE

10:52AM 10   MARKET HARM, THE MARKET HARM OF THAT PARTICULAR COPYRIGHTED

10:52AM 11   WORK, THAT'S WHERE THE ECONOMIC ANALYSIS COMES IN.

10:53AM 12       BUT REALLY, I GO BACK TO WHAT I SAID TO YOUR HONOR, LET'S

10:53AM 13   CUT TO THE CHASE HERE, WHICH IS DR. ELSTEN PROVIDES A ROAD MAP

10:53AM 14   FOR ALL OF THESE QUESTIONS.

10:53AM 15       NUMBER ONE, SHE PUTS A NUMBER, SHE PUT A $16.4 MILLION

10:53AM 16   NUMBER ON THE CLI, INDEPENDENT OF ANYTHING ELSE.  HER

10:53AM 17   APPORTIONMENT ANALYSIS ALONE SHOWS THAT THERE'S ECONOMIC VALUE.

10:53AM 18   WHETHER WE AGREE WITH THAT NUMBER OR IT'S A DIFFERENT NUMBER,

10:53AM 19   AND THIS IS SLIDE 5 AGAIN.

10:53AM 20       THE COURT:  SO LET ME, BECAUSE TIME IS SHORT, LET ME

10:53AM 21   WALK THROUGH SOME OF THE ARISTA'S ARGUMENTS.

10:53AM 22       MR. PAK:  SURE.

10:53AM 23       THE COURT:  BECAUSE ASIDE FROM THE LEGAL ISSUES

10:53AM 24   THERE'S THE DISCLOSURE ISSUE WHICH IS ALWAYS VERY IMPORTANT AND

10:53AM 25   THEY POINT TO YOUR RESPONSE TO INTERROGATORY NUMBER 6,

10:53AM 1    IDENTIFYING COPYRIGHTED WORK AS THE IOS.

10:53AM 2        AND THEN THEY, I MEAN, ESSENTIALLY THERE ARE NUMEROUS

10:53AM 3    INTERROGATORY RESPONSES THAT MR. FERRALL WALKED THROUGH THAT

10:53AM 4    SHOW YOUR IDENTIFICATION.

10:53AM 5        NOW I WASN'T TOO CONCERNED ABOUT THE REGISTERED WORK, I

10:54AM 6    THINK WE PUT THAT TO REST, OR I HAVE.  BUT IN OTHER PLACES YOU

10:54AM 7    DID IDENTIFY THE WORK AND DEFINE THE WORK I WAS PARTICULARLY

10:54AM 8    INTERESTED IN THE INTERROGATORY 21.  SO 6 AND 21 ARE MY BIGGEST

10:54AM 9    CONCERNS.

10:54AM 10        MR. PAK:  YES, YOUR HONOR.

10:54AM 11        SO FIRST OF ALL, LET'S TALK ABOUT DISCOVERY.  IT WOULD TAKE

10:54AM 12    ME TWO DAYS TO WALK YOU THROUGH, YOUR HONOR, THROUGH ALL OF THE

10:54AM 13    DISCOVERY RESPONSES IN THIS CASE.  DEPOSITION TRANSCRIPTS.

10:54AM 14        THAT'S NOT THE EXERCISE HERE.  WE ARE NOT TRYING TO CHERRY

10:54AM 15    PICK A FEW THINGS THAT WERE IN ONE INTERROGATORY RESPONSE AND

10:54AM 16    IGNORE THE TOTALITY OF WHAT'S BEEN SAID.

10:54AM 17        LET ME SHOW YOU ON SLIDE 14, YOUR HONOR.  BECAUSE FIRST OF

10:54AM 18    ALL, THE ISSUE IS NOT OPERATING SYSTEM GENERALLY WHETHER WE USE

10:54AM 19    THE WORD OPERATING SYSTEM.  OF COURSE WE USE THE WORD OPERATING

10:54AM 20    SYSTEM, YOUR HONOR, BECAUSE THAT'S HOW THE REGISTRATIONS WERE

10:54AM 21    DONE.

10:54AM 22        THE ISSUE IS WHETHER THE COPYRIGHTED WORK AT ISSUE HAS TO

10:55AM 23    BE JUST THE USER INTERFACE, OR USER INTERFACE PLUS CODE.

10:55AM 24    BECAUSE WHAT ARISTA WANTS TO DO, YOUR HONOR, IS TO SAY, BECAUSE

10:55AM 25    COPYRIGHT EXPRESSION DOESN'T PROTECT A FUNCTIONAL SYSTEM, YOU

10:55AM 1    DON'T OWN A COPYRIGHT IN A FUNCTIONAL OPERATING SYSTEM.  YOU

10:55AM 2    OWN COPYRIGHT IN THE EXPRESSION THAT'S EMBODIED IN A PRODUCT.

10:55AM 3         THERE ARE ONLY TWO TYPES OF EXPRESSIONS AT ISSUE HERE, IT

10:55AM 4    COULD EITHER BE THE USER INTERFACE OR IT COULD BE THE SOURCE

10:55AM 5    CODE THAT WAS WRITTEN.

10:55AM 6         NOTHING THAT THEY HAVE SHOWN YOU INDICATES WHATSOEVER THAT

10:55AM 7    WE HAVE COLLECTIVELY DEFINED THE COPYRIGHTED WORK AS CODE PLUS

10:55AM 8    USER INTERFACE.

10:55AM 9         AND PARTICULARLY ON SLIDE 14, AS YOU SAW IN SOME OF THE

10:55AM 10   SAME RESPONSES, FOR EXAMPLE NUMBER 21, AND THEN ON ROG NUMBER

10:55AM 11   ONE WHICH IS THE VERY FIRST INTERROGATORY, THEY ASKED ABOUT IN

10:55AM 12   TERMS OF OUR COPYRIGHT INFRINGEMENT ALLEGATIONS.  WE TALKED

10:55AM 13   ABOUT THE COPYRIGHTED CLI.

10:55AM 14        SO WE HAVE BEEN VERY CLEAR THAT ALTHOUGH OPERATING SYSTEMS

10:55AM 15   HAVE BOTH A USER INTERFACE --

10:56AM 16             THE COURT:  BUT LET'S LOOK AT, YOU KNOW, I GUESS I'M

10:56AM 17   KIND OF HUNG UP ON ARISTA'S SLIDE 13 WITH THAT FOOTNOTE OF YOUR

10:56AM 18   DEFINITION OF CISCO COPYRIGHTED WORKS.  AND IT IS DEFINED AS

10:56AM 19   THE OPERATING SYSTEM.

10:56AM 20             MR. PAK:  ABSOLUTELY, YOUR HONOR.

10:56AM 21        AND THAT IS, IF YOU THINK ABOUT WHAT WAS REGISTERED AS THE

10:56AM 22   COPYRIGHTED WORK, IT IS THE OPERATING SYSTEM.

10:56AM 23             THE COURT:  WELL, IN ONE PLACE YOU CALLED IT THE

10:56AM 24   REGISTERED WORK, I'M GOING TO GIVE YOU A PASS ON THAT, BUT THIS

10:56AM 25   ONE I'M NOT SURE I CAN.

10:56AM 1          MR. PAK:  WELL, TWO THINGS, YOUR HONOR.

10:56AM 2      SO THE COPYRIGHTED WORK, AND YOU CAN SEE IT'S COPYRIGHTED

10:56AM 3  WORKS, PLURAL, THE COPYRIGHTED WORKS CLEARLY INCLUDES BOTH THE

10:56AM 4  CODE THAT WAS REGISTERED AS WELL AS THE USER INTERFACE.

10:56AM 5      WHEN THIS TALKS ABOUT COPYRIGHTED OPERATING SYSTEMS AND

10:56AM 6  DOCUMENTATION --

10:56AM 7          THE COURT:  WELL MR. FERRALL IS NOT ARGUING OTHERWISE

10:56AM 8  HE JUST SAYS IT'S ONE WORD, IT INCLUDES BOTH.

10:56AM 9          MR. PAK:  WHEN IT SAYS COPYRIGHTED OPERATING SYSTEM

10:56AM 10  YOUR HONOR, THIS IS NOT TALKING ABOUT CODE VERSUS USER

10:57AM 11  INTERFACE, WE HAVE BEEN CLEAR THAT WHEN WE TALK ABOUT THE

10:57AM 12  OPERATING SYSTEM WITH RESPECT TO THE COPYRIGHTS AT ISSUE IT'S

10:57AM 13  THE USER INTERFACE COMPONENT OF THAT.

10:57AM 14      THERE'S NOTHING IN THIS STATEMENT YOU ARE SEEING ON PAGE 13

10:57AM 15  THAT INDICATES THAT WE EVER CONTEMPLATED INCLUDING THE CODE AS

10:57AM 16  PART OF THE COPYRIGHTED WORK.

10:57AM 17      THIS LANGUAGE, YOUR HONOR, IS ENTIRELY CONSISTENT WITH THE

10:57AM 18  MANUFACTURERS TECH CASES.  WHEN YOU REGISTER A COMPUTER PROGRAM

10:57AM 19  AND YOU SAY I HAVE COPYRIGHTED THE COMPUTER PROGRAM FILE, I'M

10:57AM 20  GETTING A SEPARATE DISTINCT REGISTRATIONS, USER INTERFACE AND

10:57AM 21  CODE.

10:57AM 22      THIS DOESN'T IN ANY WAY NEGATE OR SUGGEST TO YOUR HONOR.

10:57AM 23  BUT MOST IMPORTANTLY, AGAIN IT GOES BACK TO DR. ELSTEN.  SO WE

10:57AM 24  CAN SIT HERE AND DR. BLACK AS WELL, BUT DR. ELSTEN MAKE ITS

10:57AM 25  VERY CRYSTAL CLEAR, THIS IS A FAIR USE DISCOVERY RESPONSE

10:57AM 1    YOUR HONOR, CORRECT.  THIS IS THE PURPOSE AND CHARACTER OF THE

10:57AM 2    USE.  SHE ANALYZED ALL OF THE DISCOVERY RESPONSES, ALL OF OUR

10:58AM 3    ALLEGATIONS BEFORE SHE FORMED HER OPINIONS ON FAIR USE.

10:58AM 4        SO IF YOU GO BACK TO SLIDE 5, MS. ELSTEN ANALYZED ALL OF

10:58AM 5    THESE DISCOVERY RESPONSES IN TOTALITY, NOT JUST THE SNIPPETS

10:58AM 6    THAT I HAVE SHOWN YOU OR NOT JUST THE SNIPPETS THAT COUNSEL FOR

10:58AM 7    ARISTA HAS SHOWN YOU.  AND THIS IS WHAT SHE SAYS:  I UNDERSTAND

10:58AM 8    THAT THE COPYRIGHTS AT ISSUE DO NOT RELATE TO THE

10:58AM 9    IMPLEMENTATION OF THE CLI, WHICH IS EXECUTED BY THE UNDERLYING

10:58AM 10    SOURCE CODE.

10:58AM 11        THIS RIGHT HERE ANSWERS ALL THE QUESTIONS.  BECAUSE AGAIN,

10:58AM 12    WE ARE TALKING ABOUT RULE 26, WE ARE NOT TALKING ABOUT WHETHER

10:58AM 13    WE COULD, IN ISOLATION, CHERRY PICK THIS WORD OR NOT.

10:58AM 14        THEY KNEW.  AND THAT ANSWERS THAT QUESTION

10:58AM 15        THE COURT:  SO I THINK I'M SATISFIED THAT YOU HAVE

10:58AM 16    GIVEN SUFFICIENT DISCLOSURE UNDER RULE 26.

10:58AM 17        THE ISSUE FOR ME IS THE FINAL ISSUE OF WHETHER I'M GOING TO

10:58AM 18    APPLY OUT-OF-CIRCUIT LAW TO THE DEFINITION OF THE WORK AND

10:58AM 19    ALLOW, REALLY, THE DISAGREEMENT ON THE SCOPE TO PLAY OUT IN THE

10:59AM 20    PRESENTATION OF THE CASE ON FAIR USE.

10:59AM 21        AND IT REALLY GETS DOWN TO WHAT IS THE SUBSTANTIAL PORTION

10:59AM 22    OF THE QUALITATIVE PORTION OF THE PROGRAM.

10:59AM 23        MR. PAK:  YES, YOUR HONOR.

10:59AM 24        BUT I DO THINK IT'S IMPORTANT FOR YOUR HONOR TO BE ABLE TO

10:59AM 25    INSTRUCT THE JURY THAT, LOOK, CISCO IS NOT, CONSISTENT WITH ALL

10:59AM  1    OF THESE DISCOVERY RESPONSES AND OUR COMPLAINT, CISCO IS NOT

10:59AM  2    GOING TO COME IN HERE AND ASSERT THAT THE CODE IS THE

10:59AM  3    COPYRIGHTED WORK AT ISSUE.

10:59AM  4              THE COURT:  RIGHT.

10:59AM  5              MR. PAK:  BECAUSE OTHERWISE THEY HAVE NO IDEA WHAT

10:59AM  6    TYPE OF COPYING IS INVOLVED, WHAT TYPE OF COPYRIGHTABLE ISSUES

10:59AM  7    ARE INVOLVED --

10:59AM  8              THE COURT:  I PRESUME I CAN INSTRUCT THE JURY UP

10:59AM  9    FRONT THIS CASE DOESN'T INVOLVE ALLEGATIONS OF COPYING SOURCE

10:59AM 10    CODE.

10:59AM 11              MR. PAK:  THAT'S RIGHT, YOUR HONOR.

10:59AM 12         AND I THINK FOR YOU TO THEN SAY THAT THE COPYRIGHTED WORK

10:59AM 13    THAT CISCO IS ALLEGING IS THE USER INTERFACE, I THINK THAT

10:59AM 14    WOULD BE ENTIRELY CONSISTENT WITH THE CASE LAW.

11:00AM 15         THERE'S NOTHING -- EVEN IF YOUR HONOR WANTED TO COUCH IT IN

11:00AM 16    TERMS OF, THIS IS WHAT CISCO IS ALLEGING AS THE COPYRIGHTED

11:00AM 17    WORK, IS THE USER INTERFACE --

11:00AM 18              THE COURT:  BUT YOU ARE TELLING ME THAT THE -- I

11:00AM 19    DON'T HAVE TO BE CONCERNED ABOUT NINTH CIRCUIT LAW ON THE

11:00AM 20    INDEPENDENT ECONOMIC VALUE.

11:00AM 21              MR. PAK:  ABSOLUTELY NOT, BECAUSE THERE IS NO

11:00AM 22    NINTH CIRCUIT LAW THAT NEGATES ALL THE MANUFACTURING TECHNOLOGY

11:00AM 23    CASES.  THIS WASN'T JUST A ONE-DISTRICT CASE, YOUR HONOR, THIS

11:00AM 24    HAS BEEN CITED BY A NUMBER OF COURTS AROUND THE COUNTRY.

11:00AM 25              AND EVEN IN -- AND I WANTED TO NOTE EVEN IN THE ONE

11:00AM  1    NINTH CIRCUIT CASE THAT COUNSEL FOR ARISTA CITED, THEY WERE

11:00AM  2    LOOKING AT SCREEN SHOTS IN THE CONTEXT OF THE OVER ALL USER

11:00AM  3    INTERFACE.

11:00AM  4        THEIR POINT WAS IF I TAKE A FEW SCREEN SHOTS OUT OF THE

11:00AM  5    TOTALITY OF ALL THE SCREEN SHOTS THAT CAN BE GENERATED USER

11:00AM  6    INTERFACE, IS THAT A FAIR WAY TO TREAT THE COPYRIGHTABLE WORK

11:01AM  7    TO SLICE OUT A FEW OF THE SCREENS OUT OF THE MANY SCREENS THAT

11:01AM  8    COULD BE -- IN THAT DISCUSSION THAT THE NINTH CIRCUIT DOES,

11:01AM  9    THERE'S NO DISCUSSION OF CODE.

11:01AM 10        AND THAT'S THE ISSUE, YOUR HONOR.  THE CODE IS -- WHAT'S

11:01AM 11    REALLY IMPORTANT IS THEY HAD NEVER CITED TO YOU ANY CASE FROM

11:01AM 12    THE NINTH CIRCUIT THAT SAYS IT WOULD BE WRONG FOR A DISTRICT

11:01AM 13    COURT JUDGE IN OUR CIRCUIT TO ALLOW A PLAINTIFF TO ASSERT A

11:01AM 14    COPYRIGHTED WORK AS THE USER INTERFACE WHEN THEY HAVE --

11:01AM 15            THE COURT:  SO HAVE YOU GIVEN ME ANY CASE WHERE USER

11:01AM 16    INTERFACE WAS AT ISSUE?

11:01AM 17            MR. PAK:  THE SYNOPSYS CASE, YOUR HONOR, AND --

11:01AM 18            THE COURT:  SYNOPSYS WAS USER INTERFACE?

11:01AM 19            MR. PAK:  THAT WAS VERY SIMILAR IN TERMS OF THE

11:01AM 20    COMMAND LINE INTERFACE TECHNOLOGY.

11:01AM 21        THERE ARE OTHER CASES, I JUST WANT TO ALSO NOTE THAT IF

11:01AM 22    YOUR HONOR REALLY STOPS TO THINK ABOUT WHAT'S BEING SAID, THINK

11:01AM 23    ABOUT ALL THE MOVIE CASES THAT WE HAVE AND THE MUSIC CASES IN

11:01AM 24    THE NINTH CIRCUIT, IT MAKES NO DIFFERENCE WHETHER I ENCODE A

11:01AM 25    MOVIE USING A DIFFERENT ENCODING SCHEME WHERE THE BITS ARE

| | | |
|---|---|---|
| 11:01AM | 1 | DIFFERENT.  IT DOESN'T MATTER WHETHER I USE FILM OR A VCR TAPE |
| 11:02AM | 2 | OR A -- AND THEN IN THE NINTH CIRCUIT THERE ARE A COUPLE OF |
| 11:02AM | 3 | OTHER NINTH CIRCUIT CASES YOUR HONOR THAT WE DID NOTE, THIS IS |
| 11:02AM | 4 | FOOTNOTE NUMBER ONE, THE APPLE COMPUTER V. MICROSOFT CASE. |
| 11:02AM | 5 | THAT'S THE NORTHERN CALIFORNIA 1992 CASE. |
| 11:02AM | 6 | THE COURT:  IS THAT ONE OF THE DISTRICT COURT |
| 11:02AM | 7 | DECISIONS? |
| 11:02AM | 8 | MR. PAK:  THAT'S ONE OF THE DISTRICT COURT CASES, |
| 11:02AM | 9 | YOUR HONOR. |
| 11:02AM | 10 | COMPUTER ACCESS TECHNOLOGIES V. CATALYST. |
| 11:02AM | 11 | THE COURT:  AND THESE ARE IN YOUR BRIEF? |
| 11:02AM | 12 | MR. PAK:  THESE ARE IN MY BRIEF, YOUR HONOR. |
| 11:02AM | 13 | THE COURT:  OKAY.  WELL, I WILL CERTAINLY HAVE THAT. |
| 11:02AM | 14 | MR. PAK:  SO AGAIN, I THINK WHAT WE ARE ASKING IS WE |
| 11:02AM | 15 | ARE SAYING WE SHOULD BE ABLE TO ASSERT WHAT WE HAVE DISCLOSED |
| 11:02AM | 16 | IN DISCOVERY.  THERE'S BEEN NO NINTH CIRCUIT LAW THAT PRECLUDES |
| 11:02AM | 17 | THE ABILITY TO ASSERT COPYRIGHTABLE WORK AS THE USER INTERFACE. |
| 11:02AM | 18 | THE COURT:  WELL, WHEN I CAME IN THIS MORNING I |
| 11:02AM | 19 | ACTUALLY THOUGHT YOUR POSITION WAS STRONG AND NOT REMARKABLE, |
| 11:02AM | 20 | AS YOU SAY. |
| 11:02AM | 21 | LET'S TAKE A BREAK.  LET'S COME BACK AT A QUARTER PAST AND |
| 11:02AM | 22 | THEN WE WILL BE ABLE TO MOVE ON, I HOPE. |
| 11:03AM | 23 | MR. PAK:  THANK YOU, YOUR HONOR. |
| 11:03AM | 24 | (WHEREUPON A RECESS WAS TAKEN.) |
| 11:18AM | 25 | THE COURT:  ALL RIGHT.  IT WOULD BE A PERFECT WORLD |

11:18AM 1    IF I HAD, NOW, A COUPLE OF WEEKS TO PREPARE A LENGTHY,

11:18AM 2    THOUGHTFUL WRITTEN ORDER ON THE DEFINITION OF THE WORKS, AND

11:18AM 3    THAT PERFECT WORLD ISN'T WHERE WE ARE LIVING TODAY.

11:18AM 4        AND SO I THINK IT'S IMPORTANT THAT I RULE NOW SO THAT YOU

11:18AM 5    CAN PROCEED TO PREPARING YOUR PRESENTATION FOR TRIAL AND THAT

11:18AM 6    WE CAN HAVE SOME CLEAR JURY INSTRUCTIONS.

11:18AM 7        AND YOU DID BRIEF THIS QUITE A BIT AGO, I DIDN'T PREPARE A

11:18AM 8    WRITTEN ORDER IN ADVANCE OF TODAY'S HEARING.

11:18AM 9        ON THE RULE 26 ISSUE, I'M SATISFIED THAT BY THE SECOND

11:18AM 10   AMENDED COMPLAINT AND THE RESPONSES TO DISCOVERY, THAT CISCO

11:18AM 11   HAS ADEQUATELY DISCLOSED ITS INTENTION TO PROCEED ON THE

11:19AM 12   DEFINITION OF ITS WORKS, INCLUDING ITS USER INTERFACE, AND NOT

11:19AM 13   ITS ENTIRE OPERATING SYSTEM.

11:19AM 14       AND SO ON THAT GROUND, I WILL DENY THE MOTION, OR WHEREVER

11:19AM 15   WE ARE, THE DEFINITION TO STRIKE THE REQUEST FOR THE DEFINITION

11:19AM 16   OF USER INTERFACE AS THE OPERATING SYSTEM.

11:19AM 17       ON THE ISSUE OF THE -- THE LEGAL ISSUE THAT MR. KWUN

11:19AM 18   ARGUED, I THINK IT'S A DIFFICULT ISSUE.  I THINK THAT THE CASES

11:19AM 19   THAT ARE CITED PERTAIN TO SPECIFIC FACTUAL CIRCUMSTANCES AND

11:19AM 20   DIFFERENT PROCEDURAL POINTS IN THE CASES, BUT I AM PERSUADED

11:19AM 21   BASED UPON THE MANUFACTURERS TECHNOLOGY CASE, AND THAT LINE OF

11:19AM 22   CASES THAT HAVE BEEN UTILIZED, I DID LOOK BRIEFLY AT THE APPLE

11:19AM 23   V. MICROSOFT DECISION, AND OF COURSE IT WASN'T THE HEART OF

11:19AM 24   THAT DECISION EITHER, BUT IT WAS A CASE THAT WAS BASED ON AN

11:19AM 25   ANALYSIS OF THE USER INTERFACE THAT, IN FACT, THE REGISTRATION

11:20AM  1    OF THE OPERATING SYSTEM IS CREATING HERE TWO SEPARATE

11:20AM  2    REGISTRATIONS AND PROTECTABLE WORKS, AND I WILL ALLOW CISCO TO

11:20AM  3    GO FORWARD ON THE DEFINITION OF ITS WORKS AS EACH OF THE USER

11:20AM  4    INTERFACES RELATED TO THE PARTICULAR VERSION OF THE OPERATING

11:20AM  5    SYSTEM AT ISSUE.

11:20AM  6        I DO AGREE WITH MR. KWUN THAT WHEN WE GET TO THE FAIR USE

11:20AM  7    ARGUMENT IN THE CASE, FOR THAT DEFENSE, THAT WHETHER OR NOT

11:20AM  8    THERE'S INDEPENDENT ECONOMIC VALUE OF THE USER INTERFACE, MAY

11:20AM  9    BE AN ISSUE THAT WILL ALLOW YOU TO COMPLETELY WIN AND PREVAIL

11:20AM  10   ON YOUR FAIR USE DEFENSE.  BUT OBVIOUSLY, YOU WOULD HAVE

11:20AM  11   PREFERRED IT TO BE AN ARGUMENT IN THE YOUR ARSENAL AT THE

11:20AM  12   EARLIER STAGE OF DETERMINING INFRINGEMENT AND I RECOGNIZE THAT.

11:20AM  13       BUT THE ISSUE IS CERTAINLY ALIVE, AS YOU HAVE SHOWN ME

11:20AM  14   HERE, AND I THINK THAT WE PERHAPS MOVE THE PRESENTATION OF

11:21AM  15   EVIDENCE DOWN THE ROAD, BUT IT WILL STILL BE AVAILABLE FOR THE

11:21AM  16   PROOF ON THE FAIR USE DEFENSE.

11:21AM  17       ALL RIGHT.  LET'S MOVE ON THEN.  AND I THOUGHT THIS FIRST

11:21AM  18   PART WOULD TAKE ABOUT 30 MINUTES, SO WE ARE ABOUT

11:21AM  19   TWO-AND-A-HALF HOURS LATE FROM WHERE I THOUGHT WE WOULD BE.

11:21AM  20   SO, YOU ARE, I'M SURE, EXQUISITELY ORGANIZED TO LEAD ME THROUGH

11:21AM  21   THIS, ALTHOUGH I'M NOT SURE HOW IT HAPPENED THAT I TORMENTED

11:21AM  22   YOU OF BRIEFING THIS ISSUE OF ANALYTIC DISSECTION SO MANY

11:21AM  23   TIMES, AND GOING BACK THROUGH THE BRIEFING, I REALLY WAS SORRY

11:21AM  24   YOU HAD DONE THAT SO MANY TIMES, BUT THANK YOU.

11:21AM  25           MR. VAN NEST:  DID YOU WANT TO GO TO WHERE YOU

08:21AM

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4


 5
        CISCO SYSTEMS, INC.,            )   CV-14-5344-BLF
 6                                      )
                        PLAINTIFF,      )   SAN JOSE, CALIFORNIA
 7                                      )
                   VS.                  )   NOVEMBER 28, 2016
 8                                      )
        ARISTA NETWORKS, INC.,          )   VOLUME 3
 9                                      )
                        DEFENDANT       )   PAGES 261-533
10                                      )

11                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE BETH LABSON FREEMAN
12                   UNITED STATES DISTRICT JUDGE

13          A P P E A R A N C E S:

14          FOR THE PLAINTIFF:  DAVID A. NELSON
                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                              500 WEST MADISON STREET, SUITE 2450
                                CHICAGO, IL 60661
16


17          FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                                BY:  SEAN PAK
18                              50 CALIFORNIA STREET, 22ND FLOOR
                                SAN FRANCISCO, CALIFORNIA  94111
19


20


21


22               APPEARANCES CONTINUED ON NEXT PAGE

23          OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                      CERTIFICATE NUMBER 13185
24


25            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

APPEARANCES CONTINUED ON NEXT PAGE

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:29PM  1    BY MR. NELSON:

03:29PM  2    Q.   SO FROM CISCO'S PERSPECTIVE, WHY INCLUDE THIS, WHAT'S THE

03:29PM  3    VALUE IN THE CLI?

03:29PM  4    A.   WELL, OUR PRODUCTS ARE THE MOST POPULAR PRODUCTS IN THE

03:29PM  5    INDUSTRY.  WE HAVE 80 PERCENT MARKET SHARE IN THE NETWORKING

03:29PM  6    SPACE.  AND AS A RESULT WE KNOW THAT OUR PRODUCTS WHICH ARE

03:29PM  7    PRIMARILY MANAGED THROUGH CLI, ARE THE LEADING PRODUCTS OF

03:29PM  8    CHOICE BY OUR CUSTOMERS.  SO WE KNOW THAT CLI IS A VERY

03:29PM  9    IMPORTANT ASPECT OF OUR PRODUCTS.

03:29PM 10    Q.   AND HAS THERE EVER BEEN AN ATTEMPT AT CISCO TO DETERMINE

03:29PM 11    THE VALUE OF THE CLI SEPARATE FROM THE PRODUCT ITSELF?

03:29PM 12    A.   NO.  IT'S NOT SOMETHING THAT WE'VE THOUGHT ABOUT DOING

03:29PM 13    BECAUSE TO US CLI REPRESENTS ALL THE FUNCTIONALITY THAT'S

03:29PM 14    AVAILABLE IN THE PRODUCTS.  IT'S A MECHANISM BY WHICH THE

03:29PM 15    ADMINISTRATORS, THE USERS OF THESE PRODUCTS HAVE DIRECT ACCESS

03:30PM 16    TO BE ABLE TO NOT JUST CONFIGURE, NOT JUST CONTROL, NOT JUST TO

03:30PM 17    TURN SOMETHING ON, BUT TO ACTUALLY TROUBLE SHOOT, MAKE SURE

03:30PM 18    THAT THESE DEVICES THAT ARE RUNNING VERY MISSION-CRITICAL

03:30PM 19    SYSTEMS, ARE WORKING PROPERLY AND WORKING EFFICIENTLY ALL THE

03:30PM 20    TIME.  SO CLI IS A VERY CRITICAL ASPECT OF OUR PRODUCT

03:30PM 21    PORTFOLIO.  SO WE HAVE NEVER CONDUCTED A SEPARATE SURVEY TO

03:30PM 22    DETERMINE ITS OWN SEPARATE VALUE.

03:30PM 23         MR. NELSON:  I THANK YOU VERY MUCH AND I HAVE NO

03:30PM 24    FURTHER QUESTIONS AT THIS POINT, YOUR HONOR.

03:30PM 25         THE COURT:  THANK YOU.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:41PM  1    RIGHT?

03:41PM  2    A.   YES.

03:41PM  3    Q.   AND SO WHAT THIS CISCO PRODUCT OFFERED WAS A SWITCH WITH,

03:41PM  4    AT MOST, ONE HALF THE NUMBER OF TEN GIGABIT PORTS AS ARISTA HAD

03:41PM  5    OFFERED TWO YEARS EARLIER IN 2008, RIGHT?

03:41PM  6    A.   I DO NOT KNOW WHEN ARISTA'S PRODUCT WAS AVAILABLE WITH THAT

03:41PM  7    PORT CONFIGURATION, BUT THIS IS CORRECT THIS IS THE PORT

03:41PM  8    CONFIGURATION OPTION FOR THE 4900 MODULAR SWITCH.

03:41PM  9            THE COURT:  MAY I ASK THAT YOU KEEP YOUR VOICE UP.  I

03:41PM  10   KNOW YOUR CHAIR DOESN'T MOVE AND THE MICROPHONE IS A LITTLE FAR

03:41PM  11   AWAY.  YEAH, THAT'S DIFFICULT.  I'M SORRY.

03:41PM  12           MR. FERRALL:

03:41PM  13   Q.   NOW, YOU ANSWERED SOME QUESTIONS ABOUT THE VALUE OF THE

03:42PM  14   CLI, I THINK YOU WOULD AGREE THAT CISCO DOESN'T HAVE A SEPARATE

03:42PM  15   STUDY VALUING ITS COMMAND-LINE INTERFACE?

03:42PM  16   A.   SO THE VALUE OF THE CLI AS I MENTIONED EARLIER IS

03:42PM  17   REPRESENTING ALL THE CAPABILITIES OF THE DEVICES WHETHER IT'S A

03:42PM  18   SWITCH OR YOU ROUTER.  IF YOU ARE ASKING SPECIFICALLY HAVE WE

03:42PM  19   RUN YOUR STUDIES ON THE MONETARY SPECIFIC VALUE OF THE CLI, NO,

03:42PM  20   WE HAVE NOT.

03:42PM  21   Q.   AND CISCO DOESN'T SELL ITS COMMAND-LINE INTERFACE SEPARATE

03:42PM  22   FROM THE HARDWARE, RIGHT?

03:42PM  23   A.   NO, WE DO NOT.  IT'S PART OF THE OPERATING SYSTEM.  THAT IS

03:42PM  24   THE BRAIN OF THE HARDWARE.

03:42PM  25   Q.   AND I KNOW IT'S YOUR VIEW THAT EVERYTHING THAT CISCO BUILDS

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:26PM  1         THEN THERE'S THE COMMAND-LINE INTERFACE WHICH IS BASICALLY

04:26PM  2   TYPING A SENTENCE OF WORDS.

04:26PM  3   Q.   SO WHY DID YOU END UP USING THE TEXT-BASED COMMAND-LINE

04:26PM  4   INTERFACE OVER THESE OTHER POSSIBLE USER INTERFACE DESIGNS?

04:26PM  5   A.   SO GUI INTERFACES REQUIRED SOME HARDWARE SUPPORT THAT WE

04:26PM  6   DIDN'T HAVE AND WE WEREN'T WILLING TO ADD.  AND GUIS WERE VERY,

04:27PM  7   VERY NEW AT THE TIME.  THIS WAS 1986, AND GUIS, LIKE I SAID,

04:27PM  8   WERE VERY NEW TECHNOLOGY THEN.

04:27PM  9         MENU-DRIVEN INTERFACES ARE EXTREMELY SLOW AND CLUNKY AND

04:27PM  10  ARE NOT VERY EXPRESSIVE.  IT'S HARD TO TELL WHAT'S GOING ON

04:27PM  11  WHEN YOU HAVE A MENU-DRIVEN INTERFACE.

04:27PM  12  Q.   NOW, JUST TO BE CLEAR ON THE RECORD, YOU ARE NOT THE FIRST

04:27PM  13  PERSON IN THE WORLD TO COME UP WITH A PARTICULAR COMMAND-LINE

04:27PM  14  INTERFACE?

04:27PM  15  A.   OH, NO, NO.  THAT WAS HOW WE DID THINGS IN THOSE DAYS.

04:27PM  16  Q.   RIGHT.  AND THE QUESTION IS THEN, WHY DID YOU NOT JUST USE

04:27PM  17  SOMEBODY ELSE'S EXISTING COMMAND-LINE INTERFACE FOR THE CISCO

04:27PM  18  PRODUCTS?

04:27PM  19  A.   BECAUSE I HAD A NEW PROBLEM.  I HAD A NEW TECHNOLOGY.

04:27PM  20  THERE WERE NOT -- THE AGS WAS ONE OF THE FIRST COMMERCIAL IP

04:27PM  21  ROUTERS, IT WAS A COMPLETELY NEW TECHNOLOGY.  NOBODY KNEW WHAT

04:27PM  22  AN IP ROUTER WAS.  NOBODY WAS SHIPPING ONE.  I ACTUALLY HADN'T

04:27PM  23  SEEN ANYONE OTHER THAN WHAT I WAS CREATING.

04:28PM  24        SO THERE WERE JUST, THERE WERE NEW DEMANDS THAT THE OTHER,

04:28PM  25  OLDER COMMAND-LINE INTERFACES WOULD JUST NOT SUPPORT.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:28PM  1    Q.   AND WHAT ARE SOME OF THE THINGS YOU DID DIFFERENTLY WITH

04:28PM  2    YOUR COMMAND-LINE INTERFACE COMPARED TO WHAT EXISTED PRIOR TO

04:28PM  3    YOUR WORK AT CISCO?

04:28PM  4    A.   WELL, I MENTIONED THAT I WANTED TO MAKE IT EXTENSIBLE, AND

04:28PM  5    ONE WAY THAT I FELT THAT I KNEW HOW TO DO TO MAKE IT EXTENSIBLE

04:28PM  6    SO I COULD ADD THINGS EASILY WAS TO CREATE HIERARCHIES.

04:28PM  7    Q.   OKAY.  AND WHEN YOU SAY THE WORD "HIERARCHY," CAN YOU

04:28PM  8    EXPLAIN TO THE JURY WHAT YOU MEAN BY HIERARCHY?

04:28PM  9    A.   SO WE ARE GOING TO HAVE TO UNPACK THIS A LITTLE, OR UNPACK

04:28PM  10   THIS A LITTLE BIT.  I THINK THE BEST PLACE TO START WOULD BE

04:28PM  11   WITH OTHER DISCUSSIONS OF MODES.

04:28PM  12   Q.   SO LET'S DO THAT.  WHY DON'T WE LOOK AT SLIDE 12.  CAN YOU

04:28PM  13   EXPLAIN TO US WHAT WE ARE LOOKING AT ON SLIDE 12?

04:28PM  14   A.   SO WHAT WE ARE LOOKING AT IS A GRAPHICAL REPRESENTATION OF

04:28PM  15   WHAT WE CALL THE USER EXEC MODE.  IT'S THE TOP LEVEL MODE, IT'S

04:29PM  16   THE OUTER MOST ONE, IF YOU WILL.  AND IT'S IDENTIFIED BY A

04:29PM  17   PROMPT WHICH IS THE NAME OF THE SYSTEM.  IN ONE OF OUR EXAMPLES

04:29PM  18   IT WILL BE THE WORD SWITCH, BUT CUSTOMERS CAN NAME THIS DEVICE

04:29PM  19   WHATEVER THEY WANT.  AND THEN IT HAS A RIGHT ANGLED BRACKET.

04:29PM  20   Q.   LIKE A KARET SIGN?

04:29PM  21   A.   A KARET, YES.

04:29PM  22   Q.   AND SO WOULD THIS BE THE MODE THAT YOU ENTER AS SOON AS YOU

04:29PM  23   TURN ON THE ROUTER?

04:29PM  24   A.   AS SOON AS YOU TURN ON THE ROUTER AND PRESS THE RETURN KEY

04:29PM  25   AND YOU WILL GET A PROMPT, THE NAME OF THE DEVICE WITH AN

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:29PM 1    ANGLED BRACKET.

04:29PM 2    Q.   WHAT ARE THE TYPES OF COMMANDS YOU COULD USE IN THE USER

04:29PM 3    EXEC MODE?

04:29PM 4    A.   SAFE COMMANDS.   THIS IS SORT OF THE -- THIS IS THE

04:29PM 5    UNPRIVILEGED LEVEL.   THE THINGS LIKE SHOW COMMANDS LIKE SHOW

04:29PM 6    INTERFACES.   YOU CAN SORT OF SEE WHAT'S GOING ON IN THE SYSTEM

04:29PM 7    BUT YOU CAN'T ACTUALLY AFFECT IT IN ANY SIGNIFICANT WAY.

04:30PM 8    Q.   OKAY.   LET'S TAKE A LOOK AT THE NEXT SLIDE.   WHAT ARE WE

04:30PM 9    LOOKING AT ON THE NEXT VERSION OF SLIDE 12?

04:30PM 10   A.   THIS IS A REPRESENTATION OF THE MODE UNDERNEATH THE EXEC

04:30PM 11   MODE.   THIS IS WHAT WE CALL THE PRIVILEGED EXEC.   AND ITS

04:30PM 12   PROMPT IS THE NAME OF THE DEVICE AND A HASH MARK OR A POUND

04:30PM 13   SIGN FOLLOWING.

04:30PM 14        AND THESE ARE COMMANDS THAT ARE MUCH MORE POWERFUL, YOU

04:30PM 15   COULD RELOAD THE SYSTEM, YOU COULD CONFIGURE THE SYSTEM.

04:30PM 16   BASICALLY THERE'S SUFFICIENT POWER IN THIS MODE THAT TYPICALLY

04:30PM 17   CUSTOMERS WILL CONFIGURE A PASSWORD THAT HAS TO BE GIVEN BEFORE

04:30PM 18   THEY ENTER INTO THE PRIVILEGED MODE.

04:30PM 19   Q.   HOW WOULD YOU GET TO THE USER EXEC MODE TO THE PRIVILEGED

04:30PM 20   MODE?

04:30PM 21   A.   I WOULD GIVE THE COMMAND ENABLE, THEN IF THERE'S A

04:30PM 22   PASSWORD, I WOULD HAVE TO TYPE A PASSWORD.

04:30PM 23   Q.   AND JUST TO MAKE SURE WE HAVE A CLEAR ILLUSTRATION OF THE

04:30PM 24   PROMPTS, WHICH PROMPT ARE WE LOOKING AT ON SLIDE 13 WITH THE

04:31PM 25   KARET SIGN?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:31PM  1    A.   YOU ARE LOOKING AT THE USER EXEC, THE UNPRIVILEGED LEVEL.

04:31PM  2    Q.   THEN IF WE LOOK AT THE NEXT SLIDE, SLIDE 14 WITH THE HASH

04:31PM  3    SIGN, WHICH PROMPT IS THAT?

04:31PM  4    A.   THAT'S THE PRIVILEGED MODE.

04:31PM  5    Q.   NOW, DID YOU STOP THERE?  DID YOU STOP WITH JUST THE TWO

04:31PM  6    MODES WE HAVE BEEN DISCUSSING?

04:31PM  7    A.   NO.  OTHERS HAVE HAD IDEAS OF TWO-LEVEL MODES, NORMAL USER

04:31PM  8    AND PRIVILEGED MODE.  I ADDED A MODE CALLED THE GLOBAL

04:31PM  9    CONFIGURATION MODE.

04:31PM  10   Q.   THAT'S SLIDE 15.  CAN YOU EXPLAIN TO THE JURY WHAT IS THE

04:31PM  11   GLOBAL CONFIGURATION MODE?

04:31PM  12   A.   THAT'S THE MODE WHERE WE GIVE COMMANDS THAT ACTUALLY CHANGE

04:31PM  13   HOW THE DEVICE OPERATES.  WE TELL IT ABOUT NETWORK ADDRESSES,

04:31PM  14   WE TELL IT ABOUT NETWORK PROTOCOLS, WE TURN ON SOFTWARE.  WE

04:31PM  15   TELL IT WHAT IT NEEDS TO KNOW TO ACTUALLY DO ITS JOB.

04:31PM  16   Q.   AND HOW DO YOU GET TO THE GLOBAL CONFIGURATION MODE IN YOUR

04:31PM  17   USER INTERFACE?

04:31PM  18   A.   THE COMMAND CONFIGURE TERMINAL.

04:32PM  19   Q.   AND WAS THERE ANOTHER MODE THAT YOU CAME UP WITH IN

04:32PM  20   ADDITION TO THE GLOBAL CONFIGURATION?

04:32PM  21   A.   YES.  THERE'S A MODE UNDERNEATH THIS CALLED THE USER

04:32PM  22   INTERFACE CONFIGURATION MODE.

04:32PM  23   Q.   OKAY.  BEFORE WE DO THAT, JUST TO BE CLEAR ON THE RECORD,

04:32PM  24   IS THERE A PROMPT THAT'S ASSOCIATED WITH THE CONFIGURATION

04:32PM  25   MODE?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:32PM   1     A.   YES.   IT'S THE NAME OF THE DEVICE, THEN IN PARENTHESIS

04:32PM   2     CONFIG, THEN A HASH MARK.

04:32PM   3     Q.   SO WHEN THE USER SEES THAT THEY KNOW THEY ARE IN THE

04:32PM   4     CONFIGURATION MODE NOW?

04:32PM   5     A.   YES.

04:32PM   6     Q.   SO LET'S GO BACK AND LOOK AT SLIDE 17.   WHAT IS THIS USER

04:32PM   7     INTERFACE CONFIGURATION MODE YOU CAME UP WITH?

04:32PM   8     A.   THIS IS A MODE WHERE IT'S FOR CONFIGURING PARAMETERS ON

04:32PM   9     NETWORK INTERFACES WHICH ARE A CRUCIAL PART OF AN IP ROUTER.

04:32PM  10     IT -- YOU GET TO IT BY TYPING THE WORD "INTERFACE," THEN THE

04:32PM  11     NAME OF THE INTERFACE.   AND THEN THIS MODE HAS MEMORY.   THIS

04:33PM  12     MODE WILL REMEMBER THE NAME OF THAT INTERFACE.

04:33PM  13         AND THEN THE REST OF THOSE, ANY COMMANDS THAT ARE INTERFACE

04:33PM  14     SPECIFIC COMMANDS WILL THEN APPLY JUST TO THAT PARTICULAR

04:33PM  15     INTERFACE.   AND IF YOU TYPE A COMMAND THAT IS NOT AN

04:33PM  16     INTERFACE-SPECIFIC COMMAND, IT POPS YOU BACK UP TO THE GLOBAL

04:33PM  17     CONFIGURATION MODE.

04:33PM  18     Q.   WERE YOU AWARE OF OTHER TYPES OF CONFIGURATION MODES LIKE

04:33PM  19     THIS FOR NETWORKING WHERE IT REMEMBERED WHAT YOU WERE DOING?

04:33PM  20     A.   NO.   I WAS NOT AWARE OF ANY SUCH.

04:33PM  21     Q.   SO GOING BACK TO THE HIERARCHY QUESTION I ASKED YOU, YOU

04:33PM  22     SAID LET'S TALK ABOUT THE MODES AND PROMPTS, CAN YOU NOW

04:33PM  23     EXPLAIN TO THE JURY, HOW IS THE CONCEPT OF HIERARCHY REFLECTED

04:33PM  24     IN THIS SERIES OF MODES THAT WE ARE SEEING HERE?

04:33PM  25     A.   WELL, I MEAN, YOU BASICALLY START AT THIS TOP LEVEL, THIS

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:33PM  1    USER EXEC AND THEN AS -- YOU CAN DO SIMPLE THINGS LIKE JUST SEE

04:33PM  2    WHAT THE STATUS OF THE SYSTEM IS, IF YOU ACTUALLY WANT TO

04:33PM  3    CHANGE HOW THE SYSTEM OPERATES, THEN YOU GO INTO THE -- YOU

04:34PM  4    HAVE TO GIVE A PASSWORD TO GET INTO THE PRIVILEGED MODE.  YOU

04:34PM  5    CAN DO A FEW OTHER THINGS IN PRIVILEGED MODE LIKE RESTART THE

04:34PM  6    SYSTEM AND WHATNOT BUT MOSTLY --

04:34PM  7    Q.  HE WAS GETTING EXCITED THERE, MR. LOUGHEED.

04:34PM  8    A.  I'M SORRY.

04:34PM  9        YOU CAN DO A FEW OTHER THINGS IN THE PRIVILEGED EXEC, BUT

04:34PM  10   TYPICALLY PEOPLE GO DOWN INTO THE NEXT LEVEL WHICH IS THE

04:34PM  11   CONFIGURATION MODE.  BECAUSE IF YOU ARE A SYSTEM ADMINISTRATOR,

04:34PM  12   A NETWORK ADMINISTRATOR, THAT'S WHERE ALL THE ACTION IS.

04:34PM  13       THEN FROM THAT YOU CAN UPON GO INTO THIS INTERFACE

04:34PM  14   CONFIGURATION MODE, TELL IT WHAT INTERFACE YOU ARE INTERESTED

04:34PM  15   IN, AND THEN GO AND CONFIGURE THAT.  IT'S BASICALLY, IT'S A

04:34PM  16   HIERARCHY.

04:34PM  17   Q.  OKAY.  NOW, I UNDERSTAND THERE MAY BE OTHER MODES BUT HOW

04:34PM  18   WOULD YOU CHARACTERIZE THESE FOUR MODES, THE USER EXEC,

04:34PM  19   PRIVILEGED EXEC, GLOBAL CONFIGURATION, AND THE INTERFACE MODES?

04:35PM  20   A.  THESE ARE THE MAIN MODES OF THE SYSTEM.  THESE ARE THE

04:35PM  21   CRITICAL MODES.  THIS IS WHERE YOU SPEND YOUR TIME.

04:35PM  22   Q.  OKAY.  NOW, I WANT TO GO BACK WITH THIS BACKGROUND TO TALK

04:35PM  23   ABOUT SOME OF THE WORK THAT YOU DID IN TERMS OF COMING UP WITH

04:35PM  24   SPECIFIC COMMANDS IN THE CONTEXT OF THESE DIFFERENT MODES AND

04:35PM  25   PROMPTS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:35PM 1    SO I WANT TO GO BACK TO YOUR DAYS AT STANFORD.  SO THIS IS

04:35PM 2    SLIDE 18.  CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT

04:35PM 3    ON THIS SLIDE AS IT RELATES TO THE STANFORD USER INTERFACE?

04:35PM 4    A.   SO IN THE SOFTWARE THAT I DEVELOPED AT STANFORD, I NEEDED A

04:35PM 5    WAY OF ASSOCIATING AN INTERNET ADDRESS WITH AN INTERFACE.  AND

04:35PM 6    I DEVELOPED A, YOU KNOW, A SINGLE WORD COMMAND.  IN THIS CASE

04:35PM 7    IT WAS THE WORD "INTERFACE."

04:35PM 8    THEN THE NAME OF THE INTERFACE, THE WORD ADDRESS, AND THEN

04:35PM 9    I WOULD SPECIFY AFTER IT, THAT DOTTED STUFF IS AN IP ADDRESS,

04:36PM 10   AND THEN THE 255 IS, ALL THAT STUFF IS, IT'S SOMETHING CALLED A

04:36PM 11   SUBNET MASS, NOT PARTICULARLY IMPORTANT FOR THIS CASE.

04:36PM 12   THAT'S HOW I SET UP AN IP ADDRESS ON AN INTERFACE.

04:36PM 13   Q.   LET ME PAUSE YOU THERE TO BE CLEAR BECAUSE YOU SAID IT WAS

04:36PM 14   A SINGLE WORD COMMAND?

04:36PM 15   A.   IT WAS A SINGLE WORD COMMAND.

04:36PM 16   Q.   SO WHAT WAS THE COMMAND IN THIS FIRST LINE WE ARE SEEING

04:36PM 17   FROM STANFORD?

04:36PM 18   A.   INTERFACE.

04:36PM 19   Q.   SO THE REST OF THE TEXT, ETHERNET 0 ADDRESS AND SO ON,

04:36PM 20   WOULD THOSE BE THINGS THE USER PROVIDES AS INPUT?

04:36PM 21   A.   YES.

04:36PM 22   Q.   OKAY.  GREAT.  SO THEN YOU HAVE NEXT?

04:36PM 23   A.   SO THE NEXT THING I WANTED TO DO WAS TELL THE INTERFACE THE

04:36PM 24   LARGEST SIZED PACKET THAT WAS ALLOWED TO SEND OUT, SOMETHING

04:36PM 25   CALLED AN MTU, MAXIMUM TRANSMISSION UNIT.  SO I WOULD HAVE TO

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:36PM  1    TYPE ALL THE PREVIOUS BITS OF THAT COMMAND PLUS THE WORD MTU

04:36PM  2    AND A NUMBER.

04:37PM  3        AND THIS WAS -- I COULD TELL THAT THIS WASN'T GOING TO WORK

04:37PM  4    FOR ME VERY MUCH LONGER BECAUSE THERE WERE MORE THINGS I WANTED

04:37PM  5    TO ADD.

04:37PM  6    Q.   OKAY.  SO JUST TO BE CLEAR, EVERYTHING ON RED AT THE TOP,

04:37PM  7    THAT'S WHAT YOU WERE USING AT STANFORD, THAT'S WHAT RAN ON THE

04:37PM  8    STANFORD CODE?

04:37PM  9    A.   YES.

04:37PM  10   Q.   AND NOW WE ARE TRANSITIONING TO YOUR DAYS AT CISCO WHERE

04:37PM  11   YOU ARE WORKING ON THE CISCO INTERFACE?

04:37PM  12   A.   RIGHT.

04:37PM  13   Q.   SO CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT AT

04:37PM  14   THE BOTTOM THERE, INTERFACE ETHERNET COMMAND?

04:37PM  15   A.   SO THIS WAS THE BEGINNING OF AN INTERFACE MODE.  AND THEN

04:37PM  16   THIS IS, THIS IS BASICALLY THREE COMMANDS.  IT'S BETTER

04:37PM  17   ILLUSTRATED HERE.

04:37PM  18       THERE'S THE WORD INTERFACE, WHICH ENTERS THE MODE, YOU SAY

04:37PM  19   INTERFACE, THEN THE NAME OF, THE NAME OF THAT INTERFACE.  AND

04:37PM  20   THE SYSTEM REMEMBERS THAT YOU ARE TALKING ABOUT ETHERNET 0.

04:37PM  21        AND THEN THESE SUBSEQUENT COMMANDS, ADDRESS 1.2.3.4 AND

04:38PM  22   MTU, ARE COMMANDS THAT ARE INTERFACE-SPECIFIC COMMANDS THAT

04:38PM  23   KNOW THAT WHATEVER PARAMETERS YOU ARE SPECIFYING TO THEM, THEY

04:38PM  24   BELONG TO, IN THIS CASE, ETHERNET 0.

04:38PM  25   Q.   SO DID THE STANFORD INTERFACE HAVE THIS ABILITY TO REMEMBER

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:38PM  1    THINGS?

04:38PM  2    A.  NO, IT DID NOT.

04:38PM  3    Q.  SO FROM A USER EXPERIENCE PERSPECTIVE, WHAT ARE THE

04:38PM  4    BENEFITS OF HAVING COMMANDS AND MODES THAT ALLOW THE SYSTEM TO

04:38PM  5    REMEMBER WHAT YOU ARE TALKING ABOUT?

04:38PM  6    A.  IT SAVED A LOT OF TYPING AND IF YOU DO A LOT OF TYPING YOU

04:38PM  7    GET A LOT OF ERRORS.  IT MADE THE USER INTERFACE MORE

04:38PM  8    EXTENSIBLE BECAUSE I COULD ADD NEW COMMANDS WITHOUT INTERFERING

04:38PM  9    WITH THE EXISTING COMMANDS.

04:38PM  10   Q.  OKAY.  JUST TO BE CLEAR, AT THE BOTTOM THERE IN THE CISCO

04:38PM  11   ADDRESS COMMAND, THERE'S NO WORD IP ANYWHERE IN THAT COMMAND;

04:38PM  12   IS THAT RIGHT?

04:38PM  13   A.  WE WERE AN IP ONLY ROUTER AND WE JUST ASSUMED EVERYTHING

04:39PM  14   WAS IP.

04:39PM  15   Q.  OKAY.  SO ALTHOUGH IT WAS SETTING THE IP ADDRESS, IT DID

04:39PM  16   NOT SAY IP ADDRESS AT THIS TIME?

04:39PM  17   A.  CORRECT.

04:39PM  18   Q.  SO THEN WE FAST FORWARD A LITTLE BIT IN TIME.  WHAT ARE WE

04:39PM  19   LOOKING AT ON THE VERY BOTTOM OF THE CISCO BOX?

04:39PM  20   A.  SO WE ARE LOOKING AT THE COMMANDS AS THEY EXIST TODAY.  AND

04:39PM  21   WE ARE BASICALLY PREFACING THINGS LIKE, YOU KNOW, ADDRESS

04:39PM  22   BECOMES AN IP ADDRESS, MTU BECOMES AN IP MTU.

04:39PM  23       WHAT WE DISCOVERED WHEN WE WENT INTO THE MARKETPLACE WAS

04:39PM  24   THAT PEOPLE ALREADY HAD WHAT WAS PUT OUT BY OTHER VENDORS WHICH

04:39PM  25   WAS DEC AND XEROX AND THE LIKE.  AND THEY WANTED TO RUN TRAFFIC

514

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:39PM  1    FROM THOSE NETWORKS ACROSS THROUGH OUR ROUTERS.

04:39PM  2        AND SO WE STARTED ADDING THESE OTHER NETWORK PROTOCOLS IN

04:39PM  3    ADDITION TO IP, IN ADDITION TO THE INTERNET PROTOCOL INTO OUR

04:40PM  4    SYSTEM.  AND THESE OTHER PROTOCOLS HAD CONCEPTS LIKE ADDRESSES

04:40PM  5    AND MTU AND ROUTING TABLES AND THE LIKE.

04:40PM  6        AND SO WE HAD TO HAVE SOME WAY OF DISTINGUISHING BETWEEN

04:40PM  7    WHAT SORT OF ADDRESS ARE YOU TALKING ABOUT.  AND THE DECISION

04:40PM  8    THAT WE WENT WITH WAS TO PREFIX A LOT OF THESE COMMANDS WITH

04:40PM  9    THE PROTOCOL THAT THEY BELONGED TO.

04:40PM  10       SO THERE'S IP ADDRESS HERE, AND YOU HAVE A DEC NET ADDRESS.

04:40PM  11   XNS ADDRESS.  WE BASICALLY, BY THE MIDDLE OF THE '90S, HAD

04:40PM  12   ENDED UP WITH 14 DIFFERENT NETWORK PROTOCOLS IN THE BOX.  WE

04:40PM  13   HAD GONE FROM BEING JUST AN IP ROUTER TO BECOMING A MULTI

04:40PM  14   PROTOCOL ROUTER.

04:40PM  15   Q.  AND, AGAIN, AT THAT TIME, WHEN YOU WERE WORKING ON THE

04:40PM  16   FIRST IP ROUTER, WAS THERE ANY KIND OF CONSTRAINT ON YOU OR

04:40PM  17   FUNCTIONAL DEMAND THAT TOLD YOU, HEY, YOU'VE GOT TO DO IT THIS

04:40PM  18   WAY?

04:40PM  19   A.  THERE WEREN'T ANY OTHER DEVICES LIKE THIS AT THE TIME.

04:41PM  20   THERE WERE NOT ANY EXPECTATIONS THAT THE CUSTOMERS HAD, THAT

04:41PM  21   THERE WAS A WAY OF DOING THIS OR THERE WAS A WAY OF TALKING

04:41PM  22   ABOUT IT OR EVEN THE CHOICE OF WORDS.

04:41PM  23       WE COULD CERTAINLY, YOU KNOW, WE COULD CERTAINLY HAVE

04:41PM  24   CHOSEN DIFFERENT WORDS TO DO THIS.  WE COULD HAVE CHOSEN

04:41PM  25   DIFFERENT ORDERS OF THESE WORDS TO DO THIS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:41PM  1    Q.   NOW, LET'S TALK SPECIFICALLY.  BY THE WAY, BEFORE WE GO,

04:41PM  2    SLIDE 22, JUST TO REMIND THE JURY, WHAT IS THE PROMPT FOR THE

04:41PM  3    CONFIGURATION INTERFACE?

04:41PM  4    A.   THE NAME AS IT SHOWS ON THE SLIDE, THE NAME OF THE DEVICE

04:41PM  5    WHICH IS IN THIS CASE SWITCH, AND THEN IN PARENTHESES CONFIG-IF

04:41PM  6    HASH MARK.  SO YOU WOULD KNOW WHAT MODE YOU WERE IN.

04:41PM  7    Q.   SO YOU UNDERSTAND THAT YOU CREATED A LOT OF COMMANDS BUT

04:41PM  8    SOME OF THE COMMANDS THAT YOU CREATED AT CISCO ARE AT ISSUE IN

04:41PM  9    THIS CASE, YOU UNDERSTAND THAT?

04:41PM  10   A.   YES, I UNDERSTAND THAT.

04:41PM  11   Q.   SO I HAVE ON SLIDE 23 FROM YOUR PRESENTATION A NUMBER OF

04:42PM  12   THESE COMMANDS.  CAN YOU JUST CONFIRM FOR THE JURY THAT THESE

04:42PM  13   ARE, IN FACT, COMMANDS THAT YOU PERSONALLY AUTHORED?

04:42PM  14   A.   YES, THESE ARE ONES THAT I PERSONALLY AUTHORED.

04:42PM  15   Q.   AND BEFORE YOU CAME UP WITH ANY OF THESE COMMANDS, WERE YOU

04:42PM  16   AWARE OF ANY ORGANIZATION OR COMPANY THAT HAD USED ANY OF THESE

04:42PM  17   MULTIWORD COMMANDS BEFORE YOU?

04:42PM  18   A.   THERE WAS -- I DIDN'T KNOW OF ANYBODY ELSE THAT USED THESE

04:42PM  19   AT ALL.

04:42PM  20   Q.   AND I WANT TO TALK GENERALLY, AND WE ARE GOING TO GO

04:42PM  21   THROUGH THIS A LITTLE BIT MORE, THE PROCESS, THE CREATIVITY

04:42PM  22   PROCESS OR HOW YOU CAME UP WITH THESE COMMANDS.

04:42PM  23       CAN YOU JUST WALK US THROUGH YOUR MENTAL THOUGHT PROCESS IN

04:42PM  24   TERMS OF HOW YOU CAME UP WITH THESE COMMANDS AND HOW THAT

04:42PM  25   TRANSLATED ULTIMATELY TO OTHER COMMANDS BY OTHER ENGINEERS AT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:42PM  1    CISCO.

04:42PM  2    A.   OKAY.  I CAME UP WITH SOME OF THE FEW INITIAL KEY WORDS

04:42PM  3    SUCH AS SHOW, FOR STATUS COMMANDS.

04:42PM  4         AND AFTER I CAME UP WITH SORT OF THE INITIAL COMMAND SET,

04:43PM  5    VERY SMALL SET OF COMMANDS, WHAT I WOULD DO WHEN I HAD NEW

04:43PM  6    FUNCTIONALITY THAT I WAS CREATING WAS I WOULD LOOK TO SEE WHAT

04:43PM  7    I HAD DONE BEFORE, AND I NEEDED TO FIT IN WITH THAT.  I NEEDED

04:43PM  8    TO BE SORT OF SOMETHING REASONABLE AND LOGICAL THERE.  I DIDN'T

04:43PM  9    WANT TO HAVE -- IF THERE'S A RHYME AND A REASON TO THINGS,

04:43PM  10   PEOPLE WILL BE ABLE TO REMEMBER THEM MUCH EASIER.

04:43PM  11        SO I TOOK A LOOK AT WHAT I HAD DONE BEFORE.  I BECAME VERY

04:43PM  12   AWARE THAT I WAS GOING TO BE -- THIS WAS GOING TO CONTINUE TO

04:43PM  13   EVOLVE.  SO I WAS SORT OF TAKING MY BEST GUESS OF THE FUTURE AS

04:43PM  14   TO WHAT MIGHT FURTHER DEVELOP, AND I DIDN'T WANT TO CLOSE OFF

04:43PM  15   ANY AVENUES BY POOR CHOICE OF WORDS, OR THE LIKE.

04:43PM  16        I ALSO NEEDED TO COMMUNICATE TO NETWORK MANAGERS AND

04:43PM  17   SUPPORT PEOPLE SOME IDEAS.  I MEAN, WHAT SORT OF MAKES SENSE TO

04:44PM  18   THAT AUDIENCE.

04:44PM  19        AND THEN THERE WAS MY OWN IDIOSYNCRATIC THINGS.  CERTAIN

04:44PM  20   WORDS THAT APPEALED TO ME, CERTAIN WORDS THAT WERE SHORTER OR

04:44PM  21   LONGER.  I LIKE WORDS THAT ARE SPELLED OUT.  I DIDN'T PUT -- I

04:44PM  22   DON'T LIKE DOTS IN THE MIDDLE OF THINGS.  I LIKE HYPHENS AND

04:44PM  23   NOT UNDERSCORES, JUST LITTLE IDIOSYNCRATIC THINGS LIKE THAT.

04:44PM  24        AND THAT'S THE THOUGHT PROCESS THEY WENT THROUGH WHEN I WAS

04:44PM  25   CREATING COMMANDS IN THE EARLY DAYS.

517

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:44PM   1        AND AS WE HIRED ENGINEERS, I BASICALLY TAUGHT THEM THIS,

04:44PM   2   THIS IS HOW YOU THINK ABOUT IT, THIS IS HOW YOU DO IT.  AND

04:44PM   3   THEY WOULD DEVELOP THEIR OWN COMMANDS.  WE MIGHT TALK ABOUT

04:44PM   4   THOSE COMMANDS.  BUT EVENTUALLY -- ESSENTIALLY THEY HAD A GREAT

04:44PM   5   DEAL OF FREEDOM AS TO WHAT THEY WERE GOING TO CHOOSE.  AND

04:44PM   6   THAT'S BEEN BASICALLY THE PROCESS EVER SINCE.

04:44PM   7   Q.   OKAY.  AND I'M SURE -- ARE THERE COMMANDS HERE THAT YOU

04:45PM   8   LOOK BACK AND YOU COULD SAY, I PROBABLY WOULD HAVE COME UP WITH

04:45PM   9   A DIFFERENT COMMAND KNOWING THAT I KNOW NOW?

04:45PM   10  A.   UM, YES.  NO, THERE'S -- YOU CAN ALWAYS -- ONCE YOU

04:45PM   11  UNDERSTAND THE PROBLEM MORE CLEARLY FROM A DIFFERENT

04:45PM   12  PERSPECTIVE, YOU CAN USUALLY COME UP WITH DIFFERENT WAYS OF

04:45PM   13  DOING THINGS.

04:45PM   14  Q.   OF THESE COMMANDS HERE, I DON'T HAVE THE TIME TO GO THROUGH

04:45PM   15  ALL OF THEM, BUT COULD YOU JUST HIGHLIGHT FOR THE JURY SOME OF

04:45PM   16  THE COMMANDS THAT YOU PERSONALLY AUTHORED THAT ARE WIDELY

04:45PM   17  UTILIZED EVEN TODAY BY CISCO ENGINEERS?

04:45PM   18  A.   SO THERE IS -- WELL, IP ADDRESS THAT WE'VE TALKED ABOUT,

04:45PM   19  WHICH ASSIGNS AN IP ADDRESS TO AN INTERFACE.

04:45PM   20        IP ACCESS LIST SETS UP A BUNCH OF RULES AS TO WHAT PACKETS

04:45PM   21  CAN GO OUT TO PARTICULAR INTERFACES.  YOU CAN BUILD A REAL

04:45PM   22  SIMPLE THING CALLED A FIREWALL TO MAKE SURE THE WRONG PACKETS

04:45PM   23  DON'T GET IN OUR OUT OF A NETWORK.

04:45PM   24        AND SHOW INTERFACE IS ONE THAT'S USED EVERY DAY BY NETWORK

04:46PM   25  MANAGERS TO SEE WHAT'S GOING ON IN THE NETWORK.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:46PM 1    Q.   AND SO WE WILL TALK ABOUT HIERARCHY A LITTLE BIT FURTHER.

04:46PM 2    BUT JUST IN THINKING ABOUT THE WORD CHOICES, MR. LOUGHEED,

04:46PM 3    LET'S TAKE IP, FOR EXAMPLE.  WHAT ARE SOME OF THE WORDS YOU

04:46PM 4    COULD HAVE USED AND YOU HAD CONSIDERED INSTEAD OF JUST USING

04:46PM 5    THE LETTERS IP?

04:46PM 6    A.   WELL, I COULD HAVE USED INTERNET.  THAT WOULD HAVE BEEN A

04:46PM 7    PERFECTLY REASONABLE CHOICE.  I COULD HAVE USED IP V4, WHICH IS

04:46PM 8    -- THIS IP IS ACTUALLY THE FOURTH VERSION OF IP.  I COULD HAVE

04:46PM 9    USED THE WORD TCP-IP, JUST ALL RUN TOGETHER.  I COULD HAVE USED

04:46PM 10   INTERNET-PROTOCOL.  THERE'S A NUMBER OF POSSIBILITIES.

04:46PM 11   Q.   LET'S TAKE ADDRESS, FOR EXAMPLE.  THAT'S ANOTHER WORD

04:46PM 12   THAT'S COMMONLY USED TODAY, BUT AT THE TIME YOU WERE COMING UP

04:47PM 13   WITH THIS COMMAND, WHAT WERE SOME OTHER WORDS YOU COULD HAVE

04:47PM 14   CHOSEN?

04:47PM 15   A.   I COULD HAVE CHOSEN LABEL.

04:47PM 16        MR. SILBERT:  OBJECT TO COULD HAVE CHOSEN.

04:47PM 17        MR. PAK:  LET ME REPHRASE IT.

04:47PM 18   Q.   WHAT WERE SOME OF THE WORDS YOU DID CONSIDER AT THE TIME?

04:47PM 19   A.   IDENTIFIER.

04:47PM 20   Q.   ANY OTHERS THAT YOU CAN THINK OF?

04:47PM 21   A.   I THINK WE CONSIDERED THE LABEL.

04:47PM 22   Q.   AND AT THE TIME, JUST TO REMIND US AGAIN, WAS THERE ANY

04:47PM 23   FUNCTIONALITY RESTRICTION ON WHAT WORDS YOU HAVE TO CHOOSE FROM

04:47PM 24   A COMMAND PERSPECTIVE AT THE TIME?

04:47PM 25   A.   NO, AT THIS TIME THERE WERE NOT EXISTING CUSTOMERS.  THERE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:47PM  1    WAS NO EXPECTATION OF WHAT SORT OF USER INTERFACE OR WHAT

04:47PM  2    CHOICE OF WORDS PEOPLE WOULD USE.

04:48PM  3    Q.   AND LET'S TAKE ANOTHER ONE LAST EXAMPLE.  ACCESS LIST,

04:48PM  4    THAT'S ACCESS-LIST.  WHAT WERE SOME OF THE OTHER OPTIONS THAT

04:48PM  5    YOU CONSIDERED INSTEAD OF ACCESS LIST AT THE TIME?

04:48PM  6    A.   IP RULES WAS, BECAUSE THAT'S WHAT BASICALLY AN ACCESS LIST

04:48PM  7    IS, IS A LIST OF RULES OF WHERE PACKETS GO.

04:48PM  8    Q.   CAN YOU THINK OF ANY OTHERS THAT YOU DID CONSIDER AT THE

04:48PM  9    TIME FOR ACCESS LIST?

04:48PM  10   A.   PERMIT LIST.

04:48PM  11   Q.   AND, AGAIN, WERE THERE ANY RESTRICTIONS AT THE TIME ON THE

04:48PM  12   SPECIFIC WORDS YOU CHOSE OR THE ACRONYMS YOU CHOSE?

04:48PM  13   A.   NO.

04:48PM  14   Q.   NOW, I WANT TO GO BACK TO A COMMAND HIERARCHY, SO YOU

04:48PM  15   TALKED ABOUT HIERARCHY IN THE CONTEXT OF MODES, DO YOU RECALL

04:48PM  16   THAT CONVERSATION?

04:48PM  17   A.   YES.

04:48PM  18   Q.   NOW, I WOULD LIKE TO HAVE YOU WALK THE JURY THROUGH THE

04:48PM  19   CONCEPT OF HIERARCHY AS IT PERTAINS TO MULTIWORD COMMANDS.

04:48PM  20       SO AT A VERY HIGH LEVEL, CAN YOU EXPLAIN WHAT A COMMAND

04:48PM  21   HIERARCHY IS?

04:49PM  22   A.   IT'S A SET OF COMMANDS THAT SHARE SOME INITIAL WORDS IN

04:49PM  23   THE -- SET OF MULTIWORD COMMANDS THAT SHARE INITIAL WORDS.

04:49PM  24   Q.   OKAY.  SO IT'S -- LOOK AT AN EXAMPLE OF THAT, SLIDE 24 FROM

04:49PM  25   YOUR PRESENTATION.  CAN YOU SHOW US WHAT YOU ARE DEPICTING WITH

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:49PM  1    THIS PICTURE ON SLIDE 24?

04:49PM  2    A.   THIS IS THE "SHOW HIERARCHY," AND YOU CAN TYPE THE WORD

04:49PM  3    SHOW, AND WE'VE ALREADY SEEN INTERFACES IS ONE OF THE THINGS

04:49PM  4    THAT YOU CAN FOLLOW THE WORD SHOW WITH.  THERE'S ALSO SHOW IP,

04:49PM  5    THERE'S SHOW SPANNING-TREE, THERE'S SHOW ARP, SHOW HOSTS.

04:49PM  6    THAT'S SORT OF THE SECOND LEVEL OF THE HIERARCHY OF THE "SHOW

04:49PM  7    HIERARCHY."

04:49PM  8         THERE'S A THIRD LEVEL UNDER IP WHERE I CAN SAY SHOW IP,

04:49PM  9    BGP, ACCESS LISTS, INTERFACE, ARP, ROUTE.

04:50PM  10   Q.   AND WHY DID YOU DECIDE TO IMPOSE OR USE A HIERARCHY AS YOU

04:50PM  11   WERE COMING UP WITH THESE MULTIWORD COMMANDS AT CISCO?

04:50PM  12   A.   BASICALLY EASE OF USE BY HUMAN BEINGS.  I COULD ADD THINGS

04:50PM  13   IN HERE, I COULD ADD NEW FUNCTIONALITY IN BASICALLY BY HOOKING

04:50PM  14   IT IN IN THE RIGHT LEVEL IN THIS HIERARCHY.

04:50PM  15        ALSO IF A NETWORK ADMINISTRATOR KNEW SOME INITIAL WORDS OR

04:50PM  16   HAD SORT OF AN IDEA OF WHAT MIGHT BE THE LEADING WORDS, YOU

04:50PM  17   COULD ACTUALLY START EXPLORING THE HIERARCHY.

04:50PM  18   Q.   OKAY.  AND JUST GOING BACK TO YOUR DAYS AT STANFORD, DOES

04:50PM  19   STANFORD USE THE INTERFACE THAT YOU WORKED ON BEFORE YOU LEFT

04:50PM  20   FOR CISCO?  DID IT HAVE THIS KIND OF HIERARCHICAL STRUCTURE?

04:50PM  21   A.   THE SOFTWARE THAT I STARTED WITH HAD BASICALLY ALL THE

04:51PM  22   COMMANDS AT THE SAME LEVEL.  I DIDN'T THINK THAT WAS VERY

04:51PM  23   EXTENSIBLE, SO I STARTED -- ACTUALLY SHOW, I THINK, WAS ONE OF

04:51PM  24   THE VERY FIRST HIERARCHIES THAT I CREATED.

04:51PM  25   Q.   SO JUST TO BE CLEAR ON THE RECORD, AT STANFORD YOU DID NOT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:51PM 1    HAVE THIS MULTIWORD COMMAND HIERARCHY STRUCTURE?

04:51PM 2    A.   THE ORIGINAL STANFORD SOFTWARE DID NOT HAVE THE WORD SHOW.

04:51PM 3    Q.   LET'S LOOK AT ONE MORE HIERARCHY.

04:51PM 4       CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT ON SLIDE

04:51PM 5    25 OF YOUR PRESENTATION?

04:51PM 6    A.   WE ARE LOOKING AT AN IP HIERARCHY WITHIN THE CONFIGURATION

04:51PM 7    MODE, THE GLOBAL CONFIGURATION MODE AS WELL AS THE INTERFACE

04:51PM 8    CONFIGURATION MODE.

04:51PM 9       THESE ARE ALL THE -- THE FIRST LEVEL IS A LIST OF VERY

04:51PM 10   COMMON COMMANDS THAT YOU CAN GIVE WHILE YOU ARE CONFIGURING THE

04:51PM 11   SYSTEM.   THE WORD "DOMAIN" ACTUALLY CONTINUES ONTO A THIRD

04:51PM 12   LEVEL, WHERE YOU CAN SAY IP DOMAIN LOOKUP.

04:52PM 13   Q.   AND THEN I NOTICE SOMETHING HERE, SO THIS ONE HAS IP, AND

04:52PM 14   IT'S GOT ALL OF THESE ENTRIES UNDER THE IP HIERARCHY.   BUT THEN

04:52PM 15   WHEN I GO BACK TO YOUR EARLIER SLIDE FOR THE "SHOW HIERARCHY"

04:52PM 16   YOU ALSO HAVE SHOW IP.

04:52PM 17   A.   YES.

04:52PM 18   Q.   WHY DID YOU END UP PUTTING IP IN TWO SEPARATE HIERARCHIES?

04:52PM 19   HOW DID THAT DECISION COME ABOUT?

04:52PM 20   A.   BECAUSE WE WERE BASICALLY -- WE HAD BECOME A MULTI PROTOCOL

04:52PM 21   ROUTER, AND WE FIRST RAN INTO THE ISSUE OF HOW TO DISTINGUISH

04:52PM 22   BETWEEN PROTOCOLS IN THE CONFIGURATION MODES AND WE SOLVED THAT

04:52PM 23   BY PREFACING THE THINGS WITH IP.

04:52PM 24       AND THEN IN THE INTEREST OF JUST SYMMETRY, SO THAT THE

04:52PM 25   CUSTOMERS WOULD SEE SORT OF THE SAME PATTERNS REFLECTED AGAIN,

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:52PM  1    WE CREATED AN IP HIERARCHY IN THE SHOW COMMANDS.

04:52PM  2    Q.    NOW, IS THERE ANY REASON WHY YOU COULDN'T HAVE DECIDED TO

04:53PM  3    PUT IP AS ONE OF THE ENTRIES THERE?

04:53PM  4    A.    THAT WOULD HAVE BEEN PERFECTLY REASONABLE.  THAT WOULD BE

04:53PM  5    ONE WAY OF DOING THINGS.

04:53PM  6    Q.    AND YOU JUST MADE A DIFFERENT HIERARCHY CHOICE?

04:53PM  7    A.    I MADE THIS PARTICULAR HIERARCHICAL CHOICE.  THERE WAS

04:53PM  8    NOTHING SACRED ABOUT THIS PARTICULAR ORDERING OF COMMANDS OR

04:53PM  9    PARTICULAR ORGANIZING PRINCIPAL.  I COULD HAVE ORGANIZED THINGS

04:53PM  10   ENTIRELY BY TECHNOLOGY AREA OR --

04:53PM  11   Q.    WHAT DO YOU MEAN BY TECHNOLOGY AREA?

04:53PM  12   A.    SO I COULD HAVE HAD A TOP LEVEL SHOW COMMAND -- EXCUSE ME.

04:53PM  13   I COULD HAVE HAD A TOP LEVEL COMMAND CALLED IP, FOR INSTANCE.

04:53PM  14        AND I COULD HAVE BASICALLY SAID THERE'S IP AND THEN THERE

04:53PM  15   WOULD BE A COMMAND THAT MIGHT INVOKE SORT OF A CONFIGURATION

04:53PM  16   ACTION OR I COULD HAVE IP AND A BUNCH OF -- A FEW MORE WORDS,

04:54PM  17   THEN I COULD HAVE AT THE END DISPLAY OR SOMETHING LIKE THAT.  I

04:54PM  18   COULD HAVE DONE STUFF LIKE THAT AS WELL.  THERE'S NO INHERENT

04:54PM  19   REASON WHY THAT COULDN'T HAVE BEEN DONE.

04:54PM  20        MR. SILBERT:  YOUR HONOR, OBJECTION TO TESTIMONY

04:54PM  21   ABOUT WHAT COULD HAVE BEEN DONE.

04:54PM  22        THE COURT:  OVERRULED.

04:54PM  23      BY MR. PAK:

04:54PM  24   Q.    AND, MR. LOUGHEED, JUST TO MAKE IT ABSOLUTELY CLEAR ON THE

04:54PM  25   RECORD, DID YOU COPY ANY OF YOUR MULTIWORD COMMANDS OR THE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:54PM  1    HIERARCHIES FROM ANY OTHER SOURCE?

04:54PM  2    A.  NO.

04:54PM  3    Q.  I'M GOING TO MOVE ON TO TALK ABOUT COMMAND OUTPUTS.  THAT'S

04:54PM  4    SOMETHING ELSE WE HEARD IN THIS CASE.

04:54PM  5        SO WE LOOKED AT HOW COMMANDS GET ENTERED, FOR EXAMPLE, SHOW

04:54PM  6    INTERFACES.  WE BRIEFLY HAD YOU INTRODUCE THE IDEA OF HAVING

04:54PM  7    SOME SCREEN OUTPUTS THAT WERE SHOWN UP ON THE SCREEN.  DO YOU

04:54PM  8    SEE THAT, SIR?

04:54PM  9        I WANT TO SPEND A FEW MINUTES HERE WITH THE JURY.  THERE'S

04:55PM  10   JUST A LOT OF WORDS, SO CAN YOU HELP US JUST INTERPRET THAT.

04:55PM  11       SO CAN YOU INTERPRET FOR THE JURY WHAT YOU ARE SEEING HERE

04:55PM  12   WITH THESE WORDS AND HOW THAT'S ORGANIZED?

04:55PM  13   A.  SO THIS COMMAND IS USED BY NETWORK ADMINISTRATORS TO SEE

04:55PM  14   WHAT THE STATUS IS OF A NETWORK INTERFACE.  THIS IS A CRUCIAL

04:55PM  15   COMMAND FOR TROUBLE SHOOTING PROBLEMS.

04:55PM  16       AND IT'S ORGANIZED IN A FIXED WAY WITH THE MOST IMPORTANT

04:55PM  17   INFORMATION UP AT THE TOP.  IT TELLS YOU WHAT THE NAME OF THE

04:55PM  18   INTERFACE IS.  IN THIS CASE ETHERNET 0.

04:55PM  19       IT TELLS YOU WHETHER THE SYSTEM THINKS IT'S UP OR DOWN.  IT

04:55PM  20   TELLS YOU ABOUT SOMETHING CALLED HARDWARE ADDRESSES.  IT TELLS

04:55PM  21   YOU WHAT THE INTERNET ADDRESS IS.  IT TELLS YOU SOME, YOU KNOW,

04:55PM  22   PARAMETERS THAT ARE GOOD FOR, LIKE, MTU AND BANDWIDTH AND DELAY

04:55PM  23   AND THE LIKE THAT ARE USEFUL IN CERTAIN CONTEXTS, WHAT SORT OF

04:56PM  24   PACKETS IT SENDS.

04:56PM  25       THE TIME SINCE THE LAST INPUT OR THE LAST OUTPUT.  IF YOU

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:56PM 1    THINK THAT INTERFACE SHOULD BE ACTIVE AND IT'S BEEN SENDING

04:56PM 2    TRAFFIC AND IT HASN'T SENT ANYTHING FOR AN HOUR, YOU GOT A

04:56PM 3    PROBLEM.

04:56PM 4         IT GIVES YOU INFORMATION ABOUT OUTPUT AND INPUT CUES.  IF

04:56PM 5    ONE OF THOSE CUES IS ABSOLUTELY FULL, THERE'S PROBABLY

04:56PM 6    SOMETHING BADLY WRONG WITH THE SYSTEM AND NOTHING IS HAPPENING.

04:56PM 7    IT TELLS YOU ABOUT THE RATE OF INPUT AND OUTPUT AND BYTES AND

04:56PM 8    PACKET PER SECOND WHICH GIVES YOU A CLUE AS TO WHAT SORT OF

04:56PM 9    TRAFFIC PATTERNS YOU ARE SEEING THERE.

04:56PM 10        THEN THE SUMS OF THINGS LIKE THE NUMBER OF PACKETS AND

04:56PM 11   BYTES INPUT, OUTPUT, HAVE YOU RECEIVED ERROR PACKET, HAVE YOU

04:56PM 12   DROPPED THINGS BECAUSE YOU HAVE RUN OUT OF BUFFERS FOR THESE

04:56PM 13   PACKETS TO RUN INTO.

04:56PM 14        THAT'S WHAT THIS DOES.  AND BECAUSE IT'S A TEXTUAL OUTPUT,

04:57PM 15   BECAUSE IT'S A BUNCH OF WORDS, PEOPLE CAN SCAN THAT REAL

04:57PM 16   QUICKLY LIKE YOU SCAN THE FRONT PAGE OF A NEWSPAPER AND YOU CAN

04:57PM 17   SEE WHAT THE MOST IMPORTANT THING IS, IT CATCHES YOUR EYE.

04:57PM 18   Q.   JUST TO BE CLEAR, WAS THERE ANY KIND OF CONSTRAINT,

04:57PM 19   RESTRICTIONS OR SOMETHING THAT SAID YOU HAD TO USE THIS

04:57PM 20   PARTICULAR SEQUENCE OF WORDS AS ANY OF YOUR SCREEN OUTPUTS?

04:57PM 21   A.   NO, THERE WAS NO CONSTRAINT, THIS WAS JUST -- I WROTE THE

04:57PM 22   ORIGINAL FORM OF THIS COMMAND, AND I WAS USING IT FOR MYSELF

04:57PM 23   JUST TO FIGURE OUT WHAT WAS GOING ON IN THE NETWORK.  THIS IS

04:57PM 24   THE STUFF THAT I THOUGHT WAS THE MOST IMPORTANT.

04:57PM 25        THERE HAVE BEEN OTHER ENGINEERS THAT HAVE COME ALONG AND

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:57PM  1    ADDED SOME FUNCTIONALITY OVER THE YEARS, BUT THERE'S NO

04:57PM  2    CONSTRAINT.

04:57PM  3    Q.   AND GENERALLY SPEAKING, WHO AUTHORS SCREEN OUTPUTS AT

04:57PM  4    CISCO?

04:57PM  5    A.   THE ENGINEERS THAT WRITE THE FUNCTIONALITY THAT RELATES TO

04:57PM  6    THAT SCREEN OUTPUT.

04:58PM  7          MR. PAK:  AND, YOUR HONOR, I PROBABLY HAVE ABOUT TEN

04:58PM  8    MORE MINUTES.  SO WOULD YOU LIKE TO TAKE --

04:58PM  9          THE COURT:  WE ARE NOT GOING TO GO UNTIL TEN PAST

04:58PM  10   5:00.  WE ALWAYS STOP PROMPTLY AT 5:00.  SO THANK YOU FOR

04:58PM  11   ASKING.

04:58PM  12         MR. PAK:  SO LET ME GUEST A FEW MORE QUESTIONS TO GET

04:58PM  13   THE --

04:58PM  14         THE COURT:  OKAY.  SURE.

04:58PM  15      BY MR. PAK:

04:58PM  16   Q.   WITH RESPECT TO THE HELP DESCRIPTIONS, DO YOU RECALL THAT

04:58PM  17   AS BEING ANOTHER ELEMENT OF YOUR USER INTERFACE, JUST TO REMIND

04:58PM  18   THE JURY, WE HAVE OF -- WHAT DO WE SEE HERE ON SLIDE 28?

04:58PM  19   A.   YOU ARE SEEING SOMEBODY IS TYPING THE COMMAND SHOW AND THEN

04:58PM  20   THE QUESTION MARK.

04:58PM  21   Q.   OKAY.  AND THEN LET'S GO TO THE NEXT SLIDE.  WHAT ARE WE

04:58PM  22   LOOKING AT HERE?

04:58PM  23   A.   THIS IS HOW THE SYSTEM RESPONDS.  IT GIVES YOU A LIST ON

04:58PM  24   THE LEFT OF WHAT POSSIBILITIES YOU MIGHT TYPE NEXT.  THEN OVER

04:58PM  25   ON THE RIGHT-HAND SIDE IS SOMETHING THAT'S CALL A HELP MESSAGE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:58PM  1    OR A HELP DESCRIPTION THAT GIVES SOMETHING THE ENGINEER HAS

04:59PM  2    WRITTEN TO GIVE YOU SORT OF A CLUE -- THE DEVELOPING ENGINEER

04:59PM  3    TO GIVE YOU A CLUE AS TO WHAT THIS KEY WORD MIGHT MEAN OR WHAT

04:59PM  4    IT MIGHT DO.

04:59PM  5    Q.   AND GENERALLY SPEAKING, WHO AUTHORS THESE HELP DESCRIPTIONS

04:59PM  6    FOR EACH OF THESE COMMANDS THAT WE ARE SEEING HERE?

04:59PM  7    A.   THE ENGINEER WHO DEVELOPS THE FUNCTIONALITY THAT DEVELOPS

04:59PM  8    THE COMMANDS.

04:59PM  9    Q.   WAS THAT ALWAYS THE CASE OR WAS THERE A TIME THAT A

04:59PM  10   DIFFERENT PERSON MAY HAVE AUTHORED SOME OF THESE HELP

04:59PM  11   DESCRIPTIONS?

04:59PM  12   A.   IN THE VERY BEGINNING YOU COULD TYPE QUESTION MARK AT THE

04:59PM  13   TOP LEVEL AND YOU WOULD GET SORT OF A LIST OF COMMANDS AND SOME

04:59PM  14   HELP MESSAGE WITH THAT.

04:59PM  15        AND IN THE EARLY '90S WE REVISED THE PARSER AND MADE IT

04:59PM  16   MORE POWERFUL, AND ADDED THE ABILITY TO TYPE QUESTION MARK AT

04:59PM  17   ANY POINT IN THIS -- AT ANY POINT WHEN PEOPLE WERE TYPING.

04:59PM  18        AND THE CONTRACTOR THAT WAS IN CHARGE OF DOING THAT

05:00PM  19   ACTUALLY PUT IN THESE HELP DESCRIPTIONS, THESE HELP STRINGS,

05:00PM  20   PUT THEM ALL IN AT THAT POINT.

05:00PM  21        AND THEN AS TIME HAS GONE ON AND ENGINEERS HAVE ADDED NEW

05:00PM  22   COMMANDS, THE ENGINEERS THAT ARE DOING THE NEW FUNCTIONALITY

05:00PM  23   THAT ARE CREATING THESE COMMANDS WILL ADD, THEY ARE RESPONSIBLE

05:00PM  24   FOR ADDING THESE HELP MESSAGES

05:00PM  25   Q.   AND WHO IS THE NAME OF THE PERSON THAT CREATED THESE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

05:00PM  1    INITIAL HELP DESCRIPTIONS?

05:00PM  2    A.   TERRY SLATTERY.

05:00PM  3    Q.   AND, AGAIN, WERE THERE ANY CONSTRAINTS OR RESTRICTIONS OR

05:00PM  4    FUNCTIONAL DEMANDS THAT WOULD TELL THE ENGINEERS YOU HAVE TO

05:00PM  5    WRITE THE HELP DESCRIPTION IN THIS WAY?

05:00PM  6    A.   NO, THERE'S BASICALLY, THE -- BE HELPFUL, BUT BEYOND THAT

05:00PM  7    THERE WAS NOT ANY PARTICULAR REQUIREMENT THAT WAS PUT UPON

05:00PM  8    THEM.

05:00PM  9          MR. PAK:  I THINK WE CAN RECESS FOR TODAY,

05:00PM  10   YOUR HONOR.

05:00PM  11         THE COURT:  OKAY.  ALL RIGHT.  LADIES AND GENTLEMEN,

05:00PM  12   WE ARE DONE WITH OUR PRESENTATION OF TESTIMONY FOR TODAY.

05:01PM  13      I'M GOING TO MAKE A SLIGHT MODIFICATION IN THE SCHEDULE.

05:01PM  14   AND, COUNSEL, UNLESS THERE'S AN OBJECTION, WE CAN START AT 9:30

05:01PM  15   TOMORROW.  IS THAT GOING TO BE OKAY?

05:01PM  16         MR. PAK:  THAT WORKS FOR US YOUR HONOR.

05:01PM  17         MR. VAN NEST:  THAT'S FINE YOUR HONOR.

05:01PM  18         THE COURT:  I KNOW YOUR SCHEDULE SAYS 10:00 AND

05:01PM  19   NORMALLY I HAVE A LONG CRIMINAL CALENDAR BEFORE YOU ARRIVE ON

05:01PM  20   TUESDAYS, BUT NOBODY WANTED TO COME INTO COURT TOMORROW SO I

05:01PM  21   WILL BE VERY QUICK WITH THAT.

05:01PM  22      SO PLEASE GATHER -- MS. SALINAS-HARWELL WILL HAVE YOU

05:01PM  23   GATHER SOME TIME BEFORE 9:30 SO WE CAN START PROMPTLY.  WE WILL

05:01PM  24   BE IN SESSION UNTIL NOON AND TAKE AN HOUR FOR LUNCH AND THEN

05:01PM  25   THE REMAINDER OF THE DAY UNTIL 5:00.

08:15AM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,                )   CV-14-5344-BLF
                                    )
               PLAINTIFF,           )   SAN JOSE, CALIFORNIA
                                    )
        VS.                         )   NOVEMBER 29, 2016
                                    )
ARISTA NETWORKS, INC.,              )   VOLUME 4
                                    )
               DEFENDANT            )   PAGES 534-819
                                    )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:  DAVID A. NELSON
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    500 WEST MADISON STREET, SUITE 2450
                    CHICAGO, IL 60661


FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                    BY:  SEAN PAK
                    50 CALIFORNIA STREET, 22ND FLOOR
                    SAN FRANCISCO, CALIFORNIA  94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                          CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

08:42AM  1    ABOUT IN THE MOTION IN LIMINE HEARING.

08:42AM  2              THE COURT:  OKAY.

08:42AM  3              MR. NELSON:  AND I HAVE TO BE ABLE TO REFUTE THAT AS

08:42AM  4    WELL.

08:42AM  5              THE COURT:  ALL RIGHT.

08:42AM  6              MR. VAN NEST:  ALL I WAS GOING TO SAY, YOUR HONOR, IS

08:42AM  7    I THINK YOU HEARD THE OPENING BETTER THAN THEY DID.  WHAT I

08:42AM  8    SAID WAS THE ONLY CLAIM OF COPYING IS THE CLI.

08:42AM  9              THE COURT:  YES, THAT'S RIGHT.

08:42AM 10              MR. VAN NEST:  NOT ANY OF THE SOURCE CODE.  THAT'S

08:42AM 11    TRUE EVEN IN THE ITC.  YOU KNOW DARN WELL THEY COMBED THAT

08:42AM 12    SOURCE CODE TO SEE WHAT THEY COULD FIND AND THEY FOUND 0.  SO

08:42AM 13    ALL I TOLD THE JURORS WAS THAT THE ONLY CLAIM OF COPYING IN

08:42AM 14    THIS CASE IS AS TO THE CLI, NOT THE SOURCE CODE INSIDE THE

08:42AM 15    SWITCH, AND I WILL STAND BY THAT.

08:42AM 16       WE CAN CERTAINLY HAVE A DEBATE BEFORE THE CLOSING ARGUMENT

08:42AM 17    AS TO WHAT I CAN OR CAN'T SAY.  BUT FOR NOW THAT'S WHERE THE

08:42AM 18    RECORD STANDS AND THAT'S AN ABSOLUTELY TRUTHFUL STATEMENT AND I

08:43AM 19    HAD YOUR HONOR'S ADMONITIONS IN MIND THROUGHOUT THE OPENING.

08:43AM 20              THE COURT:  MR. FERRALL, AS WE GO THROUGH THIS BLOG

08:43AM 21    THOUGH THAT YOU ARE OBJECTING TO, AND SO --

08:43AM 22              MR. FERRALL:  THE BLOG, YOUR HONOR, IS -- THIS IS ALL

08:43AM 23    CIRCULAR TO THE DECLARATION.  THE ISSUE STARTS WITH THE

08:43AM 24    DECLARATION, AND I THINK THERE'S A BIT OF BOOT STRAPPING HERE

08:43AM 25    ABOUT THE BLOG AND TRYING TO CONTRADICT THE BLOG.  THE ONLY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:41AM  1    A.   I USED A COPY OF THE STANFORD SOURCE THAT I HAD PUT ASIDE

09:41AM  2    AS MY DEVELOPMENT FOR ROUTER SOFTWARE.  THAT WAS THE ORIGINAL

09:41AM  3    PIECE.  AND THEN MANY OF THESE WERE CREATED AFTER I LEFT

09:41AM  4    STANFORD, I WAS WORKING AT CISCO.

09:41AM  5    Q.   AND WHAT HAPPENED TO THE STANFORD VERSION OF THE CODE THAT

09:41AM  6    DID NOT INCLUDE THESE COMMAND EXPRESSIONS?

09:41AM  7    A.   I GAVE THAT BACK TO STANFORD.

09:41AM  8    Q.   AND JUST TO MAKE IT CLEAR YOU TALKED ABOUT THE DISPUTE WITH

09:41AM  9    STANFORD THAT HAPPENED.  WHAT HAPPENED IN TERMS OF RESOLVING

09:41AM  10   THAT DISPUTE?

09:41AM  11   A.   THE CEO AT THE TIME MET WITH STANFORD AND NEGOTIATED A

09:41AM  12   LICENSE FOR THE SOFTWARE THAT I HAD OTHERS HAD WRITTEN AT

09:41AM  13   STANFORD UNIVERSITY.  SO WE HAVE A PAID FOR LICENSE TO ALL THAT

09:42AM  14   WORK.

09:42AM  15   Q.   OKAY.  AND CAN YOU THINK OF SOMEBODY ELSE WHO MIGHT HAVE

09:42AM  16   WRITTEN SOME OF THE CODE THAT WAS LICENSED TO YOU UNDER THE

09:42AM  17   STANFORD AGREEMENT?

09:42AM  18   A.   BILL YEAGER WROTE THIS CODE.

09:42AM  19   Q.   AND WHAT TYPE OF CODE DID MR. YEAGER WRITE?

09:42AM  20   A.   HE WROTE SOMETHING CALLED AN ETHER TIP CODE OR TERMINAL

09:42AM  21   SERVER, AND HE HAD WRITTEN SOME ROUTING CODE THAT I TOTALLY

09:42AM  22   ENDED UP ARE REMOVING FROM THE TESTIMONY BECAUSE I WASN'T

09:42AM  23   INTERESTED IN IT.  AND THEN LATER ON I PUT IN ROUTING CODE OF

09:42AM  24   MY OWN AUTHORSHIP.

09:42AM  25   Q.   OKAY.  AND DID EACH OF THESE MULTIWORD COMMANDS AND THE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:20AM  1   A.  YES.

11:20AM  2   Q.  SO AGAIN THIS IS THE SAME DOCUMENT MR. SILBERT WAS ASKING

11:20AM  3   YOU ABOUT, IT SAYS LOCAL ADDRESS, DO YOU SEE THAT?

11:20AM  4   A.  YES.

11:20AM  5   Q.  DID YOU USE LOCAL ADDRESS TO DEFINE THE INTERNET PROTOCOL

11:20AM  6   WHEN YOU WERE COMING UP WITH YOUR COMMANDS?

11:21AM  7   A.  NO.

11:21AM  8   Q.  OKAY.  AND LOCAL -- AND IF YOU GO DOWN A LITTLE BIT FURTHER

11:21AM  9   THERE'S ANOTHER PARAGRAPH, CARE MUST BE TAKEN IN MAPPING

11:21AM  10  INTERNET ADDRESSES TO LOCAL NET ADDRESSES, DO YOU SEE THAT?

11:21AM  11  A.  YES.

11:21AM  12  Q.  AND AGAIN, DID YOU USE THE PHRASE LOCAL NET ADDRESSES WHEN

11:21AM  13  COMING UP WITH YOUR IP RELATED ADDRESS COMMANDS?

11:21AM  14  A.  NO.

11:21AM  15  Q.  LET'S LOOK AT SOME MORE.  SO THIS IS ON 31567, WHICH IS

11:21AM  16  PAGE 11.  DO YOU SEE THAT THIS IS AN EXAMPLE OF AN INTERNET

11:21AM  17  DATA GRAM HEADER?

11:21AM  18  A.  YES, I DO.

11:21AM  19  Q.  AND YOU EXPLAIN TO THE JURY WHAT THAT MEANS, WHAT IS AN

11:21AM  20  INTERNET DATA GRAM HEADER THAT'S AT THE BOTTOM?

11:21AM  21  A.  SO WHEN YOU ARE SENDING DATA USING THE INTERNET PROTOCOL,

11:22AM  22  THERE'S INFORMATION, I REFER TO LIKE THE ADDRESS ON AN ENVELOPE

11:22AM  23  OR SOMETHING LIKE THAT.  THIS IS SORT OF THE FORMAL HEADER ON

11:22AM  24  THE ENVELOPE, IF YOU WILL, SORT OF THE LEADING PIECE OF

11:22AM  25  INFORMATION THAT AN IP ROUTER WOULD ACTUALLY LOOK IN TO MAKE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:22AM  1    FORWARDING DECISIONS.

11:22AM  2    Q.   AND LET'S SEE HOW THIS INDUSTRY DOCUMENT TALKED ABOUT THE

11:22AM  3    ADDRESSES THAT ARE USED IN THIS INTERNET DATA GRAM HEADER.

11:22AM  4        MR. FISHER, CAN YOU HIGHLIGHT SOURCE ADDRESS, THEN CAN YOU

11:22AM  5    ALSO HIGHLIGHT DESTINATION ADDRESS.

11:22AM  6        AGAIN, MR. LOUGHEED, DID YOU USE THE PHRASES, SOURCE

11:22AM  7    ADDRESS AND DESTINATION ADDRESS WHEN YOU WERE COMING UP WITH

11:22AM  8    THE IP ADDRESS COMMANDS

11:22AM  9    A.   NO.

11:22AM  10   Q.   OKAY.  LET'S GO THROUGH SOME MORE EXAMPLES.  THIS IS

11:22AM  11   PAGE 23.  AND THIS IS 31579.  AND IF YOU ZERO IN ON INTERNET

11:23AM  12   HEADER, IN THE MIDDLE OF PAGE 23, AND AGAIN, SIR, DID YOU USE

11:23AM  13   THE PHRASE INTERNET HEADER OR INTERNET HEADER PADDING IN COME

11:23AM  14   OF YOUR COMMANDS RELATED TO IP ADDRESSING?

11:23AM  15   A.   NO.

11:23AM  16   Q.   ONE LAST EXAMPLE FROM THIS DOCUMENT.  LET'S LOOK AT

11:23AM  17   PAGE 32, WHICH IS 31588.

11:23AM  18       IF YOU COULD BLOW UP THE MIDDLE SECTION THERE, MR. FISHER.

11:23AM  19       CAN YOU -- DO YOU SEE THAT IT SAYS SRC, EQUALS SOURCE

11:23AM  20   ADDRESS.  DST, EQUALS DESTINATION ADDRESS.  DO YOU SEE THAT?

11:23AM  21   A.   YES.

11:23AM  22   Q.   AND AGAIN, YOU DIDN'T USE THE ACRONYMS SRC, OR DST, EVEN

11:24AM  23   THOUGH THEY ARE DESCRIBED IN THIS DOCUMENT WHEN YOU WERE COMING

11:24AM  24   UP WITH THE IP ADDRESS RELATED COMMANDS, CORRECT?

11:24AM  25       MR. SILBERT:  OBJECT TO THE LEADING, YOUR HONOR.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:24AM  1          MR. PAK:  LET ME ASK IT THIS WAY.

11:24AM  2     Q.  YOU DIDN'T USE SRC, AND DST WHEN COMING UP WITH THE IP

11:24AM  3     ADDRESS COMMANDS?

11:24AM  4     A.  NO, I DID NOT.

11:24AM  5     Q.  STEP BACK ONE PAGE, MR. FISHER.  IF YOU CAN BLOW UP THE

11:24AM  6     SECTION THAT SAYS 3.3, INTERFACES.

11:24AM  7          I WANT YOU TO READ INTO THE RECORD, MR. LOUGHEED, WHAT THE

11:24AM  8     ACTUAL DOCUMENT SAYS ABOUT INTERFACE AND USER INTERFACES.

11:24AM  9     A.  YES.  THE FUNCTIONAL DESCRIPTION OF USER INTERFACES TO IP

11:24AM 10     IS, AT BEST, FICTIONAL, SINCE EVERY OPERATING SYSTEM WILL HAVE

11:24AM 11     DIFFERENT FACILITIES.

11:24AM 12          CONSEQUENTLY, WE MUST WARN READERS THAT DIFFERENT IP

11:25AM 13     IMPLEMENTATIONS MAY HAVE DIFFERENT USER INTERFACES.  HOWEVER,

11:25AM 14     ALL IP'S MUST PROVIDE A CERTAIN MINIMUM SET OF SERVICES TO

11:25AM 15     GUARANTEE THAT ALL IP IMPLEMENTATIONS CAN SUPPORT THE SAME

11:25AM 16     PROTOCOL HIERARCHY.  THIS SECTION SPECIFIES THE FUNCTIONAL

11:25AM 17     INTERFACES REQUIRED OF ALL IP IMPLEMENTATIONS.

11:25AM 18     Q.  AND LET'S PAUSE YOU THERE.  AND AGAIN, FOR THE JURY THIS IS

11:25AM 19     PAGE 31 OF 6944; IS THAT CORRECT?

11:25AM 20     A.  YES.

11:25AM 21     Q.  OKAY.  SO CAN YOU DESCRIBE FOR THE JURY WHAT THE DIFFERENCE

11:25AM 22     IS BETWEEN USER INTERFACES AND FUNCTIONAL INTERFACES?

11:25AM 23     A.  SO THE FUNCTIONAL INTERFACE THAT IP, AS DEFINED BY THE

11:25AM 24     STANDARDS IS, YOU NEED TO EXCHANGE DATA GRAMS THAT HAVE THIS

11:26AM 25     PARTICULAR FORMAT, THE DATA IS ARRANGED IN A PARTICULAR WAY,

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:26AM 1    AND IF DATA IS RECEIVED WITH PARTICULAR SET, A VALUE SET, THAT

11:26AM 2    THE SYSTEM SHOULD REACT ACCORDING TO WHAT THE PROTOCOL SAYS,

11:26AM 3    WHAT THE STANDARD SAYS.

11:26AM 4        WHEN IT COMES TO USER INTERFACES, THEY ARE SILENT ON HOW TO

11:26AM 5    DO USER INTERFACES, THAT IS UP TO EACH, EACH COMPANY OR EACH

11:26AM 6    PERSON THAT IMPLEMENTS THOSE FUNCTIONAL REQUIREMENTS.

11:26AM 7        ONE WAY IS YOU COULD DO A COMMAND-LINE INTERFACE TO GO AND

11:26AM 8    DO THIS STUFF, YOU COULD HAVE A GUI THAT MONITORS AND

11:26AM 9    CONFIGURES THE FUNCTIONAL STUFF.  OR YOU COULD, YOU KNOW, HAVE,

11:26AM 10    AS I DESCRIBED, A MENU-BASED SYSTEM THAT WOULD DO IT.

11:26AM 11        AND THE DOCUMENTS, THE INTERNET PROTOCOL SPECIFICATION IS

11:27AM 12    SILENT ON ACTUALLY HOW THE USER INTERFACE LOOKS.  THAT'S UP TO

11:27AM 13    THE PEOPLE THAT MANUFACTURE THE STUFF.

11:27AM 14    Q.  YOU HAVE BEEN IN THE INDUSTRY FOR 30 YEARS PLUS, CORRECT?

11:27AM 15    A.  YES.

11:27AM 16    Q.  YOU MENTION THAT YOU ALSO WERE PART OF THE BEGINNINGS OF

11:27AM 17    THE BGP PROTOCOL THAT WAS RATIFIED BY THE INDUSTRY STANDARD

11:27AM 18    ORGANIZATIONS, CORRECT?

11:27AM 19    A.  YES.

11:27AM 20    Q.  NOW IN ALL OF YOUR EXPERIENCE, ARE YOU AWARE OF ANY

11:27AM 21    INDUSTRY STANDARDS ORGANIZATION THAT HAS RATIFIED A STANDARD OR

11:27AM 22    AN INDUSTRY STANDARD FOR A COMMAND-LINE INTERFACE FOR

11:27AM 23    NETWORKING EQUIPMENT?

11:27AM 24    A.  THERE IS NO SUCH THING.

11:27AM 25    Q.  AND AGAIN, MR. SILBERT ASKED YOU SOME QUESTIONS OF SOME

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:27AM  1    DOCUMENTS WHERE PHRASES LIKE INDUSTRY STANDARD AND DE FACTO

11:27AM  2    STANDARD WERE USED, DO YOU RECALL THAT?

11:27AM  3    A.  I RECALL THAT.

11:27AM  4    Q.  BUT THOSE WERE NOT YOUR WORDS, CORRECT?

11:27AM  5    A.  THOSE ARE NOT MY WORDS.

11:27AM  6    Q.  AND SITTING HERE TODAY, YOU DON'T KNOW WHAT THE AUTHORS OF

11:27AM  7    THOSE WORDS MEANT WHEN THEY USED THEM IN THAT CONTENT?

11:27AM  8            MR. SILBERT:  OBJECTION TO THE LEADING.

11:28AM  9    BY MR. PAK:

11:28AM  10    Q.  DO YOU KNOW, SIR, WHAT THOSE AUTHORS MEANT WHEN THEY USED

11:28AM  11    THOSE PHRASES?

11:28AM  12    A.  I DON'T KNOW WHAT THEY MEANT.

11:28AM  13    Q.  AND LET'S LOOK AT ONE OF THOSE DOCUMENTS, 7996, WHICH

11:28AM  14    MR. SILBERT USED.

11:28AM  15        IF YOU GO TO THE SECOND PAGE OF THAT, MR. FISHER.

11:28AM  16        THIS WAS THAT CISCO LIVE CONFERENCE, DO YOU RECALL THAT?

11:28AM  17    A.  YES, I RECALL THIS DOCUMENT.

11:28AM  18    Q.  IT SAYS JOSEPH J. RINEHART, MBA, IT SAYS SENIOR EDUCATION

11:28AM  19    SPECIALIST AT CISCO SYSTEMS, THAT'S THE PERSON WHO AUTHORED

11:28AM  20    THIS PRESENTATION?

11:28AM  21    A.  YES.

11:28AM  22    Q.  HAVE YOU HEARD OF MR. JOSEPH J. RINEHART UNTIL TODAY?

11:28AM  23    A.  I HAVE NOT HEARD OF HIM.

11:28AM  24    Q.  IS HE AN EXECUTIVE IN THE COMPANY?

11:28AM  25    A.  NO.

635

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:28AM 1    Q.   TO YOUR KNOWLEDGE IS HE A CISCO FELLOW?

11:28AM 2    A.   NO.

11:28AM 3    Q.   DO YOU HAVE ANY IDEA WHAT A SENIOR EDUCATION SPECIALIST

11:28AM 4    DOES AT CISCO?

11:28AM 5    A.   PERHAPS THEY PRODUCE SLIDE DECKS.  I DON'T KNOW.

11:29AM 6    Q.   BUT THERE WERE LOTS OF QUESTIONS IN YOUR CROSS-EXAMINATION

11:29AM 7    ABOUT, WELL, OTHER PEOPLE ARE DOING THIS, OTHER PEOPLE ARE

11:29AM 8    DOING THAT, DO YOU RECALL THAT FROM MR. SILBERT?

11:29AM 9    A.   I RECALL THAT.

11:29AM 10   Q.   JUST TO MAKE IT CLEAR, ARE YOU AWARE OF ANYONE AT -- THAT

11:29AM 11   HAD DONE ANY OF THE MULTIWORD COMMANDS THAT WE ARE ASSERTING IN

11:29AM 12   THIS CASE PRIOR TO YOUR ORIGINATION OF THOSE COMMANDS?

11:29AM 13   A.   I'M NOT AWARE OF -- I WAS THE AUTHOR, I WAS THE CREATOR OF

11:29AM 14   THOSE MULTIWORD COMMANDS.

11:29AM 15   Q.   AND JUST TO BE CLEAR, THERE WERE SOME QUESTIONS ABOUT,

11:29AM 16   AGAIN, A LATER DECK MANUAL WHERE THEY WERE ASKING YOU QUESTIONS

11:29AM 17   AS TO, YOU KNOW, THIS IS 1993, HAS SOME COMMANDS THAT LOOK

11:29AM 18   SIMILAR TO THE COMMANDS THAT CISCO DID; DO YOU RECALL THOSE

11:29AM 19   LINES OF QUESTIONS?

11:29AM 20   A.   I DO RECALL THAT.

11:29AM 21   Q.   AND YOU SAID WELL, THE 1993 THAT CISCO OFFERED WAS THE

11:29AM 22   EARLIEST DATE FOR WHICH WE HAD EVIDENCE THAT CERTAIN COMMANDS

11:29AM 23   WERE ADDED TO THE CISCO SYSTEM, DO YOU RECALL THAT?

11:29AM 24   A.   I DID SAY THAT.

11:30AM 25   Q.   AND THEN YOU SAID, BUT IT'S MY RECOLLECTION THAT MANY OF

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:30AM  1   THESE COMMANDS WERE CREATED MUCH EARLIER IN TIME, DO YOU RECALL

11:30AM  2   THAT TESTIMONY?

11:30AM  3   A.  YES.

11:30AM  4   Q.  AND CAN YOU GIVE A SENSE TO THE JURY AS TO THE TIME PERIOD

11:30AM  5   WHEN MANY OF THESE COMMANDS THAT WERE ASKED BY YOU WOULD HAVE

11:30AM  6   BEEN CREATED?

11:30AM  7   A.  WHICH --

11:30AM  8   Q.  FOR EXAMPLE THE BGP SET OF COMMANDS.

11:30AM  9   A.  IN JANUARY OF 1989 YAKOV REKHTER OF IBM AND I COLLABORATED

11:30AM 10   ON DESIGNS A NETWORK PROTOCOL CALLED BGP.  THE INTERNET WAS

11:30AM 11   HAVING TOO MANY NETWORKS FOR THE EXISTING PROTOCOLS TO HANDLE

11:30AM 12   SO WE NEEDED TO CREATE SOMETHING NEW.

11:30AM 13       AND WE HAD MET AT A CONFERENCE.  WE SKETCHED IT ON TWO

11:30AM 14   COPIES OF NAPKINS.  I TOOK ONE OF THOSE COPIES, YAKOV TOOK THE

11:30AM 15   OTHER.  HE WENT BACK TO IBM, I WENT BACK TO CISCO AND WE

11:30AM 16   CREATED THE FIRST BGP IMPLEMENTATION, INCLUDING THE COMMANDS TO

11:31AM 17   SOME OF THE FUNDAMENTAL COMMANDS TO MONITOR THAT STUFF.

11:31AM 18       SO WITHIN A FEW MONTHS WE ACTUALLY HAD THE VERY FIRST TWO

11:31AM 19   IMPLEMENTATIONS TALKING TO ONE ANOTHER, AND SHORTLY THEREAFTER

11:31AM 20   WE PUBLISHED THE FIRST -- THE FIRST DOCUMENT THAT SORT OF

11:31AM 21   DEFINED THE PROTOCOL SO THAT OTHERS COULD LOOK AT IT AND COME

11:31AM 22   UP WITH THEIR OWN IMPLEMENTATIONS.  AND WITHIN SIX MONTHS THERE

11:31AM 23   WAS ANOTHER IMPLEMENTATION AND PEOPLE -- PEOPLE HAVE BEEN ABLE

11:31AM 24   TO CREATE -- BGP IS NOW A FOUNDATIONAL PROTOCOL IN THE INTERNET

11:31AM 25   Q.  AND JUST TO BE CLEAR, YOU WERE ONE OF THE FIRST OR YOU WERE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:31AM  1    ONE OF THE TWO COAUTHORS OF THAT WHOLE PROTOCOL; IS THAT

11:31AM  2    CORRECT?

11:31AM  3    A.  YES.

11:31AM  4    Q.  AND I WANT TO NOW, MR. FISHER, GO TO THE SLIDE THAT TALKS

11:31AM  5    ABOUT MODES AND PROMPTS.

11:32AM  6         YES.  WE WILL START HERE.  SO DO YOU RECALL THAT MR.

11:32AM  7    SILBERT ASKED YOU ABOUT THE MODES AND PROMPTS, AND HE FOCUSED

11:32AM  8    YOUR ATTENTION ON THE USER AND PRIVILEGE EXEC MODES, DO YOU

11:32AM  9    RECALL THOSE QUESTIONS?

11:32AM  10   A.  YES.

11:32AM  11   Q.  BUT YOU UNDERSTAND, SIR, THAT CISCO IS NOT CLAIMING THE

11:32AM  12   PROTECTION OVER INDIVIDUAL MODES?

11:32AM  13   A.  CORRECT.

11:32AM  14   Q.  AND YOU UNDERSTAND THAT CISCO IS CLAIMING PROTECTION OVER

11:32AM  15   THE COMBINATION OF ALL FOUR MODES AND THE ASSOCIATED PROMPTS IN

11:32AM  16   THIS CASE; DO YOU UNDERSTAND THAT?

11:32AM  17   A.  YES, THAT'S MY UNDERSTANDING.

11:32AM  18   Q.  AND LET'S LOOK AT THOSE ALL FOUR MODES, PARTICULARLY GLOBAL

11:32AM  19   CONFIGURATION MODE AND THE INTERFACE MODE.

11:32AM  20        CAN YOU REMIND THE JURY AGAIN WHAT THOSE MODES WERE?

11:32AM  21   A.  THE GLOBAL CONFIGURATION MODE WAS SOMETHING THAT I CREATED

11:32AM  22   WHEN I NEEDED TO BE ABLE TO LOAD CONFIGURATION COMMANDS INTO

11:32AM  23   THE SYSTEM INTERACTIVELY.

11:32AM  24        PREVIOUSLY THERE HAD BEEN, WE WOULD PUT THEM IN A FILE, WE

11:32AM  25   WOULD DOWNLOAD THEM OVER THE NETWORK, AND THAT WORKED JUST

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:33AM  1    FINE, IN CERTAIN SITUATIONS.  BUT IF I WAS AT A TRADE SHOW OR

11:33AM  2    AT A CUSTOMER SITE THAT DIDN'T HAVE THAT INFRASTRUCTURE IN

11:33AM  3    PLACE, I NEEDED SOME WAY TO BE ABLE TO GO IN TO THE TERMINAL

11:33AM  4    AND TYPE THESE COMMANDS AND ENTER THEM THAT WAY.  AND THAT'S

11:33AM  5    HOW I ENDED UP CREATING THE GLOBAL CONFIGURATION MODE.

11:33AM  6    Q.    AND DO YOU REMEMBER TALKING ABOUT THE INTERFACE MODE, YOU

11:33AM  7    TALKED ABOUT THAT BEING ABLE TO REMEMBER THINGS, CAN YOU

11:33AM  8    DESCRIBE WHAT THAT MODE IS?

11:33AM  9    A.    I THINK I TALKED EXTENSIVELY ABOUT THAT, BUT THAT IS

11:33AM  10   BASICALLY MY REALIZATION VERY EARLY AT CISCO THAT WE WERE GOING

11:33AM  11   TO HAVE ALL SORTS OF DIFFERENT PARAMETERS THAT WE WANTED TO

11:33AM  12   CONFIGURE ON AN INTERFACE.  AND ONE LONG COMMAND OR A SERIES OF

11:33AM  13   COMMANDS WAS -- DIDN'T PARTICULARLY APPEAL TO ME.  SO I CREATED

11:33AM  14   A MODE WHERE YOU COULD SAY INTERFACE, THE INTERFACE NAME, AND

11:33AM  15   IT REMEMBERED THAT.  AND THEN YOU COULD TYPE WHAT ARE CALLED

11:34AM  16   INTERFACE-SPECIFIC COMMANDS, SUBCOMMANDS UNDERNEATH THAT.

11:34AM  17        AND WHEN YOU TYPED IN A COMMAND THAT WAS NOT AN INTERFACE

11:34AM  18   SPECIFIC COMMAND, IT WOULD POP BACK TO THE GLOBAL CONFIGURATION

11:34AM  19   LEVEL

11:34AM  20   Q.    SO AGAIN JUST TO REMIND THE JURY, WHO CREATED THE GLOBAL

11:34AM  21   CONFIGURATION AND INTERFACE MODES?

11:34AM  22   A.    I DID.

11:34AM  23   Q.    WERE YOU AWARE OF ANY OTHER COMPANY OR ORGANIZATION THAT

11:34AM  24   HAD THOSE TWO PARTICULAR MODES AND THE ASSOCIATED PROMPTS?

11:34AM  25   A.    I WAS TOTALLY AWARE OF ANY COMPANY THAT HAD ANYTHING LIKE

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:34AM  1    THAT.

11:34AM  2    Q.   SO IF I LOOK AT THE COLLECTION OF ALL FOUR MODES AND

11:34AM  3    PROMPTS HERE, ARE YOU AWARE OF ANY OTHER COMPANY IN THE WORLD

11:34AM  4    THAT HAD DONE THIS COMBINATION OF MODES AND PROMPTS BEFORE YOU

11:34AM  5    DID IT?

11:34AM  6    A.   NO.

11:34AM  7    Q.   LASTLY, I WANT TO TALK BRIEFLY ABOUT STANFORD, THERE WERE

11:34AM  8    SOME QUESTIONS.

11:34AM  9         JUST TO REMIND THE JURY AGAIN, ALL DISPUTES WITH RESPECT TO

11:34AM  10   STANFORD, WHAT HAPPENED TO THOSE DISPUTES; DO YOU RECALL WHAT

11:34AM  11   HAPPENED?

11:34AM  12   A.   WE NEGOTIATED A LICENSE -- WE NEGOTIATED AND PAID FOR A

11:35AM  13   LICENSE OF THAT SOFTWARE.

11:35AM  14   Q.   AND YOU UNDERSTAND THAT THERE'S AN EXCLUSIVE LICENSE TO

11:35AM  15   CISCO FOR ALL THE WORK THAT WAS DONE AT STANFORD RELATED IOS?

11:35AM  16   A.   YES.

11:35AM  17   Q.   AND CAN YOU BRIEFLY DESCRIBE FOR THE JURY THE TYPE OF

11:35AM  18   RELATIONSHIP THAT CISCO AND STANFORD HAS TODAY AND HAS HAD FOR

11:35AM  19   THE LAST 20 YEARS OR SO?

11:35AM  20   A.   IT'S A VERY FRIENDLY CORDIAL RELATIONSHIP.  ACTUALLY SINCE

11:35AM  21   2001 OR 2002, THE -- JOHN HENNESSY WHO WAS THE PRESIDENT OF

11:35AM  22   STANFORD UNIVERSITY JUST UP UNTIL THE LAST YEAR IS STILL ON OUR

11:35AM  23   BOARD OF DIRECTORS.

11:35AM  24        MR. PAK:  THANK YOU, YOUR HONOR.  I WILL PASS THE

11:35AM  25   WITNESS.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:48AM  1    A.   I HAVE -- I HAVE BEEN ON THE PARSER-POLICE MAILING LIST

11:48AM  2    PROVIDING FEEDBACK.  I HAVE DEVELOPED A COMMAND MYSELF AND GOT

11:48AM  3    FEEDBACK FROM THE PARSER-POLICE, AND I DEVELOPED A DOCUMENT

11:48AM  4    CALLED THE PARSER-POLICE MANIFESTER.

11:48AM  5    Q.   ALL RIGHT.  SO LET'S TALK ABOUT THE PARSER-POLICE

11:48AM  6    MANIFESTER.

11:48AM  7         CAN YOU TELL ME WHAT THE PARSER-POLICE MANIFESTER IS?

11:48AM  8    A.   THE PARSER-POLICE MANIFESTER IS A DOCUMENT THAT I AUTHORED

11:48AM  9    WHICH PROVIDES A SET OF GUIDELINES TO ENGINEERS ABOUT THE

11:48AM  10   CONTENTS OR THE WAY THEY SHOULD DEVELOP THE USER INTERFACE, THE

11:48AM  11   COMMAND-LINE INTERFACE TO CISCO PRODUCTS.

11:48AM  12   Q.   AND WHEN DID YOU AUTHOR THAT DOCUMENT?

11:48AM  13   A.   SOME TIME IN THE LATE 1990'S.

11:48AM  14   Q.   DO YOU KNOW WHETHER THAT'S A DOCUMENT THAT'S BEEN

11:48AM  15   MAINTAINED AT CISCO?

11:48AM  16   A.   IT HAS.  IT GETS PERIODICALLY REVISED AND THERE IS A

11:49AM  17   CURRENT VERSION IN OUR DOCUMENT CONTROL SYSTEM THAT YOU CAN

11:49AM  18   PULL UP.

11:49AM  19   Q.   HOW ABOUT -- IS IT SOMETHING THAT'S EVER REFERRED TO?

11:49AM  20   A.   A LOT OF INTERNAL PROCESSES REFER TO USING THE

11:49AM  21   PARSER-POLICE AND -- THE PARSER-POLICE MANIFESTER IS KEY TO

11:49AM  22   UNDERSTANDING HOW TO BEST USE THE PARSER-POLICE DISCUSSION

11:49AM  23   GROUP.

11:49AM  24   Q.   SO I WANT TO TURN TO THAT IN A MINUTE.  THE TERM POLICE,

11:49AM  25   THAT KIND OF TO ME, THAT'S AUTHORITY, RIGHT?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:49AM  1    A.   YOU WOULD THINK SO.  BUT IT'S ACTUALLY NOT AN AUTHORITY.

11:49AM  2    IT IS A DISCUSSION GROUP.  IT'S MORE OF AN ADVICE GROUP.

11:49AM  3    Q.   AND WHAT DO YOU MEAN BY THAT?  GIVE ME AN EXAMPLE?

11:49AM  4    A.   SO THE -- AN ENGINEER COMING UP WITH A NEW COMMAND WILL

11:49AM  5    PROPOSE THE SYNTAX TO THE PARSER-POLICE FOR FEEDBACK.  AND

11:49AM  6    THERE ARE A GROUP OF VOLUNTEERS WHO STAFF THIS LIST WHO PROVIDE

11:50AM  7    FEEDBACK BASED ON WHAT THEY BELIEVE ARE BEST PRACTICES.

11:50AM  8         AND THE DISCUSSIONS, AS YOU CAN IMAGINE, WE'VE GOT

11:50AM  9    EMPOWERED, OPINIONATED AND SMART ENGINEERS, THEY MAY NOT REACH

11:50AM  10   A CONCLUSION THAT EVERYBODY AGREES WITH.  BUT THE POINT IS IT'S

11:50AM  11   A SET OF FEEDBACK.

11:50AM  12        AND AT THE END OF THE DAY, THE ENGINEER WRITING THE COMMAND

11:50AM  13   HAS THE SAY OF HOW IT GOES INTO THE CODE, HOW THE COMMAND GETS

11:50AM  14   WRITTEN.

11:50AM  15   Q.   SO LET ME TURN TO -- OR HAVE YOU TURN TO, I GAVE YOU THE

11:50AM  16   BINDER, WE SHOULD USE IT.  EXHIBIT 851 SHOULD BE BEHIND A TAB

11:50AM  17   THERE.

11:50AM  18   A.   I HAVE IT.

11:50AM  19   Q.   DO YOU SEE THAT?

11:50AM  20   A.   I DO.

11:50AM  21   Q.   DO YOU RECOGNIZE THIS DOCUMENT?

11:50AM  22   A.   I DO.

11:50AM  23   Q.   AND CAN YOU TELL US WHAT IT IS?

11:50AM  24   A.   THIS IS ONE OF THE EARLY VERSIONS OF THE PARSER-POLICE

11:51AM  25   MANIFESTER.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:51AM  1    Q.   IS THIS A DOCUMENT THAT YOU AUTHOR?

11:51AM  2    A.   THIS IS A DOCUMENT THAT I AUTHORED.

11:51AM  3           MR. NELSON:  SO YOUR HONOR, AT THIS POINT I MOVE FOR

11:51AM  4    ADMISSION OF EXHIBIT 851 INTO EVIDENCE.

11:51AM  5           THE COURT:  ANY OBJECTION?

11:51AM  6           MR. FERRALL:  NO OBJECTION.

11:51AM  7           THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

11:51AM  8       (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 851, HAVING BEEN

11:51AM  9    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:51AM 10    EVIDENCE.)

11:51AM 11           MR. NELSON:  ALL RIGHT.  SO LET'S GO -- WELL, WE

11:51AM 12    MIGHT AS WELL START AT THE BEGINNING.

11:51AM 13    Q.   THERE'S A SECTION THERE CALLED PURPOSE, DO YOU SEE THAT?

11:51AM 14    A.   YES.

11:51AM 15    Q.   CAN YOU TELL US WHAT THIS IS?

11:51AM 16    A.   THIS IS TO INTRODUCE PEOPLE WHO HAVE NOT ENCOUNTERED THE

11:51AM 17    PARSER-POLICE DISCUSSION GROUP BEFORE TO UNDERSTAND WHAT THE

11:51AM 18    PURPOSE OF THE MAILING LIST IS.

11:51AM 19    Q.   SO I WANT TO HIGHLIGHT A LITTLE BIT HERE WHERE IT SAYS, TO

11:51AM 20    ENSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF THE

11:51AM 21    CONFIGURATION INTERFACE TO CISCO IOS; DO YOU SEE THAT?

11:51AM 22    A.   YES.

11:51AM 23    Q.   SO WHAT DID YOU MEAN BY THAT, WHAT WERE YOU TRYING TO

11:52AM 24    CONVEY?

11:52AM 25    A.   NO, THERE'S A CERTAIN AESTHETIC TO THE DESIGN OF THE USER

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:52AM  1    INTERFACE, IT'S ARRANGED IN A HIERARCHY, THE WORDS SEND TO

11:52AM  2    APPEAR IN A SEQUENCE, AND THERE'S A SENSE OF HOW IT SHOULD BE,

11:52AM  3    AND WE -- WHEN IT WORKS WELL, WE SAY IT'S CONSISTENT, MEANING

11:52AM  4    THAT IT BEHAVES THE WAY YOU EXPECT AS YOU GO THROUGH IT.

11:52AM  5        IT'S USEABLE MEANING YOU CAN UNDERSTAND WHAT THE COMMANDS

11:52AM  6    MEAN, AND IT'S FRIENDLY, MEANING IT'S EASY TO USE AND NOT

11:52AM  7    CRAZY.

11:52AM  8    Q.   WHY DID YOU THINK THAT WAS IMPORTANT TO CONVEY TO THE

11:52AM  9    ENGINEERS THAT MIGHT BE COMING UP WITH COMMANDS?

11:52AM 10    A.   IF YOU'RE GENERATING A COMMAND, EVEN FOR THE FIRST TIME,

11:52AM 11    YOU MAY NOT HAVE ANY CONTEXT FOR THE COMMAND.  SO IT'S

11:52AM 12    IMPORTANT TO UNDERSTAND THAT THERE ARE ELEMENTS OF COMMAND

11:52AM 13    DEVELOPMENT THAT ARE IMPORTANT, INCLUDING BACKWARDS

11:52AM 14    COMPATIBILITY WITH WHAT EXISTS, THINKING ABOUT FUTURE

11:52AM 15    EXTENSIBILITY, CONSIDERING THE ENGINEER'S OWN PREFERENCES AND

11:53AM 16    THINKING ABOUT WHAT THE CUSTOMER MIGHT HAVE.  SO THESE ARE ALL

11:53AM 17    COMPETING CONCERNS.

11:53AM 18        SO YOU WANT TO LET THEM KNOW THAT THESE THINGS ARE

11:53AM 19    CONTAINED, I THINK, IN CONSISTENCY, USABILITY AND FRIENDLINESS.

11:53AM 20    Q.   AND ONE OF THE TERMS YOU USE THAT I HEARD A FEW TIMES IS

11:53AM 21    EXTENSIBILITY.

11:53AM 22    A.   YES.

11:53AM 23    Q.   CAN YOU TELL ME WHAT YOU MEAN BY THAT?

11:53AM 24    A.   WHEN FEATURES GET ADDED TO THE PRODUCT ALL THE TIME AND

11:53AM 25    THEY -- WHEN YOU ARE CREATING A COMMAND FOR THE FIRST TIME,

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:11PM  1    THERE?

01:11PM  2    A.   SO, ISDN IS A TECHNOLOGY, A DIGITAL COMMUNICATIONS

01:11PM  3    TECHNOLOGY.  AND THIS COMMAND, THE PERSON WRITING THE ISDN,

01:12PM  4    COMMAND CREATED TWO CHILDREN IN THE DBUG HIERARCHY,

01:12PM  5    SPECIFICALLY ISDN, Q931 AND ISDN Q921 WHICH ARE DIFFERENT

01:12PM  6    ASPECTS OF THE ISDN PROTOCOL.

01:12PM  7        AND WHAT THEY DID WAS THEY MADE EACH, EVEN -- THE BETTER

01:12PM  8    WAY TO HAVE DONE IT WOULD HAVE BEEN TO TAKE ISDN THE CHILD AND

01:12PM  9    INTRODUCE Q921 AND Q931 AS CHILDREN SO THAT THE HIERARCHY WOULD

01:12PM  10    BE GROUPED TOGETHER.

01:12PM  11        I RELATED ISDN COMMANDS, WOULD BE UNDER A HIERARCHY INSTEAD

01:12PM  12    OF A BROADER GROUP.  THIS WOULD MAKE THE ISDN COMMANDS EASIER

01:12PM  13    TO FIND IF THEY WERE GROUPED AS A HIERARCHY.

01:12PM  14    Q.   IS THAT THE CASE IN THE CISCO CLI?

01:12PM  15    A.   IT IS NOT.  IT IS NOT.

01:12PM  16        AGAIN, THE ENGINEER WAS ABLE TO USE THEIR OWN CREATIVITY

01:12PM  17    AND JUDGMENT IN MAKING THE COMMANDS, AND THE AESTHETIC WOULD

01:13PM  18    HAVE LEAD US TO SEPARATE OR TO THINK EXTENSIBLY WAS THE

01:13PM  19    GUIDELINE, THE GUIDELINE WOULD BE TO THINK EXTENSIBLY.  AND IN

01:13PM  20    THIS CASE I'M AFRAID IT WAS OVERLOOKED.

01:13PM  21    Q.   NOW I WANT TO TALK ABOUT ANOTHER ONE.  IF WE GO TO NUMBER

01:13PM  22    FOUR IN YOUR LIST WHICH IS ON THE NEXT PAGE?

01:13PM  23    A.   YES.

01:13PM  24    Q.   IT SAYS WATCH FOR COLLISIONS; DO YOU SEE THAT?

01:13PM  25    A.   I DO.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:13PM   1    Q.   CAN YOU EXPLAIN TO ME WHAT THAT IS?

01:13PM   2    A.   OKAY.  SO LET'S GO BACK TO THE COMMAND SHOW, FOR EXAMPLE.

01:13PM   3    THE COMMAND SHOW IS ONE OF THE MOST COMMON COMMANDS THAT WE

01:13PM   4    TYPE IN THE USER INTERFACE.

01:13PM   5    Q.   AND LET ME STOP YOU THERE.

01:13PM   6         WHEN YOU SAY THE USER INTERFACE, WHAT USER INTERFACE ARE

01:13PM   7    YOU REFERRING TO?

01:13PM   8    A.   THAT WOULD BE THE COMMAND-LINE INTERFACE.

01:13PM   9    Q.   FOR WHOM?

01:13PM  10    A.   THE CISCO DEVICES, THE CISCO IOS AND RELATED OPERATING

01:13PM  11    SYSTEMS.

01:13PM  12         THE SHOW COMMAND COULD BE ABBREVIATED AS SH, BECAUSE AS

01:14PM  13    LONG AS YOU TYPE ENOUGH CHARACTERS TO MAKE THE WORD UNIQUE, IT

01:14PM  14    WOULD BE ACCEPTED.

01:14PM  15         SO IF, FOR EXAMPLE, AN ENGINEER WANTED TO INTRODUCE A NEW

01:14PM  16    COMMAND, SHOW CASE, THIS WOULD CAUSE A PROBLEM.  THIS WOULD BE

01:14PM  17    A COLLISION BECAUSE NOW AN ENGINEER THAT WOULD TYPE SHOW WOULD

01:14PM  18    GET AN ERROR BECAUSE THE PARSER WOULD SAY WELL, I DON'T KNOW

01:14PM  19    WHETHER YOU MEAN SHOW OR SHOW CASE.

01:14PM  20         SIMILARLY, THE ABBREVIATED FORM SH, IF THEY CREATED A TOP

01:14PM  21    LEVEL COMMAND CALLED SHARE, NOW CUSTOMERS USED TO TYPING JUST

01:14PM  22    SH WOULD NOW GET AN ERROR SAYING WELL, I DON'T KNOW WHETHER YOU

01:14PM  23    MEAN SHOW OR SHARE.

01:14PM  24         THOSE ARE WHAT WE WOULD CALL COLLISIONS IN THE PARSER,

01:14PM  25    MEANING IT'S A POINT WHERE THE COMMAND CAN BE CONFUSED WITH

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:14PM 1    ANOTHER COMMAND BECAUSE THE LETTERS OVERLAP.

01:14PM 2        SO THIS WAS SOMETHING TO AVOID.

01:14PM 3    Q.   SO HOW WOULD THAT GO INTO THE COMMAND CREATION ITSELF, THAT

01:15PM 4    CONCEPT?

01:15PM 5    A.   THIS WOULD BE PART OF THE ENGINEER EXERCISING THEIR

01:15PM 6    JUDGMENT AND UNDERSTANDING THINKING ABOUT BOTH EXTENSIBILITY

01:15PM 7    AND BACKWARDS COMPATIBILITY WITH THE EXISTING COMMANDS IN THE

01:15PM 8    DEVICE.

01:15PM 9    Q.   DO YOU KNOW WHETHER THERE ARE ANY COLLISIONS IN THE CISCO

01:15PM 10   CLI?

01:15PM 11   A.   THERE ARE PROBABLY SOME BECAUSE IT'S -- THERE'S NO --

01:15PM 12   THERE'S NOBODY EXPLICITLY STOPPING -- THERE'S NOBODY THAT CAN

01:15PM 13   STOP AN ENGINEER FROM DOING THAT.

01:15PM 14   Q.   NOW I WANT TO MOVE ON TO ANOTHER ONE IN YOUR LIST, THE

01:15PM 15   NUMBER SIX.  DO YOU SEE THAT?

01:15PM 16   A.   YES.

01:15PM 17   Q.   CAN YOU TELL US WHAT YOU ARE TALKING ABOUT HERE.

01:15PM 18   A.   SO THE IDEA IS, AS A GUIDELINE, THE ENGINEER WHEN THEY ARE

01:16PM 19   CREATING A COMMAND, HAVE TO PICK WHERE THEY ARE IN THE

01:16PM 20   HIERARCHY, THINK EXTENSIBLY, AVOID COLLISIONS, BUT THEY ALSO

01:16PM 21   NEED TO THINK ABOUT WHAT WORD THEY CHOOSE.  AND THAT COULD BE A

01:16PM 22   MATTER OF SOME DEBATE.

01:16PM 23       AND THE ENCOURAGEMENT HERE WAS TO, WHEN PICKING WORDS, WHEN

01:16PM 24   IT MADE SENSE, THEY SHOULD PICK SOMETHING THAT THE INDUSTRY

01:16PM 25   WOULD RECOGNIZE.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:16PM  1      FOR EXAMPLE, THERE'S A CONCEPT CALLED MAXIMUM TRANSMISSION

01:16PM  2  UNIT WHICH IS THE LARGEST SIZE PACKET YOU CAN SEND.  SO THE

01:16PM  3  PROPER NAME IS MAXIMUM TRANSMISSION UNIT SO THAT COULD BE A

01:16PM  4  WORD, BUT SINCE MTU IS A RECOGNIZED ABBREVIATION, WE SUGGEST IF

01:16PM  5  YOU CAN PICK SOMETHING THAT'S RECOGNIZED, THAT WOULD BE BETTER

01:16PM  6  THAN PICKING SOMETHING THAT'S HARDER TO RECOGNIZE.

01:16PM  7  Q.   NOW IN YOUR ANSWER, YOU SAID THAT THE CHOICE, EVEN IN THIS

01:16PM  8  CONTEXT IS SOMEWHAT OPEN TO DEBATE.  CAN YOU TELL ME WHAT YOU

01:17PM  9  MEAN BY THAT?

01:17PM  10  A.   THE ENGINEER COULD -- IN THAT CASE THEY COULD PICK EITHER

01:17PM  11  ONE.  THEY COULD PICK A DIFFERENT WORD IF THEY THINK THAT

01:17PM  12  THEY'VE GOT A NEW CONCEPT OR THEY'VE GOT A DIFFERENT AUDIENCE

01:17PM  13  THAT WOULDN'T USE THAT LANGUAGE.

01:17PM  14      THERE ARE SITUATIONS WHERE CISCO'S CREATED TERMINOLOGY AND

01:17PM  15  INTRODUCED IT TO THE CLI WHEN THERE WASN'T SOMETHING IN THE

01:17PM  16  INDUSTRY THAT MADE SENSE.

01:17PM  17  Q.   NOW EVEN IN THE CONTEXT, YOU USED THE MAXIMUM TRANSMISSION

01:17PM  18  CONTEXT?

01:17PM  19  A.   YES.

01:17PM  20  Q.   I WANT TO GO BACK TO YOUR DISCUSSION JUST A MINUTE AGO

01:17PM  21  ABOUT THE HIERARCHY IN THE WORD SEQUENCE?

01:17PM  22  A.   YES.

01:17PM  23  Q.   COULD YOU CREATE A MAXIMUM OR MTU HIERARCHY?

01:17PM  24  A.   IN FACT, BACK WHEN CISCO ONLY SUPPORTED THE IP PROTOCOL,

01:17PM  25  THE PARENT COMMAND WAS MTU IN THE EARLY DAYS, THE COMMAND MTU

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:17PM 1    IS IN FACT A PARENT-LEVEL COMMAND.  BUT WHEN WE STARTED

01:18PM 2    INTRODUCING NEW PROTOCOLS, IPV6, IPX, APPLE TALK, WE REALIZED

01:18PM 3    THE MTU MIGHT BE DIFFERENT FOR THEM.

01:18PM 4        SO IN FACT, WE GOT RID OF MTU AS A TOP LEVEL KEY WORD AND

01:18PM 5    INSTEAD USED A NEW TOP LEVEL KEY WORD FOR THE PROTOCOL, IP OR

01:18PM 6    IPV6, AND THEN MADE MTU IN THAT CASE, THE CHILD OF THAT

01:18PM 7    COMMAND.

01:18PM 8        SO IN FACT, YES, THERE ARE CASES WHERE YOU NEED TO DECIDE

01:18PM 9    AS AN ENGINEER IF IT MAKES SENSE TO ADD A NEW NODE INTO THE

01:18PM 10   HIERARCHY, IT'S NOT JUST A MATTER OF PICKING THE WORDS BUT

01:18PM 11   PICKING THE LOGICAL PLACE TO PLACE THE WORDS IN THE HIERARCHY

01:18PM 12   Q.  SO THEN THE NEXT ONE DOWN, NUMBER SEVEN.  FIRST SENTENCE

01:18PM 13   THERE IS DO NOT USE CODE NAMES IN COMMANDS; DO YOU SEE THAT?

01:18PM 14   A.  YES.

01:18PM 15   Q.  AND WHAT ARE YOU REFERRING TO THERE?

01:18PM 16   A.  SOMETIMES WHEN DEVELOPING PRODUCTS AT CISCO, WE MAY HAVE

01:19PM 17   INTERNAL CODE NAMES FOR HARDWARE OR PROTOCOL.

01:19PM 18       AND BEFORE WE'VE DECIDED WHAT WE ARE GOING TO CALL THEM TO

01:19PM 19   THE PUBLIC, WE WOULD USE SOME OF THOSE INTERNAL CODE NAMES,

01:19PM 20   SOMETIMES THE CODE WOULD HAVE TO BE WRITTEN BEFORE THE PROPER

01:19PM 21   NAME WAS DECIDED.  SO SOMETIMES THE CODE NAMES WOULD BE IN THE

01:19PM 22   USER INTERFACE.

01:19PM 23       AND THIS WAS A REMINDER TO ENGINEERS, IF YOU USED A CODE

01:19PM 24   NAME, GO BACK AND MAKE SURE IT'S CHANGED TO SOMETHING OTHER

01:19PM 25   THAN A CODE NAME BEFORE IT GETS TO CUSTOMERS.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:19PM 1   Q.   SO NOW I WANT TO GO TO THE LAST ONE ON YOUR LIST, NUMBER

01:19PM 2   TEN.  IT SAYS COMMAND SHOULD TEND TO BE SELF EXPLANATORY SO

01:19PM 3   THAT A RELATIVELY KNOWLEDGEABLE USER CAN FIGURE OUT THE COMMAND

01:19PM 4   FUNCTION FROM THE MANUALS -- NO, I SKIPPED A LINE, SORRY.  THE

01:19PM 5   COMMAND FUNCTION FROM THE COMMAND AND ONLINE HELP WITHOUT

01:20PM 6   HAVING IT SCURRY OFF TO THE MANUALS; DO YOU SEE THAT?

01:20PM 7   A.   RIGHT.

01:20PM 8   Q.   CAN YOU TELL ME WHAT YOU MEANT THERE?

01:20PM 9   A.   SO PART OF THIS IS ABOUT, YOU KNOW, CHOOSING THE HIERARCHY,

01:20PM 10  GROUPING STUFF TOGETHER, EXERCISING JUDGMENT AND CREATIVITY,

01:20PM 11  AND ARRANGING LIKE CONCEPTS TOGETHER.

01:20PM 12      SO THE IDEA IS THAT LOOKING AT A COMMAND, YOU SHOULD BE

01:20PM 13  ABLE TO, BASED ON YOUR KNOWLEDGE OF THE DESIGN AESTHETIC, THE

01:20PM 14  HIERARCHY AND THE TYPICAL SEQUENCE AND ORGANIZATION OF COMMANDS

01:20PM 15  USED BY CISCO, THAT THE CUSTOMER COULD LOOK AT THAT COMMAND AND

01:20PM 16  FIGURE OUT BASED ON THEIR EXPERIENCE IN USING COMMANDS LIKE IT,

01:20PM 17  WHAT THAT COMMAND SHOULD DO.  IT'S A PRINCIPLE OF CONSISTENCY

01:20PM 18  AND USABILITY

01:20PM 19  Q.   SO THEN I WANT TO LOOK AT THE NEXT SENTENCE THERE.  IT

01:20PM 20  SAYS, WHAT CONSTITUTES SELF EXPLANATORY WILL VARY BY YOUR

01:20PM 21  TARGET AUDIENCE, SO BE PREPARED TO DEFEND THAT POINT; DO YOU

01:20PM 22  SEE THAT?

01:21PM 23  A.   I DO.

01:21PM 24  Q.   WHAT'S THAT REFERRING TO IN THE GUIDELINES?

01:21PM 25  A.   SO THE IDEA IS THAT, AGAIN, WE WANT TO HAVE THE COMMAND

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:33PM  1    Q.   AND THE GROUP THAT YOU ARE TALKING ABOUT, WHAT GROUP IS

01:33PM  2    THAT?

01:33PM  3    A.   THAT IS -- THAT WAS MYSELF AND MY FELLOW DESIGNER, SOLOMON

01:33PM  4    THE PEOPLE IN THE -- SOME FOLKS IN THE TECHNICAL SUPPORT GROUP

01:33PM  5    WHO WOULD HAVE TO SUPPORT THIS AND SOME FOLKS IN THE

01:33PM  6    DEVELOPMENT GROUP THAT WOULD BE DOING SOME OF THE CODING WORK.

01:33PM  7    Q.   NOW I WANT TO CHANGE GEARS A LITTLE BIT AND IF WE GO TO

01:33PM  8    SLIDE SEVEN, I WANT TO TALK ABOUT THE SHOW INVENTORY OUTPUT,

01:33PM  9    OKAY?

01:33PM 10    A.   YES.

01:33PM 11    Q.   FIRST TELL US WHAT THE SHOW INVENTORY OUTPUT WOULD BE?

01:33PM 12    A.   SO IN ADDITION TO WRITING THE SPECIFICATION FOR THE SHOW

01:34PM 13    INVENTORY COMMAND, WE ALSO WROTE THE SPECIFICATION FOR THE

01:34PM 14    OUTPUT AND WE WROTE THE HELP TEXT.

01:34PM 15        SO WHEN YOU TYPE THE COMMAND SHOW INVENTORY, IT PRODUCES

01:34PM 16    SOME TEXT OUTPUT SHOWING YOU THE INVENTORY OF THE BOX.  AND WE

01:34PM 17    HAD TO DESIGN THAT.

01:34PM 18    Q.   AND WHY IS THAT?

01:34PM 19    A.   THAT'S JUST WHAT WE DO.  THERE'S -- IT'S THE -- THE

01:34PM 20    INFORMATION THAT WE KNOW THAT WE NEED TO SHOW, THE DEVICE NAME,

01:34PM 21    THE PART NUMBER, THE VERSION NUMBER, THE SERIAL NUMBER, HAD TO

01:34PM 22    BE DISPLAYED TO THE CUSTOMER IN A WAY THAT WAS EASY TO READ,

01:34PM 23    EASY TO UNDERSTAND AND EASY TO PROCESS.

01:34PM 24    Q.   SO DID YOU CREATE THE OUTPUT FOR THE SHOW INVENTORY

01:34PM 25    COMMAND?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:34PM  1    A.   OUR TEAM DEVELOPED THE OUTPUT FOR THE SHOW INVENTORY

01:34PM  2    COMMAND.

01:34PM  3    Q.   AND DO YOU RECALL WHETHER THERE WERE RESTRICTIONS ON WHAT

01:34PM  4    THAT OUTPUT COULD BE?

01:34PM  5    A.   THERE WERE NO RESTRICTIONS.  WE HAD TOTAL FREEDOM IN HOW WE

01:35PM  6    MADE THE OUTPUT LOOK.

01:35PM  7    Q.   SO HOW IS IT THAT YOU MADE THE DECISION ON WHAT THAT OUTPUT

01:35PM  8    SHOULD BE?

01:35PM  9    A.   WE WENT THROUGH A COUPLE OF THINGS.  WE WOULD HAVE LIKED TO

01:35PM  10   HAVE EACH PART TO FIT ON A SINGLE LINE, BUT WE THOUGHT THAT

01:35PM  11   WOULD BE HARD TO READ IF IT WENT OVER 80 COLUMNS, SO WE

01:35PM  12   ACTUALLY MADE EVERY ITEM APPEAR ON THE TWO LINES.  WITH THE

01:35PM  13   FIRST LINE BEING THE NAME AND THE DEVICE AND THE DESCRIPTION

01:35PM  14   AND THE SECOND LINE BEING THE IMPORTANT INFORMATION, THE

01:35PM  15   VERSION AND THE SERIAL NUMBER.

01:35PM  16        THEN WE WOULD REPEAT THAT FOR EVERY DEVICE INCLUDED.

01:35PM  17        WE ALSO INCLUDED ALL OF THE TEXT IN QUOTES AND SEPARATED

01:35PM  18   THINGS WITH COLONS SO THAT IF PEOPLE WANTED TO PROCESS IT

01:35PM  19   AUTOMATICALLY WITH A PROGRAM OR A SCRIPT THEY WOULD EASILY BE

01:35PM  20   ABLE TO FIND THE EDGES OF EACH FIELD, THEY COULD SEPARATE EACH

01:35PM  21   INFORMATION FIELD EASILY.

01:35PM  22   Q.   OKAY.  SO YOU SAID SOMETHING THERE, PROCESS AUTOMATICALLY

01:36PM  23   WITH A SCRIPT?

01:36PM  24   A.   YES.

01:36PM  25   Q.   CAN YOU EXPLAIN TO US WHAT THAT IS?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:36PM 1    A.   SO ALTHOUGH SOME PEOPLE USE THE DEVICE BY SITTING ON A KEY

01:36PM 2    BOARD AND TYPING, TYPING INDIVIDUAL COMMANDS AND READING THE

01:36PM 3    OUTPUT, SOMETIMES THEY PROGRAM A COMPUTER TO CONNECT FOR THEM

01:36PM 4    ISSUE THE COMMANDS, READ THE OUTPUT, AND THEN EXTRACT THE

01:36PM 5    INFORMATION FROM THE OUTPUT.  THAT'S A WAY OF AUTOMATING THE

01:36PM 6    PROCESS.

01:36PM 7        SO RATHER THAN HAVING TO LOG IN AND TYPE AND TYPE AND TYPE,

01:36PM 8    SOME NETWORK ADMINISTRATORS WILL WRITE A PROGRAM, A SCRIPT

01:36PM 9    WHICH WILL THEN GO AND PERFORM A BUNCH OF FUNCTIONS, SEND

01:36PM 10   COMMANDS AND THEN INTERPRET THE OUTPUT.

01:36PM 11   Q.   SO WOULD THAT TYPE OF PROGRAM, THAT AUTOMATION YOU

01:36PM 12   DESCRIBED STILL USE THE CLI?

01:36PM 13   A.   YES, THE CLI IS ONE OF THE WAYS THAT AN AUTOMATION PROGRAM

01:36PM 14   WOULD ACCESS A CISCO DEVICE.

01:36PM 15   Q.   NOW I WANT TO MOVE ON A LITTLE BIT.  WE WILL GO TO SLIDE 8

01:37PM 16   HERE AND TALK ABOUT THE SHOW INVENTORY HELP DESCRIPTION.

01:37PM 17       DO YOU SEE THAT?

01:37PM 18   A.   YES.

01:37PM 19   Q.   AT THE TIME YOU WERE CREATING THE SHOW INVENTORY COMMAND

01:37PM 20   WAS THERE ALSO A HELP DESCRIPTION CREATED?

01:37PM 21   A.   YES, WE CREATED HELP DESCRIPTION AT THE TIME WE CREATED THE

01:37PM 22   COMMAND.

01:37PM 23   Q.   AND WHAT WAS THAT HELP DESCRIPTION?

01:37PM 24   A.   SO, AT THE COMMAND LINE, BECAUSE THERE ARE DOZENS OF

01:37PM 25   POSSIBLE SHOW COMMANDS, IT'S NOT REASONABLE TO EXPECT SOMEBODY

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:37PM 1    TO MEMORIZE ALL OF THE COMMANDS.  SO WE HAVE ONLINE HELP.

01:37PM 2        IF YOU TYPE QUESTION MARK AFTER A COMMAND, IT WILL SHOW YOU

01:37PM 3    ALL THE POSSIBLE CHILD COMMANDS THAT ARE ALLOWED AT THAT

01:37PM 4    PROMPT, INCLUDING THE INVENTORY COMMAND.

01:37PM 5    Q.   AND THEN IN TERMS OF THE DESCRIPTION FOR THE INVENTORY

01:37PM 6    COMMAND ITSELF?

01:37PM 7    A.   YES.

01:37PM 8    Q.   WHAT WOULD THAT BE?

01:37PM 9    A.   SO FOR EACH COMMAND THERE'S A BRIEF EXPLANATION, A BRIEF

01:37PM 10   SHORT HELP STRING, A HELP TEXT THAT TELLS PEOPLE WHAT TO DO.

01:38PM 11   WE WROTE THE HELP TEXT TO DESCRIBE WHAT THE SHOW INVENTORY

01:38PM 12   COMMAND DID.  AND SPECIFICALLY WE SAID IT WAS TO SHOW THE

01:38PM 13   PHYSICAL INVENTORY OF THE BOX.  THAT'S THE PARTS INSIDE THE

01:38PM 14   BOX.

01:38PM 15   Q.   AND PHYSICAL INVENTORY IS TO DISTINGUISH IT FROM WHAT?

01:38PM 16   A.   WELL, YOU MIGHT GET AN INVENTORY OF SOFTWARE LICENSES IN

01:38PM 17   THE BOX OR YOU MIGHT GET AN INVENTORY OF SOFTWARE MODULES ON

01:38PM 18   THE BOX.  WE WANTED TO MAKE IT CLEAR WE WERE TALKING ABOUT

01:38PM 19   PHYSICAL THINGS THAT WERE, THAT WE ARE TAKING INVENTORY OF,

01:38PM 20   PHYSICAL HARDWARE.

01:38PM 21   Q.   SO WHEN YOU WERE DEVELOPING THE HELP DESCRIPTION, WERE YOU

01:38PM 22   CONSTRAINED?

01:38PM 23   A.   WE HAD NO CONSTRAINTS.  THE AESTHETIC WAS TO KEEP IT SHORT,

01:38PM 24   BUT THERE ARE NO OFFICIAL CONSTRAINTS THAT I'M AWARE OF FOR THE

01:38PM 25   HELP TEXT ITSELF.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:38PM 1    Q.   SO YOU SAID THAT WORD A FEW TIMES, AESTHETIC, CAN YOU

01:39PM 2    EXPLAIN TO US WHAT YOU MEAN IN THE CONTEXT OF CLI, THE

01:39PM 3    AESTHETIC?

01:39PM 4    A.   THE AESTHETIC IS THE WAY THE CLI IS ORGANIZED, THE WAY YOU

01:39PM 5    EXPECT, IF YOU LOOK AT THE WAY THIS TABLE OF HELP IS ORGANIZED,

01:39PM 6    YOU KNOW, HAVING STUFF TABBED OUT, HAVING EVERYTHING FIT

01:39PM 7    CLEANLY ON THE SCREEN, HAVING THE HIERARCHY, HAVING THE HELP,

01:39PM 8    HAVING THIS ALL FEEL OF THE INTERFACE, THAT'S PART OF WHAT I

01:39PM 9    WOULD CONSIDER THE AESTHETIC.

01:39PM 10   Q.   DOES THAT HAVING ANYTHING TO DO WITH THE CONSISTENCY THAT

01:39PM 11   YOU TALKED ABOUT EARLIER?

01:39PM 12   A.   I DON'T THINK IT DOES DIRECTLY.  CONSISTENCY IS PART OF THE

01:39PM 13   AESTHETIC, I SUPPOSE, BUT I DON'T KNOW HOW I WOULD LINK THEM.

01:39PM 14   Q.   OKAY.  NOW I WANT TO GO TO ANOTHER TOPIC.

01:39PM 15        SO WE TALKED ABOUT EARLIER, I THINK IT WAS BEFORE LUNCH.

01:39PM 16   YOU HAVE BEEN IN THE SERVICE DIVISION FOR ABOUT 20 YEARS OR SO;

01:39PM 17   IS THAT RIGHT?

01:39PM 18   A.   IT WILL BE 25 YEARS IN JANUARY.

01:39PM 19   Q.   OKAY.  25 YEARS.  SO IN CONNECTION WITH YOUR WORK, HAVE YOU

01:40PM 20   GAINED AN UNDERSTANDING OF HOW CUSTOMERS USE THE CISCO CLI?

01:40PM 21   A.   I HAVE.

01:40PM 22   Q.   AND WHAT HAVE YOU LEARNED?

01:40PM 23   A.   WELL, I'VE LEARNED THAT THEY LIKE IT.  IT CAN BE DIFFICULT

01:40PM 24   TO USE, BUT THEY LIKE IT BECAUSE IT'S VERY COMPACT AND POWERFUL

01:40PM 25   AND PUTS A LOT OF THE FUNCTIONS AT THEIR FINGER TIPS TO DO

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:45PM 1    FAULT.

01:45PM 2        ARE YOU THERE?

01:45PM 3    A.  I AM.

01:45PM 4    Q.  SO WHAT IS 2685?

01:45PM 5    A.  SO 2685 IS ONE OF MANY DOCUMENTS THAT CISCO PRODUCES TO

01:45PM 6    HELP CUSTOMERS TROUBLE SHOOT THEIR NETWORKS.

01:45PM 7    Q.  IT SAYS IOS XR, COULD YOU EXPLAIN TO US WHAT IOS XR IS?

01:45PM 8    A.  IOS XR IS A VARIANT OF THE IOS INTERNETWORK OPERATING

01:45PM 9    SYSTEM THAT RUNS ON PRODUCTS USED IN THE SERVICE PROVIDER

01:45PM 10   MARKET.

01:45PM 11   Q.  NOW, ARE THERE COMMANDS THAT YOU THINK ARE PARTICULARLY

01:46PM 12   IMPORTANT TO TROUBLE SHOOTING?

01:46PM 13   A.  THERE ARE.

01:46PM 14   Q.  AND WHAT KINDS OF COMMANDS WOULD THOSE BE, IF YOU COULD

01:46PM 15   GIVE US SOME EXAMPLES?

01:46PM 16   A.  SOME OF THEM COULD INCLUDE COMMANDS LIKE SHOW ARP, TO DIG

01:46PM 17   THROUGH THE ARP TABLE.  SHOW INTERFACE WILL GIVE YOU

01:46PM 18   INFORMATION ABOUT INTERFACE COMMANDS.  SHOW VERSION ABOUT THE

01:46PM 19   SOFTWARE VERSION THAT YOU ARE USING.  AND A NUMBER OF SIMILAR

01:46PM 20   COMMANDS LIKE THAT.

01:46PM 21   Q.  OKAY.  AND WHY ARE THOSE KINDS OF THINGS PARTICULARLY

01:46PM 22   IMPORTANT TO TROUBLE SHOOTING?

01:46PM 23   A.  THESE ARE -- THESE ARE GIVING CUSTOMERS INSIGHT INTO THINGS

01:46PM 24   THAT ARE GOING ON INSIDE THE DEVICE, AND WITH OTHER DEVICES,

01:46PM 25   OTHER COMPUTERS ON THE NETWORK SURROUNDING THE ROUTER OR

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:51PM  1    COMMAND THAT YOU DESCRIBED ON DIRECT.

01:51PM  2         I THINK -- WELL, FIRST, LET ME START, YOU UNDERSTAND IN

01:52PM  3    THIS CASE CISCO IS NOT ASSERTING A CLAIM OVER THE FUNCTION OF

01:52PM  4    THAT COMMAND, RIGHT?

01:52PM  5    A.   I'M -- I'M NOT EXACTLY FAMILIAR WITH ALL OF THE LEGAL

01:52PM  6    TERMS.

01:52PM  7    Q.   OKAY.  WELL, LET'S FOCUS ON THE COMMAND WORDS THEMSELVES

01:52PM  8    THEN.

01:52PM  9         AND I THINK IT'S YOUR TESTIMONY THAT AT THE TIME THAT YOU

01:52PM  10   CAME UP WITH THE SHOW INVENTORY COMMAND, THE WORD "SHOW" HAD

01:52PM  11   BEEN USED A LOT ALREADY AT CISCO, RIGHT?

01:52PM  12   A.   YES.

01:52PM  13   Q.   AND SO YOU DIDN'T CONSIDER ANY OTHER WORD OTHER THAN SHOW,

01:52PM  14   TO BEGIN THE COMMAND FOR THE SHOW INVENTORY FUNCTION, RIGHT?

01:52PM  15   A.   I DIDN'T.

01:52PM  16   Q.   AND THAT'S BECAUSE YOU KNEW THAT THIS COMMAND WAS GOING TO

01:52PM  17   GENERATE AN OUTPUT ON THE SCREEN, RIGHT, YES?

01:53PM  18   A.   YES.

01:53PM  19   Q.   SORRY, WE JUST NEED AUDIBLE ANSWERS HERE.  AND FOR

01:53PM  20   FUNCTIONS THAT GENERATE AN OUTCOME ON THE SCREEN, IT'S ALWAYS

01:53PM  21   BEEN THE PRACTICE OF CISCO TO USE THE WORD SHOW?

01:53PM  22   A.   IT'S A COMMON PRACTICE.

01:53PM  23   Q.   SO THE EFFORT THAT YOU AND YOUR COLLEAGUES WENT THROUGH ON

01:53PM  24   THIS COMMAND WAS ALL ABOUT DETERMINING WHAT THE SECOND WORD

01:53PM  25   WOULD BE FOLLOWING SHOW, RIGHT?

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:58PM 1          DO YOU RECOGNIZE THIS, MR. REMAKER, AS AN E-MAIL FROM YOU

01:58PM 2     IN WHICH YOU'RE ATTACHING A VERSION OF THE PARSER-POLICE

01:58PM 3     MANIFESTO?

01:58PM 4     A.   YES.

01:58PM 5          MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 5175

01:58PM 6     INTO EVIDENCE.

01:58PM 7               THE COURT:  ANY OBJECTION?

01:58PM 8               MR. NELSON:  NO OBJECTION, YOUR HONOR.

01:58PM 9               THE COURT:  IT WILL BE ADMITTED.

01:58PM 10         (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5175, HAVING BEEN

01:58PM 11    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

01:58PM 12    EVIDENCE.)

01:58PM 13    BY MR. FERRALL:

01:58PM 14    Q.   AND I THINK THIS IS JUST A DIFFERENT VERSION OF WHAT YOU

01:58PM 15    TESTIFIED ON DIRECT; IS THAT RIGHT?

01:58PM 16    A.   YES.

01:58PM 17    Q.   OKAY.  AND THE PURPOSE OF THE MANIFESTO AS STATED HERE, IS

01:58PM 18    TO ENSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF THE

01:58PM 19    CONFIGURATION INTERFACE, RIGHT?

01:58PM 20    A.   YES.

01:58PM 21    Q.   AND THE REASON TO ENSURE CONSISTENCY OF THE INTERFACE IS

01:59PM 22    BECAUSE CUSTOMERS EXPECT CONSISTENCY, RIGHT?

01:59PM 23    A.   CISCO'S CUSTOMERS EXPECT THAT, YES.

01:59PM 24    Q.   OKAY.  AND COUNSEL WALKED THROUGH WITH YOU A NUMBER OF

01:59PM 25    THESE GUIDELINES, AND I JUST WANT TO TOUCH UPON A COUPLE OF

715

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:29PM  1    ACTUALLY STRIKE THAT.  DO YOU THINK THAT CISCO'S CLI IS JUST

02:29PM  2    FREE FOR EVERYBODY TO USE?

02:29PM  3    A.   I DON'T.  IT'S A COPYRIGHTED PRODUCT OF CISCO'S.

02:29PM  4    Q.   AND HAVE YOU EVER HEARD ANYBODY AT CISCO SAY HEY, IT'S FREE

02:30PM  5    FOR EVERYBODY TO USE?

02:30PM  6    A.   I'VE NEVER HEARD THAT.

02:30PM  7    Q.   DID ANYONE FROM ARISTA CALL YOU UP AND ASK WHETHER THIS WAS

02:30PM  8    FREE FOR THEM TO USE?

02:30PM  9    A.   NOBODY CALLED ME.

02:30PM  10   Q.   ARE YOU AWARE OF WHETHER THEY EVER CALLED ANYBODY AT CISCO

02:30PM  11   AND SAID HEY, IS THIS FREE FOR US TO USE?

02:30PM  12   A.   I'M NOT AWARE OF ANYTHING LIKE THAT.

02:30PM  13   Q.   ARE YOU AWARE OF WHETHER ANYBODY AT ARISTA SAID, DO YOU

02:30PM  14   THINK IT WOULD BE GOOD FOR YOUR CUSTOMERS IF I COPIED THE CLI?

02:30PM  15   A.   I DON'T RECALL ANYTHING LIKE THAT.

02:30PM  16   Q.   DID YOU EVER HEAR ANYBODY FROM ARISTA -- HEAR ABOUT ANYBODY

02:30PM  17   FROM ARISTA ASKING CISCO THAT?

02:30PM  18   A.   I HAVEN'T HEARD THAT.

02:30PM  19   Q.   NOW, I WANT TO GO TO A COUPLE OF THE EXHIBITS THAT YOU WERE

02:30PM  20   ASKED ABOUT.  EXHIBIT 5168.

02:31PM  21        SO I BELIEVE THIS WAS REPRESENTED TO BE THE CONSULTANT

02:31PM  22   SUMMARY OF THE INNOVATION SURVEY; IS THAT RIGHT?

02:31PM  23   A.   YES.

02:31PM  24   Q.   OKAY.  SO YOU WERE ASKED A FEW QUESTIONS, BUT I WANT TO

02:31PM  25   LOOK AT PAGE 20.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:03PM  1    COMPATIBLE, YOU WERE TALKING ABOUT BEING BACKWARD COMPATIBLE

03:03PM  2    WITH CISCO PRODUCTS; IS THAT CORRECT?

03:03PM  3    A.    CORRECT.    JUST THEIR COMMAND LANGUAGE.    SO THE SYNTAX HAD

03:03PM  4    TO BE EXACTLY THE SAME, CHANGE NO COMMANDS.

03:03PM  5    Q.    DID THEY TELL YOU ANYTHING ABOUT WHAT YOU COULD DO WITH THE

03:03PM  6    CODE THAT IMPLEMENTED THE PARSER?

03:03PM  7    A.    NO, THERE WAS NO DIRECTION, JUST MAKE IT SO THAT IT'S

03:03PM  8    PORTABLE SO WE CAN MOVE IT.

03:04PM  9    Q.    AND DID YOU FOLLOW THAT GUIDANCE FROM CISCO, DID YOU CHANGE

03:04PM  10   ANY OF THE COMMANDS?

03:04PM  11   A.    WE DID NOT CHANGE ANY OF THE COMMANDS, NO.    WE FOLLOWED IT.

03:04PM  12   Q.    DID YOU END UP ADDING ANY FUNCTIONALITY TO THE USER

03:04PM  13   INTERFACE?

03:04PM  14   A.    YES, WE DID.

03:04PM  15        IN THE COURSE OF GOING THROUGH AND WRITING THE STUFF,

03:04PM  16   MYSELF AND THE OTHER MEMBERS OF MY TEAM THAT WERE BETWEEN 2 AND

03:04PM  17   4 OF US AT DIFFERENT POINTS IN TIME WORKING ON THIS, OVER THE

03:04PM  18   COURSE OF 18 MONTHS.

03:04PM  19        WE SPENT -- WE HAD SPENT TIME WORKING ON OTHER OPERATING

03:04PM  20   SYSTEMS THAT PROVIDED SOME LITTLE LEVEL OF HELP, SO YOU COULD

03:04PM  21   ASK THE SYSTEM, CAN YOU DESCRIBE A COMMAND TO ME.    AND LET ME

03:04PM  22   KNOW WHAT ALL THE WORDS ARE THAT I NEEDED TO TYPE IN FOR A

03:04PM  23   SPECIFIC COMMAND.

03:04PM  24        AND THAT WAS NOT AVAILABLE IN THE CISCO PARSER AT THE TIME

03:04PM  25   WE STARTED THE PROJECT.

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:10PM  1        AND CAN YOU EXPLAIN WHAT YOU WERE DESCRIBING HERE WITH THE

03:10PM  2   SECTION TITLED COMMAND SYNTAX HELP?

03:10PM  3   A.   THIS IS SIMILAR TO THE DESCRIPTION I JUST GAVE, WHEN YOU

03:10PM  4   ARE TYPING A COMMAND IN, AT ANY POINT YOU CAN HIT QUESTION

03:10PM  5   MARK, AND IT WILL PROVIDE HELP FOR YOU INDICATING WHAT COMMANDS

03:10PM  6   OR WHAT WORDS ARE POSSIBLE IN A COMMAND AT THAT POINT.

03:10PM  7   Q.   AND THEN LET'S TAKE A LOOK AT THE EXAMPLES THAT ARE GIVEN

03:10PM  8   AT THE BOTTOM STARTING WITH EXAMPLE ONE.  IT'S A LITTLE BIT

03:10PM  9   HARD TO READ, BUT MAYBE YOU CAN DESCRIBE WHAT WE ARE SEEING

03:10PM  10  HERE TO THE JURY.

03:10PM  11  A.   YES.  SO THIS IS AN EXAMPLE OF SOMEONE WORKING THROUGH

03:10PM  12  INPUTTING A COMMAND, THE COMMAND APPEARS DOWN AT THE BOTTOM.

03:11PM  13  BUFFERS, SMALL, PERMANENT, 200.

03:11PM  14       IN THE OLD INTERFACE, YOU WOULD HAVE TO REMEMBER ALL OF

03:11PM  15  THOSE WORDS AND TYPE THEM IN EXACTLY.  WITH THE NEW INTERFACE,

03:11PM  16  YOU WOULD TYPE IN BUFFERS, AND THEN QUESTION MARK.  AND IT

03:11PM  17  SHOWS THAT YOU COULD DO BIG, HUGE, LARGE, MIDDLE, AND SMALL

03:11PM  18  BUFFERS.

03:11PM  19       SO THERE ARE DIFFERENT SIZES OF BUFFERS YOU CAN CONFIGURE.

03:11PM  20  AND THEN WE SELECTED SMALL, THEN HIT QUESTION MARK AGAIN.  AND

03:11PM  21  WE COULD SEE INITIAL BUFFERS, THEN THE HELP TEXT BESIDE THAT,

03:11PM  22  TEMPORARY BUFFERS, ALLOCATED AT SYSTEM RELOAD.

03:11PM  23       SO THAT WAS THE HELP THAT WE CREATED.  THE HELP TEXT.  AND

03:11PM  24  THAT WAS NEW FUNCTIONALITY THAT PREVIOUSLY DID NOT EXIST.

03:11PM  25  Q.   LET'S LOOK AT ONE MORE EXAMPLE WHICH IS I BELIEVE ON

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:37PM 1    Q.  AND WHEN YOU SAID IT, THAT YOU BELIEVED IT?

03:37PM 2    A.  YES.

03:37PM 3    Q.  AND YOU BELIEVE IT TODAY?

03:37PM 4    A.  UH-HUH.

03:38PM 5         MR. KWUN:  NO FURTHER QUESTIONS, YOUR HONOR.

03:38PM 6         THE COURT:  REDIRECT FOR THIS WITNESS, MR. PAK?

03:38PM 7         MR. PAK:  JUST QUICK FOLLOW UP.

03:38PM 8         THE COURT:  OKAY.

03:38PM 9

03:38PM 10        **REDIRECT EXAMINATION BY MR. PAK**

03:38PM 11

03:38PM 12   BY MR. PAK:

03:38PM 13   Q.  SO LET ME MAKE IT CLEAR, YOU WOULDN'T START A COMPANY THAT

03:38PM 14   WOULD USE CISCO'S USER INTERFACE WITHOUT GETTING A LICENSE FROM

03:38PM 15   CISCO, RIGHT?

03:38PM 16   A.  THAT IS CORRECT.

03:38PM 17   Q.  OKAY.  AND WHEN YOU TALK ABOUT EMULATION, MR. KWUN SHOWED

03:38PM 18   YOU SOME OF THOSE SAME DOCUMENTS WE TALKED ABOUT, WERE YOU

03:38PM 19   SAYING, SIR, THAT EMULATING MEANS COPYING THE COMMAND ELEMENTS

03:38PM 20   FROM CISCO'S USER INTERFACE?

03:38PM 21   A.  NO.

03:38PM 22   Q.  AND YOU TALKED ABOUT MULTI VENDOR NETWORKS IN YOUR

03:38PM 23   TESTIMONY; DO YOU RECALL THAT?

03:38PM 24   A.  YES.

03:38PM 25   Q.  SO IF YOU WERE TO BE WORKING WITH MULTIPLE EQUIPMENT THAT

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:38PM 1    HAD DIFFERENT USER INTERFACES, HOW WOULD YOU LEARN HOW TO WORK

03:38PM 2    WITH DIFFERENT USER INTERFACES THAT DID NOT LOOK ALIKE, FOR

03:38PM 3    NETWORKING EQUIPMENT, WHAT WOULD YOU HAVE TO DO?

03:38PM 4    A.   WELL, I WOULD FIRST START BY READING THE MANUAL.  MAYBE I'M

03:38PM 5    OLD SCHOOL, BUT I START WITH READING THE MANUAL.  I ALSO HAVE

03:39PM 6    RELIED HEAVILY ON MY BACKGROUND OF LEARNING HOW THE NETWORK

03:39PM 7    PROTOCOLS WORK.

03:39PM 8        AND HAVING THAT UNDERSTANDING, I CAN TAKE THAT

03:39PM 9    UNDERSTANDING OF HOW THE NETWORK PROTOCOLS WORK AND I CAN THEN

03:39PM 10   MAP THAT INTO WHAT THE COMMANDS ARE THAT THE EQUIPMENT USES.

03:39PM 11       AND I LEARN THOSE COMMANDS FROM THAT WAY FIRST BY READING

03:39PM 12   THROUGH THEIR MANUAL, THE DOCUMENTATION.  AND THAT GIVES ME A

03:39PM 13   SENSE OVERALL FOR HOW THE SYSTEM IS CONFIGURED.  THEN I CAN

03:39PM 14   START PICKING UP SPECIFIC CONFIGURATION COMMANDS TO PERFORM THE

03:39PM 15   FUNCTIONS THAT I NEED TO PERFORM ON THE NETWORK.

03:39PM 16   Q.   BASED ON YOUR EXPERIENCE AS A NETWORK CONSULTANT AND ALL

03:39PM 17   THE WORK THAT YOU HAVE DONE FOR VARIOUS COMPANIES, IS IT A

03:39PM 18   REQUIREMENT FOR A MULTI VENDOR NETWORK TO HAVE EACH VENDOR'S

03:39PM 19   EQUIPMENT HAVE VIRTUALLY THE SAME USER INTERFACE?

03:39PM 20   A.   NO, IT IS NOT.

03:39PM 21           MR. KWUN:  OBJECTION, YOUR HONOR.  EXPERT TESTIMONY.

03:39PM 22           MR. PAK:  BASED ON HIS EXPERIENCE, YOUR HONOR.

03:39PM 23           THE COURT:  OVERRULED.

03:39PM 24           MR. PAK:  THAT'S ALL I HAVE, YOUR HONOR.

03:39PM 25           THE COURT:  THANK YOU.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:06PM   1    CISCO CUSTOMERS; ISN'T IT TRUE?

04:06PM   2    A.   I BELIEVE THEY ARE CONTINUING CISCO CUSTOMERS AS WELL.

04:06PM   3    Q.   SO LET'S BREAK IT INTO PIECES.  SO BEFORE THEY BOUGHT ANY

04:06PM   4    ARISTA EQUIPMENT SOME OF YOUR TOP CUSTOMERS WERE CISCO

04:06PM   5    CUSTOMERS; ISN'T THAT TRUE?

04:06PM   6    A.   YES.

04:06PM   7    Q.   OKAY.  AND EVEN TODAY, THOSE SAME CUSTOMERS ARE BUYING

04:06PM   8    PRODUCTS FROM CISCO; ISN'T THAT RIGHT?

04:06PM   9    A.   I WOULDN'T KNOW IN EVERY CASE, BUT I BELIEVE THAT TO BE

04:06PM   10   BROADLY CORRECT.

04:06PM   11   Q.   AND SOME OF THESE TOP CUSTOMERS INCLUDE CUSTOMERS LIKE

04:06PM   12   MICROSOFT, FACEBOOK, CITIBANK; DID I GET THAT RIGHT?

04:06PM   13   A.   YES.

04:07PM   14   Q.   I WANT TO NOW SWITCH TOPICS TO TALK ABOUT SOME OF THE

04:07PM   15   COPYING IN THIS CASE.  ARE YOU WITH ME?

04:07PM   16   A.   YES.

04:07PM   17   Q.   OKAY.  YOU KNOW A PERSON NAMED DAVID SOLLENDER, CORRECT?

04:07PM   18   A.   YES.

04:07PM   19   Q.   HE WAS AN EMPLOYEE OF ARISTA; IS THAT RIGHT?

04:07PM   20   A.   YES.

04:07PM   21   Q.   AND AT ARISTA, HE WAS WHAT'S CALLED A TECHNICAL WRITER,

04:07PM   22   CORRECT?

04:07PM   23   A.   THAT'S RIGHT.

04:07PM   24   Q.   SO HE WOULD WRITE THE TECHNICAL MANUALS, USER DOCUMENTATION

04:07PM   25   FOR YOUR PRODUCTS; IS THAT RIGHT?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:11PM  1    THAT WERE COPIED FROM CISCO INTO ARISTA'S PRODUCTS; YOU

04:11PM  2    UNDERSTAND THAT, CORRECT?

04:11PM  3    A.   SORRY, I DON'T QUITE KNOW WHAT YOU MEAN.

04:12PM  4    Q.   YOU UNDERSTAND THAT ARISTA COPIED SOME OF THE COMMANDS AT

04:12PM  5    ISSUE IN THIS CASE FROM CISCO; YOU UNDERSTAND THAT, CORRECT?

04:12PM  6    A.   OUR COMMAND INTERPRETER RECOGNIZES MANY OF THE SAME

04:12PM  7    COMMANDS, THAT'S RIGHT.

04:12PM  8    Q.   ARE YOU DENYING, SIR, THAT ARISTA COPIED CISCO'S CLI

04:12PM  9    COMMANDS FROM CISCO SOURCES; ARE YOU DENYING THAT?

04:12PM  10   A.   COPIED FROM?

04:12PM  11   Q.   CISCO SOURCES?

04:12PM  12   A.   NO, I'M NOT.

04:12PM  13   Q.   YOU ARE NOT DENYING THAT, RIGHT?

04:12PM  14   A.   NO.

04:12PM  15   Q.   SO CISCO COPIED CLI COMMANDS AND SOME OUTPUTS FROM CISCO

04:12PM  16   SOURCES INTO ARISTA PRODUCTS, CORRECT?

04:12PM  17   A.   WE DIDN'T COPY CISCO OUTPUTS INTO OUR CODE, NO, I DON'T

04:12PM  18   THINK THAT'S ACCURATE.

04:12PM  19   Q.   LET ME FOCUS ON THE COMMANDS, WE WILL GET TO THE OUTPUTS

04:12PM  20   LATER.

04:12PM  21       ISN'T IT TRUE, SIR, THAT ARISTA COPIED SOME OF CISCO'S CLI

04:12PM  22   COMMANDS FROM CISCO SOURCES AND PUT IT INTO ARISTA'S PRODUCTS?

04:12PM  23   A.   YES, THAT'S RIGHT.

04:12PM  24   Q.   THAT'S RIGHT.

04:12PM  25       BUT NO ONE ELSE AT ARISTA HAS BEEN REPRIMANDED OR ASKED TO

782

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:13PM   1    LEAVE FOR THAT COPYING, CORRECT?

04:13PM   2    A.   WE DON'T BELIEVE IT WAS WRONG.

04:13PM   3    Q.   AND AGAIN, YOU DIDN'T RECEIVE ANY TRAINING ON INTELLECTUAL

04:13PM   4    PROPERTY PRIOR TO THIS LAWSUIT, CORRECT?

04:13PM   5    A.   NO.

04:13PM   6    Q.   OKAY.

04:13PM   7        AND YOU ADMIT, SIR, THAT IT'S NOT A COINCIDENCE THAT ARISTA

04:13PM   8    HAS SO MANY CLI COMMANDS THAT WERE TAKEN FROM CISCO'S

04:13PM   9    INTERFACE, THAT'S NOT A COINCIDENCE, IS IT, SIR?

04:13PM  10    A.   NO, IT'S NOT.

04:13PM  11    Q.   OKAY.  IN FACT, YOU SAID ARISTA SLAVISHLY COPIED THE CISCO

04:13PM  12    CLI COMMANDS; ISN'T THAT TRUE?  SIR?

04:13PM  13    A.   NO, I DIDN'T SAY THAT.

04:13PM  14    Q.   LET'S TAKE A LOOK AT PAGE 47 OF YOUR DEPOSITION, LINE 19

04:13PM  15    THROUGH 23.

04:14PM  16              MR. PAK:  AND YOUR HONOR, MAY I PLAY THE VIDEO CLIP?

04:14PM  17              THE COURT:  YES.

04:14PM  18        (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:14PM  19    Q.   THAT WAS YOUR SWORN TESTIMONY, SIR, RIGHT?

04:14PM  20    A.   YES, BUT I WASN'T ACTUALLY TALKING ABOUT THE CISCO CLI IN

04:14PM  21    THE CASE.

04:14PM  22    Q.   THAT WAS YOUR SWORN TESTIMONY, WASN'T IT, SIR?

04:14PM  23    A.   IT IS.

04:14PM  24    Q.   OKAY.  AND DESPITE ALL THIS COPYING, NOBODY AT ARISTA EVER

04:14PM  25    APPROACHED CISCO FOR A LICENSE TO USE ANY OF CISCO'S CLI

800

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:38PM 1   PAGE 300, LINE 10 TO 15.  AND IF I COULD PLAY THE VIDEO

04:38PM 2   TESTIMONY.

04:38PM 3        THE COURT:  YES, YOU MAY.

04:38PM 4        MR. PAK:  OKAY, LET'S GO AHEAD AND PLAY THAT.

04:38PM 5        (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:38PM 6   BY MR. PAK:

04:38PM 7   Q.   THAT WAS YOUR SWORN TESTIMONY, RIGHT, SIR?

04:38PM 8   A.   YES.

04:38PM 9   Q.   AND ISN'T IT ALSO TRUE THAT ARISTA REPLICATED SOME OF THE

04:38PM 10  SCREEN OUTPUTS FROM CISCO'S PRODUCTS THAT ARE INVOKED BY THE

04:38PM 11  USE OF CERTAIN CLI COMMANDS?

04:39PM 12  A.   YES.

04:39PM 13  Q.   AND THAT WAS DONE INTENTIONALLY BY ARISTA, CORRECT?

04:39PM 14  A.   THAT'S RIGHT.

04:39PM 15  Q.   AND WHEN YOU MADE THOSE DECISIONS, AGAIN, YOU NEVER

04:39PM 16  CONTACTED CISCO ABOUT A LICENSE TO USE THE SCREEN OUTPUTS,

04:39PM 17  CORRECT?

04:39PM 18  A.   NO.

04:39PM 19  Q.   AND ISN'T IT TRUE, SIR, THAT AS A TECHNICAL MATTER, ARISTA

04:39PM 20  COULD HAVE USED A DIFFERENT USER INTERFACE THAN CISCO'S USER

04:39PM 21  INTERFACE IN ORDER TO PROVIDE THE SAME NETWORKING FUNCTIONALITY

04:39PM 22  IN ARISTA'S PRODUCTS?

04:39PM 23  A.   CERTAINLY, THAT'S TECHNICALLY POSSIBLE.

04:39PM 24  Q.   YOU COULD HAVE USED A GRAPHICAL USER INTERFACE, CORRECT?

04:39PM 25  A.   THAT'S POSSIBLE, BUT I THINK THAT WOULD BE A VERY POOR

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:39PM  1  CHOICE GIVEN OUR TARGET MARKET OF GOING AFTER THE CLOUD

04:39PM  2  CUSTOMERS, WOULD NOT PEAK WELL TO A GRAPHICAL USER INTERFACE

04:39PM  3  BECAUSE THEY ARE DIFFICULT TO AUTOMATE.

04:39PM  4  Q.   SO CLOUD CUSTOMERS, IN YOUR OPINION, ACTUALLY VALUE AND

04:39PM  5  PREFER THE CLI COMMANDS FROM CISCO; IS THAT TRUE?

04:39PM  6  A.   NO.   IN FACT, OUR CLOUD CUSTOMERS GENERALLY DON'T CARE VERY

04:40PM  7  MUCH WHAT THE DETAILS OF THE COMMANDS ARE BECAUSE THEY'VE

04:40PM  8  AUTOMATED TO THE POINT WHERE IF ONE SWITCH AND ANOTHER SWITCH

04:40PM  9  HAVE DIFFERENT COMMANDS SYNTAXES, THEY CHANGE THEIR AUTOMATION

04:40PM  10  FRAMEWORK IN ONE PLACE AND THEY ARE DONE WITH IT.

04:40PM  11  Q.   SO YOU COULD HAVE USED ANY CLI COMMANDS OTHER THAN THOSE

04:40PM  12  USED BY CISCO TO SELL YOUR PRODUCTS TO THOSE CUSTOMERS; ISN'T

04:40PM  13  THAT TRUE?

04:40PM  14  A.   I THINK THE CLOUD CUSTOMERS WOULD NOT CARE VERY MUCH WHAT

04:40PM  15  COMMAND SYNTAX WE USE.

04:40PM  16  Q.   SO YOU COULD HAVE SOLD ARISTA SWITCHES TO CLOUD COMPUTER

04:40PM  17  CUSTOMERS WITHOUT USING ANY OF THE CLI COMMANDS FROM CISCO, IS

04:40PM  18  THAT TRUE?

04:40PM  19  A.   I THINK THAT'S PROBABLY TRUE.

04:40PM  20  Q.   AND YOU HAVE ALSO ADMITTED, SIR, THAT YOU COULD TAKE OUT

04:40PM  21  ALL OF THE CLI COMMANDS FROM CISCO AND STILL BE ABLE TO PRODUCE

04:40PM  22  A WORKING PRODUCT; ISN'T THAT TRUE?

04:40PM  23  A.   WE HAVE TO REPLACE THEM WITH SOMETHING, IF YOU SIMPLY

04:40PM  24  REMOVE THEM AND DIDN'T REPLACE THEM WITH SOMETHING TO PROVIDE A

04:40PM  25  COMFORTABLE FUNCTIONALITY, THE SYSTEM WOULD NO LONGER BE

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:40PM  1    CONFIGUREABLE.

04:41PM  2    Q.   WELL, YOU COULD REPLACE THEM WITH YOUR COMMANDS.  YOU COULD

04:41PM  3    REPLACE THEM THE CISCO COMMAND WITH ARISTA'S OWN COMMANDS AND

04:41PM  4    YOUR PRODUCTS WOULD WORK JUST FINE; ISN'T THAT TRUE?

04:41PM  5    A.   IT'S A LITTLE HYPOTHETICAL.  I THINK WE WOULD HAVE TO COME

04:41PM  6    UP WITH AN ALTERNATIVE COMMAND LANGUAGE, BUT IT'S CERTAINLY

04:41PM  7    TECHNICALLY ACHIEVABLE.

04:41PM  8    Q.   YOU CAN CERTAINLY REMOVE COMMANDS FROM YOUR PRODUCTS THAT

04:41PM  9    OVERLAP WITH CISCO'S CLI USER INTERFACE COMMANDS AS A TECHNICAL

04:41PM  10   MATTER; ISN'T THAT TRUE, SIR?

04:41PM  11   A.   YES, YOU COULD REMOVE COMMANDS.

04:41PM  12   Q.   AND IN FACT, YOU ACTUALLY HAVE AN INTERFACE CALLED

04:41PM  13   LINUX-INTERFACE THAT DOES NOT USE THE CISCO CLI COMMANDS; ISN'T

04:41PM  14   THAT TRUE?

04:41PM  15   A.   THAT'S RIGHT.

04:41PM  16   Q.   THAT'S CORRECT, RIGHT?

04:41PM  17   A.   YES.

04:41PM  18   Q.   AND YOU'VE SAID THAT YOU DON'T HAVE TO USE THE CLI IF YOU

04:41PM  19   DON'T WANT TO, THE NATIVE LINUX INTERFACES ARE ALL THERE AND

04:41PM  20   ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A PURE LINUX APPROACH,

04:42PM  21   YOU'VE SAID THOSE THINGS, CORRECT?

04:42PM  22   A.   I DID.

04:42PM  23   Q.   YOU'VE HEARD A LOT ABOUT OPEN OR INDUSTRY STANDARD.

04:42PM  24        YOU'VE NEVER ASKED CISCO WHETHER CLI WAS AN OPEN STANDARD

04:42PM  25   THAT ANYONE CAN USE WITHOUT PERMISSION?  YOU'VE NEVER ASKED

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:42PM  1    THAT QUESTION, HAVE YOU?

04:42PM  2    A.   WE NEVER ASKED.  CISCO WAS CLEAR ON HIS DATA SHEET THAT IT

04:42PM  3    WAS AN INDUSTRY STANDARD.

04:42PM  4    Q.   YOU NEVER ASKED CISCO WHAT IT MEANT WHEN IT USED THE WORD

04:42PM  5    INDUSTRY STANDARD IN DESCRIBING ITS CLI, CORRECT?

04:42PM  6    A.   WE DID NOT.

04:42PM  7    Q.   OKAY.  ARISTA NEVER PROPOSED ANY INDUSTRY STANDARD

04:42PM  8    ORGANIZATION TO STANDARDIZE CLI COMMANDS; ISN'T THAT TRUE?

04:42PM  9    A.   NO, WE NEVER DID.

04:42PM  10   Q.   NOR HAS ARISTA EVER TRIED TO ESTABLISH AN ORGANIZATION THAT

04:42PM  11   WOULD FORM AN INDUSTRY STANDARD FOR COMMAND-LINE INTERFACES;

04:42PM  12   ISN'T THAT TRUE?

04:42PM  13   A.   WE FEEL THERE'S AN EXISTING INDUSTRY STANDARD THAT WORKS

04:42PM  14   QUITE WELL SO WE NEVER ESTABLISHED ABOUT ALTERNATIVE.

04:42PM  15   Q.   YOU NEVER DID THAT, RIGHT, SIR?

04:43PM  16   A.   THAT'S RIGHT.

04:43PM  17   Q.   OKAY.  AND YET YOU KNOW OF NO INDUSTRY RATIFIED STANDARD

04:43PM  18   TODAY THAT MANDATES THE USE OF CISCO CLI COMMANDS; ISN'T THAT

04:43PM  19   TRUE, SIR?

04:43PM  20   A.   THAT'S RIGHT.

04:43PM  21   Q.   OKAY.

04:43PM  22              MR. PAK:  YOUR HONOR, IF I COULD TAKE A QUICK BREAK

04:43PM  23   TO SEE IF I NEED TO DO ANYTHING ELSE.

04:43PM  24              THE COURT:  SURE.

04:43PM  25          (OFF-THE-RECORD DISCUSSION.)

08:21AM

                    IN THE UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION




    CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
                                      )
                      PLAINTIFF,      )   SAN JOSE, CALIFORNIA
                                      )
              VS.                     )   NOVEMBER 30, 2016
                                      )
    ARISTA NETWORKS, INC.,            )   VOLUME 5
                                      )
                      DEFENDANT       )   PAGES 820-1114
                                      )

                      TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE BETH LABSON FREEMAN
                  UNITED STATES DISTRICT JUDGE

         A P P E A R A N C E S:

         FOR THE PLAINTIFF:  DAVID A. NELSON
                             QUINN EMANUEL URQUHART & SULLIVAN, LLP
                             500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661


         FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
                             50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA  94111




                      APPEARANCES CONTINUED ON NEXT PAGE

         OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185


              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

08:54AM  1    ALMEROTH DOCUMENT?

08:54AM  2              MR. PAK:  NO, YOUR HONOR.  THIS IS A MR. LANG

08:54AM  3    DOCUMENT.

08:54AM  4         ARISTA ACTUALLY STATED IN ITS OBJECTION --

08:54AM  5              THE COURT:  I THOUGHT THAT WAS WITHDRAWN?

08:54AM  6              MR. PAK:  THAT'S RIGHT.

08:54AM  7         IT DOES NOT OBJECT TO EXHIBIT 4803, TO THE EXTENT CISCO

08:54AM  8    INTENDS TO HAVE MR. LANG TESTIFY THAT THE DOCUMENTS WERE

08:54AM  9    DEPOSITED WITH THE COPYRIGHT OFFICE AND PUTS ALL THE DEPOSITING

08:54AM 10    MATERIAL INTO EVIDENCE.

08:54AM 11         SO THAT'S WHAT WE INTEND TO DO, YOUR HONOR, SO I DON'T

08:54AM 12    UNDERSTAND THE OBJECTION ON 4803.

08:54AM 13              MR. ROSEN:  WELL WE ARE JUST CONCERNED, GIVEN THE

08:54AM 14    SHEER NUMBER OF ENTRIES THAT MR. LANG WILL NOT BE ABLE TO

08:54AM 15    ESTABLISH FOUNDATION FOR EACH ONE OF THESE.

08:54AM 16              MR. PAK:  YOUR HONOR, THESE ARE -- JUST TO BE CLEAR,

08:54AM 17    THESE ARE THE -- ALL THE BUSINESS RECORDS THAT EVIDENCE -- AS

08:54AM 18    YOUR HONOR KNOWS, WE HAVE 26 COPYRIGHT REGISTRATIONS AT ISSUE

08:55AM 19    IN THIS CASE.  THEY COVER A LONG PERIOD OF TIME WITH LOTS OF

08:55AM 20    DIFFERENT VERSIONS OF THE FOUR OPERATING SYSTEMS.

08:55AM 21              THE COURT:  THESE ARE THE REGISTRATIONS.

08:55AM 22              MR. PAK:  THAT'S RIGHT, YOUR HONOR.

08:55AM 23         AND WE ARE TRYING TO FIGURE OUT A STREAMLINED FASHION.

08:55AM 24    THERE'S OBVIOUSLY NO DISPUTE ABOUT THE AUTHENTICITY ABOUT THE

08:55AM 25    DOCUMENTS AND THE RELEVANCE.

843

08:55AM 1          THE COURT:  AND YOU'VE DISCLOSED THEM ALL.

08:55AM 2          MR. PAK:  OF COURSE.  THIS IS AN ISSUE OF, HOW DO WE

08:55AM 3   GET THROUGH THIS PART OF TRIAL AS QUICKLY AS WE CAN.

08:55AM 4       WE WOULD LIKE TO BE ABLE TO USE THE 4803 DOCUMENT TO BE

08:55AM 5   ABLE TO ESTABLISH THAT THESE WERE ALL THE DIFFERENT TYPES OF

08:55AM 6   DOCUMENTS THAT WERE REGISTERED WITH THE COPYRIGHT OFFICE.

08:55AM 7          THE COURT:  AND THE JURY IS NOT GOING TO HAVE ALL THE

08:55AM 8   KEGS THEMSELVES OR ARE THEY?

08:55AM 9          MR. PAK:  WE CAN MOVE ALL OF THAT INTO EVIDENCE,

08:55AM 10  YOUR HONOR.  JUST TO BE CLEAR, IF WE DO THAT, I MAY HAVE A

08:55AM 11  SUGGESTION FOR, YOUR HONOR, IT'S LET LITERALLY BOXES AND BOXES,

08:55AM 12  IT MIGHT FILL THIS ENTIRE ROOM.

08:55AM 13         THE COURT:  WELL, LUCKILY WE ARE NOT DEALING WITH

08:55AM 14  PAPER.

08:55AM 15         MR. PAK:  SO I THINK WE WANT TO PUT IT ON SOME TYPE

08:55AM 16  OF USB DRIVE OR A COMPUTER THAT THE JURY CAN LOOK AT IF THEY

08:56AM 17  WANT TO, BUT WE WOULD LIKE TO FIGURE OUT AN EFFICIENT MECHANISM

08:56AM 18  TO GET INTO THE RECORD THE 26 COPYRIGHT REGISTRATIONS WHICH

08:56AM 19  CONSIST OF ALL THE DIFFERENT USER MANUALS.

08:56AM 20         THE COURT:  AND OF COURSE I'M LOOKING FOR WHERE I

08:56AM 21  WOULD FIND -- THE TROUBLE I HAVE IS THAT IT'S HARD FOR ME TO

08:56AM 22  FIND, I WANT TO LOOK AT IT AGAIN.

08:56AM 23      SO THIS IS 80 PAGES, THIS IS 26 REGISTRATIONS BUT IT'S MORE

08:56AM 24  THAN THAT.  THAT'S WHY I WAS REALLY STRUGGLING A LITTLE BIT TO

08:57AM 25  UNDERSTAND, THIS IS A SUMMARY INDEX OF THE REGISTRATIONS.

08:57AM  1          MR. PAK:  RIGHT, YOUR HONOR.

08:57AM  2          THE COURT:  AND YOU HAVE DESIGNATED EACH ONE AS AN

08:57AM  3    EXHIBIT.

08:57AM  4          MR. PAK:  OF COURSE.  AND SO THE EXHIBIT NUMBERS ARE

08:57AM  5    IN THE RIGHT HAND COLUMN, YOUR HONOR.

08:57AM  6       IN THIS DOCUMENT YOU CAN SEE IN THE INDEX THERE'S THE

08:57AM  7    DESCRIPTION OF THE DOCUMENT, THE BATES NUMBER SHOWING IT WAS

08:57AM  8    PRODUCED IN THIS CASE.  THERE'S A TRIAL EXHIBIT NUMBER ON THE

08:57AM  9    RIGHT-HAND COLUMN.

08:57AM  10      SO THIS IS A SUMMARY OF ALL THE REGISTRATIONS WE HAVE MADE

08:57AM  11   THAT HAVE BEEN PRODUCED IN THIS CASE.

08:57AM  12         THE COURT:  SO WHEN YOU SAID 26 REGISTRATIONS --

08:57AM  13         MR. PAK:  YES, YOUR HONOR.

08:57AM  14      THERE WERE OFFICIALLY 26 REGISTRATIONS, EACH OF THOSE

08:57AM  15   REGISTRATIONS CONTAINS A NUMBER OF MANUALS AND SOURCE CODE AND

08:57AM  16   THAT'S THE REASON WHY WE HAVE MULTIPLE EXHIBITS.

08:57AM  17         THE COURT:  I SEE.  GOT IT.

08:57AM  18         MR. PAK:  PER REGISTRATION.

08:57AM  19      AND I GUESS I WOULD ASK YOUR HONOR FOR GUIDANCE ON THIS.

08:57AM  20   WE HAVE LITERALLY HUNDREDS OF EXHIBIT NUMBERS THAT CORRESPOND

08:58AM  21   TO --

08:58AM  22         THE COURT:  THIS RAISES THE ISSUE AS WELL AND MAYBE

08:58AM  23   IT'S SIMPLE, ON THE SUBMITTING THE WORK AS A WHOLE BECAUSE

08:58AM  24   AFTER THE ELECTRONIC ARTS NINTH CIRCUIT RULING, I SORT OF, I

08:58AM  25   WANT TO MAKE SURE THAT WE HAVE THAT IN, THAT'S YOUR JOB AND YOU

08:58AM  1    KNOW HOW TO DO IT.

08:58AM  2              MR. PAK:  SO WOULD YOU LIKE -- HOW WOULD YOU LIKE TO

08:58AM  3    PROCEED BECAUSE WE HAVE MR. LANG, HE'S AVAILABLE TO TESTIFY

08:58AM  4    TODAY.  HE IS, SO WE WOULD LIKE TO FIGURE OUT A MECHANISM WHERE

08:58AM  5    HE CAN INTRODUCE INTO THE RECORD, OBVIOUSLY THE ELECTRIC ARTS

08:58AM  6    CASE, THAT WAS AN IMPORTANT ISSUE, SO WE WANT TO MAKE SURE ALL

08:58AM  7    THESE THINGS ARE IN THE RECORD.

08:58AM  8              THE COURT:  YEAH.

08:58AM  9              MR. PAK:  ON THE OTHER HAND, I GUESS I SUPPOSE HE

08:58AM  10   COULD WALK THROUGH AND JUST DESCRIBE EACH DOCUMENT.

08:58AM  11             THE COURT:  SO I MEAN THIS IS REALLY, THIS WE CALL AN

08:58AM  12   INDEX OR SUMMARY DOCUMENT, AND IT IS CLEARLY SUPPORTED BY

08:58AM  13   DOCUMENTATION THAT IS PUBLICLY FILED AVAILABLE, BEEN DISCLOSED,

08:58AM  14   AND WHAT I'M INCLINED TO DO IS, I DON'T ALLOW YOU TO JUST

08:58AM  15   SUBMIT DOCUMENTS WITHOUT THEM COMING THROUGH A WITNESS IN

08:59AM  16   COURT, BUT WE ARE NOT GOING TO DO THAT.

08:59AM  17        SO THE SUMMARY, AND THEN YOU CAN SIMPLY TELL THE JURY THAT

08:59AM  18   EACH OF THESE REGISTRATIONS IS IN EVIDENCE, THEY WILL HAVE IT

08:59AM  19   ELECTRICALLY, I DO NOT WANT THE PAPER IF THE COURTROOM.

08:59AM  20             MR. PAK:  THANK YOU, YOUR HONOR.

08:59AM  21             THE COURT:  AND I WILL ALLOW THIS ONE, 4803, I'M

08:59AM  22   GOING TO -- I'M GOING TO OVERRULE THAT OBJECTION.

08:59AM  23             MR. PAK:  I APPRECIATE THAT VERY MUCH, YOUR HONOR.

08:59AM  24             THE COURT:  OKAY.  AND I DO THINK -- IT'S UP TO YOU

08:59AM  25   IF YOU WANT TO SUBMIT ALL OF THESE REGISTRATIONS, IF THAT'S ANY

08:59AM 1    DOUBT ABOUT THE NEED FOR IT.

08:59AM 2              MR. PAK:  I THINK WE NEED TO DO THAT.

08:59AM 3              THE COURT:  I THINK THAT YOU PROBABLY NEED TO.  OKAY.

08:59AM 4         WE'VE USED UP OUR HALF AN HOUR.

08:59AM 5              MR. VAN NEST:  WE GOT A PLAN THOUGH, YOUR HONOR.

08:59AM 6              THE COURT:  A PLAN IS GOOD.

08:59AM 7              MR. NELSON:  WE WORKED SOMETHING OUT.

08:59AM 8              MR. VAN NEST:  WHAT WE THOUGHT MADE SENSE WITH OUR

08:59AM 9    JURY HERE OUR WITNESSES HERE ASK ALL OF THAT, THE ONLY OTHER

08:59AM 10   STUFF IS DR. ALMEROTH AND MR. NELSON AND I HAVE AGREED TO TALK

08:59AM 11   FURTHER, AND IT'S NOT CERTAIN THAT WE WILL EVEN GET TO HIM

09:00AM 12   TODAY, BUT IF WE DO, HE'S AGREED TO STAY ON THE STUFF THAT'S

09:00AM 13   NOT OBJECTED TO, EXHIBIT-WISE AND GRAPHICS-WISE, AND WE CAN

09:00AM 14   TAKE IT UP END OF THE DAY TODAY OR TOMORROW, BUT WE WILL TRY TO

09:00AM 15   WORK IT OUT AND NARROW THE DISPUTES FURTHER SO YOU DON'T HAVE

09:00AM 16   MUCH TO DO.

09:00AM 17             THE COURT:  OKAY.  I APPRECIATE THAT BECAUSE

09:00AM 18   UNFORTUNATELY, MANY -- THE FIRST CATEGORY MOST OF THEM WERE

09:00AM 19   E-MAILS AND I'M ACTUALLY NOT USED TO EXPERTS INTRODUCING

09:00AM 20   DOCUMENTS LIKE THIS.

09:00AM 21             MR. VAN NEST:  RIGHT.

09:00AM 22             THE COURT:  SO IN A SENSE, IT MAY GO FAST FOR ME IF

09:00AM 23   YOU CAN GIVE ME THE NUMBERS THAT ARE E-MAILS AND MAKE ONE

09:00AM 24   ARGUMENT, WHICH I'M SURE YOU WERE GOING TO DO.

09:00AM 25             MR. VAN NEST:  THAT'S WHAT I WAS GOING TO DO.  BUT I

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:39AM 1  ON THE SWITCH.

09:39AM 2  Q.   IS THERE ONLY ONE POSSIBLE WAY TO STATE ANY PARTICULAR CLI

09:39AM 3  COMMAND.

09:39AM 4  A.   NO THERE'S USUALLY MORE THAN ONE WAY TO SAY ALMOST

09:39AM 5  ANYTHING.

09:39AM 6  Q.   ARE THE OPTIONS LIMITED?

09:39AM 7  A.   I THINK THE OPTIONS ARE QUITE LIMITED, IF YOU HAVE AN

09:39AM 8  EXISTING STRUCTURE FOR YOUR CLI, YOU WOULD WANT YOUR COMMANDS

09:39AM 9  TO BASICALLY FOLLOW THAT STRUCTURE TO BE CONSISTENT WITH OTHER

09:39AM 10  COMMANDS IN YOUR CLI.

09:39AM 11      FURTHER, THE WORDS IN THE COMMAND THEMSELVES, LARGELY COME

09:39AM 12  FROM INDUSTRY STANDARD DOCUMENTS, WORDS LIKE ROUTE OR IP.

09:39AM 13  THESE ARE INDUSTRY STANDARD TERMS, THERE AREN'T A LOT OF

09:39AM 14  ALTERNATIVES FOR THEM.

09:39AM 15  Q.   HOW MUCH OF THE INDUSTRY STANDARD CLI CONSISTS OF STANDARD

09:40AM 16  NETWORKING TERMINOLOGY?

09:40AM 17  A.   MOST OF THE COMMAND WORDS, MOST OF THE WORDS THAT MAKE UP

09:40AM 18  OUR COMMANDS FROM COME INDUSTRY STANDARD SOURCES.

09:40AM 19  Q.   AND EVEN IF YOU USE THAT INDUSTRY STANDARD TERMINOLOGY,

09:40AM 20  DON'T YOU HAVE CHOICES TO MAKE AS FAR AS HOW YOU STRING THOSE

09:40AM 21  WORDS TOGETHER TO MAKE UP A COMMAND?

09:40AM 22  A.   YOU MAY HAVE SOME CHOICE, BUT AGAIN, IT'S PRETTY LIMITED.

09:40AM 23  NOT TOO MANY WORD ORDERS MAKE A LOT OF SENSE.

09:40AM 24      FOR EXAMPLE, IF YOU HAVE A COMMAND TO SHOW THE IP ROUTES

09:40AM 25  YOU'VE LEARNED ON YOUR SWITCH, YOU COULD DO SHOW IP ROUTE OR

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:43AM  1    Q.   NOW I WANT TO GO BACK AND JUST ESTABLISH SOME FACTS.  I

09:43AM  2    THINK THERE WERE SOME QUESTIONS ABOUT E-MAILS, BUT I THINK IT'S

09:43AM  3    UNDISPUTED NOW THAT ARISTA COPIED CLI COMMANDS FROM CISCO'S

09:43AM  4    SOURCE CODE?

09:43AM  5    A.   THAT'S RIGHT.

09:43AM  6    Q.   WITH RESPECT TO SCREEN OUTPUTS, YOU WOULD AGREE WITH ME,

09:43AM  7    SIR, THAT IF ANY OF CISCO'S SCREEN OUTPUTS CONTAIN EXPRESSIVE

09:44AM  8    WORK, THEN ARISTA CANNOT USE THAT MATERIAL WITHOUT A LICENSE

09:44AM  9    FROM CISCO; ISN'T THAT TRUE?

09:44AM  10              MR. SILBERT:  OBJECTION.  CALLS FOR A LEGAL

09:44AM  11   CONCLUSION.

09:44AM  12              MR. PAK:  THAT'S YOUR BELIEF, RIGHT?

09:44AM  13              THE COURT:  SUSTAINED.

09:44AM  14   BY MR. PAK:

09:44AM  15   Q.   YOU TESTIFIED EARLIER THAT YOU HAD CERTAIN BELIEFS ABOUT

09:44AM  16   WHAT YOU CAN DO PROPERLY AND WHAT YOU CANNOT DO PROPERLY WITH

09:44AM  17   RESPECT TO CISCO'S COMMANDS; IS THAT TRUE?

09:44AM  18   A.   I BELIEVE SO.

09:44AM  19   Q.   OKAY.  DO YOU BELIEVE ON BEHALF OF ARISTA THAT YOU CAN TAKE

09:44AM  20   ANY OF THE SCREEN OUTPUTS FROM CISCO WITHOUT A LICENSE; IS THAT

09:44AM  21   YOUR TESTIMONY?

09:44AM  22              MR. SILBERT:  SAME OBJECTION.

09:44AM  23              THE COURT:  SUSTAINED.

09:44AM  24   BY MR. PAK:

09:44AM  25   Q.   DID YOU FORM ANY SUBJECTIVE BELIEFS ON BEHALF OF ARISTA

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:08AM 1    Q.    AND YOU SEE THE QUESTION THERE, PRIOR TO CISCO, HAD YOU

10:08AM 2    DONE ANY TYPE OF SOFTWARE DEVELOPMENT FOR NETWORK EQUIPMENT,

10:08AM 3    ANSWER NOT FOR NETWORK EQUIPMENT?

10:08AM 4    A.    THAT'S RIGHT.

10:08AM 5    Q.    OKAY.  SO NOW THEN YOU CAME DIRECTLY FROM CISCO TO ARISTA

10:08AM 6    IN 2007, CORRECT?

10:08AM 7    A.    THAT'S CORRECT.

10:08AM 8    Q.    NO COMPANIES IN BETWEEN?

10:08AM 9    A.    NO.

10:08AM 10   Q.    NOW WHEN YOU WERE AT CISCO, YOU WERE PART OF AN E-MAIL

10:09AM 11   GROUP CALLED THE PARSER-POLICE, RIGHT?

10:09AM 12   A.    YES, I WAS.

10:09AM 13   Q.    AND IN FACT, YOU PROPOSED SOME CLI COMMANDS AS PART OF YOUR

10:09AM 14   WORK AT CISCO, RIGHT?

10:09AM 15   A.    I DID.

10:09AM 16   Q.    AND YOU ALSO COMMENTED THROUGH THIS PARSER-POLICE E-MAIL ON

10:09AM 17   COMMANDS THAT OTHER FOLKS HAD PRESENTED, CORRECT?

10:09AM 18   A.    IF IT RELATED TO MY AREA OF EXPERTISE, THEN YES.

10:09AM 19   Q.    RIGHT.  SO SOMETIMES YOU DID, RIGHT?

10:09AM 20   A.    YES.

10:09AM 21   Q.    AND YOU UNDERSTAND ON THIS PARSER-POLICE E-MAIL, PEOPLE

10:09AM 22   WOULD SOMETIMES EXPRESS DISAGREEMENT ABOUT HOW THE COMMANDS

10:09AM 23   SHOULD BE STRUCTURED, WHAT THEY SHOULD SAY, WHAT THEY SHOULD

10:09AM 24   BE, RIGHT?

10:09AM 25   A.    THAT'S CORRECT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:09AM 1   Q.  AND THERE WAS E-MAILS GOING BACK AND FORTH AND HEALTHY

10:09AM 2   DISCUSSION ABOUT WHAT THOSE THINGS SHOULD BE, CORRECT?

10:09AM 3   A.  YES.

10:09AM 4   Q.  AND THAT WENT ON DURING THE TIME THAT YOU WERE AT CISCO FOR

10:09AM 5   THE CLI COMMAND DEVELOPMENT, RIGHT?

10:09AM 6   A.  YES.

10:09AM 7   Q.  NOW I WANT TO SWITCH GEARS A LITTLE BIT HERE.  SO YOU'RE

10:09AM 8   AWARE THAT MANY OF THE SENIOR OFFICERS AND FOUNDERS OF ARISTA

10:09AM 9   CAME FROM CISCO, RIGHT?

10:10AM 10  A.  THAT'S CORRECT.

10:10AM 11  Q.  AND YOU KNOW THAT THERE ARE TIMES WHEN ARISTA HAS PUT

10:10AM 12  FEATURES IN ITS PRODUCTS WHERE IT WAS EMULATING FEATURES THAT

10:10AM 13  PRE-EXISTED IN CISCO PRODUCTS; ISN'T THAT RIGHT?

10:10AM 14  A.  THAT'S RIGHT.

10:10AM 15  Q.  NOW WHEN YOU CAME, LET ME JUST GO BACK IN TIME.  YOU CAME

10:10AM 16  IN 2007, WAS IT LIKE MID-2007?

10:10AM 17  A.  JULY, 2007.

10:10AM 18  Q.  JULY 2007 SO PRETTY MUCH RIGHT SMACK IN THE MIDDLE OF 2007.

10:10AM 19  SO WHEN YOU CAME, ARISTA ACTUALLY HAD A SWITCH THAT WAS

10:10AM 20  RUNNING, I BELIEVE YOU DESCRIBED THEM AS CISCO-LIKE CLI'S

10:10AM 21  RIGHT?

10:10AM 22  A.  WE HAD A SWITCH THAT HAD A BASIC CLI, WE HAD VERY FEW

10:10AM 23  FEATURES AT THAT TIME, BUT IT WAS UP AND RUNNING IN THE LAB.

10:10AM 24  Q.  IT WAS UP AND RUNNING, AND IN FACT IN SEPTEMBER OF 2007,

10:10AM 25  YOU ACTUALLY SHIPPED ONE OF THOSE SWITCHES TO A MR. JEFF LAPIK

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:14AM  1    Q.   WELL ENOUGH FEATURES SO THAT YOU SHIPPED ONE A COUPLE

10:14AM  2    MONTHS LATER TO MR. LAPIK, I BELIEVE IT IS, AT UNIVERSITY OF

10:14AM  3    NEW HAMPSHIRE, RIGHT?

10:14AM  4    A.   ENOUGH FEATURES TO TEST THE POWER, CORRECT.

10:14AM  5    Q.   SO THEN WE CAN SAY BY THAT TIME IT'S SOMEWHERE SOUTH FOR

10:14AM  6    2007 SOME WERE SOUTH OF $2.5 MILLION, RIGHT?

10:14AM  7    A.   YES.

10:14AM  8    Q.   MAYBE ABOUT HALF OF THAT?

10:14AM  9    A.   JULY IS MAJOR, SO YES.

10:14AM  10   Q.   SO THE TOTAL EXPENDITURE TO QUIET A SWITCH THAT HAD EOS AND

10:14AM  11   WAS RUNNING IOS-LIKE CLI, WAS LESS THAN $2 MILLION, RIGHT?

10:14AM  12   A.   YES, THAT'S CORRECT.

10:14AM  13   Q.   NOW YOU ARE AWARE THAT CISCO IN TERMS OF DEVELOPMENT ON ITS

10:14AM  14   PRODUCTS SPENDS NORTH OF $5 BILLION A YEAR ON RESEARCH AND

10:15AM  15   DEVELOPMENT, RIGHT?

10:15AM  16   A.   IN TODAY'S TIME, THAT SOUNDS RIGHT.

10:15AM  17   Q.   NOW, SIR, I WOULD LIKE TO TALK TO YOU ABOUT A FEW OTHER

10:15AM  18   THINGS HERE.  SO IT'S TRUE THAT ARISTA INTENTIONALLY COPIED

10:15AM  19   CISCO'S CLI, RIGHT?

10:15AM  20   A.   IT'S TRUE THAT WE USED THE SAME CLI FOR MANY OF OUR BASE OR

10:15AM  21   CORE FEATURES.

10:15AM  22   Q.   AND INTENTIONALLY COPIED THAT, RIGHT?

10:15AM  23   A.   FOR THOSE CORE FEATURES, YES.

10:15AM  24   Q.   CORE FEATURES, IS THAT WHAT YOU SAID?

10:15AM  25   A.   THAT'S RIGHT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:15AM 1    Q.   OKAY.  AND YOU ACTUALLY TOLD, WHEN YOUR INTERACTIONS WITH

10:15AM 2    CUSTOMERS, THAT YOUR CLI IS JUST LIKE CISCO'S CLI, RIGHT?

10:15AM 3    A.   IN THE EARLY DAYS, YES, THAT'S TRUE.

10:15AM 4    Q.   OKAY.  AND YOU KNOW THAT OTHERS AT ARISTA HAVE SAID THE

10:15AM 5    SAME THINGS TO CUSTOMERS, RIGHT?

10:16AM 6    A.   YES.

10:16AM 7    Q.   NOW I WANT TO TURN TO YOUR BINDER.  IN EXHIBIT 197, THIS

10:16AM 8    WAS ACTUALLY JUST MOVED INTO EVIDENCE.  SO WE DON'T NEED TO DO

10:16AM 9    THAT.

10:16AM 10       SO IF YOU COULD JUST DISPLAY EXHIBIT 197 AGAIN, MR. FISHER.

10:16AM 11       SO THIS IS AN E-MAIL, THE WHOLE EXHIBIT, AND YOU CAN GO

10:16AM 12   FLIP THROUGH, WOULD BE AN E-MAIL STRING BETWEEN MR. DUDA,

10:16AM 13   MR. SWEENEY, MR. HAFEEZ AND YOURSELF?

10:16AM 14   A.   THAT'S RIGHT.

10:16AM 15   Q.   NOW I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THIS.  SO

10:16AM 16   IF WE CAN GO BACK, AND I THINK IN TIME, THESE KIND OF GO IN

10:16AM 17   REVERSE ORDER MEANING THE OLDEST ONE IS AT THE BACK?

10:17AM 18   A.   THAT'S RIGHT.

10:17AM 19   Q.   SO LET'S KIND OF GO BACK THERE AND LOOK AT THE VERY LAST

10:17AM 20   ONE.  THIS STARTS, THE LAST PAGE WOULD BE PAGE 3 OF THAT.

10:17AM 21       SO THAT'S AN E-MAIL FROM MR. SWEENEY TO YOURSELF, RIGHT?

10:17AM 22   A.   THAT'S RIGHT.

10:17AM 23   Q.   AND HE'S EXPRESSING, YOUR UNDERSTANDING, SOME OPINIONS ON

10:17AM 24   CLI FUNCTIONALITY RELATED TO A FEATURE CALLED ACL, RIGHT?

10:17AM 25   A.   THAT'S CORRECT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:20AM  1    Q.    OKAY.  BUT IT'S TWO INDUSTRY STANDARDS WE GOT SO FAR,

10:20AM  2    RIGHT?

10:20AM  3    A.    DEPENDING ON THE WORDING.  JUNIPER WAS A SERVICE PROVIDER

10:20AM  4    SELLING ROUTERS, NOT SWITCHES.  SO THE CUSTOMER WAS FAMILIAR

10:20AM  5    WITH JUNIPER ROUTERS IN THE SERVICE PROVIDER SPACE.  THEY WOULD

10:21AM  6    CONSIDER JUNOS CLI ACCEPTABLE.

10:21AM  7        BUT CISCO HAD 80 PERCENT MARKET SHARE IN SWITCHING, SO

10:21AM  8    MAJORITY OF THE WORLD, THEY WERE MORE FAMILIAR WITH THE

10:21AM  9    CISCO-LIKE CLI.  AND NOT ARISTA ALONE, BUT MANY OF THE

10:21AM  10   COMPANIES ARE WERE USING THE SAME CLI AT THAT TIME.

10:21AM  11   Q.    RIGHT.

10:21AM  12       SO YOU USED THE TERM INDUSTRY STANDARD TO DESCRIBE WHAT YOU

10:21AM  13   JUST DESCRIBED FOR US HERE IN COURT, RIGHT?

10:21AM  14   A.    YES, THE DE FACTO INDUSTRY STANDARD.

10:21AM  15   Q.    SO YOU ARE JUST SAYING IT'S POPULAR IN THE INDUSTRY, RIGHT?

10:21AM  16   A.    YES.

10:21AM  17   Q.    THAT'S ALL WE ARE TALKING ABOUT, IT'S JUST POPULAR IN THE

10:21AM  18   INDUSTRY?

10:21AM  19   A.    I AGREE.

10:21AM  20   Q.    OKAY.  I JUST WANTED TO CLEAR THAT UP BECAUSE WE HAVE BEEN

10:21AM  21   GOING AROUND ON THIS, BUT I APPRECIATE THAT.

10:21AM  22       SO THE -- AND THERE ARE OTHER VENDORS OUT THERE THAT YOU

10:21AM  23   UNDERSTAND FROM YOUR WORK THAT USE DIFFERENT COMMAND

10:21AM  24   STRUCTURES, RIGHT?

10:21AM  25   A.    AT THE TIME, VERY FEW, MOST ACTUALLY USE THE IOS-LIKE CLI.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:31AM 1    INDUSTRY STANDARD AS OPPOSED TO JUNOS THAT I ALSO SAY IS AN

10:31AM 2    INDUSTRY STANDARD, RIGHT?

10:31AM 3    A.   DEPENDING ON THE CUSTOMER, YES.

10:31AM 4    Q.   SO YOU WERE MORE INTERESTED IN CISCO'S CUSTOMERS THAN

10:31AM 5    JUNIPER'S CUSTOMERS, RIGHT?

10:31AM 6    A.   WE WERE MORE INTERESTED IN THE LARGER ENTERPRISES, AND IN

10:31AM 7    SWITCHING, THAT'S WHERE CISCO HAD A MUCH BIGGER MARKET SHARE.

10:32AM 8    Q.   ALL RIGHT, SIR.  SO LET ME MOVE TO ANOTHER TOPIC HERE.

10:32AM 9         THE COURT:  MAYBE THIS WOULD BE A GOOD TIME FOR OUR

10:32AM 10   BREAK THEN.  WOULD THAT BE ALL RIGHT?

10:32AM 11        MR. NELSON:  YES.  THANK YOU, YOUR HONOR.

10:32AM 12        THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING BREAK.

10:32AM 13   WE WILL COME BACK AT A QUARTER TO 11:00.

10:32AM 14   (WHEREUPON A RECESS WAS TAKEN.)

10:46AM 15        THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

10:46AM 16   JURORS ARE HERE.

10:46AM 17        MR. NELSON, WOULD YOU LIKE TO CONTINUE?

10:46AM 18        MR. NELSON:  YES, THANK YOU, YOUR HONOR.

10:46AM 19   Q.   WELCOME BACK, SIR.

10:47AM 20   SO I WANT YOU TO TURN TO EXHIBIT 376 IN YOUR BINDER.

10:47AM 21   AND -- 376.  IT'S KIND OF THE TAB HIDES, IT HID ON ME, IT'S THE

10:47AM 22   TOP, IT SHOULD BE RIGHT BEHIND 370.

10:47AM 23   A.   374 AND 378.

10:47AM 24   Q.   370 THEN --

10:47AM 25        THE COURT:  IT IS, IT'S OUT OF ORDER.  IT'S BEFORE

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:07AM 1    EVIDENCE, YOUR HONOR.

11:07AM 2              THE COURT:  ANY OBJECTION?

11:07AM 3              MR. FERRALL:  NO OBJECTION.

11:07AM 4              THE COURT:  IT WILL BE ADMITTED.

11:07AM 5          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 404, HAVING BEEN

11:07AM 6    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:07AM 7    EVIDENCE.)

11:07AM 8    BY MR. NELSON:

11:07AM 9    Q.  SO LET'S LOOK AT MIDDLE OF THE PAGE.  SO MR. FOSS FIRST,

11:07AM 10   CAN YOU TELL US WHO MR. FOSS IS?

11:07AM 11   A.  AT THAT TIME MARK FOSS WAS RESPONSIBLE FOR PARTNER OR

11:07AM 12   CHANNEL PROGRAMS AT ARISTA.

11:07AM 13   Q.  PARTNER CHANNEL PROGRAMS?

11:07AM 14   A.  CHANNEL PROGRAMS, YES.

11:07AM 15   Q.  SO IF YOU LOOK AT THE MIDDLE OF THE E-MAIL THE ONE THAT'S

11:08AM 16   FROM MR. FOSS TO THE PEOPLE AT FACEBOOK.

11:08AM 17       DO YOU SEE THAT?

11:08AM 18   A.  YES.

11:08AM 19   Q.  IT SAYS, AS I MENTIONED TO DAN LAST NIGHT, THE CLI COMMANDS

11:08AM 20   IN OUR SWITCH ARE IDENTICAL TO CISCO IOS SO THERE SHOULD BE NO

11:08AM 21   LEARNING CURVE TO GET IT CONFIGURED.

11:08AM 22       DO YOU SEE THAT?

11:08AM 23   A.  YES.

11:08AM 24   Q.  SO THAT'S SOMETHING THAT ARISTA SALES ENGINEERS WERE OUT

11:08AM 25   TELLING CUSTOMERS IS A SELLING POINT OF THE ARISTA SWITCH,

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:08AM  1    CORRECT?

11:08AM  2    A.   WE WERE SAYING THAT TO CUSTOMERS, YES.

11:08AM  3    Q.   RIGHT.  WE'RE IDENTICAL TO CISCO IOS SO YOU WON'T HAVE ANY

11:08AM  4    LEARNING CURVE TO USE OUR PRODUCT, CORRECT?

11:08AM  5    A.   THAT'S RIGHT.

11:08AM  6    Q.   SO EXHIBIT 379, AND LET ME KNOW WHEN YOU ARE THERE.  ARE

11:09AM  7    YOU THERE, SIR?

11:09AM  8    A.   YES.

11:09AM  9    Q.   SO THE TOP E-MAIL IS FROM MR. ADAM SWEENEY TO MR. SUNEEL

11:09AM  10   VENATI, DID I GET THAT NAME RIGHT?

11:09AM  11   A.   THAT'S RIGHT.

11:09AM  12   Q.   AND YOU ARE ONE OF THE COPIES ON THAT E-MAIL, CORRECT?

11:09AM  13   A.   CORRECT.

11:09AM  14   Q.   AND THE SUBJECT OF THAT IS QOS, CLI; IS THAT RIGHT?

11:09AM  15   A.   THAT'S RIGHT.

11:09AM  16   Q.   AND QS, THAT STANDS FOR QUALITY OF SERVICE?

11:09AM  17   A.   YES.

11:09AM  18   Q.   NOW, THAT TOP LEVEL E-MAIL ATTACHES ANOTHER E-MAIL FROM

11:09AM  19   MR. VENATI; IS THAT RIGHT?  IN OTHER WORDS IF YOU FOLLOW THE

11:09AM  20   STRING DOWN YOU WILL SEE ANOTHER E-MAIL FROM MR. VENATI DATED

11:09AM  21   MONDAY PRINCIPAL 18TH 2011?

11:09AM  22   A.   YES.

11:09AM  23   Q.   AND THE --

11:10AM  24        MR. NELSON:  WELL AT THIS POINT, YOUR HONOR, I MOVE

11:10AM  25   INTO EVIDENCE EXHIBIT 379.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

12:02PM 1    TOP THERE, MR. FISHER, IT WILL HAVE THE FILING DATE OF

12:02PM 2    JANUARY 22ND, 2003.

12:02PM 3        DO YOU SEE THAT?

12:02PM 4    A.  YES.

12:02PM 5    Q.  NOW, SIR, I JUST WANT TO LOOK AT A FEW THINGS IN THIS

12:02PM 6    COMPLAINT.

12:02PM 7        IF YOU LOOK AT THE END OF THE FIRST PARAGRAPH WHICH STARTS

12:03PM 8    ON PAGE 2.  YOU WILL SEE IT SAYS, DEFENDANTS HAVE COPIED

12:03PM 9    CISCO'S PATENTED TECHNOLOGIES, THEY HAVE COPIED THE COPYRIGHTED

12:03PM 10   USER INTERFACE FOR CISCO'S ROUTERS AND THEY HAVE MADE VERBATIM

12:03PM 11   COPIES OF WHOLE PORTIONS OF CISCO'S USER'S MANUALS, AND THERE

12:03PM 12   IS OVERWHELMING EVIDENCE THAT THEY HAVE UNLAWFULLY GAINED

12:03PM 13   ACCESS TO CISCO'S SOURCE CODE AND COPIED IT AS A BASIS FOR THE

12:03PM 14   OPERATING SYSTEM FOR THEIR KNOCK-OFF ROUTER, CORRECT?

12:03PM 15   A.  CORRECT.

12:03PM 16   Q.  THAT WAS A TRUE STATEMENT, CORRECT?

12:03PM 17   A.  YES.

12:03PM 18   Q.  OKAY.  AND SO ONE OF THE CLAIMS THAT WAS BEING MADE IS THAT

12:03PM 19   THERE WERE PATENTED TECHNOLOGIES THAT WERE BEING INFRINGED,

12:03PM 20   CORRECT?

12:04PM 21   A.  CORRECT.

12:04PM 22   Q.  AND ONE OF THE CLAIMS, IN FACT THE SECOND LISTED ONE IS

12:04PM 23   THAT HUAWEI COPIED THE COPYRIGHTED USER INTERFACE FOR CISCO

12:04PM 24   ROUTERS, CORRECT?

12:04PM 25   A.  YES.

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

01:16PM   1    HUAWEI WAS TO STOP USING CISCO'S INTELLECTUAL PROPERTY,

01:16PM   2    CORRECT?

01:16PM   3    A.  YES.

01:16PM   4    Q.  SO -- NOW I THINK YOU SAID BEFORE THE BREAK, I WON'T SAY

01:16PM   5    THIS MORNING BECAUSE IT COULD HAVE BEEN SHORTLY AFTER NOON, BUT

01:16PM   6    BEFORE THE BREAK THAT YOU HADN'T SEEN THE COMPLAINT; IS THAT

01:16PM   7    RIGHT?

01:16PM   8    A.  I HAD NOT.

01:16PM   9    Q.  NOW I WANT TO TAKE YOU, EXHIBIT 250, AND I WANT YOU TO GO

01:16PM   10   TO PARAGRAPH 11.  THIS IS YOUR DECLARATION THAT WAS SWORN UNDER

01:16PM   11   PENALTY OF PERJURY, SIR.  AND IF WE BLOW UP PARAGRAPH 11, IT

01:17PM   12   SAYS, AS DETAILED IN CISCO'S COMPLAINT, HUAWEI HAS ENGAGED IN

01:17PM   13   WHOLESALE THEFT AND COPYING OF CISCO'S INTELLECTUAL PROPERTY TO

01:17PM   14   DEVELOP ITS QUIDWAY ROUTERS.  ACCORDING TO CISCO'S ALLEGATIONS,

01:17PM   15   THAT THEFT INCLUDING THE ADOPTION OF CISCO'S PATENTED

01:17PM   16   PROCESSES, THE UNLAWFUL ACCESS TO AND COPYING OF CISCO'S

01:17PM   17   PROPRIETARY IOS SOURCE CODE, THE COPING OF CISCO'S CLI AND THE

01:17PM   18   COPYING OF CISCO'S COPYRIGHTED USER MANUALS.

01:17PM   19        DO YOU SEE THAT, SIR?

01:17PM   20   A.  YES, I DO.

01:17PM   21   Q.  SO IF WE GO BACK TO PARAGRAPH 1 OF YOUR DECLARATION, THAT

01:17PM   22   SAYS UNEQUIVOCALLY SIR, I HAVE PERSONAL KNOWLEDGE OF THE FACTS

01:17PM   23   SET FORTH IN THIS DECLARATION, AND IF CALLED TO TESTIFY AS A

01:18PM   24   WITNESS, COULD AND WOULD COMPETENTLY TESTIFY TO THEM UNDER

01:18PM   25   OATH, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:15PM    1    A.   YES.

02:15PM    2    Q.   AND THEN AFTER TAKING ABOUT A MONTH OFF, YOU JOINED ARISTA,

02:15PM    3    AND WHEN DID YOU JOIN ARISTA?

02:15PM    4    A.   IT WOULD HAVE BEEN IN NOVEMBER 2011.

02:16PM    5    Q.   2011?

02:16PM    6    A.   YES.

02:16PM    7    Q.   SO WHEN YOU WENT TO ARISTA DIRECTLY FROM CISCO, YOU STARTED

02:16PM    8    TO WORK ON ARISTA'S ETHERNET SWITCHES, CORRECT?

02:16PM    9    A.   THAT'S WHAT ARISTA BUILDS, YES.

02:16PM   10    Q.   AND THAT'S WHAT ARISTA BUILDS.  AND THOSE ARISTA ETHERNET

02:16PM   11    SWITCHES ALSO COMPETE FOR DATA CENTER CUSTOMERS, CORRECT?

02:16PM   12    A.   THEY DO, YEAH.

02:16PM   13    Q.   SO THERE'S DIRECT COMPETITION, YOU UNDERSTAND BETWEEN THE

02:16PM   14    ARISTA ETHERNET SWITCHES THAT YOU WORKED ON VERSUS THE NEXUS

02:16PM   15    LINE OF ETHERNET SWITCHES YOU WORKED ON AT CISCO, CORRECT?

02:16PM   16    A.   SURE.

02:16PM   17    Q.   AND WHEN YOU FIRST JOINED ARISTA, YOU DIDN'T RECEIVE ANY

02:16PM   18    TRAINING ABOUT CONFIDENTIAL INFORMATION AND PROPRIETARY

02:16PM   19    INFORMATION, CORRECT?

02:16PM   20    A.   IT'S POSSIBLE I DID.  I MEAN, IT'S WELL UNDERSTOOD, THE

02:16PM   21    PRINCIPLES OF CONFIDENTIALITY.

02:16PM   22    Q.   SIR, AT YOUR DEPOSITION YOU SAID, I DON'T THINK I RECEIVED

02:16PM   23    ANY TRAINING?

02:16PM   24    A.   I THINK I SAID I WASN'T SURE.

02:16PM   25    Q.   LET'S TAKE A LOOK AT WHAT YOU SAID.  AND YOU HAVE A COPY OF

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:23PM 1    COME UP WITH A PARTICULAR COMMAND EXPRESSION FOR A

02:23PM 2    FUNCTIONALITY AND THAT WOULD BE HIS OR HER PREFERENCE FOR THAT,

02:23PM 3    CORRECT?

02:23PM 4    A.  I GUESS SO.

02:23PM 5    Q.  OKAY.  AND YOU KNOW FROM YOUR EXPERIENCE THAT DIFFERENT

02:23PM 6    ENGINEERS CAN HAVE DIFFERENT OPINIONS ON HOW TO EXPRESS CERTAIN

02:23PM 7    COMMANDS, CORRECT?

02:23PM 8    A.  SURE.

02:23PM 9    Q.  AND YOU'VE HAD YOUR OPINIONS AND OTHER PEOPLE HAD THEIR

02:23PM 10   DIFFERENT OPINIONS ON HOW TO EXPRESS A PARTICULAR COMMAND

02:23PM 11   EXPRESSION WHILE YOU WERE EMPLOYED BY CISCO; IS THAT RIGHT?

02:23PM 12   A.  THAT'S RIGHT.

02:23PM 13   Q.  AND WHEN YOU WERE HAVING THESE DIFFERENT OPINIONS, THOSE

02:23PM 14   WERE YOUR PERSONAL OPINIONS AND PREFERENCES FOR HOW A CLI

02:23PM 15   COMMAND EXPRESSION SHOULD BE EXPRESSED, AND YOU EXPRESSED THOSE

02:23PM 16   OPINIONS TO YOUR COLLEAGUES AT CISCO, CORRECT?

02:23PM 17   A.  I PROBABLY DID, YEAH.

02:23PM 18   Q.  AND YOU WOULD AGREE WITH ME THAT TWO ENGINEERS COULD SIT

02:23PM 19   DOWN AND PROPOSE TWO VERY DIFFERENT COMMANDS FOR ANY PARTICULAR

02:24PM 20   FUNCTION, CORRECT?

02:24PM 21   A.  SURE.

02:24PM 22   Q.  FOR EXAMPLE IT'S POSSIBLE FOR AN ENGINEER TO SIT DOWN AND

02:24PM 23   PICK THE WORD DISPLAY INSTEAD OF THE WORD SHOW FOR THE EXACT

02:24PM 24   TAME FUNCTIONALITY, IS THAT TRUE?

02:24PM 25   A.  IT'S POSSIBLE.  IT'S UNLIKELY, BUT IT'S POSSIBLE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:24PM  1    Q.   IT'S POSSIBLE, ISN'T IT SIR?

02:24PM  2    A.   IT'S POSSIBLE.

02:24PM  3    Q.   THERE'S NO TECHNICAL REASON WHY YOU COULDN'T CHOOSE ONE OR

02:24PM  4    THE OTHER; ISN'T THAT TRUE?

02:24PM  5    A.   IT'S JUST A WORD.

02:24PM  6    Q.   IT'S JUST A WORD CHOICE, CORRECT?  IS THAT RIGHT?  YES?  WE

02:24PM  7    NEED AN AUDITORY ANSWER.

02:24PM  8    A.   IT'S JUST A WORD, YES.

02:24PM  9    Q.   AN ENGINEER COULD PICK "VISUALIZE" RATHER THAN "SHOW;"

02:24PM  10   ISN'T THAT TRUE?

02:24PM  11   A.   IT'S POSSIBLE.

02:24PM  12   Q.   IT'S ANOTHER WORD CHOICE, CORRECT?

02:24PM  13   A.   YES.

02:24PM  14   Q.   YOU COULD CHOOSE ANY WORD FOR ANY COMMAND; ISN'T THAT

02:24PM  15   RIGHT?

02:24PM  16   A.   I THINK IF WE WERE TO USE YOUR EXAMPLE, THERE WERE ALREADY

02:24PM  17   THOUSANDS OF COMMANDS USING THE WORD SHOW, SO IT MADE LOGICAL

02:24PM  18   SENSE TO USE IF YOU DID NOT USE "DISPLAY," FOR EXAMPLE, WHEN

02:24PM  19   "SHOW" IS ALREADY THE COMMONLY USED WORD.

02:25PM  20   Q.   RIGHT.  BECAUSE THAT WAS -- CISCO HAD ALREADY USED "SHOW"

02:25PM  21   AS THE COMMONLY USED WORDING TO BE CONSISTENT WITH CISCO'S

02:25PM  22   CHOICE OF "SHOW," THAT'S WHAT YOU ARE TALKING ABOUT, CORRECT?

02:25PM  23   A.   SURE.  I THINK CISCO DEVICES USED "SHOW," YEAH.

02:25PM  24   Q.   AND SO IF YOU ARE DESIGNING A CISCO CLI COMMAND, YOU WANT

02:25PM  25   TO BE CONSISTENT WITH PRIOR CHOICES MADE BY OTHER CISCO

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:25PM   1   ENGINEERS, THAT'S ONE OF THE DESIGN OBJECTIVES, CORRECT?

02:25PM   2   A.   SURE.

02:25PM   3   Q.   OKAY.  BUT SETTING ASIDE, YOU ARE NO LONGER WORKING AT

02:25PM   4   CISCO, IF YOU WERE WORKING AT ANY COMPANY, YOU COULD CHOOSE ANY

02:25PM   5   WORD FOR ANY COMMAND; IS THAT TRUE?

02:25PM   6   A.   SURE, OKAY.

02:25PM   7   Q.   IT'S JUST A WORD CHOICE, CORRECT?

02:25PM   8   A.   UH-HUH.

02:25PM   9   Q.   THAT'S SUBJECTIVE, RIGHT?

02:25PM   10  A.   IT IS SUBJECTIVE BUT I THINK THERE'S MANY FACTORS THAT GO

02:25PM   11  INTO DECIDING COMMANDS THEMSELVES.

02:25PM   12  Q.   BUT ULTIMATELY, SIR, THAT'S A PROFESSIONAL JUDGMENT CALL BY

02:25PM   13  AN ENGINEER; ISN'T THAT TRUE?

02:25PM   14  A.   SURE.

02:25PM   15  Q.   NOW I WANT TO SWITCH GEARS AND TALK ABOUT YOUR TENURE AT

02:25PM   16  ARISTA.

02:26PM   17       SO YOU LEAVE CISCO, NOW YOU ARE AT ARISTA, AND PART OF YOUR

02:26PM   18  JOB RESPONSIBILITY WAS TALK TO ARISTA CUSTOMERS ABOUT ARISTA'S

02:26PM   19  PRODUCTS, CORRECT?

02:26PM   20  A.   THAT'S CORRECT.

02:26PM   21  Q.   AND I BELIEVE -- WHAT WAS YOUR TITLE AT ARISTA?

02:26PM   22  A.   I FORGOT WHAT MY INITIAL TITLE WAS, BUT AT ARISTA MY FINAL

02:26PM   23  TITLE WAS DISTINGUISHED ENGINEER AS WELL.

02:26PM   24  Q.   OKAY.  SO THAT'S A COMPARABLE TITLE AT ARISTA COMPARED TO

02:26PM   25  THE TITLE YOU HELD AT CISCO; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:26PM  1    A.   THAT'S CORRECT.

02:26PM  2    Q.   AND AGAIN, THAT WOULD BE AN ENGINEER OF DISTINCTION AT

02:26PM  3    ARISTA, CORRECT?

02:26PM  4    A.   I GUESS SO.

02:26PM  5    Q.   WHEN YOU WERE AT ARISTA, YOU POINTED OUT TO POTENTIAL

02:26PM  6    CUSTOMERS THAT ARISTA'S USER INTERFACE IS JUST LIKE CISCO'S;

02:26PM  7    ISN'T THAT TRUE?

02:26PM  8    A.   SURE, YEAH.

02:26PM  9    Q.   YOU SAID THAT TO MANY CUSTOMERS, DIDN'T YOU?

02:26PM  10   A.   IT'S LIKELY I DID.

02:26PM  11   Q.   OKAY.  AND YOU ALSO TOLD THOSE SAME CUSTOMERS THAT THEY CAN

02:27PM  12   SAVE RE-TRAINING COSTS AND THEY CAN EASILY ADOPT ARISTA'S

02:27PM  13   NETWORKING EQUIPMENT BECAUSE IT HAS THE SAME USER INTERFACE AS

02:27PM  14   CISCO'S, ISN'T THAT RIGHT?

02:27PM  15   A.   THAT'S CORRECT.

02:27PM  16   Q.   AND TAKE A LOOK AT, SIR, EXHIBIT 176 IN YOUR BINDER.

02:27PM  17        THIS WAS AN E-MAIL THAT WAS SENT FROM MR. DAVID MCLEOD, TO

02:27PM  18   YOU, MR. DALE, ON OCTOBER 9TH, 2012, WHILE YOU WERE EMPLOYED AT

02:27PM  19   ARISTA NETWORKS, CORRECT?

02:27PM  20   A.   THAT'S CORRECT.

02:27PM  21        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

02:27PM  22   EXHIBIT 176 INTO EVIDENCE.

02:27PM  23        MR. SILBERT:  NO OBJECTION.

02:27PM  24        THE COURT:  IT WILL BE ADMITTED.

02:27PM  25

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:27PM  1        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 176, HAVING BEEN

02:27PM  2    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:27PM  3    EVIDENCE.)

02:27PM  4    BY MR. PAK:

02:27PM  5    Q.   SO LET'S TAKE A LOOK AT THE PAGE, THE SECOND PAGE, WHICH

02:27PM  6    HAS THE BATES NUMBER 803, AND WHO WAS MR. MCLEOD AT ARISTA?

02:28PM  7    A.   SO DAVID, PER HIS TITLE HERE, WAS SALES SOUTHERN REGION

02:28PM  8    AUSTRALIA, NEW ZEALAND.

02:28PM  9    Q.   OKAY.  AND YOU WORKED REGULARLY WITH MR. MCLEOD, CORRECT?

02:28PM  10   A.   I DID, YES.

02:28PM  11   Q.   AND BOTH OF YOU WERE TRYING TO SELL ARISTA EQUIPMENT TO

02:28PM  12   POTENTIAL CUSTOMERS, CORRECT?

02:28PM  13   A.   THAT'S CORRECT.

02:28PM  14   Q.   SO LET'S TAKE A LOOK AT THE TOP PARAGRAPH.  WHAT MR. MCLEOD

02:28PM  15   WROTE IS, IN A QUICK SUMMARY OF OUR VALUE/DIFFERENTIATION, IF

02:28PM  16   YOU ARE LOOKING TO SIMPLIFY OUR NETWORK DESIGN, FUTURE PROOF

02:28PM  17   FOR NEW SERVICES AND REDUCE CAPEX/OPEX OUR SOLUTIONS CAN HELP

02:28PM  18   IN A STORAGE CLOUD ENVIRONMENT.

02:28PM  19        AND CAPEX/OPEX, THOSE ARE EXPENDITURES, CAPITAL

02:29PM  20   EXPENDITURE, OPERATIONAL EXPENDITURE; IS THAT RIGHT?

02:29PM  21   A.   I THINK THAT'S FAIR.

02:29PM  22   Q.   AND WHAT HE SAYS NEXT IS, ADD IN A CLI IDENTICAL TO CISCO

02:29PM  23   IOS AND WE MAKE IT SIMPLE TO TRANSITION OPERATIONALLY.

02:29PM  24        THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF ARISTA'S

02:29PM  25   MARKETING PITCH, CORRECT?

1018

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:29PM 1    A.   TYPICALLY, I DON'T THINK MARKETING INVOLVED TALKING ABOUT

02:29PM 2    THE COMMAND LINE, IT GENERALLY WASN'T A MAIN SELLING POINT.

02:29PM 3        THAT SAID, FOR SOME CUSTOMERS, WHO MIGHT HAVE BEEN TRAINED

02:29PM 4    ON OTHER DEVICES, IT MIGHT HAVE BEEN IMPORTANT.

02:29PM 5    Q.   YOU DON'T DISPUTE THAT ARISTA PEOPLE TALKED TO CUSTOMERS

02:29PM 6    AND SAID THESE VERY SAME THINGS, ADD IN A CLI IDENTICAL TO

02:29PM 7    CISCO IOS AND WE IT MAKE IT SIMPLE TO TRANSITION EXISTING CISCO

02:29PM 8    CUSTOMERS TO ARISTA CUSTOMERS, CORRECT?

02:29PM 9    A.   SURE.

02:29PM 10   Q.   YOU SAID THOSE THINGS, CORRECT?

02:29PM 11   A.   I DON'T KNOW IF I USED THOSE EXACT WORDS, BUT SURE.

02:29PM 12   Q.   OKAY.  AND YOU KNOW OTHER PEOPLE AT ARISTA USED SIMILAR

02:30PM 13   WORDS TO CONVEY THE SAME MESSAGE, CORRECT?

02:30PM 14   A.   YES, IT'S POSSIBLE.

02:30PM 15   Q.   AND AS WE DISCUSSED EARLIER, PART OF YOUR JOB AT ARISTA WAS

02:30PM 16   TO GIVE THESE PRESENTATIONS TO INDUSTRY CONFERENCES ABOUT

02:30PM 17   ARISTA'S PRODUCTS, CORRECT?

02:30PM 18   A.   THAT'S CORRECT.

02:30PM 19   Q.   AND WHEN YOU PRESENTED AT INDUSTRY CONFERENCES TALKING

02:30PM 20   ABOUT ARISTA PRODUCTS AS A DISTINGUISHED ENGINEER, YOU KNEW IT

02:30PM 21   WAS IMPORTANT TO MAKE SURE THAT YOU WERE PRESENTING ACCURATELY,

02:30PM 22   CORRECT?

02:30PM 23   A.   I LIKE TO BE ACCURATE, YES.

02:30PM 24   Q.   YOU KNOW IT WAS IMPORTANT, CORRECT?

02:30PM 25   A.   SURE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:34PM  1          MR. PAK:  NO, WE ARE STARTING FROM 21 MINUTES INTO

02:34PM  2   THE VIDEO.

02:34PM  3          THE COURT:  WE CAN LISTEN TO 21 MINUTES, I JUST

02:34PM  4   WANTED TO KNOW IF I HEARD YOU RIGHT.

02:34PM  5          MR. PAK:  I WOULDN'T DO THAT TO US.

02:34PM  6       (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:34PM  7   Q.  I WANT TO GO BACK AND PLAY IT ONE MORE TIME, MR. FISHER.

02:34PM  8       AND THEN MR. FISHER, IF WE COULD BACK UP THERE AND IF YOU

02:34PM  9   COULD PAUSE AT THE LAST FRAME.

02:35PM  10      I WANT TO ASK MR. -- SO AGAIN, MR. DALE, THAT WAS YOU?

02:35PM  11  A.  IT'S ME.

02:35PM  12  Q.  OKAY.  AND AT THE TOP IT SAYS EOS INDUSTRY STANDARD CLI,

02:35PM  13  CORRECT?

02:35PM  14  A.  THAT'S RIGHT.

02:35PM  15  Q.  AND THEN ON THE LEFT-HAND SIDE IT SAYS, COMMON CLI TOOLS

02:35PM  16  AND WHAT YOU WROTE IN THIS INDUSTRY PRESENTATION IS ARISTA'S

02:35PM  17  CLI COMMANDS, SAME AS CISCO IOS, THAT'S WHAT YOU WROTE AND

02:35PM  18  PRESENTED, CORRECT?

02:35PM  19  A.  THAT'S WHAT'S IN THAT SLIDE.

02:35PM  20  Q.  AND IF YOU LOOK CAREFULLY SIR AT THE SCREEN, YOU WILL SEE

02:35PM  21  THAT THERE'S A SCREEN OUTPUT; IS THAT CORRECT?

02:35PM  22  A.  THAT'S RIGHT.

02:35PM  23  Q.  AND WHAT YOU ARE ACTUALLY SHOWING IS A SCREEN SNAPSHOT OF

02:35PM  24  AN ARISTA SWITCH RUNNING SOME COMMANDS AND SCREEN OUTPUTS FROM

02:35PM  25  THAT SWITCH; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:35PM   1    A.   THAT'S RIGHT.

02:36PM   2    Q.   AND YOU WERE DISPLAYING THIS TO THE INDUSTRY PARTICIPANTS

02:36PM   3    SO THEY COULD SEE THAT WHAT YOU WOULD TYPE IN TO AN ARISTA

02:36PM   4    SWITCH AND GET BACK WOULD BE, IN YOUR WORDS, SAME AS CISCO IOS,

02:36PM   5    CORRECT?

02:36PM   6    A.   THAT'S RIGHT.

02:36PM   7    Q.   SO IF YOU LOOK HERE, YOU CAN SEE THAT THERE ARE A COUPLE OF

02:36PM   8    COMMANDS, ONE OF THE COMMANDS IS SWITCHPORT ACCESS VLAN.

02:36PM   9         THAT'S ABOUT FIVE LINES IN, CAN YOU SEE THAT?

02:36PM   10   A.   I SEE THAT.

02:36PM   11   Q.   SO ONE OF THE COMMANDS THAT YOU WERE DEMONSTRATING TO THE

02:36PM   12   INDUSTRY WAS THE COMMAND SWITCHPORT ACCESS VLAN, AND THEN YOU

02:36PM   13   SHOW THE OUTPUT OF THAT COMMAND, CORRECT?

02:36PM   14   A.   THAT'S CORRECT.  IT'S INTERESTING, I DON'T THINK A CISCO

02:36PM   15   DEVICE WOULD HAVE THAT SAME OUTPUT.

02:36PM   16   Q.   BUT YOU KNOW THAT CISCO DEVICES HAVE THE SAME COMMANDS?

02:36PM   17   A.   SURE, IT'S THE SAME COMMAND.

02:36PM   18   Q.   YEAH.  YOU KNOW AND THAT'S ONE OF THE COMMANDS THAT'S AT

02:36PM   19   ISSUE IN THIS CASE?

02:36PM   20   A.   SURE, YEAH.

02:36PM   21   Q.   I WANT TO INTRODUCE INTO EVIDENCE NOW, IF YOU LOOK AT

02:37PM   22   EXHIBIT 165.

02:37PM   23        CAN YOU CONFIRM THAT THIS IS THE SAME POWERPOINT THAT YOU

02:37PM   24   PRESENTED IN POWERPOINT FORMAT AT THE INDUSTRY CONFERENCE VIDEO

02:37PM   25   THAT WE LOOKED AT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:37PM  1    A.   IT CERTAINLY LOOKS TO BE THE SAME.

02:37PM  2             MR. PAK:   OKAY.  AND YOUR HONOR, I WOULD LIKE TO MOVE

02:37PM  3    EXHIBIT 165 INTO EVIDENCE.

02:37PM  4             MR. SILBERT:  NO OBJECTION.

02:37PM  5             THE COURT:  IT WILL BE ADMITTED.

02:37PM  6         (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 165, HAVING BEEN

02:37PM  7    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:37PM  8    EVIDENCE.)

02:37PM  9    BY MR. PAK:

02:37PM  10   Q.   AND IF WE COULD JUST PORTRAY THE FIRST SCREEN.  THAT'S YOUR

02:37PM  11   NAME THERE, LINCOLN DALE.

02:37PM  12   A.   IT IS, YES.

02:37PM  13   Q.   AND IF WE TURN TO SLIDE 38, IT'S CUT OFF A LITTLE BIT BUT

02:37PM  14   YOU CAN SEE IT'S GOT THE INDUSTRY STANDARD CLI, ARISTA CLI

02:37PM  15   COMMAND SAME AS CISCO IOS, CORRECT?

02:37PM  16   A.   YEAH, IT'S CUT OFF, BUT I'M SURE THAT'S WHAT IT SAYS.

02:38PM  17   Q.   OKAY.  AND LET'S TAKE A LOOK AT ONE MORE DOCUMENT.  THIS IS

02:38PM  18   EXHIBIT 169.  CAN YOU CONFIRM THAT THIS IS A DOCUMENT THAT YOU

02:38PM  19   CREATED AS WELL?

02:38PM  20   A.   IT'S POSSIBLE, I CERTAINLY CREATED SOME OF IT, MAYBE NOT

02:38PM  21   ALL OF IT, BUT SURE.

02:38PM  22   Q.   YES.  I THINK THERE IS A SCREEN SNAPSHOT WHERE IT SAYS

02:38PM  23   LINCOLN-DALE-S-MACBOOK.  DID YOU HAVE A MACBOOK AT ARISTA?

02:38PM  24   A.   I DID, YES.

02:38PM  25   Q.   OKAY.  DO YOU HAVE ANY REASON TO DISPUTE THAT THIS CAME,

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:39PM  1    FOR EXAMPLE, THAT WOULD BE AT SLIDE -- THE BATES NUMBER 773, IF

02:39PM  2    YOU LOOK AT THE TOP OF THAT IN YOUR BINDER YOU WILL SEE LINCOLN

02:39PM  3    DALE MACBOOK.  DO YOU SEE THAT ENTRY?

02:39PM  4    A.   YEAH, I'M NOT SURE WHAT THE QUESTION IS.

02:39PM  5    Q.   IS THIS A DOCUMENT THAT CAME FROM YOUR FILES?

02:39PM  6    A.   IT LOOKS LIKE IT COULD, SURE.

02:39PM  7         MR. PAK:  AND YOUR HONOR, AT THIS POINT I DON'T THINK

02:39PM  8    THERE'S AN OBJECTION.  I WOULD LIKE TO MOVE THIS DOCUMENT INTO

02:39PM  9    EVIDENCE AS WELL.

02:39PM  10        MR. SILBERT:  NO OBJECTION.

02:39PM  11        THE COURT:  IT WILL BE ADMITTED.

02:39PM  12        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 169, HAVING BEEN

02:39PM  13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:39PM  14   EVIDENCE.)

02:39PM  15   BY MR. PAK:

02:39PM  16   Q.   SO IF WE TAKE A LOOK AT THIS DOCUMENT, IT'S A SIMILAR

02:39PM  17   DOCUMENT, IT'S GOT ARISTA REINVENTING DATA CENTER SWITCHING.

02:39PM  18        IF WE JUMP TO THE PAGE ENDING IN 773.  THIS IS INTERESTING,

02:39PM  19   SO THIS DOCUMENT THAT YOU ALSO CREATED HAS EOS AT THE TOP, BUT

02:39PM  20   INSTEAD OF INDUSTRY STANDARD CLI IT SAYS OPERATIONAL CLI,

02:40PM  21   DOESN'T IT?

02:40PM  22   A.   IT DOES.

02:40PM  23   Q.   AND ON THE BOTTOM AT THE LEFT-HAND SIDE IT SAYS ARISTA CLI

02:40PM  24   COMMANDS SAME AS CISCO IOS, CORRECT?

02:40PM  25   A.   IT DOES, YES.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:45PM   1   Q.   AND HERE YOU RIGHT, HI ARIFF, THAT SOUNDS LIKE AN EXCUSE TO

02:45PM   2   ME.   AMAZON USES JUNIPER'S NET CONF AND ARE HAPPY WITH THAT.

02:45PM   3   BUT ON THE CISCO N7K'S, THAT FRONT END, THE JUNIPER MPLS SIDE

02:46PM   4   OF THINGS, THEY USE CLI OVER SSH, EXPECT AND THAT IS THE PLACE

02:46PM   5   IN THE NETWORK THAT IT WOULD BE APPLICABLE TO, NOT THE MPLS

02:46PM   6   JUNIPER SIDE, CORRECT?

02:46PM   7   A.   SURE, YEAH.

02:46PM   8   Q.   SO WHAT YOU WERE TALKING ABOUT HERE IS A SALES OPPORTUNITY

02:46PM   9   TO AMAZON; IS THAT CORRECT?

02:46PM  10   A.   YEAH.

02:46PM  11   Q.   OKAY.   WHAT YOU WERE SAYING IS THAT AMAZON USES SOME

02:46PM  12   JUNIPER ROUTER EQUIPMENT ON THE BACK END, CORRECT?

02:46PM  13   A.   YEP.

02:46PM  14   Q.   BUT WHAT AMAZON WAS USING WAS CISCO NEXUS 7000 PRODUCTS ON

02:46PM  15   THE FRONT END, CORRECT?

02:46PM  16   A.   THAT'S CORRECT.

02:46PM  17   Q.   SO YOU WERE POINTING OUT THAT WE WERE COMPETING FOR THE

02:46PM  18   OPPORTUNITY TO REPLACE CISCO ON THE FRONT END, CORRECT?

02:46PM  19   A.   YEAH.

02:46PM  20   Q.   AND WHAT YOU SAID IS, "WE WOULD BE A PRACTICAL DROP-IN

02:46PM  21   REPLACEMENT FOR THE CISCO, GIVEN THE 99.999 PERCENT SIMILARITY

02:47PM  22   IN THE CLI."

02:47PM  23        THAT'S WHAT YOU WROTE, CORRECT?

02:47PM  24   A.   THAT'S WHAT I WROTE.

02:47PM  25        MR. PAK:   AT THIS POINT, YOUR HONOR, I WOULD LIKE TO

REDIRECT EXAMINATION OF MR. DALE BY MR. PAK

03:21PM  1    GROUPED TOGETHER, OR AT LEAST THAT'S HOW PEOPLE WOULD SEE

03:21PM  2    COMMANDS.

03:21PM  3        SO IF I WAS TO GIVE AN EXAMPLE, SHOW LIKE THE ROUTE FOR

03:21PM  4    EXAMPLE, SHOW MEANS THAT YOU WANT TO SEE SOMETHING IN THE

03:21PM  5    OPERATION.  IP, BECAUSE IT'S RELATED TO TCP IP AND THEN ROUTE

03:21PM  6    BECAUSE IT'S RELATED TO A ROUTE TABLE OR A ROUTE.

03:21PM  7            MR. SILBERT:  OKAY.  THANK YOU VERY MUCH.

03:21PM  8        NO FURTHER QUESTIONS.

03:21PM  9            THE COURT:  THANK YOU, REDIRECT FOR THIS WITNESS?

03:21PM  10            MR. PAK:  YES, VERY BRIEF, YOUR HONOR.

03:21PM  11

03:21PM  12            **REDIRECT EXAMINATION BY MR. PAK**

03:21PM  13

03:21PM  14    BY MR. PAK:

03:21PM  15    Q.  MR. DALE, ONE OF THE THINGS THAT MR. SILBERT ASKED YOU

03:21PM  16    ABOUT WERE SOME OF THE OTHER THINGS THAT YOU TOLD CUSTOMERS

03:21PM  17    WITH RESPECT TO ARISTA SWITCHES, CORRECT?

03:21PM  18    A.  YES.

03:21PM  19    Q.  BUT ONE OF THE THINGS YOU DID TELL ARISTA'S CUSTOMERS ABOUT

03:21PM  20    YOUR SWITCHES THAT WAS IT HAD A CLI THAT WAS THE SAME AS CISCO

03:22PM  21    CLI, CORRECT?

03:22PM  22    A.  YES.

03:22PM  23    Q.  AND YOU ALSO TALKED BRIEFLY IN YOUR EXAMINATION BY

03:22PM  24    MR. SILBERT REGARDING OTHER VENDORS AND THEIR USE OF CLI'S; DO

03:22PM  25    YOU RECALL THAT?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:39PM  1    RECOGNIZED LEADER IN INTERNET WORKING DEVICE OPERATING SYSTEMS

03:40PM  2    FOR DECADES CISCO IOS SOFTWARE HAS BEEN THE FOUNDATION FOR

03:40PM  3    ROUTING AND SWITCHING CONFIGURATION IN ALL ENVIRONMENTS.  THE

03:40PM  4    CISCO IOS CLI HAS ESSENTIALLY BECOME THE STANDARD FOR

03:40PM  5    CONFIGURATION IN THE NETWORKING INDUSTRY?

03:40PM  6    A.   YES.

03:40PM  7    Q.   SO ON BEHALF OF CISCO, AND SOMEBODY WHO IS THE CHIEF

03:40PM  8    ARCHITECT, WHAT DOES CISCO MEAN WHEN YOU USE THE PHRASE, HAS

03:40PM  9    BECOME THE STANDARD IN DESCRIBING IOS CLI?

03:40PM  10   A.   SO WHAT IT DESCRIBES IS THAT CISCO IOS CLI WAS THE BEST, TO

03:40PM  11   COMPETE AGAINST IT, TO SET THE BAR.  ALSO, IT DEFINED A SET OF

03:40PM  12   PROPERTIES WHICH PEOPLE WERE ALWAYS EXPECTING A LOT OF.

03:40PM  13   Q.   DID CISCO, WHEN IT WROTE THESE WORDS, "BECAME THE

03:40PM  14   STANDARD," WAS IT TELLING THE WORLD THAT ANYONE COULD COME AND

03:40PM  15   COPY THE CISCO CLI WITHOUT A LICENSE?

03:40PM  16         MR. FERRALL:  OBJECTION.  FOUNDATION.

03:40PM  17         THE COURT:  SUSTAINED.

03:40PM  18   BY MR. PAK:

03:41PM  19   Q.   HAVE YOU EVER, IN YOUR EXPERIENCE AT CISCO, HEARD ANYONE

03:41PM  20   SAY THAT IT WAS CISCO'S POLICY TO ALLOW COMPANIES TO COPY CISCO

03:41PM  21   CLI WITHOUT A LICENSE?

03:41PM  22   A.   I HAVE NOT.

03:41PM  23   Q.   DO YOU BELIEVE THAT CISCO CLI IS IMPORTANT TO CISCO'S

03:41PM  24   BUSINESS?

03:41PM  25   A.   YES.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:41PM 1    Q.   LET'S TAKE A LOOK AT ANOTHER DOCUMENT THAT'S ALREADY BEEN

03:41PM 2    ADMITTED INTO EVIDENCE, YOUR HONOR, THIS IS EXHIBIT 5464.  AND

03:41PM 3    AGAIN AS A COMPANY WITNESS I BELIEVE YOU WERE ASKED ABOUT THIS

03:41PM 4    DOCUMENT DURING YOUR DEPOSITION?

03:41PM 5    A.   YES.  THIS DOCUMENT WAS SHOWN TO ME AT MY DEPOSITION.

03:41PM 6    Q.   AND THIS IS, IF WE COULD PULL UP THE QUOTE AT THE TOP,

03:41PM 7    THERE'S A QUOTE WITH IOS CISCO WAS CREATING ONE FROM MANY AND

03:41PM 8    THAT'S SOMETHING THAT WE STILL DO TODAY.

03:42PM 9        THAT'S JOEL BION, SENIOR VICE PRESIDENT OF RESEARCH AND

03:42PM 10   ADVANCED DEVELOPMENT FOR CISCO AT THE TIME, CORRECT?

03:42PM 11   A.   YES.

03:42PM 12   Q.   YOU KNOW MR. BION, CORRECT?

03:42PM 13   A.   YES.

03:42PM 14   Q.   OKAY.  AND YOU'VE WORKED WITH HIM A NUMBER OF YEARS AT

03:42PM 15   CISCO?

03:42PM 16   A.   YES.

03:42PM 17   Q.   OKAY.  JUST TO BE CLEAR, IS THIS THE FINAL PRESS RELEASE

03:42PM 18   THAT WENT OUT TO THE PUBLIC OR WAS IT A DRAFT VERSION?

03:42PM 19   A.   THIS WAS THE DRAFT VERSION WHICH WAS CIRCULATED INTERNALLY

03:42PM 20   FOR PEOPLE TO COMMENT ON.

03:42PM 21   Q.   AS FAR AS YOU KNOW WAS THIS DOCUMENT EVER SHARED WITH THE

03:42PM 22   PUBLIC?

03:42PM 23   A.   THE FINAL PRESS RELEASE WAS SHARED WITH THE PUBLIC BUT NOT

03:42PM 24   THE DRAFT DOCUMENT.

03:42PM 25   Q.   OKAY.  WE WILL GET TO THE FINAL PRESS RELEASE.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:42PM   1          SO LOOKING JUST AT THE DRAFT RELEASE, I THINK YOU WERE ALSO

03:42PM   2     ASKED ABOUT THIS AT YOUR DEPOSITION.  IF YOU COULD GO TO

03:42PM   3     "TRANSFORMING AN INDUSTRY, THE DRAFT PRESS RELEASE STATED."

03:42PM   4          ONE OF IOS'S LEGACIES WAS ESTABLISHING AN INDUSTRY STANDARD

03:42PM   5     FOR HOW PEOPLE INTERFACE WITH ROUTERS AND SWITCHES KNOWN AS THE

03:43PM   6     COMMAND LANGUAGE INTERFACE OR CLI, CORRECT?

03:43PM   7     A.   YES.

03:43PM   8     Q.   AND AGAIN, ON BEHALF OF CISCO, CAN YOU EXPLAIN WHAT WAS

03:43PM   9     MEANT IN THIS LANGUAGE WHEN IT SAYS, KNOWN AS THE COMMAND

03:43PM  10     LANGUAGE INTERFACE CLI BECOMING OR ESTABLISHING INDUSTRY

03:43PM  11     STANDARD FOR HOW PEOPLE INTERFACE WITH ROUTERS AND SWITCHES?

03:43PM  12     A.   WHAT JOEL WAS SAYING, AGAIN, WAS THAT THE IOS CLI WAS THE

03:43PM  13     BEST OF BREED, SOMETHING TO COMPETE AGAINST.

03:43PM  14     Q.   AND AGAIN, IT SAYS HERE, "ANYONE WHO GOES TO CONFIGURE A

03:43PM  15     COMPETITOR'S PRODUCT FEELS VERY MUCH AT HOME," THAT'S WHAT

03:43PM  16     MR. BION SAID?

03:43PM  17     A.   YES.

03:43PM  18     Q.   AND AGAIN, WHAT'S YOUR POSITION ON BEHALF OF CISCO AS TO

03:43PM  19     WHAT WAS MEANT BY THAT?

03:43PM  20               MR. FERRALL:  OBJECTION.  FOUNDATION.

03:43PM  21               THE COURT:  SUSTAINED.

03:43PM  22     BY MR. PAK:

03:43PM  23     Q.   TO YOUR KNOWLEDGE, HAS MR. BION EVER TOLD YOU THAT IT WAS

03:43PM  24     OKAY FOR OTHER COMPANIES TO COPY CISCO'S CLI?

03:43PM  25     A.   NO.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:44PM  1     Q.   LET'S TAKE, ACTUALLY, A LOOK AT THE FINAL PRESS RELEASE

03:44PM  2     THAT WENT OUT FROM THIS DRAFT, AND THIS IS EXHIBIT 494 IN YOUR

03:44PM  3     BINDER.

03:44PM  4          AND DO YOU RECOGNIZE THIS DOCUMENT?  IT'S 494 IN YOUR

03:44PM  5     BINDER.  WHAT IS THIS DOCUMENT?

03:44PM  6     A.   THIS IS A FINAL PRESS RELEASE WHICH WENT OUT.

03:44PM  7     Q.   OKAY.  AND THE OCCASION FOR THE PRESS RELEASE, WAS THAT THE

03:44PM  8     25-YEAR CELEBRATION OF CISCO IOS SOFTWARE?

03:44PM  9     A.   YES.

03:44PM  10    Q.   AND SO LET'S TAKE --

03:44PM  11         MR. PAK:  AND AT THIS POINT I WOULD LIKE TO ADMIT

03:44PM  12    EXHIBIT 494 INTO EVIDENCE.

03:44PM  13         MR. FERRALL:  NO OBJECTION.

03:44PM  14         THE COURT:  IT WILL BE ADMITTED.

03:44PM  15         (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 494, HAVING BEEN

03:44PM  16    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:44PM  17    EVIDENCE.)

03:44PM  18    BY MR. PAK:

03:44PM  19    Q.   SO NOW LET'S LOOK AT THE SAME PARAGRAPH THAT WE WERE

03:44PM  20    LOOKING AT BEFORE BUT THIS IS THE VERSION THAT ACTUALLY WENT

03:45PM  21    OUT TO THE PUBLIC ABOUT THE 25TH ANNIVERSARY OF CISCO IOS.

03:45PM  22         SO IF WE GO BACK TO THE OTHER PAGE, TRANSFORMING AN

03:45PM  23    INDUSTRY.  AND CAN YOU READ INTO THE RECORD WHAT WAS ACTUALLY

03:45PM  24    SAID IN THE PRESS RELEASE THAT WAS SENT OUT TO THE PUBLIC.

03:45PM  25    A.   IT SAYS, "IF THE SUCCESS OF A PRODUCT IS MEASURED BY HOW

1059

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:45PM  1    MUCH IT IS IMITATED, THEN IOS HAS CLEARLY SHOWN ITS STRENGTH.

03:45PM  2    IT SETS THE STANDARD BY WHICH COMPETITIVE PRODUCTS ARE DESIGNED

03:45PM  3    AND EVEN CONFIGURED."

03:45PM  4    Q.   AND AGAIN, DO YOU -- HOW DO YOU SEE THE DIFFERENCE, IF ANY,

03:45PM  5    BETWEEN THIS STATEMENT AND WHAT WE SAW BEFORE ABOUT THE

03:45PM  6    INDUSTRY STANDARD LANGUAGE?

03:45PM  7    A.   BOTH THESE STATEMENTS ARE SAME, THEY ARE BASICALLY SAYING

03:45PM  8    IOS IS THE BEST OF THE BREED.

03:45PM  9    Q.   AND AGAIN, IT SAYS IOS, MR. BION THIS TIME SAYS IOS

03:45PM  10   ESTABLISHED THE CORE ELEMENTS OF THE LANGUAGE OF ROUTER

03:45PM  11   CONFIGURATION; DO YOU SEE THAT?

03:46PM  12   A.   YES.

03:46PM  13   Q.   WHAT IS YOUR UNDERSTANDING OF THAT STATEMENT?

03:46PM  14   A.   I BELIEVE WHAT HE'S TALKING ABOUT IS SOME OF THE BEST

03:46PM  15   FEATURES WHICH ARE CLI ARE TEXT-BASED INTERFACE.  AND IOS HAVE

03:46PM  16   ESTABLISHED THOSE FEATURES.

03:46PM  17   Q.   WHAT ARE SOME OF THESE FEATURES YOU ARE PERSONALLY FAMILIAR

03:46PM  18   WITH?

03:46PM  19   A.   SOME OF THOSE FEATURES, LIKE IF YOU TURN IN THE MIDDLE OF A

03:46PM  20   COMMAND IT WILL SAY, COMMAND COMPLETION, OR IT WILL TELL YOU

03:46PM  21   WHAT POSSIBLE COMMANDS CAN BE ISSUED.

03:46PM  22   Q.   NOW WITH -- LET'S SWITCH TO OUR NEXT TOPIC WHICH IS TALKING

03:46PM  23   ABOUT PRODUCTS CISCO MAKES.  AND THIS TIME, I BELIEVE WE HAVE A

03:46PM  24   DEMONSTRATIVE FROM MR. KATHAIL.  AND IF WE TURN TO SLIDE 1, AT

03:46PM  25   A VERY HIGH LEVEL, CAN YOU EXPLAIN TO THE JURY WHAT TYPES OF

12:20:04

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
6                                    )
                  PLAINTIFF,         )   SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )   DECEMBER 1, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )   VOLUME 6
9                                    )
                  DEFENDANT          )   PAGES 1115-1309
10   _____)

11                TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE BETH LABSON FREEMAN
12             UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:    QUINN, EMANUEL, URQUHART & SULLIVAN
                           BY:  DAVID A. NELSON
15                         500 WEST MADISON STREET, SUITE 2450
                           CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:
                           BY:  SEAN PAK
18                         50 CALIFORNIA STREET, 22ND FLOOR
                           SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22          APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

LANG DIRECT EXAMINATION BY MR. JAFFE                    1165

01:29:31  1    USER INTERFACE.

01:29:32  2    Q.   AND WHAT OPERATING SYSTEMS ARE THOSE?

01:29:34  3    A.   THOSE ARE IOS, IOS XR, IOS XE, AND NX-OS.

01:29:46  4    Q.   MR. LANG, IF YOU CAN TURN TO EXHIBIT 4791 IN YOUR BINDER,

01:29:51  5    PLEASE.  DO YOU RECOGNIZE EXHIBIT 4791?

01:30:01  6    A.   YES, I DO.

01:30:02  7    Q.   WHAT IS IT?

01:30:03  8    A.   SO THESE ARE THE REGISTRATIONS FOR COPYRIGHTS IN OUR

01:30:07  9    OPERATING SYSTEMS, AND THEIR ASSOCIATED USER INTERFACES.

01:30:10  10   Q.   AND ARE THESE KEPT IN YOUR LEGAL DEPARTMENT?

01:30:12  11   A.   YES, THEY ARE KEPT WITHIN THE LEGAL DEPARTMENT WITHIN

01:30:15  12   WHICH I AM A VICE PRESIDENT.

01:30:17  13        MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 4791

01:30:20  14   INTO EVIDENCE.

01:30:22  15        MR. SILBERT:  NO OBJECTION.

01:30:23  16        THE COURT:  IT WILL BE ADMITTED.

01:30:25  17   (PLAINTIFF'S EXHIBIT 4791 WAS ADMITTED INTO EVIDENCE.)

01:30:25  18   BY MR. JAFFE:

01:30:27  19   Q.   MR. LANG, CAN YOU EXPLAIN TO THE JURY HOW EXHIBIT 4791 IS

01:30:31  20   ORGANIZED?

01:30:37  21   A.   SURE.  IT'S ORGANIZED BY OPERATING SYSTEM.  SO THE

01:30:41  22   REGISTRATION FOR VARIOUS VERSIONS OF THE SAME OPERATING SYSTEM

01:30:45  23   ARE GROUPED TOGETHER, IOS, IOS XR, IOS XE, AND NX-OS.

01:30:53  24   Q.   AND AGAIN, FOR THIS EXHIBIT, HOW MANY REGISTERED

01:30:57  25   COPYRIGHTS ARE INCLUDED?

01:33:28  1    A.   WELL, IT'S QUITE A BIT OF MATERIAL.  IT'S A COPYRIGHT

01:33:33  2    APPLICATION, WHICH IS ESSENTIALLY THE KIND OF DOCUMENT YOU ARE

01:33:35  3    LOOKING AT BUT WITHOUT THE REGISTRATION THAT WAS ADDED TO IT BY

01:33:38  4    THE COPYRIGHT OFFICE.

01:33:40  5        BUT THEN ALONG WITH IT, WE SEND A LOT OF THINGS.  WE SENT

01:33:45  6    EXCERPTS OF THE SOURCE CODE, WE SENT A LINK THAT THE COPYRIGHT

01:33:48  7    OFFICE CAN USE TO ACCESS THE ENTIRE SOURCE CODE, IF THEY WISH,

01:33:51  8    AND WE ALSO SENT LOTS OF DIFFERENT ITEMS OF DOCUMENTATION THAT

01:33:55  9    COME WITH THE OPERATING SYSTEM THAT WERE WE ARE ALSO

01:33:58  10   REGISTERING.

01:33:59  11   Q.   CAN YOU PLEASE TURN TO EXHIBIT 4803 IN YOUR WITNESS

01:34:03  12   BINDER.

01:34:03  13   A.   SURE.

01:34:04  14   Q.   DO YOU RECOGNIZE EXHIBIT 4803?

01:34:10  15   A.   YES.  THESE ARE THE MATERIALS THEMSELVES THAT WERE SENT TO

01:34:16  16   THE COPYRIGHT OFFICE, ALONG WITH AN INDEX TO THEM.

01:34:21  17   Q.   AND IS THERE A DEPARTMENT AT CISCO THAT MAINTAINS THESE

01:34:25  18   DOCUMENTS?

01:34:25  19   A.   YES.  THEY ARE MAINTAINED WITHIN THE LEGAL DEPARTMENT.  WE

01:34:28  20   KEEP TRACK OF WHAT WE'VE SENT AND MAINTAIN COPIES.

01:34:31  21   Q.   SO IS EXHIBIT 4803 TRUE AND CORRECT COPIES OF THE

01:34:35  22   MATERIALS THAT WERE SUBMITTED WITH THE REGISTERED COPYRIGHTS

01:34:37  23   THAT WE JUST DISCUSSED?

01:34:38  24   A.   YES, IT IS.

01:34:39  25   Q.   OKAY.

01:34:41  1        MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE INTO EVIDENCE

01:34:43  2   EXHIBIT 4803.

01:34:44  3        MR. SILBERT:  NO OBJECTION.

01:34:45  4        THE COURT:  IT WILL BE ADMITTED.

01:34:47  5   (PLAINTIFF'S EXHIBIT 4803, WAS ADMITTED INTO EVIDENCE.)

01:34:47  6   BY MR. JAFFE:

01:34:48  7   Q.  IF WE CAN SHOW THE FIRST PAGE OF EXHIBIT 4803, MR. FISHER.

01:34:52  8   THANK YOU.

01:34:53  9        MR. LANG, CAN YOU PLEASE EXPLAIN WHAT WE ARE LOOKING AT

01:34:55 10   HERE ON EXHIBIT 4803?

01:34:58 11   A.  SURE.  SO THIS IS THE INDEX THAT TELLS US WHAT'S IN THIS

01:35:01 12   EXHIBIT THAT THE VARIOUS ITEMS THAT WERE SENT TO THE COPYRIGHT

01:35:04 13   OFFICE AND WHERE YOU CAN FIND EACH ITEM.

01:35:08 14        FOR EACH OPERATING SYSTEM IN EACH VERSION, THERE'S A TABLE

01:35:11 15   THAT LISTS THE ITEMS AND GIVES SOME POINTERS FOR FINDING IT.

01:35:15 16   Q.  ALL RIGHT.  I WANT TO CHANGE TOPICS A LITTLE BIT.

01:35:23 17        HAS CISCO HAD TO PROTECT ITS INNOVATIONS FROM COPYING IN

01:35:27 18   THE PAST?

01:35:27 19   A.  YES, WE HAVE.  IN 2003 WE LEARNED THAT THE -- OR HAD

01:35:33 20   LEARNED THAT HUAWEI, WHICH IS STILL TODAY, A LARGE CHINESE

01:35:38 21   MAKER OF INTERNET EQUIPMENT, HAD COPIED SOME OF OUR PRODUCTS.

01:35:43 22        IT COPIED THE COMMAND-LINE INTERFACE.  THEY HAD COPIED

01:35:46 23   DOCUMENTATION, THEY ALSO COPIED SOURCE CODE.  WE SUED THEM FOR

01:35:52 24   PATENT INFRINGEMENT AND COPYRIGHT INFRINGEMENT AND WERE

01:35:53 25   SUCCESSFUL IN STOPPING THEIR INFRINGEMENT.

01:35:55  1    Q.   SO YOU MENTIONED THAT CISCO SUED HUAWEI.  DID THAT INCLUDE

01:35:59  2    FILING A COMPLAINT?

01:36:00  3    A.   YES.

01:36:01  4    Q.   AND WAS THAT COMPLAINT FILED PUBLICLY?

01:36:04  5    A.   YES, IT WAS.

01:36:05  6    Q.   IF YOU CAN TURN TO EXHIBIT 4424 IN YOUR WITNESS BINDER,

01:36:12  7    PLEASE?

01:36:20  8    A.   I'M THERE.

01:36:21  9    Q.   DO YOU RECOGNIZE WHAT WE'RE LOOKING AT IN EXHIBIT 4424?

01:36:24  10   A.   YES, IT'S A COMPENDIUM OF MEDIA COVERAGE THAT WE COLLECTED

01:36:27  11   ON THE DAY OF OUR LAWSUIT.

01:36:29  12        SO WE NORMALLY FOLLOW MEDIA COVERAGE OF OUR COMPANY AND

01:36:33  13   KEEP TRACK OF IT, AND WE COLLECTED THESE ARTICLES ABOUT THE

01:36:37  14   LAWSUIT THAT WE FILED ON THAT DAY, AND WE HAVE MAINTAINED THOSE

01:36:40  15   IN THE LEGAL DEPARTMENT SINCE THEN.

01:36:41  16   Q.   AND IS IT CISCO'S PRACTICE TO MAINTAIN OR COLLECT ACCURATE

01:36:45  17   COPIES OF THE COVERAGE AS THEY APPEAR?

01:36:47  18   A.   YES, IT IS.

01:36:50  19            MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 4424

01:36:52  20   INTO EVIDENCE, ALTHOUGH NOT FOR THE TRUTH OF THE MATTER

01:36:55  21   ASSERTED.

01:36:56  22            MR. SILBERT:  ON THOSE GROUNDS, NO OBJECTION.

01:36:58  23            THE COURT:  ALL RIGHT.  I WILL ADMIT IT.

01:37:00  24        LADIES AND GENTLEMEN, WHEN YOU LOOK AT THIS EXHIBIT YOU

01:37:01  25   WILL SEE THAT IT IS JUST AS DESCRIBED BY MR. LANG, A SERIES OF

01:37:05   1    PRESS REPORTS.

01:37:06   2         YOU ARE TO CONSIDER THAT THESE ARE PRESS REPORTS, BUT NOT

01:37:09   3    THE TRUTH OF ANYTHING THAT'S ACTUALLY REPORTED.

01:37:12   4         I'M SURE AS YOU READ THE NEWSPAPER, YOU MAKE THOSE

01:37:14   5    DECISIONS YOURSELF AS WELL, BUT THIS IS JUST TO SHOW YOU THAT

01:37:17   6    THESE WERE REPORTS THAT WERE MADE AND NOTHING ELSE.

01:37:20   7    (PLAINTIFF'S EXHIBIT 4424 WAS ADMITTED INTO EVIDENCE.)

01:37:22   8         MR. JAFFE:  THANK YOU.

01:37:22   9    Q.   MR. FISHER, IF WE CAN TURN TO PAGE 5 OF THIS EXHIBIT.  AND

01:37:27   10   IN PARTICULAR, I WANT TO FOCUS ON THE BOTTOM HALF HERE.

01:37:30   11        MR. LANG, DO YOU SEE THAT THERE'S AN ARTICLE FROM THE *DOW*

01:37:37   12   *JONES NEW SERVICE*?

01:37:37   13   A.   YES.

01:37:37   14   Q.   AND CAN YOU JUST READ THE TITLE OF THAT ARTICLE FOR THE

01:37:40   15   JURY?

01:37:41   16   A.   DJ CISCO PATENT SUIT-2.  REPORTS TO HUAWEI'S QUIDWAY

01:37:47   17   ROUTERS.

01:37:48   18   Q.   OKAY.  AND COULD YOU PLEASE JUST READ FOR THE JURY THE

01:37:51   19   FIRST SENTENCE OF THE THIRD PARAGRAPH?

01:37:55   20   A.   SURE.

01:37:56   21        "SPECIFICALLY, CISCO IS CLAIMING THAT HUAWEI COPIED

01:38:00   22   PORTIONS OF CISCO'S IOS SOURCE CODE AND COMMAND-LINE INTERFACE

01:38:05   23   AND INCLUDED THEM IN HUAWEI'S OPERATING SYSTEM FOR ITS QUIDWAY

01:38:11   24   ROUTERS AND SWITCHES."

01:38:12   25   Q.   ALL RIGHT.  IF WE CAN TURN TO PAGE 6 OF THIS EXHIBIT.

02:12:56  1    COULD LOOK AT MORE SOURCE CODE IF APPROXIMATE THEY WANTED TO;

02:12:59  2    IS THAT RIGHT?

02:12:59  3    A.   THERE WAS AN EXCERPT, BUT I DON'T RECALL TESTIFYING TO A

02:13:02  4    NUMBER OF PAGES, BUT AN EXCERPT WAS SENT, AND THEN A LINK WAS

02:13:06  5    ALSO SENT.

02:13:06  6    Q.   OKAY.  AND ANOTHER SUBJECT OR ANOTHER CATEGORY COVERED BY

02:13:12  7    THOSE REGISTRATIONS ARE MANUALS, RIGHT, PRODUCT MANUALS?

02:13:18  8    A.   RIGHT.

02:13:18  9    Q.   AND DO YOU KNOW THE VOLUME OF JUST THE PRODUCT MANUALS

02:13:23  10   THAT ARE COVERED BY THE REGISTRATIONS THAT YOU TESTIFIED ABOUT?

02:13:27  11   A.   I DON'T BUT I ASSUME IT'S QUITE LARGE.

02:13:29  12   Q.   DO YOU KNOW THAT IT EXCEEDS 600,000 PAGES OF MANUALS?

02:13:34  13   A.   I DON'T KNOW THE NUMBER.

02:13:37  14   Q.   OKAY.  WOULD YOU LOOK, PLEASE, AT EXHIBIT 4791 WHICH IS

02:13:43  15   THE COMPILATION OF REGISTRATIONS WHICH IS IN EVIDENCE.

02:13:55  16       IF YOU ARE LOOKING ON THE FIRST PAGE, THIS IS FOR CISCO

02:13:58  17   IOS VERSION 11.0, RIGHT?

02:14:01  18   A.   YES.

02:14:02  19   Q.   AND IF YOU LOOK ON KIND OF THE TOP -- RIGHT YOU SEE THAT

02:14:05  20   THIS WAS, THE EFFECTIVE DATE OF THE REGISTRATION IS JUNE 14,

02:14:10  21   2002?

02:14:10  22   A.   YES.

02:14:12  23   Q.   AND IF YOU SCROLL A LITTLE BIT DOWN YOU WILL SEE THAT THE

02:14:15  24   WORK WAS DONE IN 1985 THERE IN SECTION 3-A -- EXCUSE ME, 1995.

02:14:24  25   THE WORK WAS COMPLETED IN 1995?

02:54:33   1      THE PUBLIC.

02:54:34   2      Q.   NOW LET'S GO TO THE FIRST ELEMENT YOU TALKED ABOUT,

02:54:39   3      MULTIWORD COMMANDS.

02:54:40   4          SO CAN YOU JUST EXPLAIN TO US WHAT MULTIWORD COMMANDS ARE

02:54:44   5      IN CISCO'S CLI USER INTERFACE?

02:54:49   6      A.   SURE.   IN TERMS OF THE WORDS MULTIWORD COMMAND, IT'S

02:54:52   7      PRETTY STRAIGHTFORWARD.   IT'S A COMMAND OR AN INSTRUCTION

02:54:56   8      THAT'S COMPOSED OF MULTIPLE WORDS.

02:54:58   9          AS PART OF THIS DEMONSTRATIVE, THERE'S AN ANIMATION, OR

02:55:03  10      ACTUALLY I DON'T THINK WE ARE QUITE THERE YET, BUT WHAT YOU

02:55:07  11      HAVE IS YOU CAN TYPE IN A COMMAND, SO FOR EXAMPLE, THIS ONE IS

02:55:12  12      SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT.   AND THE USER CAN

02:55:18  13      TYPE THAT.   HIT ENTER, AND THEN IT'S SENT TO THE CISCO SWITCH

02:55:24  14      AND ROUTER, AND THEN USUALLY A RESPONSE COMES BACK.

02:55:29  15          IN SOME CASES, THE RESPONSE IS A CONFIGURATION EITHER THAT

02:55:33  16      IT'S ACCEPTED, WHICH MEANS YOU DON'T GET ANY OUTPUT, OR THAT

02:55:37  17      THERE MIGHT BE AN ERROR OR SOMETHING LIKE THAT.

02:55:40  18          IN OTHER CASES, THERE'S INFORMATION THAT'S RETURNED AS A

02:55:43  19      RESULT OF THE REQUEST.

02:55:45  20          BUT THE KEY REALLY IS YOU HAVE THIS PROMPT, YOU CAN TYPE

02:55:47  21      IN CHARACTERS THAT REPRESENT MULTIPLE WORDS, IT'S A COMMAND OR

02:55:52  22      AN INSTRUCTION, AND THAT CAN BE SENT TO THE SWITCH OR ROUTER.

02:55:55  23      Q.   SO THE COMMAND THAT YOU ARE ILLUSTRATING HERE IS

02:56:00  24      SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT; DO YOU SEE THAT?

02:56:07  25      A.   YES.

02:56:07  1    Q.  IS THAT ONE OF THE COMMANDS IN THE CASE?

02:56:09  2    A.  IT IS.

02:56:12  3    Q.  NOW FROM YOUR ANALYSIS, HOW MANY COMMANDS DID YOU,

02:56:16  4    MULTIWORD COMMANDS WE ARE TALKING ABOUT NOW, DID YOU DETERMINE

02:56:19  5    WERE COPIED BY ARISTA?

02:56:22  6    A.  506.

02:56:24  7    Q.  SO HERE ON SLIDE 11, CAN YOU TELL ME WHAT'S BEING SHOWN

02:56:30  8    HERE?

02:56:31  9    A.  SURE.  THIS IS KIND OF A WORD SALAD OF ALL OF THE

02:56:35  10   DIFFERENT 506 COMMANDS.

02:56:37  11       IT'S OBVIOUSLY VERY BUSY.  I WON'T TRY AND READ THESE.

02:56:41  12   BUT IT GIVES YOU A SENSE OF THE TYPES OF COMMANDS, THE VARIETY

02:56:49  13   IN THE WORDS THAT ARE BEING USED.

02:56:51  14       AND THERE'S ALSO SOMETHING HERE WHERE THERE'S COLOR

02:56:54  15   CODING, AND THE COLOR CODING DEMONSTRATES WHAT'S KIND OF THIS

02:56:58  16   CONCEPT OF A HIERARCHY.

02:57:00  17       I WILL STOP.

02:57:02  18   Q.  SO ARE THERE ANY OF THE COMMANDS THAT YOU'RE AWARE OF THAT

02:57:05  19   YOU LOOKED AT THAT ARE FOUR OR MORE WORDS?

02:57:08  20   A.  YES, IN FACT THERE'S ONE RIGHT HERE, AREA NSSA

02:57:15  21   DEFAULT-INFORMATION-ORIGINATE.  THERE'S ALSO AREA NSSA

02:57:22  22   TRANSLATE TYPE 7 ALWAYS.  THERE CLEARLY ARE MANY COMMANDS HERE

02:57:29  23   THAT ARE FOUR WORDS OR MORE.

02:57:31  24   Q.  NOW, YOU JUST MENTIONED THAT THE COLOR CODING, IT SHOWS A

02:57:38  25   HIERARCHY OF THE COMMANDS.  CAN YOU EXPLAIN WHAT YOU MEAN BY

ALMEROTH DIRECT EXAMINATION BY MR. NELSON          1221

02:57:42   1    THAT?

02:57:42   2    A.   SURE.  THIS NEXT DEMONSTRATIVE TAKES AWAY MANY OF THE

02:57:46   3    OTHER COLORS, SO NOW THERE'S JUST TWO, THERE'S RED AND GREEN.

02:57:51   4    AND THESE SHOW TWO HIERARCHIES.

02:57:53   5        AND WHAT THE HIERARCHIES ARE IS IT'S AN ORGANIZATION OF

02:57:57   6    THE COMMANDS INTO A STRUCTURE SO THAT IT'S EASIER FOR AN

02:58:02   7    OPERATOR TO REMEMBER THEM.  IT'S KIND OF A CATEGORIZATION.

02:58:06   8        AND THEY ARE CALLED HIERARCHIES OR TREES.  AND THOSE TREES

02:58:11   9    USUALLY, THE WAY THAT THEY'RE REPRESENTED, IF YOU GO TO THE

02:58:15  10    NEXT SLIDE, IS AS THIS KIND OF TREE STRUCTURE, WHERE THE ROOT

02:58:22  11    IS THE FIRST WORD AND THEN THE NEXT WORD IS THE NEXT LEVEL IN

02:58:26  12    THE HIERARCHY.

02:58:26  13        AND THESE HELP AN OPERATOR CONCEPTUALLY REMEMBER THESE

02:58:30  14    KINDS OF COMMANDS.

02:58:32  15        SO THE HIGHLIGHTING ON THE PREVIOUS SCREEN OF RED AND

02:58:35  16    GREEN, SHOW THE "SHOW HIERARCHY", AND ALSO THE "IP HIERARCHY."

02:58:41  17    SO NOW IF WE ORGANIZE IT INTO THIS KIND OF TREE STRUCTURE,

02:58:48  18    "SHOW" AND "IP" ARE THE ROOTS OF TWO TREES, THEN THEY BRANCH

02:58:51  19    INTO THE DIFFERENT POSSIBILITIES FOR THE SUBSEQUENT WORDS.

02:58:54  20        SO FOR A COMMAND LIKE "SHOW IP ACCESS LISTS," YOU CAN SEE

02:58:58  21    IN THE LEFT THAT IT'S IN THE "SHOW HIERARCHY", THE SECOND LAYER

02:59:02  22    IS "IP," THEN THE THIRD IS "ACCESS LIST."

02:59:06  23    Q.   SO DO THE HIERARCHIES YOU JUST DESCRIBED PLAY INTO ROLE IN

02:59:10  24    THE FORMATION OF THE AUTHORING OF THE COMMANDS THEMSELVES?

02:59:15  25    A.   THEY DO.  THEY DEMONSTRATE THE CREATIVITY THAT GOES INTO

02:59:20  1    DETERMINING THE WORD ORDER.  THERE'S CREATIVITY IN HOW YOU

02:59:24  2    ORGANIZE THE WORDS AND HOW IT FITS INTO HIERARCHIES AND WHICH

02:59:30  3    HIERARCHY IS SELECTED.  AND I WILL TALK A LITTLE BIT MORE ABOUT

02:59:35  4    THAT.

02:59:35  5    Q.   NOW I WANT TO MOVE ON TO THE NEXT ELEMENT YOU LISTED WHICH

02:59:39  6    IS THE OUTPUTS.

02:59:40  7         CAN YOU EXPLAIN TO US WHAT THE OUTPUTS ARE IN THIS CASE?

02:59:43  8    A.   SURE.  THE OUTPUT HERE IS I THINK ALSO PRETTY

02:59:46  9    STRAIGHTFORWARD.  WHEN YOU TYPE A COMMAND AT THE COMMAND LINE

02:59:52  10   INTERFACE, IT'S SENT TO THE SWITCH OR ROUTER AND THEN A

02:59:56  11   RESPONSE COMES BACK.

02:59:58  12        WHAT THE ANIMATION IS SHOWING.  AND IN THIS CASE THE

03:00:01  13   COMMAND THAT'S TYPED IS SHOW SPANNING-TREE.  AND THE RESULTS

03:00:05  14   THAT COME BACK, THEY ARE A LITTLE BIT HARD TO SEE, BUT EVEN IF

03:00:08  15   YOU COULD SEE THEM IN GREAT DETAIL, I'M NOT SURE YOU WOULD MAKE

03:00:12  16   A WHOLE LOT OF SENSE OF IT, BUT IT'S IN A FORMAT THAT'S

03:00:16  17   STRUCTURED SO THAT A PERSON CAN UNDERSTAND IT.

03:00:19  18        THERE'S CREATIVITY TO THE PROCESS AND WHAT INFORMATION IS

03:00:23  19   DISPLAYED, WHERE ON THE SCREEN IT GOES, I MEAN, REALLY YOU CAN

03:00:27  20   ORGANIZE THESE OUTPUTS HOWEVER YOU WANT.

03:00:29  21   Q.   SO DO ALL COMMANDS HAVE OUTPUTS?

03:00:32  22   A.   NO.  THE COMMANDS THAT HAVE OUTPUTS ARE THE ONES WHERE

03:00:40  23   THERE'S USUALLY A REQUEST TO DISPLAY INFORMATION.

03:00:43  24   Q.   SO I WANT TO MOVE ON TO THE NEXT ELEMENT THAT YOU TALKED

03:00:47  25   ABOUT WHICH IS -- WHICH ARE HELP DESCRIPTIONS.

03:00:50  1          CAN YOU EXPLAIN WHAT THE HELP DESCRIPTIONS ARE?

03:00:52  2     A.   SURE.

03:00:53  3          HELP DESCRIPTIONS ARE AT THE COMMAND LINE BEING ABLE TO

03:01:00  4     TYPE A COMMAND OR A PORTION OF A COMMAND FOLLOWED BY A QUESTION

03:01:04  5     MARK AND THEN YOU CAN GET A STRING OF TEXT THAT MIGHT REMIND

03:01:07  6     THE PERSON WHAT THEY NEED OR SOME ADDITIONAL INFORMATION.

03:01:12  7          CLEARLY, THERE ARE QUITE A FEW COMMANDS.  IT'S COMPLEX

03:01:18  8     PIECE OF HARDWARE THAT REQUIRES CONFIGURATION.  SO SOMETIMES A

03:01:22  9     LITTLE INFORMATION TO THE OPERATOR IS HELPFUL.

03:01:25  10         SO THERE'S AN EXAMPLE HERE, SNMP, SERVER, HOST VERSION,

03:01:30  11    QUESTION MARK.  AND IT PROVIDES THE RESPONSE, SNMP VERSION TO

03:01:35  12    USE FOR NOTIFICATION MESSAGES.

03:01:39  13    Q.   AND THEN I WANT TO MOVE FORWARD TO THE NEXT ONE WHICH IS

03:01:42  14    THE MODES AND PROMPTS.

03:01:45  15         NOW CAN YOU JUST BRIEFLY EXPLAIN TO US THE ARRANGEMENT OF

03:01:50  16    THE MODES AND PROMPTS THAT WE ARE TALKING ABOUT HERE IN THIS

03:01:52  17    CASE?

03:01:52  18    A.   SURE.  THE DIFFERENT MODES, I THINK MR. LOUGHEED TESTIFIED

03:01:57  19    AND DESCRIBED THIS ON THE FIRST DAY.  BUT WITHIN A ROUTER,

03:02:02  20    THERE IS THE ABILITY TO HAVE DIFFERENT MODES.  YOU START OFF IN

03:02:07  21    AN EXECUTION MODE WHERE THE PROTECTION IS FAIRLY MINIMAL.

03:02:12  22         AND SO THE KINDS OF THINGS THAT YOU CAN DO ARE CHANGE

03:02:16  23    TERMINAL SETTINGS, PERFORM BASIC TESTING AND DISPLAYING

03:02:20  24    INFORMATION.

03:02:21  25         THERE'S A FURTHER KIND OF PRIVILEGED MODE, KIND OF AN

03:02:25    1    ADDITIONAL LEVEL OF SECURITY, THAT'S CALLED PRIVILEGED EXEC.

03:02:28    2    AND THAT'S WHERE YOU'RE ABLE TO DO MORE OF THE CONFIGURATION OF

03:02:32    3    THE DEVICE.

03:02:34    4        THERE'S TWO DIFFERENT MODES, AND THE WAY THAT THESE MODES

03:02:38    5    ARE ORGANIZED IS YOU START OFF AT USER, YOU CAN THEN GO INTO

03:02:43    6    THE PRIVILEGED MODE AND THEN THE NEXT STEP IS GLOBAL

03:02:46    7    CONFIGURATION, WHERE YOU CAN CHANGE THINGS ABOUT THE WAY THE

03:02:48    8    ENTIRE DEVICE WORKS.

03:02:52    9        OR THEN THERE'S A FOURTH MODE INSIDE OF THAT CALLED THE

03:02:55   10    INTERFACE CONFIGURATION MODE, AND THAT'S WHERE YOU CAN

03:02:57   11    CONFIGURE THINGS FOR A PARTICULAR INTERFACE.

03:03:01   12        AT SOME POINT WE WILL HAVE THE DEMONSTRATIVES OF THE CISCO

03:03:04   13    AND ARISTA SWITCHES AND ROUTERS AND EACH OF THE PLACES YOU CAN

03:03:08   14    PLUG IN A CABLE THAT'S CALLED AN INTERFACE.  AND THE REASON FOR

03:03:11   15    THAT IS YOU CAN CONFIGURE INTERFACES ON A ROUTER OR SWITCH TO

03:03:16   16    DO THINGS DIFFERENTLY THAN OTHER INTERFACES.

03:03:19   17        AND IT GIVES YOU SOME NICE FLEXIBILITY IN HOW THE ROUTER

03:03:23   18    AND SWITCH WORKS.

03:03:24   19        SO THERE'S REALLY THOSE FOUR MODES AND THEN ASSOCIATED

03:03:28   20    WITH EACH ONE IS A CORRESPONDING PROMPT.  AND THE PROMPT

03:03:31   21    PROVIDING AN INDICATION TO THE USER AS TO WHAT MODE THEY'RE IN

03:03:34   22    SO THEY HAVE AN UNDERSTANDING OF WHAT THEIR CAPABILITIES ARE IN

03:03:38   23    THAT MODE.

03:03:41   24    Q.   AND THEN FINALLY THE LAST THING YOU MENTIONED WERE THE

03:03:45   25    USER MANUALS.

03:03:46  1        CAN YOU EXPLAIN TO US WHAT THOSE ARE BRIEFLY?

03:03:48  2    A.   SURE.

03:03:49  3        THE USER MANUALS ARE USER MANUALS.  THEY'RE THE MULTI PAGE

03:03:53  4    DOCUMENTS THAT PROVIDE DESCRIPTIONS OF THE COMMANDS, THEY MIGHT

03:03:58  5    PROVIDE EXAMPLES OF HOW TO DO THE CONFIGURATION.  I THINK

03:04:03  6    BEHIND THE SERIES OF ARISTA MANUALS THAT CAN BE VERY LONG

03:04:07  7    BECAUSE THERE'S A FAIR NUMBER OF COMMANDS THAT HAVE TO BE

03:04:09  8    DESCRIBED, KIND OF A REFERENCE MANUAL FOR SOMEBODY WHO IS --

03:04:15  9    WHO NEEDS ADDITIONAL INFORMATION TO TRY AND LOOK THINGS UP.

03:04:18 10    Q.   NOW, IN TERMS OF YOUR ORIGINALITY AND CREATIVITY ANALYSIS,

03:04:25 11    CAN YOU JUST EXPLAIN TO US GENERALLY SPEAKING WHAT YOU DID?

03:04:29 12    A.   SURE.

03:04:33 13        THIS METHODOLOGY SLIDE LOOKS SIMILAR TO THE ONE AT THE

03:04:36 14    BEGINNING WHERE I TALKED ABOUT THE TYPES OF DOCUMENTS I

03:04:38 15    CONSIDERED OVERALL.

03:04:39 16        BUT IN THINKING ABOUT THE SPECIFIC QUESTION AS TO

03:04:42 17    ORIGINALITY, I FOCUSED ON THE MATERIALS THAT I LISTED HERE,

03:04:45 18    RIGHT, THE DOCUMENTS AND E-MAILS PRODUCED BY CISCO AND ARISTA,

03:04:48 19    THE TESTIMONY OF CISCO AND CISCO ENGINEERS, THE TESTIMONY OF

03:04:52 20    OTHER ENGINEERS, AND THE CONVERSATIONS WITH CISCO AS WELL.

03:04:57 21        AND REALLY WHAT I'M TRYING TO UNDERSTAND IS WHETHER THE

03:05:04 22    PROCESS OF CREATIVE, WHETHER THERE WAS A PROCESS IN PLACE,

03:05:07 23    WHETHER THE ENGINEERS HAD THE FLEXIBILITY AND THE CHOICE OVER

03:05:10 24    WHAT WORDS TO USE, WHETHER THERE WAS DESIGN CRITERIA THAT THEY

03:05:14 25    CONSIDERED, WHETHER ONE ENGINEER USED ONE SET OF DESIGN

03:05:18  1    CRITERIA AND ANOTHER ONE USED SOMETHING ELSE.

03:05:21  2         AND ALL OF THIS INFORMATION GOES TO HELPING ME FORM AN

03:05:26  3    OPINION WHETHER IT'S PART OF THE PROCESS OF CISCO COMING UP

03:05:30  4    WITH THESE COMMANDS, WHETHER THERE WAS CREATIVITY IN WHAT THOSE

03:05:34  5    COMMANDS IT WERE THAT WERE ULTIMATELY SELECTED.

03:05:38  6    Q.   AND THE ANALYSIS THAT YOU JUST DESCRIBED OF THE PROCESS,

03:05:42  7    WHAT CONCLUSION DID THAT LEAD YOU TO?

03:05:45  8    A.   ULTIMATELY, I REACHED THE CONCLUSION THAT FOR THE

03:05:50  9    MULTIWORD COMMANDS, THE HELP DESCRIPTIONS, THE COMMAND PROMPTS,

03:05:55  10   THE OUTPUTS, THE MANUALS, IT WAS ALL A CREATIVE PROCESS AND THE

03:06:01  11   RESULT OF THAT WAS A CREATIVE OUTPUT.

03:06:04  12   Q.   NOW, I WANT TO TALK ABOUT SOME OF THE THINGS THAT YOU

03:06:11  13   RELIED ON TO FORM LATE THAT OPINION.

03:06:13  14        AND IF WE CAN PULL UP EXHIBIT 851 WHICH IS IN EVIDENCE,

03:06:23  15   MR. FISHER.  AND YOU SHOULD HAVE THAT, DR. ALMEROTH, IN YOUR

03:06:26  16   BINDER.

03:06:27  17   A.   YES, SIR.

03:06:28  18   Q.   AND CAN YOU REMIND US WHAT EXHIBIT 851 IS, PLEASE?

03:06:33  19   A.   851 IS THE PARSER-POLICE DOCUMENT.  I BELIEVE THAT

03:06:37  20   MR. REMAKER TESTIFIED ABOUT IT, BUT IT'S ONE OF THE DOCUMENTS

03:06:40  21   THAT I RELIED ON IN REACHING MY CONCLUSIONS.

03:06:44  22   Q.   AND HOW DID THIS DOCUMENT FORM YOUR OPINIONS OR INFORM

03:06:49  23   YOUR OPINIONS?

03:06:50  24   A.   IT HELPED ME UNDERSTAND WHAT THE PROCESS WAS AND SOME OF

03:06:57  25   WHAT WAS HAPPENING AS PART OF THE PROCESS.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                1227

03:07:00  1          FOR EXAMPLE, IF YOU LOOK UNDER THE PURPOSE, AND I WILL

03:07:06  2      START READING IN THE MIDDLE, IT ALLOWS CISCO TO PROPOSE COMMAND

03:07:11  3      LINE ADDITIONS AND GET FEEDBACK FROM FELLOW ENGINEERS WITH

03:07:16  4      EXPERIENCE TO INSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF

03:07:25  5      THE CONFIGURATION INTERFACE TO CISCO IOS.

03:07:28  6          AND THERE'S OTHER PARTS I CAN TALK ABOUT IN THIS DOCUMENT,

03:07:31  7      BUT REALLY IT PROVIDES A WAY FOR ENGINEERS WHO ARE BUILDING

03:07:35  8      FUNCTIONALITY AND THEN HAVE TO COME UP WITH COMMANDS, TO

03:07:38  9      CONSULT OTHER ENGINEERS TO GET FEEDBACK ON WHETHER THEIR

03:07:42  10     DETERMINATIONS ON WHAT THE COMMANDS SHOULD BE, WAS GOOD ENOUGH.

03:07:47  11     Q.   NOW, YOU HAD MENTIONED THAT IT'S -- THE PARSER-POLICE

03:07:54  12     PROVIDES SOME ABILITY FOR ENGINEERS TO PROPOSE COMMAND LINE

03:07:58  13     ADDITIONS AND GET FEEDBACK; IS THAT RIGHT?

03:08:01  14     A.   YES.

03:08:01  15     Q.   IN CONNECTION WITH THE MATERIALS YOU REVIEWED, DID YOU SEE

03:08:03  16     ANY EVIDENCE THAT THAT ACTUALLY HAPPENED?

03:08:06  17     A.   I DID.  THERE WERE A NUMBER OF E-MAILS.  I THINK SOME OF

03:08:09  18     WHICH HAVE BEEN DISCUSSED IN THE TESTIMONY THIS WEEK, WHERE

03:08:14  19     THEY TALK ABOUT DIFFERENT OPTIONS FOR WHAT THE COMMAND COULD

03:08:18  20     BE.

03:08:18  21          IN SOME CASES THERE ARE REFERENCES IN THE E-MAILS TO WHERE

03:08:22  22     THE DISCUSSIONS GOT FAIRLY HEATED.  YOU COULD TELL THAT PEOPLE

03:08:28  23     HAD A VESTED INTEREST IN THE PROCESS AND UNDERSTANDING WHAT THE

03:08:34  24     ALTERNATIVES WERE, AND ULTIMATELY TRYING TO REACH A DECISION

03:08:39  25     ABOUT WHAT THE RIGHT COMMAND SHOULD BE, OR AT LEAST WHAT THE

03:08:43   1    BEST ALTERNATIVE WOULD BE FROM SOMEONE'S PERSPECTIVE.

03:08:45   2    Q.   NOW, ARE YOU FAMILIAR WITH A PARSER-POLICE E-MAIL ALIAS AT

03:08:52   3    CISCO?

03:08:52   4    A.   YES, I AM.

03:08:53   5    Q.   AND DID YOU -- ACTUALLY, WHAT I SHOULD ASK YOU IS DO YOU

03:09:00   6    UNDERSTAND GENERALLY WHAT KIND OF PEOPLE WERE ON THAT E-MAIL

03:09:03   7    ALIAS?

03:09:04   8    A.   I DO.  AND THAT'S DESCRIBED HERE IN TERMS OF, THAT YOU CAN

03:09:10   9    GET THE FELLOW SOFTWARE PROFESSIONALS AND CISCO, OTHER PEOPLE

03:09:15  10    WHO HAD DEVELOPED COMMANDS HAD EXPERTISE IN HOW CISCO WAS

03:09:22  11    DEVELOPING ITS USER INTERFACE.

03:09:25  12        I THINK THAT MR. LOUGHEED TESTIFIED THAT HE WAS ON THAT

03:09:27  13    LIST.  SO, YES.

03:09:30  14    Q.   NOW GOING BACK TO EXHIBIT 851 WHICH IS THE PARSER-POLICE

03:09:35  15    MANIFESTO DOCUMENT?

03:09:36  16    A.   YES.

03:09:37  17    Q.   DOES THIS DOCUMENT PROVIDE ANY GUIDELINES FOR COMMAND

03:09:42  18    STRUCTURES OR AUTHORING?

03:09:44  19    A.   IT DOES.  IT BOTH PROVIDES GUIDELINES AS TO WHAT A PERSON

03:09:49  20    SHOULD DO ABOUT SUBMITTING COMMANDS.

03:09:51  21        SO JUST AT THE BOTTOM THAT YOU SEE HERE ON THE FIRST PAGE,

03:09:57  22    IS SUBMISSION INSTRUCTIONS AND WHAT A PERSON SHOULD DO TO

03:10:00  23    SUBMIT SUGGESTIONS AND HOW TO HANDLE FEEDBACK.

03:10:04  24        IF YOU CONTINUE ON TO THE NEXT PAGE, THERE'S SOMETHING

03:10:08  25    CALLED SYNTAX DESIGN GUIDELINES, ON PAGE 2.

03:10:15   1          AND SO THERE'S A SERIES OF NUMBERED ITEMS, STARTING UNDER

03:10:19   2   SYNTAX DESIGN GUIDELINES.  AND ULTIMATELY, I THINK THERE ARE

03:10:23   3   ABOUT TEN IN THE LIST.  AND THEY TALK ABOUT ASPECTS OF WHAT'S

03:10:28   4   GOOD VERSUS WHAT'S BAD, OFFERS RECOMMENDATIONS FOR HOW TO

03:10:32   5   DESIGN THE COMMAND-LINE INTERFACE.

03:10:37   6          JUST AS A QUICK EXAMPLE THIS FIRST ONE UNDER THINK

03:10:41   7   EXTENSIBLE, AND REALLY IT'S A CONSIDERATION AS TO WHETHER TO

03:10:43   8   USE A HYPHEN, AND THE IDEA IS TRYING TO AVOID USING HYPHENS

03:10:48   9   BECAUSE IT INTERFERES WITH THE HIERARCHY IF YOU WANT TO EXTEND

03:10:51   10  IT, AND THAT'S WHY IT'S CALLED THINK EXTENSIBLE.

03:10:56   11         THERE'S KIND OF A SET OF GUIDELINES OR ORIGINATIONS AS

03:10:59   12  PART OF THIS MANIFESTO AND ENGINEERS COULD LOOK AT AND USE TO

03:11:04   13  GUIDE THEM.  BUT I THINK ALSO THIS DOCUMENT ULTIMATELY SAYS

03:11:07   14  THAT IT'S UP TO THE PERSON WHO IS CREATING THE DEMAND TO MAKE

03:11:11   15  THE DECISION ON WHAT TO DO.

03:11:13   16         I THINK IT EVEN SAYS THAT SOMETIMES THE DECISIONS ARE BAD

03:11:16   17  AND SOMETIMES YOU HAVE TO LIVE WITH THOSE DECISIONS, BECAUSE

03:11:20   18  YOU DON'T WANT TO GO BACK AND CHANGE THE COMMANDS LATER.

03:11:23   19  Q.   SO IF WE GO A LITTLE BIT -- SCROLL DOWN, MR. FISHER AND

03:11:27   20   TALK ABOUT SOME MORE OF THESE GUIDELINES.  ACTUALLY, WE HAVE TO

03:11:33   21   GO TO A NEW PAGE, SORRY.

03:11:35   22         YEAH, SO, I WOULD LIKE TO TALK ABOUT NUMBER SIX THERE, DO

03:11:40   23   YOU SEE THAT ONE?  IF WE CAN BLOW IT UP.

03:11:43   24  A.   YES.

03:11:44   25  Q.   AND IT SAYS, WHEN NAMING A COMMAND, TRY TO PICK NAMES THAT

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                 1230

03:11:48  1    WOULD BE FAMILIAR TO THE PEOPLE IN THE INDUSTRY; DO YOU SEE

03:11:51  2    THAT?

03:11:51  3    A.   I DO.

03:11:52  4    Q.   NOW DID YOU CONSIDER THAT GUIDELINE AS YOU WERE GOING

03:11:55  5    THROUGH AND DETERMINING WHETHER THERE WAS CREATIVITY IN THE

03:11:58  6    COMMAND EXPRESSIONS?

03:11:59  7    A.   I DID.  AND EVEN THERE ARE STANDARDS FOR PROTOCOLS THAT

03:12:04  8    ARE IN USE, FOR EXAMPLE IP AS A STANDARD, THERE'S STILL SOME

03:12:10  9    FLEXIBILITY AND CREATIVITY IN HOW YOU CAN REFERENCE THAT

03:12:13  10   PROTOCOL.

03:12:15  11        WHAT NUMBER SIX IS SAYING IS AS A GENERAL CONVENTION, IT'S

03:12:19  12   USUALLY BETTER TO REFERENCE THE PROTOCOL, THOUGH THERE ARE

03:12:24  13   INSTANCES WHERE THAT'S NOT NECESSARILY THE CASE BECAUSE OF

03:12:28  14   AMBIGUITY OR CONFUSION THAT TAKES PLACE.

03:12:33  15        SO WHILE IT DOES SAY, FOR EXAMPLE, IP IN THE CASE OF MTU,

03:12:41  16   BECAUSE IT'S AN ABBREVIATION FOR MAXIMUM TRANSITION UNIT, IN

03:12:44  17   OTHER INSTANCES YOU HAVE TO MAKE DIFFERENT DECISIONS BECAUSE IT

03:12:47  18   MIGHT COMPETE WITH A DIFFERENT COMMAND.

03:12:49  19        SO THERE'S A LOT OF FACTORS THAT GO INTO A PERSON

03:12:52  20   CONSIDERING ULTIMATELY WHAT THE BEST CHOICE OR WHAT TWO GOOD

03:12:56  21   CHOICES MIGHT BE.

03:12:57  22   Q.   AND IN THAT ANSWER YOU TALKED ABOUT COMPETE WITH A

03:13:02  23   DIFFERENT COMMAND, COULD YOU EXPLAIN WHAT YOU MEAN THERE?

03:13:05  24   A.   SURE.

03:13:06  25        THERE ARE CERTAIN WORDS THAT HAVE DIFFERENT MEANINGS, THE

03:13:10   1      SAME WORD HAS A DIFFERENT MEANING AND DIFFERENT CONTEXT.  AND

03:13:13   2      WHILE YOU MIGHT BE ABLE TO INTUIT THE MEANING BASED ON WHICH

03:13:20   3      HIERARCHY YOU'RE IN, THE BETTER THAT YOU CAN AVOID AMBIGUITY IN

03:13:25   4      THE COMMAND, THE LESS PRONE YOU WILL BE TO ERRORS.

03:13:31   5          SO IN HAD SOME INSTANCES ONE ENGINEER MIGHT THINK THAT IP

03:13:36   6      MTU 576 IS A GOOD COMMAND.  IN ANOTHER INSTANCE, ANOTHER

03:13:40   7      ENGINEER MIGHT NOT LIKE MTU BECAUSE IT'S ALSO USED FOR ANOTHER

03:13:44   8      PROTOCOL.

03:13:45   9          AND SO THEY WANT TO DO SOMETHING THAT'S SPECIFIC TO IP IN

03:13:49   10     THIS INSTANCE.

03:13:50   11         SO THERE'S A LOT OF CONSIDERATIONS, A LOT OF DECISIONS, A

03:13:53   12     LOT OF CREATIVITY THAT GOES INTO SOMETHING, INTO DESIGNING ONE

03:14:00   13     OF THESE COMMANDS.

03:14:06   14     Q.   NOW MR. FISHER, IF WE COULD GO TO SLIDE 22.

03:14:09   15         SO CAN YOU SHOW US WHAT YOU ARE -- EXPLAIN TO US WHAT YOU

03:14:13   16     ARE ILLUSTRATING HERE, DR. ALMEROTH?

03:14:15   17     A.   SURE.

03:14:16   18         IF WE THINK ABOUT ONE PLACE WHERE CREATIVITY CAN EXIST,

03:14:19   19     AND THAT'S IN THE WORD CHOICE, YOU CAN LOOK AT A COMMAND THAT

03:14:23   20     EXISTS NOW, SHOW IP ACCESS LIST, AND REALLY YOU COULD CONSIDER

03:14:28   21     A BUN CH OF DIFFERENT OPTIONS FOR ANY ONE OF THOSE WORDS.

03:14:33   22         FOR EXAMPLE, FOR SHOW, YOU CAN USE DISPLAY OR PRINT OR

03:14:38   23     WATCH OR ANY OF THE OTHER COMMANDS THAT ARE -- ANY OF THE OTHER

03:14:43   24     WORDS THAT ARE ON THE LIST.

03:14:45   25         THE FACT THAT WE HAVE A NUMBER OF SHOW COMMANDS TODAY AND

03:14:48   1    WE THINK ABOUT SHOW TODAY, AND IF YOU ARE A NETWORK ENGINEER,

03:14:52   2    YOU UNDERSTAND SHOW VERY WELL AND WHAT THE HIERARCHY IS

03:14:55   3    SUPPOSED TO MEAN.  WE STILL HAVE TO GO BACK TO THE POINT IN

03:14:59   4    TIME WHEN SHOW IS BEING CONTEMPLATED, AND THINK ABOUT THE

03:15:03   5    CREATIVITY AND THE CHOICES THAT WERE MADE AT THAT TIME.

03:15:06   6         AND AT THE TIME, SOMETHING LIKE "DISPLAY" OR EVEN "DISP"

03:15:12   7    WOULD BE AN EQUAL NUMBER OF CHARACTERS, OR "VIEW" MIGHT HAVE

03:15:16   8    BEEN A COMPLETELY REASONABLE ALTERNATIVE.

03:15:18   9         THE SAME THING FOR IP, THE ONE I THINK IS REASONABLE ON

03:15:23   10   THAT LIST THAT APPEALS TO ME IN PARTICULAR, IS L3.  IP IS A

03:15:29   11   LAYER THREE PROTOCOL, IT'S EASY TO TYPE L3, PEOPLE IN THE

03:15:34   12   INDUSTRY KNOW WHAT IT IS, I THINK SHOW L3 ACCESS LISTS,

03:15:39   13   ESPECIALLY GIVEN THAT THERE'S L2 ACCESS LISTS, WOULD MAKE A LOT

03:15:44   14   OF SENSE TO ME.

03:15:45   15        AND SO IN OTHER WORDS, THERE'S DIFFERENT OPTIONS FOR ANY

03:15:48   16   OF THESE DIFFERENT WORDS THAT COULD BE SUBSTITUTED BY THE

03:15:51   17   PERSON WHO IS WRITING THE COMMAND AT THAT TIME.

03:15:54   18   Q.   SO THEN "ACCESS-LIST;" DO YOU SEE THAT?

03:15:59   19   A.   I DO.

03:16:00   20   Q.   NOW DOWN, YOU HAVE "ACL," AS ONE OF THE ABBREVIATIONS?

03:16:07   21   A.   YES.

03:16:07   22   Q.   IS THAT A MORE COMMON WAY TO REFER TO ACCESS LIST?

03:16:11   23   A.   IT IS.  AND IN FACT, IT'S COMMON ENOUGH THAT IT HAS ITS

03:16:15   24   OWN PRONUNCIATION.  I HEARD IT EARLIER THIS WEEK AND I'M NOT

03:16:18   25   SURE THEY EXPLAINED IT, BUT THE WORD IS ACL, YOU CAN JUST

03:16:22   1        PRONOUNCE THE LETTERS, IT'S NOT A REAL WORD.

03:16:25   2             BUT IT'S VERY COMMON FOR ENGINEERS TO TALK ABOUT ACL'S.

03:16:31   3        AFTER A WHILE, THEY USE ENOUGH OF THESE, IT STARTS TO SOUND

03:16:35   4        LIKE A FOREIGN LANGUAGE, BUT IT DOES MAKE SENSE TO THE

03:16:37   5        ENGINEERS WHO SEE THESE COMMANDS.

03:16:39   6        Q.   AND ACL, WHAT DOES THAT STAND FOR?

03:16:42   7        A.   ACCESS CONTROL LISTS, ACL.

03:16:44   8        Q.   NOW IF WE MOVE FORWARD, IN TERMS OF YOUR ANALYSIS, DID YOU

03:16:51   9        DECIDE WHETHER THE ARRANGEMENT PLAYS INTO THE CREATIVITY PART?

03:16:54  10        A.   I DO.  OR I DID.  AND IT DOES PLAY A ROLE.

03:17:03  11             IN FACT, IF YOU REMEMBER TO JUST TWO MINUTES AGO WHERE I

03:17:07  12        TALKED ABOUT THE PARSER-POLICE MANIFESTO THAT BOX NUMBER ONE

03:17:11  13        WAS ABOUT EXTENSIBLE.  AND PART OF THAT HAS TO DO WITH THE WORD

03:17:15  14        ORDER THAT YOU CAN USE.

03:17:16  15             AND SO YOU CAN USE SOMETHING LIKE SHOW IP ACCESS LISTS,

03:17:22  16        AGAIN IS OUR EXAMPLE.  AND REALLY YOU CAN ORGANIZE THOSE IN ANY

03:17:26  17        WAY.

03:17:27  18             AND ONE ENGINEER MIGHT SAY THE EMPHASIS HERE IS ON

03:17:30  19        DISPLAYING INFORMATION.  ANOTHER ONE MIGHT SAY, WELL THE

03:17:33  20        EMPHASIS REALLY IS ON ACCESS LISTS, SOY I COULD CREATE A

03:17:38  21        HIERARCHY CALLED ACCESS LISTS, I COULD IDENTIFY WHAT THE

03:17:42  22        PROTOCOL IS NEXT, IP OR OTHER KINDS OF ACCESS LISTS, AND THEN A

03:17:46  23        VERB TO SHOW WHAT THE CONFIGURATION IS, CONFIG TO CONFIGURE

03:17:52  24        THEM.

03:17:53  25             SO THE WORD CHOICE AND THE ORDERING HERE IS SOMETHING

03:17:56   1    THAT'S A -- I'M SORRY, THE WORD ORDER IS A CREATIVE ENDEAVOR.

03:18:00   2    Q.   SO THEN IN TERMS OF THE ARRANGEMENT OF THE WORDS, HOW DOES

03:18:05   3    THAT PLAY INTO THE ORGANIZATION OF THESE MULTIWORD COMMANDS?

03:18:09   4    A.   SURE.  ON THIS DEMONSTRATIVE, IT'S BACK TO THE

03:18:12   5    REPRESENTATION OF SHOW IP ACCESS LISTS BECAUSE "SHOW" IS FIRST,

03:18:20   6    IT GOES INTO THE "SHOW HIERARCHY."

03:18:24   7         THE NEXT DEMONSTRATIVE SHOWS YOU COULD HAVE ACTUALLY PUT

03:18:26   8    IT INTO A DIFFERENT HIERARCHY.  YOU COULD HAVE PUT IT INTO THE

03:18:30   9    IP HIERARCHY SO THEN THE COMMAND WOULD BE IP SHOW ACCESS LIST.

03:18:34  10         EITHER WOULD BE POSSIBLE.  EITHER WOULD BE AN OPTION.

03:18:37  11    THERE'S NO CONSTRAINT OR LIMITATION THAT IT'S ONE VERSUS THE

03:18:40  12    OTHER.

03:18:41  13         AND SO THE FACT THAT WE HAVE IT NOW, WAS BASED ON A

03:18:47  14    CREATIVE CHOICE BY THE ENGINEER WHO DEVELOPED IT AT THAT TIME.

03:18:52  15    Q.   NOW BASED UPON YOUR REVIEW IN THIS CASE, DID YOU BECOME

03:18:55  16    FAMILIAR WITH SOME OF THE CONSIDERATIONS FOR DECIDING TO

03:18:59  17    STRUCTURE A COMMAND ONE WAY VERSUS ANOTHER WAY?

03:19:02  18    A.   YES.

03:19:02  19    Q.   AND CAN YOU EXPLAIN TO US WHAT THAT IS?

03:19:05  20    A.   SURE.

03:19:06  21         SO FIRST OF ALL, THERE ARE LOTS OF DIFFERENT

03:19:08  22    CONSIDERATIONS AND SOME PEOPLE WILL CONSIDER DIFFERENT

03:19:12  23    CONSIDERATIONS DIFFERENTLY.

03:19:14  24         I THINK THE ONE THAT I'VE HIGHLIGHTED SO FAR IS THE USE OF

03:19:18  25    THE HYPHEN, SOME PEOPLE SAY IT'S GOOD, SOME PEOPLE SAY IT'S

03:19:21   1    BAD.  THE MANIFESTO SAID NOT TO USE HYPHENS.

03:19:29   2         BUT IF YOU GO BACK TO SLIDE 11, FOR EXAMPLE, THE FIGURE

03:19:35   3    THAT DISPLAYED ALL THE COMMANDS, THE 506 AT ISSUE, THERE'S LOTS

03:19:40   4    OF COMMANDS THAT HAVE HYPHENS.

03:19:42   5         SO IN SOME INSTANCES IT'S A DESIGN CONSIDERATION WHETHER

03:19:45   6    TOO USE A HYPHEN OR NOT.  IT'S A CONSIDERATION WHETHER TO USE

03:19:50   7    ONE WORD VERSUS ANOTHER OR NOT.

03:19:52   8         IN SOME CASES THE RECOMMENDATIONS AS DESCRIBED IN THE

03:19:57   9    MANIFESTO ARE ADHERED TO, SOMETIMES THERE'S EXCEPTIONS, BUT

03:20:03   10   ULTIMATELY WHAT YOU HOPE TO HAVE IS A CONSISTENT MEMORABLE

03:20:07   11   COMMAND-LINE INTERFACE INSTEAD OF MULTIWORD COMMANDS.

03:20:11   12   Q.   IF WE COULD GO TO SLIDE 26, MR. FISHER.

03:20:15   13        SO NOW I WANT TO TALK ABOUT THE COMMAND OUTPUTS THAT YOU

03:20:19   14   DESCRIBED A BIT AGO AND TALK ABOUT YOUR ANALYSIS OF THE CREDIT

03:20:24   15   ACTIVITY THERE, OKAY.

03:20:25   16   A.   CERTAINLY.

03:20:27   17   Q.   SO WHAT DID YOU DO TO DO THAT ANALYSIS?

03:20:31   18   A.   SO FOR THE SCREEN OUTPUTS, WHAT I WAS ABLE TO DO WAS ALSO

03:20:35   19   LOOK AT THE USER MANUALS, LOOK AT THE SAME KINDS OF E-MAIL

03:20:38   20   EXCHANGES WHERE THERE WERE DISCUSSIONS ABOUT WHAT SOME OF THE

03:20:43   21   OUTPUTS SHOULD BE, THE SAME KINDS OF MATERIALS THAT I HAD

03:20:48   22   DISCUSSED PREVIOUSLY THAT I HAD CONSIDERED AS PART OF THIS

03:20:50   23   QUESTION.

03:20:51   24   Q.   AND SO YOU TALKED ABOUT THIS EXAMPLE BEFORE WHERE YOU TYPE

03:20:57   25   IN A COMMAND AND THEN YOU GET AN OUTPUT BACK.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1236

03:21:00   1        CAN YOU EXPLAIN TO US WHAT YOU BELIEVE TO BE THE

03:21:06   2    CREATIVITY IN THE OUTPUT?

03:21:08   3    A.   SURE.  THE CREATIVITY HERE, IF YOU CAN SEE THE WORDS ON

03:21:13   4    THE SCREEN HERE, THERE REALLY IS A LOT OF VARIABILITY IN HOW

03:21:19   5    YOU CAN ORGANIZE THIS INFORMATION.  THIS IS FOR THE COMMAND

03:21:23   6    "SHOW SPANNING-TREE," AND IT PROVIDES SOME INFORMATION ABOUT

03:21:28   7    WHAT PROTOCOL IS ENABLED.

03:21:31   8        AND THEN THERE ARE DIFFERENT FIELDS, AND THEN AFTER THE

03:21:33   9    FIELDS ARE INFORMATION ABOUT THE STATUS OF THE ROUTER.

03:21:37  10        NOW THE FIELDS THEMSELVES AND THE NAMES OF THE FIELDS

03:21:41  11    DON'T CHANGE FROM ONE INSTANCE TO THE NEXT IF YOU WERE

03:21:51  12    EXECUTING THESE COMMANDS ON AN OPERATING ROUTER, BUT THE VALUES

03:21:54  13    THAT GO INTO THOSE FIELDS.

03:21:56  14        NOW IN AND INSTANCE THE VALUES HAVE THE SAME UNITS.  IT

03:22:00  15    MIGHT MEGABITS PER SECOND IN THE COUNTER OF PACKETS THAT WERE

03:22:03  16    LOST.

03:22:03  17        SO ALL OF THE INFORMATION THAT'S DISPLAYED CAN BE REALLY

03:22:06  18    ORGANIZED IN ANY FASHION.  YOU COULD DO IT IN TABLES, YOU COULD

03:22:09  19    DO IT IN LINES.  THERE REALLY IS A LOT OF CREATIVITY INVOLVED

03:22:13  20    IN DECIDING AND ORGANIZING THE INFORMATION HERE.

03:22:18  21    Q.   NOW IN CONNECTION WITH YOUR ANALYSIS OF THE OUTPUTS, DID

03:22:21  22    YOU DETERMINE WHETHER THERE WERE ANY SIGNIFICANT CONSTRAINTS ON

03:22:25  23    HOW YOU COULD CONSTRUCT THESE OUTPUTS?

03:22:27  24    A.   I DID.  AND THERE REALLY AREN'T.  YOU CAN INCLUDE ANY

03:22:33  25    INFORMATION, YOU CAN ORGANIZE IT IN ANY WAY.

03:22:37  1        THERE MIGHT BE CONSTRAINTS LIKE YOU HAVE TO USE ENGLISH OR

03:22:41  2    SOMETHING LIKE THAT, BUT THAT'S NOT REALLY A SIGNIFICANT

03:22:44  3    CONSTRAINT THAT IMPINGES ON THE ABILITY OF THE PERSON DESIGNING

03:22:49  4    THIS OUTPUT TO EXERCISE CREATIVITY IN WHAT THOSE CHOICES MIGHT

03:22:57  5    BE.

03:22:57  6    Q.   NOW I WANT TO GO FORWARD TO THE HELP DESCRIPTIONS.  YOU

03:23:00  7    DESCRIBED THOSE FOR US.

03:23:02  8        WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:23:07  9    HELP DESCRIPTIONS AND THE CREATIVITY THERE.

03:23:10 10    A.   THE ANALYSIS AGAIN, WAS VERY SIMILAR, I CAN LOOK AT THE

03:23:14 11    USER MANUALS.

03:23:15 12        I CAN LOOK AT THE SWITCHES THEMSELVES IN SOME INSTANCES.

03:23:21 13    AND I CAN LOOK AT THE HELP DESCRIPTIONS THAT ARE EXPECTED TO BE

03:23:24 14    PRODUCED ON THE SWITCHES WHEN THEY'RE RUNNING THE OPERATING

03:23:29 15    SYSTEM.

03:23:30 16        AND SO THERE'S AN ANIMATION HERE THAT SHOWS FOR THE

03:23:33 17    COMMAND "SNMP-SERVER HOST VERSION?"  AND THEN IT RETURNS THE

03:23:40 18    RESPONSE, "SNMP VERSION TO USE FOR NOTIFICATION MESSAGES."

03:23:46 19        AND MY UNDERSTANDING OF THE PROCESS BY WHICH THOSE ARE

03:23:50 20    CREATED IS CREATIVE.  THERE AREN'T REALLY CONSTRAINTS ON WHAT

03:23:56 21    THE USER OR THE PERSON DESIGNING THOSE COMMANDS IS ALLOWED TO

03:24:00 22    INCLUDE IN TERMS OF THE HELP INFORMATION.

03:24:03 23    Q.   NOW I WANT TO MOVE FORWARD TO THE NEXT ELEMENT OF THE USER

03:24:10 24    INTERFACE THAT YOU DESCRIBED WHICH IS THE MODES AND PROMPTS AND

03:24:14 25    THE ARRANGEMENT OF THE MODES AND PROMPTS?

03:24:16  1      A.   YES.

03:24:17  2      Q.   WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:24:20  3      CREATIVITY THERE?

03:24:20  4      A.   IT'S A SIMILAR KIND OF METHODOLOGY.  I LOOKED AT WHAT THE

03:24:25  5      DOCUMENTS WOULD SAY ABOUT MODES AND PROMPTS AND ALSO WHAT THE

03:24:30  6      DOCUMENTS SAY ABOUT THE PROCESS BY WHICH THESE WERE DESIGNED.

03:24:35  7      I REVIEWED DEPOSITION TESTIMONY.  I BELIEVE MR. LOUGHEED

03:24:38  8      TESTIFIED ABOUT THIS ON MONDAY.

03:24:43  9          AND SO THE IDEA THAT YOU HAVE THE EXECUTIVE, THE EXEC

03:24:50  10     INTERFACE AND THEN THE PRIVILEGE AND THEN THE GLOBAL

03:24:53  11     CONFIGURATION AND THEN THE INTERFACE CONFIGURATION MODES AND

03:24:57  12     THEN THE CORRESPONDING PROMPTS, THERE'S OTHER WAYS THAT THAT

03:25:01  13     COULD HAVE BEEN ORGANIZED, OTHER NAMES THAT COULD HAVE BEEN

03:25:05  14     USED, AND SO IT'S CLEAR THAT THERE WAS A CREATIVE PROCESS IN

03:25:12  15     THE MODES AND PROMPTS AS WELL.

03:25:13  16     Q.   IN CONNECTION WITH YOUR ANALYSIS OF THE CASE, HAD YOU SEEN

03:25:19  17     ANYTHING TO INDICATE THAT SOMEBODY ELSE BEFORE CISCO HAD THE

03:25:21  18     ARRANGEMENT THAT YOU JUST DESCRIBED OF MODES AND PROMPTS?

03:25:25  19     A.   NO, NOT THOSE FOUR MODES AND PROMPTS THAT ARE AT ISSUE

03:25:28  20     HERE.

03:25:29  21     Q.   NOW JUST SO I UNDERSTAND, SO IS IT POSSIBLE, CAN YOU JUST

03:25:35  22     JUMP FROM THE TOP LEVEL MODE ALL THE WAY DOWN TO THE INTERFACE

03:25:43  23     MODE?

03:25:43  24     A.   NO AS PART OF THE STRUCTURE OF THE MODES AND PROMPTS, THEY

03:25:45  25     ARE NESTED, MEANING YOU HAVE TO BE IN THE FIRST MODE, THE EXEC

03:25:52  1    MODE, AND FROM THERE YOU CAN ONLY GET TO THE PRIVILEGED MODE.

03:25:56  2         THEN ONCE YOU ARE IN THE PRIVILEGED MODE, YOU HAVE TO GO

03:25:58  3    TO THE GLOBAL CONFIGURATION AND THEN TO THE INTERFACE

03:26:01  4    CONFIGURATION MODE.

03:26:01  5         SO THEY ARE NESTED THAT WAY.  AND THAT WAS A CREATIVE

03:26:06  6    DECISION.  THEY DIDN'T HAVE TO BE NESTED, YOU COULD GO TO ANY

03:26:10  7    MODE AS AN ALTERNATIVE.

03:26:11  8         AND SO THAT WAS SOMETHING THAT WAS DESIGNED AND SPECIFIED

03:26:15  9    THAT WAY ON PURPOSE.

03:26:17 10    Q.   NOW, I WANT TO GO FORWARD TO SLIDE 29, PLEASE, AND TALK

03:26:27 11    ABOUT THE USER MANUALS; DO YOU SEE THAT?

03:26:29 12    A.   YES.

03:26:30 13    Q.   NOW, IN YOUR -- WHAT DID YOU DO FOR YOUR ANALYSIS OF THE

03:26:35 14    POTENTIAL CREATIVITY OF THE USER MANUALS?

03:26:36 15    A.   HERE AGAIN, I RELIED ON SIMILAR KINDS OF INFORMATION.

03:26:41 16    CLEARLY WHEN YOU HAVE A MULTI HUNDRED PAGE MANUAL THAT'S

03:26:44 17    ESSENTIALLY LIKE A BOOK, THERE'S ALL SORTS OF WAYS IN WHICH THE

03:26:48 18    INFORMATION CAN BE ORGANIZED WITHIN THAT MANUAL, WHAT THE

03:26:53 19    INFORMATION SAYS EXACTLY, THE WORD CHOICES THAT ARE USED TO

03:26:57 20    DESCRIBE ASPECTS OF THE SWITCH OR ROUTER.

03:27:01 21         IT REALLY IS ON PAR WITH A BOOK.  AND YOUR ABILITY TO PUT

03:27:08 22    INTO INFORMATION IN THAT MANUAL THAT YOU WANT.

03:27:10 23    Q.   SO THEN IN TERMS OF THE FOUR ELEMENTS OF THE USER

03:27:14 24    INTERFACE, LET'S TAKE THAT, THOSE FIRST.  DID YOU REACH ANY

03:27:18 25    CONCLUSION AS TO THE ORIGINALITY AND CREATIVITY OF THOSE

03:27:23  1    ELEMENTS?

03:27:23  2    A.   YES.  FOR THE USER INTERFACE, THAT INCLUDED THE FOUR

03:27:27  3    COMPONENTS, THE MULTIWORD COMMANDS, THE OUTPUTS, THE HELP

03:27:32  4    DESCRIPTIONS, THE MODES AND PROMPTS, AND THAT WAS THE USER

03:27:36  5    INTERFACE FOR EACH OF IOS, IOS XR, IOS XE, AND NX-OS, I HAD

03:27:43  6    FOUND THAT THERE WAS CREATIVITY IN THE WAY THAT ALL FOUR OF

03:27:49  7    THOSE COMPONENTS WERE DETERMINED.

03:27:51  8    Q.   AND DID YOU ANALYZE, IN TERMS OF WHAT WE JUST WALKED

03:27:55  9    THROUGH IN DESCRIBING YOUR ANALYSIS, DID YOU DO THAT FOR EACH

03:27:58 10    OF THE USER INTERFACES AT ISSUE IN THIS CASE?

03:28:00 11    A.   YES, I DID.

03:28:02 12    Q.   AND THEN WITH RESPECT TO THE USER DOCUMENTATION, THE

03:28:07 13    MANUALS THAT ARE AT ISSUE THEMSELVES, DID YOU REACH A

03:28:10 14    CONCLUSION ABOUT THE ORIGINALITY AND CREATIVITY THERE?

03:28:13 15    A.   YES, I DID.

03:28:14 16         FOR THE USER MANUALS THAT HAVE BEEN IDENTIFIED, I ALSO

03:28:18 17    DETERMINED THAT THEY WERE -- THE PROCESS BY WHICH THEY WERE

03:28:25 18    DEVELOPED WAS A CREATIVE PROCESS AND THAT ULTIMATELY THE

03:28:31 19    PRODUCTS THEMSELVES WERE CREATED.

03:28:33 20    Q.   AND WAS THAT TRUE WITH RESPECT TO ALL THE MANUALS THAT YOU

03:28:35 21    LOOKED AT?

03:28:36 22    A.   YES, IT IS.

03:28:37 23    Q.   NOW, I WANT TO GO FORWARD TO SLIDE 32, MR. FISHER.  THANK

03:28:45 24    YOU, SIR.

03:28:46 25         SO LET'S TALK ABOUT WHAT YOU DESCRIBED AS THE SECOND

03:38:51   1    SIMILARITY AND ACCESS?

03:38:52   2    A.   WHAT IT'S DESCRIBING IS THAT THERE ARE REQUESTS THAT ARE

03:38:55   3    THEN FOLLOWED UP ON BY ARISTA TO IMPLEMENT COMMANDS AND

03:39:01   4    PROVIDING THE CORRESPONDING USER INTERFACE FOR THAT COMMAND,

03:39:04   5    INCLUDING WHAT THE MULTIWORD COMMAND IS, WHAT THE OUTPUT OF THE

03:39:08   6    COMMAND IS, THAT IS AN ATTEMPT TO MIMIC OR COPY CISCO.

03:39:13   7    Q.   NOW I WOULD LIKE TO, I WOULD LIKE YOU TO TURN TO

03:39:19   8    EXHIBIT 488 NOW, THIS ONE IS IN EVIDENCE, SO IF WE COULD PUT

03:39:25   9    THAT UP ON THE SCREEN.

03:39:32  10        AND CAN YOU TELL US WHAT EXHIBIT 488 IS?

03:39:35  11    A.   SURE.  THAT'S AN ARISTA USABILITY COMPARISON STUDY.  AND

03:39:42  12    IF YOU LOOK AT WHAT THE PURPOSE AND OVERVIEW OF THE DOCUMENT

03:39:49  13    IS --

03:39:49  14    Q.   PAGE 7, I BELIEVE; IS THAT RIGHT?

03:39:51  15    A.   YES, IT'S AFTER THE TABLE OF CONTENTS.

03:39:54  16        AND IT SAYS, THE PURPOSE OF THIS STUDY WAS TO GAUGE THE

03:39:57  17    LEVEL OF ADJUSTMENT REQUIRED FOR A NETWORK ENGINEER TO

03:39:59  18    TRANSITION FROM A FAMILIAR IOS PLATFORM, THAT'S CISCO, TO AN

03:40:04  19    NX-OS PLATFORM, AND THAT'S ALSO CISCO, AND EOS PLATFORM, SO

03:40:12  20    THAT'S ARISTA.

03:40:12  21        SO THE PURPOSE OF THIS STUDY IS TO COMPARE TWO CISCO USER

03:40:18  22    INTERFACES WITH THE EOS USER INTERFACE.

03:40:20  23    Q.   AND DO YOU KNOW WHAT THE CONCLUSION WAS OF THE STUDY?

03:40:24  24    A.   THE CONCLUSION GENERALLY WAS THAT THEY WERE VERY SIMILAR

03:40:28  25    IN THINGS LIKE THE COMMANDS, THE CONFIGURATIONS, THE HELP

03:40:37   1    OUTPUTS, AND THERE ARE DETAILED GRAPHICS IN THIS DOCUMENT THAT

03:40:41   2    SHOW THAT.

03:40:41   3    Q.   AND WHEN YOU SAY THE CONFIGURATIONS, WHAT DOCUMENT?

03:40:44   4    A.   BY CONFIGURATIONS, I MEAN THE MULTIWORD COMMANDS THAT --

03:40:49   5    THE WAY THIS STUDY WORKED WAS FOR THE TESTER TO TAKE THE SAME

03:40:56   6    SETS OF COMMANDS AND TYPE THEM ON AN IOS, A DEVICE RUNNING IOS,

03:41:04   7    A DEVICE RUNNING NX-OS, AND A DEVICE RUNNING EOS, AND TO LOOK

03:41:09   8    AT WHETHER THE SYNTAX, THE FORMAT OF THE COMMAND WAS THE SAME

03:41:13   9    ON ALL THREE, AND THEN WHETHER OR NOT THE OUTPUTS WERE THE

03:41:17  10    SAME, AND THERE WAS ALSO A TESTING OF THE HELP DESCRIPTIONS AS

03:41:20  11    WELL.

03:41:22  12            MR. VAN NEST:  EXCUSE ME, YOUR HONOR.  I DON'T HAVE

03:41:24  13    AN OBJECTION TO THIS EXHIBIT, BUT IT'S NOT CURRENTLY IN

03:41:26  14    EVIDENCE.

03:41:27  15            THE COURT:  OH.  THANK YOU FOR THAT.

03:41:28  16            MR. VAN NEST:  I DON'T HAVE AN OBJECTION TO IT, SO IF

03:41:30  17    YOU WANT TO MOVE IT, BUT IT HAS NOT BEEN ADMITTED, BASED ON OUR

03:41:34  18    SHEET.

03:41:34  19            MR. NELSON:  IT WAS ATTACHED TO THAT E-MAIL, AND I

03:41:37  20    KNEW THEY HAD AN OBJECTION TO THE E-MAIL, BUT I WILL MOVE THIS

03:41:40  21    VERSION IN.  I APOLOGIZE.

03:41:41  22            MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

03:41:42  23            THE COURT:  THANK YOU.

03:41:42  24        I APPRECIATE THAT, AND IT WILL BE SEPARATELY ADMITTED.

03:41:46  25    (PLAINTIFF'S EXHIBIT 488, WAS ADMITTED INTO EVIDENCE.)

03:41:46  1          MR. NELSON:  THANK YOU, YOUR HONOR.

03:41:47  2     Q.   SO DR. ALMEROTH, STAYING ON THIS IDEA OF CONFIGURATION, I

03:41:54  3     MEAN, ARE THERE CONFIGURATION FILES, IS THAT SOMETHING THAT YOU

03:41:58  4     HEARD OF OR CONFIGURATION STRUCTURES FOR THESE SWITCHES?

03:42:04  5     A.   YES.  AND HERE'S WHERE THAT COMES INTO PLAY AND BECOMES

03:42:08  6     RELEVANT.

03:42:08  7          AS I HOPE I HAVE CONVEYED THAT A SWITCH IS A VERY COMPLEX

03:42:12  8     PIECE OF HARDWARE, THERE'S LOTS OF CONFIGURATION THAT HAS TO

03:42:16  9     HAPPEN TO THAT SWITCH.

03:42:18  10         AND THE CONFIGURATION, WHAT THE COMMANDS ARE, IS STORED IN

03:42:21  11    A CONFIGURATION FILE.  IT'S NOT STORED IN RAM.  SO IT'S STORED

03:42:26  12    IN WHAT'S CALLED NONVOLATILE MEMORY.  SO IF THE SWITCH LOSES

03:42:32  13    POWER AND THEN COMES BACK UP, IT CAN REDUCE THAT SAME

03:42:37  14    CONFIGURATION.

03:42:37  15         SO IT ALMOST GIVES THE SWITCH ITS PARTICULAR IDENTITY.

03:42:41  16         AND WHAT'S RELEVANT ABOUT THE CONFIGURATION OF A SWITCH IS

03:42:45  17    IT'S BASICALLY A FILE OF DATA, AND YOU CAN TAKE THAT FILE FROM

03:42:48  18    ONE SWITCH AND THEN RUN THAT SAME CONFIGURATION ON ANOTHER

03:42:53  19    SWITCH.  AND IT USES THE SAME COMMAND STRUCTURE, THEN YOU CAN

03:42:59  20    USE THE SAME CONFIGURATION COMMAND ON A DIFFERENT SWITCH.

03:43:03  21         NOW, A REAL TEST FOR WHETHER OR NOT YOU ARE COPYING IS IF

03:43:08  22    YOU CAN TAKE A CONFIGURATION FROM CISCO AND RUN IT ON AN ARISTA

03:43:14  23    SWITCH, AND WHETHER THAT ARISTA SWITCH UNDERSTANDS THE

03:43:17  24    CONFIGURATION AND ALL OF THE COMMANDS THAT ARE IN THAT

03:43:20  25    CONFIGURATION.  AND VICE VERSA, IF YOU HAVE A CONFIGURATION ON

ALMEROTH DIRECT EXAMINATION BY MR. NELSON          1250

03:43:25   1    AN ARISTA SWITCH, WHETHER YOU CAN THEN RUN IT ON A CISCO SWITCH

03:43:29   2    AS WELL.

03:43:29   3    Q.   AND BASED UPON YOUR VIEW THAT YOU DESCRIBED FOR US IN THIS

03:43:32   4    CASE, HAVE YOU SEEN ANY EVIDENCE THAT A CONFIGURATION FROM A

03:43:36   5    CISCO SWITCH CAN BE RUN ON AN ARISTA SWITCH?

03:43:40   6    A.   YES.   THAT IS PART OF WHAT THEY WERE LOOKING AT IN THIS

03:43:44   7    TESTING FOR THE KINDS OF COMMANDS THAT WOULD GO INTO A

03:43:49   8    CONFIGURATION.

03:43:50   9        THERE WAS ALSO EVIDENCE DISCUSSED EARLIER THIS WEEK IN

03:43:54   10   TESTIMONY WHERE ONE OF THE THINGS THAT WAS TOLD TO THE PUBLIC

03:43:59   11   WAS YOU COULD TAKE THE CONFIGURATION FROM A CISCO SWITCH AND

03:44:03   12   DROP IT INTO AN ARISTA SWITCH AND IT WOULD BE ABLE TO RUN.

03:44:08   13       THERE'S OTHER EVIDENCE WHERE THEY TALK ABOUT COPYING AND

03:44:12   14   PASTING, SORT OF SELECTING THE WHOLE CONFIGURATION AND BEING

03:44:15   15   ABLE TO RUN IT FROM A CISCO ON TO AN ARISTA SWITCH.

03:44:19   16   Q.   AND WHAT DOES THAT TELL YOU ABOUT THE SIMILARITY OF THE

03:44:23   17   COMMANDS IN THE PRODUCTS?

03:44:27   18   A.   THERE WAS EXTENSIVE SIMILARITY.   TO BE ABLE TO TAKE THE

03:44:31   19   SAME SET OF COMMANDS AND RUN IT ON TWO DIFFERENT SWITCHES FROM

03:44:35   20   TWO DIFFERENT MANUFACTURERS REQUIRES A SIGNIFICANT AMOUNT OF

03:44:41   21   SIMILARITY BETWEEN THEM.

03:44:42   22   Q.   AND WHAT DOES THAT TELL YOU ABOUT THE STRUCTURE OF THE

03:44:47   23   COMMANDS THEMSELVES?

03:44:48   24   A.   IT TELLS ME THAT THEY ARE THE SAME.   I MEAN, THE PARSERS

03:44:52   25   THAT LOOK AT THESE COMMANDS SORRY VERY SPECIFIC, IT'S A

03:44:57  1      COMPUTER, SO IT LOOKS TO MATCH WORDS.

03:45:00  2          IF THEY ARE OFF BY A HYPHEN, THEN ONE PARSER WILL

03:45:05  3      MISINTERPRET THE COMMAND.  THEY HAVE TO BE IDENTICAL IN ORDER

03:45:09  4      FOR THE PARSER TO BE ABLE TO PROCESS THAT SAME COMMAND.

03:45:11  5      Q.   SO DR. ALMEROTH, IN TERMS OF THE STRUCTURE OF THE COMMAND,

03:45:19  6      WOULD THAT INCLUDE ARGUMENTS OF THE COMMAND?

03:45:21  7      A.   IT WOULD.  IT'S NOT SOMETHING WE'VE TALKED ABOUT, MAYBE I

03:45:26  8      SHOULD EXPLAIN WHAT THAT MEANS.

03:45:28  9      Q.   SURE.

03:45:28  10     A.   SO YOU HAVE A COMMAND, AND THEN THERE'S SOMETIMES WHAT'S

03:45:34  11     CALLED AN ARGUMENT OR A PARAMETER.  SO YOU MIGHT SAY SOMETHING

03:45:37  12     LIKE SET IP-ADDRESS.  BUT THEN YOU HAVE TO GIVE IT WHAT THE IP

03:45:42  13     ADDRESS THAT YOU ARE SETTING.

03:45:44  14         NOW, IP ADDRESS IS, THERE'S ABOUT 4 BILLION IP ADDRESSES,

03:45:49  15     SO WHAT'S BEING COPIED HERE, THE MULTIWORD COMMAND WOULD BE THE

03:45:54  16     SET IP-ADDRESS.

03:45:58  17         BUT THE ARGUMENT ITSELF COULD BE ANY ONE OF THE 4 BILLION

03:46:01  18     DIFFERENT IP ADDRESSES THAT EXIST.

03:46:03  19         SO THE KEY, THE KEY TO THE COPYING IS THE MULTIWORD

03:46:08  20     COMMAND, THAT EXPRESSION.  BUT THE ARGUMENTS, I MEAN, THEY CAN

03:46:13  21     BE WHATEVER THE PARSER ALLOWS OR WHATEVER THE OPTIONS ARE FOR

03:46:18  22     THE SWITCH.

03:46:19  23     Q.   AND WHEN YOU'RE ABLE TO COPY THIS CONFIGURATION FILE AS

03:46:24  24     YOU SAID, WHAT DOES THAT TELL YOU ABOUT THE ARGUMENT STRUCTURE

03:46:27  25     OF THE COMMANDS?

03:55:01  1    AND IN ADDITION TO THE DOCUMENTATION THAT WE WALKED THROUGH A

03:55:07  2    BIT AND YOU DESCRIBED, WAS THERE ANYTHING ELSE YOU DID IN YOUR

03:55:12  3    CONNECTION WITH THE ANALYSIS OF COPYING AND SUBSTANTIAL

03:55:15  4    SIMILARITY?

03:55:15  5    A.   THERE IS, AS PART OF MY METHODOLOGY I HOOKED UP A COMPUTER

03:55:18  6    TO ALL OF THESE SWITCHES AND PERFORMED SOME TESTING AS WELL.

03:55:22  7    Q.   NOW, THE SWITCHES, WHERE DID YOU GET ACCESS TO THOSE?

03:55:29  8    A.   FOR THE ARISTA SWITCHES IT WAS AT THE LAW OFFICES OF

03:55:33  9    ARISTA'S COUNSEL.  AND THEN FOR THE CISCO SWITCHES THAT WAS AT

03:55:37 10    THE LAW OFFICES OF CISCO'S COUNSEL.

03:55:38 11    Q.   OKAY.  WERE THE -- WHAT WAS THE SET UP OF THE ARISTA

03:55:44 12    SWITCHES?

03:55:45 13    A.   WELL, THE ARISTA SWITCHES, THEY WEREN'T CONNECTED TO THE

03:55:48 14    NETWORK, THEY WERE CONNECTED TO POWER, SO IT WAS ESSENTIALLY A

03:55:52 15    SWITCH SITTING ON THE TABLE, AND AS YOU CAN SEE IN THE UPPER

03:55:57 16    LEFT PICTURE, IT'S CONNECTED TO POWER THROUGH THE BLACK CABLE

03:56:02 17    IN THE BACK, AND THEN IT CONNECTED TO MY COMPUTER SO THAT I

03:56:06 18    COULD ENTER COMMANDS ON IT.  AND THAT WAS ALL THE CONNECTIONS

03:56:09 19    THAT EXISTED.

03:56:11 20    Q.   SO WOULD IT BE NOT CONNECTED TO A NETWORK, WOULD THAT HAVE

03:56:17 21    ANY AFFECT ON YOUR ANALYSIS?

03:56:19 22    A.   IT DID.  IT DIDN'T ALLOW ME TO TYPE IN THE FULL SET OF

03:56:24 23    COMMANDS THAT WERE AT ISSUE.  BECAUSE WITHOUT BEING CONNECTED

03:56:28 24    TO THE NETWORK, WITHOUT RECEIVING DATA AND BEING ABLE TO

03:56:32 25    CONFIGURE PARTICULAR PROTOCOLS, I WAS REALLY VERY LIMITED IN

03:56:37   1   WHAT I COULD TYPE IN AND SEE.

03:56:43   2       BUT WHAT WAS USEFUL ABOUT DOING THAT TESTING WAS THAT FOR

03:56:47   3   SOME COMMANDS I COULD COMPARE WHAT WAS IN THE MANUAL AND

03:56:51   4   CONFIRM THAT SWITCHES WERE IMPLEMENTING COMMANDS THAT HAD

03:56:54   5   OUTPUTS AND HELP DESCRIPTIONS THAT WERE SIMILAR TO WHAT WAS

03:56:58   6   DESCRIBED IN THE MANUAL.

03:56:59   7       NOW THAT'S THE EXPECTATION, IT'S NOT LIKE YOU GET A MANUAL

03:57:03   8   AND IT'S VERY DIFFERENT THAN THE WAY THAT THE SWITCH WORKS, BUT

03:57:06   9   IT WAS GOOD TO JUST BE ABLE TO TYPE IN A FEW COMMANDS AND SEE

03:57:09  10   THAT THAT'S WHAT WAS SUPPOSED TO BE HAPPENING.

03:57:13  11   Q.   NOW IN TERMS OF THE ANALYSIS OF THE USER DOCUMENTATION?

03:57:18  12       THE COURT:  COULD WE TAKE OUR BREAK BEFORE YOU MAKE

03:57:20  13   THAT SWITCH?  THAT WOULD BE GREAT.

03:57:22  14       LET'S TAKE OUR SECOND BREAK, AND LET'S MAKE IT FOR TEN

03:57:25  15   MINUTES.

03:57:26  16       (RECESS FROM 3:57 P.M. UNTIL 4:07 P.M.)

04:07:47  17       THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

04:07:49  18   JURORS ARE HERE.

04:07:50  19       MR. NELSON, YOU CAN CONTINUE WITH YOUR DIRECT EXAM.

04:07:53  20       MR. NELSON:  THANK YOU, YOUR HONOR.  AND I FOUND

04:07:58  21   EXHIBIT 545 AT THE BREAK.

04:08:16  22       THE COURT:  AND THE NUMBER ON THIS ONE?

04:08:18  23       MR. NELSON:  IT'S EXHIBIT 545, YOUR HONOR.

04:08:20  24       THE COURT:  OKAY.

04:08:24  25       MR. NELSON:  MAY I PROCEED?

04:17:57   1                    THE COURT:  AND THE FULL VERSION IS BEING ADMITTED?

04:17:59   2                    MR. NELSON:  CORRECT.

04:18:00   3                    THE COURT:  BEING OFFERED?

04:18:01   4                    MR. NELSON:  YEAH.  WE WILL DO IT ELECTRICALLY.

04:18:04   5                    THE COURT:  THANK YOU.

04:18:04   6        BY MR. NELSON:

04:18:06   7        Q.   THE IF YOU JUST LOOK AT EXHIBIT 2, THE EXCERPT YOU HAVE,

04:18:13   8        DID ONE OF THE THINGS YOU MENTIONED WAS THE COMMANDS?

04:18:16   9        A.   YES.

04:18:16  10        Q.   SO WHERE WOULD THOSE BE SHOWN IN THE USER MANUALS?

04:18:21  11        A.   THEY SHOW UP ON PAGE 3 OF THE DOCUMENT IS WHERE THEY

04:18:27  12        START.  BATES NUMBER ENDING IN 7246.

04:18:32  13        Q.   SO THEN IF YOU LOOK AT, BACK TO SLIDE 44, YOU WILL SEE

04:18:40  14        THERE'S LISTED THERE SEVERAL MANUALS FOR VARIOUS VERSIONS OF

04:18:46  15        THE EOS OPERATING SYSTEM THAT IS RIGHT?

04:18:48  16        A.   YES, SIR.

04:18:48  17        Q.   NOW DID YOU CONSIDER ALL OF THOSE WHEN YOU FORMED YOUR

04:18:52  18        OPINIONS?

04:18:53  19        A.   I DID.  THERE'S A USER MANUAL FOR EACH OF THE VERSIONS

04:18:57  20        IDENTIFIED.  AND JUST TO START WITH THE FIRST COUPLE, 4.0.1,

04:19:04  21        4.10.0, AND THE LIST CONTINUES ON THROUGH THOSE RANGE OF

04:19:09  22        EXHIBITS AND THEY ARE ALL FOR DIFFERENT VERSIONS OF ARISTA'S

04:19:13  23        EOS.  AND I LOOKED AT EACH ONE OF THEM.

04:19:15  24        Q.   OKAY?

04:19:16  25                    MR. NELSON:  YOUR HONOR, AT THIS POINT, AND I WILL

04:19:18   1    READ THEM INTO THE RECORD.  I WOULD MOVE IN EXHIBIT NUMBER 2,

04:19:24   2    4, 5, 6, 7, 14, 8, 9, 10, 11, 13, 12, 15, 1 AND NUMBER 3.

04:19:47   3             MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:19:48   4             THE COURT:  WHAT WAS THE LAST NUMBER?

04:19:50   5             MR. NELSON:  3.

04:19:50   6             THE COURT:  3?

04:19:51   7             MR. NELSON:  YES.

04:19:52   8             THE COURT:  AND NO OBJECTION?

04:19:53   9             MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:19:54  10             THE COURT:  THANK YOU.  THEY WILL ALL BE ADMITTED.

04:19:54  11    (PLAINTIFF'S EXHIBIT 1 THROUGH 15, WERE ADMITTED INTO

04:19:56  12    EVIDENCE.)

04:19:56  13    BY MR. NELSON:

04:19:57  14    Q.  SO IF WE, LET'S JUST LOOK AT THE FIRST 1, EXHIBIT

04:20:03  15    NUMBER 2, AND IT WILL PROBABLY BE EASIER IF WE PULL IT UP ON

04:20:06  16    THE SCREEN.

04:20:09  17         SO THE DATE ON THIS IS WHAT?

04:20:12  18    A.  APRIL 8TH, 2009.

04:20:15  19    Q.  AND IN TERMS OF THE VERSIONS OF OPERATING SYSTEMS THAT YOU

04:20:21  20    LOOKED AT IN THE CASE, WERE THERE ALSO LATER VERSIONS?

04:20:24  21    A.  YES, THIS IS 4.0.1.  AND THERE ARE ADDITIONAL VERSIONS.

04:20:30  22    USUALLY THAT SECOND NUMBER IS INDICATIVE OF WHAT THE VERSION

04:20:36  23    IS.  SO THERE'S FOUR -- MOST OF THEM -- SORRY, CAN YOU GO BACK

04:20:42  24    TO SLIDE 44.

04:20:43  25    Q.  SURE.

04:35:00  1    Q.   AND CAN YOU TELL US WHAT THIS IS?

04:35:02  2    A.   THIS IS A SUMMARY EXHIBIT FOR THE TECHNICAL DOCUMENTATION

04:35:08  3    COPYING, THE USER MANUALS, AND IT HAS A SIMILAR FORMAT, IT HAS

04:35:11  4    TWO COLUMNS, ONE FOR CISCO AND ONE FOR ARISTA, THERE ARE RED

04:35:15  5    BOXES THAT HIGHLIGHT WHERE THERE IS COPYING FROM THE CISCO

04:35:18  6    MANUAL TO THE ARISTA MANUAL.

04:35:21  7         AGAIN, AT THE BOTTOM OF THE CELL, FOR THE CISCO SIDE, IT

04:35:25  8    IDENTIFIES WHAT CISCO MANUAL IT COMES FROM AND THE PAGE NUMBER.

04:35:31  9    AND THEN FOR THE ARISTA SIDE IT IDENTIFIES WHERE THAT

04:35:34  10   INFORMATION APPEARS IN THE ARISTA MANUALS.

04:35:37  11        AND YOU CAN SEE IN THE EXAMPLES IN THIS DEMONSTRATIVE THAT

04:35:40  12   FOR EACH OF THE CELLS, THERE'S A NUMBER OF ARISTA MANUALS WHERE

04:35:44  13   THIS INFORMATION APPEARS.

04:35:47  14        MR. NELSON:  YOUR HONOR, AT THIS POINT I WOULD LIKE

04:35:48  15   TO MOVE INTO EVIDENCE THE SUMMARY EXHIBIT 4795.

04:35:52  16        MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:35:53  17        THE COURT:  IT WILL BE ADMITTED.

04:35:55  18   (PLAINTIFF'S EXHIBIT 4795 WAS ADMITTED INTO EVIDENCE.)

04:35:55  19   BY MR. NELSON:

04:36:02  20   Q.   SO I WOULD LIKE TO TURN NOW TO YOUR HELP DESCRIPTION

04:36:08  21   ANALYSIS AND PARTICULARLY WITH RESPECT TO THE IOS XR USER

04:36:15  22   INTERFACE?

04:36:15  23   A.   OKAY.

04:36:16  24   Q.   SO WITH RESPECT TO THE IOS XR USER INTERFACE IN THE HELP

04:36:24  25   DESCRIPTIONS, CAN YOU EXPLAIN TO US WHAT YOU DID?

04:36:25   1      A.   SURE.

04:36:27   2           I LOOKED AT BOTH THE MANUALS FOR THE DESCRIPTION OF THE

04:36:33   3      INTERFACES OR WHAT THE HELP MESSAGES WOULD BE, AND IN SOME

04:36:40   4      INSTANCES AGAIN I CONFIRMED THAT BY TYPING THOSE INTO THE

04:36:44   5      ARISTA SWITCHES THAT THEY WOULD BE THE SAME.  AND I ALSO

04:36:46   6      INSPECTED THE SOURCE CODE TO SEE THAT THOSE HELP DESCRIPTIONS

04:36:50   7      WERE INCLUDED IN THE SOURCE CODE.

04:36:51   8      Q.   AND -- SO DID YOU -- YOU SAID YOU LOOKED AT THE SOURCE

04:37:05   9      CODE TO CONFIRM THAT THE HELP DESCRIPTIONS WERE THERE.

04:37:08   10          WAS ONE OF THE VERSIONS OF THE SOURCE CODE YOU LOOKED AT

04:37:11   11     VERSION 5.1.4?

04:37:14   12     A.   YES, IT WAS.

04:37:14   13     Q.   OKAY.  AND WHAT DID YOU FIND WITH RESPECT TO THE HELP

04:37:21   14     DESCRIPTIONS THAT WERE IN VERSION 5.1.4 THAT YOU ALSO FOUND IN

04:37:28   15     EOS?

04:37:29   16     A.   I FOUND THAT THEY WERE THE SAME, THAT THE HELP

04:37:32   17     DESCRIPTIONS THAT HAD BEEN IDENTIFIED WERE THE ONES THAT I

04:37:35   18     FOUND IN THE SOURCE CODE IN 5.1.4 OF THE EOS.

04:37:40   19     Q.   AND DO YOU RECALL HOW MANY THERE WERE?

04:37:42   20     A.   A LITTLE MORE THAN 200, I THINK MAYBE ABOUT 216, IN THAT

04:37:50   21     BALLPARK.

04:37:50   22     Q.   OKAY.  AND DO YOU RECALL WHAT THE SIMILARITY WAS BETWEEN

04:37:55   23     WHAT YOU SAW IN IOS XR VERSION 5.1.4 VERSUS THE EOS THAT YOU

04:38:05   24     LOOKED AT?

04:38:07   25     A.   SO I LOOKED AT EOS 5.1.4 AND I LOOKED AT THE OTHER

| | |
|---|---|
| 04:38:12 | 1 |
| 04:38:15 | 2 |
| 04:38:17 | 3 |
| 04:38:23 | 4 |
| 04:38:25 | 5 |
| 04:38:27 | 6 |
| 04:38:30 | 7 |
| 04:38:32 | 8 |
| 04:38:36 | 9 |
| 04:38:39 | 10 |
| 04:38:45 | 11 |
| 04:38:49 | 12 |
| 04:38:52 | 13 |
| 04:38:53 | 14 |
| 04:38:56 | 15 |
| 04:38:57 | 16 |
| 04:39:02 | 17 |
| 04:39:05 | 18 |
| 04:39:07 | 19 |
| 04:39:07 | 20 |
| 04:39:10 | 21 |
| 04:39:10 | 22 |
| 04:39:17 | 23 |
| 04:39:18 | 24 |
| 04:39:20 | 25 |

1  VERSIONS AS WELL.  AND THEY WERE SIMILAR ACROSS ALL OF THE

2  VERSIONS.

3  Q.   IOS XR, VERSION 5.1.4 IS WHAT I'M TALKING ABOUT?

4  A.   YES, THAT'S RIGHT.

5         THE COURT:  LET'S CLARIFY THAT.  COULD WE GO BACK

6  OVER THAT, IT'S A LITTLE MUDDLED.

7         MR. NELSON:  YES, ABSOLUTELY.

8  Q.   SO TALKING ABOUT THE IOS XR VERSION THAT YOU LOOKED AT FOR

9  DETERMINING WHAT WAS IN THE IOS XR USER INTERFACE, OKAY?

10  A.   OKAY.  CORRECT.  I UNDERSTAND.

11       YEAH.  THE 216 THAT WERE PRESENT IN 5.1.4 OF THE IOS XR,

12  SORT OF THE SOURCE OF THE COPYING, WAS THIS THE OTHER VERSIONS

13  OF IOS XR AS WELL.

14       SO FOR EXAMPLE, 5.2 --

15         MR. VAN NEST:  OBJECTION, YOUR HONOR.

16       MOVE TO STRIKE.  OUTSIDE HIS REPORT.

17         THE COURT:  I WILL LET YOU LAY A FOUNDATION FOR THAT.

18  I THINK YOU'VE GOT TO EXPLAIN THAT.

19  BY MR. NELSON:

20  Q.   DID YOU ALSO LOOK AT VERSION 5.2?

21  A.   I DID.

22  Q.   OKAY.  AND WHAT'S YOUR UNDERSTANDING FOR IF A -- FIRST OF

23  ALL?

24         MR. VAN NEST:  OBJECTION, YOUR HONOR.

25       I MOVE TO STRIKE THE LAST ANSWER AS NOT DISCLOSED IN HIS

05:08:46   1    WAS A SEPARATE DOCUMENT.

05:08:47   2         AND THEN THERE WAS A THUMB DRIVE AND IT WAS UNCLEAR TO ME

05:08:51   3    WHAT YOU WERE SUBMITTING IN EVIDENCE.

05:08:52   4         MR. PAK:  YOUR HONOR, JUST TO BE CLEAR, 4803 AS AN

05:08:55   5    EXHIBIT IS THE INDEX THAT WE HAVE BEEN DISCUSSING PLUS ALL OF

05:09:00   6    THE REGISTRATION MATERIALS IN ONE.

05:09:02   7         THE COURT:  HUNDREDS OF THOUSANDS OF PAGES.

05:09:04   8         MR. PAK:  YES.  BECAUSE IT WOULD LITERALLY BE TO THE

05:09:09   9    WALL.

05:09:09   10        THE COURT:  SO THAT'S WHY I WAS CONFUSED BECAUSE IT

05:09:12   11   REFERENCED SEPARATE EXHIBIT NUMBERS.

05:09:13   12        MR. PAK:  THEN SEPARATELY WE ALSO HAD IN OUR TRIAL

05:09:17   13   EXHIBIT LIST EACH OF THESE REGISTERED --

05:09:17   14        THE COURT:  YOU DIDN'T INTRODUCE THEM?

05:09:17   15        MR. PAK:  NO, WE DIDN'T INTRODUCE THEM BECAUSE THE

05:09:20   16   MOST EFFICIENT MECHANISM TO GET THEM IN --

05:09:20   17        THE COURT:  YOU HAVE NOW COMBINED THEM AS A SINGLE

05:09:24   18   EXHIBIT INCLUDING MANY THINGS.

05:09:25   19        MR. PAK:  A SINGLE EXHIBIT.  AND THAT'S WHAT WE

05:09:26   20   DISCUSSED WITH ARISTA.

05:09:28   21        THE COURT:  THAT'S WHAT I COULDN'T TELL BECAUSE

05:09:33   22   OBVIOUSLY I WAS NOT ABOUT TO OPEN UP A THUMB DRIVE.  EVER.

05:09:39   23        SO THANK YOU.  I JUST DIDN'T UNDERSTAND THAT.  AND I

05:09:42   24   PRESUME THAT THE WITNESS BINDER HAD IT BECAUSE MR. LANG COULD

05:09:47   25   TESTIFY TO IT.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4


 5
        CISCO SYSTEMS, INC.,            )   CV-14-5344-BLF
 6                                      )
                       PLAINTIFF,       )   SAN JOSE, CALIFORNIA
 7                                      )
                   VS.                  )   DECEMBER 2, 2016
 8                                      )
        ARISTA NETWORKS, INC.,          )   VOLUME 7
 9                                      )
                       DEFENDANT        )   PAGES 1310-1588
10     _____ )

11                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE BETH LABSON FREEMAN
12                  UNITED STATES DISTRICT JUDGE

13     A P P E A R A N C E S:

14     FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  DAVID A. NELSON
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17     FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22              APPEARANCES CONTINUED ON NEXT PAGE

23     OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

08:32:45  1          THE COURT:  I WAS SURPRISED NOT TO HEAR ANYTHING, SO

08:32:47  2    THAT'S A GOOD ANSWER TO IT.  AND YOU'VE GOTTEN -- YOU'VE HAD TO

08:32:51  3    GET AHEAD TO MEET MY DEADLINES, AND I GREATLY APPRECIATE THAT.

08:32:55  4          MR. VAN NEST:  WE DID THAT.

08:32:56  5          THE COURT:  OKAY.  THEN ARE WE DONE?

08:32:59  6          MR. KRISHNAN:  YOUR HONOR, THERE'S ACTUALLY AN ISSUE

08:33:01  7    FROM YESTERDAY.

08:33:02  8          SO AS YOU MIGHT RECALL YESTERDAY THERE WERE A COUPLE OF

08:33:04  9    ISSUES WE DON'T HAVE TIME FOR.  YESTERDAY THERE WERE A COUPLE

08:33:12 10    OF WITNESSES, AND I THINK THE ONLY ONE THAT'S REALLY

08:33:14 11    OUTSTANDING IS DR. JEFFAY.  HE'S GOING ON TODAY.

08:33:17 12          THE OBJECTIONS WERE FILED TWO DAYS AGO TO BE HEARD

08:33:20 13    YESTERDAY, BUT THOSE ARE STILL PENDING.

08:33:38 14          THE COURT:  I HAVE, IN YOUR FILING FOR, THAT WAS FOR

08:33:42 15    YESTERDAY FOR DECEMBER 1, OBJECTIONS TO SOURCE CODE FILES NEVER

08:33:46 16    DISCUSSED BY DR. JEFFAY?

08:33:49 17          MR. KRISHNAN:  CORRECT.

08:33:49 18          THE COURT:  AND EXPANDING HIS OPINIONS ON THOSE FILES

08:33:52 19    AT TRIAL.  IS THAT -- OF COURSE, THAT'S THE TOPIC AND OF COURSE

08:33:56 20    YOU'VE WRITTEN QUITE A BIT HERE.

08:33:58 21          MR. KRISHNAN:  RIGHT.  THERE WAS A LITTLE OVER A PAGE

08:34:01 22    OF OBJECTIONS.

08:34:02 23          THE COURT:  WELL, I THINK YOU PROPERLY ARGUED THAT

08:34:06 24    SOURCE CODE IS NOT AT ISSUE HERE SO I DON'T KNOW WHAT THE

08:34:08 25    PURPOSE OF HIM DISCUSSING SOURCE CODE IS.

10:55:02  1     SEQUENCING, BUT REMEMBER THERE ARE THESE HIERARCHIES.  AND

10:55:05  2     THERE ARE CHOICES ABOUT WHETHER TO PUT A COMMAND IN A

10:55:09  3     PARTICULAR HIERARCHY OR NOT.  AND ALL OF THAT IS IMPORTANT AS

10:55:13  4     PART OF THE CREATIVE PROCESS AS WELL.

10:55:15  5     Q.   SO -- THANK YOU.  I WANT TO TURN NOW TO -- YOU GOT SOME

10:55:20  6     QUESTIONS ABOUT THE TECHNICAL MANUALS?

10:55:22  7     A.   YES.

10:55:22  8     Q.   DO YOU RECALL THAT?

10:55:24  9          NOW, DID ARISTA DENY COPYING THE TECHNICAL MANUALS

10:55:31 10     A.   NO.  IN FACT, THEY ADMITTED IT.  THEY APOLOGIZED FOR IT.

10:55:35 11     THEY SUPPOSEDLY FIRED THE PERSON WHO DID AT LEAST SOME OF THE

10:55:38 12     COPYING, BUT ULTIMATELY THEY ADMITTED TO IT, THEY ADMITTED TO

10:55:41 13     COPYING THE MANUALS.

10:55:42 14     Q.   NOW, YOU ALSO REFERENCED ON YOUR CROSS SEVERAL TIMES ABOUT

10:55:49 15     HOW CISCO MAKES A BUNCH OF DIFFERENT PRODUCTS?

10:55:51 16     A.   YES.

10:55:52 17     Q.   AND DOES THAT HAVE SOME RELEVANCE TO THE NUMBER OF

10:55:56 18     COMMANDS OR OUTPUTS OR SOME OF THE OTHER THINGS YOU ARE TALKING

10:56:00 19     ABOUT THAT WOULD BE IN IOS?

10:56:01 20     A.   IT DOES.  IF YOU THINK ABOUT THE FOUR USER INTERFACES AT

10:56:05 21     ISSUE HERE, IOS, IOS XR, IOS XE, AND NX-OS, THEY COVER A BROAD

10:56:12 22     RANGE OF PRODUCTS.

10:56:13 23          CISCO CLEARLY MAKES MANY MORE PRODUCTS AND TYPES OF

10:56:17 24     PRODUCTS THAN ARISTA DOES, AND ARISTA GENERALLY HAS A SERIES OF

10:56:22 25     ETHERNET SWITCHES.

10:56:24  1        THE PROBLEM IS YOU CAN'T LOOK AT ALL OF THE CISCO MANUALS

10:56:28  2    AND SAY, WELL, THEY ONLY TOOK THIS PIECE AND THEY ONLY TOOK

10:56:31  3    THAT PIECE.  I MEAN, SOMETIMES THE ANALOGY IS TO AN

10:56:37  4    ENCYCLOPEDIA, THAT JUST BECAUSE YOU COPY ONE PORTION ABOUT

10:56:41  5    ELECTRONIC TRAINS, DOESN'T MEAN THAT IT'S NOT COPYING AND IT'S

10:56:45  6    NOT IMPORTANT BECAUSE YOU DIDN'T COPY THE WHOLE ENCYCLOPEDIA.

10:56:51  7        I ACTUALLY HAD AN EXPERIENCE WITH A STUDENT.  HE TOOK MY

10:56:55  8    CLASS, AND HE COPIED THINGS FROM MY 400 PAGE DISSERTATION INTO

10:57:00  9    HIS HOME WORK ASSIGNMENT, WHICH WAS ONLY A COUPLE OF PAGES

10:57:02  10   LONG.

10:57:03  11       AND WHEN I CAUGHT HIM, IT WASN'T ABOUT THAT HE TOOK ALL OF

10:57:07  12   THE DISSERTATION, BUT ABOUT THE SIGNIFICANT PORTIONS HE DID

10:57:11  13   TAKE AND USE IN HIS ASSIGNMENT.

10:57:13  14   Q.   NOW, DID HE GET A GOOD GRADE?

10:57:16  15   A.   HE DID NOT.

10:57:17  16   Q.   NOW, THE -- I WANT TO TURN TO A COUPLE OF OTHER THINGS,

10:57:23  17    THESE WERE SOME THINGS THAT YOU AND I WERE DISCUSSING

10:57:26  18    YESTERDAY, AND I NOW HAVE THE EXHIBITS AND WE WORKED THAT ALL

10:57:30  19    OUT.

10:57:30  20       SO THE FIRST ONE I WANT TO TALK ABOUT --

10:57:32  21       I'M NOT SURE THE COURT HAS THIS ONE YET.  THIS IS 4799,

10:57:36  22   YOUR HONOR.

10:57:36  23            THE COURT:  THANK YOU.

10:57:37  24            MR. NELSON:  AND WE'VE WORKED EVERYTHING OUT WITH

10:57:40  25    THIS.

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5

  CISCO SYSTEMS, INC.,     ) CV-14-5344-BLF
6             )
       PLAINTIFF,  ) SAN JOSE, CALIFORNIA
7             )
     VS.      ) DECEMBER 5, 2016
8             )
  ARISTA NETWORKS, INC.,   ) VOLUME 8
9             )
       DEFENDANT  ) PAGES 1589-1878
10 _____)

11      TRANSCRIPT OF PROCEEDINGS
    BEFORE THE HONORABLE BETH LABSON FREEMAN
12     UNITED STATES DISTRICT JUDGE

13 A P P E A R A N C E S:

14 FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
          BY:  DAVID A. NELSON
15         500 WEST MADISON STREET, SUITE 2450
          CHICAGO, IL 60661
16

17 FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
          BY:  SEAN PAK
18         50 CALIFORNIA STREET, 22ND FLOOR
          SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22     APPEARANCES CONTINUED ON NEXT PAGE

23 OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
           CERTIFICATE NUMBER 13185
24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
    TRANSCRIPT PRODUCED WITH COMPUTER

09:17:19  1          THE COURT:  ALL RIGHT.  THE LAST THING THAT I WOULD

09:17:21  2   LIKE TO ASK, AND I DON'T KNOW WHETHER ALL THE EXHIBITS ARE IN,

09:17:24  3   I WOULD ACTUALLY LIKE FOR ME, AND MAYBE THE JURY NEEDS IT AS

09:17:27  4   WELL, BUT I DON'T REQUIRE IT, I WOULD LIKE A LIST OF EXHIBITS

09:17:30  5   THAT ARE ASSOCIATED WITH EACH OF THE WORKS.  BECAUSE THE JURY

09:17:36  6   IS GOING TO HAVE TO LOOK AT THE WORKS AS A WHOLE, I DON'T EVEN

09:17:39  7   KNOW WHERE THEY ARE IN THE EVIDENCE.

09:17:41  8          IT OCCURS TO ME, AND I ASK YOU THIS, I'M NOT REQUIRING IT,

09:17:44  9   DOES IT MAKE SENSE TO GIVE THE JURY A SHEET THAT DIRECTS THEM

09:17:49  10  TO WHERE THOSE EXHIBITS ARE, BECAUSE THEY ARE REQUIRED TO MAKE

09:17:52  11  THE COMPARISON?  PLEASE CONSIDER THAT.

09:17:54  12          IF YOU BOTH AGREE, THAT'S GREAT, IF YOU DISAGREE, AGAIN, I

09:17:58  13  DON'T PICK EXHIBITS OUT TO HIGHLIGHT FOR THE JURY, IT'S NOT MY

09:18:01  14  JOB.

09:18:02  15          MR. NELSON:  THAT'S FINE, YOUR HONOR.  WE CAN WORK

09:18:04  16  THAT OUT WITH THEM.

09:18:06  17          THE COURT:  GOOD.  I WOULD LIKE TO KNOW WHERE THEY

09:18:08  18  ARE.

09:18:08  19          MR. NELSON:  SURE, UNDERSTOOD.

09:18:09  20          THE COURT:  BECAUSE, ULTIMATELY, THAT'S GOING TO BE

09:18:11  21  IMPORTANT FOR ME, AND I DON'T THINK I'VE EVER SEEN THAT EXHIBIT

09:18:14  22  THAT IS THE WORK AS A WHOLE.  I MEAN, DON'T EVEN KNOW WHAT THAT

09:18:19  23  IS.  BECAUSE SOME OF THESE WERE SO BIG I COULDN'T MANAGE THEM

09:18:23  24  PHYSICALLY.

09:18:24  25          MR. NELSON:  RIGHT.  UNDERSTOOD, YOUR HONOR.  WE WILL

11:30:35  1    YOU SEE THERE?

11:30:36  2    A.   WELL, THE FIRST ONE IS IN 2014, WHICH IS WHEN YOU BEGIN TO

11:30:39  3    GET THE VOLUME, IT REALLY TALKED ABOUT OUR INNOVATION IN HIGH

11:30:43  4    END SWITCHING.  WE HAVE ALWAYS BEEN THE LEADER, BUT AS PRODUCTS

11:30:47  5    GET OLDER, THEN YOU GO TO THE NEXT GENERATION.

11:30:48  6         AND SO THIS WAS IN 2014, WHERE WE BEGIN TO GET OUR

11:30:52  7    LEADERSHIP BACK IN TERMS OF THE PRODUCTS.  AND IT WAS THE TOP

11:30:59  8    AWARD FROM THE TECHNOLOGY SPOTLIGHT, THE 2014 BEST IN INTEROP.

11:31:02  9         THAT'S IMPORTANT TO US BECAUSE THAT'S THE MOST PHYSICAL

11:31:06  10   SHOW IN THE TECHIE GROUP, IN MY OPINION, AND WE ACTUALLY WON IN

11:31:09  11   TERMS OF THE TOP DATA CENTER SWITCH VERSUS ARISTA.

11:31:13  12   Q.   SO IN THAT 2014 TIMEFRAME, AT THE TIME OF THE BEST OF

11:31:18  13   INTEROP AWARD, WAS ARISTA'S SWITCH CONSIDERED IN THAT

11:31:23  14   COMPETITION AS WELL?

11:31:23  15   A.   YES.

11:31:24  16   Q.   AND WHOSE SWITCH WON AS THE BEST IN THE SHOW?

11:31:26  17   A.   WE WON AS BEST IN SHOW.

11:31:28  18   Q.   NOW EVEN THOUGH YOUR SWITCH, THE NEXUS 9000, WAS THE BEST

11:31:35  19   IN THE SHOW AT INTEROP IN 2014, WAS ARISTA STILL A TOUGH

11:31:41  20   COMPETITOR OF CISCO'S AT THAT TIME?

11:31:44  21   A.   ABSOLUTELY.

11:31:45  22   Q.   AND WAS CISCO STILL LOSING SALES TO ARISTA AT THE TIME?

11:31:48  23   A.   LOSING SALES OPPORTUNITIES, YES.

11:31:50  24   Q.   NOW DID THERE COME A TIME, SIR, IN THE COMPETITION WHERE

11:31:54  25   ARISTA WHERE YOU LEARNED THEY WERE NOT COMPETING FAIRLY WITH

11:31:57  1    YOU?

11:31:57  2    A.   YES, THERE WAS.

11:31:58  3    Q.   AND WHEN WAS THAT?

11:31:59  4    A.   THE FIRST INDICATION WAS IN THE SPRING OF 2014 AS A RESULT

11:32:05  5    OF AN ARTICLE THAT OUR CHIEF LEGAL COUNSEL BROUGHT TO MY

11:32:08  6    ATTENTION WITH SOME CHALLENGES.

11:32:11  7    Q.   AND WHAT DID YOU LEARN AT THAT TIME, JUST GENERALLY?

11:32:13  8    A.   WELL, WHAT WE LEARNED WAS THAT THE SENIOR MANAGEMENT HAD

11:32:16  9    STATED THAT --

11:32:18  10   Q.   THE SENIOR MANAGEMENT OF CISCO OR OF ARISTA?

11:32:20  11   A.   I'M SORRY, OF ARISTA, HAD STATED VERY PUBLICLY THAT THEY

11:32:24  12   DIDN'T COMPETE WITH CISCO IN THE TRADITIONAL WAY, TO DO THAT

11:32:28  13   WOULD NOT HAVE GOTTEN GOOD RESULTS, IT WOULD HAVE TAKEN THEM

11:32:32  14   15,000 ENGINEERS AND 15 YEARS TO GET -- TO BE ABLE TO COMPETE

11:32:37  15   AGAINST US IN THAT WAY.  SO IT WAS REALLY ONE THAT KIND OF SET

11:32:41  16   OFF THE WARNING SIGNALS AND ALARM BELLS ON IT.

11:32:45  17        AS WE STARTED TO DELVE INTO IT MORE, WE THEN FOUND THAT

11:32:48  18   OTHER PEOPLE AT ARISTA, A CHIEF TECHNICAL OFFICER AS AN

11:32:53  19   EXAMPLE, PRIOR CISCO EMPLOYEE, GOOD PERSON BY THE WAY, HAD

11:32:56  20   ACTUALLY SAID THAT BILL WOULD NEED TO PUT THE ARISTA PRODUCT IN

11:33:00  21   OUR NETWORKS AS ALMOST LIKE A DROP-IN CAPABILITY BECAUSE IT WAS

11:33:04  22   SO CISCO PROPRIETARY IOS-LIKE.  I DIDN'T USE PROPRIETARY, BUT

11:33:10  23   HE SAID IOS-LIKE, WHERE THE CUSTOMERS COULD USE THIS, IS VERY

11:33:14  24   IMPORTANT.

11:33:14  25        THEN AS THIS OCCURRED, I REACHED BACK TO MY TEAM AND I

11:33:17  1    SAID, THIS IS REALLY KEY BECAUSE WE COMPETE ON INNOVATIONS, NOT

11:33:21  2    ON LAWSUITS.  AND I PUSHED HIM VERY HARD ABOUT THE WERE PATENTS

11:33:25  3    THEY WERE BRINGING TO MY ATTENTION REALLY MEANINGFUL, DID THEY

11:33:28  4    REALLY MAKE A DIFFERENCE IN THE INDUSTRY.

11:33:30  5         AND AS WE DID THAT, I REACHED BACK AND THEY CAME BACK WITH

11:33:34  6    A DIFFERENT SET OF PATENTS AND APPROACHES.  AND THEN I WANTED

11:33:36  7    TO MAKE SURE THAT BOTH OUR OWN ENGINEERS, PEOPLE IN THE SILICON

11:33:41  8    VALLEY, THE BUSINESS PRESS AND OVERALL AS A GROUP, WE

11:33:43  9    CONSIDERED WHAT WE WERE DOING HERE AS NOT ONLY LEGALLY CORRECT,

11:33:46 10    BECAUSE BY THIS TIME I WAS PRETTY SURE WE WOULD WIN ON THE

11:33:49 11    LEGAL SIDE, BUT ALSO PERCEPTIONALLY.

11:33:52 12         SO WE TALKED TO OUR TOP ENGINEERS.  I WAS HESITANT ON

11:33:55 13    THIS, BUT IT WAS A VERY SIMILAR TO WHAT -- ONE OTHER TIME WE

11:33:59 14    SUED A COMPANY CALLED HUAWEI A DECADE BEFORE.  SO IT TOOK ABOUT

11:34:03 15    TEN MONTHS IN TOTAL.

11:34:04 16    Q.   AND WHEN YOU FOUND OUT EXACTLY WHAT ARISTA WAS DOING, IN

11:34:06 17    YOUR VIEW, WAS AT A FAIR WAY TO COMPETE WITH CISCO?

11:34:09 18    A.   WELL, IT WAS EXTREMELY UNFAIR AND VERY DISAPPOINTING.

11:34:14 19    Q.   AND HOW DID THAT MAKE YOU FEEL ABOUT ARISTA AND THE FORMER

11:34:17 20    CISCO EMPLOYEES THAT ARE AT ARISTA?

11:34:19 21    A.   WELL FIRST, FROM A FINANCIAL PERSPECTIVE, IT COST US

11:34:22 22    SALES.  IT ALSO REALLY HURT BECAUSE AT CISCO WE HAD LITERALLY,

11:34:27 23    ON OUR BEING BADGE, JUST DO THE RIGHT THING.  TREAT OTHERS WITH

11:34:31 24    RESPECT.

11:34:31 25         I TEND TO TRUST PEOPLE.  WE DON'T GO LOOKING TO SEE IF

11:34:34  1    PEOPLE VIOLATE OUR PATENTS OR LOOK FOR OTHER THINGS, WE TEND TO

11:34:38  2    TRUST PEOPLE IN THE MARKET PRETTY OPENLY.  AND IT WAS EXTREMELY

11:34:42  3    SURPRISING.

11:34:43  4        IT'S ONE THING FOR THAT TO OCCUR HALFWAY AROUND THE WORLD

11:34:46  5    WITH PEOPLE YOU DON'T KNOW, IT'S ANOTHER FOR IT TO OCCUR FROM

11:34:48  6    PEOPLE WHO YOU ARE FRIENDS WITH WHO STOLE FROM YOU, AND THEY

11:34:53  7    DID STEAL FROM US.

11:34:54  8    Q.   WAS IT A HARD DECISION FOR YOU TO FILE THIS CASE, SIR?

11:34:57  9    A.   IT WAS EXTREMELY HARD.  I WAS PROBABLY THE LAST ONE TO

11:35:01 10    SAY, YOU ARE RIGHT, WE HAVE TO DO THIS.

11:35:03 11    Q.   WHY WAS IT SO HARD TO FILE THE CASE?

11:35:04 12    A.   I BELIEVE ON COMPETING ON INNOVATION, AND I BELIEVE WE

11:35:08 13    HAVE DONE THAT, I THINK, EXTREMELY WELL.

11:35:10 14        ALSO, I'M HESITANT THAT WHEN YOU DO SOMETHING, YOU WANT TO

11:35:14 15    BE SURE YOU LEGALLY ARE CORRECT BUT ALSO PEOPLE PERCEIVE IT TO

11:35:19 16    BE CORRECT.

11:35:19 17        AND IT'S HARD ACCUSING PEOPLE WHO YOU ARE FRIENDS WITH,

11:35:21 18    AND THEY STILL ARE MY FRIENDS, OF STEALING FROM YOU.

11:35:24 19    Q.   SO WHAT YOU ULTIMATELY TIPPED YOU TOWARDS FILING THE CASE,

11:35:28 20    WHAT WAS THE DECIDING FACTORS, OR WHAT WERE THE DECIDING

11:35:32 21    FACTORS?

11:35:32 22    A.   I THINK IT'S THE COMBINATION --

11:35:34 23            MR. VAN NEST:  OBJECTION, YOUR HONOR.  DISCOVERY.

11:35:37 24        THIS HAS BEEN PRIVILEGED AND HAS BEEN ASSERTED ON THESE

11:35:40 25    DISCUSSIONS.

11:35:41  1          MR. DESMARAIS:  I'M NOT ASKING FOR WHAT HE LEARNED

11:35:43  2   FROM HIS LAWYERS I'M ASKING ABOUT HIS PERSONAL --

11:35:45  3          THE COURT:  I'M NOT GOING ON ALLOW THE WITNESS TO GO

11:35:48  4   INTO THIS AREA IF IT WAS NOT ALLOWED DURING DISCOVERY.  THE

11:35:51  5   OBJECTION IS SUSTAINED.

11:35:52  6   MR. DESMARAIS:

11:35:52  7   Q.   WAS THE ULTIMATE DECISION TO FILE THE LAWSUIT YOUR

11:35:55  8   DECISION AS CEO SIR?

11:35:57  9   A.   YES, IT WAS.

11:35:58 10   Q.   NOW YOU SAID EARLIER YOU KNEW JAYSHREE ULLAL FROM HER TIME

11:36:04 11   AT CISCO.  PRIOR TO FILING THE LAWSUIT, DID YOU CALL ARISTA OR

11:36:09 12   CALL MS. ULLAL TO DISCUSS?

11:36:11 13   A.   NO, I DID NOT.

11:36:13 14   Q.   AND WHY NOT?

11:36:14 15   A.   THIS WAS SO BLATANT.  IT WASN'T A PATENT, IT WAS FOUR

11:36:22 16   MAJOR PATENTS.  IT WASN'T JUST OUR PROPRIETARY COMMAND-LINE

11:36:26 17   INTERFACE, IT WAS THE COPYING OUR MANUALS, EVEN THE TYPOS IN

11:36:30 18   THE MANUALS, EVEN THE HELP SCREENS, EVEN THE HIERARCHIES WE

11:36:34 19   USED, ET CETERA.

11:36:34 20          AND IT HAD TO BE KNOWN BECAUSE A NUMBER OF THE ENGINEERS

11:36:38 21   AT ARISTA ACTUALLY DID SOME OF THESE PATENTS, THE LEADERS AT

11:36:43 22   ARISTA ACTUALLY SUPERVISED THOSE ENGINEERS.  EVERYONE HAD SEEN

11:36:47 23   IN THIS GROUP AT THE TOP MANAGEMENT, INCLUDING THE BOARD OF

11:36:50 24   DIRECTORS, OUR DECISION TO HOLD HUAWEI ACCOUNTABLE, A CHINESE

11:36:55 25   COMPETITOR WHO VERY BLATANTLY COPIED OUR CLI CAPABILITIES, OUR

11:36:59  1    PATENTS, SAME TYPE OF THING, THE MISTAKES AND SPELLING IN THE

11:37:04  2    MANUALS, SOURCE CODE, ET CETERA.  AND THEY KNEW THAT WE HELD

11:37:08  3    THEM VERY ACCOUNTABLE FOR DOING THIS, AND THAT INCLUDES EVEN

11:37:13  4    THEIR BOARD MEMBERS WHO WERE EITHER TESTIFYING IN THE CASE

11:37:16  5    AGAINST HUAWEI OR HEADED UP OUR LEGAL AND BUSINESS DEVELOPMENT

11:37:20  6    AND WERE PART OF THIS DECISION ON HOW WE SUED HUAWEI.  SO IT

11:37:24  7    WAS THE BREADTH AND DEPTH.

11:37:26  8         AND IN MY MIND, THERE WAS NO DOUBT THAT THEY KNEW EXACTLY

11:37:29  9    WHAT THEY WERE DOING AND A PHONE CALL WOULD NOT HAVE GOTTEN THE

11:37:32 10    RESULTS.

11:37:32 11         AND CANDIDLY, IT'S SHOWN SO FAR.  HERE WE ARE APPROACHING

11:37:36 12    A YEAR AND A HALF, TWO YEARS LATER AND STILL HAVE NOT GOT

11:37:39 13    ARISTA TO STOP.

11:37:39 14    Q.   NOW OVER THE YEARS AS YOU HAVE BEEN LEADING CISCO, HAVE

11:37:43 15    OTHER CISCO EMPLOYEES LEFT CISCO TO GO TO OTHER COMPANIES TO

11:37:48 16    COMPETE WITH CISCO?

11:37:49 17    A.   UNFORTUNATELY, YES, MANY.

11:37:51 18    Q.   CAN YOU NAME A FEW OF THEM?

11:37:52 19    A.   YES.  I THINK IF YOU WERE TO LOOK ACROSS THE VALLEY, IN

11:37:56 20    THE AREA OF -- JUNIPER IS A REALLY TOUGH COMPETITOR AND HAS

11:38:00 21    BEEN FOR OVER A DECADE.

11:38:01 22    Q.   ACTUALLY, LET ME STOP YOU THERE AND LET'S JUST MAKE A

11:38:04 23    QUICK LIST.

11:38:09 24         SO YOU SAID JUNIPER, LET ME WRITE THAT DOWN.  TELL US A

11:38:16 25    LITTLE BIT ABOUT SOME OF THE CISCO FOLKS WHO WENT OVER TO

CHAMBERS DIRECT EXAMINATION BY MR. DESMARAIS          1715

11:38:20  1    JUNIPER OR ARE RUNNING JUNIPER.

11:38:22  2    A.   WELL, I THINK THEIR CEO IS EX-CISCO.  THEY PROBABLY HAVE

11:38:29  3    TWO OR FOUR BOARD MEMBERS THAT ARE EX-CISCO, A LOT OF THEIR

11:38:34  4    ENGINEERING TALENT IS EX-CISCO.

11:38:36  5    Q.   HAVE YOU HEARD OF A COMPANY CALLED VMWARE?

11:38:39  6    A.   YES.

11:38:39  7    Q.   TELL US A LITTLE BIT ABOUT VMWARE?

11:38:42  8    A.   THEY ARE A VERY IMPORTANT PLAYER IN THIS AREA OF SOFTWARE

11:38:44  9    DEFINED NETWORKS AND APPLICATIONS INFRASTRUCTURE.  THEY WERE A

11:38:51 10    PARTNER WITH US WITH DMC AND THEN COMPETED AGAINST US.  WE HAVE

11:38:56 11    CISCO EMPLOYEES THERE AT THE CHIEF OPERATING OFFICER LEVEL, AND

11:39:04 12    FOR A WHILE WE HAD A FAIR AMOUNT OF OUR TEAM IN A JOINT

11:39:06 13    DEVELOPMENT WITH VMWARE.

11:39:06 14    Q.   HAVE YOU HEARD OF BLUEJEANS NETWORKS?

11:39:08 15    A.   YEAH.  THAT'S A COMPETITOR, AGAIN, CEO AND MULTIPLE PEOPLE

11:39:12 16    IN THE ORGANIZATION, IN THE VIDEO CONFERENCING, THAT

11:39:17 17    TELEPRESENCE-TYPE OF CAPABILITY THAT WE TALKED ABOUT BEFORE.

11:39:19 18    Q.   HAVE YOU HEARD OF VIPTELA?

11:39:22 19    A.   YEAH, THEY ARE A GOOD COMPETITOR IN THE AREA OF, I

11:39:28 20    DESCRIBE IT AS WIRELESS CAPABILITY IN USER COMPUTING.  AGAIN, A

11:39:33 21    LOT OF CISCO PEOPLE, MAYBE AS MANY AS FIVE OR SIX OR SEVEN OF

11:39:37 22    THEIR TOP MANAGEMENT TEAM AT CISCO, EX-CISCO.

11:39:41 23    Q.   HAVE YOU HEARD OF SKYPE?

11:39:42 24    A.   YEAH, IT WAS A COMPANY THAT'S A COMPETITOR OF OURS BOUGHT

11:39:47 25    BY MICROSOFT.  THE CEO THERE, TONY BATES, A REALLY GOOD PERSON,

11:39:52  1    VERY MUCH A PEER TO JAYSHREE IN TERMS OF THAT, AGAIN IN THE

11:39:57  2    VIDEO AREA.

11:39:57  3    Q.   HAVE YOU EVER HEARD OF AVAYA?

11:39:59  4    A.   YEAH, A GOOD COMPETITOR IN THE VOICE SEGMENT OF THE

11:40:03  5    BUSINESS.

11:40:04  6        I THINK BOTH THE -- A MEMBER OF THE BOARD FROM ARISTA IS

11:40:09  7    ON THAT, CHARLIE GIANCARLO, CEO THERE FOR A WHILE.  AND THEN

11:40:14  8    KEVIN KENNEDY IS THEIR CEO, THERE FOR A NUMBER OF YEARS.  GOOD

11:40:19  9    COMPETITOR.

11:40:20  10   Q.   NOW LET'S STOP THERE.  IF WE WANTED TO CONTINUE MAKING A

11:40:23  11   LIST OF COMPANIES WHERE CISCO EMPLOYEES HAVE LEFT CISCO TO GO

11:40:27  12   COMPETE AGAINST CISCO AT ANOTHER COMPANY, HOW MANY COMPANIES

11:40:30  13   COULD WE PUT ON THIS LIST?

11:40:32  14   A.   I WOULD SAY PROBABLY SEVERAL DOZEN.

11:40:36  15   Q.   NOW LOOKING AT THE LIST THAT WE HAVE MADE, LET'S TAKE THE

11:40:47  16   TOP TWO JUNIPER AND VMWARE.  DO THEY COMPETE WITH YOU IN THE

11:40:52  17   DATA CENTER ALONG WITH ARISTA?

11:40:53  18   A.   ABSOLUTELY.  JUNIPER IS VERY TOUGH, AND ROUTING AND

11:41:01  19   SWITCHING HAVE BEEN PROBABLY THE TOUGHEST COMPETITOR YEAR IN

11:41:04  20   AND YEAR OUT WITH THE LAST USER INTERFACE.

11:41:08  21   Q.   NOW, WOULD YOU CONSIDER THESE PEOPLE AND THE OTHER SEVERAL

11:41:13  22   DOZEN TOUGH COMPETITORS?

11:41:14  23   A.   OH, ABSOLUTELY.

11:41:15  24   Q.   AND IN THE DATA CENTER, DO JUNIPER AND VMWARE TAKE SALES

11:41:19  25   FROM CISCO IN SOME ACCOUNTS?

11:41:21   1      A.    ABSOLUTELY.

11:41:22   2      Q.    NOW DID YOU SUE ANY OF THESE OTHER COMPANIES SIMPLY

11:41:25   3      BECAUSE CISCO EMPLOYEES LEFT CISCO TO GO TO ANOTHER COMPANY TO

11:41:28   4      COMPETE AGAINST YOU, WHERE YOU LOST SALES?

11:41:31   5      A.    NO, WE DID NOT.

11:41:32   6      Q.    AS FAR AS YOU KNOW AT THESE OTHER COMPANIES, DID THE

11:41:38   7      FORMER CISCO EMPLOYEES WHO ARE NOW AT THOSE COMPANIES COMPETING

11:41:42   8      AGAINST CISCO, DID THEY TAKE INTEREST CISCO INTELLECTUAL

11:41:45   9      PROPERTY WITH THEM?

11:41:45  10      A.    NOT TO THE BEST OF MY KNOWLEDGE, WE HAVE NO INDICATION

11:41:49  11      THAT THAT THEY DID.

11:41:51  12            MR. DESMARAIS:  YOUR HONOR, I WOULD LIKE TO MARK THIS

11:41:53  13      AS A DEMONSTRATIVE.  WHAT'S THE NEXT NUMBER?  4826.

11:41:58  14            THE COURT:  OF COURSE.

11:41:58  15      (PLAINTIFF'S EXHIBIT 4826 WAS MARKED FOR IDENTIFICATION.)

11:42:01  16      MR. DESMARAIS:

11:42:01  17      Q.    NOW TURNING THEN BACK TO ARISTA, IS IT NECESSARY FOR

11:42:05  18      ARISTA TO COPY CISCO'S CLI OR USER MANUALS OR OTHER USER

11:42:13  19      INTERFACE FEATURES IN ORDER TO COMPETE WITH CISCO LIKE THESE

11:42:16  20      OTHER COMPANIES?

11:42:17  21      A.    BY COPYING YOU ARE SAYING NOT CISCO-LIKE OR THE OVERALL

11:42:23  22      APPROACH, IS IT NECESSARY TO STEAL THE COMMANDS TO INFRINGE

11:42:26  23      UPON OUR PATENTS TO COPY, LITERALLY, THE USER MANUALS, THE

11:42:31  24      HIERARCHIES, THE HELPDESC SCREENS, THE ANSWER IS NO.  ALL

11:42:36  25      COMPANIES USE A COMBINATION OF DIFFERENT WAYS OF TAKING THE

11:42:39  1    COMPLEXITY OUT OF THOSE COMPUTER SYSTEMS, AND OTHER PEOPLE HAVE

11:42:43  2    BEEN ABLE TO DO THIS IN DIFFERENT WAYS WITHOUT BLATANT COPYING

11:42:48  3    ON CATEGORIES.

11:42:50  4    Q.   NOW YOU HAVE BEEN WITH CISCO SINCE 1991.  IN THAT TIME,

11:42:54  5    HOW MANY CASES LIKE ARISTA HAVE YOU SEEN?

11:42:55  6    A.   JUST ONE OTHER.

11:42:56  7    Q.   IN GENERAL TERMS, WHAT WAS THAT OTHER CASE?

11:43:01  8    A.   IT'S A CASE WITH A CHINESE MANUFACTURER CALLED HUAWEI.

11:43:03  9    VERY, VERY SIMILAR TO ARISTA IN THE FACT THAT THEY COPIED OUR

11:43:07 10    COMMAND LINED INTERFACE CAPABILITIES, A NUMBER OF OUR PATENTS,

11:43:13 11    SIMILAR IN THAT THEIR USER MANUALS ACTUALLY HAD THE SAME TYPE

11:43:17 12    OF MISTAKES IN OUR USER MANUALS, WHICH MEANS THEY DIDN'T EVEN

11:43:22 13    READ THEM OR CORRECT THEM.  SIMILAR HELP SCREENS.

11:43:24 14        THEY DID STEAL SOURCE CODE.  THEY DID NOT HAVE THE NUMBER

11:43:27 15    OF EXECUTIVES THAT WERE AT CISCO.  SO THEY MAY NOT HAVE BEEN

11:43:30 16    AWARE OF OUR PATENTS, THEY MAY NOT, THERE WAS NO CASE BEFORE

11:43:33 17    THAT ON US HOLDING PEOPLE VERY ACCOUNTABLE FOR OUR PROPRIETARY

11:43:39 18    COMMAND LINE INTERFACE TYPE CAPABILITIES.

11:43:41 19        SO SIMILAR IN MOST WAYS, DIFFERENT IN PERHAPS THAT THEY

11:43:46 20    DID NOT HAVE THE PRIOR CISCO EXECS OR KNOWLEDGE OF OUR PATENTS

11:43:51 21    AND OUR PRODUCT STRENGTH LIMITATION.

11:43:52 22    Q.   WOULD YOU TURN IN YOUR BINDER TO TRIAL EXHIBIT 4671, IT'S

11:43:57 23    ALREADY ADMITTED, SO I WILL PUT IT UP ON THE OVERHEAD

11:44:00 24    PROJECTOR.

11:44:04 25        IS THIS THE COMPLAINT CISCO FILED AGAINST HUAWEI?

CHAMBERS DIRECT EXAMINATION BY MR. DESMARAIS                    1719

11:44:07  1    A.   YES, IT IS.

11:44:08  2    Q.   WHEN WAS THE COMPLAINT FILED?

11:44:09  3    A.   THE DATE UP HERE IN THE RIGHT IS JANUARY 22ND, 2003.

11:44:14  4    Q.   AND IS THAT COMPLAINT A PUBLIC DOCUMENT?

11:44:17  5    A.   YES, IT IS.

11:44:18  6    Q.   LET'S TAKE A LOOK, IF WE COULD, AT WHAT CISCO ALLEGED IN

11:44:24  7    THAT COMPLAINT ON PARAGRAPH 15.  WHAT DID CISCO ALLEGE IN THAT

11:44:30  8    COMPLAINT AGAINST HUAWEI, IN THE VERY FIRST SENTENCE OF

11:44:33  9    PARAGRAPH 15?

11:44:33  10   A.   IS IT ALL RIGHT TO JUST READ OFF THE SCREEN HERE?

11:44:36  11            THE COURT:  IT'S JUST FINE TO LOOK AT IT ON THE

11:44:38  12   SCREEN, YES, ABSOLUTELY.

11:44:39  13            THE WITNESS:  SO PARAGRAPH 15, A KEY COMPONENT OF

11:44:42  14   COPYRIGHTED IOS SOFTWARE PROGRAMS IS THE COMMAND-LINE INTERFACE

11:44:44  15   OR CLI.

11:44:47  16   Q.   AND THEN IF WE LOOK DOWN AT PARAGRAPH 17, WHAT DOES CISCO

11:44:51  17   ALLEGE AGAINST HUAWEI IN THE VERY FIRST SENTENCE OF

11:44:55  18   PARAGRAPH 17?

11:44:57  19   A.   DEFENDANTS HAVE ENGAGED IN WHOLESALE COPYING OF CISCO'S

11:45:01  20   CLI.

11:45:01  21   Q.   AND THEN IF WE CONTINUE ON PARAGRAPH 17, WHAT IS THE FIRST

11:45:06  22   COMPLETE SENTENCE IN THE TOP OF PAGE 8 OF THE COMPLAINT SAY

11:45:12  23   ABOUT HUAWEI'S ALLEGATIONS OF COPYING?

11:45:15  24   A.   JUST READING THE SENTENCE, "A COMPARISON OF THE

11:45:18  25   COMMAND-LINE INTERFACE OF THE OPERATING SYSTEM FOR QUIDWAY

11:45:20  1    ROUTERS, SWITCHES AND OTHER PRODUCTS THAT USE VRP, AND CISCO'S

11:45:27  2    CLI REVEALS REPEATED INCIDENTS OF SLAVISH COPYING."

11:45:34  3    Q.   SO IS THERE ANY DOUBT THAT THE HUAWEI CASE WAS ABOUT

11:45:41  4    HUAWEI'S COPYING OF CISCO'S CLI?

11:45:43  5    A.   IT WAS ONE OF THE THINGS.  BUT AGAIN, IT WAS A VERY BROAD

11:45:48  6    BLATANT COPYING OF MANY, MANY AREAS, BUT THE CLI WAS A LARGE

11:45:53  7    COMPONENT, YES.

11:45:53  8    Q.   AND HOW DID THE HUAWEI CASE RESOLVE?

11:45:55  9    A.   HUAWEI ADMITTED THAT THEY HAD COPIED OUR PATENTS, OUR

11:46:02  10   PRODUCTS, OUR MANUALS, OUR SOURCE CODE, AND COMMITTED TO FIXING

11:46:06  11   THEM.  AND WERE HELD ACCOUNTABLE FOR MAKING THOSE CHANGES BY

11:46:12  12   THE COURT.

11:46:12  13   Q.   AND DID THEY AGREE TO STOP?

11:46:13  14   A.   YES, THEY DID.

11:46:14  15   Q.   AND THIS CASE HAS BEEN PENDING FOR A WHILE, HAS ARISTA

11:46:18  16   AGREED TO STIPULATE?

11:46:19  17   A.   NO, THEY HAVE NOT.

11:46:20  18   Q.   NOW THERE WAS A TIME WHEN ANOTHER COMPANY, DIGITAL

11:46:24  19   EQUIPMENT CORPORATION, WAS USING CISCO'S CLI AND USER MANUALS?

11:46:29  20   A.   YES, THERE WAS.

11:46:29  21   Q.   AND WHY WERE THEY DOING THAT?

11:46:31  22   A.   THIS WAS PROBABLY IN THE EARLY 90'S, THEY WERE A CISCO

11:46:39  23   PARTNER, WE AUTHORIZED THEM TO USE OUR CLI AND OUR USER

11:46:47  24   MANUALS.

11:46:47  25   Q.   AND DID YOU, YOURSELF, SIGN A 1992 AGREEMENT WITH DIGITAL

11:46:51  1    EQUIPMENT THAT AUTHORIZED THEM TO USE THE USER MANUALS AND THE

11:46:53  2    CLI?

11:46:53  3    A.   YES, I ACTUALLY DID.  I HAD FORGOTTEN ABOUT THAT, I KNEW

11:46:57  4    THAT I DID THE PARTNERSHIP WITH DIGITAL AND IT WAS A

11:47:00  5    MULTI-YEARS AGREEMENT.  I ACTUALLY SIGNED THE AGREEMENT TO DO

11:47:03  6    THAT AND THEN INITIALLED EACH OF THE PAGES THAT WERE THE TERMS

11:47:06  7    OF THE AGREEMENT.

11:47:06  8    Q.   SO IF DIGITAL EQUIPMENT CORPORATION WAS USING CISCO'S CLI,

11:47:12  9    AND USER MANUALS AFTER 1992, WAS THAT WITH YOUR AUTHORIZATION?

11:47:16  10   A.   COMPLETE AUTHORIZATION.

11:47:17  11   Q.   AS A PARTNER OF YOURS AT THE TIME?

11:47:20  12   A.   ABSOLUTELY.

11:47:20  13   Q.   DID ANYONE AT CISCO SIMILARLY AUTHORIZE ARISTA TO USE YOUR

11:47:24  14   CLI AND YOUR USER MANUALS AND THE OTHER THINGS THAT ARE ACCUSED

11:47:28  15   OF IN THIS CASE?

11:47:28  16   A.   NO, WE DID NOT.

11:47:30  17   Q.   NOW HAS ARISTA'S COPYING OF CISCO'S CLI AND USER

11:47:35  18   INTERFACES FEATURES AND MANUALS AND ALL OF THAT CAUSED CISCO

11:47:39  19   ANY HARM?

11:47:39  20   A.   PRETTY DRAMATIC HARM.

11:47:41  21   Q.   JUST BRIEFLY, BECAUSE WE JUST HEARD FROM A DAMAGES EXPERT,

11:47:45  22   I'M NOT ASKING YOU TO QUANTIFY IT, BUT JUST BRIEFLY, WHAT KIND

11:47:49  23   OF HARM HAS ARISTA'S COPYING HARMED CISCO?

11:47:51  24   A.   SO I TEND TO THINK OF IT AS A SALES GUY, BECAUSE I'M A

11:47:53  25   SALES GUY AT HEART.

11:47:55  1        WHAT IT ALLOWED THEM TO DO WAS TO GET INTO ACCOUNTS

11:47:58  2    EARLIER THAN THEY WOULD HAVE BEEN ABLE TO OTHERWISE.  THEY WERE

11:48:01  3    ABLE TO GO IN AND SAY, I'M NOT JUST CISCO-LIKE, LITERALLY YOU

11:48:04  4    CAN DROP IN THE PRODUCTS, AND IT'S CISCO, AS IT TURNED OUT.

11:48:07  5        AND IT ALLOWED THEM MUCH QUICKER ACCESS IN TERMS OF TIME

11:48:10  6    TO MARKET.  AND IT HURT OUR IMAGE IN TERMS OF PEOPLE SAYING,

11:48:15  7    WAIT A MINUTE, THIS COMPANY IS INNOVATIVE AND THEY ARE ACTUALLY

11:48:18  8    MOVING FASTER THAN YOU ARE FROM FROM THAT PERSPECTIVE.

11:48:20  9        AND IT IMPACTED PROBABLY OUR REVENUES AND SERVICES IN A

11:48:25  10    BIG WAY IN MANY OF THE LARGE ACCOUNTS.

11:48:26  11    Q.   AND YOUR PRICES AS WELL?

11:48:29  12    A.   WHEN SOMEBODY GETS TO MARKET A LITTLE BIT QUICKER THAN YOU

11:48:33  13    DO WITH THE CATEGORY, AND IN MY OPINION TAKES WHAT WE HAD

11:48:40  14    INVESTED WHICH WAS A HUGE AMOUNT, TO GAIN A COMPETITIVE

11:48:43  15    ADVANTAGE, YOU THEN HAVE TO COMPETE MORE ON PRICE THAN YOU

11:48:43  16    WOULD OTHERWISE.  THE MARGINS WERE GOOD, THE OTHER COMPANIES

11:48:48  17    WERE GOOD, BUT THEY WOULD HAVE DONE A LOT BETTER WITHOUT THIS,

11:48:48  18    FOR US.

11:48:51  19    Q.   THANK YOU, MR. CHAMBERS.

11:48:52  20        MR. DESMARAIS:  NO FURTHER QUESTIONS, YOUR HONOR.

11:48:54  21        THE COURT:  THANK YOU, SIR.

11:48:55  22    CROSS-EXAMINATION?

11:49:03  23        MR. VAN NEST:  WE'VE GOT SOME BINDERS, YOUR HONOR.

11:49:05  24        THE COURT:  OKAY.  I'VE COME TO LOOK FORWARD TO IT.

11:49:23  25        MR. VAN NEST:  MAY I PROCEED, YOUR HONOR?

DUDA CROSS-EXAMINATION BY MR. PAK                          1803

02:39:23  1        WE WILL MARK IT, YOUR HONOR, AS DEMONSTRATIVE 9075, AND

02:39:27  2    MR. SILBERT CAN WRITE THAT ON THERE.

02:39:29  3        THE COURT:  THANK YOU.

02:39:30  4    (DEFENDANT'S EXHIBIT 9075 WAS MARKED FOR IDENTIFICATION.)

02:39:32  5                    **CROSS-EXAMINATION**

02:39:32  6    BY MR. PAK:

02:39:51  7    Q.   GOOD TO SEE YOU AGAIN, MR. DUDA.

02:39:52  8    A.   GOOD TO SEE YOU.

02:39:53  9    Q.   NOW FIRST OF ALL, YOU STILL STAND BY ALL OF THE TESTIMONY

02:39:56  10   THAT YOU HAVE GIVEN IN THIS TRIAL, CORRECT?

02:39:59  11   A.   YES, OF COURSE.

02:40:00  12   Q.   AND YOU STILL STAND BY YOUR TESTIMONY THAT ARISTA COPIED

02:40:04  13   SOME OF CISCO'S CLI COMMANDS FROM CISCO'S SOURCES AND PUT IT

02:40:09  14   INTO ARISTA PRODUCTS, CORRECT?

02:40:10  15   A.   THAT'S RIGHT.

02:40:11  16   Q.   AND YOU STILL STAND BY YOUR TESTIMONY THAT ARISTA DECIDED

02:40:15  17   TO EMBRACE CISCO IOS CLI AS THE MODEL FOR ARISTA'S CLI, TRUE?

02:40:22  18   A.   THAT'S RIGHT.

02:40:23  19   Q.   AND ISN'T IT ALSO TRUE THAT WHEN IT CAME TO COPYING

02:40:27  20   CISCO'S CLI AND PUTTING IT INTO ARISTA SWITCHES, YOU AND OTHERS

02:40:32  21   AT ARISTA MADE THE DECISION NOT TO INNOVATE; ISN'T THAT TRUE?

02:40:35  22   A.   WELL, WE DIDN'T COPY THE WHOLE CLI OR ANYTHING CLOSE.  AND

02:40:40  23   WE INNOVATED IN MANY WAYS IN OUR CLI.

02:40:43  24   Q.   ISN'T IT TRUE, SIR, THAT YOU HAVE SAID IN DOCUMENTS, THAT

02:40:48  25   WHEN IT CAME TO COPYING CISCO'S CLI, THERE IS NO NEED TO

02:44:39  1          MR. PAK:  THANK YOU, YOUR HONOR.

02:44:40  2      THAT'S ALL I HAVE.

02:44:41  3          THE COURT:  ANYTHING ELSE, MR. SILBERT?

02:44:41  4                    **REDIRECT EXAMINATION**

02:44:44  5  MR. SILBERT:

02:44:44  6  Q.  VERY BRIEFLY, YOUR HONOR.  THANK YOU.

02:44:48  7      MR. DUDA, COULD YOU EXPLAIN WHY YOU SAID WORDS TO THE

02:44:52  8  EFFECT THAT THERE'S NO NEED TO INNOVATE WITH RESPECT TO CLI

02:44:58  9  COMMANDS.

02:44:58  10  A.   SURE.  WHAT WE WERE FOCUSED ON THERE IS THE COMMANDS

02:45:01  11  THEMSELVES.  THESE ARE COMMANDS THAT ARE COMMON THROUGHOUT THE

02:45:04  12  INDUSTRY, THAT OUR CUSTOMERS PARTICULARLY ON THE ENTERPRISE

02:45:07  13  SIDE, ALREADY KNOW AND ARE FAMILIAR WITH.  AND THERE'S NO

02:45:12  14  REASON TO CHANGE THEM JUST FOR THE SAKE OF CHANGING THEM.

02:45:14  15  PEOPLE ARE USED TO THEM.

02:45:16  16      LOTS OF DIFFERENT DEVICES ACCEPT THEM, AND WE SHOULD

02:45:20  17  SIMPLY ACCEPT THE SAME COMMANDS.

02:45:22  18  Q.  REFERRING TO THE TECHNOLOGY OF THE CLI ITSELF, SEPARATE

02:45:26  19  FROM THE COMMANDS, HAS ARISTA INNOVATED IN THAT AREA?

02:45:30  20  A.   WE HAVE SEVERAL INNOVATIONS IN THE CLI.  IT'S WRITTEN IN

02:45:33  21  THE LANGUAGE CALLED PYTHON THAT MAKES IT EASIER TO ADD NEW

02:45:41  22  COMMANDS.  IT PROVIDES ACCESS TO DIRECT TO UNIX PIPES, GIVES

02:45:44  23  OUR CUSTOMERS MORE WAYS TO PROCESS THE OUTPUT OF COMMANDS.

02:45:45  24  THERE ARE SEVERAL OTHER INNOVATIONS AS WELL.

02:45:50  25  Q.  OKAY.  MR. PAK SHOWED YOU EXHIBIT 187, THE E-MAIL FROM

03:42:00  1    TRYING TO GET HOW THE 7500 SWITCH RELATES TO THE 7100 THAT'S --

03:42:07  2    A.   OH, OKAY.

03:42:08  3    Q.   ARE THEY THE SAME MODEL JUST -- SAME FAMILY?

03:42:11  4    A.   THE 7500 IS THE CHASSIS WITH A DIFFERENT SHIP SET AND THE

03:42:16  5    7100 IS THE PIZZA BOX, THE FIXED CONFIGURATION.

03:42:18  6    Q.   OKAY.  SO THAT'S THE SECOND ONE YOU TALKED ABOUT?

03:42:24  7    A.   SORRY, THAT?

03:42:25  8    Q.   THE 7100?

03:42:28  9    A.   THE 7100 IS THE PIZZA BOX.

03:42:30  10   Q.   OKAY.  SO NOW, SIR, IF YOU GO TO THE NINTH PAGE OF THAT,

03:42:48  11   AND YOU WILL SEE THAT THERE'S A COMPARISON HERE, ARISTA'S

03:42:51  12   SUMMARY OF THE ARISTA 7100 VERSUS AN HP SWITCH; DO YOU SEE

03:42:55  13   THAT?

03:42:56  14   A.   OKAY.

03:42:58  15   Q.   RIGHT.  SO THE FIRST THING THERE IS ARISTA SAYING WE HAVE

03:43:02  16   ULTRALOW LATENCY 600 TO 700 NANOSECONDS; IS THAT RIGHT?

03:43:08  17   A.   YES.

03:43:08  18   Q.   AND THEN OVER ON THE HP SIDE, IN COMPARISON YOU SAY, IT'S

03:43:14  19   GOT HIGH LATENCY, I BELIEVE THAT'S 29 MICROSECONDS; IS THAT

03:43:19  20   RIGHT?

03:43:19  21   A.   YES.

03:43:19  22   Q.   SO THEN THE NEXT THING IT SAYS IS ARISTA 7100 HAS IOS-LIKE

03:43:24  23   CLI; RIGHT?

03:43:25  24   A.   I SEE IT SAYS THAT.

03:43:26  25   Q.   AND THAT WAS TRUE, YOUR UNDERSTANDING IS THAT THE SWITCHES

03:43:30  1    BACK IN THIS 2010 TIMEFRAME HAD WHAT WOULD BE REFERRED TO AS AT

03:43:34  2    LEAST AN IOS-LIKE CLI; RIGHT?

03:43:37  3    A.   YEAH, LIKE MANY SWITCHES.

03:43:40  4    Q.   OKAY.  AND THEN IF YOU LOOK OVER HERE, AT LEAST ACCORDING

03:43:44  5    TO ARISTA'S SUMMARY ON THE RIGHT IT SAYS IT'S NOT CONSISTENT

03:43:50  6    WITH IOS?

03:43:50  7    A.   I SEE THIS DOCUMENT, IT SAYS THAT.

03:43:52  8    Q.   SO AT LEAST THE HP 6600 SWITCH DIDN'T HAVE AN IOS-LIKE

03:43:57  9    CLI; RIGHT?

03:43:57  10   A.   I SEE THIS DOCUMENT SAYS THAT.

03:43:59  11   Q.   RIGHT.  AND YOU DIDN'T DO ANY INDEPENDENT ANALYSIS OF WHAT

03:44:03  12   OTHER VENDORS'S CLI'S WERE; RIGHT, IN THIS 2010 TIMEFRAME?

03:44:08  13   A.   NO.

03:44:08  14   Q.   RIGHT.  SO YOU DON'T HAVE ANY BASIS TO DISPUTE WHAT'S

03:44:13  15   CONTAINED IN THE RESULT OF THE SUMMARIES; RIGHT?

03:44:14  16   A.   I WOULDN'T KNOW ONE WAY OR THE OTHER HERE.

03:44:18  17   Q.   OKAY.  SO NOW IF WE GO TO THE NEXT PAGE OF THAT DOCUMENT

03:44:21  18   WHICH I BELIEVE IS PAGE 10, FOR THE RECORD I'M IN 6095,

03:44:26  19   EXHIBIT 6095?

03:44:27  20        THE COURT:  THANK YOU.

03:44:28  21        MR. NELSON:  YOU WILL SEE ONCE AGAIN, AT THE SECOND

03:44:31  22   LINE FOR THE ARISTA 7100, IT SAYS IOS-LIKE CLI.

03:44:37  23        DO YOU SEE THAT?

03:44:38  24   A.   YES.

03:44:38  25   Q.   WHICH IS CONSISTENT WITH THE EARLIER DESCRIPTION WE SAW OF

03:44:41   1    THE ARISTA 7100?

03:44:43   2    A.   I SEE IT SAYS THAT.

03:44:44   3    Q.   NOW FOR THE EXTREME X650, WHICH YOU UNDERSTAND TO BE AN

03:44:51   4    EXTREME SWITCH; IS THAT RIGHT?

03:44:52   5    A.   YES.

03:44:52   6    Q.   AND EXTREME IS A COMPANY THAT WAS A COMPETITOR OF ARISTA

03:44:56   7    BACK IN THIS 2010 TIMEFRAME?

03:44:58   8    A.   YES, I BELIEVE SO.

03:44:59   9    Q.   AND THE DOCUMENT 6095 SAYS, ONCE AGAIN NOT CONSISTENT WITH

03:45:03  10    IOS; RIGHT?

03:45:04  11    A.   IT SAYS THAT, YES.

03:45:05  12    Q.   SO ACCORDING TO THIS DOCUMENT THE EXTREME X650 DIDN'T HAVE

03:45:09  13    AN IOS-LIKE CLI, CORRECT?

03:45:11  14    A.   THIS IS NOT CONSISTENT WITH IOS.  I AGREE.

03:45:13  15    Q.   OKAY.  SO NOW IF I GO TO PAGE 12 OF THE DOCUMENT, EXHIBIT

03:45:25  16    6095, YOU WILL SEE THERE'S A REFERENCE HERE -- OR EXCUSE ME, A

03:45:29  17    COMPARISON HERE TO A DELL POWERCONNECT SWITCH; DO YOU SEE THAT?

03:45:33  18    A.   I DO SEE THAT.

03:45:34  19    Q.   AND DELL WAS ANOTHER COMPANY AT LEAST BACK IN THIS 2010

03:45:37  20    TIMEFRAME THAT WAS A COMPETITOR OF ARISTA'S MADE NETWORK

03:45:43  21    SWITCHES; RIGHT?

03:45:44  22    A.   THEY MADE NETWORK SWITCHES, YES.

03:45:46  23    Q.   AND SO HERE AGAIN GOING TO THE SECOND LINE FOR THE ARISTA

03:45:49  24    7100, ONCE AGAIN WE SEE "IOS-LIKE CLI;" DO YOU SEE THAT?

03:45:52  25    A.   YES.

HOLBROOK CROSS-EXAMINATION BY MR. NELSON                    1843

03:45:53    1    Q.    AND THEN FOR THE DELL SWITCH, AT LEAST FOR THE

03:45:57    2    POWERCONNECT 8024 IT SAYS, NOT CONSISTENT WITH IOS; RIGHT?

03:46:01    3    A.    YES.

03:46:02    4    Q.    SO JUST A FEW MORE QUESTIONS FOR YOU, SIR.

03:46:06    5          SO YOU CAN PUT 6095 ASIDE.  SO YOU ARE NOT AWARE OF ANY

03:46:21    6    ANALYSIS AT ARISTA OF OTHER EQUIPMENT VENDORS AND HOW OFTEN

03:46:25    7    THEY USE ANY PARTICULAR CLI COMMAND; ISN'T THAT RIGHT?

03:46:28    8    A.    NO, I'M NOT AWARE.

03:46:30    9    Q.    AND YOU WERE THE FIFTH EMPLOYEE, I THINK YOU SAID AT

03:46:33   10    ARISTA; IS THAT RIGHT?

03:46:35   11    A.    SOMETHING LIKE THAT.

03:46:36   12    Q.    OKAY.  SO I WANT TO TALK TO YOU A BIT ABOUT THE STANDARDS.

03:46:43   13    YOU TALKED ABOUT THE ITEF; DO YOU RECALL THAT?

03:46:47   14    A.    CORRECT.

03:46:47   15    Q.    AND YOU HAD, YOU SHOWED US AN EXAMPLE OF AN RFC THAT YOU

03:46:51   16    SUBMITTED; RIGHT?

03:46:52   17    A.    YES.

03:46:53   18    Q.    AND THE ITEF, THAT GENERALLY CONCERNS LIKE PROTOCOLS AND

03:46:57   19    THINGS LIKE THAT; RIGHT?

03:47:02   20    A.    AMONG OTHER THINGS, YES.

03:47:03   21    Q.    IN OTHER WORDS HOW THE DATA MIGHT BE FORMATTED TO PASS IT

03:47:06   22    BACK AND FORTH BETWEEN EQUIPMENT, THINGS LIKE THAT?

03:47:09   23    A.    THINGS LIKE THAT.

03:47:10   24    Q.    BUT YOU'RE NOT AWARE OF ANY STANDARDS SETTING ORGANIZATION

03:47:14   25    THAT HAS STANDARDIZED WHAT A COMMAND-LINE INTERFACE WOULD BE;

09:23:12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
                                  )
                 PLAINTIFF,       )   SAN JOSE, CALIFORNIA
                                  )
        VS.                       )   DECEMBER 6, 2016
                                  )
ARISTA NETWORKS, INC.,            )   VOLUME 9
                                  )
                 DEFENDANT        )   PAGES 1879-2157
_____  )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                       BY:  DAVID A. NELSON
                       500 WEST MADISON STREET, SUITE 2450
                       CHICAGO, IL 60661


FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                       BY:  SEAN PAK
                       50 CALIFORNIA STREET, 22ND FLOOR
                       SAN FRANCISCO, CALIFORNIA 94111




APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                             CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

09:50:59  1        YOUR HONOR.

09:50:59  2              THE COURT:  OKAY.  THEN THOSE ARE IN.

09:51:01  3              MR. NELSON:  THAT'S NOT WHAT I'M TALKING ABOUT.

09:51:03  4              THE COURT:  OKAY.

09:51:03  5              MR. NELSON:  I'M TALKING ABOUT ALL OF THE OTHER

09:51:05  6        THINGS THAT ARE OFFERED HERE.

09:51:06  7              THE COURT:  SO WHAT REASONABLE OBJECTION DO YOU HAVE

09:51:08  8        TO THE AUTHENTICITY OF THE MANUALS?

09:51:12  9              MR. NELSON:  THE REASONABLE OBJECTION I HAVE IS

09:51:13  10       REMEMBER, THEIR WHOLE CASES, WE GOT TWO DIFFERENT INDUSTRY

09:51:17  11       STANDARDS, AND I WILL PICK UP THE LATER ONE, THE ONE THAT'S

09:51:20  12       RELATED TO FAIR USE, NOT THEIR ORIGINALITY DEFENSE.  SO THAT

09:51:23  13       ENTIRE THING IS BASED ON WHAT PEOPLE ARE ACTUALLY DOING.

09:51:27  14          WHAT APPEARS IN THE MANUALS IS NOT NECESSARILY WHAT PEOPLE

09:51:33  15       ARE DOING.  THEY'VE MADE THAT CLEAR THROUGHOUT THE CASE.

09:51:35  16          AND IN FACT, THINK ABOUT THIS YOUR HONOR, WHAT IS WE HEARD

09:51:38  17       AND SAW YESTERDAY --

09:51:39  18              THE COURT:  WHAT IS IN THEIR MANUAL IS NOT

09:51:42  19       NECESSARILY WHAT THEY ARE DOING?

09:51:43  20              MR. NELSON:  MEANING IT'S NOT NECESSARILY WHAT'S

09:51:45  21       IMPLEMENTED IN THE PRODUCT.  AND IT'S CERTAINLY NOT THE

09:51:48  22       TOTALITY OF WHAT'S IMPLEMENTED TO THE PRODUCT.  SO WE DON'T

09:51:51  23       HAVE ANY TESTIMONY TO THAT EFFECT.

09:51:52  24          THE OTHER THING IS WE DON'T KNOW WHICH PRODUCTS THEY ARE

09:51:55  25       TALKING ABOUT OR WHETHER -- THE REPRESENTATION BEING MADE BY

09:51:58  1    DR. BLACK, IS THIS APPLIES TO ALL THE PRODUCTS THAT -- SO HE

09:52:02  2    WANTS TO SAY OH, I GOT A FEW DELL MANUALS FOR ONE OF THE

09:52:05  3    PRODUCTS AND THEREFORE DELL IS FOLLOWING WHAT THEY TERM TO BE

09:52:09  4    THE INDUSTRY STANDARD, WHATEVER THAT MIGHT BE.

09:52:10  5         THE COURT:  WELL, THAT'S JUST A MATTER OF -- THAT'S

09:52:14  6    CROSS-EXAMINATION OF DR. BLACK'S TESTIMONY.

09:52:17  7         MR. NELSON:  UNDERSTOOD, YOUR HONOR.  I UNDERSTAND

09:52:20  8    THAT, ALTHOUGH THINK ABOUT WHAT WE ARE DOING HERE.

09:52:23  9         SO WE HAVE THEIR OWN STATEMENTS FOR THE FOUR -- THERE'S

09:52:30  10   BASICALLY, IN TERMS OF THE SUMMARY EXHIBIT, HE WANTS TO OFFER

09:52:32  11   TO THE JURY, AND I FORGET THE NUMBER, I WILL GET THAT FOR

09:52:35  12   YOUR HONOR, I THINK IT'S 9041, BUT REGARDLESS, SO HE HAS A LIST

09:52:40  13   OF COMMANDS, OVERLAPPING COMMANDS, AND PICKS BROCADE AND FOUR

09:52:46  14   OF THE JUNIPER OS-E, AND WE ALREADY HEARD THE CONFUSION WITH

09:52:50  15   JUNIPER OS, VERSUS OS-E, AND DELL AND EXTREME; RIGHT.

09:52:58  16        AND WE KNOW FROM THEIR OWN DOCUMENTATION THAT THEY

09:53:01  17   BELIEVE, MEANING ARISTA, BELIEVES AS OF 2010, THAT THOSE PEOPLE

09:53:07  18   DO NOT IMPLEMENT WHAT THEY CALL THE INDUSTRY STANDARD CLI.

09:53:11  19        SO DR. BLACK IS SIMPLY BRUSHING EVERYTHING ASIDE, RELYING

09:53:14  20   ON A FEW UNAUTHENTICATED MANUALS.

09:53:18  21        IN TERMS OF THE ONES PRODUCED TO SUBPOENA, I DON'T HAVE

09:53:21  22   ANY PROBLEM SEPARATING THOSE THINGS OUT.  BUT INCLUDING IN THE

09:53:24  23   SUMMARY EXHIBIT THE ONES THAT THEY SIMPLY GOT OFF THE WEB AT

09:53:30  24   HIS DEPOSITION TESTIMONY WAS THAT THE LAWYERS HANDED THESE TO

09:53:32  25   HIM, RIGHT.  THAT WOULD BE LIKE ME GOING TO WIKIPEDIA AND

09:53:35    1    SAYING HEY, THIS IS AN ESTABLISHED FACT.  AND WE ALL KNOW

09:53:39    2    WIKIPEDIA IS NOT SO RELIABLE, RIGHT?

09:53:42    3            THE COURT:  WELL, BUT YOU'RE SUGGESTING THAT THERE'S

09:53:46    4    DOUBT THAT A PRODUCT MANUAL THAT IS POSTED ONLINE IS

09:53:51    5    INAUTHENTIC, THAT IT'S FAKE.

09:53:53    6            MR. NELSON:  WELL, THERE'S NO TESTIMONY THAT WHAT

09:53:56    7    WEBSITES -- DR. BLACK DOESN'T EVEN KNOW WHAT WEBSITES THEY CAME

09:54:00    8    FROM.

09:54:00    9            THE COURT:  WELL, I APPRECIATE THAT.

09:54:01   10            MR. NELSON:  THEY COULD COME FROM ANYTHING.  AND WHO

09:54:03   11    KNOWS WHO POSTED THESE THINGS, WHETHER THEY COME FROM

09:54:09   12    PARTICULAR PRODUCTS THAT WERE ACTUALLY OUT THERE IN THE

09:54:11   13    MARKETPLACE, WHAT THOSE PRODUCTS IMPLEMENTED.

09:54:11   14            THE COURT:  THE MANUALS DON'T TELL YOU THAT?

09:54:14   15            MR. NELSON:  NO, NO, NO --

09:54:15   16            THE COURT:  I MEAN --

09:54:16   17            MR. WONG:  HE SAID A LOT.  CAN I SAY SOMETHING?

09:54:19   18            THE COURT:  IT'S HARD TO IMAGINE, HERE'S A MANUAL AND

09:54:21   19    I'M NOT GOING TO TELL YOU WHAT PRODUCTS IT WORKS ON.

09:54:24   20            MR. NELSON:  I'M NOT SAYING WHAT PRODUCTS, I'M SAYING

09:54:26   21    DR. BLACK DOESN'T PROVIDE THAT INFORMATION.  DR. BLACK DOESN'T

09:54:29   22    EVER MAKE THAT CORRELATION.  HE SIMPLY SAYS, THIS IS RELEVANT

09:54:33   23    TO DELL.  DELL IS INDUSTRY STANDARD, RIGHT?

09:54:35   24            MR. WONG:  I DISAGREE.

09:54:36   25            MR. NELSON:  WELL, PLEASE, LET ME FINISH.

10:27:25    1    Q.   AND WHEN DID YOU JOIN ARISTA?

10:27:27    2    A.   I JOINED IN MID-SEPTEMBER.

10:27:28    3    Q.   AND WERE YOU THE CEO, THE CHIEF EXECUTIVE OFFICER THEN?

10:27:31    4    A.   YES, AND KEN DUDA WAS THE ACTING PRESIDENT.  I BELIEVE I

10:27:34    5    WAS THE FIRST PRESIDENT AND CEO APPOINTED FOR THE COMPANY.

10:27:38    6    Q.   AND CAN YOU GIVE THE JURY JUST A GENERAL SENSE OF WHAT

10:27:41    7    RESPONSIBILITIES YOU HAVE AND YOU HAVE HAD AS THE CEO OF

10:27:44    8    ARISTA?

10:27:45    9    A.   YOU KNOW, BEING A CEO IS LIKE BEING A PARENT.  YOU HAVE

10:27:50   10    RESPONSIBILITIES FOR EVERYTHING, BUT YOU DON'T KNOW ENOUGH

10:27:55   11    ABOUT EVERYTHING.

10:27:56   12         SO I REALLY BELIEVE IN HAVING A TEAM OF EXPERTS, SOME OF

10:27:59   13    WHOM YOU MIGHT HAVE MET, AND THE BEST AND THE BRIGHTEST IN ALL

10:28:03   14    MY CAREER AND ENGINEERING.  I NEVER MET BRIGHTER AND LOWER SET

10:28:07   15    OF EGO OF ENGINEERING TEAM THAN I DID AT ARISTA.

10:28:10   16         AND SO I CONSIDER MYSELF A KEEPER OF THE VALUES THERE, THE

10:28:16   17    BEST OF BREED TECHNOLOGY, THE CUSTOMER INTIMACY, DELIVERING

10:28:21   18    HIGH QUALITY PRODUCTS, AND OF COURSE CLOUD NETWORKING WHICH I

10:28:24   19    REALLY BELIEVE WAS A VISION OF THE COMPANY.

10:28:25   20    Q.   OKAY.  LET'S GET INTO THAT A LITTLE BIT.

10:28:28   21         SO AT THE TIME YOU JOINED IN 2008, WHAT WAS ARISTA'S

10:28:34   22    MISSION?

10:28:34   23    A.   THE MISSION, AND I'VE WRITTEN SEVERAL, PROBABLY 75 BLOGS

10:28:39   24    ON THIS TOPIC.  THE MISSION WAS CLOUD NETWORKING.  AND WE

10:28:42   25    WANTED, THE NETWORKING MARKET WAS VERY STAGNANT, IT HAD BEEN

10:28:47  1      DOMINATED BY ONE PLAYER.  AND IT WAS A CLASSIC THREE-TIER

10:28:52  2      NETWORK, VERY MONOLITHIC SOFTWARE, AND THERE HADN'T BEEN MUCH

10:28:57  3      CHANGE.

10:28:58  4          SO WHAT ARISTA WAS SEEING IS THAT THERE WAS A NEW PARADIGM

10:29:04  5      OF SILICON, A NEW PARADIGM OF SOFTWARE.  AND IN FACT, A NEW

10:29:08  6      CLASS IN PARADIGM OF CUSTOMERS THAT WANTED A CHANGE.

10:29:12  7      Q.    WHAT MARKET WERE YOU FOCUSSING ON?

10:29:15  8      A.    SO OUR GOAL WAS TO FOCUS ON THE CLOUD NETWORKING MARKET.

10:29:19  9          THIS WAS A NEW CLASS OF CLOUD PROVIDERS THAT WERE BUILDING

10:29:22 10      A NEW SCALE.  YOU CAN THINK OF IT AS BASICALLY RATHER THAN

10:29:25 11      PUTTING NETWORKING IN THE DATA CENTER OR IN THE PREMISE, THEY

10:29:27 12      WERE TAKING IT INTO THE CLOUD, OFF THE PREMISE, SO THAT YOU CAN

10:29:33 13      CONSUME NETWORKING WITHOUT EACH COMPANY OR CUSTOMER HAVING TO

10:29:37 14      BUILD IT THEMSELVES.

10:29:37 15      Q.    WHAT WAS THE STATE -- WE'VE HEARD TESTIMONY FROM A NUMBER

10:29:40 16      OF WITNESSES ABOUT THE CLOUD MARKET, BUT LET'S GO BACK TO 2008.

10:29:44 17      WAS THERE A RECOGNIZED CLOUD MARKET THEN?

10:29:46 18      A.    NO, NOT AT ALL, IT WAS NEARLY A STATED VISION AND

10:29:49 19      DIRECTION ON MY PART AND MY COMPANY'S PART.  BUT WE HAD A

10:29:55 20      BELIEF THAT THIS WAS A REALLY SIGNIFICANT MARKET.  YOU HAD TO

10:29:59 21      LOOK REALLY AROUND THE BEND TO SEE IT, BECAUSE IT WASN'T THERE

10:30:01 22      AND IT WASN'T THERE FOR A LONG TIME.  I THINK THE ACTUAL MARKET

10:30:04 23      FOR SOFTWARE-DRIVEN CLOUD MARKETING REALLY STARTED HAPPENING IN

10:30:10 24      2011, 2012.

10:30:11 25      Q.    AND BACK THEN IN '08, '09, WHAT DID YOU SEE AS THE KEY

| | | |
|--|--|--|
| 11:27:43 | 1 | ARISTA ENGINEERS WERE COPYING CLI COMMANDS FROM CISCO? |
| 11:27:46 | 2 | A.   NO. |
| 11:27:46 | 3 | Q.   YOU NEVER TOLD CISCO OR CUSTOMERS THAT? |
| 11:27:52 | 4 | A.   THOSE EXACT WORDS?  HAVE I TOLD A CUSTOMER THAT ARISTA |
| 11:27:58 | 5 | ENGINEERS EXACTLY COPIED THE CISCO CLI, ARE YOU ASKING ME THAT? |
| 11:28:02 | 6 | TO THE BEST OF MY KNOWLEDGE, I DIDN'T USE THOSE EXACT WORDS. |
| 11:28:05 | 7 | I HAVE TOLD CUSTOMERS THAT WE INTEROPERATE WITH CISCO AND |
| 11:28:09 | 8 | WE HAVE THE SAME CISCO-LIKE CLI. |
| 11:28:11 | 9 | Q.   ARE YOU DENYING THAT CUSTOMERS WERE TOLD BY ARISTA |
| 11:28:16 | 10 | ENGINEERS THAT CISCO'S CLI COMMANDS WERE COPIED INTO ARISTA |
| 11:28:20 | 11 | PRODUCTS?  ARE YOU DENYING THAT? |
| 11:28:24 | 12 | A.   THAT'S A SEPARATE QUESTION.  YOU ARE ASKING ME IF I TOLD |
| 11:28:27 | 13 | ENGINEERS THAT ARISTA ENGINEERS DID THE WORK.  NOW YOU ARE |
| 11:28:30 | 14 | ASKING ME A SLIGHTLY DIFFERENT QUESTION. |
| 11:28:32 | 15 | COULD YOU REPEAT THE QUESTION? |
| 11:28:33 | 16 | Q.   YES. |
| 11:28:35 | 17 | ARE YOU DENYING THAT ARISTA PEOPLE TOLD CUSTOMERS THAT |
| 11:28:40 | 18 | ARISTA HAD COPIED CLI COMMANDS INTO ARISTA PRODUCTS? |
| 11:28:45 | 19 | A.   YOU ARE ASKING WHAT ARISTA PEOPLE TOLD NOT WHAT I TOLD. |
| 11:28:49 | 20 | Q.   CORRECT. |
| 11:28:49 | 21 | A.   NO, I'M NOT DENYING THAT. |
| 11:28:51 | 22 | Q.   YOU TALKED ABOUT AN EMPLOYEE THAT WAS TAKEN CARE OF, |
| 11:29:01 | 23 | MR. SOLLENDER; RIGHT? |
| 11:29:04 | 24 | A.   I DIDN'T MENTION THE NAME IN THE TESTIMONY, BUT YES. |
| 11:29:08 | 25 | Q.   SO WHEN YOU SAY TAKEN CARE OF, YOU FIRED THAT INDIVIDUAL, |

02:20:18   1    MOVE 5457 IN EVIDENCE.  THAT'S ONE OF THE DOCUMENTS WE

02:20:23   2    DISCUSSED.

02:20:26   3            THE COURT:  ANY OBJECTION, MR. NELSON?

02:20:27   4            MR. NELSON:  NO OBJECTION.

02:20:28   5            THE COURT:  IT WILL BE ADMITTED.

02:20:30   6    (DEFENDANT'S EXHIBIT 5457 WAS ADMITTED INTO EVIDENCE.)

02:20:30   7            MR. VAN NEST:  THANK YOU.

02:20:56   8                    **CROSS-EXAMINATION**

02:20:57   9    BY MR. NELSON:

02:20:57  10    Q.   ALL RIGHT.  GOOD AFTERNOON, SIR.

02:20:59  11    A.   GOOD AFTERNOON.

02:21:00  12    Q.   I JUST HAVE A FEW QUESTIONS FOR YOU, JUST TO FOLLOW UP ON

02:21:03  13    SOME THINGS THAT COUNSEL ASKED.

02:21:04  14         SO YOU DON'T RECALL ANY STATEMENT OR COMMUNICATION THAT

02:21:08  15    YOU MADE TO ANY COMPETITOR SAYING IT WAS OKAY FOR THEM TO USE

02:21:12  16    CISCO CLI; RIGHT.

02:21:13  17    A.   NO, I DO NOT RECALL.

02:21:15  18    Q.   AND SIMILARLY, YOU DON'T RECALL ANY STATEMENT THAT ANYBODY

02:21:18  19    ELSE AT CISCO MADE TO A COMPETITOR SAYING IT WAS OKAY TO USE

02:21:22  20    THE CISCO CLI; RIGHT?

02:21:23  21    A.   THAT'S CORRECT.

02:21:24  22    Q.   AND YOU DON'T RECALL ANY PUBLIC STATEMENT THAT CISCO EVER

02:21:29  23    MADE SAYING IT WAS OKAY TO IT USE THE CISCO CLI; RIGHT?

02:21:32  24    A.   I DO NOT RECALL SUCH A STATEMENT.

02:21:39  25    Q.   NOW I WANT TO TALK ABOUT THE COMPETITORS YOU MENTIONED.  I

SHAFER DIRECT EXAM BY MR. PAK                                    2059

02:35:59    1    A.    NO, WE DID NOT.

02:36:01    2    Q.    AND ONE MORE PIECE OF THE CLI INTERFACE.

02:36:03    3          ARE YOU FAMILIAR WITH HELP STRINGS?

02:36:05    4    A.    YES.

02:36:06    5    Q.    AND DOES JUNIPER JUNOS ALSO HAVE HELP STRINGS AS A

02:36:09    6    FEATURE?

02:36:10    7    A.    YES, WE DO.

02:36:11    8    Q.    AND WHO CREATES THE ACTUAL CONTENT THAT GOES INTO THE HELP

02:36:17    9    STRINGS WITHIN JUNIPER?

02:36:18   10    A.    AGAIN, IT'S THE INDIVIDUAL DEVELOPER, GUIDED BY THE JUNOS

02:36:25   11    STYLE.

02:36:26   12    Q.    NOW I WANT TO GO BACK IN TIME TO 1997, 1998 WHEN YOU FIRST

02:36:30   13    STARTED WORKING ON THE JUNOS CLI.  WHEN YOU WERE WORKING ON

02:36:34   14    CREATING THE FIRST CLI FOR JUNIPER, WERE YOU AWARE THAT CISCO

02:36:38   15    ALREADY HAD PRODUCTS ON THE MARKET WITH THE CISCO CLI?

02:36:42   16    A.    YES, WE WERE.

02:36:43   17    Q.    AND HOW DID YOU KNOW THAT?  HOW DID YOU KNOW ABOUT THE

02:36:46   18    CISCO CLI PRODUCTS?

02:36:47   19    A.    WE WERE AWARE THAT AS OUR PRODUCTS SHIPPED, THEY WOULD BE

02:36:51   20    OUR BIGGEST COMPETITOR.

02:36:54   21    Q.    AND WHEN YOU WERE CREATING THE JUNIPER CLI FOR JUNOS, DID

02:37:00   22    YOU LOOK AT THE COMMANDS AND THE SUBCOMMAND STRUCTURE AND

02:37:05   23    SYNTAX THAT WAS BEING USED BY CISCO FOR THE CISCO CLI USED IN

02:37:09   24    COMPETING PRODUCTS?

02:37:10   25    A.    NO, I INTENTIONALLY DID NOT LOOK AT COMPETING PRODUCTS.

02:37:13  1       Q.   SO CAN YOU SAY THAT ONE MORE TIME, SLOWLY, FOR THE JURY?

02:37:16  2       A.   NO, I DID NOT LOOK AT COMPETING PRODUCTS.

02:37:19  3       Q.   AND YOU DID NOT DO THAT INTENTIONALLY?

02:37:21  4       A.   INTENTIONALLY, YES.

02:37:23  5       Q.   AND WHY DID YOU DECIDE, AS THE CREATOR OF THE JUNIPER CLI,

02:37:27  6       TO CHOOSE NOT TO INTENTIONALLY LOOK AT A COMPETING CLI FROM

02:37:32  7       CISCO?

02:37:32  8       A.   THERE WERE THREE MAIN REASONS.

02:37:36  9            THE FIRST WAS WE DIDN'T WANT TO GIVE CISCO ANY GROUNDS TO

02:37:39  10      SUE US.

02:37:40  11           THE SECOND WAS THE -- BASED ON FEEDBACK FROM THE

02:37:51  12      CUSTOMERS, WE WANTED TO DO SOMETHING BETTER.

02:37:52  13           AND THE THIRD WAS, YOU KNOW, AS A NEW COMPANY HAVING THIS

02:37:56  14      INCREDIBLE GREEN FIELD EXPERIENCE OPPORTUNITY, I WANTED TO

02:37:59  15      WRITE SOMETHING COMPLETELY NEW, SOMETHING THAT I WANTED TO MAKE

02:38:02  16      AND USE.  I DIDN'T WANT TO COPY SOMETHING.

02:38:05  17      Q.   OKAY.  SO I WANT TO GO THROUGH EACH OF THOSE REASONS THAT

02:38:09  18      YOU JUST STATED ON THE RECORD.

02:38:10  19           SO FIRST OF ALL, WHEN YOU SAID GREEN FIELD PRODUCT OR THIS

02:38:13  20      WAS A BRAND-NEW OPPORTUNITY FOR YOU, WHAT DID YOU MEAN BY THAT?

02:38:17  21      AND CAN YOU EXPLAIN WHY THAT WAS AN INFLUENCE ON YOU IN

02:38:20  22      DECIDING TO CREATE THE JUNOS CLI?

02:38:22  23      A.   SO THE TERM "GREEN FIELD" COMES FROM AN OPEN PASTURE.  YOU

02:38:26  24      CAN GO IN ANY DIRECTION, EVERYTHING IS WILD.  YOU CAN MAKE IT

02:38:30  25      WHAT YOU WANT.  THERE ARE NO CONSTRAINTS ON WHAT YOU ARE DOING.

02:38:34  1        I KIND OF HAD THAT OPPORTUNITY IN WHAT I COULD DO,

02:38:44  2   LITERALLY NOBODY COULD SAY THAT, DON'T DO THAT, I COULD DO

02:38:45  3   WHATEVER I WANTED.

02:38:46  4   Q.   THAT WAS BECAUSE YOU WERE AT JUNIPER AND THEY WERE WORKING

02:38:49  5   ON THEIR FIRST CLI?

02:38:50  6   A.   IT WAS A SMALL COMPANY AND WE HAD TECHNICAL REVIEW AND

02:38:53  7   STUFF LIKE THAT, BUT IT WAS REALLY AN OPPORTUNITY TO REIMAGINE

02:38:57  8   THE INTERACTION BETWEEN USERS AND DEVICES.

02:39:00  9   Q.   AND WAS THAT AN EXCITING OPPORTUNITY FOR YOU?

02:39:02  10  A.   YES, IT WAS.

02:39:02  11  Q.   AND THE SECOND REASON, I THINK YOU MENTIONED WAS SOMETHING

02:39:06  12  ABOUT CUSTOMERS, CUSTOMER FEEDBACK.

02:39:09  13       AND CAN YOU EXPLAIN A LITTLE BIT FURTHER ABOUT SOME OF THE

02:39:13  14  CUSTOMER FEEDBACK THAT YOU HAD BEEN HEARING ABOUT CISCO CLI AND

02:39:16  15  HOW THAT INFLUENCED YOUR DECISION TO COME UP WITH A DIFFERENT

02:39:19  16  USER INTERFACE FOR JUNIPER?

02:39:21  17  A.   SURE.

02:39:23  18       IF YOU -- SO IOS, EVEN AT THAT POINT IN '97, WAS FAIRLY

02:39:29  19  OLD.  AND THE WAY IT APPROACHED CONFIGURATION OF THE COMMANDS

02:39:33  20  AND THE USER INTERACTION WAS FAIRLY DATED.

02:39:38  21       WE WANTED TO DO SOMETHING MORE MODERN, SOMETHING MORE

02:39:43  22  HIERARCHICAL, SOMETHING THAT WOULD HELP USERS IN THE DAY-TO-DAY

02:39:49  23  OPERATIONS THAT THEY USED OUR DEVICES FOR.

02:39:51  24  Q.   NOW THE OTHER THIRD REASON THAT YOU MENTIONED IS IN

02:39:55  25  LOOKING AT CISCO'S IOS CLI, YOU WERE CONCERNED THAT YOU DIDN'T

02:40:00    1    WANT TO GET SUED BY CISCO.

02:40:01    2         CAN YOU EXPLAIN FURTHER, FOR THE JURORS, WHAT THAT CONCERN

02:40:04    3    WAS ABOUT?

02:40:04    4    A.   SO BEFORE COMING TO JUNIPER I WAS EMPLOYED AS A CONTRACTOR

02:40:09    5    FOR IBM, AND IBM HAS A VERY, A VERY STRINGENT POLICY OF NOT

02:40:15    6    ALLOWING DEVELOPERS TO LOOK AT COMPETITORS'S PRODUCTS.

02:40:19    7         WE WOULD GET REPORTS AND CRITIQUES ON WHAT WAS AVAILABLE

02:40:24    8    IN THE MARKETPLACE, BUT WE DIDN'T ACTUALLY LOOK AT PRODUCTS.

02:40:27    9    IT WAS KIND OF A WALL TO KEEP US FROM ANY SUSPICION OR ANY

02:40:31   10    TAINT OF DERIVATIVE -- OF BEING CALLED A DERIVATIVE PRODUCT.

02:40:43   11    Q.   SO BY NOT LOOKING AT CISCO'S CLI AND USING CISCO'S CLI

02:40:48   12    COMMANDS, WERE YOU TRYING TO AVOID INFRINGING ANY OF CISCO'S

02:40:52   13    INTELLECTUAL PROPERTY RIGHTS?

02:40:53   14    A.   I WAS TRYING TO STAY CLEAR OF ANY ALLEGATION OF SUCH

02:41:02   15    BEHAVIOR.

02:41:03   16    Q.   OKAY.  AND ARE YOU PROUD OF THE WORK THAT YOU'VE DONE WITH

02:41:06   17    YOUR JUNOS CLI?

02:41:07   18    A.   ABSOLUTELY.

02:41:08   19    Q.   AND HOW MANY, I KNOW IT'S HARD TO ESTIMATE, BUT HOW MANY

02:41:12   20    PRODUCTS WITHIN JUNIPER OVER THIS LONG PERIOD OF TIME HAVE RUN

02:41:17   21    SOME VERSION OF YOUR JUNIPER JUNOS CLI?

02:41:22   22    A.   I COULDN'T PUT A NUMBER ON IT, NORTH OF 18 OR 20.

02:41:29   23    Q.   OKAY.  AND HAS JUNIPER BEEN ABLE TO EFFECTIVELY COMPETE

02:41:35   24    AGAINST CISCO IN VARIOUS MARKETS DURING YOUR TENURE THERE USING

02:41:41   25    A CLI THAT IS DIFFERENT FROM CISCO'S CLI?

02:41:43  1      A.   YES.

02:41:44  2      Q.   AND IN FACT, IN THE ROUTER MARKET, HOW WOULD YOU

02:41:48  3   CHARACTERIZE JUNIPER'S MARKET SHARE AS COMPARED TO CISCO'S?

02:41:51  4      A.   I BELIEVE WE ARE NUMBER TWO.

02:41:53  5      Q.   SO YOU WERE ABLE TO GAIN A NUMBER TWO MARKET SHARE IN THE

02:42:06  6   COMPETITIVE ROUTER MARKET COMPETING AGAINST CISCO BY USING A

02:42:10  7   USER INTERFACE THAT IS DIFFERENT THAN CISCO'S, IS THAT TRUE?

02:42:13  8      A.   YES, THAT IS TRUE.

02:42:15  9      Q.   AND I WOULD LIKE TO HAVE YOU TAKE A LOOK IN YOUR BINDER, I

02:42:21 10   BELIEVE THERE SHOULD BE A TRIAL EXHIBIT 4821.

02:42:31 11           I BELIEVE THIS HAS ALREADY BEEN ADMITTED INTO EVIDENCE?

02:42:34 12              MR. VAN NEST:  IT HAS.

02:42:35 13              MR. PAK:  SO I WOULD LIKE TO SHOW THAT ON THE SCREEN,

02:42:37 14   MR. FISHER.

02:42:39 15      Q.   MR. SHAFER, THESE ARE SOME OF THE COMMANDS THAT ARE AT

02:42:42 16   ISSUE IN THIS CASE THAT ARE CISCO COMMANDS.

02:42:44 17           CAN YOU -- I KNOW YOU HAVEN'T STUDIED THIS IN DETAIL, BUT

02:42:48 18   COULD YOU JUST FLIP THROUGH THIS COMMAND LIST AND LET THE JURY

02:42:51 19   KNOW WHETHER THIS LOOKS LIKE A LIST OF JUNIPER COMMANDS OR NOT.

02:42:59 20           DO THEY LOOK FAMILIAR YOU TO YOU AS JUNIPER COMMANDS?

02:43:02 21      A.   THESE ARE CERTAINLY NOT JUNIPER COMMANDS.

02:43:04 22      Q.   AND WHY DO YOU SAY THAT?

02:43:06 23      A.   THE STYLE BETWEEN IOS AND JUNOS IS VERY DIFFERENT IN TWO

02:43:12 24   PARTS.

02:43:12 25           ONE IS IOS REGARDS CONFIGURATION AS JUST A SERIES OF

SHAFER DIRECT EXAM BY MR. PAK                                    2064

02:43:18   1    COMMANDS.  WHEREAS IN JUNOS, DATA IS MORE LIKE A DATABASE.  YOU

02:43:23   2    EDIT IT, CHANGE IT, YOU COPY IT, YOU HAVE OPERATIONS YOU CAN

02:43:30   3    PERFORM ON DATA AS CONFIGURATION DATA.  THEN THERE'S A SEPARATE

02:43:33   4    SET OF OPERATIONAL COMMANDS.

02:43:36   5         CISCO IOS MIXES THOSE TWO --

02:43:41   6    Q.   AND --

02:43:42   7    A.   -- IN WAYS THAT WE DO NOT.

02:43:43   8    Q.   YOU ALSO MENTIONED EARLIER THAT YOU BELIEVED THE JUNIPER

02:43:47   9    CLI IS MORE HIERARCHICAL THAN CISCO CLI.

02:43:50  10         COULD YOU EXPLAIN TO THE JURY WHAT YOU MEAN BY THAT?

02:43:52  11    A.   SO AN IOS COMMAND -- LET ME TRY IT THE OTHER WAY.

02:44:05  12         JUNOS COMMAND HAS A SERIES OF LAYERS AND YOU CAN EDIT INTO

02:44:10  13    THOSE LAYERS, LOOK AT THE PARTICULAR DATA UNDER A LAYER AND

02:44:13  14    SHOW IT.

02:44:13  15         IT'S SIMILAR TO FOLDERS AND DIRECTORIES ON A WINDOWS OR A

02:44:17  16    MAC.  WHERE, IN IOS, EVERYTHING IS AT THE TOP LEVEL.  JUNOS,

02:44:23  17    THERE IS THIS ORGANIZATION THAT ALLOWS YOU TO LOOK AT THE

02:44:26  18    CONFIGURATION FOR ANY PARTICULAR PROTOCOL SEPARATE FROM THE

02:44:29  19    REST OF THE BOX.

02:44:32  20    Q.   EVEN THOUGH YOU WERE USING SOME INDUSTRY COMMON WORDS AND

02:44:35  21    ACRONYMS, DID YOU FEEL COMPELLED TO USE CISCO'S SYNTAX AND

02:44:39  22    CISCO'S HIERARCHY WHEN COMING UP WITH JUNIPER'S CLI?

02:44:43  23    A.   WE ATTEMPTED TO USE THE COMMANDS AND TERMS THAT WERE MOST

02:44:49  24    APPROPRIATE FOR THE TASK AT HAND.

02:44:52  25         AT THE BOTTOM OF THE FIRST PAGE -- SO THERE IS SOME AMOUNT

02:59:32  1    COMMANDS, THEY ARE UNDER IP, OR IPV6.  AND THAT'S -- THAT, TO

02:59:39  2    ME, I THINK SPEAKS OF THE CREDIT -- THE ORIGINS OF IOS.

02:59:49  3    WHEREAS WE, COMING IN LATER IN THE GAME, WE WERE ABLE TO DO A

02:59:53  4    CLEANER DESIGN.

02:59:54  5    Q.   CAN YOU EXPLAIN THAT A LITTLE BIT FURTHER.  YOU TALKED

02:59:56  6    ABOUT IPV6; IS THAT RIGHT?

02:59:58  7    A.   WELL, JUST LIKE THE -- SO IF YOU LOOK BACK IN LIKE THE

03:00:06  8    MID-80'S, THERE WERE HALF A DOZEN, A DOZEN DIFFERENT COMPETING

03:00:15  9    PROTOCOLS, OF WHICH IP WAS ONE.  SO IN THE CISCO STYLE, THEY DO

03:00:22  10   SHOW IP SOMETHING.

03:00:24  11       BY THE TIME JUNIPER ENTERED THE WORLD, IP WAS THE CLEAR

03:00:29  12   WINNER, SO WE DIDN'T NEED THE IP AS A QUALIFIER IN OUR

03:00:33  13   COMMANDS.  THERE WAS NO USE FOR IT.  SO THE OBVIOUS CHOICE WAS

03:00:38  14   TO NOT USE IT.  WHEREAS, THEIR ENGINEERS WERE OPERATING IN A

03:00:41  15   DIFFERENT TIMEFRAME, I THINK THAT WAS A REASONABLE CHOICE.

03:00:45  16   Q.   OKAY.

03:00:47  17       MR. SHAFER, SO IT'S IMPORTANT TO LOOK AT ALSO THE TIME

03:00:50  18   WHEN COMMANDS ARE CREATED TO ASSESS WHETHER THAT WOULD HAVE

03:00:54  19   BEEN OBVIOUS TO YOU OR NOT; ISN'T THAT TRUE?

03:00:56  20   A.   SURE.

03:00:56  21   Q.   AND YOU NEVER SAT DOWN, OR TO YOUR KNOWLEDGE ANYONE AT

03:01:05  22   JUNIPER SAT DOWN AND COPIED CISCO CLI COMMANDS OUT OF CISCO

03:01:09  23   EQUIPMENT TO YOUR KNOWLEDGE; DO YOU KNOW OF ANYTHING LIKE THAT

03:01:11  24   HAPPENING?

03:01:11  25   A.   I DO NOT.

03:01:12   1    Q.   TO YOUR KNOWLEDGE HAS ANYONE AT JUNIPER SAT DOWN AND

03:01:14   2    COPIED SCREEN OUTPUTS OUT OF CISCO EQUIPMENT RUNNING AT

03:01:18   3    JUNIPER?

03:01:18   4    A.   NO.

03:01:19   5    Q.   AND TO YOUR KNOWLEDGE HAS ANYONE SAT DOWN AT JUNIPER AND

03:01:23   6    COPIED HELP DESCRIPTION COMING OUT OF CISCO EQUIPMENT RUNNING

03:01:26   7    AT JUNIPER?

03:01:27   8    A.   NO.

03:01:27   9    Q.   DID YOU SLAVISHLY COPY ANYTHING FROM CISCO IN TERMS OF THE

03:01:31   10   CLI DESIGN?

03:01:31   11   A.   WE SLAVISHLY TRIED TO BE INDEPENDENT AND DIFFERENT.

03:01:34   12            MR. PAK:  THANK YOU.

03:01:37   13            THE COURT:  MR. WONG?

03:01:37   14                    **RECROSS-EXAMINATION**

03:01:50   15   BY MR. WONG:

03:01:50   16   Q.   NOW MR. SHAFER, MY QUESTIONS ARE ABOUT THE JUNOS-E CLI

03:01:55   17   THAT JUNIPER SOLD FROM 2002 FOR 12 YEARS.

03:01:59   18       WOULD YOU BE SURPRISED, MR. SHAFER, IF HUNDREDS OF THE

03:02:03   19   COMMANDS LISTED ON THIS EXHIBIT WERE SUPPORTED BY THE JUNIPER

03:02:08   20   JUNOS-E CLI?

03:02:12   21   A.   NO, I WOULDN'T BE.  I THINK THEIR GOAL WAS TO BE CLOSER TO

03:02:16   22   IOS THAN WE CERTAINLY WANT TO BE.

03:02:19   23   Q.   I'M SORRY.  CAN YOU SAY THAT AGAIN?

03:02:21   24   A.   THEIR GOAL WAS TO BE CLOSER TO IOS STYLE THAN WE WANTED TO

03:02:25   25   BE, WE IN THE JUNOS SIDE, WANTED TO BE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2130

04:32:49   1    A.   I'M SORRY.  THE LAW, AS IT'S BEEN EXPLAINED TO ME, DOESN'T

04:32:53   2    GIVE YOU A NUMBER TO LOOK FOR.  IT'S JUST -- YOU JUST LOOK AT

04:32:56   3    THIS AS ONE OF THE FACTORS.

04:33:01   4         BUT MY UNDERSTANDING IS THAT CISCO, IN THIS LAWSUIT WITH

04:33:04   5    HUAWEI THAT WE KEEP HEARING ABOUT, CAME TO SOME SETTLEMENT

04:33:08   6    WHERE THEY WROTE DOWN THAT 10 TO 20 PERCENT COMMAND NAME

04:33:13   7    OVERLAP WAS NORMAL.

04:33:14   8    Q.   OKAY.  IF WE COULD LOOK AT EXHIBIT 4672 THAT'S ALREADY IN

04:33:18   9    EVIDENCE.

04:33:22   10        AND I THINK IF WE COULD GO TO PAGE 11, MR. DAHM.  AND BLOW

04:33:30   11   UP THE TOP PARAGRAPH, PLEASE.

04:33:37   12        SO IS THIS A LITTLE ROMAN NUMERAL FOUR, IS THAT WHAT YOU

04:33:41   13   ARE REFERRING TO, DR. BLACK?

04:33:44   14   A.   THAT'S WHAT I WAS REFERRING TO, YES.

04:33:46   15   Q.   AND COULD YOU JUST READ THAT IN?

04:33:48   16   A.   SURE.  "THE NORMAL RANGE OF TEN PERCENT TO 20 PERCENT

04:33:52   17   SIMILARITY BETWEEN THE CLI COMMAND NAMES USED BY INDUSTRY

04:33:56   18   PARTICIPANTS AND THE CISCO CLI."

04:34:00   19   Q.   AND YOU UNDERSTAND THIS IS A DOCUMENT THAT CISCO AGREED

04:34:03   20   TO?

04:34:03   21   A.   THAT'S MY UNDERSTANDING.

04:34:05   22   Q.   WERE YOU ABLE TO ASSESS THE SUBSTANTIALITY WITH REGARD TO

04:34:17   23   HELP STRINGS?

04:34:20   24   A.   YEAH.  NOW WE ARE MOVING TO A DIFFERENT OPERATING SYSTEM.

04:34:23   25   THIS IS XR, AND MY UNDERSTANDING IS THAT CISCO IS ONLY

04:34:26   1    ASSERTING ITS HELP STRINGS FOR THAT ONE OPERATING SYSTEM.  AND

04:34:34   2    I COMPARED THAT TO THE TOTAL NUMBER OF HELP STRINGS.

04:34:37   3        IN ORDER TO DO THAT, I HAD TO GO OVER TO CISCO'S

04:34:39   4    ATTORNEY'S LAW OFFICE WHERE THEY HAD A COMPUTER THAT HAD SOURCE

04:34:42   5    CODE FOR IOS XR, AND I WROTE A SHORT SCRIPT THAT COUNTED UP HOW

04:34:47   6    MANY TOTAL HELP STRINGS THERE ARE THERE, AND I PUT THAT

04:34:50   7    NUMERATOR OVER THE DENOMINATOR I COMPUTED.

04:34:55   8    Q.   WHAT DID YOU GET FOR THE TOTAL NUMBER OF HELP STRINGS?

04:34:58   9    A.   I THINK IT WAS -- I DIDN'T KNOW THERE WAS GOING TO BE A

04:35:01   10   TEST.  I THINK IT WAS 221 OVER 52,290.

04:35:06   11   Q.   WELL THAT WAS MORE PRECISION THAN I COULD HAVE ASKED.

04:35:11   12   52,000 TOTAL HELP STRINGS?

04:35:12   13   A.   THEREABOUTS, YEAH.

04:35:13   14   Q.   ALL RIGHT.  IF WE COULD LOOK AT SLIDE 28, PLEASE.  WHAT

04:35:25   15   DOES THIS SHOW, DR. BLACK?

04:35:27   16   A.   IT SHOWS THE MATH THAT I WAS JUST TRYING TO REMEMBER.

04:35:30   17   IT'S THE 221 ACCUSED IOS XR HELP STRINGS OVER THE TOTAL THAT I

04:35:36   18   COUNTED WITH MY PROGRAM OF 52,000.  AND IT'S ABOUT .4 PERCENT.

04:35:43   19   Q.   OKAY.  I WANT TO ASK YOU ONE MORE QUESTION ABOUT THIS

04:35:47   20   THIRD FAIR USE FACTOR, SUBSTANTIALITY.

04:35:52   21       DID YOU LOOK AT THE DETAILS OF THE ARISTA COMMANDS TO SEE

04:35:56   22   WHAT SORT OF OTHER PARAMETERS OR FACTORS GO INTO THE ACTUAL

04:36:04   23   EXECUTION OF THE COMMANDS?

04:36:05   24   A.   YEAH.  IN FACT, THAT'S AN IMPORTANT DETAIL.

04:36:08   25       SO WHEN CISCO ACCUSES THESE COMMANDS, A LOT OF THEM AREN'T

08:24:15

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

     CISCO SYSTEMS, INC.,            )  CV-14-5344-BLF
6                                    )
                  PLAINTIFF,         )  SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )  DECEMBER 7, 2016
8                                    )
     ARISTA NETWORKS, INC.,          )  VOLUME 10
9                                    )
                  DEFENDANT          )  PAGES 2158-2405
10   _____)

11                 TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  DAVID A. NELSON
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22          APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

BLACK CROSS-EXAM BY MR. NELSON                                      2210

09:43:14    1      A.   I DIDN'T SEE IT, BECAUSE IT EXISTED A LONG TIME BEFORE

09:43:18    2      IPV6 CAME ALONG, BUT YOU COULD COME BACK AND CHANGE YOUR

09:43:22    3      TECHNOLOGY TO AS THE V4 AND PEOPLE WOULD KNOW WHAT THAT MEANT.

09:43:25    4      Q.   SO JUST SO WHEN YOU ARE GOING THROUGH AND DOING THAT

09:43:28    5      ANALYSIS ON ORIGINALITY, YOU DIDN'T OFFER ANY OPINION THAT ANY

09:43:31    6      OF THE ACTUAL COMMAND TERMS WERE FOUND IN ANY OF THESE

09:43:35    7      DOCUMENTS YOU LOOKED AT, RIGHT?  THE COMMANDS THEMSELVES?

09:43:38    8      A.   YOU SAID COMMAND TERMS AT FIRST, SIR?

09:43:41    9      Q.   THEN I MISSPOKE, AND I SHOULD CORRECT THAT SO THAT WE HAVE

09:43:44   10      A CLEAN RECORD HERE.

09:43:47   11           YOU DIDN'T FIND THAT ANY OF THE 506 ASSERTED COMMANDS THAT

09:43:50   12      WE HAVE IN THE CASE, WERE FOUND IN ANY OF THE PRE-EXISTING

09:43:55   13      DOCUMENT; RIGHT?

09:43:56   14      A.   WELL, IF YOU LOOK HERE, SOME OF THESE ARE A SINGLE WORD,

09:44:00   15      OR AT LEAST IF YOU CONSIDER THE HYPHENATION TO COMBINE THEM

09:44:04   16      INTO A SINGLE WORD, ADDRESS FAMILY, AND AGGREGATE ADDRESS, I

09:44:08   17      DID FIND, PERHAPS WITHOUT THE HYPHEN.

09:44:10   18           AND SINCE THAT'S THE ENTIRETY OF THE COMMAND, AS WRITTEN,

09:44:13   19      THEN IN THAT CASE I DID FIND THE ENTIRE COMMAND.

09:44:18   20      Q.   OKAY.  WITH RESPECT TO ANY OF THE OTHERS, YOU DIDN'T OFFER

09:44:23   21      ANY OPINIONS, CORRECT?

09:44:24   22      A.   I DID NOT.

09:44:24   23      Q.   SO WHAT YOU DID IS WENT THROUGH AND FOUND INDIVIDUAL WORDS

09:44:29   24      AND SAID HEY, THESE WORDS I'VE SEEN BEFORE; RIGHT, THAT'S THE

09:44:33   25      OWNING OPINION YOU ARE OFFERING ON THAT; RIGHT?

BLACK CROSS-EXAM BY MR. NELSON                                2211

```
09:44:35   1    A.   I WOULD SAY MORE THAN I'VE SEEN BEFORE, I'M SAYING THEY

09:44:39   2    ACTUALLY APPEAR, FOR THE GREEN ONES, IN THE STANDARDS

09:44:42   3    DOCUMENTS.

09:44:42   4    Q.   RIGHT.  BUT YOU WOULD AGREE WITH ME -- LET'S TAKE A BOOK,

09:44:47   5    FOR EXAMPLE.  ANYBODY CAN WRITE A BOOK.  IF I WENT BACK AND

09:44:50   6    LOOKED IN A DICTIONARY, I WOULD FIND ALL THOSE WORDS; RIGHT?

09:44:52   7    A.   SURE, BUT WE ARE NOT LOOKING AT A DICTIONARY WHICH IS ALL

09:44:57   8    IN ENGLISH, WE ARE LOOKING AT A VERY SPECIFIC, LIMITED SET OF

09:44:59   9    INDUSTRY STANDARD DOCUMENTS.

09:45:00  10    Q.   WE COULD LIMIT IT A LITTLE BIT MORE.  I MEAN, WE COULD

09:45:02  11    BEING TALKING ABOUT A SPORT; RIGHT?  LET'S JUST SAY IT'S A

09:45:05  12    SOCCER MATCH.  THEN I HAVE A LIMITED SETS OF WORDS, BUT I COULD

09:45:08  13    PROBABLY FIND ALL OF THOSE WORDS THAT ANYBODY USES TO DESCRIBE

09:45:12  14    A SOCCER MATCH IN SOME PRE-EXISTING BOOKS; RIGHT?

09:45:15  15    A.   PERHAPS.

09:45:15  16    Q.   YEAH.  I MEAN, USUALLY WHEN WE WRITE THINGS, WE WRITE

09:45:18  17    THINGS USING PRE-EXISTING WORDS; RIGHT?

09:45:21  18    A.   RIGHT.  BUT I WOULD SAY SOME OF THESE REALLY AREN'T EVEN

09:45:24  19    WORDS.

09:45:24  20    Q.   WELL, RIGHT, BECAUSE SOME OF THEM YOU LEFT WHITE, WHICH

09:45:27  21    MEANS WITH THOSE COMMANDS CISCO, JUST MADE THOSE UP; RIGHT?

09:45:30  22    A.   NO, THAT'S NOT WHAT IT MEANS.

09:45:32  23    Q.   WELL, IT MEANS IT'S NOT COMMON; RIGHT?

09:45:37  24    A.   YES.

09:45:37  25    Q.   IT MEANS YOU DIDN'T FIND IT IN ANY INDUSTRY STANDARD
```

BLACK CROSS-EXAM BY MR. NELSON                            2212

09:45:43   1      DOCUMENTS?

09:45:43   2      A.   CORRECT.

09:45:44   3      Q.   AND IT MEANS IT'S NOT A LEGACY COMMAND TERM; RIGHT?

09:45:47   4      A.   CORRECT.

09:45:47   5      Q.   SO NOW I WANT TO TALK A LITTLE BIT THEN, JUST SO THAT WE

09:45:51   6      ARE ALL CLEAR, TO DISTINGUISH THE, WHAT YOU TALKED ABOUT THE

09:45:58   7      USAGE OF A NUMBER OF COMMANDS; RIGHT?  THAT WAS THE SECOND PART

09:46:01   8      OF YOUR TESTIMONY?

09:46:02   9      A.   NOT RELEVANT TO THE SCREEN WE ARE LOOKING AT.

09:46:04   10     Q.   THAT'S EXACTLY WHAT I WANT TO ESTABLISH.  SO WHEN YOU

09:46:09   11     TALKED ABOUT USAGE OF COMMANDS TO OTHER FOLKS THAT ALL COMES

09:46:13   12     AFTER CISCO?

09:46:13   13     A.   AFTER CISCO.

09:46:14   14     Q.   SO NOBODY SHOULD GET CONFUSED THAT YOU ARE OFFERING THE

09:46:17   15     OPINION THAT ALL OF THOSE CAME BEFORE CISCO CAME UP WITH THE

09:46:20   16     COMMAND TERMS OR THE COMMAND NAMES THAT ARE AT ISSUE HERE?

09:46:24   17     A.   NO, I HOPE I WAS CLEAR ON THAT POINT.

09:46:26   18     Q.   OKAY.  SO NOW ONE THING, YOU WERE HERE FOR SOME OF THE

09:46:32   19     TESTIMONY OF THE CISCO ENGINEERS; RIGHT?

09:46:33   20     A.   YES, I WAS.

09:46:34   21     Q.   AND YOU HEARD THIS IDEA ABOUT THE SEQUENCING OF THE TERMS;

09:46:39   22     RIGHT?

09:46:39   23     A.   I'M VERY FAMILIAR WITH THAT IDEA, SURE.

09:46:41   24     Q.   RIGHT.  AND YOU DIDN'T -- I DIDN'T HEAR YOU ADDRESS THAT

09:46:45   25     IN YOUR DIRECT TESTIMONY?

BLACK CROSS-EXAM BY MR. NELSON

09:55:21  1            IN CERTAIN CASES, I THINK THE DOCUMENT IS TALKING ABOUT

09:55:24  2      THAT AS ONE OF THE THINGS YOU HAVE TO DECIDE IF YOU GOING TO

09:55:28  3      TERMINATE OR LEAVE IT EXTENSIBLE.

09:55:30  4      Q.   RIGHT.  EXACTLY.  ONE OF THE THINGS YOU HAVE TO DECIDE

09:55:37  5      WHERE, YOU, IS BEING AN ENGINEER CREATING THE COMMAND; RIGHT?

09:55:41  6      A.   THE PROGRAMMER CREATING THE COMMAND HAS TWO CHOICES, YES.

09:55:45  7      Q.   YEAH, EXACTLY.

09:55:47  8            OKAY.  SO NOW I WOULD LIKE TO GO TO YOUR SLIDE 14.

09:55:57  9      A.   IN MY DEMONSTRATIVES?

09:55:58  10     Q.   YEAH.  SO HERE YOU WERE TALKING ABOUT THE MODES AND

09:56:09  11     PROMPTS IN PRIOR SYSTEMS; RIGHT?

09:56:10  12     A.   YES.

09:56:10  13     Q.   AND YOU SET OUT TWO MODES, PRIVILEGE MODE AND NONPRIVILEGE

09:56:16  14     MODE; RIGHT?

09:56:17  15     A.   YES.

09:56:17  16     Q.   SO IN ALL OF THE THINGS YOU LOOKED THROUGH, YOU NEVER

09:56:19  17     FOUND A GLOBAL CONFIGURATION MODE, CORRECT?

09:56:21  18     A.   NOT PRIOR TO CISCO.

09:56:23  19     Q.   RIGHT.  AND IN ALL THE THINGS YOU LOOKED FOR, YOU NEVER

09:56:26  20     FOUND AN INTERFACE CONFIGURATION MODE, CORRECT?

09:56:28  21     A.   THAT'S CORRECT.

09:56:29  22     Q.   AS WELL AS THE CORRESPONDING PROMPTS TO THOSE, CORRECT?

09:56:33  23     A.   IF YOU CAN CLARIFY PROMPT.  THE HASH SIGN IS STILL USED IN

09:56:40  24     THE MODES YOU NAMED.

09:56:40  25     Q.   CORRECT.  BUT THE PROMPTS FOR THOSE MODE INCLUDE THE

09:56:45  1    CONFIGURATION LETTERS, CORRECT?

09:56:47  2    A.   THEY INCLUDE THE HOST NAME OF THE DEVICE, WHICH IS

09:56:52  3    CONFIGUREABLE BY THE USER, THEN IN PARENTHESES, THAT CONFIG AND

09:56:57  4    CONFIG-IF.

09:56:57  5    Q.   RIGHT.  YOU DIDN'T FIND THAT PROMPT IN ANY OF THE MANY

09:57:01  6    DOCUMENTS THAT YOU LOOKED THROUGH FOR SYSTEMS THAT CAME BEFORE,

09:57:04  7    CORRECT?

09:57:04  8    A.   THE HOST NAME WOULD BE THERE IN THOSE DOCUMENTS, BUT THAT

09:57:07  9    PARENTHETICAL, I DIDN'T FIND.

09:57:08  10   Q.   RIGHT.

09:57:10  11        AND YOU UNDERSTAND, SIR, THAT WHAT'S BEING ASSERTED IN THE

09:57:13  12   CASE IS THAT PARTICULAR ARRANGEMENT OF THOSE FOUR MODES AND

09:57:16  13   PROMPTS; RIGHT?

09:57:16  14   A.   I ACTUALLY HAVE BEEN UNCLEAR WHAT EXACTLY CISCO IS

09:57:20  15   CLAIMING PROTECTION FOR THEIR -- I UNDERSTAND IT'S NOT THE

09:57:25  16   ACTUAL WORD INSIDE THE PARENTHESIS, MY UNDERSTANDING NOW IS

09:57:32  17   IT'S THE ORDER OF THE WORDS; IS THAT CORRECT?

09:57:35  18   Q.   IT'S THE ARRANGEMENT OF THE MODES AND PROMPTS, CORRECT?

09:57:38  19   SO YOU UNDERSTAND THAT?

09:57:39  20   A.   I THINK SO.

09:57:40  21   Q.   SO TWO OF THE MODES YOU DIDN'T FIND AT ALL; RIGHT?

09:57:43  22   A.   I DIDN'T FIND THOSE TWO MODES YOU NAMED, YES.

09:57:45  23   Q.   RIGHT.  SO THEN IT GOES WITHOUT SAYING THAT THAT

09:57:48  24   PARTICULAR ARRANGEMENT OF THE FOUR MODES AND PROMPTS, YOU

09:57:51  25   DIDN'T FIND AT ALL?

BLACK CROSS-EXAM BY MR. NELSON                                    2221

09:57:52   1    A.   I DIDN'T FIND THAT ORDERING BECAUSE I DIDN'T FIND THE

09:57:55   2    MODES.

09:57:56   3    Q.   RIGHT.

09:57:56   4         SO NOW I WANT TO TALK ABOUT A FEW OTHER THINGS.

09:58:09   5         SO ONE OF THE THINGS YOU HAD SAID IS YOU DIDN'T THINK THAT

09:58:16   6    THERE WAS A SUBSTANTIAL AMOUNT OF THE WORK THAT WAS TAKEN,

09:58:24   7    CORRECT?

09:58:24   8    A.   I'M UNCLEAR ON WHAT YOU ARE ASKING.

09:58:28   9    Q.   OKAY.  SO ONE OF YOUR FAIR USE FACTORS, YOU TALKED ABOUT

09:58:31   10   THE AMOUNT OF THE WORK.  YOU PUT UP A SLIDE AND SAID THERE'S

09:58:37   11   441 COMMANDS THAT ARE ACCUSED FROM IOS AND THERE'S 16,000

09:58:41   12   COMMANDS IN ALL OF IOS; RIGHT?

09:58:43   13   A.   I RECALL THAT, YES.

09:58:44   14   Q.   YOU DIDN'T ADDRESS THE QUALITY OF THAT THOUGH; RIGHT?

09:58:55   15   A.   IN WHAT SENSE DO YOU MEAN THE "QUALITY" OF THAT?

09:58:59   16   Q.   THE QUALITY OF WHAT WAS TAKEN; RIGHT?

09:59:03   17   A.   NOT IN THE WAY I'M UNDERSTANDING YOUR QUESTION.

09:59:08   18   Q.   RIGHT.  YOU SIMPLY JUST LOOKED AT THE NUMBERS, YOU

09:59:11   19   COMPARED ONE NUMBER TO ANOTHER, CORRECT?

09:59:14   20   A.   I TOOK CISCO'S NUMBER DIVIDED BY CISCO'S NUMBER.

09:59:17   21   Q.   THAT'S IT?

09:59:18   22   A.   THAT'S IT.

09:59:19   23   Q.   OKAY.  SO SIR, YOU WERE HERE FOR MR. DR. LI -- EXCUSE ME,

09:59:25   24   DR. LI'S TESTIMONY, CORRECT?

09:59:26   25   A.   I WAS.

BLACK CROSS-EXAM BY MR. NELSON                                    2222

09:59:26  1    Q.   AND HE WAS TALKING ABOUT PROCKET?

09:59:28  2    A.   HE WAS.

09:59:29  3    Q.   AND YOU RECALL WHEN HE SAID IT DOESN'T MAKE ANY SENSE TO

09:59:33  4    TAKE COMMANDS FOR FEATURES THAT AREN'T IN YOUR PRODUCTS?

09:59:38  5    A.   I THINK HE MIGHT HAVE SAID THAT.

09:59:39  6    Q.   RIGHT.  AND YOU DON'T DISAGREE WITH THAT; RIGHT?

09:59:44  7    A.   I DON'T GIVE AN OPINION ONE WAY OR THE OTHER IN MY REPORT,

09:59:49  8    SIR.

09:59:49  9    Q.   I'M NOT ASKING YOU WHETHER YOU GAVE AN OPINION IN YOUR

09:59:52  10   REPORT, I'M JUST ASKING WHETHER YOU AGREE WITH THAT.  IT MAKES

09:59:55  11   SENSE; RIGHT?

09:59:56  12   A.   I MEAN, SO ARISTA IS EXTENSIBLE, ARISTA COULD TAKE AND

10:00:00  13   IMPLEMENT COMMANDS TO CREATE NEW FEATURES IF -- IF THERE'S NOT

10:00:06  14   A HARDWARE FEATURE IN THE DEVICE, I DON'T THINK YOU WANT TO

10:00:10  15   TAKE COMMANDS THAT DESCRIBE A FEATURE THAT'S NOT PRESENT.

10:00:12  16   Q.   YEAH, THAT'S WHAT I'M SAYING.

10:00:14  17        AND YOU KNOW, WHAT YOU ARE SAYING IS THAT IF ARISTA ADDED

10:00:17  18   MORE FEATURES, THEY MAY WANT TO TAKE MORE COMMANDS; RIGHT?

10:00:21  19   A.   OR INVENT THEM ON THEIR OWN DEPENDING UPON THE OUTCOME OF

10:00:25  20   THE LAWSUIT.

10:00:25  21   Q.   RIGHT.  WE KNOW THEY DIDN'T INVENT THEM ON THEIR OWN;

10:00:28  22   RIGHT, WE KNOW THEY TOOK THEM?

10:00:29  23   A.   IT SAID THE MAJORITY OF THE COMMANDS THEY ACTUALLY DID

10:00:33  24   CREATE ON THEIR OWN.

10:00:33  25   Q.   OKAY.  THE 506 THAT ARE AT ISSUE IN THIS CASE, THEY TOOK

BLACK CROSS-EXAM BY MR. NELSON                                    2223

```
10:00:37   1      THEM; RIGHT?

10:00:38   2      A.   I DON'T KNOW HOW THEY GOT THERE, BUT THEY ARE -- THEY ARE

10:00:41   3      PRESENT IN BOTH PRODUCTS.

10:00:42   4      Q.   OKAY.  EXACTLY.

10:00:43   5           SO THEN THE, WHAT YOU ARE SAYING IS -- WE KNOW THIS

10:00:47   6      HAPPENED OVER TIME; RIGHT?  ARISTA ADDED FEATURES, YOU'RE AWARE

10:00:50   7      OF THAT, THEY ADDED FEATURES AND THEN THEY TOOK MORE COMMANDS;

10:00:53   8      RIGHT.

10:00:53   9      A.   I HAVEN'T ANALYZED THE TIMELINE OF THINGS, I LOOKED AT THE

10:00:58  10      LATEST PRODUCT.

10:00:59  11      Q.   OH, YOU DIDN'T LOOK AT THAT, SO YOU DON'T KNOW ONE WAY OR

10:01:02  12      THE OTHER; RIGHT?

10:01:03  13      A.   I DIDN'T ANALYZE THE PROGRESSION OVER TIME THAT YOU JUST

10:01:06  14      DESCRIBED.

10:01:06  15      Q.   SO YOU DON'T HAVE ANY BASIS TO DISPUTE DR. ALMEROTH'S

10:01:10  16      OPINION ON THAT ISSUE, CORRECT?

10:01:11  17      A.   WHAT DO YOU MEAN ON THAT ISSUE?

10:01:13  18      Q.   MEANING THE ADDITION OF COMMANDS OVER TIME, AS ARISTA TOOK

10:01:16  19      MORE FEATURES?

10:01:18  20      A.   I DON'T RECALL ANY ANALYSIS BY DR. ALMEROTH THAT LOOKS AT

10:01:21  21      THAT QUESTION.

10:01:22  22      Q.   OKAY.  SO NOW, SIR, I WANT TO TALK A BIT MORE ABOUT THE --

10:01:30  23      THIS QUALITY POINT.

10:01:33  24           NOW YOU'RE AWARE OF, YOU'VE SEEN IN THIS CASE, DOCUMENTS

10:01:39  25      WHERE ARISTA ITSELF SAID THAT IT WAS A 99.999 PERCENT DROP-IN
```

10:08:12  1    BY MR. NELSON:

10:08:12  2    Q.   SO I WOULD LIKE TO GO TO THE THIRD PAGE OF THIS DOCUMENT.

10:08:16  3    AND YOU WILL SEE THAT THERE'S A SECTION THERE THAT'S CALLED CLI

10:08:19  4    USABILITY?

10:08:23  5    A.   I SEE IT.

10:08:24  6    Q.   AND THE FIRST STATEMENT THERE IS, "THE SYSTEM IS A VERY

10:08:30  7    CLOSE CLONE OF THE IOS CLI.  THIS IS A MAJOR PLUS FOR THE

10:08:34  8    MAJORITY OF CUSTOMERS WHO HAVE ALREADY CISCO TRAINED STAFF."

10:08:38  9         DO YOU SEE THAT?

10:08:39  10   A.   I SEE IT.

10:08:40  11   Q.   SO YOU DON'T HAVE ANY BASIS TO DISPUTE THAT THESE

10:08:47  12   STATEMENTS LIKE THESE ARE STATEMENTS THAT ARISTA WAS MAKING TO

10:08:50  13   POTENTIAL CUSTOMERS TO SELL ITS PRODUCT, CORRECT?

10:08:52  14   A.   I MEAN, I CAN VERIFY THAT I'VE READ THE WORDS YOU JUST

10:08:56  15   SPOKE, AND THIS SEEMS TO BE FROM MS. ULLAL.

10:08:59  16   Q.   THAT'S WHAT I'M -- YOU DON'T HAVE ANY BASIS TO DISPUTE

10:09:02  17   THAT; RIGHT?

10:09:04  18   A.   I MEAN, ARE YOU ASKING FOR AN OPINION ABOUT HOW I FEEL

10:09:09  19   ABOUT THIS ASSERTION, OR ARE YOU SAYING WILL I CONFIRM IT SEEMS

10:09:13  20   SHE'S SAID THIS?

10:09:14  21   Q.   I'M NOT ASKING YOU TO SPECULATE, SIR.  I'M ASKING THE

10:09:17  22   OPPOSITE QUESTION, WHICH IS, YOU DON'T HAVE ANY BASIS TO

10:09:20  23   DISPUTE THE STATEMENT THAT'S MADE HERE?

10:09:22  24   A.   ONCE AGAIN, I THINK I DO.  I DID AN INDEPENDENT ANALYSIS

10:09:26  25   THAT WOULD RUN COUNTER TO THE CLAIM MADE.

BLACK CROSS-EXAM BY MR. NELSON                    2230

10:09:28  1    Q.   THE QUESTION IS, YOU DON'T HAVE ANY BASIS TO DISPUTE THAT

10:09:31  2    ARISTA MADE THESE STATEMENTS TO POTENTIAL CUSTOMERS?  THAT'S

10:09:35  3    ALL I'M SAYING?

10:09:35  4    A.   THERE, I AGREE.

10:09:36  5    Q.   OKAY.  NOW LET'S TALK A LITTLE BIT, I WANT TO GO BACK,

10:09:46  6    THERE WAS A QUESTION I WANTED TO ASK YOU ABOUT ORIGINALITY AS

10:09:49  7    WELL.

10:09:52  8        SO YOU WERE HERE, I THINK WE'VE ALREADY ESTABLISHED, FOR

10:09:55  9    DR. LI'S TESTIMONY, CORRECT?

10:09:57 10    A.   I WAS.

10:09:58 11    Q.   AND HE TALKED ABOUT SOME OF THE EARLY WORK ON THE CREATION

10:10:01 12    OF JUNOS; RIGHT?

10:10:03 13    A.   YES.

10:10:05 14    Q.   OKAY.  AND ONE OF THE THINGS HE SAID IS THEY TRIED TO USE

10:10:09 15    INDUSTRY STANDARD TERMS WHERE THEY COULD; RIGHT?

10:10:12 16    A.   I BELIEVE HE SAID THAT.

10:10:13 17    Q.   YET, HE ALSO SAID THAT THEY CAME UP WITH A COMPLETELY

10:10:17 18    DIFFERENT CLI FROM THE CISCO CLI; RIGHT?

10:10:22 19    A.   THERE ARE SIMILARITIES, THERE ARE DIFFERENCES.  I DON'T

10:10:26 20    KNOW IF HE SAID THE WORDS COMPLETELY DIFFERENT, BUT --

10:10:29 21    Q.   VERY DIFFERENT, SUBSTANTIAL DIFFERENCES, CORRECT?

10:10:31 22    A.   I DON'T REMEMBER HIS WORDS.

10:10:32 23    Q.   YOU DON'T RECALL?  BUT YOU DON'T HAVE ANY BASIS TO DISPUTE

10:10:36 24    HIS TESTIMONY; RIGHT?

10:10:37 25    A.   I DON'T DISPUTE ANYTHING HE SAID.

BLACK CROSS-EXAM BY MR. NELSON

10:13:39  1    A.   I MEAN, I WAS OFFERING IT TO BOTH SIDES TO MAKE WHATEVER

10:13:46  2    THEY WANT.  I THOUGHT IT WAS AN INTERESTING QUESTION TO LOOK

10:13:50  3    AT, BUT PRIMARILY THE FAIR USE, THIRD FACTOR ANALYSIS, WAS THE

10:13:55  4    COMPARISON OF THE COMMANDS TO THE WHOLE AND SO FORTH.

10:13:57  5    Q.   BUT SIR, YOU DON'T THINK YOU CAN GO OUT -- THAT IT'S A

10:14:01  6    GOOD IDEA FOR A COMPANY TO GO OUT AND SUE EVERYBODY; RIGHT?

10:14:05  7    A.   I SURE HOPE NOT.

10:14:06  8    Q.   RIGHT.  IN OTHER WORDS, YOU WOULD WANT TO PICK A BLATANT

10:14:14  9    VIOLATOR AND FILE AN ACTION AGAINST THEM; RIGHT?

10:14:16  10   A.   I DON'T MAKE THESE DECISIONS, BUT THAT WOULD MAKE SENSE.

10:14:20  11   Q.   WELL, IN FACT, IF YOU GO -- I THINK THERE'S A PAPER OF

10:14:23  12   YOURS IN YOUR BINDER, "THE IMPOSSIBILITY OF TECHNOLOGY-BASED

10:14:28  13   DRM."

10:14:29  14   A.   COULD YOU HELP ME FIND IT?

10:14:31  15   Q.   IT SHOULD BE UNDER A TAB TOWARDS THE BACK?

10:14:45  16        MR. PAK:  4831, MR. NELSON.

10:14:50  17        MR. NELSON:  IT'S EXHIBIT 4831.

10:14:52  18        MR. PAK:  NO, BUT I THINK THERE'S A TAB AT THE END.

10:14:56  19        MR. NELSON:  THERE'S A TAB IN YOUR PAPER, "THE

10:14:58  20   POSSIBILITY OF DRM AND A MODEST SUGGESTION."

10:15:09  21        THE WITNESS:  AND IT'S IN THE BIG BINDER?

10:15:11  22        THE COURT:  NOT THE BLUE BINDER.

10:15:12  23        MR. NELSON:  IN THE FIRST BINDER YOU WERE LOOKING IN.

10:15:23  24        THE WITNESS:  AND YOU SAID THE TAB WAS MARKED WITH

10:15:25  25   THE TITLE?

BLACK CROSS-EXAM BY MR. NELSON                                    2238

10:20:57  1    Q.   OKAY.  SO THEN GO BACK TO THE IPAD EXAMPLE, YOU ARE NOT

10:21:01  2    SAYING IF I TAKE SOMEBODY'S BOOK AND PUT IT ON THE IPAD, THAT

10:21:05  3    THAT'S A TRANSFORMATION OF THE WORK AND THAT'S A FAIR USE;

10:21:08  4    RIGHT?

10:21:08  5    A.   I THINK THAT'S A DEEP QUESTION.  AND SITTING HERE, I'M NOT

10:21:10  6    SURE I COULD TELL YOU, GIVE YOU AN ANSWER.

10:21:12  7         I MEAN, YOU COULD PUT IT ON AN IPAD AND ADD FEATURES THAT

10:21:16  8    MAKE THE CHARACTERS DANCE OR DRAW PICTURES OR DO ALL KINDS OF

10:21:20  9    THINGS YOU COULD DO ON A COMPUTER THAT YOU CAN'T DO ON PAPER.

10:21:25  10        I'M NOT SURE IF YOU ARE TALKING ABOUT THAT KIND OF

10:21:28  11   ADDITIONAL FUNCTIONALITY OR SIMPLY JUST PUTTING THE PRINTED

10:21:31  12   PAGE ON AN IPAD.

10:21:33  13   Q.   I'M JUST TRYING TO ESTABLISH WHAT DEFINITION THAT YOU

10:21:36  14   APPLIED WHEN YOU WERE TRYING TO GIVE YOUR OPINIONS ON WHAT THEY

10:21:40  15   TRANSFORMATION WAS FOR PURPOSES OF FAIR USE; RIGHT?

10:21:42  16   A.   OKAY.  BUT TO BE CLEAR, I'M AN EXPERT ON COMPUTER SCIENCE,

10:21:46  17   AND I'M LOOKING AT FEATURES THAT ARE BASED IN COMPUTER SCIENCE.

10:21:49  18        AND IF YOU TALK ABOUT BOOKS AND THE QUALITATIVE EXPERIENCE

10:21:52  19   OF A HUMAN READER ON AN IPAD, I'M NOT AN EXPERT THERE.

10:21:56  20   Q.   OKAY.  SO LET ME -- YEAH, THIS IS THE ONE I WANT.

10:22:07  21        SO YOU AGREE THAT THE USE THAT ARISTA IS MAKING OF THE

10:22:11  22   CISCO CLI IS COMMERCIAL; RIGHT?

10:22:14  23   A.   I THINK THAT'S CLEAR.

10:22:15  24   Q.   I MEAN, THEY ARE OUT THERE TRYING TO TARGET CISCO

10:22:20  25   CUSTOMERS; RIGHT?

BLACK CROSS-EXAM BY MR. NELSON                                    2239

10:22:21  1    A.   I DON'T KNOW.  I THINK THEY ARE COMMERCIALLY SELLING THE

10:22:25  2    PRODUCTS.

10:22:26  3    Q.   RIGHT.  THAT'S THE PURPOSE OF USING THE CLI; RIGHT?

10:22:29  4    A.   THAT'S ONE PURPOSE.

10:22:32  5    Q.   WELL, THAT'S THE MAIN PURPOSE; RIGHT?  THEY'RE A BUSINESS,

10:22:39  6    THEY ARE TRYING TO SELL STUFF; RIGHT?

10:22:40  7    A.   I SURE HOPE SO.

10:22:41  8    Q.   NOW LET'S TALK A BIT ABOUT THE COMMON USAGE, RIGHT, THE

10:22:47  9    COMMON USE OF STUFF THAT YOU DID.

10:22:50  10   A.   WE ARE SKIPPING AROUND A LITTLE.  YOU ARE TALKING ABOUT

10:22:53  11   WIDESPREAD USE BY OTHER VENDORS.

10:22:55  12   Q.   SURE.

10:22:56  13   A.   OKAY.

10:22:57  14   Q.   IS THAT THE TERMINOLOGY THAT YOU WANT TO USE?  IS THERE

10:23:00  15   SOME REASON YOU DON'T LIKE "COMMON USAGE?"

10:23:02  16   A.   NO, WE HAVE BEEN KIND OF MOVING AROUND, I'M JUST TRYING TO

10:23:05  17   MAKE SURE I UNDERSTAND WHAT YOU ARE ASKING.

10:23:07  18   Q.   YEAH.  YOU ARE GETTING A GLIMPSE INTO MY BRAIN.

10:23:16  19        SO WHAT TERM DID YOU WANT ME TO USE?

10:23:19  20   A.   WIDESPREAD USE IS I THINK WHAT I WAS USING.

10:23:22  21   Q.   SO LET'S JUST TALK ABOUT SETS OF FRAMEWORK FOR WHAT IT IS

10:23:26  22   THAT YOU DID?

10:23:26  23        SO YOU SELECTED 18 VENDORS, CORRECT?

10:23:28  24   A.   YES.

10:23:30  25   Q.   AND YOU DID THAT FROM SOME MANUALS, SOME OF WHICH YOU

BLACK CROSS-EXAM BY MR. NELSON                                    2247

10:32:21   1        SO WHEN THERE'S ONLY TWO OTHERS OUT OF YOUR 18

10:32:25   2    HAND-SELECTED, YOU WOULDN'T CALL THAT WIDESPREAD USE; RIGHT.

10:32:32   3    A.   IT'S A JUDGMENT CALL, I WOULDN'T HAVE A LINE THAT SAYS

10:32:35   4    THAT'S BELOW THAT IS NOT WIDESPREAD AND ABOVE IS.  I THINK

10:32:37   5    THERE ARE OTHER COMMANDS THAT ARE USED BY TONS OF MANY

10:32:40   6    DIFFERENT VENDORS, I DIDN'T DRAW A LINE FOR YOU.

10:32:42   7    Q.   BUT YOU ARE OFFERING OPINIONS; RIGHT?

10:32:43   8    A.   I AM.

10:32:44   9    Q.   SO YOU ARE SAYING THAT YOU CAN'T DRAW A LINE, YOU CAN'T

10:32:46   10   TELL US HOW TO TEST WHETHER SOMETHING IS WIDESPREAD USE OR NOT?

10:32:51   11   A.   I DON'T HAVE A LINE THAT SAYS, WIDESPREAD STARTS HERE.

10:32:54   12   Q.   SO BASICALLY WHAT YOU ARE SAYING IS, WE JUST HAVE TO TRUST

10:32:57   13   YOU.  IF YOU SAY IT'S WIDESPREAD, THEN IT'S WIDESPREAD; RIGHT?

10:33:01   14   A.   NO.  IN FACT, I'M ASKING YOU NOT TO TRUST ME.  I'M ASKING

10:33:04   15   YOU TO USE YOUR OWN OPINION FOR WHAT IS MANY, WHAT IS

10:33:10   16   WIDESPREAD, AND LOOK AT THE DATA AND COME TO A CONCLUSION ON

10:33:14   17   THIS POINT.

10:33:15   18   Q.   SO YOU ARE NOT OFFERING AN OPINION AT ALL AS TO WHETHER

10:33:17   19   SOMETHING IS WIDESPREAD, CORRECT?

10:33:19   20   A.   I MEAN, I USED WIDESPREAD IN MY OPINION, BUT GIVEN THE

10:33:23   21   EVIDENCE, I WILL LET THE JURY DECIDE IF THEY THINK THAT'S

10:33:27   22   WIDESPREAD OR NOT.

10:33:28   23           THE COURT:  MAY WE TAKE A BREAK?

10:33:30   24           MR. NELSON:  YOU WANT TO TAKE A BREAK, YOUR HONOR?

10:33:31   25   OKAY.

BLACK CROSS-EXAM BY MR. NELSON                                    2253

```
10:55:52   1    RIGHT?

10:55:52   2    A.   I DIDN'T OFFER THAT SPECIFIC OPINION, NO.

10:55:55   3    Q.   AND NOW IF WE GO UP TO WHERE THERE'S 7, THERE'S ANOTHER

10:56:03   4    32, 216 MINUS 185, I GET 32, SOUND RIGHT?

10:56:10   5    A.   SOUNDS RIGHT.

10:56:11   6    Q.   I MEAN, IT'S 31, BUT WE GOT TO ADD THE 1; RIGHT?

10:56:15   7    A.   CORRECT.

10:56:16   8    Q.   OKAY.  SO NOW WE ARE UP TO 313?

10:56:22   9    A.   I THINK SO, YES.

10:56:23  10    Q.   313 WHERE THERE'S 11 COMPANIES FROM YOUR HAND-SELECTED

10:56:27  11    SAMPLE THAT DON'T USE THE COMMAND; RIGHT?

10:56:30  12    A.   18 MINUS 7, 11, YES.

10:56:34  13    Q.   RIGHT.  SO THAT'S -- YOU ARE NOT OFFERING THE OPINION THAT

10:56:38  14    THAT'S WIDESPREAD USE OF THOSE COMMANDS; RIGHT?

10:56:40  15    A.   I MEAN, WE ARE TALKING ABOUT A LOT OF COMPANIES NOW.  AT

10:56:44  16    SOME POINT, I MEAN, SEVEN IS A LOT.

10:56:46  17    Q.   WELL THAT'S KIND OF WHAT I'M GETTING TO, SIR, WHERE DO YOU

10:56:50  18    DRAW THE LINE?

10:56:50  19    A.   I THINK I TRIED TO BE CLEAR ON THIS POINT.  I DON'T HAVE A

10:56:53  20    SPECIFIC LINE, BUT I THINK THE JURY CAN MAKE THIS

10:56:56  21    DETERMINATION, THEY'VE GOT THESE NUMBERS TOO.

10:56:58  22    Q.   SO YOU ARE NOT OFFERING AN OPINION ON THAT AT ALL; RIGHT?

10:57:01  23    A.   I'M SAYING THAT I THINK THE EVIDENCE POINTS TO WIDESPREAD

10:57:04  24    USE, I'M NOT SAYING THERE'S A BRIGHT LINE WHERE ABOVE THAT IS

10:57:09  25    AND BELOW THAT ISN'T.
```

11:19:40  1              THE COURT:  AND IT WILL BE ADMITTED.

11:19:42  2         (DEFENDANT'S EXHIBIT 5119 WAS ADMITTED INTO EVIDENCE.)

11:19:42  3              MR. VAN NEST:  TX 5119.

11:19:47  4         THE NEXT DEPOSITION IS A LITTLE BIT LONGER.  THIS IS THE

11:19:53  5    DEPOSITION OF DOUG GOURLAY.  IT'S A LITTLE LONGER, IT'S

11:19:56  6    29 MINUTES.

11:19:57  7         18 MINUTES OF THAT SHOULD BE ASSESSED TO ARISTA AND

11:20:00  8    11 MINUTES TO CISCO.

11:20:15  9         **(THE VIDEO DEPOSITION OF DOUGLAS GOURLAY WAS PLAYED INTO**

11:50:01  10   **THE RECORD.)**

11:50:01  11             MR. VAN NEST:  YOUR HONOR, THAT CONCLUDES

11:50:03  12    MR. GOURLAY'S DEPOSITION.

11:50:05  13        I HAVE A 15-MINUTE -- ONE LAST VIDEO THIS MORNING, OR I

11:50:10  14   HAVE A FIVE-MINUTE READING OF AN INTERROGATORY.  AND I COULD DO

11:50:14  15   EITHER ONE, WHATEVER YOUR HONOR --

11:50:16  16             THE COURT:  I AM THINKING WE WILL PUSH THROUGH AND DO

11:50:19  17    THE 15-MINUTE TAPE, SINCE WE ARE DOING THOSE.

11:50:23  18             MR. PAK:  WE MAY HAVE SOME EXHIBITS TO MOVE IN, BASED

11:50:26  19    ON MR. GOURLAY'S VIDEO TESTIMONY.

11:50:29  20             MR. VAN NEST:  LET'S PASS THAT.

11:50:30  21        MY SHEET SAID THERE WEREN'T ANY, BUT IF YOU WANT TO MOVE

11:50:35  22   THEM IN, YOU CAN.  WE WILL CONFER OVER THE LUNCH HOUR.

11:50:43  23        THIS NEXT WITNESS IS DEEPAK MALIK.  THIS IS A -- JUST

11:50:49  24   OVER -- IT'S ABOUT A 15-MINUTE SEGMENT, YOUR HONOR.

11:50:51  25             TEN MINUTES SHOULD BE ATTRIBUTED TO ARISTA, AND FIVE TO

01:31:52  1    IS THAT ARISTA EXPLAINED, AS EARLY AS 2008, THAT IT HAD AN

01:31:58  2    INDUSTRY STANDARD CLI; RIGHT?

01:32:00  3    A.   ARE WE STILL ON PAGE 49?

01:32:02  4    Q.   I AM.

01:32:03  5    A.   I DON'T SEE --

01:32:06  6    Q.   UNDER THE HEADING, "BETA CODE RELEASE 2007.1?"

01:32:11  7    A.   OH, THE FIRST BULLET, YES.  YES, I READ THAT.

01:32:16  8    Q.   SO THAT'S IN THEIR VERY FIRST RELEASE, VERY FIRST BULLET,

01:32:21  9    ARISTA ANNOUNCED PUBLICLY THAT IT HAS AN INDUSTRY STANDARD CLI;

01:32:25  10   RIGHT?

01:32:25  11   A.   YES.

01:32:26  12   Q.   AND YOU KNEW WHAT THAT MEANT BECAUSE CISCO HAD BEEN USING

01:32:31  13   THE SAME LANGUAGE TO DESCRIBE ITS OWN CLI IN THAT TIMEFRAME?

01:32:37  14   A.   WELL, CISCO HAS BEEN USING THAT BECAUSE IT'S MORE OF A --

01:32:42  15   IT'S BECOME MORE OF A DE FACTO, GIVEN THE NUMBER OF SWITCHES

01:32:46  16   AND ROUTERS CISCO HAS BEEN SELLING SINCE INCEPTION, SINCE THE,

01:32:50  17   YOU KNOW, SINCE THE EARLY 90'S.

01:32:53  18        SO THEN, IT'S BECOME LIKE THE GOLD STANDARD.  BUT WHEN I

01:32:57  19   LOOK AT THE WORDS "INDUSTRY STANDARD," THEY REMIND ME OF GROUPS

01:33:01  20   LIKE IEEE AND ITEF, THESE ARE INDUSTRY STANDARD STANDARDS

01:33:05  21   BODIES THAT DEFINE THE LANGUAGE THAT GETS SPOKEN OVER THE

01:33:08  22   INTERNET, THE PROTOCOLS.

01:33:11  23        BUT WHEN I USE -- WHEN I THINK ABOUT THE WORD

01:33:13  24   "COMMAND-LINE INTERFACE," AS A CISCO -- AS AN EX-CISCO PERSON

01:33:17  25   NOW, "COMMAND-LINE INTERFACE" IS NOT DEFINED AT EITHER THE IEEE

02:09:19  1    OPPORTUNITIES THAT CISCO HAD TO COMPETE IN THE MARKETPLACE?

02:09:22  2    A.  WELL, I THINK CISCO HAS HAD THE OPPORTUNITY TO COMPETE,

02:09:29  3    AND WELCOMES COMPETITION, WHICH HAS BEEN A VERY IMPORTANT PART

02:09:34  4    OF GETTING US TO BE A BETTER COMPANY TO DRIVE MORE OPTIONS FOR

02:09:38  5    CUSTOMERS.

02:09:38  6        BUT THAT IS ASSUMING THE COMPETITION CAN COMPETE ON A FAIR

02:09:42  7    GROUND.

02:09:43  8        BY COPYING THE COMMAND-LINE INTERFACE, THE COMPETITION

02:09:46  9    FROM ARISTA HAS NOT BEEN FAIR BECAUSE A BIG PART OF OUR

02:09:50 10    DIFFERENTIATION IS OUR PROTOCOLS, LIKE BGP, AS WELL AS THE

02:09:54 11    COMMAND-LINE INTERFACES, AND THE COMPREHENSIVE NATURE AND THE

02:09:58 12    MATURITY WITH WHICH WE HELP OUR CUSTOMERS BUILD SOME OF THE

02:10:02 13    LARGEST NETWORKS.

02:10:03 14        AND TAKING THAT INTELLECTUAL PROPERTY AND COPYING IT AND

02:10:07 15    USING IT WITHIN THEIR PRODUCTS, HAS HURT CISCO.  IT HAS HURT

02:10:12 16    CISCO IN TERMS OF MARKET SHARE, IT HAS HURT CISCO IN TERMS OF

02:10:15 17    ITS ENGAGEMENT WITH CUSTOMERS, AND IT HAS ALSO HURT CISCO IN

02:10:19 18    TERMS OF OVER ALL MARGINS AND OVER ALL PROFITS.

02:10:25 19        SO THE NATURE OF THIS ENGAGEMENT, WHICH I FIND VERY

02:10:32 20    AWKWARD, IS I THINK COMPETITION IS HEALTHY, IT'S VERY IMPORTANT

02:10:35 21    TO KEEP ALL COMPANIES AT BAY, BUT IT SHOULD BE FAIR.  AND IN

02:10:41 22    THIS CASE, IT HAS NOT BEEN FAIR.

02:10:43 23    Q.  AND HAVE YOU HEARD ANY OF YOUR OTHER COMPETITORS DURING

02:10:46 24    YOUR TENURE AT CISCO, CLAIM THAT THEY HAVE COPIED CISCO'S IOS

02:10:52 25    CLI TO THE POINT WHERE YOU CAN DROP-IN REPLACE THEIR PRODUCTS

02:10:56   1    AND CONFIGURE THEM IN EXACTLY THE SAME WAY AS CISCO'S PRODUCTS?

02:11:00   2    A.   THERE'S NO SINGLE COMPETITOR IN EITHER THE ROUTING

02:11:03   3    BUSINESS, LIKE A VENDOR LIKE JUNIPER, OR ANY OTHER LEADING

02:11:09   4    SWITCHING VENDOR THAT HAS EVER MADE THOSE CLAIMS.

02:11:12   5    Q.   OTHER THAN ARISTA?

02:11:13   6    A.   OTHER THAN ARISTA, IN MY 22 YEARS IN THIS INDUSTRY.

02:11:16   7            MR. PAK:  THANK YOU.

02:11:17   8         I THANK YOU FOR YOUR TESTIMONY.

02:11:18   9            THE COURT:  MR. FERRALL, ANYTHING ELSE?

02:11:21   10           MR. FERRALL:  NOTHING ELSE, YOUR HONOR.

02:11:22   11           THE COURT:  MS. JIANDANI, THANK YOU FOR YOUR

02:11:24   12   TESTIMONY.

02:11:38   13           MR. VAN NEST:  YOUR HONOR, AT THIS TIME I WOULD LIKE

02:11:40   14   TO READ AN INTERROGATORY ANSWER.

02:11:41   15       I THINK YOUR HONOR EXPLAINED TO JURORS EARLIER ABOUT

02:11:44   16   INTERROGATORIES.  ALL I PLAN TO DO IS READ THE QUESTION AND

02:11:48   17   THEN THE ANSWER AND THEN OFFER IT IN EVIDENCE.

02:11:51   18           THE COURT:  OKAY.

02:11:51   19           MR. VAN NEST:  THIS IS AN INTERROGATORY WHICH WAS

02:11:53   20   SENT BY ARISTA TO CISCO.

02:11:58   21       AND THE QUESTION POSED WAS:  "FOR EACH ARISTA DEVICE IN

02:12:02   22   YOUR POSSESSION, DESCRIBE CISCO'S ACQUISITION AND USE OF THE

02:12:07   23   DEVICE, INCLUDING BUT NOT LIMITED TO, FROM WHOM CISCO ACQUIRED

02:12:11   24   THE DEVICE, WHEN CISCO ACQUIRED THE DEVICE, THE REASON OR

02:12:15   25   PURPOSES FOR CISCO ACQUIRING THE DEVICE, WHO HAS ACCESS TO THE

02:36:29    1      DIFFERENCES BETWEEN THE COMMANDS, YOU CAN USE THIS GUIDE AS A

02:36:32    2      WAY TO TRANSLATE FROM ONE CLI COMMAND SET TO ANOTHER, CORRECT?

02:36:36    3      A.   CORRECT.

02:36:37    4      Q.   AND THEN IT ALSO PROVIDES A DETAILED DESCRIPTION WHERE IT

02:36:41    5      SAYS, BENEATH THE SIDE-BY-SIDE COMPARISON, THIS GUIDE PROVIDES

02:36:45    6      A MORE IN-DEPTH COMPARISON DISPLAYING THE OUTPUT OF THE COMMAND

02:36:50    7      AND OPTIONS.

02:36:50    8           DO YOU SEE THAT AS WELL?

02:36:52    9      A.   YES.

02:36:53   10      Q.   NOW IF WE GO DOWN TO, SCROLL DOWN A LITTLE BIT.  COMWARE

02:36:59   11      DIFFERENCES.

02:37:00   12           "IF YOU ARE FAMILIAR WITH EITHER THE HP PROVISION CLI OR

02:37:04   13      THE CISCO IOS CLI, YOU WILL NOTICE THAT COMWARE CLI'S IS

02:37:11   14      ORGANIZED SLIGHTLY DIFFERENTLY."

02:37:12   15           DO YOU SEE THAT?

02:37:13   16      A.   YES.

02:37:14   17      Q.   AND IT SAYS, "COMWARE WAS DESIGNED FOR INTERNET SERVICE

02:37:17   18      PROVIDERS, ISP'S?"

02:37:19   19      A.   YES.

02:37:20   20      Q.   AND MANY FEATURES AND FUNCTIONS, SUCH AS SECURITY AND

02:37:25   21      QUALITY OF SERVICE ARE MULTI-TIERED TO SUPPORT THE DIFFERENT

02:37:28   22      NEEDS OF MULTIPLE ENTITIES ACCESSING THE SAME SWITCH.

02:37:33   23           DO YOU SEE THAT?

02:37:33   24      A.   YES.

02:37:34   25      Q.   AND YOU HAVE NO REASON TO DISPUTE THOSE PUBLIC STATEMENTS

02:37:38  1      BY HP?

02:37:38  2      A.   NO.

02:37:39  3      Q.   AND IF WE GO TO NAVIGATION DIFFERENCES AMONG CLI'S,

02:37:43  4      THERE'S SOME DESCRIPTIONS THERE, BUT IT ALSO DESCRIBES SOME OF

02:37:49  5      THE SIMILARITIES BUT ALSO SOME OF THE DIFFERENCES BETWEEN THE

02:37:51  6      COMWARE CLI VERSUS THE CISCO CLI.

02:37:55  7           DO YOU SEE THAT?

02:37:57  8      A.   YES.

02:38:00  9      Q.   AND THEN IF YOU FURTHER SCROLL, MR. FISHER, TO

02:38:03 10      CONFIGURATION DIFFERENCES.

02:38:05 11           AGAIN, THERE ARE DESCRIPTIONS BEING PROVIDED ON SOME OF

02:38:10 12      THE SIMILARITIES, BUT ALSO DIFFERENCES AMONG THE PROVISION

02:38:13 13      COMWARE AND CISCO CLI'S, CORRECT?

02:38:16 14      A.   YES.

02:38:16 15      Q.   AND NOW LET'S LOOK AT SOME OF THE ACTUAL SPECIFIC MODES

02:38:27 16      AND PROMPTS.  IF YOU COULD TURN TO PAGE 12.

02:38:29 17           YOU UNDERSTAND WHAT MODES AND PROMPTS ARE, CORRECT, IN THE

02:38:31 18      CLI'S?

02:38:32 19      A.   YES.

02:38:33 20      Q.   SO WE HAVE THREE COLUMNS, PROVISION, IN LIGHT BLUE TO THE

02:38:37 21      LEFT, COMWARE IS THE MIDDLE COLUMN, AND CISCO TO THE RIGHT; DO

02:38:41 22      YOU SEE THAT?

02:38:41 23      A.   YES.

02:38:41 24      Q.   JUST TO REMIND THE JURY, PROVISION AND COMWARE ARE HP

02:38:44 25      PRODUCTS, CORRECT?

VENKATRAMAN CROSS-EXAM BY MR. PAK                    2322

02:38:45    1        A.   CORRECT.

02:38:46    2        Q.   AND SO IF YOU LOOK, YOU CAN SEE THAT THE COMWARE HAS A

02:38:52    3    SYSTEM VIEW MODE, APPARENTLY, BUT DOES NOT HAVE A PRIVILEGED

02:38:56    4    EXEC MODE; IS THAT CORRECT?

02:38:58    5        A.   CORRECT.

02:38:58    6        Q.   OKAY.  AND YOU DON'T HAVE ANY REASON TO DISPUTE THAT,

02:39:02    7    SITTING HERE TODAY?

02:39:02    8        A.   NO.

02:39:03    9        Q.   AND THEN IF YOU LOOK AT THE PROMPTS, YOU CAN SEE THAT THE

02:39:06   10    PROMPTS LOOK VERY DIFFERENTLY COMPARED TO THE CISCO PROMPTS.

02:39:09   11    FOR EXAMPLE THERE'S NO HASH TAG OR A PARENTHETICAL WITH CONFIG

02:39:14   12    IN THE COMWARE PROMPTS; IS THAT CORRECT?

02:39:17   13        A.   CORRECT.

02:39:17   14        Q.   AND YOU HAVE NO REASON TO DISPUTE THAT EITHER?

02:39:21   15        A.   NO.

02:39:22   16        Q.   LET'S LOOK AT SOME OF THE COMMANDS, COMPARING FREQUENTLY

02:39:25   17    USED COMMANDS, THERE'S A TABLE THERE.

02:39:30   18             AND SO I TAKE IT THAT HP, IN THIS DOCUMENT, HAS SUMMARIZED

02:39:34   19    SOME OF THE MOST OR COMMONLY USED COMMANDS FOR EACH OF THE

02:39:37   20    CLI'S, CORRECT?

02:39:38   21        A.   CORRECT.

02:39:38   22        Q.   SO IF WE LOOK AT PROVISION, IT HAS ENABLE, BUT COMWARE FOR

02:39:43   23    THE SAME FUNCTIONALITY USES THE COMMAND SYSTEM VIEW, CORRECT?

02:39:47   24        A.   CORRECT.

02:39:48   25        Q.   SYSTEM-VIEW, CORRECT?

02:39:51  1    A.   CORRECT.

02:39:51  2    Q.   AND SO THERE ARE TWO DIFFERENT COMMANDS FROM THE SAME

02:39:54  3    COMPANY, HP, FOR THE SAME FUNCTIONALITY, CORRECT?

02:39:57  4    A.   CORRECT.

02:39:57  5    Q.   AND EARLIER TODAY YOU TALKED ABOUT PRO CURVE, BUT YOU

02:40:01  6    DIDN'T TALK ABOUT COMWARE, CORRECT, WHEN YOU WERE ASKED BY

02:40:05  7    COUNSEL FOR ARISTA?

02:40:06  8    A.   YES.

02:40:06  9    Q.   OKAY.  SO LET'S LOOK AT A FEW MORE OF THESE.

02:40:10  10        SHOW FLASH.  DO YOU SEE THAT THAT IS NOW --

02:40:15  11   A.   YES.

02:40:15  12   Q.   THE COMMAND DIR, IN COMWARE, CORRECT?

02:40:19  13   A.   YES.

02:40:19  14   Q.   AND WE CAN GO ON AND ON, SHOW VERSION, DISPLAY VERSION; DO

02:40:26  15   YOU SEE THAT?

02:40:27  16   A.   YES.

02:40:27  17   Q.   SHOW HISTORY, DISPLAY HISTORY; DO YOU SEE THAT?

02:40:31  18   A.   YES.

02:40:31  19   Q.   ANOTHER DIFFERENCE.  ERASE START.  RESET SAVED.

02:40:36  20        DO YOU SEE THAT?

02:40:37  21   A.   YEP.

02:40:39  22   Q.   RELOAD, REBOOT, IS ANOTHER DIFFERENCE.

02:40:43  23   A.   YES.

02:40:44  24   Q.   WRITE MEMORY, SAVE.

02:40:47  25   A.   YES.

02:40:48  1    Q.    SHOW TECH, DISPLAY DIAGNOSTIC INFORMATION?

02:40:53  2    A.    YES.

02:40:55  3    Q.    ISN'T IT TRUE, SIR, THAT DIFFERENT ENGINEERS, EVEN IN THE

02:40:58  4    SAME COMPANY, CAN MAKE THEIR OWN CHOICES ABOUT HOW TO CREATE

02:41:05  5    THEIR OWN CLI COMMANDS AND SYNTAX FOR THE SAME FUNCTIONALITY,

02:41:08  6    AND WE CAN SEE IT IN THESE TWO PRODUCT LINES FROM HP, CORRECT?

02:41:13  7    A.    THE DESIGNERS OF THE CLI HAVE SOME COMMON DESIGN

02:41:21  8    PRINCIPLES THAT THEY USE TO STRUCTURE THE CLI WITH VARIATIONS

02:41:30  9    IN SYNTAX.

02:41:30  10        AND SO THEY TRY TO STAY CONSISTENT IN THE USAGE OF

02:41:34  11    TERMINOLOGY IN THE CONSTRUCTION OF CLI, AND DIFFERENT

02:41:40  12    COMPANIES, DIFFERENT DESIGNERS DEVELOP THE CLI DIFFERENTLY,

02:41:45  13    NAME THE COMMANDS DIFFERENTLY.  IN THIS CASE, COMWARE WAS

02:41:48  14    ACQUIRED BY HP, AND DIFFERENT DESIGN GROUPS DESIGN THOSE

02:41:54  15    SYNTAX.

02:41:54  16    Q.    AND HP SELLS COMWARE PRODUCTS TODAY, CORRECT?

02:41:58  17    A.    THAT'S RIGHT.

02:41:59  18    Q.    SO WHAT I'M GETTING AT IS, ALTHOUGH SOME OF THE TERMS

02:42:02  19    MIGHT BE THE SAME, DIFFERENT DESIGNERS, EVEN AT THE SAME

02:42:06  20    COMPANY, CAN CHOOSE DIFFERENT WORDS, DIFFERENT HIERARCHIES,

02:42:09  21    DIFFERENT SYNTAX FOR THE SAME FUNCTIONS; ISN'T THAT TRUE, SIR?

02:42:12  22    A.    THAT'S TRUE.

02:42:13  23    Q.    OKAY.

02:42:14  24        MR. PAK:  I HAVE NO MORE QUESTIONS, YOUR HONOR.

02:42:17  25        THE COURT:  REDIRECT, MS. MCCLOSKEY?

**REDIRECT EXAMINATION**

02:42:38  1

02:42:40  2    BY MS. MCCLOSKEY:

02:42:42  3    Q.   IF WE COULD STICK WITH THAT SAME PAGE ON 6380.

02:42:47  4        MR. VENKATRAMAN, YOU WERE JUST LOOKING AT THIS PAGE,

02:42:51  5    PAGE 12 OF THE MANUAL IN FRONT OF YOU.

02:42:53  6        AND DO YOU SEE THAT MANY OF THE COMMANDS, IF NOT ALL OF

02:42:55  7    THEM BETWEEN THE PROVISION, THE HP PROVISION AND THE CISCO,

02:42:58  8    MANY OF THOSE COMMANDS ON THE RIGHT SIDE AND THE LEFT SIDE OF

02:43:04  9    THIS COLUMN ARE SIMILAR, IF NOT IDENTICAL?

02:43:06  10   A.   CORRECT.

02:43:07  11   Q.   WOULD YOU BE SURPRISED TO LEARN THAT THE HP PROVISION ON

02:43:16  12   THE LEFT SIDE THERE, HAS HUNDREDS OF OVERLAPPING COMMANDS WITH

02:43:21  13   CISCO COMMANDS?

02:43:23  14   A.   NO, MOST VENDORS HAVE OVERLAPPING COMMAND NAME AND SYNTAX.

02:43:30  15   Q.   YOU UNDERSTAND, MR. VENKATRAMAN, THAT THERE'S CERTAIN CLI

02:43:34  16   COMMANDS ASSERTED IN THIS CASE BETWEEN CISCO AND ARISTA?

02:43:39  17   A.   COULD BE.

02:43:40  18   Q.   OKAY.  AND OF THE APPROXIMATELY 500 DISPUTED COMMANDS,

02:43:44  19   WOULD IT SURPRISE YOU TO LEARN THAT HUNDREDS OF THOSE ARE USED

02:43:47  20   BY MULTIPLE VENDORS IN THE INDUSTRY?

02:43:50  21   A.   NO.

02:43:52  22   Q.   YOU TESTIFIED ABOUT A COMMON SET OF STANDARD COMMANDS.

02:43:56  23   WHAT DID YOU MEAN BY A COMMON SET OF STANDARD COMMANDS?

02:44:00  24   A.   SO SOME COMMANDS LIKE "SHOW," "SHOW CONFIGURATION," IN

02:44:08  25   SOME VENDORS, MAY BE "SHOW," OTHERS MAY BE "VIEW," "SAVE"

02:44:14   1      VERSUS "WRITE."

02:44:18   2           THE INTENDED BEHAVIOR BY THE ROUTERS AND SWITCHES ARE THE

02:44:23   3      SAME.  AND SO THOSE CLASS OF COMMANDS, THOSE CLASS OF INTENDED

02:44:30   4      BEHAVIOR ON THE SWITCHES AND ROUTERS ARE THE SAME.

02:44:33   5           THE SYNTAX MAY VARY, BUT WHAT YOU EXPECT THE ROUTER AND

02:44:37   6      THE SWITCH TO DO IS QUITE CONSISTENT.

02:44:41   7      Q.   THANK YOU.

02:44:41   8      A.   AND THOSE ARE THE COMMON THINGS.

02:44:43   9           MS. MCCLOSKEY:  THANK YOU.

02:44:45   10          MR. PAK:  NO MORE QUESTIONS, YOUR HONOR.

02:44:47   11          THE COURT:  THANK YOU.

02:44:47   12     MR. VENKATRAMAN, YOU ARE FREE TO GO.  THANK YOU FOR YOUR

02:44:50   13     TESTIMONY.

02:44:51   14          THE WITNESS:  THANK YOU.

02:44:57   15          MR. VAN NEST:  YOUR HONOR, WE HAVE ONE MORE SHORT

02:45:00   16     VIDEO WITNESS --

02:45:02   17          THE COURT:  OKAY.

02:45:02   18          MR. VAN NEST:  -- WHO IS GOING TO APPEAR.

02:45:04   19     HIS NAME GAVIN CATO, C-A-T-O.  THIS IS A 16-MINUTE VIDEO,

02:45:14   20     OF WHICH NINE MINUTES WILL BE ATTRIBUTED TO ARISTA AND SEVEN

02:45:18   21     MINUTES TO CISCO.

02:45:18   22          **(THE VIDEO DEPOSITION OF GAVIN CATO WAS PLAYED INTO THE**

03:03:10   23     **RECORD.)**

03:03:10   24          MR. VAN NEST:  YOUR HONOR, THAT CONCLUDES THE

03:03:11   25     TESTIMONY OF MR. CATO'S.

03:29:43  1    A.    YEP.

03:29:44  2    Q.    AND THERE WERE SOME INTERACTIONS BETWEEN ARISTA AND

03:29:47  3    FACEBOOK BEFORE YOU JOINED; RIGHT?

03:29:49  4    A.    CORRECT.

03:29:49  5    Q.    AND YOU WOULDN'T HAVE PERSONAL KNOWLEDGE OF THOSE

03:29:51  6    INTERACTIONS; RIGHT?

03:29:52  7    A.    NO.

03:29:52  8    Q.    OKAY.  SO LET'S TALK ABOUT WHEN ARISTA -- EXCUSE ME,

03:29:58  9    FACEBOOK, BECAME A CUSTOMER AT ARISTA.  THAT WAS AROUND

03:30:03  10   DECEMBER 2011; RIGHT?

03:30:04  11   A.    CORRECT.

03:30:04  12   Q.    AND ONE OF THE VENDORS THAT FACEBOOK WAS USING AT THAT

03:30:07  13   TIME IN DECEMBER 2011 WAS CISCO; RIGHT?

03:30:09  14   A.    CORRECT.

03:30:10  15   Q.    OKAY.  NOW IN YOUR DIRECT TESTIMONY, YOU GAVE A LOT OF

03:30:14  16   TESTIMONY ABOUT KIND OF AUTOMATION AND TOOLS; DO YOU REMEMBER

03:30:18  17   THAT?

03:30:18  18   A.    UH-HUH.

03:30:18  19   Q.    I JUST WANT TO KIND OF ORIENT WHAT WE ARE TALKING ABOUT

03:30:21  20   HERE.  THESE SCRIPTS THAT WE WERE TALKING ABOUT, THOSE USE CLI

03:30:29  21   COMMANDS, RIGHT?

03:30:29  22   A.    IN PART, THEY DO, YES.

03:30:30  23   Q.    SO WHEN YOU ARE USING THE SCRIPTS, YOU ARE USING THE CLI,

03:30:33  24   RIGHT?

03:30:33  25   A.    IN PART, YES.

04:46:53  1    Q.   SO HOW DOES ALL OF THIS TRANSLATE INTO A PORTION OF ARISTA

04:46:59  2    PROFITS TO ALLOCATE TO THE ALLEGEDLY INFRINGING CLI FOR THIS

04:47:04  3    GROUP OF NON-HIGHLY AUTOMATED CUSTOMERS HIGHLY?

04:47:11  4    A.   SO AGAIN, NON-HIGHLY AUTOMATED CUSTOMERS.  THE BLUE SLICE

04:47:16  5    IS HARDWARE, 36 PERCENT OF THE PROFITS WE ESTIMATE ARE

04:47:22  6    ATTRIBUTABLE TO THE HARDWARE.  ORANGE SLICE, NON-CLI SOFTWARE.

04:47:26  7    THAT'S 56 PERCENT OF THE TOTAL PROFIT PIE THAT'S ALLOCATED TO

04:47:31  8    THE SOFTWARE OTHER THAN THE CLI PIECE.

04:47:35  9        THEN THE GREEN SLICE IS WHAT'S ALLOCATED TO THE CLI

04:47:40  10   SOFTWARE, EIGHT PERCENT OF THE TOTAL.

04:47:41  11       NOW I HAVE TO SAY, I THINK YOUR QUESTION SAID HOW WE

04:47:45  12   ALLOCATED TO THE ALLEGED INFRINGING, WE CAN'T GO ANY FURTHER

04:47:53  13   DOWN IN THIS, THIS IS AN ALLOCATION TO THE ENTIRE CLI.  THERE

04:47:59  14   SIMPLY AREN'T RELIABLE DOCUMENTS THAT CAN BE USED TO ESTIMATE

04:48:02  15   JUST THE INFRINGING PORTION.

04:48:07  16       SO I STOPPED AT THE CLI.

04:48:09  17   Q.   AND JUST TO BE CLEAR, WHICH WAY, IN WHOSE FAVOR DOES

04:48:15  18   STOPPING AT THE ENTIRE CLI CUT, VERSUS TRYING TO GO FURTHER

04:48:19  19   INTO JUST CERTAIN INFRINGING PORTIONS OF THE CLI?

04:48:22  20   A.   THAT'S IN CISCO'S FAVOR, BECAUSE IT'S ESSENTIALLY GIVING

04:48:27  21   THEM CREDIT, IF YOU WILL, OR GIVING THEM AN AWARD BASED ON THE

04:48:34  22   WHOLE CLI AND NOT JUST THE INFRINGING PART OF IT.

04:48:40  23       I JUST DON'T HAVE THE DATA I NEED TO TAKE IT ALL THE WAY

04:48:43  24   DOWN TO JUST THE INFRINGING PART.

04:48:45  25   Q.   OKAY.  AND DO YOU THEN HAVE A CALCULATION OF HOW YOU

ELSTEN DIRECT EXAM BY MR. SILBERT                    2394

04:48:50   1      APPORTIONED ARISTA'S SWITCH PROFITS TO THE CLI?

04:48:55   2      A.   YES.

04:48:57   3           SO UNDER THE "HIGHLY AUTOMATED" COLUMN THERE, WE START

04:49:04   4      WITH THE SALES -- OR I'M SORRY, WE START WITH THE SWITCH

04:49:09   5      PROFITS, AS WE TALKED ABOUT, 0.6 PERCENT, SO ABOUT HALF OF A

04:49:14   6      PERCENT, THE SWITCH PROFITS ARE ALLOCATED TO THE CLI, THAT'S

04:49:19   7      $1.1 MILLION.

04:49:23   8           FOR OTHER CUSTOMERS, THE NON-HIGHLY AUTOMATED CUSTOMERS, A

04:49:29   9      LITTLE BIT OF A MIXED NUMBER BECAUSE A LOT OF THOSE ARE

04:49:30   10     PARTIALLY, AND SOMETIMES THEY ARE NOT TOTALLY AUTOMATED

04:49:34   11     CUSTOMERS, WE ATTRIBUTED 8 PERCENT OF THE SWITCH PROFIT TO THE

04:49:38   12     CLI.  THAT'S $15.3 MILLION, SO THE TOTAL FOR BOTH GROUPS

04:49:44   13     TOGETHER WOULD BE $16.3 MILLION.

04:49:47   14     Q.   AND THAT FIGURE THAT YOU JUST RECITED OF $16.3 MILLION, IS

04:49:51   15      THAT YOUR OPINION ON WHAT MAY BE A REASONABLE AWARD OF

04:49:57   16      DISGORGEMENT DAMAGES TO CISCO IF THE JURY FINDS THAT CISCO HAS

04:50:01   17      PROVEN INFRINGEMENT?

04:50:01   18     A.   YES.

04:50:02   19     Q.   OKAY.

04:50:04   20          I WOULD LIKE TO SWITCH TO A NEW TOPIC NOW, WHICH IS THE

04:50:09   21     PATENT CASE.

04:50:11   22          AND DID YOU DETERMINE DAMAGES IN THE EVENT THAT THE JURY

04:50:16   23     FINDS INFRINGEMENT OF THE '526 PATENT.

04:50:22   24     A.   I DID.

04:50:22   25     Q.   AND UNDER WHAT STANDARD DID YOU EVALUATE DAMAGES RELATIVE

08:21:46

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                    )
                   PLAINTIFF,        )  SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )  DECEMBER 9, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )  VOLUME 12
9                                    )
                   DEFENDANT         )  PAGES 2418-2655
10   _____  )

11                TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12                UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  DAVID A. NELSON
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

10:23:59  1        IF YOU LOOK AT OUR DATA CENTER FROM MICROSOFT OR FACEBOOK,

10:24:04  2    EACH FACILITY IS THE SIZE OF FOUR FOOTBALL FIELDS.  NO HUMAN

10:24:08  3    BEING CAN PHYSICALLY GO AND CAN CONFIGURE ITS DEVICE, IT HAS TO

10:24:13  4    BE AUTOMATED.

10:24:14  5        BUT AS THESE CLOUD COMPANIES PUBLISHED THEIR WORK ON

10:24:17  6    INTERNET, ON CONFERENCES AND ON VIDEOS, NEWS SPREAD QUICKLY.

10:24:20  7        SO MANY MORE COMPANIES, TODAY, WANT TO AUTOMATE THEIR

10:24:24  8    INFRASTRUCTURES.  AND THERE'S A TREND IN NETWORKING, THERE'S

10:24:27  9    BEEN A DRAMATIC CHANGE SINCE WE STARTED OUT, WHERE MORE

10:24:31  10   COMPANIES ARE AUTOMATING SOFTWARE-DEFINED NETWORKING TO CHANGE

10:24:34  11   THE WAY THEY OPERATE OR MANAGE THE NETWORK.

10:24:36  12   Q.   DOES ARISTA STILL INTERACT WITH CUSTOMERS OR POTENTIAL

10:24:41  13   CUSTOMERS WHO SEEK A CISCO-LIKE CLI?

10:24:44  14   A.   THERE ARE A FEW IN THE ENTERPRISE SPACE, EVEN TODAY.

10:24:48  15   Q.   NOW IN 2009, THERE WAS A STUDY DONE BY MR. DAVE HEYMAN AT

10:25:00  16   ARISTA REGARDING USABILITY; ARE YOU FAMILIAR WITH THAT?

10:25:03  17   A.   YES, I AM.

10:25:04  18   Q.   AND WHAT WAS THE PURPOSE OF THAT STUDY?

10:25:09  19   A.   THAT STUDY WAS DONE TO EDUCATE OUR SALES TEAM AND

10:25:15  20   CUSTOMERS THAT TRANSITIONING TO ARISTA PRODUCTS WAS NOT GOING

10:25:18  21   TO BE TOO HARD, THAT WAS GENERALLY A WAY CUSTOMERS WOULD HAVE

10:25:23  22   IF THEY WERE LOOKING AT NEW EQUIPMENT.

10:25:26  23       AND THAT USABILITY STUDY WAS DONE TO SHOW THAT IT IS

10:25:28  24   POSSIBLE, IT'S FAIRLY EASY FOR THEM TO TRANSITION TO THE ARISTA

10:25:32  25   PRODUCT.

10:53:58  1    Q.   IT IS PAGE 248.  LINES 1 TO 5.  ARE YOU THERE, SIR?

10:54:11  2    A.   YES.

10:54:11  3    Q.   AND MAY I PLAY THE CLIP, YOUR HONOR?

10:54:14  4         THE COURT:  YOU MAY.

10:54:15  5         **(THE VIDEO DEPOSITION OF ANSHUL SEDANA WAS PLAYED INTO THE**

10:54:16  6    **RECORD.)**

10:54:16  7    BY MR. NELSON:

10:54:31  8    Q.   OKAY.  SO THAT'S A TRUE STATEMENT; RIGHT, SIR?

10:54:37  9    A.   THAT'S A TRUE STATEMENT.

10:54:38  10   Q.   AND NOW SITTING HERE TODAY, DO YOU BELIEVE THAT IT'S

10:54:46  11   DESIRABLE FOR ARISTA TO HAVE THE FLEXIBILITY TO REDO COMMANDS,

10:54:50  12   IF NECESSARY, FROM THE COMMANDS THAT ARE IMPLEMENTED TO CISCO'S

10:54:53  13   CLI?

10:54:54  14   A.   AS I MENTIONED IN MY DEPOSITION, FOR THE BASE FEATURES,

10:55:00  15   NO, BECAUSE IT'S USED BY ALL THE CUSTOMERS ACROSS THE WORLD,

10:55:03  16   INCLUDING ENTERPRISES.

10:55:05  17        FOR OTHER FEATURES, YES.

10:55:06  18   Q.   OKAY.  SO FOR THE BASE FEATURES, I THINK YOU CALLED THEM

10:55:10  19   "CORE FEATURES" LAST TIME AROUND?

10:55:11  20   A.   SURE.

10:55:12  21   Q.   NO FLEXIBILITY TO DEVIATE FROM THE CISCO CLI, EVEN TODAY;

10:55:15  22   RIGHT?

10:55:15  23   A.   BECAUSE WE STILL WANT TO WIN THE ENTERPRISE CUSTOMERS AND

10:55:18  24   THAT'S THE CLI THEY ARE FAMILIAR WITH.

10:55:21  25   Q.   OKAY.  SO NOW YOU TALKED A BIT ABOUT MICROSOFT AND SOME OF

**REDIRECT EXAMINATION**

11:00:28  1

11:00:28  2    BY MR. FERRALL:

11:00:29  3    Q.   ONE QUESTION MR. SADANA.

11:00:31  4        CAN YOU EXPLAIN TO THE JURY WHAT THE IMPLICATIONS FOR YOUR

11:00:35  5    CUSTOMERS WOULD BE IF ARISTA WERE TO CHANGE ITS CLI NOW AFTER

11:00:40  6    BEING ON THE MARKET FOR EIGHT YEARS?

11:00:44  7    A.   THIS WOULD BE A HUGE PAIN FOR THE CUSTOMERS, BECAUSE THEY

11:00:48  8    HAVE SPEND THE TIME INCLUDING OUR PRODUCTS INTO THE NETWORK AND

11:00:53  9    THEY HAVE LEARNED HOW TO CONFIGURE IT, THEY'VE WRITTEN SCRIPTS

11:00:58  10   ON HOW TO CONFIGURE THESE SWITCHES.  AND NOW IF WE MAKE A

11:01:05  11   CHANGE, THEIR ENGINEERING TEAMS WILL NOW HAVE THE BURDEN TO

11:01:10  12   MAKE CHANGES TO THE NETWORK WHICH DOESN'T CHANGE THE

11:01:13  13   FUNCTIONALITY OF THE NETWORK, IT'S THE SAME NUMBER OF SERVERS

11:01:17  14   TALKING WITH EACH OTHER OVER THE SAME PROTOCOLS, BUT THEY WILL

11:01:22  15   HAVE TO GO THROUGH THE PAIN OF CHANGING THE CLI.

11:01:24  16   Q.   I LIED.  I HAVE TWO QUESTIONS.

11:01:26  17       DID CISCO EVER TELL YOU TO CHANGE ITS CLI BEFORE THIS

11:01:28  18   LAWSUIT WAS FILED?

11:01:29  19   A.   NO, THERE WAS NO COMMENT OR DISCUSSION WITH CISCO AT THE

11:01:34  20   TIME TO CHANGE OUR CLI.

11:01:37  21       MR. FERRALL:  NOTHING FURTHER.

11:01:38  22   THANK YOU, YOUR HONOR.

11:01:38  23       THE COURT:  MR.  NELSON?

11:01:39  24       MR. NELSON:  NOTHING FURTHER, YOUR HONOR.

11:01:41  25       THE COURT:  OKAY.  AND MR. SADANA, THANK YOU FOR YOUR

11:16:00  1    YOUR HONOR.

11:16:00  2            THE COURT:  THANK YOU.  IT WILL BE ADMITTED.

11:16:03  3    (PLAINTIFF'S EXHIBIT 183 WAS ADMITTED INTO EVIDENCE.)

11:16:03  4    BY MR. NELSON:

11:16:03  5    Q.  SO IF WE MOVE DOWN THE PAGE A BIT THERE, YOU WILL SEE

11:16:17  6    THERE THAT I THINK IT'S THE THIRD PARAGRAPH?

11:16:18  7    A.  YES.

11:16:19  8    Q.  IT SAYS, "DESPITE WHAT KEN MENTIONED IN THE BUG, I THINK

11:16:22  9    THIS IS WHAT WE WANT TO IMPLEMENT.  IT IS A STANDARD COMMAND

11:16:26 10    ACROSS CISCO SWITCHES AND WE USUALLY TRY HARD NOT TO INNOVATE

11:16:33 11    ON CLI COMMANDS WITHOUT GOOD REASON."

11:16:35 12        DO YOU SEE THAT?

11:16:36 13    A.  YES, I DO.

11:16:37 14    Q.  AND HOW DOES THAT AFFECT YOUR OPINION REGARDING

11:16:40 15    TRANSFORMATION OF THE CLI?

11:16:41 16    A.  WELL, IT'S SOME OF THE EVIDENCE THAT I RELIED ON THAT

11:16:44 17    DEMONSTRATES THAT CONTRARY TO WHAT DR. BLACK TRIED TO OFFER AS

11:16:48 18    AN OPINION, THAT SEVERAL OF THE ARISTA WITNESSES HAVE TESTIFIED

11:16:52 19    THAT THEY WANTED THE CLI TO BE THE SAME AS CISCO'S.  THEY

11:16:57 20    DIDN'T WANT TO CHANGE IT.  THEY DIDN'T WANT TO INNOVATE, THEY

11:17:02 21    WANTED TO KEEP IT THE SAME FOR VERY SPECIFIC REASONS.

11:17:04 22    Q.  NOW DID YOU SEE ANY OTHER EVIDENCE IN THE CASE THAT

11:17:08 23    INDICATED THAT THE CLI, THE CISCO CLI WAS NOT TRANSFORMED IN

11:17:13 24    THE ARISTA PRODUCT?

11:17:14 25    A.  YES.  THERE'S A LOT OF EVIDENCE.

11:17:16   1   Q.   AND WHAT IS SOME OF THAT?

11:17:18   2   A.   WELL, MR. DUDA TALKED ABOUT SLAVISHLY COPYING THE CLI.

11:17:24   3   MR. DALE ALSO TESTIFIED THAT THEY WANTED IT TO BE

11:17:28   4   99.999 PERCENT THE SAME.

11:17:33   5        THERE WAS EVIDENCE IN THE AT&T REPORT THAT I TALKED ABOUT

11:17:36   6   PREVIOUSLY WHERE YOU WANTED TO BE ABLE TO CUT AND PASTE THE

11:17:41   7   CONFIGURATION COMMANDS FROM CISCO DIRECTLY INTO ARISTA SO THAT

11:17:46   8   IT WOULD STILL BE ABLE TO OPERATE WITHOUT HAVING TO MAKE ANY

11:17:50   9   CHANGES.

11:17:50  10        REALLY, THE WHOLE GOAL WAS NOT TO MAKE ANY CHANGES TO THE

11:17:54  11   CLI SO THAT YOU COULD USE AN ARISTA SWITCH WITHOUT HAVING TO

11:17:59  12   RECEIVE ADDITIONAL TRAINING.

11:18:00  13   Q.   AND HOW IS IT THAT CUT AND PASTING THE CONFIGURATION FILES

11:18:05  14   FROM A CISCO SWITCH TO AN ARISTA SWITCH AFFECTS THAT

11:18:09  15   TRANSFORMATION OPINION?

11:18:11  16   A.   WELL, IF YOU WANT TO TAKE THE SAME COMMANDS THAT ARE

11:18:15  17   ENTERED VIA A CISCO CLI AND CUT AND PASTE THEM AND RUN THEM ON

11:18:22  18   AN ARISTA SWITCH, YOU ARE NOT CHANGING THEM.

11:18:24  19        SO THE FACT THAT YOU CAN DO THAT, THAT YOU CAN USE THE

11:18:27  20   SAME CONFIGURATION MEANS YOU HAVEN'T TRANSFORMED THE CLI, IT'S

11:18:30  21   THE SAME COMMANDS FROM ONE CLI TO THE OTHER.  THERE'S NO

11:18:34  22   TRANSFORMATION THAT'S HAPPENING FROM CISCO'S CLI TO ARISTA'S

11:18:39  23   CLI.

11:18:39  24   Q.   SO, SIR, I WANT TO TURN TO ANOTHER PART OF DR. BLACK'S

11:18:47  25   TESTIMONY.

ALMEROTH DIRECT EXAM BY MR. NELSON                              2527

11:18:47  1        AND IF YOU COULD LOOK AT EXHIBIT 9037 IN YOUR BINDER.  AND

11:19:02  2   WE CAN PULL THAT UP ON THE SCREEN, IT'S ALREADY BEEN ADMITTED

11:19:06  3   INTO EVIDENCE.

11:19:06  4   A.   OKAY.

11:19:07  5   Q.   THAT MIGHT BE A LITTLE EASIER TO LOOK AT.

11:19:10  6        NOW CAN YOU WEE RY MIND US WHAT WE'RE LOOKING AT HERE.

11:19:13  7   A.   THIS WAS AN EXHIBIT THAT DR. BLACK TESTIFIED ABOUT.

11:19:16  8        MR. VAN NEST:  OBJECTION, YOUR HONOR.

11:19:17  9        THIS IS OUTSIDE THE SCOPE OF HIS REBUTTAL REPORT.

11:19:19  10       MR. NELSON:  YOUR HONOR, WE COVERED THIS AT THE

11:19:21  11  SIDEBAR LAST TIME IN HIS DEPOSITION.  HE HAD TALKED ABOUT

11:19:25  12  THE --

11:19:25  13       THE COURT:  OVERRULED.

11:19:27  14       THE WITNESS:  OKAY.  SO THIS WAS AN EXHIBIT THAT

11:19:29  15  DR. BLACK RELIED ON COMPARING THE CISCO COMMANDS WITH THE

11:19:33  16  ARISTA COMMANDS, AND THEN HE ALSO HAD SOME ADDITIONAL

11:19:39  17  DISCUSSION ABOUT THE PARAMETERS THAT CAN BE USED WITH THE

11:19:41  18  COMMANDS.

11:19:42  19  Q.   AND WHAT'S THE RELEVANCE OF THE PARAMETERS TO THE

11:19:47  20  TRANSFORMATION OR LACK THEREOF IN THIS CASE?

11:19:50  21  A.   WELL, THERE ISN'T ANY RELEVANCE.  WHAT'S IMPORTANT HERE IS

11:19:53  22  THE COMMAND ITSELF.  AND THE FACT THAT YOU CAN HAVE A PARAMETER

11:19:57  23  AFTER IT.

11:19:58  24       SO FOR EXAMPLE, IF YOU ARE CONFIGURING AN IP ADDRESS AND

11:20:01  25  THERE'S A PARAMETER THAT SAYS THIS IS THE IP ADDRESS THAT I

11:20:05  1    WANT TO USE, OR THE NAME OF THE HOST THAT I WANT TO USE OR SOME

11:20:09  2    DETAIL THAT'S BEING USED AS PART OF THE COMMAND, THOSE

11:20:13  3    PARAMETERS DON'T AFFECT THE FACT THAT YOU STILL HAVE THE

11:20:17  4    COMMAND.

11:20:17  5        IN FACT, IF YOU LOOK AT THIS EXHIBIT, IT HAS AAA

11:20:22  6    ACCOUNTING UNDER THE CISCO COMMAND, AND IT HAS AAA ACCOUNTING

11:20:26  7    UNDER THE ARISTA COMMAND.

11:20:27  8    Q.   AND SO IF WE SCROLL DOWN, GO TO THE NEXT PAGE, THERE'S

11:20:34  9    ANOTHER ONE WE SEE THERE, AAA AUTHENTICATION LOGIN AND THEN THE

11:20:40  10   ARISTA COMMAND AAA AUTHENTICATION LOGIN; DO YOU SEE THAT?

11:20:44  11   A.   YES.

11:20:44  12   Q.   SO WHEN YOU REVIEWED THIS EXHIBIT 9037, WHAT DID THAT

11:20:47  13   ACTUALLY TELL YOU ABOUT THE RELATIONSHIP BETWEEN THE CISCO CLI

11:20:54  14   COMMANDS AND THE ARISTA CLI COMMANDS?

11:20:57  15   A.   THAT THEY WERE THE SAME, THEY ARE THE SAME COMMANDS.

11:21:00  16   Q.   AND IS THAT TRUE FOR ALL OF THE 506 COMMANDS?

11:21:05  17   A.   IT IS.

11:21:08  18   Q.   NOW -- AND WHEN YOU SAY THAT THE SAME COMMANDS, DOES THAT

11:21:13  19   MEAN THEY ARE IDENTICAL?

11:21:14  20   A.   THEY ARE IDENTICAL, THAT'S CORRECT.  YOU CAN LOOK THROUGH

11:21:18  21   THIS ENTIRE EXHIBIT AND YOU SEAL THOSE FIRST TWO COLUMNS PAGE

11:21:22  22   AFTER PAGE AFTER PAGE WHERE THE COMMANDS ARE IDENTICAL.

11:21:25  23   Q.   NOW I WOULD LIKE TO GO TO EXHIBIT 5, WHICH IS ALREADY IN

11:21:33  24   EVIDENCE.

11:21:34  25        MR. NELSON:  AND IF WE CAN GO TO THE BATES NUMBER

11:21:38  1      PAGE, MR. FISHER, IS 8994.  IT'S THE ARISTA MANUAL.  CAN WE GO

11:22:22  2      TO THE PAGE BATES NUMBERED, THE LAST FOUR ARE 8994.

11:22:38  3          WE CAN GO TO THAT PAGE, THAT'S TOTALLY FINE.  ANY OF THESE

11:22:41  4      WILL WORK.  SO MR. FISHER, WE DON'T NEED TO FIND ANOTHER ONE,

11:22:45  5      LET'S LOOK AT THAT ONE.

11:22:47  6          OKAY.  SO IF WE GO TO WHERE THE COMMANDS ARE LISTED.  HERE

11:22:56  7      WE GO.  SO FOR EXAMPLE, HERE IN THE ARISTA MANUAL, WHAT ARE WE

11:23:04  8      LOOKING AT HERE?

11:23:05  9      A.   SURE.  SO FROM THE FIRST PAGE THIS WAS THE ARISTA USER

11:23:10 10      REFERENCE MANUAL, I THINK AS PART OF THE SCROLLING YOU WENT

11:23:13 11      THROUGH THE TABLE OF CONTENTS.  AT THE END OF THE TABLE OF

11:23:16 12      CONTENTS, THERE IS A LIST OF COMMANDS.

11:23:20 13          IN FACT, IT MIGHT BE WORTHWHILE TO GO BACK A COUPLE OF

11:23:23 14      PAGES JUST TO SHOW -- RIGHT.

11:23:27 15          SO UNDER CHAPTER 3 HERE, IT HAS THIS COMMAND-LINE

11:23:31 16      INTERFACE.  AND THEN WHAT IT'S DOING OVER THE NEXT FEW PAGES IS

11:23:34 17      LISTING THE COMMANDS FROM THE COMMAND-LINE INTERFACE.

11:23:37 18          AND IF YOU GO TO THE NEXT CHAPTER ON CHAPTER 4, THOSE ARE

11:23:41 19      ALSO COMMANDS.  IN FACT, THE FIRST ONE THERE UNDER CHAPTER 4,

11:23:47 20      AAA ACCOUNTING, THAT'S ONE OF THE ONES THAT WE'VE SEEN, AAA

11:23:52 21      AUTHENTICATION ENABLE, THAT'S ANOTHER COMMAND THAT WE'VE SEEN.

11:23:56 22          SO WITHIN THE ARISTA MANUALS, THEY LIST OUT WHAT THE

11:24:00 23      IMPORTANT COMMANDS ARE.  AND THOSE ARE THE SAME AS WHAT I'VE

11:24:06 24      IDENTIFIED FROM THE CISCO CLI THAT THEY GOT COPIED.

11:24:11 25      Q.   NOW, SIR, I WANT TO TURN TO ANOTHER TOPIC HERE.  WERE YOU

11:24:15  1    HERE FOR DR. BLACK'S TESTIMONY WHERE HE BASICALLY SAID THAT

11:24:20  2    ARISTA COPIED A TRIVIAL AMOUNT?

11:24:23  3    A.   YES.

11:24:24  4    Q.   DO YOU AGREE WITH THAT?

11:24:25  5    A.   NO, I DON'T.

11:24:26  6    Q.   AND WHY IS THAT?

11:24:27  7    A.   WELL, I THINK IT'S MISLEADING.  I THINK THAT JUST LOOKING

11:24:31  8    AT ANY SORT OF NUMBERS OR CALCULATIONS IS MISLEADING.  THAT

11:24:36  9    WHAT YOU HAVE TO LOOK AT IS YOU HAVE TO LOOK AT THE SUBSTANCE

11:24:38  10   OF WHAT WAS TAKEN.

11:24:39  11       AND MY UNDERSTANDING IS YOU HAVE TO LOOK AT BOTH THE

11:24:42  12   QUANTITY AND THE QUALITY TO DETERMINE WHETHER OR NOT THERE WAS

11:24:46  13   COPYING.

11:24:47  14       AND IF YOU LOOK AT THE EVIDENCE THAT DESCRIBES BOTH WHAT

11:24:51  15   ARISTA WAS TRYING TO DO, THE FACT THAT THEY WERE CHARACTERIZING

11:24:56  16   WHAT THEY WERE DOING AS IN TAKING THE IMPORTANT PARTS FROM THE

11:25:00  17   CLI, IT'S CLEAR THAT WHAT THEY WERE TAKING WAS THE SUBSTANTIAL

11:25:06  18   IMPORTANT PIECES OF THE CISCO CLI.

11:25:09  19          MR. NELSON:  SO IF WE COULD PULL UP EXHIBIT 488,

11:25:13  20   MR. FISHER, WHICH IS THE USABILITY STUDY THAT WE'VE TALKED

11:25:18  21   ABOUT EARLIER, AND IF WE COULD GO TO PAGE 14.

11:25:26  22   Q.   NOW SIR, WE TALKED ABOUT THIS ON THE LAST TIME YOU WERE ON

11:25:30  23   THE STAND.  BUT CAN YOU REMIND US WHAT PAGE 14 SHOWS HERE?

11:25:33  24   A.   SURE.  PAGE 14 SHOWS A COUPLE OF THINGS.  CERTAINLY

11:25:37  25   THERE'S THE GRAPH ON THE OVERALL PERFORMANCE.

ALMEROTH DIRECT EXAM BY MR. NELSON                    2531

11:25:40  1        I TALKED ABOUT THAT IN A LOT OF DETAIL ABOUT THE

11:25:43  2   SIMILARITY AND THE SYNTAX BETWEEN IOS AND EOS.

11:25:48  3        BUT WHAT'S ALSO IMPORTANT IS WHEN YOU LOOK AT JUDGING THE

11:25:52  4   SIMILARITY OF THE CLI'S BETWEEN THE TWO, WHAT'S IMPORTANT TO

11:25:56  5   LOOK AT IS THE OVERLAP IN THE IMPORTANT COMMANDS.  AND THERE'S

11:26:00  6   A LINE AT THE END OF THAT FIRST PARAGRAPH THAT TALKS ABOUT ALL

11:26:04  7   TESTS WERE CHOSEN BEFORE ANY TESTS WERE RUN.

11:26:07  8        SO THIS WAS A SELECTION OF TESTS THAT WERE DETERMINED TO

11:26:11  9   BE IMPORTANT IN LOOKING AT THE SIMILARITY BETWEEN EOS AND IOS,

11:26:16  10  AS WELL AS NX-OS.

11:26:17  11       IN FACT, IN THE BACK OF THIS EXHIBIT, THERE ARE PAGES AND

11:26:21  12  PAGES OF WHAT THE COMMANDS WERE, WHAT THEY WERE ENTERED ON EACH

11:26:25  13  OF THE SWITCHES AND THEN THE OUTPUTS FROM ENTERING THESE

11:26:28  14  COMMANDS.

11:26:28  15       AND WHAT THIS USABILITY STUDY SHOWS IS ONE PIECE OF

11:26:32  16  EVIDENCE IS, THAT WHEN ARISTA WAS COPYING THE CISCO CLI, THEY

11:26:37  17  WERE TAKING THE IMPORTANT PIECES OF THAT CLI, THE PIECES THAT

11:26:41  18  WERE NEEDED SO THAT SOMEBODY COULD CUT AND PASTE THEIR

11:26:45  19  CONFIGURATION FROM CISCO AND HAVE IT IMMEDIATELY WORK ON AN

11:26:50  20  ARISTA SWITCH.

11:26:50  21  Q.   SO LET'S STOP THERE ON THE CUT AND PASTE THE CONFIGURATION

11:26:56  22  FILES FROM THE CISCO SWITCH TO AN ARISTA SWITCH, HOW DOES THAT

11:26:59  23  TELL YOU THAT IT'S A NONTRIVIAL PART?

11:27:02  24  A.   IT'S A NONTRIVIAL PART BECAUSE IF YOU CAN CUT AND PASTE

11:27:07  25  THAT CONFIGURATION, AND THE CONFIGURATION INCLUDES ALL OF THE

11:27:09    1    THINGS THAT YOU NEED TO DO TO GET THAT SWITCH UP AND RUNNING.

11:27:14    2         AND IF YOU HAVE AN ARISTA EMPLOYEE SAYING OR YOU HAVE A

11:27:16    3    REPORT FROM AT&T SAYING THAT THESE THINGS ARE CLOSE ENOUGH,

11:27:19    4    THAT THEY ARE CLONES OF EACH OTHER SO THAT YOU CAN CUT AND

11:27:24    5    PASTE THAT CONFIGURATION AND IT'S STILL GOING TO WORK ON AN

11:27:27    6    ARISTA PRODUCT, THEN THAT'S TELLING YOU THAT WHAT ARISTA HAS

11:27:30    7    CHOSEN TO COPY IS THE SIGNIFICANT PORTIONS OF THE CLI.

11:27:35    8    Q.   NOW DO YOU UNDERSTAND WHETHER DR. BLACK EVEN OFFERED AN

11:27:43    9    OPINION ABOUT THE QUALITATIVE PORTION OF WHAT ARISTA TOOK?

11:27:50   10    A.   I DO HAVE AN OPINION, AND THAT OPINION IS THAT HE DIDN'T

11:27:53   11    LOOK AT THAT.  I DID NOT HEAR HIM TESTIFY THAT HE LOOKED AT ANY

11:27:58   12    ASPECT ABOUT THE QUALITY OR THE IMPORTANCE OF THE COMMANDS OF

11:28:01   13    THE 506 COMMANDS THAT ARISTA COPIED.

11:28:04   14    Q.   NOW WE'VE HEARD SOME TESTIMONY ABOUT THE OVERALL NUMBER OF

11:28:07   15    COMMANDS IN IOS; YOU'VE HEARD THAT?

11:28:11   16    A.   YES.

11:28:12   17    Q.   NOW DO YOU THINK THAT THAT'S A PROPER ANALYSIS FOR

11:28:15   18    DETERMINING WHETHER WHAT WAS COPIED BY ARISTA WAS A TRIVIAL

11:28:19   19    AMOUNT?

11:28:20   20    A.   NO.  I MEAN, CISCO HAS LOTS AND LOTS OF DIFFERENT

11:28:25   21    PRODUCTS.  ARISTA DOESN'T MAKE PRODUCTS THAT COMPETE ACROSS THE

11:28:29   22    BOARD WITH CISCO.  AND SO ARISTA REALLY JUST TOOK THE COMMANDS

11:28:34   23    THAT WERE IMPORTANT TO ARISTA.

11:28:37   24         AND THE ANALOGY IS IF YOU'VE GOT AN ENCYCLOPEDIA A TO Z,

11:28:41   25    AND YOU HAVE IT WRITE A REPORT ON ELEPHANTS.  AND SO YOU COPY

11:28:45  1    THE COUPLE OF PAGES FROM THE ENCYCLOPEDIA ON ELEPHANT, SOMEBODY

11:28:50  2    COULD COME IN AND SAY, WELL, THERE WERE 10,000 PAGES AND YOU

11:28:54  3    ONLY TOOK THESE TWO, SO THAT'S NOT A VERY SIGNIFICANT AMOUNT.

11:28:57  4        BUT THE REALITY IS THAT YOU WERE COPYING THE IMPORTANT

11:29:01  5    PIECES TO WHAT YOU NEEDED.  AND IT WAS A SUBSTANTIAL PORTION OF

11:29:04  6    YOUR REPORT ON ELEPHANTS.

11:29:06  7        AND SO YOU HAVE TO CONSIDER THOSE TWO FACTORS TOGETHER

11:29:09  8    WHEN LOOKING AT THE QUESTION OF WHETHER OR NOT WHAT WAS TAKEN

11:29:13  9    WAS SUBSTANTIAL.

11:29:17 10    Q.   SO NOW ON THAT POINT, I WOULD LIKE YOU TO PUT UP

11:29:23 11    EXHIBIT 4797 AS A DEMONSTRATIVE.

11:29:26 12        MR. NELSON:  IF WE COULD PUT THAT UP, MR. FISHER.

11:29:31 13    Q.   SO CAN YOU TELL US WHAT WE ARE LOOKING AT HERE, SIR?

11:29:35 14    A.   SURE.  THIS IS A TABLE THAT I PUT TOGETHER AS PART OF MY

11:29:38 15    REPORT.  FOUR COLUMNS.

11:29:41 16        THE FIRST ONE IS THE EOS VERSION, THAT'S THE SOFTWARE THAT

11:29:44 17    RUNS ON THE ARISTA SWITCHES.  THE NUMBER OF COMMANDS THAT WERE

11:29:50 18    COPIED FROM CISCO, OBVIOUSLY WE HAVE BEEN TALKING ABOUT 506

11:29:54 19    OVER AND OVER AGAIN.

11:29:56 20        THE EARLIEST VERSIONS DIDN'T COPY 506, BUT WHAT'S

11:30:00 21    IMPORTANT TO LOOK AT IS THAT THIRD COLUMN, WHICH IS THE TOTAL

11:30:04 22    NUMBER OF COMMANDS IN THE EOS USER MANUAL.

11:30:07 23        SO YOU ASKED ME QUESTIONS ABOUT THE ONE EXHIBIT WHERE WE

11:30:10 24    WENT THROUGH THE TABLE OF CONTENTS, AND THE EOS MANUAL HAS A

11:30:14 25    LIST OF ALL OF THE COMMANDS FOR THAT VERSION OF EOS THAT IT

11:30:17   1      THINKS ARE IMPORTANT AND IS DESCRIBING IN THE MANUAL.

11:30:21   2           SO THE COUNT IN THAT THIRD COLUMN COMES FROM THE USER

11:30:25   3      MANUAL FOR THAT PARTICULAR VERSION.

11:30:27   4           AND THEN YOU DO THE MATH THERE AND YOU SEE THAT IN THE

11:30:29   5      VERY FIRST VERSION, THAT 52 PERCENT OF THE COMMANDS THAT EOS

11:30:34   6      DESCRIBED IN ITS MANUAL CAME FROM CISCO.

11:30:38   7           AND YOU CAN LOOK AT THE PERCENTAGES DOWN THE COLUMN AS

11:30:42   8      HIGH AS 67 PERCENT, AND THEN CURRENTLY IN THE LAST VERSION

11:30:47   9      ANALYZED IT WAS 37 PERCENT.

11:30:49   10     Q.   AND IF WE LOOK AT THAT LAST VERSION OF 37 PERCENT, WHAT

11:30:53   11     DOES THE 37 PERCENT REPRESENT, AGAIN?

11:30:56   12     A.   IT REPRESENTS THE PERCENTAGE OF CISCO COMMANDS THAT WERE

11:31:01   13     COPIED, 506, FROM THE NUMBER OF COMMANDS THAT ARE LISTED IN THE

11:31:06   14     ARISTA EOS MANUAL.  AND THEN YOU DO THE MATH.

11:31:09   15     Q.   SO THEN, SIR, BASED UPON SOME OF THE TESTIMONY THAT WE'VE

11:31:16   16     HEARD HERE, DO YOU HAVE AN UNDERSTANDING OF WHY THERE ARE

11:31:21   17     COMMANDS ADDED OVER TIME INTO THE ARISTA EOS VERSIONS?

11:31:25   18     A.   THAT THERE'S DIFFERENT FUNCTIONALITY, AND ARISTA CERTAINLY

11:31:29   19     HAS THE ABILITY TO CREATE ITS OWN COMMANDS FOR THAT ADDITIONAL

11:31:32   20     FUNCTIONALITY.  AND SO THEY HAVEN'T COPIED EVERY SINGLE

11:31:37   21     COMMAND, BUT CERTAINLY A SUBSTANTIAL PORTION.

11:31:40   22     Q.   NOW, IF WE CAN GO TO SLIDE 17 -- ACTUALLY, THIS SAYS 18.

11:31:50   23     NO, YOU ARE RIGHT, I THINK IT IS 18.

11:32:03   24          MR. NELSON:  LET'S GO BACK ONE, MR. FISHER, TO 17.

11:32:07   25     AND WE WILL TALK ABOUT THAT ONE FIRST.

11:32:09  1    Q.   OKAY.  SO WHAT ARE WE SHOWING HERE ON SLIDE 17?

11:32:11  2    A.   SURE.  OF THERE'S TWO GRAPHS THAT GO TOGETHER, PAGES 17

11:32:15  3    AND 18.  WHAT YOU SEE HERE IS THE SAME INFORMATION FROM THAT

11:32:19  4    LAST TABLE.

11:32:20  5         AND NOW IT'S CHARTED AS A BAR GRAPH, BUT IT ALSO SHOWS THE

11:32:25  6    TIME FOR WHEN EACH OF THESE MANUALS WAS PUBLISHED.  SO YOU CAN

11:32:29  7    SEE THIS INFORMATION OVER TIME.

11:32:31  8         SO FROM 2009, THE NUMBER OF COMMANDS THAT ARISTA COPIED

11:32:35  9    FROM CISCO WAS RIGHT AROUND 100.  AND THAT IS THE SAME AS WITH

11:32:41  10   THE TABLE.

11:32:42  11        AND THEN SLIDE 18, THE NEXT ONE, THEN SHOWS THE NUMBER OF

11:32:48  12   TOTAL COMMANDS THAT WERE IN EOS.

11:32:50  13   Q.   SO IF WE JUST FOCUS HERE, LET'S GO BACK TO SLIDE 17, ON

11:32:55  14   VERSION 4.1.0; DO YOU SEE THAT?

11:32:59  15   A.   4.10.0?

11:33:03  16   Q.   YEAH, I SAID THAT WRONG.  4.10.0.  THANK YOU, SIR.  LET'S

11:33:08  17   LOOK AT THAT ONE.

11:33:09  18        AND WHAT'S THE DATE THERE?

11:33:11  19   A.   THAT IS JULY 19TH, 2012.

11:33:16  20   Q.   SO IF WE GO BACK TO EXHIBIT 4797 THAT WE WERE LOOKING AT,

11:33:22  21   CAN YOU TELL US WHERE THAT FALLS INTO THE CHART?

11:33:27  22   A.   4.10.0 IS RIGHT THERE, THAT LINE.

11:33:32  23   Q.   AND WHAT DO YOU SEE HAPPENING THERE AT 4.10.0?

11:33:37  24   A.   WHAT YOU SEE IS A SIGNIFICANT JUMP IN THAT 2012 TIMEFRAME,

11:33:41  25   BOTH IN TERMS OF THE NUMBER OF COMMANDS THAT ARISTA HAS OVER

ALMEROTH DIRECT EXAM BY MR. NELSON                    2536

| | |
|---|---|
| 11:33:45 | 1 |

ALL, BUT ALSO A CORRESPONDING JUMP IN THE NUMBER OF COMMANDS

THAT THEY'VE COPIED FROM CISCO.

Q.   AND DO YOU KNOW WHY THAT IS?

A.   I DO.  IT'S BASICALLY WHEN THEY INTRODUCED THEIR CLOUD

SWITCH WHERE THEY ADDED ALL OF THE ADDITIONAL FUNCTIONALITY TO

THE SWITCH.

Q.   NOW, SIR, I WOULD LIKE TO TURN TO ANOTHER TOPIC HERE.  AND

THAT CONCERNS SOME OF THE DR. BLACK'S OPINIONS REGARDING

WIDESPREAD USE OF THE CISCO CLI.

A.   YES.

Q.   DO YOU RECALL THAT TESTIMONY?

A.   I DO.

Q.   AND DO YOU BELIEVE THAT DR. BLACK'S DATA SHOW THAT THERE

WAS ACTUALLY WIDESPREAD USE OF THE CISCO CLI?

A.   NO, IT DID NOT.

Q.   AND CAN YOU TELL US WHY THAT IS?

A.   SURE.  SO AS I TESTIFIED EARLIER IN CROSS-EXAMINATION LAST

WEEK WHEN MR. VAN NEST WAS ASKING ME QUESTIONS, I HAVE REAL

PROBLEMS WITH THE METHODOLOGY THAT HE USED.

IF YOU THINK ABOUT THE NUMBER OF COMPANIES THAT DO

NETWORKING AND PRODUCE SWITCHES, SINCE THE TIME THAT THESE

COMMANDS WERE CREATED IN ABOUT 1986, THERE ARE HUNDREDS OF

COMPANIES.

AND, ESSENTIALLY, WHAT DR. BLACK DID IS HE NARROWED THE

NUMBER OF COMPANIES DOWN TO 18.  AND THEN HE WANTED TO ARGUE

11:40:55   1    WAS ABOUT THE SAME AS IT IS NOW.

11:40:57   2    Q.   AND YOUR VIEW IS THAT THE COMMANDS THAT ARISTA USED FROM

11:41:01   3    CISCO WERE THE ONES THEY NEEDED TO USE, THE MOST IMPORTANT

11:41:04   4    ONES?

11:41:05   5    A.   THAT'S CORRECT.

11:41:05   6    Q.   AND THE ONES THAT FORMED SORT OF THE CORE OF THEIR SWITCH;

11:41:10   7    RIGHT?

11:41:10   8    A.   THE CORE OF THE USER INTERFACE, THAT'S CORRECT.

11:41:13   9    Q.   OKAY.  AND THAT A HUNDRED OF THOSE WAS ENOUGH IN 2009 TO

11:41:18  10    BE SORT OF THE CORE OF THEIR USER INTERFACE; RIGHT?

11:41:21  11    A.   THAT'S CORRECT.  GIVEN THAT THEIR USER INTERFACE IN 2009

11:41:25  12    WAS QUITE SMALL, AND THE TOTAL NUMBER OF COMMANDS OVERALL WAS

11:41:29  13    VERY SMALL, THAT ABOUT 100 COMMANDS AT ABOUT 50 PERCENT WAS A

11:41:35  14    SIGNIFICANT PERCENTAGE.

11:41:35  15    Q.   NOW THERE ARE MANY OF THE MAJOR VENDORS THAT COMPETE WITH

11:41:41  16    ARISTA AND CISCO THAT USE FAR MORE THAN 100 OF THESE SAME

11:41:45  17    COMMANDS YOU ARE COMPLAINING ABOUT HERE; RIGHT?

11:41:47  18    A.   AGAIN, YOU HAVE TO LOOK AT THE ANALYSIS -- WELL, LET ME

11:41:52  19    SAY.

11:41:52  20    Q.   CAN YOU ANSWER MY QUESTION?

11:41:53  21    A.   YEAH, THAT'S WHAT I WAS GOING TO TRY AND DO.

11:41:56  22         THAT'S GENERALLY CORRECT, BUT YOU HAVE TO LOOK AT THE

11:41:59  23    TOTAL NUMBER OF COMMANDS THAT THEY SUPPORT.

11:42:01  24         AND REALLY, IF YOU LOOK AT 100 THEN VERSUS 506 NOW, AND AT

11:42:06  25    MOST IT'S A COUPLE OF HUNDRED, THAT REALLY IS A SIGNIFICANT

12:01:09  1    A.   NOW THIS PART WAS FOCUSED ON THE MANUAL.  AND THE REASON

12:01:13  2    WHY I DID THAT WAS TO EMPHASIZE WHETHER ARISTA WAS TEACHING TO

12:01:17  3    ITS CUSTOMERS WHAT IT THOUGHT WERE THE IMPORTANT COMMANDS

12:01:19  4    CONSISTENT WITH THE OTHER TESTIMONY I HAD SEEN ABOUT COPYING

12:01:23  5    THE CLI.

12:01:23  6    Q.   BUT JUST TO BE CLEAR, YOU DID HAVE ACCESS TO THE ARISTA

12:01:26  7    SWITCH; RIGHT?

12:01:27  8    A.   I DID.

12:01:28  9    Q.   AND YOU HAD -- IT WAS AVAILABLE IN OUR OFFICE?

12:01:30  10   A.   IT WAS.

12:01:31  11   Q.   YOU CAME AND TESTED IT A NUMBER OF TIMES AS YOU SAID LAST

12:01:34  12   TIME?

12:01:34  13   A.   YES, SIR.

12:01:35  14   Q.   BUT YOU NEVER USED IT TO DETERMINE HOW MANY COMMANDS IN

12:01:38  15   TOTAL IT SUPPORTED, DO I HAVE THAT RIGHT?

12:01:40  16   A.   THAT'S PARTLY CORRECT.  I DIDN'T NEED TO BECAUSE THE USER

12:01:45  17   MANUAL IS DESCRIBED AS THE AUTHORITATIVE SOURCE, AND IT LISTS

12:01:50  18   THOSE COMMANDS.

12:01:50  19   Q.   NOW YOU HAVE ON THE VERY BOTTOM OF THAT EOS COLUMN, 1352.

12:01:55  20   AGAIN, THOSE ARE COMMANDS COUNTED FROM THE MANUAL; RIGHT?

12:01:58  21   A.   YES.

12:01:58  22   Q.   AND YOU HAD ACCESS TO MR. SWEENEY'S TESTIMONY IN PREPARING

12:02:04  23   YOUR REPORT; RIGHT?

12:02:05  24   A.   I DID.

12:02:05  25   Q.   AND AS A MATTER OF FACT, YOUR REPORT IS CHALK FULL OF

12:02:09  1    QUOTES FROM PEOPLE AT ARISTA; RIGHT?

12:02:11  2    A.   IT IS.

12:02:12  3    Q.   BUT MR. SWEENEY, WHO IS THE HEAD OF SOFTWARE ENGINEERING

12:02:18  4    AT ARISTA, HE ESTIMATES THAT THERE ARE 10 TO 15,000 COMMANDS?

12:02:24  5              MR. NELSON:  OBJECTION, YOUR HONOR.

12:02:25  6              MR. VAN NEST:  IN EOS, RIGHT?

12:02:26  7              MR. NELSON:  THOSE FACTS ARE NOT IN EVIDENCE.  I

12:02:28  8    DIDN'T BRING MR. SWEENEY.

12:02:30  9              MR. VAN NEST:  THIS IS FROM THE DEPOSITION TRANSCRIPT

12:02:31  10   THAT HE REVIEWED, YOUR HONOR, AS PART OF HIS REPORT.

12:02:35  11             THE COURT:  WELL, YOU CAN SHOW IT TO HIM.

12:02:36  12             MR. VAN NEST:  I WILL.

12:02:39  13       COULD I HAVE THE SLIDE UP WITH MR. SWEENEY'S TESTIMONY.

12:02:43  14   BY MR. VAN NEST:

12:02:44  15   Q.   NOW YOU REMEMBER THAT YOU HAD ACCESS TO ALL THESE

12:02:46  16   DEPOSITIONS; RIGHT?

12:02:48  17   A.   YES, SIR.

12:02:49  18   Q.   AND YOU REVIEWED THEM?

12:02:50  19   A.   YES.

12:02:51  20   Q.   AND YOU FILLED YOUR REPORT WITH THEM?

12:02:53  21   A.   YES.

12:02:53  22   Q.   BUT THIS IS ONE THAT DIDN'T MAKE YOUR REPORT; RIGHT?

12:02:58  23   A.   I WOULD HAVE TO GO BACK AND SEE.  CERTAINLY I'M AWARE THAT

12:03:01  24   HE HAD MADE THAT STATEMENT.

12:03:04  25   Q.   AND HIS STATEMENT WAS THAT WE COUNTED RECENTLY AND THERE

12:03:08  1    ARE BETWEEN 10 AND 15,000 COMMANDS IN EOS; RIGHT?

12:03:12  2    A.   YES, AND I CERTAINLY BELIEVE THAT'S WHAT HE THINKS AND I

12:03:15  3    THINK WHEN YOU COUNT DIFFERENT PARAMETER OPTIONS, THAT YOU CAN

12:03:19  4    ADD TO THE END OF A COMMAND OR THE IDEA OF ADDING THE WORD "NO"

12:03:23  5    TO THE BEGINNING OF A COMMAND, HE'S DOUBLE-COUNTED THOSE AND

12:03:28  6    POTENTIALLY TRIPLE-COUNTED THOSE.

12:03:30  7         SO I THINK WHEN YOU LOOK AT THE USER MANUAL AS THE SET OF

12:03:36  8    COMMANDS THAT ARE DESCRIBED AS AVAILABLE, MY NUMBERS FROM THE

12:03:40  9    MANUAL ARE THE MOST ACCURATE NUMBERS.

12:03:43 10    Q.   SO LET'S GO BACK UP TO THE CHART THAT WE HAD UP BEFORE.

12:03:46 11    SO IF THE JURY WERE TO CONCLUDE, BASED ON DR. BLACK'S TESTIMONY

12:03:50 12    OR ANY OTHER EVIDENCE, THAT THERE ARE 10,000 COMMANDS IN EOS,

12:03:55 13    YOUR PERCENTAGE NUMBER ON THE RIGHT GOES WAY DOWN FROM

12:03:58 14    37 PERCENT; RIGHT?

12:03:59 15    A.   JUST DOING THE MATH, THAT WOULD BE CORRECT.

12:04:03 16    Q.   RIGHT.  JUST DOING THE MATH, THAT NUMBER WOULD BE DOWN

12:04:06 17    AROUND THREE PERCENT, 4 PERCENT; RIGHT, DR. ALMEROTH?

12:04:10 18    A.   IF THE JURY WERE TO BELIEVE THAT THERE WEREN'T 1352

12:04:14 19    COMMANDS THAT THE MANUAL DESCRIBES, THEN THAT NUMBER WOULD GO

12:04:18 20    DOWN.

12:04:18 21    Q.   AND IT WOULD GO DOWN TO ABOUT 3 PERCENT; RIGHT?

12:04:21 22    A.   WELL, THE ONLY EVIDENCE THAT WE REALLY HAVE IS TO WHAT THE

12:04:27 23    ACCURATE COMMANDS ARE, IS WHAT'S IN THE MANUAL.

12:04:32 24         I MEAN, IF THEY WERE TO BELIEVE THIS DEPOSITION TESTIMONY

12:04:35 25    IS TO BE ACCURATE, THEN THAT WOULD BE THE CALCULATION THAT YOU

ALMEROTH REDIRECT EXAM BY MR. NELSON                    2568

01:17:13  1                    MR. VAN NEST:  SLIDE 16.

01:17:14  2                    MR. NELSON:  16, THANK YOU, MR. VAN NEST.

01:17:17  3       Q.   SLIDE 16, THE NUMBERS OVER TIME.

01:17:20  4       A.   OH, RIGHT, RIGHT.

01:17:21  5       Q.   SO SLIDE 16.  THERE WE GO.

01:17:35  6            ALL RIGHT.  SO YOU WERE ASKED SOME QUESTIONS ABOUT THE

01:17:40  7       NUMBER IN THE -- I GUESS IT'S NOT THE MIDDLE, IT'S THE THIRD

01:17:45  8       COLUMN.

01:17:46  9            AND THOSE WERE THE COMMANDS IN THE USER MANUAL; IS THAT

01:17:46  10      RIGHT?

01:17:54  11      A.   YES.

01:17:54  12      Q.   SO WHAT'S THE USER MANUAL FOR?

01:17:56  13      A.   IT'S TO INSTRUCT THE USERS ON WHAT THE COMMANDS ARE.  IT

01:18:00  14      TELLS THE USERS OF THE SWITCHES WHAT COMMANDS THEY HAVE

01:18:03  15      AVAILABLE TO THEM.

01:18:04  16      Q.   SO DOES IT MAKE ANY SENSE TO HAVE A BUNCH OF IMPORTANT

01:18:08  17      COMMANDS THAT YOU DON'T TELL THE USER ABOUT?

01:18:10  18      A.   NO, NOT IMPORTANT ONES.

01:18:11  19      Q.   WHY DO YOU SAY THAT?

01:18:12  20      A.   WELL, I MEAN, THAT'S WHAT THE MANUAL IS FOR IS TO PUT THE

01:18:15  21      IMPORTANT COMMANDS.  AND IF THERE'S SOMETHING THAT THEY LEAVE

01:18:19  22      OUT OF THE USER MANUAL, THAT'S PRETTY MUCH THE THRESHOLD FOR

01:18:23  23      WHY IT WOULDN'T BE IMPORTANT.

01:18:24  24                    MR. NELSON:  THANK YOU, SIR.

01:18:25  25            I DON'T HAVE ANY FURTHER QUESTIONS.

01:46:29  1    A.   CORRECT.  SO WE ARE LOOKING AT MARKET HARM.

01:46:32  2    Q.   AND WHAT IS YOUR OPINION REGARDING FACTOR FOUR, WHICH IS

01:46:37  3    WHAT IS THE MARKET IMPACT OF THE INFRINGING USE OF CISCO CLI?

01:46:42  4    A.   SO IT'S MY OPINION THAT ARISTA'S USE OF THE INFRINGING CLI

01:46:48  5    HARMS CISCO IN THE MARKETPLACE.  AND CISCO, BECAUSE OF THAT,

01:46:54  6    HAS LOST SOME OF THE VALUE OF ITS INTELLECTUAL PROPERTY.

01:46:59  7         AND YOU KNOW, THE REASONS THAT I BELIEVE THAT SHOULD BE

01:47:03  8    CLEAR FROM THE TESTIMONY THAT I'VE ALREADY GIVEN, ALL RIGHT.

01:47:07  9         SO WE HAVE SEEN EVIDENCE THAT CISCO LOST SHARE IN THE

01:47:11  10   MARKETPLACE TO ARISTA DUE TO ARISTA'S INFRINGEMENT.

01:47:19  11   Q.   OKAY.  AND DO YOU HAVE AN UNDERSTANDING WHETHER ARISTA'S

01:47:22  12   SWITCHES AND CISCO'S SWITCHES USE THE SAME SOURCE CODE OR

01:47:25  13   DIFFERENT SOURCE CODE?

01:47:27  14   A.   SO MY UNDERSTANDING IS THAT FROM THE TESTIMONY THAT I'VE

01:47:32  15   HEARD, THAT THEY USE DIFFERENT SOURCE CODE.

01:47:34  16   Q.   STOW WHAT'S THE IMPLICATION OF THAT WHEN YOU ARE LOOKING

01:47:36  17   AT THE ECONOMIC VALUE OF THE CISCO CLI?

01:47:38  18   A.   SO THE ECONOMIC OPINIONS THAT I HAVE STATED HERE ARE

01:47:43  19   OPINIONS ABOUT THE INTERFACE AND TRAINING AND EASE OF USE AND

01:47:49  20   CUTTING AND PASTING SCRIPTS.

01:47:52  21        SO THAT REALLY DOESN'T HAVE ANYTHING TO DO WITH THE SOURCE

01:48:00  22   CODE.  CISCO AND ARISTA ARE USING DIFFERENT SOURCE CODE, BUT

01:48:02  23   THEY ARE BOTH GETTING, FROM MY ANALYSIS, THE BENEFIT FROM THE

01:48:06  24   CLI AND THE COPYRIGHTED WORK.

01:48:07  25   Q.   SO LOOKING AT ALL THE EVIDENCE AND THE ANALYSIS YOU'VE

01:48:10   1    DONE, WHAT'S YOUR OPINION AS TO WHETHER THE CISCO CLI AS A USER

01:48:13   2    INTERFACE HAS ECONOMIC VALUE SETTING ASIDE THE SOURCE CODE?

01:48:17   3    A.   SO IT'S MY OPINION, AS I THINK MY TESTIMONY HAS MADE

01:48:21   4    CLEAR, THAT THE CLI ITSELF HAS ECONOMIC VALUE.

01:48:23   5    Q.   OKAY.  AND JUST ONE LAST THING, I KNOW WE TALKED A LOT

01:48:27   6    ABOUT BUT FOR CAUSATION, AND THAT WAS SOMETHING THAT WE'VE

01:48:30   7    HEARD A LOT ABOUT IN THIS CASE, COULD YOU JUST HELP THE JURY

01:48:33   8    OUT A LITTLE BIT, AND USING A COMMON EXAMPLE, CAN YOU EXPLAIN

01:48:36   9    TO US WHAT YOU MEAN BY A BUT-FOR CAUSATION?

01:48:39   10   A.   OKAY.  FIRST, LET ME JUST REPEAT WHAT BUT-FOR CAUSATION

01:48:44   11   IS.

01:48:44   12       SO IN MY LOST PROFITS ANALYSIS, LOST PROFITS ARE WARRANTED

01:48:48   13   IF CISCO LOSES SALES THAT IT WOULD NOT HAVE LOST IF ARISTA DID

01:49:00   14   NOT INFRINGE CISCO'S CLI.

01:49:02   15       AND MAYBE I WILL TRY TO BE A LITTLE MORE, YOU KNOW,

01:49:06   16   REAL-WORLD ABOUT THAT.

01:49:07   17       SO IMAGINE THAT I HAD A VERY STRONG PREFERENCE TO GET A

01:49:12   18   RED CAR.  THAT I JUST -- YOU KNOW, I WAS GOING TO GET A RED

01:49:16   19   CAR.  I HAVEN'T GOTTEN ONE YET, BUT I WOULD LIKE ONE.

01:49:19   20       SO I GET -- IF I DECIDE THAT MY HEART IS SET ON GETTING A

01:49:24   21   RED CAR AND I'M IN A HURRY, I MIGHT GO TO SOME AUTO DEALERS AND

01:49:29   22   ASK THEM TO SHOW ME WHAT THEY HAD ON THE LOT IN RED.

01:49:32   23       AND I WOULD, YOU KNOW, GET MORE THAN ONE CHOICE, I'M SURE,

01:49:35   24   IF I SHOPPED AROUND.

01:49:36   25       AND THEN, YOU KNOW, I WOULD HAVE A SET OF RED CARS FROM

2636

03:08:11    1              SOMETIMES YOU FORGET, SOMETIMES WE MAKE A MISTAKE, BUT I

03:08:15    2    DON'T HOLD YOU TO SAYING YOU RESTED AND THEN SOMETHING IS JUST

03:08:18    3    LEFT OUT.  SO YOU HAVE AN OPPORTUNITY TO DO THAT.

03:08:22    4              WE TALKED ABOUT IDENTIFYING THE EXHIBITS THAT MAKE UP THE

03:08:27    5    WORKS.  AND I WOULD LIKE A COPY OF THOSE EXHIBITS EXTRACTED,

03:08:32    6    BUT I HAD ASKED THE QUESTION, AND WE MAY HAVE RESOLED THIS, BUT

03:08:36    7    WERE WE GOING TO TELL THE JURY SPECIFICALLY WHICH EXHIBITS MAKE

03:08:40    8    UP THE WORKS IN THE CASE, OR NOT?

03:08:48    9              I SAID YESTERDAY I DON'T NORMALLY CALL OUT EXHIBITS TO

03:08:51   10    THE JURY, THAT MUCH I REMEMBER.  BUT IT'S CONTINUED TO NAG ME

03:08:55   11    THAT I'M TELLING THEM TO EXAMINE THE WORKS AS A WHOLE AND HOW

03:09:00   12    WILL THEY FIND THEM?

03:09:03   13              SO I NEED TO BE PERSUADED THAT I CAN EITHER LEAVE IT

03:09:06   14    ALONE OR DO SOMETHING.

03:09:07   15              MR. NELSON:  I THINK YOU CAN LEAVE IT ALONE.

03:09:10   16              YOU DEFINED THEM IN THE JURY INSTRUCTION AND BOTH IN THE

03:09:13   17    PRELIMINARY INSTRUCTION.  I THINK FOR ARGUMENT PURPOSES,

03:09:15   18    WHETHER MR. VAN NEST OR MYSELF, WHEN I IDENTIFY THE PARTICULAR

03:09:20   19    EXHIBITS THAT THEY SHOULD LOOK AT FOR THAT, IF THAT'S RELEVANT,

03:09:23   20    THEY CAN DO THAT.

03:09:24   21              WE HAVE THOSE THINGS IN EVIDENCE AND WE CERTAINLY CAN

03:09:27   22    IDENTIFY THOSE, AT LEAST THE KEY ONES.  YOU KNOW, PART OF THE

03:09:30   23    PROBLEM IS THAT WE HAD THAT ONE EXHIBIT THAT WAS ALL THE

03:09:34   24    REGISTRATIONS AND IT'S -- I MEAN, THAT WOULD TAKE PROBABLY AN

03:09:38   25    HOUR FOR YOUR HONOR TO JUST READ ALL THOSE NUMBERS.  I MEAN,

03:09:42   1    MAYBE NOT, BUT CLOSE.

03:09:44   2         SO I'M NOT SURE THAT THAT'S SOMETHING THAT WE WANT TO PUT

03:09:47   3    INTO THE JURY INSTRUCTION NOR DO I THINK THAT IT --

03:09:51   4         THE COURT:  OKAY.  WELL, HERE'S WHAT -- I GUESS --

03:09:54   5    I'M GOING TO BE INSTRUCTING THEM ABOUT COMPARING THE WORK.  I

03:09:58   6    THINK YOU NEED TO HAVE AVAILABLE FOR ME, IF I GET A QUESTION,

03:10:02   7    WHERE WOULD WE FIND THE WORK.

03:10:04   8         MR. NELSON:  YOU'VE GOT IT.

03:10:06   9         THE COURT:  YOU MIGHT NEVER GET THE QUESTION, BUT I

03:10:09  10    DON'T WANT YOU COMPILING IT WHEN THE QUESTION COMES OUT.

03:10:12  11         MR. NELSON:  WE CERTAINLY CAN DO THAT.

03:10:14  12         THE COURT:  AND AS I SAY, I NEVER CALL OUT EXHIBITS

03:10:17  13    TO THE JURY, IT'S FOR THEM TO DETERMINE WHICH ONES ARE

03:10:21  14    IMPORTANT AND WHICH ONES AREN'T.  SO I WILL STICK TO MY NORMAL

03:10:23  15    TRAINING AND NOT DO THAT, BUT THAT'S A CONCERN I HAVE.  SO IF

03:10:26  16    YOU CAN AT LEAST HAVE THAT AVAILABLE, THAT WOULD BE GREAT.

03:10:29  17         AND I GUESS, YOU KNOW, WE ALWAYS HOPE THERE ARE NO

03:10:31  18    QUESTIONS, THAT EVERYTHING HAS BEEN ABUNDANTLY CLEAR FOR THE

03:10:34  19    JURY.

03:10:35  20         OKAY.  THAT'S FINE.  AND THEY DO HAVE THE GENERAL LIST OF

03:10:38  21    EXHIBITS, SO THAT'S HELPFUL.

03:10:39  22         ALL RIGHT.  THAT'S MY ONLY HOUSEKEEPING.  ANY REAL

03:10:46  23    HOUSEKEEPING BEFORE WE GO TO THE MOTIONS?

03:10:48  24         MR. FERRALL:  I HAVE A VERY MINOR HOUSEKEEPING WHICH

03:10:52  25    IS, I WOULD LIKE TO MARK THOSE TWO DRAWINGS AS DEMONSTRATIVES.

08:25:16

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
6                                 )
                  PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                 )
             VS.                  )   DECEMBER 12, 2016
8                                 )
ARISTA NETWORKS, INC.,            )   VOLUME 13
9                                 )
                  DEFENDANT       )   PAGES 2656-2822
10   _____  )

11                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE BETH LABSON FREEMAN
12               UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  DAVID A. NELSON
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER

2668

```
09:19:36   1    REGARDLESS OF WHICH PARTY PRESENTED IT.

09:19:42   2         COPYRIGHT IS THE EXCLUSIVE RIGHT TO COPY.  THIS RIGHT TO

09:19:46   3    COPY INCLUDES THE EXCLUSIVE RIGHTS TO OR TO AUTHORIZE OTHERS

09:19:51   4    TO:

09:19:52   5         1.  REPRODUCE THE COPYRIGHTED WORK IN COPIES.

09:19:55   6         2.  RECAST OR ADAPT THE WORK.  THAT IS, PREPARE DERIVATIVE

09:20:00   7    WORKS BASED UPON THE COPYRIGHTED WORK.

09:20:04   8         3.  DISTRIBUTE COPIES OF THE COPYRIGHTED WORK TO THE

09:20:09   9    PUBLIC BY SALE OR OTHER TRANSFER OF OWNERSHIP.

09:20:13  10         4.  DISPLAY PUBLICLY A COPYRIGHTED WORK.

09:20:17  11         IT IS THE OWNER OF A COPYRIGHT WHO MAY EXERCISE THESE

09:20:21  12    EXCLUSIVE RIGHTS.

09:20:22  13         THE TERM "OWNER" INCLUDES THE AUTHOR OF THE WORK.  IN

09:20:26  14    GENERAL, COPYRIGHT LAW PROTECTS AGAINST REPRODUCTION,

09:20:30  15    ADAPTATION, DISTRIBUTION, OR DISPLAY OF INFRINGING COPES OF THE

09:20:35  16    OWNER'S COPYRIGHTED WORK WITHOUT THE OWNER'S PERMISSION.  AN

09:20:40  17    OWNER MAY ENFORCE THESE RIGHTS TO EXCLUDE OTHERS IN AN ACTION

09:20:44  18    FOR COPYRIGHT INFRINGEMENT.

09:20:51  19         THE COPYRIGHTED WORKS INVOLVED IN THIS TRIAL ARE:

09:20:55  20         1.  CISCO'S FOUR USER INTERFACES FOR IOS, IOS XR, IOS XE,

09:21:03  21    AND NX-OS.

09:21:06  22         2.  CISCO'S TECHNICAL MANUALS.

09:21:09  23         YOU ARE INSTRUCTED THAT A COPYRIGHT MAY BE OBTAINED IN

09:21:13  24    USER INTERFACES AND TECHNICAL MANUALS.

09:21:19  25         COPYRIGHT LAW ALLOWS THE AUTHOR OF AN ORIGINAL WORK TO
```

09:21:23  1    STOP OTHERS FROM COPYING THE ORIGINAL EXPRESSION IN THE

09:21:28  2    AUTHOR'S WORK.  ONLY THE PARTICULAR EXPRESSION OF AN IDEA CAN

09:21:32  3    BE COPYRIGHTED AND PROTECTED.

09:21:35  4          COPYRIGHT LAW DOES NOT GIVE THE AUTHOR THE RIGHT TO

09:21:38  5    PREVENT OTHERS FROM COPYING OR USING THE UNDERLYING IDEAS

09:21:42  6    CONTAINED IN THE WORK, SUCH AS ANY PROCEDURES, PROCESSES,

09:21:45  7    SYSTEMS, METHODS OF OPERATION, CONCEPTS, PRINCIPLES OR

09:21:51  8    DISCOVERIES.

09:21:58  9          ANYONE WHO COPIES ORIGINAL PROTECTABLE EXPRESSION FROM A

09:22:04  10   COPYRIGHTED WORK DURING THE TERM OF THE COPYRIGHT WITHOUT THE

09:22:08  11   OWNER'S PERMISSION INFRINGES THE COPYRIGHT.

09:22:12  12         CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:22:16  13   EVIDENCE THAT:

09:22:17  14         1.  CISCO IS THE OWNER OF A VALID COPYRIGHT.

09:22:21  15         2.  ARISTA COPIED ORIGINAL, PROTECTABLE EXPRESSION FROM

09:22:24  16   THE COPYRIGHTED WORK.

09:22:29  17         CISCO IS THE OWNER OF VALID COPYRIGHTS IN ITS FOUR USER

09:22:33  18   INTERFACES FOR IOS, IOS XR, IOS XE AND NX-OS AND RELATED

09:22:42  19   DOCUMENTATION IF CISCO PROVES BY A PREPONDERANCE OF THE

09:22:47  20   EVIDENCE THAT:

09:22:48  21         1.  CISCO'S WORKS ARE ORIGINAL.

09:22:51  22         2.  CISCO IS THE AUTHOR OR CREATOR OF THE WORKS, OR THE

09:22:54  23   AUTHOR OR CREATOR ASSIGNED OR EXCLUSIVELY LICENSED THE WORKS TO

09:23:01  24   CISCO.

09:23:05  25         A COPYRIGHT OWNER MAY OBTAIN A CERTIFICATE OF REGISTRATION

09:23:09  1    FROM THE COPYRIGHT OFFICE.  THE EVIDENCE IN THIS CASE INCLUDES

09:23:12  2    26 CERTIFICATES OF COPYRIGHT REGISTRATION FROM THE COPYRIGHT

09:23:15  3    OFFICE FOR CISCO'S COPYRIGHTED WORKS.

09:23:21  4        IF YOU FIND THAT A CERTIFICATE WAS MADE WITHIN FIVE YEARS

09:23:26  5    AFTER FIRST PUBLICATION OF THAT WORK, YOU MAY CONSIDER THAT

09:23:30  6    CERTIFICATE AS EVIDENCE OF THE FACTS STATED IN IT.

09:23:34  7        FROM THE CERTIFICATE, YOU MAY, BUT NEED NOT, CONCLUDE THAT

09:23:38  8    THE WORK IS ORIGINAL AND COPYRIGHTABLE AND THAT CISCO OWNS THE

09:23:43  9    COPYRIGHT IN THAT WORK.

09:23:47  10    AN ORIGINAL WORK MAY INCLUDE OR INCORPORATE ELEMENTS TAKEN

09:23:52  11   FROM PRIOR WORKS, FROM THE PUBLIC DOMAIN, AND/OR WORKS OWNED BY

09:23:58  12   OTHERS WITH THE OWNER'S PERMISSION.  THE ORIGINAL PARTS OF

09:24:03  13   PLAINTIFF'S WORK ARE THE PARTS CREATED:

09:24:05  14       1.  INDEPENDENTLY BY THE WORK'S AUTHOR.  THAT IS, THE

09:24:09  15   AUTHOR DID NOT COPY IT FROM ANOTHER WORK.

09:24:12  16       2.  BY USE OF AT LEAST SOME MINIMAL CREATIVITY.

09:24:17  17       IN COPYRIGHT LAW, THE ORIGINAL PART OF THE WORK NEED NOT

09:24:20  18   BE NEW OR NOVEL.

09:24:25  19       AN OWNER IS ENTITLED TO COPYRIGHT PROTECTION OF A

09:24:29  20   COMPILATION.  A "COMPILATION" IS A WORK FORMED BY THE

09:24:33  21   COLLECTION AND ASSEMBLING OF PRE-EXISTING MATERIALS OR OF DATA

09:24:38  22   THAT ARE SELECTED, COORDINATED, OR ARRANGED IN SUCH A WAY THAT

09:24:43  23   THE RESULTING WORK AS A WHOLE CONSTITUTES AN ORIGINAL WORK OF

09:24:47  24   AUTHORSHIP.

09:24:48  25       THE OWNER OF A COMPILATION MAY ENFORCE THE RIGHT TO

09:24:53  1    EXCLUDE OTHERS IN AN ACTION FOR COPYRIGHT INFRINGEMENT.

09:24:59  2         THE CREATOR OF AN ORIGINAL WORK IS CALLED THE AUTHOR OF

09:25:05  3    THAT WORK.  AN AUTHOR ORIGINATES OR MASTERMINDS THE ORIGINAL

09:25:09  4    WORK CONTROLLING THE WHOLE WORK'S CREATION AND CAUSING IT TO

09:25:12  5    COME INTO BEING.

09:25:13  6         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:16  7    COPYING A WORK MADE FOR HIRE.  A "WORK MADE FOR HIRE" IS ONE

09:25:19  8    THAT IS PREPARED BY AN EMPLOYEE AND IS WITHIN THE SCOPE OF

09:25:23  9    EMPLOYMENT.

09:25:31  10        A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:35  11   CREATING DERIVATIVE WORKS BASED ON THE OWNER'S COPYRIGHTED

09:25:39  12   WORK.

09:25:40  13        THE TERM DERIVATIVE WORK REFERS TO A WORK BASED ON ONE OR

09:25:43  14   MORE PRE-EXISTING WORKS, SUCH AS A TRANSLATION, MUSICAL

09:25:49  15   ARRANGEMENT, DRAMATIZATION, FICTIONALIZATION, MOTION PICTURE

09:25:53  16   VERSION, SOUND RECORDING, ART REPRODUCTION, ABRIDGEMENT,

09:25:57  17   CONDENSATION, OR ANY OTHER FORM IN WHICH A WORK MAY BE RECAST

09:26:02  18   OR ADAPTED.

09:26:04  19        ACCORDINGLY, THE OWNER OF A COPYRIGHTED WORK IS ENTITLED

09:26:08  20   TO EXCLUDE OTHERS FROM RECASTING OR ADAPTING THE COPYRIGHTED

09:26:12  21   WORK WITHOUT THE OWNER'S PERMISSION.

09:26:18  22        CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:26:20  23   EVIDENCE THAT ARISTA COPIED ORIGINAL, PROTECTED ELEMENTS FROM

09:26:23  24   CISCO'S COPYRIGHTED WORKS.

09:26:26  25        THERE ARE TWO WAYS THAT CISCO CAN MEET ITS BURDEN:

09:26:31  1          FIRST, CISCO MAY ESTABLISH ARISTA'S COPYING THROUGH DIRECT

09:26:37  2     EVIDENCE.  AN EXAMPLE OF DIRECT EVIDENCE WOULD BE AN ADMISSION

09:26:42  3     BY ARISTA THAT PART OR ALL OF THE WORK WAS COPIED.  DIRECT

09:26:49  4     EVIDENCE MAY ALSO BE THE CREDIBLE TESTIMONY OF A WITNESS WHO

09:26:53  5     SAW THE WORK BEING COPIED.

09:26:56  6          ALTERNATIVELY, CISCO MAY SHOW THAT ARISTA COPIED FROM

09:27:01  7     CISCO'S COPYRIGHTED WORKS, THROUGH INDIRECT EVIDENCE BY PROVING

09:27:05  8     BY A PREPONDERANCE OF THE EVIDENCE THAT ONE, ARISTA HAD ACCESS

09:27:10  9     TO CISCO'S COPYRIGHTED WORKS.

09:27:12  10          AND TWO, THERE IS VIRTUAL IDENTITY BETWEEN ARISTA'S WORKS

09:27:17  11     AND THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S WORKS.

09:27:25  12          TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:27:29  13     PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT ARISTA HAD ACCESS

09:27:32  14     TO CISCO'S COPYRIGHTED WORKS.

09:27:36  15          YOU MAY FIND THAT ARISTA HAD ACCESS TO CISCO'S WORKS IF

09:27:40  16     ARISTA HAD A REASONABLE OPPORTUNITY TO VIEW, READ, OR COPY

09:27:44  17     CISCO'S WORKS BEFORE ARISTA'S WORK WAS CREATED.

09:27:51  18          IF YOU FIND THAT ARISTA DID NOT HAVE ACCESS TO CISCO'S

09:27:54  19     WORKS, YOU MAY STILL FIND THAT ARISTA COPIED CISCO'S WORKS IF

09:27:59  20     THERE ARE STRIKING SIMILARITIES BETWEEN THE PROTECTABLE

09:28:02  21     ELEMENTS OF THE WORKS.

09:28:08  22          TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:28:12  23     PROVE VIRTUAL IDENTITY IN TWO STEPS.  VIRTUAL IDENTITY MEANS

09:28:17  24     DIFFERING BY NO MORE THAN A TRIVIAL DEGREE.

09:28:22  25          FIRST, CISCO MUST PROVE THAT THERE IS VIRTUAL IDENTITY

| | | |
|---|---|---|
| 09:28:28 | 1 | BETWEEN THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S COPYRIGHTED |
| 09:28:31 | 2 | WORKS AND THE CORRESPONDING ELEMENTS OF ARISTA'S WORKS THAT |
| 09:28:36 | 3 | CISCO CLAIMS ARISTA COPIED. |
| 09:28:39 | 4 | IN MAKING THIS COMPARISON, YOU MAY FIND ANY OF THE |
| 09:28:43 | 5 | FOLLOWING ELEMENTS OF CISCO'S WORKS PROTECTED AS A COMPILATION |
| 09:28:51 | 6 | IF YOU FIND THEY ARE ORIGINAL. |
| 09:28:54 | 7 | 1.  THE SELECTION AND ARRANGEMENT OF CISCO'S MULTIWORD |
| 09:28:57 | 8 | COMMAND LINE EXPRESSIONS. |
| 09:28:59 | 9 | 2.  THE SELECTION AND ARRANGEMENT OF CISCO'S MODES AND |
| 09:29:02 | 10 | PROMPTS. |
| 09:29:02 | 11 | 3.  THE COLLECTION OF CISCO'S SCREEN RESPONSES AND |
| 09:29:07 | 12 | OUTPUTS. |
| 09:29:07 | 13 | 4.  THE COLLECTION OF CISCO'S HELP DESCRIPTIONS. |
| 09:29:11 | 14 | 5.  CISCO'S USER INTERFACES AS A WHOLE AS COMPILATIONS OF |
| 09:29:17 | 15 | ELEMENTS 1 THROUGH 4. |
| 09:29:19 | 16 | 6.  EACH OF CISCO'S TECHNICAL MANUALS. |
| 09:29:25 | 17 | IN MAKING THIS COMPARISON, YOU SHOULD NOT CONSIDER THE |
| 09:29:28 | 18 | FOLLOWING ELEMENTS WHICH ARE NOT PROTECTABLE: |
| 09:29:30 | 19 | 1.  INDIVIDUAL WORDS USED IN ANY OF THE ASSERTED ELEMENTS. |
| 09:29:36 | 20 | 2.  ANY SINGLE MULTIWORD COMMAND. |
| 09:29:38 | 21 | 3.  THE IDEA OR METHOD OF GROUPING OR CLUSTERING COMMANDS |
| 09:29:42 | 22 | UNDER COMMON INITIAL WORDS, SUCH AS SHOW OR IP. |
| 09:29:54 | 23 | 4.  ANY COMMAND HIERARCHY. |
| 09:29:56 | 24 | 5.  SPECIFIC MODES AND SPECIFIC PROMPTS. |
| 09:29:59 | 25 | 6.  THE IDEA OF A SET PATH WAY THROUGH A SERIES OF MODES. |

09:30:03  1          7.  THE IDEA OF MAKING CERTAIN COMMANDS AVAILABLE ONLY IN

09:30:07  2    CERTAIN MODES.

09:30:12  3          8.  USE OF COMMAND SYNTAX SUCH AS VERB, OBJECT,

09:30:17  4    PARAMETERS.

09:30:17  5          THE CHOICE -- I'M SORRY.

09:30:20  6          9.  THE CHOICE OF USING A TEXT-BASED USER INTERFACE.

09:30:24  7          10.  THE IDEA OF USING MULTIWORD COMMAND EXPRESSIONS TO

09:30:28  8    MANAGE OR CONFIGURE A DEVICE.

09:30:31  9          11.  THE FUNCTION OF ANY ASSERTED FEATURE.

09:30:36  10         12.  THE USE OF "?" TO CALL UP HELP DESCRIPTIONS.

09:30:42  11         13.  INDIVIDUAL HELP DESCRIPTION PHRASES.

09:30:50  12         14.  COMMAND PREFIXES THAT THE USER INTERFACE AUTO

09:30:53  13   COMPLETES.

09:30:54  14         15.  TAB COMPLETIONS.

09:30:57  15         IF CISCO PROVES VIRTUAL IDENTITY BETWEEN THE RELEVANT

09:31:03  16   PROTECTED ELEMENTS, IT MUST ALSO PROVE THAT AN ORDINARY,

09:31:07  17   REASONABLE OBSERVER WOULD FIND THE TOTAL CONCEPT AND FEEL OF

09:31:11  18   ITS COPYRIGHTED WORKS AS A WHOLE TO BE VIRTUALLY IDENTICAL TO

09:31:15  19   ARISTA'S CHALLENGED WORKS AS A WHOLE.

09:31:19  20         IN MAKING THAT COMPARISON, YOU SHOULD NOT CONSIDER

09:31:22  21   ELEMENTS THAT ARE NOT ORIGINAL OR ARE NOT PROTECTABLE.

09:31:27  22         AS I PREVIOUSLY INSTRUCTED YOU, CISCO'S WORKS AS A WHOLE

09:31:31  23   ARE ITS FOUR USER INTERFACES ASSOCIATED WITH ITS FOUR OPERATING

09:31:37  24   SYSTEMS, AS WELL AS EACH OF CISCO'S ASSERTED TECHNICAL MANUALS.

09:31:44  25         ARISTA'S WORKS, AS A WHOLE, ARE THE USER INTERFACES FOR

09:31:47  1    EACH OF THE ACCUSED ARISTA OPERATING SYSTEMS AS WELL AS EACH OF

09:31:52  2    ARISTA'S ACCUSED TECHNICAL MANUALS.

09:31:58  3         IF YOU CONCLUDE THAT CISCO HAS PROVEN, WHETHER BY DIRECT

09:32:03  4    OR INDIRECT EVIDENCE, THAT ARISTA COPIED ORIGINAL, PROTECTED

09:32:06  5    ELEMENTS OF CISCO'S WORKS, YOU MUST THEN DETERMINE WHETHER THAT

09:32:12  6    COPYING WAS GREATER THAN DE MINIMUS, THAT IS MORE THAN A

09:32:19  7    TRIVIAL AMOUNT OF CISCO'S WORKS AS A WHOLE.

09:32:22  8         IN MAKING THIS DETERMINATION, YOU SHOULD CONSIDER THE

09:32:25  9    QUALITATIVE AS WELL AS THE QUANTITATIVE SIGNIFICANCE OF THE

09:32:29  10   COPIED PORTION IN RELATION TO CISCO'S WORKS AS A WHOLE.

09:32:37  11        NOW I WILL EXPLAIN WHAT "FAIR USE" MEANS UNDER THE LAW.

09:32:42  12        FOR ARISTA'S FAIR USE DEFENSE.

09:32:45  13        ONE WHO IS NOT THE OWNER OF A COPYRIGHT MAY USE A

09:32:49  14   COPYRIGHTED WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES

09:32:53  15   WITHOUT THE CONSENT OF THE COPYRIGHT OWNER IF IT WOULD ADVANCE

09:32:57  16   THE PUBLIC INTEREST.  SUCH USE OF A COPYRIGHTED WORK IS CALLED

09:33:06  17   A FAIR USE.

09:33:07  18        THE OWNER OF A COPYRIGHT CANNOT PREVENT OTHERS FROM MAKING

09:33:11  19   A FAIR USE OF THE OWNER'S COPYRIGHTED WORKS.

09:33:14  20        IN DETERMINING WHETHER THE USE MADE OF THE WORK WAS FAIR,

09:33:18  21   YOU SHOULD CONSIDER THE FOLLOWING FACTORS.

09:33:21  22        1.  THE PURPOSE AND CHARACTER OF THE USE.

09:33:25  23        2.  THE NATURE OF THE COPYRIGHTED WORK.

09:33:28  24        3.  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN

09:33:34  25   RELATION TO THE COPYRIGHTED WORK AS A WHOLE.

09:33:38  1          4.  THE EFFECT OF THE USE UPON THE POTENTIAL MARKET FOR OR

09:33:42  2     VALUE OF THE COPYRIGHTED WORK.

09:33:45  3          IF YOU FIND THAT ARISTA HAS PROVED BY A PREPONDERANCE OF

09:33:48  4     THE EVIDENCE THAT IT MADE A FAIR USE OF CISCO'S WORK, YOUR

09:33:51  5     VERDICT SHOULD BE FOR ARISTA.

09:34:01  6          THE FIRST STATUTORY FACTOR CONCERNS THE PURPOSE AND

09:34:03  7     CHARACTER OF THE ACCUSED USE.

09:34:05  8          THIS FACTOR INCLUDES THREE ISSUES.  WHETHER AND TO WHAT

09:34:11  9     EXTENT THE ACCUSED USE SERVES A COMMERCIAL PURPOSE, WHICH

09:34:15  10    WEIGHS AGAINST FAIR USE, VERSUS A NONPROFIT EDUCATIONAL

09:34:19  11    PURPOSE, WHICH WEIGHS IN FAVOR OF FAIR USE;

09:34:23  12          AND TWO, WHETHER AND TO WHAT EXTENT THE ACCUSED WORK IS

09:34:29  13    TRANSFORMATIVE, WHICH SUPPORTS FAIR USE.

09:34:32  14          A USE IS TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A

09:34:38  15    FURTHER PURPOSE OR DIFFERENT CHARGE, ALTERING THE FIRST USE

09:34:42  16    WITH NEW EXPRESSION, MEANING, OR MESSAGE, RATHER THAN MERELY

09:34:47  17    SUPERSEDING THE OBJECTS OF THE ORIGINAL CREATION.

09:34:52  18          NEW WORKS HAVE BEEN FOUND TRANSFORMATIVE WHEN THEY USE

09:34:56  19    COPYRIGHTED MATERIAL FOR PURPOSES DISTINCT FROM THE PURPOSE OF

09:35:00  20    THE ORIGINAL MATERIAL.

09:35:02  21          A USE IS CONSIDERED TRANSFORMATIVE ONLY WHEN THE DEFENDANT

09:35:07  22    CHANGES THE PLAINTIFF'S COPYRIGHTED WORK OR USES COPYRIGHTED

09:35:11  23    ELEMENTS FOR A DIFFERENT PURPOSE, SUCH AS THE ORIGINAL WORK IS

09:35:16  24    TRANSFORMED INTO A NEW CREATION.

09:35:19  25          IN EVALUATING THE FIRST STATUTORY FACTOR, THE EXTENT OF

09:35:23  1    THE COMMERCIAL NATURE OF THE ACCUSED WORK MUST ALSO BE

09:35:26  2    CONSIDERED.  COMMERCIAL USE WEIGHS AGAINST A FINDING OF FAIR

09:35:31  3    USE.  HOWEVER, THE MORE TRANSFORMATIVE THE NEW WORK, THE LESS

09:35:36  4    WILL BE THE SIGNIFICANCE OF OTHER FACTORS, LIKE COMMERCIALISM,

09:35:41  5    THAT MAY WEIGH AGAINST A FINDING OF FAIR USE.

09:35:45  6        FINALLY, ALSO RELEVANT TO THE FIRST STATUTORY FACTOR IS

09:35:50  7    THE PROPRIETY OF ARISTA'S CONDUCT.

09:35:56  8        THE SECOND STATUTORY FACTOR IS THE NATURE OF THE

09:35:59  9    COPYRIGHTED WORK.  THIS FACTOR CONSIDERS THE EXTENT TO WHICH

09:36:03  10   THE WORK IS INFORMATIONAL OR CREATIVE.  THIS FACTOR WEIGHS

09:36:07  11   AGAINST FAIR USE IF THE WORK IS PURELY CREATIVE AND IT WEIGHS

09:36:12  12   IN FAVOR OF FAIR USE IF THE WORK IS PURELY INFORMATIONAL OR

09:36:16  13   FUNCTIONAL.

09:36:17  14       BUT LIKE ALL THINGS IN LIFE, MOST CASES FALL ON A SPECTRUM

09:36:22  15   IN BETWEEN INFORMATIONAL AND CREATIVE.  YOU MUST CONSIDER WHERE

09:36:26  16   ON THIS SPECTRUM THE WORKS IN THIS CASE FALL.

09:36:33  17       THE THIRD STATUTORY FACTOR IS THE AMOUNT AND

09:36:37  18   SUBSTANTIALITY OF THE PORTION USED IN RELATIONSHIP TO THE

09:36:41  19   COPYRIGHTED WORK AS A WHOLE, WHICH CONCERNS HOW MUCH OF THE

09:36:47  20   OVERALL COPYRIGHTED WORK WAS USED BY THE ACCUSED INFRINGER.

09:36:51  21       ANALYSIS OF THIS FACTOR IS VIEWED IN THE CONTEXT OF

09:36:55  22   CISCO'S COPYRIGHTED WORKS, WHICH ARE THE FOUR USER INTERFACES

09:37:00  23   OF IOS, IOS XR, IOS XE AND NX-OS.  THE FACT, IF TRUE, THAT A

09:37:09  24   SUBSTANTIAL PORTION OF AN INFRINGING WORK WAS COPIED VERBATIM,

09:37:13  25   IS EVIDENCE OF THE QUALITATIVE VALUE OF THE COPIED MATERIAL,

09:37:17    1    BOTH TO THE ORIGINATOR AND TO WHOEVER SEEKS TO PROFIT FROM

09:37:22    2    MARKETING SOMEONE ELSE'S COPYRIGHTED WORK.

09:37:26    3         WHOLESALE COPYING DOES NOT PRECLUDE FAIR USE PER SE, BUT

09:37:30    4    IT MILITATES AGAINST A FINDING OF FAIR USE.  EVEN A SMALL PART

09:37:35    5    MAY BE QUALITATIVELY THE MOST IMPORTANT PART OF THE WORK.

09:37:40    6         IF, HOWEVER, THE SECONDARY USER ONLY COPIES AS MUCH AS IS

09:37:45    7    NECESSARY FOR A TRANSFORMATIVE USE, THEN THIS FACTOR WILL NOT

09:37:49    8    WEIGH AGAINST HIM OR HER.  THE EXTENT OF PERMISSIBLE COPYING

09:37:54    9    VARIES WITH THE PURPOSE AND CHARACTER OF THE USE, WHICH RELATES

09:37:58   10    BACK TO THE FIRST FACTOR.

09:38:01   11         IN ASSESSING THIS THIRD FACTOR, BOTH THE QUANTITY OF THE

09:38:08   12    MATERIAL USED OR THE QUALITY OR IMPORTANCE OF THE MATERIAL

09:38:10   13    SHOULD BE CONSIDERED.

09:38:14   14         THE FOURTH STATUTORY FACTOR IS THE EFFECT OF THE ACCUSED

09:38:19   15    INFRINGER'S USE ON THE POTENTIAL MARKET FOR OR VALUE OF THE

09:38:23   16    COPYRIGHTED WORK.  THIS FACTOR MILITATES AGAINST FAIR USE IF

09:38:28   17    THE ACCUSED USE MATERIALLY IMPAIRS THE COPYRIGHTABILITY OR

09:38:41   18    VALUE OF THE COPYRIGHTED WORK.

09:38:43   19         THIS IS THE MOST IMPORTANT FACTOR, BUT IT MUST BE WEIGHED

09:38:45   20    WITH ALL THE OTHER FACTORS AND IS IT NOT NECESSARILY

09:38:50   21    DISPOSITIVE.

09:38:51   22         THIS FACTOR CONSIDERS WHETHER THE ACCUSED WORK IS OFFERED

09:38:53   23    OR USED AS A SUBSTITUTE FOR THE ORIGINAL COPYRIGHTED WORK.

09:38:58   24         THIS FACTOR CONSIDERS NOT ONLY THE EXTENT OF ANY MARKET

09:39:01   25    HARM CAUSED BY THE ACCUSED INFRINGER'S ACTIONS BUT ALSO WHETHER

09:39:04  1    UNRESTRICTED AND WIDESPREAD USE OF THE COPYRIGHTED MATERIALS OF

09:39:08  2    THE SORT ENGAGED IN BY THE ACCUSED INFRINGER WOULD RESULT IN A

09:39:12  3    SUBSTANTIALLY ADVERSE IMPACT ON THE POTENTIAL MARKET FOR THE

09:39:20  4    COPYRIGHTED WORK.

09:39:22  5         IF THE USE OF THE COPYRIGHTED MATERIALS IS TRANSFORMATIVE,

09:39:27  6    MARKET SUBSTITUTION IS AT LEAST LESS CERTAIN, AND MARKET HARM

09:39:32  7    MAY NOT BE PRESUMED.

09:39:37  8         YOU MUST CONSIDER EACH OF THE FACTORS I HAVE JUST

09:39:39  9    IDENTIFIED TO DETERMINE WHETHER OR NOT ARISTA HAS CARRIED ITS

09:39:43  10   BURDEN OF PROVING THAT ARISTA'S USE OF CISCO'S COPYRIGHTED WORK

09:39:48  11   IS FAIR USE.  NO ONE OF THESE FACTORS IS DETERMINATIVE OF THE

09:39:55  12   ISSUE OF FAIR USE BY ITSELF.  SOME FACTORS MAY WEIGH IN FAVOR

09:39:59  13   OF FINDING FAIR USE AND SOME MAY WEIGH AGAINST A FINDING OF

09:40:02  14   FAIR USE.

09:40:03  15        IN ADDITION, EACH FACTOR IS NOT ALWAYS ENTITLED TO EQUAL

09:40:08  16   WEIGHT.  THIS IS NOT A COUNTING EXERCISE WHERE THREE FACTORS IN

09:40:13  17   FAVOR OF FAIR USE ALWAYS OUTWEIGH ONE FACTOR AGAINST FAIR USE.

09:40:19  18        MOREOVER, THESE ARE NOT THE ONLY FACTORS YOU MAY CONSIDER.

09:40:23  19   IN DECIDING WHETHER TO CONSIDER ANY OTHER FACTORS BASED ON THE

09:40:31  20   EVIDENCE AND CIRCUMSTANCES PRESENTED TO YOU IN THIS CASE, YOU

09:40:33  21   SHOULD BE GUIDED BY THE POLICY UNDERLYING THE FAIR USE

09:40:37  22   DOCTRINE, WHICH IS TO PERMIT LIMITED COPYING FROM COPYRIGHTED

09:40:40  23   WORKS IN SPECIFIC CIRCUMSTANCES THAT AUTHORS REASONABLY EXPECT

09:40:44  24   AND THAT ALLOW PRODUCTIVE USE OF WORK WITHOUT UNFAIRLY

09:40:53  25   UNDERMINING THE PROTECTION AFFORDED BY COPYRIGHT LAW.

09:41:00  1          AFFIRMATIVE DEFENSE OF MERGER.

09:41:02  2          TO SHOW THAT CISCO'S COPYRIGHTED WORKS ARE SUBJECT TO

09:41:06  3     MERGER, ARISTA MUST SHOW THAT AT THE TIME CISCO CREATED THE

09:41:11  4     WORKS, CISCO HAD ONLY ONE WAY OR VERY FEW WAYS TO EXPRESS THE

09:41:17  5     IDEAS UNDERLYING THE ELEMENTS OF CISCO'S COPYRIGHTED USER

09:41:21  6     INTERFACES OR TECHNICAL MANUALS.  MATERIAL IN AN ORIGINAL WORK,

09:41:27  7     EVEN MATERIAL THAT SERVES A FUNCTION, IS NOT SUBJECT TO MERGER

09:41:33  8     AS LONG AS THE AUTHOR HAD MORE THAN A FEW WAYS TO EXPRESS THE

09:41:37  9     UNDERLYING IDEA.

09:41:38  10         ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:41:41  11    PREPONDERANCE OF THE EVIDENCE.

09:41:48  12         AFFIRMATIVE DEFENSE OF SCÈNES À FAIRE.

09:41:50  13         SCÈNES À FAIRE IS AN AFFIRMATIVE DEFENSE TO COPYRIGHT

09:41:54  14    INFRINGEMENT.

09:41:56  15         TO SHOW THAT PORTIONS OF CISCO'S USER INTERFACES ARE

09:42:00  16    SCÈNES À FAIRE MATERIAL, ARISTA MUST SHOW THAT AT THE TIME

09:42:03  17    CISCO CREATED THE USER INTERFACES, NOT AT THE TIME OF ANY

09:42:07  18    COPYING, EXTERNAL FACTORS OTHER THAN CISCO'S CREATIVITY

09:42:13  19    DICTATED THAT CISCO SELECT, ARRANGE, ORGANIZE AND DESIGN ITS

09:42:19  20    ORIGINAL FEATURES IN A MANNER IT DID.

09:42:21  21         THE SCÈNES À FAIRE DOCTRINE DEPENDS UPON THE CIRCUMSTANCES

09:42:25  22    PRESENTED TO THE CREATOR AT THE TIME OF CREATION, NOT THE

09:42:29  23    CIRCUMSTANCES PRESENTED TO THE COPIER AT THE TIME IT COPIED.

09:42:34  24         ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:42:37  25    PREPONDERANCE OF THE EVIDENCE.

| | | |
|---|---|---|
| 09:42:40 | 1 | AFFIRMATIVE DEFENSE OF COPYRIGHT MISUSE. |
| 09:42:43 | 2 | ARISTA CLAIMS IT IS NOT LIABLE FOR COPYRIGHT INFRINGEMENT |
| 09:42:48 | 3 | BECAUSE CISCO MISUSED ITS COPYRIGHTS. |
| 09:42:51 | 4 | WHILE THE COPYRIGHT ACT GIVES A COPYRIGHT OWNER A LIMITED |
| 09:42:56 | 5 | MONOPOLY IN A COPYRIGHTED WORK, THE OWNER'S ATTEMPTS TO EXTEND |
| 09:42:59 | 6 | THE SCOPE OF THIS MONOPOLY MAY NOT, UNDER CERTAIN |
| 09:43:04 | 7 | CIRCUMSTANCES, CONSTITUTE MISUSE. |
| 09:43:07 | 8 | I'M SORRY, LET ME REREAD THAT. |
| 09:43:10 | 9 | WHILE THE COPYRIGHT ACT GIVES A COPYRIGHT OWNER A LIMITED |
| 09:43:12 | 10 | MONOPOLY IN A COPYRIGHTED WORK, THE OWNER'S ATTEMPT TO EXTEND |
| 09:43:17 | 11 | THE SCOPE OF THIS MONOPOLY MAY, UNDER CERTAIN CIRCUMSTANCES, |
| 09:43:21 | 12 | CONSTITUTE MISUSE. |
| 09:43:23 | 13 | IF YOU FIND THAT CISCO MISUSED ITS COPYRIGHTS, IT CANNOT |
| 09:43:27 | 14 | ASSERT AN INFRINGEMENT CLAIM AGAINST ARISTA. |
| 09:43:31 | 15 | TO PREVAIL UPON ITS CLAIM THAT CISCO MISUSED ITS |
| 09:43:36 | 16 | COPYRIGHTS, ARISTA MUST PROVE THAT CISCO ATTEMPTED TO USE THE |
| 09:43:41 | 17 | EXISTENCE OF ITS COPYRIGHTS TO PREVENT ARISTA FROM USING |
| 09:43:46 | 18 | UNPROTECTED ELEMENTS OF THE COPYRIGHTED WORK, OR TO PREVENT |
| 09:43:54 | 19 | ARISTA FROM UNDER TAKING ACTIVITY SAVE GUARDED BY PUBLIC |
| 09:43:57 | 20 | POLICY, SUCH AS THE POLICIES SUPPORTING FAIR USE. |
| 09:44:00 | 21 | ARISTA HAS THE BURDEN OF PROOF TO ESTABLISH CISCO'S |
| 09:44:02 | 22 | COPYRIGHT MISUSE BY A PREPONDERANCE OF THE EVIDENCE. |
| 09:44:08 | 23 | AFFIRMATIVE DEFENSE OF ABANDONMENT. |
| 09:44:11 | 24 | ARISTA CONTENDS THAT A COPYRIGHT DOES NOT EXIST IN CISCO'S |
| 09:44:15 | 25 | WORKS BECAUSE CISCO ABANDONED THE COPYRIGHTS.  CISCO CANNOT |

09:44:20   1    CLAIM OWNERSHIP OF THE COPYRIGHT IF IT WAS ABANDONED.

09:44:24   2         IN ORDER TO SHOW ABANDONMENT, ARISTA HAS THE BURDEN OF

09:44:28   3    PROVING EACH OF THE FOLLOWING BY A PREPONDERANCE OF THE

09:44:32   4    EVIDENCE:

09:44:32   5         1.  CISCO INTENDED TO SURRENDER RIGHTS IN THE WORK.

09:44:37   6         2.  AN ACT BY CISCO EVIDENCING THAT INTENT.

09:44:41   7         MERE INACTION DOES NOT CONSTITUTE ABANDONMENT OF THE

09:44:45   8    COPYRIGHT.  HOWEVER, THIS MAY BE A FACTOR FOR YOU TO CONSIDER

09:44:49   9    IN DETERMINING WHETHER CISCO HAS ABANDONED THE COPYRIGHT.

09:44:58  10         IT IS THE DUTY OF THE COURT TO INSTRUCT YOU ABOUT THE

09:45:01  11    MEASURE OF DAMAGES.  BY INSTRUCTING YOU ON DAMAGES, THE COURT

09:45:05  12    DOES NOT MEAN TO SUGGEST FOR WHICH PARTY YOUR VERDICT SHOULD BE

09:45:10  13    RENDERED.

09:45:11  14         IF YOU FIND FOR CISCO ON ITS COPYRIGHT INFRINGEMENT CLAIM,

09:45:16  15    YOU MUST DETERMINE CISCO'S DAMAGES.

09:45:19  16         CISCO IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED

09:45:22  17    AS A RESULT OF THE INFRINGEMENT.  IN ADDITION, CISCO IS ALSO

09:45:28  18    ENTITLED TO RECOVER ANY OF ARISTA'S PROFITS ATTRIBUTABLE TO THE

09:45:33  19    INFRINGEMENT, TO THE EXTENT YOU DID NOT ALREADY ACCOUNT FOR

09:45:38  20    THOSE PROFITS IN DETERMINING CISCO'S ACTUAL DAMAGES.

09:45:42  21         CISCO MUST PROVE ITS DAMAGES BY A PREPONDERANCE OF THE

09:45:47  22    EVIDENCE.  IT IS FOR YOU TO DETERMINE WHAT DAMAGES, IF ANY,

09:45:51  23    HAVE BEEN PROVED.  YOUR AWARD MUST BE BASED UPON EVIDENCE AND

09:45:55  24    NOT UPON SPECULATION, GUESSWORK OR CONJECTURE.

09:46:05  25         CISCO IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED

| | | |
|---|---|---|
| 11:22:24 | 1 | WE WILL COME BACK. |
| 11:22:27 | 2 | (RECESS FROM 11:22 A.M. UNTIL 11:27 A.M.) |
| 11:22:47 | 3 | THE COURT:  ALL OF OUR JURORS ARE HERE. |
| 11:28:27 | 4 | MR. VAN NEST, WOULD YOU LIKE TO GIVE YOUR CLOSING |
| 11:28:30 | 5 | ARGUMENT? |
| 11:28:30 | 6 | MR. VAN NEST:  I WOULD, YOUR HONOR. |
| 11:28:31 | 7 | THE COURT:  GO AHEAD, PLEASE. |
| 11:28:32 | 8 | MR. VAN NEST:  THANK YOU VERY MUCH. |

**CLOSING ARGUMENTS BY MR. VAN NEST**

| | | |
|---|---|---|
| 11:28:35 | 10 | GOOD MORNING, LADIES AND GENTLEMEN, I'M VERY HAPPY TO BE |
| 11:28:38 | 11 | UP HERE AND VERY PROUD TO BE HERE ON BEHALF OF ARISTA NETWORKS. |
| 11:28:41 | 12 | I WANT TO THANK YOU FIRST FOR BEING SUCH DILIGENT JURORS. |
| 11:28:44 | 13 | WE REALLY DO APPRECIATE YOUR SERVICE.  I KNOW WITH THE HOLIDAYS |
| 11:28:47 | 14 | COMING UP, EVERYBODY HAS BUSY LIVES AND WE APPRECIATE THE FACT |
| 11:28:51 | 15 | THAT YOU HAVE BEEN HERE TIMELY AND PAYING ATTENTION EVERY DAY, |
| 11:28:53 | 16 | THAT'S VERY IMPORTANT. |
| 11:28:54 | 17 | I TOLD YOU A COUPLE OF WEEKS AGO, THIS DISPUTE IS VERY |
| 11:28:59 | 18 | IMPORTANT, NOT ONLY FOR ARISTA, BUT FOR TECHNOLOGY AND |
| 11:29:05 | 19 | INNOVATION TOO, BECAUSE CISCO IS TRYING TO CHANGE ALL THE RULES |
| 11:29:08 | 20 | AROUND TECHNOLOGY AND INNOVATION, ESPECIALLY IN NETWORKING. |
| 11:29:12 | 21 | NOW YOU'VE HEARD TESTIMONY NOT ONLY FROM THE ARISTA |
| 11:29:15 | 22 | LEADERSHIP AND THE ENGINEERS AT ARISTA, BUT ALSO FROM THIRD |
| 11:29:19 | 23 | PARTIES, DELL, JUNIPER, HEWLETT-PACKARD, THEY CAME AS WELL. |
| 11:29:26 | 24 | AND KEY TESTIMONY FROM FORMER CISCO MANAGERS LIKE MR. VOLPI, |
| 11:29:29 | 25 | AND MR. GIANCARLO, ALONG WITH FORMER CISCO ENGINEERS, TONY LI, |

```
11:29:36   1      DOUG GOURLAY AND DEVADAS PATIL.

11:29:40   2           AND TOGETHER, THE TESTIMONY OF THESE WITNESSES WAS VERY

11:29:42   3      CLEAR, VERY CONSISTENT, AND EXPLAINED WHAT ACTUALLY WENT ON IN

11:29:47   4      THE MARKET PLACE WE ARE TALKING ABOUT, SOMETHING WHICH CISCO

11:29:51   5      WANTS TO AND DID IN THEIR CLOSING ARGUMENT, COMPLETELY IGNORE.

11:29:56   6           THAT TESTIMONY TAKEN AS A GROUP, PROVES THAT THE ARISTA

11:30:02   7      SWITCH WAS BUILT BY ARISTA ENGINEERS USING ARISTA TECHNOLOGY

11:30:08   8      AND MILLIONS OF LINES OF ORIGINAL SOURCE CODE, NOT ONE LINE OF

11:30:12   9      WHICH WAS COPIED FROM CISCO.  IT'S NOW UNDISPUTED.  NO EVIDENCE

11:30:16  10      THAT ANY OF THE SOURCE CODE CREATED IN THIS SWITCH WAS COPIED.

11:30:24  11      AND IT'S COMPLETELY DIFFERENT, AS YOU HEARD, FROM IOS, THE

11:30:28  12      CISCO VERSION OF ITS SOFTWARE.

11:30:30  13           AS MR. DUDA AND MR. HOLBROOK EXPLAINED, IT'S THAT SOFTWARE

11:30:33  14      WORKING WITH THE HARDWARE THAT MAKES THIS SWITCH SO SUCCESSFUL,

11:30:37  15      AND BOY HAS IT BEEN SUCCESSFUL.  IT'S BEEN PHENOMENAL AND

11:30:40  16      SUCCESSFUL IN THE MARKETPLACE.

11:30:42  17           THEY'VE CHANGED EVERYTHING BECAUSE THIS IS A MAJOR MARKET

11:30:45  18      TRANSITION TO THE CLOUD, RIGHT, AND IT'S BEING LEAD BY ARISTA

11:30:49  19      AND ARISTA'S PRODUCTS.

11:30:50  20           AS WE SAID, UNDISPUTED NOW, TEN TIMES FASTER, MORE

11:30:55  21      RELIABLE, MORE PORTS.  SO IT CAN HANDLE MORE STUFF, USES LESS

11:31:00  22      POWER.  WHY, OTHERWISE, WOULD PEOPLE LIKE GOOGLE, MICROSOFT,

11:31:07  23      FACEBOOK, THE LEADING TECHNOLOGY, COMPANIES IN OUR COMMUNITY,

11:31:09  24      WHY WOULD THEY BE USING THIS SWITCH IF IT HADN'T BEEN FOR THAT?

11:31:13  25           AND ARISTA DID IT WITH JUST A FEW HUNDRED ENGINEERS
```

11:31:21  1    COMPETING WITH COMPANIES 20 TIMES THEIR SIZE.  CISCO HAD 75,000

11:31:27  2    EMPLOYEES, HAD ABOUT 1400.

11:31:28  3        EVEN CISCO RECOGNIZES, AND WE WILL REVIEW THE EVIDENCE IN

11:31:31  4    DETAIL IN JUST A MINUTE, BECAUSE THIS IS WHERE I WANT TO START,

11:31:34  5    THEY RECOGNIZE THIS AS TRANSFORMATIVE.  THEY CALL IT A NEW

11:31:37  6    PARADIGM.  MR. CHAMBERS SPENT A BILLION DOLLARS TRYING TO CATCH

11:31:42  7    UP TO IT THROUGH INSIEME, AND HIS MANAGERS TOLD HIM ARISTA IS

11:31:46  8    OUTPERFORMING US ON PRODUCT, ROAD MAP AND VISION, RIGHT?  ALL

11:31:51  9    IN THE EVIDENCE THAT WE ARE GOING TO REVIEW.

11:31:53  10   NOW, THERE'S ALSO NO DISPUTE, THEY SPENT A LOT OF TIME ON

11:31:58  11   COPYING.  THERE'S NEVER BEEN A DISPUTE THAT ARISTA DESIGNED ITS

11:32:03  12   SWITCHES TO RECOGNIZE A SMALL FRACTION OF THE COMMAND LINES IN

11:32:08  13   IOS.  CISCO'S IOS HAS 16,000 OF THESE COMMAND LINES, 16,000.

11:32:14  14   AND ARISTA SWITCHES WERE DESIGNED TO USE SOME OF THOSE.

11:32:19  15   ARISTA, LIKE EVERYBODY ELSE IN THE INDUSTRY, BELIEVED THAT

11:32:24  16   CISCO HAD MADE THESE LINES AVAILABLE, MADE THEM AVAILABLE AS AN

11:32:28  17   INDUSTRY STANDARD.  AND SO ARISTA, LIKE EVERYONE ELSE, COPIED

11:32:33  18   SOME OF THE COMMAND LINES TO USE IN ITS PROTECTS.

11:32:36  19   BUT, THAT'S NOT A SECRET, IT'S NEVER BEEN A SECRET.  YOU

11:32:41  20   SAW THE EVIDENCE IN THEIR CLOSING ARGUMENT.  ARISTA, FROM DAY

11:32:44  21   ONE, HAS BEEN SAYING WE ARE CISCO-LIKE, WE ARE IOS-LIKE.  THEY

11:32:47  22   DID IT IN BLOGS, THEY DID IT IN DATA SHEETS, THEY DID IN

11:32:53  23   CONFERENCES, IT WAS OPEN AND WIDELY KNOWN.  THAT'S BECAUSE

11:32:58  24   NOBODY AT ARISTA, MANY OF WHOM HAD WORKED AT CISCO, THOUGHT

11:33:00  25   THERE WAS NOTHING WRONG WITH THAT.

11:33:02  1        AND GUESS WHAT?  CISCO DIDN'T THINK THERE WAS ANYTHING

11:33:04  2   WRONG WITH THAT EITHER.  CISCO KNEW FROM DAY ONE WHAT COMMAND

11:33:09  3   LINE REFERENCES ARISTA WAS USING.  THEY BOUGHT A SWITCH EARLY

11:33:12  4   ON, THEY ANALYZED IT, THEY STUDIED IT.

11:33:14  5        YOU SAW THAT EVIDENCE, MR. GOURLAY TESTIFIED THAT AS EARLY

11:33:17  6   AS 2009, ALL THE FOLKS AT CISCO WERE AWARE OF THE COMMAND-LINE

11:33:23  7   INTERFACE THAT ARISTA WAS USING, AND YET, DID THEY COMPLAIN?

11:33:26  8   NO.  NO COMPLAINT WHATSOEVER.  '09, '10, '11, '12, 2013, NO

11:33:31  9   COMPLAINT.  WHY?  BECAUSE AS THE EVIDENCE SHOWS OVERWHELMINGLY,

11:33:36  10  AND WE ARE GOING TO REVIEW THIS TOO, LONG BEFORE ARISTA CAME

11:33:38  11  ALONG, CISCO WAS PROMOTING ITS OWN CLI AS INDUSTRY STANDARD.

11:33:45  12       THEY PROMOTED IT IN THEIR OWN DATA SHEETS, THEY PROMOTED

11:33:49  13  IT AT THEIR USER CONFERENCES, THEY PROMOTED IT IN WHITE PAPERS,

11:33:54  14  THEY PROMOTED IT TO EVERYONE.  AND GUESS WHAT?  NOW WE KNOW

11:33:56  15  WHY.  MR. VOLPI AND MR. GIANCARLO TOLD US, THEY TESTIFIED THAT

11:34:01  16  CISCO MADE A CONSCIENCE BUSINESS DECISION TO ALLOW OTHERS TO

11:34:06  17  COPY THEIR CLI BECAUSE CUSTOMERS WANTED IT AND BECAUSE IT

11:34:11  18  ALLOWED CISCO TO SAY EVERYONE ELSE IS FOLLOWING US, WE ARE THE

11:34:16  19  LEADER.

11:34:17  20       MR. GIANCARLO SAID NO ONE AT CISCO THOUGHT THAT THESE WERE

11:34:20  21  EVEN PROTECTABLE, AND THEREFORE BOTH MR. VOLPI AND

11:34:25  22  MR. GIANCARLO, TWO OF THE MOST SENIOR LEADERS AT CISCO, RIGHT

11:34:29  23  UNDERNEATH MR. CHAMBERS, THEY BOTH TESTIFIED IN AN UNIMPEACHED

11:34:35  24  WAY, THEY DIDN'T EVEN -- CISCO'S LAWYERS NEVER EVEN TOUCHED

11:34:39  25  THIS, THAT THIS WAS A CONSCIENCE DECISION.

11:34:42  1        NOW WHAT THEN HAPPENED, ALL THE TOP PLAYERS IN THE MARKET

11:34:45  2   USED SOME NUMBER OF COMMANDS, THEY ALL DID.  HP DID, JUNIPER IN

11:34:51  3   ITS JUNOS-E PRODUCT DID, DELL DID.  AS A MATTER OF FACT, THE

11:34:56  4   ONLY PRODUCT THAT DR. BLACK WAS ABLE TO ANALYZE FULLY, THE DELL

11:35:00  5   PRODUCT, HAD 1600 COMMANDS THAT OVERLAP.  NOT 500, 1600 IN

11:35:07  6   DELL.

11:35:09  7        AND THAT'S PROBABLY TRUE FOR THE WHOLE REST OF THE GROUP,

11:35:12  8   TOO.  WE SIMPLY WEREN'T ABLE TO ANALYZE EVERYBODY'S MANUALS AND

11:35:16  9   ALL OF THAT MOUNTAIN OF MATERIAL.

11:35:19  10       NOW, TONY LI TESTIFIED THAT HIS COMPANY BUILT A SWITCH TO

11:35:25  11  COMPETE DIRECTLY WITH CISCO AND HE BUILT HIS CLI BUG-TO-BUG

11:35:29  12  COMPATIBLE.  BUG-TO-BUG COMPATIBLE WITH CISCO.

11:35:33  13       CISCO DIDN'T COMPLAIN, IT WAS CONSISTENT WITH THEIR

11:35:35  14  BUSINESS PLAN, THEY WERE AN INVESTOR, IT WAS CONSISTENT WITH

11:35:39  15  THEIR DECISION TO MAKE THESE PUBLIC, MAKE THEM AN INDUSTRY

11:35:42  16  STANDARD AND BRAG ABOUT THAT, WHICH THEY DID REPEATEDLY.

11:35:45  17       NOW WHAT ARE THEY PRESENTING YOU AS A BASIS FOR THE LAWS,

11:35:51  18  NOTHING HAVING TO DO WITH THE ORIGINAL SOURCE CODE IN HERE,

11:35:53  19  NOTHING.  THEY ARE PRESENTING A MANUAL TYPED-IN COMMAND ENTRY

11:35:57  20  SYSTEM THAT IS 40 YEARS OLD.  40 YEARS OLD.  THAT'S WHAT WE ARE

11:36:02  21  HERE TALKING ABOUT.  SOMETHING THAT EVERYBODY ACKNOWLEDGES WAS

11:36:06  22  CREATED IN THE 70'S, AND MR. LOUGHEED DIDN'T START ON UNTIL THE

11:36:14  23  80'S AT CISCO, BUT THESE COMMAND-LINE INTERFACES ARE SIMPLE,

11:36:17  24  TWO TO FOUR-WORD DESCRIPTIONS OF COMMANDS THAT ARE STANDARD IN

11:36:20  25  THE INDUSTRY.

11:36:21  1          THEY COME FROM LEGACY SYSTEMS, THEY USE TERMS THAT ARE

11:36:26  2     PART OF INDUSTRY STANDARD PROTOCOLS TO DESCRIBE THOSE

11:36:31  3     PROTOCOLS, AND THEY ARE NOT CREATIVE.

11:36:33  4          LET'S GET REAL.  THE ENGINEERS AT CISCO WERE TOLD, DO NOT

11:36:37  5     BE CREATIVE WITH THESE.  IF THERE'S AN INDUSTRY STANDARD TERM,

11:36:40  6     USE IT.  USE SOMETHING FAMILIAR.  USE SOMETHING EVERYBODY

11:36:46  7     ALREADY KNOWS.

11:36:47  8          THESE ARE SUPPOSED TO BE SELF-EXPLANATORY.  WE ARE GOING

11:36:50  9     TO INNOVATE INSIDE THE PRODUCT.  WE ARE NOT GOING TO INNOVATE

11:36:56  10    WITH A 40-YEAR OLD COMMAND-LINE INTERFACE THAT ALL THE

11:36:58  11    CUSTOMERS ARE USING.

11:37:00  12         SO THE EVIDENCE WILL SHOW OVERWHELMINGLY THAT THERE HAS

11:37:03  13    BEEN NO INFRINGEMENT OF ANY CISCO INTELLECTUAL PROPERTY,

11:37:08  14    NOTHING THAT THE ARISTA ENGINEERS USE FROM THE COMMAND-LINE

11:37:12  15    INTERFACE WAS PROTECTABLE IN THE FIRST PLACE, BECAUSE IT'S NOT

11:37:15  16    ORIGINAL, IT'S NOT CREATIVE OR THE LAW DOESN'T PROTECT IT, AND

11:37:18  17    THEY HAVEN'T PROVED PATENT INFRINGEMENT BY A MILE.

11:37:22  18         AND THE EVIDENCE WILL SHOW THAT ARISTA'S USE OF THESE, OF

11:37:26  19    A VERY SMALL FRACTION OF COMMAND LINES WAS FAIR, REASONABLE,

11:37:33  20    CONSISTENT WITH CISCO'S BUSINESS PRACTICES AT THE TIME, AND HAS

11:37:37  21    CAUSED CISCO NO HARM WHATSOEVER.  THEY ARE CLAIMING HARM TO

11:37:41  22    THEIR CLI, THIS 40-YEAR OLD TECHNOLOGY.

11:37:44  23         TO THE EXTENT CISCO HAS FALLEN BEHIND, IT'S BECAUSE THEY

11:37:47  24    MISSED THE TRANSITION TO THE CLOUD, AS MR. CHAMBERS CANDIDLY

11:37:50  25    ADMITTED LAST MONDAY.  THEY MISSED THE TRANSITION, THEY WERE

11:37:54  1    BEHIND.

11:37:54  2          SO TO THE EXTENT THEY ARE SUFFERING, IT HAS NOTHING TO DO

11:37:57  3    WITH THE FACT THAT ARISTA IS USING THE SAME COMMANDS THAT

11:38:03  4    EVERYBODY ELSE IN THE INDUSTRY IS USING.

11:38:08  5          SO LET ME GO TO MY KEY POINTS OF EVIDENCE, AND AS

11:38:11  6    JUDGE FREEMAN TOLD YOU, WE ARE GOING TO TALK HERE UNTIL LUNCH

11:38:14  7    TIME AND FINISH UP.

11:38:15  8          I WANT TO START HERE THAT ARISTA SWITCHES WERE DESIGNED

11:38:18  9    FROM SCRATCH, NOT COPIED FROM CISCO.  THAT'S NOT DISPUTED AND

11:38:23  10   THOSE SWITCHES ARE REVOLUTIONARY TOO.

11:38:25  11         CISCO PROMOTED ITS CLI AS AN INDUSTRY STANDARD FOR ITS OWN

11:38:29  12   BENEFIT.  THERE'S ENORMOUS AMOUNT OF EVIDENCE ON THAT.  WE SAT

11:38:34  13   EVERY SINGLE DAY WITH EVERY SINGLE WITNESS, WE SAW EVIDENCE

11:38:38  14   THAT CISCO WAS PROMOTING THESE AS INDUSTRY STANDARD.

11:38:42  15         THIRD, COPYING UN PROTECTABLE ELEMENTS OF THE CLI IS NOT

11:38:45  16   INFRINGEMENT.  WE HEARD TWO WEEKS OF TESTIMONY FROM CISCO ABOUT

11:38:50  17   THESE COMMAND LINES, JUDGE FREEMAN HAS TOLD YOU THESE

11:38:55  18   INDIVIDUAL COMMAND LINES, THE MULTIWORD COMMAND LINES THAT WE

11:38:59  19   ARE TALKING ABOUT, THEY ARE NOT EVEN PROTECTABLE BY LAW, NOT

11:39:02  20   EVEN PROTECTABLE.  THEY HAVEN'T PROVEN THAT THEY HAVE SOME

11:39:07  21   UNIQUE COMPILATION OF THESE, NOT BY A MILE.

11:39:10  22         AND FINALLY, ARISTA'S USE OF THE IOS CLI IS A FAIR USE

11:39:13  23   CONSISTENT WITH INDUSTRY PRACTICES.

11:39:16  24         BY THE WAY, "FAIR USE" LOOKS TO THE PUBLIC INTEREST.  I

11:39:19  25   HEARD IT CALLED AN EXCUSE.  IT'S IN THE COPYRIGHT STATUTE.  IT

11:39:23  1    HAS THE SAME STATURE AND IMPORTANCE AS THE COPYRIGHT LAW

11:39:28  2    ITSELF, IT'S PART OF THE COPYRIGHT LAW.

11:39:30  3          AND OUR POINT THERE IS THAT THE NETWORKING INDUSTRY HAS

11:39:33  4    BEEN USING THESE COMMANDS FOR YEARS AND YEARS WITH NO COMPLAINT

11:39:38  5    FROM CISCO WHATSOEVER.

11:39:40  6          ALL RIGHT.  LET'S START ON POINT ONE.  WE HAVE BEEN

11:39:44  7    TALKING ABOUT TRANSFORMATIVE USE AND NOW YOU HAVE A DEFINITION.

11:39:47  8    AND IT DOESN'T MEAN, IT'S NOT LIMITED TO TRANSFORMING JUST THE

11:39:51  9    CLI, ALTHOUGH THE ENGINEERS AT ARISTA DID THAT.  A USE IS

11:39:55  10   TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A FURTHER PURPOSE

11:39:59  11   OR DIFFERENT CHARGE, ALTERING THE FIRST WITH NEW EXPRESSION,

11:40:03  12   MEANING OR MESSAGE.  OKAY.

11:40:06  13         WHAT'S TRANSFORMATIVE?  WHAT'S TRANSFORMATIVE IS USING

11:40:10  14   THESE CLI'S, AS DR. BLACK DESCRIBED IT, TAKING A SMALL FRACTION

11:40:16  15   OF WHAT'S IN IOS, CREATING A BRAND-NEW SWITCH WITH NEW SOURCE

11:40:21  16   CODE, NEW FEATURES, THOUSANDS OF ARISTA'S OWN NEW COMMANDS, FOR

11:40:26  17   HIGH SPEED NETWORKING IN THE CLOUD, THAT'S WHAT WE ARE TALKING

11:40:29  18   ABOUT.  AND THAT IS TRANSFORMATIVE IN THE LAW.

11:40:34  19         OUR NEXT SLIDE REMINDS US WHY THE CLI HAVE TO BE

11:40:37  20   TRANSFORMED TO WORK IN THE CLOUD.  WHEN YOU HAVE HUNDREDS OF

11:40:40  21   THOUSANDS OF SERVERS AND MAYBE DOZEN -- TENS OF THOUSANDS OF

11:40:46  22   SWITCHES, YOU CAN'T ENTER THEM MANUALLY WITH THE CLI, IT'S GOT

11:40:50  23   TO BE FULLY AUTOMATED, WHICH IS WHAT THE FOLKS AT ARISTA DID.

11:40:54  24   DOES NOT WORK ANYMORE.

11:40:55  25         NEXT SLIDE.

| | |
|---|---|
| 11:40:57 | 1 |

WHY ARE GOOGLE, FACEBOOK AND MICROSOFT USING THESE?

RIGHT?  WHY IS ARISTA LEADING THE MARKET THERE?  BECAUSE THESE

ARE THE MOST ADVANCED TECHNOLOGY COMPANIES AND THEY NEED THE

MOST ADVANCED WAY TO DO IT.

MR. CHAMBERS MAY BE THE BEST WITNESS TO HOW BIG A CHANGE

THIS IS, RIGHT.  HE SAID DURING HIS EXAMINATION ON MONDAY,

THERE'S A MARKET TRANSITION UNDER WAY IN NETWORKING.  HE

COMPARED IT TO THE CHANGE WHEN VOICE OVER INTERNET CAME IN, HE

COMPARED IT TO THE CHANGE WITH VIDEO OVER INTERNET CAME IN.

BIG DEAL.  A VERY IMPORTANT ONE, YES.

AND WHO IS THE MARKET LEADER IN THAT MARKET TRANSITION?

THIS SWITCH RIGHT HERE.  AND I WILL TALK IN DETAIL ABOUT EACH

OF THESE IN JUST A MINUTE.  BUT YOU'VE HEARD ALL THE WITNESSES

TESTIFY THAT THERE ARE AUTOMATION TOOLS THAT CHANGE HOW THE CLI

IS USED, IT'S MORE RELIABLE BECAUSE OF THE ARCHITECTURE, IT'S

HIGHER SPEED, TEN TIMES FASTER, IT'S POWER EFFICIENT USE, IT IS

1/5TH THE POWER.

AND OPEN PROGRAMMABLE IS KEY TOO BECAUSE IT PROVIDES A

PLATFORM THAT CUSTOMERS CAN ADAPT AND PROGRAM ON TOP OF.

THIS DIDN'T HAPPEN OVERNIGHT, AS YOU SAW, THE TESTIMONY

FILLED IN THAT THERE ARE 6 MILLION LINES OF CODE INSIDE THE EOS

SOFTWARE.  650 ENGINEERS, THAT'S NOT AN ARMY, BUT THAT'S ENOUGH

TO DO WHAT THEY DID, AND $750 MILLION IN RESEARCH AND

DEVELOPMENT.

ALL RIGHT.  WHAT IS SO TRANSFORMATIVE ABOUT THIS?  YOU

11:42:27  1    HEARD THAT FROM DR. BLACK, YOU HEARD IT FROM MR. DUDA, YOU

11:42:31  2    HEARD IT FROM MR. HOLBROOK.

11:42:33  3         LET ME START WITH MR. DUDA.  REMEMBER HE DREW THIS DIAGRAM

11:42:36  4    AND HE SAID WANTED TO START WITH A COMPLETELY DIFFERENT AND NEW

11:42:40  5    ARCHITECTURE.  SO IT'S A DISTRIBUTED ARCHITECTURE.  IT HAS A

11:42:45  6    CENTRAL DATABASE, BUT IT HAS DISTRIBUTED FEATURES ON THE

11:42:48  7    OUTSIDE WHICH YOU HAVE TO HAVE FOR RELIABILITY IN THESE

11:42:51  8    ENORMOUS DATA CENTERS.

11:42:54  9         WHAT HE SAID IS DOING IT THIS WAY IS IF ONE PROCESS GOES

11:42:57 10    OUT, THE WHOLE THING DOESN'T GO OUT.  IT'S ALSO EASIER TO

11:43:00 11    UPDATE, EASIER TO CHANGE, YOU CAN TAKE A FEATURE OUT AND

11:43:03 12    REPLACE IT ON THE FLY.  AND THEN HE SAID WE TOOK THIS

11:43:07 13    ARCHITECTURE AND WE PUT IS IT ON A LINUX KERNEL.

11:43:11 14         NOW LINUX IS AN OPEN SOURCE SOFTWARE THAT SOFTWARE

11:43:13 15    DEVELOPERS ARE USED TO USING.  IT'S AN OPERATING SYSTEM, IT'S A

11:43:17 16    BASE.  WHAT DOES THAT MEAN?  IT FREES UP CUSTOMERS FROM THESE

11:43:22 17    PROPRIETARY SYSTEMS.

11:43:24 18         REMEMBER WHEN APPLE FIRST CAME OUT WITH THE IPHONE, THAT

11:43:28 19    WAS IT, YOU COULDN'T PUT APPS ON IT FROM ANYBODY OTHER THAN

11:43:31 20    APPLE, IT WAS A CLOSED SYSTEM, PROPRIETARY.  THAT'S HOW

11:43:35 21    SWITCHES HAVE BEEN FOREVER.  THAT'S HOW THE CISCO SWITCHES HAVE

11:43:38 22    BEEN FOREVER.  ARISTA OPENED THAT UP WITH LINUX SOFTWARE,

11:43:41 23    DEVELOPERS CAN REDESIGN THE SWITCH TO MAKE IT BETTER AND MAKE

11:43:44 24    IT MORE SUITABLE FOR THEIR NEEDS.

11:43:47 25         NOW AFTER MR. DUDA, YOU HEARD FROM MR. HOLBROOK.  HE

11:43:50  1   BROUGHT THIS CIRCUIT BOARD TO EXPLAIN A COUPLE OF KEY THINGS.

11:43:54  2   ONE, HE SAID WE WERE THE FIRST TO PUT SIX OF THESE VERY

11:44:00  3   POWERFUL PROCESSORS ON THE SAME BOARD.  THE MANUFACTURER SAID

11:44:05  4   IT COULDN'T BE DONE, CUSTOMERS SAID IT COULDN'T BE DONE, BUT

11:44:10  5   THEY DID IT.

11:44:11  6        AND WHAT DID THAT MEAN?  THEY PACKED THE SWITCH WITH POWER

11:44:15  7   WHICH MEANT THEY COULD PUT MORE PORTS ON THEM.  THAT'S HOW

11:44:18  8   ARISTA GOT TO THESE BIG NUMBERS OF PORTS AND BIG NUMBERS OF

11:44:22  9   CAPACITY BY DESIGNING THIS BOARD WITH ALL THAT POWER.

11:44:25  10       AND YOU REMEMBER THE OTHER FEATURE THAT MR. HOLBROOK

11:44:28  11  TALKED ABOUT WAS THE ZERO TOUCH PROVISIONING.  YOU ARE NOT

11:44:32  12  TOUCHING THE CLI.  WHY IS THAT IMPORTANT?  THAT MEANS THAT IN

11:44:36  13  ONE OF THESE BIG DATA CENTERS WE LOOKED AT, ONE OF THE CLOUD

11:44:39  14  CENTERS, A CUSTOMER CAN SET IT UP AND GET IT UP AND RUNNING, I

11:44:44  15  THINK MR. HOLBROOK SAID TWO HOURS, TWO HOURS, WHAT USED TO TAKE

11:44:48  16  TWO WEEKS.

11:44:50  17       THAT IS REALLY REMARKABLE.  AND THAT'S THE KIND OF

11:44:53  18  PERFORMANCE THAT THESE CHANGES HAVE BROUGHT ABOUT FOR

11:44:56  19  NETWORKING CUSTOMERS AND NETWORKING IN GENERAL.  THAT IS

11:44:59  20  TRANSFORMATIVE USE.

11:45:00  21       AND DR. BLACK TALKED ABOUT NOT ONLY ALL OF THESE CHANGES,

11:45:07  22  BUT CHANGES TO THE CLI ITSELF.  AND THAT'S IMPORTANT.  AND I

11:45:12  23  THINK WE HAD A DRAWING FROM DR. BLACK AS WELL.  THIS IS IT.

11:45:19  24  JSON.

11:45:20  25       WHAT HE DESCRIBED LAST WEEK ON FRIDAY, I BELIEVE, WAS

11:45:26  1    OBVIOUSLY A MANUAL ENTRY SYSTEM WHERE YOU ARE GOING TO

11:45:30  2    CONFIGURE ONE SWITCH AT A TIME, DOES NOT WORK WELL WITH 40,000

11:45:36  3    SWITCHES IN YOUR NETWORK, RIGHT?  THAT'S A NONSTARTER.

11:45:39  4         YOU'VE GOT TO HAVE A WAY OF AUTOMATING IT SO THAT THE

11:45:42  5    COMPUTER, ITSELF, DOES THAT CONFIGURATION.  THAT'S HOW COME UP

11:45:46  6    CAN SET UP A SYSTEM IN TWO HOURS AND NOT TWO WEEKS.

11:45:51  7         SO HE DESCRIBED TAKING THE CLI AND MODIFYING IT WITH NEW

11:45:56  8    CODE AND PACKAGING IT INSIDE WHAT HE CALLED AN EAPI SO THAT IT

11:46:02  9    COULD BE OPERATED AUTOMATICALLY BY THE SOFTWARE THAT GOOGLE AND

11:46:07 10    FACEBOOK AND MICROSOFT DESIGNED THEMSELVES AND GET THEMSELVES

11:46:11 11    IN A POSITION TO RUN THESE DATA CENTERS AUTOMATICALLY, WHICH IS

11:46:16 12    WHAT THEY HAVE TO DO.

11:46:19 13         NOW, YOU DON'T HAVE TO TAKE IT FROM THEM, THE MARKET HAS

11:46:23 14    SPOKEN TOO, YOU SAW THIS IN THE OPENING AND THE WITNESSES FILL

11:46:26 15    TODAY IN.

11:46:27 16         ARISTA LAUNCHED THE FIRST HIGH SPEED 48-PORT SWITCH 2 TO

11:46:32 17    3 YEARS BEFORE ANYBODY ELSE, RIGHT?  WHEN OTHERS WERE DOWN

11:46:35 18    THERE WITH 12 TO 18 PORTS, ARISTA WAS ALREADY AT 48.  AND IN

11:46:40 19    2010, NETWORK WORLD TESTED ARISTA AGAINST THE MARKET AND

11:46:44 20    AGAINST CISCO AND ARISTA CAME OUT ON TOP IN VIRTUALLY EVERY

11:46:48 21    CATEGORY.

11:46:49 22         AND BY 2010 THEY NOW HAD A 384-PORT SWITCH RUNNING AT HIGH

11:46:55 23    SPEED, TEN GIGABIT.  NOBODY ELSE WAS EVEN AT 60.  THEY WERE 5

11:46:59 24    TO 6 TIMES THE CAPACITY OF ANYBODY ELSE AND MUCH HIGHER SPEED.

11:47:04 25         AND FOLLOWING THAT, THEY KEPT ADDING PORTS AND ADDING

SPEED.  THEY GOT TO 1,000 PORTS, THEY GOT TO 40 GIGABIT SPEEDS,
THEY GOT THERE FASTER THAN ANYBODY ELSE.

YOU DON'T HAVE TO ACCEPT EVEN THE EVIDENCE FROM THE
MARKET, BECAUSE CISCO AGREES.  NOTE NOW, I'VE GOT A TRIAL
EXHIBIT NUMBER ON HERE, JUST BECAUSE EVERYONE HAS BEEN SAYING
YOU ARE GOING TO HAVE TRIAL EXHIBITS BACK THERE, BUT THESE
BEAUTIFUL SLIDES, YOU WON'T HAVE THOSE.  YOU WON'T HAVE THE
SLIDES.

SO THIS IS TRIAL EXHIBIT 5119.  IT'S MR. PATIL'S THESIS.
HE'S A FORMER CISCO ENGINEER.  HE LOOKED AT ARISTA AS A MARKET
STUDY AND SAID IT'S A NEW PARADIGM.  ARISTA IS AN EXAMPLE OF
INNOVATION IN THIS AREA, IT'S A NEW PARADIGM.  HE DID A
BEAUTIFUL MASTER THESIS, SPENT SIX MONTHS, THAT WAS HIS
CONCLUSION.

NOW HERE WAS THE OFF-THE-CUFF CONCLUSION BY MR. REMAKER.
NEXT ONE.  YOU SAW THIS.  IT'S GREAT.  HE SAW ONE OF THE NEW
FEATURES IN ARISTA'S PRODUCT, "WOW.  UP TO PART THREE.  KICK
ASS.  I WISH IOS DID THIS."  YOUR BIGGEST COMPETITOR LOOKING AT
YOUR PRODUCT, "IT WAS GREAT, I WISH IOS DID THIS."

AND THERE ARE MANY E-MAILS LIKE THIS.  THE FINAL ONE I'M
GOING TO TALK ABOUT IN THIS SECTION IS, THIS IS AN E-MAIL THAT
MS. ULLAL RECEIVED FROM MORGAN STANLEY.

MORGAN STANLEY HAD BEEN USING CISCO SWITCHES FOR YEARS,
BUT NOW THAT ARISTA HAD SOMETHING THIS HIGH SPEED, THAT WOULD
HELP THE BANK PROCESS TRANSACTIONS MORE QUICKLY, MAKE MORE

```
11:48:46   1    MONEY, BOOM, "YOU MIGHT BE THE CEO OF THE MOST TRANSFORMATIVE

11:48:50   2    NETWORKING COMPANY IN 20 YEARS."

11:48:53   3        LET ME MENTION ONE OTHER FACT THAT I THINK PROVES

11:48:56   4    TRANSFORMATIVE USE.  HOW OFTEN DOES A COMPANY GO OUT AND SPEND

11:49:00   5    A BILLION DOLLARS TO DEVELOP WHAT MR. CHAMBERS CALLED AN ARISTA

11:49:06   6    KILLER, RIGHT?  THEY WENT OUT AND SPENT A BILLION DOLLARS ON

11:49:10   7    INSIEME, THAT'S WHAT HE TESTIFIED TO LAST WEEK, HOPING TO

11:49:14   8    DEVELOP AN ARISTA KILLER.

11:49:15   9        YOU DON'T SPEND THAT KIND OF MONEY TRYING TO COMPETE WITH

11:49:19  10    SOMETHING ROUTINE, RIGHT, THAT'S A MAJOR MARKET TRANSITION,

11:49:23  11    WHICH IS WHAT MR. CHAMBERS CALLED IT, AND THEY SPENT THAT MONEY

11:49:27  12    TO CATCH UP IN THAT MARKET.

11:49:31  13        OKAY, LET'S LOOK AT OUR SECOND KEY POINT.  AND THIS ONE

11:49:35  14    HAS BEEN ESTABLISHED OVER, AND OVER, AND OVER AGAIN.  CISCO

11:49:39  15    PROMOTED ITS CLI AS AN INDUSTRY STANDARD FOR ITS OWN BENEFIT.

11:49:44  16        THIS GOES TO FAIR USE, THIS GOES TO ABANDONMENT OF THE

11:49:50  17    COPYRIGHT.  THESE FACTS ESTABLISH THE MARKET FACTS THAT THEY

11:49:54  18    WANT TO IGNORE.  YOU DIDN'T HEAR A WORD ABOUT ANY OF THIS IN

11:49:57  19    THEIR CLOSING ARGUMENT BECAUSE THEY WANT TO PRETEND AS THOUGH

11:50:00  20    NONE OF THIS EVER HAPPENED.

11:50:02  21        BUT LET'S SEE WHAT IT DID HAPPEN.  2003, THIS IS AN

11:50:05  22    INTERNAL -- EXCUSE ME, IT'S A CUSTOMER PRESENTATION TO AT&T,

11:50:11  23    AND THEY TOLD AT&T, IN 2003, CISCO IOS IS THE CURRENT

11:50:19  24    DE FACTO STANDARD.  THIS IS BACK IN 2003.  BACK AT THE TIME OF

11:50:23  25    HUAWEI.  WE WILL TALK ABOUT HUAWEI IN A MINUTE.
```

11:50:26  1    2008, TRIAL EXHIBIT 5299.  CAN I GO BACK ONE -- I JUST

11:50:35  2  WANT TO BACK UP THE TRIAL EXHIBIT ON -- THIS FIRST ONE IS 5457.

11:50:39  3  YOU MIGHT HAVE THAT IN YOUR NOTEBOOK, BUT IT'S AT PAGE 96, IT'S

11:50:43  4  A BIG DOCUMENT.  SO THAT'S PAGE 96.

11:50:45  5    2008, USES INDUSTRY STANDARD CISCO IOS CLI.  SAME COMPANY,

11:50:51  6  PROMOTING A NEXUS DATA SHEET, TRIAL EXHIBIT 5299.  INDUSTRY

11:50:58  7  STANDARD.

11:50:58  8    2012.  TRIAL EXHIBIT 5454.  THEY ARE NOW BRINGING OUT A

11:51:04  9  NEW PRODUCT AND THEY ARE TALKING ABOUT THEIR NX-OS SOFTWARE,

11:51:07 10  THAT COMPETES NOW WITH ARISTA, BUT JUST LIKE EVERYBODY ELSE, IT

11:51:11 11  OFFERS THE SAME INDUSTRY STANDARD COMMAND LINE ENVIRONMENT.

11:51:15 12  THE SAME INDUSTRY STANDARD COMMAND LINE ENVIRONMENT.

11:51:19 13    LET ME GO BACK TO THE PREVIOUS SLIDE, TOO, I WANT TO MAKE

11:51:22 14  ANOTHER POINT.

11:51:23 15    NOTICE WHAT THEY ARE SAYING TO CUSTOMERS HERE.  THEY

11:51:28 16  CRITICIZE THIS WHEN THE REST OF THE INDUSTRY DOESN'T, NOW THEY

11:51:32 17  DO IN COURT, BUT THEY WERE SAYING THE BENEFIT OF AN INDUSTRY

11:51:35 18  STANDARD CLI IS FOR YOU, THE CUSTOMER, YOU MINIMIZE THE AMOUNT

11:51:39 19  OF TIME NEEDED FOR OPERATORS TO LEARN THE SYSTEM.

11:51:42 20    THAT'S WHAT WE ARE TALKING ABOUT.  IT'S A BENEFIT FOR

11:51:45 21  CUSTOMERS, WHICH CISCO RECOGNIZED AND WANTED TO EMBRACE AND

11:51:49 22  SAID OVER, AND OVER, AND OVER, AND MORE THAN THAT, CISCO SAID

11:51:54 23  PUBLICLY, WE KNOW EVERYBODY IS USING OUR SYSTEM, LET'S LOOK AT

11:51:58 24  THIS NEXT ONE.

11:51:59 25    TRIAL EXHIBIT 7996.  CISCO LIVE.  CISCO LIVE FOLKS IS LIKE

11:52:06  1    MAC WORLD.  YOU KNOW, MAC WORLD IS APPLE'S BIG USER CONFERENCE,

11:52:10  2    CISCO LIVE IS THE SAME THING FOR CISCO, THOUSANDS OF PEOPLE

11:52:13  3    COME AND ATTEND.

11:52:14  4         WHAT DID THEY TELL THEM?  JUST A COUPLE OF YEARS AGO,

11:52:17  5    "OVER THE YEARS, THE BASIC LOOK AND FEEL OF THE COMMAND-LINE

11:52:17  6    INTERFACE."

11:52:21  7         THAT'S THE SAME THING THEY SAY IS SO HIGHLY PROTECTED

11:52:25  8    HERE, AND THEY ARE SUING OVER, HAS BEEN MIMICKED BY OTHER

11:52:28  9    MANUFACTURERS.  RECOPIED, TO THE POINT WHERE IT IS THE

11:52:36 10    DE FACTO STANDARD OF NETWORK PROGRAMMING.  OVER, AND OVER, AND

11:52:39 11    OVER.  NOT ONLY DID THEY PROMOTE IT, BUT THEY RECOGNIZED

11:52:42 12    EVERYONE WAS USING IT.  AND IN FACT, EVERYONE ELSE WAS.

11:52:49 13         NEXT SLIDE, PLEASE.

11:52:50 14         HERE'S A NORTEL PRESENTATION IN 2005.  THEY'RE PROMOTING

11:52:54 15    THEIR TEN GIGABIT SWITCH.  THIS IS BEFORE ARISTA EVEN EXITED.

11:52:58 16    WHAT DO THEY CALL IT?  A CISCO-LIKE CLI.  WE HAVE A CISCO-LIKE

11:53:03 17    CLI.  THAT'S 5441.

11:53:07 18         FORCE10, BEFORE THEY WERE BOUGHT BY DELL, 2008, AGAIN

11:53:11 19    BEFORE ARISTA IS ON THE SCENE.  FAMILIAR CISCO STYLE CLI.  AND

11:53:17 20    FULL RANGE OF STANDARD-BASED PROTOCOLS.  FAMILIAR CISCO-STYLED

11:53:22 21    CLI.

11:53:23 22         HP.  HERE'S ANOTHER ONE.  TRIAL EXHIBIT 6970.  WE'VE GOT

11:53:28 23    MIGRATION TOOLS, HOW TO MIGRATE FROM A CISCO NETWORK TO AN HP

11:53:33 24    NETWORK.

11:53:34 25         I HEARD CISCO'S COUNSEL TALK ABOUT TARGETING CISCO'S

11:53:37  1    CUSTOMERS.  THERE'S NOTHING WRONG WITH GOING AFTER EACH OTHER'S

11:53:40  2    CUSTOMERS, THAT'S HOW WE OPERATE IN THE UNITED STATES, RIGHT?

11:53:45  3    CISCO HAS 80 PERCENT MARKET SHARE, SO EVERYBODY IS TRYING TO

11:53:48  4    GAIN MORE CUSTOMERS.  YOU CAN'T WALK AROUND IN NETWORKING

11:53:51  5    WITHOUT TRIPPING OVER A CISCO CUSTOMER.

11:53:54  6         SO HERE IS HP SAYING, WE HAVE AN INDUSTRY STANDARD CLI

11:53:59  7    WITH A VERY SIMILAR COMMAND-LINE INTERFACE AND MIGRATION TOOLS.

11:54:03  8         AND WE SAW YESTERDAY -- EXCUSE ME, I THINK IT WAS ON MAYBE

11:54:09  9    WEDNESDAY, A GREAT EXAMPLE OF HOW HP ADVERTISES, THIS WAS THE

11:54:13  10   MANUAL THAT MR. VENKATRAMAN TALKED ABOUT, AND WE SAW THIS IN

11:54:17  11   THEIR OPENING, THEY DO HAVE A PRODUCT COMWARE THAT'S DIFFERENT.

11:54:21  12        BUT TAKE A LOOK AT WHAT THEY SHOW IN THEIR MANUAL, THEY

11:54:26  13   ARE COMPARING THEIR MAIN ENTERPRISE PRODUCT, THAT'S THE SAME

11:54:29  14   MARKET THAT CISCO WAS IN, TO CISCO.

11:54:32  15        NOW YOU TELL ME HOW DIFFERENT THOSE ARE.  "SHOW FLASH,"

11:54:36  16   "SHOW VERSION," "SHOW RUN," "SHOW START," "SHOW HISTORY," "SHOW

11:54:40  17   LOG IN," YOU CAN GO ALL THE WAY DOWN.  THE ONLY PERSON THAT

11:54:45  18   DOESN'T RECOGNIZE THOSE ARE SIMILAR AND DR. ALMEROTH, AND WE

11:54:48  19   WILL TALK MORE ABOUT HIM IN A MINUTE.

11:54:51  20        THAT'S HP ADVERTISING THIS WAS SO COMMON THAT THE LEADING

11:54:55  21   INDUSTRY PUBLICATIONS POINTED OUT THAT EVERYBODY WAS COPYING

11:54:58  22   CISCO.

11:54:59  23        THIS IS A 2007 ARTICLE FROM *NETWORK WORLD*.  THIS

11:55:02  24   *NETWORK WORLD* YOU'VE SEEN SEVERAL ARTICLES THEY DID THE

11:55:05  25   HEAD-TO-HEAD TEST AND THEY ARE ONE OF THE LEADERS, "APPEALING

11:55:09  1      TO CCIE'S," THAT'S FOLKS THAT ARE CERTIFIED ON CISCO INTERFACE,

11:55:15  2      "HARDWARE VENDORS COPY CISCO CLI."

11:55:18  3           THIS IS BEFORE ARISTA WAS ON THE MARKET.  CISCO'S CLI HAS

11:55:22  4      BECOME A STANDARD IN THE INDUSTRY WHICH MANY HARDWARE VENDORS

11:55:25  5      COPY AND PROMOTE WHEN TRYING TO GET INTO CISCO ACCOUNTS.

11:55:31  6           COPY AND PROMOTE.  AND OF COURSE, OF COURSE, A COMPANY

11:55:35  7      LIKE CISCO THAT'S FOLLOWING THE MARKET AND DOING COMPETITIVE

11:55:39  8      ANALYSIS, THEY KNEW ALL OF THIS.

11:55:41  9           HERE'S A DOCUMENT AND AN ANALYSIS THAT MR. VOLPI TESTIFIED

11:55:45  10     ABOUT LAST WEEK.  INTERNAL TO CISCO 2006.  INTERNAL 2006,

11:55:51  11     TWO YEARS BEFORE ARISTA IS ON THE SCENE, THEY ARE SAYING TO

11:55:54  12     THEMSELVES, "OUR CLI BECOMES INDUSTRY STANDARD BETWEEN '93 AND

11:56:00  13     2000."  THAT'S THEIR DOCUMENT, THEIR INTERNAL ANALYSIS

11:56:04  14     DISCUSSED WITH ALL THE SENIOR MANAGERS.

11:56:07  15          AND NOW I WANT TO SHOW SOME ABSOLUTELY CRITICAL TESTIMONY

11:56:11  16     FROM MR. VOLPI.  UNIMPEACHED BY CISCO.

11:56:14  17          CAN I HAVE THIS NEXT SLIDE UP.

11:56:16  18          OKAY.  WE ASKED HIM, HE'S RUNNING THE ETHERNET SWITCH

11:56:20  19     BUSINESS.  HE'S RUNNING THE BUSINESS AT CISCO.  HE'S REPORTING

11:56:25  20     TO MR. GIANCARLO WHO IS THE CHIEF TECHNOLOGY OFFICER, AND THEY

11:56:28  21     REPORT TO MR. CHAMBERS.

11:56:30  22          I ASKED HIM, "WAS THE USE OF A SIMILAR OR VERY SIMILAR

11:56:34  23     COMMAND LINE LIMITED OR WIDESPREAD?"  HE SAID, "ALMOST

11:56:38  24     EVERYBODY THAT COMPETED WITH US USED A SIMILAR LANGUAGE.  SOME

11:56:43  25     OF THEM WERE VERY, VERY SIMILAR."

11:56:45  1        THIS IS THE MOST SENIOR EXECUTIVE INSIDE CISCO TELLING US

11:56:49  2   THAT WAY BACK WHEN HE WAS THERE BEFORE HE LEFT IN '07,

11:56:52  3   EVERYBODY INSIDE KNEW THAT FOLKS WERE USING IT.

11:56:56  4        THEN WHAT?  WERE THERE BUSINESS REASONS FOR CISCO NOT TO

11:57:01  5   OBJECT TO COMPETITORS USING THE SAME OR VERY SIMILAR CLI?

11:57:07  6        HE GAVE A VERY TRUTHFUL STRAIGHTFORWARD ANSWER UN

11:57:10  7    IMPEACHED, I WOULD SAY THE NOTION OF OTHER PEOPLE USING OUR CLI

11:57:14  8    IS A DOUBLE EDGED SWORD, HE SAYS, AT THE TIME YOU DIDN'T WANT

11:57:18  9    EVERYBODY TO JUST DIRECTLY COPY.  VERY HONEST.

11:57:23  10       "ON THE OTHER HAND, IT WOULD REINFORCE OUR MARKET

11:57:26  11   LEADERSHIP BECAUSE CISCO WAS FUNDAMENTALLY THE AUTHOR OF THE

11:57:29  12   CLI.  THEY HAVE BEEN AROUND THE LONGEST."

11:57:33  13       AND THE FACT THAT OTHER PEOPLE WERE USING IT, ALLOWED

11:57:35  14   CISCO TO PRESENT ITSELF AS THE DE FACTO LEADER AND SAY LOOK,

11:57:40  15   EVERYONE ELSE IS USING IT.  SO IT SORT OF REINFORCED OUR MARKET

11:57:46  16   LEADERSHIP POSITION.

11:57:47  17       MR. VOLPI TOLD US, THEY MADE A DECISION BACK BEFORE ARISTA

11:57:52  18   WAS CREATED TO CALL IT A DE FACTO STANDARD AND ALLOW OTHER

11:57:56  19   FOLKS TO USE IT WHICH THEY DID OVER THE YEARS.

11:57:59  20       LET'S LOOK AT THE NEXT SLIDE.  MR. GIANCARLO, HE IS

11:58:03  21   VOLPI'S BOSS.  AGAIN, UN IMPEACHED BY CISCO ON THIS POINT.

11:58:09  22       WHAT IF ANY BUSINESS REASON DID CISCO HAVE FOR NOT CALLING

11:58:12  23   UP COMPANIES LIKE FOUNDRY AND TELLING THEM NOT TO USE OR COPY

11:58:15  24   THE CLI?

11:58:18  25       WHAT'S HIS ANSWER?  "WELL, AGAIN, IT WAS OUR BELIEF, BASED

11:58:22  1    ON ASSERTIONS WE HAD FROM CISCO MANAGEMENT AND REPEATED OVER AS

11:58:27  2    WE DISCUSSED SUCH THINGS, THAT THE CLI WAS NOT PROTECTABLE.

11:58:32  3         GIVEN IN THE LATE 90'S, AS I SAID, WE BELIEVE IT WAS NOT

11:58:37  4    PROTECTABLE.  WE SAID, WELL, IF WE CAN'T PROTECT IT, THEN LET'S

11:58:40  5    USE IT, WE MIGHT AS WELL SAY IT'S A STANDARD.  IF OTHERS ARE

11:58:46  6    USING IT AS WELL, AND CAN CLAIM TO BE, STANDARD AND OPEN, WHICH

11:58:51  7    IS AN ADVANTAGE UNTO ITSELF."

11:58:53  8         THESE ARE THE TWO MOST SENIOR BUSINESS LEADERS AT CISCO

11:58:57  9    TELLING YOU EXACTLY WHAT HAPPENED IN THE MARKET.

11:59:00  10        NOW THE ENGINEERS AGREED, THE ENGINEERS AGREED, LET'S LOOK

11:59:03  11   AT THE NEXT SLIDE.  THIS IS MR. KATHAIL.  HE TESTIFIED LAST

11:59:07  12   WEEK, MAYBE THE WEEK BEFORE.

11:59:10  13        "THAT WAS SOMETHING CISCO WAS PERFECTLY SATISFIED WITH,

11:59:13  14   RIGHT?"

11:59:14  15        "YES."

11:59:14  16        "THAT WAS GOOD FOR CISCO THAT CUSTOMERS COULD GO FEEL AT

11:59:18  17   HOME ON COMPETITORS'S PRODUCTS, RIGHT?"

11:59:22  18        "YES.  CISCO WANTED CUSTOMERS TO FEEL AT HOME ON

11:59:26  19   COMPETITORS PRODUCTS USING THE SAME STANDARD SET OF COMMANDS."

11:59:31  20        MR. REMAKER.

11:59:33  21        "CISCO WAS HAPPY WITH THE CLI COMMANDS BEING A DE FACTO

11:59:38  22   INDUSTRY STANDARD BECAUSE THAT WAS CONSISTENT WITH THE CULTURE

11:59:42  23   OF MAKING CUSTOMERS SUCCESSFUL."

11:59:46  24        "YES, A CONSISTENT CLI MAKES OUR CUSTOMERS SUCCESSFUL."

11:59:49  25        NOW LET ME PAUSE FOR JUST A MINUTE BECAUSE WE HEARD A

11:59:52  1    LITTLE BIT ABOUT HUAWEI.

11:59:53  2         COULD I SEE THE NEXT SLIDE.

11:59:55  3         THE BUSINESS MANAGER RUNNING HUAWEI TESTIFIED, THAT'S

11:59:59  4    MR. GIANCARLO, THAT HUAWEI WAS ABOUT SOURCE CODE.  BUT YOU

12:00:02  5    DON'T EVEN NEED TO RELY JUST ON MR. GIANCARLO.  HUAWEI HAPPENED

12:00:06  6    IN 2003.  2003.  ALL OF THESE STATEMENTS THAT WE'RE TALKING

12:00:12  7    ABOUT ARE AFTER THE HUAWEI LAWSUIT WAS DONE, RIGHT?

12:00:19  8         YOU SAW THE SETTLEMENT DOCUMENT THAT SHOWED THAT CISCO

12:00:22  9    AGREED TO ALLOW HUAWEI TO HAVE 10 TO 20 PERCENT OVERLAP WITH

12:00:26  10   ITS CLI.  THAT WAS IN '03.  ALL THESE STATEMENTS AND THE

12:00:30  11   STATEMENTS BY MR. GIANCARLO AND THE STATEMENT BY MR. VOLPI AND

12:00:34  12   ALL OF THESE DATA SHEETS, THEY POST-DATE HUAWEI.  THEY'VE

12:00:38  13   HAPPENED SINCE THEN.  HUAWEI WAS A LAWSUIT ABOUT SOURCE CODE.

12:00:43  14       IN THE HUAWEI CASE, ACTUAL ORIGINAL SOURCE CODE INSIDE THE

12:00:46  15   SWITCH WAS COPIED, 29,000 LINES OF IT, APPARENTLY.  THAT'S

12:00:53  16   QUITE A BIT.  AND AS MR. GIANCARLO SAYS, THE FOCUS WAS ON THEM

12:00:56  17   STOPPING USING OUR SOURCE CODE.

12:00:59  18        THEN WHAT OTHER EVIDENCE DO YOU HAVE ABOUT WHAT HAPPENED

12:01:01  19   IN THE MARKET?  THIS IS TRIAL EXHIBIT 9049.  IT'S -- IT WAS THE

12:01:07  20   ONE INSTANCE WHEN DR. BLACK WAS ABLE TO GET HIS HANDS ON ALL

12:01:12  21   THE RELEVANT MANUALS FOR ONE CUSTOMER, AND HE PRESENTED THIS

12:01:17  22   EXHIBIT TO YOU, IT'S 26 PAGES OF COMMANDS THAT ARE IN COMMON

12:01:24  23   BETWEEN CISCO AND DELL.  26 PAGES, 1600 COMMANDS.

12:01:30  24        SO DON'T TELL ME THAT SOMEHOW ARISTA IS AN OUTLIER OR

12:01:34  25   ARISTA IS THE WORST OR ARISTA IS THE MOST BLATANT, THAT'S

12:01:38  1    BALONEY.  AND DR. BLACK'S WORK PROVES IT.  EVEN WHEN HE LIMITED

12:01:42  2    HIMSELF TO JUST THE 500 COMMANDS ASSERTED HERE, HE FOUND

12:01:46  3    HUNDREDS OF THEM THE SAME AT D-LINK, HP, JUNIPER, JUNOS-E, AND

12:01:53  4    A DOZEN OTHERS, RIGHT?  THEY ARE ALL UP THERE USING THE SAME

12:01:58  5    BASIC SETS OF COMMANDS.  SO THAT'S TX 9049.

12:02:04  6        NOW, THE MARKET SAID THE SAME THING.  HERE'S MR. SHAFER.

12:02:07  7    YOU GUYS KNOW BY NOW JUNOS HAS -- JUNIPER HAS TWO DIFFERENT

12:02:12  8    PRODUCTS.  ONE PRODUCT ADDRESSES A DIFFERENT MARKET, AND

12:02:15  9    ANOTHER PRODUCT ADDRESSES A MARKET FOR ENTERPRISE CUSTOMERS.

12:02:19  10       IN THAT MARKET, THEY WERE MARKETING JUNOS-E.  WHAT DID

12:02:22  11   MR. SHAFER SAY?  "THE PRODUCT THAT JUNIPER ACQUIRED AND SOLD,

12:02:27  12   THAT PRODUCT USED HUNDREDS OF THE SAME CLI COMMANDS THAT ARE

12:02:32  13   SUPPORTED BY THE CISCO?"

12:02:34  14       "YES.  IT SUPPORTED THE SAME MODES AND THE SAME PROMPTS.

12:02:38  15   YES."

12:02:39  16       THAT'S JUNIPER, MR. SHAFER, TESTIFYING ABOUT JUNOS-E.

12:02:44  17       LET'S LOOK AT WHAT DELL SAYS.  YOU HAD MR. GAVIN CATO

12:02:47  18   HERE, HE WAS ON VIDEOTAPE, NOT LIVE, FROM DELL.

12:02:51  19       "ARE YOU AWARE OF OTHER VENDORS WITH WHOM DELL'S CLI

12:02:54  20   COMMANDS OVERLAP?"

12:02:56  21       AND WE KNOW DELL HAS 1600, OR IN THAT BALLPARK, THAT

12:03:00  22   OVERLAP.  "DO YOU KNOW ANYBODY ELSE?"

12:03:01  23       "OH, YEAH, OH, YEAH.  ARISTA, JUNIPER, EXTREME,

12:03:07  24   ENTERASYS, ANYBODY THAT USES THE BROADCOM POWERCONNECT SOFTWARE

12:03:11  25   OR LEVEL 7, EVERYONE OUT THERE WITH CISCO'S KNOWLEDGE AND

12:03:19  1      ACQUIESCENCE FOR THEIR OWN BENEFIT USING THE SAME COMMAND."

12:03:27  2          LET'S LOOK AT THE NEXT ONE.  THIS IS MR. VENKATRAMAN, HE'S

12:03:32  3      HEWLETT-PACKARD.  SO BETWEEN THE THREE WE'VE COVERED JUNIPER,

12:03:35  4      DELL, HEWLETT-PACKARD, THREE OF THE BIGGEST COMPETITORS.

12:03:36  5          "WOULD YOU BE SURPRISED TO LEARN THAT THE HP PROVISION ON

12:03:39  6      THE LEFT SIDE, HAS HUNDREDS OF OVERLAPPING COMMANDS WITH

12:03:42  7      CISCO?"

12:03:42  8          "NO, MOST VENDORS HAVE OVERLAPPING NAME AND SYNTAX."

12:03:48  9          MOST VENDORS.  MOST VENDORS.  THESE ARE PEOPLE WITH NO AXE

12:03:52 10      TO GRIND.  THEY ARE OUT THERE, THEY WERE CALLED BY BOTH

12:03:55 11      PARTIES.  THEY CAME IN AS THIRD PARTIES TO LET YOU KNOW WHAT'S

12:03:59 12      HAPPENING IN THE MARKET, ON REBUTTAL.

12:04:01 13          NOW WAS ARISTA'S USE OF THE CLI A CISCO-LIKE CLI A

12:04:07 14      SURPRISE OR A SECRET?  OH, NO, OH, NO.

12:04:12 15          TAKE A LOOK AT THE BOTTOM.  THE TOP OF THE SLIDE WE SAW

12:04:15 16      EARLIER, THAT'S WHAT WAS HAPPENING AT ARISTA.  IN 2009, CISCO

12:04:19 17      BUYS A SWITCH, ALL RIGHT.  TX 9079, THAT'S THAT REALLY BORING

12:04:25 18      INTERROGATORY I READ YOU ABOUT TWO WEEKS AGO, BUT IT'S

12:04:28 19      IMPORTANT BECAUSE WHAT IT SHOWS -- IT'S 9077, I APOLOGIZE,

12:04:35 20      9077.  IT'S A MULTI-PAGE EXHIBIT SHOWING ALL THE SWITCHES FROM

12:04:39 21      ARISTA THAT CISCO BOUGHT.  THAT'S WHY THEIR COUNSEL STOOD UP

12:04:43 22      AND SAID OH, WE ARE NOT COMPLAINING ABOUT THAT.  THAT'S BECAUSE

12:04:47 23      THEY BOUGHT MORE THAN A DOZEN AND TESTED THEM STARTING IN '09.

12:04:51 24      THEY TESTED THEM.  THEY USED THE CLI.  THEY KNEW WHAT THE CLI

12:04:57 25      DID.  TWO YEARS LATER THEY WROTE A 20-PAGE RESPONSE TO THAT

12:05:01  1    *NETWORK WORLD* ARTICLE.  AND TO GET TO THAT, THEY HAD TO STUDY

12:05:05  2    AGAIN.

12:05:05  3         THEN IN 2011, MR. JIANDANI CREATED THE TIGER TEAM, SOME 30

12:05:11  4    ENGINEERS FOCUSED ONLY ON ARISTA.  DO YOU THINK THEY OVERLOOKED

12:05:13  5    THE CLI?  I KIND OF DOUBT IT.

12:05:15  6         2013, MR. CHAMBERS INVESTS A BILLION DOLLARS IN INSIEME,

12:05:19  7    DO YOU THINK HE DID THAT WITHOUT KNOWING EVERYTHING ABOUT

12:05:23  8    ARISTA'S PRODUCTS?  HE TOLD THE PRESS HE KNEW EVERYTHING ABOUT

12:05:25  9    IT AND HE KNEW EVERY ACCOUNT THEY WERE IN.

12:05:28  10        AND THEN IN 2013 MS. JIANDANI SAYS, WAIT A MINUTE, CALL TO

12:05:32  11   ACTION, WE'VE GOT TO PREVENT THE IPO, THESE GUYS ARE GETTING

12:05:36  12   SERIOUS.  WE'VE GOT TO THE PREVENT THE IPO.  2013.

12:05:40  13        2014, LAWSUIT IS FILED WITH ABSOLUTELY NO ADVANCE

12:05:48  14   INVITATION TO TALK, CEASE AND DESIST LETTER, NOTHING.  THEY

12:05:52  15   TREATED HUAWEI BETTER.  MR. GIANCARLO MADE TWO TRIPS TO CHINA

12:05:57  16   TO NEGOTIATE WITH HUAWEI, THAT ACCORDING TO THEM, SOLD SOURCE

12:06:00  17   CODE.

12:06:01  18        THEY SUED ARISTA WITHOUT SO MUCH AS A PHONE CALL, A

12:06:05  19   LETTER, NOT A THING.

12:06:06  20        AND IF THERE'S ANY DOUBT THAT CISCO WAS FULLY AWARE,

12:06:10  21   STARTING IN '09, THAT ARISTA WAS USING A CISCO-LIKE

12:06:16  22   COMMAND-LINE INTERFACE, TESTIMONY THAT YOU HEARD IN THE TRIAL

12:06:18  23   FROM MR. GOURLAY, PUTS THAT TO BED.

12:06:26  24     (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

12:07:27  25          MR. VAN NEST:  YOUR HONOR, THIS WOULD BE A GOOD TIME

| | | |
|---|---|---|
| 12:07:28 | 1 | TO TAKE OUR NOON BREAK. |
| 12:07:30 | 2 | THE COURT:  OKAY.  LET'S DO THAT. |
| 12:07:32 | 3 | LET'S TAKE OUR USUAL HOUR BREAK AND COME BACK AT 1:10. |
| 12:07:37 | 4 | (RECESS FROM 12:07 P.M. UNTIL 1:10 P.M.) |
| 01:10:49 | 5 | THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR |
| 01:18:25 | 6 | JURORS ARE HERE. |
| 01:18:26 | 7 | MR. VAN NEST, WOULD YOU LIKE TO CONTINUE? |
| 01:18:28 | 8 | MR. VAN NEST:  I WOULD YOUR HONOR, THANK YOU VERY |
| 01:18:30 | 9 | MUCH. |
| 01:18:32 | 10 | **CLOSING ARGUMENTS BY MR. VAN NEST (CONTINUED)** |
| 01:18:34 | 11 | WELCOME BACK, EVERYONE, FROM LUNCH, AND THANK YOU AGAIN |
| 01:18:36 | 12 | FOR BEING SO PROMPT AND DILIGENT. |
| 01:18:38 | 13 | LET'S GO BACK TO MR. GOURLAY.  THERE WERE COMMENTS THIS |
| 01:18:40 | 14 | MORNING BY CISCO'S COUNSEL ABOUT BLATANT COPYING.  BLATANT |
| 01:18:45 | 15 | COPYING OF THE CLI. |
| 01:18:47 | 16 | WE NOW KNOW FROM MR. GOURLAY'S TESTIMONY THAT IF THAT'S |
| 01:18:50 | 17 | SO, IT WAS KNOWN TO CISCO IN 2009.  HE JUST TESTIFIED THAT HE |
| 01:18:56 | 18 | LOOKED AT A SWITCH IN THE TESTING LAB AT CISCO IN '09, AND HE |
| 01:19:00 | 19 | CONCLUDED THAT ARISTA WAS USING A CLI THAT HAD A CONSISTENT |
| 01:19:04 | 20 | LOOK AND FEEL TO THE ONE USED BY, NOT JUST CISCO, BUT FOUNDRY, |
| 01:19:10 | 21 | EXTREME, JUNIPER, AND A HOST OF OTHER NETWORK PROVIDERS. |
| 01:19:17 | 22 | WHY DIDN'T ALARM BELLS GO OFF BACK THEN?  WHY WASN'T IT |
| 01:19:24 | 23 | UNTIL 2014 THAT A LAWSUIT WAS FILED.  WELL, THE TESTIMONY OF |
| 01:19:27 | 24 | MR. VOLPI AND MR. GIANCARLO EXPLAINS IT PERFECTLY.  THEY MADE A |
| 01:19:31 | 25 | BUSINESS DECISION AT CISCO NOT TO PROTECT THE CLI BUT BY |

01:19:36  1    ENCOURAGING OTHERS TO USE IT BY CALLING IT AN INDUSTRY

01:19:39  2    STANDARD.

01:19:39  3        WHY?  CUSTOMERS LIKED THAT BETTER AND IT ALLOWED CISCO TO

01:19:43  4    SAY WE ARE THE LEADER.  OBVIOUSLY, THEY DID THAT BECAUSE,

01:19:49  5    HERE'S THE SLIDE YOU SAW THIS MORNING ON THE BOTTOM, OH, ALL

01:19:53  6    THAT BLATANT COPYING BY ARISTA.

01:19:55  7        LOOK AT DELL.  DELL IS UP THERE AT 1600 COMMANDS THAT ARE

01:19:59  8    THE SAME.  THIS DOESN'T FIT TOGETHER.  IT DOESN'T FIT TOGETHER

01:20:03  9    THAT SOMEHOW CISCO WASN'T AWARE OF THIS UNTIL 2014.  WITH ALL

01:20:08  10   OF THESE INDUSTRY PLAYERS USING THE COMMANDS, AND CISCO TESTING

01:20:12  11   THE SWITCHES IN THEIR LAB, THEY HAD TO KNOW ALL OF THIS.

01:20:16  12       AND THE ONLY REASONABLE EXPLANATION THAT HE KNOW HAPPENED

01:20:20  13   IN THE MARKET, WHICH IS THEY CONTINUED TO PROMOTE THE CLI AS AN

01:20:25  14   INDUSTRY STANDARD OVER, AND OVER, AND OVER, AND THEY MADE A

01:20:28  15   BUSINESS DECISION NOT TO STOP IT.

01:20:30  16       NOW THAT'S RELEVANT TO TWO VERY IMPORTANT CONCEPTS.

01:20:34  17       ONE, IT MEANS THE USE WAS A FAIR USE, BECAUSE IT'S A USE

01:20:38  18   THAT CISCO ENCOURAGED AND UNDERSTOOD WAS REASONABLE AND

01:20:44  19   BENEFITTED FROM THEMSELVES.

01:20:45  20       AND IT ALSO GOES TO ABANDONMENT.  THEY ABANDONED THE CLAIM

01:20:49  21   FOR COPYRIGHT ON THESE CLI'S WHEN THEY DECIDED NOT TO STOP IT

01:20:53  22   TO GO FORWARD, PROMOTE IT AS INDUSTRY STANDARD, AND TOLERATE

01:20:58  23   ITS USE BY OTHERS.

01:20:59  24       ALL OF THIS HAPPENED YEARS AFTER THE HUAWEI LAWSUIT, THEY

01:21:02  25   WANT TO TALK SO MUCH ABOUT.  ALL OF THIS WE ARE TALKING ABOUT

01:21:05   1    HAPPENED AFTER HUAWEI.

01:21:06   2        OKAY.  LET'S TALK ABOUT COPYING AND COPYRIGHT

01:21:11   3    INFRINGEMENT.

01:21:13   4        KEY POINT, COPYING UNPROTECTED ELEMENTS OF THE CLI IS NOT

01:21:18   5    INFRINGEMENT.  IT'S NOT ENOUGH TO PROVE COPYING.  THE COPYING

01:21:23   6    HAS TO BE OF SOMETHING THAT'S ACTUALLY PROTECTABLE.

01:21:26   7        THE LAW PERMITS COPYING OF FEATURES THAT ARE NOT

01:21:30   8    PROTECTABLE, EITHER BECAUSE THEY ARE NOT PROTECTABLE AS A

01:21:33   9    MATTER OF LAW OR BECAUSE THEY ARE NOT ORIGINAL OR BECAUSE THEY

01:21:38   10   ARE NOT CREATIVE.

01:21:40   11       HERE'S THE JURY INSTRUCTION 36.  VERY IMPORTANT.  "THEY

01:21:43   12   HAVE THE BURDEN TO PROVE BY A PREPONDERANCE THAT ARISTA COPIED

01:21:48   13   ORIGINAL PROTECTED ELEMENTS FROM CISCO'S WORK."

01:21:52   14       SO THE FACT THAT EVERYBODY, INCLUDING ARISTA, WAS USING

01:21:56   15   SOME OF THE SAME COMMANDS, THAT'S NOT COPYRIGHT INFRINGEMENT

01:22:00   16   UNLESS WHAT'S BEING COPIED IS PROTECTED.

01:22:04   17       OKAY.  LET'S TAKE A LOOK AT THE NEXT ONE WHICH IS VERY

01:22:07   18   IMPORTANT.  JURY INSTRUCTION 39.

01:22:09   19       JUDGE FREEMAN HAS GIVEN US THE INSTRUCTIONS OF THINGS THAT

01:22:13   20   ARE NOT PROTECTABLE, THINGS YOU CAN'T PROTECT, LET'S LIST THEM:

01:22:17   21       ONE, ANY SINGLE MULTIWORD COMMAND.

01:22:20   22       LET ME PAUSE RIGHT THERE.  ALL THAT TESTIMONY YOU HEARD

01:22:22   23   FROM MR. REMAKER AND MR. LOUGHEED ABOUT HOW CREATIVE THEY WERE

01:22:25   24   IN CREATING EACH OF THESE MULTIWORD COMMANDS, EVEN IF IT WERE

01:22:30   25   TRUE, THAT'S NOT PROTECTABLE.  THOSE AREN'T PROTECTABLE.

01:22:34  1         COMMAND HIERARCHIES, ALSO NOT PROTECTABLE.  THE TESTIMONY

01:22:36  2    FROM DR. ALMEROTH AND MR. LOUGHEED, ALL OF THESE WONDERFUL

01:22:42  3    HIERARCHIES, NOT PROTECTABLE.

01:22:45  4         SPECIFIC MODES AND PROMPTS, NOT PROTECTABLE.

01:22:49  5         USE OF COMMAND SYNTAX, THAT'S HOW ALL OF THEIR COMMANDS

01:22:53  6    ARE WRITTEN, A VERB LIKE "SHOW," OR "CLEAR," OR "CONFIGURE,"

01:22:57  7    WITH AN OBJECT LIKE "BGP," OR "IP," THAT'S COMMAND SYNTAX, NOT

01:23:04  8    PROTECTABLE.

01:23:05  9         FUNCTIONS, NOT PROTECTABLE.  OBVIOUSLY THAT'S A HUGE

01:23:08  10   POINT.

01:23:08  11        HOW THE DEVICE ACTUALLY OPERATES, NOT PROTECTED.

01:23:13  12        USING THESE FEATURES, NOT PROTECTED.  ALL THEY'VE GOT IS A

01:23:17  13   CLAIM ABOUT THE LABELS ON THE KNOBS THAT DR. BLACK TALKED

01:23:20  14   ABOUT, BUT NOT EVEN THAT.

01:23:23  15        INDIVIDUAL HELP DESCRIPTION PHRASES, NOT PROTECTABLE.

01:23:27  16        SO WHAT DOES THIS MEAN?  THIS MEANS THAT ALL THIS

01:23:31  17   TESTIMONY YOU GOT ABOUT THE COMMANDS, THAT'S NOT ON POINT.

01:23:36  18   THEIR CLAIM NOW IS ONLY THAT THEY HAVE A COMPILATION OF ALL THE

01:23:42  19   COMMANDS IN IOS, A COMPILATION -- THAT'S THE COLLECTION OF ALL,

01:23:47  20   16,000.  THEY ARE SAYING THAT'S WHAT THEY CAN PROTECT.  OR IN

01:23:51  21   THE CASE OF THESE HELP DESCRIPTIONS, ALL OF THOSE, THERE'S

01:23:57  22   52,000 HELP DESCRIPTIONS, 52,000 HELP DESCRIPTIONS, OR ALL THE

01:24:00  23   COMMAND OUTPUTS, THERE'S THOUSANDS OF THOSE TOO.

01:24:04  24        THEIR CLAIM IS NOW LIMITED TO THESE COLLECTIONS.  WHY IS

01:24:07  25   THAT IMPORTANT?  ARISTA DIDN'T COPY THE COMPILATION, WE KNOW

01:24:11  1    THAT.  THEY ARE ONLY ACCUSING ARISTA OF USING 500 OF THE

01:24:16  2    THOUSANDS OF COMMANDS IN THE SYSTEM.

01:24:18  3        SO IT'S CRYSTAL CLEAR THAT ARISTA DIDN'T COPY THE

01:24:22  4    COMPILATION, THEIR CLAIM NOW IS LIMITED TO THESE COMPILATIONS.

01:24:26  5        SO WHAT HAVE THEY PROVED THERE?  DID ANYBODY COME IN AND

01:24:30  6    TESTIFY ABOUT HOW THE WHOLE ARRANGEMENT OF COMMANDS WORKED

01:24:33  7    WELL?  NO.  YOU DIDN'T HEAR ANY OF THAT.  OR WHY ALL THE HELP

01:24:37  8    DESCRIPTION COMPILATIONS IS A PROTECTABLE CREATIVE THING?

01:24:41  9        ALL THESE ARE, ARE COLLECTIONS OF EITHER COMMANDS OR HELP

01:24:45  10   DESCRIPTIONS THAT THEY'VE WRITTEN OVER MANY YEARS AND STORED IN

01:24:48  11   THEIR MANUALS AND ELSEWHERE.  THEY DIDN'T EVEN SHOW YOU AN

01:24:53  12   EXAMPLE OF WHAT A COMPILATION LOOKED LIKE, NOTHING LIKE THAT.

01:24:56  13       AND CRITICALLY, THEY ARE NOT CLAIMING THAT THERE'S

01:24:59  14   SOMETHING UNIQUE ABOUT THE 506 THEY ARE CLAIMING ABOUT, THAT

01:25:03  15   THERE'S SOME KIND OF UNIFIED THING OR THAT IT HAS A LIFE

01:25:07  16   OUTSIDE THIS LAWSUIT, THOSE ARE JUST THE COMMANDS THEY FOUND

01:25:10  17   WHEN THEY WENT THROUGH THE CLI THAT WERE SIMILAR TO THEIRS, IN

01:25:14  18   SOME CASES IDENTICAL TO THEIRS, RIGHT?

01:25:17  19       IN OTHER WORDS, THEY DON'T HAVE ANY EVIDENCE BEFORE YOU

01:25:20  20   THAT THESE 506 COMMANDS REPRESENT ANYTHING OUTSIDE OF THIS

01:25:26  21   LAWSUIT, ANYTHING LIKE A UNIFIED STRUCTURE OR SOMETHING

01:25:29  22   SIGNIFICANT OR SOMETHING SPECIALLY CREATIVE OR SOMETHING

01:25:33  23   PROTECTABLE, RIGHT?

01:25:35  24       AND DR. BLACK DID THAT.  WE ASKED HIM TO LOOK, OF THE 506

01:25:39  25   ASSERTED COMMANDS, IS THERE ANY PATTERN YOU FOUND AMONG THOSE?

01:25:43  1   HE SAYS, "I MEAN, YOU CAN LOOK THROUGH THE LIST AND I CAN'T

01:25:47  2   DISCERN ANY MEANINGFUL PATTERN.  IT'S MORE OR LESS AN ARBITRARY

01:25:52  3   LIST, FROM WHAT I CAN SEE, OTHER THAN PERHAPS THEY SHARE A

01:25:56  4   COMMONALITY WITH ARISTA."

01:25:59  5       YOU WOULD SEE THE SAME KIND OF LIST OF 1600, IF WE WERE

01:26:02  6   TALKING ABOUT DELL, OR MAYBE 7 OR 800 IF WE WERE TALKING ABOUT

01:26:08  7   JUNOS-E, OR WHO KNOWS HOW MANY IF WE WERE TALKING ABOUT HP,

01:26:12  8   EXTREME, BROCADE OR THE OTHERS, RIGHT?  THERE'S NOTHING

01:26:15  9   PROTECTABLE ABOUT THAT COMPILATION.

01:26:18  10      NOW, I KNOW WHAT THEIR ANSWER WILL BE, WELL, YOU TOOK WHAT

01:26:22  11  YOU NEEDED.  AND GHEE, MR. SADANA SAID "CORE COMMANDS."  WHAT

01:26:25  12  MR. SADANA IS TALKING ABOUT IS FOR THOSE ROUTINE UTILITY

01:26:29  13  COMMANDS AND FUNCTIONS THAT ANY SWITCH HAS, THE INDUSTRY HAS

01:26:34  14  ADOPTED A COMMON LANGUAGE FOR THOSE.

01:26:37  15      THAT DOESN'T EVEN ADDRESS ALL THE NEW FEATURES AND THE NEW

01:26:41  16  FUNCTIONALITY IN THE ARISTA SWITCHES, RIGHT?  THE CORE COMMANDS

01:26:44  17  THAT MR. SADANA IS TALKING ABOUT, THOSE ARE UTILITY FUNCTIONS

01:26:48  18  THAT EXIST IN ANY SWITCH.  AND ALL THE NETWORK SWITCH PROVIDERS

01:26:53  19  HAVE THOSE AND THEY ARE ALL USING THE SAME SET OF THOSE CORE

01:26:57  20  COMMANDS.  NOTHING UNIQUE ABOUT THAT.

01:26:59  21      NOW, I WOULD SUBMIT THAT EVEN IF YOU GO TO THE MULTIWORD

01:27:03  22  COMMANDS, THOSE AREN'T ORIGINAL EITHER.

01:27:05  23      LET'S GO TO THE NEXT ONE.

01:27:09  24      155 OF THE 500 ARE SHOW COMMANDS.  THE WORD "SHOW," WHICH

01:27:14  25  IS NOT UNIQUE, OR ORIGINAL TO THEM, AND FOLLOWED BY A NOUN.

2770

01:27:21  1    ONE OF THE OTHER THINGS THAT JUDGE FREEMAN'S INSTRUCTION

01:27:23  2  SAYS, AND I FORGOT TO PUT THIS ON THE SLIDE, WAS THE IDEA OR

01:27:27  3  METHOD OF GROUPING OR CLUSTERING COMMANDS UNDER COMMON INITIAL

01:27:31  4  WORDS LIKE SHOW OR IP.  NOT PROTECTABLE.  AGAIN, NOT

01:27:36  5  PROTECTABLE.

01:27:36  6    "SHOW" HAS BEEN AROUND FOREVER, AS MR. LOUGHEED ADMITTED,

01:27:40  7  155 OF THESE ARE "SHOW" COMMANDS.  HE WORKED ON A NUMBER OF

01:27:43  8  SYSTEMS AT STANFORD, THIS IS JUST ONE, THAT HAD A "SHOW"

01:27:46  9  COMMAND.  YES, IT DID, IT HAD A "SHOW" COMMAND, HE TESTIFIED

01:27:51 10  THERE WERE OTHERS AS WELL, WHILE HE WORKED AT STANFORD.

01:27:54 11    HE ALSO TESTIFIED THAT SOME OF THE COMMANDS HE SIMPLY

01:27:57 12  COPIED FROM OTHER SYSTEMS.

01:27:59 13    REMEMBER WE FOUND A MANUAL IN HIS POSSESSION THAT HAD 7 OR

01:28:03 14  8 OF THESE COMMANDS, VERBATIM IN THERE, HE SAID THAT'S A

01:28:07 15  COINCIDENCE, OKAY.  BUT IN THIS CASE, IN THE CISCO CLI, HE USED

01:28:11 16  A MULTIWORD COMMAND, HE HAD PREVIOUSLY USED AT ANOTHER COMPANY.

01:28:18 17    AGAIN, THESE ARE ROUTINE COMMON DESCRIPTIONS THAT INDUSTRY

01:28:22 18  HAS ADOPTED FOR USE AND HAVE BEEN IN USE FOR YEARS.

01:28:26 19    ALL RIGHT.  I WANT TO TALK ABOUT TWO LEGAL CONCEPTS THAT

01:28:28 20  ARE A BIG PART OF YOUR CONSIDERATION OF INFRINGEMENT.  MERGER

01:28:33 21  AND SCÈNES À FAIRE.  WHAT ARE THEY?  THIS IS RELATED TO THIS

01:28:36 22  CONCEPT OF PROTECT.

01:28:41 23    MERGER SAYS IF THERE'S ONLY A FEW WAYS TO EXPRESS

01:28:45 24  SOMETHING, YOU CAN'T PROTECT IT.  IT CAN BE USED BY OTHERS.

01:28:47 25    WHY IS THAT?  BECAUSE IF WE ARE TALKING ABOUT DESCRIBING

01:28:50  1    SOMETHING LIKE THE INTERNET PROTOCOL, IP, WHICH HAS BEEN AROUND

01:28:55  2    AND IN USE FOR YEARS, IT'S NOT RIGHT FOR ONE AUTHOR TO HAVE

01:28:59  3    CONTROL OF THAT.  RIGHT?  DO WE WANT 40 DIFFERENT NETWORK

01:29:02  4    SWITCH VENDORS TO HAVE TO COME UP WITH A DIFFERENT WAY TO SAY

01:29:06  5    IP?  OF COURSE NOT.

01:29:07  6        SO THIS MERGER CONCEPT IS IMPORTANT AS PART OF COPYRIGHT

01:29:11  7    INFRINGEMENT.  IF THERE'S ONLY A FEW WAYS TO DO IT, IT'S NOT

01:29:15  8    PROTECTABLE.  THAT'S RELATED TO SCÈNES À FAIRE.

01:29:18  9        SCÈNES À FAIRE MEANS COMMONLY USED TOOLS OF THE TRADE,

01:29:22  10   THINGS THAT FOLKS USE OVER AND OVER.  AND THIS ONE SAYS, IF

01:29:26  11   THERE WERE EXTERNAL FACTORS THAT LIMIT YOUR CHOICE, YOU CAN'T

01:29:30  12   PROTECT THE PRODUCT OF THAT.

01:29:32  13       AGAIN, THESE COMMANDS ARE ALL DESCRIBING FEATURES THAT ARE

01:29:39  14   INDUSTRY PROTOCOLS THAT HAVE BEEN PUBLISHED IN PROTOCOL

01:29:42  15   DOCUMENTS AND KNOWN BY NETWORK ENGINEERS FOR YEARS.

01:29:45  16       SO THE IDEA HERE IS, IF YOU FIND, WHICH THE EVIDENCE FULLY

01:29:48  17   SUPPORTS AND WE WILL ROLL THROUGH IT IN A MINUTE, IF YOU FIND

01:29:52  18   THAT THERE WERE VERY FEW CHOICES AND THEY WERE LIMITED AND

01:29:56  19   THERE'S ONLY A FEW WAYS TO SAY SOMETHING THAT'S ALREADY IN

01:30:00  20   EXISTENCE AND ALREADY BEEN APPROVED, THE PRACTICAL REALITIES OF

01:30:03  21   COMPUTER PROGRAMMING MEAN YOU CAN'T PROTECT STUFF LIKE "SHOW

01:30:10  22   INTERFACE" OR "SHOW IP ROUTE" OR EVEN SOME OF THE MORE

01:30:14  23   COMPLICATED ONES, WHICH AGAIN, COME RIGHT FROM THE STANDARDS

01:30:19  24   THEMSELVES.

01:30:20  25       LET'S GO TO THIS NEXT ONE.  HERE'S MY POINT.  WE DID THIS

01:30:24  1        WITH DR. ALMEROTH.

01:30:25  2             ON THE LEFT ARE SOME OF THE COMMANDS THEY'RE ASSERTING

01:30:28  3        "ROUTER OSPF," "ROUTER ID," "SHOW IP OSPF."  OSPF MEANS OPEN

01:30:33  4        SHORTEST PATH FIRST.

01:30:34  5             AND I'VE GOT AN EXHIBIT NUMBER THERE, IT'S TX 5038.  HERE

01:30:41  6        IT IS.  THAT'S A 40 OR 50-PAGE DOCUMENT, THE INDUSTRY CAME

01:30:45  7        TOGETHER AND CREATED IT.  IT EXISTED BEFORE ANY OF THESE

01:30:48  8        COMMANDS THAT CISCO IS CLAIMING DID.

01:30:50  9             AND WHAT'S THE IDEA?  THE IDEA IS THE INDUSTRY CALLS IT

01:30:55  10       OSPF, THEY HAVE ALREADY ADOPTED THAT TERM.  SO ARE WE GOING TO

01:30:59  11       GIVE CISCO THE EXCLUSIVE RIGHT TO USE THAT?  OF COURSE NOT.

01:31:03  12       THEN THE SECOND GUY HAS TO SPELL IT OUT, AND THE THIRD GUY HAS

01:31:07  13       TO FIND ANOTHER WORD, AND THE FOURTH, AND THE FIFTH AND THE

01:31:09  14       SIXTH.  YOU COULD SEE HOW RIDICULOUS THAT WOULD BE.  CRAZY.

01:31:14  15             NOT ONLY THAT, I'VE GOT IN GREEN, THE TIMES OSPF IS USED.

01:31:18  16       BUT YOU JUST GO TO PAGE 3 OF THIS THING.  DR. ALMEROTH DIDN'T

01:31:22  17       LIKE THIS ONE BIT, BUT PAGE 3, I'VE GOT IT UP THERE ON THE

01:31:25  18       SCREEN, IT'S GOT A LOT OF DEFINED TERMS THAT YOU USE WITH OSPF.

01:31:30  19       "ROUTER," THAT'S DEFINED TERM, "ROUTER ID," "INTERFACE,"

01:31:35  20       "NEIGHBORING," "HELLO PROTOCOL," "HELLO INTERVAL" IS ON THE

01:31:38  21       NEXT PAGE.  THEY ARE ALL DEFINED TERMS.

01:31:41  22             LET'S GO BACK -- I DON'T HAVE A SLIDE ON IT, MR. DAHM, I'M

01:31:45  23       SORRY.

01:31:46  24             BUT YOU CAN GO THROUGH HERE AND THEY ARE ALL THE SAME.

01:31:48  25       LET'S TAKE A LOOK AT A LONGER ONE RIGHT ON THIS PAGE, "SHOW

01:31:52  1      IP."  "SHOW" COMMONLY USED, "IP" MEANS INTERNET PROTOCOL.

01:31:58  2      THERE'S A PROTOCOL JUST LIKE THIS FOR IP, AND WHAT'S IT CALLED?

01:32:01  3      IP.

01:32:01  4          OSPF RUNS OVER THE IP PROTOCOL, THAT'S WHY THEY ARE

01:32:04  5      TOGETHER.  AND "INTERFACE" IS A DEFINED TERM.

01:32:07  6          THIS HAPPENS OVER, AND OVER, AND OVER IN THESE 500

01:32:10  7      COMMANDS, WHICH IS WHY THEY ARE JUST ROUTINE, NOT PROTECTABLE,

01:32:14  8      AND NOT ORIGINAL.

01:32:16  9          NEXT SLIDE.

01:32:17  10     HERE'S ANOTHER ONE.  IGMP, THAT'S ANOTHER ONE.  AND THAT'S

01:32:21  11     IN TX 6877, I WENT OVER THAT WITH DR. ALMEROTH, INTERNET GROUP

01:32:27  12     MANAGEMENT PROTOCOL.  RIGHT IN THE TITLE, THAT GREEN PULLOUT IS

01:32:31  13     THE TITLE OF THE PROTOCOL.  IT USES IGMP.  THE INDUSTRY HAS

01:32:36  14     COME TOGETHER AND DECIDE THAT'S A SUITABLE TERM TO USE.

01:32:39  15     NOW, ARE YOU REQUIRED TO USE IT?  NO.  I MEAN, YOU ARE NOT

01:32:43  16     FORCED TO USE IT.  BUT SINCE THE INDUSTRY IS USING IT, AND

01:32:49  17     SINCE THE IDEA IS WE ARE GOING TO SUPPORT THAT PROTOCOL IN OUR

01:32:52  18     SWITCH, YOU WANT A NETWORK ENGINEER TO BE FAMILIAR WITH IT.

01:32:56  19     SO LOOK AT THESE ONES, THESE ARE LONGER.  "QUERY

01:32:59  20     INTERVAL."  "STARTUP-QUERY INTERVAL."  "START-UP QUERY COUNT,"

01:33:03  21     IF IT WERE UP TO DR. ALMEROTH, NONE OF US WOULD EVER KNOW THAT

01:33:09  22     THESE CAME DIRECTLY, WORD-FOR-WORD, AS PHRASES OUT THE

01:33:13  23     PROTOCOL.

01:33:13  24     HE WANTED TO PRETEND THAT THIS WAS THE CREATIVE GENIUS OF

01:33:16  25     SOMEONE CREATING THESE COMMANDS.  BALONEY.  THESE ALL COME

01:33:19  1    RIGHT FROM THE DEFINED TERMS.

01:33:19  2            NEXT PAGE, PLEASE.

01:33:21  3            EVEN THE LONG ONES.  "LAST MEMBER QUERY INTERVAL," THAT'S

01:33:25  4    A DEFINED TERM IN THIS PROTOCOL.  "LAST MEMBER QUERY COUNT."  A

01:33:29  5    DEFINED TERM IN THIS PROTOCOL.

01:33:34  6            NOW WE SPENT QUITE A BIT OF TIME ON THAT WITH

01:33:37  7    DR. ALMEROTH, AND I'M NOT GOING TO REPEAT IT ALL HERE, BUT I

01:33:40  8    WILL SHOW ON THIS NEXT SLIDE, THERE ARE A LOT OF PROTOCOLS, AND

01:33:42  9    YOU CAN'T FIND A COMMAND IN HERE THAT DOESN'T COME FROM ONE OR

01:33:46  10   THE OTHER OF THESE IN SOME WAY.

01:33:49  11           "SNMP" MEANS SIMPLE NETWORK MANAGEMENT PROTOCOL.  "IPV6,"

01:33:54  12   INTERNET PROTOCOL VERSION SIX.  "ARP" ON THE RIGHT, ADDRESS

01:33:58  13   RESOLUTION PROTOCOL.  THESE ARE ALL STANDARD PROTOCOLS, I HAVE

01:34:03  14   THE TX NUMBERS, AND THE IDEA IS THAT FOLKS USE THEM BECAUSE

01:34:09  15   THEY ARE WHAT THE INDUSTRY HAS DECIDED TO USE TO DESCRIBE THAT

01:34:14  16   PROTOCOL.

01:34:14  17           HERE'S WHAT MR. CATO SAID, THIS WAS ON VIDEO ALSO.  AND

01:34:19  18   HERE'S THE REAL IDEA, HE'S TALKING ABOUT A VLAN, THAT'S NOT A

01:34:23  19   PROTOCOL, BUT IT'S A FEATURE.  IT MEANS "VIRTUAL LOCAL AREA

01:34:28  20   NETWORK."  WHAT HE'S SAYING IS IF I PUT A VLAN IN MY SWITCH, IF

01:34:32  21   I SUPPORT IT, THEN IN ORDER FOR THE NETWORK FOLKS TO UNDERSTAND

01:34:36  22   WHAT I'VE GOT, I'VE GOT TO USE VLAN IN THE CLI ALONG WITH THE

01:34:43  23   PARAMETERS NECESSARY TO STRUCTURE IT SO IT WILL INTEROPERATE

01:34:46  24   ACROSS MULTIPLE SWITCHES.

01:34:48  25           HE'S SAYING IF THE GOAL OF THE COMMAND IS TO DESCRIBE A

2775

01:34:51  1    FEATURE LIKE VLAN, YOU ARE GOING TO USE THE NAME THAT THE

01:34:56  2    INDUSTRY HAS CHOSEN TO DESCRIBE IT, TIME, AFTER TIME, AFTER

01:35:01  3    TIME.

01:35:02  4         NOW, GUESS WHAT, THE EVIDENCE SHOWS -- LET'S GO TO THE

01:35:07  5    NEXT SLIDE.  THE EVIDENCE SHOWS THAT EVEN AT CISCO THEY

01:35:10  6    UNDERSTOOD THIS AND THEY TOLD THEIR ENGINEERS DON'T BE

01:35:14  7    CREATIVE, BE COMMON, BE FAMILIAR.

01:35:18  8         THIS IS FROM THAT FAMOUS PARSER-POLICE MANIFESTO.  WHEN

01:35:23  9    NAMING A COMMAND, TRY TO PICK NAMES THAT WOULD BE FAMILIAR TO

01:35:26  10   PEOPLE IN THE INDUSTRY.  COMMANDS SHOULD BE SELF-EXPLANATORY SO

01:35:31  11   THAT A KNOWLEDGEABLE USER, THAT'S THESE NETWORK OPERATORS, CAN

01:35:36  12   FIGURE IT OUT WITHOUT SCURRYING OFF TO A MANUAL.

01:35:40  13        USE "AN ACCEPTED INDUSTRY ACRONYM."  THAT'S JUST WHAT I

01:35:45  14   WAS TALKING ABOUT, ALL THOSE PROTOCOL NAMES ARE ACCEPTED

01:35:48  15   INDUSTRY ACRONYMS, THEY ARE TOLD TO USE THEM.  DO NOT USE CODE

01:35:50  16   NAMES.

01:35:52  17        NOW, THAT WAS THE GUIDANCE, BUT IN FACT, MR. REMAKER

01:35:58  18   CONFIRMED THAT THAT'S WHAT THEY DID.  HIS TESTIMONY WAS, THIS

01:36:02  19   IS WHAT WE DO WHEN WE WRITE THESE COMMANDS.  WE DON'T FREELANCE

01:36:05  20   OR OFFROAD.  KEEP IT SHORT.  WHY?  YOU ARE TYPING IT.  AVOID

01:36:11  21   COLLISIONS.  WHAT HE SAID WAS "YOU DON'T USE THE SAME WORD

01:36:14  22   TWICE AND MESS UP THE DEVICE."

01:36:16  23        CONSIDER THE AUDIENCE.  WHAT DO NETWORK ENGINEERS

01:36:19  24   UNDERSTAND?  DO THEY WANT YOU TO WRITE OUT OSPF OR USE SOME

01:36:24  25   OTHER WORD OR SOME OTHER NAME?  NO.  AND ARRANGED AND GROUPED

01:36:29   1      IN A LOGICAL EASY TO FIND ORDER.

01:36:32   2          IN OTHER WORDS, THESE ARE SOME OF THE LIMITATIONS.

01:36:34   3          AND MR. KATHAIL BACKED THAT UP.  HE SAID THE COMMANDS

01:36:39   4      SHOULD COME FROM A VOCABULARY WHICH NETWORKERS USE DAY IN AND

01:36:44   5      DAY OUT.  THAT'S TRUE.  IF YOU ARE TALKING ABOUT HOCKEY, YOU

01:36:46   6      USE THE LANGUAGE OF HOCKEY.  IF YOU ARE TALKING ABOUT

01:36:48   7      NETWORKING, YOU USE THE LANGUAGE OF NETWORKING THAT NETWORK

01:36:51   8      ENGINEERS ARE ALL FAMILIAR WITH.

01:36:54   9          AND THAT'S -- THAT IS TRUE FOR ALL OF THESE COMMANDS,

01:36:57  10      WHICH IS WHY NONE OF THIS IS PROTECTABLE.  EITHER A SINGLE

01:37:03  11      MULTIWORD COMMAND, JUDGE FREEMAN HAS ALREADY TOLD YOU THAT, OR

01:37:07  12      THE COMPILATION ITSELF.  THE COMPILATION IS NO DIFFERENT.  IT'S

01:37:11  13      JUST A COLLECTION OF THESE COMMANDS, ALSO FROM INDUSTRY

01:37:15  14      STANDARD PROTOCOLS.

01:37:17  15          COULD I GO BACK TO THE COLOR-CODED CHART, MR. DAHM.

01:37:21  16          THE LAST POINT I'M GOING TO MAKE ON THIS PART OF IT IS

01:37:24  17      THAT AT LEAST SOMEONE MADE AN EFFORT TO ANALYZE THIS.  AND THAT

01:37:28  18      WAS PROFESSOR BLACK.  AND HE WENT THROUGH THEM ALL, HE

01:37:31  19      PRESENTED SOME OF THESE, BUT EVERYTHING IN GREEN IS DIRECTLY

01:37:35  20      FROM AN INDUSTRY STANDARD.  DIRECTLY.  EVERYTHING IN GRAY THAT

01:37:40  21      MR. NELSON WAS CALLING THAT THE BROWN STUFF, THAT'S ALL COMMON

01:37:44  22      TERMINOLOGY THAT PRE-EXISTED.  "CLEAR," "CLOCK," "SHOW."

01:37:50  23          THE BLUE DON'T NECESSARILY COME DIRECTLY FROM A PROTOCOL,

01:37:55  24      BUT THEY ARE COMMON INDUSTRY TERMS THAT ANY NETWORKING ENGINEER

01:37:58  25      WOULD UNDERSTAND.  "CONTROL PLANE," "TIME ZONE," "DYNAMIC,"

01:38:02  1    "ROUTE," "MROUTE," ET CETERA, ET CETERA, ET CETERA.

01:38:07  2         SO THE POINT HERE, LADIES AND GENTLEMEN, IS COPYING IS NOT

01:38:12  3    COPYRIGHT INFRINGEMENT UNLESS YOU ARE COPYING SOMETHING THAT'S

01:38:15  4    PROTECTED AND ORIGINAL, AND THAT NEVER HAPPENED HERE.

01:38:18  5         LET ME TALK ABOUT ONE OTHER TOPIC IN THIS SAME AREA, THAT

01:38:23  6    IS THE HELP STRINGS.  THE HELP STRINGS.  LET'S GO FORWARD TO

01:38:27  7    THE HELP STRINGS SLIDE WITH DR. ALMEROTH.

01:38:32  8         REMEMBER THE HELP STRINGS ARE ALSO NOT INDIVIDUALLY

01:38:35  9    PROTECTABLE.  BUT THEY ARE CLAIMING A COMPILATION.  AND HERE'S

01:38:39  10   WHERE I WANT TO PAUSE AND SAY THAT DR. ALMEROTH'S TESTIMONY

01:38:42  11   OVERALL IS OF NO VALUE.  HE IS TRULY JUST AN ADVOCATE FOR

01:38:50  12   CISCO.  HE CAME IN HERE PRETENDING TO BE INDEPENDENT.

01:38:53  13        IN FACT, HE'S HAD A FINANCIAL RELATIONSHIP WITH CISCO FOR

01:38:56  14   20 YEARS.  AND AS YOU SAW DURING HIS EXAMINATIONS, THERE WERE

01:39:01  15   TWO OF THEM, HE WOULDN'T AGREE TO THE SIMPLEST THING.

01:39:04  16        HERE HE IS SAYING THAT "DELETE A FILE," THAT PHRASE, IS

01:39:07  17   ELEGANT.

01:39:08  18        AMONG WHAT YOU ARE ASSERTING ARE DELETE A FILE, RIGHT?

01:39:11  19   ELEGANT.

01:39:12  20        RENAME A FILE, CREATIVE, RIGHT?  ACCORDING TO DR. ALMEROTH

01:39:17  21   THAT'S CREATIVE.

01:39:19  22        CHANGE CURRENT DIRECTLY?  ORIGINAL?  YES.

01:39:25  23        TIME IN MINUTES.  TIME IN MINUTES.  THERE'S ANOTHER ONE ON

01:39:29  24   THIS STRING OF CREATIVE?  YES.

01:39:33  25        COME ON.  COME ON.  THAT KIND OF TESTIMONY MEANS YOU ARE

01:39:36  1    ONLY HERE TO BE AN ADVOCATE, NOT AN INDEPENDENT EXPERT.

01:39:41  2        AND MY POINT THERE IS THAT THE HELP DESCRIPTIONS OF WHICH

01:39:45  3    BY THE WAY THERE ARE 52,000 IN IOS, AND SOMETHING LIKE 200 ARE

01:39:52  4    ACCUSED HERE, THESE ARE TRIVIAL, THESE ARE TRULY TRIVIAL,

01:39:57  5    INSIGNIFICANT, NOT PROTECTABLE, VERY COMMON.

01:40:00  6        OKAY.  FINAL POINT, WE WILL MOVE ON, IS NOT EVEN THE

01:40:04  7    MANUALS ARE TRULY ORIGINAL TO CISCO.  THIS IS THE TESTIMONY OF

01:40:08  8    MR. LOUGHEED, WHEN MR. SILBERT EXAMINED HIM, THAT WAS WAY BACK

01:40:13  9    A COUPLE OF WEEKS AGO.  WE ASKED HIM, YOU COPIED SUBSTANTIAL

01:40:16  10   PORTIONS OF THE MANUAL, COPYRIGHTED TO STANFORD, TO CREATE THE

01:40:20  11   CISCO MANUAL, RIGHT?  THAT'S RIGHT.

01:40:24  12       NOW, DO I SAY THAT'S REALLY WRONG AND A TERRIBLE THING?

01:40:28  13   NO, BECAUSE AGAIN, THE MANUAL ISN'T PROTECTABLE, MR. LOUGHEED

01:40:32  14   DIDN'T TREAT IT AS PROTECTABLE, HE COPIED IT, HE FELT HE WAS

01:40:37  15   FREE TO COPY IT.  UNPROTECTABLE MATERIAL.

01:40:40  16       SO LET'S LOOK AT THE VERDICT FORM.  AND I WANT TO EXPLAIN

01:40:43  17   HOW THESE THINGS ARE RELATED.

01:40:47  18       SCÈNES À FAIRE AND MERGER ARE CLOSELY RELATED TO COPYRIGHT

01:40:50  19   INFRINGEMENT.  WE'VE SHOWN AND THE EVIDENCE SUPPORTS THAT

01:40:52  20   NOTHING PROTECTED WAS COPIED.

01:40:54  21       IF YOU AGREE THE EVIDENCE SUPPORTS THAT, THE ANSWER ON

01:40:57  22   QUESTION 1 IS NO.  IF YOU ANSWER QUESTION 1 NO, YOU DON'T GO ON

01:41:01  23   TO ANSWER QUESTION 2 AT ALL.  YOU SKIP ON FURTHER IN THE

01:41:05  24   VERDICT FORM, RIGHT?

01:41:06  25       AND SO OUR POINT ON QUESTION 1 IS NOTHING PROTECTABLE WAS

01:41:10  1    COPIED, PERIOD.

01:41:12  2         OUR POINT ON 2 IS, AND WE WILL TALK ABOUT FAIR USE IN A

01:41:15  3    MINUTE BECAUSE THAT'S SEPARATE, SCÈNES À FAIRE AND MERGER ARE

01:41:20  4    ANOTHER CONCEPTS AROUND THIS PROTECTABILITY, RIGHT?  IF THERE'S

01:41:25  5    ONLY ONE OR A FEW WAYS TO SAY, AND IF THERE'S LOTS OF EXTERNAL

01:41:30  6    CONSTRAINTS, IT'S ALSO NOT INFRINGEMENT TO USE IT.

01:41:35  7         THE LAW ALLOWS USE OF THINGS BECAUSE AGAIN, IF THERE'S

01:41:37  8    ONLY A FEW WAYS TO DO IT, YOU DON'T WANT TO GIVE ONE AUTHOR,

01:41:42  9    PARTICULARLY HERE IN A FUNCTIONAL AREA, THE EXCLUSIVE RIGHT TO

01:41:45  10   USE IT.

01:41:45  11        OKAY.  LET'S TALK ABOUT FAIR USE.  FAIR USE IS A

01:41:49  12   COMPLETELY SEPARATE CONCEPT.  FAIR USE IS PART OF THE COPYRIGHT

01:41:55  13   STATUTE, AND IF A USE IS A FAIR USE, COPYING IS ALLOWED AND

01:42:01  14   THERE IS NO INFRINGEMENT.

01:42:04  15        LET'S TAKE A LOOK AT THE NEXT SLIDE.

01:42:06  16        OKAY.  HERE'S THE INSTRUCTION THAT YOU HEARD THIS MORNING.

01:42:09  17   IT'S NUMBER 46.  VERY IMPORTANT.  SOMEONE WHO IS NOT THE OWNER

01:42:13  18   OF THE COPYRIGHT, HERE THAT'S ARISTA, MAY USE A COPYRIGHTED

01:42:18  19   WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES WITHOUT THE

01:42:23  20   CONSENT OF THE OWNER.  THAT'S CISCO.  IF IT WOULD ADVANCE THE

01:42:27  21   PUBLIC INTEREST.  IF IT WOULD ADVANCE THE PUBLIC INTEREST.

01:42:30  22        THE PUBLIC INTEREST HERE IS IN INNOVATION, FAIR USE IS

01:42:34  23   INTENDED TO FOSTER INNOVATION.  SUCH A USE IS CALLED A FAIR

01:42:40  24   USE.

01:42:41  25        THEN THEY SAY IT AGAIN, THE OWNER OF A COPYRIGHT, THAT'S

2780

01:42:43  1   CISCO, CANNOT PREVENT OTHERS FROM MAKING A FAIR USE OF THE

01:42:48  2   OWNER'S COPYRIGHTED WORK.

01:42:50  3        AGAIN, IF THE USE IS A FAIR USE AND IN THE PUBLIC

01:42:53  4   INTEREST, THEN THE OWNER DOESN'T HAVE THE RIGHT TO PREVENT IT.

01:42:57  5        NOW HOW ARE YOU GOING TO EVALUATE THAT?  THE COURT HAS

01:42:59  6   GIVEN YOU FOUR FACTORS, AND I PUT THEM ON A BOARD SO WE COULD

01:43:04  7   WALK THROUGH THEM ALONG WITH THE SLIDES.

01:43:06  8        AND THIS WAS IN THE NEXT CONSTRUCTION.  THERE THEY ARE.

01:43:15  9   OKAY.  FAIR USE.

01:43:18  10       ON THE LEFT IS THE FACTOR.  ON THE RIGHT IS A LITTLE

01:43:21  11  SUMMARY OF WHAT I'M GOING TO SAY ABOUT EACH ONE.

01:43:27  12       SO THE IDEA OF FAIR USE IS IT'S A SET OF FACTORS THAT YOU

01:43:31  13  EVALUATE AND BALANCE TOGETHER.  AND THE FIRST FACTOR IS THE

01:43:34  14  PURPOSE AND CHARACTER OF THE USE.  AND THAT ADDRESSES WHETHER A

01:43:38  15  USE IS TRANSFORMATIVE OR WHETHER IT'S JUST A COPY, RIGHT?

01:43:44  16       OBVIOUSLY, IF YOU KNOCK OFF A CD OR YOU COPY A MOVIE OR

01:43:48  17  SOMETHING LIKE THAT, THAT'S NOT FAIR USE, YOU ARE JUST COPYING

01:43:51  18  AND TAKING ADVANTAGE.

01:43:53  19       BUT, IF YOU TAKE A LIMITED AMOUNT OF MATERIAL AND TURN IT

01:44:00  20  INTO SOMETHING TRANSFORMATIVE, THAT FAVORS FAIR USE BECAUSE

01:44:04  21  AGAIN, IT FAVORS INNOVATION AND THAT'S WHAT FAIR USE IS SEEKING

01:44:10  22  TO DO.  WE ARE GOING TO GO THROUGH THAT FACTOR IN A MINUTE.

01:44:13  23       THE NATURE OF THE COPYRIGHTED WORK, THAT ADDRESSES, IS

01:44:15  24  THIS SOMETHING NEAR THE HEART OF CREATIVE WORK LIKE ART OR

01:44:20  25  POETRY OR MOVIES OR BOOKS, OR IS IT MORE FACTUAL OR FUNCTIONAL,

01:44:26  1    LIKE COMPUTER PROGRAMS.

01:44:27  2         IF IT'S MORE LIKE ART, IT'S MORE HEAVILY PROTECTED.  IF

01:44:31  3    IT'S MORE LIKE FUNCTIONAL, THAT FAVORS FAIR USE.

01:44:37  4         HOW MUCH WAS TAKEN?  THE AMOUNT AND SUBSTANTIALITY OF THE

01:44:41  5    PORTION USED.  IF YOU KNOCK OFF THE WHOLE -- YOU BOOTLEG A CD,

01:44:46  6    YOU KNOCK OFF THE WHOLE THING.  AGAIN, THAT'S NOT FAIR USE.

01:44:49  7    BUT IF A SMALL FRACTION OF THE COMPILATION OR THE COPYRIGHTED

01:44:53  8    WORK IS INVOLVED, THAT FAVORS FAIR USE.

01:44:56  9         AND THE LAST FACTOR GOES TO WHETHER OR NOT THE USE IN THIS

01:45:00  10   CASE OF THE CLI CAUSED ANY MARKET HARM.

01:45:03  11        NOW THESE FACTORS AREN'T EXCLUSIVE.  AND ONE OF THE KEY

01:45:08  12   FACTORS IS WHAT WOULD A REASONABLE COPYRIGHT OWNER WOULD HAVE

01:45:12  13   THOUGHT WAS FAIR.  WE KNOW WHAT THE COPYRIGHT OWNER HERE

01:45:14  14   THOUGHT WAS FAIR BECAUSE CISCO MADE A CONSCIENCE BUSINESS

01:45:17  15   CHOICE TO PROMOTE THE CLI AS INDUSTRY STANDARD.  THAT FITS IN

01:45:22  16   TO ANOTHER FACTOR.

01:45:23  17        OKAY.  LET'S WALK THROUGH THESE.  AND THE FIRST ONE I

01:45:27  18   TALKED ABOUT BEFORE LUNCH.  TRANSFORMATIVE USE, RIGHT?

01:45:33  19        THEY TOOK -- THEY USED A SMALL NUMBER OF COMMANDS TO

01:45:35  20   CREATE SOMETHING VERY DIFFERENT.  AND NOT ONLY IS THE SWITCH

01:45:39  21   DIFFERENT, NAMELY, THE HIGH SPEED NETWORKING IN THE CLOUD, BUT

01:45:43  22   THE CLI WERE TRANSFORMED TOO.  FULLY AUTOMATED SO THAT YOU

01:45:47  23   DIDN'T HAVE TO CONFIGURE ONE SWITCH AT A TIME.

01:45:50  24        THIS IS THE DEFINITION OF TRANSFORMATIVE USE.  IT'S

01:45:54  25   TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A FURTHER PURPOSE

01:45:57  1    OR DIFFERENT CHARACTER.

01:45:59  2        NOW I KNOW THAT CISCO IS GOING TO SAY, WELL, WAIT A

01:46:01  3    MINUTE, IT'S JUST A SWITCH, SO IT'S NOT ANYTHING NEW.

01:46:04  4        WELL, NO, IT'S NOT JUST A SWITCH, THIS SWITCH HAS CHANGED

01:46:08  5    THE INDUSTRY WHICH IS GOING THROUGH A HUGE MARKET TRANSITION.

01:46:13  6    JUST LIKE WHEN SMART PHONES CAME ALONG, YEAH, IT'S A PHONE, BUT

01:46:18  7    VERY DIFFERENT FROM A CELL PHONE.  MUCH MORE FUNCTIONALITY.

01:46:22  8    MANY MORE FEATURES.  TESLA CAME ALONG, RIGHT?  THAT'S JUST A

01:46:26  9    CAR, WE SAY, JUST A CAR, BUT IT MIGHT CHANGE EVERYTHING.

01:46:30  10        GO BACK IN TIME WHEN MAC CAME ALONG, WHEN COMPUTERS CAME

01:46:35  11    ALONG, TYPEWRITERS, WHAT HAPPENED TO THEM?  IT'S JUST A MACHINE

01:46:39  12    FOR ENTERING DATA.  WELL, NO, IN FACT, IT'S TRANSFORMATIVE.

01:46:41  13        AND THAT'S THE WHOLE POINT OF THIS JURY INSTRUCTION IS TO

01:46:45  14    FOCUS YOU ON THAT.

01:46:48  15        AND AS DR. BLACK SAID, THIS IS TRANSFORMATIVE BECAUSE

01:46:51  16    IT'S -- NO ONE ELSE WAS ABLE TO SELECT A SMALL NUMBER OF

01:46:55  17    COMMANDS, ADD THOUSANDS OF OTHER COMMANDS, ADD NEW FEATURES AND

01:46:59  18    FUNCTIONS, FULLY AUTOMATE THE CLI, PUT IT ON TOP OF A LINUX

01:47:06  19    KERNEL TO MAKE IT PROGRAMMABLE LIKE YOUR SMART PHONE IS, IF YOU

01:47:10  20    WANT TO DOWNLOAD APPS ON IT, THAT'S WHAT ALL THE WITNESSES HAVE

01:47:14  21    TESTIFIED TO.

01:47:15  22        NOW, I DON'T WANT TO REPEAT EVERYTHING I SAID THIS

01:47:17  23    MORNING, BUT LET ME JUST SHOW A LITTLE BIT OF ADDITIONAL

01:47:20  24    EVIDENCE OF THIS POINT.

01:47:21  25        ONE, WE HAVE MR. REMAKER, AGAIN, "ARISTA HAS AN XMPP BASED

01:47:26  1    CLI," THAT MEANS A NEW TYPE OF CLI THAT'S AUTOMATED.  "VERY

01:47:30  2    COOL.  WISH WE DID THIS.  WISH WE HAD DONE THIS.  MAYBE WE

01:47:35  3    STILL CAN."

01:47:36  4         THAT'S MR. REMAKER.

01:47:38  5         MR. PATIL, THIS WAS TESTIMONY, THIS ISN'T A TRIAL EXHIBIT

01:47:43  6    THAT, LAST ONE BY THE WAY WAS TRIAL EXHIBIT 5161, THAT WAS

01:47:47  7    MR. REMAKER'S COMMENT, 5161.

01:47:49  8         THIS IS TESTIMONY.  ON THE STAND, ON THE VIDEO.  "WHAT DID

01:47:54  9    YOU LEARN ABOUT ARISTA'S EOS PRODUCT FROM YOUR RESEARCH?"

01:47:57 10         "THEY HAVE CREATED A NON MONOLITHIC SWITCHING OPERATING

01:48:02 11    SYSTEM WHICH IS VERY RESILIENT AND HIGHLY AVAILABLE, THAT MEANS

01:48:05 12    RELIABLE, AND ON MOST OF THE TIME.  AND PERFORMS AT AN

01:48:10 13    IMPRESSIVE METRICS LEVEL."

01:48:13 14         HIGH SPEED, HIGH RELIABILITY, LOW POWER USE, THAT'S PATIL.

01:48:17 15         LOOK AT THIS NEXT ONE.  REMEMBER WHEN MR. CHAMBERS WAS

01:48:20 16    HERE, WE LOOKED AT THIS.  THIS WAS THE COST SHEET WITH HIS

01:48:25 17    PICTURE ON IT AND THE PICTURE OF THE GUY AT MICROSOFT THAT HE

01:48:30 18    WAS GOING TO VISIT.  THIS IS A VISIT THEY WERE GOING TO MAKE TO

01:48:33 19    MICROSOFT.

01:48:34 20         THIS IS WHAT CISCO SAID, CISCO SAID IN 2012.

01:48:36 21         AND THIS IS TX 5495.  "ARISTA IS OUTPERFORMING CISCO ON

01:48:40 22    PRICE, PRODUCT, ROAD MAP, VISION."  PRICE, PRODUCT, ROAD MAP,

01:48:44 23    VISION.  WHAT ELSE IS THERE?  WHAT ELSE IS THERE?  EVEN

01:48:49 24    MR. CHAMBERS COULDN'T COME UP WITH ANYTHING BEYOND IS THAT.

01:48:53 25    AND AGAIN, THAT'S HIGH PRAISE FROM YOUR COMPETITION.

2784

01:48:57  1        NOW THERE IS ONE ASPECT OF THIS FIRST FACTOR THAT COUNTS

01:49:01  2   AGAINST FAIR USE, AND LET'S PUT THAT OUT THERE TOO.

01:49:04  3   COMMERCIAL.  IS THIS A COMMERCIAL PRODUCT?  SURE, IT IS,

01:49:06  4   ABSOLUTELY.  ABSOLUTELY, ARISTA IS SELLING IT FOR MONEY.

01:49:09  5        HOWEVER, THIS IS JURY INSTRUCTIONS 49.  VERY IMPORTANT.

01:49:14  6        COMMERCIAL USE WEIGHS AGAINST FAIR USE.  THAT'S TRUE.

01:49:18  7   HOWEVER, THE MORE TRANSFORMATIVE THE NEW WORK, THE LESS WILL BE

01:49:21  8   THE SIGNIFICANCE OF OTHER FACTORS LIKE COMMERCIALISM.

01:49:25  9        THE CONCEPT HERE IS, IF YOU ARE MAKING A BIG CHANGE, AND

01:49:28  10  IF YOU ARE CHANGING, MAKING A TRANSITION, THEN THE COMMERCIAL

01:49:34  11  NATURE OF IT IS LESS IMPORTANT.

01:49:35  12       WHEN COMPUTERS CAME ALONG AND REPLACED TYPEWRITERS, THAT

01:49:38  13  WAS A HUGE TRANSITION.  AND CERTAINLY THERE WAS AN IMPACT ON

01:49:42  14  TYPEWRITER SALES.  BUT UNDER THE FAIR USE LAW, WE ARE TRYING TO

01:49:45  15  ENCOURAGE THAT TYPE OF THING.  AND SO THE COMMERCIALISM IS LESS

01:49:48  16  IMPORTANT.  BUT DON'T GET ME WRONG, IT'S A COMMERCIAL PRODUCT

01:49:51  17  FOR SURE.

01:49:55  18       FACTOR TWO, IS IT INFORMAL OR CREATIVE?

01:49:59  19       OKAY.  WE KNOW WHAT IT IS HERE.  THESE ARE COMMANDS

01:50:02  20  ENTERED INTO A SYSTEM TO COMMUNICATE WITH A SWITCH.  THAT IS

01:50:05  21  NOT SHAKESPEARE, THAT IS NOT POETRY, THAT IS NOT SOMETHING AT

01:50:10  22  THE HEART OF THE CREATIVE PROCESS, IT'S A NERD KNOB, RIGHT?

01:50:14  23  THAT'S WHAT OUR NEXT SLIDE SHOWS.

01:50:16  24       THE NEXT SLIDE IS WHAT WE HEARD FROM DR. BLACK, IT'S A

01:50:20  25  NERD KNOB.  IT'S THE LABELS.  IT'S THE LABELS ON THE DIALS,

01:50:25  1    IT'S NOT HOW THE DEVICE WORKS.  IT'S A FUNCTIONAL THING.

01:50:31  2         FACTOR THREE, THE AMOUNT AND SUBSTANTIALITY OF THE PORTION

01:50:34  3    USED.

01:50:34  4         OKAY.  LET'S TAKE A LOOK AT THAT.  HERE'S THE DISPUTED

01:50:38  5    COMMANDS.  WHY ARE THERE ONLY 441 AND NOT 506?  BECAUSE THIS IS

01:50:43  6    JUST IOS.  IOS -- THEY HAVE FOUR OPERATING SYSTEMS HERE, THEY

01:50:48  7    HAVE ADDED THEM UP TO GET TO THE 500.  THERE'S 441 COMMANDS IN

01:50:53  8    IOS.  THAT'S LESS THAN THREE PERCENT OF ALL THE COMMANDS IN

01:50:57  9    IOS.  THERE'S 16,000 COMMANDS IN IOS.  AND YOU WILL SEE THAT

01:51:04  10   NUMBER IN THE EVIDENCE THERE AT TRIAL EXHIBIT 7543.  THAT'S

01:51:09  11   WHERE THE 16,000 NUMBER IS AT PAGE 14.  OKAY.  THAT'S THE

01:51:13  12   COMMANDS.

01:51:15  13        AND AGAIN, AS I SAID, THERE'S NO EVIDENCE THAT THIS SET OF

01:51:18  14   COMMANDS THAT ARE BEING USED AT ARISTA ARE ANYTHING SPECIAL OR

01:51:22  15   UNIQUE OR DIFFERENT.

01:51:24  16        OKAY.  LET'S LOOK AT THE OTHER TWO CATEGORIES, HELP

01:51:28  17   DESCRIPTIONS, DR. BLACK TESTIFIED THERE'S 52,000 OF THOSE, THEY

01:51:32  18   ARE COMPLAINING ABOUT 216.  THAT'S LESS THAN 1 PERCENT.

01:51:35  19        AND AS I SAID, THESE ARE ROUTINE, COMMON, ORDINARY

01:51:38  20   DESCRIPTIONS, NOT EVEN ENTITLED TO PROTECTION IN THE FIRST

01:51:42  21   PLACE.

01:51:43  22        COMMAND OUTPUTS.  AGAIN, DR. ALMEROTH CONFIRMED THERE'S

01:51:48  23   THOUSANDS OF THOSE.  37 AT ISSUE.  THEY WENT THROUGH ALL THE

01:51:51  24   COMMAND OUTPUTS, ALL OF THE THOUSANDS THAT THE EOS GENERATES

01:51:56  25   AND THEY FOUND 37 TO COMPLAIN ABOUT, THAT'S IT.

01:51:59 1          EVEN THE MODES ARE A SMALL PERCENTAGE.  THERE ARE MORE

01:52:04 2     THAN 100 MODES IN IOS.

01:52:07 3          NEXT SLIDE, PLEASE.

01:52:10 4          THAT'S WHAT DR. ALMEROTH SAID THEY ARE COMPLAINING ABOUT

01:52:13 5     FOUR.

01:52:13 6          AND SIMILARLY WITH THE TECHNICAL MANUALS, REMEMBER IN THE

01:52:17 7     OPENING AND THIS IS STILL TRUE, THERE'S ONE SNIPPET THEY FOUND

01:52:21 8     OUT OF A 5 OR 600 PAGE MANUAL.  THIS IS THE MANUAL THAT THAT

01:52:24 9     SNIPPET IS FOUND IN.  THEY WENT THROUGH THE WHOLE THING.

01:52:27 10    THERE'S THE GREEN TAB, THEY FOUND TWO OR THREE LINES.

01:52:32 11         AGAIN, TRULY TRIVIAL.  INSIGNIFICANT.

01:52:36 12         NOW, ARISTA DOESN'T TOLERATE PLAGIARISM, SO AS YOU NOW

01:52:40 13    WELL KNOW THE EMPLOYEE THAT WAS INVOLVED IN THAT IS NO LONGER

01:52:43 14    EMPLOYED.

01:52:44 15         ALL RIGHT.  THE LAST FACTOR IS MARKET HARM.

01:52:46 16         AND AGAIN, THERE'S A GOOD JURY INSTRUCTION THAT EXPLAINS

01:52:49 17    THIS, NUMBER 56.  IF THE COPYRIGHTED MATERIAL IS

01:52:55 18    TRANSFORMATIVE, MARKET SUBSTITUTION IS LESS CERTAIN AND MARKET

01:52:58 19    HARM CANNOT BE PRESUMED.

01:53:00 20         WELL, AGAIN, TRANSFORMATIVE USE IS THE KEY.  THE ISSUE

01:53:03 21    HERE IS, IS THE USE OF THE CLI CAUSING CISCO ANY HARM?  NO.

01:53:09 22    AND OF COURSE NOT.  THE REASON THESE SWITCHES ARE SELLING IS

01:53:14 23    THEY ARE BETTER, THEY ARE FASTER, THEY ARE EASIER TO USE, THEY

01:53:19 24    ARE PROGRAMMABLE AND CISCO MISS THE MARKET.

01:53:25 25         THIS IS WHAT THEIR EXPERT TOLD US, THE CLI CAN'T BE THE

01:53:28  1    REASON WHY ARISTA WON.  SHE'S CONFIRMING WHAT I JUST SAID, THAT

01:53:32  2    THE CLI ARE NOT THE REASON THAT PEOPLE ARE BUYING THESE

01:53:36  3    SWITCHES.  SHE SAID IT TWICE.

01:53:39  4         AND MR. CHAMBERS SAID, WE MISSED THE TRANSITION IN THIS

01:53:46  5    MARKET.  WE MISSED THE TRANSITION IN THIS MARKET.  AND AS A

01:53:49  6    RESULT OF THAT, THEY WEREN'T ABLE TO PROVIDE THE SERVICES AND

01:53:52  7    PRODUCTS THEIR CLIENTS WANTED.

01:53:54  8         THAT HAS NOTHING TO DO WITH THE CLI.  LET'S LOOK AT THE

01:53:56  9    NEXT ONE.

01:53:57  10        HERE IS AN INTERNAL E-MAIL AT CISCO, FACEBOOK'S POSITION

01:54:02  11   IS THAT CISCO IS BEHIND THE CURVE AND ON TARGET TO BECOME

01:54:06  12   IRRELEVANT.  ON TARGET TO BECOME IRRELEVANT, NOT A GOOD PLACE

01:54:09  13   TO BE.

01:54:10  14        AGAIN, THEY MISSED THE MARKET.  THIS HAS NOTHING TO DO

01:54:13  15   WITH THE CLI.  YOU WERE HERE WHEN CHRIS SUMMERS TESTIFIED LAST

01:54:17  16   WEEK, THE YOUNG GUY WHO WAS THE FIELD SALES REP, FIELD SALES

01:54:21  17   ENGINEER FOR ARISTA.  WHAT HE SAID WAS, PEOPLE LIKE FACEBOOK DO

01:54:24  18   THEIR OWN CLI.  THEY WRITE THEIR OWN SCRIPTS.  THEY WANT A CLI,

01:54:29  19   SURE, BUT THEY DON'T CARE HOW COMMON OR FAMILIAR IT IS.  IT

01:54:33  20   DOESN'T HAVE TO BE CISCO-LIKE.

01:54:35  21        NOW SOME OF THEM HAVE SCRIPTS THAT EXIST, THEY DON'T WANT

01:54:39  22   TO REWRITE THEM, BUT WHAT ALL THE TESTIMONY WAS FROM

01:54:43  23   MR. SUMMERS AND MR. SADANA, AND EVEN FROM CISCO, THE MARKET IS

01:54:47  24   MOVING AWAY FROM THE CLI AND CISCO JUST DIDN'T GET THERE FAST

01:54:52  25   ENOUGH.

01:54:53  1          HERE'S THE MICROSOFT PART OF THE STORY -- THAT LAST ONE

01:54:56  2    WAS FACEBOOK, TX 5219.

01:54:59  3          "WE HAVE FAILED TO DELIVER CRITICAL FEATURES FOR THE LAST

01:55:02  4    FIVE MONTHS."

01:55:03  5          THAT'S GOT NOTHING TO DO WITH THE CLI.  THEY FAILED TO

01:55:06  6    DELIVER FEATURES THAT THE CLIENT WANTED.

01:55:11  7          ALL RIGHT.  LET'S GO PASS THIS ONE.

01:55:14  8          OKAY.  AGAIN, I THINK THESE FACTORS ALL WEIGH IN FAVOR OF

01:55:19  9    FAIR USE, BUT THAT'S FOR YOU TO RESOLVE AND IT'S FOR YOU TO

01:55:23  10   BALANCE THESE AND EVALUATE THEM.

01:55:28  11         AND WHEN IT COMES TO NONEXCLUSIVE, THE COURT HAS TOLD YOU,

01:55:32  12   INSTRUCTION 56, THAT ONE OF THE POLICIES IS TO PERMIT LIMITED

01:55:37  13   COPYING IN SPECIFIC CIRCUMSTANCES THAT AUTHORS REASONABLY

01:55:42  14   EXPECT AND THAT ALLOW PRODUCTIVE USE OF THE WORK.

01:55:45  15         OKAY.  LET'S GO OVER THAT AGAIN.  PRODUCTIVE USE OF THE

01:55:47  16   WORK MEANS INNOVATION.  AND WHAT DO AUTHORS REASONABLY EXPECT?

01:55:54  17   HEY, WE KNOW WHAT THIS AUTHOR EXPECTED, WE KNOW THIS AUTHOR

01:55:58  18   EXPECTED, HAVING HEARD FROM MR. VOLPI AND HEARD FROM

01:56:01  19   MR. GIANCARLO, AND HEARD FROM MR. KATHAIL, THEY EXPECTED PEOPLE

01:56:05  20   TO USE THE CLI, THEY PROMOTED IT AS AN INDUSTRY STANDARD,

01:56:11  21   BECAUSE IT WAS BETTER FOR THEIR CUSTOMERS AND BETTER FOR CISCO.

01:56:16  22         AND THAT'S BEEN PROVEN BEYOND ANY QUESTION.  BEYOND ANY

01:56:19  23   QUESTION.  BETWEEN THE DOCUMENTS AND THE TESTIMONY, THAT'S WHAT

01:56:23  24   THIS REASONABLE COPYRIGHT OWNER THOUGHT.

01:56:25  25         AND IF THERE WERE ANY DOUBT ABOUT IT, LET'S GO BACK ONE,

01:56:31  1    EVEN IN THE SO CALLED HUAWEI SETTLEMENT, EVEN THERE, THEY SAID

01:56:37  2    COMMON TERMS AND COMMANDS, OKAY TO USE.  COMMON ACRONYMS, OKAY

01:56:41  3    TO USE.  STANDARD-BASED TERMS, OKAY TO USE.  RANGE OF OVERLAP

01:56:46  4    10 TO 20 PERCENT, OKAY TO DO.  NON PROTECTABLE ASPECTS, OKAY TO

01:56:51  5    USE.

01:56:53  6         SO LADIES AND GENTLEMEN, I'VE CHECKED THE VERDICT FORM.

01:56:56  7    THIS IS AGAIN, THIS IS SEPARATE AND APART FROM YOUR

01:57:00  8    INFRINGEMENT ANALYSIS, IF YOU FIND NO INFRINGEMENT, YOU DON'T

01:57:03  9    REACH FAIR USE.  BUT THIS IS SOMETHING YOU LOOK AT EVEN IF YOU

01:57:06  10   FIND THERE'S COPYRIGHT INFRINGEMENT BECAUSE FAIR USE TRUMPS IT

01:57:11  11   IN THE STATUTE.

01:57:12  12        OKAY.  LET'S SPEND A MINUTE ON PATENT INFRINGEMENT.  THEY

01:57:15  13   DIDN'T COME CLOSE TO PROVING PATENT INFRINGEMENT.  NOT EVEN

01:57:18  14   CLOSE.

01:57:19  15        NEXT SLIDE.

01:57:21  16        YOU REMEMBER I SHOWED YOU IN THE OPENING, THIS LITTLE

01:57:23  17   HANDY DANDY GUIDE.  WHAT IT MEANS IS, EVERY REQUIREMENT MUST BE

01:57:27  18   MET.  EVERY REQUIREMENT MUST BE MET.  THAT'S IN JURY

01:57:33  19   INSTRUCTION 74.

01:57:34  20        JUDGE FREEMAN HAS GIVEN US THE TEXT VERSION OF THIS, EVERY

01:57:38  21   REQUIREMENT.  AND YOU KNOW FROM MR. KRISHNAN'S PRESENTATION,

01:57:43  22   THAT THERE ARE TWO REQUIREMENTS THAT ARE NOT MET, AT LEAST, IN

01:57:46  23   THIS PATENT.

01:57:47  24        ONE IS THAT THE MANAGEMENT AGENTS DO NOT EXECUTE THE

01:57:51  25   PRESCRIBED COMMANDS.  AND THE SECOND IS THERE ISN'T A COMMAND

01:57:56   1    ACTION VALUE ON SIGNED TO EACH WORD OF A GENERIC COMMAND.

01:57:59   2        LET'S GO TO THE NEXT ONE.

01:58:01   3        THIS IS WHAT DR. JEFFAY PRESENTED.  AND HE SAID ON THE

01:58:07   4    RIGHT, THE MANAGEMENT PROGRAMS LISTED THERE, THEY EXECUTE THE

01:58:11   5    COMMANDS, AND THAT'S INFRINGEMENT.

01:58:14   6        BUT MR. KRISHNAN ESTABLISHED, HE COULDN'T PROVE THAT WITH

01:58:17   7    THE SOURCE CODE.  WE ASKED HIM POINT BLANK, YOU NEVER SHOWED

01:58:21   8    THE SPECIFIC SOURCE CODE TRACES THAT WOULD PROVE THAT, DID YOU?

01:58:25   9    NO.

01:58:26  10        THAT'S CRITICAL.  HE DIDN'T HAVE IT.  INSTEAD, MR. CHASE

01:58:30  11    CAME IN WITH THE SOURCE CODE AND SAID, THESE COMMANDS ARE NOT

01:58:34  12    EXECUTED BY THE MANAGEMENT AGENTS, THEY ARE EXECUTED BY THE CLI

01:58:38  13    ON THE LEFT.  EXECUTED BY THE CLI ON THE LEFT.

01:58:42  14        SECOND ISSUE, NOT REALLY EVEN ADDRESSED THIS MORNING IS

01:58:46  15    THAT WHEN A USER TYPES IN A GENERIC COMMAND, THAT'S A COMMAND

01:58:50  16    TYPED BY A USER, THE PATENT REQUIRES THAT THERE BE AN ACTION

01:58:54  17    VALUE ASSIGNED TO EVERY WORD.  DR. JEFFAY AGREES WITH THAT.

01:59:00  18        WELL, GUESS WHAT?  THAT'S NOT HOW ARISTA'S SYSTEM WORKS,

01:59:03  19    AND THAT'S UNDISPUTED.  THE PATENT REQUIRES EACH WORD OF THE

01:59:07  20    COMMAND, GET TCP CONNECTION, TO BE ASSOCIATED -- ASSOCIATED TO

01:59:13  21    BE ASSIGNED A COMMAND ACTION VALUE.  THAT'S WHAT'S SHOWN ON THE

01:59:19  22    TOP AND THAT'S WHAT THE CLAIM CONSTRUCTION REQUIRES.  1-TO-1.

01:59:22  23        IF THERE'S A WORD, IT'S GOT TO BE ASSIGNED A VALUE.

01:59:25  24    THAT'S NOT HOW ARISTA WORKS, AND THERE'S NO DISPUTE ABOUT THIS,

01:59:30  25    THE SO CALLED CONTEXT.STATE DOES NOT MEAN A THING.

01:59:33  1          DR. CHASE TESTIFIED THAT IN NO CIRCUMSTANCE IS A COMMAND

01:59:38  2    ACTION VALUE ON SIGNED TO EVERY WORD.  IN ARISTA'S SYSTEM

01:59:42  3    THERE'S A VALUE ASSIGNED TO THE ENTIRE COMMAND, RIGHT?  AND

01:59:46  4    THEREFORE, IF YOU TYPE IF AN INVALID COMMAND, THEN NOTHING IS

01:59:51  5    INVOKED, SOMETHING IS INVOKED, BECAUSE AGAIN, IN THE ARISTA

01:59:55  6    SYSTEM, THEY DO IT DIFFERENTLY.

01:59:57  7          EITHER ONE OF THESE TWO FAILURES WOULD BE ENOUGH TO DEFEAT

02:00:03  8    INFRINGEMENT.  BUT THERE'S TWO.  THEY ONLY REALLY ADDRESSED ONE

02:00:06  9    THIS MORNING, AND NOT THE SECOND ONE.  BUT AGAIN HERE, THE

02:00:09  10   EXPERTS ARE CLEAR ON THE SECOND ONE THAT THAT'S HOW THE SYSTEM

02:00:13  11   WORKS.  IT DOESN'T MEET THE REQUIREMENTS SET FORTH BY THE

02:00:16  12   COURT.

02:00:31  13         I THINK YOU KNOW HOW I FEEL ABOUT DAMAGES, HAVING LISTENED

02:00:34  14   TO THE FIRST HOUR AND TEN MINUTES OF THIS, THAT PROBABLY IS

02:00:37  15   CLEAR.  THAT BECAUSE THERE'S NO INFRINGEMENT, AND BECAUSE

02:00:41  16   THERE'S FAIR USE, AND BECAUSE THERE'S NO PATENT INFRINGEMENT,

02:00:45  17   THERE'S NO DAMAGES DUE.

02:00:47  18         BUT OBVIOUSLY, THAT'S A DECISION THAT'S LEFT UP TO YOU AS

02:00:50  19   JURORS IN OUR GREAT SYSTEM.

02:00:54  20         SO I WILL SAY A COUPLE THINGS ABOUT IT, WHICH IS ONE --

02:00:57  21   CAN I HAVE THE NEXT SLIDE.  WITH RESPECT TO THE COPYRIGHT CASE,

02:01:01  22   IF YOU WERE TO FIND INFRINGEMENT, THE ONLY NUMBER THAT HAS ANY

02:01:06  23   EVEN ARGUABLE SUPPORT IN THE EVIDENCE IS THIS $2 MILLION FROM

02:01:10  24   MS. ELSTEN, NOT THE $331 MILLION NUMBER FOR 40-YEAR OLD

02:01:15  25   TECHNOLOGY, COME ON, THAT'S CRAZY.

02:01:17  1          AND WHAT'S THE BIG DIFFERENCE?  DR. CHEVALIER IS ASSIGNING

02:01:22  2     CREDIT TO ALL OF MICROSOFT, FACEBOOK, GOOGLE, AND ALL THESE BIG

02:01:28  3     GUYS, WHICH YOU HEARD FROM MR. SADANA, AND MR. SUMMERS AND JUST

02:01:32  4     KIND OF OBVIOUS IN THE EVIDENCE, WHEN YOU ARE RUNNING A DATA

02:01:36  5     CENTER WITH THOUSANDS AND THOUSANDS AND SOMETIMES MILLIONS OF

02:01:41  6     SERVERS, YOU HAVE TO AUTOMATE.

02:01:43  7          SO IT MAKES LESS DIFFERENCE TO THEM WHAT THE CLI LOOKS

02:01:46  8     LIKE.  THEY MAY STILL USE IT, BUT IT'S NOT SOMETHING WHERE THEY

02:01:49  9     ARE INSISTING THAT IT BE SOME FAMILIAR, COMMON CISCO-LIKE CLI.

02:01:55  10          THAT'S THE INDUSTRY MOVING AWAY FROM THAT.  IF YOU LOOK

02:01:58  11     JUST AT THOSE OLDER CUSTOMERS IN ENTERPRISE SHOPS THAT WANT TO

02:02:02  12     KEEP USING IT, THAT'S THE ONLY NUMBER THAT MAKES ANY SENSE.

02:02:06  13          AND THE SAME IS TRUE ON THE DISGORGEMENT SIDE, IF YOU GET

02:02:10  14     THERE, AND THAT IS, DR. CHEVALIER WASN'T EVEN WILLING TO POST A

02:02:15  15     NUMBER, NOT WILLING TO POST A NUMBER.  AND I'M NOT SAYING THIS

02:02:17  16     NUMBER IS RIGHT, AND I DON'T THINK MS. ELSTEN IS SAYING IT'S

02:02:21  17     RIGHT, BUT WHAT SHE'S SAYING IS IF YOU TAKE AWAY THE VALUE OF

02:02:25  18     ALL THE OTHER THINGS IN THE DEVICE, THE HARDWARE THAT

02:02:29  19     MR. HOLBROOK TALKED ABOUT AND MR. DUDA, THE EOS SOFTWARE WITH

02:02:34  20     MILLIONS OF LINES OF ORIGINAL CODE, THE INTEGRATION THEY'VE

02:02:39  21     DONE ABOUT THE LINUX KERNEL, IF YOU TAKE AWAY ALL THOSE OTHER

02:02:43  22     FACTORS AND YOU TRY TO JUST FIND A VALUE AND YOU CAN ATTRIBUTE

02:02:47  23     TO THE COMMANDS AT ISSUE, THAT'S THE VALUE THAT SHE POSTED.

02:02:52  24     16.4 MILLION.

02:02:53  25          AGAIN, I'M NOT SAYING IT'S RIGHT, I'M SAYING IT'S THE ONLY

02:02:56  1      NUMBER WITH ANY EVEN CLOSE SUPPORT IN THE EVIDENCE.

02:03:01  2           SO AS JUDGE FREEMAN TOLD YOU, YOU SHOULD DECIDE THIS CASE

02:03:06  3      BASED ON THE EVIDENCE.  AND AS I'VE TRIED TO SHOW, I THINK THE

02:03:10  4      EVIDENCE IS OVERWHELMING ON EACH OF THESE FOUR POINTS, THAT

02:03:15  5      THIS SWITCH WAS BUILT INDEPENDENTLY AND IS NOT A COPY, THAT

02:03:19  6      CISCO MADE A CONSCIENCE DECISION TO PROMOTE THE CLI AS INDUSTRY

02:03:23  7      STANDARD, THAT COPYING UNPROTECTED, ROUTINE, NONORIGINAL

02:03:29  8      ELEMENTS IS NOT INFRINGEMENT, AND THE USE OF THESE WAS A FAIR

02:03:34  9      USE, ESPECIALLY IN LIGHT OF THE CONDUCT OF CISCO FOR YEARS IN

02:03:40  10     THE MARKETPLACE.

02:03:41  11          I WOULD SAY ALSO THAT THE IMPORTANCE OF FAIR USE IS THAT

02:03:45  12     IT TAKES INTO ACCOUNT THE PUBLIC INTEREST.  AND THE PUBLIC

02:03:47  13     INTEREST WE ARE TALKING ABOUT IS INNOVATION.  INNOVATION IS

02:03:51  14     CRITICAL IN OUR COMMUNITY ESPECIALLY IT'S ONE OF THE THING THAT

02:03:54  15     IS SETS USA PART.

02:03:56  16          SO AS YOU DELIBERATE OVER THE EVIDENCE, I WOULD YOU ASK

02:03:58  17     YOU TO KEEP IN MIND THE IMPORTANCE OF MAINTAINING A CLIMATE

02:04:02  18     WHERE INNOVATION CAN HAPPEN.  SOMEONE LIKE CISCO CAN'T CHANGE

02:04:06  19     THE RULES AFTER BEING OUT THERE FOR YEARS, AND YEARS, AND YEARS

02:04:09  20     SAYING WE COMPETE ON WHAT'S INSIDE THE BOX, NOT ON THE COMMON,

02:04:13  21     OLD 40-YEAR OLD COMMAND LINE SYSTEM, IT'S NOT FAIR TO ANYONE TO

02:04:18  22     TURN AROUND YEARS LATER AND SAY, NO, WE ARE GOING TO CHANGE THE

02:04:21  23     RULES NOW, AND YOU, ARISTA, ALONE, ARE GOING TO BE THE ONE THAT

02:04:24  24     HAS TO CHANGE.

02:04:25  25          THAT'S NOT FAIR.  THAT'S NOT RIGHT.  THAT'S WHAT FAIR USE

02:04:27  1    WAS INTENDED TO PROTECT.  AND PRODUCTS LIKE THIS AND COMPANIES

02:04:30  2    LIKE THIS AND CHANGE LIKE THIS IS WHAT WE SHOULD BE ENCOURAGING

02:04:35  3    IN OUR COUNTRY, NOT DISCOURAGING, AS CISCO WOULD LIKE.

02:04:38  4        NOW I KNOW MR. NELSON WILL GET A CHANCE TO RESPOND.  I

02:04:41  5    KNOW THAT HE WILL POINT OUT SOMETHING I FORGOT, SOMETHING I

02:04:44  6    DIDN'T MENTION, MAYBE SOMETHING HE SAYS I GOT WRONG, AND I'M

02:04:49  7    COUNTING ON YOU TO REMEMBER THE KEY POINTS THAT WE HAVE BEEN

02:04:52  8    PRESENTED, AND WE LOOK VERY MUCH FORWARD TO YOUR DELIBERATIONS

02:04:55  9    AND VERDICT.

02:04:56  10        THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

02:04:58  11            THE COURT:  THANK YOU, MR. VAN NEST.

02:05:01  12            MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:05:05  13            THE COURT:  MR. NELSON, I THINK WE WON'T NEED A

02:05:07  14    BREAK, BUT I KNOW WE MAY WANT TO TAKE SOME THINGS AND MOVE THEM

02:05:14  15    AROUND A LITTLE BIT.

02:05:42  16            **CLOSING ARGUMENTS BY MR. NELSON**

02:05:46  17        ALL RIGHT.  GOOD AFTERNOON, EVERYBODY.

02:05:49  18        SO I'M NOT GOING TO RESPOND TO EVERY POINT, OBVIOUSLY I

02:05:51  19    HAVE 20 MINUTES HERE, BUT I WANT TO RESPOND TO A FEW OF THE KEY

02:05:55  20    THINGS BECAUSE I THINK IT'S IMPORTANT TO PUT THESE THINGS INTO

02:05:58  21    CONTEXT.

02:05:59  22        AND ALSO REMEMBER WHAT THE LAWYERS SAY ARE NOT EVIDENCE.

02:06:02  23    WHAT YOU HEARD THERE, RATHER THAN CITATIONS TO EXHIBITS, AS YOU

02:06:05  24    HAVE, AS I DID, AFTER EXHIBIT, AFTER EXHIBIT, YOU HEARD A LOT

02:06:08  25    OF TESTIMONY FROM MR. VAN NEST.