# EXHIBIT P

```
                                  0851.txt
Parser-Police Manifesto, version 1.7.1
"To Serve And Protect"
Author remaker@cisco.com
This information has been approved and recommended by the
current Parser Police team. 1/13/99


PURPOSE

Parser-police is an alias for software professionals in Cisco to
propose command line additions and get feedback from fellow
engineers with experience to insure consistency, usability, and
friendliness of the configuration interface to Cisco IOS.
It is not for discussion technical coding or parse chain issues.
Send those questions to "parser-questions."

AUTHORITY

The official design procedures for IOS *require* that
certain classes of changes be cleared with parser-police, but
in practice parser-police has no formal "clearing" criteria.  It
is a forum which has a history of preventing bad things (tm) from
getting into the command line interface (CLI).  Most of the serious
abominations in IOS did not pass the parser-police.

However, since it has no specific authority, parser-police derives
its authority by having good answers, level-headed discourse, and a
history of successes.  This does not mean it's okay to ignore
comments.  Generally, the people doing the reviews on parser-police
have more IOS CLI experience than the people behind the submission,
so this should weigh heavily in evaluating feedback on the list.

SUBMISSION

All command line interface additions, whether config, exec, or
whatever,  MUST be sent to parser-police for review.

* The submitter should send the proposed syntax BEFORE writing any
  code, to prevent rewrites for syntax changes.  "I already coded
  it" is not an acceptable excuse for poor syntax.

* The submitter should submit plain text, not pointers to specs, MIME
  attachments, diffs or parser macros.

* The submitter should make the message as brief as possible, and include
  the command syntax, what it does, and a brief reason for the choice if it
  seems that the command will be controversial.  If there were any choices
  suggested which you already know you will reject, you may want to include
  that information and reason for rejection
  to preempt replies.

* The submitter should include a pointer to a functional spec or DDTS if
  applicable  This inclusion is IN ADDITION TO and not in place of a
  summary text description as described above.

* The submitter should also include a list of target IOS versions for the new
   command so that the good folks in documentation can be sure that your
   handiwork becomes canon and not apocrypha.  Far too often, a useful
   syntax addition becomes an undocumented command because nobody
   let documentation know about it.

* The submitter should specify a DEADLINE for comments, so that the
  discussion is bounded.  Seven days is generally accepted.  A longer
                                    Page 1
```

```
                                 0851.txt
   time is better.  Shorter times are acceptable only in the case of high
   priority bugs which require adding a new command.

RESPONSE

Reply to submissions with respect.  Finger pointing, value judgements,
and summary dismissals are uncalled for.  If there is a problem,
state clearly what the problem is and OFFER AN ALTERNATIVE.  If you
can cite examples in other parts of the parse tree, please do so.

In general, your reply should include parser-police.  You can
privately send mail when it is a simple concurrence or a point
of information that may not be of interest to the whole group.

Please note that precedence is not always automatic grounds for
acceptance of a particular syntax, since there are a number of
places in the parse tree where bad syntax has crept in (usually due
to the fact that the syntax was not reviewed by parser-police!!).

If you cannot offer an alternative, say so.  Remember since
parser-police has no specific enforceable authority per se, the
practice of conducting useful discourse ensures that the parser-police
alias will remain relevant.  If you have a personal issue with
the submitter, take it to software-flame, off line or through your
management chain.

NO REPONSE

Silence is usually a sign that the command is OK.  If there is no
reply after a week, please re post the message saying that you are
going ahead with the proposed syntax.

NO CONSENSUS

If the discussion deadlocks, and no resolution can be reached, the
submitter must post a summary of the discussion and the final decision.
In practice, the submitter has the choice of how to deal with feedback,
but protocol dictates that the most appropriate and professional course
of action is for the submitter to take responsibility to work for
consensus.  The submitter and parser-police are JOINTLY responsible for
