# EXHIBIT Q



# Network World Test Report
# Jan 2010



January 2009   © 2009 Arista Networks. All rights reserved.    Arista Confidential    1

# Summary

- **Network World invited all vendors to test 10GbE Fixed Switches**

- **6 vendors participated**

- **Arista 7100 rated best product**
  - Outperformed Cisco, HP, Extreme and others

- **Key benefits:**
  - Wirespeed performance
  - Lowest Unicast and Multicast latency
  - Comprehensive L2 & L3 feature set
  - Modular & Extensible OS with access to Linux toolset
  - Low power consumption, hot-swap redundancy



**Arista 7100 Switch Rated Best in the Industry**

© 2009 Arista Networks. All rights reserved.     Arista Confidential     2



# Test Details

January 2009    © 2009 Arista Networks. All rights reserved.    Arista Confidential    3

# 10GbE Datacenter Switch Comparison: Test Criteria

| Product | Performance | Datacenter Class | Software Architecture | Features |
|---|---|---|---|---|
| • 1RU<br>• 10GbE<br>• 24 or more ports | • Non-blocking Performance<br>• Wirespeed unicast & multicast<br>• Ultra-low latency | • Front-to-back cooling<br>• Reversible Airflow<br>• Redundant & Hot-Swap Power<br>• Redundant & Hot-Swap Fans<br>• Fast CPU<br>• Low Power Consumption | • Modular OS<br>• ISSU (live patching)<br>• ISSD (undo a patch)<br>• Extensible<br>• Ease-of-use tools : grep, awk, shell scripts, cron jobs | • Mac & Vlan scalability<br>• Active/Active L2 multipathing<br>• L2 Multicast scalability<br>• Link Aggregation<br>• Routing – OSPF, BGP<br>• CLI & Management |

**Test Compared Products on all Attributes for a Datacenter**

© 2009 Arista Networks. All rights reserved.   Arista Confidential

ARISTA

4

# Network World's Clear Choice #1 Winner

## Result Excerpts



| Product | Arista DCS-7124S | Cisco Nexus 5010 | Summit X650-24x | HP ProCurve 6600-24 |
|---|---|---|---|---|
| Vendor | Arista Networks | Cisco | Extreme Networks | HP ProCurve Networking |
| Price | $26,080 | $67,030 | $46,665 | $63,594 |
| Pros | Very low latency and jitter; extensible Linux operating system; standards-based. | Full Fibre Channel/FCoE support; extensive virtualization features. | Highest IGMP group capacity. | Largest MAC address capac |
| Cons | Relatively low MAC address capacity. | High latency; no Layer-3 support; some leakage in multicast tests. | Relatively high power consumption; uneven distribution in some link aggregation tests. | Low unicast and multicast throughput; relatively high late frames forwarded out of sequ |
| Score | 4.29 | 3.68 | 3.7 | 3.36 |

**Outperformed six vendors incl Cisco, Extreme, HP and others**

© 2009 Arista Networks. All rights reserved.    Arista Confidential    ARISTA    5

# Arista 7100 Performance




| Hardware Performance | • Wirespeed unicast & multicast<br>• Sub-microsecond latency in all tests<br>• Lowest Latency & Jitter |
|---|---|
| Datacenter Class | • Front-to-Back & reversible Airflow<br>• Redundant, Hot-Swap Power & Fans<br>• Low Power Consumption<br>• Dual core 1.8Ghz CPU with 2GB DRAM memory |
| Software & Features | • Modular & Extensible OS with state-sharing SysDB<br>• ISSU – no downtime for bug fixes<br>• Complete access to Linux tools<br>• Rich L2 & L3 features<br>• MLAG for active/actice L2 multipathing |

© 2009 Arista Networks. All rights reserved.     Arista Confidential     6

## Arista 7100 Review

"Arista's EOS also runs on Linux, and does more than any other switch tested to make Linux features available to users. The command set also allows network managers to drop into a Bash shell and run virtually any Linux command – including applying bug fixes without a reboot, a unique feature in this test"

