# EXHIBIT T



**Usability Comparison Study**
_____

EOS and NX-OS from the IOS User Perspective

David Heyman
07/07/09

# Contents

Overview ..................................................................................................................................... 7

Feature Comparison ................................................................................................................... 8

   Performance .......................................................................................................................... 8

   Management .......................................................................................................................... 8

   Manageability ....................................................................................................................... 9

   Availability/Redundancy ...................................................................................................... 9

   VLAN ...................................................................................................................................... 9

   Security ................................................................................................................................ 10

   QOS ...................................................................................................................................... 10

   Layer 3 ................................................................................................................................. 10

   Monitoring .......................................................................................................................... 11

   General CLI Usability .............................................................. **Error! Bookmark not defined.**

   Detailed Evaluation Test ......................................................... **Error! Bookmark not defined.**

  CLI Testing Explanation ........................................................................................................ 12

CLI TESTING SCORES ................................................................................................................. 14

  Basic Startup and Configuration - Overall Scores ............................................................... 15

  Basic Startup and Use – Individual Tests ............................................................................. 16

   1.1 User accounts and passwords ...................................................................................... 16

   1.2 Hostname ...................................................................................................................... 17

   1.3 Banners ......................................................................................................................... 17

   1.4 Default IP route ............................................................................................................ 18

   1.5 Setting the clock ........................................................................................................... 18

   1.6 Configuring NTP ........................................................................................................... 19

1.7 Show version ..................................................................................................................... 19

1.8 Show running-configuration ............................................................................................... 20

1.9 Show users ...................................................................................................................... 20

2. Layer 2 Configuration and Diagnostics .................................................................................. 21

2.1 Show interface .................................................................................................................. 21

2.2 Basic VLAN configuration ................................................................................................. 22

2.3 Configure a switched virtual interface .............................................................................. 22

2.4 Add an interface to a VLAN .............................................................................................. 23

2.5 Show VLAN ...................................................................................................................... 23

2.6 Trunk creation .................................................................................................................. 24

2.7 Show mac address table .................................................................................................. 24

2.8 Configure flow control ...................................................................................................... 25

2.9 Show flow control ............................................................................................................. 25

3. Switch management .............................................................................................................. 26

3.1 Configure a logging host ................................................................................................... 26

3.2 Change the log buffer size ................................................................................................ 27

3.3 Configure a SNMP community .......................................................................................... 27

3.4 Add a SNMP server .......................................................................................................... 28

3.5 Add a TACACS+ server .................................................................................................... 28

3.6 Show tacacs ..................................................................................................................... 29

4. IP Routing ............................................................................................................................. 30

4.1 Static IP Routing ............................................................................................................... 30

4.2 Show ip route .................................................................................................................... 31

4.3 IP Connectivity test with ping ........................................................................................... 31

5. Link Aggregation .................................................................................................................. 32

5.1 Configure static LAG ........................................................................................................... 33

5.2 Show port-channel ............................................................................................................... 33

5.3 Configure dynamic port-channel using LACP ....................................................................... 34

5.4 Show LACP neighbor ............................................................................................................. 34

6. Spanning-tree ........................................................................................................................... 35

6.1 Set STP interface port cost ................................................................................................... 35

6.2 Set an interface for portfast ................................................................................................. 36

6.3 Set an interface link type ...................................................................................................... 36

6.4 Set bpduguard on an interface ............................................................................................. 37

6.5 Set local switch to be STP root primary ............................................................................... 37

6.6 Show spanning-tree ............................................................................................................... 38

6.7 Configure an MST instance ................................................................................................... 38

7. IGMP Snooping and Port Mirroring ........................................................................................ 39

7.1 show ip igmp snooping .......................................................................................................... 39

7.2 Configure an IGMP querier ................................................................................................... 40

7.3 Configure a port mirroring session ...................................................................................... 40

7.4 Show monitor session ............................................................................................................ 41

Appendix A – Raw test data ........................................................................................................ 42

Appendix A – Raw test data ........................................................................................................ 42

1.1.1 User Accounts and Passwords ........................................................................................... 42

1.1.2 Hostname ............................................................................................................................ 43

1.1.3 Banners ............................................................................................................................... 43

1.1.4 Default IP Route ................................................................................................................. 44

1.1.5 Date / time ......................................................................................................................... 45

1.1.6 NTP ..................................................................................................................................... 46

1.1.7 Show version ........................................................................................................... 47

1.1.8 Show running-configuration .................................................................................... 49

1.1.9 Show users ............................................................................................................. 49

2.1 show interface ........................................................................................................... 50

2.2 VLAN configuration .................................................................................................... 51

2.3 Configure a SVI .......................................................................................................... 51

2.4 Add a port to a new VLAN ......................................................................................... 52

2.5 Show vlan ................................................................................................................... 52

2.6 Create a trunk ............................................................................................................ 53

2.7 Show mac table .......................................................................................................... 54

2.8 Configure flow control ............................................................................................... 56

2.9 Show flow control ....................................................................................................... 56

3.1 Configure a logging host ............................................................................................ 57

3.2 Change log buffer size ............................................................................................... 57

3.3 Create a SNMP community ........................................................................................ 58

3.4 Add a SNMP server .................................................................................................... 58

3.5 Configure a TACACS+ server ..................................................................................... 58

3.6 Show tacacs ............................................................................................................... 59

4.2 Show ip route ............................................................................................................. 60

4.3 Ping ............................................................................................................................. 60

5.1 Static LAG .................................................................................................................. 62

5.2 Show int port-channel ................................................................................................ 62

5.3 Dynamic LAG using LACP ......................................................................................... 64

5.3 show lacp neighbor ............................................................... **Error! Bookmark not defined.**

6.1 stp interface port cost ................................................................................................ 65

6.2 stp interface portfast ............................................................................................................. 65

6.3 stp interface link-type ........................................................................................................... 66

6.4 stp interface bpduguard ......................................................................................................... 66

6.5 stp local switch root primary ................................................................................................ 66

6.6 show spanning-tree .............................................................................................................. 67

6.7 Configure a MST instance .................................................................................................... 68

7.1 show ip igmp snooping ......................................................................................................... 68

7.2 configure an igmp querier .................................................................................................... 69

7.3 configure a port mirroring session ....................................................................................... 70

7.4 show monitor session .......................................................................................................... 71

Appendix B – Raw test scores ..................................................................................................... 72

# Overview

The purpose of this study was to gauge the level of adjustment required for a network engineer to transition from a familiar IOS platform to a NXOS and EOS platform.  At all times during this study the starting point of observations is from that perspective.  While this study cannot fully eliminate the role of opinion in the process, every attempt was made to evaluate without bias and render statistical representation rather than conjecture.

This study breaks down the adjustment factor into two components: Feature Comparison and the Detailed CLI Evaluations Tests.

# Feature Comparison

The following feature comparison is based on the available documentation for the tested platforms. Not all features listed from the IOS 3650 platform are compared here – this is meant to be a general cross section of features.

Source:

http://www.cisco.com/en/US/docs/switches/lan/catalyst3560/software/release/12.2_44_se/configuration/guide/3560SCG.pdf

http://www.cisco.com/en/US/prod/collateral/switches/ps9441/ps9670/data_sheet_c78-461802.html

## Performance

|  | NXOS | EOS |
|---|---|---|
| Auto MDIX | NO | NO |
| 802.3x Flow Control | YES | YES |
| EtherChannel | YES | YES |
| PAgP/LACP Dynamic LAG | YES | YES |
| VRF Lite | CHECK | NO |
| CGMP/IGMP snooping | YES | YES |
| IGMP report suppression | NO | NO |
| IGMP querier | YES | YES |
| IGMP Helper | NO | NO |
| Multicast VLAN Registration (MVR) | NO | NO |
| IGMP Filtering | NO | NO |
| IGMP Throttling | NO | NO |
| Web Cache Communication Protocol (WCCP) | NO | NO |

## Management

|  | NXOS | EOS |
|---|---|---|
| Cisco Network Assistant / Net Mgmt Platform | NO | NO |
| CLI | YES | YES |
| Cisco Networking Services (CNS) | NO | NO |
| Embedded GUI device manager | NO | NO |

## Manageability

| | NXOS | EOS |
|---|---|---|
| Autoconfiguration via DHCP | NO | NO |
| DHCP relay | NO | YES |
| DHCP server | NO | NO |
| CDP/LLDP | YES | YES |
| NTP | YES | YES |
| Source Specific Multicast (SSM) | NO | NO |
| In band management via SSH/Telnet | YES | YES |
| OOB port | YES | YES |
| SCP | YES | YES |
| HTTP client/server | NO | NO |
| SNMP | YES | YES |

## Availability/Redundancy

| | NXOS | EOS |
|---|---|---|
| HSRP | NO | NO |
| UDLD | NO | NO |
| 802.1D STP | YES | YES |
| PVST | YES | NO |
| RPVST | YES | NO |
| MSTP | YES | YES |
| Portfast | YES | YES |
| BPDU Guard | YES | YES |
| BPDU Filtering | NO | NO |
| Flex Link | NO | YES |

## VLAN

| | NXOS | EOS |
|---|---|---|
| VLAN Query Protocol (VQP) | NO | NO |
| ISL/802.1q trunking | YES | YES |
| VLAN Trunking Protocol (VTP) | NO | NO |
| PVLANs | YES | NO |

## Security

|  | NXOS | EOS |
|---|---|---|
| MAB aging timer | NO | NO |
| Password protected access | YES | YES |
| Multilevel security | NO | NO |
| Static MAC addressing | YES | YES |
| L2 ACL | YES | NO |
| L3 ACL | YES | NO |
| 802.1Q tunnelling | NO | NO |
| 802.1x port based authentication | NO | NO |
| TACACS+ | YES | YES |
| RADIUS | YES | 4.2 |
| Kerberos | NO | NO |
| SSL 3.0 | NO | NO |

## QOS

|  | NXOS | EOS |
|---|---|---|
| QOS | YES | NO |

## Layer 3

|  | NXOS | EOS |
|---|---|---|
| RIP v1 and v2 | NO | NO |
| OSPF/EIGRP | NO | NO |
| BGP v4 | NO | NO |
| Policy Based Routing | NO | NO |
| Static IP routing | NO | YES |
| ECMP | NO | YES |

**Monitoring**

|  | NXOS | EOS |
|---|---|---|
| LEDs | YES | YES |
| SPAN / Port Mirroring | YES | YES |
| RSPAN / Remote Port Mirroring | NO | NO |
| Syslog facility | YES | YES |
| Layer 2 traceroute | NO | NO |
| Digital Optical Monitoring (DOM) | NO | NO |

# Detailed CLI Testing

## CLI Testing Explanation

For CLI testing, tests were comprised of 'actions', a term representing a group of CLI commands that allow configuration and operation of a feature.  In each case, the action was first performed on the IOS platform, then on the NXOS and EOS platforms. The experience of performing the action on the target platforms was broken down into four categories, and rated on a 1 – 5 scale.

