# EXHIBIT W

| | |
|---|---|
| **From:** | Adam Sweeney [asweeney@aristanetworks.com] |
| **Sent:** | Wednesday, June 16, 2010 11:10 PM |
| **To:** | Matthew Murray |
| **Cc:** | Kenneth Duda; Daniel Imfeld; Saurabh Abichandani |
| **Subject:** | Re: Bug 7642: RFE: configurable load-balancing hash function for LAG and ECMP |

Hey Matt,

I think Ken may be a bit overloaded the next day or two. I have a pretty good idea of what we should do here. Why don't you, I, and Daniel talk tomorrow to get you started looking at things? You can check out the Cisco Cat4k reference for the 'port-channel load-balance' command at:

http://www.cisco.biz/en/US/docs/switches/lan/catalyst4500/12.2/37sg/command/reference/int_sess.html#wp1977735

Despite what Ken mentioned in the bug, I think this is what we want to implement. It is a standard command across Cisco's switches, and we usually try hard not to 'innovate' on cli commands without good reason.

I talked with Saurabh, and he thinks this is a reasonable project to do in a short period of time. For a peek at what Bali can do, look for FM_LAG_HASH in src/FocalPoint/FocalPoint-API/incude/api/fm_api_attr.h. To see what we do today, look for FM_LAG_HASH in src/FocalPoint/FocalPointImpl.tin.

The first step here will be to write a little project plan like we discussed for storm control. We need to nail down the cli and tac models, what reactors we're adding where, how we'll program the hardware, and how we can test this. Daniel and I can help you with this. Also, we need to convince ourselves that bad things won't happen if we don't force the hashing to be symmetric in our multi-chip switches (we can talk about what that means and why it might matter).

Thanks,

Adam


On Wed, Jun 16, 2010 at 5:54 PM, Matthew Murray <murray@aristanetworks.com> wrote:
Hey Ken,

My name is Matthew Murray, I'm one of the software summer interns. I spoke with Adam today about possible topics for main summer projects, and we (preliminarily) settled on storm-control.

As a prelude to that project, Adam thought it might be a good idea for me to tackle this bug to get some experience with TAC programming. I've read over the bug description and done some initial grepping/source code examination to try to wrap my head around this, but while I feel like I understand (for the most part) what you want done, I am having some difficulty locating the existing "ip load-sharing" command's definition (basically, I'm not sure which project declares this command). If you have some extra time, I would greatly appreciate any help you can give me on locating that command, as well as any general tips/advice on good ways to approach this problem.

Thanks,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      ARISTANDCA10525014

Matt

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA10525015

**π PLAINTIFF π**

United States District Court
Northern District of California

Case No. **14-cv-05344-BLF**
Case Title **Cisco Systems v. Arista Networks**
Exhibit No. **183**
Date Entered _____
Richard W. Wieking, Clerk
By: _____, Deputy Clerk