# EXHIBIT X

| | |
|---|---|
| From: | David McLeod <dmcleod@aristanetworks.com> |
| Sent: | Tuesday, October 09, 2012 3:02 AM |
| To: | Lincoln Dale |
| Subject: | Fwd: Arista Networks |
| Attachments: | invite.ics |

FYI,
not ideal to have this meeting while you are away, but lets sync up and discuss tomorrow. You can see the points I included at bottom.

If you would prefer to be in attendance I could try re schedule for next week

Dave

---------- Forwarded message ----------
From: **Henricks, Ross G** <Ross.Henricks@team.telstra.com>
Date: 9 October 2012 19:00
Subject: Arista Networks
To: "Ervin, Gerard" <Gerard.Ervin@team.telstra.com>, "Aldous, Matthew D" <Matthew.D.Aldous@team.telstra.com>, "dmcleod@aristanetworks.com" <dmcleod@aristanetworks.com>


When: Thursday, 11 October 2012 3:00 PM-4:00 PM (UTC+10:00) Canberra, Melbourne, Sydney.
Where: 21/35 Collins Street - Conference Room 1

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

David,

Hope this time works for you.

Ross Henricks
8647 9666

------------
From:   David McLeod [dmcleod@aristanetworks.com]
Sent:   Wednesday, 26 September 2012 11:47 AM
To:     Henricks, Ross G
Subject:    Arista Networks

Ross,
thanks for your time on the phone and I look forward to meeting up when you can fit us in. In an attempt to keep this email short, we are L2 and L3 Ethernet switching company. Lots of ex cisco people, including Andy Bechtolsheim, chairman and co-founder (also founder of SUN Microsystems

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ARISTANDCA10120802

and angel investor in google).  See a recent Bloomberg article below:

http://www.businessweek.com/videos/2012-09-24/arista-networks-can-grow-a-lot-bechtolsheim-says

In a quick summary of our value/differentiation.  If you are looking to simplify network design, future proof for new services and reduce capex/opex our solutions can help in a storage/cloud environment.  Add in a CLI identical to cisco IOS and we make it simple to transition operationally.  With our modular operating system on Linux we add significant value and flexibility on how you utilise our switches in a modern storage environment.

If you want to delve in deeper, I include some specific consideration points below.

- Increased buffers on our switches ensuring "storage goodput"  meaning better performance particularly with higher performance storage at 10GbE
- We use less power, heat and rack space than traditional switches
- Capacity - today we have the densest modular switch (Arista 7508) with 384x10G ports with deep buffers in 11RU with front-to-back cooling.  Our industry leading 1RU switch range including the 7050S is industry-leading at <2W per linerate 10G port (upto 64 10GbE ports in 1RU).
- To meet modern storage requirements today we can provide 10GbE & 40GbE linerate on every port (even enable single-flow 40G streams)
- We have a planned 100GbE strategy and will ship cards and switches later this year (again all line rate)
- We enable networks to be built at L2 or L3 with no change in performance characteristics
- Simple operational management with CloudVision using XMPP enabling you to manage 100's of switches simply.

Please feel free to contact me and happy to meet up at anytime that makes sense for you.  I am Melbourne based.

Dave
--
David McLeod | Sales: Southern Region ANZ | dmcleod@aristanetworks.com
m: +61 418 634 846 | au did: +61 3 9008 4295 | us did: +1 408 547 5984
www.aristanetworks.com


--
David McLeod | Sales: Southern Region ANZ | dmcleod@aristanetworks.com
m: +61 418 634 846 | au did: +61 3 9008 4295 | us did: +1 408 547 5984
www.aristanetworks.com

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         ARISTANDCA10120803

United States District Court
Northern District of California

π PLAINTIFF π

Case No.     **14-cv-05344-BLF**
Case Title   **Cisco Systems v. Arista Networks**
Exhibit No.  **176**
Date Entered
                    Richard W. Wieking, Clerk
By: _____, Deputy Clerk