# EXHIBIT Y

| | |
|---|---|
| **From:** | Lincoln Dale <ltd@aristanetworks.com> |
| **Sent:** | Wednesday, June 20, 2012 5:16 PM |
| **To:** | Ariff Premji |
| **Cc:** | Kenneth Duda; Anshul Sadana; Nathan Kitchen |
| **Subject:** | Re: NETCONF interoperability |

hi Ariff,

that sounds like an excuse to me.
Amazon use Juniper's netconf and are happy with that.
But on the Cisco N7Ks that frontend the Juniper MPLS side of things they use CLI-over-ssh/expect and that is the place in the network that we'd be applicable to, not the MPLS (Juniper) side.

We would be a practical drop-in replacement for the Cisco given the 99.999% similarity in the CLI...


cheers,

lincoln.

On Thu, Jun 21, 2012 at 1:01 AM, Ariff Premji <ariff@aristanetworks.com> wrote:
Ken,
Our recent attempt at Amazon isnt going very far.  One of the excuses that came up yesterday was the investment they've made in juniper's netconf.   I agree with Anshul that even if we had netconf, there may still be another excuse but I wanted to know how far we've come along with netconf?

Heard some netconf code had been checked in somewhere a while back?

-ariff

On Dec 1, 2011, at 4:46 PM, Nathan Kitchen wrote:

> On Thu, Dec 1, 2011 at 4:22 PM, Lincoln Dale <ltd@aristanetworks.com> wrote:
> On Fri, Dec 2, 2011 at 11:09 AM, Nathan Kitchen <nkitchen@aristanetworks.com> wrote:
> On Thu, Dec 1, 2011 at 12:24 PM, Nick Ciarleglio <nick@aristanetworks.com> wrote:
> I'm not an expert by any means, but Matthew Elphick @ Morgan Stanley uses NETCONF extensively on JUNOS and has been dying for us to do something similar. Would we like to talk to him for feedback?
>
> It's quickly becoming clear that Junos's NETCONF support is the right thing for us to emulate. I think we will want feedback from Matthew--let me get back to you when I have specific questions ready.
>
> Juniper are the primary author of Netconf, so this is not surprising. :-)
>
> If I could add a suggestion its that in the process of XMLizing stuff, we don't necessarily ONLY plan to expose it via Netconf/XML.
> I found the peanut gallery of customers was actually closer to preferring REST over Netconf, maybe by a ratio of 70/30.
>

> In terms of the data you're going to expose, is this based on the data in sysdb schema (like the XMPP piece), or based on parser exec/config hierarchy?
>
> We were planning to do the former. After a quick look at Juniper's Netconf docs, I wonder if that will make it harder to match their API. Isn't it based on the latter?
>
> -- Nathan

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ARISTANDCA10113783

**π PLAINTIFF π**

## United States District Court
## Northern District of California

Case No. **14-cv-05344-BLF**

Case Title **Cisco Systems v. Arista Networks**

Exhibit No. **171**

Date Entered

Richard W. Wieking, Clerk

By: _____ , Deputy Clerk