# EXHIBIT Z

| | |
|---|---|
| **From:** | Kenneth Duda [kduda@aristanetworks.com] |
| **Sent:** | 6/13/2012 9:22:38 PM |
| **To:** | Douglas Gourlay [doug@aristanetworks.com] |
| **Subject:** | Re: Cisco ONE slides |

Agreed, and thanks.  You and I should work together to make sure the
message and the substance are in sync.  Andre is a great person to
have in the loop on this too.

I want to build EAPIs so badly... this part is coming one way or
another... having a few sample EAPI applications would be a good piece
to have along with that... potentially, the sample can itself be
marketed... e.g., central ACL manager.

      -Ken

On Wed, Jun 13, 2012 at 2:11 PM, Douglas Gourlay
<doug@aristanetworks.com> wrote:
> Just FYI.  My position is that I am happy to amplify as loudly as I can
> whatever we have coming from engineering and even be a bit early if needed.
>  But I don't want to go public if there is no committed projects backing it
> up.  (even if its small and just ACLs or something thats a great start).
>
> dg
> ---------------------------------------------
> Douglas Gourlay
> Vice President
> Arista Networks, Inc.
> 5470 Great America Parkway, Santa Clara, California
> m- 415-269-3684
>
> Begin forwarded message:
>
> From: Jayshree Ullal <jayshree@aristanetworks.com>
> Subject: Re: Cisco ONE slides
> Date: June 13, 2012 12:25:33 PM PDT
> To: Douglas Gourlay <doug@aristanetworks.com>
> Cc: Ed Chapman <echapman@aristanetworks.com>, Anshul Sadana
> <asadana@aristanetworks.com>
>
> I wouldnt apologize about RSTFUL API Doug, we can do this phased
>
> I know Doug you are sensitive to this but truly Cisco has over-marketed us
> on APIs , and we havent put out our position because we are so caught up on
>
> We can market the API and get to it over it, and build it over time
> Go ahead and market to the max, and I will make sure Ken is phased in APIs
> and customer driven like we are doing with FB and Microsoft
>
>
>
> On Wed, Jun 13, 2012 at 12:17 PM, Douglas Gourlay <doug@aristanetworks.com>
> wrote:
>>
>> The exposure we have due to this announcement is us not having some
>> REST-based eAPI.
>>
>> Cisco has all noise and no engineering reality at this point.  Our OS
>> architecture lends itself to APIs well, we just need to get something (even
>> if small like just ACLs or something) out - and preferably in a protocol/API
>> that is easy to adopt.
>>
>> The best way for us to end-run all of this Cisco noise is two-fold:
>>
>> 1) get a broad ecosystem of customers and specifically partners like F5,
>> A10, Palo Alto, Checkpoint, and others who Cisco competes with integrating
>> with and using our APIs for some meaningful purpose.
>>
>> 2) Ken brought up a really good point post Oracle vs Google:  just
>> blatantly copy Cisco's API.  While maximizing compatibility it does

CONTAINS CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

```
>> trade-off thought leadership - but any ecosystem they get will be bale to
>> use us transparently, rather novel.
>>
>> We will, of course, market 'to the max' based on what we have, our
>> architecture, our OS, our focus, etc.  It would be nice to have some
>> assurance that these eAPIs are actually getting built - will give more teeth
>> to the story.
>>
>> dg
>> --------------------------------------------
>> Douglas Gourlay
>> Vice President
>> Arista Networks, Inc.
>> 5470 Great America Parkway, Santa Clara, California
>> m- 415-269-3684
>>
>> On Jun 13, 2012, at 11:58 AM, Jayshree Ullal wrote:
>>
>> NO please 3 slides is our limit
>> Why is EOS=SDCN
>> Our Salient Milestones on SDCN
>> Compare and contrast CiscoONE and Arista EOS/SDCN
>>
>> On Wed, Jun 13, 2012 at 11:57 AM, Douglas Gourlay
>> <doug@aristanetworks.com> wrote:
>>>
>>> Good god... 93 slides?  Someone please send them Guy Kawasaki's guide to
>>> PPT...
>>>
>>> J- please don't expect 93 slides from us :)
>>>
>>> dg
>>> --------------------------------------------
>>> Douglas Gourlay
>>> Vice President
>>> Arista Networks, Inc.
>>> 5470 Great America Parkway, Santa Clara, California
>>> m- 415-269-3684
>>>
>>> On Jun 13, 2012, at 10:43 AM, Jayshree Ullal wrote:
>>>
>>> . Did you read that Cisco's SDN presentation runs a whopping 93 slides?
>>> See http://www.jedelman.com/1/post/2012/06/cisco-unleashes-sdn-material.html.
>>>
>>>
>>> --
>>> Jayshree V Ullal
>>> President & CEO, Arista Networks
>>> Bay Area's #1 Tech Startup & Leader in Cloud Networking
>>> http://talent.linkedin.com/blog/index.php/2012/05/top-10-tech-startups/
>>> 5470 Great America Parkway, Santa Clara, Ca 95054
>>> www.aristanetworks.com
>>>
>>>
>>>
>>>
>>
>>
>>
>> --
>> Jayshree V Ullal
>> President & CEO, Arista Networks
>> Bay Area's #1 Tech Startup & Leader in Cloud Networking
>> http://talent.linkedin.com/blog/index.php/2012/05/top-10-tech-startups/
>> 5470 Great America Parkway, Santa Clara, Ca 95054
>> www.aristanetworks.com
>>
>>
>>
>>
>
>
>
```

```
> --
> Jayshree V Ullal
> President & CEO, Arista Networks
> Bay Area's #1 Tech Startup & Leader in Cloud Networking
> http://talent.linkedin.com/blog/index.php/2012/05/top-10-tech-startups/
> 5470 Great America Parkway, Santa Clara, Ca 95054
> www.aristanetworks.com
>
>
>
>
```

CONTAINS CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ANI-ITC-944_945-3494427

**π PLAINTIFF π**

## United States District Court
## Northern District of California

Case No. _____ **14-cv-05344-BLF** _____

Case Title _____ **Cisco Systems v. Arista Networks** _____

Exhibit No. _____ **187** _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____ , Deputy Clerk