# EXHIBIT BB

**Cisco v Arista**

**25. PAGE 75:13 TO 75:18  (RUNNING 00:00:22.765)**

```
13              THE WITNESS:  I was at Cisco when I knew
14  Arista was using a CLI that had a consistent look
15  and feel to the same CLI used largely by
16  Foundry Networks, Xtreme Networks, parts of Juniper
17  Networks, Cisco Systems and a host of other network
18  intel-com providers.
```

**26. PAGE 75:20 TO 75:22  (RUNNING 00:00:08.302)**

```
20      Q.   So you're saying that while you were still
21  employed by Cisco you had knowledge of Arista's CLI?
22      A.   Yes.
```

**27. PAGE 76:12 TO 76:21  (RUNNING 00:00:22.964)**

```
12      Q.   You interacted with a -- an Arista switch
13  while you were employed by Cisco?
14      A.   Yes.
15      Q.   Where did you do that?
16      A.   At a couple customer sites, and I believe
17  we had acquired one of them by then when I was at
18  Cisco.  It was a 7124S, acquired for internal
19  testing.
20      Q.   Where did you see that?
21      A.   It would have been one of the labs.
```

**28. PAGE 76:25 TO 77:02  (RUNNING 00:00:15.577)**

```
25          Q.   When was this that you saw this switch?
00077:01        A.   It would have been in early 2009.  We had
02      a competitive testing lab at Cisco.
```

**29. PAGE 82:20 TO 83:01  (RUNNING 00:00:21.544)**

```
20      Q.   What customers did you speak with
21  regarding Arista's CLI while you were employed at
22  Cisco?
23      A.   Goldman Sachs.  Morgan Stanley.  Merrill
24  Lynch.  I was Cisco's executive sponsor for Morgan
25  Stanley and covered a lot of the financial services
00083:01  market.
```

**30. PAGE 84:04 TO 84:19  (RUNNING 00:00:46.408)**

```
04      Q.   Do you remember what Goldman Sachs told
05  you about the Arista CLI?
06      A.   The similar look and feel.  The majority
07  of the conversation was around the need to get out
08  from under Cisco, that they felt Cisco had a
09  monopoly on their business and that they wanted an
10  alternative vendor in their infrastructure.
11          And then we focused on the latency
12  aspects.  They asked me when I would have a
13  competitive product.
14      Q.   What did you discuss with Morgan Stanley
15  about the --
16      A.   Those three --
17      Q.   -- Arista CLI?
18      A.   Those three were all very consistent.
19  I'll just save you the trouble.
```

**31. PAGE 85:18 TO 86:05  (RUNNING 00:00:36.945)**

```
18      Q.   Did you report the conversations with
19  Goldman Sachs, Morgan Stanley, and Merrill Lynch to
20  anyone else at Cisco?
21      A.   I know I did.  It would have been
22  certainly the sales leads on those teams, who I
23  don't remember who they were at that time.  They
```

**Cisco v Arista**

```
        24  were involved in those conversations and helping me
        25  set them up.
00086:01          Certainly communicated those to
        02  John McCool, Tom Edsall, and some of the folks
        03  running engineering.  I was trying to prioritize a
        04  program we had called Electra that was a low latency
        05  switch coming from Cisco.
```

**32. PAGE 86:06 TO 86:09  (RUNNING 00:00:11.631)**

```
        06          Q.    Did you -- who did you specifically report
        07  to that Goldman Sachs had said that the Arista CLI
        08  had a similar look and feel to Cisco's CLI?
        09          A.    I don't remember.
```

**33. PAGE 86:19 TO 86:25  (RUNNING 00:00:23.645)**

```
        19          Q.    I'm sorry.  So I just want to be clear.
        20  Who did you tell at Cisco that Goldman Sachs had
        21  said that the Arista CLI had a similar look and feel
        22  to Cisco's CLI?
        23          A.    I know I told the engineering leads for
        24  the switching group at that time, which would have
        25  been Tom Edsall and John McCool.
```

**34. PAGE 94:11 TO 96:12  (RUNNING 00:02:36.341)**

```
        11                What did you tell --
        12          A.    Sure.
        13          Q.    -- Arista's sales staff to say about
        14  Arista's CLI as part of their sales pitch?
        15          A.    It's funny; I think this here makes a
        16  bigger deal out of it than we ever did.
        17                It was an objection to be removed; it
        18  wasn't part of selling the product.  We sold the
        19  product based on it being bluntly bigger, faster,
        20  denser, cheaper, lower power and lower latency.
        21  That -- that was the sales pitch.
        22                Initial customer insertion was always --
        23  you know, it was the hardware.  It frustrated me to
        24  no end because I wanted it to be about the software;
        25  Ken Duda wanted it to be about the software, and it
00095:01  was always what Andy did.  It was always bigger,
        02  faster, denser, cheaper, lower power, lower latency
        03  that got us through the door.
        04                Once we were in, we expanded in the
        05  customers' install base because of the reliability
        06  of the operating system.  The familiarity of the
        07  command line ill interpreter removed friction in the
        08  sales process, removed an objection that a customer
        09  would have.  It was almost always the, you know,
        10  Cisco bigot in the account who had a CCIE, Cisco
        11  made his career.  This one guy actually had a --
        12  literally had a credit card open at a bar that every
        13  night he could go drink and the Cisco account team
        14  picked it up every night for him.  And that guy
        15  loved Cisco, rightly so, built his career on them.
        16                And to get that person to say I'm willing
        17  to entertain an additional vendor in my
        18  infrastructure, they would throw lots of obstacles
        19  in your path.  Some real; some not so real.  We
        20  called it FUD, fear, uncertainty, doubt.
        21                They would throw FUD out there to try to
        22  convince everybody else that the decision they were
        23  making was the one that was the right technical
        24  decision for the business that was to stay with
        25  Cisco.
00096:01                We had to have a counter for every element
```

## Cisco v Arista

```
02  of FUD that they would throw.  The analogy I often
03  used was AVIS.  AVIS was number two.  Their motto
04  was:
05          We try harder.
06          You have to displace an incumbent with an
07  80-plus percent market share position.
08          So we did.  We had to have a counter for
09  every bit of FUD.
10          One of the things that customers would
11  throw was, like I indicated earlier, muscle memory,
12  not familiar with the CLI.
```

**35. PAGE 102:06 TO 102:08  (RUNNING 00:00:10.621)**

```
06          Q.  I've handed you what's been marked as
07  Exhibit 1101.  It's a one-page document Bates
08  stamped ARISTA NDCA12249249.  You can take whatever
```

**36. PAGE 102:17 TO 102:20  (RUNNING 00:00:08.782)**

```
17          Q.  So the e-mail at the bottom of this page
18  is an e-mail dated August 10, 2011, from you.
19          Do you see that?
20      A.  Yes.  Yes, I do.
```

**37. PAGE 103:02 TO 104:13  (RUNNING 00:01:28.989)**

```
02          Q.  In this e-mail you write to Sean; that's
03  Sean Hafeez; is that right?
04      A.  Yes.
05          Q.      "Sean, can you get us some screen caps
06              from a Cisco 49XX and an Arista 7XXX that
07              shows same commands being executed on
08              both, such as wr space t, show ver, show
09              int, et cetera?"
10          Do you see that?
11      A.  Yes, I do.
12          Q.  Those are three CLI commands; is that
13  correct?
14      A.  Yes, they are.
15          Q.  Then you go on to say:
16              "Basically, I want to use these to show
17              how similar we are to Cisco's CLI syntax."
18          Do you see that?
19      A.  I absolutely do.
20          Q.  Then you go on to say:
21              "We need these urgently for the Samsung
22              opportunity."
23          Do you see that?
24      A.  Yeah.  Actually, I -- I can see all of it.
25          Q.  When you say:  "The Samsung opportunity,"
00104:01  what were you referring to?
02      A.  There was a sales opportunity at Samsung
03  where, in my conversations with the sales team, the
04  customer raised the objection of muscle memory and
05  familiarity with the command line interpreter and
06  wanted to ensure they would have a low barrier to
07  entry to adopting the Arista technologies in their
08  environment.
09          I don't believe we won that, but I don't
10  have a very clear recollection of that specific
11  opportunity and how it turned out.  I did spend a
12  lot of time with the Asia-PAC customers.  I
13  really -- mostly in financials.
```

**38. PAGE 110:05 TO 110:05  (RUNNING 00:00:03.116)**

```
05          Q.  I've handed you what's been marked as
```

DEFENDANT

United States District Court
Northern District of California

Case No. 5:14-cv-05344-BLF

Case Title Cisco Systems v. Arista Networks

Exhibit No. 9079

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk