# EXHIBIT DD

## TRIAL EXHIBIT 166 TRANSCRIPTION

### Clip 1

All right, I've got about fifty-five slides to get through, so we got to go really quick.

Just kidding.

So, I want to talk about a couple of things.

Arista is probably one of the most, or at least well known networking companies in the world.

So, hopefully, I mean obviously I'm going to talk a little bit about Arista, what we do, how we do it, and then how that applies to cloud networks.

Just a sort of show of hands here before I get started.

How many of you people have heard about Arista before today?

### Clip 2

(From the 1/21/2016 Lincoln Dale deposition transcript 221:12-18)

12 "We call -- yeah, we say that that
13 switch has run an industry standard CLI.
14 I guess that's my joke for saying it's the
15 same as IOS.
16 "You guys could take the config off a
17 Catalyst or Nexus and apply it in exactly
18 the same way.· But where we're..."

**United States District Court
Northern District of California**

PLAINTIFF

Case No. _____14-cv-05344-BLF_____
Case Title __Cisco Systems v. Arista Networks__
Exhibit No. _____166-A_____
Date Entered _____
                    Richard W. Wieking, Clerk
By: _____, Deputy Clerk