# EXHIBIT EE

| | |
|---|---|
| **From:** | Kenneth Duda <kduda@aristanetworks.com> |
| **Sent:** | Tuesday, July 21, 2009 8:56 AM |
| **To:** | Anshul Sadana |
| **Cc:** | Sean Hafeez; Adam Sweeney; Software |
| **Subject:** | Re: Opinions wanted on ACL cli functionality |

I wanted to expand on one aspect of Anshul's comments.

Anshul is exactly right that we have decided to embrace the IOS CLI and must be consistent with that.  That means we must support Cisco-style ACLs no matter how much we don't like them.  Customers clearly appreciate our rigor in sticking with the industry standard here.

> All improvements on top of Cisco's syntax are fine and will be
> appreciated by customers.

Exactly.  Nothing about this argument prevents us from doing additional work to provide an alternate model.  It is worth modest investment to improve beyond the industry standard; for example, we have a boot loader where you can use wget to suck in a new image.
This was pretty easy for us to do and has won us points with some customers.

So I encourage the ACL team to look at if there is an easy way to go beyond the industry standard in the first release.

  -Ken


On Tue, Jul 21, 2009 at 1:09 AM, Anshul
Sadana<asadana@aristanetworks.com> wrote:
> Sean,
>
>
>
> We are all in agreement that Cisco's user interface was not the greatest.
>
>
>
> Having a better ACL UI will not lead in a lot of additional business
> for Arista. At the same time, doing something very different adds
> additional risk and we may lose business.
>
> Hence we don't have much room to innovate here or the resources to
> duplicate our effort (and do both).
>
>
>
> I wanted to reiterate the general  model we have been following: We've
> picked Cisco IOS as the CLI model for our products. JunOS may be a lot
> better, but we decided to embrace IOS.

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     ARISTANDCA10499890

>
> Remember that one of our selling points against BNT is that their CLI
> is a mix of Nortel, CatOS & IOS – and that matters to customers. We
> can't go down the same path ourselves.
>
>
>
> All improvements on top of Cisco's syntax are fine and will be
> appreciated by customers.
>
>
>
> Thanks,
>
> Anshul
>
>
>
>
>
> From: Sean Hafeez [mailto:sah@aristanetworks.com]
> Sent: Tuesday, July 21, 2009 12:40 AM
> To: Anshul Sadana
> Cc: Adam Sweeney; Software
>
> Subject: Re: Opinions wanted on ACL cli functionality
>
>
>
> Can we please drop the line number is this type if ACL part of the
> Cisco madness? IOS ACLs are a mess and even Cisco wants to change
> them. I know of no one that likes them. Can we follow JUNOS here
> atleast? Also if we must keep line numbers fine but there is still no reason we cannot do the editor.
> Anshul I understand the business case for staying IOS like but I feel
> very strongly that this is an area we can do much better.
>
> Sent from my iPhone
>
> On Jul 21, 2009, at 1:14, "Anshul Sadana" <asadana@aristanetworks.com>
> wrote:
>
> Yes, picking the best of IOS, NxOS & IOS-XR will certainly work.
>
>
>
> I think customers will like the approach of not applying ACLs line by
> line as you type it in.  This will be even relevant to our platform as
> we have a smaller TCAM and try to fit the new ACL before deleting the
> old one (for Atomic updates).
>
>
>

2

> Hence if we stay with Cisco's syntax and best of breed
> features/usability, that will work well.  We just want to leverage all
> the partner training that Cisco does ;-)
>
>
>
> Thanks,
>
> Anshul
>
>
>
>
>
> From: Adam Sweeney [mailto:asweeney@aristanetworks.com]
> Sent: Monday, July 20, 2009 9:26 PM
> To: Anshul Sadana
> Cc: Software
> Subject: Re: Opinions wanted on ACL cli functionality
>
>
>
> Thanks, Anshul.
>
> I don't think we'll be able to do both a good editor version and a
> good sequence number version.  For now, that means we'll do a good
> sequence number version.  I think we can at least consider a couple of
> things to improve the sequence number version.
>
> 1.  The acl will not be applied until you exit acl editing mode or you
> commit it explicitly.  You'll be able to abort your changes with an 'abort'
> command and see the pending changes with a 'show pending' command.  If
> we get fancy, maybe we can add a diff command.
>
> 2. I think we can at least investigate what it would take to support
> reverting back to an old version of an acl.  Someone mentioned that
> nxos has added some functionality like this, and it seems pretty
> handly.  Sean tells me people mess up their acls all the time.
>
> The editor idea will have to become a future intern project :-).
>
> Adam
>
>
> On Mon, Jul 20, 2009 at 7:10 PM, Anshul Sadana
> <asadana@aristanetworks.com>
> wrote:
>
> Hi Adam, all,
>
>
>

3

> I am really glad that you are addressing a usability issue that has
> been outstanding for many years in the industry.
>
>
>
> As we sell to customers & also try to get channel partners lined up,
> we consistently get feedback on:
>
> 1)    Please do not ask my team to learn yet another CLI. Both IOS &
> JunOS are acceptable industry standards, with IOS being preferred.
>
> 2)    Either copy IOS completely, or don't copy at all. When 90% of
> features work like IOS, and some don't the customers get bugged.
>
>
>
> One can easily see this being an issue with a partner like CTC that
> has 2000 pre & post-sales engineers. They just don't want to spend
> time in re-training them on something that is much smaller volume than
> their Cisco business.
>
>
>
> While I do think we should innovate, I think the only way to do this
> with keeping all goals in mind is to support the IOS style as well as an editor.
> When we have a leadership position and have more leverage, the IOS
> style can be deprecated. However, differing on a base feature such as
> ACLs will get us kudos from geeky customers but complaints from the Cisco-fans.
>
>
>
> Is it possible to support both formats – or is it too much work to
> make this very painful for us?
>
>
>
> Thanks,
>
> Anshul
>
>
>
>
>
> From: Adam Sweeney [mailto:asweeney@aristanetworks.com]
> Sent: Friday, July 17, 2009 1:47 PM
> To: Software
> Subject: Opinions wanted on ACL cli functionality
>
>
>
> Hi all,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA10499893

>
> Hua has been working on spec'ing out how ACLs are going to be
> configured via our CLI.  You can see aid 587 for the latest.
>
> One idea that I've been pushing is to change the way the user
> interacts with ACLs for configuration.  The industry standard cli does
> ACL editing by using sequence numbers on ACL entries.  This makes
> editing an ACL much like BASIC programming.  If I want to insert a
> rule between rules 10 and 20, I create the new rule using sequence
> number 15.  If I want to change an existing rule, I have to first
> delete it with a 'no' command and then add back the version I really want at that sequence number.
>
> What I'd like to change to is that we pop into an editor to create or
> change an ACL.  We can pretty easily support both vi and zile (a small
> emacs clone that we already ship).  We'd do away with the sequence
> numbers and march boldly into the 1980's!  There are some issues to
> work out such as exactly how to handle the startup config and how to
> handle 'pushing' ACL config to the switch via copy commands or
> scripts.  Also, the syntax check would be delayed here, so we have to
> work out how to check the syntax and do something sane on errors (emacs acl-mode?).
>
> We'd like some input on the following:
>
> 1) Do people like this idea?  Is this just me being silly or could
> this really make us a nicer switch to work with.
>
> 2) We'd like to do this without really supporting line numbers at all.
> We could do both ways, but implementing one way and getting it right
> would probably get done sooner.  This, of course, would be
> incompatible with the industry standard.
>
> Thanks,
>
> Adam
>
>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ARISTANDCA10499894

**π PLAINTIFF π**

### United States District Court
### Northern District of California

Case No. _____ **14-cv-05344-BLF** _____

Case Title _____ **Cisco Systems v. Arista Networks** _____

Exhibit No. _____ **197** _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk