# EXHIBIT FF

| | |
|---|---|
| **From:** | Donna Overstreet [donnao@aristanetworks.com] |
| **Sent:** | Tuesday, January 21, 2014 10:51 AM |
| **To:** | Mark Foss |
| **Subject:** | Scripts |
| **Attachments:** | Phil script.docx; Cold Calling Best Practices.docx; Cold Call Script (9.05 KB); pitches[1].docx; Elevator Pitch[2].docx;  Guide - New[3].docx |

Hi there, Mark.

Here are a few of the scripts and guides that we use.  We have several versions that we have built and shared and edit them according to individual style.

Let me know if this helps.

Thanks!

Donna O
*Donna Overstreet*
Head of Inside Sales & Lead Generation
Office 408-547-8128
Mobile 408-209-1977



ARISTA
The New Standard in Software Defined Cloud Networks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY					ARISTANDCA12228912

**Hi, Mr. Customer, This is Phil with Arista Networks.**

**The reason that I'm calling you is because you manage the data center for _____.**
**I'm assuming that you currently use Cisco, correct?**

- Are you moving to 10Gig/40Gig/100G?
    - Is cost a concern?
- Are you virtualizing & using VM's today?
    - How is visibility into your VM's?
- Are you working with applications which demand performance & scale?
- Are you looking to upgrade to Cisco/Nexus? (STOP…LOOK…and save big $)
- Would it be an advantage to automate new server and switch installations?
- Do you have Tap Aggregation Network Needs? (Arista 1/10 the cost of Gigamon)
- Do your monitor security tools …and how do they scale within your DC?
- Arista can save you a TON of money and keep your network open with Spine - Leaf.
- Did you know SDN networks are deliverable today via Arista Networks?
- What processes do you have in place to evaluate new technology? L

What are your current pain points; if you could change anything about your network, what would it be?
Are you having problems with…
- Poor Performance (latency, congestion, choke points, oversubscription)
- Not enough density (scale, 6500s)
- Dropping packets (storage, 1Gb → 10Gb)
- Modern applications (mobile apps, big data, etc.)
- Manageability (SPAN/TAP aggregation, SNMP problems, etc.)
- Automation (opex savings)


**Well,** Arista delivers a portfolio of 1/10/40 and 100GbE products that redefine network architectures, bring extensibility to networking, and dramatically change the price/performance of data center networks.  Arista boots out-of-the-box with an industry standard operating system for zero learning curve to engineers!  Using Arista Networks, BP has opened the doors to a new research facility that potentially houses the world's largest supercomputer for commercial research, weighing in at more than 2.2 petaflops.

It's based on Linux and totally programmable.

Seth Bertram is in _____.  That's about _____ miles from you!  I'd like to schedule him to come out there.  What does your calendar look like for next…. What about Tuesday afternoon? Or Thursday morning?

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                       ARISTANDCA12228913

**Applications to Look For!**

- Storage (Ethernet NAS, SAN) — NFS, CIFS, iSCSI, AoE
- Virtualization (VMware)
- Big Data / Hadoop
- High-Performance Computing (HPC)
- Cloud Networking (private, hybrid)
- Data Center Aggregation (Cat 6500 replacement etc)
- SPAN / TAP Aggregation (monitoring) — e.g. Gigamon

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228914

## Cold Calling Best Practices

**1. Do be confident and ask directly for the information you need.** Begin your initial sentence with the statement (not question) Maybe you can help me. This creates a polite expectancy on your part that the other person will help you.

Follow with direct questions that begin with Who, How, What, Where or When. Avoid using Why questions in your initial conversation as a question beginning with Why can create tension and cause the other person s defenses to go up which may make them less likely to assist you.

**Don't be wishy-washy.** Confidence is crucial when cold calling. Avoid using phrases as "I was just trying" or "Could you possibly please" or "You wouldn't be able to tell me, would you?"

When it comes to cold calling, you cannot afford to hesitate or come across as lacking confidence. You can gain confidence by learning and remembering what you a seeking to do. Your focus needs to be on four objectives:

1. Finding the people who have the authority to evaluate, use and make decisions about your solution.

2. Understanding where they are now, where they want to be and what if any, are their plans to get there.

3. Establishing what is of value to them or what they think and feel is important to them right now (i.e. what are their top priorities).

4. Set up time and date specific action steps such as a face-to-face appointment, web demo or phone appointment.

5. Also, avoid using any phrase with the word information in it. The word information causes people to go instantly on the defensive. I'm just trying to get some information. What is your driver license number? Nobody likes to give out information they may or may not suppose to.

**2. Do seek to build rapport quickly. Look to get on the same wavelength as the other person as fast as you can. Start by centering the conversation on them and what they do.**

**Don't forget that people like to buy from people they know, like and trust. Like means similar to them.** Practice matching and mirroring the speed and volume of their voice and this will help you build rapport quickly. If they speak quickly, then speed up your rate of speech and vice versa.

If they speak loudly, then speak up and if they speak softly then soften your voice. If they speak quickly, then speed up your rate of speech. If they speak slowly, then slow down. . If they speak quickly, then speed up your rate of speech. If they speak slowly, then slow down.

**3. Do be genuine. Be yourself.Don't be someone you are not.** Do not try to create a new persona. Definitely avoid sounding like a fast talking sales rep. Just be yourself and relax.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        ARISTANDCA12228915

**4. Do be politely curious. Ask questions the prospect can answer.**

**Don't be pushy.** Remember people's favorite subject is themselves. By asking questions about the prospect or their situation, you can start to build a comfort level and remove any pressure from the conversation.

Be polite yet respectfully persistent. Don't give up too soon. There are always people in an organization willing to share with you the information you need. You need to be persistent and find those people.

**5. Do be interested in what the prospect has to say. Always try to say less and listen more.**

**Don't try to be interesting.** No one likes to sit and listen to someone, especially a sales rep drone on and on about there products, their company or themselves and yet many reps do just that. On the other hand, as mentioned above, people do like to talk about themselves.

Why do sales reps exhibit this behavior? Usually it is because they lack the sales training and discipline to shut up and listen. When a sales rep is talking, they are in their comfort zone. They know quite a bit about their company and solutions and are always happy to share that information even with the people who have no authority to evaluate, decide, use or buy.

What these reps do not know is what is going through the prospect s mind and finding out that information is one of the keys to successful cold calling. Remember you cannot speak and listen at the same time.

**6. Do seek to build trust. Be truthful.**

**Don't lie or mislead people.** Although this is common sense, you would be amazed at what I have seen people say over the phone to gain access to someone. If you were referred to a prospect by another s person s office then say so. If you were referred by a person themselves then say that instead. Don't allow yourself to say things that could be misconstrued as misleading or false.

For example, let s say a sales rep calls the CFO s office Tom Smith and Tom s assistant refers the rep to speak with Ron LaVine the Controller. Then the rep gets transferred to Mr. La Vine s office and when Mr. La Vine picks up the phone, the first thing the rep says is Hi Ron, I was referred to you by Tom.

Ron takes the call and then later places a call to Tom to find out if he did in fact refer this sales rep to him. Of course, Tom says he has never spoken with this sales rep. This sales rep has now virtually eliminated doing business with either Tom or Ron because he lied.

**7. Do be accurate when it comes to the spelling and pronunciation of people s names.**

**Don't forget to ask for the correct spelling and pronunciation before (if possible) you speak with a prospect.** I cannot tell you how many times I answer my phone, This is Ron La Vine (my last name is pronounced like vine), how may I help you? and the other person, who clearly was not listening, replies with Is Ron Levine (rhymes with ravine) there?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          ARISTANDCA12228916

Or someone will send me something addressed to Ron Levine. If a sales rep can't get my name right, how will they perform if I decide to do business with them?

**8. Do set an intention or expectation that you will achieve your objectives such as reaching the right person.**

Don't worry that people will not want to help you. People like to help other people. It makes them feel good especially when they know the answers to your questions. As long as you come across confident and that you know what you want and what you are doing, you will find people more than willing to help you. They will even provide additional information that you did not originally ask for.

**9. Do be sure to listen closely to what is being said.** Practice active listening skills. When I m on the phone, the only thing that is occurring in my mind is what the other person is saying. I can be in a room with 250 people watching (and I have been) and it makes no difference at all because I am concentrating exclusively on what the other person is saying.

When someone is speaking, train yourself to wait patiently until they come to a complete stop. Then repeat back to them or confirm that you have an understanding of what they just said.

**Don't think ahead to what you plan to say next.** If you are thinking ahead you may miss a critical piece of qualifying information. Concentrate on what your prospect is saying and tune out all distractions such as your email. If you need to, place a Do Not Disturb sign on your door or cubicle to let others know that now is not a good time to drop by and chat.

**10. Do be crisp, concise and direct.** Don't beat around the bush. Briefly introduce yourself and your company s specialty and then start politely to ask questions about them and their situation. This is known as keeping the ball in their court. One of your main objectives is too keep the ball in their court by asking well constructed and targeted towards your solution open-ended questions that will engage them in a conversation. Remember the 80/20 rule. Listen at least 80% of the time and speak only 20% of the time.

**Don't waste the prospect s valuable time by talking about subjects they have no interest in.** Know one likes to hear someone drone on and on about things which have no impact upon them. Get to the point regarding the purpose of your call.

**11. Do be thoughtful, respectful and polite.**

**Don't forget to address a prospect formally using Mr., Mrs., or Ms.** Do not take on a role of familiarity until ask to do so. Politeness goes across all cultural boundaries. Always err on the side of politeness and you can never go wrong.

Summary

Put these Dos and Don'ts to work in your daily cold calls and you will start to see improved results in both the quality and quantity of the conversations you have with other people. You will find yourself speaking with more people who will willingly provide you with the information you are asking for.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                           ARISTANDCA12228917

| | |
|---|---|
| **From:** | Craig Joseph <craigj@aristanetworks.com> |
| **Sent:** | Monday, January 20, 2014 3:41 PM |
| **To:** | Donna Overstreet |
| **Subject:** | Cold Call Script |

Hey Donna,

This is the script I use for my cold calling sessions. I've used a bit of my own, Win's, and my own after working with a few partners to make it.

--------------------------

Cold Call Script

A.) I'm calling to talk to you about Arista. I won't take more than one minute, would that be okay?

B.) Have you heard of Arista? We specialize in the data center. We build high density, low latency, low power consumption switches. We've already been deployed in some of today's most recognizable global brands, such as Microsoft, Google, and Facebook to name a few. What really sets us apart is our fully extensible Network OS which makes things like SDN, Virtualization, Cloud Networking and Automation much more achievable.

C.) So did I touch on anything that piques your interest? Are any of these things on your radar?

Be up front with what you are calling about. "My goal today is to find out if we're a fit for you and set a meeting to find that out. Can I run through my use case list for you to find out of we won't be wasting your time".

Best Fit Use Cases:

- Our switches encompass OpenWorkload. This brings together Openstack, Directflow, and Openflow to Integrate with VMware's NSX.
- Network Telemetry that builds a network that proactively monitors, detects and notified when issues arise.
- Low Power Consumption

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228918

- High Density
- Virtualization
- Cloud Networking
- Automation
- Hadoop


Updated List of Use Cases

- 10/40/100 GB Switching
- Big Data
- High Performance Computing Applications
- Latency Sensitive Applications
- Virtualization
- Private/Public Cloud Networking
- TAP Aggregation/Advanced Mirroring

------------------

That's about it.

Let me know if you have any questions,
Craig J.


--
**Arista introduces network applications with VMware and Microsoft**

**Arista Networks Wins "Best of Interop 2013"**

**Arista 7500E Data Center Switch Wins "Best of Show & Network of the Year"**

ARISTA
**Craig Joseph** | Sales Development | Central Region
Office: 408-547-8176
Arista Networks | Leader in Cloud Networking

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                 ARISTANDCA12228919

Phone pitch

Hi, this is Nguyen with Arista Networks, how are you?

1. Cold pitch
    a. I'm calling to talk to you about Arista. I won't take more than one minute, would that be okay?
    b. Have you heard of Arista yet?
        i. Yes – great, what aspects of Arista are you familiar with or pique your interest?
        ii. No - We specialize in the data center. We build high density, low latency, programmable switches for the enterprise. We've already been deployed in some of today's largest global networks, such as **Microsoft**, **Google**, and **Facebook** to name a few. What really sets us apart is our **extensible Network OS,** it's fully programmable which makes things like **SDN**, **Cloud Networking, Virtualization**, and **Automation** much more achievable in your data center.
        iii. So did I touch on anything that piques your interest? Are any of these things on your radar?
    c. Yes - We have a rep local to your area, what I can do is set up a time for you to connect with him, he can talk more toward your interests. Would you have time sometime next week for us to drop by for a visit or web session?
    d. No – objection handling

2. New developments pitch
    a. I'm calling because I know you had some previous correspondence with Arista and wanted to let you know that we've had some big announcements in a couple recent webcasts I thought you'd be interesting in catching up with. Do you recall Arista Networks?
    b. Our guys are following up on the events, so this would be a really good opportunity to get caught up on developments in a condensed web presentation and have a chance to have discussions or ask any questions as they come up.
        i. I wanted to see if you had time for this sometime in January, maybe week of 13th.

3. Cold pitch to CIO and VM
    a. I'm calling because we specialize in the Data Center and I believe we may have some compelling network solutions for your business. I just wanted to know, how would we go about introducing new technology to your organization respectfully?
    b. Would you be able to guide me in the right direction?

4. Event follow-up
    a. I see that you registered for an event and wasn't able to catch it. The event generated a lot of interest, and our guys are in the field following up on them. I thought this would

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      ARISTANDCA12228920

   be an opportune time for you to connect rep local to your area, he can go through a less formal presentation covering everything you missed and you'll have a chance to raise questions/discussions on the spot as they come up.
        i. I wanted to see if you'd like to do that sometime next week, we can either drop by or set up a presentation over the web.

5. Calling Cisco shop
    a. I'm calling because I understand you're the <network guy> and wanted to tell you a bit about Arista. It won't take more than a minute of your time, would that be okay?
    b. We specialize in the data center and compete directly with Cisco's switching business. I understand you're using Cisco today is that right?
    c. Well, two ways to compete with that is either to be lower cost, or better. We're the latter. Our network switches are **higher density, lower latency and draw less power per port.** However, what really sets us apart is our Network OS. We have the **same industry standard CLI**, but our OS sits on an unmodified linux kernel and is fully programmable, fully extensible which makes things like SDN, Virtualization and Automation much more achievable. We're already in the data centers of industry leaders such as **Microsoft, Google** and **Facebook**.
    d. Did I touch on anything that piques your interest? Does this sound like something you'd like to find out more about?

6. Calling Cisco shop 2
    a. I'm calling because I see you're a Cisco shop, and thought you would have interest in Arista Networks. The technology that put Cisco on the map was developed by one of our founders, JayShree Ullal. This is why Cisco considers us their biggest threat. We have the current industry leading technology in datacenter switches. They're built on the same tech as Cisco so they look and behave the same way. What sets us apart is that our switches are fully programmable and extensible to fit your application needs, while cisco switches are more of a fixed solution.
    b. What I'd like to do is meet with you to go over our offerings sometime when you have about a half hour available. Would you have some time later this week?

7. Event invitation
    a. I'm calling because we have an event coming up in your area at <time + place> when we'll be discussing <topic>. I was hoping you'd be able to attend the event and wanted to see if the timing works out for you.
        i. If that doesn't work out for you offhand, we can to set up a separate session for you post event when we'll be following up on questions and discussion. Would you like to have us drop by or have a web session during the week after?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228921

Elevator Pitch

Here at Arista, we specialize in data center switches. We make the best switches in the industry today with the highest density, lowest latency and least power consumption. What really sets us apart is our software. Our network OS is fully programmable, fully extensible, which allows you to customize and scale your network to your specific application needs. So if you're about innovation with your network, you really owe it to yourself to take a closer look at what Arista has to offer.

Elevator pitch against Cisco

Here at Arista, we specialize in data center switches. While Cisco may have the most popular, we make the best switches for the data center in the industry today, let me tell you why. The technology that made Cisco an industry leader was developed by one of our founders, Jayshree Ullal, so needless to say, our switches share the same technology, look and feel, and CLi as Cisco. In fact, out of the box, our switches behave just like Cisco's, with less power consumption. So if you're a Cisco guy, and that's what you want out of a switch, that's what you get with Arista, and your expertise translates directly over.

What sets us apart is our network OS is fully programmable, fully extensible, and fully scalable so you can customize your switches to support your specific application and network needs. So if you're about innovation with your network, you really owe it to yourself to take a closer look at what Arista has to offer.

Objection handling:

1. No thanks– okay, well thank you for taking the time to hear about Arista. If I may, I'd like to touch base with you in a few quarters in the event your needs change and our solutions may make sense down the road.
2. Not the right person – oh, I appreciate you letting me know, and I'll be sure to note that so we don't inappropriately contact you moving forward. Would you be able to tell me the best way to go about respectfully introducing our technology to your organization?
3. Not the decision maker - I'm much more interest in raising awareness about our company with technical professionals like you at the engineering level that can have an appreciation for our solutions, so if ever a need develops down the road that we can make sense for, you can include us for consideration.
4. Not at this time – okay, what I'd like to do is touch base with you in a few quarters and see if our solutions may make sense for your needs down the road.
5. Cisco shop – actually, our founders and president all have deep roots in cisco, our president Jayshree Ullal oversaw the development of the catalyst 4500, 6500 and nexus 7000 series before leaving cisco and heading up our company. This is why our switches use a similar OS with a familiar industry standard CLi, except our OS is more open and extensible. Let me leave you

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228922

with some information, and maybe I'll check back with you in a few quarters and we can see if our solutions can make sense for your needs at that time?
6. No project/budget – Actually, I'm not necessarily looking to bid on a project. What I'm really trying to do is raise awareness of our company with technical professionals that can appreciate our solutions, and if you develop a need down the road where we can make sense to fill, you'll be aware of us for consideration, but for now, I'm just looking for this session to be strictly informative for your reference.
7. Is this a Sales Call? – No, what I'm interested in doing is just to raise awareness about our Data Center solutions, so if down the road your needs change such that we may be a viable option, that you would be aware of us to take into consideration.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228923

# Elevator Pitch

## Event Pitch

We are going to be in your area hosting an event regarding your CORE NETWORK SERVICES and focusing on your Layer 2 environment. I was following up to see how your schedule was looking like?

## Sales Pitch

We help companies address specific issues for applications in your Layer 2 environment. In a nutshell we basically help secure and automate switches using our groundbreaking technology.

## Qualifying Questions for NETWORK VISIBILITY with DANZ

- Are you considering upgrading your Tap Aggregate solution for 10Gbps?
- Is your Tap Aggregation solution to expensive, hard to manage or costly to procure?
- Are you looking for a visibility solution to quick identify network issues and resolve tem quickly?

TIPS:

Discuss about certain issues that we have solved in the past.

Use big names in our company that have left Cisco to create Arista Networks.

Leverage companies that are similar to their size so they do not feel like our products only work for larger organizations.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA12228924

**Account Discovery Questions | Getting the conversation going**

- Are you moving to 10Gig/40Gig/100G?
    - Is cost a concern?
- Are you virtualizing & using VM's today?
    - How is visibility into your VM's?
- Are you working with applications which demand performance & scale?
- Are you looking to upgrade to Cisco/Nexus? (STOP…LOOK…and save big $)
- Would it be an advantage to automate new server and switch installations?
- Do you have Tap Aggregation Network Needs? (Arista 1/10 the cost of Gigamon)
- Do your monitor security tools …and how do they scale within your DC?
- Arista can save you a TON of money and keep your network open with Spine - Leaf.
- Did you know SDN networks are deliverable today via Arista Networks?
- What processes do you have in place to evaluate new technology? Let us help you!

**Applications to Look For**

- Storage (Ethernet NAS, SAN) — NFS, CIFS, iSCSI, AoE
- Virtualization (VMware)
- Big Data / Hadoop
- High-Performance Computing (HPC)
- Cloud Networking (private, hybrid)
- Data Center Aggregation (Cat 6500 replacement etc)
- SPAN / TAP Aggregation (monitoring) — e.g. Gigamon

**Pain Points**

- Poor Performance (latency, congestion, choke points, oversubscription)
- Not enough density (scale, 6500s)
- Dropping packets (storage, 1Gb → 10Gb)
- Modern applications (mobile apps, big data, etc.)
- Manageability (SPAN/TAP aggregation, SNMP problems, etc.)
- Automation (opex savings)

**Overview**

Arista Networks is the leader in building scalable high-performance and ultra-low-latency networks for today's data center and cloud computing environments.

Purpose-built hardware, and Arista EOS, the world's most advanced network operating system, provide single-binary system images across all platforms, maximum system uptime, stateful fault repair, Zero Touch Provisioning, Latency Analysis and a fully accessible Linux Shell. Arista Ethernet switches are the perfect network solution for your most demanding workloads. With native support for VMware Virtualization and hundreds of Linux applications integrated into hardware platforms designed to meet the stringent power and cooling requirements of today's most demanding data centers, Arista delivers the most efficient and best performing 10Gb Ethernet platforms.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              ARISTANDCA12228925

**Buzzwords**

**Software Defined Networking (SDN)** - Software-Defined Networking (SDN) is an emerging concept that proposes to disaggregate traditional vertically integrated networking stacks to improve network feature velocity or customize network operation for specialized environments. This initiative has broad implications across the data, control, and management planes of the network.

**Big Data -** Every day, we create 2.5 quintillion bytes of data – so much that 90% of the data in the world today has been created in the last two years alone. This data comes from everywhere: sensors used to gather climate information, posts to social media sites, digital pictures and videos, purchase transaction records, and cell phone GPS signals to name a few. This data is big data.

**TAP Aggregation -** organizations that have requirements to perform critical analytical and monitoring functions with increasingly higher data volumes and higher network bandwidths can maintain security, compliance and reporting for all traffic without the addition of proprietary out-of-band monitoring infrastructure or backhaul networks. Troubleshooting applications and performance problems, performing traffic interception when required (such as for Lawful Intercept or compliance), and managing overall customer satisfaction and response times can be accomplished cost-effectively with limited new investment and using existing tools.


**Objection Resolution Response | Keep the conversation going**

*General*
*I'm too busy to talk right now.*
- I'm sorry, I won't take up your time, but maybe you could help me... would you be the appropriate person to speak with regarding network switches for your data center?
- Thank you for taking my call – I'll send you some information on Arista and will follow up in a few days.
- I totally understand – your time is valuable. Let's pick a better time so you can see what we have to offer – it could benefit you. I can offer you a brief 5-10 minute call to discuss our award winning technology on one of these dates and times (have two ready).

*Send me some literature.*
- I would be happy to send you some useful information about our company, what is your area of interest? As the number two player in the 10 GbE market, we have had success in (insert appropriate vertical/horizontal message here). Do you have an initiative coming up in the next few months for which Arista might be a fit for you?

*Call me in three months.*
- Can you tell me what will be different in your situation in 3 months?

*We're not interested at this time.*
- You should not be interested until I show you how our products can help you save money and improve productivity. Then, name drop a few reference accounts that have benefited from using Arista and ask probing questions to find the key messages that will arouse interest.


*I don't have a budget for new network gear this year.*
- Confirm that you have the decision-maker who has access to budget.
- Confirm the need that Arista fills (ie, our value – lower operational costs, alternative to Cisco, better power, density, lowest latency, more robust software)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               ARISTANDCA12228926

- If budget wasn't an issue, would you buy our products now?  If yes, then try to close an appointment with an outside sales rep who may suggest using a leasing company or an invoice that has extended payment terms.
- Look for other budgets – try the storage budget (part of a solution) or the analytics budget or the research budget.

*The price is too high.*
- May I ask why you consider the price to be too high?  (This should get at the real reason for the objection, and you can then suggest a meeting with your OSR to address, with the context being that we are considered to have the best price/performance in the industry).

*We're a Cisco shop.*
- That's great!  Almost 100% of our customer base is comprised of large Cisco shops – we are the number two player in the 10 GbE market.  In fact, almost all the data center switches that Cisco sells were developed under the leadership of our two key executives, Andy Bechtolsheim and Jayshree Ullal.  Our products are compatible with Cisco in a non-proprietary manner, and our CLI is Cisco-like and will not require any training on your part.  Do you have Riverbed or F5?  Cisco couldn't build a product as good – we provide similar focused value in the data center.  Have you seen the Gartner report on multi-vendor environments?  Gartner says that you will save significant money if you go that way – both operationally and on better discount levels from Cisco.  I'd be happy to share the report with you.
- Do you have Catalyst 3750s?  Do you have Catalyst 6500s?  Do you have Nexus 5000s?  That means you are running Catalyst IOS, IOS and NX-OS operating systems.  So, you have a multi-vendor network already – Cisco is just acting as a VAR and bolting products together in your network.

*We just bought the Nexus 7K.*
- The N7K is an excellent choice and works well as a core router.  Working with your existing N7K, we can offer better price/performance, density and lower power by expanding your 10G footprint with Arista in the spine or access layer.

*We just bought the Nexus 5K.*
- The N5K works well as an L2 switch in smaller networks.  If L3 support, scalability, power, density and price/performance are important to you, then you may want to consider the benefits of introducing a second vendor into your network as you expand.  A recent Gartner study that I would be happy to share with you shows that a multivendor network saves you money.

*We have the Catalyst 6500.*
- The Cat 6500 is an excellent product and works well as a core router.  We can offer better price/performance, density and lower power by expanding your 10G footprint with Arista in the spine or access layer, while preserving your investment in the Cat 6500.

*We are a 1 GbE shop.*
- Requirements do change at some point and it would be great to give you a brief overview of Arista for future reference when considering 10G.  You may also want to consider our 10GBase-T products which allow you to run at 1G today, and will auto-negotiate to 10G when you upgrade your servers over the same cable infrastructure.  Do you have a timeline for moving to 10G?  Are you deploying or planning to deploy iSCSI or NAS storage?  You will get better application performance with 10G ports on your storage device.  Are you using Hadoop-based analytics?  I would be happy to send you a white paper, which discusses the importance of 10G-based networks for Hadoop.  Are you virtualizing the servers in your data center?  For the price of 6 1G connections you can get a single 10G connection that will provide more throughput.

*We outsourced our IT.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    ARISTANDCA12228927

- That's great – some of our largest accounts have outsourced their IT operations.  But we find that they typically keep architectural control of the network design and vendors used – especially within the data center.  Is this your case?  (If yes)  We'd like to have the opportunity to speak to your network architect team about the value we could bring to your infrastructure – who would be the best person to speak with?

*What's your story on data center fabrics (eg, Juniper QFabric, Brocade One, or Cisco Unified Fabric)?*
- We find that most customers look at fabrics with three primary considerations in mind.
    - 1. Scale – which we address with our standards-based MLAG implementation at Layer 2, and with ECMP at Layer 3 for 100-30,000 nodes, scaling to 100,000 nodes in the future.
    - 2. Management – Arista integrates well with existing management platforms using standards (eg, SNMP, EOS extensions, CloudVision (XMPP)).  Arista interoperates with HP Opsware, EMC Smarts and VMWare vSphere and vCloud.
    - 3. Economics – Arista is able to provide cost-effective solutions that scale linearly from a cost perspective.  Fabric-based solutions don't make any economic sense in blocking architectures or for less than 500 servers as the solution doesn't scale down linearly.

*You have to be on our approved vendor list.*
- I have heard this issue initially from other IT Directors at some of our customers such as (name drop), as well.  Suppose you came across a product that addressed [insert horizontal messaging] better and more cost efficiently than any of your approved vendors.  What would happen then?

*We are a Juniper shop.*
- Your choice of Juniper says that you believe in choosing best of breed products. We are the number two player in the 10 GbE market because of customers like you who have this same approach to building networks. Further, our products are compatible with Juniper switches and routers in a non-proprietary manner.  Have you seen the Gartner report on multi-vendor environments?  Gartner says that you will save significant money if you go that way – both operationally and on better discount levels from your primary vendor.  I'd be happy to share the report with you. Suppose you came across a product that addressed [insert horizontal messaging] better and more cost efficiently than any of your existing approved vendors.  What would happen then?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY           ARISTANDCA12228928

π PLAINTIFF π

United States District Court
Northern District of California

Case No.    **14-cv-05344-BLF**
Case Title  **Cisco Systems v. Arista Networks**
Exhibit No. **237**
Date Entered
            Richard W. Wieking, Clerk
By: _____, Deputy Clerk