# EXHIBIT GG

| | |
|---|---|
| From: | Hugh Holbrook [holbrook@aristanetworks.com] |
| Sent: | Wednesday, August 17, 2011 8:32 AM |
| To: | Adam Sweeney |
| Subject: | Fwd: Regarding 'show platform hardware capacity' |

Do you have anybody working on this? This was on both msft and facebook's wishlist, iirc.
-Hugh

---------- Forwarded message ----------
From: **Ravindra Rathi** <ravindra@aristanetworks.com>
Date: Wed, Aug 17, 2011 at 7:42 AM
Subject: Regarding 'show platform hardware capacity'
To: Hugh Holbrook <holbrook@aristanetworks.com>


Hi Hugh,
	We discussed about this briefly when I was in US office. It looks like we have one intern who is available for 4 more months and Amod and I think that she can take this up. She has completed two small ment projects in last two months.

The below link gives information about corresponding Cisco CLI

http://www.cisco.com/en/US/docs/ios/interface/command/reference/ir_s5.html#wp1064681


Let me know if you are expecting something on these lines..

If yes, probably we can start with 'show platform hardware capacity forwarding' and then extend to other options.

Thanks,
Ravundra

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA10455047

United States District Court
Northern District of California

π PLAINTIFF π

Case No.      **14-cv-05344-BLF**
Case Title    **Cisco Systems v. Arista Networks**
Exhibit No.   **648**
Date Entered  
              Richard W. Wieking, Clerk
By: _____, Deputy Clerk