# EXHIBIT HH

| | |
|---|---|
| **From:** | Sundar Bettadahalli [sundarbs@arista.com] |
| **Sent:** | Friday, June 06, 2014 1:27 PM |
| **To:** | asweeney@arista.com; Siva Narayanan; Hua Zhong |
| **Cc:** | Mayuresh Bakshi; Victor Wen |
| **Subject:** | DHCP Option 82 for Microsoft |

Hi Adam, Siva, Hua,

We had a call with Microsoft team to understand their Dhcp Option 82 information requirements
Following are 2 options to support these requirements.
Appreciate your comments on how we should proceed further.


Cisco N3K provides a Dhcp Relay Cli to insert Option-82 Circuit Id information in the following format:
"<hostname>:<L2 port name>"

Arista Dhcp Relay feature inserts Option-82 Circuit Id information in the following format:
"<L3 interface name>"

Arista Dhcp Snooping feature inserts Option-82 Circuit Id information in the following format
<Sub-Option type (1 byte)> <Sub-Option length (1 byte)> "<L2 port name>:<Vlan Id>"

Microsoft wants us to match Cisco format exactly and are not willing to modify their server-side scripts to parse different formats coming from Cisco and Arista switches.

We have 2 options to support Microsoft requirement:

1) Add a new Dhcp Snooping Cli to insert Option-82 Circuit Id information in N3K format,
    which also means that we should not insert Sub-option type and Sub-option length fields.
    (Proposal: ip dhcp snooping information option format "%h:%p"; This resembles Cisco Cli)

2) Add a new Dhcp Relay Cli to insert Option-82 Circuit Id information in N3K format.
    The Cisco Option-82 Circuit Id format matches our Dhcp Relay Circuit Id format.
    Since Dhcp Relay does not know L2 port information, we can pass that information from Dhcp Snooping
    to Dhcp Relay and DhcpRelay agent can insert option in N3K format.
    But this breaks the L2/L3 modularity of Dhcp Snooping and Dhcp Relay.
    (Proposal: ip dhcp relay information option format "%h:%p")

Thanks,
Sundar

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA10714404

| United States District Court |
| Northern District of California |

π PLAINTIFF π

Case No. **14-cv-05344-BLF**
Case Title **Cisco Systems v. Arista Networks**
Exhibit No. **650**
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk