# EXHIBIT KK

**From:**            Manuel Mendez [manuel@arista.com]
**Sent:**            Thursday, July 10, 2014 9:19 AM
**To:**              Mo Shraim
**Cc:**              Nick Ciarleglio; ce
**Subject:**         Re: Access switch

Mo, Brocade NOS and Dell FTOS are IOS-like. But we have by far the most similar one. Or, as we like to say, we have a true industry-standard CLI.

Sorry, I didn't understand your question before, although I'm not sure what you mean by access switch. These vendors (brocade, dell) do have cheap campus-LAN access switches

On Thu, Jul 10, 2014 at 8:41 AM, Mo Shraim <mo@arista.com> wrote:
I meant which access switch vendor has Cisco iOS cli ?

On Thursday, July 10, 2014, Nick Ciarleglio <nick@arista.com> wrote:
Mo-
Any chance you could be a bit more specific? CE is a big list to send half baked emails too...
NC

On Jul 10, 2014, at 11:35 AM, Mo Shraim <mo@arista.com> wrote:

> Does anyone know which access switch has Cisco IOS cli ?
>
> --
> Sent from iPhone


--
Sent from iPhone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ARISTANDCA10170420

--
Manuel Mendez
Systems Engineer
Arista Networks
[manuel@arista.com](mailto:manuel@arista.com)
925-788-1431

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**π PLAINTIFF π**

## United States District Court
### Northern District of California

Case No. **14-cv-05344-BLF**

Case Title **Cisco Systems v. Arista Networks**

Exhibit No. **168**

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk