# EXHIBIT NN

08:58AM

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5

CISCO SYSTEMS, INC.,                )   CV-14-5344-BLF
6                                    )
              PLAINTIFF,             )   SAN JOSE, CALIFORNIA
7                                    )
        VS.                         )   NOVEMBER 21, 2016
8                                    )
ARISTA NETWORKS, INC.,              )   VOLUME 2
9                                    )
              DEFENDANT             )   PAGES  25-260
10                                   )

11              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14      FOR THE PLAINTIFF:  DAVID A. NELSON
                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17      FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA  94111
19
                            BY:  DAVE NELSON
20                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, ILLINOIS  60661

21

22          APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185

24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
         TRANSCRIPT PRODUCED WITH COMPUTER

03:31PM  1          THE COURT:  THAT'S WHAT I UNDERSTOOD WITH MUCH OF THE

03:31PM  2     EVIDENCE OF, THIS IS THE HIERARCHY, THIS IS PART OF OUR

03:31PM  3     PROCESS, BUT OFFERED NOW AS PART OF A FOURTH BUILDING BLOCK,

03:31PM  4     NOT A FOURTH AND FIFTH SEPARATE BUILDING BLOCK.

03:31PM  5          MR. NELSON:  YEAH, EXACTLY.

03:31PM  6       I DON'T THINK -- THE ONLY CLARIFICATION I WOULD MAKE THERE,

03:31PM  7     I DON'T THINK IT'S A FILTERING IN THE SENSE OF THAT, BECAUSE

03:31PM  8     FILTERING TO ME IS HERE'S SOMETHING THAT EVIDENCE THAT YOU

03:31PM  9     CAN'T PRESENT.

03:31PM  10         THE COURT:  I'M NOT FILTERING.  YOU MODIFIED HOW YOU

03:31PM  11    ARE PRESENTING IT SO THAT I DON'T NEED TO FILTER IT BY

03:31PM  12    ADDRESSING THE DEFENSE CONCERNS.

03:31PM  13         MR. NELSON:  EXACTLY.

03:32PM  14         THE COURT:  OKAY.  AND I THINK IT ALL COMES OUT THE

03:32PM  15    SAME FOR MR. VAN NEST BECAUSE NOW THERE WILL BE FOUR BUILDING

03:32PM  16    BLOCKS, EVIDENCE OF THE ROLE OF HIERARCHIES IN CREATING COMMAND

03:32PM  17    LINES, BUT THEY WON'T BE ASKED WHETHER THERE WAS COPYING OF A

03:32PM  18    HIERARCHY, PER SE.

03:32PM  19         MR. VAN NEST:  RIGHT.

03:32PM  20       AND WE WON'T BE -- THERE WILL BE NO VERDICT QUESTION ON IT,

03:32PM  21    THERE WILL BE NO -- YEAH.

03:32PM  22         MR. NELSON:  WE WEREN'T --

03:32PM  23         MR. VAN NEST:  IT'S NOT AN ELEMENT IN THEIR

03:32PM  24    COPYRIGHTED WORK AT THIS POINT.

03:32PM  25         MR. NELSON:  WE WEREN'T PROPOSING VERDICT ELEMENTS ON

08:21AM

1                    IN THE UNITED STATES DISTRICT COURT

2                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                            SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,               )  CV-14-5344-BLF
6                                      )
                      PLAINTIFF,       )  SAN JOSE, CALIFORNIA
7                                      )
              VS.                      )  NOVEMBER 28, 2016
8                                      )
   ARISTA NETWORKS, INC.,              )  VOLUME 3
9                                      )
                      DEFENDANT        )  PAGES 261-533
10                                     )

11                      TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE BETH LABSON FREEMAN
12                    UNITED STATES DISTRICT JUDGE

13        A P P E A R A N C E S:

14        FOR THE PLAINTIFF:  DAVID A. NELSON
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17        FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA  94111
19

20

21

22              APPEARANCES CONTINUED ON NEXT PAGE

23        OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

514

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:39PM  1    FROM THOSE NETWORKS ACROSS THROUGH OUR ROUTERS.

04:39PM  2        AND SO WE STARTED ADDING THESE OTHER NETWORK PROTOCOLS IN

04:39PM  3    ADDITION TO IP, IN ADDITION TO THE INTERNET PROTOCOL INTO OUR

04:40PM  4    SYSTEM.  AND THESE OTHER PROTOCOLS HAD CONCEPTS LIKE ADDRESSES

04:40PM  5    AND MTU AND ROUTING TABLES AND THE LIKE.

04:40PM  6        AND SO WE HAD TO HAVE SOME WAY OF DISTINGUISHING BETWEEN

04:40PM  7    WHAT SORT OF ADDRESS ARE YOU TALKING ABOUT.  AND THE DECISION

04:40PM  8    THAT WE WENT WITH WAS TO PREFIX A LOT OF THESE COMMANDS WITH

04:40PM  9    THE PROTOCOL THAT THEY BELONGED TO.

04:40PM  10        SO THERE'S IP ADDRESS HERE, AND YOU HAVE A DEC NET ADDRESS.

04:40PM  11    XNS ADDRESS.  WE BASICALLY, BY THE MIDDLE OF THE '90S, HAD

04:40PM  12    ENDED UP WITH 14 DIFFERENT NETWORK PROTOCOLS IN THE BOX.  WE

04:40PM  13    HAD GONE FROM BEING JUST AN IP ROUTER TO BECOMING A MULTI

04:40PM  14    PROTOCOL ROUTER.

04:40PM  15    Q.  AND, AGAIN, AT THAT TIME, WHEN YOU WERE WORKING ON THE

04:40PM  16    FIRST IP ROUTER, WAS THERE ANY KIND OF CONSTRAINT ON YOU OR

04:40PM  17    FUNCTIONAL DEMAND THAT TOLD YOU, HEY, YOU'VE GOT TO DO IT THIS

04:40PM  18    WAY?

04:40PM  19    A.  THERE WEREN'T ANY OTHER DEVICES LIKE THIS AT THE TIME.

04:41PM  20    THERE WERE NOT ANY EXPECTATIONS THAT THE CUSTOMERS HAD, THAT

04:41PM  21    THERE WAS A WAY OF DOING THIS OR THERE WAS A WAY OF TALKING

04:41PM  22    ABOUT IT OR EVEN THE CHOICE OF WORDS.

04:41PM  23        WE COULD CERTAINLY, YOU KNOW, WE COULD CERTAINLY HAVE

04:41PM  24    CHOSEN DIFFERENT WORDS TO DO THIS.  WE COULD HAVE CHOSEN

04:41PM  25    DIFFERENT ORDERS OF THESE WORDS TO DO THIS.

517

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:44PM  1        AND AS WE HIRED ENGINEERS, I BASICALLY TAUGHT THEM THIS,

04:44PM  2   THIS IS HOW YOU THINK ABOUT IT, THIS IS HOW YOU DO IT.  AND

04:44PM  3   THEY WOULD DEVELOP THEIR OWN COMMANDS.  WE MIGHT TALK ABOUT

04:44PM  4   THOSE COMMANDS.  BUT EVENTUALLY -- ESSENTIALLY THEY HAD A GREAT

04:44PM  5   DEAL OF FREEDOM AS TO WHAT THEY WERE GOING TO CHOOSE.  AND

04:44PM  6   THAT'S BEEN BASICALLY THE PROCESS EVER SINCE.

04:44PM  7   Q.   OKAY.  AND I'M SURE -- ARE THERE COMMANDS HERE THAT YOU

04:45PM  8   LOOK BACK AND YOU COULD SAY, I PROBABLY WOULD HAVE COME UP WITH

04:45PM  9   A DIFFERENT COMMAND KNOWING THAT I KNOW NOW?

04:45PM 10   A.   UM, YES.  NO, THERE'S -- YOU CAN ALWAYS -- ONCE YOU

04:45PM 11   UNDERSTAND THE PROBLEM MORE CLEARLY FROM A DIFFERENT

04:45PM 12   PERSPECTIVE, YOU CAN USUALLY COME UP WITH DIFFERENT WAYS OF

04:45PM 13   DOING THINGS.

04:45PM 14   Q.   OF THESE COMMANDS HERE, I DON'T HAVE THE TIME TO GO THROUGH

04:45PM 15   ALL OF THEM, BUT COULD YOU JUST HIGHLIGHT FOR THE JURY SOME OF

04:45PM 16   THE COMMANDS THAT YOU PERSONALLY AUTHORED THAT ARE WIDELY

04:45PM 17   UTILIZED EVEN TODAY BY CISCO ENGINEERS?

04:45PM 18   A.   SO THERE IS -- WELL, IP ADDRESS THAT WE'VE TALKED ABOUT,

04:45PM 19   WHICH ASSIGNS AN IP ADDRESS TO AN INTERFACE.

04:45PM 20        IP ACCESS LIST SETS UP A BUNCH OF RULES AS TO WHAT PACKETS

04:45PM 21   CAN GO OUT TO PARTICULAR INTERFACES.  YOU CAN BUILD A REAL

04:45PM 22   SIMPLE THING CALLED A FIREWALL TO MAKE SURE THE WRONG PACKETS

04:45PM 23   DON'T GET IN OUR OUT OF A NETWORK.

04:45PM 24        AND SHOW INTERFACE IS ONE THAT'S USED EVERY DAY BY NETWORK

04:46PM 25   MANAGERS TO SEE WHAT'S GOING ON IN THE NETWORK.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:52PM 1    WE CREATED AN IP HIERARCHY IN THE SHOW COMMANDS.

04:52PM 2    Q.   NOW, IS THERE ANY REASON WHY YOU COULDN'T HAVE DECIDED TO

04:53PM 3    PUT IP AS ONE OF THE ENTRIES THERE?

04:53PM 4    A.   THAT WOULD HAVE BEEN PERFECTLY REASONABLE.  THAT WOULD BE

04:53PM 5    ONE WAY OF DOING THINGS.

04:53PM 6    Q.   AND YOU JUST MADE A DIFFERENT HIERARCHY CHOICE?

04:53PM 7    A.   I MADE THIS PARTICULAR HIERARCHICAL CHOICE.  THERE WAS

04:53PM 8    NOTHING SACRED ABOUT THIS PARTICULAR ORDERING OF COMMANDS OR

04:53PM 9    PARTICULAR ORGANIZING PRINCIPAL.  I COULD HAVE ORGANIZED THINGS

04:53PM 10   ENTIRELY BY TECHNOLOGY AREA OR --

04:53PM 11   Q.   WHAT DO YOU MEAN BY TECHNOLOGY AREA?

04:53PM 12   A.   SO I COULD HAVE HAD A TOP LEVEL SHOW COMMAND -- EXCUSE ME.

04:53PM 13   I COULD HAVE HAD A TOP LEVEL COMMAND CALLED IP, FOR INSTANCE.

04:53PM 14        AND I COULD HAVE BASICALLY SAID THERE'S IP AND THEN THERE

04:53PM 15   WOULD BE A COMMAND THAT MIGHT INVOKE SORT OF A CONFIGURATION

04:53PM 16   ACTION OR I COULD HAVE IP AND A BUNCH OF -- A FEW MORE WORDS,

04:54PM 17   THEN I COULD HAVE AT THE END DISPLAY OR SOMETHING LIKE THAT.  I

04:54PM 18   COULD HAVE DONE STUFF LIKE THAT AS WELL.  THERE'S NO INHERENT

04:54PM 19   REASON WHY THAT COULDN'T HAVE BEEN DONE.

04:54PM 20        MR. SILBERT:  YOUR HONOR, OBJECTION TO TESTIMONY

04:54PM 21   ABOUT WHAT COULD HAVE BEEN DONE.

04:54PM 22        THE COURT:  OVERRULED.

04:54PM 23      BY MR. PAK:

04:54PM 24   Q.   AND, MR. LOUGHEED, JUST TO MAKE IT ABSOLUTELY CLEAR ON THE

04:54PM 25   RECORD, DID YOU COPY ANY OF YOUR MULTIWORD COMMANDS OR THE

08:15AM

1                    IN THE UNITED STATES DISTRICT COURT

2                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                           SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,                )  CV-14-5344-BLF
6                                       )
                       PLAINTIFF,       )  SAN JOSE, CALIFORNIA
7                                       )
              VS.                       )  NOVEMBER 29, 2016
8                                       )
   ARISTA NETWORKS, INC.,               )  VOLUME 4
9                                       )
                       DEFENDANT        )  PAGES 534-819
10                                      )

11                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE BETH LABSON FREEMAN
12                   UNITED STATES DISTRICT JUDGE

13         A P P E A R A N C E S:

14         FOR THE PLAINTIFF:  DAVID A. NELSON
                               QUINN EMANUEL URQUHART & SULLIVAN, LLP
15                             500 WEST MADISON STREET, SUITE 2450
                               CHICAGO, IL 60661
16

17         FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                               BY:  SEAN PAK
18                             50 CALIFORNIA STREET, 22ND FLOOR
                               SAN FRANCISCO, CALIFORNIA  94111
19

20

21

22              APPEARANCES CONTINUED ON NEXT PAGE

23         OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                               CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:11AM  1    THROUGH AND LOOK AT ALL THE COMMANDS THAT ARE HERE, AND ARE

11:11AM  2    THESE SINGLE WORD COMMANDS OR MULTIWORD COMMANDS THAT ARE

11:11AM  3    DESCRIBED HERE?

11:11AM  4    A.   THESE APPEAR TO BE, FOR THE MOST PART, SINGLE WORD

11:12AM  5    COMMANDS.

11:12AM  6    Q.   OKAY.  AND DO YOU KNOW, AND JUST TO EXPLAIN TO THE JURY,

11:12AM  7    WHAT IS THE DIFFERENCE BETWEEN A COMMAND NAME AND A COMMAND

11:12AM  8    ARGUMENT?

11:12AM  9    A.   THE COMMAND NAME IS SORT OF THE BEGINNING SET OF WORDS,

11:12AM 10    WORDS THAT USE THE COMMAND, THAT BASICALLY DEFINE THE COMMAND.

11:12AM 11    AND THEN THERE ARE OTHER THINGS THAT ARE ARGUMENTS OR

11:12AM 12    PARAMETERS THAT THE USER WILL TYPE.  THERE MAY OCCASIONALLY BE

11:12AM 13    OTHER WORDS THAT THE SYSTEM WILL SUPPLY, BUT THERE'S GENERALLY

11:12AM 14    OTHER WORDS THAT ARE TYPED IN BY THE USER.

11:12AM 15    Q.   AND MR. FISHER, IF WE COULD BRING UP THE STANFORD

11:12AM 16    DEMONSTRATION THAT WE DID IN MR. LOUGHEED'S DIRECT EXAMINATION.

11:12AM 17         DO YOU RECALL DESCRIBING TO THE JURY THE USER INTERFACE

11:13AM 18    THAT EXISTED AT STANFORD?

11:13AM 19    A.   YES, I DO.

11:13AM 20    Q.   WE DO SEE MULTIPLE WORDS HERE, INTERFACE, ETHERNET 0,

11:13AM 21    ADDRESS AND SO ON, DO YOU SEE THAT?

11:13AM 22    A.   YES.

11:13AM 23    Q.   I BELIEVE YOUR TESTIMONY WAS THAT THIS WAS A SINGLE WORD

11:13AM 24    COMMAND, DO YOU RECALL THAT?

11:13AM 25    A.   YES.  IT'S WHAT WE CALL THE INTERFACE COMMAND.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:31AM 1    ONE OF THE TWO COAUTHORS OF THAT WHOLE PROTOCOL; IS THAT

11:31AM 2    CORRECT?

11:31AM 3    A.  YES.

11:31AM 4    Q.  AND I WANT TO NOW, MR. FISHER, GO TO THE SLIDE THAT TALKS

11:31AM 5    ABOUT MODES AND PROMPTS.

11:32AM 6        YES.  WE WILL START HERE.  SO DO YOU RECALL THAT MR.

11:32AM 7    SILBERT ASKED YOU ABOUT THE MODES AND PROMPTS, AND HE FOCUSED

11:32AM 8    YOUR ATTENTION ON THE USER AND PRIVILEGE EXEC MODES, DO YOU

11:32AM 9    RECALL THOSE QUESTIONS?

11:32AM 10   A.  YES.

11:32AM 11   Q.  BUT YOU UNDERSTAND, SIR, THAT CISCO IS NOT CLAIMING THE

11:32AM 12   PROTECTION OVER INDIVIDUAL MODES?

11:32AM 13   A.  CORRECT.

11:32AM 14   Q.  AND YOU UNDERSTAND THAT CISCO IS CLAIMING PROTECTION OVER

11:32AM 15   THE COMBINATION OF ALL FOUR MODES AND THE ASSOCIATED PROMPTS IN

11:32AM 16   THIS CASE; DO YOU UNDERSTAND THAT?

11:32AM 17   A.  YES, THAT'S MY UNDERSTANDING.

11:32AM 18   Q.  AND LET'S LOOK AT THOSE ALL FOUR MODES, PARTICULARLY GLOBAL

11:32AM 19   CONFIGURATION MODE AND THE INTERFACE MODE.

11:32AM 20       CAN YOU REMIND THE JURY AGAIN WHAT THOSE MODES WERE?

11:32AM 21   A.  THE GLOBAL CONFIGURATION MODE WAS SOMETHING THAT I CREATED

11:32AM 22   WHEN I NEEDED TO BE ABLE TO LOAD CONFIGURATION COMMANDS INTO

11:32AM 23   THE SYSTEM INTERACTIVELY.

11:32AM 24       PREVIOUSLY THERE HAD BEEN, WE WOULD PUT THEM IN A FILE, WE

11:32AM 25   WOULD DOWNLOAD THEM OVER THE NETWORK, AND THAT WORKED JUST

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:48AM  1    A.   I HAVE -- I HAVE BEEN ON THE PARSER-POLICE MAILING LIST

11:48AM  2    PROVIDING FEEDBACK.  I HAVE DEVELOPED A COMMAND MYSELF AND GOT

11:48AM  3    FEEDBACK FROM THE PARSER-POLICE, AND I DEVELOPED A DOCUMENT

11:48AM  4    CALLED THE PARSER-POLICE MANIFESTER.

11:48AM  5    Q.   ALL RIGHT.  SO LET'S TALK ABOUT THE PARSER-POLICE

11:48AM  6    MANIFESTER.

11:48AM  7         CAN YOU TELL ME WHAT THE PARSER-POLICE MANIFESTER IS?

11:48AM  8    A.   THE PARSER-POLICE MANIFESTER IS A DOCUMENT THAT I AUTHORED

11:48AM  9    WHICH PROVIDES A SET OF GUIDELINES TO ENGINEERS ABOUT THE

11:48AM  10   CONTENTS OR THE WAY THEY SHOULD DEVELOP THE USER INTERFACE, THE

11:48AM  11   COMMAND-LINE INTERFACE TO CISCO PRODUCTS.

11:48AM  12   Q.   AND WHEN DID YOU AUTHOR THAT DOCUMENT?

11:48AM  13   A.   SOME TIME IN THE LATE 1990'S.

11:48AM  14   Q.   DO YOU KNOW WHETHER THAT'S A DOCUMENT THAT'S BEEN

11:48AM  15   MAINTAINED AT CISCO?

11:48AM  16   A.   IT HAS.  IT GETS PERIODICALLY REVISED AND THERE IS A

11:49AM  17   CURRENT VERSION IN OUR DOCUMENT CONTROL SYSTEM THAT YOU CAN

11:49AM  18   PULL UP.

11:49AM  19   Q.   HOW ABOUT -- IS IT SOMETHING THAT'S EVER REFERRED TO?

11:49AM  20   A.   A LOT OF INTERNAL PROCESSES REFER TO USING THE

11:49AM  21   PARSER-POLICE AND -- THE PARSER-POLICE MANIFESTER IS KEY TO

11:49AM  22   UNDERSTANDING HOW TO BEST USE THE PARSER-POLICE DISCUSSION

11:49AM  23   GROUP.

11:49AM  24   Q.   SO I WANT TO TURN TO THAT IN A MINUTE.  THE TERM POLICE,

11:49AM  25   THAT KIND OF TO ME, THAT'S AUTHORITY, RIGHT?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:49AM   1    A.   YOU WOULD THINK SO.  BUT IT'S ACTUALLY NOT AN AUTHORITY.

11:49AM   2    IT IS A DISCUSSION GROUP.  IT'S MORE OF AN ADVICE GROUP.

11:49AM   3    Q.   AND WHAT DO YOU MEAN BY THAT?  GIVE ME AN EXAMPLE?

11:49AM   4    A.   SO THE -- AN ENGINEER COMING UP WITH A NEW COMMAND WILL

11:49AM   5    PROPOSE THE SYNTAX TO THE PARSER-POLICE FOR FEEDBACK.  AND

11:49AM   6    THERE ARE A GROUP OF VOLUNTEERS WHO STAFF THIS LIST WHO PROVIDE

11:50AM   7    FEEDBACK BASED ON WHAT THEY BELIEVE ARE BEST PRACTICES.

11:50AM   8         AND THE DISCUSSIONS, AS YOU CAN IMAGINE, WE'VE GOT

11:50AM   9    EMPOWERED, OPINIONATED AND SMART ENGINEERS, THEY MAY NOT REACH

11:50AM   10   A CONCLUSION THAT EVERYBODY AGREES WITH.  BUT THE POINT IS IT'S

11:50AM   11   A SET OF FEEDBACK.

11:50AM   12        AND AT THE END OF THE DAY, THE ENGINEER WRITING THE COMMAND

11:50AM   13   HAS THE SAY OF HOW IT GOES INTO THE CODE, HOW THE COMMAND GETS

11:50AM   14   WRITTEN.

11:50AM   15   Q.   SO LET ME TURN TO -- OR HAVE YOU TURN TO, I GAVE YOU THE

11:50AM   16   BINDER, WE SHOULD USE IT.  EXHIBIT 851 SHOULD BE BEHIND A TAB

11:50AM   17   THERE.

11:50AM   18   A.   I HAVE IT.

11:50AM   19   Q.   DO YOU SEE THAT?

11:50AM   20   A.   I DO.

11:50AM   21   Q.   DO YOU RECOGNIZE THIS DOCUMENT?

11:50AM   22   A.   I DO.

11:50AM   23   Q.   AND CAN YOU TELL US WHAT IT IS?

11:50AM   24   A.   THIS IS ONE OF THE EARLY VERSIONS OF THE PARSER-POLICE

11:51AM   25   MANIFESTER.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:51AM  1    Q.   IS THIS A DOCUMENT THAT YOU AUTHOR?

11:51AM  2    A.   THIS IS A DOCUMENT THAT I AUTHORED.

11:51AM  3              MR. NELSON:  SO YOUR HONOR, AT THIS POINT I MOVE FOR

11:51AM  4    ADMISSION OF EXHIBIT 851 INTO EVIDENCE.

11:51AM  5              THE COURT:  ANY OBJECTION?

11:51AM  6              MR. FERRALL:  NO OBJECTION.

11:51AM  7              THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

11:51AM  8         (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 851, HAVING BEEN

11:51AM  9    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:51AM 10    EVIDENCE.)

11:51AM 11              MR. NELSON:  ALL RIGHT.  SO LET'S GO -- WELL, WE

11:51AM 12    MIGHT AS WELL START AT THE BEGINNING.

11:51AM 13    Q.   THERE'S A SECTION THERE CALLED PURPOSE, DO YOU SEE THAT?

11:51AM 14    A.   YES.

11:51AM 15    Q.   CAN YOU TELL US WHAT THIS IS?

11:51AM 16    A.   THIS IS TO INTRODUCE PEOPLE WHO HAVE NOT ENCOUNTERED THE

11:51AM 17    PARSER-POLICE DISCUSSION GROUP BEFORE TO UNDERSTAND WHAT THE

11:51AM 18    PURPOSE OF THE MAILING LIST IS.

11:51AM 19    Q.   SO I WANT TO HIGHLIGHT A LITTLE BIT HERE WHERE IT SAYS, TO

11:51AM 20    ENSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF THE

11:51AM 21    CONFIGURATION INTERFACE TO CISCO IOS; DO YOU SEE THAT?

11:51AM 22    A.   YES.

11:51AM 23    Q.   SO WHAT DID YOU MEAN BY THAT, WHAT WERE YOU TRYING TO

11:52AM 24    CONVEY?

11:52AM 25    A.   NO, THERE'S A CERTAIN AESTHETIC TO THE DESIGN OF THE USER

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:52AM  1      INTERFACE, IT'S ARRANGED IN A HIERARCHY, THE WORDS SEND TO

11:52AM  2      APPEAR IN A SEQUENCE, AND THERE'S A SENSE OF HOW IT SHOULD BE,

11:52AM  3      AND WE -- WHEN IT WORKS WELL, WE SAY IT'S CONSISTENT, MEANING

11:52AM  4      THAT IT BEHAVES THE WAY YOU EXPECT AS YOU GO THROUGH IT.

11:52AM  5           IT'S USEABLE MEANING YOU CAN UNDERSTAND WHAT THE COMMANDS

11:52AM  6      MEAN, AND IT'S FRIENDLY, MEANING IT'S EASY TO USE AND NOT

11:52AM  7      CRAZY.

11:52AM  8      Q.   WHY DID YOU THINK THAT WAS IMPORTANT TO CONVEY TO THE

11:52AM  9      ENGINEERS THAT MIGHT BE COMING UP WITH COMMANDS?

11:52AM  10     A.   IF YOU'RE GENERATING A COMMAND, EVEN FOR THE FIRST TIME,

11:52AM  11     YOU MAY NOT HAVE ANY CONTEXT FOR THE COMMAND.  SO IT'S

11:52AM  12     IMPORTANT TO UNDERSTAND THAT THERE ARE ELEMENTS OF COMMAND

11:52AM  13     DEVELOPMENT THAT ARE IMPORTANT, INCLUDING BACKWARDS

11:52AM  14     COMPATIBILITY WITH WHAT EXISTS, THINKING ABOUT FUTURE

11:52AM  15     EXTENSIBILITY, CONSIDERING THE ENGINEER'S OWN PREFERENCES AND

11:53AM  16     THINKING ABOUT WHAT THE CUSTOMER MIGHT HAVE.  SO THESE ARE ALL

11:53AM  17     COMPETING CONCERNS.

11:53AM  18          SO YOU WANT TO LET THEM KNOW THAT THESE THINGS ARE

11:53AM  19     CONTAINED, I THINK, IN CONSISTENCY, USABILITY AND FRIENDLINESS.

11:53AM  20     Q.   AND ONE OF THE TERMS YOU USE THAT I HEARD A FEW TIMES IS

11:53AM  21     EXTENSIBILITY.

11:53AM  22     A.   YES.

11:53AM  23     Q.   CAN YOU TELL ME WHAT YOU MEAN BY THAT?

11:53AM  24     A.   WHEN FEATURES GET ADDED TO THE PRODUCT ALL THE TIME AND

11:53AM  25     THEY -- WHEN YOU ARE CREATING A COMMAND FOR THE FIRST TIME,

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:59AM   1   LAST SECTION OF THE DOCUMENT.  ITS HEADING IS SYNTAX DESIGN

11:59AM   2   GUIDELINES, DO YOU SEE THAT?

11:59AM   3   A.   YES.

11:59AM   4   Q.   SO IF I GO TO THE FIRST -- YEAH, EXACTLY, THAT FIRST

12:00PM   5   PARAGRAPH, IT SAYS, THINK EXTENSIBLE.  IF YOU ADD A COMMAND,

12:00PM   6   TRY TO ENVISION IF MORE SIMILAR COMMANDS THAT MAY BE ADDED, AND

12:00PM   7   STRUCTURE THE PARSE TREE NOT TO HAVE DEAD ENDS.

12:00PM   8        DO YOU SEE THAT?

12:00PM   9   A.   I DO.

12:00PM  10   Q.   CAN YOU EXPLAIN TO US WHAT THAT'S REFERRING TO?

12:00PM  11   A.   SO AS I MENTIONED EARLIER, COMMANDS ARE A SEQUENCE OF WORDS

12:00PM  12   ARRANGED IN A HIERARCHY.

12:00PM  13        AND THE IDEA IS THAT WHEN YOU CREATE A COMMAND WORD, YOU

12:00PM  14   SHOULD THINK ABOUT IF THAT COMMAND MIGHT EVER BE EXTENDED TO

12:00PM  15   INCLUDE ANOTHER WORD.

12:00PM  16        I HAVE AN EXAMPLE HERE, THERE'S A TECHNOLOGY CALLED DNS-IX,

12:00PM  17   AND WHEN IT WAS FIRST INTRODUCED THERE WAS ONLY THE DMDP

12:00PM  18   CAPABILITY.

12:00PM  19        SO THE ENGINEER, NOT THINKING EXTENSIBLY, MADE A SINGLE

12:01PM  20   CONCEPT.  DNS-IX-DMDP.

12:01PM  21        NOW THE PROBLEM IS WHEN WE WANTED TO ADD A NEW DNS-IX

12:01PM  22   FEATURE LATER, WE WERE STUCK, WE MADE A DEAD END.  IT WASN'T

12:01PM  23   EXTENSIBLE, BECAUSE A SINGLE WORD ACCIDENTALLY CONTAINED TWO

12:01PM  24   CONCEPTS.  JUST AN OVERSIGHT.

12:01PM  25        SO WE SAID THE BETTER PRACTICE WOULD BE TO MAKE DNS-IX ITS

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

12:01PM 1    OWN NODE SO THAT YOU CAN EXTEND THE HIERARCHY AND ADD DMDP

12:01PM 2    LATER, ADD ANY OTHER FEATURE AFTER IT SO THAT ALL THE DNS-IX

12:01PM 3    COMMANDS WOULD BE NATURALLY GROUPED TOGETHER

12:01PM 4    Q.   AND WHEN YOU ARE TALKING ABOUT THAT, YOU ARE TALKING ABOUT

12:01PM 5    THE SEQUENCE OF THE WORDING OF THE COMMANDS?

12:01PM 6    A.   THE SEQUENCE OF THE WORDS IN THE COMMAND IN THE

12:01PM 7    COMMAND-LINE INTERFACE.

12:01PM 8    Q.   OKAY.

12:01PM 9         THE COURT:  IS THAT THE END OF THE DOCUMENT?

12:02PM 10        MR. NELSON:  YEAH, I'M AT THE END OF THE DOCUMENT,

12:02PM 11   YOUR HONOR.

12:02PM 12        THE COURT:  ALL RIGHT.  IT'S TIME FOR OUR LUNCH

12:02PM 13   BREAK.  LET'S TAKE OUR ONE-HOUR LUNCH AND WE WILL COME BACK AT

12:02PM 14   1:05.

12:02PM 15        MR. NELSON:  THANK YOU, YOUR HONOR.

12:02PM 16      (WHEREUPON A RECESS WAS TAKEN.)

01:06PM 17        THE COURT:  ALL OF OUR JURORS ARE HERE AND, MR. NELSON, WE

01:06PM 18   ARE GOING TO CALL MR. REMAKER BACK TO THE STAND; IS THAT

01:06PM 19   CORRECT?

01:06PM 20        MR. NELSON:  YES, YOUR HONOR.  LET ME FIND HIM.

01:06PM 21        THE COURT:  THAT WOULD BE A GOOD THING.

01:06PM 22        MR. NELSON:  I FOUND HIM.

01:07PM 23        THE COURT:  GOOD AFTERNOON.  ALL RIGHT.  MR. NELSON,

01:07PM 24   GO AHEAD, PLEASE.

01:07PM 25        MR. NELSON:  THANK YOU, YOUR HONOR.

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:50PM 1    A.   YES.

01:50PM 2    Q.   OKAY.  AND I TAKE IT YOU CAN'T SPEAK TO WHAT WAS GOING

01:50PM 3    THROUGH THE MINDS OF THE PEOPLE, WHOEVER THEY WERE, WHO CREATED

01:50PM 4    THE OTHER 400 AND SOME COMMANDS, RIGHT?

01:50PM 5    A.   THAT'S CORRECT.

01:50PM 6    Q.   FOR EXAMPLE, YOU DON'T KNOW ONE WAY OR THE OTHER, WHETHER

01:50PM 7    THE AUTHORS OF ANY OF THOSE OTHER COMMANDS COPIED FROM SOME

01:50PM 8    OTHER PLACE, ANY OF THE WORDS THEY USED IN THOSE COMMANDS?

01:50PM 9    A.   I WOULD HAVE NO WAY TO KNOW THAT PERSONALLY.

01:50PM 10   Q.   AND I THINK WE SAW IN YOUR DIRECT TESTIMONY THAT CISCO

01:50PM 11   ENGINEERS ARE FREE TO USE INDUSTRY STANDARD PUBLICATIONS WHEN

01:50PM 12   THEY COME UP WITH COMMANDS, RIGHT?

01:50PM 13   A.   THAT'S CORRECT.

01:50PM 14   Q.   AND THAT WOULD INCLUDE, FOR EXAMPLE, IEEE STANDARD

01:51PM 15   PUBLICATIONS, RIGHT?

01:51PM 16   A.   CORRECT.

01:51PM 17   Q.   AND IETF PUBLICATIONS, CORRECT?

01:51PM 18   A.   YES.

01:51PM 19   Q.   NOW ON THE SUBJECT OF COMMANDS, I THINK YOU'VE USED THE

01:51PM 20   TERM NERD KNOB TO REFER TO A COMMAND, HAVEN'T YOU?

01:51PM 21   A.   I HAVE USED THAT TERM.

01:51PM 22   Q.   AND THAT'S BECAUSE A CLI COMMAND IS SORT OF LIKE A KNOB TO

01:51PM 23   CONTROL THE FUNCTION OF THE DEVICE, IS THAT FAIR?

01:51PM 24   A.   A NERD KNOB IS A SPECIFIC CLASS OF COMMAND, BUT OKAY.

01:51PM 25   Q.   OKAY.  LET'S TALK A LITTLE BIT ABOUT YOUR SHOW INVENTORY

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:03PM  1   COMPATIBLE, YOU WERE TALKING ABOUT BEING BACKWARD COMPATIBLE

03:03PM  2   WITH CISCO PRODUCTS; IS THAT CORRECT?

03:03PM  3   A.   CORRECT.   JUST THEIR COMMAND LANGUAGE.   SO THE SYNTAX HAD

03:03PM  4   TO BE EXACTLY THE SAME, CHANGE NO COMMANDS.

03:03PM  5   Q.   DID THEY TELL YOU ANYTHING ABOUT WHAT YOU COULD DO WITH THE

03:03PM  6   CODE THAT IMPLEMENTED THE PARSER?

03:03PM  7   A.   NO, THERE WAS NO DIRECTION, JUST MAKE IT SO THAT IT'S

03:03PM  8   PORTABLE SO WE CAN MOVE IT.

03:04PM  9   Q.   AND DID YOU FOLLOW THAT GUIDANCE FROM CISCO, DID YOU CHANGE

03:04PM  10  ANY OF THE COMMANDS?

03:04PM  11  A.   WE DID NOT CHANGE ANY OF THE COMMANDS, NO.   WE FOLLOWED IT.

03:04PM  12  Q.   DID YOU END UP ADDING ANY FUNCTIONALITY TO THE USER

03:04PM  13  INTERFACE?

03:04PM  14  A.   YES, WE DID.

03:04PM  15       IN THE COURSE OF GOING THROUGH AND WRITING THE STUFF,

03:04PM  16  MYSELF AND THE OTHER MEMBERS OF MY TEAM THAT WERE BETWEEN 2 AND

03:04PM  17  4 OF US AT DIFFERENT POINTS IN TIME WORKING ON THIS, OVER THE

03:04PM  18  COURSE OF 18 MONTHS.

03:04PM  19       WE SPENT -- WE HAD SPENT TIME WORKING ON OTHER OPERATING

03:04PM  20  SYSTEMS THAT PROVIDED SOME LITTLE LEVEL OF HELP, SO YOU COULD

03:04PM  21  ASK THE SYSTEM, CAN YOU DESCRIBE A COMMAND TO ME.   AND LET ME

03:04PM  22  KNOW WHAT ALL THE WORDS ARE THAT I NEEDED TO TYPE IN FOR A

03:04PM  23  SPECIFIC COMMAND.

03:04PM  24       AND THAT WAS NOT AVAILABLE IN THE CISCO PARSER AT THE TIME

03:04PM  25  WE STARTED THE PROJECT.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:11PM  1    THAT WERE COPIED FROM CISCO INTO ARISTA'S PRODUCTS; YOU

04:11PM  2    UNDERSTAND THAT, CORRECT?

04:11PM  3    A.   SORRY, I DON'T QUITE KNOW WHAT YOU MEAN.

04:12PM  4    Q.   YOU UNDERSTAND THAT ARISTA COPIED SOME OF THE COMMANDS AT

04:12PM  5    ISSUE IN THIS CASE FROM CISCO; YOU UNDERSTAND THAT, CORRECT?

04:12PM  6    A.   OUR COMMAND INTERPRETER RECOGNIZES MANY OF THE SAME

04:12PM  7    COMMANDS, THAT'S RIGHT.

04:12PM  8    Q.   ARE YOU DENYING, SIR, THAT ARISTA COPIED CISCO'S CLI

04:12PM  9    COMMANDS FROM CISCO SOURCES; ARE YOU DENYING THAT?

04:12PM  10   A.   COPIED FROM?

04:12PM  11   Q.   CISCO SOURCES?

04:12PM  12   A.   NO, I'M NOT.

04:12PM  13   Q.   YOU ARE NOT DENYING THAT, RIGHT?

04:12PM  14   A.   NO.

04:12PM  15   Q.   SO CISCO COPIED CLI COMMANDS AND SOME OUTPUTS FROM CISCO

04:12PM  16   SOURCES INTO ARISTA PRODUCTS, CORRECT?

04:12PM  17   A.   WE DIDN'T COPY CISCO OUTPUTS INTO OUR CODE, NO, I DON'T

04:12PM  18   THINK THAT'S ACCURATE.

04:12PM  19   Q.   LET ME FOCUS ON THE COMMANDS, WE WILL GET TO THE OUTPUTS

04:12PM  20   LATER.

04:12PM  21        ISN'T IT TRUE, SIR, THAT ARISTA COPIED SOME OF CISCO'S CLI

04:12PM  22   COMMANDS FROM CISCO SOURCES AND PUT IT INTO ARISTA'S PRODUCTS?

04:12PM  23   A.   YES, THAT'S RIGHT.

04:12PM  24   Q.   THAT'S RIGHT.

04:12PM  25        BUT NO ONE ELSE AT ARISTA HAS BEEN REPRIMANDED OR ASKED TO

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:40PM  1    CONFIGUREABLE.

04:41PM  2    Q.   WELL, YOU COULD REPLACE THEM WITH YOUR COMMANDS.  YOU COULD

04:41PM  3    REPLACE THEM THE CISCO COMMAND WITH ARISTA'S OWN COMMANDS AND

04:41PM  4    YOUR PRODUCTS WOULD WORK JUST FINE; ISN'T THAT TRUE?

04:41PM  5    A.   IT'S A LITTLE HYPOTHETICAL.  I THINK WE WOULD HAVE TO COME

04:41PM  6    UP WITH AN ALTERNATIVE COMMAND LANGUAGE, BUT IT'S CERTAINLY

04:41PM  7    TECHNICALLY ACHIEVABLE.

04:41PM  8    Q.   YOU CAN CERTAINLY REMOVE COMMANDS FROM YOUR PRODUCTS THAT

04:41PM  9    OVERLAP WITH CISCO'S CLI USER INTERFACE COMMANDS AS A TECHNICAL

04:41PM  10   MATTER; ISN'T THAT TRUE, SIR?

04:41PM  11   A.   YES, YOU COULD REMOVE COMMANDS.

04:41PM  12   Q.   AND IN FACT, YOU ACTUALLY HAVE AN INTERFACE CALLED

04:41PM  13   LINUX-INTERFACE THAT DOES NOT USE THE CISCO CLI COMMANDS; ISN'T

04:41PM  14   THAT TRUE?

04:41PM  15   A.   THAT'S RIGHT.

04:41PM  16   Q.   THAT'S CORRECT, RIGHT?

04:41PM  17   A.   YES.

04:41PM  18   Q.   AND YOU'VE SAID THAT YOU DON'T HAVE TO USE THE CLI IF YOU

04:41PM  19   DON'T WANT TO, THE NATIVE LINUX INTERFACES ARE ALL THERE AND

04:41PM  20   ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A PURE LINUX APPROACH,

04:42PM  21   YOU'VE SAID THOSE THINGS, CORRECT?

04:42PM  22   A.   I DID.

04:42PM  23   Q.   YOU'VE HEARD A LOT ABOUT OPEN OR INDUSTRY STANDARD.

04:42PM  24        YOU'VE NEVER ASKED CISCO WHETHER CLI WAS AN OPEN STANDARD

04:42PM  25   THAT ANYONE CAN USE WITHOUT PERMISSION?  YOU'VE NEVER ASKED

08:21AM

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                            SAN JOSE DIVISION

5

6

     CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
7                                      )
                          PLAINTIFF,   )   SAN JOSE, CALIFORNIA
8                                      )
                   VS.                 )   NOVEMBER 30, 2016
9                                      )
     ARISTA NETWORKS, INC.,            )   VOLUME 5
10                                     )
                          DEFENDANT    )   PAGES 820-1114
11                                     )

12                        TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE BETH LABSON FREEMAN
13                      UNITED STATES DISTRICT JUDGE

14        A P P E A R A N C E S:

15        FOR THE PLAINTIFF:  DAVID A. NELSON
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
16                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
17

18        FOR THE PLAINTIFF:  QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
19                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA  94111
20

21

22                 APPEARANCES CONTINUED ON NEXT PAGE

23        OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:31AM  1  Q.   WE LOOKED AT, OR MR. NELSON SHOWED YOU A NUMBER OF LINES IN

11:31AM  2  THIS, WERE THERE ANY FEATURES THAT YOU TALKED ABOUT WITH

11:31AM  3  MR. NELSON, ONES THAT YOU WOULD HAVE CONSIDERED PROPRIETARY TO

11:31AM  4  CISCO?

11:31AM  5  A.   NO.

11:31AM  6  Q.   WERE ANY OF THE LINES THAT MR. NELSON ASKED YOU ABOUT, WERE

11:32AM  7  THOSE ACTUAL CLI COMMANDS IN THOSE LINES?

11:32AM  8  A.   THEY WERE GENERALLY REFERRING TO THE FEATURE OF THE

11:32AM  9  FUNCTIONALITY.

11:32AM  10  Q.   AND JUST TO BE CLEAR, CAN YOU EXPLAIN THE DIFFERENCE

11:32AM  11  BETWEEN THE CLI COMMAND AND THE FEATURE?

11:32AM  12  A.   DEPENDING ON THE FEATURE, SOMETIMES IT CAN BE USED

11:32AM  13  SYNONYMOUSLY BECAUSE NETWORK ENGINEERS REFER TO THE CLI WHEN

11:32AM  14  THEY WANT TO TALK ABOUT THE FEATURE.

11:32AM  15      FOR EXAMPLE, THERE'S A ROUTING PROTOCOL CALLED BGP, AND IF

11:32AM  16  YOU WANT TO CHANGE THE ADVERTISEMENT INTERVAL, YOU SAY, BGP

11:32AM  17  INTERVAL AS SORT OF THE FEATURE, BUT THAT MAY ALSO BE THE

11:32AM  18  COMMAND.

11:32AM  19  Q.   FOR THE FEATURES THAT YOU WALKED THROUGH WITH MR. NELSON,

11:32AM  20  DID ARISTA IMPLEMENT THOSE, TO YOUR KNOWLEDGE?

11:33AM  21  A.   WE IMPLEMENTED, I WOULD SAY, MANY OF THESE, BUT I DON'T

11:33AM  22  RECALL SPECIFICALLY EACH ONE THAT WAS DONE OR NOT.  AND IN

11:33AM  23  CERTAIN CASES LIKE ZTP, WHICH WAS DISCUSSED, IF THERE COULD

11:33AM  24  HAVE BEEN A BETTER WAY, WE WOULD HAVE INVENTED THAT AS WELL.

11:33AM  25  Q.   AND WHY DON'T WE TALK ABOUT THAT.  I THINK THAT WAS

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:23PM  1    Q.   NEXUS 7000.  HOW MANY COMMANDS ARE IN NX-OS IN TOTAL?

04:24PM  2    A.   I DO NOT KNOW THAT NUMBER.

04:24PM  3    Q.   YOU DIDN'T COUNT THAT?

04:24PM  4    A.   NO.

04:24PM  5    Q.   OKAY.  DO YOU KNOW HOW MANY COMMANDS ARE IN IOS?

04:24PM  6    A.   AS I SAID THE NUMBER OF COMMANDS IN IOS CHANGE EVERY DAY.

04:24PM  7    AND WE TALKED ABOUT 14, 15,000 COMMANDS.

04:24PM  8    Q.   YEAH, IT WAS 16,000 AT LEAST SEVERAL YEARS AGO, RIGHT?

04:24PM  9    A.   PROBABLY.

04:24PM  10   Q.   AND IT PROBABLY IS GOING UP, RIGHT?

04:24PM  11   A.   EXACTLY.

04:24PM  12   Q.   OKAY.  AND SO YOU SAID THERE WERE 1500 COMMANDS ON THE

04:24PM  13   NEXUS 7000, BY YOUR COUNT?

04:24PM  14   A.   YES.

04:24PM  15   Q.   AND IS IT FAIR TO SAY THAT EACH COMMAND RELATES TO A

04:24PM  16   FUNCTION?

04:24PM  17   A.   EACH COMMAND RELATES TO ONE OF THE FUNCTIONS IN THE SWITCH.

04:24PM  18   Q.   OKAY.  SO AN OPERATING SYSTEM THAT HAD SIGNIFICANTLY MORE

04:24PM  19   THAN 1500 COMMANDS RUNNING ON THE SWITCH, THAT'S GOING TO BE A

04:24PM  20   SWITCH WITH MORE FUNCTIONS, RIGHT?

04:24PM  21   A.   THAT'S TRUE.

04:24PM  22   Q.   AND SO WOULD IT SURPRISE YOU TO KNOW THAT ARISTA'S SWITCH

04:25PM  23   ACTUALLY HAS WELL OVER 5,000 COMMANDS?

04:25PM  24   A.   I DON'T KNOW.

04:25PM  25   Q.   YOU DON'T KNOW ARISTA'S SWITCH?

12:20:04

          1                  IN THE UNITED STATES DISTRICT COURT

          2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

          3                          SAN JOSE DIVISION

          4

          5

          6   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
                                                )
          7                    PLAINTIFF,       )  SAN JOSE, CALIFORNIA
                                                )
          8              VS.                     )  DECEMBER 1, 2016
                                                )
          9   ARISTA NETWORKS, INC.,            )  VOLUME 6
                                                )
         10                    DEFENDANT        )  PAGES 1115-1309
              _____ )

         11                    TRANSCRIPT OF PROCEEDINGS
                      BEFORE THE HONORABLE BETH LABSON FREEMAN
         12               UNITED STATES DISTRICT JUDGE

         13   A P P E A R A N C E S:

         14   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                                     BY:  DAVID A. NELSON
         15                          500 WEST MADISON STREET, SUITE 2450
                                     CHICAGO, IL 60661

         16

         17   FOR THE PLAINTIFF:
                                     BY:  SEAN PAK
         18                          50 CALIFORNIA STREET, 22ND FLOOR
                                     SAN FRANCISCO, CALIFORNIA 94111

         19

         20

         21

         22              APPEARANCES CONTINUED ON NEXT PAGE

         23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                           CERTIFICATE NUMBER 13185

         24

         25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                         TRANSCRIPT PRODUCED WITH COMPUTER

03:16:22  1        PRONOUNCE THE LETTERS, IT'S NOT A REAL WORD.

03:16:25  2            BUT IT'S VERY COMMON FOR ENGINEERS TO TALK ABOUT ACL'S.

03:16:31  3        AFTER A WHILE, THEY USE ENOUGH OF THESE, IT STARTS TO SOUND

03:16:35  4        LIKE A FOREIGN LANGUAGE, BUT IT DOES MAKE SENSE TO THE

03:16:37  5        ENGINEERS WHO SEE THESE COMMANDS.

03:16:39  6        Q.   AND ACL, WHAT DOES THAT STAND FOR?

03:16:42  7        A.   ACCESS CONTROL LISTS, ACL.

03:16:44  8        Q.   NOW IF WE MOVE FORWARD, IN TERMS OF YOUR ANALYSIS, DID YOU

03:16:51  9        DECIDE WHETHER THE ARRANGEMENT PLAYS INTO THE CREATIVITY PART?

03:16:54 10        A.   I DO.  OR I DID.  AND IT DOES PLAY A ROLE.

03:17:03 11            IN FACT, IF YOU REMEMBER TO JUST TWO MINUTES AGO WHERE I

03:17:07 12        TALKED ABOUT THE PARSER-POLICE MANIFESTO THAT BOX NUMBER ONE

03:17:11 13        WAS ABOUT EXTENSIBLE.  AND PART OF THAT HAS TO DO WITH THE WORD

03:17:15 14        ORDER THAT YOU CAN USE.

03:17:16 15            AND SO YOU CAN USE SOMETHING LIKE SHOW IP ACCESS LISTS,

03:17:22 16        AGAIN IS OUR EXAMPLE.  AND REALLY YOU CAN ORGANIZE THOSE IN ANY

03:17:26 17        WAY.

03:17:27 18            AND ONE ENGINEER MIGHT SAY THE EMPHASIS HERE IS ON

03:17:30 19        DISPLAYING INFORMATION.  ANOTHER ONE MIGHT SAY, WELL THE

03:17:33 20        EMPHASIS REALLY IS ON ACCESS LISTS, SOY I COULD CREATE A

03:17:38 21        HIERARCHY CALLED ACCESS LISTS, I COULD IDENTIFY WHAT THE

03:17:42 22        PROTOCOL IS NEXT, IP OR OTHER KINDS OF ACCESS LISTS, AND THEN A

03:17:46 23        VERB TO SHOW WHAT THE CONFIGURATION IS, CONFIG TO CONFIGURE

03:17:52 24        THEM.

03:17:53 25            SO THE WORD CHOICE AND THE ORDERING HERE IS SOMETHING

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                    )
                   PLAINTIFF,        )  SAN JOSE, CALIFORNIA
7                                    )
            VS.                      )  DECEMBER 2, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )  VOLUME 7
9                                    )
                   DEFENDANT         )  PAGES 1310-1588
10   _____ )

11                 TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  DAVID A. NELSON
15                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
18                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

10:16:06  1    MIGHT BE THE CASE.  I HAVEN'T LISTED ALL THE DIFFERENT CISCO

10:16:09  2    MANUALS WHERE THAT APPEARS.

10:16:11  3    Q.   NOW, YOU TESTIFIED YESTERDAY ABOUT HELP DESCRIPTIONS.  THE

10:16:22  4    HELP DESCRIPTIONS ARE TEXT THAT APPEARS WHEN THE USER TYPES A

10:16:24  5    QUESTION MARK AFTER A WORD, I BELIEVE YOU SAID; IS THAT

10:16:28  6    CORRECT?

10:16:28  7    A.   YES.  I THINK YOU CAN, AT THE PROMPT, EVEN JUST TYPE A

10:16:32  8    QUESTION MARK WITH NO WORD.

10:16:33  9    Q.   AND YOU CAN DO IT -- YOU CAN PUT THE QUESTION MARK AFTER

10:16:37  10   ANY WORD IN THE COMMAND; RIGHT?

10:16:39  11   A.   YES.

10:16:39  12   Q.   SO YOU WERE TESTIFYING YESTERDAY ABOUT HELP DESCRIPTIONS

10:16:44  13   IN IOS XR, VERSION 5.14; RIGHT?

10:16:49  14   A.   THAT WAS PART OF IT.  I TESTIFIED ABOUT OTHER VERSIONS AS

10:16:53  15   WELL.

10:16:53  16   Q.   AND THERE ARE THOUSANDS AND THOUSANDS OF HELP DESCRIPTIONS

10:16:59  17   IN -- EVEN THE ONE VERSION THAT YOU DID TALK ABOUT?

10:17:02  18   A.   I BELIEVE THERE ARE MANY, AT LEAST A THOUSAND, PROBABLY

10:17:08  19   MULTIPLE THOUSAND.  I DON'T HAVE AN EXACT COUNT.

10:17:10  20   Q.   WELL, DR. BLACK LOOKED AT IOS XR AND HE FOUND MORE THAN

10:17:18  21   50,000 HELP DESCRIPTIONS IN JUST THAT VERSION.  DOES THAT SOUND

10:17:22  22   RIGHT TO YOU?

10:17:23  23   A.   IT DOESN'T.  I WOULD HAVE TO GO BACK AND LOOK AT HIS

10:17:29  24   REPORT.

10:17:29  25   Q.   BUT YOU DON'T HAVE A TOTAL NUMBER; IS THAT RIGHT?

ALMEROTH REDIRECT BY MR. NELSON                    1401

10:43:28  1    A.   YES.

10:43:28  2    Q.   CAN YOU JUST TELL ME WHAT THE RFC IS?

10:43:33  3    A.   RIGHT.  THE RFC IS A STANDARD THAT COMES OUT OF THE

10:43:38  4    ENGINEERING TASK FORCE.  IT STANDS FOR REQUEST FOR COMMENTS.

10:43:41  5    YOU WOULDN'T THINK A DOCUMENT CALLED REQUEST FOR COMMENTS IS A

10:43:44  6    STANDARD, BUT THAT GOES BACK INTO THE EARLY DAYS OF THE

10:43:52  7    TECHNOLOGY.

10:43:52  8        SO EVERYBODY UNDERSTANDS THOSE ARE STANDARDS.  THEY ARE

10:43:55  9    PUBLISHED.  THEY DEAL WITH PROTOCOLS.  THEY DESCRIBE THE

10:43:57 10    FORMATS OF THE BITS.  THEY ARE VERY DETAILED BECAUSE THESE

10:44:00 11    KINDS OF EXCHANGES GO BETWEEN COMPUTERS AND THERE CAN'T BE ANY

10:44:06 12    AMBIGUITY ABOUT WHAT THE COMMUNICATION IS AND WHAT THE DATA

10:44:10 13    MEANS.

10:44:11 14    Q.   SO DO THOSE STANDARDS DEFINE ANYTHING ABOUT THE USER

10:44:14 15    INTERFACE?

10:44:14 16    A.   NO.  THEY DEFINE WHAT THE PROTOCOLS ARE WITH THE DATA THAT

10:44:22 17    GETS SENT OVER THE NETWORK.  THEY DON'T SAY HOW THE USER

10:44:25 18    INTERFACE SHOULD WORK.  THEY DON'T SAY WHAT THE COMMANDS SHOULD

10:44:27 19    BE.  ALL OF THAT IS LEFT UP TO THE IMPLEMENTER.

10:44:30 20    Q.   IS THERE ANY ONE OF THESE STANDARDS BODIES THAT YOU TALKED

10:44:33 21    ABOUT FOR USER INTERFACES?

10:44:34 22    A.   NO, NO, NOT FOR THE COMMANDS OR THE OUTPUTS OR THE HELP

10:44:42 23    DESCRIPTIONS.  THERE'S NO STANDARDS BODY.  THERE'S SIMPLY NONE

10:44:45 24    THAT EXISTS THAT PRODUCES ANY KIND OF STANDARD THAT SAYS WHAT

10:44:48 25    THOSE COMMANDS SHOULD BE.

04:01:44  1    YOU ASKED TO ASSUME INFRINGEMENT BY ARISTA.  CAN YOU EXPLAIN

04:01:47  2    THAT ASSUMPTION?

04:01:48  3    A.   OH, YES.  SO FOR THE PURPOSES OF MY ANALYSIS, I AM

04:01:53  4    ASSUMING THAT THE COPYRIGHTS HAVE BEEN FOUND TO BE INFRINGED

04:01:59  5    AND THAT ALSO THAT THE PATENT HAS BEEN FOUND TO BE INFRINGED.

04:02:05  6         SO MY TESTIMONY IS RELEVANT ONLY IF THE JURY FINDS EITHER

04:02:11  7    AND THAT THE COPYRIGHTS HAVE BEEN INFRINGED, CISCO'S COPYRIGHTS

04:02:17  8    HAVE BEEN INFRINGED AND/OR THAT THE PATENT HAS BEEN INFRINGED.

04:02:21  9    Q.   THANK YOU, DOCTOR.

04:02:22  10        SO IF WE LOOK AT THE NEXT SLIDE IN TERMS OF MATERIALS

04:02:25  11   CONSIDERED, CAN YOU WALK US THROUGH THE TYPE OF EVIDENCE THAT

04:02:27  12   YOU CONSIDERED IN FORMING YOUR ECONOMIC OPINIONS IN THIS CASE?

04:02:31  13   A.   SURE.  SO A LOT OF THE EVIDENCE WAS, OF COURSE, MATERIALS

04:02:34  14   PRODUCED IN THIS CASE.  SO I LOOKED AT THE COMPLAINT.  I

04:02:40  15   EXAMINED THE DOCUMENTS PRODUCED BY BOTH PARTIES IN THE CASE.  I

04:02:45  16   REVIEWED A LOT OF DEPOSITION TESTIMONY, SO THOSE ARE

04:02:50  17   DEPOSITIONS THAT WERE TAKEN PRIOR TO THE START OF TRIAL.

04:02:53  18        I EVALUATED PUBLICLY AVAILABLE INFORMATION ABOUT THE

04:02:57  19   COMPANIES AND ABOUT THE INDUSTRY; I HAD A NUMBER OF

04:03:02  20   CONVERSATIONS WITH CISCO'S TECHNICAL EXPERTS, DRS. ALMEROTH AND

04:03:09  21   JEFFAY; I HAD A NUMBER OF CONVERSATIONS WITH CISCO EMPLOYEES;

04:03:12  22   AND ALSO THE TRIAL TESTIMONY FOR THIS WEEK.

04:03:17  23        LET ME MENTION THAT I WASN'T ABLE TO BE IN COURT EVERY

04:03:21  24   MINUTE, SO, FOR EXAMPLE, I WAS TEACHING EARLIER THIS WEEK ON

04:03:25  25   THE EAST COAST.  BUT I REVIEWED ALL OF THE -- I READ ALL OF THE

1             IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5

     CISCO SYSTEMS, INC.,          )  CV-14-5344-BLF

6                       )

               PLAINTIFF,   )  SAN JOSE, CALIFORNIA

7                       )

             VS.          )  DECEMBER 5, 2016

8                       )

     ARISTA NETWORKS, INC.,     )  VOLUME 8

9                       )

             DEFENDANT    )  PAGES 1589-1878

10   _____  )

11               TRANSCRIPT OF PROCEEDINGS

        BEFORE THE HONORABLE BETH LABSON FREEMAN

12           UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN

                    BY:  DAVID A. NELSON

15                    500 WEST MADISON STREET, SUITE 2450

                    CHICAGO, IL 60661

16

17   FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN

                    BY:  SEAN PAK

18                    50 CALIFORNIA STREET, 22ND FLOOR

                    SAN FRANCISCO, CALIFORNIA 94111

19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:   SUMMER FISHER, CSR, CRR

                        CERTIFICATE NUMBER 13185

24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY

          TRANSCRIPT PRODUCED WITH COMPUTER

04:07:54   1    Q.   OKAY.  WAS THE CISCO IOS CLI THAT YOU USED AT USC, WAS

04:08:00   2    THAT THE FIRST COMMAND-LINE INTERFACE THAT YOU USED?

04:08:02   3    A.   NO, I USED MANY OF THEM BEFORE THAT.

04:08:04   4    Q.   OKAY.  WHAT OTHER CLI'S DID YOU USE BEFORE YOU USED THE

04:08:11   5    CISCO IOS CLI?

04:08:13   6    A.   I HAD USED TOPS 20, TOPS 10, CPM, RSTS, MANY OTHERS.

04:08:22   7    Q.   AND ARE ANY OF THOSE PRODUCTS THAT YOU JUST NAMED, ARE ANY

04:08:28   8    OF THOSE CISCO PRODUCTS?

04:08:30   9    A.   NO, NONE OF THEM ARE.

04:08:31   10   Q.   DO YOU KNOW WHO THE MANUFACTURER IS FOR THOSE CLI'S THAT

04:08:35   11   YOU HAD USED BEFORE YOU STARTED USING THE CISCO IOS CLI?

04:08:38   12   A.   YES.  SEVERAL OF THOSE ARE, WERE THE PRODUCT OF DIGITAL

04:08:43   13   EQUIPMENT CORPORATION, CPM WAS A PRODUCT OF DIGITAL RESEARCH.

04:08:48   14   Q.   AND IS DIGITAL EQUIPMENT CORPORATION, ARE THEY ALSO CALLED

04:08:59   15   DEC?

04:08:59   16   A.   YES.

04:08:59   17   Q.   DID YOU EVER ANY OTHER EXPERIENCE WORKING WITH DEC CLI'S

04:09:03   18   BESIDES TOPS 20 AND TOPS 10?

04:09:05   19   A.   THERE WAS ANOTHER OPERATING SYSTEM KNOWN AS 10X WHICH RAN

04:09:10   20   ON DEC HARDWARE BUT WAS PRODUCED BY ANOTHER COMPANY.

04:09:13   21   Q.   OF ALL THOSE CLI'S THAT YOU JUST MENTIONED, WHICH OF THEM

04:09:19   22   EXISTED PRIOR TO 1985?

04:09:23   23   A.   I BELIEVE ALL OF THEM DID.

04:09:24   24   Q.   HAVE YOU EVER USED THE DEC VMS CLI?

04:09:31   25   A.   I HAVE.

LI DIRECT EXAMINATION BY MR. WONG                    1853

04:09:32  1    Q.   OKAY.  AND DO YOU KNOW WHEN YOU FIRST STARTED USING THE

04:09:35  2    DEC VMS CLI?

04:09:37  3    A.   APPROXIMATELY 1981.

04:09:41  4    Q.   AND WAS THAT ALSO WHEN YOU WERE WORKING AT THE UNIVERSITY

04:09:44  5    OF SOUTHERN CALIFORNIA, MR. LI?

04:09:46  6    A.   NO, THAT WAS WHILE I WAS A STUDENT AT HARVEY MUDD, I HAD A

04:09:53  7    780 RUNNING VMS.

04:09:54  8    Q.   AND PRIOR TO JOINING CISCO IN 1991, ABOUT HOW MANY YEARS

04:09:59  9    EXPERIENCE DID YOU HAVE USING THE DEC VMS CLI?

04:10:03  10   A.   PROBABLY ABOUT EIGHT YEARS.

04:10:08  11   Q.   CAN YOU DESCRIBE TO THE JURY THE KINDS OF COMMANDS THAT

04:10:13  12   THE DEC VMS CLI SUPPORTED?

04:10:16  13   A.   THE DEC VMS CLI HAD MANY DIFFERENT CLI COMMANDS.  PROBABLY

04:10:24  14   THE MOST COMMON ONE WAS THE "SHOW" COMMAND.  THIS WAS USED FOR

04:10:28  15   DISPLAYING INFORMATION.

04:10:29  16   Q.   AND WERE THE VMS COMMANDS, WERE THEY SINGLE COMMANDS OR

04:10:39  17   MULTIWORD COMMANDS?

04:10:40  18   A.   THEY WERE MULTIWORD COMMANDS SUCH AS "SHOW VERSION."

04:10:43  19   Q.   BESIDES "SHOW VERSION" THAT YOU JUST MENTIONED, WERE THERE

04:10:46  20   ANY OTHER SHOW COMMANDS THAT YOU RECALL BEING SUPPORTED BY THE

04:10:51  21   VMS CLI?

04:10:51  22   A.   I'M SORRY, I DON'T RECALL.

04:10:53  23   Q.   WERE THERE MORE SHOW COMMANDS THAN JUST "SHOW VERSION?"

04:10:57  24   A.   THERE WERE MANY.

04:10:58  25   Q.   AND AGAIN, THE TIME PERIOD THAT WE ARE TALKING ABOUT HERE,

LI DIRECT EXAMINATION BY MR. WONG                                    1854

```
04:11:00   1    WAS THIS 1981?

04:11:02   2    A.   1981, PROBABLY UP THROUGH ABOUT '87, '88.

04:11:06   3    Q.   WAS THERE A PARTICULAR SYNTAX THAT THE DEC VMS SHOW

04:11:14   4    COMMANDS FOLLOWED?

04:11:14   5    A.   YES.  IT WAS TYPICALLY VERB OBJECT, AND THEN OPTIONS AFTER

04:11:21   6    THAT.

04:11:21   7    Q.   AND SO BY VERB, OBJECT AND OPTIONS, THE VERB FOR THE SHOW

04:11:26   8    COMMANDS IS THE "SHOW" WORD, CORRECT?

04:11:28   9    A.   CORRECT.

04:11:28  10    Q.   AND OF THE MANY SHOW COMMANDS THAT WERE SUPPORTED IN THE

04:11:34  11    VMS CLI AS YOU JUST TESTIFIED, DID THEY ALL FOLLOW THAT

04:11:38  12    PARTICULAR SYNTAX?

04:11:39  13    A.   THEY TRIED TO.

04:11:40  14    Q.   DID MOST OF THEM FOLLOW THAT SYNTAX?

04:11:42  15    A.   MOST OF THEM.

04:11:43  16    Q.   AND I THINK YOU MENTIONED THAT YOU HAD USED THE TOPS 20

04:11:51  17    CLI; IS THAT RIGHT?

04:11:52  18    A.   YES.

04:11:52  19    Q.   AND WHEN DID YOU FIRST START USING THE TOPS 20 CLI?

04:11:56  20    A.   I FIRST STARTED USING THAT IN 1982 AS A GRAD STUDENT AT

04:12:03  21    ROCKHURST UNIVERSITY, AND I HAD AN ACCOUNT ON A TOPS 20 SYSTEM

04:12:07  22    THERE.

04:12:07  23    Q.   AND THAT'S A CLI MADE BY DEC, CORRECT?

04:12:11  24    A.   YES.

04:12:11  25    Q.   AND PRIOR TO JOINING CISCO, APPROXIMATELY HOW MANY YEARS
```

04:13:30   1      Q.   WHAT WERE THOSE SIMILARITIES BETWEEN THE DEC TOPS 20 CLI

04:13:34   2      AND THE CISCO IOS CLI?

04:13:36   3      A.   MANY OF THE HELP FUNCTIONS WERE MODELLED DIRECTLY AFTER

04:13:40   4      WHAT WAS ON TOPS 20, IT LOOKED ALMOST IDENTICAL.

04:13:44   5      Q.   WHAT OTHER SIMILARITIES WERE THERE BETWEEN THE TOPS 20 CLI

04:13:47   6      AND THE CISCO IOS CLI?

04:13:50   7      A.   THE OVERALL COMMAND SYNTAX WAS VERY SIMILAR.  AGAIN, USING

04:13:55   8      THE VERB OBJECT THEN OPTIONS FORMAT.

04:13:58   9      Q.   ANY OTHER SIMILARITIES THAT YOU CAN RECALL BETWEEN THE DEC

04:14:03  10      TOPS 20 CLI AND THE CISCO IOS CLI?

04:14:07  11      A.   THOSE ARE THE PRIMARY ONES.

04:14:10  12      Q.   OKAY.  AND MR. LI, DO YOU KNOW WHY THOSE SIMILARITIES

04:14:13  13      EXISTED BETWEEN THE CISCO IOS CLI AND THE TOPS 20 CLI?

04:14:18  14      A.   MANY PEOPLE WORKING ON CISCO IOS WERE FANS OF THE TOPS 20

04:14:23  15      OPERATING SYSTEM.  I BELIEVE LEN BOSACK, THE FOUNDER OF CISCO,

04:14:28  16      HAD ALREADY WORKED AT DEC AND WAS PART OF THE HARDWARE TEAM

04:14:32  17      DESIGNING THAT HARDWARE FOR DEC.

04:14:37  18           MR. VAN NEST:  WOULD YOU ASK THAT AGAIN.  I THINK

04:14:39  19      SOMEONE COUGHED.

04:14:41  20           MR. WONG:  I'M SORRY.

04:14:42  21      Q.   COULD YOU EXPLAIN AGAIN TO THE JURY, MR. LI, WHY THERE

04:14:47  22      WERE SIMILARITIES BETWEEN THE CISCO IOS CLI AND THE TOPS 20 CLI

04:14:51  23      MADE BY DEC?

04:14:52  24      A.   THERE WERE MANY PEOPLE AT CISCO WHO WERE FANS OF THE TOPS

04:14:56  25      20 OPERATING SYSTEM.  WE ACTUALLY HAD SEVERAL OF THEM THAT WE

04:31:57  1          SO DR. LI THEN, I WANT TO TALK ABOUT PROCKET A LITTLE BIT.

04:32:00  2          SO THAT WAS THE COMPANY THAT YOU MENTIONED EARLIER THAT

04:32:03  3     STARTED ABOUT 1999; RIGHT?

04:32:04  4     A.   UH-HUH, YES.

04:32:05  5     Q.   AND CISCO WAS AN INVESTOR IN THAT COMPANY YOU MENTIONED?

04:32:12  6     A.   YES.

04:32:12  7     Q.   SO THEY OWNED PART OF THAT COMPANY, CORRECT?

04:32:14  8     A.   YES.

04:32:16  9     Q.   AND HAD SOMEBODY SITTING ON THE BOARD, I THINK YOU

04:32:18 10     MENTIONED, RIGHT?

04:32:18 11     A.   A BOARD AND SERVER.

04:32:20 12     Q.   SO I THINK WHEN YOU WERE TALKING ABOUT THE PROCKET SWITCH,

04:32:23 13     THE PRODUCT THEY HAD THAT YOU SAID THAT YOU COPIED THE COMMANDS

04:32:29 14     THAT WERE RELEVANT TO THE FEATURE SET YOU HAD, ISN'T THAT

04:32:32 15     RIGHT?

04:32:32 16     A.   THAT'S CORRECT.

04:32:32 17     Q.   SO IN OTHER WORDS, YOU DIDN'T COPY COMMANDS THAT WEREN'T

04:32:35 18     RELEVANT TO FEATURES YOU DIDN'T HAVE IN THE PRODUCT; RIGHT?

04:32:38 19     A.   YES.

04:32:38 20          FOR EXAMPLE, SINCE WE DID NOT SUPPORT APPLE TALK, WE DID

04:32:43 21     NOT IMPLEMENT THE APPLE TALK COMMANDS OUT OF IOS.

04:32:46 22     Q.   RIGHT.  IT WOULDN'T MAKE MUCH SENSE TO COPY COMMANDS THAT

04:32:49 23     DON'T HAVE ANYTHING TO DO WITH THE FEATURES IN YOUR PRODUCTS;

04:32:54 24     RIGHT?

04:32:54 25     A.   YES.

1873

```
04:49:43   1          MR. PAK:  NO OBJECTION, YOUR HONOR.

04:49:44   2          THE COURT:  IT WILL BE ADMITTED.

04:49:45   3      (DEFENDANT'S EXHIBIT 5146 WAS ADMITTED INTO EVIDENCE.)

04:49:45   4          MR. VAN NEST:  BUT YES, YOU CAN.

04:49:47   5          THE COURT:  ALL RIGHT.  LET'S LET THE JURY GO HOME.

04:49:50   6       ALL RIGHT.  WE'VE REACHED THE END OF THE COURT DAY.

04:49:52   7       TOMORROW ON TUESDAY, REMEMBER YOU COME AT 10:00.  I WILL

04:49:55   8   HAVE MY CRIMINAL CALENDAR FIRST, SO I WILL GET THAT TAKEN CARE

04:49:58   9   OF AND THEN I WILL SEE YOU AT 10:00 AND WE WILL HAVE A FULL DAY

04:50:03  10   AFTER THAT.

04:50:03  11       LEAVE ME YOUR NOTEBOOKS AND YOUR BINDERS AND YOUR BADGES.

04:50:08  12   HAVE A GOOD EVENING AND I WILL SEE YOU TOMORROW.

04:50:20  13          (JURY OUT AT 4:50 P.M.)

04:50:22  14          THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.

04:50:43  15       MY ONLY ISSUE IS I ACTUALLY HAVE LOST TRACK OF WHAT WE

04:50:47  16   HAVE FOR TOMORROW MORNING.  THERE'S ANOTHER DEPOSITION THAT WAS

04:50:51  17   GOING TO BE DELIVERED TO ME, IS THAT RIGHT?

04:50:54  18          MR. VAN NEST:  YES.  WELL, TWO THINGS.

04:50:57  19       YES, THE GOURLAY DEPOSITION SHOULD BE ON ITS WAY

04:51:02  20    EMINENTLY.  I THOUGHT IT HAD BEEN DELIVERED ALREADY.

04:51:04  21          MR. FERRALL:  THIS IS HOW EMINENT IT IS.

04:51:06  22          MR. VAN NEST:  THERE IT IS.

04:51:07  23          THE COURT:  THAT'S GOURLAY.  OKAY.

04:51:09  24          MR. VAN NEST:  THAT'S GOURLAY.  AND I BELIEVE WE HAVE

04:51:15  25   SUBMITTED A NUMBER THAT ARE DUE TO BE PROVIDED NOW THAT HAVE
```

```
04:51:25   1    BEEN DELIVERED.

04:51:26   2         SO THE OTHER --

04:51:28   3              THE COURT:  THE OTHER DEPOSITIONS, I'M JUST TRYING

04:51:31   4    TO -- WHAT OTHER DEPOSITION?  BECAUSE I JUST WANT A LIST OF THE

04:51:36   5    DEPOSITIONS.  I THOUGHT I WAS CAUGHT UP THIS MORNING WHEN I DID

04:51:40   6    SATZ AND --

04:51:42   7              MR. VAN NEST:  YOU ARE, YOU ARE.

04:51:43   8              THE COURT:  OKAY.  THAT'S EXCELLENT.

04:51:47   9              MR. VAN NEST:  YOU ARE CAUGHT UP.

04:51:49  10              THE COURT:  I JUST WANT TO KEEP UP WITH YOU.

04:51:51  11              MR. VAN NEST:  YOU ARE CAUGHT UP.

04:51:53  12         THE OTHER ONES WE HAVE IN THIS PACKET OR TO BE HERE

04:51:56  13    SHORTLY ARE GOURLAY, WHICH SHOULD BE THERE, AND KASTEN WE

04:52:01  14    COVERED.

04:52:02  15              THE COURT:  WE'VE DONE KASTEN.

04:52:04  16              MR. VAN NEST:  PATILL.  P-A-T-I-L.  CATO, C-A-T-O.

04:52:15  17    VENKATRAMAN, THAT'S V-E-N-K-A-T-R-A-M-A-N, AND MALIK,

04:52:21  18    M-A-L-I-K.

04:52:24  19         AND THAT'S ALL THE DEPOS.  AND YOU HAVE EITHER RIGHT NOW

04:52:28  20    OR WILL SHORTLY.

04:52:30  21              THE COURT:  IT LOOKS LIKE THAT MAY BE ALL OF THEM.

04:52:33  22              THE CLERK:  GOURLAY IS NOT IN HERE.  THE OTHERS ARE.

04:52:36  23              MR. VAN NEST:  SO THAT'S THE OTHERS, AND GOURLAY WILL

04:52:39  24    BE HERE, I ASSUME, EMINENTLY.

04:52:41  25              MR. SANTACANA:  I'M CHECKING ON IT, YOUR HONOR.
```

09:23:12

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

    CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
6                                     )
                      PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )   DECEMBER 6, 2016
8                                     )
    ARISTA NETWORKS, INC.,            )   VOLUME 9
9                                     )
                      DEFENDANT       )   PAGES 1879-2157
10    _____ )

11                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  DAVID A. NELSON
15                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
18                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

02:38:34  1        I KIND OF HAD THAT OPPORTUNITY IN WHAT I COULD DO,

02:38:44  2   LITERALLY NOBODY COULD SAY THAT, DON'T DO THAT, I COULD DO

02:38:45  3   WHATEVER I WANTED.

02:38:46  4   Q.   THAT WAS BECAUSE YOU WERE AT JUNIPER AND THEY WERE WORKING

02:38:49  5   ON THEIR FIRST CLI?

02:38:50  6   A.   IT WAS A SMALL COMPANY AND WE HAD TECHNICAL REVIEW AND

02:38:53  7   STUFF LIKE THAT, BUT IT WAS REALLY AN OPPORTUNITY TO REIMAGINE

02:38:57  8   THE INTERACTION BETWEEN USERS AND DEVICES.

02:39:00  9   Q.   AND WAS THAT AN EXCITING OPPORTUNITY FOR YOU?

02:39:02  10  A.   YES, IT WAS.

02:39:02  11  Q.   AND THE SECOND REASON, I THINK YOU MENTIONED WAS SOMETHING

02:39:06  12  ABOUT CUSTOMERS, CUSTOMER FEEDBACK.

02:39:09  13       AND CAN YOU EXPLAIN A LITTLE BIT FURTHER ABOUT SOME OF THE

02:39:13  14  CUSTOMER FEEDBACK THAT YOU HAD BEEN HEARING ABOUT CISCO CLI AND

02:39:16  15  HOW THAT INFLUENCED YOUR DECISION TO COME UP WITH A DIFFERENT

02:39:19  16  USER INTERFACE FOR JUNIPER?

02:39:21  17  A.   SURE.

02:39:23  18       IF YOU -- SO IOS, EVEN AT THAT POINT IN '97, WAS FAIRLY

02:39:29  19  OLD.  AND THE WAY IT APPROACHED CONFIGURATION OF THE COMMANDS

02:39:33  20  AND THE USER INTERACTION WAS FAIRLY DATED.

02:39:38  21       WE WANTED TO DO SOMETHING MORE MODERN, SOMETHING MORE

02:39:43  22  HIERARCHICAL, SOMETHING THAT WOULD HELP USERS IN THE DAY-TO-DAY

02:39:49  23  OPERATIONS THAT THEY USED OUR DEVICES FOR.

02:39:51  24  Q.   NOW THE OTHER THIRD REASON THAT YOU MENTIONED IS IN

02:39:55  25  LOOKING AT CISCO'S IOS CLI, YOU WERE CONCERNED THAT YOU DIDN'T

02:41:43  1      A.   YES.

02:41:44  2      Q.   AND IN FACT, IN THE ROUTER MARKET, HOW WOULD YOU

02:41:48  3      CHARACTERIZE JUNIPER'S MARKET SHARE AS COMPARED TO CISCO'S?

02:41:51  4      A.   I BELIEVE WE ARE NUMBER TWO.

02:41:53  5      Q.   SO YOU WERE ABLE TO GAIN A NUMBER TWO MARKET SHARE IN THE

02:42:06  6      COMPETITIVE ROUTER MARKET COMPETING AGAINST CISCO BY USING A

02:42:10  7      USER INTERFACE THAT IS DIFFERENT THAN CISCO'S, IS THAT TRUE?

02:42:13  8      A.   YES, THAT IS TRUE.

02:42:15  9      Q.   AND I WOULD LIKE TO HAVE YOU TAKE A LOOK IN YOUR BINDER, I

02:42:21  10     BELIEVE THERE SHOULD BE A TRIAL EXHIBIT 4821.

02:42:31  11          I BELIEVE THIS HAS ALREADY BEEN ADMITTED INTO EVIDENCE?

02:42:34  12               MR. VAN NEST:  IT HAS.

02:42:35  13               MR. PAK:  SO I WOULD LIKE TO SHOW THAT ON THE SCREEN,

02:42:37  14     MR. FISHER.

02:42:39  15     Q.   MR. SHAFER, THESE ARE SOME OF THE COMMANDS THAT ARE AT

02:42:42  16     ISSUE IN THIS CASE THAT ARE CISCO COMMANDS.

02:42:44  17          CAN YOU -- I KNOW YOU HAVEN'T STUDIED THIS IN DETAIL, BUT

02:42:48  18     COULD YOU JUST FLIP THROUGH THIS COMMAND LIST AND LET THE JURY

02:42:51  19     KNOW WHETHER THIS LOOKS LIKE A LIST OF JUNIPER COMMANDS OR NOT.

02:42:59  20          DO THEY LOOK FAMILIAR YOU TO YOU AS JUNIPER COMMANDS?

02:43:02  21     A.   THESE ARE CERTAINLY NOT JUNIPER COMMANDS.

02:43:04  22     Q.   AND WHY DO YOU SAY THAT?

02:43:06  23     A.   THE STYLE BETWEEN IOS AND JUNOS IS VERY DIFFERENT IN TWO

02:43:12  24     PARTS.

02:43:12  25          ONE IS IOS REGARDS CONFIGURATION AS JUST A SERIES OF

SHAFER DIRECT EXAM BY MR. PAK                           2064

02:43:18  1    COMMANDS.  WHEREAS IN JUNOS, DATA IS MORE LIKE A DATABASE.  YOU

02:43:23  2    EDIT IT, CHANGE IT, YOU COPY IT, YOU HAVE OPERATIONS YOU CAN

02:43:30  3    PERFORM ON DATA AS CONFIGURATION DATA.  THEN THERE'S A SEPARATE

02:43:33  4    SET OF OPERATIONAL COMMANDS.

02:43:36  5         CISCO IOS MIXES THOSE TWO --

02:43:41  6    Q.   AND --

02:43:42  7    A.   -- IN WAYS THAT WE DO NOT.

02:43:43  8    Q.   YOU ALSO MENTIONED EARLIER THAT YOU BELIEVED THE JUNIPER

02:43:47  9    CLI IS MORE HIERARCHICAL THAN CISCO CLI.

02:43:50  10        COULD YOU EXPLAIN TO THE JURY WHAT YOU MEAN BY THAT?

02:43:52  11   A.   SO AN IOS COMMAND -- LET ME TRY IT THE OTHER WAY.

02:44:05  12        JUNOS COMMAND HAS A SERIES OF LAYERS AND YOU CAN EDIT INTO

02:44:10  13   THOSE LAYERS, LOOK AT THE PARTICULAR DATA UNDER A LAYER AND

02:44:13  14   SHOW IT.

02:44:13  15        IT'S SIMILAR TO FOLDERS AND DIRECTORIES ON A WINDOWS OR A

02:44:17  16   MAC.  WHERE, IN IOS, EVERYTHING IS AT THE TOP LEVEL.  JUNOS,

02:44:23  17   THERE IS THIS ORGANIZATION THAT ALLOWS YOU TO LOOK AT THE

02:44:26  18   CONFIGURATION FOR ANY PARTICULAR PROTOCOL SEPARATE FROM THE

02:44:29  19   REST OF THE BOX.

02:44:32  20   Q.   EVEN THOUGH YOU WERE USING SOME INDUSTRY COMMON WORDS AND

02:44:35  21   ACRONYMS, DID YOU FEEL COMPELLED TO USE CISCO'S SYNTAX AND

02:44:39  22   CISCO'S HIERARCHY WHEN COMING UP WITH JUNIPER'S CLI?

02:44:43  23   A.   WE ATTEMPTED TO USE THE COMMANDS AND TERMS THAT WERE MOST

02:44:49  24   APPROPRIATE FOR THE TASK AT HAND.

02:44:52  25        AT THE BOTTOM OF THE FIRST PAGE -- SO THERE IS SOME AMOUNT

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2090

03:30:48  1        CAN YOU DESCRIBE FOR THE JURY THE SORT OF MATERIALS THAT

03:30:54  2    YOU REVIEWED IN ORDER TO CONDUCT THIS ANALYSIS?

03:30:58  3    A.   THERE WAS A LOT.

03:30:59  4        SO WE HAD ALL OF THE DISCLOSED MATERIALS, LOTS OF USER

03:31:03  5    MANUALS, DEPOSITIONS OF WITNESSES, SOURCE CODE FROM ARISTA,

03:31:08  6    FROM CISCO, FROM STANFORD, SOURCE CODE I WROTE MYSELF.  I DID

03:31:12  7    SOME ADDITIONAL RESEARCH, AND I CONSIDERED ALL OF THAT IN

03:31:15  8    FORMULATING MY OPINIONS.

03:31:17  9    Q.   DID YOU -- WERE YOU ABLE TO USE THE SWITCHES FROM EITHER

03:31:23  10   CISCO OR ARISTA IN YOUR ANALYSIS?

03:31:25  11   A.   YEAH, I HAVE ONE OF EACH IN MY LIVING ROOM RIGHT NOW.

03:31:28  12   Q.   OKAY.  AND APPROXIMATELY HOW MANY HOURS, IN TOTAL, DID YOU

03:31:32  13   SPEND ON THE ANALYSIS TO REACH THE OPINIONS YOU ARE PREPARED TO

03:31:36  14   GIVE TODAY?

03:31:36  15   A.   LAST TIME I LOOKED, IT WAS OVER A THOUSAND HOURS.

03:31:43  16   Q.   SO LET'S TURN TO THE CLI COMMANDS THAT ARE ASSERTED IN THE

03:31:49  17   CASE.

03:31:51  18       AND THE JURY HAS HEARD A LOT ABOUT THESE, BUT IF YOU COULD

03:31:55  19   GO BACK TO SORT OF THE FIRST BASE, IF YOU WILL, ON IT.  AND

03:32:01  20   TELL US WHAT DOES A CLI COMMAND DO?

03:32:04  21   A.   I MEAN, A CLI IS THE MOST BASIC FORM OF COMPUTER

03:32:08  22   INTERFACE.  YOU TYPE IN A COMMAND, YOU HIT ENTER OR RETURN, AND

03:32:12  23   SOMETIMES IT JUST DOES IT AND DOESN'T SAYING ANY, IT JUST GIVES

03:32:15  24   YOU ANOTHER PROMPT.

03:32:16  25       SOME COMMANDS EMIT A RESPONSE, AN OUTPUT ON THE SCREEN,

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2091

03:32:20  1    AND IT SCROLLS UP AND YOU READ THAT OUTPUT.

03:32:23  2    Q.   HAVE YOU EVER USED AN ANALOGY TO REFER TO A CLI COMMAND?

03:32:28  3    A.   SURE.

03:32:29  4         SO I MEAN, WE COMMONLY REFER TO THESE THINGS AS KNOBS.

03:32:32  5    AND THE REASON IS BECAUSE IT'S ANALOGOUS TO AN OLD STYLE STEREO

03:32:36  6    WHERE YOU'VE GOT ON-OFF BUTTON AND VOLUME AND TUNER KNOBS AND

03:32:42  7    SO FORTH.

03:32:42  8         IN ESSENCE, WHEN YOU ARE USING THE CLI, YOU ARE PUSHING

03:32:45  9    BUTTONS AND TURNING KNOBS.  PERHAPS SOME PEOPLE CALL THE MORE

03:32:50  10   OBSCURE FEATURES "NERD KNOBS."

03:32:53  11   Q.   AND I THINK YOU HAVE SOME PHOTOS PREPARED TO SHOW THE JURY

03:32:56  12   ABOUT HISTORICAL COMMANDS AND USE OF COMMAND LINE; IS THAT

03:33:01  13   RIGHT?

03:33:01  14   A.   RIGHT, YEAH.

03:33:02  15   Q.   OKAY.  CAN YOU EXPLAIN WHAT IS SHOWN HERE, DR. BLACK?

03:33:10  16   A.   SURE, THIS IS A PDP10.  THIS WAS MADE BY DIGITAL EQUIPMENT

03:33:17  17   CORPORATION.  THIS IS LIKE A SMARTPHONE IN YOUR POCKETS, A

03:33:19  18   THOUSAND TIMES FASTER.

03:33:20  19        THIS IS THE KIND OF MACHINE THAT I TOOK THE BUS UP TO THE

03:33:23  20   LAWRENCE HALL OF SCIENCE AND USED.  AND WHEN YOU USED THIS

03:33:26  21   MACHINE, YOU DIDN'T SIT IN FRONT OF IT, YOU SAT IN FRONT OF A

03:33:30  22   TELETYPE, WHICH IS ACTUALLY -- ON THE NEXT SLIDE -- WHICH IS

03:33:32  23   ACTUALLY A PRINTER AND A KEYBOARD.

03:33:34  24        AND YOU TYPE YOUR CLI COMMAND IN AND IT WOULD CHUG AWAY

03:33:37  25   AND EMIT THE OUTPUT ON PAPER AND SCROLL UP.  AND THE COOL THING

04:26:14  1    TELLING YOU A FACT ABOUT THE CORRESPONDING ELEMENT.

04:26:19  2    Q.   AND ONE MORE QUESTION ON THIS TOPIC.  THERE'S BEEN SOME

04:26:25  3    DISCUSSION ABOUT THE WORKS AS A COMPILATION OF ELEMENTS.

04:26:32  4         HAVE YOU GIVEN ANY THOUGHT AS TO WHETHER THE COMPILATION

04:26:37  5    OF ELEMENTS AS OPPOSED TO INDIVIDUAL COMMANDS AND SO FORTH, IS

04:26:43  6    FUNCTIONAL OR FACTUAL IN NATURE?

04:26:47  7    A.   YEAH, I MEAN, I THINK THIS IS SORT OF A LEGAL ARGUMENT

04:26:50  8    THAT'S GOING ON TO SOME EXTENT, BUT FROM A TECHNICAL

04:26:54  9    STANDPOINT, I MEAN, WHEN YOU -- WHEN YOU ARE DESIGNING A

04:26:58 10    PRODUCT YOU DON'T GO, HEY, I HAVE THIS NIFTY CLI COMMAND, I

04:27:02 11    WONDER WHAT KIND OF FEATURE I CAN PUT IN THERE TO CORRESPOND.

04:27:05 12         IT'S THE OTHER WAY, RIGHT?  YOU DECIDE WHAT FEATURES ARE

04:27:09 13    GOING INTO THE SWITCH THEN THAT DICTATES WHAT THE COMPUTATION

04:27:11 14    OF THE CLI COMMANDS IS.

04:27:17 15    Q.   ALL RIGHT.  LET'S MOVE TO THE THIRD FACTOR WHICH IS THE

04:27:19 16    SUBSTANTIALITY OF THE USE.

04:27:22 17         DID YOU CONSIDER IN FAIR USE FACTOR ALSO?

04:27:25 18    A.   FOR MANY MONTHS, YES.

04:27:27 19    Q.   AND YOU UNDERSTAND THIS IS EXPOSE E SUPPOSED TO LOOK AT

04:27:36 20    THE WORK AS A WHOLE AS COMPARED TO THE PART OF THE WORK THAT

04:27:38 21    WAS USED OR IS ASSERTED AGAINST ARISTA; RIGHT?

04:27:41 22    A.   THAT'S MY UNDERSTANDING, YES.

04:27:43 23    Q.   OKAY.  AND DID YOU HAVE ANY BASIS TO KNOW WHAT THE

04:27:49 24    BOUNDARIES WAS OF THE WORK AS A WHOLE?

04:27:52 25    A.   I MEAN, MY UNDERSTANDING IS THAT WHAT'S BEING ASSERTED IS

08:24:15

1                IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                    )
                   PLAINTIFF,        )  SAN JOSE, CALIFORNIA
7                                    )
            VS.                      )  DECEMBER 7, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )  VOLUME 10
9                                    )
                   DEFENDANT         )  PAGES 2158-2405
10  _____  )

11                   TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13  A P P E A R A N C E S:

14  FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  DAVID A. NELSON
15                          500 WEST MADISON STREET, SUITE 2450
                            CHICAGO, IL 60661
16

17  FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                            BY:  SEAN PAK
18                          50 CALIFORNIA STREET, 22ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22             APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

BLACK CROSS-EXAM BY MR. NELSON                                  2219

09:55:21  1          IN CERTAIN CASES, I THINK THE DOCUMENT IS TALKING ABOUT

09:55:24  2    THAT AS ONE OF THE THINGS YOU HAVE TO DECIDE IF YOU GOING TO

09:55:28  3    TERMINATE OR LEAVE IT EXTENSIBLE.

09:55:30  4    Q.   RIGHT.  EXACTLY.  ONE OF THE THINGS YOU HAVE TO DECIDE

09:55:37  5    WHERE, YOU, IS BEING AN ENGINEER CREATING THE COMMAND; RIGHT?

09:55:41  6    A.   THE PROGRAMMER CREATING THE COMMAND HAS TWO CHOICES, YES.

09:55:45  7    Q.   YEAH, EXACTLY.

09:55:47  8          OKAY.  SO NOW I WOULD LIKE TO GO TO YOUR SLIDE 14.

09:55:57  9    A.   IN MY DEMONSTRATIVES?

09:55:58  10   Q.   YEAH.  SO HERE YOU WERE TALKING ABOUT THE MODES AND

09:56:09  11   PROMPTS IN PRIOR SYSTEMS; RIGHT?

09:56:10  12   A.   YES.

09:56:10  13   Q.   AND YOU SET OUT TWO MODES, PRIVILEGE MODE AND NONPRIVILEGE

09:56:16  14   MODE; RIGHT?

09:56:17  15   A.   YES.

09:56:17  16   Q.   SO IN ALL OF THE THINGS YOU LOOKED THROUGH, YOU NEVER

09:56:19  17   FOUND A GLOBAL CONFIGURATION MODE, CORRECT?

09:56:21  18   A.   NOT PRIOR TO CISCO.

09:56:23  19   Q.   RIGHT.  AND IN ALL THE THINGS YOU LOOKED FOR, YOU NEVER

09:56:26  20   FOUND AN INTERFACE CONFIGURATION MODE, CORRECT?

09:56:28  21   A.   THAT'S CORRECT.

09:56:29  22   Q.   AS WELL AS THE CORRESPONDING PROMPTS TO THOSE, CORRECT?

09:56:33  23   A.   IF YOU CAN CLARIFY PROMPT.  THE HASH SIGN IS STILL USED IN

09:56:40  24   THE MODES YOU NAMED.

09:56:40  25   Q.   CORRECT.  BUT THE PROMPTS FOR THOSE MODE INCLUDE THE

09:56:45  1        CONFIGURATION LETTERS, CORRECT?

09:56:47  2        A.   THEY INCLUDE THE HOST NAME OF THE DEVICE, WHICH IS

09:56:52  3        CONFIGUREABLE BY THE USER, THEN IN PARENTHESES, THAT CONFIG AND

09:56:57  4        CONFIG-IF.

09:56:57  5        Q.   RIGHT.  YOU DIDN'T FIND THAT PROMPT IN ANY OF THE MANY

09:57:01  6        DOCUMENTS THAT YOU LOOKED THROUGH FOR SYSTEMS THAT CAME BEFORE,

09:57:04  7        CORRECT?

09:57:04  8        A.   THE HOST NAME WOULD BE THERE IN THOSE DOCUMENTS, BUT THAT

09:57:07  9        PARENTHETICAL, I DIDN'T FIND.

09:57:08  10       Q.   RIGHT.

09:57:10  11            AND YOU UNDERSTAND, SIR, THAT WHAT'S BEING ASSERTED IN THE

09:57:13  12       CASE IS THAT PARTICULAR ARRANGEMENT OF THOSE FOUR MODES AND

09:57:16  13       PROMPTS; RIGHT?

09:57:16  14       A.   I ACTUALLY HAVE BEEN UNCLEAR WHAT EXACTLY CISCO IS

09:57:20  15       CLAIMING PROTECTION FOR THEIR -- I UNDERSTAND IT'S NOT THE

09:57:25  16       ACTUAL WORD INSIDE THE PARENTHESIS, MY UNDERSTANDING NOW IS

09:57:32  17       IT'S THE ORDER OF THE WORDS; IS THAT CORRECT?

09:57:35  18       Q.   IT'S THE ARRANGEMENT OF THE MODES AND PROMPTS, CORRECT?

09:57:38  19       SO YOU UNDERSTAND THAT?

09:57:39  20       A.   I THINK SO.

09:57:40  21       Q.   SO TWO OF THE MODES YOU DIDN'T FIND AT ALL; RIGHT?

09:57:43  22       A.   I DIDN'T FIND THOSE TWO MODES YOU NAMED, YES.

09:57:45  23       Q.   RIGHT.  SO THEN IT GOES WITHOUT SAYING THAT THAT

09:57:48  24       PARTICULAR ARRANGEMENT OF THE FOUR MODES AND PROMPTS, YOU

09:57:51  25       DIDN'T FIND AT ALL?

09:57:52  1    A.   I DIDN'T FIND THAT ORDERING BECAUSE I DIDN'T FIND THE

09:57:55  2    MODES.

09:57:56  3    Q.   RIGHT.

09:57:56  4         SO NOW I WANT TO TALK ABOUT A FEW OTHER THINGS.

09:58:09  5         SO ONE OF THE THINGS YOU HAD SAID IS YOU DIDN'T THINK THAT

09:58:16  6    THERE WAS A SUBSTANTIAL AMOUNT OF THE WORK THAT WAS TAKEN,

09:58:24  7    CORRECT?

09:58:24  8    A.   I'M UNCLEAR ON WHAT YOU ARE ASKING.

09:58:28  9    Q.   OKAY.  SO ONE OF YOUR FAIR USE FACTORS, YOU TALKED ABOUT

09:58:31  10   THE AMOUNT OF THE WORK.  YOU PUT UP A SLIDE AND SAID THERE'S

09:58:37  11   441 COMMANDS THAT ARE ACCUSED FROM IOS AND THERE'S 16,000

09:58:41  12   COMMANDS IN ALL OF IOS; RIGHT?

09:58:43  13   A.   I RECALL THAT, YES.

09:58:44  14   Q.   YOU DIDN'T ADDRESS THE QUALITY OF THAT THOUGH; RIGHT?

09:58:55  15   A.   IN WHAT SENSE DO YOU MEAN THE "QUALITY" OF THAT?

09:58:59  16   Q.   THE QUALITY OF WHAT WAS TAKEN; RIGHT?

09:59:03  17   A.   NOT IN THE WAY I'M UNDERSTANDING YOUR QUESTION.

09:59:08  18   Q.   RIGHT.  YOU SIMPLY JUST LOOKED AT THE NUMBERS, YOU

09:59:11  19   COMPARED ONE NUMBER TO ANOTHER, CORRECT?

09:59:14  20   A.   I TOOK CISCO'S NUMBER DIVIDED BY CISCO'S NUMBER.

09:59:17  21   Q.   THAT'S IT?

09:59:18  22   A.   THAT'S IT.

09:59:19  23   Q.   OKAY.  SO SIR, YOU WERE HERE FOR MR. DR. LI -- EXCUSE ME,

09:59:25  24   DR. LI'S TESTIMONY, CORRECT?

09:59:26  25   A.   I WAS.

BLACK CROSS-EXAM BY MR. NELSON                                      2222

09:59:26   1    Q.   AND HE WAS TALKING ABOUT PROCKET?

09:59:28   2    A.   HE WAS.

09:59:29   3    Q.   AND YOU RECALL WHEN HE SAID IT DOESN'T MAKE ANY SENSE TO

09:59:33   4    TAKE COMMANDS FOR FEATURES THAT AREN'T IN YOUR PRODUCTS?

09:59:38   5    A.   I THINK HE MIGHT HAVE SAID THAT.

09:59:39   6    Q.   RIGHT.  AND YOU DON'T DISAGREE WITH THAT; RIGHT?

09:59:44   7    A.   I DON'T GIVE AN OPINION ONE WAY OR THE OTHER IN MY REPORT,

09:59:49   8    SIR.

09:59:49   9    Q.   I'M NOT ASKING YOU WHETHER YOU GAVE AN OPINION IN YOUR

09:59:52  10    REPORT, I'M JUST ASKING WHETHER YOU AGREE WITH THAT.  IT MAKES

09:59:55  11    SENSE; RIGHT?

09:59:56  12    A.   I MEAN, SO ARISTA IS EXTENSIBLE, ARISTA COULD TAKE AND

10:00:00  13    IMPLEMENT COMMANDS TO CREATE NEW FEATURES IF -- IF THERE'S NOT

10:00:06  14    A HARDWARE FEATURE IN THE DEVICE, I DON'T THINK YOU WANT TO

10:00:10  15    TAKE COMMANDS THAT DESCRIBE A FEATURE THAT'S NOT PRESENT.

10:00:12  16    Q.   YEAH, THAT'S WHAT I'M SAYING.

10:00:14  17         AND YOU KNOW, WHAT YOU ARE SAYING IS THAT IF ARISTA ADDED

10:00:17  18    MORE FEATURES, THEY MAY WANT TO TAKE MORE COMMANDS; RIGHT?

10:00:21  19    A.   OR INVENT THEM ON THEIR OWN DEPENDING UPON THE OUTCOME OF

10:00:25  20    THE LAWSUIT.

10:00:25  21    Q.   RIGHT.  WE KNOW THEY DIDN'T INVENT THEM ON THEIR OWN;

10:00:28  22    RIGHT, WE KNOW THEY TOOK THEM?

10:00:29  23    A.   IT SAID THE MAJORITY OF THE COMMANDS THEY ACTUALLY DID

10:00:33  24    CREATE ON THEIR OWN.

10:00:33  25    Q.   OKAY.  THE 506 THAT ARE AT ISSUE IN THIS CASE, THEY TOOK

10:59:34   1    Q.   I WOULD LIKE TO CLARIFY A FEW THINGS, DR. BLACK.  IF WE

10:59:40   2    COULD CALL UP EXHIBIT 9041 WHILE WE ARE ON THAT SUBJECT.

10:59:58   3         AND WHY DON'T WE SCROLL SEVERAL PAGES DOWN TO, SAY, AROUND

11:00:04   4    LINE 400 OR THEREABOUTS.

11:00:21   5         SO DR. BLACK, I GUESS THE THING I WOULD LIKE TO UNDERSTAND

11:00:24   6    IS, WE SEE HERE, FOR EXAMPLE, A NUMBER OF COMMANDS FOR WHICH

11:00:29   7    YOU FOUND USE IN THE 1 AND 2 VENDOR RANGE; RIGHT?

11:00:34   8    A.   YES.

11:00:34   9    Q.   OKAY.  IF A COMPANY, FOR EXAMPLE AT LINE 409, THERE'S A

11:00:44  10    COMMAND VRRP AUTHENTICATION; DO YOU SEE THAT?

11:00:48  11    A.   I DO.

11:00:48  12    Q.   AND ARE YOU FAMILIAR WITH THE VRRP PROTOCOL?

11:00:56  13    A.   VIRTUAL ROUTER REDUNDANCY PROTOCOL.

11:01:01  14    Q.   ALL RIGHT.  AND I SEE A NUMBER OF COMMANDS IN THAT

11:01:05  15    VICINITY, 410, 411; DO YOU SEE THAT?

11:01:06  16    A.   I DO.

11:01:07  17    Q.   WOULD YOU EXPECT THAT A NETWORKING VENDOR WHO DIDN'T

11:01:11  18    IMPLEMENT THE VRRP PROTOCOL TO HAVE A COMMAND IN THEIR MANUAL

11:01:15  19    FOR VRRP?

11:01:17  20    A.   NO, IT WOULDN'T MAKE SENSE IF THEY DON'T SUPPORT THE

11:01:20  21    PROTOCOL, THEY WOULDN'T HAVE THE COMMAND.

11:01:22  22    Q.   AND WOULD THAT GO FOR OTHER PROTOCOLS, PROTOCOL FEATURES

11:01:29  23    THAT ARE AMONG THE COMMANDS THAT CISCO CHOSE TO ASSERT HERE?

11:01:34  24    FOR EXAMPLE, IF A VENDOR DIDN'T IMPLEMENT THE PTP PROTOCOL,

11:01:40  25    WOULD YOU EXPECT THAT THEY WOULD HAVE PTP COMMANDS IN THEIR

11:01:43  1      MANUAL?

11:01:44  2      A.   I WOULDN'T EXPECT THEY WOULD.

11:01:45  3      Q.   AND DOES EVERY NETWORKING COMPANY IMPLEMENT EVERY INDUSTRY

11:01:52  4      STANDARD PROTOCOL THAT EXISTS?

11:01:55  5      A.   NO, THEY DON'T.

11:01:56  6      Q.   WHY IS THAT?

11:01:58  7      A.   I MEAN, IT'S THEIR CALL.  I MEAN, IF SOMEBODY WANTS TO

11:02:02  8      OFFER SOME OF THE MORE HIGH END FEATURES, THEY CHOOSE TO IN

11:02:06  9      THEIR HIGH END PRODUCTS, USUALLY, MAYBE A LOWER END CHEAPER

11:02:12  10     INEXPENSIVE PRODUCT, THEY MIGHT NOT IMPLEMENT EVERYTHING.

11:02:14  11     Q.   NOW YOU PROVIDED YOUR ANALYSIS OF THE USAGE OF COMMANDS BY

11:02:22  12     DIFFERENT VENDORS EARLIER IN THIS CASE, SOME SIX MONTHS AGO OR

11:02:26  13     SO; RIGHT?

11:02:27  14     A.   AROUND JUNE, YES.

11:02:28  15     Q.   AND YOU UNDERSTAND DR. ALMEROTH HAD A CHANCE TO RESPOND TO

11:02:30  16     THAT; RIGHT?

11:02:31  17     A.   YES.

11:02:33  18     Q.   AND DID HE EVER CONDUCT ANY SORT OF ANALYSIS THAT LOOKED

11:02:36  19     AT WHAT OTHER VENDORS IMPLEMENTED AND TRIED TO FIND OTHER

11:02:43  20     VENDORS THAT CAME UP WITH DIFFERENT COMMANDS FOR THE SAME

11:02:46  21     FEATURE; DID HE EVER PROVIDE THAT TO YOU?

11:02:48  22     A.   NOT THAT I'VE SEEN, NO.

11:02:57  23     Q.   OF THE COMPANIES YOU DID LOOK AT, I WANT TO ASK YOU SOME

11:03:00  24     QUESTIONS ABOUT THAT.

11:03:01  25          BROCADE, THAT WAS ONE OF THEM; RIGHT?

02:36:29    1    DIFFERENCES BETWEEN THE COMMANDS, YOU CAN USE THIS GUIDE AS A

02:36:32    2    WAY TO TRANSLATE FROM ONE CLI COMMAND SET TO ANOTHER, CORRECT?

02:36:36    3    A.   CORRECT.

02:36:37    4    Q.   AND THEN IT ALSO PROVIDES A DETAILED DESCRIPTION WHERE IT

02:36:41    5    SAYS, BENEATH THE SIDE-BY-SIDE COMPARISON, THIS GUIDE PROVIDES

02:36:45    6    A MORE IN-DEPTH COMPARISON DISPLAYING THE OUTPUT OF THE COMMAND

02:36:50    7    AND OPTIONS.

02:36:50    8         DO YOU SEE THAT AS WELL?

02:36:52    9    A.   YES.

02:36:53   10    Q.   NOW IF WE GO DOWN TO, SCROLL DOWN A LITTLE BIT.  COMWARE

02:36:59   11    DIFFERENCES.

02:37:00   12         "IF YOU ARE FAMILIAR WITH EITHER THE HP PROVISION CLI OR

02:37:04   13    THE CISCO IOS CLI, YOU WILL NOTICE THAT COMWARE CLI'S IS

02:37:11   14    ORGANIZED SLIGHTLY DIFFERENTLY."

02:37:12   15         DO YOU SEE THAT?

02:37:13   16    A.   YES.

02:37:14   17    Q.   AND IT SAYS, "COMWARE WAS DESIGNED FOR INTERNET SERVICE

02:37:17   18    PROVIDERS, ISP'S?"

02:37:19   19    A.   YES.

02:37:20   20    Q.   AND MANY FEATURES AND FUNCTIONS, SUCH AS SECURITY AND

02:37:25   21    QUALITY OF SERVICE ARE MULTI-TIERED TO SUPPORT THE DIFFERENT

02:37:28   22    NEEDS OF MULTIPLE ENTITIES ACCESSING THE SAME SWITCH.

02:37:33   23         DO YOU SEE THAT?

02:37:33   24    A.   YES.

02:37:34   25    Q.   AND YOU HAVE NO REASON TO DISPUTE THOSE PUBLIC STATEMENTS

03:43:21  1    HARM, WHETHER THERE HAS BEEN OR WILL BE MARKET HARM TO CISCO'S

03:43:27  2    COPYRIGHTS, WHICH IS A FAIR USE ISSUE.

03:43:29  3    Q.    AND POINT 3 ON THIS SLIDE SAYS, "ASSUME INFRINGEMENT."

03:43:34  4         DID YOU FORM ANY OPINIONS ON WHETHER OR NOT THERE ACTUALLY

03:43:38  5    HAS BEEN ANY INFRINGEMENT.

03:43:44  6    A.    NO OPINIONS.  I ASSUME THERE'S BEEN INFRINGEMENT FOR

03:43:47  7    PURPOSES OF MY ANALYSIS.  THAT DOESN'T MEAN I'VE CONCLUDED THAT

03:43:52  8    THERE HAS BEEN INFRINGEMENT, IT JUST MEANS THAT IF THE JURY

03:43:56  9    DOESN'T FIND THERE'S BEEN INFRINGEMENT, THE ISSUE OF DAMAGES

03:44:00 10    BECOMES MOOT AND NOBODY CARES WHAT I HAVE TO SAY HERE.

03:44:05 11         SO IT IS AN ASSUMPTION, BUT IT'S NOT AN OPINION.

03:44:08 12    Q.    ARE YOU HERE AS AN INDEPENDENT EXPERT?

03:44:11 13    A.    I AM.

03:44:12 14    Q.    AND WHAT DOES THAT MEAN?

03:44:14 15    A.    GENERALLY, IT MEANS I HAVE TO TRY TO BE AS OBJECTIVE AS

03:44:20 16    POSSIBLE WHEN I'M LOOKING AT THE EVIDENCE.

03:44:25 17         I'VE BEEN HIRED BY ARISTA, JUST LIKE DR. CHEVALIER WAS

03:44:29 18    HIRED BY CISCO, BUT I'M NOT HERE TO ARGUE FOR ARISTA THE WAY A

03:44:33 19    LAWYER WOULD, I'M SUPPOSED TO TRY TO TAKE A 360 VIEW OF THE

03:44:37 20    BUSINESS RECORD AND TRY TO LOOK AT IT IN AS NEUTRAL A LIGHT AS

03:44:42 21    I CAN.

03:44:43 22    Q.    AND IF WE COULD GO TO THE NEXT SLIDE, PLEASE, JEFF.

03:44:47 23         LET ME ASK YOU HOW, GENERALLY, DID YOU GO ABOUT PERFORMING

03:44:54 24    THAT TASK?

03:44:55 25    A.    THIS IS A SLIDE THAT GENERALLY SHOWS WHAT WE LOOKED AT AND

08:25:16

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5

      CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
 6                                      )
                      PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 7                                      )
                VS.                     )  DECEMBER 12, 2016
 8                                      )
      ARISTA NETWORKS, INC.,            )  VOLUME 13
 9                                      )
                      DEFENDANT         )  PAGES 2656-2822
10    _____  )

11                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE BETH LABSON FREEMAN
12                    UNITED STATES DISTRICT JUDGE

13    A P P E A R A N C E S:

14    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  DAVID A. NELSON
15                            500 WEST MADISON STREET, SUITE 2450
                              CHICAGO, IL 60661
16

17    FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  SEAN PAK
18                            50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23    OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

09:23:09   1    FROM THE COPYRIGHT OFFICE.  THE EVIDENCE IN THIS CASE INCLUDES

09:23:12   2    26 CERTIFICATES OF COPYRIGHT REGISTRATION FROM THE COPYRIGHT

09:23:15   3    OFFICE FOR CISCO'S COPYRIGHTED WORKS.

09:23:21   4        IF YOU FIND THAT A CERTIFICATE WAS MADE WITHIN FIVE YEARS

09:23:26   5    AFTER FIRST PUBLICATION OF THAT WORK, YOU MAY CONSIDER THAT

09:23:30   6    CERTIFICATE AS EVIDENCE OF THE FACTS STATED IN IT.

09:23:34   7        FROM THE CERTIFICATE, YOU MAY, BUT NEED NOT, CONCLUDE THAT

09:23:38   8    THE WORK IS ORIGINAL AND COPYRIGHTABLE AND THAT CISCO OWNS THE

09:23:43   9    COPYRIGHT IN THAT WORK.

09:23:47   10   AN ORIGINAL WORK MAY INCLUDE OR INCORPORATE ELEMENTS TAKEN

09:23:52   11   FROM PRIOR WORKS, FROM THE PUBLIC DOMAIN, AND/OR WORKS OWNED BY

09:23:58   12   OTHERS WITH THE OWNER'S PERMISSION.  THE ORIGINAL PARTS OF

09:24:03   13   PLAINTIFF'S WORK ARE THE PARTS CREATED:

09:24:05   14       1.  INDEPENDENTLY BY THE WORK'S AUTHOR.  THAT IS, THE

09:24:09   15   AUTHOR DID NOT COPY IT FROM ANOTHER WORK.

09:24:12   16       2.  BY USE OF AT LEAST SOME MINIMAL CREATIVITY.

09:24:17   17       IN COPYRIGHT LAW, THE ORIGINAL PART OF THE WORK NEED NOT

09:24:20   18   BE NEW OR NOVEL.

09:24:25   19       AN OWNER IS ENTITLED TO COPYRIGHT PROTECTION OF A

09:24:29   20   COMPILATION.  A "COMPILATION" IS A WORK FORMED BY THE

09:24:33   21   COLLECTION AND ASSEMBLING OF PRE-EXISTING MATERIALS OR OF DATA

09:24:38   22   THAT ARE SELECTED, COORDINATED, OR ARRANGED IN SUCH A WAY THAT

09:24:43   23   THE RESULTING WORK AS A WHOLE CONSTITUTES AN ORIGINAL WORK OF

09:24:47   24   AUTHORSHIP.

09:24:48   25       THE OWNER OF A COMPILATION MAY ENFORCE THE RIGHT TO

09:24:53  1    EXCLUDE OTHERS IN AN ACTION FOR COPYRIGHT INFRINGEMENT.

09:24:59  2         THE CREATOR OF AN ORIGINAL WORK IS CALLED THE AUTHOR OF

09:25:05  3    THAT WORK.  AN AUTHOR ORIGINATES OR MASTERMINDS THE ORIGINAL

09:25:09  4    WORK CONTROLLING THE WHOLE WORK'S CREATION AND CAUSING IT TO

09:25:12  5    COME INTO BEING.

09:25:13  6         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:16  7    COPYING A WORK MADE FOR HIRE.  A "WORK MADE FOR HIRE" IS ONE

09:25:19  8    THAT IS PREPARED BY AN EMPLOYEE AND IS WITHIN THE SCOPE OF

09:25:23  9    EMPLOYMENT.

09:25:31 10         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:35 11    CREATING DERIVATIVE WORKS BASED ON THE OWNER'S COPYRIGHTED

09:25:39 12    WORK.

09:25:40 13         THE TERM DERIVATIVE WORK REFERS TO A WORK BASED ON ONE OR

09:25:43 14    MORE PRE-EXISTING WORKS, SUCH AS A TRANSLATION, MUSICAL

09:25:49 15    ARRANGEMENT, DRAMATIZATION, FICTIONALIZATION, MOTION PICTURE

09:25:53 16    VERSION, SOUND RECORDING, ART REPRODUCTION, ABRIDGEMENT,

09:25:57 17    CONDENSATION, OR ANY OTHER FORM IN WHICH A WORK MAY BE RECAST

09:26:02 18    OR ADAPTED.

09:26:04 19         ACCORDINGLY, THE OWNER OF A COPYRIGHTED WORK IS ENTITLED

09:26:08 20    TO EXCLUDE OTHERS FROM RECASTING OR ADAPTING THE COPYRIGHTED

09:26:12 21    WORK WITHOUT THE OWNER'S PERMISSION.

09:26:18 22         CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:26:20 23    EVIDENCE THAT ARISTA COPIED ORIGINAL, PROTECTED ELEMENTS FROM

09:26:23 24    CISCO'S COPYRIGHTED WORKS.

09:26:26 25         THERE ARE TWO WAYS THAT CISCO CAN MEET ITS BURDEN:

09:28:28  1    BETWEEN THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S COPYRIGHTED

09:28:31  2    WORKS AND THE CORRESPONDING ELEMENTS OF ARISTA'S WORKS THAT

09:28:36  3    CISCO CLAIMS ARISTA COPIED.

09:28:39  4         IN MAKING THIS COMPARISON, YOU MAY FIND ANY OF THE

09:28:43  5    FOLLOWING ELEMENTS OF CISCO'S WORKS PROTECTED AS A COMPILATION

09:28:51  6    IF YOU FIND THEY ARE ORIGINAL.

09:28:54  7         1.  THE SELECTION AND ARRANGEMENT OF CISCO'S MULTIWORD

09:28:57  8    COMMAND LINE EXPRESSIONS.

09:28:59  9         2.  THE SELECTION AND ARRANGEMENT OF CISCO'S MODES AND

09:29:02  10   PROMPTS.

09:29:02  11        3.  THE COLLECTION OF CISCO'S SCREEN RESPONSES AND

09:29:07  12   OUTPUTS.

09:29:07  13        4.  THE COLLECTION OF CISCO'S HELP DESCRIPTIONS.

09:29:11  14        5.  CISCO'S USER INTERFACES AS A WHOLE AS COMPILATIONS OF

09:29:17  15   ELEMENTS 1 THROUGH 4.

09:29:19  16        6.  EACH OF CISCO'S TECHNICAL MANUALS.

09:29:25  17        IN MAKING THIS COMPARISON, YOU SHOULD NOT CONSIDER THE

09:29:28  18   FOLLOWING ELEMENTS WHICH ARE NOT PROTECTABLE:

09:29:30  19        1.  INDIVIDUAL WORDS USED IN ANY OF THE ASSERTED ELEMENTS.

09:29:36  20        2.  ANY SINGLE MULTIWORD COMMAND.

09:29:38  21        3.  THE IDEA OR METHOD OF GROUPING OR CLUSTERING COMMANDS

09:29:42  22   UNDER COMMON INITIAL WORDS, SUCH AS SHOW OR IP.

09:29:54  23        4.  ANY COMMAND HIERARCHY.

09:29:56  24        5.  SPECIFIC MODES AND SPECIFIC PROMPTS.

09:29:59  25        6.  THE IDEA OF A SET PATH WAY THROUGH A SERIES OF MODES.

09:30:03  1          7.  THE IDEA OF MAKING CERTAIN COMMANDS AVAILABLE ONLY IN

09:30:07  2   CERTAIN MODES.

09:30:12  3          8.  USE OF COMMAND SYNTAX SUCH AS VERB, OBJECT,

09:30:17  4   PARAMETERS.

09:30:17  5          THE CHOICE -- I'M SORRY.

09:30:20  6          9.  THE CHOICE OF USING A TEXT-BASED USER INTERFACE.

09:30:24  7          10.  THE IDEA OF USING MULTIWORD COMMAND EXPRESSIONS TO

09:30:28  8   MANAGE OR CONFIGURE A DEVICE.

09:30:31  9          11.  THE FUNCTION OF ANY ASSERTED FEATURE.

09:30:36  10         12.  THE USE OF "?" TO CALL UP HELP DESCRIPTIONS.

09:30:42  11         13.  INDIVIDUAL HELP DESCRIPTION PHRASES.

09:30:50  12         14.  COMMAND PREFIXES THAT THE USER INTERFACE AUTO

09:30:53  13   COMPLETES.

09:30:54  14         15.  TAB COMPLETIONS.

09:30:57  15         IF CISCO PROVES VIRTUAL IDENTITY BETWEEN THE RELEVANT

09:31:03  16   PROTECTED ELEMENTS, IT MUST ALSO PROVE THAT AN ORDINARY,

09:31:07  17   REASONABLE OBSERVER WOULD FIND THE TOTAL CONCEPT AND FEEL OF

09:31:11  18   ITS COPYRIGHTED WORKS AS A WHOLE TO BE VIRTUALLY IDENTICAL TO

09:31:15  19   ARISTA'S CHALLENGED WORKS AS A WHOLE.

09:31:19  20         IN MAKING THAT COMPARISON, YOU SHOULD NOT CONSIDER

09:31:22  21   ELEMENTS THAT ARE NOT ORIGINAL OR ARE NOT PROTECTABLE.

09:31:27  22         AS I PREVIOUSLY INSTRUCTED YOU, CISCO'S WORKS AS A WHOLE

09:31:31  23   ARE ITS FOUR USER INTERFACES ASSOCIATED WITH ITS FOUR OPERATING

09:31:37  24   SYSTEMS, AS WELL AS EACH OF CISCO'S ASSERTED TECHNICAL MANUALS.

09:31:44  25         ARISTA'S WORKS, AS A WHOLE, ARE THE USER INTERFACES FOR

09:31:47  1    EACH OF THE ACCUSED ARISTA OPERATING SYSTEMS AS WELL AS EACH OF

09:31:52  2    ARISTA'S ACCUSED TECHNICAL MANUALS.

09:31:58  3        IF YOU CONCLUDE THAT CISCO HAS PROVEN, WHETHER BY DIRECT

09:32:03  4    OR INDIRECT EVIDENCE, THAT ARISTA COPIED ORIGINAL, PROTECTED

09:32:06  5    ELEMENTS OF CISCO'S WORKS, YOU MUST THEN DETERMINE WHETHER THAT

09:32:12  6    COPYING WAS GREATER THAN DE MINIMUS, THAT IS MORE THAN A

09:32:19  7    TRIVIAL AMOUNT OF CISCO'S WORKS AS A WHOLE.

09:32:22  8        IN MAKING THIS DETERMINATION, YOU SHOULD CONSIDER THE

09:32:25  9    QUALITATIVE AS WELL AS THE QUANTITATIVE SIGNIFICANCE OF THE

09:32:29  10   COPIED PORTION IN RELATION TO CISCO'S WORKS AS A WHOLE.

09:32:37  11       NOW I WILL EXPLAIN WHAT "FAIR USE" MEANS UNDER THE LAW.

09:32:42  12       FOR ARISTA'S FAIR USE DEFENSE.

09:32:45  13       ONE WHO IS NOT THE OWNER OF A COPYRIGHT MAY USE A

09:32:49  14   COPYRIGHTED WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES

09:32:53  15   WITHOUT THE CONSENT OF THE COPYRIGHT OWNER IF IT WOULD ADVANCE

09:32:57  16   THE PUBLIC INTEREST.  SUCH USE OF A COPYRIGHTED WORK IS CALLED

09:33:06  17   A FAIR USE.

09:33:07  18       THE OWNER OF A COPYRIGHT CANNOT PREVENT OTHERS FROM MAKING

09:33:11  19   A FAIR USE OF THE OWNER'S COPYRIGHTED WORKS.

09:33:14  20       IN DETERMINING WHETHER THE USE MADE OF THE WORK WAS FAIR,

09:33:18  21   YOU SHOULD CONSIDER THE FOLLOWING FACTORS.

09:33:21  22       1.  THE PURPOSE AND CHARACTER OF THE USE.

09:33:25  23       2.  THE NATURE OF THE COPYRIGHTED WORK.

09:33:28  24       3.  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN

09:33:34  25   RELATION TO THE COPYRIGHTED WORK AS A WHOLE.

09:41:00  1    AFFIRMATIVE DEFENSE OF MERGER.

09:41:02  2    TO SHOW THAT CISCO'S COPYRIGHTED WORKS ARE SUBJECT TO

09:41:06  3    MERGER, ARISTA MUST SHOW THAT AT THE TIME CISCO CREATED THE

09:41:11  4    WORKS, CISCO HAD ONLY ONE WAY OR VERY FEW WAYS TO EXPRESS THE

09:41:17  5    IDEAS UNDERLYING THE ELEMENTS OF CISCO'S COPYRIGHTED USER

09:41:21  6    INTERFACES OR TECHNICAL MANUALS.  MATERIAL IN AN ORIGINAL WORK,

09:41:27  7    EVEN MATERIAL THAT SERVES A FUNCTION, IS NOT SUBJECT TO MERGER

09:41:33  8    AS LONG AS THE AUTHOR HAD MORE THAN A FEW WAYS TO EXPRESS THE

09:41:37  9    UNDERLYING IDEA.

09:41:38  10    ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:41:41  11    PREPONDERANCE OF THE EVIDENCE.

09:41:48  12    AFFIRMATIVE DEFENSE OF SCÈNES À FAIRE.

09:41:50  13    SCÈNES À FAIRE IS AN AFFIRMATIVE DEFENSE TO COPYRIGHT

09:41:54  14    INFRINGEMENT.

09:41:56  15    TO SHOW THAT PORTIONS OF CISCO'S USER INTERFACES ARE

09:42:00  16    SCÈNES À FAIRE MATERIAL, ARISTA MUST SHOW THAT AT THE TIME

09:42:03  17    CISCO CREATED THE USER INTERFACES, NOT AT THE TIME OF ANY

09:42:07  18    COPYING, EXTERNAL FACTORS OTHER THAN CISCO'S CREATIVITY

09:42:13  19    DICTATED THAT CISCO SELECT, ARRANGE, ORGANIZE AND DESIGN ITS

09:42:19  20    ORIGINAL FEATURES IN A MANNER IT DID.

09:42:21  21    THE SCÈNES À FAIRE DOCTRINE DEPENDS UPON THE CIRCUMSTANCES

09:42:25  22    PRESENTED TO THE CREATOR AT THE TIME OF CREATION, NOT THE

09:42:29  23    CIRCUMSTANCES PRESENTED TO THE COPIER AT THE TIME IT COPIED.

09:42:34  24    ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:42:37  25    PREPONDERANCE OF THE EVIDENCE.

09:46:08  1    AS A RESULT OF ARISTA'S INFRINGEMENT.  ACTUAL DAMAGES MEANS THE

09:46:13  2    AMOUNT OF MONEY ADEQUATE TO COMPENSATE THE COPYRIGHT OWNER FOR

09:46:17  3    THE REDUCTION IN THE FAIR MARKET VALUE OF THE COPYRIGHTED WORK

09:46:23  4    CAUSED BY THE INFRINGEMENT.

09:46:25  5        ACTUAL DAMAGES MAY BE MEASURED BY THE PROFITS OF THE

09:46:29  6    COPYRIGHT OWNER LOST DUE TO THE INFRINGEMENT REFERRED TO AS

09:46:34  7    LOST PROFITS.

09:46:35  8        IN THIS CASE, ACTUAL DAMAGES IN THE FORM OF LOST PROFITS

09:46:38  9    ARE THE AMOUNT THAT CISCO WOULD HAVE EARNED BUT FOR ARISTA'S

09:46:42 10    INFRINGEMENT.

09:46:47 11        IN ADDITION TO ACTUAL DAMAGES, CISCO IS ENTITLED TO ANY

09:46:51 12    PROFITS OF ARISTA'S ATTRIBUTABLE TO THE INFRINGEMENT.  YOU MAY

09:46:58 13    NOT INCLUDE IN AN AWARD OF PROFITS, ANY AMOUNT THAT YOU TOOK

09:47:03 14    INTO ACCOUNT IN DETERMINING ACTUAL DAMAGES.  YOU MAY MAKE AN

09:47:08 15    AWARD OF ARISTA'S PROFITS ONLY IF YOU FIND THAT CISCO SHOWED A

09:47:11 16    CAUSAL RELATIONSHIP BETWEEN THE PROFITS IT SEEKS AND THE

09:47:17 17    COPYRIGHT INFRINGEMENT.

09:47:19 18        IN THIS CASE, BECAUSE CISCO SEEKS ONLY DIRECT PROFITS,

09:47:24 19    CISCO MAY SATISFY ITS BURDEN BY SHOWING THAT THE PROFITS IT

09:47:28 20    SEEKS TO RECOVER DERIVED DIRECTLY FROM THE SALES OF THE

09:47:33 21    INFRINGING PRODUCTS.

09:47:35 22        ARISTA'S GROSS REVENUE IS ALL OF ARISTA'S REVENUE DIRECTLY

09:47:39 23    FROM THE SALE OF ANY PRODUCTS CONTAINING OR USING CISCO'S

09:47:44 24    COPYRIGHTED WORKS.

09:47:46 25        CISCO HAS THE BURDEN OF PROVING ARISTA'S GROSS REVENUE BY