| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>Todd Anten (*admitted pro hac vice*)<br>toddanten@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401 | Steven Cherny (*admitted pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT** |

02099-00004/8968353.1

Case No. 5:14-cv-5344-BLF (NC)
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT

## DECLARATION OF SARA E. JENKINS

I, Sara E. Jenkins, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Cisco's Administrative Motion to Seal Portions of the Trial Transcript.

3. When Cisco produced trial exhibit 4672 in this matter, it designated the agreement as "Highly Confidential – Attorneys' Eyes Only." Compelling reasons exist to seal the specified portions of the transcript because those portions disclose non-public terms of a confidential agreement. *See Tessera, Inc. v. Toshiba Corp.*, No. 15-CV-02543-BLF, 2016 WL 6778687, at *2 (N.D. Cal. Nov. 16, 2016). Disclosing the specific, non-public terms of this agreement to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn of Cisco's confidential litigation strategies.

4. Attached hereto as Exhibit A is a highlighted version of excerpts of the trial transcript, showing the portions of the transcript that Cisco is seeking to seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Redwood Shores, California, on February 17, 2016.

                                           */s/ Sara E. Jenkins*
                                           Sara E. Jenkins

02099-00004/8968353.1

-1-   Case No. 5:14-cv-5344-BLF (NC)
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT

1 **SIGNATURE ATTESTATION**

2   Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that
3 concurrence in the filing of this document has been obtained from the signatory indicated by the
4 "conformed" signature (/s/) of registered ECF user Sara E. Jenkins.

5

6

7 Dated: February 17, 2016         */s/ Kathleen Sullivan*
                                    Kathleen Sullivan
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02099-00004/8968353.1

-2-   Case No. 5:14-cv-5344-BLF (NC)
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THE TRIAL TRANSCRIPT