1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)** |

1    Cisco Systems, Inc. ("Cisco") has filed an administrative motion to seal certain portions of
2 the trial transcript.
3    Having considered Cisco's motion, and good cause having been shown, the Court
4 GRANTS Cisco's motion and ORDERS sealed those portions of the transcript listed below:

- 1187:2-5
- 1188:4-1190:16
- 1191:6-1192:3
- 1199:18-21
- 1720:9-14
- 1765:23-25
- 1771:11-17
- 2130:4-7
- 2130:16-8
- 2264:15-20
- 2760:8-10
- 2789:1-5

**IT IS SO ORDERED.**

Dated: _____            By: _____
                                       Hon. Judge Beth Labson Freeman