| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - # 198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER DENYING CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)**<br><br>Dept.:   Courtroom 3, 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER DENYING CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF
TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)
Case No. 5:14-cv-05344-BLF (NC)

1148140

1 | The Court has considered the Administrative Motion to Seal Portions of the Trial
2 | Transcript filed by Plaintiff Cisco Systems, Inc. ("Cisco") (ECF 768).
3 | Having considered Cisco's motion and the opposition papers filed thereto, the Court
4 | hereby DENIES Cisco's motion.

9 | IT IS SO ORDERED.
10 | Dated: _____, 2017

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

1

[PROPOSED] ORDER DENYING CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF
TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)
Case No. 5:14-cv-05344-BLF (NC)

1148140