| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Plaintiff Cisco Systems, Inc.* | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Beth Labson Freeman |

02099-00004/8978481.1

# CERTIFICATE OF SERVICE

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On February 17, 2017, I served true copies of the following documents associated with Dkt. 768 on the interested parties in this action as follows:

    **Cisco's Administrative Motion to Seal Portions of the Trial Transcript (ECF NOS. NOS. 699, 705, 711, 722, 734)**

    **Unredacted Exhibit A to the Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to Seal**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on February 17, 2017 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Summer Fisher  
Court Reporter  
Summer_Fisher@cand.uscourts.gov

On February 17, 2017, I served a true copy of the following document associated with Dkt. 768 on the interested parties in this action as follows:

    **Unredacted Exhibit A to the Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to Seal**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on February 17, 2017 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

    Brian L. Ferrall  
    Michael S. Kwun  
    David J. Silbert  
    Robert Van Nest  
    arista-kvn@kvn.com  
    Keker & Van Nest LLP  
    633 Battery Street  
    San Francisco, CA 94111-1809

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on February 22, 2017, at Redwood Shores, California.

3

4

5                                          /s/ *Sara E. Jenkins*
                                            Sara E. Jenkins

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28