Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
Todd Anten (*admitted pro hac vice*)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)**<br><br>Dept: Courtroom 3 - 5th Floor<br>Judge: Hon. Beth Labson Freeman |

1   Pursuant to the Northern District of California's Civil Local Rule 7-11, Cisco Systems, Inc. ("Cisco") hereby respectfully requests leave to file a one-page reply in support of its Administrative Motion to Seal Portions of the Trial Transcript. ECF 768.

Arista Networks, Inc.'s ("Arista's") Opposition to Cisco's Administrative Motion to Seal Portions of the Trial Transcript (ECF 769) errs in its description of the timing provisions of the governing order, General Order No. 59. Cisco therefore requests leave to file the accompanying Reply in order to explain why Cisco's request is well-grounded in the relevant rules. Arista declined to stipulate to this request, as confirmed by the accompanying declaration.

Dated: February 22, 2017

Respectfully submitted,

*/s/ Kathleen Sullivan*
Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
Todd Anten *(admitted pro hac vice)*
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

| | |
|---|---|
| 1 | Steven Cherny *admitted pro hac vice)* |
| 2 | steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 3 | 601 Lexington Avenue<br>New York, New York 10022 |
| 4 | Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| 5 | Adam R. Alper (SBN 196834) |
| 6 | adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 7 | 555 California Street<br>San Francisco, California  94104 |
| 8 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 9 | Michael W. De Vries (SBN 211001) |
| 10 | michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 11 | 333 South Hope Street<br>Los Angeles, California 90071 |
| 12 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 13 | *Attorneys for Plaintiff Cisco Systems, Inc.* |