# EXHIBIT 1

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>Todd Anten (*admitted pro hac vice*)<br>toddanten@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT (ECF NOS. 699, 705, 711, 722, 734)**<br><br>Dept: Courtroom 3 - 5th Floor<br>Judge: Hon. Beth Labson Freeman |

Arista does not challenge Cisco's designations of information that Cisco seeks to seal. Rather, Arista's Opposition is limited to whether Cisco's Motion is timely. But Arista's Opposition misstates General Order No. 59 to support its argument that Cisco's Motion is untimely. The portion of General Order No. 59 that lays out the timing quoted in Arista's Opposition is limited to requests from a party to redact "(a) Social Security numbers; (b) financial account numbers; (c) names of minor children; (d) dates of birth; and, (e) home addresses of individuals." General Order No. 59 at preamble and ¶¶ 3, 4. If a party seeks to redact one of those specific personal identifiers, the party must file a Notice of Intent to Request Redaction within five days, and then "must submit directly to the court reporter a statement indicating where the personal identifiers appear in the transcript by page and line and how they are to be redacted" within 21 days. *Id*.

The information that Cisco seeks to seal from the trial transcript does not fall under any of the personal identifiers listed in General Order No. 59. *See* Exhibit A to Jenkins Declaration, ECF 768. As such, Cisco did not, and could not, use that procedure to request the redactions that it is seeking. Instead, as General Order No. 59 instructs, "[i]f a party wants ***other information*** redacted from the transcript, that party must move the Court for further redaction by noticed motion served on all parties and the court reporter." *Id*. at ¶ 4 (emphasis added). That is what Cisco did by filing this Motion.

General Order No. 59 is silent on the timing of a party filing a motion to redact information other than personal identifiers[1]. Cisco is not aware of, and Arista failed to cite, any cases that prescribe time limits for such a motion. In this case, the trial transcripts at issue are still locked and not set to be publicly available on Pacer until March 1, 2017, at the earliest. *See* ECF 699 ("[r]elease of Transcript Restriction set for 3/1/2017"); General Order No. 59 at ¶ 4 (if a party files a motion to redact information other than personal identifiers "[t]he transcript will not be electronically available to the general public until the Court has ruled on any such motion.") Accordingly, Cisco's Motion is timely and Cisco respectfully requests that the Court redact the narrowly tailored portions of the trial transcript as set out in Cisco's Motion.

---

[1] Arista cites to the trial transcript to suggest that the Court reduced the time available to the parties to file a motion to redact the transcript. Opp. at 1 n.1. However, there the Court was introducing a procedure as a "a backstop to protect [the parties'] confidential information," not overruling the redaction procedures set out in General Order No. 59. Trial Tr. at 530:22-531:18.

-1-    Case No. 5:14-cv-5344-BLF (NC)
CISCO'S REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPT

| | |
|---|---|
| Dated: February 22, 2017 | Respectfully submitted, |
| | */s/ Kathleen Sullivan*<br>Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>Todd Anten *(admitted pro hac vice)*<br>toddanten@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401 |
| | Steven Cherny *admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| | Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| | Michael W. De Vries (SBN 211001) |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

michael.devries@kirkland.com  
KIRKLAND & ELLIS LLP  
333 South Hope Street  
Los Angeles, California 90071  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*