12:20:04

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,            )  CV-14-5344-BLF
6                                  )
                  PLAINTIFF,       )  SAN JOSE, CALIFORNIA
7                                  )
            VS.                    )  DECEMBER 1, 2016
8                                  )
   ARISTA NETWORKS, INC.,          )  VOLUME 6
9                                  )  (REDACTED)
                  DEFENDANT        )  PAGES 1115-1309
10  _____)

11              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE BETH LABSON FREEMAN
12              UNITED STATES DISTRICT JUDGE

13  A P P E A R A N C E S:

14  FOR THE PLAINTIFF:    QUINN, EMANUEL, URQUHART & SULLIVAN
                          BY:  DAVID A. NELSON
15                        500 WEST MADISON STREET, SUITE 2450
                          CHICAGO, IL 60661
16

17  FOR THE PLAINTIFF:
                          BY:  SEAN PAK
18                        50 CALIFORNIA STREET, 22ND FLOOR
                          SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22            APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

1116

1    APPEARANCES (CONTINUED)

2    FOR THE DEFENDANT:      KEKER & VAN NEST, LLP
                            BY:   ROBERT ADDY VAN NEST
3                                 BRIAN FERRALL
                                  DAVID J. SILBERT
4                                 ELIZABETH K. MCCLOSKEY
                                  EDUARDO E. SANTACANA
5                                 RYAN WONG
                                  DAVID J. ROSEN
6                           KEKER & VAN NEST LLP
                            633 BATTERY STREET
7                           SAN FRANCISCO, CA 94111-1809

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           INDEX OF WITNESSES

2

3     PLAINTIFF'S

4     **DAN LANG**
          DIRECT EXAM BY MR. JAFFE          P. 1162
5         CROSS-EXAM BY MR. SILBERT         P. 1176
          REDIRECT EXAM BY MR. JAFFE        P. 1199
6

7     **KEVIN ALMEROTH**
          DIRECT EXAM BY MR. NELSON         P. 1202
8         CROSS-EXAM BY MR. VAN NEST        P. 1283

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1118

```
 1                        INDEX OF EXHIBITS

 2                                    MARKED      ADMITTED

 3        PLAINTIFF'S

 4        4791                                    1165
          4803                                    1169
 5        4424                                    1171
          4672                                    1173
 6        4673, 4674                              1174
          698                                     1176
 7        700                                     1179
          4821                                    1202
 8        295                                     1243
          488                                     1249
 9        545                                     1259
          1-15                                    1266
10        4800                                    1271
          4794                                    1273
11        4795                                    1276

12

13

14        DEFENDANT'S

15        5345                                    1178
          7558                                    1186
16        5195                                    1193
          5040                                    1294

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                    DECEMBER 1, 2016

 2                      P R O C E E D I N G S

 3          (COUNSEL IN AT 12:30P.M.)

 4              THE COURT:  GOOD AFTERNOON, EVERYONE.  PLEASE BE

 5     SEATED.

 6          ALL RIGHT.  WE ARE BACK ON THE RECORD IN CISCO VERSUS

 7     ARISTA, AND ALL COUNSEL ARE PRESENT.  WE ARE OUTSIDE THE

 8     PRESENCE OF THE JURY.

 9          WE WILL TRY TO MAKE GOOD USE OF OUR TIME THIS AFTERNOON.

10     AND I'LL, AGAIN, ASK YOU TO HELP ME MAKE SURE THAT I KNOW WHAT

11     WE'RE FIGHTING ABOUT TODAY, ALTHOUGH BECAUSE I HAVE DIFFICULTY

12     ACCESSING DOCUMENTS ON MY IPAD.

13          I HAVE REVIEWED THE DEPOSITION OBJECTIONS.  YOU CAN LET ME

14     KNOW WHETHER WE NEED TO SPEND TIME WITH MY RULINGS ON THEM NOW

15     OR IF THEY ARE NOT REALLY AT ISSUE.

16              MR. VAN NEST:  WHICH WITNESS, YOUR HONOR?

17              THE COURT:  SHAFER AND SWEENEY.

18              MR. PAK:  SHAFER IS NO LONGER AT ISSUE, YOUR HONOR,

19     WE HAVE AN AGREEMENT TO BRING HIM LIVE TUESDAY.

20              MR. VAN NEST:  WE REACHED A NUMBER OF AGREEMENTS LAST

21     NIGHT THAT ARE GOING TO CUT OUR WORK DOWN.

22          ONE IS WITH RESPECT TO MR. SHAFER -- YOU DON'T NEED TO

23     HAND BACK THE DEPOSITION.  WE'VE AGREED THAT HE CAN APPEAR NEXT

24     WEEK.  THEY CAN KEEP THEIR CASE IN CHIEF OPEN, AND I THINK HE'S

25     SCHEDULED TO APPEAR TUESDAY LIVE.
```

| | | |
|---|---|---|
| 12:32:20 | 1 | THE COURT: OKAY. |
| 12:32:20 | 2 | MR. VAN NEST: AND IN EXCHANGE FOR THAT, THEY'VE |
| 12:32:22 | 3 | AGREED THAT WE CAN PLAY MR. GOURLAY'S DEPOSITION VIDEO WITH |
| 12:32:29 | 4 | DESIGNATIONS THAT THEY'VE ALREADY APPROVED, AT ANY POINT DURING |
| 12:32:33 | 5 | OUR CASE. |
| 12:32:34 | 6 | AND WE'VE SAID THAT THEY CAN PROVIDE COUNTERS TO THOSE, |
| 12:32:37 | 7 | NOT BROAD COUNTERS LIKE A DIRECT EXAM, BUT COUNTERS TO WHAT WE |
| 12:32:42 | 8 | PRESENT. |
| 12:32:42 | 9 | THE COURT: OKAY. ALL RIGHT. |
| 12:32:43 | 10 | MR. VAN NEST: AND SO WE HAVE A DEAL ON THAT. |
| 12:32:46 | 11 | WE ALSO HAVE VERY GREATLY NARROWED THE DEBATE ON ALMEROTH. |
| 12:32:52 | 12 | WE'VE RESOLVED THE DEMONSTRATIVES. WE'VE REACHED AGREEMENT ON |
| 12:32:59 | 13 | WHAT TO DO WITH THE ANSWER. |
| 12:33:03 | 14 | THEY WANT TO PLAY -- THEY WANT TO READ A STIPULATION AND |
| 12:33:07 | 15 | WE'VE AGREED TO THAT, THAT SAYS WE ADMITTED USING THE COMMANDS |
| 12:33:13 | 16 | IN EXHIBIT 1, AND THEN SUBSEQUENTLY WE DENIED USING THE |
| 12:33:17 | 17 | COMMANDS IN EXHIBIT 1, AND THAT'S GOING TO BE A STIPULATION |
| 12:33:20 | 18 | THAT THEY CAN READ. |
| 12:33:22 | 19 | AND EXHIBIT 1 WILL GO TO THE JURY AS AN EXHIBIT. AND IT'S |
| 12:33:25 | 20 | JUST A LIST OF THE COMMANDS THAT WAS ATTACHED TO THEIR |
| 12:33:27 | 21 | COMPLAINT, THAT'S WHAT IT IS. |
| 12:33:29 | 22 | THE COURT: OKAY. |
| 12:33:31 | 23 | MR. VAN NEST: NOW WE DO HAVE A COUPLE OF DEBATES |
| 12:33:33 | 24 | WHICH MR. WONG IS GOING TO ADDRESS ON ALMEROTH'S SUMMARIES -- |
| 12:33:37 | 25 | THE COURT: SO EXHIBIT 1, NOW I DON'T KNOW WHAT THAT |

```
12:33:39   1    IS.

12:33:39   2              MR. NELSON:  WE CAN SHOW YOU, YOUR HONOR.

12:33:40   3              EXHIBIT 1 IS A LIST OF ALL THE COMMANDS, THERE WERE 508 AT

12:33:43   4    THE BEGINNING.

12:33:44   5              THE COURT:  YES.

12:33:44   6              MR. NELSON:  THERE ARE TWO THAT ARE DROPPED, AND JUST

12:33:46   7    FOR CLARITY PURPOSES WE ARE ACTUALLY IN THE STIPULATION, READ

12:33:49   8    TO THE JURY WHICH TWO WERE DROPPED, JUST SO THERE ISN'T ANY

12:33:53   9    CONFUSION REGARDS THE DIFFERENCE IN THE NUMBERS.

12:33:55  10              THE COURT:  SO THIS IS MY FAMILIAR LIST?

12:33:57  11              MR. NELSON:  CORRECT.

12:33:57  12              MR. VAN NEST:  RIGHT.

12:33:58  13              THE COURT:  OKAY.  AND SO THERE IS A STIPULATION TO

12:34:00  14    COPYING, AND THEN --

12:34:03  15              MR. VAN NEST:  NO, NO, IT'S NOT A STIPULATION TO

12:34:06  16    COPYING.

12:34:06  17              THE COURT:  THEN I MISUNDERSTOOD.

12:34:08  18              MR. VAN NEST:  HERE'S WHAT IT IS.

12:34:09  19          WE HAD -- OUR PLEADING -- OUR ANSWER INITIALLY ADMITTED

12:34:12  20    USING THE COMMANDS, WHICH THERE'S AN ARGUMENT ABOUT WHETHER

12:34:19  21    THAT'S ADMISSIBLE IN EVIDENCE, BUT WE'VE RESOLVED IT BY THE

12:34:22  22    STIPULATION.

12:34:22  23          AND OF COURSE, WE AMENDED THE ANSWER TO DENY THAT WE USED

12:34:26  24    THE COMMANDS IN THE LIST, AND THAT'S ALL PART OF THE STIP TOO.

12:34:30  25    THIS IS ONLY RESOLVING AN EVIDENCE POINT OF WHETHER THEY COULD
```

1122

```
12:34:33  1    PUT THE ANSWER IN.  THEY ARE NOT GOING TO PUT ANSWER IN, JUST

12:34:38  2    READ THE STIP AND EXHIBIT 1 WILL GO IN.

12:34:41  3              THE COURT:  OKAY.  GREAT.

12:34:42  4              MR. VAN NEST:  THE OTHER THING THAT WE'VE DONE WITH

12:34:45  5    ALMEROTH, AND WE'VE ELIMINATED MOST OF THE DISPUTES ABOUT

12:34:48  6    SUMMARY EXHIBITS BY AGREEING TO SEVERAL OF THEM, BUT THERE IS

12:34:52  7    ONE THAT WE WANT TO ARGUE.

12:34:54  8              THE COURT:  OKAY.

12:34:54  9              MR. VAN NEST:  AND MR. WONG WILL DO THAT.

12:34:57  10       I BELIEVE WE HAVE A COUPLE OF OTHER ISSUES, ALSO FOR

12:35:01  11   YOUR HONOR RIGHT NOW, THAT HAD TO DO WITH THEIR FAMOUS ROG

12:35:09  12   ANSWER EXHIBIT THAT WE STARTED TALKING ABOUT MONDAY.

12:35:11  13       WE DON'T HAVE AGREEMENT ON THAT.  THAT'S THEIR AUTHORSHIP

12:35:16  14   ANSWER.  AND WE ALSO HAVE A COUPLE OF THINGS THAT TO DR. JAFFE,

12:35:19  15   WHO IS GOING TO TESTIFY TOMORROW.

12:35:22  16       SO THAT'S WHAT WE HAVE FOR YOU.

12:35:25  17              THE COURT:  OKAY.  AND AGAIN, I READ THESE EXHIBITS

12:35:33  18   WHEN THEY COME, AND THEN I HAVE A HARD TIME FINDING THEM

12:35:36  19   BECAUSE I PROBABLY GET 30 E-MAILS TOTAL AND I CAN'T FIND THEM.

12:35:40  20   AND I KNOW I DON'T HAVE TO STUDY THE EXHIBITS, I NEED A FRONT

12:35:42  21   PAGE OF IT AND I'M GOING TO TRY MY BEST TO LOCATE IT, BUT I

12:35:46  22   DON'T KNOW --

12:35:47  23              MR. VAN NEST:  WHERE DO YOU WANT TO START,

12:35:49  24   YOUR HONOR?  DO YOU WANT TO START ON --

12:35:50  25              THE COURT:  SO I THOUGHT WE WOULD -- LET'S START ON
```

1123

| | |
|---|---|
| 12:35:53 | 1 |
| 12:35:56 | 2 |
| 12:35:59 | 3 |
| 12:35:59 | 4 |
| 12:36:06 | 5 |
| 12:36:11 | 6 |
| 12:36:12 | 7 |
| 12:36:14 | 8 |
| 12:36:15 | 9 |
| 12:36:17 | 10 |
| 12:36:21 | 11 |
| 12:36:25 | 12 |
| 12:36:35 | 13 |
| 12:36:38 | 14 |
| 12:36:42 | 15 |
| 12:36:44 | 16 |
| 12:36:46 | 17 |
| 12:37:03 | 18 |
| 12:37:07 | 19 |
| 12:37:10 | 20 |
| 12:37:15 | 21 |
| 12:37:18 | 22 |
| 12:37:20 | 23 |
| 12:37:23 | 24 |
| 12:37:29 | 25 |

THE FILING THAT YOU MADE FOR TODAY, AND I'M GOING TO QUICKLY GO
THROUGH IT AND EITHER INDICATE IT'S BEEN RESOLVED OR DEAL WITH
IT.

     AND SO THAT IS DEFENDANT ARISTA'S OBJECTIONS FOR 12-1-16.
THE FIRST OBJECTION WAS AS TO TRIAL EXHIBIT 593, I BELIEVE
THAT'S BEEN RESOLVED?

          MR. NELSON:  CORRECT, YOUR HONOR.  I HAD SENT THAT
E-MAIL THIS MORNING.

          THE COURT:  YES.

          MR. WONG:  SO 593 HAS BEEN WITHDRAWN, BUT THERE IS
THE OBJECTIONS TO THE SUBSTANCE OF THE HELP DESCRIPTIONS THAT
ARE ALSO TRIAL EXHIBITS 4799 IS AT ISSUE.  WE OBJECTED TO THAT
THE DAY BEFORE.

          THE COURT:  I'M SORRY, I'VE READ SO MANY EXHIBITS --

          MR. NELSON:  WE CAN GIVE YOU A COPY OF THE EXHIBITS.

          THE COURT:  CAN I JUST HAVE THE FRONT PAGE OF IT
EVEN, BECAUSE -- THIS IS 4799?

          MR. NELSON:  CORRECT, YOUR HONOR.

          THE COURT:  SO THIS HAS NOTHING TO DO WITH WHAT'S
ON -- I'M A VERY LINEAR THINKER.  THIS IS AN OUTSTANDING
MOTION, I HAVE TO RULE ON IT.  YOU ARE NOW INTRODUCING A
DIFFERENT DOCUMENT THAT'S NOT HERE.

          MR. WONG:  OKAY.  SO YES, THAT DOCUMENT, THE FILING
LAST NIGHT ADDRESSED 593, THAT'S BEEN WITHDRAWN, BUT WE HAD
RAISED OBJECTIONS TO EXHIBIT 4799 ON THE PRIOR DAYS.

1124

12:37:36   1          MR. NELSON:  SO WOULD IT BE EASIER TO GO THROUGH THE

12:37:39   2    ONE YOU HAVE IN FRONT OF YOU, YOUR HONOR, THEN GO BACK TO THE

12:37:42   3    OTHER ISSUE?

12:37:42   4          THE COURT:  NO, WE CAN DEAL WITH THIS.

12:37:50   5          MR. WONG:  THIS ONE IS VERY STRAIGHTFORWARD,

12:37:51   6    YOUR HONOR, AND I CAN PROBABLY GO --

12:37:59   7          THE COURT:  I THINK THIS HAS BEEN OUTSTANDING FOR A

12:38:05   8    WHILE.  AND WHAT IS THE DISPUTE THAT ARISTA HAS WITH THIS

12:38:15   9    DOCUMENT AT THIS TIME?

12:38:16  10          MR. WONG:  SO YOUR HONOR, FOR THE OTHER SUMMARY

12:38:19  11    EXHIBITS THAT WE'VE AGREED TO, THEY ACTUALLY IDENTIFY THE

12:38:22  12    PARTICULAR REGISTERED WORKS --

12:38:23  13          THE COURT:  OH.

12:38:25  14          MR. WONG:  -- IN WHICH THE MATERIAL APPEARS AND IS

12:38:29  15    SUPPOSEDLY A SUMMARY OF.

12:38:31  16      THE PROBLEM WITH THIS, YOUR HONOR, AND IT'S ACTUALLY A

12:38:33  17    PROBLEM WITH THEIR CONTENTIONS, IS THAT YOU DON'T SEE ANY

12:38:36  18    VERSION OF IOS LISTED ON THIS, ANY REGISTERED VERSION OR ANY

12:38:40  19    VERSION THAT'S ASSERTED IN THIS CASE.

12:38:41  20      AND THEY HAVE A SEPARATE TABLE FURTHER DOWN IN THIS ONE

12:38:44  21    FOR HELP DESCRIPTIONS FROM IOS XR, AND THAT ONE ALSO DOES NOT

12:38:48  22    IDENTIFY A VERSION THAT THESE HELP DESCRIPTIONS SUPPOSEDLY

12:38:52  23    APPEAR IN, IN TERMS OF CISCO'S REGISTERED WORKS.

12:38:55  24      AND SO THE PROBLEM WITH THAT IS THAT THEY ACTUALLY NEVER

12:38:58  25    IDENTIFIED FOR IOS, ANY REGISTERED VERSION IN WHICH THESE

12:39:03  1    APPEAR.  AND ACTUALLY FOR IOS XR, THE ONLY VERSION OF IOS XR

12:39:08  2    THAT THEY SAID THAT THESE ARE IN IS IOS XR 514.

12:39:13  3              THE COURT:  SO IS IT YOUR CONTENTION THAT THE HELP

12:39:15  4    DESCRIPTIONS ARE NOT REGISTERED?

12:39:17  5              MR. WONG:  WE ACTUALLY DON'T KNOW BECAUSE THEY'VE

12:39:19  6    NEVER IDENTIFIED A PARTICULAR VERSION IN WHICH THESE ARE FOUND.

12:39:23  7              THE COURT:  OKAY.  WELL, I CERTAINLY NEED EVIDENCE OF

12:39:25  8    A REGISTERED WORK.  I'M SURE -- IT SEEMS LIKE A BIG CONTENTION

12:39:29  9    THERE.

12:39:30 10              MR. PAK:  YOUR HONOR, WE'VE OBVIOUSLY, WHEN WE DID

12:39:33 11    THE REGISTRATIONS, WE IDENTIFIED ALL THE SOURCE CODE FILES.

12:39:38 12        HELP DESCRIPTIONS ARE A LITTLE BIT DIFFERENT IN THE SENSE

12:39:40 13    THAT MOST OF THE COMMANDS ARE DESCRIBED IN ALL THE MANUALS, BUT

12:39:44 14    THE HELP DESCRIPTIONS ARE PART OF THE SOURCE CODE.  SO WHEN YOU

12:39:47 15    RUN THE SOURCE CODE, IT GENERATES THE HELP DESCRIPTIONS.

12:39:53 16        SO WE HAVE DONE SOURCE CODE ANALYSIS COMPARING SPECIFIC

12:39:56 17    VERSIONS OF IOS, IOS XR, SOURCE CODE, THAT TIES IN THESE

12:40:01 18    PARTICULAR HELP DESCRIPTIONS.  WE'VE ALSO DONE SOURCE CODE

12:40:03 19    ANALYSIS OF EOS SOURCE CODE TO IDENTIFY THESE HELP

12:40:08 20    DESCRIPTIONS.

12:40:08 21        SO THESE ARE VERY MUCH -- AND I THINK THAT BOTH PARTIES

12:40:12 22    HAVE UNDERSTOOD ALL ALONG THAT THESE ARE PART OF IOS AND IOS

12:40:15 23    XR.

12:40:16 24              WE ARE NOT -- AT THE LEVEL ANALYSIS, WE ARE NOT TRYING TO

12:40:19 25    TIE SPECIFIC COMMANDS TO SPECIFIC VERSIONS BECAUSE WE HAVE FOUR

```
12:40:25   1    DISTINCT CATEGORIES OF USER INTERFACES WE ARE TALKING ABOUT

12:40:28   2    THAT CORRESPOND TO THE OPERATING SYSTEMS, IOS, IOS XR, IOS XE

12:40:32   3    AND NX-OS.

12:40:33   4            THE COURT:  WELL, DON'T YOU HAVE TO TIE IT TO

12:40:37   5    PARTICULAR WORK TO PROVE YOUR CASE?

12:40:39   6            MR. PAK:  YES, WE DO.  AND WE THINK WE'VE DONE THAT

12:40:41   7    BY TYING IT TO IOS AND IOS XR FOR THIS PARTICULAR HELP

12:40:46   8    DESCRIPTION ANALYSIS, YOUR HONOR.

12:40:46   9            THE COURT:  SO YOU'RE SAYING THAT THESE HELP

12:40:54  10    DESCRIPTIONS IN YOUR LEFT-HAND COLUMN APPEAR IN YOUR REGISTERED

12:40:57  11    IOS?

12:40:58  12            MR. PAK:  YES.

12:40:58  13            THE COURT:  AS DEMONSTRATED BY THE SOURCE CODE.

12:41:02  14            MR. PAK:  CORRECT.

12:41:03  15            THE COURT:  THAT'S YOUR ARGUMENT.

12:41:03  16            MR. PAK:  THAT'S RIGHT.

12:41:05  17            THE COURT:  AND THEN THE QUESTION IS, DID YOU PROVIDE

12:41:07  18    THOSE IDENTIFICATIONS LINE-BY-LINE TO ARISTA?

12:41:10  19            MR. WONG:  I CAN HAND UP THE ROG RESPONSES.

12:41:12  20            MR. PAK:  YEAH, THAT'S TAKE A LOOK AT WHAT WE

12:41:15  21    IDENTIFIED.

12:41:15  22            THE COURT:  SO THE FACT THAT IT IS MAPPED THROUGH THE

12:41:22  23    SOURCE CODE IS FINE.  IF THAT'S WHAT IT IS, THAT'S WHAT IT IS.

12:41:25  24            MR. PAK:  THAT'S RIGHT, YOUR HONOR.

12:41:32  25            MR. WONG:  SO THIS IS THE ROG RESPONSE THAT THEY
```

1127

12:41:33  1      SERVED FOR IOS.  AS YOU CAN SEE, YOUR HONOR, IT'S THE SAME

12:41:37  2      NONIDENTIFIED VERSION OF IOS, SO WE DON'T EVEN KNOW IF THIS IS

12:41:40  3      TALKING ABOUT REGISTERED WORK.

12:41:41  4            THE COURT:  SO THIS MAPS IT TO ARISTA, BUT NOT TO

12:41:44  5      CISCO.

12:41:44  6            MR. WONG:  THAT'S THE PROBLEM, YOUR HONOR.

12:41:45  7            THE COURT:  OKAY.  AND THIS ONE YOU OBJECTED TO

12:41:47  8      BECAUSE YOU SAY -- YOU ARGUED, AND WE WILL GET TO THAT IN A

12:41:51  9      MINUTE, THAT THERE'S NO SOURCE CODE COPYING CLAIM.  THAT'S A

12:41:54  10     DIFFERENT ISSUE.

12:41:57  11           MR. WONG:  SO THAT HAS ACTUALLY BEEN RESOLVED, SO

12:42:01  12     THEY ARE NOT GOING TO PUT SOURCE CODE OF ANY SIDE.

12:42:04  13           THE COURT:  GREAT.  THAT'S GOOD.  IT SEEMS

12:42:05  14     STRAIGHTFORWARD.  GOOD.  SO I APPRECIATE THAT.

12:42:08  15         AGAIN, MR. PAK, I'M JUST LOOKING TO SEE IF YOU HAVE

12:42:16  16     DISCLOSED THE IDENTITY OF WHERE IN IOS THIS -- EACH OF THESE

12:42:20  17     HELP DESCRIPTIONS CAN BE FOUND.

12:42:22  18           MR. PAK:  I THINK THAT WE -- I DON'T THINK IN THESE

12:42:25  19     PARTICULAR ROG RESPONSES WE WERE ASKED FOR THAT INFORMATION,

12:42:27  20     WERE WE?  I DON'T THINK THIS IS THE ROG RESPONSE.

12:42:31  21           MR. WONG:  I BELIEVE SO --

12:42:32  22           THE COURT:  LET'S BACK UP.  YOU ALSO HAVE TO PROVE

12:42:34  23     THAT.

12:42:35  24           MR. PAK:  YES.

12:42:35  25           THE COURT:  YOU STILL HAVEN'T GIVEN ME ANYTHING THAT

```
12:42:37   1    EVEN OUTPUT LINES WHERE THE HELP DESCRIPTIONS CAN BE FOUND IN

12:42:43   2    THE REGISTERED WORK.

12:42:45   3              MR. PAK:  AND I THINK THAT OUR -- WE HAVE

12:42:47   4    DR. ALMEROTH WHO WILL TESTIFY TO THAT EFFECT, THAT HE

12:42:50   5    ANALYZED --

12:42:52   6              THE COURT:  THIS DOCUMENT DOESN'T PROVIDE THE

12:42:54   7    INFORMATION.

12:42:54   8              MR. PAK:  CORRECT.

12:42:55   9         THIS DOCUMENT, THIS PARTICULAR DOCUMENT DOES NOT IDENTIFY

12:42:57  10    THE SPECIFIC SOURCE CODE FILES WITH RESPECT TO CISCO.  I AGREE

12:43:02  11    WITH THAT, YOUR HONOR.

12:43:03  12              THE COURT:  OKAY.  I WOULD NOT REALLY BE IMAGINING

12:43:06  13    THAT DR. ALMEROTH WOULD BE SO BOLD AS TO SAY, I'VE READ ALL THE

12:43:10  14    SOURCE CODE, AND TRUST ME, THEY'RE ALL THERE.

12:43:13  15              MR. PAK:  RIGHT.

12:43:15  16         HE WILL BE -- SO IF YOUR HONOR IS REQUIRING US TO GO

12:43:18  17    THROUGH AND IDENTIFY SPECIFIC HELP DESCRIPTIONS TO SPECIFIC

12:43:22  18    VERSIONS OF IOS, IS THAT THE --

12:43:25  19              THE COURT:  WELL, I THINK IT NEEDS TO BE A LITTLE

12:43:27  20    MORE GRANULAR THAN THAT, AND THEN WE STILL RUN INTO THE

12:43:31  21    DISCLOSURE PROBLEM.

12:43:32  22              MR. WONG:  EXACTLY, YOUR HONOR.

12:43:33  23              THE COURT:  BUT I'M LOOKING AT THIS ON TWO LEVELS OF

12:43:36  24    PROBLEMS.

12:43:36  25              FIRST OF ALL, AN UTTER FAILURE OF PROOF ON YOUR PART, IF
```

12:43:40  1    THIS IS YOUR EXHIBIT, TO ESTABLISH THAT THESE ARE REGISTERED

12:43:46  2    WORKS.

12:43:47  3        AND SECOND, ONCE YOU CAN SHOW ME THE SOURCE OF -- YOUR

12:43:52  4    EVIDENCE ON IT, THEN MR. WONG CAN ADVISE THE COURT AS TO

12:43:55  5    WHETHER IT WAS DISCLOSED.

12:43:57  6        AND UNTIL HE SEES WHAT YOU'RE PUTTING FORTH, IT'S ONLY A

12:44:01  7    GENERAL STATEMENT BY HIM THAT YOU DON'T HAVE ANYTHING, IF

12:44:05  8    THAT'S WHAT WE'RE NEEDING.

12:44:07  9        MR. PAK:  YOUR HONOR, LET ME TAKE A LOOK AT

12:44:10  10   DR. ALMEROTH'S EXPERT REPORT.  WE WILL LOOK AT ALL THE

12:44:13  11   DISCOVERY RESPONSES AND GET BACK TO YOU ON THAT.

12:44:16  12       BECAUSE WHAT I UNDERSTOOD WAS WE WERE ARGUING ABOUT THIS

12:44:19  13   PARTICULAR DOCUMENT, AND I UNDERSTOOD THE COMPLAINT TO BE THAT

12:44:22  14   THIS PARTICULAR DOCUMENT, 4799, DID NOT IDENTIFY SPECIFIC

12:44:28  15   VERSIONS.

12:44:29  16       AND IT WAS OUR VIEW THAT WE HAD IDENTIFIED BY OPERATING

12:44:32  17   SYSTEM TYPE, AND THAT WAS SUFFICIENT.

12:44:34  18       BUT IF YOUR HONOR IS ASKING US TO GO BACK AND LOOK AT ON A

12:44:39  19   PERVERSION BASIS, THEN WE WILL SEE WHAT'S --

12:44:42  20       THE COURT:  ACTUALLY, I WANT TO BE CLEAR, I'M JUST

12:44:44  21   TRYING TO RULE ON THE OBJECTION PUT FORTH BY ARISTA.  I'M NOT

12:44:48  22   ASKING FOR ANYTHING.

12:44:50  23       AND FRANKLY, MR. PAK, IF AT THE END OF THE DAY, YOU REST

12:44:53  24   AND YOU HAVE NOT PROVED YOUR CASE, I WILL THEN GET A MOTION

12:44:57  25   FROM ARISTA, I'M NOT DOING ANYTHING ON MY OWN.

| | | |
|---|---|---|
| 12:45:00 | 1 | MR. PAK:  WE UNDERSTAND. |
| 12:45:01 | 2 | THE COURT:  BUT SINCE I HAVE A DUTY TO LET YOU REOPEN |
| 12:45:04 | 3 | IF THERE'S A FUNDAMENTAL FAILURE TO PRODUCE EVIDENCE, WE MAY AS |
| 12:45:08 | 4 | WELL GET TO IT NOW. |
| 12:45:10 | 5 | MR. PAK:  WE WILL GET TO THAT, YOUR HONOR, WE WILL. |
| 12:45:11 | 6 | THE COURT:  I APPRECIATE THAT. |
| 12:45:12 | 7 | MR. WONG:  YOUR HONOR, IOS XR HAS A SLIGHTLY |
| 12:45:16 | 8 | DIFFERENT PROBLEM BUT IT'S ALSO PROBLEMATIC. |
| 12:45:16 | 9 | THE COURT:  SO THAT'S STILL PART OF THIS DOCUMENT? |
| 12:45:18 | 10 | MR. WONG:  SO IT'S THEIR HELP DESCRIPTION SUMMARY |
| 12:45:19 | 11 | EXHIBIT THAT WE ARE TALKING ABOUT. |
| 12:45:20 | 12 | THE COURT:  THIS IS 4799? |
| 12:45:22 | 13 | MR. WONG:  YES.  4799 HAS A SECOND PART OF IT THAT |
| 12:45:33 | 14 | WAS ABOUT HELP DESCRIPTIONS FOR IOS XR. |
| 12:45:35 | 15 | THE COURT:  YES.  AND THAT'S AT PAGE 10? |
| 12:45:38 | 16 | MR. WONG:  YES. |
| 12:45:39 | 17 | AND FOR IOS XR, THE ONLY VERSION OF IOS XR THAT THEY |
| 12:45:42 | 18 | DISCLOSE TO US WHERE THESE CAN BE FOUND IS AN UNREGISTERED |
| 12:45:47 | 19 | VERSION. |
| 12:45:48 | 20 | THE COURT:  THAT'S THE 514? |
| 12:45:49 | 21 | MR. WONG:  THAT'S THE 514. |
| 12:45:51 | 22 | THE COURT:  SO THAT'S IS SUBJECT -- THAT'S IN YOUR |
| 12:45:53 | 23 | MOTION? |
| 12:45:53 | 24 | MR. WONG:  CORRECT. |
| 12:45:55 | 25 | THE COURT:  OKAY.  ARE WE MOVING BACK TO -- |

```
12:45:57   1              MR. WONG:  AND SO THE PROBLEM FOR THIS ONE,

12:46:00   2     YOUR HONOR, IS THAT THEY DON'T IDENTIFY A VERSION OF IOS XR IN

12:46:04   3     THAT SUMMARY TRIAL EXHIBIT, AND IF THE ONLY THING THEY CAN

12:46:07   4     POINT TO IS THIS IOS XR 514, THAT'S NOT EVEN A REGISTERED WORK.

12:46:14   5              THE COURT:  SO JUST SO THAT I CAN BE CLEAR, BECAUSE

12:46:16   6     I'VE NEVER HEARD OF IOS XR 514 BEFORE YOUR MOTION, IT'S YOUR

12:46:20   7     POSITION THAT WOULD -- THAT WOULD BE A SEPARATE WORK FROM IOS

12:46:30   8     XR.

12:46:30   9              MR. WONG:  YES, YOUR HONOR.

12:46:31  10         AND THEY, IN FACT -- AS THEY, IN THEIR COMPLAINT,

12:46:34  11     IDENTIFIED 26 REGISTERED WORKS.

12:46:35  12         AND THERE ARE CERTAIN VERSIONS OF IOS XR THAT ARE PART OF

12:46:38  13     THAT.  THERE IS NO IOS XR 514 THAT'S REGISTERED OR ASSERTED IN

12:46:42  14     THIS CASE.

12:46:43  15              THE COURT:  OKAY.  WELL, I THINK I UNDERSTAND THAT

12:46:48  16     ARGUMENT.

12:46:48  17         AND IS THAT -- THAT IS PART OF YOUR ARGUMENT TO LIMIT

12:46:54  18     DR. JAFFE'S --

12:46:57  19              MR. WONG:  ALMEROTH, ACTUALLY.

12:46:59  20              THE COURT:  OH, ALMEROTH.

12:47:02  21              MR. WONG:  SO THIS IS REALLY, ACTUALLY, AN OBJECTION

12:47:04  22     TO THE SUMMARY EXHIBIT, YOUR HONOR, BECAUSE THE UNDERLYING

12:47:07  23     EVIDENCE WOULD NOT BE ADMISSIBLE.

12:47:14  24              THE COURT:  OKAY.

12:47:15  25     SO MR. NELSON, WHAT CAN YOU TELL ME?
```

12:47:18  1          MR. NELSON:  SO MAYBE I CAN CLARIFY SOMETHING OR

12:47:20  2    UNDERSTAND THE CONCERNS.

12:47:22  3          SO THERE'S THE 26 REGISTRATIONS THAT INCLUDE THE MANUALS

12:47:25  4    AND THE SOURCE CODE THAT ARE GOING IN, THAT'S AGREED THROUGH

12:47:28  5    THE SUMMARY THAT WE HAVE.  THOSE CORRESPOND TO VARIOUS

12:47:35  6    VERSIONS.

12:47:35  7          THE VERSIONS ARE, LIKE WE TALKED ABOUT WHEN WE WERE DOING

12:47:38  8    THE DEFINITION OF THE REGISTERED WORK, ARE -- THEY CARRY

12:47:42  9    FORWARD, RIGHT?  YOU BUILD UPON ONE LIKE EPISODES IN ANOTHER.

12:47:46  10    SO THE WORKS THAT WE DEFINED WERE THE FOUR WORKS WHICH

12:47:49  11    WERE THE USER INTERFACE FOR EACH, THEY ARE NOT 26 SEPARATE,

12:47:52  12    THERE'S ONE FOR IOS.

12:47:54  13          AND SO WHAT WE'VE IDENTIFIED IS THE EARLIEST VERSION

12:47:59  14    BECAUSE THAT WAS THE QUESTIONED THAT WAS ASKED BUT THAT CARRIES

12:48:01  15    FORWARD INTO THE REGISTERED VERSIONS THAT WE HAVE INTO

12:48:04  16    EVIDENCE.

12:48:04  17          SO IN OTHER WORDS, WE HAVE THE SOURCE CODE, THE MANUALS

12:48:09  18    AND SUCH FOR THE REGISTRATIONS FOR IOS XR.

12:48:12  19              THE COURT:  OKAY.

12:48:13  20          MR. NELSON:  AND THOSE HELP DESCRIPTIONS CARRY INTO

12:48:15  21    THOSE VERSIONS SO THEY ARE REGISTERED WORKS THAT HAVE THOSE.

12:48:18  22    WHAT THEY ASKED US FOR --

12:48:20  23              THE COURT:  I THINK WHAT I'M HEARING FROM YOU IS THAT

12:48:23  24    IF THERE IS SOMETHING CALLED IOS XR 514, IT MAY CONTAIN AS PART

12:48:30  25    OF IT, WHAT IS REGISTERED IN IOS XR.  IT MAY OR IT MAY NOT.

12:48:36   1          AND TO PRESENT THE 514 VERSION, IS NOT TO PRESENT EVIDENCE

12:48:41   2     OF WHAT'S IN THE PREDECESSOR REGISTERED WORK.

12:48:45   3              MR. NELSON:  THE OTHER WAY AROUND.  THAT'S EARLIER,

12:48:47   4     AND WE ARE TALKING ABOUT --

12:48:48   5              THE COURT:  514 IS EARLIER?

12:48:50   6              MR. NELSON:  YEAH.

12:48:51   7          AND SO WE ARE TALKING ABOUT LATER.  BUT THOSE ARE THE

12:48:57   8     WORKS AS WE DEFINED IT, SO THERE'S FOUR, AND I'M TALKING ABOUT

12:49:01   9     THE USER INTERFACES NOW, IOS, WHICH WOULD INCLUDE THE VERSIONS,

12:49:05  10     AND THERE'S SEPARATE REGISTERED ONES THAT CARRY FORWARD

12:49:09  11     BECAUSE --

12:49:10  12              THE COURT:  I'M CONFUSED ABOUT CARRIED FORWARD AND

12:49:13  13     CARRIED BACK.

12:49:13  14              MR. NELSON:  MEANING THEY ALL BUILD UPON.  NOTHING

12:49:16  15     GETS TAKEN OUT, SO THERE MAY BE THINGS THAT ARE ADDED INTO

12:49:19  16     THOSE VERSIONS.

12:49:21  17          SO WITH RESPECT TO THESE HELP DESCRIPTIONS, THAT'S WHY

12:49:24  18     THEY ARE BROKEN DOWN THAT WAY.  BUT THE EVIDENCE OF WHERE THESE

12:49:27  19     ARE FOUND IN THE REGISTERED WORKS IS IN THE SOURCE CODE THAT'S

12:49:31  20     BEING ENTERED.

12:49:32  21          SO THOSE THINGS ARE ALL THERE.  AND THEY ARE CARRIED --

12:49:38  22     DON'T START WAVING YOUR ARMS AROUND ME -- SO THAT THE SOURCE

12:49:44  23     CODE FOR THE VERSIONS THAT ARE REGISTERED AND SUBMITTED INTO

12:49:47  24     EVIDENCE OR WILL BE WITH MR. LANG TODAY, THOSE INCLUDE THESE

12:49:50  25     HELP DESCRIPTIONS AS WELL.

1134

```
12:49:51   1        SO I'M A BIT CONFUSED AS TO WHAT THE OBJECTION IS.

12:49:56   2            THE COURT:  WELL, I THOUGHT THE OBJECTION WAS PRETTY

12:49:58   3    STRAIGHTFORWARD.  I DIDN'T KNOW IF IT WAS CORRECT OR NOT, BUT

12:50:02   4    THERE IS -- YOU ARE OFFERING, AS SUPPORTING DOCUMENTATION

12:50:07   5    REGARDING HELP DESCRIPTIONS, COPYING OF CISCO IOS XR 514.  AND

12:50:17   6    CERTAINLY THE REPORT RELIES UPON THAT.

12:50:19   7            NOW, FIRST OF ALL, NOTHING IN THE PAPERS I GOT SHOWED ME

12:50:23   8    THAT IT WAS A PREDECESSOR VERSION TO THE REGISTERED IOS XR.

12:50:31   9            MR. WONG:  IT'S NOT, YOUR HONOR.

12:50:32  10        THE EARLIEST VERSION OF IOS XR THEY HAVE HERE IN THE

12:50:36  11    COMPLAINT IS IOS XR 3.0, SO THAT'S GOT TO BE BEFORE 5.4.

12:50:41  12            THE COURT:  I DON'T KNOW HOW THEY NUMBER THEM.

12:50:44  13            MR. WONG:  WE ACTUALLY ASKED THEIR CORPORATE REP WHAT

12:50:47  14    DOES 514 MEAN, BECAUSE IT DOESN'T SOUND LIKE A VERSION NUMBER,

12:50:51  15    SO IT'S STILL A MYSTERY OF WHAT 514 IS.

12:50:54  16            THE COURT:  YOU ARE TELLING ME IT PREDATES, BUT DO

12:50:57  17    YOU HAVE ANY EVIDENCE OF THAT?

12:50:58  18            MR. NELSON:  I DON'T KNOW, AS I STAND HERE, SO I'M

12:51:00  19    NOT GOING TO REPRESENT ONE WAY OR THE OTHER.

12:51:02  20            THE COURT:  OKAY.  WELL, RIGHT NOW I CAN'T LET THAT

12:51:04  21    IN, MR. NELSON.  I GUESS DR. ALMEROTH -- YOU ARE GOING TO HAVE

12:51:08  22    A LITTLE CHAT WITH HIM BEFORE HE TAKES THE STAND.

12:51:11  23            MR. PAK:  YES, YOUR HONOR.  LET ME ADDRESS THAT

12:51:14  24    QUESTION RIGHT NOW.

12:51:15  25            THE COURT:  OKAY.
```

```
12:51:16   1              MR. PAK:  WITH RESPECT TO 514 --

12:51:18   2              THE COURT:  WELL, THAT'S DIFFERENT.

12:51:20   3              MR. PAK:  -- THIS IS THE VERSION IOS XR IS 5.14, THE

12:51:24   4    ONE WE ARE JUST DEALING WITH NOW.

12:51:27   5              THE COURT:  I DON'T BELIEVE THAT IT WAS 5.14 IN THE

12:51:30   6    REPORT.  LET'S SEE.

12:51:32   7              MR. PAK:  IT IS 5.14, YOUR HONOR.

12:51:35   8              THE COURT:  DID I MISS THAT?

12:51:36   9              MR. WONG:  I DON'T THINK IT'S IDENTIFIED AS 5.14.

12:51:39  10              MR. PAK:  IT'S 5.14, YOUR HONOR.

12:51:41  11         THIS IS WHAT IOS XE-- THE IOS XR VERSIONS THAT WERE

12:51:50  12    REGISTERED GO FROM VERSION 3.0 TO 5.2.  THE VERSION WE ARE

12:51:56  13    TALKING ABOUT -- THERE IS NO SUCH THING -- THE VERSION WE ARE

12:52:01  14    TALKING ABOUT IS IOS XR 5.14.  AND THAT VERSION IS CLEARLY

12:52:04  15    WITHIN THE RANGE OF THE REGISTERED WORKS THAT WE'VE IDENTIFIED.

12:52:07  16              MR. WONG:  YOUR HONOR, I CAN HAND UP THEIR LISTING OF

12:52:10  17    26 IOS XR VERSIONS, AND THERE IS NOT EVEN AN IOS 5.1.  AND I'M

12:52:16  18    ASSUMING AN IOS 5.14 IS A DERIVATIVE --

12:52:19  19              THE COURT:  I'M JUST LOOKING FOR THE PORTION OF --

12:52:22  20    AND MAYBE I DON'T HAVE IT -- OF -- NO, THAT'S DR. JAFFE.  I MAY

12:52:28  21    NOT HAVE DR. ALMEROTH ON THIS ISSUE.  I THOUGHT I DID.

12:52:35  22              MR. PAK:  SO YOUR HONOR, THE REGISTERED WORKS WITH

12:52:37  23    RESPECT TO IOS XR IS IOS XR VERSION 3.0 THROUGH 5.2.

12:52:47  24              THE COURT:  THAT'S A REGISTERED?

12:52:50  25              MR. PAK:  THOSE ARE ALL REGISTERED, YOUR HONOR.
```

1136

```
12:52:51   1              THE COURT:  THROUGH 5. --

12:52:53   2              MR. PAK:  20.

12:52:56   3              THE COURT:  OKAY.

12:52:57   4              MR. PAK:  THE VERSION THAT WE IDENTIFIED AS PART

12:52:59   5    OF -- SO FOR IOS XR, WE DID IDENTIFY A PARTICULAR VERSION THAT

12:53:03   6    IT APPEARS IN THE SOURCE CODE FILES, THAT IS VERSION 5.14.

12:53:09   7    THAT FALLS DIRECTLY WITHIN THE RANGE OF THE WORKS THAT WERE

12:53:13   8    REGISTERED.  AND FURTHERMORE, 5.14 PREDATES ALL THE SUBSEQUENT

12:53:18   9    VERSIONS LEADING UP TO 5.20.

12:53:21  10              THE COURT:  OKAY.  SO I APPRECIATE THAT, AND I DON'T

12:53:23  11    MEAN TO BE A STICKLER FOR THIS, I'M LOOKING AT PAGE 1 OF

12:53:27  12    ARISTA'S BRIEF, I'M LOOKING AT LINE 18.  AND I'M SORRY, I DON'T

12:53:31  13    HAVE EXHIBIT 593 IN FRONT OF ME, BUT THAT'S THE -- AND I DON'T

12:53:38  14    KNOW WHETHER I CAN FIND 593, BUT I DON'T KNOW --

12:53:42  15              MR. WONG:  WE CAN PUT IT UP, YOUR HONOR.

12:53:44  16              THE COURT:  THAT WOULD BE GREAT.  PAGE 20?

12:53:46  17              MR. PAK:  YES.  EXACTLY.  SO THAT'S THE NOTATION FOR

12:53:58  18    5.14.

12:53:58  19              THE COURT:  MY EYESIGHT IS NOT GREAT, BUT THERE'S NO

12:54:02  20    DOT BETWEEN 5 AND 14.

12:54:04  21              MR. PAK:  OF COURSE.  BUT EVERYBODY UNDERSTANDS THIS

12:54:07  22    IS THE --

12:54:07  23              THE COURT:  I'M SORRY.

12:54:08  24            BUT AGAIN, I'M THE LAYPERSON HERE, BUT I NEED TO BE SURE

12:54:12  25    OF THAT.
```

12:54:13  1        AND MR. WONG, DON'T TAKE ADVANTAGE OF MY IGNORANCE TO

12:54:19  2    THINK THAT YOU HAVE DRIVEN A WEDGE HERE.

12:54:21  3        MR. WONG:  YOUR HONOR, WE ASKED CISCO'S CORPORATE

12:54:29  4    REPRESENTATIVE, MR. LOUGHEED, WHO WAS DESIGNATED TO TALK ABOUT

12:54:32  5    THESE HELP DESCRIPTIONS, THAT'S THE ONE DEPOSITION YOU ALLOWED

12:54:35  6    US TO TAKE AFTER THIS WAS BROUGHT IN.  AND WE ASKED

12:54:38  7    MR. LOUGHEED, WHAT DOES 514 MEAN?  AND WE DIDN'T GET AN ANSWER

12:54:43  8    TO THAT.

12:54:43  9        MR. PAK:  YOUR HONOR, FIVE -- BOTH EXPERTS HAVE

12:54:46 10    ANALYZED ALL THESE OPERATING SYSTEMS.  THERE IS NO 514TH

12:54:51 11    VERSION OF ANY OF THIS.

12:54:52 12        WE ALL UNDERSTAND, AND WE CAN GO THROUGH AND LOOK AT THIS,

12:54:55 13    IT'S CLEAR THAT THERE ARE VERSIONS THAT START WITH 3.0 FOR IOS

12:55:00 14    XR, IT GOES TO 5.20.  THIS NOTATION IS CLEARLY INDICATING

12:55:06 15    VERSION 5.14, WHICH IS THE 14TH VERSION OF THE FIFTH GENERATION

12:55:12 16    OF IOS XR.

12:55:14 17        MR. WONG:  THE PROBLEM WITH THAT ARGUMENT,

12:55:15 18    YOUR HONOR, IS THAT WE DON'T KNOW IF THEY REMOVED ANY OF THESE

12:55:19 19    HELP DESCRIPTIONS FROM 5.14 WHEN --

12:55:21 20        MR. PAK:  BUT THAT WAS MR. NELSON'S POINT.

12:55:22 21        SO BY THE WAY, BOTH -- ALL OF THESE COMPUTER FILES THAT WE

12:55:26 22    ARE TALKING ABOUT WERE PRODUCED TO THE OTHER SIDE.  THEY HAD

12:55:28 23    THEIR EXPERTS COME IN, ANALYZE ALL OF THESE SOURCE CODE FILES.

12:55:33 24        THE COURT:  EACH VERSION.

12:55:33 25        MR. PAK:  YES, YOUR HONOR.  AND HE KNEW, THEIR EXPERT

12:55:36  1    ABSOLUTELY KNEW THAT THESE WERE FILES THAT EXISTED IN THE 5.14

12:55:40  2    VERSION OF IOS XR.

12:55:42  3         THE FACT THAT A PERIOD DOESN'T APPEAR, DOESN'T MEAN THAT

12:55:45  4    THE EXPERTS DIDN'T UNDERSTAND THE VERSION.

12:55:47  5         THE COURT:  SO, IT DOES NOT MEAN THAT, BUT --

12:55:49  6         MR. PAK:  YES.

12:55:49  7         THE COURT:  BUT THAT'S -- THAT'S WHAT PROOF IS ALL

12:55:52  8    ABOUT, THOUGH, IS THAT YOU CAN'T JUST ASSUME A COMMON

12:55:55  9    UNDERSTANDING OF A -- OF AN INVISIBLE DOT.

12:56:00  10        MR. PAK:  ABSOLUTELY, YOUR HONOR.

12:56:01  11        AND WHAT WE ARE GOING TO DO IS BOTH SIDES HAVE SEEN ALL

12:56:04  12   THE SOURCE CODE, THIS ISSUE WAS NEVER RAISED, WE'VE HAD THEIR

12:56:07  13   EXPERTS ANALYZE, AND HE PUT IN A SUPPLEMENTAL EXPERT REPORT.

12:56:11  14   HE KNEW EXACTLY WHAT TO LOOK FOR.

12:56:13  15        HE LOOKED AT -- WE'VE IDENTIFIED -- YOUR HONOR, MAY I SHOW

12:56:18  16   THIS ON WILL ELMO?  YOU HAVE IT HERE.  SEE, THIS IS IOS XR

12:56:24  17   5.14, AND YOU CAN SEE ALL THE DIFFERENT SOURCE CODE FILES

12:56:27  18   THAT --

12:56:27  19        THE COURT:  SURE.

12:56:28  20        MR. PAK:  -- THAT ARE FOUND.

12:56:29  21        AND THEN IF YOU MOVE UP THERE, YOU SEE EOS VERSION 4.13.5,

12:56:37  22   AND THAT'S THE SOURCE CODE FOUND IN ARISTA.

12:56:39  23        I HAVE A SEPARATE ISSUE, YOUR HONOR, THAT WE ARE GOING TO

12:56:42  24   INVESTIGATE ON IOS.  BUT WITH WITH RESPECT TO IOS XR, WE HAVE A

12:56:46  25   PARTICULAR VERSION, THAT VERSION FALLS WITHIN THE RANGE OF THE

12:56:49  1    COPYRIGHTED WORKS.  WE PRODUCED ALL OF THE SOURCE CODE FILES

12:56:52  2    WITHIN THAT RANGE.  THEIR EXPERTS HAVE BEEN ABLE TO ANALYZE --

12:56:56  3              THE COURT:  SO YOU ARE SUGGESTING THAT BECAUSE YOU

12:56:58  4    SUBMITTED ALL THE SOURCE CODE, THAT IF, PER CHANCE, ONE OF

12:57:01  5    THESE STRINGS WAS NOT PRESENT IN THE ASSERTED WORK, THAT THEY

12:57:08  6    COULD OFFER THAT.

12:57:09  7              MR. PAK:  ABSOLUTELY.  THEY COULD.

12:57:10  8        AND THAT WAS THE WHOLE POINT OF MAKING THESE SOURCE CODE

12:57:12  9    FILES AVAILABLE FOR OTHER SIDE.  THEIR EXPERT HAD A CHANCE TO

12:57:17 10    PUT IN A SUPPLEMENTAL EXPERT REPORT.  WE DID NOT RESPOND TO IT.

12:57:20 11    HE DID NOT IDENTIFY ANY DISAGREEMENT WITH OUR ASSERTION THAT

12:57:25 12    THIS VERSION OF THE SOURCE CODE HAS THESE HELP DESCRIPTIONS IN

12:57:28 13    IT.

12:57:28 14              THE COURT:  WELL, MR. WONG, AT THIS POINT, I ASSUME

12:57:33 15    YOU DON'T WANT THIS TO VEER OFF INTO THIS 5.14 ISSUE VERSUS

12:57:39 16    514.

12:57:39 17        YOU'VE PROPERLY IDENTIFIED IT FOR ME, AND AS YOU'VE

12:57:43 18    EXTRACTED IT FROM THIS DOCUMENT, 593, IT WOULD NOT SEEM TO FALL

12:57:48 19    WITHIN THE COPYRIGHTED WORKS.  BUT WE ARE REALLY TALKING NOT

12:57:51 20    ABOUT THE COPYRIGHTED WORKS, BUT INSTEAD ABOUT PERHAPS AN

12:58:00 21    OVERSIGHT BY THE EXPERT IN NOT EXACTLY REPRESENTING WHAT IT

12:58:03 22    WAS.

12:58:03 23              MR. WONG:  AND YOUR HONOR, IF IT IS 5.14, THAT'S

12:58:06 24    ACTUALLY AFTER 5.2, AND THAT'S THE LATEST REGISTERED WORK

12:58:09 25    THAT'S IN THIS CASE.

| | | |
|---|---|---|
| 12:58:09 | 1 | THE COURT:  THAT I DON'T KNOW. |
| 12:58:10 | 2 | MR. PAK:  THAT'S NOT HOW THE NUMBERING WORKS, |
| 12:58:12 | 3 | YOUR HONOR. |
| 12:58:13 | 4 | SO THE WAY IT WORKS IS IT'S 5.11, 5.12, 5.13, 5.14, 5.16, |
| 12:58:29 | 5 | 5.17, 5.19 AND THEN IT GOES TO 5.20, WHICH IS 5.2. |
| 12:58:33 | 6 | SO -- |
| 12:58:34 | 7 | THE COURT:  SO IS 5. -- DO YOU AGREE THAT 5.2 IS A |
| 12:58:37 | 8 | REGISTERED WORK AT ISSUE? |
| 12:58:40 | 9 | MR. WONG:  I THINK 5.2 IS A REGISTERED WORK AT ISSUE. |
| 12:58:45 | 10 | THE COURT:  AND THEY HAVE BEEN SUBMITTED AS A RANGE? |
| 12:58:47 | 11 | MR. PAK:  ABSOLUTELY, YOUR HONOR.  IN THESE COPYRIGHT |
| 12:58:49 | 12 | REGISTRATIONS. |
| 12:58:50 | 13 | MR. WONG:  I'M GOING TO HAND THIS UP BECAUSE IT'S NOT |
| 12:58:52 | 14 | A RANGE IN THE COMPLAINT. |
| 12:58:54 | 15 | THE COURT:  WHERE DOES THIS COME FROM?  IS THIS FROM |
| 12:58:57 | 16 | THE COMPLAINT? |
| 12:58:58 | 17 | MR. WONG:  THIS IS FROM THEIR COMPLAINT, YOUR HONOR. |
| 12:59:01 | 18 | IT'S A LIST OF THEIR REGISTERED WORKS, AND IT ACTUALLY |
| 12:59:04 | 19 | JUMPS TO FROM 5.2 TO SOMETHING BEFORE THAT, BUT THERE IS NO |
| 12:59:07 | 20 | RANGE. |
| 12:59:09 | 21 | THE COURT:  BUT WEREN'T THE COPYRIGHTED WORKS |
| 12:59:11 | 22 | ATTACHED TO THE COMPLAINT? |
| 12:59:14 | 23 | MR. PAK:  YES. |
| 12:59:14 | 24 | THE COURT:  SO WOULDN'T EACH OF THE VERSIONS HAVE |
| 12:59:16 | 25 | BEEN ATTACHED? |

1141

12:59:17   1            MR. WONG:  THOSE SPECIFIC VERSIONS WERE ATTACHED, BUT

12:59:20   2    THERE IS NO 5.1.4 OR EVEN A 5.1 FOR IOS XR.

12:59:25   3            MR. PAK:  YOUR HONOR, AS MR. NELSON TALKED ABOUT, THE

12:59:27   4    WAY THESE REGISTRATIONS WORK IS THAT WE ARE REGISTERING

12:59:32   5    SPECIFIC VERSIONS OF OPERATING SYSTEMS OVER TIME.  SOMETIMES WE

12:59:36   6    DON'T REGISTER INTERMEDIATE VERSIONS BECAUSE IT

12:59:40   7    PRE-INCORPORATES MATERIAL THAT EXISTS.

12:59:42   8        THERE'S NO DISPUTE THAT THESE SOURCE CODE FILES EXIST IN

12:59:45   9    5.20, WHICH WAS REGISTERED.  NO DISPUTE ABOUT THAT.

12:59:49  10            THE COURT:  WELL, THEN THAT'S WHAT YOUR EXPERT IS

12:59:51  11    GOING TO HAVE TO SAY.

12:59:52  12            MR. PAK:  ABSOLUTELY.  AND THAT IS WHAT HE'S GOING TO

12:59:54  13    SAY.

12:59:54  14        AND HE'S GOING TO TESTIFY THAT IN THE PROCESS OF CREATING

12:59:57  15    THESE DIFFERENT VERSIONS, THE HELP DESCRIPTIONS ARE NOT

01:00:00  16    REMOVED, 5.14 FALLS WITHIN THE RANGE OF THE WORKS, HE'S GOING

01:00:04  17    TO TESTIFY THAT THESE PARTICULAR FILES THAT HE LOOKED AT

01:00:08  18    CORRESPOND TO VERSION 5.14.  IN TERMS OF THE NAMING SCHEME,

01:00:13  19    5.14 PRECEDES 5.20.

01:00:16  20            MR. WONG:  YOUR HONOR --

01:00:17  21            THE COURT:  SO WHAT I'VE GOT HERE ON XR ARE SOME

01:00:21  22    EXPRESSLY IDENTIFIED VERSIONS.

01:00:27  23            MR. PAK:  CORRECT, YOUR HONOR.  AND THEN IF YOU LOOK

01:00:29  24    AT --

01:00:30  25            THE COURT:  WELL, I'M JUST SAYING THAT WHAT YOU'VE

01:00:32  1    GOT IS, FOR IOS XR YOU'VE GOT 3.2, 3.3, 3.4, 3.5, 4.3 AND 5.2.

01:00:47  2            MR. PAK:  YES.

01:00:47  3            THE COURT:  ALL RIGHT.

01:00:49  4        AND YOU WOULD BE OFFERING AS BACKGROUND TESTIMONY OF, I

01:00:57  5    DON'T KNOW, NOT THE EXPERT, I SUPPOSE, IT'S A FACT WITNESS.

01:01:00  6            MR. PAK:  WE WILL HAVE MR. LANG PUT IN THE FOUNDATION

01:01:03  7    AS WELL.

01:01:04  8            THE COURT:  AND SO YOU WOULD BE SAYING, IT'S YOUR

01:01:06  9    CONTENTION HERE THAT PREVIOUSLY INCLUDED STRINGS ARE NOT

01:01:15  10   REMOVED IN LATER VERSIONS?

01:01:17  11           MR. NELSON:  CORRECT.

01:01:18  12       IN FACT, MR. KATHAIL TESTIFIED TO THAT YESTERDAY.  HE SAID

01:01:21  13   THAT NOTHING IS EVER TAKEN OUT.  ONCE SOMETHING IS PUT IN, IT'S

01:01:26  14   NEVER TAKEN OUT.

01:01:27  15           THE COURT:  SO ALL THESE STRINGS ARE IN 5.2?

01:01:30  16           MR. PAK:  YES.  AND THEY'VE NEVER DISPUTED THAT.

01:01:34  17   THIS IS A BRAND-NEW ISSUE.

01:01:35  18           MR. WONG:  THAT'S FINE.  BUT DR. ALMEROTH DOESN'T

01:01:37  19   HAVE THAT IN HIS REPORT.  SO THERE'S NOTHING THAT HE CAN SAY

01:01:41  20   ABOUT THAT.

01:01:42  21           MR. PAK:  NO, DR. ALMEROTH CLEARLY HAS 5.14.  HE CAN

01:01:45  22   LAY THE FOUNDATION TO SAY HE ANALYZED VERSION 5.14, THAT IS AN

01:01:49  23   INTERMEDIATE NUMBER THAT FALLS WITHIN THE RANGE OF THE

01:01:53  24   COPYRIGHTED REGISTERED WORKS.

01:01:54  25           MR. LANG WILL TESTIFY THAT THESE WERE REGISTERED AT

1143

01:01:59  1      DIFFERENT POINTS IN TIME AND THAT IT GOES UP TO 5.2.  HE WILL

01:02:03  2      CLARIFY ON THE RECORD, YOUR HONOR, THAT 5.14 PRECEDES 5.20.

01:02:08  3              THE COURT:  WELL, I WILL LET THAT EVIDENCE COME IN.

01:02:10  4      AND YOU ARE GOING TO -- HOPEFULLY THE JURY WILL BE WITH YOU ON

01:02:15  5      IT.

01:02:15  6          OKAY.  SO WE'VE RESOLVED EVERYTHING ON THE FIRST ISSUE

01:02:18  7      INVOLVING DR. ALMEROTH.

01:02:22  8          IT'S NOW AFTER 1:00.  LET'S -- WE ARE ON THE CLOCK HERE.

01:02:28  9              MR. WONG:  YOUR HONOR, THE NEXT ISSUE IS -- SHOULD BE

01:02:31  10     FAIRLY QUICK.

01:02:32  11         IT'S JUST -- IT'S 4796, AND THIS IS THEIR SUMMARY EXHIBIT

01:02:41  12     THAT BASICALLY IS THEIR CONTENTIONS IN THIS CASE.  IT'S THE ONE

01:02:45  13     THAT SAYS, CISCO'S CLI -- IT'S ON THE SCREEN RIGHT NOW,

01:02:49  14     ACTUALLY.

01:02:50  15         IT'S THE ONE THAT SAYS, YOU KNOW, THE COMMAND EXPRESSION

01:02:53  16     CISCO AND THE COMMAND EXPRESSION ARISTA'S, WE OBJECT TO THIS AS

01:02:57  17     SIMPLY BEING AN IMPROPER SUMMARY EXHIBIT.

01:03:00  18         UNLIKE THE OTHER ONES, WHICH WE AGREED TO WHICH ACTUALLY

01:03:04  19     HAVE EXCERPTS FROM VOLUMINOUS MANUALS AND DOCUMENTATION, AS YOU

01:03:08  20     KNOW, YOUR HONOR, WE HEAVILY DISPUTE THAT THESE COMMAND

01:03:11  21     EXPRESSIONS ACTUALLY EXIST; AND IN FACT, THE ACTUAL COMMANDS IN

01:03:14  22     ARISTA'S SYSTEM ARE DIFFERENT FROM WHAT IS LISTED HERE.

01:03:18  23             THE COURT:  SO THIS DOESN'T PROPERLY REFLECT WHAT IS

01:03:21  24     IN ARISTA'S SYSTEM?

01:03:23  25             MR. WONG:  THIS IS NOT -- THIS IS NOT IN ANY

01:03:26  1    VOLUMINOUS DOCUMENTS, WHICH IS WHAT 1006 IS FOR IS TO PROVE THE

01:03:30  2    CONTENTS OF VOLUMINOUS UNDERLYING DOCUMENTS.

01:03:33  3        AND THESE COMMAND EXPRESSIONS JUST DON'T EXIST IN THE

01:03:35  4    UNDERLYING WORK.  THIS IS BASICALLY A SUMMARY OF THEIR

01:03:38  5    CONTENTIONS AND EXPERT OPINION.

01:03:41  6            THE COURT:  SO I HAVE CITATIONS TO SOURCE CODE, ISN'T

01:03:44  7    IT?

01:03:45  8            MR. NELSON:  RIGHT.  SO THAT WE IMPLEMENTED THE

01:03:48  9    SOURCE CODE, THEY ARE IN THE MANUALS AS WELL.

01:03:50  10            THE COURT:  AND THESE ARE THE MANUALS THAT I GOT

01:03:53  11   YESTERDAY?

01:03:53  12            MR. NELSON:  CORRECT.  WITH RESPECT TO THE COMMAND.

01:04:00  13        WHAT THEY ARE CONTENDING, THIS IS SOMETHING THEY CAN ARGUE

01:04:03  14   ANYWAY, THIS LAYS OUT WHAT THE EXISTENCE OF THESE THINGS IN THE

01:04:07  15   ACCUSED PRODUCTS ARE THAT CORRESPOND, RIGHT.

01:04:11  16        IF THEY WANT TO ARGUE, THEY ARE TALKING ABOUT ARGUMENTS,

01:04:13  17   THIS HAS COME UP BEFORE, IT WAS AN ISSUE IN THE MOTION IN

01:04:16  18   LIMINE.  THESE ARE THINGS THAT THE CUSTOMERS ENTER.  IF THEY

01:04:19  19   WANT TO ARGUE THAT OH, WE ARE DIFFERENT BECAUSE WE HAVE THESE

01:04:22  20   ARGUMENTS, THAT'S NOT A STIPULATION THAT'S --

01:04:25  21            THE COURT:  I ACTUALLY TOOK THEIR ARGUMENT A LITTLE

01:04:27  22   DIFFERENTLY, IS THAT IF I ELEVATE THIS TO BE AN ADMISSIBLE

01:04:30  23   PIECE OF ADMISSIBLE EVIDENCE, THE JURY IS GIVEN THE OPPORTUNITY

01:04:34  24   TO TAKE ALL OF THIS AS TRUE, AS OPPOSED TO SIMPLY A

01:04:38  25   DEMONSTRATIVE WHICH LEADS THEM THROUGH THE EVIDENCE AND LEAVES

1145

01:04:42  1      THEM TO LOOK AT THE EVIDENCE.

01:04:43  2          SO I DO AGREE AND YOU HAD SOME CASE CITATION FOR ME THAT I

01:04:50  3   THINK DOES SUPPORT THE NEED FOR THESE, AN ADMITTED PIECE OF

01:04:55  4   EVIDENCE TO NOT BE PREJUDICIAL AND ARGUMENTATIVE.

01:05:00  5          BUT AGAIN, IT'S VERY POWERFUL TO SHOW FROM THE CISCO WORK,

01:05:04  6   AAA, ACCOUNTING, AND TO SHOW FROM THE ARISTA WORK, AAA

01:05:09  7   ACCOUNTING.  SO ANY LAYPERSON LOOKING AT THOSE WOULD SAY YEP,

01:05:13  8   CHECK, THEY'RE THE SAME.

01:05:14  9              MR. WONG:  THAT'S RIGHT, YOUR HONOR, THAT'S OUR

01:05:16  10  CONCERN.

01:05:17  11             THE COURT:  NOW WHAT I'M TRYING TO UNDERSTAND IS THAT

01:05:21  12  YOU ARE SAYING, MR. WONG, THAT EVEN CISCO DOESN'T -- THIS IS

01:05:24  13  NOT A COMMAND?

01:05:26  14             MR. WONG:  SO FOR THE CISCO SIDE, YOUR HONOR, THE

01:05:30  15  RESOLUTION OF THE COMPLAINT ISSUE THIS MORNING WHERE THE LIST

01:05:33  16  OF COMMANDS, EXHIBIT 1 TO THEIR COMPLAINT IS GOING TO BE GOING

01:05:36  17  IN.

01:05:36  18             THE COURT:  YEAH.

01:05:37  19             MR. WONG:  SO, YOU KNOW, THEY CAN USE THAT IF THEY

01:05:39  20  WANT TO TALK ABOUT THE CISCO ONES.

01:05:41  21             THE COURT:  OKAY.

01:05:42  22             MR. WONG:  OUR BIGGEST CONCERN IS THAT THERE IS NO

01:05:44  23  COMMAND EXPRESSIONS LIKE THESE IN THE ARISTA PRODUCTS, AND

01:05:48  24  MR. NELSON IS RIGHT, BOTH SIDES --

01:05:51  25             THE COURT:  YOU HAVE A CLI IN YOUR PRODUCT.  YOU USE

01:05:54    1    THE TEXTUAL COMMUNICATION.

01:05:56    2              MR. WONG:  SURE.

01:05:57    3              MR. NELSON:  CORRECT.

01:05:57    4              THE COURT:  AND SO YOU HAVE SOMETHING THAT WOULD BE

01:05:59    5    EQUIVALENT TO A COMMAND LINE.

01:06:01    6              MR. WONG:  YES.

01:06:02    7              THE COURT:  BUT YOU ARE SAYING THAT YOU DON'T HAVE

01:06:04    8    ONE THAT'S AAA ACCOUNTING.

01:06:06    9              MR. WONG:  IF YOU ENTER AAA ACCOUNTING INTO ARISTA

01:06:09   10    CLI AND HIT ENTER, IT WOULD GIVE YOU AN ERROR.  IT WOULD SAY

01:06:12   11    INCOMPLETE OR INVALID COMMAND.

01:06:14   12              THE COURT:  WOULD THAT BE THE SAME FOR ALL 506?

01:06:17   13              MR. WONG:  CLOSE TO 300 OF THEM.

01:06:18   14              MR. NELSON:  SO WHAT THEY ARE TALKING ABOUT IS THE

01:06:20   15    ARGUMENTS, RIGHT, WHERE YOU HAVE TO TALK -- THIS WAS WHEN WE

01:06:24   16    WENT BACK, AND MR. LOUGHEED WENT THROUGH THIS, TO TALK ABOUT

01:06:26   17    WHAT THE DISTINCTION WAS BETWEEN THE COMMAND AND THE ARGUMENT,

01:06:30   18    WHERE IN THE OLD, LIKE IN THE OLD STANFORD SYSTEM YOU HAD

01:06:33   19    ETHERNET ZERO, THOSE KINDS OF THINGS.

01:06:35   20         SO THAT'S WHAT THEY ARE TALKING ABOUT, WHICH IS NOT THE

01:06:38   21    COMMAND, THOSE ARE THE ARGUMENTS TO THE COMMAND.

01:06:41   22         SO THE USER IS ALWAYS GOING TO TYPE SOME.  THIS WOULD BE

01:06:44   23    SIMILAR TO SAYING WELL, IF YOU HAVE A CASE WHERE YOU HAVE A

01:06:47   24    COPYRIGHT OVER FORM, THAT YOU CAN'T MATCH THAT AGAINST MY FORM,

01:06:50   25    YOU HAVE TO TAKE INTO ACCOUNT WHATEVER THE USER FILLS INTO THE

01:06:52    1    BOX.  THAT'S REALLY THE ARGUMENT THEY ARE MAKING.  AND THEY CAN

01:06:55    2    MAKE THAT ARGUMENT IF THEY WANT TO.

01:06:57    3        NOW, THE ALTERNATIVE TO THAT, YOUR HONOR, IS TO, YOU KNOW,

01:07:01    4    THEY ARE LISTED HERE, AND I CAN HAND THIS UP, IN THEIR MANUAL.

01:07:05    5    I CAN PUT IN -- THERE'S LIKE 16 MANUALS.  IT WILL TAKE A LITTLE

01:07:09    6    WHILE TO DO THAT.  IF THAT'S WHAT YOUR HONOR WOULD PREFER, I

01:07:12    7    CAN DO THAT AND THEY CAN MAKE THEIR ARGUMENTS.

01:07:14    8        THE COURT:  IT'S NOT UP TO ME TO DECIDE HOW THIS CASE

01:07:17    9    IS PROVED.  YOU PUT ON YOUR OWN CASE AND YOU RISE AND FALL ON

01:07:21   10    IT.  I'M NOT ASKING FOR ANYTHING.

01:07:22   11        MR. NELSON:  I UNDERSTAND THAT, YOUR HONOR.

01:07:24   12    WHAT I'M SAYING IS WITH RESPECT TO THIS.  I UNDERSTOOD YOU

01:07:28   13    TO SAY THAT YOU WERE, PERHAPS, SOMEWHAT CONCERNED BECAUSE

01:07:30   14    THERE'S A STRONG REPRESENTATION WHEN YOU PUT THEM SIDE BY SIDE.

01:07:33   15    WHAT I'M SAYING IS THEY CAN MAKE THAT ARGUMENT IF THEY WANT.

01:07:38   16        NOW THIS ACTUALLY CARRIES OVER TO THE ENTIRE -- WE'VE

01:07:41   17    HEARD A LOT OF TESTIMONY FROM THEM ABOUT WHAT USERS, YOU KNOW,

01:07:46   18    OTHER COMPANIES ARE OUT THERE.  THEIR TOTAL EVIDENCE FROM

01:07:48   19    DR. BLACK THAT THEY ARE BASING THAT ON IS EXACTLY THE SAME

01:07:53   20    THING, WHAT THIS COMMAND EXPRESSION IS.

01:07:55   21        SO WHEN WE WENT THROUGH THIS YESTERDAY WHEN WE WERE

01:08:01   22    TALKING ABOUT TRYING TO RESOLVE ALL OF THESE ISSUES BECAUSE WE

01:08:03   23    WANTED TO RESOLVE THEM ALL TOGETHER, THE SAME ISSUE CAME, AND I

01:08:07   24    THINK YOU RECALL, I THINK IT WAS EXHIBIT G, I MIGHT HAVE THAT

01:08:12   25    WRONG, TO DR. BLACK'S REPORT, THERE WILL BE A COMMAND NAME,

01:08:15  1    EXACTLY THIS WAY, LIKE WHAT SHOWS UP IN THEIR MANUALS AND

01:08:19  2    EVERYBODY ELSE'S, THEN THERE WILL BE A NUMBER NEXT TO IT

01:08:22  3    SAYING, I LOOKED AT 18 OTHERS THAT HAVE THIS.

01:08:24  4         SO WE RUN INTO EXACTLY THE SAME ISSUE BECAUSE --

01:08:27  5              THE COURT:  BUT I LOST YOU A LITTLE BIT.

01:08:29  6         WAS DR. BLACK COMPARING CISCO TO 18 OTHER VENDORS OR

01:08:32  7    ARISTA TO OTHER VENDORS?

01:08:34  8              MR. NELSON:  CISCO IS THE SAME.  WHAT THEY ARE SAYING

01:08:36  9    IS --

01:08:37 10              THE COURT:  BECAUSE WE ARE LOOKING AT THE ARISTA

01:08:38 11    COLUMN HERE, THAT'S THE ISSUE.

01:08:40 12              MR. NELSON:  AGREED.

01:08:40 13         BUT YOU HAVE TO DO EXACTLY THE SAME THING IN THE CISCO

01:08:43 14    SYSTEM.  ANY SYSTEM -- AND WE SHOW THIS, AND YOU WILL HAVE TO

01:08:46 15    TYPE IN SOME ARGUMENT WITH RESPECT TO THINGS.  SO THERE'S

01:08:50 16    PLENTY OF COMMANDS WHERE THAT'S THE CASE BECAUSE YOU HAVE TO

01:08:53 17    ADDRESS THE SWITCH OR WHATEVER IT IS THAT YOU ARE DOING, NAME

01:08:55 18    THE SWITCH.  SO YOU ARE ALWAYS GOING TO HAVE TO DO THAT, RIGHT.

01:08:59 19         SO THEN --

01:09:00 20              THE COURT:  ON THE CISCO SIDE AS WELL?

01:09:06 21              MR. NELSON:  CORRECT.

01:09:07 22              THE COURT:  IS THAT CALLED THE PREFIX --

01:09:09 23              MR. NELSON:  IT'S TYPICALLY CALLED ARGUMENT.

01:09:11 24              THE COURT:  I REMEMBER THE TESTIMONY YESTERDAY, I'M

01:09:12 25    NOT SURE I REALLY UNDERSTOOD THE DIFFERENCE BETWEEN --

01:09:15  1        MR. NELSON:  WELL, IT'S THE INFORMATION THAT THE

01:09:17  2  CUSTOMER PUTS IN WHICH IS -- ACTUALLY WHAT HAPPENED,

01:09:19  3  YOUR HONOR, IS THAT INFORMATION IS TAKEN, INPUT INTO THE

01:09:22  4  SOFTWARE, THE COMMAND ITSELF MAKES A PARTICULAR CALL INTO THE

01:09:26  5  SOFTWARE ABOUT WHAT FUNCTIONALITY IS GOING TO BE PERFORMED, AND

01:09:30  6  THEN THE INFORMATION THAT'S INPUT AS THE ARGUMENT WILL BE

01:09:36  7  PASSED AS PARAMETERS, ESSENTIALLY TO THE SOFTWARE TO OPERATE

01:09:39  8  ON.  SO THAT'S ALWAYS THE CASE.

01:09:41  9        SO WHAT WE ARE RUNNING INTO IS REALLY A FUNDAMENTAL CHANGE

01:09:44  10  IN THE WAY THIS CASE HAS BEEN LITIGATED FROM THE BEGINNING, AND

01:09:49  11  THAT I THINK IS PROBLEMATIC AT THIS STAGE.

01:09:52  12        THE COURT:  WELL, IT SEEMS TO ME THAT IT IS -- THIS

01:09:58  13  GETS TO BE A VERY DIFFICULT ISSUE TO ADMIT INTO EVIDENCE.  A

01:10:04  14  DOCUMENT THAT TELLS THE JURY, IN BLACK AND WHITE, THAT THE

01:10:08  15  ARISTA SYSTEM HAS A COMMAND THAT IS AAA ACCOUNTING.

01:10:14  16        MR. NELSON:  UH-HUH.

01:10:15  17        THE COURT:  AND CISCO HAS THE SAME ONE.

01:10:17  18    IT'S -- AND WHAT MR. WONG IS TELLING ME IS THAT'S A

01:10:24  19  MISREPRESENTATION OF THE ARISTA SYSTEM, BUT NOW THEY HAVE TO

01:10:27  20  REBUT IT AS OPPOSED TO NEVER LETTING THIS IT IN.

01:10:30  21    SO THAT WOULD BE A VERY DIFFERENT THING IF I WERE TO --

01:10:33  22  AND ALLOWING THIS AS A SUMMARY CHART THAT'S NOT ADMITTED, IS A

01:10:37  23  DIFFERENT MATTER.

01:10:37  24        MR. WONG:  RIGHT.  THEY CAN USE THIS AS A

01:10:40  25  DEMONSTRATIVE AND THAT'S FINE.  THEY CAN MAKE THESE ARGUMENTS

1150

01:10:42  1    BUT THERE'S CLEARLY A DISPUTE --

01:10:45  2          THE COURT:  I'M VERY CONCERNED THAT YOU DON'T HAVE

01:10:46  3    THE BASE -- THE FOUNDATION TO ADMIT THIS.

01:10:48  4       AND YOU ARE GIVING ME SOURCE CODE HERE, I MEAN, YOU KNOW,

01:10:51  5    ALL OF THE UNDERLYING EXHIBITS HAVE TO BE SEPARATELY

01:10:56  6    ADMISSIBLE, SOURCE CODE CERTAINLY WOULD QUALIFY.

01:10:58  7          MR. NELSON:  RIGHT.

01:10:58  8          THE COURT:  I CAN'T EVALUATE THE SOURCE CODE.

01:10:59  9       AND SO I MEAN, THIS IS ONE OF THOSE DIFFICULT THINGS THAT

01:11:03  10   I'M TRYING TO UNDERSTAND WHAT THE ARISTA SYSTEM ACTUALLY HAS

01:11:11  11   WHICH COULD BE WHAT YOU'VE REPRESENTED OR IT COULD BE SOMETHING

01:11:14  12   ELSE.

01:11:15  13         MR. NELSON:  SO YOUR HONOR, THIS IS THE FACE PAGE

01:11:18  14   FROM THEIR MANUAL, THE TABLE OF CONTENTS.

01:11:21  15         THE COURT:  THIS IS THE ARISTA MANUAL.

01:11:22  16         MR. NELSON:  SO WE CAN DO THAT AS WELL, THAT'S FINE,

01:11:24  17   AND PUT ALL THE MANUALS IN, WHICH SHOWS THE COMMANDS THAT ARE

01:11:28  18   PRESENT IN THOSE.

01:11:29  19         THE COURT:  OKAY.

01:11:29  20         MR. NELSON:  AND THAT'S THE WAY THE COMMANDS ARE

01:11:31  21   LISTED.  THAT'S THE WAY EVERYBODY IN THE INDUSTRY LISTS THE

01:11:34  22   COMMANDS AND THAT'S WHAT DR. BLACK DID WHEN HE TRIED TO GO

01:11:38  23   THROUGH WITH THE MANUALS AND COUNSEL PULLED OFF THE INTERNET,

01:11:41  24   WHICH IS A SEPARATE ISSUE AND A SEPARATE PROBLEM, BUT --

01:11:44  25         THE COURT:  SO THE ENGINEER TYPES IN A COMMAND --

1151

01:11:46  1              MR. NELSON:  CORRECT.

01:11:47  2              THE COURT:  -- AND GETS A COMMAND RESPONSE.

01:11:50  3              MR. NELSON:  WELL, YOU WILL PUT IN AN ARGUMENT, WITH

01:11:53  4     RESPECT TO CERTAIN COMMANDS AS WELL.

01:11:55  5              THE COURT:  REMIND ME WHAT AN ARGUMENT IS.  I'M

01:11:57  6     SORRY.

01:11:57  7              MR. NELSON:  AN ARGUMENT WILL BE INFORMATION THAT'S

01:11:59  8     REQUIRED TO BE INPUT TO THE CUSTOMER IN ORDER TO PASS

01:12:02  9     PARAMETERS TO THE PROGRAM.  THERE'S CERTAIN PARAMETERS --

01:12:04  10             THE COURT:  SO IT'S A COMMAND PLUS AN ARGUMENT?

01:12:06  11             MR. NELSON:  CORRECT.

01:12:07  12             THE COURT:  SO IT'S -- WE WILL JUST STICK WITH OUR

01:12:09  13    FIRST ONE HERE, AAA ACCOUNTING, FILL IN THE BLANK.

01:12:14  14             MR. NELSON:  THE -- GOING BACK TO MY FORM EXAMPLE,

01:12:19  15    THERE WOULD BE A BLANK IN THE FORM THERE FOR THE CUSTOMER TO

01:12:23  16    INPUT SOMETHING.

01:12:24  17             THE COURT:  SURE.  AND THAT, I THINK THE CASE LAW

01:12:26  18    TAKES CARE OF, THAT THAT IS GOING TO BE ALLOWED, THAT YOU COULD

01:12:29  19    MAKE THOSE REPRESENTATIONS.

01:12:31  20         CISCO IS NOT THE SAME WAY?

01:12:32  21             MR. NELSON:  CISCO WILL PUT IN THE SAME INFORMATION

01:12:34  22    AS WELL.

01:12:35  23             THE COURT:  SO YOU HAVE AN ARGUMENT IN YOURS AS WELL?

01:12:37  24             MR. NELSON:  CORRECT.  CORRECT.

01:12:37  25         AND THOSE MAY BE SLIGHTLY DIFFERENT IN FORMAT, THAT'S A

| | | |
|---|---|---|
| 01:12:40 | 1 | DIFFERENT ISSUE BECAUSE WE ARE NOT ASSERTING THAT. |
| 01:12:43 | 2 | THE COURT:  OH. |
| 01:12:43 | 3 | MR. WONG:  THAT'S THE PROBLEM, YOUR HONOR. |
| 01:12:45 | 4 | MR. VAN NEST:  THAT'S THE POINT. |
| 01:12:46 | 5 | MR. WONG:  AND THE OTHER SUMMARY EXHIBITS WE ALLOWED, |
| 01:12:48 | 6 | YOUR HONOR, THEY ACTUALLY INCLUDE SURROUNDING TEXT THAT SHOWS |
| 01:12:51 | 7 | IT'S DIFFERENT FOR BOTH CISCO AND ARISTA. |
| 01:12:53 | 8 | THEIR HELP DESCRIPTIONS, SIDE-BY-SIDE STUFF, THE REASON |
| 01:12:55 | 9 | WHY WE AGREED TO SOME OF THE FORM OF THAT IS BECAUSE SOME OF |
| 01:12:58 | 10 | THOSE HELP DESCRIPTIONS ARE DIFFERENT AND THEY INCLUDED THE |
| 01:13:01 | 11 | FULL THING. |
| 01:13:01 | 12 | THESE COMMAND EXPRESSIONS ARE NOT THE FULL COMMANDS.  AND |
| 01:13:04 | 13 | WHEN YOU LOOK AT THE FULL COMMANDS, THEY ARE DIFFERENT.  NOW |
| 01:13:07 | 14 | THEY CAN MAKE AN ARGUMENT ABOUT THIS -- |
| 01:13:08 | 15 | THE COURT:  SO TO PUT AAA ACCOUNTING, IT'S |
| 01:13:12 | 16 | INCOMPLETE, AND NEITHER SYSTEM IS GOING TO DO ANYTHING WITH IT. |
| 01:13:15 | 17 | MR. WONG:  BOTH OF THOSE ARE CORRECT. |
| 01:13:16 | 18 | MR. NELSON:  THOSE ARE THE FULL COMMANDS, YOUR HONOR. |
| 01:13:19 | 19 | THE COURT:  THEN WHY ISN'T THAT REPRESENTED HERE TO |
| 01:13:21 | 20 | SHOW THE JURY THAT THIS IS INCOMPLETE, THAT THIS IS JUST THE |
| 01:13:24 | 21 | FIRST PART? |
| 01:13:26 | 22 | I MEAN, THAT SEEMS TO BE, WHEN YOU -- SORRY, TWO YEARS AND |
| 01:13:31 | 23 | I GOT THIS -- I STILL DIDN'T UNDERSTAND THIS, MAYBE THE JURY IS |
| 01:13:35 | 24 | WAY SMARTER THAN I AM, THIS IS NOT A COMPLETE COMMAND.  I GET |
| 01:13:39 | 25 | NOTHING FOR THIS -- |

1153

01:13:41  1          MR. NELSON:  IT IS A COMPLETE COMMAND.  IT'S THE

01:13:42  2     COMPLETE COMMAND, IT DOESN'T INCLUDE THE ARGUMENT, RIGHT.  THAT

01:13:48  3     WHICH ARE THE INPUTS TO THE COMMAND.  AND THAT'S THE WAY THE

01:13:50  4      INDUSTRY UNDERSTANDS THEM.

01:13:51  5          NOW I CAN PUT THE MANUALS IN, THAT'S FINE, IF THAT'S WHAT

01:13:54  6     YOU WANT ME TO DO, BUT IT NEEDS TO GO BOTH WAYS.  SO ALL OF

01:14:00  7     DR. BLACK'S TESTIMONY ON INDUSTRY STANDARD IS GONE BECAUSE HE

01:14:03  8     DOES EXACTLY THE SAME THING.  HE LEAVES OFF THE ARGUMENTS, AND

01:14:07  9     OBVIOUSLY THAT'S THE IMPORTANT PART, RIGHT?

01:14:09  10         THE ARGUMENT I GOT YESTERDAY WAS, WELL, IT'S THE SAME WAY

01:14:13  11    YOU REPRESENT IT, BUT THAT DOESN'T MAKE ANY DIFFERENCE, OF

01:14:15  12    COURSE, BECAUSE IF I'M BEING FORCED TO INCLUDE THE IDEA THAT

01:14:19  13    THERE'S AN ARGUMENT THERE, THEN WHETHER SOMEBODY IS USING THAT

01:14:22  14    SAME THING, WOULD ALSO HAVE TO INCLUDE THE ARGUMENT.

01:14:25  15           THE COURT:  SO IN FACT, IS THIS MORE LIKE WHEN THE

01:14:28  16    CASES TALK ABOUT A FRAGMENT?  I THOUGHT THESE WERE FRAGMENTS TO

01:14:31  17    BEGIN WITH, BUT THIS IS A FRAGMENT OF A FRAGMENT.

01:14:34  18           MR. VAN NEST:  MAYBE, YOUR HONOR.

01:14:35  19      BUT WITH ALL DUE RESPECT, THIS IS A COMPLETE RED HERRING,

01:14:38  20     AND COUNSEL KNOWS.

01:14:40  21      I TOLD HIM LAST NIGHT, AND I'M WILLING TO LIVE WITH IT,

01:14:43  22    THAT WHATEVER HAPPENS HERE WILL APPLY TO BLACK TOO.  SO FINE.

01:14:47  23         WHAT I'M SAYING IS, UNLIKE THE SUMMARIES WE AGREED TO

01:14:51  24    WHICH SHOW ACTUAL TEXT AND ACTUAL TEXT ON BOTH SIDES, ACTUAL

01:14:57  25    TEXT THAT APPEARS IN A MANUAL OR A HELPDESC OR SOMEWHERE, THESE

1154

01:15:02  1    DON'T.  THESE ARE INACCURATE, THEY ARE INCOMPLETE, THEY ARE

01:15:06  2    INCORRECT BECAUSE THE FORMATS FOR CISCO AND ARISTA ARE

01:15:08  3    DIFFERENT WHEN YOU LOOK AT THE COMPLETE COMMANDS.

01:15:10  4        SO WHAT I TOLD COUNSEL, AND HE KNOWS THIS, IS I AGREE WITH

01:15:13  5    YOU, IF YOURS DO NOT COME IN, WHICH THEY SHOULDN'T, THEN WE

01:15:18  6    WILL USE BLACK'S AS A DEMONSTRATIVE BUT NOT PUT IT IN.

01:15:22  7        AND I SAID TO COUNSEL, THIS IS A DEMONSTRATIVE, YOU CAN

01:15:26  8    USE IT AS A DEMONSTRATIVE, YOUR GUY CAN TESTIFY.  THEY NOW HAVE

01:15:30  9    EXHIBIT 1, WHICH IS THEIR COMPLETE LIST.

01:15:32  10            THE COURT:  SURE.

01:15:33  11            MR. VAN NEST:  AND LET'S GO.

01:15:34  12        I MEAN, TO ME THIS IS HIGHLY MISLEADING AND THEY ARE

01:15:37  13    TRYING TO PULL ONE OVER ON ALL OF US BECAUSE THEY KNOW THIS

01:15:41  14    ISN'T THE COMPLETE COMMAND.  THIS GETS YOU NOTHING WHEN YOU

01:15:43  15    TYPE IT IN, AND THAT'S WHAT WE'RE TALKING ABOUT.

01:15:46  16        SORRY.

01:15:46  17            MR. NELSON:  THIS IS WHY THEY ADMITTED IN THE ANSWER

01:15:48  18    THAT THEY IMPLEMENTED THESE.  THEY WERE ALL THERE, THAT'S THE

01:15:51  19    EXHIBIT.

01:15:54  20        I MEAN, I UNDERSTAND THAT LAWYERS GO ALONG AND WANT TO

01:15:57  21    MAKE DIFFERENT ARGUMENTS -- AND CERTAINLY THEY CAN.  I

01:16:01  22    UNDERSTAND THAT YOU CAN MAKE THAT ARGUMENT, BUT --

01:16:03  23            MR. VAN NEST:  THEY'VE GOT THE ANSWER IN EVIDENCE

01:16:05  24    NOW.  I STIPULATED TO THE EVIDENCE, I STIPULATED.  THEY CAN PUT

01:16:08  25    THAT IN.  I DON'T KNOW WHY THAT HELPS THEM.  IT DOESN'T.

01:16:12   1   THAT'S WHY THEY'VE GOT NOW, THEY WILL HAVE EXHIBIT 1 IN FRONT

01:16:15   2   OF THE JURY WHICH IS THEIR LIST, AND THEY WILL HAVE OUR

01:16:18   3   ADMISSION AND THEN OUR DENIAL, AND THEY CAN ARGUE FROM THAT AND

01:16:21   4   SO CAN I.

01:16:21   5        AND THAT'S EXACTLY THE WAY IT SHOULD BE.

01:16:23   6            THE COURT:  BUT THE LIST IS YOUR --

01:16:26   7            MR. VAN NEST:  IT'S THEIR LIST FROM THEIR COMPLAINT.

01:16:28   8            THE COURT:  YOUR LIST OF WHAT WAS COPIED.

01:16:31   9            MR. NELSON:  CORRECT, YOUR HONOR.

01:16:31  10            MR. VAN NEST:  RIGHT.  RIGHT.

01:16:33  11        THEY'VE GOT THAT.  THEY WILL HAVE THAT IN FRONT OF THE

01:16:35  12   JURY.  BUT THIS SO CALLED "SUMMARY" IS NOT A SUMMARY, IT

01:16:38  13   BASICALLY IS A DIRECTION THAT THERE'S A COMPLETE COPY ON EVERY

01:16:44  14   SINGLE ONE, AND THAT'S NOT ACCURATE.

01:16:47  15        SO AGAIN, I DID SAY IT'S A DEMONSTRATIVE --

01:16:49  16            THE COURT:  SO I HEAR THAT THIS IS ARGUMENTATIVE

01:16:53  17   BECAUSE OF THIS DIFFERENCE.  AND YOU KNOW --

01:17:00  18            MR. NELSON:  OKAY.  I UNDERSTAND, YOUR HONOR.

01:17:01  19        AND WE CAN PUT THE MANUALS IN AND THEY CAN CROSS-EXAMINE

01:17:06  20   THEM, OR WHATEVER THEY WISH, ON THAT ISSUE.  IT WILL TAKE A

01:17:10  21   LITTLE WHILE, BUT I UNDERSTAND THAT, THAT'S NOT A PROBLEM.  AND

01:17:12  22   HE CAN DO THAT.

01:17:14  23        I DON'T INTEND TO HAVE HIM GO THROUGH EVERY SINGLE MANUAL

01:17:17  24   AND POINT OUT WHERE ALL 506 COMMANDS ARE, I THINK THAT WOULD

01:17:23  25   BE -- WE KNOW WHICH ONES ARE AT ISSUE FROM THE LIST.

01:17:26   1          THE COURT:  OKAY.

01:17:27   2          MR. NELSON:  SO I DON'T KNOW THAT THAT'S A PROBLEM.

01:17:29   3      IT IS -- I JUST WANT TO PUT ON YOUR HONOR'S RADAR THAT I

01:17:35   4  WILL BE OBJECTING WHEN THE DR. BLACK THINGS COME UP FOR THE

01:17:39   5  SAME REASON --

01:17:40   6          THE COURT:  MR. VAN NEST JUST SAID IT'S GOING TO BE

01:17:42   7  EQUAL.  SO IF YOURS IS NOT ADMISSIBLE, AS ONLY A DEMONSTRATIVE,

01:17:46   8  THEN HIS WILL BE AS WELL.

01:17:47   9          MR. NELSON:  ACTUALLY, YOUR HONOR, I WOULD SUGGEST

01:17:49  10  THIS ISN'T FOR THE REASONS YOU SUGGEST, SHOULDN'T EVEN BE A

01:17:52  11  DEMONSTRATIVE, BECAUSE IT WOULD BE ARGUMENTATIVE, RIGHT.  THAT

01:17:55  12  WOULD BE --

01:17:56  13          MR. VAN NEST:  IF HE DOESN'T WANT TO USE IT, THAT'S

01:17:59  14  FINE.

01:17:59  15          MR. NELSON:  I WILL OBJECT TO THEIR DEMONSTRATIVE ON

01:18:01  16  THAT BASIS.  IF IT'S ARGUMENTATIVE FOR EVERYONE, I DON'T THINK

01:18:06  17  USING IT AS A DEMONSTRATIVE CURES THAT ISSUE, YOUR HONOR.

01:18:10  18          MR. VAN NEST:  WE WILL AGREE TO BE TREATED THE SAME,

01:18:11  19  YOUR HONOR.

01:18:12  20      WHEN WE GET TO DR. BLACK, WE CAN DEAL WITH DR. BLACK.  BUT

01:18:17  21  HE'S GOT SOME THAT ARE IN A DIFFERENT FORMAT, AND I'M SURE THEY

01:18:20  22  WILL OBJECT TO THAT.

01:18:21  23          THE COURT:  WHAT I'M DECIDING NOW IS THAT 4796 IS NOT

01:18:24  24  A PROPER SUMMARY DOCUMENT AND IS NOT ADMISSIBLE BECAUSE IT DOES

01:18:27  25  NOT APPEAR TO ACCURATELY REFLECT A COMMAND LINE, A MULTIWORD

01:18:32  1    COMMAND EXPRESSION THAT IS OPERABLE IN THE ARISTA SYSTEM; IS

01:18:38  2    THAT CORRECT, MR. VAN NEST?

01:18:39  3              MR. VAN NEST:  YES.

01:18:41  4              MR. NELSON:  THAT'S THE CONTENTION.

01:18:43  5              THE COURT:  THAT'S YOUR CONTENTION, AND I'M SATISFIED

01:18:45  6    THAT IS THE PROPER OBJECTION.

01:18:46  7              MR. NELSON:  OKAY.  SO I WILL GO AHEAD AND PUT THE

01:18:47  8    MANUALS IN THEN, YOUR HONOR.

01:18:49  9              THE COURT:  OKAY.  ALL RIGHT.

01:18:51  10             MR. VAN NEST:  YOUR HONOR, I THINK THE OTHER ISSUES

01:18:52  11   COULD BE DEALT WITH IN THE MORNING.  WELL, DR. JAFFE WILL NOT

01:18:58  12   GET ON TODAY.

01:18:58  13             MR. NELSON:  NO, HE WON'T, YOUR HONOR, PARTICULARLY

01:19:01  14   WITH THE MANUALS.

01:19:02  15             MR. VAN NEST:  THEN THE ROG RESPONSE, I THINK YOU

01:19:04  16   WANT TO DO IN REBUTTAL OR LATER, BUT NOT TODAY.

01:19:08  17        SO WE ARE FINE WITH THOSE, YOUR HONOR.  THEY WON'T BE

01:19:10  18   COMING UP WITH WITNESSES TODAY.

01:19:11  19             MR. NELSON:  YOUR HONOR.

01:19:12  20             THE COURT:  THAT SOUNDS FINE.

01:19:14  21             MR. NELSON:  THIS -- WOULD YOU LIKE TO READ THIS JUST

01:19:18  22   TO MAKE SURE YOU'RE OKAY WITH IT.

01:19:20  23             THE COURT:  WHAT IS THAT?

01:19:21  24             MR. NELSON:  THIS IS THE STIPULATION.

01:19:23  25             MR. VAN NEST:  ON THE ANSWER THAT WE REACHED.

1158

01:19:25  1          THE COURT:  OH, YES, I WOULD LIKE TO SEE THAT.

01:19:30  2          MR. VAN NEST:  IT'S IN MR. SANTACANA'S HANDWRITING.

01:20:07  3          THE COURT:  AND SO IT'S THE FIRST TWO PARAGRAPHS,

01:20:11  4     SKIP THE CROSS OUT, AND THEN INCLUDE "EXHIBIT 1 CONTAINS,"

01:20:13  5     THAT'S TO BE READ AS WELL?

01:20:15  6          MR. VAN NEST:  RIGHT.

01:20:15  7          MR. NELSON:  CORRECT.  AND WE WILL MARK EXHIBIT 1.

01:20:17  8      PERHAPS WHAT I SHOULD SUGGEST SOMETHING, YOUR HONOR.  SO

01:20:21  9     WE SHOULD MAKE IT CLEAR THAT IT WAS EXHIBIT 1 TO THE COMPLAINT,

01:20:25 10     BUT WE SHOULD -- IT SHOULD BE REFERENCED AS A TRIAL EXHIBIT FOR

01:20:28 11     THE RECORD.  AND WE SHOULD INCLUDE THAT SO THAT WE CAN

01:20:32 12     CROSS-REFERENCE.

01:20:32 13      IT WAS EXHIBIT 1 IN THE COMPLAINT, BUT FOR PURPOSES OF THE

01:20:38 14     TRIAL IT'S --

01:20:38 15          THE COURT:  YOU WILL MARK IT AS A TRIAL EXHIBIT?

01:20:41 16          MR. VAN NEST:  WE WILL SAY IT'S TRIAL EXHIBIT SUCH

01:20:44 17     AND SUCH.

01:20:44 18          THE COURT:  OKAY.

01:20:45 19          MR. VAN NEST:  AND EXHIBIT 1 IS THE ONE YOU HANDED UP

01:20:47 20     TO.  BUT YOUR HONOR, IF YOU WOULDN'T MIND HANDING THAT BACK,

01:20:50 21     IT'S OUR ONLY COPY.  NO, I MEAN THE STIPULATION.

01:20:53 22          THE COURT:  I THINK I'VE GIVEN YOU BACK EVERYTHING.

01:20:56 23          MR. VAN NEST:  THE STIPULATION, YOUR HONOR.

01:20:57 24          MR. NELSON:  I HAVE TO READ IT.

01:20:58 25          THE COURT:  SO WHEN AM I READING THAT?

| | | |
|---|---|---|
| 01:21:01 | 1 | MR. VAN NEST:  NO, HE'S GOING TO READ IT. |
| 01:21:03 | 2 | THE COURT:  YOU ARE GOING TO READ IT? |
| 01:21:04 | 3 | MR. NELSON:  I'M GOING TO TRY. |
| 01:21:05 | 4 | MR. VAN NEST:  UNLESS YOU WANT TO READ IT.  YOU CAN |
| 01:21:06 | 5 | READ IT. |
| 01:21:07 | 6 | THE COURT:  I DON'T THINK THERE'S ANY RULE ON IT. |
| 01:21:09 | 7 | SURE.  YOU CAN READ IT. |
| 01:21:11 | 8 | MR. VAN NEST:  IT'S UP TO HIM. |
| 01:21:12 | 9 | MR. NELSON:  IT WILL BE SLOW AND THERE MIGHT BE SOME |
| 01:21:14 | 10 | MISTAKES. |
| 01:21:15 | 11 | THE COURT:  I WILL LET YOU MAKE A MISTAKE, NOT ME. |
| 01:21:18 | 12 | MR. NELSON:  OKAY. |
| 01:21:18 | 13 | I WILL ADD IN THE LINE ABOUT -- ONCE WE GET THE TRIAL |
| 01:21:21 | 14 | EXHIBIT, I WILL ADD A LINE AT THE END THAT SAYS, EXHIBIT 1 TO |
| 01:21:24 | 15 | THE COMPLAINT THAT'S BEEN MARKED AS TRIAL EXHIBIT XXX, FOR |
| 01:21:29 | 16 | EVIDENCE. |
| 01:21:30 | 17 | THE COURT:  OKAY. |
| 01:21:30 | 18 | MR. NELSON:  IS THAT OKAY? |
| 01:21:32 | 19 | THE COURT:  YES, IT IS. |
| 01:21:33 | 20 | MR. NELSON:  OKAY. |
| 01:21:36 | 21 | THE COURT:  AND JUST MY LAST THING, THERE WERE |
| 01:21:38 | 22 | OBJECTIONS TO THE SWEENEY DEPOSITION, YOU DON'T NEED THAT NOW |
| 01:21:41 | 23 | EITHER? |
| 01:21:42 | 24 | MR. VAN NEST:  I DON'T THINK SO. |
| 01:21:43 | 25 | THE COURT:  OKAY. |

01:21:44  1        MR. VAN NEST:  HAVE YOU RULED ON THEM, YOUR HONOR?

01:21:46  2        THE COURT:  I'M PREPARED TO RULE ON THEM BOTH, AND IT

01:21:49  3    WILL TAKE ONE MOMENT.

01:21:50  4        THERE WAS AN OBJECTION TO -- OF THE SWEENEY DEPOSITION,

01:21:54  5    THERE WAS AN OBJECTION TO PAGE 121, LINE 5, THROUGH 9.  AND I

01:22:03  6    WILL DENY THAT OBJECTION.

01:22:04  7        AND THERE WAS AN OBJECTION TO PAGE 123, LINE 17

01:22:12  8    THROUGH 25, AND I WILL DENY THAT ONE AS WELL.

01:22:15  9        MR. VAN NEST:  SO THOSE TWO OBJECTIONS ARE OVERRULED?

01:22:17 10        THE COURT:  SO THEY ARE OVERRULED.  SORRY, I'M USING

01:22:20 11    THE WRONG LANGUAGE.

01:22:21 12        MR. VAN NEST:  AND THAT'S A DEPOSITION VIDEO OF THE

01:22:22 13    PLAINTIFF AND THEY CAN PLAY IT, THEY WILL LET US KNOW WHEN THEY

01:22:26 14    WANT TO PLAY IT.

01:22:27 15        MR. PAK:  THANK YOU, YOUR HONOR.

01:22:28 16        MR. VAN NEST:  HE WILL ALSO BE A LIVE WITNESS, IN ALL

01:22:30 17    LIKELIHOOD, AS WELL.

01:22:31 18        THE COURT:  OKAY.  CAN WE BRING IN THE JURY?

01:22:40 19        MR. VAN NEST:  I BELIEVE SO.  GENTLEMAN, CAN WE BRING

01:22:44 20    IN THE JURY?

01:22:44 21        MR. NELSON:  YES.

01:22:45 22        THE COURT:  ALL RIGHT.

01:22:46 23        (JURY IN AT 1:22 P.M.)

01:24:12 24        THE COURT:  WE ARE BACK ON THE RECORD IN CISCO VERSUS

01:24:14 25    ARISTA.

01:24:15   1          GOOD AFTERNOON, EVERYONE.  I'M SORRY TO KEEP YOU WAITING,

01:24:18   2   I JUST HAD A FEW MORE MATTERS TO WORK WITH THE ATTORNEYS.

01:24:25   3          WE ARE GOING TO GO BACK TO WHERE WE LEFT OFF, IF I CAN

01:24:29   4   REMEMBER WHERE THAT WAS.

01:24:30   5             MR. PAK:  WE HAVE MORE WITNESSES TO PUT ON,

01:24:31   6   YOUR HONOR.

01:24:32   7             THE COURT:  ARE WE READY TO CALL THE NEXT WITNESS?

01:24:34   8             MR. PAK:  YES.

01:24:35   9             THE COURT:  OH, GOOD, I COULDN'T REMEMBER IF WE HAD

01:24:37  10   SOMEONE ON THE STAND.

01:24:38  11          GOOD.  MR. PAK, WHO IS YOUR NEXT WITNESS?

01:24:41  12             MR. PAK:  IT'S GOING TO BE MR. LANG, AND JORDAN JAFFE

01:24:45  13   WILL BE CONDUCTING THE EXAMINATION.

01:24:47  14             THE COURT:  ALL RIGHT.

01:24:47  15          MR. LANG, IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

01:24:52  16   PLEASE AND STAND TO BE SWORN.

01:24:54  17          AND GOOD AFTERNOON, MR. JAFFE.

01:24:57  18             MR. JAFFE:  GOOD AFTERNOON.

01:25:00  19   **(PLAINTIFF'S WITNESS, DAN LANG, WAS SWORN.)**

01:25:03  20             THE WITNESS:  YES.

01:25:04  21             THE CLERK:  THANK YOU.

01:25:11  22          AND IF YOU WOULD, PLEASE STATE YOUR NAME AND SPELL YOUR

01:25:13  23   LAST NAME FOR THE RECORD.

01:25:15  24             THE WITNESS:  DAN LANG.  AND IT'S SPELLED L-A-N-G.

01:25:15  25                         **DIRECT EXAMINATION**

01:25:22  1    BY MR. JAFFE:

01:25:22  2    Q.   GOOD AFTERNOON, MR. LANG.

01:25:24  3    A.   GOOD AFTERNOON.

01:25:25  4    Q.   COULD YOU PLEASE INTRODUCE YOURSELF TO THE JURY.

01:25:26  5    A.   SURE.  I'M DAN LANG, AND I LIVE NEARBY HERE IN SARATOGA,

01:25:31  6    CALIFORNIA.  I HAVE A SON WHO IS TEN, AND A DAUGHTER WHO IS 13,

01:25:36  7    AND I HAVE BEEN MARRIED FOR 15 YEARS.

01:25:39  8    Q.   HOW LONG HAVE YOU LIVED IN THE BAY AREA?

01:25:41  9    A.   I'VE LIVED HERE FOR 30 YEARS SINCE COMING OUT TO GO TO

01:25:44  10   GRADUATE SCHOOL AT STANFORD.  ALL BUT FOR THREE YEARS, I WORKED

01:25:48  11   IN SAN DIEGO BEFORE GOING TO LAW SCHOOL.

01:25:51  12   Q.   AND WHERE DO YOU WORK NOW?

01:25:52  13   A.   I WORK AT CISCO SYSTEMS UP UNTIL THIS LAWSUIT.

01:25:57  14   Q.   AND WHAT'S YOUR TITLE AT CISCO?

01:25:59  15   A.   I'M VICE PRESIDENT OF INTELLECTUAL PROPERTY AND DEPUTY

01:26:02  16   GENERAL COUNSEL WITHIN THE LEGAL DEPARTMENT.

01:26:05  17   Q.   AND WHAT DOES THE VICE PRESIDENT OF INTELLECTUAL PROPERTY

01:26:08  18   DO AT CISCO?

01:26:09  19   A.   SO I LEAD A TEAM OF ABOUT 30 PEOPLE AND WE WORK ON A

01:26:14  20   NUMBER OF THINGS.  WE RUN THE COMPANY'S PATENT FILING PROGRAM.

01:26:27  21   WE HAVE ABOUT 20,000 PATENTS AROUND THE WORLD.

01:26:30  22       WE WORK ON INTELLECTUAL PROPERTY LICENSING.  WE WORK ON

01:26:34  23   INTELLECTUAL PROPERTY DISPUTES, OTHER THAN LITIGATIONS.  WE

01:26:38  24   WORK ON ISSUES CONNECTED TO PATENTS AND STANDARDS, AND I ALSO

01:26:45  25   ADVOCATE FOR ADDITIONS TO PATENT LAW TO MAKE THEM MORE

01:26:49  1    SENSIBLE.

01:26:49  2    Q.   WHEN DID YOU JOIN CISCO?

01:26:51  3    A.   I JOINED IN 2004.

01:26:53  4    Q.   AND WHY DID YOU JOIN CISCO?

01:26:56  5    A.   I HAD BEEN WORKING AS AN OUTSIDE PATENT LAWYER FOR CISCO

01:27:02  6    FOR SOME TIME BEFORE THAT.  I REALLY ENJOYED MY INTERACTIONS

01:27:05  7    WITH THE COMPANY.  I ENJOYED WORKING WITH THE IN-HOUSE LEGAL

01:27:08  8    DEPARTMENT WITH THE ENGINEERS, I LIKE THE TECHNOLOGY, I LIKE

01:27:12  9    THE MISSION OF THE COMPANY OF HELPING TO DEVELOP THE INTERNET,

01:27:15  10   AND I HAD A FANTASTIC OPPORTUNITY TO COME AND BE, WHAT WAS THE,

01:27:19  11   THIRD INTELLECTUAL PROPERTY LAWYER AT THE COMPANY.

01:27:21  12   Q.   AND YOU HAVE BEEN AT CISCO OVER A DECADE NOW.  WHY HAVE

01:27:25  13   YOU STAYED AT CISCO?

01:27:26  14   A.   WELL, ALL OF THOSE REASONS HAVE CONTINUED TO BE TRUE, IT'S

01:27:29  15   BEEN A GREAT PLACE TO BE, I'VE LEARNED A TREMENDOUS AMOUNT,

01:27:34  16   I'VE HAD GREAT MANAGERS AND I'VE CONTINUED TO ENJOY WORKING

01:27:37  17   WITH THE PEOPLE THERE.

01:27:37  18       I ENJOY THE SENSE OF FAMILY, THE CULTURE, AND REALLY STILL

01:27:41  19   APPRECIATE THE MISSION OF THE COMPANY AND DEVELOPING INTERNET

01:27:45  20   TECHNOLOGY.

01:27:45  21   Q.   GREAT.  SO TELL ME A LITTLE BIT MORE ABOUT YOUR ROLE AT

01:27:51  22   THE COMPANY.  WHAT IS YOUR ROLE OF INTELLECTUAL PROPERTY AT

01:27:54  23   CISCO?

01:27:54  24   A.   SO IT'S A VERY IMPORTANT ROLE.  WE SPEND, AT CISCO, ABOUT

01:27:58  25   $6 BILLION A YEAR ANNUALLY ON RESEARCH AND DEVELOPMENT.  WE

01:28:02  1    HAVE OVER 20,000 ENGINEERS WE EMPLOY.  INTELLECTUAL PROPERTY IS

01:28:06  2    THE WAY WE PROTECT THAT, WITH OUR PATENTS AND COPYRIGHTS.

01:28:09  3    Q.   HOW MANY PATENTS AND REGISTERED COPYRIGHTS DOES CISCO

01:28:13  4    HAVE?

01:28:13  5    A.   SO WE HAVE 14,000 PATENTS IN THE U.S.  20,000 AROUND THE

01:28:18  6    WORLD.  WE HAVE 26 REGISTERED COPYRIGHTS ON VARIOUS KINDS OF

01:28:24  7    OPERATING SYSTEMS THAT WE HAVE.

01:28:25  8    Q.   CAN YOU PROVIDE SOME EXAMPLES OF THE TYPES OF INNOVATIONS

01:28:29  9    THAT CISCO HAS PATENTED?

01:28:30 10    A.   SURE.  SO WE'VE PATENTED A TREMENDOUS AMOUNT IN THE

01:28:36 11    NETWORKING AREA, BEGINNING WITH FUNDAMENTALS OF ROUTING AND

01:28:39 12    SWITCHES TECHNOLOGY, BUT CONTINUING ON AS WE'VE ADVANCED THE

01:28:43 13    TECHNOLOGY THAT'S ENABLED WHAT PEOPLE CALLED THE CLOUD, AND

01:28:45 14    WE'VE CONTINUED PATENTING OUR ADVANCES OF THE CLOUD TECHNOLOGY.

01:28:49 15         WE HAVE PATENTED SECURITY TECHNOLOGY, COLLABORATION OF

01:28:54 16    VIDEO, AND LOTS OF DETAILS ABOUT HOW NETWORKING TECHNOLOGY

01:28:59 17    OPERATES AND IMPROVEMENTS, INCLUDING THINGS LIKE WHAT WE CALL

01:29:02 18    LOW LATENCY, HOW YOU MOVE INFORMATION THROUGH THE NETWORK VERY

01:29:06 19    QUICKLY, RELIABILITY, SELF HEALING NETWORKS, EXTENSIBILITY THAT

01:29:13 20    ALLOWS NETWORKS TO BE PROGRAMMED.

01:29:16 21    Q.   GREAT.  THANK YOU.

01:29:17 22         I WANT TO TALK A LITTLE BIT ABOUT REGISTERED COPYRIGHTS

01:29:19 23    THAT ARE AT ISSUE HERE.  DOES CISCO HAVE REGISTERED COPYRIGHTS

01:29:23 24    ON THE USER INTERFACE FOR ITS OPERATING SYSTEM?

01:29:25 25    A.   YES.  OUR COPYRIGHTS ON OUR OPERATING SYSTEMS INCLUDE THE

01:29:31    1    USER INTERFACE.

01:29:32    2    Q.    AND WHAT OPERATING SYSTEMS ARE THOSE?

01:29:34    3    A.    THOSE ARE IOS, IOS XR, IOS XE, AND NX-OS.

01:29:46    4    Q.    MR. LANG, IF YOU CAN TURN TO EXHIBIT 4791 IN YOUR BINDER,

01:29:51    5    PLEASE.  DO YOU RECOGNIZE EXHIBIT 4791?

01:30:01    6    A.    YES, I DO.

01:30:02    7    Q.    WHAT IS IT?

01:30:03    8    A.    SO THESE ARE THE REGISTRATIONS FOR COPYRIGHTS IN OUR

01:30:07    9    OPERATING SYSTEMS, AND THEIR ASSOCIATED USER INTERFACES.

01:30:10   10    Q.    AND ARE THESE KEPT IN YOUR LEGAL DEPARTMENT?

01:30:12   11    A.    YES, THEY ARE KEPT WITHIN THE LEGAL DEPARTMENT WITHIN

01:30:15   12    WHICH I AM A VICE PRESIDENT.

01:30:17   13          MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 4791

01:30:20   14    INTO EVIDENCE.

01:30:22   15          MR. SILBERT:  NO OBJECTION.

01:30:23   16          THE COURT:  IT WILL BE ADMITTED.

01:30:25   17    (PLAINTIFF'S EXHIBIT 4791 WAS ADMITTED INTO EVIDENCE.)

01:30:25   18    BY MR. JAFFE:

01:30:27   19    Q.    MR. LANG, CAN YOU EXPLAIN TO THE JURY HOW EXHIBIT 4791 IS

01:30:31   20    ORGANIZED?

01:30:37   21    A.    SURE.  IT'S ORGANIZED BY OPERATING SYSTEM.  SO THE

01:30:41   22    REGISTRATION FOR VARIOUS VERSIONS OF THE SAME OPERATING SYSTEM

01:30:45   23    ARE GROUPED TOGETHER, IOS, IOS XR, IOS XE, AND NX-OS.

01:30:53   24    Q.    AND AGAIN, FOR THIS EXHIBIT, HOW MANY REGISTERED

01:30:57   25    COPYRIGHTS ARE INCLUDED?

01:30:59  1    A.   26.

01:31:00  2    Q.   OKAY.  AND YOU'VE MENTIONED FOUR OPERATING SYSTEMS AND 26

01:31:05  3    REGISTERED COPYRIGHTS, WHY ARE THERE 26 COPYRIGHTS FOR FOUR

01:31:08  4    OPERATING SYSTEMS?

01:31:09  5    A.   BECAUSE WE'VE COPYRIGHTED INDIVIDUALLY, VARIOUS VERSIONS

01:31:13  6    OF THE SAME OPERATING SYSTEM.

01:31:14  7    Q.   AND ARE YOU PERSONALLY FAMILIAR WITH HOW CISCO NUMBERS ITS

01:31:19  8    OPERATING SYSTEM VERSIONS?

01:31:21  9    A.   YES.  I THINK IT'S PRETTY CONVENTIONAL WITHIN THE SOFTWARE

01:31:24  10   INDUSTRY.

01:31:24  11   Q.   SO FOR EXAMPLE, FOR IOS XR, 5.1.X WOULD BE BEFORE 5.2; IS

01:31:32  12   THAT RIGHT?

01:31:32  13   A.   RIGHT, RIGHT.

01:31:33  14       AND I THINK THAT'S THE WAY WE DO IT AND IT'S THE WAY LOTS

01:31:36  15   OF PEOPLE DO IS IT.  WE ALL HAVE SMARTPHONES WHERE WE ARE

01:31:40  16   CONTINUALLY GETTING NEW UPDATES OF THE OPERATING SYSTEM, IT'S A

01:31:43  17   VERY SIMILAR NUMBERING SCHEME.

01:31:45  18   Q.   SO YOU MENTIONED NEW UPDATES IN THE OPERATING SYSTEM.

01:31:47  19   DOES THAT MEAN -- DOES CISCO INCLUDE OLDER MATERIAL FROM OLDER

01:31:52  20   OPERATING SYSTEMS WHEN IT REGISTERS NEW VERSIONS?

01:31:55  21   A.   YES, THINGS LIKE THE HELP SCREENS AND THE COMMAND

01:31:58  22   HIERARCHIES ARE SWEPT ALONG AND INCLUDED IN LATER VERSIONS.

01:32:02  23   Q.   SO RETURNING TO THE 26 COPYRIGHT REGISTRATIONS, WHO

01:32:05  24   GRANTED THESE COPYRIGHT REGISTRATIONS TO CISCO?

01:32:08  25   A.   SO THEY ARE GRANTED BY THE COPYRIGHT OFFICE, AND THAT'S

01:32:11  1    WITHIN THE LIBRARY OF CONGRESS, THAT'S WHO ISSUES COPYRIGHT

01:32:13  2    REGISTRATIONS IN OUR COUNTRY.

01:32:15  3    Q.   WHO OWNS THE 26 REGISTERED COPYRIGHTS FOR IOS, IOS XR, IOS

01:32:21  4    XE AND NX-OS?

01:32:22  5    A.   MY COMPANY, CISCO SYSTEMS, THE PLAINTIFF IN THIS LAWSUIT.

01:32:25  6    Q.   NOW, LOOKING AGAIN AT EXHIBITS 4791, WHICH COPYRIGHT

01:32:30  7    REGISTRATION IS ON THE FIRST PAGE THAT WE ARE LOOKING AT?

01:32:34  8    A.   SO IT'S THE ONE FOR IOS, THAT PARTICULAR OPERATING SYSTEM,

01:32:39  9    VERSION 11.0.

01:32:41  10   Q.   CAN YOU PLEASE EXPLAIN TO THE JURY WHAT SOME OF WHAT WE

01:32:44  11   ARE SEEING HERE ON THIS FIRST PAGE IS?

01:32:46  12   A.   SURE.

01:32:46  13        SO IN THE UPPER LEFT YOU SEE THE OFFICIAL SEAL OF THE

01:32:50  14   COPYRIGHT OFFICE WITHIN THE LIBRARY OF CONGRESS.  YOU SEE AN

01:32:54  15   OFFICIAL SIGNATURE OF THE REGISTRAR OF COPYRIGHTS, THE PERSON

01:32:58  16   WHO IS RESPONSIBLE OF THIS PROCESS OF REGISTRATION.

01:33:00  17        AND IN THE UPPER RIGHT YOU SEE A TX NUMBER, IT'S A

01:33:04  18   REGISTRATION NUMBER THAT THEY ASSIGN.  AND THEN BELOW THAT YOU

01:33:08  19   SEE A DATE OF REGISTRATION.  AND THAT'S JUNE 14, 2002, HERE.

01:33:13  20   Q.   DO EACH OF THE OTHER REGISTERED COPYRIGHTS INCLUDED IN

01:33:18  21   EXHIBIT 4791 INCLUDE THE SAME INFORMATION THAT YOU WERE JUST

01:33:20  22   TALKING ABOUT?

01:33:20  23   A.   YES, THEY ARE ALL VERY SIMILAR.

01:33:23  24   Q.   OKAY.  WHAT DID CISCO SUBMIT TO THE LIBRARY OF CONGRESS

01:33:26  25   WHEN IT APPLIED FOR THESE REGISTERED COPYRIGHTS?

01:33:28   1    A.   WELL, IT'S QUITE A BIT OF MATERIAL.  IT'S A COPYRIGHT

01:33:33   2    APPLICATION, WHICH IS ESSENTIALLY THE KIND OF DOCUMENT YOU ARE

01:33:35   3    LOOKING AT BUT WITHOUT THE REGISTRATION THAT WAS ADDED TO IT BY

01:33:38   4    THE COPYRIGHT OFFICE.

01:33:40   5         BUT THEN ALONG WITH IT, WE SEND A LOT OF THINGS.  WE SENT

01:33:45   6    EXCERPTS OF THE SOURCE CODE, WE SENT A LINK THAT THE COPYRIGHT

01:33:48   7    OFFICE CAN USE TO ACCESS THE ENTIRE SOURCE CODE, IF THEY WISH,

01:33:51   8    AND WE ALSO SENT LOTS OF DIFFERENT ITEMS OF DOCUMENTATION THAT

01:33:55   9    COME WITH THE OPERATING SYSTEM THAT WERE WE ARE ALSO

01:33:58   10   REGISTERING.

01:33:59   11   Q.   CAN YOU PLEASE TURN TO EXHIBIT 4803 IN YOUR WITNESS

01:34:03   12   BINDER.

01:34:03   13   A.   SURE.

01:34:04   14   Q.   DO YOU RECOGNIZE EXHIBIT 4803?

01:34:10   15   A.   YES.  THESE ARE THE MATERIALS THEMSELVES THAT WERE SENT TO

01:34:16   16   THE COPYRIGHT OFFICE, ALONG WITH AN INDEX TO THEM.

01:34:21   17   Q.   AND IS THERE A DEPARTMENT AT CISCO THAT MAINTAINS THESE

01:34:25   18   DOCUMENTS?

01:34:25   19   A.   YES.  THEY ARE MAINTAINED WITHIN THE LEGAL DEPARTMENT.  WE

01:34:28   20   KEEP TRACK OF WHAT WE'VE SENT AND MAINTAIN COPIES.

01:34:31   21   Q.   SO IS EXHIBIT 4803 TRUE AND CORRECT COPIES OF THE

01:34:35   22   MATERIALS THAT WERE SUBMITTED WITH THE REGISTERED COPYRIGHTS

01:34:37   23   THAT WE JUST DISCUSSED?

01:34:38   24   A.   YES, IT IS.

01:34:39   25   Q.   OKAY.

01:34:41  1          MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE INTO EVIDENCE

01:34:43  2     EXHIBIT 4803.

01:34:44  3          MR. SILBERT:  NO OBJECTION.

01:34:45  4          THE COURT:  IT WILL BE ADMITTED.

01:34:47  5     (PLAINTIFF'S EXHIBIT 4803, WAS ADMITTED INTO EVIDENCE.)

01:34:47  6     BY MR. JAFFE:

01:34:48  7     Q.   IF WE CAN SHOW THE FIRST PAGE OF EXHIBIT 4803, MR. FISHER.

01:34:52  8     THANK YOU.

01:34:53  9          MR. LANG, CAN YOU PLEASE EXPLAIN WHAT WE ARE LOOKING AT

01:34:55  10    HERE ON EXHIBIT 4803?

01:34:58  11    A.   SURE.  SO THIS IS THE INDEX THAT TELLS US WHAT'S IN THIS

01:35:01  12    EXHIBIT THAT THE VARIOUS ITEMS THAT WERE SENT TO THE COPYRIGHT

01:35:04  13    OFFICE AND WHERE YOU CAN FIND EACH ITEM.

01:35:08  14         FOR EACH OPERATING SYSTEM IN EACH VERSION, THERE'S A TABLE

01:35:11  15    THAT LISTS THE ITEMS AND GIVES SOME POINTERS FOR FINDING IT.

01:35:15  16    Q.   ALL RIGHT.  I WANT TO CHANGE TOPICS A LITTLE BIT.

01:35:23  17         HAS CISCO HAD TO PROTECT ITS INNOVATIONS FROM COPYING IN

01:35:27  18    THE PAST?

01:35:27  19    A.   YES, WE HAVE.  IN 2003 WE LEARNED THAT THE -- OR HAD

01:35:33  20    LEARNED THAT HUAWEI, WHICH IS STILL TODAY, A LARGE CHINESE

01:35:38  21    MAKER OF INTERNET EQUIPMENT, HAD COPIED SOME OF OUR PRODUCTS.

01:35:43  22         IT COPIED THE COMMAND-LINE INTERFACE.  THEY HAD COPIED

01:35:46  23    DOCUMENTATION, THEY ALSO COPIED SOURCE CODE.  WE SUED THEM FOR

01:35:52  24    PATENT INFRINGEMENT AND COPYRIGHT INFRINGEMENT AND WERE

01:35:53  25    SUCCESSFUL IN STOPPING THEIR INFRINGEMENT.

01:35:55  1    Q.   SO YOU MENTIONED THAT CISCO SUED HUAWEI.  DID THAT INCLUDE

01:35:59  2    FILING A COMPLAINT?

01:36:00  3    A.   YES.

01:36:01  4    Q.   AND WAS THAT COMPLAINT FILED PUBLICLY?

01:36:04  5    A.   YES, IT WAS.

01:36:05  6    Q.   IF YOU CAN TURN TO EXHIBIT 4424 IN YOUR WITNESS BINDER,

01:36:12  7    PLEASE?

01:36:20  8    A.   I'M THERE.

01:36:21  9    Q.   DO YOU RECOGNIZE WHAT WE'RE LOOKING AT IN EXHIBIT 4424?

01:36:24  10   A.   YES, IT'S A COMPENDIUM OF MEDIA COVERAGE THAT WE COLLECTED

01:36:27  11   ON THE DAY OF OUR LAWSUIT.

01:36:29  12        SO WE NORMALLY FOLLOW MEDIA COVERAGE OF OUR COMPANY AND

01:36:33  13   KEEP TRACK OF IT, AND WE COLLECTED THESE ARTICLES ABOUT THE

01:36:37  14   LAWSUIT THAT WE FILED ON THAT DAY, AND WE HAVE MAINTAINED THOSE

01:36:40  15   IN THE LEGAL DEPARTMENT SINCE THEN.

01:36:41  16   Q.   AND IS IT CISCO'S PRACTICE TO MAINTAIN OR COLLECT ACCURATE

01:36:45  17   COPIES OF THE COVERAGE AS THEY APPEAR?

01:36:47  18   A.   YES, IT IS.

01:36:50  19        MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 4424

01:36:52  20   INTO EVIDENCE, ALTHOUGH NOT FOR THE TRUTH OF THE MATTER

01:36:55  21   ASSERTED.

01:36:56  22        MR. SILBERT:  ON THOSE GROUNDS, NO OBJECTION.

01:36:58  23        THE COURT:  ALL RIGHT.  I WILL ADMIT IT.

01:37:00  24        LADIES AND GENTLEMEN, WHEN YOU LOOK AT THIS EXHIBIT YOU

01:37:01  25   WILL SEE THAT IT IS JUST AS DESCRIBED BY MR. LANG, A SERIES OF

01:37:05  1    PRESS REPORTS.

01:37:06  2        YOU ARE TO CONSIDER THAT THESE ARE PRESS REPORTS, BUT NOT

01:37:09  3    THE TRUTH OF ANYTHING THAT'S ACTUALLY REPORTED.

01:37:12  4        I'M SURE AS YOU READ THE NEWSPAPER, YOU MAKE THOSE

01:37:14  5    DECISIONS YOURSELF AS WELL, BUT THIS IS JUST TO SHOW YOU THAT

01:37:17  6    THESE WERE REPORTS THAT WERE MADE AND NOTHING ELSE.

01:37:20  7    (PLAINTIFF'S EXHIBIT 4424 WAS ADMITTED INTO EVIDENCE.)

01:37:22  8        MR. JAFFE:  THANK YOU.

01:37:22  9    Q.  MR. FISHER, IF WE CAN TURN TO PAGE 5 OF THIS EXHIBIT.  AND

01:37:27  10   IN PARTICULAR, I WANT TO FOCUS ON THE BOTTOM HALF HERE.

01:37:30  11       MR. LANG, DO YOU SEE THAT THERE'S AN ARTICLE FROM THE *DOW*

01:37:37  12   *JONES NEW SERVICE*?

01:37:37  13   A.  YES.

01:37:37  14   Q.  AND CAN YOU JUST READ THE TITLE OF THAT ARTICLE FOR THE

01:37:40  15   JURY?

01:37:41  16   A.  DJ CISCO PATENT SUIT-2.  REPORTS TO HUAWEI'S QUIDWAY

01:37:47  17   ROUTERS.

01:37:48  18   Q.  OKAY.  AND COULD YOU PLEASE JUST READ FOR THE JURY THE

01:37:51  19   FIRST SENTENCE OF THE THIRD PARAGRAPH?

01:37:55  20   A.  SURE.

01:37:56  21       "SPECIFICALLY, CISCO IS CLAIMING THAT HUAWEI COPIED

01:38:00  22   PORTIONS OF CISCO'S IOS SOURCE CODE AND COMMAND-LINE INTERFACE

01:38:05  23   AND INCLUDED THEM IN HUAWEI'S OPERATING SYSTEM FOR ITS QUIDWAY

01:38:11  24   ROUTERS AND SWITCHES."

01:38:12  25   Q.  ALL RIGHT.  IF WE CAN TURN TO PAGE 6 OF THIS EXHIBIT.

LANG DIRECT EXAMINATION BY MR. JAFFE                    1172

01:38:18  1        DO YOU SEE AN ARTICLE BY THE *WALL STREET JOURNAL*?

01:38:21  2   A.   YES, I DO.

01:38:22  3   Q.   OKAY.  IF WE CAN NOW TURN TO PAGE 7.  CAN YOU PLEASE READ

01:38:29  4   THE SECOND AND THIRD SENTENCE OF THE THIRD PARAGRAPH TO THE

01:38:33  5   JURY?

01:38:34  6   A.   "THE COPYING WAS SO SLAVISH, CISCO SAID IN ITS COMPLAINT,

01:38:43  7   THAT HUAWEI'S SOFTWARE CONTAINS THE SAME BUGS OR GLITCHES AS

01:38:46  8   CISCO'S.

01:38:47  9        CISCO ALSO SAID HUAWEI HAD COPIED PORTIONS OF TECHNICAL

01:38:52 10   MANUALS IN THE COMMANDS USED TO OPERATE ITS GEAR."

01:38:54 11   Q.   SO WE'VE READ ABOUT SOME OF THE NEWS COVERAGE AND THE

01:38:58 12   FILING OF THE LAWSUIT.  WHAT HAPPENED IN THE CASE AGAINST

01:39:01 13   HUAWEI?

01:39:01 14   A.   SO IN THAT CASE THERE WAS A PRELIMINARY INJUNCTION, AND

01:39:05 15   THE COURT -- AND THE ORDER OF THE COURT WAS TO STOP ITS

01:39:08 16   INFRINGEMENT.

01:39:09 17        AND IN THE WAKE OF THAT, CISCO AND HUAWEI REACHED AN

01:39:13 18   AGREEMENT TO SUSPEND OUR LAWSUIT AND WE AGREED TO A PROCESS

01:39:16 19   WHEREBY HUAWEI WOULD PROPOSE CHANGES TO, AMONG OTHER THINGS,

01:39:21 20   THOSE COMMAND-LINE INTERFACE AND DOCUMENTATION, AND MADE THOSE

01:39:27 21   CHANGES ACCEPTABLE TO CISCO TO RESOLVE THE LAWSUIT.

01:39:29 22   Q.   CAN YOU PLEASE TURN TO EXHIBIT 4672.

01:39:37 23   A.   YES.

01:39:38 24   Q.   WHAT IS EXHIBIT 4672?

01:39:41 25   A.   SO THIS IS THE AGREEMENT THAT I JUST MENTIONED THAT

01:39:45   1    SUSPENDED THE LAWSUIT BETWEEN HUAWEI AND CISCO FOLLOWING THAT

01:39:49   2    PRELIMINARY INJUNCTION AND LEAD ULTIMATELY TO THE RESOLUTION OF

01:39:52   3    THE SUIT.

01:39:52   4    Q.   IS THIS A CONFIDENTIAL AGREEMENT?

01:39:55   5    A.   YES, IT IS, IT'S MARKED AS SUCH.

01:39:57   6    Q.   AND IS THIS AGREEMENT MAINTAINED IN THE LEGAL DEPARTMENT

01:40:00   7    OR SOMEWHERE ELSE?

01:40:00   8    A.   IT'S MAINTAINED WITHIN THE LEGAL DEPARTMENT.

01:40:03   9         MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE IN 4672 INTO

01:40:06  10    EVIDENCE.

01:40:06  11         MR. SILBERT:  NO OBJECTION.

01:40:07  12         THE COURT:  IT WILL BE ADMITTED.

01:40:08  13    (PLAINTIFF'S EXHIBIT 4672, WAS ADMITTED INTO EVIDENCE.)

01:40:08  14    BY MR. JAFFE:

01:40:09  15    Q.   I WANT TO MOVE NOW TO EXHIBITS 4673 AND 4674 IN YOUR

01:40:16  16    WITNESS BINDER, PLEASE.

01:40:18  17         DO YOU RECOGNIZE THESE EXHIBITS?

01:40:20  18    A.   YES, I DO.

01:40:21  19    Q.   OKAY.  WHAT ARE THESE?

01:40:22  20    A.   SO THESE ARE ALSO MEDIA COMPENDIA, JUST LIKE THE ONES THAT

01:40:27  21    WE SAW BEFORE ABOUT THE DAY WE FILED THE LAWSUIT AGAINST

01:40:31  22    HUAWEI.  THESE ARE FROM THE TIME THAT WE SUSPENDED THE LAWSUIT.

01:40:34  23         SO IT'S THE SELECTION OF THE MEDIA COVERAGE FROM THAT

01:40:37  24    TIME.

01:40:38  25    Q.   AND IS THIS THE SAME TYPE OF MEDIA COLLECTION THAT WE

01:40:42  1    TALKED ABOUT EARLIER?

01:40:42  2    A.   YES, IT IS.

01:40:43  3    Q.   OKAY.

01:40:44  4         MR. JAFFE:  YOUR HONOR, I WOULD LIKE TO ADMIT

01:40:47  5    EXHIBITS 4673 AND 4674 IN EVIDENCE, ALSO NOT FOR THE TRUTH OF

01:40:52  6    THE MATTER ASSERTED.

01:40:53  7         MR. SILBERT:  NO OBJECTION WITH THOSE PROVISIONS.

01:40:54  8         THE COURT:  ALL RIGHT.  THEY WILL BOTH BE ADMITTED.

01:40:54  9    (PLAINTIFF'S EXHIBIT 4673, AND 4674, WERE ADMITTED INTO

01:40:56  10   EVIDENCE.)

01:40:56  11        THE COURT:  AND LADIES AND GENTLEMEN, THE SAME

01:40:58  12   ADMONITION I TOLD YOU BEFORE ABOUT NEWS CLIPPINGS AND MEDIA

01:41:02  13   REPORTS, I GUESS IS THE BROADER CATEGORY NOW.

01:41:05  14   BY MR. JAFFE:

01:41:05  15   Q.   MR. FISHER, IF YOU COULD SHOW THE FIRST PAGE OF

01:41:09  16   EXHIBIT 4673 TO THE JURY.

01:41:12  17        MR. LANG, WHAT ARE WE LOOKING AT HERE FOR THE JURY ON

01:41:17  18   EXHIBIT 4673?

01:41:18  19   A.   SURE.

01:41:19  20        THIS IS THE FRONT PAGE THAT MEDIA COMPENDIUM FOLLOWING THE

01:41:24  21   SUSPENSION OF OUR LAWSUIT WITH HUAWEI.  AND IT SHOWS THE

01:41:28  22   DIFFERENT NEWS ORGANIZATIONS THAT CARRY THE STORY.  HERE AT THE

01:41:31  23   TOP OF IT, YOU SEE, VERY COMMON FAMOUS ONES LIKE *REUTERS* AND

01:41:36  24   *THE NEW YORK TIMES*, AND ALSO SOME MORE SPECIALIZED INDUSTRY

01:41:40  25   NEWS ORGANIZATIONS LIKE *NETWORK WORLD FUSION* AND *LIGHT READING*.

01:41:44   1    Q.   ALL RIGHT.  I WANT TO BRIEFLY CHANGE TOPICS AGAIN HERE.

01:41:50   2         HAVE THEIR BEEN INSTANCES WHERE CISCO HAS LICENSED IP,

01:41:55   3    THAT IS INTELLECTUAL PROPERTY, FROM OTHERS?

01:41:58   4    A.   YES, THERE HAVE BEEN.

01:41:59   5    Q.   CAN YOU PROVIDE AN EXAMPLE OF ONE OF THOSE?

01:42:01   6    A.   SURE.

01:42:01   7         SO ONE EXAMPLE IS FROM AN EARLY POINT IN THE HISTORY OF

01:42:06   8    OUR COMPANY.  WE TOOK A LICENSE FROM STANFORD FOR SOME GATEWAY

01:42:10   9    SOFTWARE.  KIRK LOUGHEED, WHO WAS ONE OF OUR FIRST EMPLOYEES,

01:42:15  10    HAD WORKED AT STANFORD PREVIOUSLY.  AND THERE WAS A

01:42:17  11    MISUNDERSTANDING ABOUT THE OWNERSHIP OF SOME GATEWAY SOFTWARE.

01:42:20  12         WE RESOLVED THAT DISPUTE WITH STANFORD AMICABLY BY TAKING

01:42:24  13    A LICENSE.

01:42:24  14    Q.   CAN YOU TURN TO EXHIBIT 698 IN YOUR WITNESS BINDER,

01:42:28  15    PLEASE.

01:42:28  16    A.   SURE.

01:42:29  17    Q.   AND WHEN YOU GET THERE, JUST LET ME KNOW IF YOU RECOGNIZE

01:42:32  18    IT.

01:42:32  19    A.   YES.  THIS IS THE LICENSE AGREEMENT THAT I WAS JUST

01:42:39  20    REFERRING TO.

01:42:41  21    Q.   OKAY.  WHERE IS THIS AGREEMENT MAINTAINED WITHIN CISCO?

01:42:43  22    A.   IT'S ALSO MAINTAINED WITHIN THE LEGAL DEPARTMENT.

01:42:46  23         MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 698

01:42:49  24    INTO EVIDENCE.

01:42:49  25         MR. SILBERT:  NO OBJECTION.

| | |
|---|---|
| 01:42:50  1 | THE COURT:  IT WILL BE ADMITTED. |
| 01:42:52  2 | (PLAINTIFF'S EXHIBIT 698, WAS ADMITTED INTO EVIDENCE.) |
| 01:42:52  3 | BY MR. JAFFE: |
| 01:42:53  4 | Q.  LET'S TURN TO EXHIBIT 700, PLEASE.  WHAT IS EXHIBIT 700? |
| 01:43:00  5 | A.  SO THIS IS AN AMENDMENT TO THE LICENSE AGREEMENT WE JUST |
| 01:43:03  6 | SAW, THE LICENSE AGREEMENT WE JUST SAW WAS THAT 1987.  THIS IS |
| 01:43:08  7 | AN AMENDMENT WE REACHED IN 2002. |
| 01:43:11  8 | WE HAD CONTINUED TO HAVE GOOD RELATIONS WITH STANFORD AND |
| 01:43:14  9 | NOW WE AMENDED THE LICENSE AGREEMENT IN A WAY THAT WE WERE NOW |
| 01:43:19  10 | THE EXCLUSIVE LICENSEES, WE WERE THE ONLY ONES WITH THE RIGHTS |
| 01:43:22  11 | TO THE SOFTWARE. |
| 01:43:23  12 | Q.  AND IS THIS AGREEMENT ALSO KEPT IN YOUR DEPARTMENT AT |
| 01:43:25  13 | CISCO? |
| 01:43:26  14 | A.  YES, IT IS. |
| 01:43:28  15 | MR. JAFFE:  YOUR HONOR, I WANT TO MOVE IN EXHIBIT 700 |
| 01:43:34  16 | INTO EVIDENCE PLEASE. |
| 01:43:35  17 | MR. SILBERT:  NO OBJECTION. |
| 01:43:35  18 | THE COURT:  IT WILL BE ADMITTED. |
| 01:43:38  19 | (PLAINTIFF'S EXHIBIT 700, WAS ADMITTED INTO EVIDENCE.) |
| 01:43:38  20 | MR. JAFFE:  THANK YOU, MR. LANG.  I PASS THE WITNESS. |
| 01:43:40  21 | THE COURT:  MR. SILBERT. |
| 01:43:58  22 | **CROSS-EXAMINATION** |
| 01:43:59  23 | BY MR. SILBERT: |
| 01:43:59  24 | Q.  GOOD AFTERNOON, MR. LANG.  NICE TO SEE YOU AGAIN.  IF YOU |
| 01:44:02  25 | CAN GIVE US JUST A SECOND, I THINK CARRIE WILL GIVE YOU A |

01:44:05  1    BINDER OF EXHIBITS.

01:44:06  2    A.   SURE.

01:44:33  3    Q.   MR. LANG, IN THE HUAWEI CASE, CISCO ALLEGED THAT HUAWEI

01:44:37  4    HAD STOLEN IOS SOURCE CODE; IS THAT RIGHT?

01:44:42  5    A.   YES, AND THAT THAT INCLUDED CLI, THERE WAS ALSO ASSOCIATED

01:44:49  6    DOCUMENTATION.

01:44:50  7    Q.   YOU ARE SAYING THAT CISCO'S ALLEGATION THAT WAS HUAWEI

01:44:53  8    STOLE SOURCE CODE FOR THE CLI, THAT'S WHAT YOU WERE REFERRING

01:44:57  9    TO?

01:44:57  10   A.   WELL, I'M REFERRING TO THAT, ALTHOUGH THEY COME TOGETHER,

01:45:02  11   THE CLI COMES WITH THE SOURCE CODE.

01:45:04  12   Q.   CISCO ALLEGED IN THAT CASE THAT HUAWEI STOLE A LOT OF

01:45:08  13   SOURCE CODE, RIGHT?

01:45:12  14   A.   I BELIEVE SO.

01:45:13  15   Q.   OKAY.  AND YOU BELIEVED THAT THE MISAPPROPRIATION OF A LOT

01:45:19  16   OF IOS SOURCE CODE BY HUAWEI MAY HAVE INHERENTLY LEAD TO THE

01:45:25  17   USE OF CISCO'S CLI, RIGHT?

01:45:27  18   A.   YES.  I NOTE THAT CHANGING THE CLI WAS A PART OF THE

01:45:33  19   RESOLUTION OF THE LAWSUIT.

01:45:34  20   Q.   CISCO HAS GIVEN BRIEFINGS TO COMPANIES THAT WERE PEOPLE

01:45:40  21   THAT WERE PARTNERS WITH, ABOUT HUAWEI AND THE HUAWEI

01:45:44  22   LITIGATION, RIGHT?

01:45:45  23   A.   I'M NOT DIRECTLY FAMILIAR WITH THAT.

01:45:47  24   Q.   OKAY.  WOULD YOU LOOK PLEASE AT EXHIBIT 5345, WHICH I HOPE

01:45:53  25   IS IN YOUR BINDER.  DO YOU HAVE THAT EXHIBIT?

01:46:02  1        A.   YES.

01:46:03  2        Q.   AND YOU TESTIFIED AS A CORPORATE REPRESENTATIVE IN

01:46:07  3    DEPOSITION ON BEHALF OF CISCO WITH RESPECT TO CERTAIN TOPICS

01:46:10  4    ABOUT HUAWEI, THE HUAWEI LITIGATION, CORRECT?

01:46:13  5        A.   YES, THAT'S CORRECT.

01:46:14  6        Q.   AND DO YOU RECALL TESTIFYING ABOUT THIS DOCUMENT IN YOUR

01:46:17  7    DEPOSITION, I CAN DIRECT YOU TO THE, YOUR NAME ON THE EXHIBIT

01:46:21  8    STICKER ON THE FRONT.

01:46:23  9        A.   YES, THE DOCUMENT APPEARS TO BE FAMILIAR.

01:46:26 10             THE COURT:  WHAT WAS THAT EXHIBIT NUMBER?

01:46:28 11             MR. SILBERT:  I'M SORRY, IT'S 5345.

01:46:31 12             THE COURT:  THANK YOU.  I GOT IT.

01:46:33 13    BY MR. SILBERT:

01:46:34 14        Q.   AND THIS IS A CISCO PRESENTATION CONCERNING HUAWEI; IS

01:46:38 15    THAT RIGHT?

01:46:38 16        A.   YES, IT APPEARS TO BE.

01:46:40 17             MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 5345 INTO

01:46:43 18    EVIDENCE.

01:46:44 19             MR. JAFFE:  NO OBJECTION.

01:46:45 20             THE COURT:  THANK YOU, IT WILL BE ADMITTED.

01:47:00 21    (DEFENDANT'S EXHIBIT 5345, WAS ADMITTED INTO EVIDENCE.)

01:47:01 22    BY MR. SILBERT:

01:47:01 23        Q.   IF YOU LOOK AT THE FIRST PAGE OF THE EXHIBIT YOU SEE THE

01:47:03 24    TITLE IS HUAWEI ENTERPRISE BRIEFING FOR CISCO PARTNERS, RIGHT?

01:47:08 25        A.   YES, I SEE THE TITLE.

01:47:10  1    Q.   AND IF YOU COULD PLEASE TURN TO SLIDE NUMBER 35.

01:47:23  2         THE TITLE OF THIS SLIDE IS CISCO'S CASE AGAINST HUAWEI,

01:47:26  3    RIGHT?  CORRECT?

01:47:30  4    A.   YES, I SEE THE TITLE.

01:47:32  5    Q.   AND THIS SLIDE SUMMARIZES -- IS A SUMMARY BY CISCO OF

01:47:36  6    CISCO'S LAWSUIT AGAINST HUAWEI; IS THAT RIGHT?

01:47:39  7    A.   YES, IT INCLUDES INFORMATION ABOUT THE LAWSUIT.

01:47:42  8    Q.   OKAY.

01:47:43  9         AND I JUST WANT TO DIRECT YOUR ATTENTION TO THE BULLET

01:47:48  10   POINTS HERE.  THE FIRST BULLET POINT -- WELL, AT THE TOP -- IT

01:47:52  11   SAYS "CISCO SUED HUAWEI OVER UNLAWFUL COPYING OF ITS

01:47:56  12   INTELLECTUAL PROPERTY.  CISCO ALLEGED THAT," AND THEN A COLON.

01:48:00  13        DO YOU SEE THAT?

01:48:01  14   A.   YES.

01:48:02  15   Q.   OKAY.  AND THEN THE FIRST BULLET POINT SAYS, "HUAWEI

01:48:05  16   UNLAWFULLY COPIED AND MISAPPROPRIATED CISCO'S IOS SOFTWARE

01:48:12  17   SOURCE CODE, AND INCLUDED THE TECHNOLOGY IN ITS OPERATING

01:48:16  18   SYSTEM FOR ITS QUIDWAY ROUTERS AND SWITCHES."

01:48:21  19        IT GOES ON, "HUAWEI'S OPERATING SYSTEM CONTAINS A NUMBER

01:48:24  20   OF TEXT STRINGS, FILE NAMES AND BUGS THAT ARE IDENTICAL TO

01:48:27  21   THOSE FOUND IN CISCO'S IOS SOURCE CODE."

01:48:30  22        DO YOU SEE THAT?

01:48:31  23   A.   YES.

01:48:32  24   Q.   NO MENTION OF THE CLI IN THAT BULLET POINT, RIGHT?

01:48:36  25   A.   WELL, I WOULD VIEW IT AS BEING PART OF THE SOURCE CODE AND

01:48:41  1     POSSIBLY BEING ASSOCIATED WITH THE TEXT STRINGS.

01:48:43  2     Q.   YOU -- IN THE CASE OF HUAWEI, YOU VIEW THE CLI AS BEING

01:48:48  3     ASSOCIATED WITH THE USE OF THE SOURCE CODE?

01:48:51  4     A.   IT WAS A DIFFERENT CASE.  I MEAN, THEY MISAPPROPRIATED

01:48:55  5     SOURCE CODE, THEY ALSO MISAPPROPRIATED THE CLI.

01:48:58  6     Q.   DO YOU SEE A MENTION OF THE CLI IN THE FIRST BULLET POINT?

01:49:02  7     A.   NO, THERE ISN'T.  BUT THEY MISAPPROPRIATED THE CLI.

01:49:05  8     Q.   OKAY.  IN THE SECOND BULLET POINT OF THE SLIDE THAT CISCO

01:49:08  9     CREATED ABOUT THE HUAWEI LITIGATION, IT SAYS, "HUAWEI COPIED

01:49:13  10    EXTENSIVELY FROM CISCO'S COPYRIGHTED TECHNICAL DOCUMENTATION

01:49:16  11    AND INCLUDED WHOLE PORTIONS OF CISCO'S TEXT IN THEIR USER

01:49:20  12    MANUALS FOR QUIDWAY ROUTERS AND SWITCHES," RIGHT?

01:49:23  13    A.   I SEE THAT BULLET POINT.

01:49:26  14    Q.   NO MENTION OF THE CLI THERE EITHER, RIGHT?

01:49:28  15    A.   THAT BULLET SEEMS TO BE ABOUT DOCUMENTATION.

01:49:31  16    Q.   RIGHT.  AND THE THIRD BULLET, IF YOU LOOK AT IT IS ABOUT

01:49:34  17    PATENTS, RIGHT?

01:49:35  18    A.   RIGHT.

01:49:35  19    Q.   AND IN THIS SLIDE THAT CISCO CREATED TO SUMMARIZE THE

01:49:40  20    HUAWEI LITIGATION, IT DOESN'T EVEN BOTHER TO MENTION THE CLI

01:49:43  21    ALLEGATIONS, RIGHT?

01:49:44  22    A.   WELL, I THINK TO ME READING THOSE ABOUT THE SOURCE CODE, I

01:49:48  23    SEE THE CLI AS BEING INCLUDED.

01:49:50  24    Q.   BECAUSE YOU THINK THAT IN THE CASE OF THE HUAWEI -- IN THE

01:49:53  25    HUAWEI CASE, ALLEGATIONS ABOUT THEFT OF SOURCE CODE, THAT'S

01:49:58   1   WHERE THE -- THAT INVOLVES THE SAME ALLEGATIONS AS USE OF THE

01:50:03   2   CLI?

01:50:05   3   A.   WELL I'M WELL AWARE THAT THE CLI WAS MISAPPROPRIATED.

01:50:14   4   THAT WAS PART OF THEIR INFRINGEMENT, AND WE CORRECTED THAT BY

01:50:18   5   HAVING THEM CHANGE IT AFTERWARDS.

01:50:20   6   Q.   RIGHT.

01:50:21   7        BUT YOUR BELIEF IS THAT IF SOMEBODY COPIES THAT SOURCE

01:50:23   8   CODE, IF THEY LITERALLY TAKE MOST OF THE SOURCE CODE FOR THE

01:50:27   9   OPERATING SYSTEM, THEN INHERENTLY THEY ARE GOING TO END UP

01:50:29  10   USING A LOT OF CLI, RIGHT?

01:50:30  11   A.   THAT'S ONE WAY OF DOING IT, IT'S ALSO POSSIBLE TO SIMPLY

01:50:33  12   COPY THE CLI.

01:50:34  13   Q.   WITHOUT USING ANY SOURCE CODE YOU MEAN?

01:50:37  14   A.   IT'S POSSIBLE.

01:50:40  15   Q.   RIGHT.

01:50:41  16        AND CISCO, IN FACT -- CISCO HAS IN FACT KNOWN FOR MANY

01:50:49  17   YEARS THAT OTHER SWITCH VENDORS HAS COPIED ITS CLI COMMANDS

01:50:54  18   WITHOUT USING ANY SOURCE CODE OF CISCO, RIGHT?

01:50:56  19   A.   COULD YOU REPEAT YOUR QUESTION, PLEASE.

01:50:58  20   Q.   YEAH.

01:50:58  21        CISCO HAS KNOWN FOR MANY YEARS THAT OTHER SWITCH VENDORS

01:51:03  22   HAVE COPIED CISCO'S CLI COMMANDS, BUT DONE SO WITHOUT COPYING

01:51:08  23   ANY CISCO SOURCE CODE?

01:51:10  24   A.   I DON'T KNOW THAT TO BE TRUE.  I MEAN, WE HAVE A

01:51:14  25   COMPETITIVE ANALYSIS FUNCTION AND THEY LOOK AT VARIOUS FEATURES

01:51:20  1    OF COMPETING PRODUCTS, AND WE KNOW OF CERTAINLY ONE THAT COPIED

01:51:29  2    THE CLI TO A VERY GREAT DEGREE, ARISTA.

01:51:31  3    Q.  WELL, WOULD YOU LOOK PLEASE AT EXHIBIT 8966 WHICH IS IN

01:51:36  4    EVIDENCE.

01:51:44  5        IF YOU LOOK AT THE DATE ON THIS CISCO SLIDE DECK, IT'S A

01:51:47  6    LITTLE HARD TO SEE, IT'S IN SMALL PRINT AT THE BOTTOM, YOU SEE

01:51:53  7    THAT'S 2001?

01:51:54  8    A.  I SEE THAT DATE.  I DON'T KNOW IF IT'S THE DATE OF THE

01:51:57  9    TEMPLATE THAT WAS USED AS OPPOSED TO THE DATE OF THE

01:52:01 10    PRESENTATION.

01:52:02 11    Q.  OKAY.  WOULD YOU LOOK, PLEASE, AT SLIDE NUMBER 10 OF THIS

01:52:05 12    SLIDE DECK.  I WILL DIRECT YOUR ATTENTION TO THE TOP -- THERE

01:52:11 13    UNDER THE HEADING TIER 1, AND THEN THERE'S AN ENTRY FOR

01:52:15 14    FOUNDRY.  DO YOU SEE THAT?

01:52:20 15        I'M SORRY, ARE YOU ON SLIDE TEN?  YOU CAN LOOK ON YOUR

01:52:25 16    SCREEN AS WELL, IF IT'S EASIER.

01:52:27 17        DO YOU SEE THE ENTRY FOR FOUNDRY UNDER TIER 1?

01:52:31 18    A.  YES.

01:52:31 19    Q.  FOUNDRY WAS A TIER 1 COMPETITOR OF CISCO, RIGHT?

01:52:37 20    A.  IT'S LISTED AS ONE ON THE SLIDE, APPARENTLY.

01:52:44 21    Q.  AND FOUNDRY WAS LATER ACQUIRED, RIGHT, BY BROCADE,

01:52:49 22    CORRECT?

01:52:50 23    A.  YES, I VAGUELY RECALL THAT.

01:52:52 24    Q.  OKAY.  AND WHAT CISCO WROTE ON THIS SLIDE ABOUT FOUNDRY,

01:52:56 25    IF YOU LOOK OVER ON THE RIGHT UNDER THE "COMPETITOR'S STRATEGY"

01:53:00  1    COLUMN WAS, "COPY CLI FROM IOS."  DO YOU SEE THAT?

01:53:05  2    A.   I SEE THAT.

01:53:06  3    Q.   CISCO NEVER SUED FOUNDRY FOR COPYING THE CLI, DID IT?

01:53:11  4    A.   NO, I'M AWARE OF, FROM MY OWN INTERACTIONS WITH OUR

01:53:15  5    COMPETITIVE ANALYSIS TEAM, THAT NOW BROCADE'S USE OF THE CLI IS

01:53:23  6    NOT A COPYING OF OURS IN THE SAME WAY THAT ARISTA'S IS; THAT

01:53:27  7    ARISTA IS UNIQUE AMONG OUR TIER 1 COMPETITORS, THAT THEIR

01:53:31  8    OPERATING SYSTEM CAN BE USED BY SOMEONE TRAINED IN CISCO'S

01:53:35  9    OPERATING SYSTEM WITHOUT FURTHER TRAINING.

01:53:36  10   Q.   SIR, YOU HAVE NO PERSONAL KNOWLEDGE OF WHAT YOU JUST

01:53:39  11   RECITED, DO YOU?

01:53:40  12   A.   I LEARNED THAT INFORMATION FROM A COMPETITIVE ANALYSIS

01:53:44  13   EXPERT WITHIN OUR COMPANY.

01:53:45  14        MR. SILBERT:  I MOVE TO STRIKE AS HEARSAY.

01:53:46  15        THE COURT:  IT WILL BE STRICKEN.  GRANTED.

01:53:51  16   BY MR. SILBERT:

01:53:51  17   Q.   CISCO HAS NEVER SUED DELL FOR COPYING CISCO CLI, HAS IT?

01:53:54  18   A.   NO.

01:53:54  19   Q.   ARE YOU AWARE THAT DELL USES MORE THAN 1,000 MULTIWORD

01:53:59  20   COMMANDS THAT ARE THE SAME AS CISCO?

01:54:03  21   A.   I DON'T KNOW THE EXACT NUMBER.  I ONLY -- I'M ONLY AWARE

01:54:07  22   OF ARISTA'S UNIQUENESS AS A COMPETITOR.

01:54:12  23   Q.   ARE YOU AWARE THAT DELL HAS POSTED A VIDEO ON ITS

01:54:15  24   CORPORATE YOU TUBE CHANNEL IN WHICH IT COMPARES ITS CLI TO

01:54:21  25   CISCO'S AND HIGHLIGHTS HOW SIMILAR THEY ARE?

01:54:23   1      A.   I'M NOT AWARE OF THAT VIDEO.

01:54:25   2      Q.   OKAY.  YOU'VE HEARD OF BLADE NETWORK TECHNOLOGIES?

01:54:30   3      A.   YES, I'VE HEARD OF THEM.

01:54:32   4      Q.   YOU KNOW THAT BLADE OFFERED A CLI THAT IT CALLED THE

01:54:35   5      IS-CLI OR INDUSTRY STANDARD CLI, ON ITS ETHERNET SWITCHES?

01:54:39   6      A.   NO, AND I WOULDN'T KNOW WHAT THEY MEAN BY THAT.

01:54:42   7      Q.   OKAY.  DO YOU KNOW THAT BLADE WAS ACQUIRED BY IBM AT SOME

01:54:47   8      POINT?

01:54:47   9      A.   I -- I NEVER KNEW THAT OR HAVE FORGOTTEN.

01:54:51  10      Q.   OKAY.  CISCO NEVER SUED IBM FOR USE OF CLI COMMANDS THAT

01:54:54  11      ARE THE SAME AS CISCO'S, DID IT?

01:54:56  12      A.   NO.

01:54:57  13      Q.   CISCO NEVER SUED BLADE FOR USE OF CLI COMMANDS THAT ARE

01:55:00  14      THE SAME AS CISCO'S, CORRECT?

01:55:02  15      A.   NO.

01:55:04  16      Q.   CISCO NEVER SUED HEWLETT-PACKARD FOR THE USE OF CLI

01:55:10  17      COMMANDS THAT ARE THE SAME AS CISCO'S, HAS IT?

01:55:12  18      A.   NO.  BUT AGAIN, I CONTEST THAT THEIR SIMILARITIES IS THE

01:55:17  19      SAME AS WHAT WE ARE DEALING WITH HERE.

01:55:19  20      Q.   EXCUSE ME.

01:55:20  21           BUT AGAIN, YOU HAVE NO PERSONAL KNOWLEDGE OF WHAT YOU JUST

01:55:23  22      STATED; IS THAT RIGHT?

01:55:24  23      A.   I HAVE THE KNOWLEDGE I INDICATED EARLIER.

01:55:26  24                MR. SILBERT:  I MOVE TO STRIKE AGAIN.

01:55:28  25                THE COURT:  SUSTAINED.  I WILL STRIKE THE LAST

01:55:32  1    SUBSTANTIVE ANSWER.

01:55:33  2    BY MR. SILBERT:

01:55:33  3    Q.  YOU SAID THAT IN THE HUAWEI LITIGATION, CISCO OBTAINED A

01:55:38  4    PRELIMINARY INJUNCTION, RIGHT?

01:55:39  5    A.  YES.

01:55:39  6    Q.  AND A PRELIMINARY INJUNCTION IS AN ORDER BY THE COURT

01:55:44  7    ORDERING THE DEFENDANT TO STOP DOING SOMETHING, SUCH AS

01:55:48  8    INFRINGING ON INTELLECTUAL PROPERTY RIGHTS, CORRECT?

01:55:50  9    A.  YES.

01:55:53  10   Q.  OKAY.  NOW ISN'T IT TRUE THAT IN THE HUAWEI CASE, THE

01:55:57  11   COURT SPECIFICALLY REFUSED TO ISSUE A PRELIMINARY INJUNCTION

01:56:01  12   RELATED TO CISCO'S CLI CLAIM?

01:56:04  13   A.  I'M NOT AWARE OF THAT.

01:56:06  14   Q.  YOU DON'T KNOW THAT TO BE TRUE?

01:56:08  15   A.  NO.

01:56:08  16   Q.  WOULD YOU PLEASE LOOK AT EXHIBIT 7558 IN YOUR BINDER.

01:56:26  17       DO YOU RECOGNIZE THIS AS THE PRELIMINARY INJUNCTION ORDER

01:56:28  18   ISSUED BY THE COURT IN THE HUAWEI LITIGATION?

01:56:44  19   A.  YES, THAT'S WHAT IT APPEARS TO BE.

01:56:46  20   Q.  WOULD YOU TURN TO PAGE 5, PLEASE --

01:56:48  21       MR. SILBERT:  I'M SORRY, YOUR HONOR, I OFFER

01:56:51  22   EXHIBIT 7558.

01:56:52  23       MR. JAFFE:  NO OBJECTION.

01:56:52  24       THE COURT:  THANK YOU, IT WILL BE ADMITTED.

01:56:55  25   (DEFENDANT'S EXHIBIT 7558, WAS ADMITTED INTO EVIDENCE.)

01:56:55  1    BY MR. SILBERT:

01:56:55  2    Q.   WOULD YOU PLEASE TURN TO PAGE 5.  DIRECTING YOUR ATTENTION

01:57:07  3    TO THE TOP -- PARAGRAPH -- FEEL READ TO READ AS MUCH OF THE

01:57:10  4    PARAGRAPH ABOVE FOR CONTEXT AS YOU LIKE, BUT I WANT TO DIRECT

01:57:13  5    YOUR ATTENTION TO THE LAST TWO LINES WHERE THE COURT WROTE --

01:57:16  6    STRIKE THAT.

01:57:17  7         THE PLAINTIFF, THAT REFERS TO CISCO, RIGHT?  CISCO WAS THE

01:57:21  8    PLAINTIFF IN THIS CASE?

01:57:21  9    A.   YES, CISCO WAS THE PLAINTIFF IN THIS CASE.

01:57:23  10   Q.   OKAY.  I WANT TO DIRECT YOUR ATTENTION TO THE BOTTOM TWO

01:57:27  11   LINES OF THAT PARAGRAPH WHERE THE COURT WROTE, "THE PLAINTIFF

01:57:30  12   HAS NOT UNDERTAKEN THIS ANALYSIS.  THE COURT IS THEREFORE NOT

01:57:33  13   PERSUADED TO ISSUE A PRELIMINARY INJUNCTION RESULTED TO THE

01:57:36  14   PLAINTIFF'S CLI."

01:57:38  15        DO YOU SEE THAT?

01:57:39  16   A.   YES, I DO.

01:57:41  17   Q.   ISN'T IT TRUE THAT THE COURT ISSUED A PRELIMINARY

01:57:44  18   INJUNCTION IN THE HUAWEI LITIGATION WITH RESPECT TO USE OF

01:57:47  19   SOURCE CODE BUT SPECIFICALLY DID NOT ISSUE A PRELIMINARY

01:57:50  20   INJUNCTION WITH RESPECT CISCO'S CLI CLAIM?

01:57:53  21   A.   I HAVEN'T REVIEWED THIS PRELIMINARY INJUNCTION IN SOME

01:57:56  22   TIME.  THAT MAY BE TRUE, BUT AS I TESTIFIED EARLIER, THE

01:58:01  23   RESOLUTION OF THAT LAWSUIT, IT INVOLVED HUAWEI CHANGING ITS

01:58:05  24   CLI.

01:58:06  25   Q.   RIGHT.  BECAUSE THERE WAS A SETTLEMENT AGREEMENT, RIGHT?

01:58:09  1    A.   YES.

01:58:10  2    Q.   (REDACTED)

01:58:22  3    Q.   OKAY.  LET'S LOOK AT -- CAN WE LOOK AT THE SETTLEMENT

01:58:25  4    AGREEMENT WHICH YOU DISCUSSED WITH MR. JAFFE, THAT'S

01:58:29  5    EXHIBIT 4672.

01:58:36  6          MR. JAFFE:  MR. SILBERT, THIS IS A CONFIDENTIAL

01:58:38  7    AGREEMENT.  I JUST WANT TO MAKE SURE, IF WE PUBLISH IT TO THE

01:58:41  8    JURY, I JUST MENTION THAT.

01:58:43  9          THE COURT:  ARE YOU PUBLISHING IT TO THE JURY?

01:58:45 10          MR. VAN NEST:  IT'S IN EVIDENCE?

01:58:46 11          MR. SILBERT:  IT'S IN EVIDENCE.

01:58:47 12          THE COURT:  IT'S IN EVIDENCE.  WE ARE JUST NOT

01:58:48 13    PUTTING IT ON THE BIG SCREENS, IS THAT WHAT YOU'RE ASKING?

01:58:52 14          MR. JAFFE:  YES, PLEASE.

01:58:53 15          THE COURT:  AND WE CAN CERTAINLY DO THAT.

01:58:54 16       AND IF YOU WANT TO PUT YOUR OWN MONITORS DOWN BECAUSE OF

01:58:57 17    CONFIDENTIALITY, I WILL INVITE YOU TO DO THAT.

01:59:14 18          MR. SILBERT:  IT'S GOING TO BE SHOWN TO THE JURY

01:59:16 19    THOUGH, RIGHT?

01:59:17 20          THE COURT:  IT'S GOING TO BE SHOWN TO THE JURY.  WE

01:59:19 21    HAVE JUST TURNED THE BIG SCREENS OFF, IS THAT SUFFICIENT?

01:59:22 22    THANK YOU.

01:59:23 23    BY MR. SILBERT:

01:59:23 24    Q.   YOU HAVE THAT IN FRONT OF YOU, MR. LANG?

01:59:25 25    A.   YES.

01:59:25  1    Q.   (REDACTED)

02:02:58  2    Q.   WELL, YOU OVERSEE A SECTION OF THE LEGAL DEPARTMENT AT

02:03:02  3    CISCO, RIGHT?

02:03:03  4    A.   YES, I DO.

02:03:04  5    Q.   AND THAT -- AND SPECIFICALLY THE SECTION OF THE LEGAL

02:03:07  6    DEPARTMENT THAT'S INVOLVED WITH INTELLECTUAL PROPERTY, RIGHT?

02:03:09  7    A.   YES.

02:03:10  8    Q.   AND THAT WOULD INCLUDE THE PORTION OF THE LEGAL DEPARTMENT

02:03:14  9    THAT WOULD HAVE NEGOTIATED AND DRAFTED A SETTLEMENT AGREEMENT

02:03:17 10    WITH HUAWEI ABOUT INTELLECTUAL PROPERTY CLAIMS, RIGHT?

02:03:20 11    A.   RIGHT.  THIS AGREEMENT WAS NEGOTIATED BY MY PREDECESSORS.

02:03:24 12    Q.   OKAY.  BUT YOU CERTAINLY ARE KNOWLEDGEABLE ABOUT DRAFTING

02:03:28 13    THE INTELLECTUAL PROPERTY AGREEMENTS, RIGHT?

02:03:31 14    A.   YES, I MEAN, PRIMARILY I'VE WORKED ON PATENT AGREEMENTS,

02:03:34 15    BUT YES.

02:03:35 16    Q.   (REDACTED)

02:04:49 17    Q.   BEFORE CISCO SUED HUAWEI, IT CONTACTED HUAWEI TO DISCUSS

02:05:03 18    THE CONCERNS THAT CISCO HAD ABOUT HUAWEI'S APPARENT USE OF

02:05:07 19    CISCO'S INTELLECTUAL PROPERTY, RIGHT?

02:05:09 20    A.   I ACTUALLY AM GENERALLY AWARE OF THAT BEING TRUE, I'M NOT

02:05:14 21    UP ON THE DETAILS.

02:05:15 22    Q.   DO YOU KNOW THAT HIGH RANKING CISCO EXECUTIVES ACTUALLY

02:05:20 23    FLEW TO CHINA TO HAVE MEETINGS WITH HUAWEI ON SEVERAL DIFFERENT

02:05:26 24    OCCASIONS BEFORE FILING ANY LAWSUIT?

02:05:29 25    A.   YEAH, I WAS NOT WORKING AT CISCO AT THE TIME, AND I DON'T

02:05:32  1    KNOW THE SPECIFICS OF THAT.

02:05:34  2    Q.   OKAY.  LET'S MOVE TO CISCO AND STANFORD.

02:05:41  3         SO IN 1986, IN THE SUMMER OF 1986, STANFORD SENT A LETTER

02:05:50  4    TO CISCO ALLEGING THAT CISCO HAD MISAPPROPRIATED INTELLECTUAL

02:05:57  5    PROPERTY BELONGING TO STANFORD, RIGHT?

02:06:01  6    A.   I RECALL SEEING A LETTER ON THE TOPIC, BUT I DON'T

02:06:04  7    REMEMBER THE DETAILS.

02:06:05  8    Q.   WOULD YOU LOOK PLEASE AT EXHIBIT 5195.  THAT'S THE LETTER

02:06:20  9    THAT STANFORD SENT, RIGHT?

02:06:26  10   A.   YES, IT APPEARS TO BE.

02:06:34  11        MR. SILBERT:  AND YOUR HONOR, I OFFER EXHIBIT 5195.

02:06:37  12        MR. JAFFE:  NO OBJECTION.

02:06:37  13        THE COURT:  IT WILL BE ADMITTED.

02:06:39  14   (DEFENDANT'S EXHIBIT 5195 WAS ADMITTED INTO EVIDENCE.)

02:06:40  15   BY MR. SILBERT:

02:06:41  16   Q.   AND I WANT TO DIRECT YOUR ATTENTION DOWN TO THE BOTTOM

02:06:43  17   UNDER NUMBER TWO WHERE IT SAYS, TIP/GATEWAY SOFTWARE?

02:06:50  18   A.   YES, I SEE THAT.

02:06:51  19   Q.   AND IN THIS LATER STANFORD WROTE, "WE NOW UNDERSTAND THAT

02:06:59  20   KIRK LOUGHEED WAS WORKING FOR CISCO SYSTEMS WHILE HE WAS

02:07:03  21   EMPLOYED FULL-TIME AS A MANAGER IN THE ELECTRICAL ENGINEERING

02:07:07  22   COMPUTER FACILITY.

02:07:09  23        DURING THAT TIME, HE DID SUBSTANTIAL WORK ON STANFORD'S

02:07:13  24   TIP/GATEWAY SOFTWARE AS PART OF HIS UNIVERSITY DUTIES AND USING

02:07:19  25   UNIVERSITY FACILITIES.  THIS SOFTWARE, INCLUDING ALL UPDATES

02:07:23  1    AND IMPROVEMENTS, IS ACCORDINGLY STANFORD PROPERTY; WE HAVE NOT

02:07:27  2    LICENSED IT TO YOU, CISCO, OR MR. LOUGHEED."

02:07:35  3    DO YOU SEE THAT?

02:07:35  4    A.   YES, I DO.

02:07:36  5    Q.   STANFORD TOOK THE POSITION WITH CISCO THAT THE SOFTWARE

02:07:40  6    MR. LOUGHEED TOOK WITH HIM WAS OWNED BY STANFORD, RIGHT?

02:07:43  7    A.   YES, THIS WAS WHAT I REFERRED TO IN MY DIRECT TESTIMONY AS

02:07:46  8    BEING A DISPUTE THAT WE RESOLVED AMICABLY WITH THE LICENSE WE

02:07:52  9    SAW THEN.

02:07:52  10   Q.   RIGHT.  AND STANFORD NEXT, IN THIS LETTER, WENT ON TO SAY,

02:07:56  11   "WE THEREFORE REQUEST THAT YOU AND YOUR COMPANY IMMEDIATELY

02:08:00  12   DISCONTINUE ANY USE, COPYING, ADAPTATION, SALE, OR DISTRIBUTION

02:08:06  13   OF THE SOFTWARE," RIGHT?

02:08:09  14   A.   I SEE THAT LANGUAGE.

02:08:10  15   Q.   OKAY.  AND THEN THEY NEXT SAID, "FURTHERMORE, WE MUST

02:08:14  16   INSIST THAT STANFORD COPYRIGHT NOTICES WHICH WERE REMOVED FROM

02:08:18  17   THE SOFTWARE, BE RESTORED ON ALL COPIES IN THE POSSESSION OF OR

02:08:24  18   DISTRIBUTED BY CISCO OR ANY OF ITS OFFICERS, EMPLOYEES OR

02:08:28  19   AGENTS."

02:08:29  20        RIGHT?

02:08:31  21   A.   I SEE THAT LANGUAGE.

02:08:32  22   Q.   OKAY.  AND LET'S LOOK NOW AT THE SETTLEMENT AGREEMENT THAT

02:08:39  23   YOU REFERRED TO WHICH IS, OR I GUESS THERE'S TWO OF THEM,

02:08:42  24   RIGHT, THE FIRST ONE AND THEN AN AMENDED ONE, RIGHT?

02:08:45  25   A.   RIGHT.

02:08:45  1    Q.   SO IF YOU LOOK AT EXHIBIT 698 WHICH IS IN EVIDENCE, THAT'S

02:09:03  2    THE LICENSE AGREEMENT, RIGHT?

02:09:05  3    A.   RIGHT.

02:09:05  4    Q.   THE FIRST ONE, CORRECT?  AND AS PART OF THIS LICENSE

02:09:12  5    AGREEMENT, CISCO AGREED TO PAY STANFORD A CERTAIN AMOUNT OF

02:09:16  6    MONEY FOR A NONEXCLUSIVE LICENSE, RIGHT?

02:09:20  7    A.   RIGHT.

02:09:21  8    Q.   AND NONEXCLUSIVE MEANS STANFORD WAS FREE TO LICENSE THE

02:09:26  9    SOFTWARE TO OTHER PEOPLE IF IT WANTED AS WELL, RIGHT?

02:09:29  10   A.   RIGHT, THERE WAS MONEY, THERE WAS A LICENSE BACK FROM

02:09:33  11   CISCO TO STANFORD, AND THERE WAS SOME DISCOUNTS.

02:09:36  12   Q.   OKAY.  IF YOU LOOK BACK AT -- EXCUSE ME, IF YOU LOOK DOWN

02:09:40  13   IN THE AGREEMENT TO SECTION 6, SO IT STARTS ON PAGE 5.  IT

02:09:53  14   SAYS, "CONSIDERATION," AND THAT'S A LEGAL TERM FOR, TYPICALLY

02:09:57  15   AN AMOUNT OF MONEY BEING PAID, RIGHT?

02:09:59  16   A.   YES.

02:10:03  17   Q.   THAT IS CORRECT, SIR?

02:10:04  18   A.   YES, I SEE THAT.

02:10:05  19   Q.   AND GO AHEAD AND LOOK AT THE PARAGRAPHS, IF YOU NEED TO,

02:10:11  20   IF IT HELPS YOU, BUT I WANT TO DIRECT YOUR ATTENTION TO

02:10:14  21   SECTION 6.7 WHICH SAYS THAT THE TOTAL AMOUNT THAT STANFORD --

02:10:18  22   EXCUSE ME, THAT CISCO WILL PAY TO STANFORD, IT WILL NOT EXCEED

02:10:23  23   IN THE AGGREGATE, $150,000, RIGHT?

02:10:26  24   A.   YES, I SEE THAT.

02:10:30  25   Q.   SO THE AMOUNT THAT CISCO PAID FOR A NONEXCLUSIVE LICENSE

02:10:36   1    TO THE SOFTWARE THAT MR. LOUGHEED TOOK WITH HIM FROM STANFORD

02:10:40   2    WAS A TOTAL OF $150,000, RIGHT?

02:10:44   3    A.   RIGHT.  ALTHOUGH THAT WASN'T THE ONLY CONSIDERATION, THERE

02:10:46   4    WAS ALSO A LICENSE TO, YOU KNOW, QUITE VALUABLE TECHNOLOGY THAT

02:10:51   5    CISCO HAD DEVELOPED AND SOME DISCOUNTS FOR STANFORD.  SO THAT

02:10:55   6    WAS IN ADDITION TO THE MONEY THAT YOU ARE POINTING TO.

02:10:57   7    Q.   OKAY.  NOW THEN LET'S LOOK AT THE SECOND AGREEMENT THAT

02:11:01   8    YOU REFER TO, WHICH IS EXHIBIT 700.

02:11:15   9         THIS AGREEMENT WAS SIGNED IN 002, RIGHT?

02:11:19   10   A.   RIGHT.

02:11:20   11   Q.   AND IN THIS AGREEMENT, CISCO RECEIVED AN EXCLUSIVE

02:11:24   12   LICENSE, CORRECT?

02:11:24   13   A.   THAT'S CORRECT.

02:11:26   14   Q.   AND THAT MEANS STANFORD CAN'T LICENSE THE RIGHTS TO ANYONE

02:11:30   15   BUT CISCO?

02:11:32   16   A.   BASICALLY, YES.

02:11:33   17   Q.   OKAY.  AND AS PART OF THIS AGREEMENT, AND I CAN DIRECT

02:11:37   18   YOUR ATTENTION TO SECTION 3 ON PAGE 4 OF THE AGREEMENT, BUT IN

02:11:41   19   THIS AGREEMENT STANFORD PAID ANOTHER $150,000, CORRECT?

02:11:45   20   A.   YES.

02:11:51   21   Q.   OKAY.  SO THE TOTAL AMOUNT OF MONEY THAT CISCO PAID TO

02:11:55   22   STANFORD FOR AN EXCLUSIVE LICENSE TO THE SOFTWARE THAT

02:11:59   23   MR. LOUGHEED TOOK WITH HIM FROM STANFORD WAS $300,000; IS THAT

02:12:05   24   RIGHT?

02:12:05   25   A.   RIGHT.  MONEY.  THERE WAS THE OTHER CONSIDERATION THAT I

02:12:08  1    MENTIONED EARLIER.

02:12:09  2    Q.    LET'S SWITCH TO ANOTHER TOPIC, WHICH ARE THE COPYRIGHT

02:12:15  3    REGISTRATIONS THAT YOU TESTIFIED ABOUT WITH MR. JAFFE.

02:12:19  4         NOW THOSE REGISTRATIONS COVER MANY HUNDREDS OF THOUSANDS

02:12:25  5    OF PAGES OF MATERIAL, RIGHT?

02:12:27  6    A.    THAT'S A FAIR STATEMENT.  THE SOURCE CODE IS VOLUMINOUS.

02:12:31  7    Q.    YEAH.  DO YOU KNOW, JUST THE SOURCE CODE, IF YOU WERE TO

02:12:35  8    PRINT IT OUT, DO YOU KNOW HOW MANY HUNDREDS OF THOUSANDS OF

02:12:37  9    PAGES THE SOURCE CODE WOULD FILL?

02:12:39  10   A.    I DON'T KNOW EXACTLY, BUT I ASSUME IT WOULD BE ENORMOUS.

02:12:43  11   Q.    UH-HUH.  AND YOU SAID THAT THE ACTUAL SOURCE CODE ITSELF

02:12:49  12   WASN'T SUBMITTED TO THE COPYRIGHT OFFICE, THERE WERE, I THINK,

02:12:52  13   50 PAGES SUBMITTED AND THEN YOU SUBMITTED A LINK WHERE THEY

02:12:56  14   COULD LOOK AT MORE SOURCE CODE IF APPROXIMATE THEY WANTED TO;

02:12:59  15   IS THAT RIGHT?

02:12:59  16   A.    THERE WAS AN EXCERPT, BUT I DON'T RECALL TESTIFYING TO A

02:13:02  17   NUMBER OF PAGES, BUT AN EXCERPT WAS SENT, AND THEN A LINK WAS

02:13:06  18   ALSO SENT.

02:13:06  19   Q.    OKAY.  AND ANOTHER SUBJECT OR ANOTHER CATEGORY COVERED BY

02:13:12  20   THOSE REGISTRATIONS ARE MANUALS, RIGHT, PRODUCT MANUALS?

02:13:18  21   A.    RIGHT.

02:13:18  22   Q.    AND DO YOU KNOW THE VOLUME OF JUST THE PRODUCT MANUALS

02:13:23  23   THAT ARE COVERED BY THE REGISTRATIONS THAT YOU TESTIFIED ABOUT?

02:13:27  24   A.    I DON'T BUT I ASSUME IT'S QUITE LARGE.

02:13:29  25   Q.    DO YOU KNOW THAT IT EXCEEDS 600,000 PAGES OF MANUALS?

02:13:34    1    A.    I DON'T KNOW THE NUMBER.

02:13:37    2    Q.    OKAY.  WOULD YOU LOOK, PLEASE, AT EXHIBIT 4791 WHICH IS

02:13:43    3    THE COMPILATION OF REGISTRATIONS WHICH IS IN EVIDENCE.

02:13:55    4          IF YOU ARE LOOKING ON THE FIRST PAGE, THIS IS FOR CISCO

02:13:58    5    IOS VERSION 11.0, RIGHT?

02:14:01    6    A.    YES.

02:14:02    7    Q.    AND IF YOU LOOK ON KIND OF THE TOP -- RIGHT YOU SEE THAT

02:14:05    8    THIS WAS, THE EFFECTIVE DATE OF THE REGISTRATION IS JUNE 14,

02:14:10    9    2002?

02:14:10   10    A.    YES.

02:14:12   11    Q.    AND IF YOU SCROLL A LITTLE BIT DOWN YOU WILL SEE THAT THE

02:14:15   12    WORK WAS DONE IN 1985 THERE IN SECTION 3-A -- EXCUSE ME, 1995.

02:14:24   13    THE WORK WAS COMPLETED IN 1995?

02:14:28   14    A.    YES, I SEE THOSE DATES.

02:14:30   15    Q.    AND IF WE COULD LOOK AT THE NEXT PAGE UNDER THE HEADING

02:14:36   16    DERIVATIVE WORK OR COMPILATION NUMBER 6, THERE'S A LARGE 6 ON

02:14:42   17    THE RIGHT.

02:14:45   18          HERE ON THE FORM IT SAYS, PRE-EXISTING MATERIAL, IDENTIFY

02:14:50   19    ANY PRE-EXISTING WORK OR WORKS THAT THIS WORK IS BASED ON OR

02:14:54   20    INCORPORATES.

02:14:56   21          DO YOU SEE THAT?

02:14:57   22    A.    YES, I DO.

02:14:58   23    Q.    AND WHAT CISCO WROTE IN THIS APPLICATION IS THAT THE WORK,

02:15:03   24    THE REGISTERED WORK, IN THIS CASE IOS 11.0, IS BASED ON OR

02:15:08   25    INCORPORATES PRIOR WORKS BY CLAIMANT AND PRE-EXISTING THIRD

02:15:12  1    PARTY COMPUTER CODE, RIGHT?

02:15:15  2    A.   YES, I THINK THAT'S PRETTY COMMON WITH SOFTWARE INDUSTRY,

02:15:21  3    REFLECTS AN EVOLUTION OF PRIOR WORKS AND ALSO INCORPORATES

02:15:24  4    ELEMENTS OF THIRD PARTY CODE.

02:15:25  5    Q.   RIGHT.

02:15:25  6         AND IN FACT, ALL OF THE REGISTRATIONS THAT ARE INCLUDED IN

02:15:28  7    THIS EXHIBIT, SAY THOSE WORDS OR WORDS VERY CLOSE TO THAT,

02:15:34  8    RIGHT?

02:15:34  9    A.   I DON'T RECALL REVIEWING EACH ONE.

02:15:37  10   Q.   OKAY.  CISCO NEVER IDENTIFIED FOR THE COPYRIGHT OFFICE,

02:15:42  11   WHAT WAS -- WHAT IN ANY OF THESE WORKS WAS PRE-EXISTING

02:15:46  12   THIRD-PARTY CODE, RIGHT?

02:15:47  13   A.   I DON'T KNOW THAT WE DIDN'T, BUT I BELIEVE THAT'S PRETTY

02:15:53  14   TYPICAL IN THE REGISTRATION PROCESS TO DO IT THIS WAY AND THE

02:15:56  15   WAY THAT WE HAVE.

02:15:57  16        MR. SILBERT:  OKAY.  THANKS.  I HAVE NO FURTHER

02:15:59  17   QUESTIONS.

02:15:59  18        THE COURT:  THANK YOU.

02:16:02  19   REDIRECT?

02:16:08  20        MR. JAFFE:  JUST BRIEFLY, YOUR HONOR.

02:16:11  21                    **REDIRECT EXAMINATION**

02:16:12  22   BY MR. JAFFE:

02:16:14  23   Q.   MR. LANG, I WANT TO TURN BACK TO THE PRELIMINARY

02:16:18  24   INJUNCTION THAT MR. SILBERT ASKED YOU ABOUT, IF YOU CAN GO TO

02:16:22  25   EXHIBIT 7558, PLEASE.

02:16:30  1    A.    SURE.

02:16:31  2    Q.    WHAT WAS THE DATE OF THAT INJUNCTION?

02:16:36  3    A.    IT LOOKS LIKE IT WAS JUNE 6, 2003.

02:16:42  4    Q.    AND AFTER THE JUNE 6, 2003, INJUNCTION, WHAT HAPPENED AS

02:16:47  5    PART OF THE RESOLUTION OF THE LAWSUIT?

02:16:50  6    A.    (REDACTED)

02:17:08  7    Q.    SO WAS IT -- WAS THE SETTLEMENT AGREEMENT BETWEEN HUAWEI

02:17:14  8    AND CISCO FOR THE CHANGES TO THE CLI, WAS THAT AGREED TO BEFORE

02:17:18  9    OR AFTER THE PRELIMINARY INJUNCTION?

02:17:21  10   A.    WELL, I BELIEVE IT WAS AFTER, I MEAN, IT WAS SEPTEMBER OF

02:17:26  11   2003.

02:17:26  12   Q.    SO HUAWEI, DID THEY AGREE TO CHANGE THEIR CLI AFTER THIS

02:17:30  13   PRELIMINARY INJUNCTION CAME DOWN?

02:17:31  14   A.    YES.

02:17:33  15           MR. JAFFE:  NO FURTHER QUESTIONS.

02:17:34  16           THE COURT:  MR. SILBERT, ANYTHING ELSE?

02:17:36  17           MR. SILBERT:  NOTHING FURTHER.

02:17:37  18           THE COURT:  THANK YOU.

02:17:38  19        AND MAY MR. LANG BE EXCUSED?

02:17:40  20        MR. LANG, THANK YOU FOR YOUR TESTIMONY.  YOU ARE FREE TO

02:17:43  21   GO.

02:18:04  22        MR. NELSON, YOUR NEXT WITNESS?

02:18:07  23           MR. NELSON:  YES, YOUR HONOR.  AT THIS POINT CISCO

02:18:09  24   CALLS DOCTOR KEVIN ALMEROTH TO THE STAND.

02:18:12  25           THE COURT:  OKAY.  AND JUST SO -- DR. ALMEROTH, IF

02:18:14  1    YOU WOULD COME FORWARD TO THE WITNESS STAND, PLEASE AND STAND

02:18:17  2    TO BE SWORN.

02:18:18  3        AND MR. NELSON, WE ARE GOING TO TAKE A BREAK IN ABOUT 10

02:18:21  4    OR 12 MINUTES, SO I WILL INTERRUPT WHAT WILL BE THE

02:18:24  5    INTRODUCTION, NO DOUBT, BECAUSE SEE HAVE ALL BEEN HERE FOR A

02:18:29  6    COUPLE OF HOURS.

02:18:30  7            MR. NELSON:  UNDERSTOOD.  I VERY MUCH UNDERSTAND.

02:18:31  8        SO THERE'S TWO THINGS, YOUR HONOR, IT'S GOING TO TAKE A

02:18:34  9    LITTLE WHILE BECAUSE THERE'S SOME BINDERS AND THINGS.

02:18:37  10           THE COURT:  I'M SURE THERE ARE.

02:18:38  11           MR. NELSON:  THEN THERE'S ALSO THE STIPULATION THAT I

02:18:40  12   WOULD LIKE TO READ.

02:18:40  13           THE COURT:  OKAY, LET'S GET DR. ALMEROTH SWORN SO HE

02:18:44  14   CAN SIT DOWN.

02:18:46  15     **(PLAINTIFF'S WITNESS, KEVIN ALMEROTH, WAS SWORN.)**

02:18:48  16           THE WITNESS:  YES, MA'AM, I DO.

02:18:51  17           THE CLERK:  THANK YOU, SIR.

02:18:59  18           MR. NELSON:  CAN I READ THE STIPULATION FIRST?

02:19:01  19           THE COURT:  ABSOLUTELY.

02:19:02  20           MR. NELSON:  OKAY.

02:19:10  21       SO SOMETIMES THE LAWYERS AGREE TO FACTS IN A CASE, SO I'M

02:19:14  22   JUST GOING TO READ TO YOU AN AGREEMENT THAT WE MADE HERE, AND I

02:19:18  23   WILL TRY TO READ IT SLOWLY SO THAT YOU -- AND WE CAN GET IT IN

02:19:22  24   THE RECORD.

02:19:23  25           SO ON FEBRUARY 13TH, 2015, ARISTA FILED AN ANSWER TO

02:19:29   1      CISCO'S ORIGINAL COMPLAINT THAT ADMITTED THAT ARISTA USES THE

02:19:35   2      508 IOS COMMAND EXPRESSIONS INCLUDED IN EXHIBIT 1 TO CISCO'S

02:19:41   3      COMPLAINT.

02:19:44   4           ON AUGUST 10TH, 2015, ARISTA FILED AN ANSWER TO CISCO'S

02:19:50   5      SECOND AMENDED COMPLAINT THAT DENIES THAT ARISTA USES THE 508

02:19:56   6      IOS COMMAND EXPRESSIONS INCLUDED IN EXHIBIT 1 TO CISCO'S SECOND

02:20:01   7      AMENDED COMPLAINT.

02:20:04   8           AND EXHIBIT 1 CONTAINS TWO COMMANDS NAMED "TERMINAL

02:20:11   9      LENGTH" AND "SHOW USER" THAT CISCO HAS WITHDRAWN FROM THE LIST.

02:20:18   10          THAT EXHIBIT 1 TO THE COMPLAINT, SO THAT WE CAN IDENTIFY

02:20:21   11     IT FOR THE CASE, IS ACTUALLY GOING TO BE MARKED FOR YOU AND

02:20:25   12     ADMITTED AS TRIAL EXHIBIT 4821.

02:20:35   13              THE COURT:  AND WOULD YOU LIKE TO MOVE THAT EXHIBIT

02:20:37   14      INTO EVIDENCE NOW SO WE DON'T FORGET?

02:20:39   15              MR. NELSON:  THAT'S A VERY GOOD POINT, YOUR HONOR.

02:20:41   16          AND AT THIS POINT I WOULD LIKE TO MOVE EXHIBIT 4821 INTO

02:20:45   17      EVIDENCE, YOUR HONOR.

02:20:45   18              THE COURT:  NO OBJECTION?

02:20:47   19              MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

02:20:48   20              THE COURT:  IT WILL BE ADMITTED.

02:20:50   21       (PLAINTIFF'S EXHIBIT 4821 WAS ADMITTED INTO EVIDENCE.)

02:20:50   22              MR. NELSON:  AND WE WILL HAVE THAT PREPARED.

02:20:52   23              THE COURT:  THAT WOULD BE FINE, THANK YOU.

02:20:54   24              MR. NELSON:  OKAY.  THANK YOU.

02:21:55   25              THE COURT:  OKAY.  AND YOU MAY BEGIN.

02:22:01  1          MR. NELSON:  THANK YOU, YOUR HONOR.

02:22:02  2                     **DIRECT EXAMINATION**

02:22:02  3     BY MR. NELSON:

02:22:06  4     Q.   GOOD AFTERNOON, DR. ALMEROTH.

02:22:07  5     A.   GOOD AFTERNOON.

02:22:08  6     Q.   COULD YOU GO AHEAD AND PLEASE INTRODUCE YOURSELF TO THE

02:22:10  7     JURY?

02:22:10  8     A.   SURE.  MY NAME IS KEVIN ALMEROTH.  I'M A PROFESSOR IN THE

02:22:15  9     DEPARTMENT OF COMPUTER SCIENCE AT UC SANTA BARBARA.  I HAVE

02:22:19 10     BEEN THERE SINCE 1997 WHEN I GRADUATED WITH A PHD FROM GEORGIA

02:22:25 11     TECH IN ATLANTA, GEORGIA.

02:22:27 12          BEFORE MY PHD IN 1997, I HAD EARNED A MASTER'S DEGREE IN

02:22:31 13     1994.  AND THEN WORKING BACKWARDS, A BACHELOR'S DEGREE IN

02:22:37 14     COMPUTER SCIENCE IN 1992.

02:22:40 15     Q.   NOW HAVE WE WORKED TO PREPARE A PRESENTATION TO HELP WITH

02:22:46 16     YOUR TESTIMONY AND SHOW THE JURY SOME THINGS DURING YOUR

02:22:49 17     TESTIMONY?

02:22:49 18     A.   YES, SIR, WE HAVE.

02:22:51 19     Q.   OKAY.  SO I HAVE THOSE DEMONSTRATIVES HERE.

02:22:54 20          CAN I HAVE THOSE, MR. FISHER.

02:23:00 21          ALL RIGHT, SIR, SO YOU'VE COVERED SOME OF THIS.  THERE'S A

02:23:03 22     COUPLE OF THINGS I WOULD LIKE TO POINT OUT HERE.

02:23:07 23          SO CAN YOU TELL US WHAT YOUR CURRENT RESPONSIBILITIES ARE?

02:23:10 24     YOU SAID YOU WERE AT UCSB, CORRECT?

02:23:13 25     A.   YES, I'M A PROFESSOR THERE.  AND IN TERMS OF

02:23:16   1    RESPONSIBILITIES, WHAT A FACULTY MEMBER DOES THESE DAYS, IT'S

02:23:20   2    REALLY A COMBINATION OF TEACHING AND RESEARCH AND THEN ALSO

02:23:25   3    SERVICE.

02:23:25   4        SO FROM A TEACHING PERSPECTIVE, I TEACH UNDERGRADUATE

02:23:28   5    CLASSES, I TEACH UNDERGRADUATE CLASSES IN NETWORKING, I ALSO

02:23:31   6    TEACH GRADUATE STUDENTS AND MENTOR STUDENTS TO HELP THEM GET

02:23:36   7    THEIR MASTER'S IN PHD.

02:23:39   8        AND THEN IN TERMS OF RESEARCH, FOR THE STUDENTS WHO ARE

02:23:42   9    GETTING THEIR MASTER'S OR PHD, I SUPERVISE WHAT THEY DO.  THEY

02:23:45   10   WILL WORK ON PROJECTS AND THEY WILL PUBLISH PAPERS.  WE WILL GO

02:23:48   11   TO CONFERENCES AND PRESENT RESULTS.  AND ULTIMATELY, THEY GET

02:23:52   12   THEIR ADVANCED DEGREE AND MOVE ON.

02:23:54   13       IN TERMS OF SERVICE, THAT'S PROBABLY THE BORING PIECE,

02:23:59   14   THAT'S WHERE I SIT ON JOURNAL EDITORIAL BOARDS AND WE REVIEW

02:24:03   15   PAPERS AND DETERMINE WHICH ONES ARE TECHNICALLY CORRECT AND

02:24:06   16   THEN SEE THOSE PUBLISHED IN TECHNICAL JOURNALS

02:24:09   17   Q.   SO YOU MENTIONED NETWORKING?  WHAT KIND OF COURSES DO YOU

02:24:14   18   TEACH IN NETWORKING?

02:24:15   19   A.   RIGHT.  SO AT THE UNDERGRADUATE LEVEL, I TEACH NETWORKING

02:24:19   20   SEARCH CLASSES ARRANGED ACCORDING TO A PROTOCOL STAT.  SO FROM

02:24:24   21   THE PHYSICAL LAYER IN DEALING WITH PROTOCOLS LIKE WI-FI AND THE

02:24:29   22   DATA LINK LAYERS TO IP AND TCP, HTTP FOR WEB TRAFFIC.

02:24:34   23       IN FACT, ON THE FIRST DAY, I PUT UP A SLIDE AND IT HAS

02:24:38   24   ACRONYMS ALL OVER IT, AND I SAY OKAY, BY THE END OF THIS CLASS

02:24:41   25   YOU WILL UNDERSTAND WHAT ALL OF THESE ACRONYMS MEAN.  TCP IP,

02:24:47  1    HTTP, DNS, I MEAN, IT'S PRETTY CONFUSING, BUT USUALLY BY THE

02:24:53  2    END, THEY GET IT.

02:24:55  3    Q.    SO ON HERE, IF IT WE LOOK AT SLIDE 1, IT SAYS YOU'VE

02:25:01  4    RECEIVED NUMEROUS TEACHING AWARDS; DO YOU SEE THAT?

02:25:03  5    A.    YES.

02:25:04  6    Q.    SO CAN YOU TELL US ABOUT SOME OF THE THOSE?

02:25:07  7    A.    SURE, THE DEPARTMENT OFFERS A TEACHING AWARD AND IT'S

02:25:10  8    VOTED ON BY THE STUDENTS EACH YEAR, AND I'VE WON THAT FOUR OR

02:25:14  9    FIVE TIMES.

02:25:15  10        AND THEN THERE'S ALSO A UNIVERSITY-WIDE AWARD THAT COVERS

02:25:18  11   ALL OF THE FACULTY AND INSTRUCTORS, AND I WON THAT AWARD AS

02:25:22  12   WELL.

02:25:22  13   Q.    AND IT ALSO SAYS IT IEEE FELLOW.  CAN YOU EXPLAIN WHAT

02:25:29  14   THAT IS?

02:25:31  15   A.    THAT'S THE INSTITUTE OF ELECTRICAL AND ELECTRONICS

02:25:34  16   ENGINEERS.  IT'S BEEN MENTIONED THIS WEEK IN TERMS OF WRITING

02:25:39  17   STANDARDS.  I THINK WE ALSO HEARD THE TERM A CISCO FELLOW.

02:25:43  18   IT'S VERY SIMILAR.

02:25:44  19        AN IEEE FELLOW IS THE TOP GRADE THAT YOU CAN EARN, AND

02:25:48  20   IT'S FOR DISTINGUISHED CONTRIBUTIONS IN THE FIELD.  SO

02:25:51  21   SOMETHING LESS THAN ONE PERCENT OF THE ENTIRE MEMBERSHIP IS

02:25:54  22   ELECTED TO THAT GRADE.

02:25:55  23   Q.    NOW, CAN YOU DESCRIBE FOR US SOME OF YOUR RESEARCH

02:25:59  24   INTERESTS THAT OF HAD OVER THE YEARS?

02:26:00  25   A.    SURE.

02:26:01  1        I MEAN, I REALLY FIRST STARTED DOING RESEARCH WHEN I

02:26:04  2   STARTED GRADUATE SCHOOL IN 1992.  AND TO PUT SOME CONTEXT,

02:26:09  3   THAT'S ABOUT THE TIME THAT THE WEB REALLY GOT STARTED.  AND

02:26:14  4   WHAT WE WERE LOOKING AT AT THAT TIME WAS HOW TO GIVE CUSTOMERS

02:26:19  5   OR WATCHERS A KIND OF INDIVIDUALIZED EXPERIENCE OVER CABLE TV.

02:26:23  6   WANTED TO TALK ABOUT DOING VIDEO ON DEMAND.

02:26:26  7        IRONICALLY, ONE OF THE FIRST THINGS THAT WE WORKED ON WAS

02:26:29  8   TO PUT SOME MEMORY INTO AN AT THE TIME TOP BOX SO THAT YOU

02:26:33  9   COULD PAUSE YOUR CABLE TV.

02:26:35 10        AND THIS WAS IN 1992.  I THINK WE TAKE IT AS A PRETTY

02:26:39 11   COMMON SERVICE TODAY WITH THINGS LIKE TIVO OR JUST WHAT YOU CAN

02:26:43 12   DO WITH YOUR TV'S TO PAUSE A LIVE VIDEO.  SO I WAS VERY

02:26:47 13   INTERESTED IN HOW TO DO VIDEO IN CABLE SYSTEMS.

02:26:53 14        ULTIMATELY, AS THE INTERNET STARTED TO TAKE OFF, WE LOOKED

02:26:56 15   AT MOVING THESE SERVICES TO THE INTERNET.  HOW DO YOU DO VIDEO,

02:26:59 16   HOW DO YOU DO VOICE CALLS.

02:27:01 17        AND WHAT WE REALIZED IS THE INTERNET WAS VERY SLOW IN THE

02:27:04 18   EARLY 90'S, AND SO WE HAD TO LOOK AT TECHNOLOGY IN ROUTERS TO

02:27:10 19   TRY AND IMPROVE THE DELIVERY OF THAT MUCH DATA.  AND NOW WE

02:27:14 20   TAKE IT FOR GRANTED.

02:27:16 21        I THINK I HEARD EARLIER THIS WEEK THAT THERE ARE LINKS IN

02:27:20 22   THE INTERNET THAT SUPPORT A BILLION BITS PER SECOND, TERABITS

02:27:23 23   PER SECOND, FAST ENOUGH TO SEND OF LIBRARY OF CONGRESS VERY,

02:27:27 24   VERY QUICKLY.

02:27:29 25        BUT IN 1992, IT WAS 45 MEGABITS PER SECOND.  SO THERE

02:27:34  1      REALLY HAS BEEN ASTRONOMICAL INCREASE IN THE CAPACITY OF THE

02:27:39  2      INTERNET AND WHAT ROUTERS CAN DO AND BE ABLE TO DELIVER THINGS

02:27:43  3      LIKE VIDEO THROUGH THE NETWORK.

02:27:44  4      Q.   HAVE YOU EVER WRITTEN ANY SOFTWARE YOURSELF?

02:27:47  5      A.   I HAVE.  YOU KNOW, I STARTED IN 97 AND I CONSIDER MYSELF

02:27:52  6      SORT OF ON THE CUSP OF FACULTY WHO DO WHAT'S CALLED "SYSTEMS

02:27:58  7      RESEARCH."

02:27:58  8           SO INSTEAD OF THE PROVERBIAL SITTING IN AN IVORY TOWER

02:28:02  9      WRITING THESE PAPERS THAT DON'T REALLY HAVE AN IMPACT, FACULTY

02:28:08  10     OF MY GENERATION TRIED TO BUILD THE SYSTEMS THAT THEY WERE

02:28:11  11     WORKING ON, NOT JUST, HERE'S AN IDEA OF HOW TO DO VIDEO ON

02:28:15  12     DEMAND, BUT LET ME TRY AND PROTOTYPE ON IT AND COME UP WITH

02:28:19  13     SOMETHING I CAN SHOW TO COMPANIES.

02:28:20  14           IT HELPS MY STUDENTS, RIGHT.  WHEN THEY DO SOMETHING LIKE

02:28:23  15     THIS, THEY CAN GO TO A CISCO OR A MICROSOFT AND THEY CAN SAY

02:28:27  16     LOOK I'VE BUILT SOMETHING LIKE THIS, AND IT'S PRETTY

02:28:30  17     IMPRESSIVE.

02:28:31  18     Q.   AND HAVE YOU, IN CONNECTION WITH YOUR RESEARCH OR SOME OF

02:28:34  19     YOUR OTHER WORK THAT YOU DESCRIBED, HAVE ANY EXPERIENCE WITH

02:28:37  20     USER INTERFACES?

02:28:38  21     A.   YES.  AS THE WEB CAME ALONG, AND SINCE I STARTED WORK

02:28:43  22     BEFORE THE WEB, WE HAD TO DESIGN OUR OWN INTERFACES.  AS THE

02:28:47  23     WEB CAME ALONG, WE COULD START TO USE THE CAPABILITIES OF THE

02:28:51  24     WEB TO DESIGN USER INTERFACES.

02:28:53  25           I'M ALSO VERY FAMILIAR WITH ALL OF THE INTERFACES THAT

02:28:56   1      EXISTED BACK INTO THE 80'S, COMMAND-LINE INTERFACES, AND GUI'S,

02:29:03   2      DROP-DOWN MENUS AND THINGS LIKE THAT.

02:29:06   3          SO I'VE HAD A TREMENDOUS AMOUNT OF USER INTERFACES BOTH IN

02:29:11   4      USING THEM AND DESIGNING THEM INTO DIFFERENT SERVICES AND

02:29:13   5      PRODUCTS.

02:29:14   6      Q.   NOW, IF WE CAN GO FORWARD, HAVE YOU BEYOND THE RESEARCH

02:29:19   7      THAT YOU HAVE TALKED ABOUT, HAVE YOU HAD ANY INDUSTRY

02:29:21   8      EXPERIENCE?

02:29:22   9      A.   I HAVE.

02:29:22   10         AS I MENTIONED, ONE OF THE KEY THINGS THAT WE TRY AND DO

02:29:25   11     IS SEE OUR RESEARCH EXIST IN INDUSTRY IN TERMS OF PRODUCTS.

02:29:31   12         AND ONE OF THE PLACES THAT'S BEEN PARTICULARLY FRUITFUL

02:29:36   13     THIS TERMS OF THOSE RELATIONSHIPS IS THE INTERNET ENGINEERING

02:29:38   14     TASK FORCE.  THAT'S ANOTHER GROUP THAT I THINK HAS BEEN

02:29:42   15     DISCUSSED EARLIER THIS WEEK.

02:29:45   16         AND PART OF WHAT THEY DO IS WRITE THINGS CALLED RFC'S, IT

02:29:51   17     STANDS FOR REQUESTS FOR COMMENTS, BUT IT'S REALLY AN INTERNET

02:29:55   18     STANDARD.  SOME OF THE RFC'S, RFC791 ON THE INTERNET PROTOCOL,

02:30:01   19     IP, RFC792 ON TCP WAS MENTIONED EARLIER THIS WEEK.

02:30:04   20         AND SO I'VE WRITTEN RFC'S BOTH IN TERMS OF NEW PROTOCOLS

02:30:10   21     THAT CAN BE IMPLEMENTED IN ROUTERS AND THEN ALSO DESCRIBING HOW

02:30:15   22     ROUTERS IMPLEMENT CERTAIN TECHNOLOGY AS WELL.

02:30:18   23         AS PART OF THAT WORK WITH THE IETF, I'VE COLLABORATED WITH

02:30:23   24     A BUNCH OF DIFFERENT COMPANIES.  SO FOR EXAMPLE, I WROTE A

02:30:26   25     PROTOCOL WITH MY COAUTHORS CALLED THE *MULTICAST ROUTE*

02:30:30  1    *MONITORING PROTOCOL.*  IT WAS FUNCTIONALITY TO BE BUILT INTO A

02:30:33  2    ROUTER.

02:30:34  3         THE INITIAL AUTHORS ON THAT WERE WITH CISCO, BUT

02:30:37  4    ULTIMATELY THE TWO AUTHORS I COLLABORATED WITH WENT TO REDBACK

02:30:42  5    NETWORKS AND PROCKET.  THERE'S OTHER ROUTING COMPANIES HERE,

02:30:48  6    JUNIPER, I'VE COLLABORATED WITH.  THERE'S SORT OF -- LOCKHEED

02:30:51  7    MARTIN IS ON THIS LIST.  THAT WAS AN INTERESTING PROJECT.

02:30:55  8         ABOUT 15 YEARS AGO I GOT A CALL WHERE THEY WANTED TO SEE

02:31:01  9    IF I WOULD HELP THEM DEVELOP THE NEXT GENERATION INTERNET FOR

02:31:04 10    THE MILITARY.  AND IT WAS PARTICULARLY FASCINATING BECAUSE IT

02:31:09 11    INCLUDED THINGS LIKE SPACE-BASED ROUTERS, SO THE ROUTERS WOULD

02:31:13 12    ACTUALLY BE LAUNCHED INTO SPACE.

02:31:16 13         THERE'S OBVIOUSLY A TREMENDOUS AMOUNT OF SECURITY, SUPPORT

02:31:19 14    FOR VIDEO WHICH IS REALLY HOW THEY CAME TO ME, SUPPORT FOR

02:31:22 15    MOBILE COMPUTERS.

02:31:24 16         AND WHAT WAS INTERESTING ABOUT THAT EFFORT IS YOU CAN

02:31:26 17    IMAGINE HOW CHALLENGING NETWORKING IS IN GENERAL, BUT TO DO SO

02:31:32 18    IN A BATTLEFIELD, OR WHAT WE WERE ALSO INTERESTED IN IS

02:31:35 19    DISASTER RECOVERY.

02:31:36 20         WHEN A HURRICANE BLOWS THROUGH AND THERE'S NO

02:31:38 21    INFRASTRUCTURE, HOW YOU CAN PUT UP THESE PORTABLE ROUTERS THAT

02:31:43 22    ARE POWERED BY SOLAR POWER AND BUILD A NETWORK TO RESTORE

02:31:47 23    COMMUNICATION TO HELP THE INFRASTRUCTURE BACK.

02:31:50 24         SO I'VE HAD A LOT OF COLLABORATIONS WITH THE INDUSTRY OVER

02:31:53 25    THE YEARS, VERY MUCH FOCUSED IN HOW TO PROVIDE SERVICES OVER

02:31:57  1    THE INTERNET THROUGH ROUTERS.

02:31:58  2    Q.   JUST A COUPLE MORE AND THEN I CAN GET HIM QUALIFIED AND

02:32:03  3    THEN --

02:32:03  4         THE COURT:  SURE.

02:32:04  5         MR. NELSON:  THANK YOU, YOUR HONOR.

02:32:04  6    Q.   SO DO YOU HAVE ANY EXPERIENCE WITH PLAGIARISM DETECTION?

02:32:09  7    A.   I DO.  IT'S KIND OF THE CULMINATION OF RESEARCH THAT ONE

02:32:14  8    STUDENT WAS INTERESTED IN WORKING ON AND SOME CHALLENGES THAT

02:32:18  9    OTHER FACULTY IN THE POLITICAL SCIENCE DEPARTMENT WERE HAVING.

02:32:21  10         AND WHAT WE WERE STARTING TO SEE WAS THAT STUDENTS WOULD

02:32:25  11   COPY SECTIONS FROM WIKIPEDIA AS PART OF SUBMITTING THEIR

02:32:30  12   PAPERS.

02:32:30  13         AND SO THE SOFTWARE THAT WE DEVELOPED WOULD PROCESS THEIR

02:32:34  14   PAPERS, WOULD TAKE SNIPPETS OF THE PAPER, SUBMIT IT TO GOOGLE,

02:32:39  15   AND THEN BASED ON THE RESULTS THAT WE GOT FROM GOOGLE, WE COULD

02:32:46  16   SEE IF THERE ANY MATCHES.  AND IF WE GOT ENOUGH MATCHES, THEN

02:32:50  17   WE WOULD PURSUE THE CASE FOR PLAGIARISM.

02:32:52  18         NOW WHAT WAS INTERESTING ABOUT THAT WAS WE RAN SOME TESTS

02:32:56  19   AT UCSB.  SO IN SOME INSTANCES WE WOULD TELL STUDENTS THAT

02:33:02  20   PLAGIARISM WAS ILLEGAL AND THEY SHOULDN'T DO IT, AND HERE'S

02:33:05  21   WHAT IT IS.

02:33:06  22         IN OTHER INSTANCES WE SAID, YOU ARE NOT ALLOWED TO

02:33:09  23   PLAGIARIZE, AND WE ARE GOING TO USE SOFTWARE TO TRY AND SEE IF

02:33:12  24   YOU CHEAT.

02:33:12  25         AND THEN IN THE FINAL INSTANCE WE SAID, PLAGIARISM IS

02:33:16  1    ILLEGAL, WE ARE GOING TO USE SOFTWARE, AND HERE'S HOW THE

02:33:19  2    SOFTWARE WORKS.  BECAUSE WHAT WE WANTED TO UNDERSTAND IS, IF

02:33:23  3    STUDENTS WERE MOTIVATED TO REALLY JUST CIRCUMVENT THE RULES

02:33:27  4    ENOUGH, STILL PLAGIARIZE, BUT SORT OF TRY AND GET AROUND THAT

02:33:31  5    PARTICULAR SYSTEM.

02:33:33  6         SO IT WAS REALLY A, LOOKING AT THE PSYCHOLOGY OF WHAT THE

02:33:36  7    STUDENTS WERE TRYING TO DO AND THEN SEEING THE RESULTS OF WHAT

02:33:39  8    THEY WERE ACTUALLY DOING.

02:33:40  9              MR. NELSON:  SO YOUR HONOR, AT THIS POINT I OFFER

02:33:42  10   DR. ALMEROTH AS AN EXPERT IN USER INTERFACES AND NETWORKING.

02:33:47  11              MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

02:33:50  12              THE COURT:  ALL RIGHT.  HE MAY TESTIFY AS DESIGNATED.

02:33:53  13              MR. NELSON:  THANK YOU, YOUR HONOR.

02:33:53  14         AND PROBABLY IT WOULD BE --

02:33:55  15              THE COURT:  THIS WOULD BE A GOOD TIME FOR A BREAK.

02:33:57  16         OKAY.  WE ARE GOING TO TAKE OUR FIRST BREAK.  LET'S MAKE

02:34:00  17   IT TEN MINUTES, AND I PROMISE THERE WILL BE A SECOND BREAK THIS

02:34:03  18   AFTERNOON.

02:34:20  19         (RECESS FROM 2:34 P.M. UNTIL 2:43 P.M.)

02:43:51  20              THE COURT:  PLEASE BE SEATED.  WE ARE BACK ON THE

02:43:52  21   RECORD AND ALL OF OUR JURORS ARE HERE.

02:43:54  22         MR. NELSON, WOULD YOU LIKE TO CONTINUE WITH YOUR DIRECT

02:43:57  23   EXAM?

02:43:58  24              MR. NELSON:  YES, THANK YOU, YOUR HONOR.

02:43:59  25         MAY I PROCEED?

02:44:00  1            THE COURT:  YES.

02:44:01  2            MR. NELSON:  THANK YOU.

02:44:08  3   Q.   IF WE CAN GO TO SLIDE 4.

02:44:12  4        SO NOW, DR. ALMEROTH, I WANT TO TALK ABOUT YOUR ASSIGNMENT

02:44:15  5   IN THIS LITIGATION.

02:44:16  6        CAN YOU JUST BRIEFLY TELL US WHAT YOU WERE ASKED TO DO AT

02:44:19  7   THIS STAGE OF THE GAME?

02:44:20  8   A.   SURE.

02:44:21  9        FOR THIS PART OF MY TESTIMONY, I WAS ASKED TO LOOK AT

02:44:24  10  WHETHER OR NOT THE CISCO COPYRIGHTED WORKS WERE ORIGINAL,

02:44:29  11  WHETHER THEY WERE CREATIVE WORKS AND EXPRESSIONS, THAT WAS THE

02:44:31  12  FIRST PART.

02:44:32  13       THE SECOND PART THEN WAS TO ANALYZE WHETHER ARISTA HAD

02:44:36  14  COPIED THOSE COPYRIGHTED WORKS.

02:44:39  15  Q.   NOW, YOU SAID FOR THIS PART, IS THERE A POSSIBILITY THAT

02:44:43  16  THERE WOULD BE ADDITIONAL TESTIMONY AND WE MIGHT SEE YOU BACK

02:44:47  17  NEXT WEEK?

02:44:47  18  A.   YES, SIR.

02:44:48  19  Q.   CAN YOU JUST BRIEFLY TELL US WHAT THAT IS?

02:44:50  20  A.   SURE.

02:44:52  21       I WAS THE EXPERT HIRED BY CISCO TO OFFER MY OPINIONS ABOUT

02:44:57  22  WHETHER THERE WAS ORIGINALITY AND COPYING.  ARISTA HAD HIRED AS

02:45:04  23  EXPERT AS WELL.  WE EXCHANGED REPORTS.

02:45:06  24       I EXPECT THAT HE WILL TESTIFY NEXT WEEKS AND THEN I WILL

02:45:10  25  COME BACK AFTER HE'S TESTIFIED AND PROVIDE RESPONSES TO SOME OF

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1209

02:45:12   1      THE THINGS THAT HE SAYS.

02:45:13   2      Q.   NOW, CAN YOU JUST TELL US OR TELL THE LADIES AND GENTLEMEN

02:45:20   3      OF THE JURY GENERALLY WHAT KIND OF MATERIALS YOU CONSIDERED

02:45:22   4      WHAT YOU WERE DOING THE ANALYSIS?

02:45:23   5      A.   CORRECT.   IF YOU THINK ABOUT LOOKING AT CREATIVITY IN

02:45:30   6      COPYING, THERE ARE A VARIETY OF MATERIALS THAT WERE AVAILABLE

02:45:33   7      TO ME TO LOOK AT, FROM WHEN I STARTED AND WAS ATTEMPTING TO

02:45:38   8      FORM AN OPINION ONE WAY OR THE OTHER AS TO WHETHER OR NOT THE

02:45:43   9      COPYRIGHTED WORKS WERE ORIGINAL AND WHETHER THERE WAS COPYING.

02:45:46   10          THERE WAS THE COMPLAINT THAT WAS FILED, AND THERE ARE WHAT

02:45:49   11     ARE CALLED INTERROGATORY RESPONSES.   BOTH SIDES HAVE THE

02:45:52   12     OPPORTUNITY TO SUBMIT WRITTEN QUESTIONS AND THEN GET RESPONSES

02:45:55   13     FROM THE OTHER SIDE.   AND SO I CAN USE THOSE AS A BASIS FOR

02:45:59   14     FORMING MY OPINIONS.

02:46:00   15          THERE'S DOCUMENTS THAT ARE PRODUCED, SOME OF THEM GO IN AS

02:46:04   16     EXHIBITS AND SOME OF THEM HAVE BEEN DISCUSSED BY WITNESSES.

02:46:09   17          FOR EXAMPLE, ALL THE USER MANUALS FROM ARISTA THAT ARE

02:46:13   18     BEHIND ME.   THERE'S ALSO DEPOSITION TESTIMONY.   SO BEFORE THE

02:46:16   19     WITNESSES COME TO COURT AND TESTIFY, THEIR SWORN DEPOSITIONS

02:46:20   20     ARE TAKEN, QUESTIONS CAN BE ASKED, AND I CAN FORM OPINIONS

02:46:23   21     BASED ON WHAT THEY HAVE TESTIFIED TO.

02:46:27   22          THERE'S PUBLICLY AVAILABLE INFORMATION, MANUALS, FOR

02:46:30   23     EXAMPLE, AND ANY OTHER PRESS RELEASES OR DOCUMENTS THAT ARE

02:46:36   24     PUBLICLY AVAILABLE.

02:46:37   25          THERE'S ALSO THE SWITCHES THEMSELVES.   AND THERE'S THE

02:46:40  1    SOURCE CODE THAT RUNS ON THOSE SWITCHES FROM BOTH CISCO AND

02:46:44  2    ARISTA.

02:46:45  3        AND SO I CAN LOOK AT THOSE TO SEE WHAT THE USER INTERFACE

02:46:48  4    IS.  AND THEN ALSO I CAN HAVE CONVERSATIONS, AND I'VE HAD

02:46:52  5    CONVERSATIONS WITH CISCO EMPLOYEES, SOME OF THE ONES WHO HAVE

02:46:58  6    TESTIFIED HERE THIS WEEK, FOR EXAMPLE.

02:47:01  7    Q.  SO PROFESSOR ALMEROTH, CAN YOU JUST REMIND US GENERALLY

02:47:05  8    WHAT TYPES OF TECHNOLOGY WE ARE DEALING WITH HERE IN THIS CASE?

02:47:08  9    A.  YES.  LET ME TRY TO PUT A LITTLE DIFFERENT PERSPECTIVE ON

02:47:14 10    SOME OF WHAT I'VE HEARD IN THE COURTROOM THIS WEEK, I'VE BEEN

02:47:17 11    IN THE COURTROOM ALL WEEK.

02:47:18 12        AND THAT IS THAT FROM THE EARLY 80'S, EVEN ACTUALLY FROM

02:47:22 13    THE LATE 60'S WHEN THE ORIGINAL INTERNET FIRST STARTED WITH

02:47:25 14    FOUR NODES, ONE OF WHICH BEING FROM UCSB, THE INTERNET GREW

02:47:32 15    INTO WHAT'S SHOWN IN THIS PICTURE TODAY.

02:47:34 16        AND WHAT'S SHOWN IN THIS PICTURE IS DIFFERENT COLORS FOR

02:47:37 17    DIFFERENT NETWORKS.  AND THEY ALL CONNECT TOGETHER.  SO NOW WE

02:47:41 18    HAVE MILLIONS OF ROUTERS AND SWITCHES.  THEY SERVE THE FUNCTION

02:47:44 19    OF RECEIVING DATA IN PACKETS AND ROUTING THEM TO THEIR

02:47:50 20    DESTINATION.

02:47:51 21        SO IF YOU ARE LOOKING AT A WEBSITE ON YOUR COMPUTER OR

02:47:56 22    YOUR PHONE IT'S DATA THAT COMES THROUGH THE SERVER AND IS

02:47:59 23    ROUTED THROUGH THE INTERNET SWITCHES AND NETWORKS.

02:48:02 24        SO JUST LIKE THE PHONE NETWORK WHERE YOU CAN HAVE AN AT&T

02:48:06 25    PHONE AND YOU CAN CALL SOMEBODY ON VERIZON SO YOU CAN GO FROM

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1211

02:48:09  1   ONE NETWORK TO ANOTHER NEST.  THE SAME THINGS HAPPENS IN THE

02:48:13  2   INTERNET AND THAT'S WHY THERE ARE DIFFERENT COLORED NETWORKS

02:48:13  3   OWNED BY DIFFERENT PROVIDERS.

02:48:17  4        AND YOU USE THE PROTOCOLS ON THE INTERNET THAT OPERATE ON

02:48:20  5   SWITCHES AND ROUTERS TO MAKE SURE THAT COMMUNICATION TAKES

02:48:23  6   PLACE RELIABLY AND EFFICIENTLY AND QUICKLY.

02:48:24  7   Q.   SO WE'VE HEARD A FAIR AMOUNT OF LAST FEW DAYS WITH

02:48:27  8   SWITCHES.  WHERE DO THOSE FIT INTO THIS PICTURE?

02:48:31  9   A.   THE SWITCHES AND ROUTERS BOTH FIT IN, IN KIND OF THE

02:48:35 10   CROSSROADS WHERE MULTIPLE PROVIDERS WILL COME TOGETHER OR

02:48:39 11   MULTIPLE OTHER DEVICES WILL CONNECT TOGETHER.

02:48:43 12        AND IT'S AT THAT POINT, ALMOST LIKE IN A ROAD MAP YOU COME

02:48:45 13   TO AN INTERSECTION AND YOU CENTER TO DECIDE WHICH DIRECT YOU

02:48:48 14   ARE GOING TO GO.

02:48:49 15        AND THESE ROUTERS AND SWITCHES USE PROTOCOLS, STANDARDIZED

02:48:56 16   PROTOCOLS, TO MAKE THOSE DECISION AND ROUTE THE PACKETS OR

02:49:00 17   SWITCH THE PACKETS IN THE DIRECTION THEY ARE SUPPOSED TO GO.

02:49:03 18   Q.   SO HERE IN SLIDE 6 YOU HAVE A NETWORK ENGINEER DOWN THERE

02:49:07 19   AT THE LEFT, IT LOOKS LIKE HE'S AT THE MOVIE THEATRE OR

02:49:10 20   SOMETHING.  CAN YOU JUST EXPLAIN US HOW HE FITS INTO THE

02:49:13 21   PREDICT?

02:49:13 22   A.   SURE.

02:49:14 23        WHAT THIS IS TRYING TO DEMONSTRATE IS THAT THESE ROUTERS

02:49:19 24   AND SWITCHES ARE COMPLEX PIECES OF HARDWARE AND THEY HAVE

02:49:21 25   SOFTWARE THAT RUNS ON THEM.  AND THEY NEED TO BE CONFIGURED.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1212

02:49:25  1    THEY NEED TO BE INSTRUCTED ON WHAT KINDS OF DECISIONS TO MAKE.

02:49:30  2         FOR EXAMPLE, SHOULD THE PACKETS BE SWITCHED ON THE

02:49:33  3    SHORTEST PATH OR THE FASTEST PATH OR THE PATH WITH THE LEAST

02:49:37  4    CONGESTION.  THEY MAKE SIMILAR DECISIONS TO THE DECISIONS WE

02:49:41  5    MAKE WHEN WE GO FROM POINT A TO POINT B DURING RUSH HOUR OR

02:49:46  6    NOT.

02:49:46  7         AND SO THOSE ROUTERS AND SWITCHES HAVE TO BE CONFIGURED,

02:49:50  8    AND USUALLY IT'S BY SOMEBODY SITTING AT A COMPUTER.

02:49:54  9         AND THE WAY THAT THE TECHNOLOGY WAS DEVELOPED IS YOU DON'T

02:49:56  10   HAVE TO BE AT THE SWITCH OR ROUTER TO CONFIGURE IT, TO GIVE IT

02:50:00  11   ITS INSTRUCTIONS OR DECIDE HOW IT SHOULD OPERATE.  YOU CAN DO

02:50:04  12   THAT REMOTELY OVER A NETWORK.

02:50:07  13        IN FACT, IF I HAD A COMPUTER HERE AND IT WAS CONNECTED TO

02:50:09  14   THE INTERNET, I WOULD POTENTIALLY BE ABLE TO CONNECT TO ANY

02:50:13  15   ROUTER IN THE ENTIRE WORLD AND CONFIGURE IT.

02:50:15  16        LUCKILY, THERE'S SECURITY PROTOCOLS AND FIREWALLS THAT

02:50:19  17   PREVENT ME OR ANYONE FROM DOING IT, BUT IF YOU HAVE THE RIGHT

02:50:23  18   SECURITY, YOU CAN LOG IN TO THE ROUTER AND THEN YOU CAN ISSUE

02:50:28  19   COMMANDS TO THAT ROUTER TO CHANGE ITS CONFIGURATION TO MAKE IT

02:50:32  20   DO SOMETHING DIFFERENT, OR TO SEE INFORMATION ABOUT HOW ITS

02:50:36  21   OPERATING OR WHAT IT'S DOING.

02:50:38  22   Q.  SO WE'VE HEARD A FAIR ON MOUNT ABOUT USER INTERFACES SO

02:50:43  23    FAR THIS WEEK.

02:50:44  24        SO CAN YOU JUST EXPLAIN TO US A BIT ABOUT THE DIFFERENT

02:50:47  25   TYPES OF USER INTERFACES, PLEASE.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1213

02:50:50   1        A.    SURE.

02:50:50   2            AT LEAST THREE OF THE TYPES WOULD BE GRAPHICAL USER

02:50:53   3    INTERFACES, THOSE ARE PRETTY COMMON TODAY.  NOT AS COMMON, BUT

02:50:58   4    THEY CERTAINLY EXISTED IN THE LATE 80'S.

02:51:01   5            THERE'S MENU-DRIVEN INTERFACES WHICH CAN BECOME QUITE

02:51:05   6    TEDIOUS, YOU PULL DOWN THE MENU AND THAT'S ONE OPTION AND THEN

02:51:09   7    YOU MOVE OVER TO SELECT ANOTHER ONE.  AND THEN RIGHT BEFORE YOU

02:51:13   8    GET TO WHAT YOU WANT TO SELECT THE WHOLE THING DISAPPEARS AND

02:51:15   9    YOU HAVE TO START OVER.

02:51:17  10            OR THERE ARE COMMAND-LINE INTERFACES WHICH ARE MUCH LESS

02:51:21  11    INTUITIVE, BUT ARE ALSO MUCH MORE POWERFUL.  YOU CAN DO THINGS

02:51:25  12    VERY QUICKLY WITH JUST A FEW KEY STROKES, IN WHICH CASES, BUT

02:51:30  13    THEY ARE OFTEN PREFERRED BY PEOPLE WHO SPEND A GOOD PORTION OF

02:51:34  14    THERE LIVES SITTING AT A COMPUTER TRYING TO CONFIGURE SWITCHES

02:51:38  15    AND ROUTERS AROUND THE WORLD.

02:51:39  16    Q.    AND IN TERMS OF THE ANALYSIS THAT YOU DID IN THIS CASE,

02:51:45  17    WHICH OF THE TYPES OF THESE USER INTERFACES IS RELEVANT, AT

02:51:49  18    ISSUE, RATHER?

02:51:50  19    A.    THE ONE THAT'S RELEVANT IS A COMMAND-LINE INTERFACE.  IT'S

02:51:54  20    PROBABLY THE MOST BORING IN TERMS OF VISUAL APPEAL, BUT IT ALSO

02:52:01  21    IS ONE OF THE MORE POWERFUL INTERFACES IN TERMS OF WHAT I SAID,

02:52:07  22    ITS FLEXIBILITY AND ABILITY TO COMMUNICATE INFORMATION.

02:52:10  23            SO THAT'S WHAT IS SHOWN ON THIS DEMONSTRATIVE.  NOW ON THE

02:52:13  24    SCREEN, YOU SEE PART OF THE COMMAND-LINE INTERFACE DISPLAY FROM

02:52:17  25    A CISCO SWITCH.

02:52:19  1    Q.   NOW, BASED UPON YOUR REVIEW THAT YOU TALKED ABOUT IN THIS

02:52:23  2    CASE, DO YOU HAVE AN UNDERSTANDING OF WHETHER THE DECISION TO

02:52:26  3    USE A COMMAND-LINE INTERFACE AT CISCO WAS MADE?

02:52:29  4    A.   I DO.

02:52:30  5    Q.   AND WHEN WAS THAT?

02:52:31  6    A.   THAT WAS IN THE LATE 80'S OR THE MID TO LATE 80'S, IN THE

02:52:36  7    '86 TIMEFRAME.

02:52:37  8    Q.   NOW, FIRST THING YOU SAID THAT YOU SAID YOU WERE ASKED TO

02:52:46  9    DO IS TO ANALYZE CISCO'S -- WHETHER THERE WAS ORIGINALITY AND

02:52:50  10   CREATIVITY, RIGHT?

02:52:51  11   A.   YES.

02:52:51  12   Q.   OKAY.  AND ORIGINALITY AND CREATIVITY, WERE THERE ANY

02:52:59  13   SPECIFIC USER INTERFACES THAT YOU WERE ASKED TO ANALYZE?

02:53:01  14   A.   YES, THE USER INTERFACE.  IN FACT, IF WE COULD GO BACK TO

02:53:04  15   THE PREVIOUS SLIDE UP IN THE UPPER LEFT, IT WAS THE USER

02:53:08  16   INTERFACES FOR IOS, IOS XE, IOS XR, AND NX-OS, THOSE FOUR USER

02:53:16  17   INTERFACES OF THE CISCO PRODUCTS.

02:53:18  18   Q.   NOW, WERE THERE ANY PARTICULAR ASPECTS OF THOSE USER

02:53:23  19   INTERFACES THAT YOU WERE REVIEWING?

02:53:26  20   A.   YES.  IF YOU GO BACK TO SLIDE 9, THOSE WERE THE MULTIWORD

02:53:31  21   COMMANDS WHICH WE'VE HEARD A LOT ABOUT THIS WEEK.  THE SAME FOR

02:53:37  22   THE OUTPUTS, THE HELP DESCRIPTIONS, THE MODES AND PROMPTS AS

02:53:41  23   WELL AS THE USER DOCUMENTATION.

02:53:43  24   Q.   OKAY.  NOW, IN TERMS OF YOUR ANALYSIS IN EVALUATING

02:53:54  25   ORIGINALITY AND CREATIVITY, WHAT WAS THE TIMEFRAME FOR THAT?

02:53:56  1    A.   YOU HAVE TO CONSIDER THE CREATIVITY AT THE TIME OF

02:53:59  2    CREATION.  IT'S NOT LIKE WE SIT HERE TODAY AND SAY, WELL, WHAT

02:54:04  3    ABOUT THIS COMMAND, DOES THAT SOUND LIKE A CREATIVE COMMAND.

02:54:09  4    YOU HAVE TO PLACE YOURSELF WITHIN THE TIMEFRAME OF WHEN THE

02:54:13  5    COMMAND WAS CREATED.

02:54:14  6         SO IN SOME INSTANCES THAT'S AS EARLY AT 1986, SOME

02:54:18  7    COMMANDS WERE CREATED OVER THE INTERVENING YEARS, BUT THAT'S

02:54:21  8    THE TIMEFRAME.  I MEAN, THAT'S PRE-WEB, THAT'S IN SOME CASES

02:54:26  9    WHERE YOU HAD DIAL UP MODEMS AND BULLETIN BOARDS, AND THAT WAS

02:54:30  10   REALLY THE EXTENT OF THE INTERNET THAT WAS WIDELY AVAILABLE TO

02:54:33  11   THE PUBLIC.

02:54:34  12   Q.   NOW LET'S GO TO THE FIRST ELEMENT YOU TALKED ABOUT,

02:54:39  13   MULTIWORD COMMANDS.

02:54:40  14        SO CAN YOU JUST EXPLAIN TO US WHAT MULTIWORD COMMANDS ARE

02:54:44  15   IN CISCO'S CLI USER INTERFACE?

02:54:49  16   A.   SURE.  IN TERMS OF THE WORDS MULTIWORD COMMAND, IT'S

02:54:52  17   PRETTY STRAIGHTFORWARD.  IT'S A COMMAND OR AN INSTRUCTION

02:54:56  18   THAT'S COMPOSED OF MULTIPLE WORDS.

02:54:58  19        AS PART OF THIS DEMONSTRATIVE, THERE'S AN ANIMATION, OR

02:55:03  20   ACTUALLY I DON'T THINK WE ARE QUITE THERE YET, BUT WHAT YOU

02:55:07  21   HAVE IS YOU CAN TYPE IN A COMMAND, SO FOR EXAMPLE, THIS ONE IS

02:55:12  22   SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT.  AND THE USER CAN

02:55:18  23   TYPE THAT.  HIT ENTER, AND THEN IT'S SENT TO THE CISCO SWITCH

02:55:24  24   AND ROUTER, AND THEN USUALLY A RESPONSE COMES BACK.

02:55:29  25        IN SOME CASES, THE RESPONSE IS A CONFIGURATION EITHER THAT

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1216

02:55:33   1    IT'S ACCEPTED, WHICH MEANS YOU DON'T GET ANY OUTPUT, OR THAT

02:55:37   2    THERE MIGHT BE AN ERROR OR SOMETHING LIKE THAT.

02:55:40   3         IN OTHER CASES, THERE'S INFORMATION THAT'S RETURNED AS A

02:55:43   4    RESULT OF THE REQUEST.

02:55:45   5         BUT THE KEY REALLY IS YOU HAVE THIS PROMPT, YOU CAN TYPE

02:55:47   6    IN CHARACTERS THAT REPRESENT MULTIPLE WORDS, IT'S A COMMAND OR

02:55:52   7    AN INSTRUCTION, AND THAT CAN BE SENT TO THE SWITCH OR ROUTER.

02:55:55   8    Q.   SO THE COMMAND THAT YOU ARE ILLUSTRATING HERE IS

02:56:00   9    SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT; DO YOU SEE THAT?

02:56:07  10    A.   YES.

02:56:07  11    Q.   IS THAT ONE OF THE COMMANDS IN THE CASE?

02:56:09  12    A.   IT IS.

02:56:12  13    Q.   NOW FROM YOUR ANALYSIS, HOW MANY COMMANDS DID YOU,

02:56:16  14    MULTIWORD COMMANDS WE ARE TALKING ABOUT NOW, DID YOU DETERMINE

02:56:19  15    WERE COPIED BY ARISTA?

02:56:22  16    A.   506.

02:56:24  17    Q.   SO HERE ON SLIDE 11, CAN YOU TELL ME WHAT'S BEING SHOWN

02:56:30  18    HERE?

02:56:31  19    A.   SURE.  THIS IS KIND OF A WORD SALAD OF ALL OF THE

02:56:35  20    DIFFERENT 506 COMMANDS.

02:56:37  21         IT'S OBVIOUSLY VERY BUSY.  I WON'T TRY AND READ THESE.

02:56:41  22    BUT IT GIVES YOU A SENSE OF THE TYPES OF COMMANDS, THE VARIETY

02:56:49  23    IN THE WORDS THAT ARE BEING USED.

02:56:51  24         AND THERE'S ALSO SOMETHING HERE WHERE THERE'S COLOR

02:56:54  25    CODING, AND THE COLOR CODING DEMONSTRATES WHAT'S KIND OF THIS

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1217

02:56:58  1    CONCEPT OF A HIERARCHY.

02:57:00  2         I WILL STOP.

02:57:02  3    Q.   SO ARE THERE ANY OF THE COMMANDS THAT YOU'RE AWARE OF THAT

02:57:05  4    YOU LOOKED AT THAT ARE FOUR OR MORE WORDS?

02:57:08  5    A.   YES, IN FACT THERE'S ONE RIGHT HERE, AREA NSSA

02:57:15  6    DEFAULT-INFORMATION-ORIGINATE.   THERE'S ALSO AREA NSSA

02:57:22  7    TRANSLATE TYPE 7 ALWAYS.   THERE CLEARLY ARE MANY COMMANDS HERE

02:57:29  8    THAT ARE FOUR WORDS OR MORE.

02:57:31  9    Q.   NOW, YOU JUST MENTIONED THAT THE COLOR CODING, IT SHOWS A

02:57:38  10   HIERARCHY OF THE COMMANDS.   CAN YOU EXPLAIN WHAT YOU MEAN BY

02:57:42  11   THAT?

02:57:42  12   A.   SURE.   THIS NEXT DEMONSTRATIVE TAKES AWAY MANY OF THE

02:57:46  13   OTHER COLORS, SO NOW THERE'S JUST TWO, THERE'S RED AND GREEN.

02:57:51  14   AND THESE SHOW TWO HIERARCHIES.

02:57:53  15        AND WHAT THE HIERARCHIES ARE IS IT'S AN ORGANIZATION OF

02:57:57  16   THE COMMANDS INTO A STRUCTURE SO THAT IT'S EASIER FOR AN

02:58:02  17   OPERATOR TO REMEMBER THEM.   IT'S KIND OF A CATEGORIZATION.

02:58:06  18        AND THEY ARE CALLED HIERARCHIES OR TREES.   AND THOSE TREES

02:58:11  19   USUALLY, THE WAY THAT THEY'RE REPRESENTED, IF YOU GO TO THE

02:58:15  20   NEXT SLIDE, IS AS THIS KIND OF TREE STRUCTURE, WHERE THE ROOT

02:58:22  21   IS THE FIRST WORD AND THEN THE NEXT WORD IS THE NEXT LEVEL IN

02:58:26  22   THE HIERARCHY.

02:58:26  23        AND THESE HELP AN OPERATOR CONCEPTUALLY REMEMBER THESE

02:58:30  24   KINDS OF COMMANDS.

02:58:32  25        SO THE HIGHLIGHTING ON THE PREVIOUS SCREEN OF RED AND

02:58:35  1    GREEN, SHOW THE "SHOW HIERARCHY", AND ALSO THE "IP HIERARCHY."

02:58:41  2    SO NOW IF WE ORGANIZE IT INTO THIS KIND OF TREE STRUCTURE,

02:58:48  3    "SHOW" AND "IP" ARE THE ROOTS OF TWO TREES, THEN THEY BRANCH

02:58:51  4    INTO THE DIFFERENT POSSIBILITIES FOR THE SUBSEQUENT WORDS.

02:58:54  5        SO FOR A COMMAND LIKE "SHOW IP ACCESS LISTS," YOU CAN SEE

02:58:58  6    IN THE LEFT THAT IT'S IN THE "SHOW HIERARCHY", THE SECOND LAYER

02:59:02  7    IS "IP," THEN THE THIRD IS "ACCESS LIST."

02:59:06  8    Q.   SO DO THE HIERARCHIES YOU JUST DESCRIBED PLAY INTO ROLE IN

02:59:10  9    THE FORMATION OF THE AUTHORING OF THE COMMANDS THEMSELVES?

02:59:15  10   A.   THEY DO.  THEY DEMONSTRATE THE CREATIVITY THAT GOES INTO

02:59:20  11   DETERMINING THE WORD ORDER.  THERE'S CREATIVITY IN HOW YOU

02:59:24  12   ORGANIZE THE WORDS AND HOW IT FITS INTO HIERARCHIES AND WHICH

02:59:30  13   HIERARCHY IS SELECTED.  AND I WILL TALK A LITTLE BIT MORE ABOUT

02:59:35  14   THAT.

02:59:35  15   Q.   NOW I WANT TO MOVE ON TO THE NEXT ELEMENT YOU LISTED WHICH

02:59:39  16   IS THE OUTPUTS.

02:59:40  17       CAN YOU EXPLAIN TO US WHAT THE OUTPUTS ARE IN THIS CASE?

02:59:43  18   A.   SURE.  THE OUTPUT HERE IS I THINK ALSO PRETTY

02:59:46  19   STRAIGHTFORWARD.  WHEN YOU TYPE A COMMAND AT THE COMMAND LINE

02:59:52  20   INTERFACE, IT'S SENT TO THE SWITCH OR ROUTER AND THEN A

02:59:56  21   RESPONSE COMES BACK.

02:59:58  22       WHAT THE ANIMATION IS SHOWING.  AND IN THIS CASE THE

03:00:01  23   COMMAND THAT'S TYPED IS SHOW SPANNING-TREE.  AND THE RESULTS

03:00:05  24   THAT COME BACK, THEY ARE A LITTLE BIT HARD TO SEE, BUT EVEN IF

03:00:08  25   YOU COULD SEE THEM IN GREAT DETAIL, I'M NOT SURE YOU WOULD MAKE

03:00:12   1      A WHOLE LOT OF SENSE OF IT, BUT IT'S IN A FORMAT THAT'S

03:00:16   2      STRUCTURED SO THAT A PERSON CAN UNDERSTAND IT.

03:00:19   3            THERE'S CREATIVITY TO THE PROCESS AND WHAT INFORMATION IS

03:00:23   4      DISPLAYED, WHERE ON THE SCREEN IT GOES, I MEAN, REALLY YOU CAN

03:00:27   5      ORGANIZE THESE OUTPUTS HOWEVER YOU WANT.

03:00:29   6      Q.    SO DO ALL COMMANDS HAVE OUTPUTS?

03:00:32   7      A.    NO.   THE COMMANDS THAT HAVE OUTPUTS ARE THE ONES WHERE

03:00:40   8      THERE'S USUALLY A REQUEST TO DISPLAY INFORMATION.

03:00:43   9      Q.    SO I WANT TO MOVE ON TO THE NEXT ELEMENT THAT YOU TALKED

03:00:47   10     ABOUT WHICH IS -- WHICH ARE HELP DESCRIPTIONS.

03:00:50   11           CAN YOU EXPLAIN WHAT THE HELP DESCRIPTIONS ARE?

03:00:52   12     A.    SURE.

03:00:53   13           HELP DESCRIPTIONS ARE AT THE COMMAND LINE BEING ABLE TO

03:01:00   14     TYPE A COMMAND OR A PORTION OF A COMMAND FOLLOWED BY A QUESTION

03:01:04   15     MARK AND THEN YOU CAN GET A STRING OF TEXT THAT MIGHT REMIND

03:01:07   16     THE PERSON WHAT THEY NEED OR SOME ADDITIONAL INFORMATION.

03:01:12   17           CLEARLY, THERE ARE QUITE A FEW COMMANDS.   IT'S COMPLEX

03:01:18   18     PIECE OF HARDWARE THAT REQUIRES CONFIGURATION.   SO SOMETIMES A

03:01:22   19     LITTLE INFORMATION TO THE OPERATOR IS HELPFUL.

03:01:25   20           SO THERE'S AN EXAMPLE HERE, SNMP, SERVER, HOST VERSION,

03:01:30   21     QUESTION MARK.   AND IT PROVIDES THE RESPONSE, SNMP VERSION TO

03:01:35   22     USE FOR NOTIFICATION MESSAGES.

03:01:39   23     Q.    AND THEN I WANT TO MOVE FORWARD TO THE NEXT ONE WHICH IS

03:01:42   24     THE MODES AND PROMPTS.

03:01:45   25           NOW CAN YOU JUST BRIEFLY EXPLAIN TO US THE ARRANGEMENT OF

03:01:50  1    THE MODES AND PROMPTS THAT WE ARE TALKING ABOUT HERE IN THIS

03:01:52  2    CASE?

03:01:52  3    A.   SURE.   THE DIFFERENT MODES, I THINK MR. LOUGHEED TESTIFIED

03:01:57  4    AND DESCRIBED THIS ON THE FIRST DAY.   BUT WITHIN A ROUTER,

03:02:02  5    THERE IS THE ABILITY TO HAVE DIFFERENT MODES.   YOU START OFF IN

03:02:07  6    AN EXECUTION MODE WHERE THE PROTECTION IS FAIRLY MINIMAL.

03:02:12  7        AND SO THE KINDS OF THINGS THAT YOU CAN DO ARE CHANGE

03:02:16  8    TERMINAL SETTINGS, PERFORM BASIC TESTING AND DISPLAYING

03:02:20  9    INFORMATION.

03:02:21 10        THERE'S A FURTHER KIND OF PRIVILEGED MODE, KIND OF AN

03:02:25 11    ADDITIONAL LEVEL OF SECURITY, THAT'S CALLED PRIVILEGED EXEC.

03:02:28 12    AND THAT'S WHERE YOU'RE ABLE TO DO MORE OF THE CONFIGURATION OF

03:02:32 13    THE DEVICE.

03:02:34 14        THERE'S TWO DIFFERENT MODES, AND THE WAY THAT THESE MODES

03:02:38 15    ARE ORGANIZED IS YOU START OFF AT USER, YOU CAN THEN GO INTO

03:02:43 16    THE PRIVILEGED MODE AND THEN THE NEXT STEP IS GLOBAL

03:02:46 17    CONFIGURATION, WHERE YOU CAN CHANGE THINGS ABOUT THE WAY THE

03:02:48 18    ENTIRE DEVICE WORKS.

03:02:52 19        OR THEN THERE'S A FOURTH MODE INSIDE OF THAT CALLED THE

03:02:55 20    INTERFACE CONFIGURATION MODE, AND THAT'S WHERE YOU CAN

03:02:57 21    CONFIGURE THINGS FOR A PARTICULAR INTERFACE.

03:03:01 22        AT SOME POINT WE WILL HAVE THE DEMONSTRATIVES OF THE CISCO

03:03:04 23    AND ARISTA SWITCHES AND ROUTERS AND EACH OF THE PLACES YOU CAN

03:03:08 24    PLUG IN A CABLE THAT'S CALLED AN INTERFACE.   AND THE REASON FOR

03:03:11 25    THAT IS YOU CAN CONFIGURE INTERFACES ON A ROUTER OR SWITCH TO

ALMEROTH DIRECT EXAMINATION BY MR. NELSON          1221

03:03:16   1    DO THINGS DIFFERENTLY THAN OTHER INTERFACES.

03:03:19   2         AND IT GIVES YOU SOME NICE FLEXIBILITY IN HOW THE ROUTER

03:03:23   3    AND SWITCH WORKS.

03:03:24   4         SO THERE'S REALLY THOSE FOUR MODES AND THEN ASSOCIATED

03:03:28   5    WITH EACH ONE IS A CORRESPONDING PROMPT.  AND THE PROMPT

03:03:31   6    PROVIDING AN INDICATION TO THE USER AS TO WHAT MODE THEY'RE IN

03:03:34   7    SO THEY HAVE AN UNDERSTANDING OF WHAT THEIR CAPABILITIES ARE IN

03:03:38   8    THAT MODE.

03:03:41   9    Q.   AND THEN FINALLY THE LAST THING YOU MENTIONED WERE THE

03:03:45   10   USER MANUALS.

03:03:46   11        CAN YOU EXPLAIN TO US WHAT THOSE ARE BRIEFLY?

03:03:48   12   A.   SURE.

03:03:49   13        THE USER MANUALS ARE USER MANUALS.  THEY'RE THE MULTI PAGE

03:03:53   14   DOCUMENTS THAT PROVIDE DESCRIPTIONS OF THE COMMANDS, THEY MIGHT

03:03:58   15   PROVIDE EXAMPLES OF HOW TO DO THE CONFIGURATION.  I THINK

03:04:03   16   BEHIND THE SERIES OF ARISTA MANUALS THAT CAN BE VERY LONG

03:04:07   17   BECAUSE THERE'S A FAIR NUMBER OF COMMANDS THAT HAVE TO BE

03:04:09   18   DESCRIBED, KIND OF A REFERENCE MANUAL FOR SOMEBODY WHO IS --

03:04:15   19   WHO NEEDS ADDITIONAL INFORMATION TO TRY AND LOOK THINGS UP.

03:04:18   20   Q.   NOW, IN TERMS OF YOUR ORIGINALITY AND CREATIVITY ANALYSIS,

03:04:25   21   CAN YOU JUST EXPLAIN TO US GENERALLY SPEAKING WHAT YOU DID?

03:04:29   22   A.   SURE.

03:04:33   23        THIS METHODOLOGY SLIDE LOOKS SIMILAR TO THE ONE AT THE

03:04:36   24   BEGINNING WHERE I TALKED ABOUT THE TYPES OF DOCUMENTS I

03:04:38   25   CONSIDERED OVERALL.

03:04:39  1          BUT IN THINKING ABOUT THE SPECIFIC QUESTION AS TO

03:04:42  2     ORIGINALITY, I FOCUSED ON THE MATERIALS THAT I LISTED HERE,

03:04:45  3     RIGHT, THE DOCUMENTS AND E-MAILS PRODUCED BY CISCO AND ARISTA,

03:04:48  4     THE TESTIMONY OF CISCO AND CISCO ENGINEERS, THE TESTIMONY OF

03:04:52  5     OTHER ENGINEERS, AND THE CONVERSATIONS WITH CISCO AS WELL.

03:04:57  6          AND REALLY WHAT I'M TRYING TO UNDERSTAND IS WHETHER THE

03:05:04  7     PROCESS OF CREATIVE, WHETHER THERE WAS A PROCESS IN PLACE,

03:05:07  8     WHETHER THE ENGINEERS HAD THE FLEXIBILITY AND THE CHOICE OVER

03:05:10  9     WHAT WORDS TO USE, WHETHER THERE WAS DESIGN CRITERIA THAT THEY

03:05:14  10    CONSIDERED, WHETHER ONE ENGINEER USED ONE SET OF DESIGN

03:05:18  11    CRITERIA AND ANOTHER ONE USED SOMETHING ELSE.

03:05:21  12         AND ALL OF THIS INFORMATION GOES TO HELPING ME FORM AN

03:05:26  13    OPINION WHETHER IT'S PART OF THE PROCESS OF CISCO COMING UP

03:05:30  14    WITH THESE COMMANDS, WHETHER THERE WAS CREATIVITY IN WHAT THOSE

03:05:34  15    COMMANDS IT WERE THAT WERE ULTIMATELY SELECTED.

03:05:38  16    Q.   AND THE ANALYSIS THAT YOU JUST DESCRIBED OF THE PROCESS,

03:05:42  17    WHAT CONCLUSION DID THAT LEAD YOU TO?

03:05:45  18    A.   ULTIMATELY, I REACHED THE CONCLUSION THAT FOR THE

03:05:50  19    MULTIWORD COMMANDS, THE HELP DESCRIPTIONS, THE COMMAND PROMPTS,

03:05:55  20    THE OUTPUTS, THE MANUALS, IT WAS ALL A CREATIVE PROCESS AND THE

03:06:01  21    RESULT OF THAT WAS A CREATIVE OUTPUT.

03:06:04  22    Q.   NOW, I WANT TO TALK ABOUT SOME OF THE THINGS THAT YOU

03:06:11  23    RELIED ON TO FORM LATE THAT OPINION.

03:06:13  24         AND IF WE CAN PULL UP EXHIBIT 851 WHICH IS IN EVIDENCE,

03:06:23  25    MR. FISHER.  AND YOU SHOULD HAVE THAT, DR. ALMEROTH, IN YOUR

03:06:26  1    BINDER.

03:06:27  2    A.   YES, SIR.

03:06:28  3    Q.   AND CAN YOU REMIND US WHAT EXHIBIT 851 IS, PLEASE?

03:06:33  4    A.   851 IS THE PARSER-POLICE DOCUMENT.  I BELIEVE THAT

03:06:37  5    MR. REMAKER TESTIFIED ABOUT IT, BUT IT'S ONE OF THE DOCUMENTS

03:06:40  6    THAT I RELIED ON IN REACHING MY CONCLUSIONS.

03:06:44  7    Q.   AND HOW DID THIS DOCUMENT FORM YOUR OPINIONS OR INFORM

03:06:49  8    YOUR OPINIONS?

03:06:50  9    A.   IT HELPED ME UNDERSTAND WHAT THE PROCESS WAS AND SOME OF

03:06:57  10   WHAT WAS HAPPENING AS PART OF THE PROCESS.

03:07:00  11        FOR EXAMPLE, IF YOU LOOK UNDER THE PURPOSE, AND I WILL

03:07:06  12   START READING IN THE MIDDLE, IT ALLOWS CISCO TO PROPOSE COMMAND

03:07:11  13   LINE ADDITIONS AND GET FEEDBACK FROM FELLOW ENGINEERS WITH

03:07:16  14   EXPERIENCE TO INSURE CONSISTENCY, USABILITY AND FRIENDLINESS OF

03:07:25  15   THE CONFIGURATION INTERFACE TO CISCO IOS.

03:07:28  16        AND THERE'S OTHER PARTS I CAN TALK ABOUT IN THIS DOCUMENT,

03:07:31  17   BUT REALLY IT PROVIDES A WAY FOR ENGINEERS WHO ARE BUILDING

03:07:35  18   FUNCTIONALITY AND THEN HAVE TO COME UP WITH COMMANDS, TO

03:07:38  19   CONSULT OTHER ENGINEERS TO GET FEEDBACK ON WHETHER THEIR

03:07:42  20   DETERMINATIONS ON WHAT THE COMMANDS SHOULD BE, WAS GOOD ENOUGH.

03:07:47  21   Q.   NOW, YOU HAD MENTIONED THAT IT'S -- THE PARSER-POLICE

03:07:54  22   PROVIDES SOME ABILITY FOR ENGINEERS TO PROPOSE COMMAND LINE

03:07:58  23   ADDITIONS AND GET FEEDBACK; IS THAT RIGHT?

03:08:01  24   A.   YES.

03:08:01  25   Q.   IN CONNECTION WITH THE MATERIALS YOU REVIEWED, DID YOU SEE

03:08:03  1   ANY EVIDENCE THAT THAT ACTUALLY HAPPENED?

03:08:06  2   A.   I DID.  THERE WERE A NUMBER OF E-MAILS.  I THINK SOME OF

03:08:09  3   WHICH HAVE BEEN DISCUSSED IN THE TESTIMONY THIS WEEK, WHERE

03:08:14  4   THEY TALK ABOUT DIFFERENT OPTIONS FOR WHAT THE COMMAND COULD

03:08:18  5   BE.

03:08:18  6        IN SOME CASES THERE ARE REFERENCES IN THE E-MAILS TO WHERE

03:08:22  7   THE DISCUSSIONS GOT FAIRLY HEATED.  YOU COULD TELL THAT PEOPLE

03:08:28  8   HAD A VESTED INTEREST IN THE PROCESS AND UNDERSTANDING WHAT THE

03:08:34  9   ALTERNATIVES WERE, AND ULTIMATELY TRYING TO REACH A DECISION

03:08:39  10  ABOUT WHAT THE RIGHT COMMAND SHOULD BE, OR AT LEAST WHAT THE

03:08:43  11  BEST ALTERNATIVE WOULD BE FROM SOMEONE'S PERSPECTIVE.

03:08:45  12  Q.   NOW, ARE YOU FAMILIAR WITH A PARSER-POLICE E-MAIL ALIAS AT

03:08:52  13  CISCO?

03:08:52  14  A.   YES, I AM.

03:08:53  15  Q.   AND DID YOU -- ACTUALLY, WHAT I SHOULD ASK YOU IS DO YOU

03:09:00  16  UNDERSTAND GENERALLY WHAT KIND OF PEOPLE WERE ON THAT E-MAIL

03:09:03  17  ALIAS?

03:09:04  18  A.   I DO.  AND THAT'S DESCRIBED HERE IN TERMS OF, THAT YOU CAN

03:09:10  19  GET THE FELLOW SOFTWARE PROFESSIONALS AND CISCO, OTHER PEOPLE

03:09:15  20  WHO HAD DEVELOPED COMMANDS HAD EXPERTISE IN HOW CISCO WAS

03:09:22  21  DEVELOPING ITS USER INTERFACE.

03:09:25  22        I THINK THAT MR. LOUGHEED TESTIFIED THAT HE WAS ON THAT

03:09:27  23  LIST.  SO, YES.

03:09:30  24  Q.   NOW GOING BACK TO EXHIBIT 851 WHICH IS THE PARSER-POLICE

03:09:35  25  MANIFESTO DOCUMENT?

03:09:36  1    A.   YES.

03:09:37  2    Q.   DOES THIS DOCUMENT PROVIDE ANY GUIDELINES FOR COMMAND

03:09:42  3    STRUCTURES OR AUTHORING?

03:09:44  4    A.   IT DOES.   IT BOTH PROVIDES GUIDELINES AS TO WHAT A PERSON

03:09:49  5    SHOULD DO ABOUT SUBMITTING COMMANDS.

03:09:51  6         SO JUST AT THE BOTTOM THAT YOU SEE HERE ON THE FIRST PAGE,

03:09:57  7    IS SUBMISSION INSTRUCTIONS AND WHAT A PERSON SHOULD DO TO

03:10:00  8    SUBMIT SUGGESTIONS AND HOW TO HANDLE FEEDBACK.

03:10:04  9         IF YOU CONTINUE ON TO THE NEXT PAGE, THERE'S SOMETHING

03:10:08  10   CALLED SYNTAX DESIGN GUIDELINES, ON PAGE 2.

03:10:15  11        AND SO THERE'S A SERIES OF NUMBERED ITEMS, STARTING UNDER

03:10:19  12   SYNTAX DESIGN GUIDELINES.   AND ULTIMATELY, I THINK THERE ARE

03:10:23  13   ABOUT TEN IN THE LIST.   AND THEY TALK ABOUT ASPECTS OF WHAT'S

03:10:28  14   GOOD VERSUS WHAT'S BAD, OFFERS RECOMMENDATIONS FOR HOW TO

03:10:32  15   DESIGN THE COMMAND-LINE INTERFACE.

03:10:37  16        JUST AS A QUICK EXAMPLE THIS FIRST ONE UNDER THINK

03:10:41  17   EXTENSIBLE, AND REALLY IT'S A CONSIDERATION AS TO WHETHER TO

03:10:43  18   USE A HYPHEN, AND THE IDEA IS TRYING TO AVOID USING HYPHENS

03:10:48  19   BECAUSE IT INTERFERES WITH THE HIERARCHY IF YOU WANT TO EXTEND

03:10:51  20   IT, AND THAT'S WHY IT'S CALLED THINK EXTENSIBLE.

03:10:56  21        THERE'S KIND OF A SET OF GUIDELINES OR ORIGINATIONS AS

03:10:59  22   PART OF THIS MANIFESTO AND ENGINEERS COULD LOOK AT AND USE TO

03:11:04  23   GUIDE THEM.   BUT I THINK ALSO THIS DOCUMENT ULTIMATELY SAYS

03:11:07  24   THAT IT'S UP TO THE PERSON WHO IS CREATING THE DEMAND TO MAKE

03:11:11  25   THE DECISION ON WHAT TO DO.

03:11:13   1        I THINK IT EVEN SAYS THAT SOMETIMES THE DECISIONS ARE BAD

03:11:16   2   AND SOMETIMES YOU HAVE TO LIVE WITH THOSE DECISIONS, BECAUSE

03:11:20   3   YOU DON'T WANT TO GO BACK AND CHANGE THE COMMANDS LATER.

03:11:23   4   Q.   SO IF WE GO A LITTLE BIT -- SCROLL DOWN, MR. FISHER AND

03:11:27   5   TALK ABOUT SOME MORE OF THESE GUIDELINES.  ACTUALLY, WE HAVE TO

03:11:33   6   GO TO A NEW PAGE, SORRY.

03:11:35   7        YEAH, SO, I WOULD LIKE TO TALK ABOUT NUMBER SIX THERE, DO

03:11:40   8   YOU SEE THAT ONE?  IF WE CAN BLOW IT UP.

03:11:43   9   A.   YES.

03:11:44  10   Q.   AND IT SAYS, WHEN NAMING A COMMAND, TRY TO PICK NAMES THAT

03:11:48  11   WOULD BE FAMILIAR TO THE PEOPLE IN THE INDUSTRY; DO YOU SEE

03:11:51  12   THAT?

03:11:51  13   A.   I DO.

03:11:52  14   Q.   NOW DID YOU CONSIDER THAT GUIDELINE AS YOU WERE GOING

03:11:55  15   THROUGH AND DETERMINING WHETHER THERE WAS CREATIVITY IN THE

03:11:58  16   COMMAND EXPRESSIONS?

03:11:59  17   A.   I DID.  AND EVEN THERE ARE STANDARDS FOR PROTOCOLS THAT

03:12:04  18   ARE IN USE, FOR EXAMPLE IP AS A STANDARD, THERE'S STILL SOME

03:12:10  19   FLEXIBILITY AND CREATIVITY IN HOW YOU CAN REFERENCE THAT

03:12:13  20   PROTOCOL.

03:12:15  21        WHAT NUMBER SIX IS SAYING IS AS A GENERAL CONVENTION, IT'S

03:12:19  22   USUALLY BETTER TO REFERENCE THE PROTOCOL, THOUGH THERE ARE

03:12:24  23   INSTANCES WHERE THAT'S NOT NECESSARILY THE CASE BECAUSE OF

03:12:28  24   AMBIGUITY OR CONFUSION THAT TAKES PLACE.

03:12:33  25        SO WHILE IT DOES SAY, FOR EXAMPLE, IP IN THE CASE OF MTU,

03:12:41  1    BECAUSE IT'S AN ABBREVIATION FOR MAXIMUM TRANSITION UNIT, IN

03:12:44  2    OTHER INSTANCES YOU HAVE TO MAKE DIFFERENT DECISIONS BECAUSE IT

03:12:47  3    MIGHT COMPETE WITH A DIFFERENT COMMAND.

03:12:49  4         SO THERE'S A LOT OF FACTORS THAT GO INTO A PERSON

03:12:52  5    CONSIDERING ULTIMATELY WHAT THE BEST CHOICE OR WHAT TWO GOOD

03:12:56  6    CHOICES MIGHT BE.

03:12:57  7    Q.   AND IN THAT ANSWER YOU TALKED ABOUT COMPETE WITH A

03:13:02  8    DIFFERENT COMMAND, COULD YOU EXPLAIN WHAT YOU MEAN THERE?

03:13:05  9    A.   SURE.

03:13:06  10        THERE ARE CERTAIN WORDS THAT HAVE DIFFERENT MEANINGS, THE

03:13:10  11   SAME WORD HAS A DIFFERENT MEANING AND DIFFERENT CONTEXT.  AND

03:13:13  12   WHILE YOU MIGHT BE ABLE TO INTUIT THE MEANING BASED ON WHICH

03:13:20  13   HIERARCHY YOU'RE IN, THE BETTER THAT YOU CAN AVOID AMBIGUITY IN

03:13:25  14   THE COMMAND, THE LESS PRONE YOU WILL BE TO ERRORS.

03:13:31  15        SO IN HAD SOME INSTANCES ONE ENGINEER MIGHT THINK THAT IP

03:13:36  16   MTU 576 IS A GOOD COMMAND.  IN ANOTHER INSTANCE, ANOTHER

03:13:40  17   ENGINEER MIGHT NOT LIKE MTU BECAUSE IT'S ALSO USED FOR ANOTHER

03:13:44  18   PROTOCOL.

03:13:45  19        AND SO THEY WANT TO DO SOMETHING THAT'S SPECIFIC TO IP IN

03:13:49  20   THIS INSTANCE.

03:13:50  21        SO THERE'S A LOT OF CONSIDERATIONS, A LOT OF DECISIONS, A

03:13:53  22   LOT OF CREATIVITY THAT GOES INTO SOMETHING, INTO DESIGNING ONE

03:14:00  23   OF THESE COMMANDS.

03:14:06  24   Q.   NOW MR. FISHER, IF WE COULD GO TO SLIDE 22.

03:14:09  25        SO CAN YOU SHOW US WHAT YOU ARE -- EXPLAIN TO US WHAT YOU

03:14:13  1    ARE ILLUSTRATING HERE, DR. ALMEROTH?

03:14:15  2    A.   SURE.

03:14:16  3         IF WE THINK ABOUT ONE PLACE WHERE CREATIVITY CAN EXIST,

03:14:19  4    AND THAT'S IN THE WORD CHOICE, YOU CAN LOOK AT A COMMAND THAT

03:14:23  5    EXISTS NOW, SHOW IP ACCESS LIST, AND REALLY YOU COULD CONSIDER

03:14:28  6    A BUNCH OF DIFFERENT OPTIONS FOR ANY ONE OF THOSE WORDS.

03:14:33  7         FOR EXAMPLE, FOR SHOW, YOU CAN USE DISPLAY OR PRINT OR

03:14:38  8    WATCH OR ANY OF THE OTHER COMMANDS THAT ARE -- ANY OF THE OTHER

03:14:43  9    WORDS THAT ARE ON THE LIST.

03:14:45  10   THE FACT THAT WE HAVE A NUMBER OF SHOW COMMANDS TODAY AND

03:14:48  11   WE THINK ABOUT SHOW TODAY, AND IF YOU ARE A NETWORK ENGINEER,

03:14:52  12   YOU UNDERSTAND SHOW VERY WELL AND WHAT THE HIERARCHY IS

03:14:55  13   SUPPOSED TO MEAN.  WE STILL HAVE TO GO BACK TO THE POINT IN

03:14:59  14   TIME WHEN SHOW IS BEING CONTEMPLATED, AND THINK ABOUT THE

03:15:03  15   CREATIVITY AND THE CHOICES THAT WERE MADE AT THAT TIME.

03:15:06  16   AND AT THE TIME, SOMETHING LIKE "DISPLAY" OR EVEN "DISP"

03:15:12  17   WOULD BE AN EQUAL NUMBER OF CHARACTERS, OR "VIEW" MIGHT HAVE

03:15:16  18   BEEN A COMPLETELY REASONABLE ALTERNATIVE.

03:15:18  19   THE SAME THING FOR IP, THE ONE I THINK IS REASONABLE ON

03:15:23  20   THAT LIST THAT APPEALS TO ME IN PARTICULAR, IS L3.  IP IS A

03:15:29  21   LAYER THREE PROTOCOL, IT'S EASY TO TYPE L3, PEOPLE IN THE

03:15:34  22   INDUSTRY KNOW WHAT IT IS, I THINK SHOW L3 ACCESS LISTS,

03:15:39  23   ESPECIALLY GIVEN THAT THERE'S L2 ACCESS LISTS, WOULD MAKE A LOT

03:15:44  24   OF SENSE TO ME.

03:15:45  25   AND SO IN OTHER WORDS, THERE'S DIFFERENT OPTIONS FOR ANY

03:15:48    1    OF THESE DIFFERENT WORDS THAT COULD BE SUBSTITUTED BY THE

03:15:51    2    PERSON WHO IS WRITING THE COMMAND AT THAT TIME.

03:15:54    3    Q.    SO THEN "ACCESS-LIST;" DO YOU SEE THAT?

03:15:59    4    A.    I DO.

03:16:00    5    Q.    NOW DOWN, YOU HAVE "ACL," AS ONE OF THE ABBREVIATIONS?

03:16:07    6    A.    YES.

03:16:07    7    Q.    IS THAT A MORE COMMON WAY TO REFER TO ACCESS LIST?

03:16:11    8    A.    IT IS.  AND IN FACT, IT'S COMMON ENOUGH THAT IT HAS ITS

03:16:15    9    OWN PRONUNCIATION.  I HEARD IT EARLIER THIS WEEK AND I'M NOT

03:16:18   10    SURE THEY EXPLAINED IT, BUT THE WORD IS ACL, YOU CAN JUST

03:16:22   11    PRONOUNCE THE LETTERS, IT'S NOT A REAL WORD.

03:16:25   12         BUT IT'S VERY COMMON FOR ENGINEERS TO TALK ABOUT ACL'S.

03:16:31   13    AFTER A WHILE, THEY USE ENOUGH OF THESE, IT STARTS TO SOUND

03:16:35   14    LIKE A FOREIGN LANGUAGE, BUT IT DOES MAKE SENSE TO THE

03:16:37   15    ENGINEERS WHO SEE THESE COMMANDS.

03:16:39   16    Q.    AND ACL, WHAT DOES THAT STAND FOR?

03:16:42   17    A.    ACCESS CONTROL LISTS, ACL.

03:16:44   18    Q.    NOW IF WE MOVE FORWARD, IN TERMS OF YOUR ANALYSIS, DID YOU

03:16:51   19    DECIDE WHETHER THE ARRANGEMENT PLAYS INTO THE CREATIVITY PART?

03:16:54   20    A.    I DO.  OR I DID.  AND IT DOES PLAY A ROLE.

03:17:03   21         IN FACT, IF YOU REMEMBER TO JUST TWO MINUTES AGO WHERE I

03:17:07   22    TALKED ABOUT THE PARSER-POLICE MANIFESTO THAT BOX NUMBER ONE

03:17:11   23    WAS ABOUT EXTENSIBLE.  AND PART OF THAT HAS TO DO WITH THE WORD

03:17:15   24    ORDER THAT YOU CAN USE.

03:17:16   25         AND SO YOU CAN USE SOMETHING LIKE SHOW IP ACCESS LISTS,

03:17:22  1    AGAIN IS OUR EXAMPLE.  AND REALLY YOU CAN ORGANIZE THOSE IN ANY

03:17:26  2    WAY.

03:17:27  3         AND ONE ENGINEER MIGHT SAY THE EMPHASIS HERE IS ON

03:17:30  4    DISPLAYING INFORMATION.  ANOTHER ONE MIGHT SAY, WELL THE

03:17:33  5    EMPHASIS REALLY IS ON ACCESS LISTS, SOY I COULD CREATE A

03:17:38  6    HIERARCHY CALLED ACCESS LISTS, I COULD IDENTIFY WHAT THE

03:17:42  7    PROTOCOL IS NEXT, IP OR OTHER KINDS OF ACCESS LISTS, AND THEN A

03:17:46  8    VERB TO SHOW WHAT THE CONFIGURATION IS, CONFIG TO CONFIGURE

03:17:52  9    THEM.

03:17:53  10        SO THE WORD CHOICE AND THE ORDERING HERE IS SOMETHING

03:17:56  11   THAT'S A -- I'M SORRY, THE WORD ORDER IS A CREATIVE ENDEAVOR.

03:18:00  12   Q.   SO THEN IN TERMS OF THE ARRANGEMENT OF THE WORDS, HOW DOES

03:18:05  13    THAT PLAY INTO THE ORGANIZATION OF THESE MULTIWORD COMMANDS?

03:18:09  14   A.   SURE.  ON THIS DEMONSTRATIVE, IT'S BACK TO THE

03:18:12  15    REPRESENTATION OF SHOW IP ACCESS LISTS BECAUSE "SHOW" IS FIRST,

03:18:20  16    IT GOES INTO THE "SHOW HIERARCHY."

03:18:24  17        THE NEXT DEMONSTRATIVE SHOWS YOU COULD HAVE ACTUALLY PUT

03:18:26  18   IT INTO A DIFFERENT HIERARCHY.  YOU COULD HAVE PUT IT INTO THE

03:18:30  19   IP HIERARCHY SO THEN THE COMMAND WOULD BE IP SHOW ACCESS LIST.

03:18:34  20        EITHER WOULD BE POSSIBLE.  EITHER WOULD BE AN OPTION.

03:18:37  21   THERE'S NO CONSTRAINT OR LIMITATION THAT IT'S ONE VERSUS THE

03:18:40  22   OTHER.

03:18:41  23        AND SO THE FACT THAT WE HAVE IT NOW, WAS BASED ON A

03:18:47  24   CREATIVE CHOICE BY THE ENGINEER WHO DEVELOPED IT AT THAT TIME.

03:18:52  25   Q.   NOW BASED UPON YOUR REVIEW IN THIS CASE, DID YOU BECOME

03:18:55  1    FAMILIAR WITH SOME OF THE CONSIDERATIONS FOR DECIDING TO

03:18:59  2    STRUCTURE A COMMAND ONE WAY VERSUS ANOTHER WAY?

03:19:02  3    A.   YES.

03:19:02  4    Q.   AND CAN YOU EXPLAIN TO US WHAT THAT IS?

03:19:05  5    A.   SURE.

03:19:06  6         SO FIRST OF ALL, THERE ARE LOTS OF DIFFERENT

03:19:08  7    CONSIDERATIONS AND SOME PEOPLE WILL CONSIDER DIFFERENT

03:19:12  8    CONSIDERATIONS DIFFERENTLY.

03:19:14  9         I THINK THE ONE THAT I'VE HIGHLIGHTED SO FAR IS THE USE OF

03:19:18 10    THE HYPHEN, SOME PEOPLE SAY IT'S GOOD, SOME PEOPLE SAY IT'S

03:19:22 11    BAD.  THE MANIFESTO SAID NOT TO USE HYPHENS.

03:19:29 12         BUT IF YOU GO BACK TO SLIDE 11, FOR EXAMPLE, THE FIGURE

03:19:35 13    THAT DISPLAYED ALL THE COMMANDS, THE 506 AT ISSUE, THERE'S LOTS

03:19:40 14    OF COMMANDS THAT HAVE HYPHENS.

03:19:42 15         SO IN SOME INSTANCES IT'S A DESIGN CONSIDERATION WHETHER

03:19:45 16    TOO USE A HYPHEN OR NOT.  IT'S A CONSIDERATION WHETHER TO USE

03:19:50 17    ONE WORD VERSUS ANOTHER OR NOT.

03:19:52 18         IN SOME CASES THE RECOMMENDATIONS AS DESCRIBED IN THE

03:19:57 19    MANIFESTO ARE ADHERED TO, SOMETIMES THERE'S EXCEPTIONS, BUT

03:20:03 20    ULTIMATELY WHAT YOU HOPE TO HAVE IS A CONSISTENT MEMORABLE

03:20:07 21    COMMAND-LINE INTERFACE INSTEAD OF MULTIWORD COMMANDS.

03:20:11 22    Q.   IF WE COULD GO TO SLIDE 26, MR. FISHER.

03:20:15 23         SO NOW I WANT TO TALK ABOUT THE COMMAND OUTPUTS THAT YOU

03:20:19 24    DESCRIBED A BIT AGO AND TALK ABOUT YOUR ANALYSIS OF THE CREDIT

03:20:24 25    ACTIVITY THERE, OKAY.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                1232

03:20:25  1    A.   CERTAINLY.

03:20:27  2    Q.   SO WHAT DID YOU DO TO DO THAT ANALYSIS?

03:20:31  3    A.   SO FOR THE SCREEN OUTPUTS, WHAT I WAS ABLE TO DO WAS ALSO

03:20:35  4    LOOK AT THE USER MANUALS, LOOK AT THE SAME KINDS OF E-MAIL

03:20:38  5    EXCHANGES WHERE THERE WERE DISCUSSIONS ABOUT WHAT SOME OF THE

03:20:43  6    OUTPUTS SHOULD BE, THE SAME KINDS OF MATERIALS THAT I HAD

03:20:48  7    DISCUSSED PREVIOUSLY THAT I HAD CONSIDERED AS PART OF THIS

03:20:50  8    QUESTION.

03:20:51  9    Q.   AND SO YOU TALKED ABOUT THIS EXAMPLE BEFORE WHERE YOU TYPE

03:20:57  10   IN A COMMAND AND THEN YOU GET AN OUTPUT BACK.

03:21:00  11        CAN YOU EXPLAIN TO US WHAT YOU BELIEVE TO BE THE

03:21:06  12   CREATIVITY IN THE OUTPUT?

03:21:08  13   A.   SURE.  THE CREATIVITY HERE, IF YOU CAN SEE THE WORDS ON

03:21:13  14   THE SCREEN HERE, THERE REALLY IS A LOT OF VARIABILITY IN HOW

03:21:19  15   YOU CAN ORGANIZE THIS INFORMATION.  THIS IS FOR THE COMMAND

03:21:23  16   "SHOW SPANNING-TREE," AND IT PROVIDES SOME INFORMATION ABOUT

03:21:28  17   WHAT PROTOCOL IS ENABLED.

03:21:31  18        AND THEN THERE ARE DIFFERENT FIELDS, AND THEN AFTER THE

03:21:33  19   FIELDS ARE INFORMATION ABOUT THE STATUS OF THE ROUTER.

03:21:37  20        NOW THE FIELDS THEMSELVES AND THE NAMES OF THE FIELDS

03:21:41  21   DON'T CHANGE FROM ONE INSTANCE TO THE NEXT IF YOU WERE

03:21:51  22   EXECUTING THESE COMMANDS ON AN OPERATING ROUTER, BUT THE VALUES

03:21:54  23   THAT GO INTO THOSE FIELDS.

03:21:56  24        NOW IN AND INSTANCE THE VALUES HAVE THE SAME UNITS.  IT

03:22:00  25   MIGHT MEGABITS PER SECOND IN THE COUNTER OF PACKETS THAT WERE

03:22:03  1      LOST.

03:22:03  2           SO ALL OF THE INFORMATION THAT'S DISPLAYED CAN BE REALLY

03:22:06  3      ORGANIZED IN ANY FASHION.  YOU COULD DO IT IN TABLES, YOU COULD

03:22:09  4      DO IT IN LINES.  THERE REALLY IS A LOT OF CREATIVITY INVOLVED

03:22:13  5      IN DECIDING AND ORGANIZING THE INFORMATION HERE.

03:22:18  6      Q.   NOW IN CONNECTION WITH YOUR ANALYSIS OF THE OUTPUTS, DID

03:22:21  7      YOU DETERMINE WHETHER THERE WERE ANY SIGNIFICANT CONSTRAINTS ON

03:22:25  8      HOW YOU COULD CONSTRUCT THESE OUTPUTS?

03:22:27  9      A.   I DID.  AND THERE REALLY AREN'T.  YOU CAN INCLUDE ANY

03:22:33  10     INFORMATION, YOU CAN ORGANIZE IT IN ANY WAY.

03:22:37  11          THERE MIGHT BE CONSTRAINTS LIKE YOU HAVE TO USE ENGLISH OR

03:22:41  12     SOMETHING LIKE THAT, BUT THAT'S NOT REALLY A SIGNIFICANT

03:22:44  13     CONSTRAINT THAT IMPINGES ON THE ABILITY OF THE PERSON DESIGNING

03:22:49  14     THIS OUTPUT TO EXERCISE CREATIVITY IN WHAT THOSE CHOICES MIGHT

03:22:57  15     BE.

03:22:57  16     Q.   NOW I WANT TO GO FORWARD TO THE HELP DESCRIPTIONS.  YOU

03:23:00  17     DESCRIBED THOSE FOR US.

03:23:02  18          WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:23:07  19     HELP DESCRIPTIONS AND THE CREATIVITY THERE.

03:23:10  20     A.   THE ANALYSIS AGAIN, WAS VERY SIMILAR, I CAN LOOK AT THE

03:23:14  21     USER MANUALS.

03:23:15  22          I CAN LOOK AT THE SWITCHES THEMSELVES IN SOME INSTANCES.

03:23:21  23     AND I CAN LOOK AT THE HELP DESCRIPTIONS THAT ARE EXPECTED TO BE

03:23:24  24     PRODUCED ON THE SWITCHES WHEN THEY'RE RUNNING THE OPERATING

03:23:29  25     SYSTEM.

03:23:30   1        AND SO THERE'S AN ANIMATION HERE THAT SHOWS FOR THE

03:23:33   2   COMMAND "SNMP-SERVER HOST VERSION?"  AND THEN IT RETURNS THE

03:23:40   3   RESPONSE, "SNMP VERSION TO USE FOR NOTIFICATION MESSAGES."

03:23:46   4        AND MY UNDERSTANDING OF THE PROCESS BY WHICH THOSE ARE

03:23:50   5   CREATED IS CREATIVE.  THERE AREN'T REALLY CONSTRAINTS ON WHAT

03:23:56   6   THE USER OR THE PERSON DESIGNING THOSE COMMANDS IS ALLOWED TO

03:24:00   7   INCLUDE IN TERMS OF THE HELP INFORMATION.

03:24:03   8   Q.   NOW I WANT TO MOVE FORWARD TO THE NEXT ELEMENT OF THE USER

03:24:10   9   INTERFACE THAT YOU DESCRIBED WHICH IS THE MODES AND PROMPTS AND

03:24:14   10  THE ARRANGEMENT OF THE MODES AND PROMPTS?

03:24:16   11  A.   YES.

03:24:17   12  Q.   WHAT DID YOU DO IN CONNECTION WITH YOUR ANALYSIS OF THE

03:24:20   13  CREATIVITY THERE?

03:24:20   14  A.   IT'S A SIMILAR KIND OF METHODOLOGY.  I LOOKED AT WHAT THE

03:24:25   15  DOCUMENTS WOULD SAY ABOUT MODES AND PROMPTS AND ALSO WHAT THE

03:24:30   16  DOCUMENTS SAY ABOUT THE PROCESS BY WHICH THESE WERE DESIGNED.

03:24:35   17  I REVIEWED DEPOSITION TESTIMONY.  I BELIEVE MR. LOUGHEED

03:24:38   18  TESTIFIED ABOUT THIS ON MONDAY.

03:24:43   19       AND SO THE IDEA THAT YOU HAVE THE EXECUTIVE, THE EXEC

03:24:50   20  INTERFACE AND THEN THE PRIVILEGE AND THEN THE GLOBAL

03:24:53   21  CONFIGURATION AND THEN THE INTERFACE CONFIGURATION MODES AND

03:24:57   22  THEN THE CORRESPONDING PROMPTS, THERE'S OTHER WAYS THAT THAT

03:25:01   23  COULD HAVE BEEN ORGANIZED, OTHER NAMES THAT COULD HAVE BEEN

03:25:05   24  USED, AND SO IT'S CLEAR THAT THERE WAS A CREATIVE PROCESS IN

03:25:12   25  THE MODES AND PROMPTS AS WELL.

03:25:13    1    Q.   IN CONNECTION WITH YOUR ANALYSIS OF THE CASE, HAD YOU SEEN

03:25:19    2    ANYTHING TO INDICATE THAT SOMEBODY ELSE BEFORE CISCO HAD THE

03:25:21    3    ARRANGEMENT THAT YOU JUST DESCRIBED OF MODES AND PROMPTS?

03:25:25    4    A.   NO, NOT THOSE FOUR MODES AND PROMPTS THAT ARE AT ISSUE

03:25:28    5    HERE.

03:25:29    6    Q.   NOW JUST SO I UNDERSTAND, SO IS IT POSSIBLE, CAN YOU JUST

03:25:35    7    JUMP FROM THE TOP LEVEL MODE ALL THE WAY DOWN TO THE INTERFACE

03:25:43    8    MODE?

03:25:43    9    A.   NO AS PART OF THE STRUCTURE OF THE MODES AND PROMPTS, THEY

03:25:45   10    ARE NESTED, MEANING YOU HAVE TO BE IN THE FIRST MODE, THE EXEC

03:25:52   11    MODE, AND FROM THERE YOU CAN ONLY GET TO THE PRIVILEGED MODE.

03:25:56   12        THEN ONCE YOU ARE IN THE PRIVILEGED MODE, YOU HAVE TO GO

03:25:58   13    TO THE GLOBAL CONFIGURATION AND THEN TO THE INTERFACE

03:26:01   14    CONFIGURATION MODE.

03:26:01   15        SO THEY ARE NESTED THAT WAY.  AND THAT WAS A CREATIVE

03:26:06   16    DECISION.  THEY DIDN'T HAVE TO BE NESTED, YOU COULD GO TO ANY

03:26:10   17    MODE AS AN ALTERNATIVE.

03:26:11   18        AND SO THAT WAS SOMETHING THAT WAS DESIGNED AND SPECIFIED

03:26:15   19    THAT WAY ON PURPOSE.

03:26:17   20    Q.   NOW, I WANT TO GO FORWARD TO SLIDE 29, PLEASE, AND TALK

03:26:27   21    ABOUT THE USER MANUALS; DO YOU SEE THAT?

03:26:29   22    A.   YES.

03:26:30   23    Q.   NOW, IN YOUR -- WHAT DID YOU DO FOR YOUR ANALYSIS OF THE

03:26:35   24    POTENTIAL CREATIVITY OF THE USER MANUALS?

03:26:36   25    A.   HERE AGAIN, I RELIED ON SIMILAR KINDS OF INFORMATION.

03:26:41  1    CLEARLY WHEN YOU HAVE A MULTI HUNDRED PAGE MANUAL THAT'S

03:26:44  2    ESSENTIALLY LIKE A BOOK, THERE'S ALL SORTS OF WAYS IN WHICH THE

03:26:48  3    INFORMATION CAN BE ORGANIZED WITHIN THAT MANUAL, WHAT THE

03:26:53  4    INFORMATION SAYS EXACTLY, THE WORD CHOICES THAT ARE USED TO

03:26:57  5    DESCRIBE ASPECTS OF THE SWITCH OR ROUTER.

03:27:01  6         IT REALLY IS ON PAR WITH A BOOK.  AND YOUR ABILITY TO PUT

03:27:08  7    INTO INFORMATION IN THAT MANUAL THAT YOU WANT.

03:27:10  8    Q.   SO THEN IN TERMS OF THE FOUR ELEMENTS OF THE USER

03:27:14  9    INTERFACE, LET'S TAKE THAT, THOSE FIRST.  DID YOU REACH ANY

03:27:18  10   CONCLUSION AS TO THE ORIGINALITY AND CREATIVITY OF THOSE

03:27:23  11   ELEMENTS?

03:27:23  12   A.   YES.  FOR THE USER INTERFACE, THAT INCLUDED THE FOUR

03:27:27  13   COMPONENTS, THE MULTIWORD COMMANDS, THE OUTPUTS, THE HELP

03:27:32  14   DESCRIPTIONS, THE MODES AND PROMPTS, AND THAT WAS THE USER

03:27:36  15   INTERFACE FOR EACH OF IOS, IOS XR, IOS XE, AND NX-OS, I HAD

03:27:43  16   FOUND THAT THERE WAS CREATIVITY IN THE WAY THAT ALL FOUR OF

03:27:49  17   THOSE COMPONENTS WERE DETERMINED.

03:27:51  18   Q.   AND DID YOU ANALYZE, IN TERMS OF WHAT WE JUST WALKED

03:27:55  19   THROUGH IN DESCRIBING YOUR ANALYSIS, DID YOU DO THAT FOR EACH

03:27:58  20   OF THE USER INTERFACES AT ISSUE IN THIS CASE?

03:28:00  21   A.   YES, I DID.

03:28:02  22   Q.   AND THEN WITH RESPECT TO THE USER DOCUMENTATION, THE

03:28:07  23   MANUALS THAT ARE AT ISSUE THEMSELVES, DID YOU REACH A

03:28:10  24   CONCLUSION ABOUT THE ORIGINALITY AND CREATIVITY THERE?

03:28:13  25   A.   YES, I DID.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                1237

03:28:14  1         FOR THE USER MANUALS THAT HAVE BEEN IDENTIFIED, I ALSO

03:28:18  2   DETERMINED THAT THEY WERE -- THE PROCESS BY WHICH THEY WERE

03:28:25  3   DEVELOPED WAS A CREATIVE PROCESS AND THAT ULTIMATELY THE

03:28:31  4   PRODUCTS THEMSELVES WERE CREATED.

03:28:33  5   Q.  AND WAS THAT TRUE WITH RESPECT TO ALL THE MANUALS THAT YOU

03:28:35  6   LOOKED AT?

03:28:36  7   A.  YES, IT IS.

03:28:37  8   Q.  NOW, I WANT TO GO FORWARD TO SLIDE 32, MR. FISHER.  THANK

03:28:45  9   YOU, SIR.

03:28:46  10        SO LET'S TALK ABOUT WHAT YOU DESCRIBED AS THE SECOND

03:28:50  11  ASPECT OF THE ANALYSIS THAT YOU WERE ASKED TO DO, AT LEAST FOR

03:28:54  12  YOUR TESTIMONY HERE TODAY.

03:28:55  13        CAN YOU REMIND US WHAT THAT IS?

03:28:57  14  A.  SURE, THAT WAS TO ANALYZE WHETHER OR NOT ARISTA HAD COPIED

03:29:00  15  CISCO'S COPYRIGHTED WORKS.

03:29:03  16  Q.  NOW, HOW DID YOU GO ABOUT DOING THAT?

03:29:10  17  A.  SURE.

03:29:11  18        IF YOU GO TO SLIDE 33, THERE'S TWO DIFFERENT PRONGS THAT I

03:29:15  19  LOOKED AT.  IN PARTICULAR, WHETHER OR NOT THERE WAS EVIDENCE OF

03:29:18  20  DIRECT COPYING, WHERE THERE WAS TESTIMONY OR EVIDENCE OR

03:29:22  21  SOMETHING THAT SAID, YES, ARISTA HAD COPIED WHAT CISCO'S

03:29:29  22  COPYRIGHTED WORKS WERE.

03:29:30  23        AND THEN SEPARATELY, I ALSO DID AN ANALYSIS TO DETERMINE

03:29:34  24  WHETHER OR NOT ARISTA HAD ACCESS TO THE CISCO COPYRIGHTED

03:29:37  25  MATERIALS AND WHETHER THERE WAS SIMILARITY BETWEEN CISCO'S

03:29:41   1      COPYRIGHTED MATERIALS AND WHAT ARISTA WAS DOING.

03:29:44   2      Q.   NOW, WITH RESPECT TO THAT FIRST PRONG, THE EVIDENCE OF

03:29:52   3      DIRECT COPYING?

03:29:53   4      A.   YES.

03:29:54   5      Q.   DID YOU FIND EVIDENCE OF DIRECT COPYING?

03:29:57   6      A.   I DID.

03:29:59   7           MR. VAN NEST:  OBJECTION, YOUR HONOR.

03:29:59   8      THIS GOES INTO VOUCHING AND LACKS FOUNDATION.

03:30:02   9           THE COURT:  SUSTAINED.

03:30:03   10          MR. NELSON:  HE'S NOT GOING TO SUMMARIZE IT, I JUST

03:30:06   11     WANT HIS CONCLUSION, YOUR HONOR.

03:30:08   12          THE COURT:  OKAY.

03:30:09   13          MR. NELSON:

03:30:09   14     Q.   AND WHAT DID YOU CONCLUDE THERE?

03:30:11   15     A.   I CONCLUDED THAT FOR EACH OF THE FOUR USER INTERFACES,

03:30:14   16     FROM IOS, IOS XE, IOS XR AND NX-OS, THAT THERE WAS COPYING BY

03:30:22   17     ARISTA.  AND THE SAME FOR THE USER MANUALS.

03:30:27   18     Q.   NOW LET'S GO TO SLIDE 34.

03:30:35   19          AND I WANT TO JUST TALK ABOUT THE PRODUCTS THAT ARE AT

03:30:41   20     ISSUE HERE.  COULD YOU JUST EXPLAIN TO US THE PRODUCTS THAT ARE

03:30:48   21     AT ISSUE HERE?

03:30:49   22     A.   YES, THE PRODUCTS THAT ARE AT ISSUE ARE ALL OF ARISTA'S

03:30:52   23     SWITCHES.

03:30:53   24          AND THE REASON FOR THAT IS THAT THEY ALL RUN EOS, THE

03:30:58   25     EXTENSIBLE OPERATING SYSTEM.  THE OPERATING SYSTEM THAT ARE RUN

03:31:01  1    ON THE SWITCHES ARE SIMILAR TO WHAT CISCO CALLS ITS IOS, THE

03:31:05  2    INTERNETWORK OPERATING SYSTEM.  AND BECAUSE EOS RUNS ON ALL OF

03:31:08  3    THE SWITCHES, AND I'VE LOOKED AT EOS AND ITS USER INTERFACE, I

03:31:14  4    HAVE DETERMINED THAT ALL OF THE PRODUCTS THAT ARISTA HAS ARE AT

03:31:18  5    ISSUE HERE.

03:31:21  6    Q.   NOW I WOULD LIKE TO GO FORWARD TO SLIDE 35.

03:31:27  7         SO IN CONNECTION WITH THE -- THAT SECOND PART OF THE

03:31:30  8    ANALYSIS, CAN YOU JUST TELL US WHAT, WHAT YOU DID GENERALLY TO

03:31:34  9    DO THAT?

03:31:35  10   A.   YES.  I LOOKED AT SOME OF THE SAME INFORMATION, THE

03:31:41  11   COMPLAINT, THE INTERROGATORY RESPONSES, THE DOCUMENTS,

03:31:45  12   DEPOSITION TESTIMONY, INFORMATION AVAILABLE LOOKING AT THE

03:31:50  13   SWITCHES THEMSELVES, TO SEE WHETHER OR NOT THERE WAS EVIDENCE

03:31:55  14   OF COPYING.

03:31:57  15   Q.   NOW CAN YOU GO TO EXHIBIT 295 IN YOUR BINDER?

03:32:19  16   A.   I'VE GOT TEN BINDERS OF EXHIBITS.

03:32:23  17             MR. NELSON:  SORRY ABOUT THAT.

03:32:28  18             THE WITNESS:  OKAY.  I'M THERE.

03:32:30  19   Q.   AND CAN YOU TELL US WHAT EXHIBIT 295 IS?

03:32:33  20   A.   IT'S THE EOS CLI CONVENTIONS AND STYLE GUIDELINES THAT

03:32:38  21   COMES FROM ARISTA.

03:32:39  22   Q.   AND IS THIS SOMETHING THAT YOU CONSIDERED IN FORMING YOUR

03:32:43  23   OPINIONS?

03:32:44  24   A.   IT IS.

03:32:44  25   Q.   AND HOW IS IT THAT THIS INFORMED YOUR OPINION?

03:32:48  1      A.   IT INFORMS MY OPINION, IT'S AS THE TITLE INDICATES, IT'S

03:32:53  2      THE STYLE GUIDE THAT'S TO BE USED WITHIN ARISTA FOR ITS

03:32:58  3      DEVELOPMENT OF COMMANDS.

03:33:04  4            MR. NELSON:  AND AT THIS POINT, I MOVE EXHIBIT 295

03:33:06  5      INTO EVIDENCE YOUR HONOR.

03:33:06  6            MR. VAN NEST:  NO OBJECTION YOUR HONOR.

03:33:07  7            THE COURT:  IT WILL BE ADMITTED.

03:33:10  8      (PLAINTIFF'S EXHIBIT 295, WAS ADMITTED INTO EVIDENCE.)

03:33:10  9      BY MR. NELSON:

03:33:13  10     Q.   SO CAN YOU TELL US WHAT PART OF THIS WAS RELEVANT TO YOUR

03:33:18  11     OPINIONS ON THE SIMILARITY IN ACCESS?

03:33:23  12     A.   SURE.  IF YOU GO TO THE SECOND PAGE --

03:33:27  13     Q.   OKAY.

03:33:28  14     A.   -- AND ABOUT THIS SECTION HERE.  UNDER FOLLOWING THE

03:33:34  15     INDUSTRY STANDARD.  THERE'S A PORTION THAT SAYS, IN LOOKING FOR

03:33:41  16     INDUSTRY STANDARD MODELS TO FOLLOW, PLEASE LOOK IN THE

03:33:43  17     FOLLOWING ORDER OF PREFERENCE:  IOS, NX-OS, IOS XR, AND JUNOS.

03:33:52  18           AND WHAT THIS IS SAYING IS IN THE CONTEXT OF THE FIRST

03:33:56  19     PARAGRAPH, I THINK IT'S PROBABLY IMPORTANT THAT I READ THAT AS

03:33:58  20     WELL.  IT SAYS, "THE FIRST AND PROBABLY MOST IMPORTANT

03:34:03  21     CONVENTION IN OUR CLI IS TO FOLLOW THE INDUSTRY STANDARD.  IF

03:34:07  22     THE COMMANDS FOR A GIVEN FEATURE ARE ALREADY OUT THERE IN THE

03:34:11  23     INDUSTRY, WE DON'T ADD VALUE BY COMING UP WITH ANOTHER COMMAND

03:34:16  24     MODEL THAT IS SIMILAR BUT DIFFERENT.  ALL WE ACCOMPLISH IN

03:34:20  25     DOING THAT IS TO MAKE IT HARDER FOR OUR CUSTOMERS TO LEARN HOW

03:34:24  1    TO USE OUR SWITCHES AND ROUTERS."

03:34:26  2         AND SO THE DIRECTION IS TO LOOK AT COMMANDS IN IOS, NX-OS,

03:34:34  3    IOS XR AND JUNOS, IN THAT ORDER.

03:34:37  4    Q.    NOW THE FIRST THREE, IOS, NX-OS, AND IOS XR, CAN YOU

03:34:42  5    REMIND US WHAT THOSE ARE?

03:34:44  6    A.    THOSE ARE CISCO'S USER INTERFACES.

03:34:46  7    Q.    AND ARE THEY AT ISSUE IN THE CASE HERE?

03:34:48  8    A.    YES, SIR.

03:34:48  9    Q.    SO THEN HOW DID WHAT YOU LOOKED AT HERE IN EXHIBIT 295

03:34:54  10   INFORM YOUR OPINION ABOUT ACCESS AND SIMILARITY?

03:34:57  11   A.    THAT ARISTA WAS INSTRUCTING THE READERS OF THIS GUIDE,

03:35:02  12   THOSE ARISTA EMPLOYEES DEVELOPING COMMANDS, TO LOOK FIRST TO

03:35:07  13   CISCO'S THREE USER INTERFACES FOR WHAT THE COMMANDS SHOULD BE.

03:35:12  14   Q.    NOW LET'S JUST TAKE IOS AS AN EXAMPLE.  ARE THE COMMANDS

03:35:20  15   FOR IOS, IS THAT SOMETHING THAT'S PUBLIC?

03:35:22  16   A.    YES, YES, THEY ARE.

03:35:24  17   Q.    AND HOW SO?

03:35:25  18   A.    WELL, CISCO PUBLISHES ITS MANUALS.  THERE ARE URL'S OR WEB

03:35:32  19   ADDRESSES, AND YOU SEE THESE INCLUDED IN ARISTA E-MAILS WHERE

03:35:36  20   IT SAYS, IF YOU WANT TO UNDERSTAND THE SYNTAX FOR A COMMAND,

03:35:42  21   WHAT THE OUTPUTS OF A COMMAND ARE, HERE'S THE LINK ON THE WEB,

03:35:45  22   THE PUBLICLY AVAILABLE LINK THAT IF YOU CLICK ON, WILL GO TO A

03:35:49  23   WEB PAGE THAT INCLUDES THE USER MANUAL AND YOUR APPROPRIATE

03:35:53  24   SECTION.

03:35:54  25   Q.    SO NOW I WOULD LIKE YOU TO TURN TO ANOTHER DOCUMENT IN

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1242

03:35:59   1      YOUR BINDER WHICH IS EXHIBIT 545.

03:36:17   2              MR. NELSON:  IT'S A LOT OF BINDERS, I'M SORRY,

03:36:20   3      YOUR HONOR.

03:36:22   4              THE WITNESS:  I'M STILL LOOKING FOR IT.  I DON'T SEE

03:36:31   5      IT.

03:36:34   6              THE COURT:  IT'S NOT SOMETHING I HAVE.

03:36:36   7              MR. NELSON:  IT'S NOT IN YOUR BINDER?

03:36:38   8              THE COURT:  NOT 545, NO.

03:36:45   9      BY MR. NELSON:

03:36:45  10      Q.   IF YOU COULD GO TO SLIDE -- THE NEXT SLIDE.

03:37:00  11      A.   I THINK THAT WAS SLIDE 37.

03:37:02  12      Q.   37.

03:37:17  13           CAN YOU TELL US WHAT WE'RE LOOKING AT HERE?

03:37:19  14      A.   SURE.  THIS IS EXHIBIT 3623, AND THE TITLE OF THIS

03:37:24  15      SPREADSHEET IS "WHO WANTS WHAT."  AND THAT'S A SPREADSHEET THAT

03:37:28  16      INCLUDES FEATURE REQUESTS FROM CUSTOMERS.

03:37:32  17      Q.   AND HOW DID THIS DOCUMENT INFORM YOUR OPINION ABOUT ACCESS

03:37:38  18      AND SIMILARITY?

03:37:39  19      A.   WHAT THIS IS INFORMATION ABOUT IS THERE ARE A COUPLE OF

03:37:46  20      HIGHLIGHTED ROWS HERE.

03:37:47  21           AND FOR EXAMPLE, THE FIRST ROW THAT'S HIGHLIGHTED IS FOR

03:37:50  22      ACL CONFIG VALIDATION.  AND WHAT'S BEING REQUESTED HERE IS THE

03:37:55  23      ABILITY TO TEST DEPLOY IN ACL.

03:37:58  24           AND WHAT THE CUSTOMER IS ASKING FOR IS FUNCTIONALITY

03:38:03  25      THAT'S IDENTICAL TO WHAT'S IN CISCO, AND THAT FUNCTIONALITY

03:38:07  1    PLUS WHAT THE COMMAND STRUCTURE IS AND THE OUTPUTS OF THAT

03:38:11  2    COMMAND, AND THE REFERENCE IS TO A NEXUS 5000 USER MANUAL FROM

03:38:17  3    CISCO.

03:38:22  4         THERE'S ANOTHER ONE FOR BGP PEER TEMPLATES AND THE COMMENT

03:38:27  5    IS A REFERENCE TO IOS.  AGAIN, THAT'S THE CISCO OPERATING

03:38:30  6    SYSTEM.

03:38:31  7         THERE'S ALSO A FEATURE REQUEST FOR SH INT TRUNK.  AND THE

03:38:38  8    EXPANDED VERSION OF THAT IS SHOW INTERFACE TRUNK.  AND THE

03:38:42  9    COMMENT THERE IS TO AGAIN TO MIMIC WHAT CISCO WAS DOING.

03:38:46  10   Q.   AND HOW WAS IS THAT THAT INFORMED YOUR OPINION ABOUT

03:38:51  11   SIMILARITY AND ACCESS?

03:38:52  12   A.   WHAT IT'S DESCRIBING IS THAT THERE ARE REQUESTS THAT ARE

03:38:55  13   THEN FOLLOWED UP ON BY ARISTA TO IMPLEMENT COMMANDS AND

03:39:01  14   PROVIDING THE CORRESPONDING USER INTERFACE FOR THAT COMMAND,

03:39:04  15   INCLUDING WHAT THE MULTIWORD COMMAND IS, WHAT THE OUTPUT OF THE

03:39:08  16   COMMAND IS, THAT IS AN ATTEMPT TO MIMIC OR COPY CISCO.

03:39:13  17   Q.   NOW I WOULD LIKE TO, I WOULD LIKE YOU TO TURN TO

03:39:19  18   EXHIBIT 488 NOW, THIS ONE IS IN EVIDENCE, SO IF WE COULD PUT

03:39:25  19   THAT UP ON THE SCREEN.

03:39:32  20        AND CAN YOU TELL US WHAT EXHIBIT 488 IS?

03:39:35  21   A.   SURE.  THAT'S AN ARISTA USABILITY COMPARISON STUDY.  AND

03:39:42  22   IF YOU LOOK AT WHAT THE PURPOSE AND OVERVIEW OF THE DOCUMENT

03:39:49  23   IS --

03:39:49  24   Q.   PAGE 7, I BELIEVE; IS THAT RIGHT?

03:39:51  25   A.   YES, IT'S AFTER THE TABLE OF CONTENTS.

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1244

03:39:54  1          AND IT SAYS, THE PURPOSE OF THIS STUDY WAS TO GAUGE THE

03:39:57  2     LEVEL OF ADJUSTMENT REQUIRED FOR A NETWORK ENGINEER TO

03:39:59  3     TRANSITION FROM A FAMILIAR IOS PLATFORM, THAT'S CISCO, TO AN

03:40:04  4     NX-OS PLATFORM, AND THAT'S ALSO CISCO, AND EOS PLATFORM, SO

03:40:12  5     THAT'S ARISTA.

03:40:12  6          SO THE PURPOSE OF THIS STUDY IS TO COMPARE TWO CISCO USER

03:40:18  7     INTERFACES WITH THE EOS USER INTERFACE.

03:40:20  8     Q.   AND DO YOU KNOW WHAT THE CONCLUSION WAS OF THE STUDY?

03:40:24  9     A.   THE CONCLUSION GENERALLY WAS THAT THEY WERE VERY SIMILAR

03:40:28  10    IN THINGS LIKE THE COMMANDS, THE CONFIGURATIONS, THE HELP

03:40:37  11    OUTPUTS, AND THERE ARE DETAILED GRAPHICS IN THIS DOCUMENT THAT

03:40:41  12    SHOW THAT.

03:40:41  13    Q.   AND WHEN YOU SAY THE CONFIGURATIONS, WHAT DOCUMENT?

03:40:44  14    A.   BY CONFIGURATIONS, I MEAN THE MULTIWORD COMMANDS THAT --

03:40:49  15    THE WAY THIS STUDY WORKED WAS FOR THE TESTER TO TAKE THE SAME

03:40:56  16    SETS OF COMMANDS AND TYPE THEM ON AN IOS, A DEVICE RUNNING IOS,

03:41:04  17    A DEVICE RUNNING NX-OS, AND A DEVICE RUNNING EOS, AND TO LOOK

03:41:09  18    AT WHETHER THE SYNTAX, THE FORMAT OF THE COMMAND WAS THE SAME

03:41:13  19    ON ALL THREE, AND THEN WHETHER OR NOT THE OUTPUTS WERE THE

03:41:17  20    SAME, AND THERE WAS ALSO A TESTING OF THE HELP DESCRIPTIONS AS

03:41:20  21    WELL.

03:41:22  22          MR. VAN NEST:  EXCUSE ME, YOUR HONOR.  I DON'T HAVE

03:41:24  23    AN OBJECTION TO THIS EXHIBIT, BUT IT'S NOT CURRENTLY IN

03:41:26  24    EVIDENCE.

03:41:27  25          THE COURT:  OH.  THANK YOU FOR THAT.

03:41:28   1          MR. VAN NEST:  I DON'T HAVE AN OBJECTION TO IT, SO IF

03:41:30   2   YOU WANT TO MOVE IT, BUT IT HAS NOT BEEN ADMITTED, BASED ON OUR

03:41:34   3   SHEET.

03:41:34   4          MR. NELSON:  IT WAS ATTACHED TO THAT E-MAIL, AND I

03:41:37   5   KNEW THEY HAD AN OBJECTION TO THE E-MAIL, BUT I WILL MOVE THIS

03:41:40   6   VERSION IN.  I APOLOGIZE.

03:41:41   7          MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

03:41:42   8          THE COURT:  THANK YOU.

03:41:42   9      I APPRECIATE THAT, AND IT WILL BE SEPARATELY ADMITTED.

03:41:46  10   (PLAINTIFF'S EXHIBIT 488, WAS ADMITTED INTO EVIDENCE.)

03:41:46  11          MR. NELSON:  THANK YOU, YOUR HONOR.

03:41:47  12   Q.  SO DR. ALMEROTH, STAYING ON THIS IDEA OF CONFIGURATION, I

03:41:54  13   MEAN, ARE THERE CONFIGURATION FILES, IS THAT SOMETHING THAT YOU

03:41:58  14   HEARD OF OR CONFIGURATION STRUCTURES FOR THESE SWITCHES?

03:42:04  15   A.  YES.  AND HERE'S WHERE THAT COMES INTO PLAY AND BECOMES

03:42:08  16   RELEVANT.

03:42:08  17      AS I HOPE I HAVE CONVEYED THAT A SWITCH IS A VERY COMPLEX

03:42:12  18   PIECE OF HARDWARE, THERE'S LOTS OF CONFIGURATION THAT HAS TO

03:42:16  19   HAPPEN TO THAT SWITCH.

03:42:18  20      AND THE CONFIGURATION, WHAT THE COMMANDS ARE, IS STORED IN

03:42:21  21   A CONFIGURATION FILE.  IT'S NOT STORED IN RAM.  SO IT'S STORED

03:42:26  22   IN WHAT'S CALLED NONVOLATILE MEMORY.  SO IF THE SWITCH LOSES

03:42:32  23   POWER AND THEN COMES BACK UP, IT CAN REDUCE THAT SAME

03:42:37  24   CONFIGURATION.

03:42:37  25      SO IT ALMOST GIVES THE SWITCH ITS PARTICULAR IDENTITY.

03:42:41  1          AND WHAT'S RELEVANT ABOUT THE CONFIGURATION OF A SWITCH IS

03:42:45  2     IT'S BASICALLY A FILE OF DATA, AND YOU CAN TAKE THAT FILE FROM

03:42:48  3     ONE SWITCH AND THEN RUN THAT SAME CONFIGURATION ON ANOTHER

03:42:53  4     SWITCH.  AND IT USES THE SAME COMMAND STRUCTURE, THEN YOU CAN

03:42:59  5     USE THE SAME CONFIGURATION COMMAND ON A DIFFERENT SWITCH.

03:43:03  6          NOW, A REAL TEST FOR WHETHER OR NOT YOU ARE COPYING IS IF

03:43:08  7     YOU CAN TAKE A CONFIGURATION FROM CISCO AND RUN IT ON AN ARISTA

03:43:14  8     SWITCH, AND WHETHER THAT ARISTA SWITCH UNDERSTANDS THE

03:43:17  9     CONFIGURATION AND ALL OF THE COMMANDS THAT ARE IN THAT

03:43:20 10     CONFIGURATION.  AND VICE VERSA, IF YOU HAVE A CONFIGURATION ON

03:43:25 11     AN ARISTA SWITCH, WHETHER YOU CAN THEN RUN IT ON A CISCO SWITCH

03:43:29 12     AS WELL.

03:43:29 13     Q.   AND BASED UPON YOUR VIEW THAT YOU DESCRIBED FOR US IN THIS

03:43:32 14     CASE, HAVE YOU SEEN ANY EVIDENCE THAT A CONFIGURATION FROM A

03:43:36 15     CISCO SWITCH CAN BE RUN ON AN ARISTA SWITCH?

03:43:40 16     A.   YES.  THAT IS PART OF WHAT THEY WERE LOOKING AT IN THIS

03:43:44 17     TESTING FOR THE KINDS OF COMMANDS THAT WOULD GO INTO A

03:43:49 18     CONFIGURATION.

03:43:50 19          THERE WAS ALSO EVIDENCE DISCUSSED EARLIER THIS WEEK IN

03:43:54 20     TESTIMONY WHERE ONE OF THE THINGS THAT WAS TOLD TO THE PUBLIC

03:43:59 21     WAS YOU COULD TAKE THE CONFIGURATION FROM A CISCO SWITCH AND

03:44:03 22     DROP IT INTO AN ARISTA SWITCH AND IT WOULD BE ABLE TO RUN.

03:44:08 23          THERE'S OTHER EVIDENCE WHERE THEY TALK ABOUT COPYING AND

03:44:12 24     PASTING, SORT OF SELECTING THE WHOLE CONFIGURATION AND BEING

03:44:15 25     ABLE TO RUN IT FROM A CISCO ON TO AN ARISTA SWITCH.

03:44:19  1    Q.   AND WHAT DOES THAT TELL YOU ABOUT THE SIMILARITY OF THE

03:44:23  2    COMMANDS IN THE PRODUCTS?

03:44:27  3    A.   THERE WAS EXTENSIVE SIMILARITY.  TO BE ABLE TO TAKE THE

03:44:31  4    SAME SET OF COMMANDS AND RUN IT ON TWO DIFFERENT SWITCHES FROM

03:44:35  5    TWO DIFFERENT MANUFACTURERS REQUIRES A SIGNIFICANT AMOUNT OF

03:44:41  6    SIMILARITY BETWEEN THEM.

03:44:42  7    Q.   AND WHAT DOES THAT TELL YOU ABOUT THE STRUCTURE OF THE

03:44:47  8    COMMANDS THEMSELVES?

03:44:48  9    A.   IT TELLS ME THAT THEY ARE THE SAME.  I MEAN, THE PARSERS

03:44:52  10   THAT LOOK AT THESE COMMANDS SORRY VERY SPECIFIC, IT'S A

03:44:57  11   COMPUTER, SO IT LOOKS TO MATCH WORDS.

03:45:00  12        IF THEY ARE OFF BY A HYPHEN, THEN ONE PARSER WILL

03:45:05  13   MISINTERPRET THE COMMAND.  THEY HAVE TO BE IDENTICAL IN ORDER

03:45:09  14   FOR THE PARSER TO BE ABLE TO PROCESS THAT SAME COMMAND.

03:45:11  15   Q.   SO DR. ALMEROTH, IN TERMS OF THE STRUCTURE OF THE COMMAND,

03:45:19  16   WOULD THAT INCLUDE ARGUMENTS OF THE COMMAND?

03:45:21  17   A.   IT WOULD.  IT'S NOT SOMETHING WE'VE TALKED ABOUT, MAYBE I

03:45:26  18   SHOULD EXPLAIN WHAT THAT MEANS.

03:45:28  19   Q.   SURE.

03:45:28  20   A.   SO YOU HAVE A COMMAND, AND THEN THERE'S SOMETIMES WHAT'S

03:45:34  21   CALLED AN ARGUMENT OR A PARAMETER.  SO YOU MIGHT SAY SOMETHING

03:45:37  22   LIKE SET IP-ADDRESS.  BUT THEN YOU HAVE TO GIVE IT WHAT THE IP

03:45:42  23   ADDRESS THAT YOU ARE SETTING.

03:45:44  24        NOW, IP ADDRESS IS, THERE'S ABOUT 4 BILLION IP ADDRESSES,

03:45:49  25   SO WHAT'S BEING COPIED HERE, THE MULTIWORD COMMAND WOULD BE THE

03:45:54    1    SET IP-ADDRESS.

03:45:58    2        BUT THE ARGUMENT ITSELF COULD BE ANY ONE OF THE 4 BILLION

03:46:01    3    DIFFERENT IP ADDRESSES THAT EXIST.

03:46:03    4        SO THE KEY, THE KEY TO THE COPYING IS THE MULTIWORD

03:46:08    5    COMMAND, THAT EXPRESSION.  BUT THE ARGUMENTS, I MEAN, THEY CAN

03:46:13    6    BE WHATEVER THE PARSER ALLOWS OR WHATEVER THE OPTIONS ARE FOR

03:46:18    7    THE SWITCH.

03:46:19    8    Q.   AND WHEN YOU'RE ABLE TO COPY THIS CONFIGURATION FILE AS

03:46:24    9    YOU SAID, WHAT DOES THAT TELL YOU ABOUT THE ARGUMENT STRUCTURE

03:46:27   10    OF THE COMMANDS?

03:46:28   11    A.   VERY IMPORTANT.  IT TELLS YOU THAT NOT ONLY THE STRUCTURE

03:46:32   12    OF THE KEY WORDS, LIKE THE SET IP-ADDRESS ARE THE SAME, BUT THE

03:46:37   13    SAME FORMAT IS BEING USED FOR THE ARGUMENT.  AND IT'S THE SAME

03:46:41   14    TIME OF ARGUMENT.

03:46:43   15        SO YOU MIGHT HAVE SET IP ADDRESS, AND THERE ARE DIFFERENT

03:46:46   16    WAYS OF EXPRESSING AN IP ADDRESS.  AND FOR THE PARSER TO BE

03:46:49   17    ABLE TO CORRECTLY INTERPRET IT, IT HAS TO BE IN THE SAME FORMAT

03:46:54   18    AND STYLE FOR THE ADDRESS AS WELL, FOR THOSE ARGUMENTS.

03:46:58   19    Q.   NOW, IN YOUR EXPERIENCE IN THE INDUSTRY, IS THE ARGUMENT

03:47:03   20    CONSIDERED PART OF THE COMMAND ITSELF?

03:47:06   21    A.   NO.  BECAUSE THERE CAN BE SO MANY DIFFERENT OPTIONS FOR

03:47:12   22    WHAT THAT ARGUMENT CAN BE, IT CAN BE A PORT NUMBER, SO IT'S

03:47:16   23    FROM 1 TO 65,000, IT CAN BE AN IP ADDRESS, IT CAN BE THE NAME

03:47:21   24    SO IT'S A STRING OF CHARACTERS AND NUMBERS.

03:47:24   25        I MEAN, THE ARGUMENTS AREN'T PART OF WHAT'S IDENTIFIED AS

03:47:28   1    PART OF THE COMMAND ITSELF.  AND REALLY, THIS IS THE WAY THAT

03:47:33   2    IT'S DESCRIBED IN MANUALS.

03:47:36   3        IF YOU LOOK FOR EXAMPLE IN THE ARISTA MANUALS, YOU WILL

03:47:39   4    SEE A LIST OF COMMANDS, AND IT DOESN'T IDENTIFY IN THE INDEX

03:47:43   5    WHAT THE ARGUMENTS ARE, WHERE THE ARGUMENTS APPEAR, IT JUST

03:47:47   6    SAYS HERE'S THE COMMANDS.

03:47:50   7    Q.   SO I WOULD LIKE TO GO BACK TO THAT USABILITY STUDY WHICH

03:47:58   8    WE ADMITTED AS 488.

03:48:03   9    A.   YES.

03:48:03   10   Q.   IS THERE A SECTION OF THAT DOCUMENT THAT'S TITLED "OVERALL

03:48:07   11   PERFORMANCE" THAT HAS SOME GRAPHS?

03:48:11   12   A.   YES.

03:48:12   13   Q.   AND WHAT PAGE IS THAT?

03:48:13   14   A.   MINE DOESN'T HAVE PAGE NUMBERS, BUT IF WE WERE ON 7

03:48:19   15   BEFORE, I GUESS ABOUT PAGE 11 -- PAGE 13.

03:48:36   16   Q.   SO CAN YOU TELL US WHAT THIS SHOWS?

03:48:39   17   A.   SURE.  SO THIS IS AN OVERALL PERFORMANCE.  AND YOU SEE

03:48:46   18   FOUR SETS OF VERTICAL BARS AND THEY ARE FOR SUPPORT, SYNTAX,

03:48:52   19   COMPLEXITY AND SYSTEM HELP.

03:48:54   20       AND THERE'S DIFFERENT COLORS FOR IOS, WHICH IS BLUE, AND

03:48:57   21   THAT'S CISCO.  AND NX-OS, WHICH IS ALSO CISCO, AND THAT'S RED.

03:49:02   22   AND THEN EOS, AND THAT'S GREEN.

03:49:10   23       AND THE TWO PARTS THAT ARE PARTICULARLY RELEVANT HERE ARE

03:49:12   24   THE SYNTAX BARS AND THE SYSTEM HELP, THE SECOND AND THE THIRD.

03:49:16   25       YOU WILL SEE THAT THE AXIS, THE Y AXIS, THE VERTICAL AXIS

03:49:21  1    IS FROM 0 TO 5.0.

03:49:24  2         LET ME DIRECT YOU TO THE PREVIOUS PAGE 11.  AND IT'S A

03:49:30  3    LEGEND FOR WHAT 0 TO 5 MEANS AND FOR WHAT 0 TO 3 MEANS.

03:49:38  4    Q.   RIGHT.  SO IF WE ARE IN EXHIBIT 488, AND -- THIS IS THE

03:49:43  5    PAGE YOU WERE REFERRING TO?

03:49:44  6    A.   YES, SIR.  AND THE ONE I WOULD LIKE YOU TO BLOW UP IS

03:49:47  7    SYNTAX IN THE MIDDLE, INCLUDING THE TABLE BELOW IT.

03:49:51  8         AND SO THESE ARE THE SCORES, THE 1 THROUGH 5.  AND NUMBER

03:49:55  9    FIVE IS THE SYNTAX FOR THIS ACTION IS IDENTICAL TO IOS.  SO

03:50:00  10   THEY ARE COMPARING NX-OS, THEY ARE ACTUALLY COMPARING TWO CISCO

03:50:04  11   PRODUCTS TO EACH OTHER.  AND THEN THEY ARE ALSO COMPARING EOS.

03:50:09  12        SO IF WE GO BACK TO THE OVERALL PERFORMANCE GRAPH FOR THE

03:50:14  13   SET OF THREE BARS FOR SYNTAX, WHAT IT SHOWS IS FOR IOS, AND YOU

03:50:18  14   COMPARE IT TO ITSELF, IT'S GOING TO BE IDENTICAL.  WHEN YOU

03:50:22  15   COMPARE IOS TO EOS, THE SIMILARITY IS A SCORE OF ABOUT 4.25,

03:50:29  16   MAYBE 4.3.

03:50:32  17        AND FOR EOS, IT'S ABOUT 4.7 OR 4.8.  SO FIVE IS THE SYNTAX

03:50:39  18   FOR THIS ACTION IS IDENTICAL TO IOS.  AND FOR IOS TO EOS, YOU

03:50:46  19   GET ABOUT A 4.7 OUT OF FIVE IDENTICAL COMPARISON.

03:50:51  20   Q.   AND REMIND US, SIR, WHO WAS IT THAT CONDUCTED THIS SURVEY?

03:50:55  21   A.   THIS IS FROM ARISTA.

03:50:57  22   Q.   AND IN THE RED BAR, THAT'S FOR NX-OS; IS THAT RIGHT?

03:51:01  23   A.   THAT'S CORRECT.

03:51:01  24   Q.   AND NX-OS, WHAT IS THAT?

03:51:04  25   A.   THAT'S ALSO A CISCO PRODUCT, AND IT'S ONE OF THE USER

03:51:09  1      INTERFACES AS WELL.

03:51:09  2      Q.   SO IN TERMS OF THE GRAPH THAT YOU ARE SHOWING HERE, WHAT'S

03:51:14  3      THE RELATIONSHIP IN TERMS OF THE COMMAND SYNTAX BETWEEN IOS AND

03:51:20  4      NX-OS?

03:51:21  5      A.   SO BETWEEN IOS AND NX-OS, THE TWO CISCO PRODUCTS, THEY ARE

03:51:28  6      VERY SIMILAR, BUT THEY ARE NOT COMPLETELY IDENTICAL.  AND THAT

03:51:31  7      TELLS YOU SOMETHING ABOUT THE DIFFERENCE IN THE USER INTERFACES

03:51:35  8      BETWEEN THE IOS AND NX-OS.

03:51:37  9          AND I THINK MR. KATHAIL TESTIFIED ABOUT THAT, THAT THERE

03:51:41  10     WERE SOME DIFFERENT COMMANDS AND SOME OF THE CUSTOMERS WERE

03:51:45  11     COMPLAINING BECAUSE THERE WERE SOME MINOR DIFFERENCES.

03:51:49  12         BUT WHAT'S ALSO INTERESTING IS THAT EVEN THOUGH THERE ARE

03:51:53  13     THOSE MINOR DIFFERENCES BETWEEN IOS AND NX-OS, EOS IS ACTUALLY

03:52:00  14     CLOSER TO IOS THAN IT IS TO NX-OS IN THIS RESULT.

03:52:05  15     Q.   AND THAT'S TRUE FOR THE COMMAND SYNTAX?

03:52:08  16     A.   THAT IS TRUE FOR THE COMMAND SYNTAX.

03:52:10  17     Q.   IS THAT TRUE FOR ANY OTHER ASPECTS?

03:52:14  18     A.   IT IS FOR THE SYSTEM HELP.  AND LET'S SEE IF WE CAN WORK

03:52:18  19     YOUR MAGIC.  THE SYSTEM HELP LEGEND IS DISPLAYED THERE ON

03:52:24  20     PAGE 12.

03:52:28  21         AND WHAT'S INTERESTING IS I'M GOING TO POINT YOU TO SCORE

03:52:32  22     NUMBER THREE.  THE LEVEL OF ASSISTANCE FOR THIS ACTION IS

03:52:34  23     IDENTICAL TO IOS.

03:52:36  24         SO BEFORE 5, WAS SORT OF IDENTIFYING THAT THEY WERE

03:52:40  25     IDENTICAL.  HERE, IT'S THAT THEY'RE IDENTICAL IF THE SCORE IS

03:52:44  1    THREE.  IF THE SCORE IS 5, NOW YOU HAVE SIGNIFICANTLY MORE

03:52:51  2    ASSISTANCE FOR THIS ACTION.

03:52:53  3         SO IF WE NOW LOOK AT THE SYSTEM HELP SET OF THREE-BAR,

03:52:57  4    WHAT YOU SEE IS THAT IOS COMPARED TO EOS, THAT THE LEVEL OF

03:53:01  5    ASSISTANCE FOR THIS ACTION AS COMPARED BETWEEN IOS FROM CISCO

03:53:05  6    AND EOS IN ARISTA IS THREE, EXACTLY.  THAT LEVEL OF ASSISTANCE

03:53:10  7    IS IDENTICAL TO IOS FOR SYSTEM HELP.  NX-OS, THE OTHER CISCO

03:53:15  8    PRODUCT IS VERY CLOSE TO BEING IDENTICAL.

03:53:19  9    Q.   SO YOU AND I HAVE BEEN USING THIS TERM, I THINK I FOLLOWED

03:53:24  10   YOUR LEAD, COMMAND SYNTAX?

03:53:27  11   A.   YES.

03:53:27  12   Q.   CAN YOU JUST EXPLAIN TO US WHAT THAT IS AND HOW IT RELATES

03:53:31  13   TO THE COMMANDS?

03:53:32  14   A.   SURE.

03:53:32  15        THE SYNTAX IS THE ORDER OF THE CHARACTERS AND THE WORDS AS

03:53:39  16   PART OF THE MULTIWORD COMMAND.  SO THAT'S THING THAT SAYS THIS

03:53:43  17   WORD, FOLLOWED BY THIS WORD, BY THIS WORD, EACH WORD IS SPELLED

03:53:48  18   ACCORDING TO THE WAY IT'S DESCRIBED IN THE COMMAND IS THE

03:53:51  19   SYNTAX, IT'S WHAT THE COMMAND IS ITSELF.

03:53:54  20   Q.   WOULD THAT ARGUMENT WE TALKED ABOUT EARLIER FIT INTO THAT

03:53:58  21   AT ALL?

03:53:59  22   A.   YES.

03:54:00  23        SO NORMALLY THE WAY THE MANUAL WAS DESCRIBE A COMMAND IS

03:54:03  24   TO SAY HERE IS THE COMMAND, THEN IT WOULD IDENTIFY THAT THERE

03:54:05  25   WAS AN ARGUMENT TO FOLLOW AND THE MANUAL WOULD LIKELY IDENTIFY

03:54:09   1    WHAT THE SYNTAX OF THE PARAMETER MIGHT BE, LIKE FOR EXAMPLE,

03:54:15   2    THAT IT'S AN IP ADDRESS AND THAT IT SHOULD BE IN A PARTICULAR

03:54:18   3    FORMAT.

03:54:18   4    Q.   SO THEN IF WE GO BACK TO THE CHART THAT WE WERE LOOKING

03:54:23   5    AT, EXHIBIT 488, AND WITH RESPECT TO SYNTAX, HOW DOES THAT

03:54:33   6    INFORM YOUR OPINION AT ALL WITH RESPECT TO THE COMMAND PLUS THE

03:54:36   7    ARGUMENT STRUCTURE?

03:54:38   8    A.   IT TELLS YOU THAT THEY ARE NEARLY IDENTICAL FOR IOS, NX-OS

03:54:44   9    AND EOS.

03:54:46  10    Q.   NOW SIR, I WOULD LIKE TO MOVE FORWARD TO SLIDE 42, PLEASE.

03:55:01  11    AND IN ADDITION TO THE DOCUMENTATION THAT WE WALKED THROUGH A

03:55:07  12    BIT AND YOU DESCRIBED, WAS THERE ANYTHING ELSE YOU DID IN YOUR

03:55:12  13    CONNECTION WITH THE ANALYSIS OF COPYING AND SUBSTANTIAL

03:55:15  14    SIMILARITY?

03:55:15  15    A.   THERE IS, AS PART OF MY METHODOLOGY I HOOKED UP A COMPUTER

03:55:18  16    TO ALL OF THESE SWITCHES AND PERFORMED SOME TESTING AS WELL.

03:55:22  17    Q.   NOW, THE SWITCHES, WHERE DID YOU GET ACCESS TO THOSE?

03:55:29  18    A.   FOR THE ARISTA SWITCHES IT WAS AT THE LAW OFFICES OF

03:55:33  19    ARISTA'S COUNSEL.  AND THEN FOR THE CISCO SWITCHES THAT WAS AT

03:55:37  20    THE LAW OFFICES OF CISCO'S COUNSEL.

03:55:38  21    Q.   OKAY.  WERE THE -- WHAT WAS THE SET UP OF THE ARISTA

03:55:44  22    SWITCHES?

03:55:45  23    A.   WELL, THE ARISTA SWITCHES, THEY WEREN'T CONNECTED TO THE

03:55:48  24    NETWORK, THEY WERE CONNECTED TO POWER, SO IT WAS ESSENTIALLY A

03:55:52  25    SWITCH SITTING ON THE TABLE, AND AS YOU CAN SEE IN THE UPPER

ALMEROTH DIRECT EXAMINATION BY MR. NELSON                    1254

03:55:57  1    LEFT PICTURE, IT'S CONNECTED TO POWER THROUGH THE BLACK CABLE

03:56:02  2    IN THE BACK, AND THEN IT CONNECTED TO MY COMPUTER SO THAT I

03:56:06  3    COULD ENTER COMMANDS ON IT.  AND THAT WAS ALL THE CONNECTIONS

03:56:09  4    THAT EXISTED.

03:56:11  5    Q.  SO WOULD IT BE NOT CONNECTED TO A NETWORK, WOULD THAT HAVE

03:56:17  6    ANY AFFECT ON YOUR ANALYSIS?

03:56:19  7    A.  IT DID.  IT DIDN'T ALLOW ME TO TYPE IN THE FULL SET OF

03:56:24  8    COMMANDS THAT WERE AT ISSUE.  BECAUSE WITHOUT BEING CONNECTED

03:56:28  9    TO THE NETWORK, WITHOUT RECEIVING DATA AND BEING ABLE TO

03:56:32 10    CONFIGURE PARTICULAR PROTOCOLS, I WAS REALLY VERY LIMITED IN

03:56:37 11    WHAT I COULD TYPE IN AND SEE.

03:56:43 12        BUT WHAT WAS USEFUL ABOUT DOING THAT TESTING WAS THAT FOR

03:56:47 13    SOME COMMANDS I COULD COMPARE WHAT WAS IN THE MANUAL AND

03:56:51 14    CONFIRM THAT SWITCHES WERE IMPLEMENTING COMMANDS THAT HAD

03:56:54 15    OUTPUTS AND HELP DESCRIPTIONS THAT WERE SIMILAR TO WHAT WAS

03:56:58 16    DESCRIBED IN THE MANUAL.

03:56:59 17        NOW THAT'S THE EXPECTATION, IT'S NOT LIKE YOU GET A MANUAL

03:57:03 18    AND IT'S VERY DIFFERENT THAN THE WAY THAT THE SWITCH WORKS, BUT

03:57:06 19    IT WAS GOOD TO JUST BE ABLE TO TYPE IN A FEW COMMANDS AND SEE

03:57:09 20    THAT THAT'S WHAT WAS SUPPOSED TO BE HAPPENING.

03:57:13 21    Q.  NOW IN TERMS OF THE ANALYSIS OF THE USER DOCUMENTATION?

03:57:18 22        THE COURT:  COULD WE TAKE OUR BREAK BEFORE YOU MAKE

03:57:20 23    THAT SWITCH?  THAT WOULD BE GREAT.

03:57:22 24        LET'S TAKE OUR SECOND BREAK, AND LET'S MAKE IT FOR TEN

03:57:25 25    MINUTES.

03:57:26  1          (RECESS FROM 3:57 P.M. UNTIL 4:07 P.M.)

04:07:47  2               THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

04:07:49  3     JURORS ARE HERE.

04:07:50  4          MR. NELSON, YOU CAN CONTINUE WITH YOUR DIRECT EXAM.

04:07:53  5               MR. NELSON:  THANK YOU, YOUR HONOR.  AND I FOUND

04:07:58  6     EXHIBIT 545 AT THE BREAK.

04:08:16  7               THE COURT:  AND THE NUMBER ON THIS ONE?

04:08:18  8               MR. NELSON:  IT'S EXHIBIT 545, YOUR HONOR.

04:08:20  9               THE COURT:  OKAY.

04:08:24  10              MR. NELSON:  MAY I PROCEED?

04:08:25  11              THE COURT:  YES.

04:08:25  12              MR. NELSON:  OKAY.  THANK YOU.

04:08:26  13    Q.   SO WE WERE TALKING A BIT, AND I COULDN'T FIND IT BUT NOW I

04:08:32  14    FOUND IT, EXHIBIT 545, CAN YOU TAKE A LOOK AT THAT,

04:08:38  15    DR. ALMEROTH AND TELL ME WHAT IT IS?

04:08:40  16    A.   THIS IS ARISTA'S RESPONSE FOR A SOURCING EVENT FOR LEAF.

04:08:45  17    AND BASICALLY WHAT IT IS, IS IT'S A REPORT THAT'S PREPARED FOR

04:08:48  18    AT&T AND PROVIDED BY ARISTA.

04:08:54  19              MR. NELSON:  AT THIS POINT, I MOVE EXHIBIT 545 INTO

04:08:56  20    EVIDENCE YOUR HONOR.

04:08:57  21              MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:08:58  22              THE COURT:  IT WILL BE ADMITTED.

04:09:00  23    (PLAINTIFF'S EXHIBIT 545 WAS ADMITTED INTO EVIDENCE.)

04:09:00  24              MR. NELSON:  THANK YOU.

04:09:00  25    Q.   SO NOW I WOULD LIKE TO GO, AGAIN, TO PAGE 14 OF THE

04:09:04  1    DOCUMENT, IT'S THE NUMBERS AT THE BOTTOM, THE LAST ONES ARE

04:09:09  2    845?

04:09:09  3    A.   SECTION 2.5 ON TRAINING.

04:09:11  4    Q.   CORRECT.  SO DR. ALMEROTH, CAN YOU EXPLAIN HOW

04:09:24  5    EXHIBIT 545, AND IN PARTICULAR, THE SECTION 2.5 FORMED YOUR

04:09:29  6    OPINION ABOUT ACCESS AND COPYING?

04:09:31  7    A.   SURE.

04:09:32  8        THIS SECTION IS IMPORTANT, IT TALKS ABOUT TRAINING OF

04:09:34  9    ENGINEERS WHO NEED TO, WHO WOULD NEED TRAINING TO USE ARISTA'S

04:09:38  10   EQUIPMENT.

04:09:39  11       AND IT SAYS, "OFTEN CUSTOMERS ARE HESITANT TO DEPLOY AN

04:09:43  12   INFRASTRUCTURE BASED ON A NEW VENDOR'S SOLUTION DUE TO THE COST

04:09:49  13   OF TRAINING AN ENTIRE ARMY OF ENGINEERS TO DESIGN, IMPLEMENT

04:09:53  14   AND OPERATE A NEW VENDOR SWITCH.

04:09:56  15       SIMPLY PUT, ARISTA'S EOS USES STANDARD INDUSTRY CLI FOR

04:10:04  16   ITS SWITCHING PLATFORMS, AS SUCH, VERY OFTEN AN EXISTING

04:10:07  17   CUSTOMER CAN COPY AND PASTE THE CONFIGURATIONS FROM THEIR

04:10:10  18   EXISTING CISCO INFRASTRUCTURE ONTO AN ARISTA SWITCH, AND

04:10:15  19   90 PERCENT PLUS OF COMMANDS WILL BE ACCEPTED."

04:10:17  20   Q.   SO HOW DOES THAT INFORM YOUR OPINION, WHAT YOU JUST LOOKED

04:10:25  21   AT THERE?

04:10:25  22   A.   IF YOU HAVE 95 PERCENT PLUS OF COMMANDS THAT CAN BE CUT

04:10:30  23   AND PASTED ON THE CONFIGURATION AS IT RUNS ON CISCO AND MOVE

04:10:33  24   THAT TO AN ARISTA DEVICE WHERE YOU DON'T HAVE TO DO SAME KIND

04:10:39  25   OF TRAINING BECAUSE YOU RELY ON CISCO'S USER INTERFACES, THAT'S

04:10:43  1    YOUR IMPORTANT EVIDENCE TO ME WITH RESPECT TO COPYING.

04:10:46  2    Q.   OKAY.  NOW IN ADDITION TO THE COMMANDS THEMSELVES, DOES

04:10:49  3    THAT TELL YOU ANYTHING ABOUT THE ARGUMENT STRUCTURE THAT WE

04:10:52  4    TALKED ABOUT EARLIER?

04:10:53  5    A.   IT DOES.

04:10:54  6             MR. VAN NEST:  OBJECTION.  OUTSIDE THE SCOPE OF THE

04:10:56  7    REPORT, YOUR HONOR.

04:10:57  8             THE COURT:  IF YOU WOULD LIKE TO SHOW IT TO ME ON THE

04:11:00  9    REPORT, WE CAN HAVE A SIDEBAR.

04:11:02  10            MR. NELSON:  SURE.

04:11:12  11   (SIDEBAR DISCUSSION ON THE RECORD.)

04:11:19  12            MR. NELSON:  THANK YOU, YOUR HONOR.

04:11:20  13       SO IT'S AT THE REBUTTAL REPORT AT PARAGRAPH 79.  AND IT'S

04:11:27  14   ALSO IN HIS DEPOSITION AT PAGE 240, LINE 21, TO 241, LINE 11.

04:11:34  15            THE COURT:  OKAY.  LET ME LOOK AT THE REPORT.  OH,

04:11:38  16   THERE'S THE REPORT.  THOSE ARE YOUR NOTES.  AND WHAT PARAGRAPH

04:11:42  17   WAS IT?

04:11:42  18            MR. NELSON:  79.

04:11:56  19            THE COURT:  I DON'T SEE ANYTHING ABOUT ARGUMENTS

04:11:58  20   THERE.

04:11:59  21            MR. PAK:  YOUR HONOR, HE'S RESERVING -- DR. BLACK

04:12:03  22   RAISED THIS ARGUMENT FOR THE FIRST TIME WITH RESPECT TO THE

04:12:05  23   ARGUMENTS IN HIS EXPERT REPORT.  HE SAYS HE DOESN'T UNDERSTAND

04:12:08  24   THE METHODOLOGY.  THEN HE WAS ASKED ABOUT THIS VERY SAME ISSUE

04:12:11  25   AT HIS DEPOSITION.

04:12:13  1            MR. VAN NEST:  WHICH PARAGRAPH?

04:12:14  2            MR. PAK:  IT SAYS PARAGRAPH 79, THEN I WILL BRING THE

04:12:16  3    DEPOSITION EXCERPT FOR YOUR HONOR AS WELL.

04:12:18  4            THE COURT:  THE REPORT DOESN'T APPEAR TO SAY ANYTHING

04:12:20  5    ABOUT THE ARGUMENTS.

04:12:21  6            MR. PAK:  HE IDENTIFIES THE ARGUMENT WAS THE BASIS

04:12:23  7    FOR DR. BLACK'S NONINFRINGEMENT OPINION ON COPYING.  SO.

04:12:26  8        HE'S NOTING HERE IT'S A FAIR USE REBUTTAL REPORT.  HE

04:12:30  9    DOESN'T REALLY UNDERSTAND WHAT HE MEANS BY "COMMAND FRAGMENTS,"

04:12:34  10   WHICH IS THIS ARGUMENT CONCEPT.

04:12:35  11       HE DIDN'T HAVE A NON -- HE DIDN'T HAVE A REBUTTAL EXPERT

04:12:39  12   REPORT ON --

04:12:41  13            THE COURT:  HE?

04:12:42  14            MR. PAK:  DR. ALMEROTH DID NOT HAVE A REBUTTAL EXPERT

04:12:46  15   REPORT ON DR. BLACK'S REBUTTAL TESTIMONY OR NONINFRINGEMENT

04:12:49  16   OPINIONS UNTIL THE DEPOSITION BECAUSE THAT'S WHERE IT WORKED.

04:12:52  17       HE WAS ASKED ABOUT THOSE OPINIONS IN THE DEPOSITION.  I'M

04:12:54  18   GOING TO BRING YOU THE DEPOSITION.

04:12:56  19            MR. VAN NEST:  IT'S CLEAR IT'S NOT IN ANY REPORT.

04:12:59  20            THE COURT:  ALL RIGHT.  I DIDN'T SEE IT.

04:13:50  21            MR. PAK:  YOUR HONOR, THIS IS PAGE 240, LINE 21 TO

04:13:55  22   PAGE 241, LINE 11.  AND DR. ALMEROTH'S DEPOSITION.

04:14:03  23            THE COURT:  OH, 240.

04:14:05  24            MR. VAN NEST:  IS THIS JUNE 28TH, MR. PAK?

04:14:08  25            MR. PAK:  YES.

04:14:15  1          MR. VAN NEST:  THIS HAS NOTHING TO DO WITH THIS

04:14:18  2   DOCUMENT AND IT HAS NOTHING TO DO WITH HIS ANALYSIS, IT HAS

04:14:21  3   NOTHING TO DO WITH ANY COMPARISON OF ANYTHING.

04:14:40  4          THE COURT:  ON PAGE 241 IT DOES APPEAR.

04:14:44  5          MR. PAK:  YES, YOUR HONOR.  AND HE WAS ASKED DIRECTLY

04:14:46  6   ABOUT THAT.

04:14:47  7          MR. VAN NEST:  WHERE YOUR HONOR?

04:14:48  8          THE COURT:  I'M LOOKING AT PAGE 241, LINE 1 THROUGH,

04:14:52  9   MAYBE 13.

04:14:53 10          MR. VAN NEST:  HE'S NOW GOING TO MAKE SOME COMPARISON

04:14:58 11   BETWEEN THE SYSTEMS THAT HE'S TALKING ABOUT.  HE'S TALKING

04:15:03 12   GENERALLY HERE ABOUT COMMAND ADDRESSES AND ARGUMENTS.  HE'S NOT

04:15:06 13   TESTIFYING TO ANY ANALYSIS.

04:15:08 14          THE COURT:  WHERE IS THERE A COMPARISON?

04:15:13 15          MR. PAK:  AT THE TOP IT BEGINS WITH ARISTA COUNSEL

04:15:16 16   ASKING, "YOUR TESTIMONY IS IN FACT TO MAKE EACH SWITCH --  AND

04:15:27 17   IN THE CASE OF ARISTA HAD A DIFFERENT SYNTAX THAN IN THE CASE

04:15:30 18   OF CISCO, THAT WOULD BE IRRELEVANT TO THE EVALUATION OF WHETHER

04:15:34 19   ONE COMMAND INFRINGES THE OTHER COMMAND'S COPYRIGHT.

04:15:38 20       THAT'S NOT WHAT I'M SAYING AT ALL.  THEN HE GOES INTO THE

04:15:41 21   WHOLE DESCRIPTION OF THE ARGUMENT.

04:15:42 22          MR. VAN NEST:  YOUR HONOR, HE'S ALREADY SAID THAT, HE

04:15:44 23   SAID THAT EARLIER.

04:15:45 24       THEY ARE NOW ASKING HIM TO MAKE AN ANALYSIS BASED ON A

04:15:50 25   SPECIFIC DOCUMENT THAT'S AN ARISTA DOCUMENT THAT HE'S NOT BEING

04:15:53  1    QUESTIONED ABOUT ANYWHERE.

04:15:54  2            THE COURT:  ALL RIGHT.  I'M GOING TO SUSTAIN THE

04:15:57  3    OBJECTION.

04:16:02  4        THE OBJECTION IS SUSTAINED.

04:16:08  5    BY MR. NELSON:

04:16:08  6    Q.   SO THEN ON EXHIBIT 545, WITH RESPECT TO THE 90 PLUS

04:16:17  7    PERCENT SIMILARITY OF THE COMMANDS, WHAT DOES THAT TELL YOU

04:16:22  8    ABOUT THE COMMANDS IN THE TWO PRODUCTS?

04:16:23  9            MR. VAN NEST:  OBJECTION.  ASKED AND ANSWERED,

04:16:24  10   YOUR HONOR.

04:16:25  11           THE COURT:  WE CAN REPEAT IT, GO AHEAD.

04:16:27  12           THE WITNESS:  IT TELLS ME THAT THEY ARE THE SAME, FOR

04:16:30  13   THE 90 PERCENT, THAT THEY ARE THE SAME.

04:16:32  14   BY MR. NELSON:

04:16:33  15   Q.   NOW, DR. ALMEROTH, I WOULD LIKE TO GO FORWARD TO SLIDE

04:16:39  16   FOUR FOR, IF WE CAN.

04:16:48  17       SO WHAT'S BEING SHOWN HERE ON SLIDE 44?

04:16:50  18   A.   THIS IS THE LIST OF ARISTA'S USER DOCUMENTATION, AND IT'S

04:16:56  19   PART OF WHAT I CONSIDERED IN FORMING MY OPINIONS WITH RESPECT

04:16:58  20   TO COPYING.

04:16:59  21   Q.   AND HOW WAS THAT RELEVANT TO YOUR OPINIONS?

04:17:03  22   A.   WELL, IT'S RELEVANT BECAUSE YOU CAN FIND INSIDE OF THE

04:17:07  23   USER MANUALS, YOU CAN FIND THE MULTIWORD COMMANDS, YOU CAN FIND

04:17:12  24   THE OUTPUT DESCRIPTIONS, YOU CAN ALSO FIND SIMILARITIES IN THE

04:17:18  25   USER MANUALS BETWEEN WHAT CISCO WAS DOING AND THE SAME THING

04:17:23   1    FOR THE HELP DESCRIPTIONS AS WELL.

04:17:27   2    Q.   SO --

04:17:29   3    A.   I'M SORRY, AND ALSO THE MODES AND PROMPTS AS WELL.

04:17:32   4    Q.   SO IF YOU LOOK, IF WE JUST TAKE EXHIBIT 2, THAT YOU HAVE

04:17:37   5    IN THE BIG BINDER, I THINK YOU HAVE AN EXCERPTED VERSION AS

04:17:40   6    WELL, IN FRONT OF YOU.  SO WHICHEVER YOU WOULD PREFER.

04:17:44   7    A.   I WILL START WITH THE EXCERPTED, UNLESS YOUR QUESTIONS

04:17:49   8    DELVE BEYOND WHAT I HAVE.

04:17:52   9              THE COURT:  AND WHICH EXHIBIT IS THIS?

04:17:54   10             MR. NELSON:  THIS WOULD BE EXHIBIT 2, YOUR HONOR.

04:17:57   11             THE COURT:  AND THE FULL VERSION IS BEING ADMITTED?

04:17:59   12             MR. NELSON:  CORRECT.

04:18:00   13             THE COURT:  BEING OFFERED?

04:18:01   14             MR. NELSON:  YEAH.  WE WILL DO IT ELECTRICALLY.

04:18:04   15             THE COURT:  THANK YOU.

04:18:04   16   BY MR. NELSON:

04:18:06   17   Q.   THE IF YOU JUST LOOK AT EXHIBIT 2, THE EXCERPT YOU HAVE,

04:18:13   18   DID ONE OF THE THINGS YOU MENTIONED WAS THE COMMANDS?

04:18:16   19   A.   YES.

04:18:16   20   Q.   SO WHERE WOULD THOSE BE SHOWN IN THE USER MANUALS?

04:18:21   21   A.   THEY SHOW UP ON PAGE 3 OF THE DOCUMENT IS WHERE THEY

04:18:27   22   START.  BATES NUMBER ENDING IN 7246.

04:18:32   23   Q.   SO THEN IF YOU LOOK AT, BACK TO SLIDE 44, YOU WILL SEE

04:18:40   24   THERE'S LISTED THERE SEVERAL MANUALS FOR VARIOUS VERSIONS OF

04:18:46   25   THE EOS OPERATING SYSTEM THAT IS RIGHT?

04:18:48   1      A.   YES, SIR.

04:18:48   2      Q.   NOW DID YOU CONSIDER ALL OF THOSE WHEN YOU FORMED YOUR

04:18:52   3      OPINIONS?

04:18:53   4      A.   I DID.   THERE'S A USER MANUAL FOR EACH OF THE VERSIONS

04:18:57   5      IDENTIFIED.   AND JUST TO START WITH THE FIRST COUPLE, 4.0.1,

04:19:04   6      4.10.0, AND THE LIST CONTINUES ON THROUGH THOSE RANGE OF

04:19:09   7      EXHIBITS AND THEY ARE ALL FOR DIFFERENT VERSIONS OF ARISTA'S

04:19:13   8      EOS.   AND I LOOKED AT EACH ONE OF THEM.

04:19:15   9      Q.   OKAY?

04:19:16   10            MR. NELSON:   YOUR HONOR, AT THIS POINT, AND I WILL

04:19:18   11     READ THEM INTO THE RECORD.   I WOULD MOVE IN EXHIBIT NUMBER 2,

04:19:24   12     4, 5, 6, 7, 14, 8, 9, 10, 11, 13, 12, 15, 1 AND NUMBER 3.

04:19:47   13            MR. VAN NEST:   NO OBJECTION, YOUR HONOR.

04:19:48   14            THE COURT:   WHAT WAS THE LAST NUMBER?

04:19:50   15            MR. NELSON:   3.

04:19:50   16            THE COURT:   3?

04:19:51   17            MR. NELSON:   YES.

04:19:52   18            THE COURT:   AND NO OBJECTION?

04:19:53   19            MR. VAN NEST:   NO OBJECTION, YOUR HONOR.

04:19:54   20            THE COURT:   THANK YOU.   THEY WILL ALL BE ADMITTED.

04:19:54   21     (PLAINTIFF'S EXHIBIT 1 THROUGH 15, WERE ADMITTED INTO

04:19:56   22     EVIDENCE.)

04:19:56   23     BY MR. NELSON:

04:19:57   24     Q.   SO IF WE, LET'S JUST LOOK AT THE FIRST 1, EXHIBIT

04:20:03   25     NUMBER 2, AND IT WILL PROBABLY BE EASIER IF WE PULL IT UP ON

04:20:06  1    THE SCREEN.

04:20:09  2         SO THE DATE ON THIS IS WHAT?

04:20:12  3    A.   APRIL 8TH, 2009.

04:20:15  4    Q.   AND IN TERMS OF THE VERSIONS OF OPERATING SYSTEMS THAT YOU

04:20:21  5    LOOKED AT IN THE CASE, WERE THERE ALSO LATER VERSIONS?

04:20:24  6    A.   YES, THIS IS 4.0.1.  AND THERE ARE ADDITIONAL VERSIONS.

04:20:30  7    USUALLY THAT SECOND NUMBER IS INDICATIVE OF WHAT THE VERSION

04:20:36  8    IS.  SO THERE'S FOUR -- MOST OF THEM -- SORRY, CAN YOU GO BACK

04:20:42  9    TO SLIDE 44.

04:20:43 10    Q.   SURE.

04:20:45 11    A.   SO YOU CAN SEE THE NUMBERS HERE AND I CAN PROVIDE A LITTLE

04:20:48 12    BIT OF AN EXPLANATION.  THEY ALL START WITH VERSION 4.  AND

04:20:51 13    THEN THERE'S A DOT THEN ANOTHER VERSION AS WELL.

04:20:55 14         AND YOU WILL SEE SOMETHING LIKE VERSION 4.0, AND THEN THEY

04:20:59 15    WILL HAVE SORT OF A SUBVERSION AFTER THAT WHEN THE DOT ONE,

04:21:03 16    THEN YOU HAVE 4.10, 4.11, AND IN SOME CASES FOR EXAMPLE,

04:21:10 17    4.11.2.1, IT MEANS THEY MADE MORE MINOR CHANGES AND THEY HAD A

04:21:16 18    COUPLE OF DIFFERENT MINOR REVISIONS BEFORE GOING TO THE NEXT

04:21:19 19    MAJOR REVISION.

04:21:21 20    Q.   THE NUMBERING HERE IS A LITTLE BIT STRANGE AND I THINK

04:21:26 21    MR. LANG TESTIFIED TO THIS, IF YOU THINK ABOUT THE WAY THAT THE

04:21:31 22    NUMBERING HAPPENS, YOU CAN HAVE SOMETHING LIKE 4.4, BUT THAT

04:21:36 23    COMES BEFORE 4.10.

04:21:40 24         IT'S NOT -- YOU KNOW, YOU THINK 4.10, 4.1 VERSUS 4.4

04:21:45 25    BECAUSE THE DECIMAL THAT COMES LATER, THE COMPUTER SCIENTISTS

04:21:50   1    ARE A LITTLE WEIRD SOMETIMES.

04:21:52   2        SO YOU HAVE TO LOOK AT THE WHOLE NUMBER BETWEEN THE

04:21:54   3    DECIMALS TO DETERMINE THE ORDER.  WE CAN CONFIRM THAT BY

04:21:58   4    LOOKING AT THE DATES, FOR EXAMPLE.

04:22:00   5    Q.   SO NOW LET'S GO BACK TO EXHIBIT 2.  AND YOU HAD TALKED

04:22:04   6    ABOUT THE THIRD PAGE OF THAT DOCUMENT WHICH IS THE LAST FOUR

04:22:09   7    NUMBERS ARE 7246.

04:22:11   8    A.   YES, SIR.

04:22:12   9    Q.   AND YOU WILL SEE A HEADING TOO THERE THAT SAYS CLI

04:22:16   10   COMMANDS?

04:22:16   11   A.   YES, THAT'S CORRECT.

04:22:17   12   Q.   AND WHAT'S THAT?

04:22:18   13   A.   THAT'S THE TABLE OF CONTENTS, AND IT LISTS WHAT THE CLI

04:22:23   14   COMMANDS ARE, IT STARTS OFF WITH THE INTERFACE RANGE SYNTAX ON

04:22:28   15   PAGE 5 AND IT CONTINUES ON IN SUBSEQUENT PAGES, YOU CAN JUST

04:22:34   16   SORT OF FLIP TO 7247, AND 7248, AND IT CONTINUES ON FOR A

04:22:43   17   NUMBER OF OTHER PAGES.

04:22:46   18        MR. VAN NEST:  OBJECTION, YOUR HONOR.  MOVE TO

04:22:48   19   STRIKE.  THIS ALSO WAS NOT IN HIS REPORT.

04:22:51   20        THE COURT:  THE WITNESS IS JUST DESCRIBING WHAT THE

04:22:53   21   EXHIBIT IS, THEN I WILL ALLOW IT.

04:22:56   22        THE WITNESS:  AND THE TABLE OF CONTENTS ENDS ON 7253.

04:23:00   23   BY MR. NELSON:

04:23:00   24   Q.   NOW WHEN YOU WENT THROUGH, I WON'T READ ALL THE NUMBERS

04:23:04   25   IN, BUT THE VERSIONS THAT YOU LISTED THERE ON THE PREVIOUS

ALMEROTH DIRECT EXAMINATION BY MR. NELSON        1265

04:23:07  1    SLIDE, WHEN YOU WENT THROUGH ALL OF THOSE MANUALS, DID YOU FIND

04:23:12  2    ALL OF THE COMMANDS, THE 506 COMMANDS?

04:23:15  3    A.   YES, I DID.

04:23:16  4    Q.   SO IF WE GO TO -- WELL, AND EXPLAIN WITH RESPECT TO THE

04:23:27  5    DIFFERENT VERSIONS, HOW THE COMMANDS WORK THERE IN THE

04:23:29  6    DIFFERENT VERSIONS OF THE MANUALS.

04:23:32  7    A.   SURE.  THE DIFFERENT MANUALS INTRODUCE ADDITIONAL COMMANDS

04:23:37  8    OVER TIME.

04:23:37  9        SO IF YOU START OFF WITH AN EARLIER VERSION OF EOS,

04:23:41 10    THERE'S A SMALLER NUMBER OF COMMANDS.  THEN THERE'S A LARGER

04:23:45 11    JUMP IN COMMANDS, I THINK ABOUT IN 2009.  AND THE MANUALS GET

04:23:49 12    LONGER AND THE TABLE OF CONTENTS AND THE LIST OF COMMANDS GET

04:23:52 13    LONGER.

04:23:53 14        BUT OF THE 506 COMMANDS, SOME ARE FOUND IN MANY OF THE

04:23:59 15    MANUALS AND SOME ARE FOUND IN LESS THAN ALL THE MANUALS.  BUT I

04:24:06 16    DID FIND ALL THE 506 COMMANDS IN ONE OR MORE OF THE ARISTA

04:24:09 17    MANUALS.

04:24:10 18    Q.   NOW I WOULD LIKE TO GO TO SLIDE 45, PLEASE.  AND WHAT ARE

04:24:20 19    YOU SHOWING HERE ON SLIDE 45?

04:24:22 20    A.   THERE ARE TWO INTERROGATORIES THAT WERE SERVED TO ARISTA,

04:24:26 21    AND AGAIN THOSE ARE QUESTIONS.  YOU SEE AT THE BOTTOM OF THE

04:24:31 22    PAGE THAT THERE'S A NUMBER WITH A DATE.  AND THOSE ARE

04:24:33 23    BASICALLY THE QUESTION NUMBERS.  AND THERE'S TWO OF THEM SHOWN

04:24:37 24    ON THIS DEMONSTRATIVE.

04:24:39 25        THE RESPONSE TO NUMBER 9 ON APRIL 26, 2016, AND WHAT THAT

04:24:45  1    INCLUDES IS A TABLE PROVIDED BY ARISTA FOR A PARTICULAR ACCUSED

04:24:51  2    CLI COMMAND WHO THE EMPLOYEE WAS WITH KNOWLEDGE OF THE COMMAND,

04:24:56  3    THE CREATION DEVELOPMENT, AND OR IMPLEMENTATION, AND THE

04:25:00  4    APPROXIMATE DATE OF CREATION, DEVELOPMENT AND OR

04:25:04  5    IMPLEMENTATION.

04:25:04  6        THE INTERROGATORY RESPONSE NUMBER 26 DATED MAY 27, 2016,

04:25:11  7    IS FOR A SET OF COMMANDS, AND WHEN THE SOURCE CODE DATE OF WHEN

04:25:17  8    THOSE COMMANDS FIRST APPEARED.  AND THEN THE ARISTA PRODUCT, OF

04:25:21  9    WHEN THOSE COMMANDS FIRST APPEARED, THAT SAME VERSION NUMBERING

04:25:24  10   SYSTEM.

04:25:24  11   Q.   AND HOW DID THOSE RESPONSES INFORM YOUR OPINION?

04:25:30  12   A.   THEY INFORMED MY OPINION AS TO WHAT ARISTA COMMANDS THAT

04:25:34  13   CISCO HAD ACCUSED, WHERE THEY WERE PRESENT, WHEN THEY BECAME

04:25:38  14   PRESENT IN ARISTA'S MANUALS AND ALSO IN THEIR SOURCE CODE.

04:25:45  15        MR. NELSON:  SO YOUR HONOR, THE RESPONSE TO

04:25:48  16   INTERROGATORY NUMBER 9, I WOULD LIKE TO IDENTIFY IS 4822 AND

04:25:52  17   MOVE THAT INTO EVIDENCE.

04:25:53  18        THE COURT:  ANY OBJECTION?

04:25:54  19        MR. VAN NEST:  I DON'T THINK THIS WAS WITHIN THE

04:25:59  20   SCOPE OF THE AGREEMENT WE DISCUSSED EARLIER, YOUR HONOR.  IT'S

04:26:04  21   BEING GIVEN A NUMBER NOW.

04:26:05  22        MR. NELSON:  WE CAN DISCUSS AT SIDEBAR, YOUR HONOR.

04:26:08  23        MR. VAN NEST:  OR CAN WE PASS IT AND COME BACK TO IT.

04:26:12  24        THE COURT:  WE CAN PASS IT AT NOW, JUST REMEMBER TO

04:26:15  25   COME BACK IT AT 5 P.M.

04:26:17   1          MR. NELSON:   OKAY.

04:26:19   2   Q.   AND THEN INTERROGATORY -- THE RESPONSE TO INTERROGATORY

04:26:21   3   NUMBER SIX, JUST SO WE HAVE IT ON THE RECORD, I WOULD LIKE TO

04:26:25   4   IDENTIFY IS EXHIBIT 4823.

04:26:30   5          SO HOW DID THE INTERROGATORY RESPONSES, AGAIN, INFORM YOUR

04:26:34   6   OPINION?

04:26:34   7   A.   THEY WERE SOME OF THE EVIDENCE THAT I RELIED ON TO

04:26:37   8   DETERMINE THAT THOSE COMMANDS WERE PRESENT IN THE ARISTA USER

04:26:41   9   INTERFACES.

04:26:41  10   Q.   NOW SIR, I WOULD LIKE TO MOVE FORWARD TO EXHIBIT 4800.

04:26:56  11   AND THIS IS SHOWN ON SLIDE 47.   SO CAN YOU TELL ME JUST IN

04:27:06  12   GENERAL WHAT EXHIBIT 4800 IS?

04:27:07  13   A.   SURE.

04:27:08  14          THIS IS A SUMMARY OF THE EXAMPLES OF COPYING THAT HAVE

04:27:12  15   BEEN IDENTIFIED IN CISCO REFERENCE MATERIALS OR MANUALS AND

04:27:19  16   WHERE THE CORRESPONDING COPIED INFORMATION CAN BE FOUND IN THE

04:27:23  17   ARISTA USER MANUALS.

04:27:26  18   Q.   NOW, IN TERMS OF THE USER MANUALS, ARE THOSE ORGANIZED BY

04:27:36  19   PARTICULAR COMMANDS?

04:27:36  20   A.   THEY ARE.

04:27:37  21          SO THERE'S A TABLE OF CONTENTS THAT IDENTIFIES WHAT THE

04:27:39  22   COMMANDS ARE, AND THAT'S THE WAY THAT THE MANUALS ARE

04:27:42  23   STRUCTURED.   AND THEN WITHIN THESE EXAMPLES IT'S SHOWING

04:27:47  24   PARTICULAR OUTPUTS FOR PARTICULAR COMMANDS, AND THAT'S HOW THE

04:27:50  25   SUMMARY EXHIBIT IS ORGANIZED.

04:27:52  1          MR. NELSON:  AT THIS POINT, I MOVE IN EXHIBIT 4800

04:27:56  2    INTO EVIDENCE YOUR HONOR.

04:27:57  3          MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:27:58  4          THE COURT:  IT WILL BE ADMITTED.

04:27:59  5    (PLAINTIFF'S EXHIBIT 4800 WAS ADMITTED INTO EVIDENCE.)

04:27:59  6    BY MR. NELSON:

04:28:00  7    Q.   SO THEN, BASED UPON THE ANALYSIS YOU DID ON THE COMPARISON

04:28:07  8    OF THE MANUALS, DID YOU FIND -- DID YOU REACH ANY CONCLUSION?

04:28:10  9    A.   I DID, BASED ON THE EVIDENCE THAT'S INCLUDED IN THE

04:28:15  10   SUMMARY EXHIBIT, I DETERMINED THAT THERE WERE COPYING -- THAT

04:28:19  11   THERE WAS COPYING OF OUTPUTS BY ARISTA FROM CISCO MANUALS.

04:28:22  12   Q.   AND I DON'T REMEMBER IF I ASKED YOU THIS, WITH RESPECT TO

04:28:27  13   THE MULTIWORD COMMANDS, BUT WE TALKED ABOUT WHAT YOUR EVIDENCE

04:28:30  14   WAS THAT YOU LOOKED AT.

04:28:33  15       WHAT WAS YOUR CONCLUSION WITH RESPECT TO COPYING ON THE

04:28:38  16   506 ASSERTED MULTIWORD COMMANDS IN THE EOS?

04:28:43  17   A.   THAT THERE WAS COPYING OF THOSE MULTIWORD COMMANDS IN THE

04:28:49  18   ARISTA PRODUCTS.

04:28:49  19   Q.   AND WHY DO YOU SAY THAT?

04:28:51  20   A.   I SAY THAT BECAUSE OF THE 506 COMMANDS, I COULD FIND

04:28:58  21   EVIDENCE OF WHERE EACH OF THOSE COMMANDS EXISTED WITHIN THE

04:29:01  22   USER MANUALS.

04:29:01  23       AND IT WAS ALSO THROUGH THE ADDITIONAL TESTING THAT I DID

04:29:04  24   AND THE OTHER EVIDENCE AND DEPOSITION TESTIMONY THAT I

04:29:07  25   CONSIDERED THAT DEMONSTRATED THAT THERE WAS COPYING OF THOSE

04:29:13  1      SPECIFIC COMMANDS IN ARISTA.

04:29:15  2      Q.   AND DID YOU REVIEW ANY CODE TO MAKE SURE THAT THEY WERE

04:29:19  3      ACTUALLY IMPLEMENTED?

04:29:20  4      A.   I DID.

04:29:21  5      Q.   NOW, I WOULD LIKE TO GO TO SLIDE 49, NOW, MR. FISHER.

04:29:38  6           AND WHAT ARE WE SHOWN HERE ON EXHIBIT 49?

04:29:41  7      A.   THIS IS A SUMMARY EXHIBIT FOR THE MODES AND PROMPTS THAT

04:29:45  8      EXIST IN BOTH CISCO AND ARISTA.

04:29:50  9           AND WHAT YOU SEE HERE IS WHERE IN THE CISCO MATERIALS YOU

04:29:57  10     SEE THE COMMANDS AND PROMPTS, AND THEN WHERE THE COMMANDS AND

04:30:02  11     PROMPTS APPEAR AND THE EOS VERSION NUMBERS AND THEN ALSO THE

04:30:10  12     USE OF MODES AND PROMPTS IN DOCUMENTATION OF ARISTA.

04:30:14  13           MR. NELSON:  AND AT THIS POINT, I WOULD MOVE

04:30:17  14     EXHIBIT 4794 INTO EVIDENCE, YOUR HONOR.

04:30:19  15           MR. VAN NEST:  NO OBJECTION.

04:30:20  16           THE COURT:  IT WILL BE ADMITTED.

04:30:21  17     (PLAINTIFF'S EXHIBIT 4794 WAS ADMITTED INTO EVIDENCE.)

04:30:21  18           MR. NELSON:  AND CAN WE PULL THAT UP ON THE TRIAL

04:30:25  19     DIRECTOR.

04:30:31  20     Q.   SO CAN YOU JUST SUMMARIZE WHAT YOU HAVE HERE IN

04:30:35  21     EXHIBIT 4794?

04:30:36  22     A.   SURE, FOR 4794, IT'S A SERIES OF COLUMNS ACROSS SEVERAL

04:30:43  23     PAGES AND IT LISTS WHAT THE CISCO COMMAND MODE IS AND IT'S

04:30:49  24     IDENTIFIED FOR EXAMPLE IN THIS FIRST PAGE AS USER EXEC.  WHAT

04:30:52  25     THE ARISTA COMMAND MODE IS AS EXEC AND THEN THAT THE TWO

04:30:57  1      PROMPTS, THE TWO GREATER THAN SIGNS ARE THE SAME.

04:30:59  2          IF YOU CONTINUE THROUGH THE PAGES, IT IDENTIFIES THE OTHER

04:31:04  3      THREE MODES, AND THEN THERE'S A SEPARATE SET OF FIVE MODES FOR

04:31:10  4      NX-OS THAT ARE SIMILAR.

04:31:12  5          AND BASED OF THE EVIDENCE THAT YOU'VE TALKED ABOUT THAT

04:31:17  6      YOU REVIEWED, WHAT WAS YOUR CONCLUSION WITH RESPECT TO WHETHER

04:31:20  7      THERE WAS COPYING OF THE PARTICULAR ARRANGEMENT OF THE MODES

04:31:26  8      AND PROMPTS IN IOS?

04:31:27  9      A.   BASED ON MY ANALYSIS THAT THERE WAS COPYING OF THE MODES

04:31:33  10     AND PROMPTS, THE ONES THAT WERE IDENTIFIED IN EXHIBIT 4794.

04:31:36  11     Q.   OKAY.  AND WAS THAT SAME THING TRUE FOR ANY OF THE OTHER

04:31:39  12     USER INTERFACES?

04:31:40  13     A.   YES.  SO THIS FIRST ONE DEALS WITH, IF YOU GO BACK TO THE

04:31:45  14     FIRST PAGE, THE FIRST FOUR ARE WITH RESPECT TO IOS, IOS XE AND

04:31:52  15     IOS XR.  AND THEN THERE'S THE ADDITIONAL FIVE THAT STARTS ON

04:31:59  16     PAGE 5 FOR NX-OS.

04:32:08  17     Q.   AND WHAT WAS YOUR CONCLUSION?

04:32:10  18     A.   THAT THERE WAS COPYING OF THE MODES AND PROMPTS BY ARISTA.

04:32:13  19     Q.   NOW I WANT TO GO BACK TO EXHIBIT 4800, IF WE CAN PULL THAT

04:32:17  20     UP, JUST SO THAT WE CAN SEE IT A LITTLE BIT BETTER AND THEN YOU

04:32:21  21     CAN DESCRIBE THAT FOR US AGAIN.

04:32:23  22          SO THE -- CAN WE PULL UP -- THIS ISN'T THE RIGHT DOCUMENT.

04:32:35  23          SO 4800, AND LET'S JUST GO TO SLIDE 47.  SO IN SLIDE 47,

04:32:45  24     THE OUTPUTS NOW, I WANT TO TALK ABOUT THE OUTPUTS.  SO CAN YOU

04:32:48  25     JUST DESCRIBE FOR ME WHAT YOU SUMMARIZED IN EXHIBIT 4800 THAT

04:32:52   1    THE JURY WILL HAVE?

04:32:53   2    A.   SURE.

04:32:54   3         SO THESE ARE FROM THE OUTPUTS OF COMMANDS, AND THE OUTPUTS

04:33:00   4    AS THEY APPEAR WHEN YOU TYPE THE COMMANDS INTO A PROPERLY

04:33:04   5    CONFIGURED AND ENABLED SWITCH, HOW THEY SHOW UP ON THE SCREEN

04:33:07   6    OF THE USER INTERFACE.

04:33:07   7         AND IT IS EVIDENCE FOR THE OUTPUTS BEING COPIED IS BASED

04:33:13   8    ON, FOR EXAMPLE, AT LEAST IN THIS SUMMARY EXHIBIT, THE USER

04:33:19   9    MANUALS.  AND SO YOU WILL SEE A ROW, THE TWO COLUMNS REPRESENT

04:33:22   10   CISCO AND ARISTA, AND THERE'S A RED BOX AROUND THE PORTIONS

04:33:27   11   THAT ARE THE SAME.

04:33:31   12        AND THEN THERE IS A LIST OF REFERENCES AT THE BOTTOM OF

04:33:34   13   THE CELL WHERE YOU CAN FIND THAT INFORMATION IN THE CISCO

04:33:38   14   MANUALS THAT REPRESENT WHAT THE OUTPUT ON THE SCREEN WOULD BE.

04:33:44   15        AND THEN THERE'S A CORRESPONDING SET OF REFERENCES TO THE

04:33:47   16   ARISTA USER MANUALS WHERE YOU CAN SEE WHAT THEIR OUTPUT WOULD

04:33:50   17   BE, AS IT WOULD BE REPRESENTED ON THE SCREEN.

04:33:53   18   Q.   AND DID YOU DO THAT ANALYSIS WITH RESPECT TO EACH OF THE

04:33:59   19   USER INTERFACES?

04:33:59   20   A.   YES, I DID.

04:34:00   21   Q.   AND WHAT WAS YOUR CONCLUSION?

04:34:02   22   A.   THAT FOR EACH OF THE USER INTERFACES FOR IOS, IOS XR,

04:34:12   23   IOS XE AND NX-OS, AS DESCRIBED IN THE SUMMARY EXHIBIT THERE

04:34:14   24   WERE COPYING OF THE OUTPUTS FROM CISCO TO ARISTA'S EOS.

04:34:19   25   Q.   SO I THINK WE COVERED THIS EARLIER BUT PROBABLY A GOOD

04:34:22  1    PLACE TO DO IT HERE, DO ALL COMMANDS FROM OUTPUT?

04:34:24  2    A.   NO, NO, NOT ALL COMMANDS.

04:34:26  3    Q.   AND WHY IS THAT?

04:34:28  4    A.   THERE ARE SOME COMMANDS THAT ARE CONFIGURATION COMMANDS,

04:34:33  5    THAT IF SUCCESSFUL, DON'T RETURN ANY RESPONSE.  YOU GO FROM THE

04:34:36  6    COMMAND BEING ENTERED ON ONE LINE TO -- BACK TO THE PROMPT

04:34:41  7    AGAIN.  SO IT'S, IT'S, IT DOESN'T GIVE YOU AN OUTPUT.

04:34:45  8    Q.   SO NOW I WOULD LIKE TO GO TO SLIDE 50, PLEASE.  AND THIS

04:34:57  9    IS IN REFERENCE TO EXHIBIT 4795, DO YOU SEE THAT?

04:35:00  10   A.   YES, SIR.

04:35:00  11   Q.   AND CAN YOU TELL US WHAT THIS IS?

04:35:02  12   A.   THIS IS A SUMMARY EXHIBIT FOR THE TECHNICAL DOCUMENTATION

04:35:08  13   COPYING, THE USER MANUALS, AND IT HAS A SIMILAR FORMAT, IT HAS

04:35:11  14   TWO COLUMNS, ONE FOR CISCO AND ONE FOR ARISTA, THERE ARE RED

04:35:15  15   BOXES THAT HIGHLIGHT WHERE THERE IS COPYING FROM THE CISCO

04:35:18  16   MANUAL TO THE ARISTA MANUAL.

04:35:21  17       AGAIN, AT THE BOTTOM OF THE CELL, FOR THE CISCO SIDE, IT

04:35:25  18   IDENTIFIES WHAT CISCO MANUAL IT COMES FROM AND THE PAGE NUMBER.

04:35:31  19   AND THEN FOR THE ARISTA SIDE IT IDENTIFIES WHERE THAT

04:35:34  20   INFORMATION APPEARS IN THE ARISTA MANUALS.

04:35:37  21       AND YOU CAN SEE IN THE EXAMPLES IN THIS DEMONSTRATIVE THAT

04:35:40  22   FOR EACH OF THE CELLS, THERE'S A NUMBER OF ARISTA MANUALS WHERE

04:35:44  23   THIS INFORMATION APPEARS.

04:35:47  24       MR. NELSON:  YOUR HONOR, AT THIS POINT I WOULD LIKE

04:35:48  25   TO MOVE INTO EVIDENCE THE SUMMARY EXHIBIT 4795.

04:35:52  1          MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

04:35:53  2          THE COURT:  IT WILL BE ADMITTED.

04:35:55  3     (PLAINTIFF'S EXHIBIT 4795 WAS ADMITTED INTO EVIDENCE.)

04:35:55  4     BY MR. NELSON:

04:36:02  5     Q.   SO I WOULD LIKE TO TURN NOW TO YOUR HELP DESCRIPTION

04:36:08  6     ANALYSIS AND PARTICULARLY WITH RESPECT TO THE IOS XR USER

04:36:15  7     INTERFACE?

04:36:15  8     A.   OKAY.

04:36:16  9     Q.   SO WITH RESPECT TO THE IOS XR USER INTERFACE IN THE HELP

04:36:24  10    DESCRIPTIONS, CAN YOU EXPLAIN TO US WHAT YOU DID?

04:36:25  11    A.   SURE.

04:36:27  12         I LOOKED AT BOTH THE MANUALS FOR THE DESCRIPTION OF THE

04:36:33  13    INTERFACES OR WHAT THE HELP MESSAGES WOULD BE, AND IN SOME

04:36:40  14    INSTANCES AGAIN I CONFIRMED THAT BY TYPING THOSE INTO THE

04:36:44  15    ARISTA SWITCHES THAT THEY WOULD BE THE SAME.  AND I ALSO

04:36:46  16    INSPECTED THE SOURCE CODE TO SEE THAT THOSE HELP DESCRIPTIONS

04:36:50  17    WERE INCLUDED IN THE SOURCE CODE.

04:36:51  18    Q.   AND -- SO DID YOU -- YOU SAID YOU LOOKED AT THE SOURCE

04:37:05  19    CODE TO CONFIRM THAT THE HELP DESCRIPTIONS WERE THERE.

04:37:08  20         WAS ONE OF THE VERSIONS OF THE SOURCE CODE YOU LOOKED AT

04:37:11  21    VERSION 5.1.4?

04:37:14  22    A.   YES, IT WAS.

04:37:14  23    Q.   OKAY.  AND WHAT DID YOU FIND WITH RESPECT TO THE HELP

04:37:21  24    DESCRIPTIONS THAT WERE IN VERSION 5.1.4 THAT YOU ALSO FOUND IN

04:37:28  25    EOS?

04:37:29   1    A.   I FOUND THAT THEY WERE THE SAME, THAT THE HELP

04:37:32   2    DESCRIPTIONS THAT HAD BEEN IDENTIFIED WERE THE ONES THAT I

04:37:35   3    FOUND IN THE SOURCE CODE IN 5.1.4 OF THE EOS.

04:37:40   4    Q.   AND DO YOU RECALL HOW MANY THERE WERE?

04:37:42   5    A.   A LITTLE MORE THAN 200, I THINK MAYBE ABOUT 216, IN THAT

04:37:50   6    BALLPARK.

04:37:50   7    Q.   OKAY.  AND DO YOU RECALL WHAT THE SIMILARITY WAS BETWEEN

04:37:55   8    WHAT YOU SAW IN IOS XR VERSION 5.1.4 VERSUS THE EOS THAT YOU

04:38:05   9    LOOKED AT?

04:38:07  10    A.   SO I LOOKED AT EOS 5.1.4 AND I LOOKED AT THE OTHER

04:38:12  11    VERSIONS AS WELL.  AND THEY WERE SIMILAR ACROSS ALL OF THE

04:38:15  12    VERSIONS.

04:38:17  13    Q.   IOS XR, VERSION 5.1.4 IS WHAT I'M TALKING ABOUT?

04:38:23  14    A.   YES, THAT'S RIGHT.

04:38:25  15         THE COURT:  LET'S CLARIFY THAT.  COULD WE GO BACK

04:38:27  16    OVER THAT, IT'S A LITTLE MUDDLED.

04:38:30  17         MR. NELSON:  YES, ABSOLUTELY.

04:38:32  18    Q.   SO TALKING ABOUT THE IOS XR VERSION THAT YOU LOOKED AT FOR

04:38:36  19    DETERMINING WHAT WAS IN THE IOS XR USER INTERFACE, OKAY?

04:38:39  20    A.   OKAY.  CORRECT.  I UNDERSTAND.

04:38:45  21         YEAH.  THE 216 THAT WERE PRESENT IN 5.1.4 OF THE IOS XR,

04:38:49  22    SORT OF THE SOURCE OF THE COPYING, WAS THIS THE OTHER VERSIONS

04:38:52  23    OF IOS XR AS WELL.

04:38:53  24         SO FOR EXAMPLE, 5.2 --

04:38:56  25         MR. VAN NEST:  OBJECTION, YOUR HONOR.

04:38:57   1            MOVE TO STRIKE.  OUTSIDE HIS REPORT.

04:39:02   2                 THE COURT:  I WILL LET YOU LAY A FOUNDATION FOR THAT.

04:39:05   3    I THINK YOU'VE GOT TO EXPLAIN THAT.

04:39:07   4    BY MR. NELSON:

04:39:07   5    Q.   DID YOU ALSO LOOK AT VERSION 5.2?

04:39:10   6    A.   I DID.

04:39:10   7    Q.   OKAY.  AND WHAT'S YOUR UNDERSTANDING FOR IF A -- FIRST OF

04:39:17   8    ALL?

04:39:18   9                 MR. VAN NEST:  OBJECTION, YOUR HONOR.

04:39:20  10        I MOVE TO STRIKE THE LAST ANSWER AS NOT DISCLOSED IN HIS

04:39:23  11    REPORT.

04:39:25  12                 THE COURT:  I GUESS YOU ARE GOING TO HAVE TO SHOW ME

04:39:27  13    THE REPORT AGAIN.

04:39:32  14                 MR. NELSON:  WHY DON'T YOU MOVE TO A NEW TOPIC NOW,

04:39:35  15    YOUR HONOR, AND THEN WE CAN COME BACK TO THIS WHILE I FIND

04:39:40  16    THAT.

04:39:41  17                 THE COURT:  OKAY.

04:39:42  18    BY MR. NELSON:

04:39:42  19    Q.   SO DR. ALMEROTH, WHAT WAS YOUR CONCLUSION WITH RESPECT TO

04:39:46  20    THE SIMILARITY OR THE COPYING OF THE HELP DESCRIPTIONS FROM THE

04:39:54  21    IOS XR?

04:39:55  22    A.   THAT THERE WAS, IN FACT, COPYING FROM IOS XR INTO THE

04:40:00  23    ARISTA EOS.

04:40:12  24                 MR. NELSON:  YOUR HONOR, AT THIS POINT I PROBABLY DO

04:40:14  25    NEED TO TALK ABOUT THE INTERROGATORY RESPONSE.  WE CAN DO IT

04:40:19  1    LATER, BUT I'M GOING TO BE FINISHED --

04:40:21  2         THE COURT:  I'M PREPARED TO TAKE A SIDEBAR, I WAS A

04:40:24  3    LITTLE BIT CONFUSED BY THAT SO I NEED TO HEAR A LITTLE BIT

04:40:28  4    MORE.

04:40:28  5         MR. VAN NEST, CAN WE HAVE A SIDEBAR ON THE INTERROGATORY.

04:40:31  6         MR. VAN NEST:  CERTAINLY.

04:40:42  7    (SIDEBAR DISCUSSION ON THE RECORD.)

04:40:42  8         THE COURT:  I AM CONFUSED ABOUT WHY THERE'S ANY

04:40:44  9    OBJECTION TO AN INTERROGATORY RESPONSE YOUR CLIENT GAVE.

04:40:47  10        MR. VAN NEST:  I WAS CONFUSED AND SURPRISED,

04:40:50  11   YOUR HONOR, FOR TWO REASONS.

04:40:51  12        ONE, THESE WERE NEVER DISCLOSED FOR THIS WITNESS ON THE

04:40:55  13   LIST.  AND WHEN HE TOOK THE ROGS AND GAVE THEM A TRIAL NUMBER

04:41:02  14   RIGHT THERE ON THE SPOT, I WAS CONFUSED BECAUSE WE HAD HAD A

04:41:05  15   LOT OF DISCUSSION THIS WEEK ABOUT WHAT IS GOING IN AND WHAT

04:41:09  16   ISN'T.

04:41:10  17        AND THIS IS NOT SOMETHING THAT WAS -- I DON'T THINK WAS

04:41:13  18   WITHIN THE SCOPE OF OUR AGREEMENT AT ALL.  I THOUGHT WE AGREED

04:41:20  19   ON WHAT ALL THE EXHIBITS WOULD BE HERE THAT ARE SUMMARIES.  AND

04:41:22  20   THEN I DIDN'T SEE IT ON THIS LIST FOR THIS WITNESS, SO I WAS

04:41:28  21   SURPRISED, THAT'S ALL.

04:41:29  22        MR. NELSON:  SO TWO THINGS, YOUR HONOR.

04:41:31  23        THE SLIDE IN THE DEMONSTRATIVE, THEY DIDN'T OBJECT TO.  IN

04:41:34  24   TERMS OF MOVING THEM IN, WAS NECESSARY BY THE FACT THAT THEY

04:41:37  25   DIDN'T -- THEY CONTESTED THE SUMMARY EXHIBIT.  WE HAVE BEEN

04:41:40   1      THROUGH THAT.

04:41:41   2          SO THESE ACTUALLY HAVE EXACTLY THE COMMAND STRUCTURES THAT

04:41:44   3      WE TALKED ABOUT.

04:41:45   4              THE COURT:  THAT'S THE RESPONSE TO THE INTERROGATORY?

04:41:48   5              MR. NELSON:  CORRECT.  HAVE EXACTLY THE COMMAND

04:41:50   6      STRUCTURES WHO AUTHORED THEM AND WHEN THEY WENT IN, IN EXACTLY

04:41:55   7      THE FORM THAT THEY WERE IN, IN THE SUMMARY DOCUMENT THAT THEY

04:41:57   8      OBJECTED TO.

04:41:58   9          SO IT'S --

04:41:59   10             THE COURT:  OKAY.  SO HERE WE ARE, LET ME JUST

04:42:01   11     EXPLAIN.

04:42:01   12         IF THE OBJECTION IS THAT THEY WEREN'T DISCLOSED IN THE

04:42:04   13     48 HOURS IN ADVANCE OF THE TESTIMONY, THEN I WILL LET YOU BRING

04:42:07   14     THIS WITNESS BACK IN TO CURE THE TIME ISSUE BECAUSE THAT'S THE

04:42:10   15     ONLY PLAUSIBLE OBJECTION.

04:42:12   16         AND YOU ARE NOT GOING TO HAVE RESTED, SO YOU CAN DO IT

04:42:15   17     TOMORROW.  I MEAN, I DON'T KNOW WHAT -- THIS IS NOT A FIGHT WE

04:42:18   18     SHOULD HAVE, BUT IF YOU WANT MORE PREPARATION, IT'S FINE.

04:42:21   19             MR. VAN NEST:  BECAUSE OF THE BACK AND FORTH ON WHAT

04:42:23   20     SUMMARIES WERE COMING IN AND WHAT WERE OUT AND THE DISCUSSION

04:42:27   21     WE HAD TODAY, I WAS NOT PREPARED.

04:42:29   22             THE COURT:  I UNDERSTAND.  THAT'S NOT A SUMMARY,

04:42:30   23     THAT'S YOUR CLIENT'S INTERROGATORY RESPONSE, AND IT GENERALLY

04:42:33   24     COMES IN.

04:42:34   25             MR. VAN NEST:  YOUR HONOR IS CORRECT.

04:42:35  1        BUT GIVEN THE NATURE OF OUR ARGUMENTS ON DISCOVERY AND

04:42:40  2    WHAT SUMMARIES ARE GOING IN THIS WEEK, THIS SHOULD HAVE BEEN

04:42:44  3    SOMETHING I WAS TOLD AHEAD OF TIME WE WERE GOING TO DO.

04:42:46  4        THE COURT:  I AGREE.  SO YOU WILL HAVE TO BRING HIM

04:42:48  5    BACK TO TOMORROW TO DO THIS.

04:42:52  6        MR. NELSON:  HE WILL BE BACK TOMORROW.

04:42:53  7        THE COURT:  I KNOW HE IS.  I AM JUST GIVING YOU THE

04:42:56  8    TIME IF YOU WANT TO DO IT.

04:42:59  9        EXCELLENT.  THEN LET'S MOVE ON.  EVEN IF YOU ARE DONE, YOU

04:43:02  10   CAN RECALL HIM.

04:43:03  11         MR. NELSON:  THANK YOU, YOUR HONOR.  I APPRECIATE IT.

04:43:13  12         THE COURT:  ALL RIGHT.  LET'S MOVE ON.

04:43:14  13         MR. NELSON:  MAY I PROCEED, YOUR HONOR?

04:43:15  14         THE COURT:  YES, YOU MAY.

04:43:16  15   BY MR. NELSON:

04:43:17  16   Q.   SO THEN IF WE GO TO SLIDE 51.

04:43:22  17        NOW, CAN YOU JUST SUMMARIZE WHAT YOUR CONCLUSIONS WERE

04:43:28  18   WITH RESPECT TO FIRST, THE FOUR ELEMENTS OF THE USER INTERFACES

04:43:31  19   THAT WE TALKED ABOUT?

04:43:32  20   A.   SURE.  THE FOUR ELEMENTS OF THE USER INTERFACE, AND THAT

04:43:38  21   WAS FOR THE FOUR USER INTERFACES, SO IOS, IOS XR, EOS AND

04:43:46  22   NX-OS, FOR EACH OF THOSE FOUR ELEMENTS, ARISTA HAD DIRECTLY

04:43:49  23   COPIED THOSE ELEMENTS.

04:43:51  24        IT'S ALSO THE CASE THAT ARISTA HAD ACCESS TO THOSE WORKS

04:43:56  25   AND THE WORKS WERE THE SAME, IF NOT IDENTICAL TO CISCO.

04:43:59  1    Q.   AND HOW ABOUT WITH RESPECT TO THE USER DOCUMENTATION THAT

04:44:03  2    YOU REVIEWED?

04:44:03  3    A.   THE SAME FOR THE USER DOCUMENTATION.  I CONCLUDED AFTER

04:44:09  4    LOOKING AT THE EVIDENCE THAT ARISTA HAD DIRECTLY COPIED THAT

04:44:11  5    USER DOCUMENTATION AND THAT ALSO FOR ACCESS TO THE

04:44:16  6    DOCUMENTATION AND THAT IT WAS THE SAME, IF NOT IDENTICAL, TO

04:44:20  7    CISCO.

04:44:21  8              MR. NELSON:  THANK YOU, SIR.

04:44:22  9         AT THIS POINT I DON'T HAVE ANY FURTHER QUESTIONS, AND I

04:44:24  10   WILL PASS THE WITNESS, YOUR HONOR.

04:44:26  11             THE COURT:  ALL RIGHT.

04:44:28  12        MR. VAN NEST, WOULD YOU LIKE TO GET STARTED ON YOUR

04:44:30  13   CROSS-EXAMINATION?

04:44:30  14             MR. VAN NEST:  I CERTAINLY CAN, YOUR HONOR.

04:44:32  15        IT WILL TAKE US A MOMENT TO GET --

04:44:35  16             THE COURT:  WE ALL HAVE TO MOVE A FEW THINGS OVER, I

04:44:38  17   AGREE.

04:44:51  18             MR. VAN NEST:  MORE BINDERS.

04:45:21  19             THE COURT:  ANY OBJECTION TO DR. ALMEROTH TAKING A

04:45:22  20   LOOK?

04:45:23  21             MR. VAN NEST:  NO, NO, WE ARE GOING TO BE GOING

04:45:26  22   THROUGH THOSE.

04:45:27  23             THE COURT:  OKAY.

04:45:52  24             MR. VAN NEST:  YOUR HONOR, I'M READY TO START WITH

04:45:54  25   WHEN YOU ARE?

04:45:55  1          THE COURT:  DR. ALMEROTH, ARE YOU READY?

04:45:56  2          THE WITNESS:  YES.

04:45:57  3          THE COURT:  ALL RIGHT.  GO AHEAD, MR. VAN NEST.

04:45:57  4                    **CROSS-EXAMINATION**

04:46:00  5   BY MR. VAN NEST

04:46:00  6   Q.   GOOD AFTERNOON, GOOD AFTERNOON DR. ALMEROTH.

04:46:02  7   A.   GOOD AFTERNOON.

04:46:03  8   Q.   IN ADDITION TO YOUR TEACHING IN RECENT YEARS, YOU'VE ALSO

04:46:06  9   BECOME A PROFESSIONAL EXPERT WITNESS; ISN'T THAT RIGHT?

04:46:09  10  A.   NO, I DON'T THINK SO.

04:46:10  11  Q.   AS A MATTER OF FACT, IN THE LAST FOUR YEARS YOU'VE

04:46:15  12  TESTIFIED IN COURT OR IN DEPOSITION APPROXIMATELY 40 TIMES,

04:46:21  13  RIGHT?

04:46:22  14  A.   THAT SOUNDS ABOUT RIGHT.

04:46:24  15  Q.   AND YOU'VE TESTIFIED ON A WIDE RANGE OF TOPICS, INCLUDING

04:46:28  16  DIGITAL MUSIC PLAYERS?

04:46:31  17  A.   YES.

04:46:31  18  Q.   POD CASTING?

04:46:34  19  A.   YES.

04:46:36  20  Q.   CABLE TV?

04:46:38  21  A.   YES.

04:46:38  22  Q.   WEARABLE FINANCE DEVICES LIKE FITBIT?

04:46:42  23  A.   YES.

04:46:43  24  Q.   INTERNET SEARCHING AND ADVERTISING?

04:46:46  25  A.   YES.

04:46:51  1      Q.   E-MAIL MONITORING?

04:46:52  2      A.   YES.

04:46:52  3      Q.   AND MANY OTHER AREAS AS WELL, RIGHT?

04:46:57  4      A.   I DON'T KNOW IF IT'S THAT MANY MORE THAN THAT, I WOULD BE

04:47:00  5      SURPRISED.

04:47:01  6      Q.   NOW, YOU'VE ALSO RECEIVED HUNDREDS OF THOUSANDS OF DOLLARS

04:47:07  7      FROM CISCO IN RESEARCH GRANTS, RIGHT?

04:47:11  8      A.   YES, THAT'S CORRECT, COMPETITIVE RESEARCH GRANTS.

04:47:14  9      Q.   AS A MATTER OF FACT, YOU HAVE A RELATIONSHIP WITH CISCO

04:47:20  10     GOING BACK ALMOST 20 YEARS?

04:47:24  11     A.   I DO, IN VARIOUS FORMS.  IN SOME CASES, IT'S KNOWING

04:47:28  12     PEOPLE AT CISCO.

04:47:30  13     Q.   THE FIRST MONEY THAT YOU RECEIVED FROM CISCO WAS BACK IN

04:47:35  14     APPROXIMATELY 1998, WHEN YOU RECEIVED ALMOST $100,000 IN A

04:47:40  15     RESEARCH GRANT, CORRECT?

04:47:42  16     A.   THAT'S CLOSE.  IT WASN'T -- THOSE RESEARCH GRANTS DON'T GO

04:47:46  17     TO ME, THEY GO TO THE UNIVERSITY.  I DON'T RECEIVE THAT MONEY.

04:47:50  18     Q.   BUT YOU WERE THE ONE THAT GOT CREDIT FOR IT, RIGHT?

04:47:53  19     A.   I'M NOT SURE WHAT YOU MEAN BY GOT CREDIT.

04:47:56  20     Q.   WELL, IN OTHER WORDS, ONE OF YOUR JOBS AS UNIVERSITY

04:47:59  21     PROFESSOR IS TO ATTRACT FUNDING FOR RESEARCH AT THE UNIVERSITY,

04:48:03  22     CORRECT?

04:48:03  23     A.   YES.

04:48:03  24     Q.   AND YOU ACTUALLY TAKE CREDIT IN YOUR RESUME FOR FUNDING

04:48:09  25     FROM CISCO AND OTHERS OVER THE YEARS, RIGHT?

04:48:11  1    A.    I DO.

04:48:12  2    Q.    SO THE VERY FIRST GRANT MONEY THAT YOU RECEIVED FROM CISCO

04:48:17  3    WAS ALMOST $100,000, 18 YEARS AGO IN 1998, ISN'T THAT RIGHT?

04:48:23  4    A.    THAT SOUNDS ABOUT RIGHT.

04:48:24  5    Q.    AND THEN IN '99, YOU GOT ANOTHER $125,000?

04:48:30  6    A.    CERTAINLY POSSIBLE.

04:48:32  7    Q.    AND IN 2000, 84,000?

04:48:36  8    A.    YES.

04:48:40  9    Q.    2001, 50,000?

04:48:42  10   A.    YES.

04:48:43  11   Q.    ANOTHER $100,000 IN 2003?

04:48:46  12   A.    THAT'S CORRECT.

04:48:48  13   Q.    ANOTHER 80,000 IN 2004?

04:48:51  14   A.    YES -- SOMEWHERE IN THIS LIST, SOME OF THE MONEY WENT TO

04:48:55  15   UT DALLAS WHERE ONE OF MY STUDENTS WAS, SO I'M NOT SURE WHICH

04:49:00  16   IN THAT LIST IT IS.

04:49:01  17   Q.    SO IN OTHER WORDS, YOU GOT THE CREDIT, BUT IT WENT TO TWO

04:49:05  18   DIFFERENT INSTITUTIONS?

04:49:06  19   A.    NO, I WOULDN'T SAY THAT.

04:49:07  20   Q.    AND THEN YOU GOT ANOTHER $100,000 JUST PRIOR TO THE FILING

04:49:12  21   OF THIS LAWSUIT, RIGHT?  IN 2013 AND 2014?

04:49:17  22   A.    I'M NOT SURE WHEN THIS LAWSUIT WAS FILED.

04:49:21  23   Q.    WELL, IT WAS FILED IN DECEMBER OF 2014, THAT'S BEEN THE

04:49:25  24   TESTIMONY, YOU'VE BEEN HERE IN THE COURTROOM?

04:49:27  25   A.    I HAVE.

04:49:28  1    Q.   DR. ALMEROTH.

04:49:30  2    A.   IT'S JUST NOT SOMETHING THAT REGISTERS WITH ME.

04:49:34  3    Q.   I SKIPPED ONE, IN '07 AND '08 YOU GOT ANOTHER HUNDRED

04:49:38  4    THOUSAND, RIGHT?

04:49:39  5    A.   IF THAT'S WHAT MY RESUME SAYS, MY RESUME IS CORRECT.

04:49:42  6    Q.   OKAY.  THEN IN 2013 AND '14 ANOTHER $100,000?

04:49:48  7    A.   I'M LOSING TRACK IF YOU'RE GOING BACK --

04:49:51  8    Q.   I'M COMING FORWARD.

04:49:52  9    A.   WELL, YOU WENT BACK AND JUMPED FORWARD.

04:49:55  10        I THINK MY RESUME IS ACCURATE.  I'VE HAD LOTS OF

04:49:58  11   RELATIONSHIPS WITH COMPANIES AND RECEIVED RESEARCH FUNDING AT

04:50:00  12   THE UNIVERSITY TO WORK WITH THEM.

04:50:01  13   Q.   OKAY.  BUT IN THIS INSTANCE, YOU DIDN'T EXPLAIN DURING

04:50:08  14   YOUR CREDENTIALS THAT OVER THE PAST 15 TO 18 YEARS, YOU HAVE

04:50:15  15   SOLICITED AND RECEIVED ALMOST $800,000 IN GRANT MONEY FROM

04:50:19  16   CISCO, RIGHT?

04:50:20  17   A.   I DIDN'T MENTION THAT SPECIFICALLY, BUT I DID MENTION

04:50:24  18   COLLABORATING WITH CISCO.  I DIDN'T MENTION AMOUNTS THAT I HAD

04:50:27  19   RECEIVED FROM ANY OF THE OTHER PARTNERS WHEN THERE WERE

04:50:32  20   RESEARCH GRANTS INVOLVED.

04:50:33  21   Q.   NOW ARE YOU WORKING ON A CISCO FUNDED PROJECT NOW?  APART

04:50:37  22   FROM THIS LAWSUIT I MEAN?

04:50:38  23   A.   AT THE UNIVERSITY.

04:50:39  24   Q.   YES?

04:50:39  25   A.   NO.

04:50:40  1    Q.   ARE YOU APPLYING FOR ANY CISCO MONEY AT THE PRESENT TIME?

04:50:42  2    A.   NO.

04:50:43  3    Q.   NOW DR. ALMEROTH YOU STATED EARLIER THAT INDUSTRY

04:50:54  4    STANDARDS ARE IMPORTANT IN NETWORKING?

04:50:55  5    A.   YES.

04:50:56  6    Q.   AND INDUSTRY STANDARDS ARE TECHNICAL SPECIFICATIONS THAT

04:51:02  7    ALLOW PROCESSES TO WORK IN THE SAME WAY, RIGHT?

04:51:04  8    A.   THAT'S A LITTLE BIT VAGUE.  GENERALLY I WOULD AGREE WITH

04:51:08  9    YOU, BUT IF YOU LOOK AT THE INDUSTRY STANDARDS FROM THINGS LIKE

04:51:12  10   IEEE AND IETF, THEY'RE SPECIFICALLY FOR PROTOCOLS WHERE HAVING

04:51:19  11   THE EXACT SAME OPERATION ON BOTH SIDES IS CRITICAL.

04:51:21  12   Q.   OKAY.  FAIR ENOUGH.  AND THERE ARE A NUMBER OF STANDARD

04:51:25  13   SETTING ORGANIZATIONS THAT PROMULGATE THOSE PROTOCOLS FOR

04:51:28  14   NETWORKING, RIGHT?

04:51:29  15   A.   GENERALLY, YES.

04:51:30  16   Q.   AND YOU MENTIONED YOU'RE A FELLOW OF THE IEEE, THAT'S ONE

04:51:33  17   GROUP THAT ISSUES PROTOCOLS AND STANDARDS?

04:51:38  18   A.   THAT'S CORRECT.

04:51:39  19   Q.   AND THEN YOU MENTIONED THE IETF, THAT'S THE INTERNET

04:51:44  20   ENGINEERING TASK FORCE?

04:51:46  21   A.   YES, SIR.

04:51:46  22   Q.   YOU'VE ALSO PARTICIPATED IN THAT?

04:51:48  23   A.   YES, SIR.

04:51:49  24   Q.   AND THE GOAL OF THESE ORGANIZATIONS IS TO PREPARE

04:51:53  25   STANDARDS SO THAT NETWORKING DEVICES FROM VARIOUS COMPANIES CAN

04:51:57   1    WORK TOGETHER, RIGHT?

04:51:58   2    A.   NO, IT'S NOT QUITE RIGHT.

04:52:01   3    Q.   ACTUALLY, WHAT YOU SAID IN YOUR REPORT WAS THAT A KEY

04:52:07   4    OBJECTIVE OF THE SSO, IS TO FACILITATE INTEROPERABILITY BETWEEN

04:52:13   5    DEVICES WITHIN A TECHNOLOGY, RIGHT?

04:52:14   6    A.   THAT'S RIGHT.  WITHIN A TECHNOLOGY.

04:52:17   7    Q.   OKAY.

04:52:17   8    A.   AND THAT WAS MY DISAGREEMENT WITH YOUR QUESTION.

04:52:20   9    Q.   OKAY.

04:52:21   10   A.   IT'S WITHIN THE TECHNOLOGY SPECIFICALLY, THE PROTOCOLS

04:52:25   11   THEMSELVES.

04:52:25   12   Q.   OKAY.  AND THESE STANDARD SETTING ORGANIZATIONS ARE

04:52:27   13   TYPICALLY MADE UP OF INDUSTRY MEMBERS, ACADEMICS AND OTHERS,

04:52:33   14   RIGHT?

04:52:33   15   A.   YES, I THINK TYPICALLY.

04:52:34   16   Q.   AND THEY COME TOGETHER AND THEY PROMULGATE PROTOCOLS THAT

04:52:38   17   MANUFACTURERS AGREE TO FOLLOW IN MANUFACTURING THEIR PRODUCTS,

04:52:42   18   RIGHT?

04:52:42   19   A.   I THINK THAT'S ULTIMATELY WHAT HAPPENS.  I THINK EVEN FOR

04:52:46   20   STANDARD PROTOCOLS LIKE TCP, YOU CAN HAVE A COMPANY THAT

04:52:50   21   CHOOSES NOT TO FOLLOW THE STANDARD.

04:52:52   22   Q.   BUT GENERALLY SPEAKING, THE MANUFACTURERS FOLLOW THE

04:52:55   23   STANDARD AND THEY PUBLISH THAT IN THEIR SPECIFICATIONS, RIGHT?

04:52:58   24   A.   NO, THAT'S NOT QUITE RIGHT.

04:53:01   25   Q.   NOW YOU SAID THAT THE FOUNDATION OF NETWORKING IS THE

04:53:05  1    ABILITY OF TWO OR MORE DEVICES TO COMMUNICATE OVER A NETWORK,

04:53:09  2    RIGHT?

04:53:09  3    A.   YES.

04:53:10  4    Q.   AND FOR THAT TO HAPPEN THERE HAS TO BE SOME MUTUALLY

04:53:16  5    AGREED UPON MEANS FOR COMMUNICATION SO THAT ALL THE DEVICES CAN

04:53:18  6    UNDERSTAND EACH OTHER, RIGHT?

04:53:20  7    A.   THAT'S CORRECT.   THOSE PROTOCOLS AT THE DIFFERENT LAYERS

04:53:25  8    FOR COMMUNICATION ALL HAVE TO BE CONSISTENT, USUALLY THE BEST

04:53:30  9    WAY TO DO THAT IS THROUGH A STANDARD.

04:53:32  10   Q.   AND IN NETWORKING THERE ARE 30 OR 40 DIFFERENT

04:53:35  11   MANUFACTURERS, RIGHT?

04:53:36  12   A.   I THINK THERE'S MANY, MANY MORE THAN THAT.

04:53:39  13   Q.   FAIR ENOUGH.

04:53:40  14   A.   THERE COULD BE HUNDREDS.

04:53:41  15   Q.   OKAY.   CERTAINLY CISCO IS ONE?

04:53:44  16   A.   YES.

04:53:44  17   Q.   DELL IS ONE?

04:53:46  18   A.   YES.

04:53:47  19   Q.   ARISTA IS ONE?

04:53:49  20   A.   YES.

04:53:49  21   Q.   JUNIPER IS ONE?

04:53:51  22   A.   YES.

04:53:51  23   Q.   BROCADE IS ONE?

04:53:53  24   A.   YES.

04:53:54  25   Q.   AND THERE ARE MANY, MANY OTHERS?

04:53:56  1       A.   YES, MANY OTHERS.

04:53:57  2       Q.   AND THERE ARE MANY FOLLOWING THE VARIOUS INDUSTRY STANDARD

04:54:01  3       PROTOCOLS THAT ARE PROMULGATED BY IEEE AND IETF, RIGHT?

04:54:06  4       A.   YES.

04:54:06  5       Q.   INCLUDING ARISTA AND CISCO AND MANY OTHERS?

04:54:10  6       A.   THAT'S CORRECT.  WE HEARD EXAMPLES OF LIKE BGP, THAT'S A

04:54:14  7       STANDARD IN THE IETF.  CISCO AND ARISTA AND OTHERS WILL FOLLOW

04:54:19  8       THAT STANDARD AS PUBLISHED BY THE IETF.

04:54:22  9       Q.   AND YOU TEACH THESE PROTOCOLS TO YOUR STUDENTS?

04:54:26  10      A.   YES, SIR I DO.

04:54:27  11      Q.   I THINK YOU SAID EARLIER THAT YOU PUT UP A BOARD WITH ALL

04:54:30  12      SORTS OF ABBREVIATIONS AND ACRONYMS AND YOU TELL YOUR STUDENTS

04:54:34  13      BY THE END OF THE CLASS YOU WILL KNOW ALL OF THOSE, RIGHT?

04:54:37  14      A.   YES, SIR, THAT'S WHAT I TESTIFIED TO.

04:54:39  15      Q.   AND THOSE ACRONYMS AND ABBREVIATIONS, MANY OF THEM COME

04:54:43  16      RIGHT FROM THESE INDUSTRY STANDARDS AND PROTOCOLS, RIGHT?

04:54:46  17      A.   SOME CERTAINLY DO.  I DON'T KNOW IF IT'S A KIND OF CAUSE

04:54:49  18      AND EFFECT, WHETHER THOSE ACRONYMS EXIST BEFORE THE STANDARD OR

04:54:53  19      VICE VERSA.

04:54:54  20      Q.   AND THE ONES THAT DON'T, THEY'RE COMMON IN THE NETWORKING

04:54:59  21      FIELD GENERALLY, RIGHT?

04:55:00  22      A.   ESPECIALLY FOR AN UNDERGRADUATE CLASS.  I'M NOT GOING TO

04:55:03  23      TEACH THEM THINGS THAT I CAN'T GET THROUGH IN TEN WEEKS.

04:55:06  24      Q.   OKAY.  AND WHAT YOU ARE TEACHING THEM IS THAT THERE'S A

04:55:09  25      STANDARD BODY OF ACRONYMS AND ABBREVIATIONS THAT ARE ALSO

04:55:15   1    FAMILIAR TO NETWORK ENGINEERS, RIGHT?

04:55:17   2    A.   NO.   THAT'S VERY WRONG.   THERE'S NOT A STANDARD BODY OF

04:55:21   3    ACRONYMS.   THERE MIGHT BE STANDARD PROTOCOLS BUT THERE ISN'T

04:55:25   4    SOME STANDARD SET OF PROTOCOLS THAT'S REQUIRED.

04:55:31   5    Q.   MAYBE YOU MISUNDERSTOOD OR MAYBE I MISSPOKE, DR. ALMEROTH.

04:55:35   6         BUT WHAT I MEANT TO SAY WAS THAT THERE ARE ACRONYMS AND

04:55:38   7    ABBREVIATIONS AND TERMS THAT ARE COMMON AND COMMONLY UNDERSTOOD

04:55:45   8    BY FOLKS IN NETWORKING, THAT'S WHAT YOU ARE TEACHING IN CLASS?

04:55:50   9    A.   THAT'S CLOSE.

04:55:53   10   Q.   AND IN FACT, MANY OF THE TERMS IN CISCO'S CLI COMMANDS

04:55:58   11   WERE TAKEN DIRECTLY FROM VARIOUS NETWORKING INDUSTRY PROTOCOLS,

04:56:03   12   RIGHT?

04:56:04   13   A.   I THINK SO, I THINK THAT'S A CHOICE THAT THE -- THAT THE

04:56:09   14   AUTHORS MADE, YES.

04:56:10   15   Q.   AS A MATTER OF FACT, THE VAST MAJORITY OF THE TERMS IN

04:56:16   16   THESE 506 COMMANDS WE ARE TALKING ABOUT COME FROM INDUSTRY

04:56:22   17   STANDARD PROTOCOLS WHERE THEY'RE USED IN A DEFINED WAY, RIGHT?

04:56:30   18   A.   NO, I DON'T THINK I WOULD AGREE WITH THAT.

04:56:32   19   Q.   NOW WE LOOKED A LITTLE BIT EARLIER IN THE WEEK AT THE IP

04:56:42   20   PROTOCOL.   AND YOU WERE HERE WHEN MR. LOUGHEED TESTIFIED ABOUT

04:56:45   21   THAT?

04:56:45   22   A.   YES, SIR.

04:56:46   23   Q.   THAT'S THE INTERNET PROTOCOL, RIGHT?

04:56:50   24   A.   YES.

04:56:50   25   Q.   COMMONLY KNOWN AS IT IS IP PROTOCOL?

04:56:53  1    A.   YES.

04:56:53  2    Q.   AND YOU'VE USED THE TERM IP TO REPRESENT THAT PROTOCOL?

04:56:57  3    A.   YES.

04:56:58  4    Q.   STUDENTS USE IT?

04:56:58  5    A.   YES.

04:56:59  6    Q.   INDUSTRY NETWORK FOLKS USE IT?

04:57:01  7    A.   YES.

04:57:01  8    Q.   AND SOMETHING LIKE 148 OF THE COMMANDS THAT ARE AT ISSUE

04:57:04  9    IN THIS LAWSUIT, THEY ALSO USE IP?

04:57:07  10   A.   I BELIEVE THAT'S CORRECT.

04:57:08  11   Q.   AND WHEN THEY USE IP THEY ARE REFERRING TO THE INTERNET

04:57:13  12   PROTOCOL, RIGHT?

04:57:13  13   A.   I BELIEVE THAT THEY ARE AND THAT WAS A DESIGN CHOICE THAT

04:57:18  14   THE AUTHORS MADE.

04:57:19  15   Q.   AND THAT PROTOCOL WAS STANDARDIZED IN 1981 BEFORE CISCO

04:57:25  16   EVEN EXISTED, RIGHT?

04:57:27  17   A.   THE FIRST VERSION OF THAT, YES.

04:57:29  18   Q.   THE FIRST VERSION OF IP PROTOCOL WAS STANDARDIZED BY THE

04:57:35  19   IETF BACK IN 1981, RIGHT?

04:57:37  20   A.   RFC791.

04:57:43  21   Q.   AND THAT'S LONG BEFORE MR. LOUGHEED GOT TO CISCO?

04:57:45  22   A.   I BELIEVE THAT'S CORRECT.

04:57:46  23   Q.   LONG BEFORE THERE WAS ANY COMMAND AT CISCO IN EXISTENCE AT

04:57:50  24   ALL?

04:57:50  25   A.   THAT WOULD STAND TO REASON.

04:57:52   1    Q.   AND THERE ARE SUBSEQUENT VERSIONS OF THE INTERNET PROTOCOL

04:57:59   2    AS WELL?

04:57:59   3    A.   YES.

04:58:00   4    Q.   IPV6 IS THE VERSION 6 OF THE SAME PROTOCOL?

04:58:07   5    A.   IT IS.   THE ONE THAT WAS STANDARDIZED IN 1981 IS TYPICALLY

04:58:12   6    CALLED VERSION FOUR.

04:58:13   7    Q.   THAT'S RIGHT.   THE ORIGINAL ONE WE HAVE BEEN TALKING

04:58:16   8    ABOUT, THAT'S VERSION FOUR.   VERSION 6 WAS STANDARDIZED A FEW

04:58:21   9    YEARS LATER, CORRECT?

04:58:22  10    A.   YES, SIR.

04:58:22  11    Q.   AND THAT'S IN TRIAL EXHIBIT 5040, IF YOU WOULDN'T MIND

04:58:31  12    TAKING A LOOK AT YOUR BINDERS THERE THAT WE'VE GOT THEM LABELED

04:58:36  13    5040.   AND THE ARE YOU GENERALLY FAMILIAR WITH THE VERSION 6

04:58:44  14    PROTOCOLS?

04:58:45  15    A.   YES, I AM.

04:58:46  16         MR. VAN NEST:   YOUR HONOR, I WOULD MOVE 5040 INTO

04:58:50  17    EVIDENCE.

04:58:50  18         THE COURT:   ANY OBJECTION.

04:58:51  19         MR. NELSON:   I DON'T HAVE ANY OBJECTION.

04:58:52  20         THE COURT:   IT WILL BE ADMITTED.

04:59:00  21    (DEFENDANT'S EXHIBIT 5040 WAS ADMITTED INTO EVIDENCE.)

04:59:00  22    BY MR. VAN NEST:

04:59:02  23    Q.   COULD WE HIGHLIGHT THE TITLE, INTERNET PROTOCOL VERSION 6.

04:59:06  24    IPV6, THAT'S THE ACRONYM OR ABBREVIATION THAT'S COMMONLY

04:59:09  25    USED TO DESCRIBE IP VERSION 6, RIGHT?

04:59:14  1      A.    IT'S ONE OF THEM.

04:59:15  2      Q.    OKAY.  AND THERE ARE A NUMBER OF COMMANDS AT ISSUE IN THIS

04:59:21  3      LAWSUIT THAT USE IPV6, RIGHT?

04:59:24  4      A.    YES.

04:59:25  5      Q.    NOW THESE PROTOCOLS ALSO HAVE DEFINED TERMS WITHIN THEM,

04:59:32  6      RIGHT?

04:59:36  7      A.    COULD YOU RESTATE -- I'M NOT SURE I UNDERSTAND WHAT YOU

04:59:39  8      ARE ASKING.

04:59:39  9      Q.    WELL, THIS EXHIBIT -- THIS IS A PROTOCOL WE ARE LOOKING AT

04:59:43  10     HERE THAT'S SEVERAL PAGES LONG?

04:59:44  11     A.    YES.

04:59:45  12     Q.    IT DESCRIBES VERSION 6 OF THE INTERNET PROTOCOL?

04:59:50  13     A.    YES.

04:59:50  14     Q.    IT PROVIDES THE STANDARDS BY WHICH THE MANUFACTURERS THAT

04:59:54  15     WANT TO SUPPORT THE PROTOCOL CAN DO SO, RIGHT?

04:59:58  16     A.    NOT TECHNICALLY, THAT'S CORRECT.

05:00:04  17     Q.    WELL, WE ARE ALL A LITTLE NONTECHNICAL, DR. ALMEROTH, NOT

05:00:08  18     YOU, SIR, BUT --

05:00:10  19           NOW, THERE ARE DEFINED TERMS IN IPV6 TOO, RIGHT?

05:00:13  20     A.    AGAIN, I'M NOT SURE WHAT YOU MEAN BY DEFINED TERMS.

05:00:16  21     Q.    WELL, LET'S PUT IT UP ON THE SCREEN.  COULD WE HAVE FROM

05:00:20  22     SECTION 2, PLEASE.

05:00:23  23           TERMINOLOGY.  THIS IS PART OF THE SAME PROTOCOL -- I HAVE

05:00:28  24     IT ON THE SCREEN, DR. ALMEROTH, IT'S A LITTLE EASIER TO LOOK

05:00:31  25     AT, I THINK, THAN --

05:00:32  1      A.   I'VE GOT IT IN BOTH PLACES.

05:00:35  2      Q.   OKAY.   TERMINOLOGY, PARAGRAPH 2, DEFINES NODE, ROUTER,

05:00:43  3      HOST -- COULD WE HIGHLIGHT THESE.   RIGHT?

05:00:53  4      A.   IT DOES.   AND THE WAY THESE RFC'S WORK YOU CAN SEE THE

05:00:58  5      NOTES BELOW, IT PROVIDES KIND OF A WORKING DEFINITION, IT'S NOT

05:01:03  6      WHERE THEY ARE TRYING TO COME UP WITH THE AUTHORITATIVE

05:01:06  7      DEFINITION OF THIS TERM.

05:01:07  8      Q.   BUT THEY ARE DEFINED AND THERE'S A DESCRIPTION IN THE

05:01:11  9      PROTOCOL ITSELF OF WHAT THE TERM MEANS WITHIN THE PROTOCOL,

05:01:14  10     RIGHT?

05:01:14  11     A.   OR AS THE AUTHORS INTENDED TO PROVIDE SOME CLARITY FOR

05:01:20  12     SOMEBODY READING THIS DOCUMENT.

05:01:21  13     Q.   NOW, MANY OF THE TERMS THAT ARE USED IN THE COMMANDS AT

05:01:25  14     ISSUE IN THIS LAWSUIT ARE DEFINED TERMS LIKE THESE FROM THE

05:01:30  15     WRITTEN PROTOCOLS, RIGHT?

05:01:31  16     A.   IN SOME CASES, YES.   IN OTHER CASES, NO.   YOU'VE POINTED

05:01:38  17     TO AN RFC THAT HAS A TERMINOLOGY SECTION.   I DON'T KNOW THAT

05:01:43  18     MANY OF THEM ACTUALLY DO --

05:01:46  19     Q.   I'M GOING TO BE REVIEWING THAT, DR. ALMEROTH, WE ARE GOING

05:01:49  20     TO BE REVIEWING THAT SHORTLY.   YOU'VE ANSWERED MY QUESTION,

05:01:52  21     WHICH IS THAT MANY OF THESE DO?

05:01:53  22     A.   SORRY, I WASN'T DONE WITH MY ANSWER.

05:01:56  23     Q.   OH, I'M SORRY, ARE YOU DONE?

05:01:58  24     A.   NO, ACTUALLY, I WASN'T.

05:02:00  25          I WAS SAYING THAT SOME RFC'S LIKE THIS HAVE TERMINOLOGY

05:02:04    1    AND GLOSSARY SECTIONS.  OTHERS DON'T.  IN SOME CASES THERE ARE

05:02:08    2    CHOICES IN COMMON WORDS THAT ARE USED, SOME APPEAR IN THE

05:02:12    3    STANDARDS AND SOME DON'T.  BUT ULTIMATELY IT'S A DESIGN CHOICE.

05:02:18    4            MR. VAN NEST:  COULD WE PUT SLIDE 2 OF THE

05:02:20    5    DEMONSTRATIVES UP ON THE SCREEN, PLEASE.

05:02:22    6    Q.   THESE ARE ALL COMMANDS THAT ARE AT ISSUE IN THIS LAWSUIT,

05:02:25    7    RIGHT?

05:02:26    8    A.   I BELIEVE THAT'S CORRECT.

05:02:27    9    Q.   AND IPV6, WE ESTABLISHED THAT, THAT IS THE NAME OF VERSION

05:02:33   10    6 OF THE INTERNET PROTOCOL, THAT'S WHAT, THAT'S THE

05:02:37   11    ABBREVIATION PEOPLE COMMONLY USE?

05:02:39   12    A.   NO, I THINK THERE'S OTHER ABBREVIATIONS.

05:02:43   13    Q.   WELL, THAT'S THE ONE THAT'S IN THE TITLE OF THE PROTOCOL,

05:02:46   14    RIGHT?

05:02:46   15    A.   THAT IS, I'M JUST SAYING THAT IT'S NOT NECESSARILY THE

05:02:50   16    ONLY ONE THAT PEOPLE USE.

05:02:51   17    Q.   BUT IT'S THE ONE IN THE TITLE?

05:02:52   18    A.   YEAH, I AGREED WITH YOU.

05:02:53   19    Q.   OKAY.  AND IPV6 HOST -- COULD WE GO SIDE-BY-SIDE WITH OUR

05:02:58   20    TERMINOLOGY SECTION?

05:02:59   21            THE COURT:  AND WE NEED TO WRAP UP, I JUST WANT TO

05:03:01   22    GIVE YOU A GOOD PLACE TO STOP.

05:03:03   23            MR. VAN NEST:  OKAY.  IF I COULD JUST HAVE ONE MORE

05:03:05   24    MINUTE, YOUR HONOR, I WILL --

05:03:06   25            THE COURT:  OF COURSE.

05:03:07   1    BY MR. VAN NEST:

05:03:08   2    Q.   SO ON THE LEFT WE ARE SHOWING COMMANDS THAT ARE AT ISSUE

05:03:11   3    IN THE LAWSUIT.   SO HOST IS ONE OF THE DEFINED TERMS IN THE

05:03:16   4    IPV6 PROTOCOL, RIGHT?

05:03:18   5    A.   CLOSE.   AGAIN, I DISAGREE WITH YOUR CHARACTERIZATION OF

05:03:23   6    HOW THEY'RE DEFINED AND PRESENTED IN THIS RFC.

05:03:29   7    Q.   WELL AT LEAST IT'S SET FORTH AS A TERM THAT THAT HAS SOME

05:03:33   8    SORT OF A DEFINITION, RIGHT?

05:03:34   9    A.   IT'S LISTED IN THE TERMINOLOGY SECTION BEING I GENERALLY

05:03:37  10    AGREE WITH YOU.

05:03:38  11    Q.   AND NEIGHBOR THAT'S LISTED IN THE TERMINOLOGY SECTION TOO?

05:03:40  12    A.   IT IS.

05:03:40  13    Q.   AND ADDRESS?

05:03:41  14    A.   WELL, HOLD ON.   I'M SORRY.

05:03:42  15        I MEAN, THERE IT'S NEIGHBORS, RIGHT, AND THERE'S A

05:03:45  16    DIFFERENCE OF AN "S."   THAT WOULD MAKE A SIGNIFICANT DIFFERENCE

05:03:49  17    TO A PARSER.

05:03:50  18    Q.   AND WELL, YOU WILL ACTUALLY SEE NEIGHBORS USED FURTHER

05:03:56  19    DOWN IN THE COMMANDS THERE, SHOW IPV6 NEIGHBORS, SO THAT ONE IS

05:04:00  20    USED THERE, RIGHT?

05:04:00  21    A.   IT IS USED THERE, BUT NOT NEIGHBOR.   SO AT LEAST THAT ONE

05:04:04  22    IS NOT IN THE TERMINOLOGY SECTION.

05:04:08  23    Q.   AND INTERFACE THAT'S A TERM DEFINED IN THE TERMINOLOGY

05:04:11  24    SECTION OF THIS PROTOCOL AS WELL?

05:04:13  25    A.   IT IS LISTED IN THE TERMINOLOGY SECTION.

05:04:15   1    Q.   AND IT'S CERTAINLY TRUE FOR MANY, MANY, MANY OF THE

05:04:19   2    COMMANDS AT ISSUE THAT THEY ARE USING TERMS THAT CAN BE FOUND,

05:04:26   3    USED DIRECTLY IN THE PROTOCOL TO WHICH THEY RELATE, RIGHT?

05:04:30   4    A.   I DISAGREE.  I DON'T THINK IT'S MANY, MANY.  I THINK THERE

05:04:33   5    ARE CERTAINLY QUITE A FEW, AND I THINK THE FACT THAT YOU HAVE

05:04:36   6    WORDS FROM A STANDARD LIKE THIS THAT ALSO WOULD APPEAR IN THE

05:04:41   7    COMMANDS THEMSELVES IS NOT INDICATIVE THAT THERE'S NOT A

05:04:44   8    CREATIVE PROCESS INVOLVED.

05:04:46   9        THERE'S OTHER WORDS IN THESE DOCUMENTS THAT THEY COULD

05:04:48   10   POTENTIALLY HAVE USED.

05:04:49   11   Q.   MY LAST QUESTION, DR. ALMEROTH, IS I ASSUME THAT WHEN THE

05:04:54   12   COMMAND IS USING IPV6, IT IS REFERRING A NETWORK ENGINEER TO

05:05:01   13   SOMETHING RELATED TO IPV6, RIGHT?

05:05:03   14   A.   THAT WOULD BE A REASONABLE ASSUMPTION TO MAKE, ESPECIALLY

05:05:06   15   ASSUMING THAT THE PERSON WHO CREATED THOSE COMMANDS USED SOME

05:05:15   16   DECISIONMAKING PROCESS.

05:05:17   17        MR. VAN NEST:  THAT'S A GOOD PLACE TO BREAK,

05:05:19   18   YOUR HONOR.

05:05:19   19        THE COURT:  ALL RIGHT.  WE ARE GOING TO BREAK FOR THE

05:05:23   20   DAY, SORRY WE ARE A COUPLE OF MINUTES LATE.

05:05:25   21        TOMORROW WE HAVE A LONG DAY.  WE WILL START AT 9:00 AND GO

05:05:28   22   TO 5:00, AND JUST KEEP MOVING ALONG.

05:05:30   23        WE ARE RIGHT ON SCHEDULE, LADIES AND GENTLEMEN.  SO THANK

05:05:33   24   YOU FOR YOUR ATTENTION TODAY.  I WILL HAVE YOU LEAVE YOUR

05:05:35   25   NOTEBOOKS AND BADGES RIGHT THERE.

ALMEROTH CROSS-EXAMINATION BY MR. VAN NEST                1296

05:05:37    1        LET ME REMIND YOU, YOU ARE NOT TO FORM OR EXPRESS ANY

05:05:40    2    OPINIONS IN THE CASE OR TALK TO ANYONE ABOUT ANYTHING IN REGARD

05:05:42    3    TO THE CASE.

05:05:43    4        HAVE A GOOD EVENING.  I WILL SEE YOU IN THE MORNING.

05:05:47    5        (JURY OUT AT 5:05 P.M.)

05:06:10    6           THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

05:06:20    7        WE ARE BACK ON THE RECORD OUTSIDE THE PRESENCE OF THE

05:06:23    8    JURY.

05:06:24    9        LET'S TAKE UP SOME HOUSEKEEPING THINGS.

05:06:26   10        MR. NELSON, I HAD A QUESTION, AND I'M SURE I MUST HAVE

05:06:31   11    MISSED SOMETHING HERE.

05:06:32   12           MR. NELSON:  NOT IF IT INVOLVED ME, IT COULD HAVE

05:06:35   13    BEEN ME, YOUR HONOR.

05:06:35   14           THE COURT:  YOU INTRODUCED INTO EVIDENCE EXHIBIT 4803

05:06:38   15    WHICH IS AN INDEX THROUGH MR. LANG.

05:06:42   16           MR. NELSON:  CORRECT, WE DID.

05:06:43   17           THE COURT:  ALL RIGHT.

05:06:44   18        AND I NOTED ON THE INDEX THAT IT HAD IN THE FAR RIGHT

05:06:49   19    COLUMN, A LIST, WHAT APPEARED TO BE EXHIBIT NUMBERS.  YOU

05:06:53   20    DIDN'T INTRODUCE ALL OF THE CORRESPONDING EXHIBITS.

05:06:56   21           MR. PAK:  YOUR HONOR, ACTUALLY, EXHIBIT 4803 IS A

05:07:00   22    COMPILATION OF ALL OF THOSE EXHIBITS IN ONE FILING WITH AN

05:07:02   23    INDEX.

05:07:03   24           THE COURT:  SO IT INCLUDES ALL OF THOSE EXHIBITS.

05:07:06   25           MR. NELSON:  YES.

05:07:06  1          THE COURT:  SO THAT WAS NOT CLEAR TO ME, AND I

05:07:08  2     WANTED -- I PRESUME YOU HAVE ALL TALKED ABOUT THIS, BUT JUST

05:07:12  3     SO -- I'M GOING -- AND THERE WAS A THUMB DRIVE, SO THAT WAS

05:07:16  4     VERY SCARY TO SEE.  BUT THAT WOULD -- YOU ONLY MOVED INTO

05:07:20  5     EVIDENCE WHAT WAS MARKED AS AN EXHIBIT.  AND YOU DIDN'T COMMENT

05:07:23  6     THAT THAT INCLUDED ALL OF THE UNDERLYING DOCUMENTATION.

05:07:26  7          I WAS UNCLEAR, EXCEPT I SAW THE THUMB DRIVE AND THOUGHT

05:07:30  8     OH, THERE'S A LOT MORE HERE THAN WHAT I'M SEEING.

05:07:35  9          MR. NELSON:  WE COULD MAKE THAT CLEAR IF YOU LIKE, WE

05:07:37 10     COULD MAKE THAT CLEAR TOMORROW.

05:07:38 11          THE COURT:  THAT WOULD BE FINE.

05:07:39 12          AND MR. VAN NEST PROBABLY UNDERSTOOD THIS COMPLETELY, BUT

05:07:41 13     I DIDN'T AND THE RECORD DOESN'T REFLECT THAT.

05:07:48 14          MR. VAN NEST:  WHAT I UNDERSTOOD, WAS THAT WE HAD

05:07:52 15     SOME ARRANGEMENT TO GET THE COPYRIGHT REGISTRATIONS IN, AND I

05:07:55 16     THOUGHT THAT'S WHAT WE WERE DOING WITH MR. LANG.

05:07:58 17          THE COURT:  YEAH.

05:07:58 18          MR. NELSON:  CORRECT.

05:08:00 19          THE COURT:  I THINK THAT'S WHAT IT IS AND IT'S THE

05:08:01 20     UNDERLYING -- HE TALKED ABOUT THERE OTHER SCADS OF PAPER THAT

05:08:07 21     SUPPORTED THE REGISTRATIONS, AND I GATHER THAT'S WHAT THAT IS.

05:08:11 22          MR. NELSON:  CORRECT.

05:08:12 23          IT WOULD BE THE -- THEY ARE ALL TRIAL EXHIBITS AND IT

05:08:15 24     WOULD BE THEIR NUMBER THAT WAS REFERRED TO IN THAT SUMMARY AND

05:08:18 25     THAT'S ALL WHAT'S ON THAT THUMB DRIVE.

05:08:20   1              THE COURT:  OKAY.

05:08:21   2              MR. VAN NEST:  WE WILL REVIEW THE THUMB DRIVE

05:08:23   3     TONIGHT.  I WASN'T AWARE IT WAS GOING TO GO IN, BUT WE DID

05:08:27   4     DISCUSS PUTTING THE REGISTRATIONS IN.

05:08:29   5              THE COURT:  SURE.

05:08:30   6              MR. NELSON:  YEAH.  WE WORKED ALL THIS OUT.

05:08:32   7              THE COURT:  I HAD THE COVER SHEET, THE OFFICIAL

05:08:34   8     GOVERNMENT DOCUMENT AND THEN I HAD THE INDEX THAT PURPORTED, I

05:08:40   9     BELIEVE, TO SUMMARIZE THE UNDERLYING DOCUMENTATION SUBMITTED TO

05:08:43  10     THE COPYRIGHT OFFICE.  BUT YOU ONLY ADMITTED THE INDEX AS IF IT

05:08:46  11     WAS A SEPARATE DOCUMENT.

05:08:47  12          AND THEN THERE WAS A THUMB DRIVE AND IT WAS UNCLEAR TO ME

05:08:51  13     WHAT YOU WERE SUBMITTING IN EVIDENCE.

05:08:52  14              MR. PAK:  YOUR HONOR, JUST TO BE CLEAR, 4803 AS AN

05:08:55  15     EXHIBIT IS THE INDEX THAT WE HAVE BEEN DISCUSSING PLUS ALL OF

05:09:00  16     THE REGISTRATION MATERIALS IN ONE.

05:09:02  17              THE COURT:  HUNDREDS OF THOUSANDS OF PAGES.

05:09:04  18              MR. PAK:  YES.  BECAUSE IT WOULD LITERALLY BE TO THE

05:09:09  19     WALL.

05:09:09  20              THE COURT:  SO THAT'S WHY I WAS CONFUSED BECAUSE IT

05:09:12  21     REFERENCED SEPARATE EXHIBIT NUMBERS.

05:09:13  22              MR. PAK:  THEN SEPARATELY WE ALSO HAD IN OUR TRIAL

05:09:17  23     EXHIBIT LIST EACH OF THESE REGISTERED --

05:09:17  24              THE COURT:  YOU DIDN'T INTRODUCE THEM?

05:09:17  25              MR. PAK:  NO, WE DIDN'T INTRODUCE THEM BECAUSE THE

05:09:20   1    MOST EFFICIENT MECHANISM TO GET THEM IN --

05:09:20   2         THE COURT:  YOU HAVE NOW COMBINED THEM AS A SINGLE

05:09:24   3    EXHIBIT INCLUDING MANY THINGS.

05:09:25   4         MR. PAK:  A SINGLE EXHIBIT.  AND THAT'S WHAT WE

05:09:26   5    DISCUSSED WITH ARISTA.

05:09:28   6         THE COURT:  THAT'S WHAT I COULDN'T TELL BECAUSE

05:09:33   7    OBVIOUSLY I WAS NOT ABOUT TO OPEN UP A THUMB DRIVE.  EVER.

05:09:39   8      SO THANK YOU.  I JUST DIDN'T UNDERSTAND THAT.  AND I

05:09:42   9    PRESUME THAT THE WITNESS BINDER HAD IT BECAUSE MR. LANG COULD

05:09:47  10    TESTIFY TO IT.

05:09:48  11      I DIDN'T HAVE 5345 IN MY BINDER, BUT HE SEEMED TO FIND IT,

05:09:52  12    AND IT DOESN'T SEEM TO BE A PROBLEM, BUT I JUST WANT TO --

05:09:56  13         THE CLERK:  I HAVE A COPY FOR YOU.

05:09:59  14         THE COURT:  EXCELLENT.

05:09:59  15      AND THEN THE SIDEBAR WE HAD REGARDING THE INTERROGATORY

05:10:01  16    RESPONSES, YOU WILL WORK OUT WHEN DR. ALMEROTH WILL BE

05:10:05  17    PERMITTED TO GIVE THAT TESTIMONY YOU WILL WORK IT OUT WITH

05:10:08  18    MR. VAN NEST.

05:10:09  19         MR. VAN NEST:  RIGHT.

05:10:09  20         MR. NELSON:  I CAN DO THAT ON REDIRECT.

05:10:11  21      WE WILL PREPARE.  I ASSUME YOU WANT IT TO BE EXCERPTED,

05:10:17  22    JUST THOSE.

05:10:18  23         THE COURT:  I DON'T WANT ANYTHING IN PARTICULAR.

05:10:20  24    THERE WAS AN OBJECTION, IT WASN'T TIMELY DISCLOSED.  I

05:10:23  25    SUSTAINED THAT, BUT I'M ALLOWING YOU, EVEN THOUGH IT WOULD BE

05:10:26  1    BEYOND THE SCOPE OF YOUR REDIRECT TO GIVE MR. VAN NEST THE TIME

05:10:30  2    HE'S ENTITLED TO, TO BE PREPARED ON THESE SUBMISSIONS.  THAT'S

05:10:33  3    ALL.

05:10:33  4          MR. NELSON:  UNDERSTOOD.

05:10:34  5          THE COURT:  IT'S NOT FOR ME TO SAY WHAT YOU ARE

05:10:36  6    SUBMITTING.

05:10:36  7          MR. NELSON:  I WAS JUST ASKING FOR GUIDANCE ON,

05:10:38  8    BECAUSE YOU KNOW, INTERROGATORY RESPONSES, A LOT OF TIMES THERE

05:10:40  9    WILL BE, ONE DOCUMENT WILL HAVE SEVERAL --

05:10:42  10         THE COURT:  SO TYPICALLY, WE DON'T -- YOU ONLY WANT,

05:10:46  11   WAS IT 9 AND 26?

05:10:48  12         MR. NELSON:  CORRECT, AND THEY ARE TWO SEPARATE

05:10:50  13   DOCUMENTS.

05:10:51  14         THE COURT:  AND TWO SEPARATE DOCUMENTS, THAT'S ALL

05:10:53  15   THE JURY WILL GET.  AND YOU WILL NEED TO REDACT IN WHATEVER WAY

05:10:57  16   WORKS OUT BETWEEN THE PARTIES SO THAT THEY GET THE QUESTION AND

05:10:59  17   THE ANSWER AND NOT OTHER QUESTIONS AND ANSWERS THAT ARE NOT

05:11:02  18   PERTINENT.

05:11:02  19         MR. NELSON:  AND ELIMINATE THE OBJECTIONS AND STUFF.

05:11:06  20   RIGHT.

05:11:06  21         THE COURT:  WELL I ALWAYS LOVE TO ELIMINATE

05:11:09  22   OBJECTIONS.  OKAY.  THOSE WERE MY HOUSEKEEPING MATTERS.

05:11:13  23   ANYTHING ELSE?

05:11:14  24         MR. VAN NEST:  I WANT TO MAKE SURE, I BELIEVE IT'S

05:11:15  25   THE RULE IN THIS COURT AND ALL OF OUR DISTRICT THAT THE WITNESS

05:11:19  1    SHOULD BE INSTRUCTED THAT HE'S NOT TO SPEAK WITH COUNSEL OVER

05:11:21  2    THE BREAK THIS EVENING NOW THAT HE'S ON CROSS EXAM.

05:11:24  3             THE COURT:  WELL, THAT'S TYPICALLY CORRECT.

05:11:26  4             MR. NELSON:  I'VE ALWAYS ASSUMED THAT WAS THE CASE.

05:11:28  5       I ASSUMED MR. VAN NEST DID THAT AND FIGURED HE KNEW WITH

05:11:32  6    WITNESSES.  I KNOW THAT, YOUR HONOR, AND WE WILL ADHERE.

05:11:34  7             THE COURT:  THANK YOU.  I APPRECIATE THAT.

05:11:36  8             MR. VAN NEST:  I DON'T THINK WE HAVE ANYTHING ELSE

05:11:38  9    THIS EVENING.

05:11:38  10            THE COURT:  OKAY.  AND THEN JUST FOR SCHEDULING, NEXT

05:11:42  11   WEEK, WE WILL NOT BE ON THE RECORD ON THURSDAY, THAT'S MY

05:11:49  12   NORMAL MOTION DAY.  BUT THAT IS AN OPPORTUNITY FOR US TO

05:11:52  13   REVISIT JURY INSTRUCTIONS.

05:11:54  14      AND I'M STILL ANTICIPATING CLOSING ARGUMENTS ON THAT

05:11:58  15   FOLLOWING TUESDAY.  BUT WE -- YOU NEED TIME FOR PRODUCTION AND

05:12:02  16   I DON'T WANT TO BE JAMMED WITH YOU DOING IT OVERNIGHT.

05:12:06  17            MR. VAN NEST:  SO WE APPRECIATE THAT.  SO WE WON'T BE

05:12:08  18   WITH THE JURY THURSDAY.

05:12:10  19            THE COURT:  WE WILL NOT.

05:12:11  20            MR. VAN NEST:  AND WE PROBABLY WON'T BE WITH

05:12:13  21   YOUR HONOR THURSDAY MORNING, MAYBE THURSDAY AFTERNOON.

05:12:15  22            THE COURT:  NO, I HAVE A TIGHT SCHEDULE

05:12:17  23   UNFORTUNATELY, I'M MOVING MY MORNING CALENDAR SO THAT I CAN SEE

05:12:21  24   YOU AT 10:00.

05:12:22  25            MR. VAN NEST:  ON THURSDAY.

05:12:22  1            THE COURT:  ON THURSDAY THE 8TH.  AND MY MORNING

05:12:24  2      CALENDAR IS GOING TO HAVE TO START AT 8:30.

05:12:27  3            MR. VAN NEST:  SO WE WILL PLAN TO BE HERE AT 10:00

05:12:29  4      ON THURSDAY AND SPEND AS MUCH TIME AS WE NEED.

05:12:32  5            THE COURT:  THAT'S RIGHT.  WELL I ONLY HAVE UNTIL

05:12:34  6      2:00.

05:12:35  7            MR. VAN NEST:  FINE.

05:12:35  8            THE COURT:  AND I HAVE ANOTHER OBLIGATION.  SO --

05:12:38  9            MR. VAN NEST:  FAIR ENOUGH, THANK YOU.

05:12:40 10            THE COURT:  I THINK FOUR HOURS IS MORE THAN ENOUGH

05:12:42 11      TIME.

05:12:42 12            MR. PAK:  YES, I THINK SO, YOUR HONOR.

05:12:44 13         YOUR HONOR, I KNOW YOU HAD ONE QUESTION ABOUT SECTION, THE

05:12:47 14      VERSION 5.2 OF IOS XR, DR. ALMEROTH TALKED ABOUT THAT WITH

05:12:53 15      RESPECT TO THE COMMAND DESCRIPTIONS, I JUST WANTED TO READ INTO

05:12:56 16      THE RECORD THE PARAGRAPH FROM HIS EXPERT REPORT WHERE HE TALKS

05:13:00 17      ABOUT THAT, THAT'S PARAGRAPH 97.

05:13:04 18            MR. VAN NEST:  THE REBUTTAL?

05:13:06 19            MR. PAK:  WHAT WAS THAT -- OH, SORRY, THIS IS I

05:13:08 20      BELIEVE OPENING.

05:13:09 21            THE COURT:  HIS OPENING REPORT.

05:13:11 22            MR. PAK:  YES, YOUR HONOR.

05:13:11 23            THE COURT:  OKAY.

05:13:12 24            MR. PAK:  I UNDERSTAND THAT CISCO OWNS COPYRIGHTS IN

05:13:14 25      THE PROGRAMS, DOCUMENTATION AND OTHER MATERIALS THAT RELATE TO

05:13:17  1     ITS IOS, IOS XR, IOS XE AND NX OPERATING SYSTEMS.  CISCO IOS

05:13:27  2     COPYRIGHTED WORKS OR CISCO COPYRIGHTED WORKS.

05:13:30  3         THE CISCO IOS COPYRIGHTED WORKS INCLUDE COMPUTER PROGRAMS,

05:13:37  4     SCREEN DISPLAYS/COMMAND-LINE INTERFACES AND RELATED DOCUMENTS

05:13:41  5     THAT DESCRIBE AND DEFINE IOS AND THE IOS CLI, INCLUDING

05:13:47  6     COMMANDS, MODES, PROMPTS, HIERARCHIES, OUTPUTS AND COMMAND

05:13:52  7     DESCRIPTIONS, BECAUSE THEY'RE THE HELP DESCRIPTIONS.

05:13:55  8         I UNDERSTAND THAT EACH VERSION OF A CISCO OPERATING SYSTEM

05:13:58  9     BUILDS UPON PREVIOUS VERSIONS AND THAT CISCO SEPARATELY

05:14:01  10    REGISTERED COPYRIGHT FOR IOS COPYRIGHTED WORKS IN CONNECTION

05:14:05  11    WITH AT LEAST THE FOLLOWING OPERATING SYSTEM RELEASES.

05:14:07  12        AND THERE'S A TABLE, YOUR HONOR, THAT SHOWS THIS.  AND

05:14:12  13    CISCO IOS XR VERSION 5.2 IS IN THIS TABLE, YOUR HONOR.

05:14:17  14             THE COURT:  WE ASSUME IT'S 5.1.4?

05:14:21  15             MR. PAK:  THAT'S CORRECT, YOUR HONOR.

05:14:22  16             THE COURT:  OKAY.  I THINK THAT TAKES CARE OF

05:14:23  17    EVERYTHING.

05:14:24  18             MR. VAN NEST:  I THOUGHT THE OPERATIVE POINT WAS

05:14:27  19    WHETHER HE HAD DISCLOSED ANY ANALYSIS.

05:14:30  20        THE FACT THAT HE HAD IT, THAT'S NOT -- I THOUGHT THAT'S

05:14:34  21    WHAT WE WERE DEBATING IS WHERE WAS HE IN HIS REPORT SHOWING

05:14:38  22    SOME ANALYSIS OF THIS.

05:14:39  23             MR. NELSON:  THAT IS --

05:14:41  24             MR. PAK:  THIS IS WHAT HE'S DOING HERE.

05:14:43  25        SO YOUR HONOR, 5.1.4 IS THE VERSION THAT HE IDENTIFIED AS

05:14:49  1    WHERE THE SOURCE CODE FILES WERE IDENTIFIED RELATING TO THE

05:14:54  2    HELP DESCRIPTIONS IN IOS XR.

05:14:56  3        HE ALSO SPECIFICALLY TALKED ABOUT THE FACT THAT EACH

05:14:58  4    VERSION GOES UPON PRIOR RELEASES, THAT'S BEEN AUTHENTICATED BY

05:15:02  5    OR CORROBORATED BY VARIOUS FACT WITNESSES.  HE LISTED OUT THE

05:15:07  6    SPECIFIC VERSIONS INCLUDING 2.0 WHICH SUBSUMES 1.4, OPINION

05:15:20  7    1.1.4.

05:15:22  8              THE COURT:  5.1.

05:15:24  9              MR. PAK:  5.1.4 IS SUBSUMED BY 5.2, DID I GET THAT

05:15:30  10   RIGHT, DR. ALMEROTH?  OKAY.

05:15:31  11       AND THEREFORE, ALL OF THIS EVIDENCE IS CONSISTENT WITH THE

05:15:35  12   TRIAL TESTIMONY.

05:15:36  13             THE COURT:  AND SO ALTHOUGH 5.1.4 MIGHT HAVE LESS

05:15:40  14   THAN 5.2.  IT, IN NO INSTANCE, HAS MORE.

05:15:45  15             MR. PAK:  THAT'S CORRECT, YOUR HONOR.

05:15:45  16             THE COURT:  OKAY.

05:15:48  17       OKAY.  THAT TAKES CARE OF EVERYTHING TODAY.  THANK YOU.

05:15:50  18       WE WILL SEE WHAT WE HAVE GOING ON TOMORROW.

05:15:54  19       (THE EVENING RECESS WAS TAKEN AT 5:15 P.M.)

          20

          21

          22

          23

          24

          25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____
     SUMMER A. FISHER, CSR, CRR
25   CERTIFICATE NUMBER 13185          DATED: 12/1/16