developing a mutually acceptable syntax.  The cumulative expertise
of the parser-police is what constitutes "good" syntax.  The
submitter will generally be expert on the particular application,
knowledge of the customer, etc.  Each is responsible for educating
the other in order to avoid review deadlock.

If anyone receiving the submitter's "final decision" e-mail still finds
the final choice unacceptable, resolution should be pursued through
appropriate management chains, which vary widely by specific situation.
Sometimes it will be the submitters manager, or the division director,
or even the VP.  Your professional judgement is your guidance here.

SYNTAX DESIGN GUIDELINES

1) Think extensible.  If you add a command, try to envision if more
   similar commands that may be added, and structure the parse tree not
   to have 'dead ends'.
        BAD     dnsix-dmdp
        GOOD    dnsix dmdp
        See how dnsix-dmdp, as a top level command, precludes any other
        dnsix related commands without making a new top level command
        (Which was done later, with "dnsix-nat").  If the top level
        keyword had been "dnsix", future dnsix settings could have been
                                   Page 2
```

```
                                      0851.txt
              added to the parse chain gracefully.  This also illustrates an
              instance of the hyphens-in-commands controversy, discussed below.

   2) Hyphens should be avoided if they indicate sub-keywords are
      warranted.  Similarly, you should not be overzealous to eliminate
      hyphens.  However, multi-hyphens are usually a sign that keywords
      are too long and the concept should be re-thought.  All multi-hyphen
      commands should be analyzed to see if they can be split into a more
      extensible parse chain.

              BAD     debug [isdn-q931 | isdn-q921]
              GOOD    debug isdn [q921 | q931]
              This put logical isdn debugs under one umbrella.

              GOOD    ip forward-protocol spanning-tree
              BAD     ip forward protocol spanning tree
              This creates unneeded subsets.  "forward-protocol" is one
              concept and not extensible, as is "spanning-tree"

              BAD     exec-banner, motd-banner, access-banner
              GOOD    banner [access | motd | exec]
              This logically groups all banner related commands together.

              BAD     isdn not-end-to-end [56|64]
              GOOD    isdn speed [56|64] incoming
              The not-end-to-end was a bad hack that is still in the code,
              and had a specific application.  The command REALLY forced
              a speed lock regardless of the switch info.  The command should
              have been named as such.  Also, it only applies to inbound calls.
              In fact, it would be useful to someday have it for outbound as well,
              hence the final extension.

              BAD     all-incoming-calls-v120
              GOOD    force-bearer v120
              The "all-incoming-calls-v120" was intended to treat all
              inbound calls as v120.  This really just forced the treatment
              of the call as V120 regardless of isdn bearer info.  By using
              a command like "force-bearer", this functionality could readily
              be extended to other bearer types in the future.

   3) Enabling and disabling functions

              BAD     ppp multilink enable           ppp multilink disable
              GOOD    ppp multilink                  no ppp multilink
              The "enable" or "disable" as keywords should be deleted.  Instead,
              the command should stand on its own to indicate something being enabled,
              or with a "no" prefix if it is being disabled.  Note that it is
              okay to have the "no" form of a command appear in the configuration
              when disabling something that's on by default, e.g. "no ip routing".

              BAD  compress use-stac
              BAD  compress do-stac
              GOOD compress stac
              The configuration should describe the behavior, not command it.

   4) Watch for collisions.  Since the parser looks for smallest unique
      match, be on the lookout for adding an obscure keyword that
      conflicts with a common one.  This is also an argument for going
      deep, not wide with commands as requested in item (2).

   5) The fact that a badly designed command in IOS exists does not
      constitute justification for another badly designed command.  It
      is a sad fact that we have gruesome hacked commands in a number
                                      Page 3
```

                                 0851.txt
   of areas that need fixing.  We try to weed out over time, so the
   last thing we need is more entropy.

6) When naming a command, try to pick names that would be familiar
   to people in the industry.  For example, "ip mtu 576" is better
   than "ip maximum-transmission-unit 576" since MTU is an accepted
   industry acronym.  However, where the industry has not settled on
   a universal parlance, the longest formal name is probably better.

7) Do not use code names in commands.  "debug whizzy-asic" or "debug
   walamazoo" will not be very useful to customers.  If you need
   them and you SWEAR customers will not use them, make them hidden
   PROVIDED THAT you make sure the debug commands do not collide
   with common debug commands.

8) NEVER use underscores.  Use dashes.  This is a purely aesthetic
   thing, but it is important to be consistent.  Some underscore
   commands have been jammed into the code (b_channel, and others)
   and should be weeded out as soon as possible.

9) Don't hide a command that will be useful for debugging.  The way
   to debug robbed bit signalling in AS5200 is so ass-backwards and
   convoluted that I can scream.  It requires 3 steps to do, when in
   fact it should be a simple "debug" command.  The argument was
   that it was a hack added in for debugging that should never be
   seen/used by customers.  In fact, CE uses it tens of times,
   daily.  Fundamentally  If there is a process that will output
   state information on a real time basis, tracking changes of traffic
   as it occurs, that should be a DEBUG command, using all of the
   debug protocol (eg, buginf()).

10)Commands should tend to be self-explanatory so that a relatively
   knowledgeable user can figure out the command function from the
   command and on-line help without having to scurry off to the
   manuals.  What constitutes "self-explanatory" will vary by your
   target audience, so be prepared to defend that point.  While
   a non-ATM user may find the command "forward-peak-cell-rate-clp1"
   offensively complex, the point can be made that this will be the
   only acceptable syntax for the ATM community based on the
   vocabulary and culture of that user group.

CHANGING SYNTAX

Changing an existing syntax is usually a bad idea.  Once customers
are already using a certain syntax, changing the syntax will frequently
do more harm than good.  There are at least four reasons.  First,
customers are trained on and familiar with existing syntax.  Second,
customers frequently change IOS versions, sometimes jumping up or down
a major revision level.  Having portions of the configuration be
unrecognized could cause catastrophic failures.  Third, customers
may boot a text file of the config from a server, and may not update that text
version to accommodate new syntax.  Similar catastrophic failures due to
unrecognized  commands is possible.  And fourth, the fact that some
platforms have a ROM based boot loader that may be several revs down
would cause syntax-changed config files to generate disturbing, though
innocuous, error messages.

For the above reasons, we have many examples of poor syntax
that exist in the IOS which remain there indefinitely.  However,
there are instances where egregious misjudgments in command structure
need to be corrected in order to add new functionality to the IOS
or to reduce the number of calls to the technical assistance center.

                                 Page 4

```
                               0851.txt
The following chart is a guideline on how to execute a syntax change
gracefully, with a minimum of disturbance.  Release "0" is the major
release where the change is implemented.  -1 is the prior major release,
(a major release is defined as  11.2, 11.3, 12.0, 12.1 etc.).

Release      Allow         Visible      Write/NVRAM     Docs
-1           OLD         OLD              OLD           OLD
 0           OLD+NEW       OLD+NEW        OLD           OLD+NEW
 1           OLD+NEW       NEW            NEW           NEW
 2           NEW         NEW              NEW           NEW

This chart is a guideline.  Very serious changes may call for
a longer cycle.  For example, when the command "address" was
changed to "ip address," The old command continued to be
accepted for 3 major releases since very near 100% of all
Cisco customers used the command.
```

Page 5

| | |
|---|---|
| **π PLAINTIFF π** | **United States District Court**<br>**Northern District of California**<br><br>Case No.  **14-cv-05344-BLF**<br>Case Title  **Cisco Systems v. Arista Networks**<br>Exhibit No.  **851**<br>Date Entered  _____<br>  Richard W. Wieking, Clerk<br>By: _____ , Deputy Clerk |