"Arista's 7124S was more consistent across the board, with the least variation between average and maximum join and leave times. This is largely a function of control-plane processing power, and reflects Arista's use of a dual-core 1.8-GHz x86 CPU, a powerful processor for a top-of-rack switch"

— David Newman, Network Test

© 2009 Arista Networks. All rights reserved.     Arista Confidential     7

# Arista 7100 vs Cisco Nexus 5000: Test Summary

## Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ L2 & L3 Support (OSPF,BGP)
- ✔ Even distribution on LAG
- ✔ ISSU
- ✔ Linux tools
- ✔ Low Power Usage - 220W
- ✘ No Fiber Channel ports



## Nexus 5000

- ✘ High Latency 3.5 to 22us
- ✘ Not consistent with IOS
- ✘ L2 Only
- ✘ Uneven with odd ports
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ High Power Usage-300W
- ✔ Fiber Channel support

© 2009 Arista Networks. All rights reserved.    Arista Confidential    8

## Arista 7100 vs HP Procurve: Test Summary



### Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ MLAG using IEEE LACP
- ✔ Best Multicast Performance
- ✔ ISSU
- ✔ Linux tools
- ✔ Low Power Usage - 220W
- ✘ 16K MAC entries



### HP 6600

- ✘ High Latency 29us
- ✘ Not consistent with IOS
- ✘ Properietary Mesh
- ✘ High Jitter, Packet drops
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ High Power Usage-300W
- ✔ 64K MAC Entries

© 2009 Arista Networks. All rights reserved.     Arista Confidential     ARISTA   9

## Arista 7100 vs Extreme Summit: Summary



### Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ Active/Active L2 Multipath
- ✔ Even LAG distribution
- ✔ ISSU
- ✔ Linux tools
- ✔ Low Power Usage - 220W
- ✘ 2K Mcast groups

### Extreme X650

- ✘ High Latency 38us
- ✘ Not consistent with IOS
- ✘ Active/Passive only
- ✘ Uneven LAG distribution
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ High Power Usage-280W
- ✔ 6K Mcast groups

© 2009 Arista Networks. All rights reserved.    Arista Confidential    ARISTA  10

## Arista 7100 vs Blade 8124: Summary



### Arista 7100

- ✔ Ultra Low Latency 700ns
- ✔ Modular OS
- ✔ Active/Active L2 Multipath
- ✔ vEOS
- ✔ ISSU
- ✔ Linux tools
- ✔ Lowest leave/join latency:100us
- ✗ Higher power usage (220W)



### Blade 8124

- ✔ Ultra Low-Latency 700ns
- ✗ Monolithic OS
- ✗ Active/Passive only
- ✗ No integration with vSwitch
- ✗ No ISSU Support
- ✗ No access to Linux tools
- ✗ High Leave/Join latency:5ms
- ✔ Lower Power Usage (150W)

© 2009 Arista Networks. All rights reserved.     Arista Confidential     11

## Arista 7100 vs Dell PowerConnect: Summary



### Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ Active/Active L2 Multipath
- ✔ vEOS
- ✔ ISSU
- ✔ Linux tools
- ✔ Hierarchical privilege level cli
- ✘ 16K Mac entries

### PowerConnect 8024

- ✘ High Latency 2.5us
- ✘ Not consistent with IOS
- ✘ Active/Passive only
- ✘ No Virtualization support
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ All users get admin rights
- ✔ 32K Mac entries

© 2009 Arista Networks. All rights reserved.   Arista Confidential   12

# Summary

- **Network World invited all vendors to test 10GbE Fixed Switches**

- **6 vendors participated**

- **Arista 7100 rated best product**
  - Outperformed Cisco, HP, Extreme and others

- **Key benefits:**
  - Wirespeed performance
  - Lowest Unicast and Multicast latency
  - Comprehensive L2 & L3 feature set
  - Modular & Extensible OS with access to Linux toolset
  - Low power consumption, hot-swap redundancy



**Arista 7100 Switch Rated Best in the Industry**

© 2009 Arista Networks. All rights reserved.     Arista Confidential

13