**Support of action on platform** – Can the IOS supported action be performed on the target platform , and with what level of functionality?

| Score | Explanation |
|---|---|
| 1 | The action is not supported |
| 2 | The action is supported with less functionality than IOS |
| 3 | The action is supported with the same functionality as IOS |
| 4 | The action is supported with more functionality than IOS |
| 5 | The action is supported with significantly more functionality than IOS |

**Syntax** – How similar is the user CLI input to perform this action? First attempt will be to use the exact IOS syntax on the target platform. If this fails, the platform will be judged on the level of deviation from the IOS standard.

| Score | Explanation |
|---|---|
| 1 | The syntax is completely different than IOS for this action |
| 3 | The syntax is similar to IOS for this action, but there are differences |
| 5 | The syntax for this action is identical to IOS |

**Complexity** – How complex is the action on the other platforms in comparison to IOS?

| Score | Explanation |
|---|---|
| 1 | The action is significantly more complex than IOS |
| 2 | The action is somewhat more complex than IOS |
| 3 | The action is identical in complexity to IOS |
| 4 | The action is somewhat less complex than IOS |
| 5 | The action is significantly less complex than IOS |

**System Help** – The first component of this is the ? test. What level of clear supporting information for this action is available from the CLI? Additional credit will be given here for supportive behavior or supportive auxiliary commands.

| Score | Explanation |
|-------|-------------|
| 1 | There is no assistance for this action |
| 2 | There is less clear assistance for this action than in IOS |
| 3 | The level of assistance for this action is identical to IOS |
| 4 | There is more clear assistance for this action than in IOS |
| 5 | There is significantly more assistance for this action than in IOS |

# CLI TESTING SCORES

The tests performed below represent a cross section of likely configuration and diagnostic actions. In each case, an attempt was made to use the same syntax and functionality on the NXOS and EOS platforms as on the IOS platform. Deviations both positive and negative were noted. All tests were chosen before any tests were run.

Both the NXOS and EOS platforms bring small but useful advances to the CLI usage. These include the ability to run diagnostic commands from configuration mode and the ability to specify ranges of interfaces.

## Overall Performance



Commentary: Overall, success in adjustment is a factor of how well the platform meets or exceeds the behavior expected by the IOS user. Both platforms performed well, and the tests showed that the level of adjustment for an IOS platform to either would be small.

That stated, the EOS platform did clearly outperform the NXOS platform in the larger picture, and a transition from IOS to EOS would likely be smoother and require less adjustment. There were multiple instances where NXOS deviated significantly from IOS syntax and representation. While EOS maintained a similar level of innovation in comparison to NXOS, the Arista Networks platform contained no significant deviation from established IOS norms.

## Basic Startup and Configuration - Overall Scores



Commentary: This group of tests simulated basic administrative configuration that may be performed when the switch is first put on the network. These 'out of box' commands have the potential to be the network engineer's first actual experience with the CLI of the platform. Initial impressions start here. Overall, both platforms are slightly off the pace of IOS familiarity. Deviations here were mostly in the realm of syntax and in lesser support of user access management.

# Basic Startup and Use – Individual Tests

## 1.1 User accounts and passwords



Commentary: Both NXOS and EOS are missing options around controlling the user's access, including *access-class, privilege level,* and *no password (*NXOS only*)*. NXOS does not permit the use of the *secret* keyword, whereas EOS does not permit the use of *password* – both are usable in IOS.  NXOS has a password requirement that seemed overbearing and added complexity.

## 1.2 Hostname



Commentary: None. This action was seamless on both platforms.

## 1.3 Banners



Commentary: Both platforms demostrated less banner support and syntax deviation from IOS. IOS allows for 6 banner types, EOS allowed 2 (login and motd) and NXOS only one (motd). Each plaform had the same synatx for beginning the process of editing the banner, but all were different in how the actual editing was done and exited. NXOS has a supporting command to show the banner (*show banner motd*), something neither IOS or EOS offer. (Bug filed: 6808)

## 1.4 Default IP route



Commentary:  Both platforms improve on the IOS experience with the added support of CIDR, which adds functionality and reduces complexity. NXOS gains additional credit for specifically preventing and notifying a user if they attempt to set a local IP as the default gateway. EOS will allow such an IP to be configured, though it will not be installed in the routing table. (Bug 6738)

## 1.5 Setting the clock



Commentary:  Syntax is identical between IOS and NXOS. NXOS also echoes the time set back to the user, which is a nice touch. EOS requires a change in syntax, using slashes between dates instead of spaces. (Bug 6739)

## 1.6 Configuring NTP



Commentary:  Both NXOS and EOS had fewer NTP options than IOS, including authentication and access control.

## 1.7 Show version



Commentary: The outputs of all three are quite different, but all provide the most basic software and hardware version informaton at a minimum. The EOS version is the easiest to read.  Both IOS and EOS clearly identify the chassis serial number.

## 1.8 Show running-configuration



Commentary: There are ordering differences between IOS and EOS/NXOS. The NXOS configuration lacks any form of seperation (lacking the ! seperator that IOS and EOS use), which makes the configuration much more difficult to read.

## 1.9 Show users



Commentary:  Syntax and output on all three platforms is almost identical. IOS does have the option of displaying inactive users, which EOS and NXOS do not.

## Layer 2 Configuration and Diagnostics – Overall Scores



Commentary: The NXOS platform scores were significantly influenced by the inabilty to configure a SVI, as well as the NXOS' different approach to representing mac address-table information.


## 2.1 Show interface



Commentary: Both NXOS and EOS outputs have fewer counters for error than IOS. However, both NXOS and EOS represent the data in a much easier to read fashion, reducing complexity.

## 2.2 Basic VLAN configuration



Commentary: The syntax for VLAN creation is identical across all three systems. The ability to create VLANs as a range in NXOS and EOS reduces complexity.

## 2.3 Configure a switched virtual interface



Commentary: This option is not available in NXOS. Configuration on EOS is identical to IOS.

## 2.4 Add an interface to a VLAN



Commentary:  Both IOS and EOS will auto create the VLAN the interface is being added to if it does not exist. NXOS forces creation of the VLAN first.

## 2.5 Show VLAN



Commentary: Show vlan id is supported by all three platforms. Show vlan is also supported by EOS, reducing a step.

## 2.6 Trunk creation



Commentary: The process for creating a trunked interface and selecting allowed VLANs is identical across all three platforms.

## 2.7 Show mac address table



Commentary: The syntax is slightly different on EOS, as EOS requires a – between 'mac' and 'address'. The syntax is radically different in NXOS to obtain the same information, the command being show mac dynamic at a minimum.

## 2.8 Configure flow control



Commentary: Both NXOS and EOS allow the additional option of send flow control. IOS and EOS also allow for a 'desired' setting, NXOS does not.

## 2.9 Show flow control



Commentary:  All three platforms produce the same output in response to 'show interface flowcontrol'. Both IOS and EOS also support 'show flowcontrol', which produces the same output. NXOS does not support this option.

## Switch management – Overall Scores



Commentary:  NXOS differences in how TACACS and logging are configured resulted in a lower score than EOS for this section.

## 3.1 Configure a logging host



Commentay: Process is identical on IOS and EOS. NXOS uses the command 'logging server' instead of host.

## 3.2 Change the log buffer size



Commentary: This action did not seem to be supported in NXOS. Syntax and response on EOS was identical to IOS.

## 3.3 Configure a SNMP community



Commentary: This action was identical across all three platforms.

## 3.4 Add a SNMP server



Commentary: This action was identical across all three platforms.

## 3.5 Add a TACACS+ server



Commentary: Peformance of this action on EOS was identical to IOS. In NXOS, TACACS+ had to be enabled before this action could be performed.

## 3.6 Show tacacs



Commentary:  The NXOS output contains much less information than the IOS output. The EOS output contains all IOS information plus additional counter clearing information.

## IP Routing – Overall Scores



Commentary:  NXOS scores are lower due to an inability to set an IP route beyond a default gateway.

## 4.1 Static IP Routing



Commentary: Static routing is only supported on the NXOS to the extent of setting a default gateway, not for general static routing purposes. IOS and EOS allow for multiple static routes to multiple gateways, as well as ECMP support. EOS and NXOS allow for CIDR when configuring addresses.

## 4.2 Show ip route



Commentary:  Syntax and representation is identical between IOS and EOS. NXOS syntax is the same, but the representation of the routes is different and is missing the coding that clearly identifies routes as connected, static, etc.

## 4.3 IP Connectivity test with ping



Commentary: Neither NXOS nor EOS have as many ping options as IOS. Both represent the test itself in a format different from IOS, with EOS being more similar. Complex ICMP options are available via the Arista UNIX shell, but that is outside the scope of this test.

## Link Aggregation – Overall Scores



Commentary: Both NXOS and EOS have slightly more diagnostic data available than IOS for LACP troubleshooting. NXOS differs in syntax and the requirement to enable the LACP process.

## 5.1 Configure static LAG



Commentary: Range support on EOS and NXOS is a plus. IOS explains the actions of 'active/passive' more clearly than EOS or NXOS. NXOS does not log the state of the port channel coming up.

## 5.2 Show port-channel



Commentary: This action is identical across all three platforms.

## 5.3 Configure dynamic port-channel using LACP



Commentary:  The LACP process must be started via a separate command on NXOS to configure LACP. This solution was difficult to trace, as the error refers to LACP as a 'process' but the command to start LACP refers to it as a 'feature'. As before, the range support in NXOS and EOS makes configuration easier. Only EOS allows the setting of a short or long timeout.

## 5.4 Show LACP neighbor



Commentary: Both NXOS and EOS display more LACP neighbor information than IOS. The NXOS information is displayed in a less traditional format, with the EOS represenration more closely following the IOS model.

## Spanning-tree – Overall Scores



Commentary : Both platforms give strong IOS-like performances in the spanning-tree tests. Moving from IOS to NXOS or EOS would require little to no adjustment from a spanning-tree configuration perspective.

## 6.1 Set STP interface port cost



Commentary: Support for this action is identical across all three platforms.

## 6.2 Set an interface for portfast



Commentary: Features and syntax are identical across all platforms. Similar to IOS, EOS issues a warning when configuring portfast – NXOS does not.

## 6.3 Set an interface link type



Commentary:  NXOS contains the option to auto set the link type based on the interface media.

## 6.4 Set bpduguard on an interface



Commentary: Support for this action is identical across all three platforms.

## 6.5 Set local switch to be STP root primary



Commentary: Support for this action is identical across all three platforms.

## 6.6 Show spanning-tree



Commentary: Support for this action is identical across all three platforms.

## 6.7 Configure an MST instance



Commentary: Support for this action is identical across all three platforms.

## IGMP Snooping and Port Mirroring – Overall Scores



Commentary: IGMP querier configuration on the NXOS is the only significant negative deviation seen in these tests. EOS provides more IGMP counter information than the other platforms.

## 7.1 show ip igmp snooping



Commentary: Counters functionality on EOS is useful and unavailable on IOS and NXOS.

## 7.2 Configure an IGMP querier



Commentary: NXOS will only allow an IGMP querier to be configured from VLAN configuration.

## 7.3 Configure a port mirroring session



Commentary:  Neither NXOS or EOS allow remote monitoring. NXOS requires a separate monitor session configuration mode, where EOS follows the IOS model and allows for one line configurations.

## 7.4 Show monitor session



Commentary:  EOS output is less verbose than IOS, where NXOS gives additional state  information.

## Appendix A – Raw test data

## 1.1.1 User Accounts and Passwords

CISCO.3650.2005(config)#username ?
  WORD  User name

CISCO.3650.2005(config)#username dheyman ?
  access-class        Restrict access by access-class
  autocommand          Automatically issue a command after the user logs in
  callback-dialstring  Callback dialstring
  callback-line        Associate a specific line with this callback
  callback-rotary      Associate a rotary group with this callback
  dnis                 Do not require password when obtained via DNIS
  nocallback-verify    Do not require authentication after callback
  noescape             Prevent the user from using an escape character
  nohangup             Do not disconnect after an automatic command
  nopassword           No password is required for the user to log in
  password             Specify the password for the user
  privilege            Set user privilege level
  secret               Specify the secret for the user
  user-maxlinks        Limit the user's number of inbound links
  view                 Set view name
  <cr>

CISCO.3650.2005(config)#username dheyman password ?
  0    Specifies an UNENCRYPTED password will follow
  7    Specifies a HIDDEN password will follow
  LINE  The UNENCRYPTED (cleartext) user password

CISCO.3650.2005(config)#username dheyman password test
CISCO.3650.2005(config)#username lavanya secret test
CISCO.3650.2005(config)#username dheyman pr
CISCO.3650.2005(config)#username dheyman privilege ?
  <0-15>  User privilege level

nexus_n5020(config)# username dheyman password ?
  0    Password for the user (clear text)
  5    strongly encrypted password
  WORD  Password for the user (clear text)

nexus_n5020(config)# username dheyman password test
Password is not strong enough:it should be atleast 8 characters
nexus_n5020(config)# username dheyman password test1234
Password specified is not strong enough:it is based on a dictionary word
nexus_n5020(config)# username dheyman password t3st1234

7148-2016(config)#username dheyman ?
  nopassword  No password is required for the user to log in
  secret      Configure login secret for the account

7148-2016(config)#username dheyman secret ?
  0    Specifies an UNENCRYPTED password will follow
  5    Specifies an ENCRYPTED password will follow

```
    LINE  The UNENCRYPTED (cleartext) user account password

7148-2016(config)#username dheyman secret test

7148-2016(config)#username dheyman secret ?
  0     Specifies an UNENCRYPTED password will follow
  5     Specifies an ENCRYPTED password will follow
  LINE  The UNENCRYPTED (cleartext) user account password

7148-2016(config)#username dheyman secret test
7148-2016(config)#username dheyman passwor test
% Invalid input
7148-2016(config)#username dheyman password test
% Invalid input
```

## 1.1.2 Hostname

```
Cisco.3560.2005#conf t
Enter configuration commands, one per line.  End with CNTL/Z.
Cisco.3560.2005(config)#hostname CISCO.3650.2005
CISCO.3650.2005(config)#^Z

CISCO.3650.2005(config)#hostname ?
  WORD  This system's network name

n5020# conf t
n5020(config)# hostname nexus_n5020
nexus_n5020(config)#
nexus_n5020#

nexus_n5020(config)# hostname ?
  WORD  Enter switchname

7148s.2016#conf t
7148s.2016(config)#hostname
7148s.2016(config)#hostname 7148-2016
7148-2016(config)#exit

7148-2016(config)#hostname ?
  WORD  The system's hostname
```

## 1.1.3 Banners

```
CISCO.3650.2005(config)#banner ?
  LINE         c banner-text c, where 'c' is a delimiting character
  config-save    Set message for saving configuration
  exec         Set EXEC process creation banner
  incoming       Set incoming terminal line banner
  login        Set login banner
  motd         Set Message of the Day banner
  prompt-timeout  Set Message for login authentication timeout
  slip-ppp       Set Message for SLIP/PPP
```

```
CISCO.3650.2005(config)#banner motd MOTD
Enter TEXT message.  End with the character 'M'.
dheyman eval in progress M

nexus_n5020(config)# banner ?
  motd  Configure banner motd message

nexus_n5020(config)# banner motd ?
  LINE  delimiter character followed by message

nexus_n5020(config)# banner motd
% Incomplete command
nexus_n5020(config)# banner motd .
Enter TEXT message. End with the character '.'.
> dheyman eval in progess
> .
nexus_n5020(config)# show banner motd

dheyman eval in progess

7148-2016(config)#banner ?
  login  Set the login banner
  motd   Set the Message of the Day banner

7148-2016(config)#banner motd ?
  <cr>

7148-2016(config)#banner motd
Enter TEXT message. Type 'EOF' on its own line to end.
dheyman eval in progress
EOF
7148-2016(config)#show banner motd
% Invalid input
7148-2016(config)#show banner ?
% Unrecognized command
7148-2016(config)#exit
```

## 1.1.4 Default IP Route

```
CISCO.3650.2005#conf t
Enter configuration commands, one per line.  End with CNTL/Z.
CISCO.3650.2005(config)#ip route 0.0.0.0 0.0.0.0 10.10.101.1
%Invalid next hop address (it's this router) << Nice.
CISCO.3650.2005(config)#ip route 0.0.0.0 0.0.0.0 10.0.0.1
CISCO.3650.2005(config)#ip route 0.0.0.0/0 10.255.255.3
                            ^
% Invalid input detected at '^' marker.


nexus_n5020(config)# ip route 0.0.0.0/0 10.255.255.3
nexus_n5020(config)#

nexus_n5020(config-if)# ip address 10.10.100.1/24
nexus_n5020(config-if)#
nexus_n5020# show int mgmt 0
mgmt0 is up
```

```
Hardware is GigabitEthernet, address is 000d.ecb1.7a80 (bia 000d.ecb1.7a80)
Internet Address is 10.10.100.1/24
MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
  reliability 255/255, txload 1/255, rxload 1/255
Encapsulation ARPA
full-duplex, 1000 Mb/s
30 minute input rate 13005367 bytes/sec, 135205 packets/sec
30 minute output rate 2695312 bytes/sec, 24067 packets/sec
Rx
  135209 input packets 21220 unicast packets 105939 multicast packets
  8050 broadcast packets 13005653 bytes
Tx
  24067 output packets 21228 unicast packets 2805 multicast packets
  34 broadcast packets 2695312 bytes


nexus_n5020# conf t
nexus_n5020(config)# ip route 0.0.0.0/0 10.10.100.1


7148-2016#conf t
7148-2016(config)#ip route 0.0.0.0/0 10.255.255.3
7148-2016(config)#


7148-2016#show ip int br
Interface        IP Address      Status        Protocol
Management1      10.255.255.116/24  up            up
Management2      unassigned      up            down
Vlan2            10.2.0.2/16     up            lowerLayerDown
7148-2016#conf t
7148-2016(config)#ip route 0.0.0.0/0 10.255.255.116
```

## 1.1.5 Date / time

```
CISCO.3650.2005#clock set 10:00:00 25 June 2009
CISCO.3650.2005#


nexus_n5020(config)#
nexus_n5020# clock set 10:00:00 25 June 2009
Thu Jun 25 10:00:00 UTC 2009

7148-2016#clock set 10:00:00 25 June 2009
% Invalid input
7148-2016#clock ?
  set  Set the system date and time

7148-2016#clock set ?
  hh:mm:ss  Current time

7148-2016#clock set 10:00:00 ?
  mm/dd/yyyy  Today's date

7148-2016#clock set 10:00:00 06/25/2009
```

## 1.1.6 NTP

CISCO.3650.2005#conf t
Enter configuration commands, one per line.  End with CNTL/Z.
CISCO.3650.2005(config)#ntp ?
  access-group       Control NTP access
  authenticate       Authenticate time sources
  authentication-key  Authentication key for trusted time sources
  broadcastdelay      Estimated round-trip delay
  clock-period        Length of hardware clock tick
  logging            Enable NTP message logging
  max-associations    Set maximum number of associations
  peer               Configure NTP peer
  server             Configure NTP server
  source             Configure interface for source address
  trusted-key        Key numbers for trusted time sources

CISCO.3650.2005(config)#ntp server ?
  Hostname or A.B.C.D  IP address of peer
  vrf            VPN Routing/Forwarding Information

CISCO.3650.2005(config)#ntp server 10.0.0.1 ?
  key     Configure peer authentication key
  prefer   Prefer this peer when possible
  source   Interface for source address
  version  Configure NTP version
  <cr>

CISCO.3650.2005(config)#ntp server 10.0.0.1

nexus_n5020# conf t
nexus_n5020(config)# ntp ?
  abort      Abort the ntp configuration
  commit     Commit the ntp configuration
  distribute  Enable NTP configuration distribution
  peer       NTP Peer address
  server     NTP server address

nexus_n5020(config)# ntp server ?
  WORD  Hostname/IP address of the NTP Server

nexus_n5020(config)# ntp server 10.0.0.1
nexus_n5020(config)# ntp server 10.0.0.1 ?
  <CR>
  prefer   Preferred Server
  use-vrf  vrf to reach this server

7148-2016(config)#ntp server ?
  WORD  Hostname or A.B.C.D

7148-2016(config)#ntp ?
  server  Configure NTP server

7148-2016(config)#ntp server 10.0.0.1

## 1.1.7 Show version

CISCO.3650.2005#show ver
Cisco IOS Software, C3560 Software (C3560-ADVIPSERVICESK9-M), Version 12.2(46)SE
, RELEASE SOFTWARE (fc2)
Copyright (c) 1986-2008 by Cisco Systems, Inc.
Compiled Thu 21-Aug-08 15:26 by nachen
Image text-base: 0x00003000, data-base: 0x01A00000

ROM: Bootstrap program is C3560 boot loader
BOOTLDR: C3560 Boot Loader (C3560-HBOOT-M) Version 12.2(25r)SEB, RELEASE SOFTWAR
E (fc)

CISCO.3650.2005 uptime is 1 day, 14 hours, 48 minutes
System returned to ROM by power-on
System image file is "flash:c3560-advipservicesk9-mz.122-46.SE.bin"


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
http://www.cisco.com/wwl/export/crypto/tool/stqrg.html

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C3560-24TS (PowerPC405) processor (revision C0) with 122880K/8184K bytes of memory.
Processor board ID CAT0929R1H3
Last reset from power-on
6 Virtual Ethernet interfaces
24 FastEthernet interfaces
2 Gigabit Ethernet interfaces


The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 00:14:A9:17:38:00
Motherboard assembly number     : 73-9897-05
Power supply part number        : 341-0097-02
Motherboard serial number       : CAT092910GH
Power supply serial number      : DCA09200BT2
Model revision number           : C0
Motherboard revision number     : A0
Model number                    : WS-C3560-24TS-S
System serial number            : CAT0929R1H3
Top Assembly Part Number        : 800-26160-02

Top Assembly Revision Number    : A0
Version ID                : V02
CLEI Code Number            : COMMG00ARB
Hardware Board Revision Number  : 0x01


Switch Ports Model        SW Version      SW Image
------ ----- -----        ----------      ----------
  *   1 26   WS-C3560-24TS    12.2(46)SE        C3560-ADVIPSERVICESK9-M


Configuration register is 0xF

n5020# show ver
Cisco Nexus Operating System (NX-OS) Software
TAC support: http://www.cisco.com/tac
Copyright (c) 2002-2009, Cisco Systems, Inc. All rights reserved.
The copyrights to certain works contained herein are owned by
other third parties and are used and distributed under license.
Some parts of this software are covered under the GNU Public
License. A copy of the license is available at
http://www.gnu.org/licenses/gpl.html.

Software
  BIOS:      version 1.2.0
  loader:    version N/A
  kickstart: version 4.0(1a)N2(1a)
  system:    version 4.0(1a)N2(1a)
  BIOS compile time:     06/19/08
  kickstart image file is: bootflash:/n5000-uk9-kickstart.4.0.1a.N2.1a.bin
  kickstart compile time:  4/29/2009 13:00:00 [04/29/2009 20:10:52]
  system image file is:    bootflash:/n5000-uk9.4.0.1a.N2.1a.bin
  system compile time:     4/29/2009 13:00:00 [04/29/2009 20:41:32]


Hardware
  cisco Nexus5020 Chassis ("40x10GE/Supervisor")
  Intel(R) Celeron(R) M CPU    with 2074308 kB of memory.
  Processor Board ID JAF1250AHTC

  Device name: n5020
  bootflash:   974848 kB

Kernel uptime is 1 day(s), 10 hour(s), 59 minute(s), 7 second(s)

Last reset at 315886 usecs after  Thu Jul  2 05:26:12 2009

  Reason: Reset Requested by CLI command reload
  System version: 4.0(1a)N2(1a)
  Service:

plugin
  Core Plugin, Ethernet Plugin

7148s.2016#show ver
Arista DCS-7148S

Hardware version:  02.02
Serial number:    JFL08290040

Software image version: 4.1.0
Architecture:      i386
Internal build version: 4.1.0-141362.EOS4.1.0
Internal build ID:      ab3bc920-633d-4ad8-9b0c-6df6d4707886

Uptime:           16 hours and 52 minutes
Total memory:         1036052 kB
Free memory:          103560 kB

## 1.1.8 Show running-configuration

No data shown – output is too large

## 1.1.9 Show users

Show users

```
CISCO.3650.2005#show users all
   Line       User      Host(s)        Idle      Location
*  0 con 0             idle            00:00:00
   1 vty 0                             00:00:00
   2 vty 1                             00:00:00
   3 vty 2                             00:00:00
   4 vty 3                             00:00:00
   5 vty 4                             00:00:00
   6 vty 5                             00:00:00
   7 vty 6                             00:00:00
   8 vty 7                             00:00:00
   9 vty 8                             00:00:00
   10 vty 9                            00:00:00
   11 vty 10                           00:00:00
   12 vty 11                           00:00:00
   13 vty 12                           00:00:00
   14 vty 13                           00:00:00
   15 vty 14                           00:00:00
   16 vty 15                           00:00:00

  Interface    User     Mode                 Idle    Peer Address

n5020# show users ?
 <CR>
 >     Redirect it to a file
 |     Pipe command output to filter

n5020# show users
NAME    LINE       TIME      IDLE       PID COMMENT
admin   ttyS0      Jul 3 15:54  .        1054*

7148sx.2001#show users
   Line       User      Host(s)        Idle      Location
*  1 con 0    admin     idle            00:00:00 -
```

## 2.1 show interface

CISCO.3650.2005#show int g0/2
GigabitEthernet0/2 is up, line protocol is down (monitoring)
  Hardware is Gigabit Ethernet, address is 0014.a917.3802 (bia 0014.a917.3802)
  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive not set
  Full-duplex, 1000Mb/s, link type is force-up, media type is unsupported
  input flow-control is off, output flow-control is unsupported
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 1d18h, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes, 0 no buffer
     Received 0 broadcasts (0 multicasts)
     0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 watchdog, 0 multicast, 0 pause input
     0 input packets with dribble condition detected
     1 packets output, 64 bytes, 0 underruns
     0 output errors, 0 collisions, 1 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier, 0 PAUSE output
     0 output buffer failures, 0 output buffers swapped out

Ethernet1/37 is up
  Hardware is 10000 Ethernet, address is 000d.ecb1.7aac (bia 000d.ecb1.7aac)
  MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA
  Port mode is fex-fabric
  full-duplex, 10 Gb/s, media type is 10g
  Input flow-control is off, output flow-control is off
  Auto-mdix is turned on
  Rate mode is dedicated
  Switchport monitor is off
  Last clearing of "show interface" counters never
  5 minute input rate 193 bytes/sec, 0 packets/sec
  5 minute output rate 194 bytes/sec, 0 packets/sec
  Rx
     118561 input packets 0 unicast packets 118561 multicast packets
     0 broadcast packets 0 jumbo packets 0 storm suppression packets
     75405596 bytes
     0 No buffer 0 runt 0 Overrun
     0 crc 0 Ignored 0 Bad etype drop
     0 Bad proto drop
  Tx
     118462 output packets 118460 multicast packets

```
    2 broadcast packets 0 jumbo packets
    75813994 bytes
    0 output CRC 0 ecc
    0 underrun 0 if down drop     0 output error 0 collision 0 deferred
    0 late collision 0 lost carrier 0 no carrier
    0 babble
    0 Rx pause 0 Tx pause 0 reset

7148s.2016#show int et1
Ethernet1 is up, line protocol is up
  Hardware is Ethernet, address is 001c.7304.195c (bia 001c.7304.195c)
  MTU 9212 bytes, BW 1000000 Kbit
  Full-duplex, 1Gb/s, auto negotiation: off


  5 minutes input rate 0 bits/sec (0%), 0 packets/sec
  5 minutes output rate 256 bits/sec (0%), 0 packets/sec
     91514714 packets input, 5856941696 bytes
     Received 4 broadcasts, 0 multicast
     0 runts, 0 giants
     0 input errors, 0 CRC, 0 alignment, 0 symbol
     0 PAUSE input
     87813794 packets output, 5620082816 bytes
     Sent 0 broadcasts, 16060 multicast
     0 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
```

## 2.2 VLAN configuration

```
CISCO.3650.2005(config)#vlan 505
CISCO.3650.2005(config-vlan)#name test


n5020# conf t
n5020(config)# vlan 505
n5020(config-vlan)# name test


7148sx.2001(config)#vlan 505
7148sx.2001(config-vlan-505)#name test
```

## 2.3 Configure a SVI

```
CISCO.3650.2005(config)#int vlan2
3w2d: %LINEPROTO-5-UPDOWN: Line protocol on Interface Vlan2, changed state to down
CISCO.3650.2005(config-if)#desc vlan 2
CISCO.3650.2005(config-if)#ip address 10.10.100.200 255.255.255.0


nexus_n5020(config)# int vlan 2
                  ^
% invalid command detected at '^' marker.
nexus_n5020(config)# vlan 2
nexus_n5020(config-vlan)# exit
nexus_n5020(config)# int vlan 2
                  ^
% invalid command detected at '^' marker.
```

```
nexus_n5020(config)# int ?
  ethernet          Ethernet IEEE 802.3z
  fc                Fibre Channel interface
  mgmt              Management interface
  port-channel      Port Channel interface
  san-port-channel  SAN Port Channel interface
  vfc               Virtual FC interface


7148-2016(config)#int vlan2
7148-2016(config-if-Vl2)#ip address 10.10.200.201/24
7148-2016(config-if-Vl2)#desc test
```

## 2.4 Add a port to a new VLAN

```
CISCO.3650.2005(config)#int g0/1
CISCO.3650.2005(config-if)#switchport access vlan 10
% Access VLAN does not exist. Creating vlan 10


n5020(config)# int eth1/7
n5020(config-if)# show run int eth1/7
version 4.0(1a)N2(1a)

interface Ethernet1/7

n5020(config-if)# switchport access vlan 10
n5020(config-if)#


n5020# show vlan id 10
VLAN 10 not found in current VLAN database

n5020# conf t
n5020(config)# vlan 10
n5020(config-vlan)#
n5020# show vlan id 10

VLAN Name                      Status    Ports
---- ------------------------- --------- -------------------------------
10   VLAN0010                  active    Eth1/7

7148s.2016#conf t
7148s.2016(config)#int eth1
7148s.2016(config-if-Et1)#switchport access vlan 10
% Access VLAN does not exist.  Creating vlan 10
7148s.2016(config-if-Et1)#
```

## 2.5 Show vlan

```
CISCO.3650.2005#show vlan id 10

VLAN Name                      Status    Ports
---- ------------------------- --------- -------------------------------
10   VLAN0010                  active    Gi0/1

VLAN Type  SAID     MTU   Parent RingNo BridgeNo Stp  BrdgMode Trans1 Trans2
```

```
---- ----- ---------- ----- ------ ------ -------- ---- -------- ------ ------
10  enet  100010  1500 -   -    -    -  -     0    0
```

Remote SPAN VLAN
----------------
Disabled

```
Primary Secondary Type        Ports
------- --------- ---------------- ---------------------------------------
```

n5020# show vlan id 10

```
VLAN Name                    Status   Ports
---- -------------------------------- --------- --------------------------------
10  VLAN0010                  active   Eth1/7
```

Remote SPAN VLAN
----------------
Disabled

```
Primary  Secondary  Type         Ports
-------  ---------  ---------------  --------------------------------------------
```

7148sx.2001(config-vlan-10)#
7148sx.2001#show vlan 10
```
VLAN Name                    Status   Ports
---- -------------------------------- --------- --------------------------------
10  VLAN0010                  active
```

7148sx.2001#show vlan ?
  WORD            VLAN ID or range(s) of VLAN IDs
  active-configuration  Show only active configuration
  configured-ports    Show all configured ports
  id            Show the status of a specific VLAN ID
  name          Show the status of a specific named VLAN
  summary          VLAN summary information
  |          Output modifiers
  <cr>

7148sx.2001#show vlan id 10
```
VLAN Name                    Status   Ports
---- -------------------------------- --------- --------------------------------
10  VLAN0010                  active
```

## 2.6 Create a trunk

CISCO.3650.2005(config-if)#switchport trunk allowed vlan 505
CISCO.3650.2005(config-if)#swi tr all vlan ?
  WORD    VLAN IDs of the allowed VLANs when this port is in trunking mode
  add    add VLANs to the current list
  all    all VLANs
  except  all VLANs except the following
  none    no VLANs
  remove  remove VLANs from the current list

n5020(config-if)# switchport trunk allowed vlan 505

<1-3967,4048-4093>  VLAN IDs of the allowed VLANs when this port in trunking
              mode
add             add VLANs to the current list
all             all VLANs
except          all VLANs except the following
none            no VLANs
remove          remove VLANs from the current list

7148sx.2001(config-if-Et3)#switchport trunk allowed vlan 505

7148sx.2001(config-if-Et3)#switchport trunk allowed vlan ?
 WORD    VLAN IDs of the allowed VLANs when this port is in trunking mode
 add     add VLANs to the current list
 all     all VLANs
 except  all VLANs except the following
 none    no VLANs
 remove  remove VLANs from the current list


## 2.7 Show mac table

CISCO.3650.2005#sho mac
% Incomplete command.

CISCO.3650.2005#show mac address-table
        Mac Address Table
-------------------------------------------

Vlan    Mac Address       Type        Ports
----    -----------      --------     -----
All     0100.0ccc.cccc    STATIC      CPU
All     0100.0ccc.cccd    STATIC      CPU
All     0180.c200.0000    STATIC      CPU
All     0180.c200.0001    STATIC      CPU
All     0180.c200.0002    STATIC      CPU
All     0180.c200.0003    STATIC      CPU
All     0180.c200.0004    STATIC      CPU
All     0180.c200.0005    STATIC      CPU
All     0180.c200.0006    STATIC      CPU
All     0180.c200.0007    STATIC      CPU
All     0180.c200.0008    STATIC      CPU
All     0180.c200.0009    STATIC      CPU
All     0180.c200.000a    STATIC      CPU
All     0180.c200.000b    STATIC      CPU
All     0180.c200.000c    STATIC      CPU
All     0180.c200.000d    STATIC      CPU
All     0180.c200.000e    STATIC      CPU
All     0180.c200.000f    STATIC      CPU
All     0180.c200.0010    STATIC      CPU
All     ffff.ffff.ffff    STATIC      CPU
Total Mac Addresses for this criterion: 20

```
n5020# show mac address-table
                 ^
% invalid command detected at '^' marker.

n5020# show mac ?
  <CR>
  >             Redirect it to a file
  access-lists  List access lists
  address       address
  aging-time    Display Aging Time (configured or default)
  count         Display only the count of MAC entries
  dynamic       Display Dynamic Entries
  interface     Interface
  multicast     Show Multicast MAC Table entries
  notification  Display Notification Information
  static        Display Static Entries
  vlan          VLAN
  |             Pipe command output to filter

n5020# show mac address ?
  EEEE.EEEE.EEEE  MAC Address

n5020# show mac address
% Incomplete command
n5020# show mac dyn ?
  <CR>
  >          Redirect it to a file
  address    address
  interface  Interface
  vlan       VLAN
  |          Pipe command output to filter

n5020# show mac dyn
VLAN    MAC Address      Type     Age      Port
---------+----------------+-------+---------+-------------------------------
1       000d.ecb1.7a8e   dynamic 50       Eth1/8
1       001c.7304.159a   dynamic 10       Eth1/8
10       000d.ecb1.7a8f  dynamic 50       Eth1/7
10       001c.7304.1599  dynamic 10       Eth1/7
Total MAC Addresses: 4
n5020# show mac
VLAN    MAC Address      Type     Age      Port
---------+----------------+-------+---------+-------------------------------
1       000d.ecb1.7a8e   dynamic 0        Eth1/8
1       001c.7304.159a   dynamic 0        Eth1/8
10       000d.ecb1.7a8f  dynamic 0        Eth1/7
10       001c.7304.1599  dynamic 0        Eth1/7
Total MAC Addresses: 4

7148sx.2001#show mac-address-table ?
  address     address keyword
  aging-time  aging-time keyword
  count       count keyword
  dynamic     dynamic entry type
  interface   interface keyword
  multicast   multicast info for selected wildcard
```

```
static    static entry type
vlan     VLAN Keyword
|        Output modifiers
<cr>


7148sx.2001#show mac-address-table
        Mac Address Table
----------------------------------------------------------------

Vlan  Mac Address    Type      Ports  Moves  Last Move
----  -----------    --------  -----  -----  ---------
Total Mac Addresses for this criterion: 0
```

## 2.8 Configure flow control

```
CISCO.3650.2005(config-if)#flowcontrol ?
  receive  Configure receiving flow operation

CISCO.3650.2005(config-if)#flowcontrol receive ?
 desired  Allow but do not require flow-control packets on port
 off     Disable flow-control packets on port
 on      Enable flow-control packets on port

CISCO.3650.2005(config-if)#flowcontrol receive on
CISCO.3650.2005(config-if)#


n5020(config-if)# flowcontrol ?
  receive  Receive pause frames
  send     Send pause frames

n5020(config-if)# flowcontrol receive ?
 off  Receive OFF
 on   Receive ON

n5020(config-if)# flowcontrol receive

7148sx.2001(config)#int et7
7148sx.2001(config-if-Et7)#flowcontrol ?
  receive  Configure receiving flow operation
  send     Configure transmit flow operation


7148sx.2001(config-if-Et7)#flowcontrol receive ?
  desired  Allow but do not require flow-control capable link partner
  off      Forbid flow-control capable link partner
  on       Require flow-control capable link partner
```

## 2.9 Show flow control

```
CISCO.3650.2005#show flow
Port     Send FlowControl  Receive FlowControl  RxPause TxPause
         admin  oper     admin  oper
```

```
---------  -------- -------- -------- --------   ------- -------
Fa0/1    Unsupp. Unsupp. off    off     0     0
Fa0/2    Unsupp. Unsupp. off    off     0     0
Fa0/3    Unsupp. Unsupp. off    off     0     0
Fa0/4    Unsupp. Unsupp. off    off     0     0
```

n5020# show int flow

```
-------------------------------------------------------------------------------
Port       Send FlowControl  Receive FlowControl  RxPause TxPause
           admin   oper      admin   oper
-------------------------------------------------------------------------------
Eth1/1    off    off     off    off      0     0
Eth1/2    off    off     off    off      0     0
Eth1/3    off    off     off    off      0     0
Eth1/4    off    off     off    off      0     0
Eth1/5    off    off     off    off      0     0
```

7148sx.2001#show flow
```
Port       Send FlowControl  Receive FlowControl  RxPause TxPause
           admin   oper      admin   oper
---------  -------- -------- -------- --------   ------- -------
Et1      off    off     off    off      0     0
Et2      off    off     off    off      0     0
Et3      off    off     off    off      0     0
Et4      off    off     off    off      0     0
Et5      off    off     off    off      0     0
Et6      off    off     off    off      0     0
Et7      off    off     off    off      0     0
Et8      off    off     off    off      0     0
Et9      off    off     off    off      0     0
```

## 3.1 Configure a logging host

CISCO.3650.2005(config)#logging host 4.2.2.1


nexus_n5020(config)# logging host
                                ^
% invalid command detected at '^' marker.
% Invalid command
nexus_n5020(config)# logging server 4.2.2.1

7148-2016(config)#logging host 4.2.2.1


## 3.2 Change log buffer size

CISCO.3650.2005(config)#logging buffer 5000


nexus_n5020(config)# logging ?
  abort      Flushes cached data without commiting and releases the lock
  commit     Commits cached data (of all msg types) and releases the lock
  console    Set console logging

```
distribute  Enables/disables fabric distribution using cfs.
event       Interface events
fex         Set fex logging
level       Facility parameter for syslog messages
logfile     Set File logging
module      Set module logging
monitor     Set terminal line(monitor) logging level
server      Enable forwarding to Remote Syslog Server
timestamp   Set logging timestamp granularity

nexus_n5020(config)# logging level ?

nexus_n5020(config)# logging console ?
 <CR>
 <0-7>  0-emerg;1-alert;2-crit;3-err;4-warn;5-notif;6-inform;7-debug

nexus_n5020(config)# logging console 6
Baud rate of console should be at least 38400 to increase logging level

7148-2016(config)#logging buffered 5000
```

## 3.3 Create a SNMP community

```
CISCO.3650.2005(config)#snmp-server community public ro
CISCO.3650.2005(config)#snmp-server community internal ro

nexus_n5020(config)# snmp-server community public ro
nexus_n5020(config)# snmp-server community private ro

7148-2016(config)#snmp-server community public ro
7148-2016(config)#snmp-server community private ro
```

## 3.4 Add a SNMP server

```
CISCO.3650.2005(config)#snmp-server host 4.2.2.1 traps public
CISCO.3650.2005(config)#snmp-server host 4.2.2.2 traps internal

nexus_n5020(config)# snmp-server host 4.2.2.1 public
nexus_n5020(config)# snmp-server host 4.2.2.2 private

7148-2016(config)#snmp-server host 4.2.2.1 public
7148-2016(config)#snmp-server host 4.2.2.2 private
```

## 3.5 Configure a TACACS+ server

```
CISCO.3650.2005(config)#tacacs-server host 4.2.2.1
CISCO.3650.2005(config)#tacacs-server key TESTKEY
CISCO.3650.2005(config)#tacacs-server timeout ?
 <1-1000>  Wait time (default 5 seconds)
CISCO.3650.2005(config)#tacacs-server timeout 20

nexus_n5020(config)# tacacs-server host 4.2.2.1
                 ^
% invalid command detected at '^' marker.
```

```
nexus_n5020(config)# tacacs+ ?
  enable  Enable tacacs+
nexus_n5020(config)# tacacs+ enable

nexus_n5020(config)# tacacs-server host 4.2.2.1
warning: no key is configured for the host

nexus_n5020(config)# tacacs-server key TESTKEY
nexus_n5020(config)# tacacs-server host 4.2.2.1
nexus_n5020(config)# tacacs-server timeout ?
  <1-60>  Global TACACS+ server timeout period in seconds
nexus_n5020(config)# tacacs-server timeout 20

7148-2016(config)#tacacs-server host 4.2.2.1
7148-2016(config)#tacacs-server key TESTKEY
7148-2016(config)#tacacs-server timeout ?
  <1-1000>  Wait time (default 5 seconds)

7148-2016(config)#tacacs-server timeout 20
```

## 3.6 Show tacacs

Show tacacs

```
CISCO.3650.2005#show tacacs

Tacacs+ Server        : 4.2.2.1/49
         Socket opens:         0
         Socket closes:        0
         Socket aborts:        0
         Socket errors:        0
         Socket Timeouts:         0
 Failed Connect Attempts:         0
      Total Packets Sent:         0
      Total Packets Recv:         0

n5020# show tacacs
timeout value:5
deadtime value:0
total number of servers:0
7148sx.2001#show tacacs
TACACS+ server        : 4.2.2.1/49
      Connection opens:         0
      Connection closes:        0
  Connection disconnects:          0
     Connection failures:         0
     Connection timeouts:         0
         Messages sent:         0
      Messages received:          0
         Receive errors:         0
        Receive timeouts:          0
           Send timeouts:         0

Last time counters were cleared: never
```

## 4.2 Show ip route

```
CISCO.3650.2005#show ip route
Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set

     10.0.0.0/32 is subnetted, 1 subnets
C       10.10.101.1 is directly connected, Loopback0

n5020# show ip route
IP Route Table for VRF "default"
'*' denotes best ucast next-hop        '**' denotes best mcast next-hop
'[x/y]' denotes [preference/metric]

0.0.0.0/32, 1 ucast next-hops, 0 mcast next-hops, pending
  *via Null0, [220/0], 5d12h, local, discard
255.255.255.255/32, 1 ucast next-hops, 0 mcast next-hops, pending
  *via sup-eth0, [0/0], 5d12h, local


7148sx.2001#show ip route
Codes: C - connected, S - static, K - kernel

Gateway of last resort:
S   0.0.0.0/0 [1/60] via 10.255.255.1

C   10.255.255.0/24 is directly connected, Management1
C   192.168.100.0/24 is directly connected, Vlan1
```

## 4.3 Ping

```
CISCO.3650.2005#ping 10.10.101.1

Type escape sequence to abort.
Sending 5, 100-byte ICMP Echos to 10.10.101.1, timeout is 2 seconds:
!!!!!
Success rate is 100 percent (5/5), round-trip min/avg/max = 1/1/1 ms
CISCO.3650.2005#ping 10.10.100.1 ?
  data     specify data pattern
  df-bit   enable do not fragment bit in IP header
  repeat   specify repeat count
  size     specify datagram size
  source   specify source address or name
  timeout  specify timeout interval
  validate validate reply data
  <cr>
```

```
n5020# ping 4.2.2.1
PING 4.2.2.1 (4.2.2.1): 56 data bytes
ping: sendto 4.2.2.1 64 chars, No route to host
Request 0 timed out
ping: sendto 4.2.2.1 64 chars, No route to host
Request 1 timed out
ping: sendto 4.2.2.1 64 chars, No route to host
Request 2 timed out
ping: sendto 4.2.2.1 64 chars, No route to host
Request 3 timed out
ping: sendto 4.2.2.1 64 chars, No route to host
Request 4 timed out

--- 4.2.2.1 ping statistics ---
5 packets transmitted, 0 packets received, 100.00% packet loss
n5020# ping ?
  <CR>
  A.B.C.D or Hostname  IP address of remote system
  WORD            Enter Hostname

n5020# ping 4.2.2.1 ?
  <CR>
  count      Number of pings to send
  df-bit     Enable do not fragment bit in IP header
  interval   Wait interval seconds between sending each packet
  packet-size  Packet size to send
  source     Source IP address to use
  timeout    Specify timeout interval
  vrf        Display per-VRF information

7148sx.2001#ping 10.255.255.3
PING 10.255.255.3 (10.255.255.3) 72(100) bytes of data.
80 bytes from 10.255.255.3: icmp_seq=1 ttl=255 time=1.34 ms
80 bytes from 10.255.255.3: icmp_seq=2 ttl=255 time=0.227 ms
80 bytes from 10.255.255.3: icmp_seq=3 ttl=255 time=0.172 ms
80 bytes from 10.255.255.3: icmp_seq=4 ttl=255 time=0.127 ms
80 bytes from 10.255.255.3: icmp_seq=5 ttl=255 time=0.230 ms

--- 10.255.255.3 ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 8005ms
rtt min/avg/max/mdev = 0.127/0.419/1.340/0.462 ms

7148sx.2001#ping 10.255.255.3 ?
  df-bit   enable do not fragment bit in IP header
  repeat   specify repeat count
  size     specify datagram size
  timeout  specify timeout interval
  <cr>
```

## 5.1 Static LAG

CISCO.3650.2005(config-if)#channel-group 1 ?
  mode  Etherchannel Mode of the interface

CISCO.3650.2005(config-if)#channel-group 1 mode ?
  active    Enable LACP unconditionally
  auto      Enable PAgP only if a PAgP device is detected
  desirable  Enable PAgP unconditionally
  on        Enable Etherchannel only
  passive   Enable LACP only if a LACP device is detected

PAGP (Port Aggregation Protocol) .. Cisco prop LACP

CISCO.3650.2005(config-if)#channel-group 1 mode on
Creating a port-channel interface Port-channel 1

CISCO.3650.2005(config-if)#
3w5d: %LINK-3-UPDOWN: Interface Port-channel1, changed state to up
3w5d: %LINEPROTO-5-UPDOWN: Line protocol on Interface Port-channel1, changed state to up

nexus_n5020# conf t
nexus_n5020(config)# int et1/2
nexus_n5020(config-if)# channel-group 1 mode ?
  active  Set channeling mode to ACTIVE
  on      Set channeling mode to ON
  passive  Set channeling mode to PASSIVE

nexus_n5020(config-if)# channel-group 1 mode on

7148-2016#conf t
7148-2016(config)#int et1
7148-2016(config-if-Et1)#channel-group 1 mode on
7148-2016(config-if-Et1)#channel-group 1?
<1-1000>

7148-2016(config-if-Et1)#channel-group 1 mode ?
  active  Enable LACP in active mode
  on      Enable static link aggregation
  passive  Enable LACP in passive mode

## 5.2 Show int port-channel

CISCO.3650.2005#show int po1
Port-channel1 is up, line protocol is up (connected)
  Hardware is EtherChannel, address is 0014.a917.3801 (bia 0014.a917.3801)
  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  Full-duplex, 1000Mb/s, link type is auto, media type is unknown
  input flow-control is off, output flow-control is unsupported
  Members in this channel: Gi0/1
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input 00:00:18, output 00:00:01, output hang never
  Last clearing of "show interface" counters never

```
 Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
 Queueing strategy: fifo
 Output queue: 0/40 (size/max)
 5 minute input rate 368000 bits/sec, 187 packets/sec
 5 minute output rate 0 bits/sec, 0 packets/sec
    63420 packets input, 15474803 bytes, 0 no buffer
    Received 63420 broadcasts (63420 multicasts)
    0 runts, 0 giants, 0 throttles
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
    0 watchdog, 63420 multicast, 0 pause input
    0 input packets with dribble condition detected
    16 packets output, 1623 bytes, 0 underruns
    0 output errors, 0 collisions, 1 interface resets
    0 babbles, 0 late collision, 0 deferred
    0 lost carrier, 0 no carrier, 0 PAUSE output
    0 output buffer failures, 0 output buffers swapped out

n5020# show int po1
port-channel1 is up
  Hardware is Port-Channel, address is 000d.ecb1.7aad (bia 000d.ecb1.7aad)
  MTU 1500 bytes, BW 20000000 Kbit, DLY 10 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA
  Port mode is fex-fabric
  full-duplex, 10 Gb/s
  Input flow-control is off, output flow-control is off
  Switchport monitor is off
  Members in this channel: Eth1/37, Eth1/38
  Last clearing of "show interface" counters never
  5 minute input rate 401 bytes/sec, 0 packets/sec
  5 minute output rate 406 bytes/sec, 0 packets/sec
  Rx
    238943 input packets 2 unicast packets 238941 multicast packets
    0 broadcast packets 0 jumbo packets 0 storm suppression packets
    151969808 bytes
    0 No buffer 0 runt 0 Overrun
    0 crc 0 Ignored 0 Bad etype drop
    0 Bad proto drop
  Tx
    238739 output packets 238734 multicast packets
    2 broadcast packets 0 jumbo packets
    305579696 bytes
    0 output CRC 0 ecc
    0 underrun 0 if down drop    0 output error 0 collision 0 deferred
    0 late collision 0 lost carrier 0 no carrier
    0 babble
    0 Rx pause 0 Tx pause 0 reset

7148sx.2001#show int po1
Port-Channel1 is up, line protocol is up
  Hardware is Port-Channel, address is 001c.7302.2f9f
  MTU 9212 bytes, BW 20000000 Kbit
  Full-duplex, 20Gb/s
  Active members in this channel: 2
  ... Ethernet7 , Full-duplex, 10Gb/s
  ... Ethernet8 , Full-duplex, 10Gb/s
```

```
5 minutes input rate 5 bits/sec (0.0%), 0 packets/sec
5 minutes output rate 7902655 bits/sec (0.0%), 4617 packets/sec
  2 packets input, 190 bytes
  Received 0 broadcasts, 2 multicast
  0 input errors
  1758150 packets output, 376196228 bytes
  Sent 293128 broadcasts, 1465022 multicast
  0 output errors
```

## 5.3 Dynamic LAG using LACP

```
CISCO.3650.2005(config)#int g0/1
CISCO.3650.2005(config-if)#channel-group 1 mode active
Creating a port-channel interface Port-channel 1

7148-2016(config-if-Et1)#channel-group 1 mode pass
7148-2016(config-if-Et1)#channel-group 1 mode passive
7148-2016(config-if-Et1)#
CISCO.3650.2005#show int po1
Port-channel1 is up, line protocol is up (connected)
  Hardware is EtherChannel, address is 0014.a917.3801 (bia 0014.a917.3801)
  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
    reliability 255/255, txload 1/255, rxload 0/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  Full-duplex, 1000Mb/s, link type is auto, media type is unknown
  input flow-control is off, output flow-control is unsupported
  Members in this channel: Gi0/1
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input 00:00:00, output 00:00:42, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
    2261 packets input, 200525 bytes, 0 no buffer
    Received 4790 broadcasts (2122 multicasts)
    0 runts, 0 giants, 0 throttles
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
    0 watchdog, 2122 multicast, 0 pause input
    0 input packets with dribble condition detected
    699 packets output, 84881 bytes, 0 underruns
    0 output errors, 0 collisions, 7 interface resets
    0 babbles, 0 late collision, 0 deferred
    0 lost carrier, 0 no carrier, 0 PAUSE output
    0 output buffer failures, 0 output buffers swapped out

7148-2016#show int po1
Port-Channel1 is up, line protocol is up
  Hardware is Port-Channel, address is 001c.7304.195c
  MTU 9212 bytes, BW 1000000 Kbit
  Full-duplex, 1Gb/s
  Active members in this channel: 1
  ... Ethernet1 , Full-duplex, 1Gb/s
```

```
   5 minutes input rate 188 bits/sec (0%), 0 packets/sec
   5 minutes output rate 227 bits/sec (0%), 0 packets/sec
     293 packets input, 49790 bytes
     Received 45 broadcasts, 248 multicast
     0 input errors
     1366 packets output, 87488 bytes
     Sent 0 broadcasts, 1366 multicast
     0 output errors

CISCO.3650.2005(config-if)#lacp ?
  port-priority  LACP priority on this interface

CISCO.3650.2005(config-if)#lacp port-priu
CISCO.3650.2005(config-if)#lacp port-pri
CISCO.3650.2005(config-if)#lacp port-priority ?
  <0-65535>  Priority value

CISCO.3650.2005(config-if)#lacp port-priority 10
CISCO.3650.2005(config-if)#

7148-2016(config)#int et1
7148-2016(config-if-Et1)#lacp port-
7148-2016(config-if-Et1)#lacp port-priority ?
  <0-65535>  LACP Port Priority

7148-2016(config-if-Et1)#lacp port-priority 10

7148-2016(config-if-Et1)#lacp ?
  port-priority  Set the port priority associated with this interface
  rate         Set the rate at which the peer sends us LACP PDUs

**

nexus_n5020(config-if)# channel-group 2 mode active
LACP process needs to be started before configuring active mode

nexus_n5020(config)# feature lacp
nexus_n5020(config)# int et1/2
nexus_n5020(config-if)# channel-group 1 mode active
nexus_n5020(config-if)# lacp ?
  port-priority  Set LACP port priority

nexus_n5020(config-if)# lacp port-priority 10
```

## 6.1 stp interface port cost

```
CISCO.3650.2005(config-if)#spanning-tree cost 1000
n5020(config-if)# spanning-tree cost 1000
7148s.2016(config-if-Et1)#spanning-tree cost 1000
```

## 6.2 stp interface portfast

```
CISCO.3650.2005(config-if)#spanning-tree portfast
%Warning: portfast should only be enabled on ports connected to a single
```

host. Connecting hubs, concentrators, switches, bridges, etc... to this
interface  when portfast is enabled, can cause temporary bridging loops.
Use with CAUTION

%Portfast has been configured on GigabitEthernet0/1 but will only
 have effect when the interface is in a non-trunking mode.

n5020(config-if)# spanning-tree portfast
n5020(config-if)#

7148s.2016(config-if-Et1)#spanning-tree portfast
%Warning: portfast should only be enabled on ports connected to a single
 host. Connecting hubs, concentrators, switches, bridges, etc. to this
interface when portfast is enabled can cause temporary bridging loops.
 Use with CAUTION.

## 6.3 stp interface link-type

CISCO.3650.2005(config-if)#spanning-tree link-type ?
  point-to-point  Consider the interface as point-to-point
  shared          Consider the interface as shared

n5020(config-if)# spanning-tree link-type ?
  auto           Detemine link type based on media duplex of this interface
  point-to-point  Consider the interface as point-to-point
  shared          Consider the interface as shared

7148s.2016(config-if-Et1)#spanning-tree link-type ?
  point-to-point  Consider the interface as point-to-point
  shared          Consider the interface as shared

## 6.4 stp interface bpduguard

CISCO.3650.2005(config-if)#spanning-tree bpduguard ?
  disable  Disable BPDU guard for this interface
  enable   Enable BPDU guard for this interface

n5020(config-if)# spanning-tree bpduguard ?
  disable  Disable BPDU Guard for this interface
  enable   Enable BPDU Guard for this interface

7148s.2016(config-if-Et1)#spanning-tree bpduguard ?
  disable  Disable bpduguard
  enable   Enable bpduguard

## 6.5 stp local switch root primary

CISCO.3650.2005(config)#spanning-tree vlan 1 root primary
n5020(config)# spanning-tree vlan 1 root primary ?
7148sx.2001(config)#spanning-tree root primary ?

## 6.6 show spanning-tree

CISCO.3650.2005#show span

VLAN0010
  Spanning tree enabled protocol ieee
  Root ID   Priority   32769
            Address    000d.ecb1.7abc
            Cost     4
            Port      1 (GigabitEthernet0/1)
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority   32778  (priority 32768 sys-id-ext 10)
            Address    0014.a917.3800
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec
            Aging Time 300

Interface        Role Sts Cost     Prio.Nbr Type
------------------ ---- --- --------- -------- --------------------------------
Gi0/1           Root FWD 4       128.1  P2p


n5020# show spanning-tree

VLAN0001
  Spanning tree enabled protocol rstp
  Root ID   Priority   32768
            Address    001c.7302.2f98
            Cost     2
            Port      136 (Ethernet1/8)
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority   32769  (priority 32768 sys-id-ext 1)
            Address    000d.ecb1.7abc
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role Sts Cost     Prio.Nbr Type
---------------- ---- --- --------- -------- --------------------------------
Eth1/8          Root FWD 2       128.136 P2p


VLAN0010
  Spanning tree enabled protocol rstp
  Root ID   Priority   32768
            Address    001c.7302.2f98
            Cost     2
            Port      135 (Ethernet1/7)
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority   32778  (priority 32768 sys-id-ext 10)
            Address    000d.ecb1.7abc
            Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role Sts Cost     Prio.Nbr Type
---------------- ---- --- --------- -------- --------------------------------
Eth1/7          Root FWD 2       128.135 P2p

```
7148sx.2001#show span
MST0
  Spanning tree enabled protocol rstp
  Root ID    Priority    32768
             Address     001c.7302.2f98
             This bridge is the root

  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
             Address     001c.7302.2f98
             Hello Time   2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface       Role       State      Cost      Prio.Nbr Type
---------------- ---------- ---------- --------- -------- --------------------
Et1             designated discarding 2000      128.1    P2p
Et7             designated forwarding 2000      128.7    P2p
Et8             designated forwarding 2000      128.8    P2p
Et45            designated discarding 20000     128.45   P2p
Et47            designated discarding 20000     128.47   P2p
```

## 6.7 Configure a MST instance

```
CISCO.3650.2005(config)#spanning-tree mst configuration
CISCO.3650.2005(config-mst)#instance 1 vlan 20

n5020(config)# spanning-tree mst configuration
n5020(config-mst)# instance 1 vlan 20

7148sx.2001(config)#spanning-tree mst configuration
7148sx.2001(config-mst)#instance 1 vlan 20
```

## 7.1 show ip igmp snooping

```
CISCO.3650.2005#show ip igmp snooping
Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping                : Enabled
IGMPv3 snooping (minimal)    : Enabled
Report suppression           : Enabled
TCN solicit query            : Disabled
TCN flood query count        : 2
Robustness variable          : 2
Last member query count      : 2
Last member query interval   : 1000

Vlan 1:
--------
IGMP snooping                : Enabled
IGMPv2 immediate leave        : Disabled
Multicast router learning mode  : pim-dvmrp
CGMP interoperability mode      : IGMP_ONLY
Robustness variable          : 2
Last member query count        : 2
```

Last member query interval        : 1000

n5020# show ip igmp snooping
Global IGMP Snooping Information:
  IGMP Snooping enabled

IGMP Snooping information for vlan 1
  IGMP snooping enabled
  IGMP querier none
  Switch-querier disabled
  Explicit tracking enabled
  Fast leave disabled
  Report suppression enabled
  Router port detection using PIM Hellos, IGMP Queries
  Number of router-ports: 0
  Number of groups: 0

7148sx.2001#show ip igmp snooping
  Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping            : Enabled
Robustness variable          : 2

Vlan 1 :
----------
IGMP snooping            : Enabled
Multicast router learning mode : pim-dvmrp

Vlan 10 :
----------
IGMP snooping            : Enabled
Multicast router learning mode : pim-dvmrp

7148sx.2001#show ip igmp snooping counters
              Input          |          Output
Interface  Queries Reports Leaves Other Errors|Queries Reports Leaves Other
-----------------------------------------------------------------------
Ethernet1    0    0    0    0    0    0    0    0    0
Ethernet2    0    0    0    0    0    0    0    0    0
Ethernet3    0    0    0    0    0    0    0    0    0


## 7.2 configure an igmp querier

CISCO.3650.2005(config)#ip igmp snooping querier address ?
  A.B.C.D  IGMP querier source IP address

n5020(config)# ip igmp snooping ?
  <CR>
n5020(config)# vlan 599
n5020(config-vlan)# ip igmp snooping querier ?
  A.B.C.D  Querier IP address

7148sx.2001(config)#ip igmp snooping querier address ?
  A.B.C.D  IP address

## 7.3 configure a port mirroring session

CISCO.3650.2005(config)#monitor session 1 source ?
  interface  SPAN source interface
  remote     SPAN source Remote
  vlan       SPAN source VLAN

CISCO.3650.2005(config)#monitor session 1 source interface ?
  FastEthernet     FastEthernet IEEE 802.3
  GigabitEthernet  GigabitEthernet IEEE 802.3z
  Port-channel     Ethernet Channel of interfaces

CISCO.3650.2005(config)#monitor session 1 source interface ?
  FastEthernet     FastEthernet IEEE 802.3
  GigabitEthernet  GigabitEthernet IEEE 802.3z
  Port-channel     Ethernet Channel of interfaces

CISCO.3650.2005(config)#monitor session 1 source interface g0/1
CISCO.3650.2005(config)#monitor session 1 source interface g0/1 ?
  ,    Specify another range of interfaces
  -    Specify a range of interfaces
  both  Monitor received and transmitted traffic
  rx    Monitor received traffic only
  tx    Monitor transmitted traffic only
  <cr>

CISCO.3650.2005(config)#monitor session 1 dest ?
  interface  SPAN destination interface
  remote     SPAN destination Remote

CISCO.3650.2005(config)#monitor session 1 dest interface g0/2

nexus_n5020(config)# monitor ?
  session  Configure session preferences

nexus_n5020(config)# monitor session ?
  <1-18>
  all    All sessions

nexus_n5020(config)# monitor session 1 ?
  <CR>
  ,
  -
  shut  Shut the selected session

nexus_n5020(config)# monitor session 1
nexus_n5020(config-monitor)# ?
  description  Session description (max 32 characters)
  destination  Destination configuration
  exit        Exit from command interpreter
  no          Negate a command or set its defaults
  shut        Shut a monitor session
  source      Source configuration

nexus_n5020(config-monitor)# source ?
  interface  Configure interfaces

```
vlan      Vlan type
vsan      Vsan type

nexus_n5020(config-monitor)# source interface e1/2
nexus_n5020(config-monitor)# dest int e1/4
nexus_n5020(config-monitor)# exit
nexus_n5020(config)# exit

7148-2016(config)#mon ses 1 ?
  destination  Mirroring destination configuration commands
  source       Mirroring source configuration commands

7148-2016(config)#mon ses 1 source ?
  Ethernet      Ethernet interface
  Port-Channel  Lag interface

7148-2016(config)#mon ses 1 source E
7148-2016(config)#mon ses 1 source Ethernet ?
  $       end of range
  <1-48>  Ethernet Port number

7148-2016(config)#mon ses 1 source et2 ?
  ,     extend list
  -     specify range
  both  Configure mirroring in both transmit and receive directions
  rx    Configure mirroring only in receive direction
  tx    Configure mirroring only in transmit direction
  <cr>

7148-2016(config)#mon ses 1 source et2 both ?
  <cr>

7148-2016(config)#mon ses 1 source et2 both
7148-2016(config)#mon ses 1 dest et4 ?
  <cr>

7148-2016(config)#mon ses 1 dest et4
```

## 7.4 show monitor session

```
CISCO.3650.2005#show monitor session 1
Session 1
---------
Type            : Local Session
Source Ports    :
  Both          : Gi0/1
Destination Ports   : Gi0/2
  Encapsulation     : Native
       Ingress    : Disabled


nexus_n5020# show monitor session 1
  session 1
---------------
```

```
type          : local
state         : down (Session admin shut)
source intf   :
    rx        : Eth1/2
    tx        : Eth1/2
    both      : Eth1/2
source VLANs    :
    rx        :
source VSANs    :
    rx        :
destination ports : Eth1/4


7148-2016(config)#show mon ses 1

Session 1
-----------------------

Source Ports

  Both:    Et2

Destination Port: Et4
```

## Appendix B – Raw test scores

| Test # | Action | Type | Support | | Syntax | | Complexity | | System Assistance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | NXOS | EOS | NXOS | EOS | NXOS | EOS | NXOS | EOS |
| 1.1 | username / password | config | 2 | 2 | 3 | 3 | 2 | 3 | 3 | 3 |
| 1.2 | hostname | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 1.3 | banners | config | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 3 |
| 1.4 | default ip route | config | 4 | 4 | 5 | 5 | 4 | 4 | 4 | 3 |
| 1.5 | date / time | config | 3 | 3 | 5 | 5 | 3 | 2 | 3 | 3 |
| 1.6 | ntp | config | 2 | 2 | 5 | 5 | 3 | 3 | 3 | 3 |
| 1.7 | show version | diag | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 1.8 | show running | diag | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 3 |
| 1.9 | show users | diag | 2 | 2 | 5 | 5 | 3 | 3 | 3 | 3 |
| | Section average | | 2.7 | 2.7 | 4.3 | 4.1 | 2.9 | 3.0 | 3.2 | 3.0 |
| | | | | | | | | | | |
| 2.1 | show interface | diag | 2 | 2 | 5 | 5 | 4 | 4 | 3 | 3 |
| 2.2 | basic vlan configuration | config | 3 | 3 | 5 | 5 | 4 | 4 | 3 | 3 |
| 2.3 | vlan: configure an SVI | config | 1 | 3 | 0 | 5 | 0 | 3 | 0 | 3 |
| 2.4 | add an interface to a VLAN | config | 3 | 3 | 5 | 5 | 2 | 3 | 3 | 3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.5 | show vlan | diag | 3 | 3 | 5 | 5 | 3 | 4 | 3 | 3 |
| 2.6 | create a trunk | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 2.7 | show mac table | diag | 3 | 3 | 1 | 2 | 2 | 3 | 3 | 3 |
| 2.8 | configure flow control | config | 4 | 4 | 5 | 5 | 2 | 3 | 3 | 3 |
| 2.9 | show flow | diag | 3 | 3 | 3 | 5 | 3 | 3 | 3 | 3 |
| | | | | | | | | | | |
| 3.1 | logging host | config | 3 | 3 | 3 | 5 | 3 | 3 | 3 | 3 |
| 3.2 | change log buffer size | config | 1 | 3 | 0 | 5 | 0 | 3 | 0 | 3 |
| 3.3 | create a snmp community | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 3.4 | configure a snmp server | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 3.5 | show snmp | diag | 4 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 3.6 | configure a TACACS server | config | 3 | 3 | 5 | 5 | 2 | 3 | 3 | 3 |
| 3.7 | Show tacacs | diag | 2 | 4 | 5 | 5 | 3 | 3 | 3 | 3 |
| | | | | | | | | | | |
| 4.1 | Static IP routing | config | 1 | 4 | 5 | 5 | 4 | 4 | 3 | 3 |
| 4.3 | show ip route | diag | 3 | 3 | 5 | 5 | 3 | 3 | 2 | 3 |
| 4.3 | ip connectivity: ping | diag | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| | | | | | | | | | | |
| 5.1 | configure static LAG | config | 3 | 3 | 5 | 5 | 4 | 4 | 2 | 3 |
| 5.2 | show int po | diag | 3 | 2 | 5 | 5 | 3 | 3 | 3 | 3 |
| 5.3 | Dynamic LAG using LACP | config | 3 | 4 | 5 | 5 | 2 | 4 | 2 | 3 |
| 5.4 | show lacp neighbor | diag | 4 | 4 | 5 | 5 | 3 | 3 | 3 | 3 |
| | | | | | | | | | | |
| 6.1 | STP Interface: port cost | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 6.2 | STP Interface: portfast | config | 3 | 3 | 5 | 5 | 3 | 3 | 2 | 3 |
| 6.3 | STP Interface: link-type | config | 4 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 6.4 | STP Interface: bpduguard | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 6.5 | STP Local switch root primary | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 6.6 | show spanning-tree | diag | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| 6.7 | MST: Create a MST instance | config | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 |
| | | | | | | | | | | |
| 7.1 | show ip igmp snooping | diag | 3 | 4 | 5 | 5 | 3 | 4 | 3 | 3 |
| 7.2 | configure a querier | config | 3 | 3 | 3 | 5 | 2 | 3 | 3 | 3 |
| 7.3 | configure mirror session | config | 2 | 2 | 3 | 5 | 2 | 3 | 3 | 3 |
| 7.4 | show monitor session | config | 4 | 2 | 5 | 5 | 3 | 3 | 3 | 3 |

**π PLAINTIFF π**

## United States District Court
## Northern District of California

Case No. _____ **14-cv-05344-BLF** _____

Case Title _____ **Cisco Systems v. Arista Networks** _____

Exhibit No. _____ **488** _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk