1879

09:23:12

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5

     CISCO SYSTEMS, INC.,              )   CV-14-5344-BLF
 6                                     )
                     PLAINTIFF,        )   SAN JOSE, CALIFORNIA
 7                                     )
               VS.                     )   DECEMBER 6, 2016
 8                                     )
     ARISTA NETWORKS, INC.,            )   VOLUME 9
 9                                     )   *REDACTED*
                     DEFENDANT         )   PAGES 1879-2157
10   _____ )

11                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE BETH LABSON FREEMAN
12                UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  DAVID A. NELSON
15                           500 WEST MADISON STREET, SUITE 2450
                             CHICAGO, IL 60661
16

17   FOR THE PLAINTIFF:      QUINN, EMANUEL, URQUHART & SULLIVAN
                             BY:  SEAN PAK
18                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22              APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

1    APPEARANCES (CONTINUED)

2    FOR THE DEFENDANT:      KEKER & VAN NEST, LLP
                            BY:   ROBERT ADDY VAN NEST
3                                 BRIAN FERRALL
                                  DAVID J. SILBERT
4                                 ELIZABETH K. MCCLOSKEY
                                  EDUARDO E. SANTACANA
5                                 RYAN WONG
                                  DAVID J. ROSEN
6                           633 BATTERY STREET
                            SAN FRANCISCO, CA 94111-1809
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<pre>
1                        INDEX OF WITNESSES

2


3      DEFENDANT'S

4      JAYSHREE ULLAL
            DIRECT EXAM BY MR. VAN NEST        P. 1915
5           CROSS-EXAM BY MR. PAK             P. 1951
            REDIRECT EXAM BY MR. VAN NEST     P. 1968
6           RECROSS-EXAM BY MR. PAK           P. 1970

7      DR. JEFFREY CHASE
            DIRECT EXAM BY MR. KRISHNAN       P. 1972
8           CROSS-EXAM BY MR. JAFFE           P. 2003
            REDIRECT EXAM BY MR. KRISHNAN     P. 2020
9


10     MICHAEL VOLPI
            DIRECT EXAM BY MR. VAN NEST       P. 2023
11          CROSS-EXAM BY MR. NELSON          P. 2046
            REDIRECT EXAM BY MR. VAN NEST     P. 2050
12          RECRO

13


14     PLAINTIFF'S

15     PHILLIP SHAFER
            DIRECT EXAM BY MR. PAK            P. 2052
16          CROSS-EXAM BY MR. WONG            P. 2066
            REDIRECT EXAM BY MR. PAK          P. 2075
17          RECROSS-EXAM BY MR. WONG          P. 2078

18     DEFENDANT'S

19     JOHN BLACK
            DIRECT EXAM BY MR. FERRALL        P. 2081
20

21

22

23

24

25
</pre>

```
 1                        INDEX OF EXHIBITS

 2                                   MARKED      ADMITTED

 3      PLAINTIFF'S

 4      511                                      1960
        558                                      2019
 5      166-A, 203-A                             2155

 6      DEFENDANT'S

 7      6155                                     1922
        7790                                     1934
 8      8203                                     1940
        9069                                     1941
 9      566                                      1946
        5134                                     2038
10      5451                                     2042
        8237                                     2043
11      5457                                     2046
        6581                                     2095
12      6801                                     2103
        6817                                     2105
13      7355                                     2117
        7357                                     2119
14      7408                                     2121
        6743                                     2124
15      9037                                     2132
        5001                                     2136
16      9052                                     2138
        5630                                     2143
17      5635                                     2143
        5637                                     2144
18      9053                                     2147

19

20

21

22

23

24

25
```

```
         1    SAN JOSE, CALIFORNIA                    DECEMBER 6, 2016

09:25:04 2               P R O C E E D I N G S

09:25:04 3        (COURT CONVENED AT 9:25 A.M.)

09:31:03 4             THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE

09:31:05 5    SEATED.

09:31:06 6        ALL RIGHT.  WE ARE ON THE RECORD OUTSIDE THE PRESENCE OF

09:31:09 7    THE JURY.  LET'S SEE WHAT WE CAN GET ACCOMPLISHED THIS MORNING.

09:31:12 8    PARTLY, YOU HAVE TO LET ME KNOW WHAT YOU WANT.

09:31:15 9        I HAVE REVIEWED ALL OF THE DEPOSITIONS YOU'VE GIVEN ME, SO

09:31:18 10   I CAN DO THAT, BUT YOU HAD SOME OTHER MATTERS YOU WOULD LIKE TO

09:31:21 11   ADDRESS FIRST.

09:31:22 12            MR. VAN NEST:  WE HAVE A GAME PLAN, YOUR HONOR, FOR

09:31:24 13   THIS MORNING.

09:31:25 14            THE COURT:  EXCELLENT.

09:31:25 15            MR. VAN NEST:  JUST TO LET YOU KNOW, THE OBJECTIONS

09:31:27 16   TO THE GOURLAY DEPOSITION HAVE BEEN WITHDRAWN ON BOTH SIDES, SO

09:31:31 17   THAT IS READY TO GO.  I THINK WE NOTIFIED YOU LAST NIGHT.

09:31:35 18            THE COURT:  THANK YOU.

09:31:36 19            MR. VAN NEST:  WE JUST REACHED AGREEMENT ON PATIL,

09:31:40 20   P-A-T-I-L, THOSE HAVE BEEN WITHDRAWN AND THOSE ARE READY DO GO.

09:31:44 21            THE COURT:  WELL, I AM DELIGHTED.

09:31:46 22        PLEASE DON'T HAND ME THINGS THAT YOU ARE STILL WORKING ON.

09:31:49 23   BECAUSE I DELAYED OTHER THINGS SO I COULD WORK ON THIS.  I

09:31:53 24   ENCOURAGE YOU TO CONTINUE TALKING AND WORKING IT OUT IS THE

09:31:56 25   BEST THING, BUT THIS WAS MY FRUSTRATION YESTERDAY.  I ASKED FOR
```

09:32:00  1    TWO DAYS BECAUSE, I'M SORRY TO SAY, I'M JUST NOT WORKING

09:32:04  2    24 HOURS A DAY ON THIS CASE.  SO I HAVE TO MAKE JUDGEMENTS ON

09:32:09  3    WHEN I CAN FIT IT IN.  SO I GUESS YOU WILL LET ME KNOW.

09:32:12  4         SO WHAT DO WE NEED TO DISCUSS THIS MORNING, MR. VAN NEST?

09:32:15  5              MR. VAN NEST:  WHAT'S LEFT ON TODAY'S DOCKET,

09:32:19  6    YOUR HONOR, IS WE HAVE AN OBJECTION TO MR. CHASE, THE ARISTA

09:32:23  7    PATENT EXPERT WILL BE ON THIS MORNING.  AND THERE'S AN

09:32:25  8    OBJECTION TO ONE OF HIS DOCUMENTS OR TESTIMONY.

09:32:27  9         AND THEN PROFESSOR BLACK, WHOM WE'VE HEARD ABOUT WILL BE

09:32:33 10    ON THIS AFTERNOON.  THERE'S OBJECTIONS TO HIM.  THE PARTIES

09:32:36 11    THOUGHT WE SHOULD DO CHASE FIRST SINCE HE'S COMING FIRST AND

09:32:39 12    THEN BLACK, AND THAT WILL CLEAR EVERYTHING OUT FOR TODAY.  WE

09:32:42 13    SHOULDN'T HAVE ANYTHING ELSE THAT WE NEED TO DO TODAY.

09:32:47 14              THE COURT:  WELL, I'M NOT READING ANY DEPOSITIONS

09:32:49 15    AGAIN UNTIL YOU TELL ME YOU'VE DONE EVERYTHING.  YOU HANDED ME

09:32:52 16    ABOUT FOUR INCHES OF READING TO DO, I'M JUST BEYOND FRUSTRATED

09:32:57 17    WITH THIS.

09:32:57 18              MR. VAN NEST:  WE APOLOGIZE, YOUR HONOR.

09:32:59 19         THE PARTIES HAVE BEEN WORKING LATE TO TRY TO GET THESE

09:33:02 20    THINGS RESOLVED AND GET THESE THINGS OFF THE TABLE AND TRY TO

09:33:05 21    SAVE THE COURT TIME.

09:33:06 22         I APOLOGIZE TO HANDING THOSE TO YOU YESTERDAY.  WE DIDN'T

09:33:10 23    BELIEVE WE COULD REACH AGREEMENT, BUT BOTH SIDES URGED STAFF TO

09:33:13 24    CONTINUE WORKING ON IT AND THEY DID.  NOW THEY STILL HAVEN'T

09:33:19 25    RESOLVED THE OTHER TWO, BUT THOSE AREN'T FOR TODAY.  WE WILL

09:33:23  1    LET YOU KNOW IF WE HAVE REACHED AN IMPASSE OR NEED A

09:33:28  2    RESOLUTION.

09:33:28  3        SO WE HAVE CISCO'S OBJECTIONS TO THE EXHIBITS FROM

09:33:31  4    MR. CHASE, PROFESSOR CHASE.

09:33:33  5            THE COURT:  ALL RIGHT.  I SEE.  I'M AWARE TO THE

09:33:35  6    EXTENT YOU WROTE THREE LINES ABOUT MR. CHASE, THAT THERE IS AN

09:33:40  7    OBJECTION TO EXHIBIT 5988.  I HAVE A BARE BONES OBJECTION.  AND

09:33:46  8    I DON'T KNOW ANYTHING ELSE.  SO WHY DON'T YOU TELL ME WHAT THIS

09:33:50  9    IS ABOUT.

09:33:51  10           MR. KRISHNAN:  SO IT'S CISCO'S OBJECTION.

09:33:53  11           THE COURT:  YES, GOOD MORNING.

09:33:55  12           MR. JAFFE:  SO THE DOCUMENT ITSELF RELATES TO AN IPR

09:34:00  13   RESPONSE THAT CISCO FILED IN RESPONSE TO ARISTA'S IPR ON THE

09:34:04  14   '526 PATENT.  THE IPR WAS SINCE DENIED AND IS NO LONGER AT

09:34:10  15   ISSUE.

09:34:10  16       THEY'VE DISCLOSED OUR RESPONSE, THE PATENT OWNER'S

09:34:14  17   RESPONSE TO USE WITH PROFESSOR CHASE.  AND WE'RE OBJECTING ON A

09:34:18  18   NUMBER OF GROUNDS, INCLUDING THAT FROM A RELEVANCE PERSPECTIVE,

09:34:21  19   FROM A 403 PERSPECTIVE, BECAUSE PRIOR ART IS NO LONGER AT

09:34:25  20   ISSUE, AND IT'S GOING TO BE CONFUSING TO THE JURY TO SEE THIS

09:34:28  21   KIND OF A DOCUMENT AND TRY AND UNDERSTAND IT.

09:34:31  22       THE ADDITIONAL REASON IS WE ARE CONCERNED THAT ARISTA,

09:34:37  23   THROUGH DR. CHASE, IS TRYING TO UNDUE THE COURT'S CLAIM

09:34:40  24   CONSTRUCTION ON THE EXACT ISSUES THAT WERE DEALT WITH IN THE

09:34:42  25   IPR.  AND TO THE EXTENT THERE'S FURTHER GROUNDS FOR CONFUSION

09:34:46  1    UPON SEEING THIS DOCUMENT AND TALKING ABOUT ITS DETAILS, THAT'S

09:34:49  2    ANOTHER BASIS.

09:34:50  3            THE COURT:  OH, I'M SURE DR. CHASE HAS NO INTENTION

09:34:54  4    OF UNDOING MY CLAIMS CONSTRUCTION.  HE'S ABLE TO DISAGREE WITH

09:34:58  5    THE FEDERAL CIRCUIT, BUT FOR NOW THAT'S WHERE WE ARE, SO I'M

09:35:02  6    SURE THAT'S NOT HIS INTENTION.

09:35:04  7        WHY WOULD AN IPR RESPONSE BE SUBMITTED?  YOU DON'T WANT TO

09:35:07  8    INTRODUCE IT INTO EVIDENCE.

09:35:08  9            MR. KRISHNAN:  WE DO, YOUR HONOR.  AND HERE'S WHY.

09:35:10  10        IT'S HIGHLY RELEVANT AND CONTRADICTS THE POSITIONS THAT

09:35:13  11   CISCO HAS TAKEN IN THIS COURT DURING TRIAL.  THE IPR PETITION

09:35:19  12   RELATES LARGELY TO ONE CLAIM ELEMENT, AND THAT'S --

09:35:23  13            THE COURT:  TO THE VALIDITY OF IT OR TO THE

09:35:26  14   INFRINGEMENT?

09:35:28  15            MR. KRISHNAN:  WHILE IT WAS RELATED TO VALIDITY, THEY

09:35:30  16   MADE A NUMBER OF ADMISSIONS ABOUT THE CLAIM REQUIREMENT THAT

09:35:32  17   ARE GOING TO BE IMPORTANT AND THAT ARE AT ODDS WITH WHAT

09:35:34  18   THEY'VE TOLD THE JURY IN THIS TRIAL ALREADY.

09:35:38  19        SO THE REQUIREMENT IS THE ONE WHERE THERE MUST BE AT LEAST

09:35:44  20   ONE COMMAND ACTION VALUE FOR EVERY GENERIC COMMAND COMPONENT.

09:35:49  21            THE COURT:  THAT WAS THE KEY CLAIMS CONSTRUCTION AND

09:35:50  22   I KNEW THAT'S WHERE THIS CASE WOULD PROBABLY RISE OR FALL.

09:35:53  23            MR. KRISHNAN:  RIGHT.  SO CISCO SAID IN ITS PAPERS

09:35:56  24   THAT THE PURPOSE OF THAT REQUIREMENT IS TO HANDLE PARTIAL

09:35:58  25   COMMANDS.  DR. JEFFAY JUST PUT ON CONTRARY TESTIMONY LAST

09:36:03  1      FRIDAY.  HE BASICALLY SAID THAT THIS CLAIM REQUIREMENT DOESN'T

09:36:07  2      HAVE ANYTHING TO DO WITH THE ABILITY TO HANDLE PARTIAL OR

09:36:10  3      INVALID COMMANDS.

09:36:11  4            THE COURT:  SO THE DOCUMENT ITSELF IS CISCO'S

09:36:14  5      RESPONSE IN THE IPR.

09:36:17  6            MR. KRISHNAN:  THAT'S RIGHT.

09:36:18  7            THE COURT:  SEE DR. CHASE CAN'T AUTHENTICATE

09:36:22  8      ANYTHING.  THAT'S WHERE WE ARE OFF ON ALL OF THESE.  I'M JUST

09:36:25  9      SO UN USED TO EXPERTS BEING THE SOURCE FOR EXHIBITS BEING

09:36:29  10     ENTERED.

09:36:29  11         NOW THIS MAY BE AN ADMISSION, THIS MAY BE JUDICIAL NOTICE,

09:36:32  12     THIS MAY BE JUDICIAL ADMISSION HERE, IT MAY BE A LOT OF THINGS

09:36:36  13     BUT, AND WE GET INTO THAT WITH DR. BLACK, I KNOW, WE HAVE THE

09:36:41  14     OTHER ISSUE AS WELL.  IT DOES SOUND RELEVANT.  IT DOES SOUND

09:36:47  15     LIKE -- I MEAN, I'M NOT UNDERSTANDING WHY DR. JEFFAY WASN'T

09:36:50  16     CROSS-EXAMINED ON THAT, BUT HE WASN'T.  AM I CORRECT?

09:36:53  17            MR. KRISHNAN:  DR. JEFFAY SAID HE DIDN'T -- IT WASN'T

09:36:55  18     INCLUDED IN HIS MATERIALS CONSIDERED.

09:37:00  19            MR. JAFFE:  THAT'S NOT ENTIRELY ACCURATE.  HE

09:37:02  20     INCLUDED IT IN AN EXHIBIT TO HIS REBUTTAL REPORT THE ACTUAL

09:37:07  21     DECISION HIMSELF, SO THESE ARE THE MATERIALS HE CONSIDERED IN

09:37:09  22     FORMING HIS OPINIONS ON VALIDITY BUT VALIDITY IS NO LONGER AT

09:37:11  23     ISSUE SO THIS WASN'T SOMETHING HE DISCUSSED IN FURTHER DETAIL.

09:37:14  24            THE COURT:  WELL, ARE THE STATEMENTS -- DO THEY GO TO

09:37:16  25     VALIDITY OR DO THEY GO TO THE DEFINITION OF -- IT GOES TO

09:37:20  1    THE --

09:37:22  2              MR. KRISHNAN:  SO THE STATEMENTS THAT I WOULD LIKE TO

09:37:24  3    ELICIT TESTIMONY ABOUT, THEY GO TO THIS REQUIREMENT, AND THE

09:37:29  4    STATEMENTS, THE ADMISSIONS THAT CISCO MADE ABOUT THE

09:37:31  5    REQUIREMENT ARE THAT THE PURPOSE IS TO HANDLE PARTIAL OR

09:37:36  6    INVALID COMMANDS, THAT WAS SOMETHING THAT DR. JEFFAY TESTIFIED

09:37:41  7    SOMEWHAT CONTRARY TO, I THINK HE WAS KIND OF CAREFUL ABOUT WHAT

09:37:44  8    HE DID, BUT HE LEFT AN IMPRESSION.

09:37:48  9              MR. VAN NEST:  SLOW DOWN.

09:37:49  10             MR. KRISHNAN:  HE LEFT AN IMPRESSION THAT THIS CLAIM

09:37:52  11   REQUIREMENT DIDN'T HAVE ANYTHING TO DO WITH INVALID OR PARTIAL

09:37:56  12   COMMANDS.

09:37:57  13       THEY SAID THAT THE REQUIREMENT IS UNIQUE AND LEADS TO A

09:37:59  14   PARTICULAR BENEFIT, THAT'S THE ABILITY TO HANDLE PARTIAL

09:38:02  15   COMMANDS.

09:38:03  16       AND THEY ALSO SAID THAT OUR PRODUCT, SIMILAR TO ARISTA'S,

09:38:07  17   DOESN'T PRACTICE THIS FEATURE.  AND THAT'S, OF COURSE, A KEY

09:38:10  18   ADMISSION.

09:38:11  19             THE COURT:  SO I GUESS, AND YOU WANT THE WHOLE

09:38:14  20   DOCUMENT ADMITTED?  I MEAN, I DON'T EVEN KNOW -- I DON'T KNOW

09:38:19  21   WHETHER THERE'S OBJECTIONABLE MATERIAL IN IT.  IT LOOKS LIKE

09:38:22  22   YOU WANT SOMETHING VERY FINITE PRESENTED TO THE JURY.

09:38:24  23             MR. KRISHNAN:  WE COULD BE OKAY WITH A REDACTED

09:38:27  24   VERSION THAT JUST GETS IN THE PORTIONS THAT --

09:38:29  25             THE COURT:  SO, LIKE I SAID I TOLD YOU, I'M DONE

```
09:38:33   1      LOOKING AT THEM ON MY IPAD, SO I DON'T KNOW WHAT THIS LOOKS

09:38:36   2      LIKE.

09:38:37   3            MR. JAFFE:  YOUR HONOR, IF I MAY RESPOND BRIEFLY TO

09:38:40   4      ONE POINT.

09:38:41   5          SO WHAT COUNSEL IS TALKING ABOUT ARE SOME STATEMENTS BACK

09:38:43   6      AND FORTH.  THEY ACTUALLY RAISED THIS EXACT POINT DURING THE

09:38:47   7      MARKMAN PROCEEDING.  YOUR HONOR CONSIDERED THESE ISSUES AND

09:38:49   8      ISSUED HER CLAIM CONSTRUCTION.  DR. JEFFAY SAID HE WAS APPLYING

09:38:52   9      THE CLAIM CONSTRUCTION AND DID APPLY THE CLAIM CONSTRUCTION.

09:38:55   10     THE ISSUES FROM THE STATEMENT WERE FULLY RESOLVED AS PART OF

09:38:57   11     THE MARKMAN PROCEEDING.

09:38:59   12         SO TO TRY AND BRING THIS IN IS ONLY TRYING TO CONTRADICT

09:39:03   13     THE STATEMENTS.

09:39:04   14           THE COURT:  WELL, MY CLAIM CONSTRUCTION GOES AGAINST

09:39:08   15     WHAT ARISTA IS NOW CHARACTERIZING DR. JEFFAY'S -- HOW THE JURY

09:39:12   16     VIEWS THE TESTIMONY IS --

09:39:14   17           MR. KRISHNAN:  YOUR HONOR, I DON'T THINK THE CLAIM

09:39:16   18     CONSTRUCTION HAS ANYTHING TO DO WITH THE ISSUE THAT I'M TALKING

09:39:18   19     ABOUT.

09:39:18   20         THE QUESTION IS WHETHER THE REQUIREMENT IN THE CLAIM LEADS

09:39:23   21     TO A PARTICULAR BENEFIT IN A PRODUCT THAT PRACTICES THAT CLAIM

09:39:27   22     ELEMENT.

09:39:27   23           THE COURT:  SO WHAT DOES THE DOCUMENT LOOK LIKE?  MAY

09:39:30   24     I SEE IT?

09:39:31   25           MR. KRISHNAN:  I HAVE A COPY RIGHT HERE.
```

09:39:33    1          THE COURT:  THANK YOU.  I APPRECIATE THAT.

09:39:35    2          MR. KRISHNAN:  AND I'VE TAGGED THE -- I MAY HAVE

09:39:39    3    ACTUALLY TAGGED THE WRONG PAGE FOR YOU THERE.  I WAS TAGGING

09:39:43    4    THE PAGE THERE THAT SHOWS THERE WERE REALLY NO CLAIM

09:39:45    5    CONSTRUCTIONS AT ISSUE.

09:39:46    6          BUT PAGES 8 -- THE END OF PAGE 8, CARRYING OVER TO THE TOP

09:39:51    7    OF PAGE 9 IS THE KEY PARAGRAPH THAT I'M INTERESTED IN HAVING

09:39:58    8    DR. CHASE DISCUSS.

09:40:10    9          THE COURT:  SO I'M JUST LOOKING AT THE DOCUMENT

09:40:12   10    ITSELF.

09:40:23   11          I'M GOING TO EXCLUDE THE DOCUMENT UNDER 403 AS A WASTE OF

09:40:27   12    TIME.  YOU MAY QUESTION THE WITNESS ABOUT THE DOCUMENT, YOU MAY

09:40:30   13    ASK HIM ABOUT THE SUBSTANCE, YOU MAY REFER EVEN TO THE DOCUMENT

09:40:33   14    LIKE YOU WOULD NORMALLY DO WITH AN EXPERT AND HE MAY EXPLAIN

09:40:37   15    IT, HE MAY EXPLAIN THE SOURCE OF HIS OPINION, BUT THE DOCUMENT

09:40:42   16    ITSELF WOULD TAKE SO MUCH EXPLAINING TO THE JURY AS TO WHAT

09:40:45   17    THEY SHOULD CONSIDER AND NOT CONSIDER.

09:40:47   18          AND TO GIVE THEM A DOCUMENT WITH ONE PARAGRAPH UNREDACTED

09:40:50   19    WOULD RAISE SO MUCH CONCERN IN THE JURY'S MIND THAT I THINK IT

09:40:54   20    WOULD REALLY BE EXTRAORDINARILY CONFUSING OR JUST A HUGE

09:40:58   21    CONSUMPTION OF TIME TO EXPLAIN IT.

09:40:59   22          BUT I'M NOT GOING TO LIMIT YOU IN THE SCOPE OF THE

09:41:01   23    TESTIMONY THAT DR. CHASE MAY GIVE.  SO LET ME HAND THIS BACK TO

09:41:05   24    YOU.  OKAY.

09:41:06   25          MR. KRISHNAN:  THANK YOU, YOUR HONOR.

09:41:07  1          I MAY, I TAKE IT, PRESENT THE TEXT ON THE SCREEN FOR THE

09:41:12  2    JURY TO SEE?  AS A DEMONSTRATIVE.

09:41:15  3          THE COURT:  TYPICALLY, WE ARE NOT DOING THAT UNLESS

09:41:17  4    IT'S AN ADMITTED EXHIBIT, BUT YOU CAN HAND THE DOCUMENT TO

09:41:21  5    THEM.  YOU CAN ALWAYS HAND THE DOCUMENT TO THE WITNESS TO

09:41:24  6    REFRESH YOUR RECOLLECTION OF IT AND THEN HE CAN TESTIFY ABOUT

09:41:26  7    WHY THAT'S IMPORTANT TO HIS OPINION AND WHY HE BASED HIS

09:41:29  8    OPINION ON IT.

09:41:30  9          MR. KRISHNAN:  OKAY.  FAIR ENOUGH.

09:41:31  10          THE COURT:  AND WHAT ELSE DO WE HAVE IN THIS

09:41:33  11    SUBMISSION BY CISCO?  WERE THERE CONCERNS REGARDING DR. BLACK?

09:41:37  12          MR. NELSON:  CORRECT, YOUR HONOR.

09:41:38  13          THE COURT:  OKAY.

09:41:38  14          MR. NELSON:  AND I HAVE THE EXHIBITS.  I THINK IT'S,

09:41:43  15    CATEGORICALLY IT'S PROBABLY EASIER TO HANDLE.

09:41:46  16          SO ONE OF THE BIGGEST PROBLEMS WE HAVE IS WITH THE PRODUCT

09:41:49  17    MANUALS.  AND YOU SAW SOME OF THIS -- AND THIS GOES TO THIS

09:41:56  18    WHOLE INDUSTRY STANDARD DEFENSE WE KEEP HEARING ABOUT.  THIS

09:42:00  19    RANDOMIZED TESTIMONY THAT EVERYBODY IS OUT THERE DOING IT.

09:42:02  20          AND WE HAVE DR. BLACK WHO SAID DURING HIS DEPOSITION THAT

09:42:07  21    THE LAWYERS GAVE HIM A BUNCH OF MANUALS FROM THIRD PARTIES AND

09:42:10  22    HE WENT THROUGH THOSE MANUALS AND THEY LOOKED FOR COMMAND

09:42:14  23    NAMES.

09:42:14  24          AND SO WE HAVE NO AUTHENTICATION OF THESE.  WE HAVE FOUR

09:42:18  25    THAT WE AGREE WERE PRODUCED PURSUANT TO SUBPOENA, SO WE ALREADY

09:42:23  1      HAVE STIPULATION.

09:42:24  2          I'M NOT TALKING ABOUT THOSE FOUR, I'M TALKING ABOUT THE

09:42:26  3      OTHER 30 SOME OR WHATEVER, I DON'T KNOW EXACTLY THE NUMBER.

09:42:30  4      BUT THEY ALL FALL INTO THE SAME CATEGORY.  THEY ARE THIRD PARTY

09:42:34  5      MANUALS.  WE CAN'T TIE THEM BACK TO PARTICULAR PRODUCTS.

09:42:37  6      THERE'S NO TESTIMONY AS TO WHETHER THESE THINGS WERE ACTUALLY

09:42:40  7      IMPLEMENTED.

09:42:40  8          AND WE KNOW IT'S PROBLEMATIC FROM THE EXHIBIT WE SAW

09:42:43  9      YESTERDAY, YOUR HONOR, WHERE ARISTA IS HERE TELLING EVERYBODY,

09:42:46 10      WE THINK IT'S INDUSTRY STANDARD, WE THINK EVERYBODY IS INDUSTRY

09:42:49 11      STANDARD.  THREE OUT OF THE FOUR THAT DR. BLACK INTENDS TO TALK

09:42:52 12      ABOUT FOR HIS EXAMPLE TODAY WERE IN ARISTA'S OWN DOCUMENT

09:42:56 13      YESTERDAY FROM 2010, THE RELEVANT TIME PERIOD SAYING, WE ARE

09:43:01 14      SELLING, US AGAINST THEM, ARE COMPARING BECAUSE WE ARE, CISCO,

09:43:06 15      AND THEY ARE NOT.

09:43:08 16          SO IN TERMS OF THE -- WELL, THE AUTHENTICATION ISSUE, THE

09:43:15 17      FOUNDATION ISSUES, THE 403 ISSUES, ALLOW DR. BLACK TO SIMPLY GO

09:43:21 18      THROUGH A BUNCH OF UNAUTHENTICATED MANUALS AND TO GLEAN FROM

09:43:25 19      THAT -- OKAY.  I CAN STOP.

09:43:27 20          THE COURT:  YOU KNOW, THIS ADDRESSES OR TOUCHES ON AN

09:43:29 21      ISSUE THAT I WAS CONCERNED ABOUT WHEN I WAS READING THE

09:43:31 22      EXCERPTS FROM THE GAVIN CATO DEPOSITION.

09:43:34 23          AND THAT IS THAT THE TERM "INDUSTRY STANDARD" IS LIKE

09:43:37 24      LOOKING IN A MIRROR, IT'S WHATEVER YOU WANT IT TO BE.  IT'S

09:43:40 25      WHAT THE REFLECTION I SEE TODAY IS.

09:43:42  1          AND WHEN I FINALLY GOT TO THE PORTION IN MR. CATO'S

09:43:47  2   TESTIMONY WHERE HE GAVE HIS PERSONAL DEFINITION OF INDUSTRY

09:43:49  3   STANDARD, IT WAS LIKE OH, HOW INTERESTING, I HAVE NO IDEA WHAT

09:43:54  4   YOU MEANT BY THAT, NOW I KNOW.

09:43:56  5          IT'S THE "I KNOW IT WHEN I SEE IT" STANDARD.

09:43:58  6          AND YOU KNOW, THAT'S THE PROBLEM HERE IS THAT FOR EVERY

09:44:02  7   WITNESS WHO TESTIFIES IT WAS INDUSTRY STANDARD, THAT DOESN'T

09:44:06  8   MEAN ANYTHING, THAT TERM MEANS NOTHING.  IT MEANS I GET TO DO

09:44:09  9   IT BECAUSE I SAY SO.

09:44:11  10         NOW, THAT BEING SAID, THE COMMON USE OF THESE TERMS IS

09:44:16  11  IMPORTANT TO ARISTA'S DEFENSES.  AND I'M NOT GOING TO KEEP THAT

09:44:20  12  OUT, I HAVE BEEN CLEAR, IT'S THIS MONIKER OF INDUSTRY STANDARD

09:44:25  13  THAT HAS CONCERNED ME.

09:44:27  14         NOW DR. BLACK CANNOT INTRODUCE THESE MANUALS.  YOU WANTED

09:44:33  15  TO -- IF YOU WANTED TO TAKE JUDICIAL NOTICE, YOU COULD HAVE

09:44:36  16  DONE IT THAT WAY.  THEY ARE NOT COMING IN THROUGH DR. BLACK.

09:44:40  17  WE WENT THROUGH THIS WHEN ARISTA MADE THE OBJECTIONS TO

09:44:43  18  INTERNAL DOCUMENTS THAT COULD NOT COME IN THAT WAY.

09:44:47  19         HE CAN GIVE OPINIONS, HE CAN SAY HE LOOKED AT THEM, HE CAN

09:44:53  20  EVEN GIVE A LAUNDRY LIST OF THE ONES HE LOOKED AT, BUT THE

09:44:56  21  MANUALS AREN'T COMING IN.

09:44:58  22              MR. WONG:  YOUR HONOR, COULD I ADDRESS THAT POINT,

09:45:00  23   PLEASE?

09:45:01  24              THE COURT:  SURE.

09:45:02  25              MR. WONG:  SO THERE WAS A STIPULATION THAT THE

09:45:03  1    PARTIES ENTERED INTO EARLIER, AND THIS WAS LAST MONTH, AND THIS

09:45:03  2    WAS ACTUALLY CISCO'S SUGGESTION WHERE THEY SAID THAT DOCUMENTS

09:45:06  3    PRODUCED BY EITHER PARTY WOULD BE PRESUMED AUTHENTIC, ABSENT A

09:45:10  4    GOOD FAITH OBJECTION.

09:45:11  5        AND BECAUSE OF THAT, WE SAW DR. ALMEROTH INTRODUCE

09:45:15  6    DOCUMENTS FOR WHICH HE COULD NOT AUTHENTICATE, AND WE DIDN'T

09:45:18  7    OBJECT THAT BECAUSE OF THIS AGREEMENT.

09:45:19  8            THE COURT:  OKAY.  BUT THOSE AREN'T BEFORE ME.

09:45:22  9    MR. NELSON TOOK THOSE OFF THE TABLE.

09:45:23  10           MR. WONG:  NO, DR. ALMEROTH DID INTRODUCE --

09:45:26  11           THE COURT:  NO, NO, NO.  MR. NELSON STARTED, AND HIS

09:45:29  12   BRIEF SAYS THAT CISCO IS NOT OBJECTING TO THE FOUR MANUALS THAT

09:45:32  13   SATISFY THE REQUIREMENTS OF THE STIPULATION.

09:45:35  14           MR. NELSON:  CORRECT.

09:45:36  15           THE COURT:  AND SO THOSE MAY COME IN BECAUSE YOU'VE

09:45:38  16   AGREED.

09:45:39  17           MR. WONG:  NOW THE REMAINING DOCUMENTS, YOUR HONOR,

09:45:41  18   THESE ARE USER MANUALS THAT CAME DIRECTLY FROM THE PUBLIC

09:45:46  19   WEBSITE OF THESE VENDORS AND THEY ARE SELF-AUTHENTICATING ON

09:45:49  20   THEIR FACE.  THEY HAVE THE VENDOR'S NAME AND THE DATES AND

09:45:53  21   THESE ARE A THOUSAND PAGE DOCUMENTS.

09:45:55  22       SO THERE'S NO GOOD FAITH OBJECTION TO THESE AS BEING

09:45:59  23   INAUTHENTIC.  AND WE NEVER HEARD ANY COMPLAINT FROM CISCO, WHO

09:46:02  24   HAS HAD THESE DOCUMENTS SINCE FACT DISCOVERY, THAT ANY OF THESE

09:46:05  25   ARE NOT AUTHENTIC.

09:46:06  1          THE COURT:  SO LET ME ASK YOU THIS AS WELL, I DON'T

09:46:10  2    EVEN KNOW WHAT -- THIS DOESN'T RELATE TO ALL ISSUES.  THESE

09:46:14  3    MANUALS POST-DATE CISCO'S CLI.

09:46:17  4          SO I DON'T KNOW WHAT -- WHEN YOU SAY INDUSTRY STANDARD,

09:46:20  5    YOU ARE USING SOME OF THEM FOR LIMITED PURPOSES.  IT'S GOT TO

09:46:25  6    BE YOUR FAIR USE DEFENSE, IT'S GOT TO BE YOUR ABANDONMENT, BUT

09:46:29  7    IT CAN'T BE A KNOCK ON ORIGINALITY.

09:46:33  8          MR. WONG:  BUT YOUR HONOR, THAT'S NOT --

09:46:34  9          THE COURT:  AND I DON'T KNOW, I MEAN, FRANKLY, AS I

09:46:37  10   READ ALL THESE DEPOSITIONS WHERE THE THIRD PARTIES WERE TALKING

09:46:39  11   ABOUT THEIR VIEW OF INDUSTRY STANDARD, I AGAIN, WAS DISORIENTED

09:46:44  12   ABOUT TIME.

09:46:45  13          MR. WONG:  MAYBE I CAN CLEAR THIS UP, YOUR HONOR.

09:46:48  14          SO THE ANALYSIS OF COMMON USAGE OR WE SAW USAGE BY OTHER

09:46:53  15   VENDORS OF THE CLI ELEMENTS, THAT GOES TO FAIR USE AND MARKET

09:46:57  16   HARM AND DAMAGES, AND YOU KNOW DR. BLACK IS NOT SAYING, I DON'T

09:47:01  17   THINK ANYONE IS SAYING THAT THAT GOES TO THE ORIGINALITY OF,

09:47:05  18   YOU KNOW, THESE CLI COMMANDS.

09:47:07  19          THE COURT:  ALL RIGHT.

09:47:08  20          MR. WONG:  AND I THINK WE MADE THAT CLEAR, EVEN

09:47:10  21   EARLIER IN THE CASE AT SUMMARY JUDGEMENT.

09:47:13  22          THE COURT:  WELL, MAYBE TO ME, BUT I'M REALLY

09:47:16  23   ACTUALLY PUTTING MYSELF IN THE SHOES OF EIGHT JURORS WHO WILL

09:47:20  24   BE LISTENING TO THIS.  AND YOU'VE TALKED ABOUT INDUSTRY

09:47:24  25   STANDARD AT THE TIME OF CISCO'S CLI THAT THEY TOOK FROM

09:47:29  1        INDUSTRY STANDARDS.  AND THAT'S VERY IMPORTANT EVIDENCE.

09:47:32  2              MR. WONG:  THAT'S CORRECT.

09:47:33  3              THE COURT:  AND THIS IS SEPARATE.

09:47:34  4              MR. WONG:  THAT'S CORRECT.

09:47:35  5              THE COURT:  AND I ACTUALLY -- I MEAN, I DON'T HAVE --

09:47:38  6     I DON'T KNOW THE DATES OF ANY OF THESE MANUALS, BUT I PRESUME

09:47:41  7     THEY SPAN A PERIOD OF YEARS, BUT I DON'T KNOW IF ANY OF THEM

09:47:45  8     PREDATE THE CISCO CLI.

09:47:47  9              MR. WONG:  THEY DON'T.  AND IT WILL BE CLEAR THAT

09:47:49  10    THEY DON'T PREDATE THE 1986 FOUNDING OF CISCO.

09:47:54  11             THE COURT:  AND SO ARE YOU -- I MEAN, IT SEEMS TO ME

09:47:57  12    THAT YOU ARE -- I DON'T -- YOU ARE TRYING TO GET THEM IN

09:48:00  13    THROUGH DR. BLACK AS -- HOW IS HE AUTHENTICATING THEM?  I GOT

09:48:05  14    THEM OFF THE WEB?

09:48:07  15             MR. WONG:  NO, NO.  JUST TO GIVE SOME EXAMPLES,

09:48:09  16    YOUR HONOR.

09:48:09  17        ON THIS LIST THAT THEY'VE OBJECTED TO, THEY HAVE THREE

09:48:13  18    DATA SHEETS THAT MR. CATO'S, THE DELL WITNESS, ACTUALLY

09:48:16  19    AUTHENTICATED AT HIS DEPOSITION.

09:48:19  20             THE COURT:  OKAY.

09:48:19  21             MR. WONG:  SO THOSE SHOULD COME IN.

09:48:22  22        SOME OF THE SUMMARY EXHIBITS THAT THEY ARE TRYING TO KEEP

09:48:24  23    OUT --

09:48:24  24             THE COURT:  YEAH, AND YOU HAVE TO EXPLAIN TO ME WHAT

09:48:27  25     KIND OF SUMMARY EXHIBITS THEY ARE.

09:48:28  1          MR. WONG:  SURE.  I WILL GIVE YOU AN EXAMPLE.

09:48:30  2          RANGES 26 -- I'M SORRY, 5626 THROUGH 5643, WHAT THOSE ARE,

09:48:37  3     YOUR HONOR, ARE FOR EVERY VENDOR THAT DR. BLACK LOOKED AT, HE

09:48:42  4     FOUND THE FULL COMMAND.  SO THIS IS PLUS ARGUMENTS AND

09:48:45  5     EVERYTHING ELSE IN THE MANUALS, AND PROVIDED A CITATION IT A

09:48:48  6     MANUAL.

09:48:50  7          THE COURT:  OKAY.

09:48:50  8          MR. WONG:  NOW FOR SEVERAL OF THEM, AND I WILL LIST

09:48:53  9     THEM OUT, SO FOR THE BROCADE ANALYSIS, 5630, EVERY SINGLE

09:48:59 10     MANUAL CITED IN THERE IS A MANUAL PRODUCED DIRECTLY FROM

09:49:03 11     BROCADE FOR WHICH CISCO HAS BASICALLY ACCEPTED THAT THOSE ARE

09:49:06 12     BOTH BUSINESS RECORDS AND AUTHENTIC.

09:49:09 13          THE COURT:  OKAY.  SO THIS IS NOW A SUMMARY OF

09:49:11 14     MATERIALS CONTAINED --

09:49:12 15          MR. WONG:  WITHIN THOSE EXHIBITS.

09:49:14 16          THE COURT:  THAT SEEMS REASONABLE.

09:49:15 17          MR. WONG:  FOR DELL IT IS ALSO ENTIRELY FROM THE

09:49:18 18     SUBPOENA TO DELL, EXCEPT FOR ONE DOCUMENT THAT CISCO PRODUCED,

09:49:22 19     IT WAS A DELL MANUAL THAT CAME FROM CISCO'S FILES.

09:49:25 20          THE COURT:  OKAY.

09:49:25 21          MR. WONG:  SO I THINK THAT ONE, THAT'S 5631.  I THINK

09:49:28 22     THAT IS A TRUE SUMMARY EXHIBIT BECAUSE IT'S BASED UPON

09:49:33 23     DOCUMENTS THAT ARE AUTHENTIC, AND PRODUCED BY DELL ITSELF.

09:49:38 24          FOR 5633, THAT'S A SUMMARY OF COMMANDS FROM THE EDGECORE

09:49:42 25     VENDOR.  THOSE WERE PRODUCED ENTIRELY UNDER A SUBPOENA FROM

09:49:47  1    EDGECORE, AND THE ONLY DOCUMENTS CITED IN THAT SUMMARY ARE

09:49:51  2    DOCUMENTS THAT HAVE THE EDGECORE BATES NUMBER.

09:49:53  3        SO THOSE --

09:49:54  4        THE COURT:  SO I'M NOT EVEN SEEING THOSE DOCUMENTS

09:49:56  5    LISTED AS OBJECTED TO.  I'M SORRY THAT I'M --

09:50:02  6        MR. WONG:  THEY ARE PART OF THE RANGE, YOUR HONOR, IN

09:50:03  7    THE FOOTNOTE OF THEIR BRIEF.  FOOTNOTE 2.  THEY HAVE A RANGE OF

09:50:08  8    THEIR FIRST AND HERE'S 5626 AND 5643.

09:50:12  9        THE COURT:  I SEE THAT.  YES, YES.

09:50:14 10        MR. WONG:  FOR EXTREME, PROCTER NETWORKS, EVERY

09:50:17 11    SINGLE MANUAL CITED IN THAT SUMMARY EXHIBIT WAS PRODUCED UNDER

09:50:20 12    A SUBPOENA BY EXTREME.

09:50:22 13        AND PER THE STIPULATION, CISCO AGREED THAT THOSE ARE

09:50:24 14    AUTHENTIC AND ALSO BUSINESS RECORDS.

09:50:27 15        FOR THE FOUNDRY SUMMARY EXHIBIT, THOSE ALL WERE PRODUCED

09:50:31 16    DIRECTLY BY BROCADE WHO PURCHASED FOUNDRY.  BROCADE GAVE A

09:50:36 17    DECLARATION AUTHENTICATING THEM.  ALL OF THOSE CITED THERE ARE

09:50:39 18    AUTHENTIC UNDER THE STIPULATION AND BUSINESS RECORDS, SO THOSE

09:50:42 19    WOULD BE ADMISSIBLE.

09:50:43 20        I CAN DO THE SAME THING FOR JUNIPER.  AND I CAN DO THE

09:50:47 21    SAME THING FOR PROCKET BECAUSE MR. LI, YESTERDAY, AUTHENTICATED

09:50:51 22    THOSE.

09:50:51 23        THE COURT:  WELL, MR. NELSON, LET'S START WITH

09:50:53 24    SUMMARIES THAT COME FROM MANUALS YOU'VE AGREED ARE ADMISSIBLE.

09:50:57 25        MR. NELSON:  I DON'T HAVE ANY PROBLEM WITH THAT,

```
09:50:59   1        YOUR HONOR.

09:50:59   2                THE COURT:  OKAY.  THEN THOSE ARE IN.

09:51:01   3                MR. NELSON:  THAT'S NOT WHAT I'M TALKING ABOUT.

09:51:03   4                THE COURT:  OKAY.

09:51:03   5                MR. NELSON:  I'M TALKING ABOUT ALL OF THE OTHER

09:51:05   6        THINGS THAT ARE OFFERED HERE.

09:51:06   7                THE COURT:  SO WHAT REASONABLE OBJECTION DO YOU HAVE

09:51:08   8        TO THE AUTHENTICITY OF THE MANUALS?

09:51:12   9                MR. NELSON:  THE REASONABLE OBJECTION I HAVE IS

09:51:13  10        REMEMBER, THEIR WHOLE CASES, WE GOT TWO DIFFERENT INDUSTRY

09:51:17  11        STANDARDS, AND I WILL PICK UP THE LATER ONE, THE ONE THAT'S

09:51:20  12        RELATED TO FAIR USE, NOT THEIR ORIGINALITY DEFENSE.  SO THAT

09:51:23  13        ENTIRE THING IS BASED ON WHAT PEOPLE ARE ACTUALLY DOING.

09:51:27  14            WHAT APPEARS IN THE MANUALS IS NOT NECESSARILY WHAT PEOPLE

09:51:33  15        ARE DOING.  THEY'VE MADE THAT CLEAR THROUGHOUT THE CASE.

09:51:35  16            AND IN FACT, THINK ABOUT THIS YOUR HONOR, WHAT IS WE HEARD

09:51:38  17        AND SAW YESTERDAY --

09:51:39  18                THE COURT:  WHAT IS IN THEIR MANUAL IS NOT

09:51:42  19        NECESSARILY WHAT THEY ARE DOING?

09:51:43  20                MR. NELSON:  MEANING IT'S NOT NECESSARILY WHAT'S

09:51:45  21        IMPLEMENTED IN THE PRODUCT.  AND IT'S CERTAINLY NOT THE

09:51:48  22        TOTALITY OF WHAT'S IMPLEMENTED TO THE PRODUCT.  SO WE DON'T

09:51:51  23        HAVE ANY TESTIMONY TO THAT EFFECT.

09:51:52  24            THE OTHER THING IS WE DON'T KNOW WHICH PRODUCTS THEY ARE

09:51:55  25        TALKING ABOUT OR WHETHER -- THE REPRESENTATION BEING MADE BY
```

```
09:51:58  1      DR. BLACK, IS THIS APPLIES TO ALL THE PRODUCTS THAT -- SO HE

09:52:02  2      WANTS TO SAY OH, I GOT A FEW DELL MANUALS FOR ONE OF THE

09:52:05  3      PRODUCTS AND THEREFORE DELL IS FOLLOWING WHAT THEY TERM TO BE

09:52:09  4      THE INDUSTRY STANDARD, WHATEVER THAT MIGHT BE.

09:52:10  5           THE COURT:  WELL, THAT'S JUST A MATTER OF -- THAT'S

09:52:14  6      CROSS-EXAMINATION OF DR. BLACK'S TESTIMONY.

09:52:17  7           MR. NELSON:  UNDERSTOOD, YOUR HONOR.  I UNDERSTAND

09:52:20  8      THAT, ALTHOUGH THINK ABOUT WHAT WE ARE DOING HERE.

09:52:23  9        SO WE HAVE THEIR OWN STATEMENTS FOR THE FOUR -- THERE'S

09:52:30 10      BASICALLY, IN TERMS OF THE SUMMARY EXHIBIT, HE WANTS TO OFFER

09:52:32 11      TO THE JURY, AND I FORGET THE NUMBER, I WILL GET THAT FOR

09:52:35 12      YOUR HONOR, I THINK IT'S 9041, BUT REGARDLESS, SO HE HAS A LIST

09:52:40 13      OF COMMANDS, OVERLAPPING COMMANDS, AND PICKS BROCADE AND FOUR

09:52:46 14      OF THE JUNIPER OS-E, AND WE ALREADY HEARD THE CONFUSION WITH

09:52:50 15      JUNIPER OS, VERSUS OS-E, AND DELL AND EXTREME; RIGHT.

09:52:58 16        AND WE KNOW FROM THEIR OWN DOCUMENTATION THAT THEY

09:53:01 17      BELIEVE, MEANING ARISTA, BELIEVES AS OF 2010, THAT THOSE PEOPLE

09:53:07 18      DO NOT IMPLEMENT WHAT THEY CALL THE INDUSTRY STANDARD CLI.

09:53:11 19        SO DR. BLACK IS SIMPLY BRUSHING EVERYTHING ASIDE, RELYING

09:53:14 20      ON A FEW UNAUTHENTICATED MANUALS.

09:53:18 21        IN TERMS OF THE ONES PRODUCED TO SUBPOENA, I DON'T HAVE

09:53:21 22      ANY PROBLEM SEPARATING THOSE THINGS OUT.  BUT INCLUDING IN THE

09:53:24 23      SUMMARY EXHIBIT THE ONES THAT THEY SIMPLY GOT OFF THE WEB AT

09:53:30 24      HIS DEPOSITION TESTIMONY WAS THAT THE LAWYERS HANDED THESE TO

09:53:32 25      HIM, RIGHT.  THAT WOULD BE LIKE ME GOING TO WIKIPEDIA AND
```

09:53:35  1    SAYING HEY, THIS IS AN ESTABLISHED FACT.  AND WE ALL KNOW

09:53:39  2    WIKIPEDIA IS NOT SO RELIABLE, RIGHT?

09:53:42  3            THE COURT:  WELL, BUT YOU'RE SUGGESTING THAT THERE'S

09:53:46  4    DOUBT THAT A PRODUCT MANUAL THAT IS POSTED ONLINE IS

09:53:51  5    INAUTHENTIC, THAT IT'S FAKE.

09:53:53  6            MR. NELSON:  WELL, THERE'S NO TESTIMONY THAT WHAT

09:53:56  7    WEBSITES -- DR. BLACK DOESN'T EVEN KNOW WHAT WEBSITES THEY CAME

09:54:00  8    FROM.

09:54:00  9            THE COURT:  WELL, I APPRECIATE THAT.

09:54:01  10           MR. NELSON:  THEY COULD COME FROM ANYTHING.  AND WHO

09:54:03  11   KNOWS WHO POSTED THESE THINGS, WHETHER THEY COME FROM

09:54:09  12   PARTICULAR PRODUCTS THAT WERE ACTUALLY OUT THERE IN THE

09:54:11  13   MARKETPLACE, WHAT THOSE PRODUCTS IMPLEMENTED.

09:54:11  14           THE COURT:  THE MANUALS DON'T TELL YOU THAT?

09:54:14  15           MR. NELSON:  NO, NO, NO --

09:54:15  16           THE COURT:  I MEAN --

09:54:16  17           MR. WONG:  HE SAID A LOT.  CAN I SAY SOMETHING?

09:54:19  18           THE COURT:  IT'S HARD TO IMAGINE, HERE'S A MANUAL AND

09:54:21  19   I'M NOT GOING TO TELL YOU WHAT PRODUCTS IT WORKS ON.

09:54:24  20           MR. NELSON:  I'M NOT SAYING WHAT PRODUCTS, I'M SAYING

09:54:26  21   DR. BLACK DOESN'T PROVIDE THAT INFORMATION.  DR. BLACK DOESN'T

09:54:29  22   EVER MAKE THAT CORRELATION.  HE SIMPLY SAYS, THIS IS RELEVANT

09:54:33  23   TO DELL.  DELL IS INDUSTRY STANDARD, RIGHT?

09:54:35  24           MR. WONG:  I DISAGREE.

09:54:36  25           MR. NELSON:  WELL, PLEASE, LET ME FINISH.

1902

```
09:54:38   1        AND THE OTHER POINT HERE, YOUR HONOR, IS THINK ABOUT IT,

09:54:45   2   THEY ARE SAYING IMPLEMENT THE CISCO CLI, THAT'S INDUSTRY

09:54:49   3   STANDARD; RIGHT?  THAT'S WHAT THEY'VE SAID IN THEIR DOCUMENTS,

09:54:52   4   THAT'S THEIR EXCUSE FOR HAVING TAKEN IT; RIGHT?  I THINK IT'S

09:54:57   5   ALL STRAIGHTFORWARD.

09:54:58   6        EVEN DR. BLACK'S SUMMARY SHOWS THAT THE COMMANDS THAT THEY

09:55:01   7   USE DON'T OVERLAP WITH THE COMMANDS THAT THESE OTHER PEOPLE

09:55:05   8   USE.

09:55:05   9        SO THEY ARE TRYING TO SAY INDUSTRY STANDARD IS WHATEVER

09:55:08  10   YOU CHOOSE --

09:55:09  11        THE COURT:  WELL, DR. BLACK IS TRYING TO DRAW A

09:55:11  12   COMPARISON BETWEEN THESE OTHER VENDORS AND CISCO, NOT THESE

09:55:16  13   OTHER VENDORS AND ARISTA; RIGHT?

09:55:18  14        MR. WONG:  THAT'S RIGHT, YOUR HONOR.

09:55:19  15        AND SORRY, MR. NELSON, I NEED TO JUMP IN BECAUSE YOU HAVE

09:55:21  16   BEEN SPEAKING FOR FIVE MINUTES.

09:55:23  17        FIRST OF ALL, THIS NOTION THAT THE MANUALS HAVE NO

09:55:25  18   CORRELATION TO WHAT THE PRODUCTS DO, DR. ALMEROTH'S ANALYSIS IS

09:55:28  19   BASED UPON ARISTA'S MANUALS.

09:55:30  20        THE COURT:  YEAH.

09:55:30  21        MR. WONG:  SO I DON'T UNDERSTAND HOW THAT WOULD APPLY

09:55:33  22    THERE.

09:55:33  23        SECOND OF ALL, YOU KNOW, DR. BLACK, CONSISTENT WITH THE

09:55:36  24   COURT'S DAUBERT ORDER, IS SIMPLY GOING TO TALK ABOUT WHICH

09:55:40  25   FEATURES ARE DOCUMENTED AND USED IN THESE MANUALS.
```

09:55:43   1          AND DR. BLACK HAS USED THESE VENDORS'S EQUIPMENT BEFORE,

09:55:47   2     IT'S NOT CORRECT THAT DR. BLACK HAS NO IDEA WHERE THESE CAME

09:55:51   3     FROM; IN FACT, THE DEPOSITION TESTIMONY CITED ALL HE SAID WAS

09:55:55   4     THAT "THE LAWYERS PROVIDED ME WITH SOME MANUALS," WHICH OF

09:55:59   5     COURSE IS TRUE BECAUSE THE LAWYERS ARE THE ONE THAT SUBPOENAED

09:56:01   6     THIRD PARTIES AND GOT THE DOCUMENTS FROM THE THIRD PARTIES.

09:56:04   7               THE COURT:  COULD I SEE A REPRESENTATIVE DOCUMENT?

09:56:07   8               MR. WONG:  SURE.  LIKE A MANUAL?

09:56:08   9               THE COURT:  A MANUAL THAT'S NOT STIPULATED TO THAT'S

09:56:11  10     COMING DIRECTLY FROM THE VENDOR.

09:56:13  11               MR. WONG:  I DIDN'T PRINT OUT THE FULL THOUSAND

09:56:16  12     PAGE --

09:56:16  13               THE COURT:  THANK YOU, THAT'S GREAT.

09:56:18  14               MR. WONG:  I WILL TRY TO FIND ONE HERE THAT'S

09:56:21  15     REPRESENTATIVE, YOUR HONOR.  JUST BEAR WITH ME.

09:56:23  16               THE COURT:  AND THEN DO I HAVE A SUMMARY DOCUMENT I

09:56:25  17     CAN LOOK AT?

09:56:28  18               MR. WONG:  YES, HERE IS ONE.  THIS IS ONLY THE FIRST

09:56:30  19     TEN PAGES, THIS DOCUMENT IS LARGE.

09:56:33  20               THE COURT:  THIS IS A MANUAL?

09:56:34  21               MR. WONG:  YES.  THIS IS AN AVAYA MANUAL THAT THEY

09:56:40  22     CLAIM IS BEING FALSIFIED, I GUESS.  7302.

09:56:55  23          AND YOUR HONOR, I WILL HAND UP A SUMMARY THAT ALSO SHOWS

09:56:59  24     WHAT I'M REFERRING TO.

09:57:02  25               THE COURT:  SO I'M JUST LOOKING, YOU'VE GIVEN ME THIS

1904

09:57:05  1    DOCUMENT, IT TOOK ME ABOUT THREE SECONDS TO FIND ON PAGE 7.

09:57:09  2        "THE FOLLOWING SECTIONS DETAIL WHAT'S NEW IN AVAYA

09:57:13  3    ETHERNET ROUTING SWITCH 8800-8600, USER INTERFACE

09:57:22  4    FUNDAMENTALS."

09:57:23  5        PRETTY SPECIFIC, MR. NELSON, WE AREN'T DOUBTING WHAT THIS

09:57:26  6    PERTAINS TO.

09:57:27  7            MR. NELSON:  I UNDERSTAND THAT, BUT DR. BLACK DOESN'T

09:57:30  8    BASE HIS OPINION ON ANY OF THAT.  HE'S TRYING TO TAKE ONE

09:57:33  9    MANUAL FOR ONE PRODUCT AT ONE POINT IN TIME AND SAYING,

09:57:36  10   THEREFORE, AVAYA IMPLEMENTS THIS ACROSS ITS PRODUCT LINE.

09:57:40  11           THE COURT:  WELL, MAYBE THAT STATEMENT IS A LITTLE

09:57:42  12   BIT TOO BIG.

09:57:43  13           MR. WONG:  AND I DON'T THINK DR. BLACK IS ACTUALLY

09:57:45  14   SAYING THAT, YOUR HONOR.

09:57:46  15           THE COURT:  BUT I DON'T THINK THAT'S WHAT'S

09:57:49  16   NECESSARY.

09:57:49  17       I HAD UNDERSTOOD THAT THE FAIR USE DEFENSE WAS SIMPLY TO

09:57:51  18   SHOW THAT AT SOME POINT, MANY VENDORS HAVE USED IT AND HERE'S

09:57:56  19   EVIDENCE THAT THEY HAVE, NOT THAT IT WAS LASTING AND ENDURING.

09:57:59  20           MR. WONG:  THAT'S CORRECT, YOUR HONOR.

09:58:02  21       SO YOUR HONOR, THIS IS ONE OF THE SUMMARY EXHIBITS WHERE

09:58:04  22   DR. BLACK LOOKED AT MANUALS PRODUCED BY THE VENDORS OR THIRD

09:58:08  23   PARTY VENDOR MANUALS.

09:58:10  24       BUT IN THIS CASE, THIS IS A BROCADE -- THESE ARE

09:58:13  25   BROCADE-PRODUCED MANUALS, YOU CAN TELL THAT FROM THE BATES

09:58:16   1    NUMBER.  AND HE EXTRACTED THE FULL COMMAND AS THEY APPEAR IN

09:58:19   2    THE MANUALS AND PUT THEM THERE.

09:58:20   3         AND AS YOU CAN SEE, THEY ARE A LITTLE BIT MORE COMPLEX

09:58:24   4    THAN THE SHORTHAND COMMAND EXPRESSIONS.

09:58:26   5              THE COURT:  SO DO YOU HAVE A SERIES OF SUMMARY

09:58:30   6    DOCUMENTS LIKE THE ONE YOU HANDED UP TO ME WHICH IS CALLED

09:58:34   7    AMENDED APPENDIX H-F?

09:58:37   8              MR. WONG:  YES.

09:58:37   9              THE COURT:  AND OF COURSE, THIS ISN'T THE RIGHT ONE,

09:58:41  10    AND THE USER MANUAL FROM WHICH THE SUMMARY WAS CREATED?

09:58:45  11              MR. WONG:  SO WE WOULD BE ADMITTING THE SUMMARY

09:58:47  12    WITHOUT ADMITTING THE UNDERLYING USER MANUAL --

09:58:50  13              THE COURT:  YOU PRODUCED IT?

09:58:51  14              MR. WONG:  IT'S PRODUCED, THAT'S THE BATES NUMBER ON

09:58:53  15    THE RIGHT-HAND SIDE.  AND THESE WERE PRODUCED BY BROCADE.

09:58:56  16              THE COURT:  OKAY.  GOT IT.

09:58:56  17              MR. WONG:  AND WE HAVE SIMILAR ONES, YOUR HONOR, FOR

09:58:58  18    DELL --

09:58:59  19              THE COURT:  AND WHY ARE YOU INTRODUCING ALL THE

09:59:02  20    MANUALS?

09:59:03  21              MR. WONG:  WE ARE NOT INTRODUCING ALL THE MANUALS, WE

09:59:05  22    ARE JUST INTRODUCING ONE OR TWO.

09:59:06  23              THE COURT:  SO THAT THEY UNDERSTAND HOW THIS GOT

09:59:08  24    MADE?

09:59:09  25              MR. WONG:  THAT IS CORRECT.

09:59:09   1        THE COURT:  WELL, THAT'S MERCIFUL.  AND HOW MANY

09:59:14   2   SUMMARIES ARE THERE?

09:59:15   3        MR. WONG:  I DON'T THINK WE WOULD INTRODUCE ALL OF

09:59:18   4   THEM, WE WOULD INTRODUCE A SELECTION OF THEM.  SO PROBABLY,

09:59:20   5   IT'S UP TO MR. FERRALL.

09:59:22   6        MR. FERRALL:  THREE TO FIVE, OBVIOUSLY OUR TIME IS I

09:59:25   7   LIMITED.

09:59:25   8        THE COURT:  OKAY.  LET ME GIVE THESE BACK TO YOU, YOU

09:59:27   9   TOOK THEM OUT OF YOUR FOLDER, YOU WILL WANT THEM BACK.

09:59:31  10      ALL RIGHT.  I'M SATISFIED THAT THE MANUALS THAT DR. BLACK

09:59:35  11   HAS REFERRED TO HAVE SUFFICIENT INDICIA OF RELIABILITY TO BE

09:59:40  12   INDEPENDENTLY ADMISSIBLE.  AND CERTAINLY, I MEAN WITNESSES

09:59:45  13   COULD COME IN, HE RELIED UPON THEM, THEY -- THE FACT THAT THEY

09:59:49  14   RESIDE ON THE WEB, THEY HAVE THEIR OWN INDEPENDENT INDICIS OF

09:59:56  15   THAT RELIABILITY.

09:59:56  16      THE SUMMARY DOCUMENT APPEARS TO BE SIMPLE AND

09:59:59  17   STRAIGHTFORWARD AND BASED UPON DOCUMENTS THAT WERE DISCLOSED,

10:00:02  18   AND I WILL ALLOW THESE SUMMARY DOCUMENTS TO COME IN THROUGH

10:00:05  19   DR. BLACK'S TESTIMONY.

10:00:07  20        MR. WONG:  MR. NELSON, WHILE WE ARE AT IT, I DON'T

10:00:12  21   UNDERSTAND WHY YOU ARE OBJECTING TO AN IEEE STANDARD AND AN

10:00:17  22   OSPF RFC?

10:00:18  23        MR. NELSON:  I'M NOT OBJECTING TO IT.

10:00:20  24        THE COURT:  IS THERE ANYTHING ELSE IN CISCO'S

10:00:22  25   OBJECTIONS WE NEED TO DEAL WITH THIS MORNING?

| 10:00:24 | 1 | MR. NELSON:  WELL, I THINK THERE ARE A COUPLE OF |

MR. NELSON:  WELL, I THINK THERE ARE A COUPLE OF
THINGS.

BASED UPON WHAT YOU JUST SAID, THESE SUMMARY EXHIBITS, YOU
DON'T INTEND TO USE THESE SUMMARY EXHIBITS?  THIS IS A
DEMONSTRATIVE, NOT A SUMMARY OF ANYTHING.

THE COURT:  I DON'T KNOW WHAT YOU ARE REFERRING TO.

MR. NELSON:  OKAY.  SO YOU SHOULD HAVE A COPY, IT
WOULD BE --

THE COURT:  I HAVE NOTHING, REMEMBER.  UNTIL YOU HAND
THEM TO ME.

MR. NELSON:  I THOUGHT SHE DID HAND THEM UP, I
APOLOGIZE, YOUR HONOR.

MR. WONG:  YOUR HONOR, THESE ARE SUMMARIES BASED UPON
THAT -- BUT THE LIST THAT I GAVE TO YOU OF EXTREME COMMANDS, OR
I GUESS THAT WAS FOUNDRY COMMANDS THAT YOU LOOKED AT.  SO THE
SUMMARY I JUST SHOWED YOU WHICH HAS ALL THE ADMISSIBLE MANUALS
WHERE EACH OF THESE THINGS COME FROM, WHAT WE CREATED FOR THE
FOUR, I GUESS THE FIVE VENDORS ON THAT SLIDE, IS JUST SHOWING
WHICH COMMANDS ARE WANT SUPPORTED BY THOSE VENDORS.

SO YOU SAW THE SUMMARY EXHIBIT THEY HANDED UP THAT SHOWED
THAT FOUNDRY SUPPORTED ABOUT 150 COMMANDS.  WHAT THIS EXHIBIT
THAT MR. NELSON IS TALKING ABOUT --

MR. NELSON:  I THINK IT'S 9067.

MR. WONG:  9061.

MR. NELSON:  9061.

1908

10:01:34  1          MR. WONG:  WHAT THAT DOES IS SIMPLY SUMMARIZE THAT TO

10:01:38  2   SHOW THAT --

10:01:39  3          THE COURT:  IS THIS A DEMONSTRATIVE?

10:01:41  4          MR. WONG:  I BELIEVE WE WOULD LIKE TO INTRODUCE IT

10:01:43  5   INTO EVIDENCE, YOUR HONOR, BECAUSE IT IS BASED UPON THE

10:01:45  6   UNDERLYING SUMMARY EXHIBIT WHICH ITSELF IS ADMISSIBLE.

10:01:47  7          MR. NELSON:  IT'S A SUMMARY OF A SUMMARY?

10:01:49  8          MR. WONG:  THAT IS CORRECT.

10:01:51  9          THE COURT:  SO THIS THEN IS A COMPOSITE OF THE

10:01:53 10   SUMMARIES, WOULD THAT BE CORRECT?

10:01:55 11          MR. WONG:  THAT IS CORRECT.

10:01:56 12          MR. NELSON:  NO, IT WOULD BE AN EXCERPT OF CERTAIN OF

10:02:00 13   THE SUMMARIES.

10:02:01 14          THE COURT:  WELL, IT LOOKS LIKE IT'S TELLING ME THAT

10:02:03 15   THE AAA ACCOUNTING COMMAND LINE IS IN BROCADE, DELL, JUNIPER

10:02:10 16   AND HP.

10:02:11 17          MR. WONG:  THAT'S CORRECT.

10:02:12 18          THE COURT:  AND THE COLOR CODE.

10:02:13 19          MR. NELSON:  WITH RESPECT TO THE FIRST ONE, YES,

10:02:15 20   THAT'S CORRECT.

10:02:16 21          THE COURT:  AND THERE'S A SUMMARY THAT SUPPORTS EACH

10:02:18 22   OF THOSE COLOR CODES.

10:02:20 23          MR. WONG:  THAT'S CORRECT.

10:02:20 24          MR. NELSON:  WELL, I DON'T KNOW IF THEY INTEND, HE

10:02:23 25   SAID THEY WERE GOING TO ENTER A SUBSET OF THOSE.

| | |
|---|---|
| 10:02:25 | 1 |

      SO THERE'S TWO PROBLEMS WITH THIS SUMMARY, YOUR HONOR.

10:02:28  2       SO THEY HAD OBJECTED THAT WE DIDN'T PUT THE COMPLETE

10:02:34  3  COMMAND TO KEEP OUT THAT, YOU RECALL THE SUMMARY EXHIBIT THAT

10:02:38  4  WE OFFERED, AND NOW THEY ARE OFFERING A SUMMARY EXHIBIT THAT

10:02:42  5  MR. VAN NEST SAID THEY WOULD NOT DO.

10:02:44  6        THE COURT:  WELL, THERE HAS TO BE A COMPLETE COMMAND

10:02:46  7  BECAUSE I'VE EXCLUDED THAT PREVIOUSLY.

10:02:48  8        MR. WONG:  AND YOUR HONOR, THE RESPONSE TO THAT IS

10:02:50  9  THAT NOW THERE ARE.

10:02:51  10       SO WE DID AGREE TO PUT IN EXHIBIT 1 TO THE COMPLAINT INTO

10:02:55  11  EVIDENCE, THAT'S GOING TO BE IN THE JURY ROOM.  THERE'S ALSO

10:02:57  12  GOING TO BE MR. REMAKER'S MODIFIED SUMMARY EXHIBIT WHICH ALSO

10:03:03  13  JUST LISTS THE SHORTHAND COMMAND, THAT'S GOING TO BE IN THE

10:03:07  14  JURY ROOM.

10:03:09  15       MR. FERRALL:  WELL, I JUST THINK IF WE ARE JUST

10:03:11  16  TALKING ABOUT THIS CHART, YOUR HONOR, AND IF IT MAKES THINGS --

10:03:19  17  OUR ABILITY TO START THE TRIAL NOW, WE CAN JUST USE IT AS A

10:03:22  18  DEMONSTRATIVE.

10:03:23  19       THE COURT:  MAYBE THAT MAKES THE MOST SENSE.

10:03:24  20       MR. WONG:  OKAY.

10:03:25  21       MR. NELSON:  SO THEN IN TERMS OF ALL THE SUMMARY --

10:03:27  22  THE OTHER SUMMARIES, BECAUSE THEY HAVE A SERIES OF THESE.

10:03:30  23       THE COURT:  THEY CAN COME IN.

10:03:32  24       MR. NELSON:  I'M TALKING -- THE ONES YOU SAY HAVE THE

10:03:34  25  COMPLETE COMMANDS; RIGHT?  THE -- OR EXCUSE ME, THE ONES THAT

1910

10:03:37   1   THEY REPRESENTED TO YOU HAVE THE COMPLETE COMMAND STRUCTURE, AT

10:03:41   2   LEAST WHAT THEY REPRESENT TO BE THE COMPLETE, BUT ALL OF THE

10:03:43   3   OTHER SUMMARIES THEY HAVE THAT DON'T, THOSE BASED ON THAT

10:03:47   4   REPRESENTATION --

10:03:48   5           THE COURT:  WELL, IT SOUNDS LIKE IF IT'S NOT A

10:03:50   6   COMPLETE COMMAND REFERENCE, THEN I'VE ALREADY EXCLUDED IT ON

10:03:53   7   YOUR SIDE, SO I'VE GOT TO EXCLUDE IT FOR ARISTA.

10:03:56   8           MR. NELSON:  UNDERSTOOD, YOUR HONOR.

10:03:56   9       THAT'S ALL I WAS -- AND THERE'S ONE OTHER OBJECTION WE GOT

10:04:00  10   YESTERDAY BECAUSE WE MODIFIED THE EXHIBIT PURSUANT TO

10:04:05  11   YOUR HONOR'S REQUEST.

10:04:06  12       THE ONE THAT WE OFFERED TO TAKE OUT THE ARISTA SIDE, YOU

10:04:10  13   WILL RECALL THE ONE I TALKED ABOUT WITH DR. ALMEROTH, SO YOU

10:04:12  14   DON'T HAVE THIS SIDE-BY-SIDE COMPARISON.  IT BREAKS THOSE

10:04:17  15   COMMANDS OUT BY USER INTERFACE WHICH IS -- AND SO WE TOOK THAT

10:04:21  16   OUT.

10:04:22  17       WE GOT AN OBJECTION SAYING THAT SPECIFIC FORMAT WASN'T

10:04:26  18   DISCLOSED DURING DISCOVERY, IT WAS ONLY DISCLOSED IN HIS

10:04:29  19   REPORT.

10:04:29  20           THE COURT:  WELL, THAT'S SOMETHING THAT CHANGED

10:04:31  21   WHILE -- YOU DID THAT AT MY REQUEST?

10:04:33  22           MR. NELSON:  CORRECT, CORRECT.

10:04:34  23       AND I MEAN, AS LONG AS -- BECAUSE NONE OF THESE WERE

10:04:37  24   DISCLOSED AND NONE OF THESE COMMANDS, NONE OF THIS ARGUMENT

10:04:40  25   ISSUE.

10:04:40  1              THE COURT:  WELL, IF IT'S A DEMONSTRATIVE, IT'S NOT

10:04:43  2     GOING TO BE AN EXHIBIT.

10:04:44  3              MR. NELSON:  RIGHT.

10:04:44  4          BUT IN TERMS OF THAT SUMMARY TO TAKE THAT OUT, I ASSUME

10:04:48  5     THAT WOULD BE FINE BECAUSE WE ARE NOT PUTTING THEM SIDE BY

10:04:50  6     SIDE.

10:04:50  7              THE COURT:  THAT'S RIGHT.

10:04:51  8              MR. NELSON:  SO WE WILL GIVE IT A NUMBER AND WE CAN

10:04:53  9     OFFER THAT INTO EVIDENCE.

10:04:55  10             MR. WONG:  I'M NOT EVEN SURE WHAT YOU --

10:04:58  11             THE COURT:  MS. SULLIVAN, DID YOU HAVE SOMETHING?

10:05:00  12             MS. SULLIVAN:  YES, YOUR HONOR.  TWO LAST ITEMS FOR

10:05:00  13    CISCO.  VERY BRIEFLY.

10:05:00  14             THE COURT:  OF COURSE.

10:05:06  15             MS. SULLIVAN:  KATHLEEN SULLIVAN FOR CISCO.

10:05:07  16         YOUR HONOR, YESTERDAY YOU INVITED CISCO TO SUBMIT A

10:05:10  17    PROPOSED CURATIVE JURY INSTRUCTION," TO MAKE SURE THIS JURY

10:05:15  18    DOESN'T THINK THAT BECAUSE CISCO'S CLI BECAME POPULAR THAT THAT

10:05:18  19    ALONE CAUSED IT TO BE GIVEN AWAY."

10:05:20  20         YOUR HONOR, WE HAVE DONE SO, AND WE WOULD LIKE YOUR

10:05:22  21    GUIDANCE ON HOW YOU WOULD LIKE TO PROCEED ON IT.  WE'VE HANDED

10:05:26  22    IT TO ARISTA'S COUNSEL, WE ARE PREPARED TO FILE IT ON THE

10:05:28  23    DOCKET IF THE COURT WOULD LIKE US TO.

10:05:30  24             THE COURT:  SURE.

10:05:31  25             MS. SULLIVAN:  WE ARE PREPARED TO HAND IT UP TO YOU

10:05:34  1    FOR YOUR REVIEW, AND YOU CAN JUST CONSIDER HOW YOU WOULD LIKE

10:05:36  2    TO HANDLE IT TO HAVE IT READY WHEN YOU NEED IT.

10:05:41  3         THE COURT:  THANK YOU FOR DOING THAT.

10:05:42  4      I WANT TO KNOW IF THERE ARE ANY OBJECTIONS TO IT, SO WE

10:05:46  5    WILL LET ARISTA TAKE SOME TIME TO LOOK AT IT.

10:05:48  6         AND I WOULD ASK FOR THE PROPOUNDING PARTY TO LET ME KNOW

10:05:51  7    WHEN YOU WOULD LIKE IT READ.

10:05:51  8         MS. SULLIVAN:  OKAY, YOUR HONOR.

10:05:51  9         THE COURT:  I DON'T ACTUALLY KNOW WHEN THE EVIDENCE

10:05:54  10   IS COMING IN.  AND I READ IT USUALLY IN ADVANCE OF THE EVIDENCE

10:05:56  11   THAT IT WOULD PERTAIN TO.

10:05:58  12        MS. SULLIVAN:  THAT'S FINE, YOUR HONOR.

10:06:00  13      CAN I JUST ASK IF YOU WOULD LIKE US TO FILE IT FORMALLY ON

10:06:04  14   THE DOCKET?

10:06:04  15        THE COURT:  I'M NOT GOING TO CONSIDER IT YET.

10:06:07  16        MR. VAN NEST:  I DON'T THINK THIS IS PROPER.  I THINK

10:06:07  17   IT'S HIGHLY IMPROPER.

10:06:08  18      WE WERE EXPECTING TO GET A PROPOSAL FROM THEM.  WE GOT

10:06:11  19   NOTHING.  THIS WAS -- I DIDN'T EVEN HAVE IT THIS MORNING.

10:06:14  20        THE COURT:  I'M NOT GOING TO DEAL WITH IT NOW.

10:06:16  21        MR. VAN NEST:  FINE.

10:06:17  22        MS. SULLIVAN:  WE ARE NOT GOING TO DEAL WITH IT NOW,

10:06:19  23   WE ARE ASKING FOR GUIDANCE.

10:06:21  24        MR. VAN NEST:  I TOLD THEM THIS MORNING SINCE THIS

10:06:24  25   PERTAINED TO THE KASTEN DEPOSITION, I WOULD NOT PLAY THAT

10:06:27  1    TODAY, AND TAKE IT OFF THE TABLE AND WORK ON IT, AND WHEN IT'S

10:06:29  2    APPROPRIATE, WE WILL TRY TO PRESENT SOMETHING THAT'S AGREED TO.

10:06:31  3         THE COURT:  GOOD.  AND IF MS. SULLIVAN WANTS TO WAIT

10:06:34  4    TO POST IT UNTIL YOU'VE HAD A CHANCE TO LOOK AT IT, THAT WOULD

10:06:37  5    BE FINE.

10:06:38  6         MR. VAN NEST:  THANK YOU.

10:06:38  7         THE COURT:  YOU CAN BRING IT TO ME WHEN YOU'VE BOTH

10:06:41  8    HAD A CHANCE TO CONSIDER IT.

10:06:43  9         MS. SULLIVAN:  THANK YOU, YOUR HONOR.

10:06:43  10        ONE LAST THING, YOUR HONOR.

10:06:45  11        YESTERDAY AT THE END OF THE ARGUMENT SESSION, YOUR HONOR

10:06:47  12   SAID THAT ONE OF THE MAIN ISSUES THERE WAS, IN THE JURY

10:06:50  13   INSTRUCTIONS COLLOQUY, WAS WHETHER THE COMPARISON WAS TO WORK

10:06:54  14   AS A WHOLE.  AND YOU SAID THAT YOU ARE GOING TO HAVE AN ORDER

10:06:58  15   THAT'S JUST ABOUT READY TO GO OUT.

10:07:00  16        THE COURT:  THAT'S RIGHT.

10:07:01  17        MS. SULLIVAN:  YOUR HONOR, CISCO WOULD LIKE TO,

10:07:02  18   RESPECTFULLY, UPDATE THE COURT ON THE PROGRESS OF INSTRUCTIONS

10:07:07  19   39 AND 41.

10:07:08  20        THE COURT:  OH, OKAY.

10:07:09  21        MS. SULLIVAN:  CISCO'S COUNSEL AND ARISTA'S COUNSEL

10:07:11  22   ARE IN ONGOING EXCHANGES ABOUT THOSE INSTRUCTIONS, AND WE ARE

10:07:15  23   PREPARED TO SUBMIT THE PRODUCT OF THAT DISCUSSION TO YOUR HONOR

10:07:19  24   TONIGHT.

10:07:19  25        THE COURT:  OH, GOOD.

1914

```
10:07:20   1          MS. SULLIVAN:  IF WE CONTINUE TO DISPUTE THE

10:07:23   2   INSTRUCTIONS, WE WILL HAVE ARGUMENT IN SUPPORT OF THE COMPETING

10:07:25   3   INSTRUCTIONS THAT WILL GO DIRECTLY TO THE ISSUE YOUR HONOR

10:07:28   4   ALLUDED TO.

10:07:29   5          THE COURT:  SO YOU WOULD LIKE ME TO WAIT?

10:07:31   6          MS. SULLIVAN:  THAT'S WHAT WE WOULD LIKE, YOUR HONOR.

10:07:33   7      WE WOULD LIKE YOU TO WAIT TO ISSUE ANY ORDER UNTIL YOU

10:07:36   8   HAVE THE BENEFIT OF BRIEFING AND ARGUMENT ON THIS MATTER THAT

10:07:39   9   REMAINS DISPUTED.

10:07:39  10          THE COURT:  THAT'S FINE.  AND I'M GLAD TO DO THAT.

10:07:41  11          MS. SULLIVAN:  THANK YOU, YOUR HONOR.

10:07:42  12          THE COURT:  ALL RIGHT.  LET ME HAND BACK THE BINDER

10:07:44  13   OF EXHIBITS.

10:07:51  14      ALL RIGHT.  AND SO I THINK THAT TAKES CARE OF EVERYTHING

10:07:53  15   FOR TODAY.

10:07:57  16          MR. VAN NEST:  WILL WE TAKE A SHORT BREAK BEFORE THE

10:07:59  17   JURY COMES IN, I JUST NEED TO --

10:08:01  18          THE COURT:  YES, WE CAN CERTAINLY DO THAT.

10:08:18  19      (RECESS FROM 10:08 A.M. UNTIL 10:13 A.M.)

10:13:21  20      (JURY IN AT 10:13 A.M.)

10:13:22  21          THE COURT:  WE ARE BACK ON THE RECORD.  ALL COUNSEL

10:13:24  22   AND PARTIES ARE PRESENT.  OUR JURORS ARE HERE.

10:13:27  23      GOOD MORNING, EVERYONE.

10:13:28  24      ALL RIGHT.  LET'S SEE, I THINK WE ARE READY TO CALL A NEW

10:13:30  25   WITNESS, MR. VAN NEST; IS THAT CORRECT?
```

10:13:32  1          MR. VAN NEST:  WE ARE, YOUR HONOR.

10:13:33  2      AND AT THIS TIME ARISTA NETWORKS WOULD CALL JAYSHREE

10:13:36  3  ULLAL.

10:13:37  4          THE COURT:  ALL RIGHT.

10:13:37  5      AND MS. ULLAL IS ALREADY IN THE COURTROOM.

10:13:39  6      MS. ULLAL IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

10:13:42  7  PLEASE, AND STAND TO BE SWORN.

10:13:48  8   **(DEFENDANT'S WITNESS, JAYSHREE ULLAL, WAS SWORN.)**

10:13:48  9          THE WITNESS:  YES.

10:14:02 10          THE CLERK:  IF YOU WOULD PLEASE STATE YOUR NAME AND

10:14:07 11  SPELL YOUR LAST NAME FOR THE RECORD.

10:14:11 12          THE WITNESS:  MY NAME IS JAYSHREE ULLAL.  U-L-L-A-L.

10:14:23 13          MR. VAN NEST:  GOOD MORNING, YOUR HONOR.  GOOD

10:14:25 14  MORNING, EVERYONE.

10:14:22 15                      **DIRECT EXAMINATION**

10:14:23 16  BY MR. VAN NEST:

10:14:26 17  Q.   GOOD MORNING, MS. ULLAL.

10:14:27 18  A.   GOOD MORNING, COUNSELOR.

10:14:31 19  Q.   PLEASE INTRODUCE YOURSELF TO THE JURY.

10:14:33 20  A.   MY NAME IS JAYSHREE ULLAL.  I AM THE CEO AND PRESIDENT OF

10:14:38 21  ARISTA NETWORKS.  I HAVE BEEN MARRIED FOR 32 YEARS.  I HAVE TWO

10:14:42 22  LOVELY DAUGHTERS IN THEIR TWENTIES.  AND I JUST RECENTLY BECAME

10:14:46 23  A MOTHER-IN-LAW TOO, SO I HAVE A NEW SON-IN-LAW.

10:14:49 24  Q.   CAN YOU MOVE THAT MIC JUST A LITTLE BIT CLOSER?

10:14:53 25          THANK YOU.

10:14:55  1        CAN YOU TELL OUR JURORS A LITTLE BIT ABOUT YOUR PERSONAL

10:14:57  2    BACKGROUND?

10:14:58  3    A.    OKAY.  I WAS BORN IN LONDON.  AND THEN I WAS RAISED FOR --

10:15:03  4    UNTIL HIGH SCHOOL, IN INDIA, IN NEW DELHI.  AND I CAME HERE FOR

10:15:08  5    MY FURTHER EDUCATION TO SAN FRANCISCO STATE.  I'M TRAINED IN

10:15:11  6    ENGINEERING, WHERE I GOT MY DEGREE IN ELECTRICAL ENGINEERING.

10:15:15  7        AS A FOREIGN STUDENT, BY MONEY WAS TIGHT, SO I DID A

10:15:18  8    NUMBER OF JOBS.  I WORKED IN THE LIBRARY IN COLLEGE, I WORKED

10:15:21  9    AT WALTER ROBERTS FOR MANY YEARS.  I WORKED AT PG&E WHERE I

10:15:26 10    READ THROUGH MANUALS.  AND THEN I WENT ON TO PURSUE WHILE I WAS

10:15:31 11    WORKING ON MY MASTER'S IN ENGINEERING MANAGEMENT AS WELL.

10:15:35 12    Q.    AND WHERE DID YOU RECEIVE YOUR MASTER'S?

10:15:37 13    A.    SANTA CLARA UNIVERSITY, VERY CLOSE BY HERE.

10:15:42 14    Q.    AND MS. ULLAL, WHAT IS THAT BROUGHT YOU FROM NEW DELHI TO

10:15:45 15    THE BAY AREA TO FINISH YOUR EDUCATION?

10:15:47 16    A.    WELL, MY FAMILY WAS MOVING HERE AND I DECIDED TO PURSUE MY

10:15:50 17    EDUCATION.  ORIGINALLY WAS PLANNING TO MOVE BACK, BUT THEN I

10:15:54 18    STAYED ON TO WORK.

10:15:55 19    Q.    AND TELL US A LITTLE BIT ABOUT YOUR WORK CAREER AFTER

10:15:58 20    GETTING YOUR MASTER'S IN ENGINEERING?

10:16:00 21    A.    I BEGAN MY WORK HERE BACK WHEN SILICON VALLEY WAS THE

10:16:06 22    SILICON VALLEY.  MY FIRST JOB WAS IN SILICON IN MICROCHIPS, A

10:16:10 23    COMPANY CALLED FAIRCHILD SEMICONDUCTOR.  AND I WAS BUILDING

10:16:15 24    CHIPS BACK THEN.  I WAS AN ENGINEER, PRODUCT ENGINEER.

10:16:19 25        I WENT ON TO AMD, ADVANCED MICRODEVICES, WHERE I CONTINUED

10:16:24  1    TO DO ENGINEERING, BUT THAT'S WHERE I MADE A SHIFT TO PRODUCT

10:16:28  2    PLANNING AND MARKETING.  AND AFTER THAT I WAS AT THE COMPANY

10:16:32  3    WHICH WAS PART OF TANDEM COMPUTERS WHICH IS NOW COMPAQ AND HP,

10:16:36  4    AND THAT'S WHERE I REALLY DUG INTO THE SYSTEMS ASPECT OF

10:16:38  5    NETWORKING AND WENT ON TO HAVE A LONG YEAR IN NETWORKING.

10:16:41  6    Q.   AND WHEN YOU SAY SYSTEMS ASPECT OF NETWORKING, TELL THE

10:16:45  7    JURORS WHAT YOU MEAN.

10:16:46  8    A.   SO INITIALLY I WORKED ON CHIPS, AND THEN I WORKED ON

10:16:50  9    INTERNET NETWORKING OR BRIDGES, THEY WERE CALLED.  THEY WERE

10:16:53  10   THE PRECURSOR TO SWITCHES, IN A WAY, THEY WERE THE FIRST

10:16:56  11   SWITCHES IN THE INDUSTRY BASED ON A PROTOCOL AT THAT TIME

10:17:01  12   CALLED XNN, IT'S BASED ON PTP.

10:17:05  13   Q.   WHAT IS CRESCENDO?

10:17:06  14   A.   IF YOU'RE IN THE SILICON VALLEY, YOU ALWAYS WANT TO TRY

10:17:11  15   YOUR HAND AT A STARTUP.  MOST STARTUPS FAIL, BUT I ALWAYS

10:17:16  16   WANTED TO TRY ONE.  I WENT TO A VERY YOUNG COMPANY CALLED

10:17:19  17   CRESCENDO COMMUNICATIONS, IT WAS ABOUT 40 PEOPLE, AND I

10:17:23  18   JOINED -- THAT WAS IN 1991 OR '92.  AND CRESCENDO WENT ON TO BE

10:17:30  19   ACQUIRED BY CISCO SYSTEMS.

10:17:31  20   Q.   AND DID YOU THEN GO ALONG WITH CRESCENDO TO CISCO?

10:17:38  21   A.   I DID.  AS PART OF THE ACQUISITION WHICH WAS CISCO'S FIRST

10:17:41  22   ACQUISITION IN 1993, I BECAME PART OF CISCO IN SEPTEMBER OF

10:17:46  23   1993.

10:17:47  24   Q.   WHAT TITLE DID YOU HAVE WHEN YOU GOT TO CISCO, MS. ULLAL?

10:17:51  25   A.   I WAS DIRECTOR OF LAN SWITCHING.  UNTIL THEN, CISCO WAS A

10:17:56   1    ROUTER COMPANY, AND THEY WERE JUST ABOUT THE SIZE OF ARISTA IS

10:17:59   2    NOW, MAYBE A LITTLE SMALLER.  AND THIS WAS THEIR FIRST ENTRY

10:18:03   3    INTO SWITCHING.

10:18:04   4    Q.   WHAT WAS THE PRODUCT THAT CRESCENDO MADE?

10:18:07   5    A.   CRESCENDO MADE HIGH SPEED NETWORKING PRODUCTS THAT ARE

10:18:12   6    CALLED FTPI, THEY RAN AT 100 MEGABITS PER SECOND WHICH SEEMED

10:18:17   7    LIKE A BIG DEAL BACK THEN, NOW IT'S VERY SMALL SPEEDS.

10:18:21   8         AND WE WERE LITERALLY TRYING SOMETHING THAT HAD NEVER BEEN

10:18:27   9    DONE BEFORE WHICH WAS DRIVE IT OVER COPPER RATHER THAN

10:18:29  10    FIBEROPTIC.  IN THE PAST, YOU COULD ONLY DO IT OVER

10:18:33  11    FIBEROPTICS.

10:18:34  12    Q.   DID CISCO CONTINUE TO SELL THAT PRODUCT THAT YOU DEVELOPED

10:18:36  13    AT CRESCENDO AFTER THE ACQUISITION?

10:18:39  14    A.   THEY DID.  BUT THEN WE WENT ON TO INVEST AND BUILD OUR

10:18:44  15    SWITCHING PRODUCT, WHICH WAS THE SECOND PRODUCT.

10:18:46  16    Q.   OKAY.  AND WHAT WAS THAT PRODUCT AND DID IT BECOME

10:18:49  17    SUCCESSFUL AT CISCTO?

10:18:50  18    A.   YES.  THAT WAS OUR FIRST PRODUCT.  IT WAS CALLED THE

10:18:53  19    CATALYST 1200.  IT WAS A VERY SUCCESSFUL PRODUCT.  IT WENT FROM

10:18:58  20    ZERO TO MULTI MILLIONS.  AND THEN WE WENT ON TO BUILD SEVERAL

10:19:00  21    CATALYST SWITCHES, THE 5000, 4000, 6000.

10:19:02  22    Q.   WHAT YEAR DID YOU JOIN CISCO, MS. ULLAL?

10:19:05  23    A.   WELL, AS I SAID, I CAME TO THE ACQUISITION IN SEPTEMBER OF

10:19:09  24    1993.

10:19:09  25    Q.   AND WOULD YOU JUST GIVE OUR JURORS KIND OF A BRIEF RECAP

ULLAL DIRECT EXAM BY MR. VAN NEST

10:19:13   1    OF THE POSITIONS YOU HELD AND THE CAREER YOU HAD AT CISCO.

10:19:15   2        HOW LONG WERE YOU THERE AND WHAT TITLES AND POSITIONS DID

10:19:18   3    YOU HOLD?

10:19:18   4    A.   YEAH.  I WAS THERE 15 YEARS, GIVE OR TAKE A FEW.  AND

10:19:22   5    INITIALLY THE FIRST SEVEN YEARS, I WAS PRIMARILY IN THE LAN

10:19:27   6    SWITCHING, THE CATALYST FAMILY.  IT WAS ONE OF THE FASTEST

10:19:30   7    GROWING BUSINESSES FOR CISCO, AND THE BUSINESS GREW VERY

10:19:34   8    RAPIDLY FROM ZERO TO A FEW HUNDRED MILLION TO MULTIPLE

10:19:38   9    BILLIONS.

10:19:38   10        SO IN THE FIRST SEVEN YEARS IT WENT FROM ZERO TO OVER

10:19:42   11   $5 MILLION.

10:19:44   12   Q.   THEN WHAT HAPPENED?

10:19:45   13   A.   THEN I TOOK -- I WANTED TO LEAVE CISCO, AND JOHN CHAMBERS

10:19:52   14   CONVINCED ME NOT TO LEAVE, BUT INSTEAD, TAKE A LEAVE OF

10:19:56   15   ABSENCE, WHICH I DID.

10:19:56   16   Q.   FOLLOWING THE LEAVE, WHAT HAPPENED?

10:19:58   17   A.   I TOOK A LEAVE TO TRY AND BE A GOOD MOM AND TRY AND

10:20:02   18   BALANCE MY CAREER, BUT JOHN CHAMBERS CALLED ME BACK AND HE

10:20:06   19   ASKED ME TO COME BACK.

10:20:07   20        AND THE COMPANY HAD GONE FROM BEING EXTREMELY SUCCESSFUL,

10:20:10   21   HALF A TRILLION DOLLAR EVALUATION BACK IN 2000, TO DOING LESS

10:20:16   22   WELL BY THE END OF 2000.

10:20:20   23        THERE IS A COMPANY IN PARTICULAR, JUNIPER NETWORKS THAT

10:20:24   24   WAS ATTACKING CISCO'S CORE ROUTER MARKET, AND CISCO WAS VERY

10:20:29   25   ALARMED, THEY WERE USING A SIGNIFICANT SHARE, AND JUNIPER HAD

ULLAL DIRECT EXAM BY MR. VAN NEST                                    1920

10:20:34  1    GONE FROM ZERO TO 20 PERCENT MARKET SHARE IN LITERALLY SIX

10:20:37  2    QUARTERS.

10:20:38  3         SO JOHN ASKED ME TO COME AND HELP WITH THAT.

10:20:41  4    Q.   AND DID YOU DO THAT?

10:20:42  5    A.   INITIALLY I WAS -- I DIDN'T WANT TO, BUT THEN LOYALTY TOOK

10:20:47  6    THE BETTER OF ME AND I DECIDED IF I WAS THERE IN CISCO'S GOOD

10:20:52  7    TIMES, I SHOULD BE HELPING IN THEIR TOUGH TIMES.  SO I DID GO.

10:20:56  8         I ASKED THAT I HAVE NO TITLE OR RESPONSIBILITY, THAT I DO

10:20:59  9    THE JOB FOR PURELY THE BENEFIT OF HELPING CISCO.  AND I

10:21:05 10    REVIEWED THAT AND I DID THAT FOR THE FIRST 90 TO 120 DAYS.

10:21:09 11    Q.   AND THEN HOW LONG DID YOU STAY FOLLOWING YOUR RETURN FROM

10:21:11 12    LEAVE?

10:21:12 13    A.   WELL, 90 TO 120 DAYS BECAME ANOTHER SEVEN YEARS.  I DID A

10:21:18 14    NUMBER OF OTHER JOBS AS WELL FOR JOHN.  I WENT ON TO BECOME THE

10:21:23 15    GENERAL MANAGER FOR THE OPTICAL BUSINESS, WHICH WAS A REAL

10:21:27 16    FIXER UPPER, AND THEN SECURITY, AND THEN FINALLY BEFORE I LEFT

10:21:31 17    I WAS IN CHARGE OF THE DATA CENTER SWITCHING GROUP.

10:21:34 18    Q.   LET'S TALK ABOUT THE DATA CENTER SWITCHING GROUP.

10:21:36 19         CAN YOU GIVE THE JURORS SOME IDEA OF THE SIZE OF YOUR

10:21:40 20    RESPONSIBILITY THERE, HOW MANY EMPLOYEES, HOW MUCH BUDGET

10:21:43 21    RESPONSIBILITY IN THAT PARTICULAR UNIT?

10:21:46 22    A.   YEAH.  THE DATA CENTER SWITCHING GROUP WAS ROUGHLY ABOUT

10:21:53 23    3,000 PEOPLE.  AND SO I'M GUESSING THE BUDGET, WE DIDN'T TALK

10:21:57 24    ABOUT P&L, IT WAS MAINLY ENGINEERING, PRODUCT FOCUSED BUDGET,

10:22:02 25    PROBABLY ABOUT 750 MILLION TO A BILLION.  AND IT WAS A PRODUCT

10:22:06  1    THAT WE HAD A $10 BILLION BUSINESS.

10:22:09  2    Q.   WHAT WAS YOUR ROLE IN CONNECTION WITH THAT?

10:22:11  3    A.   I WAS THE SENIOR VICE PRESIDENT AND GENERAL MANAGER FOR

10:22:14  4    THE BUSINESS, DIRECTING THE BUSINESS AND PRODUCT DIRECTION.

10:22:17  5    Q.   DID YOU HAVE ANY RESPONSIBILITY IN THAT ROLE FOR THE

10:22:20  6    NEXUS 7K PRODUCT?

10:22:22  7    A.   YEAH, THE NEXUS 7K, THAT WAS THE FIRST DATA CENTER PRODUCT

10:22:28  8    CISCO INTRODUCED.

10:22:28  9    Q.   AND AT THE TIME YOU BECAME RESPONSIBLE FOR THAT UNIT, WAS

10:22:33  10   THE PRODUCT DEVELOPED, UNDEVELOPED, WHAT WAS THE STAGE OF THE

10:22:36  11   PRODUCT AT THAT TIME?

10:22:38  12   A.   THE NEXUS 7K WAS IN DEVELOPMENT WHEN I TOOK THE GROUP

10:22:45  13   OVER, BUT I CERTAINLY HAD A HAND IN SHAPING THE SOFTWARE AND

10:22:49  14   THE PLATFORM, AND WE BROUGHT IT OUT IN EARLY 2008.

10:22:53  15   Q.   WAS THAT A SUCCESSFUL PRODUCT FOR CISCO?

10:22:54  16   A.   I BELIEVE IT WAS.  I THINK IT WAS A BILLION DOLLAR -- A

10:23:00  17   MULTI BILLION DOLLAR PRODUCT LINE.

10:23:01  18   Q.   WHEN DID YOU LEAVE CISCO?

10:23:04  19   A.   I LEFT IN MAY OF 2008.

10:23:07  20   Q.   AND WHY DID YOU LEAVE?

10:23:09  21   A.   WELL, LIKE I SAID, THAT WAS MY THIRD ATTEMPT AT LEAVING.

10:23:13  22   I HAD TRIED TO LEAVE TWICE BEFORE IN 2000 AND 2005.  AND THEN

10:23:19  23   IN 2008.

10:23:21  24        AND YOU KNOW, I HAVE A LOT OF FOND MEMORIES OF MY 15 YEARS

10:23:25  25   AT CISCO, BUT I CONSIDER MYSELF AN ACCIDENTAL CORPORATE

10:23:29    1    EXECUTIVE.

10:23:31    2        THE COMPANY HAD GOTTEN VERY BIG, AND WHILE I ENJOYED IT, I

10:23:37    3    REALLY WANTED TO GO BACK TO SOMETHING SMALLER.  I DIDN'T REALLY

10:23:39    4    KNOW WHAT I WOULD BE DOING, BUT I WAS CERTAIN I WANTED TO DO

10:23:41    5    SOMETHING SMALLER.  SO I LEFT TO PURSUE MORE ENTREPRENEURIAL

10:23:45    6    ROUTES.

10:23:45    7    Q.   AND DID YOU LEAVE ON GOOD TERMS?

10:23:47    8    A.   VERY MUCH SO.  I'M PERSONALLY VERY FOND OF JOHN CHAMBERS

10:23:53    9    AND I HAVE A LOT OF FRIENDS IN CISCO.

10:23:55   10    Q.   COULD YOU TAKE A LOOK IN YOUR BINDER AT EXHIBIT 6155,

10:24:01   11    MS. ULLAL, AND TELL US IF YOU RECOGNIZE IT?

10:24:05   12    A.   "CISCO THANKS JAYSHREE ULLAL FOR 15 YEARS OF INNOVATION."

10:24:19   13    Q.   YES.  WAS THERE AN ANNOUNCEMENT AT CISCO AT THE TIME OF

10:24:22   14    YOU LEFT THE COMPANY?

10:24:23   15    A.   THAT WAS MAY 9, 2008.

10:24:25   16    Q.   IS THIS THAT ANNOUNCEMENT?

10:24:26   17    A.   THAT'S CORRECT.  IT WAS POSTED ON WHAT'S CALLED THE CEC,

10:24:31   18    CISCO EMPLOYEE CONNECTION, THAT'S DISTRIBUTED TO ABOUT ALL THE

10:24:35   19    EMPLOYEES.

10:24:35   20        MR. VAN NEST:  YOUR HONOR, I WOULD MOVE 6155 IN

10:24:38   21    EVIDENCE.

10:24:39   22        MR. PAK:  NO OBJECTION YOUR HONOR.

10:24:40   23        THE COURT:  IT WILL BE ADMITTED.

10:24:41   24    (DEFENDANT'S EXHIBIT 6155 WAS ADMITTED INTO EVIDENCE.)

10:24:41   25    BY MR. VAN NEST:

10:24:42  1    Q.   COULD WE JUST DISPLAY THE COVER SHEET.  THAT'S GOOD.

10:24:45  2    LET'S DO THE TITLE AND THE FIRST PARAGRAPH, IF WE COULD.

10:24:47  3         "CISCO THANKS JAYSHREE ULLAL FOR 15 YEARS OF INNOVATION."

10:24:51  4         CAN YOU JUST EXPLAIN TO THE JURORS WHAT IS THE NATURE OF

10:24:54  5    THIS DOCUMENT WE ARE LOOKING AT?  WHAT IS IT?

10:24:58  6    A.   IT'S AN ANNOUNCEMENT BASICALLY DESCRIBING MY 15 YEARS OF

10:25:02  7    HISTORY IN 15,000 OR LESS WORDS, I GUESS, AND THANKS ME FOR MY

10:25:08  8    CONTRIBUTIONS AND WISHING ME WELL AND WISHING ME FAREWELL.

10:25:13  9    Q.   THANK YOU.

10:25:14  10        NOW DID YOU CONTINUE TO STAY IN TOUCH WITH MR. CHAMBERS

10:25:17  11   AFTER YOU LEFT CISCO?

10:25:18  12   A.   I DID.

10:25:19  13   Q.   TELL THE JURY WHAT THE NATURE OF THAT CONTACT WAS OVER THE

10:25:22  14   YEARS, JUST IN A GENERAL SENSE.

10:25:25  15   A.   YEAH.

10:25:27  16        JOHN AND I STAYED IN TOUCH AND WE HAD A FONDNESS AND WE

10:25:32  17   HAVE A FONDNESS FOR EACH OTHER.  WHEN MY ONLY LATE SISTER

10:25:36  18   PASSED AWAY AND WAS DYING OF CANCER, JOHN OF WAS KIND ENOUGH TO

10:25:40  19   INQUIRE THEN.

10:25:41  20        WE KEPT IN TOUCH WITH BIRTHDAY GREETINGS AND HOLIDAY

10:25:44  21   WISHES OFF AND ON FOR THE LAST EIGHT YEARS.

10:25:47  22   Q.   AND THAT'S CONTINUED ON SINCE THE TIME YOU LEFT CISCO?

10:25:49  23   A.   YES, IT HAS.

10:25:50  24   Q.   NOW ONCE YOU LEFT CISCO, DID YOU JOIN ARISTA RIGHT AWAY?

10:25:54  25   A.   NO, I DIDN'T.

10:25:55  1    Q.   TELL THE JURY HOW YOU ENDED UP AT ARISTA AND WHAT YOU DID

10:25:59  2    IN THE MEANTIME?

10:26:00  3    A.   I TOOK THE SUMMER OFF AND IN FACT, I HAD A FAIRLY STRONG

10:26:04  4    BELIEF THAT I WOULD NOT GO BACK TO A NETWORKING FIRM OR AT

10:26:08  5    LEAST A TRADITIONAL NETWORKING FIRM AGAIN.

10:26:11  6         SO I LOOKED AT STARTUPS IN THE ENERGY SPACE AND THE CLEAN

10:26:15  7    TECH SPACE AND THE SOCIAL NETWORKING SPACE, THINGS WHERE I

10:26:19  8    COULD APPLY MY SKILLS BUT THEY WEREN'T MY DIRECT SKILLS.

10:26:23  9         AND WHAT I FOUND WHEN I WAS STUDYING ALL OF THAT IS THAT

10:26:26 10    EVERY ONE OF THEM REQUIRED ALMOST A PH.D. IN THEIR TOPICS, AND

10:26:30 11    I DIDN'T REALLY BELIEVE IN IT, AND DIDN'T FULLY, YOU KNOW, GET

10:26:38 12    INVOLVED IN THAT OR FASCINATED ENOUGH.

10:26:41 13         AND THEN I RAN INTO ANDY BECHTOLSHEIM, MY GOOD FRIEND IN

10:26:46 14    THE LATE SUMMER.

10:26:47 15    Q.   AND WHAT DID MR. BECHTOLSHEIM ASK YOU TO DO?

10:26:49 16    A.   ANDY IS A GOOD FRIEND.  I HAD KNOWN HIM 27 YEARS WHEN HE

10:26:53 17    WAS BACK AT SUN AND AMD WORKING ON THE CHIPS, AND HE EXPLAINED

10:26:58 18    WHAT ARISTA, AT THAT TIME NAMED ARASTRA, WAS DOING.

10:27:01 19         AND I WAS, FASCINATED, BECAUSE I DIDN'T WANT TO GET INTO

10:27:05 20    NETWORKING, BUT THE BEAUTY OF WHAT ARISTA WAS DOING, IT WAS A

10:27:08 21    BRAND-NEW SOFTWARE ARCHITECTURE THAT I HAD NEVER SEEN BEFORE.

10:27:11 22         IT JUST -- IT WAS SO THRILLING AND FASCINATING THAT, THAT

10:27:17 23    THE SOFTWARE ARCHITECTURE AND KEN AND THE FOUNDERS DEVELOPED,

10:27:21 24    AND THE FRIENDSHIP OF ANDY DREW ME TO THIS MORE THAN I

10:27:25 25    IMAGINED.

10:27:25  1    Q.    AND WHEN DID YOU JOIN ARISTA?

10:27:27  2    A.    I JOINED IN MID-SEPTEMBER.

10:27:28  3    Q.    AND WERE YOU THE CEO, THE CHIEF EXECUTIVE OFFICER THEN?

10:27:31  4    A.    YES, AND KEN DUDA WAS THE ACTING PRESIDENT.  I BELIEVE I

10:27:34  5    WAS THE FIRST PRESIDENT AND CEO APPOINTED FOR THE COMPANY.

10:27:38  6    Q.    AND CAN YOU GIVE THE JURY JUST A GENERAL SENSE OF WHAT

10:27:41  7    RESPONSIBILITIES YOU HAVE AND YOU HAVE HAD AS THE CEO OF

10:27:44  8    ARISTA?

10:27:45  9    A.    YOU KNOW, BEING A CEO IS LIKE BEING A PARENT.  YOU HAVE

10:27:50  10   RESPONSIBILITIES FOR EVERYTHING, BUT YOU DON'T KNOW ENOUGH

10:27:55  11   ABOUT EVERYTHING.

10:27:56  12       SO I REALLY BELIEVE IN HAVING A TEAM OF EXPERTS, SOME OF

10:27:59  13   WHOM YOU MIGHT HAVE MET, AND THE BEST AND THE BRIGHTEST IN ALL

10:28:03  14   MY CAREER AND ENGINEERING.  I NEVER MET BRIGHTER AND LOWER SET

10:28:07  15   OF EGO OF ENGINEERING TEAM THAN I DID AT ARISTA.

10:28:10  16       AND SO I CONSIDER MYSELF A KEEPER OF THE VALUES THERE, THE

10:28:16  17   BEST OF BREED TECHNOLOGY, THE CUSTOMER INTIMACY, DELIVERING

10:28:21  18   HIGH QUALITY PRODUCTS, AND OF COURSE CLOUD NETWORKING WHICH I

10:28:24  19   REALLY BELIEVE WAS A VISION OF THE COMPANY.

10:28:25  20   Q.    OKAY.  LET'S GET INTO THAT A LITTLE BIT.

10:28:28  21       SO AT THE TIME YOU JOINED IN 2008, WHAT WAS ARISTA'S

10:28:34  22   MISSION?

10:28:34  23   A.    THE MISSION, AND I'VE WRITTEN SEVERAL, PROBABLY 75 BLOGS

10:28:39  24   ON THIS TOPIC.  THE MISSION WAS CLOUD NETWORKING.  AND WE

10:28:42  25   WANTED, THE NETWORKING MARKET WAS VERY STAGNANT, IT HAD BEEN

ULLAL DIRECT EXAM BY MR. VAN NEST                                    1926

10:28:47  1    DOMINATED BY ONE PLAYER.  AND IT WAS A CLASSIC THREE-TIER

10:28:52  2    NETWORK, VERY MONOLITHIC SOFTWARE, AND THERE HADN'T BEEN MUCH

10:28:57  3    CHANGE.

10:28:58  4        SO WHAT ARISTA WAS SEEING IS THAT THERE WAS A NEW PARADIGM

10:29:04  5    OF SILICON, A NEW PARADIGM OF SOFTWARE.  AND IN FACT, A NEW

10:29:08  6    CLASS IN PARADIGM OF CUSTOMERS THAT WANTED A CHANGE.

10:29:12  7    Q.    WHAT MARKET WERE YOU FOCUSSING ON?

10:29:15  8    A.    SO OUR GOAL WAS TO FOCUS ON THE CLOUD NETWORKING MARKET.

10:29:19  9        THIS WAS A NEW CLASS OF CLOUD PROVIDERS THAT WERE BUILDING

10:29:22  10   A NEW SCALE.  YOU CAN THINK OF IT AS BASICALLY RATHER THAN

10:29:25  11   PUTTING NETWORKING IN THE DATA CENTER OR IN THE PREMISE, THEY

10:29:27  12   WERE TAKING IT INTO THE CLOUD, OFF THE PREMISE, SO THAT YOU CAN

10:29:33  13   CONSUME NETWORKING WITHOUT EACH COMPANY OR CUSTOMER HAVING TO

10:29:37  14   BUILD IT THEMSELVES.

10:29:37  15   Q.    WHAT WAS THE STATE -- WE'VE HEARD TESTIMONY FROM A NUMBER

10:29:40  16   OF WITNESSES ABOUT THE CLOUD MARKET, BUT LET'S GO BACK TO 2008.

10:29:44  17   WAS THERE A RECOGNIZED CLOUD MARKET THEN?

10:29:46  18   A.    NO, NOT AT ALL, IT WAS NEARLY A STATED VISION AND

10:29:49  19   DIRECTION ON MY PART AND MY COMPANY'S PART.  BUT WE HAD A

10:29:55  20   BELIEF THAT THIS WAS A REALLY SIGNIFICANT MARKET.  YOU HAD TO

10:29:59  21   LOOK REALLY AROUND THE BEND TO SEE IT, BECAUSE IT WASN'T THERE

10:30:01  22   AND IT WASN'T THERE FOR A LONG TIME.  I THINK THE ACTUAL MARKET

10:30:04  23   FOR SOFTWARE-DRIVEN CLOUD MARKETING REALLY STARTED HAPPENING IN

10:30:10  24   2011, 2012.

10:30:11  25   Q.    AND BACK THEN IN '08, '09, WHAT DID YOU SEE AS THE KEY

10:30:15   1    FACTORS FOR SUCCESS IN THE CLOUD?

10:30:17   2    A.   YEAH.  THE FACTORS WERE VERY CLEAR.  FIRST OF ALL, IT WAS

10:30:21   3    SCALE.  YOU KNOW, WHEN YOU LOOK ON THE PREMISE YOU GENERALLY

10:30:24   4    THINK OF TEN SERVERS OR 100 SERVERS.  OVER HERE WE THOUGHT OF

10:30:29   5    SERVERS THAT ARE HUNDREDS OF THOUSANDS OR BILLION VIRTUAL

10:30:34   6    MACHINES OR TERABYTES OF STORAGE.  IT WAS LIKE AN ORDER OF

10:30:37   7    MAGNITUDE GREATER THAN ANYTHING YOU HAD NORMALLY SEEN BEFORE.

10:30:41   8         THE OTHER THING WAS HIGH AVAILABILITY.  THE DEFINITION OF

10:30:43   9    HIGH AVAILABILITY AT TRADITIONAL ENTERPRISE MARKET WAS IF ONE

10:30:47  10    FAILS, YOU SWAP OVER TO THE OTHER.  BUT THE HIGH AVAILABILITY

10:30:50  11    REQUIREMENTS IN THE CLOUD WERE MUCH MORE STRENUOUS.  YOU NEEDED

10:30:54  12    AUTOMATIC RECOVERY, YOU NEEDED INSTANT RECOVERY IN, YOU KNOW,

10:30:58  13    SUBSECONDS, NOT MINUTES.

10:31:01  14         THERE WAS ALSO LATENCY, HOW FAST CAN YOU MOVE A PACKET.

10:31:05  15    AND HOW QUICKLY CAN YOU GET THERE.  AND IN FACT, THAT'S THE

10:31:08  16    MARKET WE TURN TO BECAUSE THE CLOUD WASN'T THERE AND READY.

10:31:13  17    Q.   LET ME FOLLOW UP ON THAT A LITTLE BIT.  YOU MENTIONED

10:31:16  18    AVAILABILITY, IS THAT RELATED TO RELIABILITY?

10:31:18  19    A.   YEAH, VERY MUCH SO.  IT'S A FORM OF UPGRADING THE NETWORK

10:31:24  20    REALTIME.  YOU CAN THINK OF THIS LIKE CHRISTMAS TREE LIGHTS.

10:31:28  21    DURING THE HOLIDAY SEASON HERE, IF ONE LIGHT FAILS, THE ENTIRE

10:31:34  22    CHRISTMAS TREE LIGHT GOES ON AND THAT'S TYPICALLY HOW

10:31:37  23    NETWORKING WAS DONE.  IN THE ARISTA ARCHITECTURE, IF ONE LIGHT

10:31:40  24    FAILS FIRST, OF ALL THE REST OF THE LIGHTS STAY UP, ONLY THAT

10:31:43  25    ONE LIGHT FAILS.  BUT MORE IMPORTANTLY, WE EVEN HAVE MECHANISMS

10:31:48  1    TO COVER THAT LIGHT AND FIX THAT LIGHT AND REPAIR IT.

10:31:51  2         SO THAT KIND OF HIGH AVAILABILITY WASN'T SEEN BEFORE.  IT

10:31:54  3    WAS AVAILABLE IN THE INDUSTRY AND UNIX SYSTEMS, BUT NEVER IN

10:31:58  4    NETWORKING.

10:31:59  5    Q.   YOU ALSO MENTIONED LOW LATENCY.  IS THAT RELATED TO SPEED?

10:32:03  6    A.   YES, IT IS RELATED TO SPEED.

10:32:04  7    Q.   WHAT DOES IT MEAN?

10:32:06  8    A.   IT MEANS -- SORRY, I TALK TECH JARGON A BIT MUCH.  IT

10:32:10  9    MEANS IF I SEND A PACKET OR I SEND INFORMATION FROM ONE

10:32:14  10   DESTINATION TO THE OTHER, TRADITIONALLY YOU CAN TAKE

10:32:18  11   FIVE-MINUTES OR YOU CAN TAKE FIVE SECONDS.  IN THE CASE OF

10:32:22  12   ARISTA, WE TOOK 500 NANOSECONDS, LITERALLY 1/100TH AT A TIME.

10:32:27  13        AND HOW FAST YOU MOVE A PACKET, WE FOUND A VERY EXCITING

10:32:31  14   NEWS CASE IN ALGORITHMIC TRADING, HIGH FREQUENCY TRADERS.

10:32:36  15        WHEN YOU DO TRADING, EVERY NANOSECOND MATTERS.  AND EVERY

10:32:39  16   NANOSECOND TRANSLATES TO SAVING DOLLARS FOR BANKERS AND

10:32:43  17   ALGORITHMIC TRADERS.

10:32:44  18        AND SO ALTHOUGH THE CLOUD DIDN'T HAPPEN RIGHT AWAY,

10:32:48  19   ARISTA'S IMMEDIATE SUCCESS BECAME THE HIGH FREQUENCY TRADING

10:32:51  20   AND FINANCIAL BANKS.

10:32:52  21   Q.   OKAY.  SO TELL US HOW, GIVEN THOSE REQUIREMENTS, IN THE

10:32:55  22   CLOUD, HOW DID ARISTA GO ABOUT DESIGNING A SWITCH FOR THE

10:32:59  23   CLOUD, HOW DID YOU GO ABOUT DOING THAT?

10:33:01  24   A.   WE REALLY LOOKED AT THIS PROBLEM IN PROBABLY THREE PARTS.

10:33:08  25        THE FIRST WAS WHAT KIND OF SYSTEM ARCHITECTURE DO WE NEED.

10:33:13  1      AND IF YOU LOOKED AT TRADITIONAL ARCHITECTURES, THEY WERE ALL

10:33:15  2      CLOSED BOXES, BLACK BOXES.  AND THEY WERE BUILT OUT OF CUSTOM

10:33:20  3      ASICS.  AND ARISTA'S APPROACH WAS WE DON'T HAVE TO BUILD THE

10:33:24  4      ASICS, WE ARE GOING TO ADOPT MERCHANT SILICON.

10:33:27  5          WE CHOSE COMPANIES, INITIALLY STARTUP COMPANIES LIKE

10:33:33  6      FULCRUM AND BROADCOM.  AND AT ANY GIVEN TIME WE FOUND THESE

10:33:36  7      SILICON WAS 1/5TH THE POWER, FIVE TIMES THE PERFORMANCE, AND

10:33:39  8      THREE TO FIVE TIMES THE POWER, THE DENSITY AS WELL.

10:33:42  9  Q.  NOW LET ME JUST STOP YOU THERE, MS. ULLAL.  YOU USED A

10:33:45  10     COUPLE OF TERMS, ASICS AND MERCHANT SILICON.

10:33:49  11         TELL THE JURORS WHAT'S THE DIFFERENCE BETWEEN A CUSTOM

10:33:54  12     ASIC AND MERCHANT SILICON?

10:33:54  13 A.  A CUSTOM ASIC IS TYPICALLY ONE THAT'S BUILT IN A

10:33:57  14     PROPRIETARY FASHION BY THE COMPANY USING THEIR OWN DESIGN

10:34:02  15     METHODOLOGIES THAT ARE ALL PROCESSED.

10:34:03  16         A MERCHANT SILICON IS ONE THAT'S AVAILABLE FOR THE BROAD

10:34:07  17     MARKET, AND GENERALLY IT RELIES ON A MORE AGGRESSIVE

10:34:10  18     SEMICONDUCTOR PROCESS.  THEY USE MORE AGGRESSIVE GEOMETRIES.

10:34:14  19     AND THEIR EXPERTISE IS SILICON, SO THEY DON'T VERTICALLY CREATE

10:34:20  20     THIS, THEY HORIZONTALLY PROVIDE CHIPS TO A VARIETY OF CUSTOMERS

10:34:22  21     IN THE MARKETPLACE.

10:34:23  22 Q.  YOU MENTIONED THREE FACTORS, YOU'VE COVERED THE SILICON;

10:34:27  23     WHAT WERE THE OTHER FACTORS THAT YOU --

10:34:30  24 A.  THE ONE THAT WAS FASCINATING AND VERY EXCITING AS I

10:34:33  25     MENTIONED BEFORE, IT WAS OUR EXTENSIBLE OPERATING SYSTEM, THE

10:34:36   1        EOS.  AND I HAD NEVER SEEN ANYTHING LIKE THIS BEFORE.

10:34:39   2            AND IN NETWORKING, THERE'S PROBABLY ONLY BEEN THREE MAJOR

10:34:43   3        OPERATING SYSTEMS.  AND I'VE TALKED ABOUT THIS IN BLOGS, IN THE

10:34:46   4        ENTERPRISE WORLD, I RESPECT CISCO A LOT FOR THEIR OPERATING

10:34:49   5        SYSTEMS, WHETHER IT'S IOS OR VARIOUS FLAVORS OF THAT.  IN THE

10:34:53   6        SERVICE PROVIDER WORLD, IT'S BEEN JUNIPER.  AND IN THE CLOUD

10:34:56   7        OPERATOR WORLD, IT'S BEEN ARISTA.

10:34:58   8            EOS WAS THE ONLY SYSTEM I SAW THAT HAD THE STATE DRIVEN

10:35:03   9        PROGRAMMABILITY THAT NO OTHER OPERATING SYSTEM HAS LIVED UP TO

10:35:06  10        TODAY.

10:35:07  11        Q.   AND WHY IS THAT IMPORTANT?

10:35:09  12        A.   IT'S VERY IMPORTANT BECAUSE, AS I SAID, IN THE CLOUD YOU

10:35:13  13        ARE DEALING WITH HUNDREDS AND THOUSANDS OF MACHINES.  AND YOU

10:35:16  14        NEED THE FLEXIBILITY OF SCALING BETWEEN THOSE MACHINES AND THE

10:35:20  15        TRAFFIC WAS MOVING RAPIDLY FROM CLIENT-SERVER TO SERVER-SERVER.

10:35:26  16        SERVER TO SERVER, NOT SOUTH, BUT TO EAST-WEST.

10:35:29  17            AND WHAT I MEAN BY THAT IS IF YOU LOOK AT SOCIAL

10:35:32  18        NETWORKING LIKE FACEBOOK, BEHIND THAT USER EXPERIENCE, ARE

10:35:36  19        HUNDREDS AND THOUSANDS OF SERVERS THAT ARE IMPROVING YOUR

10:35:39  20        EXPERIENCE MAKING SURE YOU LOAD THE PAGES CORRECTLY, LOAD THE

10:35:43  21        PHOTOS CORRECTLY, LOAD YOUR LIKES AND DISLIKES CORRECTLY AND

10:35:46  22        ALL OF THAT TAKES A MASSIVE AMOUNT OF COMPUTING AND NETWORKING

10:35:50  23        POWER, BUT ALSO PROGRAMMABILITY.

10:35:52  24            YOU HAVE TO TUNE IT SO THAT THE RESPONSES CAN BE

10:35:58  25        CUSTOMIZED FOR EACH OF THE CASES.

10:36:00   1    Q.   AND WHY IS PROGRAMMABILITY AND CUSTOMIZABILITY IMPORTANT?

10:36:05   2    A.   BECAUSE THE REALITY IS THAT YOU CAN DELIVER SPEEDS AND

10:36:11   3    PERFORMANCE, BUT YOU ALSO HAVE TO BE AWARE OF THE TRAFFIC AND

10:36:14   4    HOW YOU CUSTOMIZE THAT FEED AND SPEED.

10:36:18   5         AND SO ARISTA'S REAL ADVANTAGE WAS OUR CUSTOMERS WERE ABLE

10:36:22   6    TO CUSTOMIZE OUR OPERATING SYSTEM, AND ALL THE OPERATING SYSTEM

10:36:26   7    LIKE IT WAS LITERALLY THEIRS, IT WAS OPEN, IT WASN'T A BLACK

10:36:29   8    BOX.  THEY COULD WRITE SCRIPTS TO IT, THEY COULD DEVELOP

10:36:33   9    APPLICATIONS ON TOP OF IT.  IT WAS AS MUCH THEIR OPERATING

10:36:36   10   SYSTEM AS IT WAS OURS.

10:36:37   11   Q.   CAN YOU TELL US HOW MANY LINES OF SOURCE CODE THERE ARE IN

10:36:42   12   THE EOS OPERATING SYSTEM?

10:36:44   13   A.   SURE.  INITIALLY, IT WAS SMALL.  WHEN I FIRST CAME IN, I

10:36:49   14   THINK IT WAS A MILLION OR A COUPLE OF MILLION LINES IN 2008.

10:36:53   15   AND TODAY, IT'S WELL OVER 10 MILLION LINES.

10:36:56   16   Q.   AND HOW MANY ENGINEERS WORK AT ARISTA TODAY?

10:37:00   17   A.   AGAIN, WHEN I JOINED, IT WAS PROBABLY 30 ENGINEERS, AND

10:37:04   18   TODAY I WOULD SAY OVER A THOUSAND.

10:37:06   19   Q.   AND HOW MANY EMPLOYEES -- THAT'S A THOUSAND ENGINEERS OUT

10:37:09   20   OF HOW MANY TOTAL EMPLOYEES IN THE COMPANY?

10:37:12   21   A.   THE TOTAL, APPROXIMATELY 1500.

10:37:15   22   Q.   DOES ARISTA, IN ORDER TO GET THESE THINGS DONE, DOES

10:37:18   23   ARISTA DEDICATED A LOT OF RESOURCES TO RESEARCH AND

10:37:21   24   DEVELOPMENT?

10:37:21   25   A.   YES, INDEED, IT'S ONE OF OUR HALLMARKS.

10:37:25   1          IF YOU GENERALLY LOOK AT CORPORATIONS, THEY WOULD

10:37:27   2   DEDICATE, YOU KNOW, MAYBE FIVE TO NINE, MAYBE TEN PERCENT OF

10:37:31   3   THEIR REVENUE TO R&D.

10:37:33   4          ARISTA'S WAS CONSISTENTLY DOUBLE DIGITS, IN THE TWENTIES.

10:37:38   5   WE TENDED TO DO, YOU KNOW, TWO TO THREE TIMES MORE AS A

10:37:41   6   PERCENTAGE OF REVENUE IN R&D.

10:37:43   7          AND WE REALLY ARE A COMPANY BUILT BY ENGINEERS FOR

10:37:46   8   ENGINEERS.  THAT'S OUR HALLMARK.  WE HAVEN'T THROWN A LOT OF

10:37:49   9   INVESTMENT INTO SALES AND MARKETING, THAT'S NOT OUR FORTE, BUT

10:37:54   10  OUR FORTE IS VERY MUCH ENGINEERING.

10:37:57   11  Q.   MS. ULLAL, WHEN DID ARISTA RELEASE ITS FIRST PRODUCT?

10:38:02   12  A.   IN; RIGHT ABOUT THE TIME I CAME, SO THAT WOULD BE FALL OF

10:38:05   13  2008.

10:38:06   14  Q.   OKAY.  AND WHAT PRODUCT WAS THAT?

10:38:07   15  A.   THAT WAS THE 7124 LOW LATENCY SWITCH.

10:38:12   16  Q.   AND CAN YOU GIVE THE JURORS JUST A BRIEF DESCRIPTION OF

10:38:15   17  WHAT CAPABILITY THAT HAD, IS THAT A CLOUD TYPE OF SWITCH OR

10:38:19   18  WHAT IS IT?

10:38:20   19  A.   NO, IT ISN'T.  IN FACT, WHILE WE WERE WAITING FOR THE

10:38:23   20  CLOUD TO HAPPEN, WE INTRODUCED A ONE-RACK UNIT, 24-PORT 10

10:38:28   21  GIGABIT ETHERNET SWITCH.  AND IT WAS THE HIGHEST DENSITY IN A

10:38:32   22  ONE-RACK UNIT.  THERE WAS A 24 AND A 48, WHERE WE CRAMMED MORE

10:38:37   23  PORTS THAN ANYONE ELSE COULD.  AND IT WAS THE ABSOLUTE LOWEST

10:38:41   24  LATENCY BY FACTOR OF TEN.

10:38:43   25          THE GENERAL PRODUCTS, ETHERNET PRODUCTS IN THE MARKET

10:38:45  1    WERE, YOU KNOW, THREE TO FOUR MILLISECONDS, AND ARISTA WAS 500

10:38:49  2    NANOSECONDS.  WE WENT ON TO DO 250 NANOSECONDS AS WELL, BUT THE

10:38:55  3    FIRST ONE WAS 500.

10:38:57  4    Q.   SO WHO WERE THE EARLY CUSTOMERS OF ARISTA THAT WERE

10:38:59  5    INTERESTED IN THAT PRODUCT?

10:39:00  6    A.   WELL, THIS IS A LITTLE BIT IRONIC, BUT BECAUSE MY VERY

10:39:06  7    FIRST WEEK THAT I ARRIVED AT THE COMPANY, ONE OF OUR FIRST

10:39:09  8    CUSTOMERS WAS LEHMAN BROTHERS.  IT WAS A BAD OMEN BECAUSE WE

10:39:13  9    ACQUIRED THE CUSTOMER.  AND THEN IF YOU REMEMBER, LEHMAN

10:39:17 10    BROTHERS WENT BANKRUPT AFTER THAT.  SO IT WAS NOT A GREAT START

10:39:20 11    TO MY CAREER AS A CEO.

10:39:22 12        BUT THE TYPE OF CUSTOMERS WE HAD WERE VERY HIGH FREQUENCY

10:39:25 13    TRADERS, LARGE BANKS, SMALL BANKS, ALGORITHMIC TRADERS.

10:39:29 14        WE WENT ON TO ACQUIRE A HUNDRED OF THEM, AND WE WERE THE

10:39:31 15    MARKET LEADER OR THE DE FACTO LEADER FOR HIGH FREQUENCY

10:39:35 16    TRADING, LOW LATENCY ETHERNET.

10:39:37 17    Q.   AND WHAT BENEFIT WERE THEY LOOKING FOR IN YOUR PRODUCTS?

10:39:40 18    A.   FASTEST SPEED, LOWEST LATENCY, AND ALSO VERY RELIABLE,

10:39:45 19    HIGH QUALITY SOFTWARE.  THEY WANTED SOMETHING THAT JUST WORKED.

10:39:48 20    AND THE AMOUNT OF FEEDBACK I GOT ON THE STABILITY AND QUALITY

10:39:52 21    OF OUR SOFTWARE WAS AS HIGH AS THE LOW LATENCY OF OUR PRODUCTS.

10:39:56 22    Q.   CAN YOU OPEN YOUR BINDER TO ARISTA TX 7790, MS. ULLAL.

10:40:08 23    AND TELL US WHETHER YOU RECOGNIZE THAT?

10:40:11 24    A.   YES, I DO.

10:40:12 25    Q.   WHAT IS IT?

10:40:13   1    A.   IT'S AN E-MAIL FROM ONE OF OUR CUSTOMERS, STEVE RUSSELLS

10:40:19   2    FROM MORGAN STANLEY.

10:40:21   3         MR. VAN NEST:  YOUR HONOR, I OFFER 7790 IN EVIDENCE.

10:40:23   4         MR. PAK:  NO OBJECTION, YOUR HONOR.

10:40:24   5         THE COURT:  IT WILL BE ADMITTED.

10:40:26   6    (DEFENDANT'S EXHIBIT 7790 WAS ADMITTED INTO EVIDENCE.)

10:40:26   7    BY MR. VAN NEST:

10:40:27   8    Q.   TELL THE JURY WHAT THIS IS, AND LET'S BLOW UP THE TOP AND

10:40:30   9    THE FIRST PARAGRAPH.

10:40:31  10    A.   STEVE AND I WERE TALKING ABOUT HOW PRODUCTS ARE BUILT.

10:40:37  11    AND STEVE IS ONE OF THE KEY ARCHITECTS AND DECISION MAKERS AT

10:40:42  12    MORGAN STANLEY.  AND HE WAS BASICALLY TELLING ME WHILE I MAY BE

10:40:47  13    THE CEO OF THE MOST TRANSFORMATIVE NETWORKING COMPANY HE'D SEEN

10:40:51  14    IN 20 YEARS, HIS MESSAGE TO ME WAS YOU ARE THE BEST TODAY, BUT

10:40:55  15    TODAY IS NOT MY CONCERN, I NEED YOU TO BE DIFFERENT, I NEED

10:41:00  16    NETWORKING TO BE DIFFERENT.

10:41:02  17         SO HE WAS PUSHING ME AND PUSHING ARISTA TO NOT JUST BUILD

10:41:05  18    A GREAT PRODUCT, BUT TO CHANGE THE WAY NETWORKING HAD BEEN

10:41:08  19    BUILT BEFORE, WHICH IN ESSENCE, IS WHAT WE'VE DONE WITH CLOUD

10:41:12  20    NETWORKING.

10:41:12  21    Q.   COULD WE HIGHLIGHT THAT FIRST PARAGRAPH YOU HAVE ON THE

10:41:16  22    SCREEN.  THIS WAS OCTOBER 2013.  WAS MR. RUSSELL ONE OF YOUR

10:41:23  23    BANKING CUSTOMERS AT MORGAN STANLEY?

10:41:25  24    A.   YES.

10:41:26  25    Q.   AND WHAT BENEFITS WERE THEY ATTRACTED TO IN THE PRODUCT?

10:41:29   1    A.   THEY WERE VERY ATTRACTED TO THE SOFTWARE ARCHITECTURE WE

10:41:33   2    HAD, THE FLEXIBILITY, THE PROGRAMMABILITY.  AND ALSO THE FACT

10:41:36   3    THAT WE WERE BUILDING SUCH A HIGH SCALE, SIMPLE OPEN NETWORK

10:41:42   4    WITH A TWO-TIER DESIGN THAT WE CALL THE LEAF AND SPINE.

10:41:46   5    Q.   NOW I TAKE IT ARISTA HAS PRODUCED ADDITIONAL PRODUCTS

10:41:50   6    AFTER THAT FIRST 7124?

10:41:52   7    A.   OH, YEAH, DEFINITELY.

10:41:53   8    Q.   AND I HAVE BESIDE ME HERE ANOTHER ARISTA SWITCH.  COULD

10:41:57   9    YOU TELL THE JURORS WHAT IT IS AND APPROXIMATELY WHEN IT WAS

10:42:00  10    INTRODUCED?

10:42:00  11    A.   YEAH.  THAT'S KIND OF A COOL ONE, IT'S ONE OF MY

10:42:04  12    FAVORITES.

10:42:04  13         SO IN 2010 WE INTRODUCED THE FIRST SPINE PRODUCT.  AND YOU

10:42:08  14    KNOW, YOU MIGHT SAY WELL, IT'S A SPINE.  WELL, THIS WAS THE

10:42:11  15    SPINE FOR OUR TOTAL NETWORK.  THIS WAS THE BACKBONE.

10:42:15  16         SO UNTIL THEN WE PRODUCED A SMALL 1RU, RACK UNIT PRODUCTS,

10:42:25  17    THAT'S WHAT WOULD BE CALLED LEAF PRODUCTS.  FOR THE FIRST TIME

10:42:29  18    IN 2010, ARISTA CAME UP AND WE REALLY PIONEERED THE SPINE

10:42:33  19    CONCEPT IN THE ETHERNET THAT MANY OTHERS FOLLOWED AFTER US.

10:42:37  20         SO THIS WAS, THIS WAS THE 7504, ITS SIBLING WAS THE 7508.

10:42:44  21    FIVE TIMES THE DENSITY, 1/5TH THE POWER.

10:42:48  22    Q.   SO WHEN YOU SAY FIVE TIMES THE DENSITY, WHAT DOES THAT

10:42:51  23    MEAN?

10:42:51  24    A.   IT MEANS THE TYPICAL PRODUCTS IN THE INDUSTRY THAT WERE

10:42:54  25    RUNNING WERE ANYWHERE FROM 48 TO 64 PORTS IN A CHASSIS FOR

10:43:01  1    FULLY HIGH PERFORMANCE NON -- FULL WIRE RATE PERFORMANCE, NOT

10:43:08  2    OVER SUBSCRIBED.  AND ARISTA WAS DOING 384 PORTS.

10:43:11  3    Q.   384 PORTS.

10:43:13  4         AND YOU SAID LOW POWER.  WHAT DO YOU MEAN?

10:43:16  5    A.   WHEN YOU LOOK AT THE TYPICAL POWER OF PRODUCTS AT THAT

10:43:18  6    TIME, THEY ENDED UP BEING ANYWHERE FROM 60 TO 100 WATTS.

10:43:26  7    ARISTA'S WAS 2 TO 5 WATTS PER PORT.

10:43:31  8    Q.   AND WHY IS THAT SIGNIFICANT TO THE CUSTOMER?

10:43:33  9    A.   IT'S SIGNIFICANT NOT JUST IN A PORT BASIS, BUT WHEN YOU

10:43:36  10   ARE IN A DATA CENTER AND YOU ARE AGGREGATING ALL THOSE PORTS,

10:43:41  11   YOU HAVE TO PUT IN THE RIGHT CAPACITY, THE COOLING TO MAKE THE

10:43:44  12   DATA CENTER RUN.

10:43:45  13        THE COST OF THAT SOMETIMES CAN BE FAR GREATER THAN THE

10:43:47  14   NETWORKING GEAR.  SO THE COST OF COOLING AND POWER CAN GO INTO

10:43:50  15   THE MULTI MILLION DOLLARS.  SO ARISTA WAS SAVING THEM MILLIONS

10:43:54  16   OF OPERATIONAL DOLLARS BY VIRTUE OF THESE KIND OF DRAMATIC

10:43:59  17   POWER.

10:43:59  18   Q.   NOW WHAT KINDS OF COMPANIES BUY THIS SWITCH?  WHO WERE THE

10:44:02  19   CLOUD CUSTOMERS?

10:44:04  20   A.   AS WE MOVED INTO THE SPINE, THE FIRST FEW YEARS WAS MORE

10:44:07  21   FINANCIAL.

10:44:08  22   Q.   SLOW DOWN JUST A LITTLE BIT, MS. ULLAL, BECAUSE WE ARE

10:44:11  23   TRYING TO RECORD EVERY WORD YOU SAY.  THANK YOU.

10:44:13  24   A.   THANK YOU.

10:44:15  25        AS WE MOVED INTO THE SPINE, THE CLASS OF OUR CUSTOMERS

10:44:20  1      BECAME VERY DIFFERENT.  THESE ARE CUSTOMERS WHERE NETWORKING

10:44:25  2      WAS CHANGING THEIR PRODUCTS, AND THEY WERE BUILDING CLOUDS.

10:44:31  3           SO YOU CAN -- WE CALL THEM THE CLOUD PROVIDERS OR THE

10:44:35  4      CLOUD TITANS, EXAMPLES OF THAT WOULD BE MICROSOFT, FACEBOOK,

10:44:40  5      EBAY, YAHOO, GOOGLE, AMAZON, APPLE, THESE ARE THE CLASS OF

10:44:47  6      CUSTOMERS.  AND THEY WERE REALLY PUSHING THE ENVELOPE OF SCALE.

10:44:50  7           OTHER EXAMPLES OF THAT WOULD BE SERVICE PROVIDERS WHO ARE

10:44:53  8      BRINGING IN THE NEW STREAMING AND PERFORMANCE INTO YOUR HOMES

10:44:57  9      LIKE NETFLIX AND COMCAST.  AND OF COURSE, OTHERS WOULD BE LIKE

10:45:00 10      WE DISCUSSED EARLIER, LARGE BANKS AS WELL.

10:45:03 11           SO THE CLASS OF CUSTOMERS, THE COMMON THREAD ACROSS ALL OF

10:45:06 12      THEM WAS THEY WANTED TO BUILD HIGH PERFORMANCE SOFTWARE DRIVEN

10:45:10 13      CLOUD NETWORKING, BUT THEY WERE PUSHING THE ENVELOPE OF SCALE

10:45:13 14      AND PROGRAMMABILITY.

10:45:13 15      Q.   NOW ARE ALL THE COMPANIES YOU LISTED IN YOUR ANSWER ARISTA

10:45:17 16      CUSTOMERS?

10:45:17 17      A.   SOME OF THEM I'M NOT ABLE TO REFER TO AS ARISTA CUSTOMERS.

10:45:21 18      Q.   AH, FAIR ENOUGH.

10:45:22 19      A.   BUT-MOST OF THEM ARE.

10:45:25 20      Q.   SO HAS THE PRODUCT, THIS PRODUCT, WON AWARDS IN THE

10:45:29 21      MARKETPLACE?

10:45:29 22      A.   IT DID.

10:45:31 23      Q.   WHAT WERE SOME OF THOSE?

10:45:34 24      A.   ONE OF THE MOST FUN MEMORIES I HAVE OF WINNING AWARDS IS

10:45:40 25      THERE'S A SHOW CALLED INTEROP WHICH IS THE MOST COMMON

10:45:43  1    NETWORKING SHOW FOR ENTERPRISE, GENERALLY SPEAKING, NOT YOUR

10:45:48  2    CLOUD.

10:45:49  3         AND ARISTA WON THE AWARD FOR BEST OF SHOW WITH THE 7500

10:45:54  4    TWICE, BOTH IN 2010 AND IN 2013.  IT'S RARE ENOUGH TO WIN IT

10:45:58  5    ONCE, AND GENERALLY ENTERPRISE PRODUCTS WIN IT, BUT TO WIN IT

10:46:02  6    TWICE WAS A REAL HONOR.

10:46:03  7    Q.   DID INDUSTRY GROUPS TEST THE ARISTA SWITCH AGAINST CISCO

10:46:09  8    AND OTHER COMPETITORS?

10:46:11  9    A.   SURE, THEY WERE.  THERE WERE A LOT OF INDEPENDENT TESTS.

10:46:16  10   Q.   COULD WE PULL UP TX 5146, IT'S IN EVIDENCE.

10:46:20  11        YOU CAN SEE IT ON THE SCREEN, MS. ULLAL, IF WE COULD PUT

10:46:23  12   THE FIRST PAGE UP.

10:46:25  13        CAN YOU DESCRIBE FOR THE JURY, IT'S IN YOUR BOOK, BUT IT'S

10:46:28  14   ALSO ON THE SCREEN.  TELL THE JURY WHAT THIS IS.

10:46:30  15   A.   THIS IS NOT THE 7500, THIS IS THE FIRST PRODUCT, THE 7124.

10:46:36  16   AND IT IS JANUARY OF 2010.  THIS WAS PROBABLY ONE OF THE FIRST

10:46:41  17   PUBLISHED INDEPENDENT TESTS ON ARISTA PRODUCTS VERSUS OTHER

10:46:47  18   PEERS IN THE INDUSTRY, WHICH INCLUDED CISCO, HP, DELL, FORCE10,

10:46:52  19   IBM, AND EXTREME.

10:46:54  20   Q.   WAS -- WHAT WAS THE OUTCOME OF THE TEST?

10:46:58  21   A.   AS YOU CAN SEE WE WON THE TOP SPOT ALONG WITH BLADE

10:47:02  22   NETWORKS, AND IT WAS A VERY GRUELLING PERFORMANCE TEST AND

10:47:05  23   REALLY EXPOSED THE WEAKNESSES OF OUR COMPETITORS AS WELL.

10:47:09  24   Q.   WAS THIS AN IMPORTANT MILESTONE IN ARISTA'S HISTORY?

10:47:12  25   A.   YES, VERY MUCH SO.  WE WERE A YOUNG COMPANY, AND OUR

10:47:15   1      RECOGNITION COMES FROM NOT US SAYING WE ARE GOOD, BUT OUR

10:47:19   2      CUSTOMERS AND INDEPENDENT BENCHMARKS STATING WE WERE GOOD.  AND

10:47:23   3      THIS WAS ONE OF THE FIRST ONES.

10:47:24   4      Q.   AND CAN YOU TELL THE JURY, JUST BRIEFLY, WHAT WERE THE KEY

10:47:29   5      BENCHMARKS THAT ARISTA STOOD OUT AT?

10:47:32   6      A.   WELL, I THINK THE TEST DID A NUMBER OF CRITERIA.  BUT WE

10:47:41   7      CLEARLY STOOD OUT IN PERFORMANCE, IN REDUNDANCY, OUR SOFTWARE

10:47:46   8      CAPABILITIES.

10:47:48   9           ONE OF THE RECOGNITIONS WAS ALSO THE WAY WE PURSUED

10:47:51  10      REDUNDANCY WITH WHAT WE CALLED ACTIVE LINKS, WE DIDN'T HAVE

10:47:55  11      THINGS ON STANDBY.

10:47:56  12           AND IN GENERAL, IT WAS JUST A VERY COMPLETE TEST ON HOW TO

10:48:00  13      DO 10 GIGABIT SWITCHING.

10:48:02  14      Q.   NOW WHILE ARE ON AWARDS, CAN YOU OPEN YOUR BINDER UP TO

10:48:07  15      TX 8203.  DO YOU HAVE TX 8203?

10:48:17  16      A.   ME?

10:48:18  17      Q.   YES, YOU.

10:48:19  18           TELL US, DO YOU RECOGNIZE THAT PICTURE?

10:48:22  19      A.   YES.  IT'S A GOOD LOOKING FOUNDER OF MINE CALLED

10:48:25  20      ANDY BECHTOLSHEIM.

10:48:26  21      Q.   OKAY.  AND WHAT WAS THE OCCASION FOR THIS PHOTOGRAPH?

10:48:30  22      A.   THIS WAS AN ERNST & YOUNG ENTREPRENEUR OF THE YEAR AWARD

10:48:34  23      THAT WAS AWARDED TO US LAST YEAR.

10:48:36  24      Q.   OKAY.

10:48:37  25           MR. VAN NEST:  AND I WOULD OFFER 8203 IN EVIDENCE,

10:48:39    1    YOUR HONOR.

10:48:40    2              MR. PAK:  NO OBJECTION, YOUR HONOR.

10:48:41    3              THE COURT:  IT WILL BE ADMITTED.

10:48:42    4    (DEFENDANT'S EXHIBIT 8203 WAS ADMITTED INTO EVIDENCE.)

10:48:42    5    BY MR. VAN NEST:

10:48:43    6    Q.   COULD WE DISPLAY IT SO THE JURORS GET AN IDEA.  WE KNOW

10:48:46    7    WHO THAT IS ON THE LEFT.  WHO IS ON THE RIGHT?

10:48:47    8    A.   ON THE LEFT IS ME.  ON THE RIGHT IS ANDY BECHTOLSHEIM.

10:48:50    9    HE'S A LEGEND IN THE VALLEY.  HE FOUNDED SUN AND HE FOUNDED

10:48:54   10    ARISTA.  AND HE'S -- HE'S JUST A BRILLIANT ENGINEER.

10:49:00   11    Q.   MS. ULLAL, DOES ARISTA RESPECT THE INTELLECTUAL PROPERTY

10:49:05   12    OF OTHER COMPANIES?

10:49:06   13    A.   OF COURSE, CERTAINLY WE DO.

10:49:08   14    Q.   AND DOES ARISTA DO ANYTHING TO COMMUNICATE THAT RESPECT TO

10:49:12   15    ITS EMPLOYEES?

10:49:13   16    A.   WE DO.  WE HAVE EVERY EMPLOYEE SIGN A CODE OF CONDUCT IN

10:49:19   17    AN INVENTIONS AGREEMENT.  I THINK WE HAVE BEEN DOING THAT FOR

10:49:23   18    SEVERAL YEARS.  AND WE INSIST THAT IF SOMEBODY COMES FROM

10:49:29   19    ANOTHER COMPANY, THAT THEY DO WANT BRING ANY OF THEIR

10:49:33   20    INTELLECTUAL PROPERTY, AND THAT IF THEY USE ANY OPEN SOURCE

10:49:37   21    LICENSES, THAT WE HAVE THE RIGHT MECHANISMS TO LICENSE THEM OR

10:49:40   22    ADOPT THEM.

10:49:41   23         SO WE HAVE THIS ALL VERY WELL DOCUMENTED.  BOTH ANDY AND I

10:49:44   24    HAD REVIEWED THIS DOCUMENT MANY TIMES OVER THE YEARS AND

10:49:46   25    IMPROVED IT.

10:49:47  1    Q.    WOULD YOU OPEN YOUR BINDER TO TX 9069, PLEASE.

10:49:54  2    A.    TX --

10:49:56  3    Q.    AND TELL US WHETHER YOU RECOGNIZE THAT.

10:50:03  4    A.    YES, THIS IS ARISTA'S CODE OF BUSINESS CONDUCT.

10:50:07  5            MR. VAN NEST:  YOUR HONOR, I WOULD OFFER TX 9069 IN

10:50:10  6    EVIDENCE.

10:50:10  7            MR. PAK:  NO OBJECTION YOUR HONOR.

10:50:11  8            THE COURT:  IT WILL BE ADMITTED.

10:50:13  9    (DEFENDANT'S EXHIBIT 9069 WAS ADMITTED INTO EVIDENCE.)

10:50:13 10    BY MR. VAN NEST:

10:50:13 11    Q.    COULD WE PUT ON THE SCREEN THE FIRST PAGE, THE TITLE AND

10:50:17 12    THE DATE.

10:50:18 13            WHEN WAS THIS PUBLISHED?

10:50:20 14    A.    OCTOBER OF 2010.

10:50:23 15    Q.    AND JUST GIVE THE JURY A BRIEF DESCRIPTION OF WHAT SORT OF

10:50:26 16    INFORMATION IS SET FORTH IN THIS DOCUMENT?

10:50:29 17    A.    WELL, BASICALLY ARISTA PROVIDES A SET OF GUIDELINES FOR

10:50:33 18    EVERY EMPLOYEE ON HOW TO SELF-MANAGE THEMSELVES AND HOW TO

10:50:37 19    UNDERSTAND OUR CODE OF ETHICS AND WHAT'S TOLERATED AND WHAT'S

10:50:41 20    NOT.

10:50:41 21            AND WE WANT PEOPLE, YOU KNOW, THERE'S THE POLICY ASPECT OF

10:50:48 22    IT AND THEN THERE'S THE CULTURAL ASPECT OF IT.  FROM A POLICY

10:50:54 23    ASPECT, WE WANTED PEOPLE TO FULLY COMPLY WITH THE LAW.  AND THE

10:50:58 24    CULTURAL ASPECT OF IT IS, WE WANT YOU TO RESPECT ONE ANOTHER

10:51:03 25    AND RESPECT EACH OTHER, AND WHEN IN DOUBT, CHECK WITH THE HR

10:51:07  1    DEPARTMENT AND MAKE SURE YOU ARE ON THE RIGHT TRACK.

10:51:10  2    Q.   AND COULD WE HAVE, MR. DAHM, FROM PAGE 10, THERE'S A

10:51:14  3    PARAGRAPH UNDER THE TITLE "INTELLECTUAL PROPERTY."  COULD WE

10:51:18  4    HAVE THAT ON THE SCREEN, PLEASE.

10:51:23  5         BLOW IT ALL UP, THE SECOND PARAGRAPH, IN PARTICULAR.

10:51:26  6    LET'S BLOW THAT SECOND PARAGRAPH UP.

10:51:27  7         MS. ULLAL, TELL THE JURORS WHAT THE CODE OF CONDUCT SAYS

10:51:32  8    HERE WITH RESPECT TO INTELLECTUAL PROPERTY.

10:51:34  9    A.   "WE RESPECT THE INTELLECTUAL PROPERTY OF OTHERS.  ARISTA

10:51:36  10   WILL PROVIDE SOFTWARE NECESSARY FOR EMPLOYEES TO PERFORM THEIR

10:51:39  11   FUNCTIONS ADEQUATELY UNDER APPROPRIATE LICENSING AGREEMENTS

10:51:43  12   WITH VENDORS.  IT IS AGAINST ARISTA POLICY TO USE, COPY,

10:51:47  13   DISPLAY, OR DISTRIBUTE THIRD-PARTY COPYRIGHTED SOFTWARE,

10:51:51  14   DOCUMENTATION OR OTHER MATERIALS WITHOUT PERMISSION.  YOU ARE

10:51:53  15   NOT PERMITTED TO USE SOFTWARE OR DOCUMENTATION EXCEPT TO THE

10:51:57  16   EXTENT THAT APPLICABLE LICENSE AGREEMENTS ALLOW."

10:52:01  17   Q.   AND HAS THAT BEEN THE POLICY AT ARISTA SINCE YOU'VE BEEN

10:52:05  18   THE CEO?

10:52:06  19   A.   ABSOLUTELY.

10:52:07  20   Q.   DOES ARISTA TOLERATE PLAGIARISM BY ITS EMPLOYEES?

10:52:11  21   A.   ABSOLUTELY NOT.

10:52:13  22   Q.   NOW WE'VE HEARD TESTIMONY AND DISCUSSION ABOUT THE FACT

10:52:16  23   THAT WHEN THE LAWSUIT WAS FILED, THERE WAS A CONTENTION THAT

10:52:20  24   SOME USER MANUALS WERE COPIED.  WHAT DID YOU LEARN ABOUT THAT?

10:52:25  25   A.   YOU KNOW, I HEARD ABOUT IT FOR THE FIRST TIME WHEN THE

10:52:29  1    CASE WAS FILED BY CISCO.  AND MY TEAM REVIEWED IT.  I ASKED FOR

10:52:35  2    A THOROUGH INVESTIGATION.  AND WE DID FIND THAT A PARTICULAR

10:52:38  3    EMPLOYEE PLAGIARIZED LESS THAN ONE PERCENT OF THE MANUALS, BUT

10:52:43  4    NEVERTHELESS THERE WAS AN ERROR THERE.

10:52:45  5        AND I APOLOGIZED PUBLICLY IN ONE OF THE CONFERENCES.  I DO

10:52:51  6    NOT TOLERATE IT.  I THINK IT WAS AN HONEST MISTAKE ON THE PART

10:52:54  7    OF THE COMPANY.  AND WE FIXED THE MANUALS AND WE TOOK CARE OF

10:52:58  8    THE EMPLOYEE.

10:52:59  9    Q.   HAVE THE MANUALS BEEN REVISED IN LIGHT OF CISCO'S CLAIMS?

10:53:02  10   A.   YES.  I ASKED TO DO THEM AS QUICKLY AS POSSIBLE.  I THINK

10:53:06  11   WE TOOK ONE TO TWO WEEKS.

10:53:09  12   Q.   OKAY.  NOW WE'VE HEARD SOME TESTIMONY ABOUT STATEMENTS YOU

10:53:15  13   MADE IN THE PRESS IN 2013 AND 2014, AND I WANT TO TURN TO THOSE

10:53:19  14   FOR A MINUTE.

10:53:20  15       COULD I HAVE TX 4745 ON THE SCREEN, PLEASE.  THIS IS A

10:53:32  16   NETWORKING WORLD ARTICLE IN 2014.  THIS IS ACTUALLY 2013.

10:53:40  17       DO YOU GIVE INTERVIEWS FROM TIME TO TIME?

10:53:42  18   A.   I GIVE INTERVIEWS VERY REGULARLY, SINCE 2008, I HAVE

10:53:46  19   PROBABLY BEEN IN THE PRESS, THERE'S PROBABLY BILLIONS OF WORDS

10:53:50  20   THERE.

10:53:50  21   Q.   IS *NETWORK WORLD* ONE OF THE PUBLICATIONS THAT YOU TALKED

10:53:53  22   TO?

10:53:54  23   A.   *NETWORK WORLD* IS THE PRIMARY PUBLICATION IN NETWORKING.

10:53:58  24   Q.   ALL RIGHT.  AND LET'S TURN TO THE SECOND PAGE OF THIS, AND

10:54:04  25   THERE'S A QUESTION NEAR THE BOTTOM.

10:54:06   1        SAY I'M A BIG CISCO INSTALLATION.  OKAY.  GOOD.

10:54:11   2        I WANT TO ASK YOU, MS. ULLAL, WHAT QUESTION WERE YOU

10:54:16   3   RESPONDING TO IN THIS INTERVIEW WHEN YOU TALKED ABOUT "LOOK AND

10:54:21   4   FEEL" OF THE CISCO SYSTEM -- OF THE CISCO SYSTEM.

10:54:28   5        WHAT WAS THE QUESTION?

10:54:29   6   A.   FIRST OF ALL, THE WHOLE ARTICLE WAS ABOUT ARISTA

10:54:32   7   INNOVATION AND WHAT WE DID DIFFERENTLY.  AND I JUST SPENT THE

10:54:36   8   PRIOR PAGES DESCRIBING OUR FIVE DIFFERENTIATORS.  AND THEN THE

10:54:40   9   QUESTION POSED WAS, IF I'M A BIG CISCO INSTALLATION, HOW WOULD

10:54:44  10   THESE DIFFERENTIATORS COME INTO PLAY?

10:54:46  11        SO MY POINT WAS IF YOU HAVE A LARGE CISCO INSTALLATION, WE

10:54:52  12   WOULD INTEROPERATE WITH THE INSTALLATION BECAUSE WE HAVE SOME

10:54:58  13   CONSISTENT INDUSTRY STANDARD COMMAND-LINE INTERFACES.  AND WE

10:55:00  14   WERE COMMUNICATING THE SAME LANGUAGE OF NETWORKING THAT OTHERS

10:55:04  15   WERE AND WE COULD INTEROPERATE WITH THAT.

10:55:06  16   Q.   OKAY.  LET'S ACTUALLY GO TO THE LANGUAGE.  IT'S THERE

10:55:10  17   WHERE THE ARROW WAS DRAWN, I THINK THAT WAS PUT ON DURING

10:55:13  18   TESTIMONY.  COULD WE BLOW THAT UP.

10:55:16  19        IT SAYS "THE TRAINING IS VERY EASY AND A CISCO CCIE EXPERT

10:55:22  20   WOULD BE ABLE TO USE ARISTA RIGHT AWAY BECAUSE WE HAVE SIMILAR

10:55:25  21   COMMAND-LINE INTERFACES AND OPERATIONAL LOOK AND FEEL."

10:55:27  22        LET ME STOP RIGHT THERE.  WAS IT ARISTA -- WAS IT A SECRET

10:55:33  23   THAT ARISTA WAS USING A COMMAND-LINE INTERFACE THAT HAD

10:55:37  24   COMMANDS THAT OVERLAPPED WITH CISCO?

10:55:39  25   A.   NO.  WE WERE VERY OPEN AND UP FRONT FROM DAY ONE.  SO IT

10:55:43   1   WAS NO SECRET.  WE SPOKE ABOUT IT EVERY OPPORTUNITY WE GOT,

10:55:49   2   EVERY TIME WE TALKED, WE TOLD THEM WHERE WE DIFFERENTIATED AND

10:55:52   3   WHERE WE COMMUNICATED LIKE OTHERS.

10:55:54   4   Q.   SO WAS THIS STATEMENT ANYTHING NEW THAT YOU HADN'T SAID

10:55:57   5   BEFORE?

10:55:57   6   A.   NO, I WAS JUST MAKING A POINT THAT THERE'S NO INVENTION IN

10:56:01   7   THE STANDARD LANGUAGE OF NETWORKING, WHICH IS CLI, AND WE WERE

10:56:06   8   ADOPTING THE SAME.

10:56:06   9   Q.   AND WHAT DID YOU MEAN WHERE YOU SAID "WHERE WE DON'T HAVE

10:56:09  10   TO INVENT, WE DON'T?"

10:56:10  11   A.   MY POINT WAS WE USE OPEN SOURCE LINUX, WE USE INDUSTRY

10:56:15  12   STANDARD CLI, AND THESE ARE NOT ARISTA INVENTIONS, THESE COME

10:56:17  13   FROM THE INDUSTRY AND WE ADOPT THEM AS WELL.

10:56:20  14   Q.   AND COULD WE GO BACK TO THE COVER OF THIS DOCUMENT.

10:56:26  15   WHAT'S THE DATE OF THIS INTERVIEW, MS. ULLAL?

10:56:30  16   A.   FEBRUARY 2013.

10:56:33  17   Q.   OKAY.  SO THAT WAS ALMOST TWO YEARS BEFORE THE LAWSUIT WAS

10:56:37  18   FILED?

10:56:39  19   A.   YEAH.  I'M SURE I SAID IT IN 2012, '11, '10, '09, '08 AS

10:56:46  20   WELL.  IF YOU LOOK AT THE *NETWORK WORLD* ARTICLE, IT WAS IN

10:56:51  21   2010, JANUARY, THE PRIOR ONE YOU SHOWED ME.

10:56:52  22   Q.   COULD YOU OPEN YOUR BINDER TO TX 566, PLEASE.  MAYBE YOU

10:57:06  23   DON'T HAVE IT.  I DO.

10:57:07  24   A.   IS THIS A TRICK QUESTION?

10:57:08  25   Q.   MAYBE.  DO YOU RECOGNIZE TX 566?

ULLAL DIRECT EXAM BY MR. VAN NEST                                    1946

10:57:28   1    A.   I DO.

10:57:29   2    Q.   WHAT IS IT?

10:57:31   3    A.   IT'S AN ARTICLE PUBLISHED BY ADAM LASHINSKY ON AN

10:57:37   4    INTERVIEW HE HAD WITH ME.

10:57:39   5         MR. VAN NEST:  YOUR HONOR, I WOULD MOVE TX 566 IN

10:57:42   6    EVIDENCE.

10:57:43   7         MR. PAK:  NO OBJECTION, YOUR HONOR.

10:57:43   8         THE COURT:  IT WILL BE ADMITTED.

10:57:45   9    (DEFENDANT'S EXHIBIT 566 WAS ADMITTED INTO EVIDENCE.)

10:57:45  10    BY MR. VAN NEST:

10:57:46  11    Q.   AND MS. ULLAL, WHAT WAS THE SUBJECT OF, LET'S PUT IT UP ON

10:57:49  12    THE SCREEN.  THE DATE OF THIS IS MARCH OF 2014, CORRECT.

10:57:55  13    A.   CORRECT.

10:57:55  14    Q.   WHO WAS THE SUBJECT OF THIS INTERVIEW?

10:57:58  15    A.   IT WAS A Q&A INTERVIEW.  YOU CANNOT SEE THE Q'S BECAUSE

10:58:02  16    THEY ARE NOT PUBLISHED IN THE ARTICLE, BUT ADAM WANTED TO TALK

10:58:06  17    TO ME AS THE CEO OF A FAST GROWING COMPANY AND HE POSED A

10:58:10  18    SERIES OF QUESTIONS THAT I ANSWERED.

10:58:11  19    Q.   ALL RIGHT.

10:58:18  20         COULD WE GO TO THE THIRD OR FOURTH PAGE, WHICH SAYS, "WE

10:58:21  21    THINK THERE'S ENOUGH MARKET?"

10:58:25  22         PRIOR TO THAT.  THE PAGE BEFORE.  DOWN AT THE BOTTOM

10:58:33  23    THERE, "WE THINK THERE IS ENOUGH MARKET OPPORTUNITY."

10:58:41  24         WHY DON'T YOU TAKE A LOOK IN YOUR BINDER AND LOOK AT THE

10:58:44  25    DOCUMENT.

10:58:44   1          I WILL CALL YOUR ATTENTION, MS. ULLAL, TO THE SECOND TO

10:58:47   2   LAST PAGE DOWN NEAR THE BOTTOM, IT SAYS, "WE THINK THERE'S

10:58:51   3   ENOUGH MARKET OPPORTUNITY, AND ENOUGH CUSTOMERS WHO WANT A

10:58:54   4   SECOND VENDOR."

10:58:56   5          DO YOU SEE THAT LANGUAGE?

10:59:00   6          YEAH, THERE IT IS.  NOW WE HAVE IT.  THANK YOU.

10:59:02   7   A.   YEAH, I DO SEE IT NOW.

10:59:04   8   Q.   FIRST OF ALL, WHAT WERE YOU DESCRIBING HERE, WHAT WAS THE

10:59:08   9   QUESTION YOU WERE ADDRESSING?

10:59:11  10   A.   THE QUESTION IS NOT LISTED HERE, SO IT'S HARD TO REMEMBER.

10:59:19  11   Q.   WHAT WAS THE SUBJECT YOU WERE ADDRESSING?

10:59:21  12   A.   I THINK THE SUBJECT I WAS ADDRESSING WAS THERE'S AN

10:59:24  13   OVERALL LARGE MARKET WHICH IS 10 TO 16 BILLION, AND CISCO IS

10:59:28  14   THE DOMINANT PLAYER.  I GO ON TO SAY, WITH 70 PERCENT SHARE.

10:59:32  15          AND THE MAJORITY OF THAT MARKET IS ENTERPRISE.  AND THE

10:59:36  16   POINT I WAS MAKING HERE WAS EVEN ENTERPRISES NEED A SECOND

10:59:40  17   VENDOR.  THEN THE POINT I MADE PREVIOUSLY WAS THERE'S ALSO A

10:59:43  18   NEW CLOUD MARKET THAT'S EMERGING AS PART OF THAT SEGMENT.

10:59:46  19          SO WE -- THE REAL POINT I WAS MAKING IN THIS IS NOBODY

10:59:50  20   WILL COME TO ARISTA TO BUILD, TO ASK FOR ANOTHER ENTERPRISE

10:59:55  21   PRODUCT BECAUSE CISCO IS ALREADY SELLING THEM WELL.  THEY COME

10:59:58  22   TO ARISTA BECAUSE WE DO SOMETHING BETTER WHICH IS EITHER THE

11:00:01  23   CLOUD OR THEY NEED A SECOND VENDOR.

11:00:04  24   Q.   OKAY.  LET'S GO DOWN TO THE NEXT PARAGRAPH AND HIGHLIGHT

11:00:08  25   THAT.  "WE HAVE A GREAT DEAL OF RESPECT FOR THE COMPANY."

ULLAL DIRECT EXAM BY MR. VAN NEST                              1948

11:00:11  1            LET'S HIGHLIGHT THAT.  OKAY.

11:00:15  2            "WE HAVE A GREAT DEAL OF RESPECT FOR THE COMPANY, AND IN

11:00:18  3       FACT, I THINK OUR APPROACHES ARE ENTIRELY DIFFERENT."

11:00:21  4            I TAKE THAT'S A REFERENCE TO CISCO.

11:00:23  5       A.   CORRECT.

11:00:23  6       Q.   "SINCE I HELPED BUILD THE ENTERPRISE, I WOULD NEVER

11:00:26  7       COMPETE WITH CISCO DIRECTLY IN THE ENTERPRISE IN A CONVENTIONAL

11:00:30  8       WAY.  IT MAKES NO SENSE.  IT WOULD TAKE ME 15 YEARS AND 15,000

11:00:34  9       ENGINEERS AND THAT'S NOT A RECIPE FOR SUCCESS."

11:00:37  10           WHAT WERE YOU ADDRESSING THERE, MS. ULLAL?  WHAT ARE YOU

11:00:40  11      TALKING ABOUT?

11:00:42  12      A.   AGAIN, THE QUESTION WAS WHAT IS CISCO'S TRENDS AND WHAT

11:00:46  13      ARE MINE.

11:00:46  14           AND THE POINT I MADE IN THE PREVIOUS PARAGRAPH IS CISCO

11:00:53  15      WILL COME FROM THEIR STRENGTH OF ENTERPRISE, AND ARISTA IS

11:00:57  16      COMING FROM THEIR KNOWLEDGE OF THE CLOUD.

11:01:02  17           AND TO FURTHER SUPPORT THAT EVIDENCE, I WAS SAYING LOOK,

11:01:06  18      IT WOULD TAKE US 15 YEARS, 15,000 ENGINEERS, A MASSIVE SALES

11:01:11  19      MACHINE TO ATTRACT THE THOUSANDS OF CUSTOMERS.

11:01:16  20           AND I'M VERY RESPECTFUL OF WHAT CISCO HAS DONE THERE, WE

11:01:19  21      ARE NOT TRYING TO BUILD A CISCO, WE ARE TRYING TO BUILD AN

11:01:22  22      ARISTA.

11:01:22  23      Q.   DOES THIS STATEMENT HAVE ANYTHING AT ALL TO DO WITH THE

11:01:25  24      CLI OR THE USER INTERFACE OR ANY OF THAT?

11:01:27  25      A.   NO, IT WAS NOT SPOKEN IN THAT CONTEXT AT ALL.

11:01:31   1    Q.   TODAY, MS. ULLAL, DOES ARISTA COMPETE WITH CISCO IN ANY

11:01:36   2    MARKETS?

11:01:37   3    A.   YES, OF COURSE WE DO.

11:01:39   4    Q.   WHAT MARKETS ARE THOSE?

11:01:40   5    A.   CISCO IS IN A LOT OF MARKETS, BUT THE ONE WE COMPETE IN

11:01:44   6    DIRECTLY IS THE DATA CENTER AND CLOUD MARKET.

11:01:46   7    Q.   AND WHAT FACTORS DO YOU CONSIDER THE MOST IMPORTANT FOR

11:01:50   8    COMPETITION IN THAT MARKET?

11:01:52   9    A.   WELL, WE COVERED THIS A LITTLE BIT, BUT I THINK IT'S

11:01:56  10    PERFORMANCE, IT'S POWER, IT'S RELIABILITY, IT'S

11:02:01  11    PROGRAMMABILITY, FLEXIBILITY, AND AGILITY.  AND IT'S REALLY

11:02:07  12    BRINGING A BRAND-NEW NETWORKING ARCHITECTURE AND PLATFORM.

11:02:11  13    Q.   DOES THE CLI CONTRIBUTE TO THE SUCCESS OF ARISTA'S

11:02:14  14    PRODUCTS IN THE CLOUD?  IS THAT AN IMPORTANT FACTOR?

11:02:17  15    A.   NO.

11:02:18  16    Q.   WHY NOT?

11:02:18  17    A.   I HAVE NEVER HEARD A CLOUD CUSTOMER TELL ME THEY BOUGHT MY

11:02:24  18    PRODUCTS BECAUSE OF THE CLI.  THEY ARE CONVENIENT TO

11:02:29  19    INTEROPERATE, BUT THE REASON THEY CHOSE ARISTA IS FOR IT'S

11:02:35  20    SIGNIFICANT DIFFERENTIATORS.

11:03:02  21        (OFF-THE-RECORD DISCUSSION.)

11:03:02  22    Q.   SO AT SOME POINT, MS. ULLAL, DID ARISTA GROW FROM BEING A

11:03:08  23    PRIVATE COMPANY TO A PUBLIC COMPANY?

11:03:11  24    A.   YES, IT DID.

11:03:12  25    Q.   WHEN DID THAT HAPPEN?

11:03:13   1    A.   THAT WAS IN SUMMER OF 2014.

11:03:18   2    Q.   SUMMER OF 2014?

11:03:19   3    A.   JUNE OF 2014.

11:03:23   4    Q.   AND WHEN DID YOU LEARN THAT THIS LAWSUIT WAS FILED?

11:03:27   5    A.   I LEARNED ABOUT IT IN DECEMBER OF 2014 ON A FRIDAY

11:03:32   6    EVENING.

11:03:32   7    Q.   HOW DID YOU LEARN THAT THE LAWSUIT HAD BEEN FILED?

11:03:36   8    A.   A BUSINESS REPORTER CONTACTED US AND ASKED US FOR OUR

11:03:40   9    RESPONSE ON THE CISCO LAWSUIT, WAS THE FIRST TIME I HEARD ABOUT

11:03:45  10    IT.

11:03:45  11    Q.   SO THE FIRST OCCASION YOU HEARD OF A LAWSUIT WAS WHEN THE

11:03:48  12    BUSINESS PRESS CALLED YOU?

11:03:49  13    A.   YEAH, IT WAS 5:00 P.M. ON A FRIDAY, AND I WAS COMPLETELY

11:03:54  14    SHOCKED.  I HAD NO IDEA WHAT THEY WERE TALKING ABOUT.

11:03:57  15    Q.   DID THEY TELL YOU HOW THEY WERE AWARE THAT THE LAWSUIT HAD

11:04:01  16    BEEN FILED?

11:04:02  17    A.   THEY SAID THEY HAD BEEN NOTIFIED BY CISCO AND THEY HAD ALL

11:04:05  18    THE MATERIALS, INCLUDING THE ACTUAL PATENTS THAT INFRINGED THE

11:04:09  19    CLI COPYRIGHT, AND THEY HAD A DECK OF INFORMATION.

11:04:13  20    Q.   NOW PRIOR TO LEARNING THAT, DID ANYONE FROM CISCO CONTACT

11:04:17  21    YOU AT ANY TIME TO COMPLAIN ABOUT THE CLI THAT ARISTA WAS

11:04:22  22    USING?

11:04:23  23    A.   NO, THEY NEVER CONTACTED ME.

11:04:25  24    Q.   DID MR. CHAMBERS EVER ATTEMPT TO RAISE THIS WITH YOU,

11:04:29  25    EITHER IN PERSON OR ON THE PHONE?

11:04:30   1    A.   NO, HE NEVER DID.

11:04:31   2    Q.   WAS THERE ANY REQUEST FROM ANYONE AT CISCO TO ANYONE AT

11:04:35   3    ARISTA FOR A CEASE AND DESIST LETTER OR ANY SORT OF BUSINESS

11:04:41   4    DISCUSSION?

11:04:41   5    A.   NONE TO ME.

11:04:42   6    Q.   THE FIRST NOTICE YOU HAD WAS THIS REPORTER CALLING YOU AND

11:04:46   7    LETTING YOU KNOW THE LAWSUIT HAD BEEN FILED?

11:04:47   8    A.   YES.

11:04:51   9         MR. VAN NEST:  I HAVE NOTHING FURTHER, YOUR HONOR.

11:04:56   10        PASS THE WITNESS.

11:04:57   11        THE COURT:  MR. PAK, WILL THIS BE YOU?

11:04:59   12        MR. PAK:  YES.

11:05:00   13        THE COURT:  ALL RIGHT.

11:05:04   14                      **CROSS-EXAMINATION**

11:05:04   15   BY MR. PAK:

11:05:33   16   Q.   GOOD MORNING, MS. ULLAL.

11:05:34   17   A.   GOOD MORNING.

11:05:35   18   Q.   IT'S NICE TO SEE YOU AGAIN.  YOU TALKED ABOUT A FEW

11:05:41   19   THINGS.

11:05:41   20        I JUST WANT TO CONFIRM, FIRST OF ALL, THAT WHILE YOU WERE

11:05:44   21   AT CISCO, DID YOU PERSONALLY WORK ON AN OPERATING SYSTEM CALLED

11:05:48   22   IOS XR?

11:05:50   23   A.   NO.

11:05:53   24   Q.   DID YOU HAVE PERSONAL KNOWLEDGE OF THE INTERNAL WORKINGS

11:05:57   25   OF THAT OPERATING SYSTEM?

11:05:57   1   A.   NO.

11:05:58   2   Q.   ARE YOU AWARE OF CISCO'S PATENTS WHILE YOU WERE WORKING AT

11:06:01   3   CISCO THAT RELATED TO THE INNOVATIONS IN IOS XR?

11:06:06   4   A.   ME PERSONALLY, ON THE PATENT SIDE?  NO.

11:06:09   5   Q.   AND YOU ARE NOT A NAMED INVENTOR ON ANY PATENTS THAT

11:06:12   6   RELATE TO IOS XR TECHNOLOGY, CORRECT?

11:06:14   7   A.   I'M NOT A NAMED INVENTOR PERIOD, ON ANY CISCO PATENTS.

11:06:19   8   Q.   OKAY.  NOW, MS. ULLAL, I WANT TO GO BACK TO SOME OF THE

11:06:23   9   STATEMENTS THAT WERE MADE BY YOU IN VARIOUS PRESS ARTICLES.

11:06:30  10        IF WE COULD TURN TO EXHIBIT 566, MR. FISHER.

11:06:40  11        YOU ARE NOT -- JUST GO BACK TO THE END, IT SAYS "I WOULD

11:06:45  12   NEVER COMPETE WITH CISCO DIRECTLY."

11:06:50  13   A.   566.

11:07:05  14   Q.   AT THE END, MR. VAN ASKED YOU ABOUT THIS STATEMENT, "I

11:07:09  15   WOULD NEVER COMPETE WITH CISCO DIRECTLY;" DO YOU RECALL THAT?

11:07:14  16   A.   IS THIS THE SECOND TO LAST PAGE?

11:07:18  17   Q.   YES, I BELIEVE SO.  IT'S ON THE SCREEN AS WELL, SO WE CAN

11:07:22  18   TAKE A LOOK.

11:07:30  19   A.   CAN YOU TELL ME WHERE IT IS ON MY DOCUMENT?  4.

11:07:36  20        MR. VAN NEST:  IT'S ON THE SCREEN.

11:07:37  21        THE WITNESS:  OKAY.  WE HAVE A GREAT DEAL OF RESPECT

11:07:38  22   FOR THE COMPANY.  OKAY.

11:07:40  23   Q.   AND THE COMPANY THERE IS CISCO, CORRECT?

11:07:44  24   A.   I BELIEVE SO IN HAD THE CONTEXT OF THIS ARTICLE, YES.

11:07:46  25   Q.   AND JUST TO BE CLEAR, YOU ARE NOT DISAVOWING THE

11:07:49  1      STATEMENT, "I WOULD NEVER COMPETE WITH CISCO DIRECTLY IN THE

11:07:52  2      ENTERPRISE IN A CONVENTIONAL WAY, IT MAKES NO SENSE, IT WOULD

11:07:58  3      TAKE ME 15 YEARS AND 15,000 ENGINEERS, AND THAT'S NOT A RECIPE

11:08:02  4      FOR SUCCESS."

11:08:03  5          YOU ARE NOT DISAVOWING THOSE STATEMENTS, CORRECT?

11:08:06  6      A.   YOU KNOW, YOU SPEAK TO THE REPORTERS, SOME OF IT GETS

11:08:09  7      REPORTED.  SO I WOULD AGREE THIS IS WHAT WAS TRANSLATED, AND I

11:08:13  8      COULD HAVE SAID MORE, I COULD HAVE SAID LESS, BUT THIS IS WHAT

11:08:16  9      GOT TRANSCRIBED.

11:08:18  10     Q.   IN TERMS OF THE SPIRIT OR THE CONTENT OF YOUR STATEMENT

11:08:21  11     YOU ARE NOT DISAVOWING THIS STATEMENT, CORRECT?

11:08:24  12     A.   TO THE BEST OF MY KNOWLEDGE.

11:08:25  13     Q.   AND MS. ULLAL, IT'S NOT CONVENTIONAL TO COMPETE BY

11:08:31  14     INFRINGING OTHER PEOPLE'S INTELLECTUAL PROPERTY RIGHTS,

11:08:33  15     CORRECT?

11:08:33  16     A.   I DON'T FOLLOW YOUR QUESTION.

11:08:34  17     Q.   IS A CONVENTIONAL WAY TO COMPETE IN YOUR WORLD BY

11:08:39  18     INFRINGING ON OTHER PEOPLE'S INTELLECTUAL PROPERTY RIGHTS?

11:08:42  19     A.   I DON'T THINK YOU UNDERSTAND WHAT I SAID OVER HERE.

11:08:45  20     Q.   I'M JUST ASKING YOU A QUESTION.

11:08:47  21          IS IT CONVENTIONAL BUSINESS PRACTICE TO INFRINGE OTHER

11:08:50  22     PEOPLE'S INTELLECTUAL PROPERTY RIGHTS?

11:08:52  23     A.   NO, NOT AT ALL.

11:08:53  24     Q.   I WANT TO TALK ABOUT ANOTHER STATEMENT THAT I THINK WAS IN

11:08:58  25     THE OTHER DOCUMENT.  DO YOU RECALL THE PART ABOUT WHERE WE

| | | |
|---|---|---|
| 11:09:01 | 1 | "DON'T HAVE TO INVENT, WE DON'T?" |
| 11:09:05 | 2 | A.   YES, I EXPLAINED IT WHEN -- |
| 11:09:07 | 3 | Q.   YES. |
| 11:09:08 | 4 | A.   YES. |
| 11:09:08 | 5 | Q.   AND AGAIN, JUST BECAUSE SOMETHING IS PUBLIC IN TERMS OF A |
| 11:09:13 | 6 | FEATURE, IF THAT FEATURE IS PROTECTED BY INTELLECTUAL PROPERTY |
| 11:09:17 | 7 | RIGHTS, WHETHER IT'S PATENTS OR COPYRIGHTS, A COMPANY CANNOT |
| 11:09:21 | 8 | USE THOSE PUBLIC FEATURES WITHOUT PERMISSION OR A LICENSE, |
| 11:09:23 | 9 | CORRECT? |
| 11:09:25 | 10 | A.   IF IT IS A PATENTED FEATURE, ABSOLUTELY. |
| 11:09:30 | 11 | Q.   THAT'S RIGHT.  SO JUST BECAUSE SOMETHING IS PUBLIC DOES |
| 11:09:34 | 12 | NOT MEAN THAT IT'S FREE TO USE, CORRECT? |
| 11:09:37 | 13 | A.   IF IT IS DEFINED AS AN INDUSTRY STANDARD, I BELIEVE IT'S |
| 11:09:41 | 14 | FREE TO USE.  IF IT'S PATENTED, I DON'T BELIEVE IT'S FREE TO |
| 11:09:45 | 15 | USE. |
| 11:09:45 | 16 | Q.   IF IT'S COPYRIGHTED, IT'S NOT FREE TO USE, CORRECT? |
| 11:09:48 | 17 | A.   IF THE COPYRIGHT SAYS IT'S AN INDUSTRY STANDARD CLI, THEN |
| 11:09:51 | 18 | I DON'T VIEW IT AS A COPYRIGHT. |
| 11:09:54 | 19 | Q.   YOU'RE NOT AN EXPERT ON INDUSTRY STANDARDS, ARE YOU? |
| 11:09:56 | 20 | A.   YOU ASKED ME MY VIEW. |
| 11:09:58 | 21 | Q.   YES, MS. ULLAL -- |
| 11:09:59 | 22 | A.   I'M STATING MY VIEW. |
| 11:10:01 | 23 | Q.   YOU ARE NOT AN EXPERT IN INDUSTRY STANDARDS, ARE YOU? |
| 11:10:03 | 24 | A.   AM I AN EXPERT ON INDUSTRY STANDARDS? |
| 11:10:06 | 25 | Q.   YES. |

11:10:06   1     A.   THAT'S A VERY BROAD TERM.  I DON'T NOT IF I AM OR NOT.

11:10:10   2     Q.   ARE YOU AN EXPERT TO COPYRIGHT LAW?

11:10:12   3     A.   NO.

11:10:12   4     Q.   I WANT TO GO BACK TO SOME OF THE TESTIMONY YOU GAVE ABOUT,

11:10:17   5     I THINK THIS PRODUCT AND SOME OF THE OTHER ARISTA PRODUCTS.

11:10:20   6     A.   CERTAINLY.

11:10:20   7     Q.   JUST TO BE CLEAR FOR THE RECORD, ARISTA DID NOT START

11:10:27   8     SHIPPING PRODUCTS UNTIL SEPTEMBER OR OCTOBER OF 2008; IS THAT

11:10:34   9     CORRECT?

11:10:34   10    A.   THEY MAY HAVE SHIPPED SOME PRODUCTS, BUT I THINK THE

11:10:41   11    REVENUE WAS IN SEPTEMBER, OCTOBER, 2008.

11:10:43   12    Q.   AND THAT WAS A MUCH SMALLER PRODUCT, IT WAS NOT THIS SPINE

11:10:49   13    PRODUCT?

11:10:49   14    A.   AS I EXPLAINED IT WAS THE 7124 LEAF PRODUCT.

11:10:53   15    Q.   CAN I CALL THAT THE 7100-GENERATION?

11:10:57   16    A.   CERTAINLY.

11:10:58   17    Q.   SO MS. ULLAL, THE 7100 LINE OF PRODUCTS, THAT WAS DIRECTED

11:11:06   18    AT LOW LATENCY CUSTOMERS, IS THAT A FAIR STATEMENT?

11:11:10   19    A.   THE MOST COMMON POPULATING THIS CASE BECAME LOW LATENCY,

11:11:20   20    YES.

11:11:20   21    Q.   AND THAT FIRST PRODUCT HAD ABOUT 10 OR $15 MILLION IN 2009

11:11:24   22    IN TERMS OF SALES; IS THAT RIGHT?

11:11:25   23    A.   APPROXIMATELY, YES.

11:11:26   24    Q.   AND THERE WERE TWO PRODUCTS, 7124 THEN THERE WAS ALSO THE

11:11:31   25    7148 I BELIEVE; IS THAT RIGHT?

11:11:32   1   A.   THERE WERE TWO FLAVORS OF THE 7148.

11:11:37   2   Q.   AS YOU EXPLAINED IN YOUR DIRECT EXAMINATION, THOSE WERE

11:11:40   3   TYPICALLY USED FOR EXAMPLE, HIGH FREQUENCY WALL STREET TRADERS

11:11:45   4   WHO WANTED SPEED IN TERMS OF BEING ABLE TO MOVE PACKETS AROUND

11:11:49   5   AND EXECUTE DEALS; IS THAT A FAIR SUMMARY?

11:11:51   6   A.   THAT WAS ONE OF THE MOST COMMON USE CASES, THERE WERE

11:11:55   7   OTHERS.

11:11:55   8   Q.   AND DURING THAT 2008 TO 2010 TIME PERIOD, CISCO WAS NOT A

11:12:00   9   MARKET LEADER IN WHAT YOU DEFINED AS THE "LOW LATENCY MARKET,"

11:12:04   10  IS THAT TRUE?

11:12:04   11  A.   NO, IT WASN'T.

11:12:05   12  Q.   AND IN FACT, ACCORDING TO YOU, CISCO DID NOT HAVE A

11:12:08   13  PRODUCT OFFERING THAT WAS SPECIFICALLY DESIGNED FOR THE LOW

11:12:12   14  LATENCY MARKET IN THAT 2008 TO 2010 TIME PERIOD; IS THAT RIGHT?

11:12:17   15  A.   TO THE BEST OF MY KNOWLEDGE, YES.

11:12:19   16  Q.   AND I THINK YOU TESTIFIED TO, IN YOUR DEPOSITION, BUT

11:12:26   17  DURING THAT 2008 TO 2010 TIMEFRAME WHEN ARISTA WAS SELLING ITS

11:12:31   18  LOW LATENCY PRODUCTS, YOU WERE NOT ENCOUNTERING CISCO VERY MUCH

11:12:34   19  IN THE MARKETPLACE AS A COMPETITOR, CORRECT?

11:12:36   20  A.   NOT THAT MUCH.

11:12:37   21  Q.   THE NEW PRODUCT RELEASE THAT YOU TALKED ABOUT WAS THE 7500

11:12:44   22  PRODUCT WHICH WAS RELEASED IN 2010, CORRECT?

11:12:46   23  A.   UH-HUH, YES.

11:12:47   24  Q.   AND YOU TALKED ABOUT THIS AS BEING THE SPINE PRODUCT,

11:12:51   25  CORRECT?

11:12:51  1    A.   CORRECT.

11:12:52  2    Q.   OKAY.  AND THE SPINE PRODUCT, THE 7500 PRODUCT LINE, NOW

11:12:59  3    THAT HAS SOME ISSUES WHEN IT WAS FIRST RELEASED, DID IT NOT?

11:13:08  4    A.   ISSUES?

11:13:08  5    Q.   IT DID NOT HAVE A SUCCESSFUL YEAR OF SELLING, THE FIRST

11:13:11  6    YEAR IT WAS OFFERED ON THE MARKET, CORRECT?

11:13:13  7    A.   I THINK WE -- A CHASSIS PRODUCT TAKES A LONG TIME TO BE

11:13:19  8    QUALIFIED AND ACCEPTED.  I THINK THE ACCEPTANCE TOOK LONGER,

11:13:24  9    BUT THAT'S NORMAL.  I WOULDN'T CALL IT ISSUES.

11:13:26  10   Q.   YOU DON'T RECALL THAT THE 7500 HAD PROBLEMS WITH ITS

11:13:31  11   MERCHANT SILICON CHIP IN TERMS OF TABLE SIZES; YOU DON'T RECALL

11:13:35  12   THAT?

11:13:35  13   A.   I DON'T RECALL THOSE ISSUES.  WE KNEW VERY WELL THAT THE

11:13:40  14   SILICON, THEY DON'T HAVE THE TABLE SIZES OF ENTERPRISE

11:13:45  15   PRODUCTS.

11:13:46  16   Q.   ISN'T IT TRUE THAT YOU RECALL REASONS WHY YOU DID NOT HAVE

11:13:51  17   SUCCESS WITH THIS PRODUCT IN 2010 AND 2011 DURING YOUR

11:13:56  18   DEPOSITION, YOU DON'T RECALL THAT TESTIMONY?

11:14:00  19   A.   CAN YOU -- I DIDN'T FOLLOW THE QUESTION.  CAN YOU REPEAT

11:14:02  20   THE QUESTION?

11:14:03  21   Q.   I WILL ASK IT THIS WAY, MS. ULLAL, ISN'T IT TRUE THAT

11:14:07  22   CUSTOMERS, MANY CUSTOMERS DID NOT BUY THE INITIAL VERSION OF

11:14:11  23   THE 7500 PRODUCT BECAUSE THE CHIP THAT WAS INSIDE OF THIS

11:14:15  24   PRODUCT DID NOT HAVE ENOUGH ACCESS LIST TABLES AND ROUTES TO BE

11:14:22  25   ABLE TO ACCOMMODATE THOSE CUSTOMERS.

11:14:25  1        IS THAT A TRUE FACT?

11:14:26  2   A.   I THINK, SO THE SHORT ANSWER TO YOUR QUESTION IS YES.

11:14:30  3   Q.   OKAY.  AND ISN'T IT ALSO TRUE THAT 20 -- THE FIRST YEAR OF

11:14:39  4   SALES FOR THE ARISTA 7500 PRODUCT DID NOT HAVE A GOOD YEAR IN

11:14:44  5   TERMS OF SALES, THAT WAS IN 2011, TRUE?

11:14:47  6   A.   I THINK RELATIVE TO THE WAY CISCO SELLS, IT WAS NOT A GOOD

11:14:53  7   YEAR BUT RELATIVE TO ARISTA IT WAS A NORMAL YEAR.

11:14:55  8   Q.   YOU MENTIONED IN YOUR DEPOSITION THAT IT WASN'T A GOOD

11:14:57  9   YEAR FOR YOUR PRODUCT?

11:14:58  10  A.   YES, BUT I DON'T THINK IT WAS A BAD YEAR, I THINK IT'S THE

11:15:07  11  PAINS OF A NEW PRODUCT.

11:15:09  12  Q.   YOU ALSO REALIZED THE REASON THE 7500 PRODUCT WAS NOT WELL

11:15:14  13  RECEIVED OR COULD HAVE BEEN BETTER RECEIVED IN 2011 WAS THAT

11:15:18  14  YOU AS A COMPANY WAS BRAND-NEW AND THAT CUSTOMERS WERE NOT

11:15:24  15  GENERALLY AWARE OF THE EOS OPERATING SYSTEM; IS THAT A TRUE

11:15:27  16  STATEMENT?

11:15:28  17  A.   WE WERE A YOUNG COMPANY, MANY OF THEM DIDN'T KNOW WHO

11:15:32  18  ARISTA WAS.

11:15:32  19  Q.   AND THEN THERE WAS A QUALIFICATION PERIOD AS WELL THAT YOU

11:15:35  20  TALKED ABOUT, CORRECT?

11:15:35  21  A.   BOTH FOR THE SPINE AND FOR ARISTA, THAT'S CORRECT.  THESE

11:15:39  22  ARE ALL NORMAL STARTUP, SMALL COMPANY CHALLENGES.

11:15:43  23  Q.   SO THE FIRST CHIP HAS SOME ISSUES.  YOU THEN DID A

11:15:47  24  REDESIGN OF THE 7500 PRODUCT THAT USED A DIFFERENT CHIP FROM A

11:15:52  25  COMPANY CALLED BROADCOM; IS THAT TRUE?

11:15:54   1      A.   IT WAS THE SAME COMPANY, IT WAS THE NEXT VERSION OF THAT

11:15:58   2      CHIP.  SO THE FIRST CHIP WAS CALLED PETRA, AND IT HAD

11:16:02   3      PHENOMENAL SPINE POWER AND DENSITY.  THEN THE SECOND CHIP

11:16:05   4      IMPROVED THE TABLE SIZES.  SAME KIND, WE JUST CALLED IT ARAD.

11:16:11   5      Q.   AND WHEN DID THE SECOND GENERATION CHIP, ARAD FROM

11:16:15   6      BROADCOM, BECOME INCORPORATED INTO THE 7500 LINE?

11:16:18   7      A.   2013.

11:16:19   8      Q.   AND IN 2013 YOU DID SEE SIGNIFICANT SALES FOR THE 7500

11:16:30   9      LINE OF PRODUCTS; ISN'T THAT TRUE?

11:16:31  10      A.   WE SAW GOOD SALES IN 2010, '11, AND '12 AS WELL, BUT WE

11:16:37  11      SAW IMPROVED SALES FROM 2013.

11:16:38  12      Q.   YOU SAW SIGNIFICANTLY IMPROVED SALES IN 2013, CORRECT?

11:16:42  13      A.   I DON'T KNOW IF IT WAS IMPROVED.

11:16:45  14      Q.   ISN'T IT TRUE, IN 2013 YOU STARTED TO SELL DIRECTLY TO

11:16:50  15      CISCO WITH THE 7500 PRODUCT USING THE SECOND CHIP?

11:16:53  16      A.   I THINK THAT WAS TRUE OF BOTH THE FIRST CHIP AND THE

11:16:56  17      SECOND CHIP.  THE DIRECT COMPETITOR FOR THE 7500 SPINE IN BOTH

11:17:03  18      2010 AND 2013 WAS CISCO.

11:17:04  19      Q.   BUT IN DECEMBER OF 2013, INTERNALLY YOU WERE WRITING

11:17:08  20      E-MAILS SAYING THAT CISCO SEEMS PRETTY CLUELESS WHEN IT COMES

11:17:14  21      TO OUR CUSTOMERS AND FINANCIAL RESULTS; YOU WROTE THAT,

11:17:17  22      CORRECT?

11:17:18  23      A.   THAT HAD NOTHING TO DO WITH THE PRODUCT, BUT I DID SAY

11:17:22  24      CISCO DOESN'T SEEM TO KNOW OUR FINANCIALS SINCE WE WERE A

11:17:28  25      PRIVATE COMPANY.

11:17:29  1    Q.   AND SPECIFICALLY, IT WAS ALSO PRETTY CLUELESS IN YOUR

11:17:33  2    ORDER WORDS IN DECEMBER OF 2013, ABOUT CUSTOMERS AS WELL,

11:17:38  3    CORRECT?

11:17:39  4    A.   I DON'T -- CAN YOU REPEAT MY QUOTE?  REFRESH MY MEMORY.

11:17:45  5    YOU SEEM TO KNOW WHAT I SAID MORE THAN I WHAT I SAID.

11:17:47  6    Q.   SURE.  LET ME TAKE A LOOK AT EXHIBIT 511 IN YOUR BINDER,

11:17:52  7    IF YOU COULD TAKE A LOOK AT THAT.  THIS IS THE NEW BINDER I'VE

11:17:55  8    HANDED YOU.

11:17:56  9    A.   YEAH.  511?

11:18:04  10   Q.   511.  THIS IS AN E-MAIL THAT WAS SENT TO YOU FROM --

11:18:17  11   A.   FROM ALAN COHEN, AN EX-CISCO PERSON.

11:18:21  12   Q.   TO YOU JAYSHREE, IS THE E-MAIL ALIAS, AND IT SAYS,

11:18:25  13   "DECEMBER 12, 2013," CORRECT?

11:18:27  14   A.   YES.

11:18:30  15        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

11:18:32  16   EXHIBIT 511 INTO EVIDENCE.

11:18:34  17        MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

11:18:35  18        THE COURT:  IT WILL BE ADMITTED.

11:18:36  19   (PLAINTIFF'S EXHIBIT 511 WAS ADMITTED INTO EVIDENCE.)

11:18:36  20   BY MR. PAK:

11:18:37  21   Q.   IF WE COULD HAVE THAT ON THE SCREEN.

11:18:45  22        SO MR. COHEN WRITING TO YOU, AND I ALSO BELIEVE

11:18:49  23   MR. SCHEINMAN, WHO WE'VE HEARD ABOUT.

11:18:51  24   A.   YES, HE'S MY BOARD MEMBER.

11:18:53  25   Q.   SO HE'S, AGAIN, FORMER CISCO, NOW BOARD MEMBER AT ARISTA;

11:18:56    1    IS THAT TRUE?

11:18:57    2    A.    CORRECT.

11:18:57    3    Q.    IN THIS E-MAIL JAYSHREE WROTE, AND THAT'S YOU, MS. ULLAL,

11:19:01    4    CORRECT?

11:19:02    5    A.    YES.    SO THE TITLE OF THIS IS "SOME INVESTOR REPORT,"

11:19:13    6    NOTHING TO DO WITH THE PRODUCTS YOU MENTIONED.    AND THE CONTEXT

11:19:19    7    IS THAT I'M SAYING THAT CISCO DOESN'T SEEM TO KNOW OUR

11:19:22    8    FINANCIAL NUMBERS, BUT YET KEEPS SAYING BEATING ARISTA.

11:19:29    9    Q.    SO LET'S LOOK AT WHAT EXACTLY YOU SAID.

11:19:32   10        "LOL.    WE ARE HAVING MORE FUN WITH BEATING THEM AT

11:19:35   11    CUSTOMERS AND PUTTING UP NUMBERS.    CISCO SEEMS PRETTY CLUELESS

11:19:39   12    OF OUR RESULTS AND YET HIGH ON RHETORIC."

11:19:42   13        THOSE WERE YOUR WORDS, CORRECT?

11:19:43   14    A.    YEAH.

11:19:44   15    Q.    I THINK ON YOUR DIRECT EXAMINATION YOU TALKED ABOUT ONE OF

11:19:51   16    YOUR ROLES AS CEO IS TO BE THE "KEEPER OF VALUES," DID I GET

11:19:56   17    THAT RIGHT?

11:19:56   18    A.    YOU BET.

11:19:58   19    Q.    SO IT'S IMPORTANT TO YOU TO MAINTAIN A HIGH DEGREE OF

11:20:01   20    ETHICAL VALUES AT ARISTA, THAT'S PART OF YOUR JOB

11:20:04   21    RESPONSIBILITIES?

11:20:05   22    A.    THAT'S RIGHT.

11:20:05   23    Q.    AND I THINK MR. VAN NEST SHOWED YOU SOME CODE OF CONDUCT

11:20:08   24    THAT WAS ONE PARAGRAPH OUT OF AN 18-PAGE DOCUMENT; IS THAT

11:20:12   25    TRUE?

11:20:12   1      A.   YES.

11:20:13   2      Q.   OKAY.  NOW ISN'T IT TRUE, MS. ULLAL, THAT BESIDES HANDING

11:20:18   3      OUT THAT ONE DOCUMENT, YOU CAN'T TELL THIS JURY WITH ANY

11:20:21   4      CERTAINTY WHETHER ARISTA'S EMPLOYEES RECEIVE ANY FORMAL

11:20:25   5      TRAINING ON HOW TO RESPECT THE INTELLECTUAL PROPERTY RIGHTS OF

11:20:29   6      OTHER COMPANIES, TRUE?

11:20:30   7      A.   I CAN'T TELL YOU WITH FULL CERTAINTY ALL WE DID IN THOSE

11:20:37   8      EARLY YEARS, NO.

11:20:38   9      Q.   INSOFAR AS YOU KNOW, ARISTA DOESN'T HAVE ANY PROGRAMS IN

11:20:43   10     PLACE TO ENSURE THAT IT DOES NOT INFRINGE PATENTS OWNED BY

11:20:47   11     OTHER COMPANIES, CORRECT?

11:20:48   12     A.   MY LEGAL DEPARTMENT AND HR DEPARTMENT DOES THAT, I'M NOT

11:20:53   13     THE EXPERT.

11:20:53   14     Q.   YOU ARE NOT AWARE OF THAT PERSONALLY, CORRECT?

11:20:56   15     A.   I'M NOT THE EXPERT.

11:20:57   16     Q.   AND YOU ARE NOT AWARE OF ANY PROGRAMS AT ARISTA TO ENSURE

11:21:01   17     THAT ITS PRODUCTS DO NOT INFRINGE THE COPYRIGHTS OF OTHER

11:21:05   18     COMPANIES, CORRECT?

11:21:06   19     A.   I'M NOT THE EXPERT ON THE PROGRAMS.

11:21:08   20     Q.   AND ALTHOUGH YOU ARE THE "KEEPER OF VALUES," YOU NEVER

11:21:12   21     INVESTIGATED WHETHER ANY ARISTA ENGINEERS PRIOR TO THIS

11:21:14   22     LAWSUIT, YOU NEVER INVESTIGATED WHETHER ANY ARISTA ENGINEERS

11:21:17   23     HAD ACTUALLY COPIED SCREEN OUTPUTS FROM CISCO PRODUCTS IN ORDER

11:21:22   24     TO DEVELOP ARISTA'S EOS, CORRECT?

11:21:25   25     A.   PERSONALLY?  NO, I DIDN'T INVESTIGATE PERSONALLY.

11:21:28  1      Q.   AND YOU HAD NEVER ASKED ANYONE AT ARISTA WHETHER THEY HAD

11:21:32  2      COPIED SCREEN OUTPUTS AND COMMANDS FROM CISCO PRODUCTS IN

11:21:38  3      IMPLEMENTING ITS CLI, CORRECT?

11:21:40  4      A.   NO, I DID NOT.

11:21:41  5      Q.   OKAY.  AND YOU AGREE WITH ME THAT IN TERMS OF CLI, YOU

11:21:48  6      WERE NOT AWARE OF ANY STANDARDS SETTING ORGANIZATION FOR

11:21:52  7      COMMAND-LINE INTERFACE COMMANDS, CORRECT?

11:21:55  8      A.   TO THE BEST OF MY KNOWLEDGE, NO.

11:21:57  9      Q.   OKAY.  AND TO THE BEST OF YOUR KNOWLEDGE, YOU ADMIT THAT

11:22:00  10     THERE ARE NO STANDARDS SETTING ORGANIZATIONS THAT REQUIRE THE

11:22:04  11     USE OF CISCO CLI COMMANDS FOR INTEROPERABILITY, TRUE?

11:22:08  12     A.   THERE ARE NO STANDARD CLI ORGANIZATIONS FOR CISCO?  I'M --

11:22:16  13     CISCO WOULD HAVE TO ANSWER THAT, NOT ME.

11:22:18  14     Q.   OKAY.

11:22:19  15           AND YOU WOULD AGREE THAT FOR ANY GIVEN FEATURE IN AN

11:22:23  16     OPERATING SYSTEM, THERE ARE MANY DIFFERENT WAYS TO WRITE

11:22:26  17     COMMANDS IN A COMMAND-LINE INTERFACE TO INVOKE THE SAME

11:22:29  18     FEATURE, CORRECT?

11:22:33  19     A.   I'M NOT AN EXPERT ON HOW CLI COMMANDS ARE WRITTEN OR

11:22:39  20     CHOSEN.

11:22:40  21     Q.   BUT YOU AGREE YOU CAN WRITE DIFFERENT COMMANDS FOR THE

11:22:43  22     SAME FUNCTIONALITY; RIGHT?

11:22:44  23     A.   I DON'T WANT TO TAKE A POINT OF VIEW ON SOMETHING I'M NOT

11:22:46  24     AN EXPERT ON.

11:22:47  25     Q.   OKAY.  LET'S TAKE A LOOK AT WHAT YOU SAID IN YOUR

11:22:49  1    DEPOSITION.

11:22:50  2              MR. PAK:  YOUR HONOR, WE ARE LOOKING AT PAGE 228,

11:22:54  3    LINE 21 TO 24.

11:22:56  4              THE WITNESS:  OKAY.  SORRY, WHICH SECTION?

11:22:59  5              MR. PAK:  THIS IS IN YOUR DEPOSITION TRANSCRIPT.

11:23:01  6              THE WITNESS:  OKAY.  SORRY.  PAGE?

11:23:05  7              MR. PAK:  228.  AND MS. ULLAL, IT WILL BE AT LINE 21

11:23:14  8    TO 24.

11:23:25  9         AND YOUR HONOR, MAY I PLAY THIS VIDEO?

11:23:27 10              THE COURT:  YES.

11:23:29 11         **(THE VIDEO DEPOSITION OF JAYSHREE ULLAL WAS PLAYED INTO**

11:23:37 12    **THE RECORD.)**

11:23:37 13    BY MR. PAK:

11:23:38 14    Q.   THAT WAS YOUR SWORN TESTIMONY; RIGHT, MS. ULLAL?

11:23:40 15    A.   YEAH, IT COULD BE, BUT I'M STILL NOT AN EXPERT ON THAT.

11:23:44 16    Q.   YOU RAN THE SWITCHING BUSINESS AT CISCO AND YOU ARE NOT AN

11:23:50 17    EXPERT ON CLI COMMANDS?

11:23:51 18    A.   THE SWITCHING BUSINESS DID NOT REQUIRE ME TO BE AN EXPERT

11:23:55 19    ON CLI COMMANDS.

11:23:56 20    Q.   BUT YOU ALSO AGREE, MS. ULLAL, THAT ARISTA COULD CHANGE

11:23:59 21    THE WORDING OF ANY OF ITS CLI COMMANDS WITHOUT AFFECTING THE

11:24:04 22    UNDERLYING FUNCTIONALITY OF ITS PRODUCTS, TRUE?

11:24:08 23    A.   LOOK, I AM NOT THE EXPERT ON WHAT ARISTA CAN AND CANNOT DO

11:24:12 24    IN DESIGNING THE CLI'S.  SO I'M NOT GOING TO BE ABLE TO DO

11:24:16 25    JUSTICE TO YOUR QUESTIONS.

11:24:17   1      Q.   OKAY.  LET'S TAKE A LOOK AT WHAT YOU SAID IN YOUR

11:24:20   2   DEPOSITION.

11:24:20   3      A.   OKAY.

11:24:21   4      Q.   IF YOU WOULD LOOK AT PAGE 253, LINE 14 TO 22.

11:24:29   5      A.   253?

11:24:30   6      Q.   YES.

11:24:45   7           MR. PAK:  YOUR HONOR, MAY I PLAY THIS VIDEO CLIP AS

11:24:48   8   WELL?

11:24:48   9           THE COURT:  YES.

11:24:56  10      **(THE VIDEO DEPOSITION OF JAYSHREE ULLAL WAS PLAYED INTO**

11:24:56  11   **THE RECORD.)**

11:25:22  12   BY MR. PAK:

11:25:22  13      Q.   THAT WAS YOUR SWORN TESTIMONY?

11:25:23  14      A.   YEAH, I LOOK AS CONFUSED THERE AS I DO NOW.

11:25:26  15      Q.   MS. ULLAL, YOU HAVE NEVER HEARD OF CISCO MAKING AN

11:25:31  16   EXPLICIT STATEMENT THAT THE COMMANDS AND SCREEN OUTPUTS IN A

11:25:38  17   CLI COULD BE USED BY A COMPETITOR WITHOUT A LICENSE, CORRECT?

11:25:44  18      A.   I DON'T KNOW -- ARE YOU TALKING ABOUT INSIDE CISCO OR

11:25:49  19   EXTERNALLY OR WHAT ARE YOU TALKING ABOUT.

11:25:51  20      Q.   HAVE YOU EVER SEEN AN INSTANCY WHERE CISCO HAS STATED

11:25:54  21   EXPLICITLY THAT COMMAND AND SCREEN OUTPUTS IN ITS CLI INTERFACE

11:25:59  22   COULD BE USED BY A COMPETITOR WITHOUT A LICENSE OR PERMISSION?

11:26:03  23      A.   I HAVE NEVER HEARD SUCH AN EXPLICIT SENTENCE OR

11:26:08  24   CONSTRUCTION FROM CISCO, NO.

11:26:09  25      Q.   MR. VAN NEST ASKED YOU ABOUT MR. CHAMBERS NOT CALLING YOU

11:26:17  1    FOR THE LAWSUIT THAT WAS FILED; DO YOU RECALL THAT?

11:26:19  2    A.   YES.

11:26:20  3    Q.   OKAY.  BUT ISN'T IT ALSO TRUE THAT NEITHER YOU OR ANYONE

11:26:24  4    ELSE AT ARISTA CONTACTED CISCO FOR A CLARIFICATION OF WHAT

11:26:30  5    CISCO MEANT BY THE TERM "INDUSTRY STANDARD" WHEN IT USED IT IN

11:26:35  6    MARKETING DOCUMENTS; ISN'T THAT A TRUE STATEMENT?

11:26:37  7    A.   I CONTACTED CISCO TO TALK ABOUT THIS, AND I WOULD HAVE

11:26:43  8    LOVED TO HAVE THAT DISCUSSION, BUT THERE WAS NO RESPONSE.

11:26:47  9    Q.   I'M TALKING ABOUT PRIOR TO THE LAWSUIT, MS. ULLAL.

11:26:50 10    A.   OH, BEFORE THE LAWSUIT?  NO, I NEVER CONTACTED CISCO

11:26:55 11    SPECIFICALLY TO ASK ABOUT CLI, THE THOUGHT NEVER CROSSED MY

11:26:58 12    MIND.

11:26:58 13    Q.   BEFORE THE LAWSUIT WAS FILED YOU NEVER PICKED UP THE PHONE

11:27:01 14    AND ASKED FOR A LICENSE OR PERMISSION TO USE ANY OF THE CLI

11:27:05 15    ELEMENTS FROM CISCO, TRUE?

11:27:07 16    A.   TRUE.

11:27:07 17    Q.   OKAY.  YOU TALKED ABOUT A LOT OF THINGS THAT YOU SAID

11:27:14 18    PUBLICLY TO THE INDUSTRY, I THINK YOU SAID THAT WE HAVE BEEN

11:27:18 19    OPEN ABOUT WHAT YOU HAVE BEEN DOING?

11:27:21 20    A.   YES.

11:27:21 21    Q.   BUT ISN'T IT A FACT THAT YOU PERSONALLY HAVE NEVER TOLD

11:27:24 22    THE PUBLIC UNTIL THIS LAWSUIT, THAT CISCO CLI HAS BEEN COPIED

11:27:32 23    INTO ARISTA PRODUCTS; YOU'VE NEVER SAID THAT, HAVE YOU?

11:27:37 24    A.   USED THOSE EXACT WORDS?

11:27:39 25    Q.   LET ME ASK IT THIS WAY:  HAVE YOU EVER TOLD CUSTOMERS THAT

11:27:43  1    ARISTA ENGINEERS WERE COPYING CLI COMMANDS FROM CISCO?

11:27:46  2    A.   NO.

11:27:46  3    Q.   YOU NEVER TOLD CISCO OR CUSTOMERS THAT?

11:27:52  4    A.   THOSE EXACT WORDS?  HAVE I TOLD A CUSTOMER THAT ARISTA

11:27:58  5    ENGINEERS EXACTLY COPIED THE CISCO CLI, ARE YOU ASKING ME THAT?

11:28:02  6    TO THE BEST OF MY KNOWLEDGE, I DIDN'T USE THOSE EXACT WORDS.

11:28:05  7         I HAVE TOLD CUSTOMERS THAT WE INTEROPERATE WITH CISCO AND

11:28:09  8    WE HAVE THE SAME CISCO-LIKE CLI.

11:28:11  9    Q.   ARE YOU DENYING THAT CUSTOMERS WERE TOLD BY ARISTA

11:28:16  10   ENGINEERS THAT CISCO'S CLI COMMANDS WERE COPIED INTO ARISTA

11:28:20  11   PRODUCTS?  ARE YOU DENYING THAT?

11:28:24  12   A.   THAT'S A SEPARATE QUESTION.  YOU ARE ASKING ME IF I TOLD

11:28:27  13   ENGINEERS THAT ARISTA ENGINEERS DID THE WORK.  NOW YOU ARE

11:28:30  14   ASKING ME A SLIGHTLY DIFFERENT QUESTION.

11:28:32  15        COULD YOU REPEAT THE QUESTION?

11:28:33  16   Q.   YES.

11:28:35  17        ARE YOU DENYING THAT ARISTA PEOPLE TOLD CUSTOMERS THAT

11:28:40  18   ARISTA HAD COPIED CLI COMMANDS INTO ARISTA PRODUCTS?

11:28:45  19   A.   YOU ARE ASKING WHAT ARISTA PEOPLE TOLD NOT WHAT I TOLD.

11:28:49  20   Q.   CORRECT.

11:28:49  21   A.   NO, I'M NOT DENYING THAT.

11:28:51  22   Q.   YOU TALKED ABOUT AN EMPLOYEE THAT WAS TAKEN CARE OF,

11:29:01  23   MR. SOLLENDER; RIGHT?

11:29:04  24   A.   I DIDN'T MENTION THE NAME IN THE TESTIMONY, BUT YES.

11:29:08  25   Q.   SO WHEN YOU SAY TAKEN CARE OF, YOU FIRED THAT INDIVIDUAL,

| | | |
|---|---|---|
| 11:29:10 | 1 | IS THAT TRUE? |
| 11:29:11 | 2 | A.   YEAH.  I DIDN'T PERSONALLY FIRE HIM. |
| 11:29:13 | 3 | Q.   YOU DIDN'T KNOW HIM BUT YOU MADE SURE THAT HE WAS -- |
| 11:29:16 | 4 | A.   I KNEW OF HIM. |
| 11:29:16 | 5 | Q.   YOU KNEW OF MR. SOLLENDER. |
| 11:29:18 | 6 | A.   YEAH. |
| 11:29:19 | 7 | Q.   SO MR. SOLLENDER HAD COPIED LESS THAN ONE PERCENT OF THE |
| 11:29:24 | 8 | DOCUMENTATION AND YOU DECIDED TO FIRE HIM, CORRECT? |
| 11:29:26 | 9 | A.   YEAH.  I DON'T TOLERATE PLAGIARISM. |
| 11:29:29 | 10 | Q.   OKAY.  THE BUT FOR ALL THE COPING OF CISCO CLI COMMAND |
| 11:29:33 | 11 | OUTPUTS AND SCREENS, HELP STRINGS, COMMANDS, YOU ON BEHALF OF |
| 11:29:38 | 12 | ARISTA, HAS NOT TAKEN A SINGLE ACTION TO EITHER REMOVE THOSE |
| 11:29:42 | 13 | ELEMENTS OR TO FIRE ANYONE AT ARISTA, CORRECT? |
| 11:29:47 | 14 | A.   NO. |
| 11:29:48 | 15 | MR. PAK:  THAT'S ALL I HAVE, YOUR HONOR. |
| 11:29:49 | 16 | THE COURT:  THANK YOU. |
| 11:29:50 | 17 | REDIRECT FOR THIS WITNESS? |
| 11:29:52 | 18 | **REDIRECT EXAMINATION** |
| 11:29:53 | 19 | BY MR. VAN NEST: |
| 11:29:59 | 20 | Q.   JUST VERY BRIEFLY, YOUR HONOR. |
| 11:30:01 | 21 | MS. ULLAL, HOW LONG HAS ARISTA BEEN USING THE CLI THAT |
| 11:30:07 | 22 | CISCO IS NOW COMPLAINING ABOUT? |
| 11:30:10 | 23 | A.   OVER EIGHT YEARS. |
| 11:30:11 | 24 | Q.   AND WAS THE CLI INCLUDED IN THE FIRST PRODUCT BACK IN |
| 11:30:18 | 25 | 2008? |

11:30:19   1      A.    YES.

11:30:19   2      Q.    AND UNDERSTANDING THAT YOU'VE ADDED TO IT, THE CLI

11:30:22   3      ELEMENTS THAT CISCO IS COMPLAINING ABOUT, HAVE THEY BEEN IN THE

11:30:25   4      PRODUCT THE WHOLE TIME?

11:30:27   5      A.    PRETTY MUCH, YES.

11:30:28   6      Q.    HAVE THEY BEEN PUBLIC?

11:30:30   7      A.    VERY PUBLIC.

11:30:31   8      Q.    HAVE YOU PROMOTED THEM AS EITHER IOS-LIKE OR CISCO-LIKE?

11:30:37   9      A.    YES, ALL OF THE ABOVE.

11:30:39  10      Q.    HAS THAT EVER BEEN A SECRET TO ANYBODY?

11:30:43  11      A.    NO, QUITE THE OPPOSITE.

11:30:44  12      Q.    DID ANYTHING CHANGE IN THE SPRING OF 2014 WITH RESPECT TO

11:30:47  13      THAT?

11:30:47  14      A.    NO, IT WAS THE SAME CONSISTENT TRANSPARENT COMMUNICATION

11:30:53  15      FROM 2008 TO 2014.

11:30:54  16      Q.    AND YOU WERE ASKED WHETHER ARISTA ASKED FOR A LICENSE OR

11:30:59  17      PERMISSION, DID IT OCCUR TO YOU TO ASK CISCO FOR PERMISSION TO

11:31:04  18      USE THE CLI?

11:31:05  19      A.    NO.

11:31:06  20      Q.    WHY NOT?

11:31:07  21      A.    BECAUSE EVEN WHEN I WAS AT CISCO, WE ENCOURAGED THE OPEN

11:31:12  22      USE OF THE INDUSTRY STANDARD CLI.  WE WANTED OTHER VENDORS TO

11:31:17  23      USE IT, WE WANTED MULTI VENDOR INTEROPERABILITY.  SO IT NEVER

11:31:21  24      OCCURRED IT ME THAT CISCO SUDDENLY CONSIDERED IT THEIR

11:31:24  25      INTELLECTUAL PROPERTY ALONE.

11:31:25  1    Q.   AND WHAT WAS THE BENEFIT TO CISCO, GOING BACK TO YOUR DAYS

11:31:30  2    THERE, OF ENCOURAGING PEOPLE TO THINK OF THE CLI AS INDUSTRY

11:31:36  3    STANDARD?

11:31:36  4    A.   WELL, CISCO WAS A NEW VENDOR IN SWITCHING.  COMPANIES LIKE

11:31:41  5    FOUNDRY AND HP WERE IMPLEMENTING THE SAME CLI, AND IT WAS

11:31:44  6    CONVENIENT.

11:31:45  7         AND LIKEWISE, EVEN WHEN JUNIPER INTRODUCED THE ENTERPRISE

11:31:50  8    VERSION OF ROUTING, CISCO WANTED A BROAD ECO SYSTEM, AND FOR

11:31:56  9    THEIR CLI TO BECOME THE DE FACTO OPERATION FOR COMMUNICATION.

11:32:02  10        MR. VAN NEST:  I HAVE NOTHING FURTHER, YOUR HONOR.

11:32:04  11        MR. PAK:  I HAVE A FEW MORE FOLLOWUP QUESTIONS,

11:32:06  12   YOUR HONOR.

11:32:07  13                      **RECROSS-EXAMINATION**

11:32:07  14   BY MR. PAK:

11:32:08  15   Q.   FIRST OF ALL MS. ULLAL, YOU WERE AT CISCO WHEN CISCO SUED

11:32:12  16   HUAWEI?

11:32:12  17   A.   I WAS EMPLOYED AT CISCO.

11:32:14  18   Q.   OKAY.  BUT UNTIL THIS LAWSUIT, YOU PERSONALLY WERE NOT

11:32:18  19   AWARE OF THE DETAILS OF THAT LAWSUIT, CORRECT?

11:32:20  20   A.   CORRECT.

11:32:20  21   Q.   SO YOU DON'T KNOW ONE WAY OR THE OTHER WHETHER CISCO

11:32:24  22   INCLUDED A CLAIM FOR COPYRIGHT INFRINGEMENT AGAINST HUAWEI

11:32:29  23   BASED ON THE COPYING OF CISCO CLI, CORRECT?

11:32:31  24   A.   NO.

11:32:34  25   Q.   YOU TALKED ABOUT THE CLI BEING THE SAME AT ARISTA SINCE

11:32:37   1    2008.  YOU DON'T KNOW THAT PERSONALLY, DO YOU?  YOU DON'T KNOW

11:32:42   2    WHICH COMMANDS WERE ADDED WHEN BY ARISTA, DO YOU?

11:32:47   3    A.   I KNOW THEY THERE ARE MORE AND MORE COMMANDS ADDED SINCE

11:32:52   4    2008, YES.

11:32:53   5    Q.   THAT'S RIGHT.  SO IN 2012, ISN'T IT TRUE THAT OVER 350 OF

11:32:58   6    THE MULTIWORD COMMANDS AT ISSUE WERE FIRST INCORPORATED INTO AN

11:33:01   7    ARISTA PRODUCT, WERE YOU AWARE OF THAT FACT?

11:33:04   8    A.   I'M NOT AWARE OF EXACTLY HOW MANY, BUT I'M GENERALLY

11:33:07   9    AWARE.

11:33:07   10   Q.   AND YOU ARE GENERALLY AWARE THAT THE INITIAL SET OF

11:33:10   11   PRODUCTS THAT ARISTA WAS MAKING HAD LIMITED FEATURES AND

11:33:13   12   LIMITED COMMANDS, CORRECT?

11:33:14   13   A.   BECAUSE THEY HAD LIMITED FEATURES, THEY HAD LIMITED

11:33:17   14   COMMANDS, THAT'S CORRECT.

11:33:18   15   Q.   SO WHEN YOU INTRODUCED THE SPINE PRODUCT IN 2011 AND 12,

11:33:22   16   THERE WERE MANY, MANY MORE FEATURES AND MANY, MANY MORE

11:33:26   17   COMMANDS THAT WERE ADDED TO EOS; YOU DON'T DENY THAT, DO YOU?

11:33:29   18   A.   NO.  THE MORE THE FEATURES, THE MORE THE COMMAND LINE.

11:33:32   19   Q.   AND MORE THE COMMANDS THAT WERE COPIED FROM CISCO,

11:33:35   20   CORRECT?

11:33:35   21   A.   THEY WERE INDUSTRY STANDARD FEATURES AND ACTION WORDS.

11:33:40   22   Q.   AND MS. ULLAL, YOU TALKED ABOUT JUNIPER.  YOU KNOW THAT

11:33:44   23   JUNIPER'S CLI IS DIFFERENT THAN CISCO'S CLI, CORRECT?

11:33:47   24   A.   NO.  THE JUNIPER ENTERPRISE CLI IS SIMILAR TO THE ARISTA

11:33:51   25   CLI AND CISCO CLI.

11:33:53  1    Q.   YOU HAVE NO PERSONAL KNOWLEDGE OF JUNIPER CLI COMMANDS?

11:33:56  2    A.   I HAVE PERSONAL KNOWLEDGE THAT THE SERVICE PROVIDER CLI IS

11:34:00  3    DIFFERENT.

11:34:00  4              MR. PAK:  OKAY.  THAT'S IT, YOUR HONOR.

11:34:02  5              MR. VAN NEST:  NOTHING FURTHER, YOUR HONOR.

11:34:03  6              THE COURT:  AND MAY MS. ULLAL BE EXCUSED?

11:34:07  7              MR. VAN NEST:  SHE MAY BE.

11:34:08  8              THE COURT:  MS. ULLAL, THANK YOU FOR YOUR TESTIMONY.

11:34:11  9    YOU ARE FREE TO GO.

11:34:12  10             THE WITNESS:  THANK YOU, JUDGE.  I APPRECIATE IT.

11:34:24  11             THE COURT:  YOUR NEXT WITNESS, MR. VAN NEST.

11:34:25  12             MR. VAN NEST:  YES, MR. KRISHNAN WILL PRESENT

11:34:29  13   DR. JEFF CHASE.

11:34:46  14             THE COURT:  DR. CHASE, IF YOU WOULD COME FORWARD TO

11:34:48  15   THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

11:34:53  16     **(DEFENDANT'S WITNESS, JEFFREY CHASE, WAS SWORN.)**

11:34:54  17             THE WITNESS:  YES.

11:35:08  18             MR. KRISHNAN:  I THINK WE HAVE A WITNESS BINDER FOR

11:35:10  19   DR. CHASE COMING UP.

11:35:18  20             THE CLERK:  PLEASE STATE YOUR NAME AND SPELL YOUR

11:35:20  21   LAST NAME FOR THE RECORD.

11:35:21  22             THE WITNESS:  MY NAME IS JEFFREY CHASE.  C-H-A-S-E.

11:35:21  23                          **DIRECT EXAMINATION**

11:35:26  24   BY MR. KRISHNAN:

11:35:26  25   Q.   GOOD MORNING, DR. CHASE.

CHASE DIRECT EXAM BY MR. KRISHNAN                                    1973

11:35:28   1      A.   GOOD MORNING.

11:35:28   2      Q.   LET ME JUST CLEAR UP ONE THING AT THE BEGINNING.

11:35:31   3           YOU'RE AWARE OF COURSE THAT THERE ARE COPYRIGHT AND PATENT

11:35:36   4      CLAIMS IN THIS LAWSUIT?

11:35:37   5      A.   YES.

11:35:37   6      Q.   AND YOU UNDERSTAND THAT YOU ARE HERE TO TALK ABOUT THE

11:35:40   7      PATENT CLAIMS AND NOT ABOUT ANYTHING RELATED TO THE COPYRIGHT;

11:35:43   8      RIGHT?

11:35:43   9      A.   YES, JUST THE PATENT CLAIMS.

11:35:45  10      Q.   OKAY.   GREAT.   THANK YOU.

11:35:47  11           CAN YOU PLEASE BRIEFLY DESCRIBE YOUR -- WELL, FIRST, WHY

11:35:52  12      DON'T YOU PLEASE FIRST INTRODUCE YOURSELF TO THE JURY.

11:35:54  13      A.   SURE.   I'M JEFF CHASE AND I'M A PROFESSOR OF COMPUTER

11:35:59  14      SCIENCE AT DUKE UNIVERSITY IN DURHAM, NORTH CAROLINA.

11:36:03  15      Q.   CAN YOU PLEASE BRIEFLY DESCRIBE YOUR EDUCATIONAL

11:36:05  16      BACKGROUND?

11:36:06  17      A.   I STARTED OUT STUDYING MATHEMATICS AND COMPUTER SCIENCE AT

11:36:11  18      DARTMOUTH COLLEGE.   AND I GOT A BACHELOR'S THERE IN 1985.

11:36:16  19           AND I WORKED FOR A FEW YEARS AND THEN I WENT TO THE

11:36:18  20      UNIVERSITY OF WASHINGTON IN SEATTLE, AND I GOT A PH.D. IN

11:36:23  21      COMPUTER SCIENCE THERE IN 1995.

11:36:24  22      Q.   OKAY.   HOW LONG HAVE YOU BEEN A PROFESSOR AT DUKE

11:36:28  23      UNIVERSITY?

11:36:28  24      A.   IT WILL BE 22 YEARS IN JANUARY.

11:36:30  25      Q.   AND WHAT ARE YOUR RESPONSIBILITIES AT DUKE?

11:36:33  1    A.   WELL, OF COURSE I TEACH CLASSES AND I CONDUCT RESEARCH.  I

11:36:37  2    HAVE A TEAM THAT'S FUNDED MOSTLY BY THE U.S. NATIONAL SCIENCE

11:36:42  3    FOUNDATION AND DO COMPUTER SYSTEMS RESEARCH.

11:36:44  4    Q.   WHAT TYPES OF CLASSES DO YOU TEACH?

11:36:46  5    A.   I TEACH COURSES FOR UNDERGRADUATE STUDENTS AND FOR

11:36:49  6    GRADUATE STUDENTS IN OPERATING SYSTEMS, DISTRIBUTED SYSTEMS AND

11:36:54  7    SOMETIMES NETWORKING.

11:36:55  8    Q.   AND WHAT'S YOUR FIELD OF RESEARCH?

11:36:57  9    A.   MOST OF MY RESEARCH DEALS WITH SERVER AND NETWORK

11:37:04  10   INFRASTRUCTURES FOR NETWORK SYSTEMS.

11:37:05  11   Q.   ROUGHLY HOW MANY PAPERS HAVE YOU PUBLISHED IN THE AREA OF

11:37:09  12   COMPUTER SCIENCE AND NETWORKING?

11:37:10  13   A.   MORE THAN 100.

11:37:12  14   Q.   DOES ANY OF YOUR WORK RELATE TO CLI'S?

11:37:15  15   A.   SURE.  CLI'S ARE QUITE COMMON.  WE BUILD SOFTWARE IN MY

11:37:20  16   RESEARCH, AND SOME OF THOSE SOFTWARE SYSTEMS USE CLI'S, WHICH

11:37:25  17   WE THEN ED.  AND IT'S A TOPIC THAT WE TEACH IN THE OPERATING

11:37:31  18   SYSTEMS CLASS TO UNDERGRADUATES.

11:37:32  19   Q.   PUTTING ASIDE YOUR WORK AT DUKE UNIVERSITY, WHAT OTHER

11:37:36  20   PROFESSIONAL ROLES DO YOU HAVE IN THE AREAS OF COMPUTER SCIENCE

11:37:40  21   AND NETWORKING?

11:37:40  22   A.   WELL, I HAVE SOME EDITORIAL ROLES.  I SERVE ON THE

11:37:44  23   EDITORIAL BOARD FOR ACM RESEARCH HIGHLIGHTS, WHICH PUBLISHES

11:37:49  24   NOTABLE COMPUTER SCIENCE RESEARCH FROM ACROSS COMPUTER SCIENCE.

11:37:53  25        AND I HAVE, JUST IN THE LAST FEW YEARS, I'VE SERVED ON

11:37:57  1    EDITORIAL COMMITTEES FOR THE PREMIERE RESEARCH CONFERENCES IN

11:38:02  2    OPERATING SYSTEMS, NETWORKING, NETWORK SYSTEMS AND CLOUD

11:38:07  3    COMPUTING, AND THOSE EVER ARE THE CONFERENCES CALLED OSDI,

11:38:11  4    NSDI, SIGCOMM, AND SOCC.

11:38:16  5    Q.   DO YOU HAVE ANY PATENTS IN THE FIELDS OF COMPUTER SCIENCE

11:38:20  6    OR NETWORKING?

11:38:21  7    A.   I'M A NAMED INVENTOR ON 11 U.S. PATENTS.

11:38:24  8    Q.   OKAY.  I WOULD LIKE TO TENDER, YOUR HONOR, AT THIS POINT,

11:38:27  9    DR. CHASE AS AN EXPERT IN THE FIELD OF NETWORKING AND COMPUTER

11:38:31 10    SCIENCE?

11:38:32 11            THE COURT:  ANY OBJECTION, MR. JAFFE?

11:38:34 12            MR. JAFFE:  NO OBJECTION.

11:38:35 13            THE COURT:  THE WITNESS MAY TESTIFY AS DESIGNATED.

11:38:39 14    BY MR. KRISHNAN:

11:38:39 15    Q.   DR. CHASE, DID YOU PREPARE ANY SLIDES IN CONNECTION WITH

11:38:43 16    YOUR TESTIMONY TODAY?

11:38:44 17    A.   YES, I DID.

11:38:46 18    Q.   NOW WHAT WERE YOU ASKED TO DO FOR THIS CASE?

11:38:49 19    A.   WELL, AGAIN, MY TESTIMONY DEALS WITH THE QUESTION OF

11:38:54 20    WHETHER ARISTA INFRINGES CISCO'S PATENT, THE '526 PATENT.

11:38:59 21    Q.   OKAY.  AND WHAT MATERIALS DID YOU CONSIDER WHEN PERFORMING

11:39:03 22    THAT ANALYSIS?

11:39:04 23    A.   SO I WAS ASKED TO LOOK AT THE PATENT AND THE COURT'S CLAIM

11:39:10 24    CONSTRUCTION RELATING TO THE PATENT.  AND I WAS, OF COURSE,

11:39:15 25    ASKED TO EVALUATE THE INFRINGEMENT OPINIONS OF CISCO'S EXPERT,

CHASE DIRECT EXAM BY MR. KRISHNAN                              1976

11:39:21  1      DOCTOR KEVIN JEFFAY, SO I LOOKED AT HIS REPORT.

11:39:27  2          I LOOKED AT SOME MATERIALS FROM ARISTA PERTAINING TO ITS

11:39:30  3      EOS SYSTEM DOCUMENTS, SOURCE CODE, A LOT OF SOURCE CODE, AND I

11:39:35  4      LOOKED AT DEPOSITION TESTIMONY FROM THE INVENTORS, AND ALSO

11:39:41  5      SOME OF THE ARISTA PEOPLE.

11:39:43  6          SO IN GENERAL, I CONSIDERED EVERYTHING THAT CISCO'S

11:39:45  7      EXPERT, DR. JEFFAY CONSIDERED, AND SOME ADDITIONAL SOURCE CODE

11:39:50  8      ANALYSIS.

11:39:51  9      Q.   OKAY.  AND DID YOU ARRIVE AT ANY CONCLUSIONS, AS A RESULT

11:39:54 10      OF YOUR ANALYSIS?

11:39:56 11      A.   I DID.

11:39:56 12      Q.   AND WHAT WAS THE CONCLUSION THAT YOU ARRIVED AT?

11:39:59 13      A.   MY CONCLUSION IS THAT ARISTA DOES NOT INFRINGE CISCO'S

11:40:02 14      '526 PATENT.

11:40:03 15      Q.   OKAY.  COULD WE PLEASE PULL UP SLIDE 2 FROM DR. CHASE'S

11:40:10 16      PRESENTATION.

11:40:13 17          WHAT ARE THE BASIS FOR YOUR CONCLUSION THAT THE ARISTA EOS

11:40:18 18      PRODUCTS DON'T INFRINGE THE '526 PATENT?

11:40:22 19      A.   WELL, THERE ARE REALLY TWO THAT I WANT TO FOCUS ON TODAY,

11:40:27 20      AND THEY ARE ON THE SLIDE.

11:40:29 21          THE FIRST IS THE EOS, THE ARISTA SOFTWARE ELEMENTS CALLED

11:40:32 22      AGENTS, DO NOT QUALIFY AS MANAGEMENT PROGRAMS UNDER THE '526

11:40:37 23      PATENT.

11:40:37 24          AND IS THAT EOS ASSIGNS WHAT IS CALLED THE COMMAND ACTION

11:40:43 25      VALUES ON THE COMMAND LEVEL AND NOT ON THE WORD LEVEL AS

CHASE DIRECT EXAM BY MR. KRISHNAN                                    1977

| | | |
|---|---|---|
| 11:40:46 | 1 | REQUIRED BY THE PATENT. |
| 11:40:47 | 2 | Q.   OKAY.  LET'S GO TO SLIDE THREE, PLEASE. |
| 11:40:51 | 3 | WHAT IS THE CONSEQUENCE OF YOUR CONCLUSIONS WITH RESPECT |
| 11:40:54 | 4 | TO THE ISSUE OF INFRINGEMENT. |
| 11:40:56 | 5 | A.   RIGHT.  SO IF THE JURY FINDS THAT I'M RIGHT ABOUT THOSE |
| 11:40:59 | 6 | THINGS, THEN THAT WOULD MEAN THAT THREE OF THE REQUIRED SIX |
| 11:41:03 | 7 | ELEMENTS OF THE ASSERTED CLAIM ONE, WOULD NOT BE MET.  AND IF |
| 11:41:09 | 8 | EVEN ONE OF THOSE ELEMENTS IS NOT MET, THEN THAT'S SUFFICIENT |
| 11:41:13 | 9 | TO FIND THAT ARISTA DOES NOT INFRINGE THE PATENT. |
| 11:41:15 | 10 | Q.   OKAY.  ON SLIDE 3 HERE, WE ARE LOOKING AT LANGUAGE FROM |
| 11:41:20 | 11 | CLAIM ONE OF THE PATENT.  CISCO HAS ALSO ASSERTED CLAIM 14 OF |
| 11:41:27 | 12 | THE SAME PATENT AGAINST ARISTA.  HOW DOES YOUR ANALYSIS DIFFER |
| 11:41:30 | 13 | BETWEEN CLAIMS 1 AND 14? |
| 11:41:32 | 14 | A.   WELL, IT'S THE SAME.  ALL OF THESE REQUIREMENTS ARE |
| 11:41:36 | 15 | PRESENT IN CLAIM 14 AS WELL, USING THE SAME LANGUAGE.  SO LIKE |
| 11:41:41 | 16 | DR. JEFFAY, I ANALYZE BOTH CLAIMS TOGETHER. |
| 11:41:44 | 17 | Q.   OKAY.  LET'S GO FIRST TO YOUR FIRST CONCLUSION THAT THE |
| 11:41:51 | 18 | EOS AGENTS ARE NOT MANAGEMENT PROGRAMS. |
| 11:41:53 | 19 | AND ACTUALLY, COULD WE GO TO SLIDE 5, PLEASE.  WE ARE |
| 11:41:59 | 20 | LOOKING HERE AT A MODIFIED VERSION OF FIGURE 1 OF THE PATENT. |
| 11:42:04 | 21 | COULD YOU PLEASE EXPLAIN HOW IT'S BEEN MODIFIED? |
| 11:42:07 | 22 | A.   ALL I'VE DONE IS THIS GENTLEMAN IN THE BOTTOM LEFT HERE |
| 11:42:11 | 23 | WHO IS INTERACTING WITH THE SYSTEM THROUGH A KEYBOARD AND A |
| 11:42:14 | 24 | SCREEN. |
| 11:42:16 | 25 | Q.   AND IN THE PICTURE THERE'S A LARGE BOX, IT'S THE LARGEST |

CHASE DIRECT EXAM BY MR. KRISHNAN                                    1978

11:42:19  1    BOX ON THE SCREEN AND IT HAS AN ARROW POINTING INTO IT.  AT THE

11:42:23  2    TOP IT'S TABLED 10.  WHAT IS THAT BOX?

11:42:26  3    A.   THE OUTER BOX LABELED 10 IS SUPPOSED TO REPRESENT A

11:42:28  4    COMPUTER SYSTEM LIKE YOUR PERSONAL COMPUTER.

11:42:34  5    Q.   OKAY.  COULD WE ADVANCE THE SLIDE, PLEASE.  WHAT JUST

11:42:43  6    HAPPENED THERE?

11:42:44  7    A.   THIS BOX LABELED 12 IS THE USER INPUT INTERFACE.  IT

11:42:47  8    ALLOWS THE USER TO INTERACT WITH THE USER THROUGH THE KEYBOARD

11:42:49  9    TO THE SCREEN BY TYPING COMMANDS.

11:42:50  10   Q.   COULD WE ADVANCE THE SLIDE, PLEASE.  AND WHAT ARE WE SHOWN

11:42:53  11   NOW?

11:42:54  12   A.   OVER HERE ON THE RIGHT-HAND ARE PROGRAMS THAT ARE IN THE

11:42:56  13   SYSTEM OR ADJACENT TO THE SYSTEM THAT THE USER MIGHT WANT TO

11:43:01  14   INTERACT WITH BY TYPING COMMANDS.

11:43:03  15   Q.   LET'S ADVANCE THE SLIDE.  AND WHAT JUST HAPPENED THERE?

11:43:10  16   A.   SO IF THE USER TYPES A COMMAND, IT ENTERS THAT WORD INTO

11:43:14  17   THE BOX.  AND THAT'S WHAT WE CALL THE GENERIC COMMAND UNDER THE

11:43:17  18   LANGUAGE OF THE PATENT.

11:43:17  19   Q.   OKAY.  LET'S ADVANCE THE SLIDE.

11:43:23  20        CAN YOU DESCRIBE WHAT JUST HAPPENED THERE?

11:43:27  21   A.   SO THE GENERIC COMMAND GOES INTO THIS BOX CALLED PARSER.

11:43:33  22   AND THE PARSER LOOKS AT EACH WORD OF THE COMMAND TO UNDERSTAND

11:43:37  23   WHAT THE COMMAND MEANS, AND ULTIMATELY TO TRANSLATE IT TO

11:43:38  24   WHAT'S CALLED A PRESCRIBED COMMAND.

11:43:40  25   Q.   LET'S ADVANCE THE SLIDE.  AND FINALLY, WHAT HAPPENED

CHASE DIRECT EXAM BY MR. KRISHNAN                    1979

11:43:44   1    THERE?

11:43:44   2    A.   SO THE PRESCRIBED COMMAND IS IN A FORMAT THAT CAN BE

11:43:47   3    UNDERSTOOD BY ONE OF THESE MANAGEMENT PROGRAMS.  A SELECTED

11:43:51   4    MANAGEMENT PROGRAM.

11:43:52   5         SO THE PRESCRIBED COMMAND IS ISSUED TO THE MANAGEMENT

11:43:56   6    PROGRAM.  AND THIS IS REALLY THE MOST IMPORTANT PART, THE

11:43:59   7    MANAGEMENT PROGRAM EXECUTES THE PRESCRIBED COMMAND.  THE

11:44:01   8    MANAGEMENT PROGRAM MUST EXECUTE THE PRESCRIBED COMMAND.

11:44:05   9    Q.   OKAY.  LET'S LOOK AT SLIDE 6.  ON SLIDE 6 WE ARE SEEING

11:44:09   10   SOME OF THE CLAIM LANGUAGE FROM THE PATENT HIGHLIGHTED AS WELL

11:44:12   11   AS THE COURT'S CLAIM CONSTRUCTION.

11:44:15   12        WHAT'S THE SIGNIFICANCE OF THIS TEXT?

11:44:18   13   A.   WELL, THIS IS JUST THE LANGUAGE THAT, OF COURSE WHAT I'M

11:44:24   14   SAYING IS THAT THE MANAGEMENT PROGRAMS MUST EXECUTE THE

11:44:28   15   PRESCRIBED COMMAND.

11:44:28   16   Q.   OKAY.  LET'S GO TO SLIDE 7, PLEASE.  WE ARE SEEING HERE AN

11:44:32   17   EXCERPT OF TESTIMONY FROM DR. JEFFAY FROM TRIAL, AND LET ME

11:44:37   18   JUST READ THE CITE INTO THE RECORD.  THIS IS THE TRIAL

11:44:40   19   TRANSCRIPT AT PAGE 1490, LINES 3 TO 5.

11:44:45   20        WHAT'S THE SIGNIFICANCE OF THIS TESTIMONY?

11:44:48   21   A.   WELL, DR. JEFFAY IS CISCO EXPERT ON THIS PATENT MATTER AND

11:44:52   22   HE TESTIFIED LAST WEEK THAT HE AGREES THAT THE MANAGEMENT

11:44:56   23   PROGRAMS MUST EXECUTE THE PRESCRIBED COMMANDS.

11:44:59   24   Q.   OKAY.  LET'S GO TO SLIDE 8, PLEASE.  NOW THIS IS A

11:45:04   25   MODIFIED VERSION OF A SLIDE FROM DR. JEFFAY'S DECK, IT WAS

11:45:09  1    SLIDE 21 IN THE DR. JEFFAY'S DECK, COULD YOU PLEASE EXPLAIN

11:45:14  2    WHAT WE ARE LOOKING AT?

11:45:15  3    A.   WELL, THIS IS A DEPICTION OF ARISTA'S SYSTEM CALMED EOS.

11:45:21  4    AND THIS IS A SLIDE THAT DR. JEFFAY USED.  AND IT HAS OVER HERE

11:45:24  5    ON THE LEFT A PARSER TRANSLATOR FOR CLI, A COMMAND-LINE

11:45:27  6    INTERFACE, AND IT HAS OVER HERE ON THE RIGHT, SOME PROGRAMS

11:45:32  7    WHICH IN EOS ARE CALLED THE AGENTS, THAT DR. JEFFAY HAS ACCUSED

11:45:37  8    OF MANAGEMENT PROGRAMS UNDER THE PATENT.

11:45:41  9         AND I DISAGREE WITH THAT CONCLUSION, SO I'VE CROSSED THAT

11:45:46  10   PART OUT.  AND THAT'S THE ONLY CHANGE TO THE SLIDE.

11:45:48  11   Q.   OKAY.  LET'S GO TO SLIDE 9, PLEASE.

11:45:50  12        WE ARE LOOKING NOW AT AN EXCERPT CALLED TX 599 THAT WAS

11:45:56  13   PRESENTED WITH DR. JEFFAY'S TESTIMONY.  CAN YOU PLEASE REMIND

11:45:59  14   THE JURY WHAT THIS EXHIBIT IS?

11:46:02  15   A.   WELL, THIS IS A LIST THAT DR. JEFFAY PRESENTED THAT IS A

11:46:07  16   LIST OF 77 COMMANDS FROM THE EOS SYSTEM THAT HE ACCUSES AS

11:46:13  17   GENERIC COMMANDS UNDER THE '526 PATENT.  AND THOSE ARE THE

11:46:16  18   COMMANDS THAT A USER CAN TYPE INTO EOS.

11:46:20  19        AND OVER ON THE RIGHT-HAND COLUMN ARE CORRESPONDING

11:46:23  20   PRESCRIBED COMMANDS.

11:46:25  21   Q.   OKAY.  AND LET'S GO ON TO SLIDE TEN, PLEASE.  AND THIS

11:46:31  22   SLIDE SHOWS SOME OF THE PRESCRIBED COMMANDS COMING OUT OF THE

11:46:35  23   CLI RIGHT THERE.  WHAT ARE YOU TRYING TO DEPICT THERE?

11:46:38  24   A.   WELL, I'VE JUST MODIFIED DR. JEFFAY'S SLIDE TO SHOW THAT

11:46:43  25   THE PRESCRIBED COMMANDS ARE ACTUALLY OUTPUT FROM THE CLI, THE

CHASE DIRECT EXAM BY MR. KRISHNAN                    1981

11:46:47  1    PARSER AND TRANSLATOR, BASED ON THE INPUT COMMANDS, THE

11:46:53  2    CORRESPONDING GENERIC COMMANDS, AND DR. JEFFAY AND I AGREE ON

11:46:59  3    THAT.

11:46:59  4    Q.   SO ACCORDING TO DR. JEFFAY, WHAT HAPPENS NEXT TO THOSE

11:47:02  5    PRESCRIBED COMMANDS?

11:47:03  6    A.   WELL, DR. JEFFAY SAYS THAT THOSE PRESCRIBED COMMANDS THEN

11:47:06  7    TRAVEL THROUGH THIS YELLOW CIRCLE CALLED SYSDB AND ARRIVE AT

11:47:10  8    THE AGENTS ON THE RIGHT-HAND SIDE.  AND HE SAID THAT THE AGENTS

11:47:13  9    THEN EXECUTE THE PRESCRIBED COMMANDS.

11:47:15  10   Q.   OKAY.  LET'S GO TO SLIDE 11, PLEASE.  AND WHAT ARE YOU

11:47:21  11   SHOWING HERE?

11:47:21  12   A.   RIGHT.  SO THIS JUST SHOWS THAT THE, MY OPINION IS THAT

11:47:25  13   THE AGENTS DO NOT EXECUTE THESE PRESCRIBED COMMANDS, ACTUALLY

11:47:29  14   IT IS A PART OF THE CLI CALLED CLI PLUG-INS THAT EXECUTE THESE

11:47:34  15   PRESCRIBED COMMANDS OVER HERE ON THE LEFT AND NOT IN THE

11:47:38  16   ACCUSED MANAGEMENT PROGRAMS, THE AGENTS ON THE RIGHT.

11:47:41  17   Q.   AND HOW DO YOU KNOW THAT THAT'S TRUE?

11:47:43  18   A.   WELL, THE IDEA THAT THESE PRESCRIBED COMMANDS WOULD PASS

11:47:48  19   THROUGH THE SYSDB IS INCOMPATIBLE WITH MY UNDERSTANDING OF THE

11:47:53  20   SYSDB BASED ON ARISTA'S DOCUMENTS AND FROM LOOKING AT SOURCE

11:48:01  21   CODE.

11:48:01  22        AND ALSO I LOOKED AT SOURCE CODE FOR SIX OF THOSE

11:48:03  23   PRESCRIBED COMMANDS, AND SOURCE CODE CITED BY DR. JEFFAY TO

11:48:08  24   CONFIRM THAT VIEW.

11:48:09  25   Q.   OKAY.  NOW JUST TO CLARIFY ONE ISSUE, DR. JEFFAY HAS 77

11:48:14  1    PRESCRIBED COMMANDS ON HIS LIST.  DID YOU PROVIDE IN YOUR

11:48:17  2    EXPERT REPORT THE ANALYSIS FOR ALL 77 OF THOSE COMMANDS?

11:48:21  3    A.   NO, I JUST -- I CHOSE SIX OF THEM TO CONFIRM MY

11:48:27  4    UNDERSTANDING AND I PRESENTED A FAIRLY LENGTHY, A 23-PAGE

11:48:33  5    ANALYSIS DETAILED ANALYSIS FOR THOSE SIX WITH MY REPORT AS AN

11:48:38  6    APPENDIX.

11:48:39  7    Q.   AS BETWEEN YOU AND DR. JEFFAY, WHO BEARS THE BURDEN OF

11:48:43  8    PROOF ON THE ISSUE OF INFRINGEMENT?

11:48:44  9    A.   WELL, DR. JEFFAY WAS, IN HIS REPORT AND IN HIS TESTIMONY,

11:48:50  10   WAS ARGUING THAT ARISTA DOES INFRINGE THE PATENT AND IT IS HIS

11:48:54  11   BURDEN TO PRESENT THE ANALYSIS TO SHOW THAT THAT IS THE CASE.

11:48:58  12   Q.   OKAY.  AND FOR WHICH OF THESE 77 COMMANDS DID DR. JEFFAY

11:49:05  13   PRESENT SOURCE CODE ANALYSIS IN HIS REPORT?

11:49:07  14   A.   I BELIEVE THAT DR. JEFFAY TESTIFIED THAT HE MERELY TOOK

11:49:12  15   THE LIST FROM CISCO'S INFRINGEMENT CONTENTIONS AND INCLUDED IT,

11:49:18  16   AS HE DID NOT WORK ON, AND INCLUDED IT AS AN APPENDIX IN HIS

11:49:23  17   REPORT.

11:49:24  18        HE DID NOT PRESENT ANY ADDITIONAL SOURCE CODE ANALYSIS

11:49:27  19   PERTAINING TO THOSE PRESCRIBED COMMANDS IN HIS REPORT OR IN HIS

11:49:30  20   TESTIMONY.

11:49:30  21   Q.   NOW ARE YOU AWARE OF ANY COMMANDS FROM DR. JEFFAY'S LIST

11:49:33  22   OF 77 THAT IS ARE EXECUTED BY EOS AGENTS SUCH AS THOSE SHOWN ON

11:49:41  23   THE RIGHT-HAND SIDE OF SLIDE 11 HERE?

11:49:43  24   A.   NO, I'M NOT.

11:49:44  25   Q.   OKAY.  LET'S GO ON TO SLIDE 12, PLEASE.

11:49:48   1          SO DR. CHASE, IF YOU ARE CORRECT ABOUT YOUR OPINION THAT

11:49:54   2   EOS AGENTS DO NOT EXECUTE PRESCRIBED COMMANDS, WHAT IS THE

11:49:58   3   CONSEQUENCE OF THAT WITH RESPECT TO THE ISSUE OF INFRINGEMENT.

11:50:02   4   A.   WELL, THAT WOULD MEAN THAT THE FIRST AND LAST CLAIM

11:50:06   5   ELEMENTS OF THE CLAIM ONE AND ALSO OF CLAIM 14 ARE NOT MET.

11:50:13   6          AND AGAIN, IF ONLY EVEN ONE OF THOSE CLAIM ELEMENTS IS NOT

11:50:16   7   MET, THAT'S ENOUGH TO SHOW THAT THE PATENT IS NOT INFRINGED.

11:50:21   8               MR. KRISHNAN:  YOUR HONOR, I NOTE THAT WE HAVE ABOUT

11:50:23   9   TEN MINUTES LEFT BEFORE NOON.  I PROBABLY HAVE ABOUT 20 MINUTES

11:50:27  10   OF MATERIAL, SO I'M --

11:50:28  11               THE COURT:  WELL, LET'S JUST USE THE TEN MINUTES AND

11:50:31  12   THEN WE WILL --

11:50:32  13               MR. KRISHNAN:  FAIR ENOUGH.  I JUST WANTED TO ASK.

11:50:35  14   Q.   LET'S GO ON TO SLIDE 14.

11:50:38  15          SO HERE WE ARE MOVING ON TO YOUR SECOND POINT THAT EOS

11:50:40  16   DOES NOT ASSIGN COMMAND ACTION VALUES TO EVERY WORD IN A

11:50:44  17   COMMAND.

11:50:45  18          AND I TAKE IT AGAIN, THIS IS YOUR SECOND BASIS FOR

11:50:47  19   NONINFRINGEMENT; IS THAT RIGHT?

11:50:48  20   A.   RIGHT.  SO WE ARE MOVING ON TO A NEW TOPIC AND TALKING

11:50:52  21   ABOUT HOW THE PARSER WORKS NOW.

11:50:54  22   Q.   OKAY.  AND WHEN YOU SAY EOS DOES NOT ASSIGN COMMAND ACTION

11:50:58  23   VALUES TO EVERY WORD IN A COMMAND, BRIEFLY, WHAT'S THE CLAIM

11:51:03  24   REQUIREMENT THAT WE ARE TALKING ABOUT?

11:51:05  25   A.   WELL, THE CLAIM REQUIREMENT IS THAT EVERY WORD IN A

11:51:08   1    COMMAND HAS TO HAVE A CORRESPONDING, WHAT'S CALLED A COMMAND

11:51:13   2    ACTION VALUE, THAT IS AN ACTION TO TAKE WHEN THAT WORD IS SEEN,

11:51:18   3    POTENTIALLY.

11:51:20   4        AND THE ARISTA SYSTEM DOES NOT HAVE THAT.

11:51:22   5    Q.   OKAY.  LET'S GO TO SLIDE 14, PLEASE.

11:51:26   6        CAN YOU -- LET ME JUST DESCRIBE IT VERY BRIEFLY FOR THE

11:51:30   7    RECORD.

11:51:31   8        IT HAS TWO DEPICTIONS IN IT, ONE AT THE TOP THAT SAYS "526

11:51:37   9    EXAMPLE," AND ONE AT THE BOTTOM THAT SAYS "ARISTA EOS."  WHAT

11:51:40   10   ARE YOU DEPICTING HERE?

11:51:41   11   A.   OKAY.  SO YEAH, THIS IS MY PICTURE, IT'S NOT IN THE

11:51:46   12   PATENT.  WE ARE GOING TO GO INTO SOME OF THE PICTURES IN THE

11:51:48   13   PATENT, BUT REALLY, ALL YOU REALLY NEED TO UNDERSTAND TO

11:51:52   14   UNDERSTAND THIS POINT IS WHAT'S IN THIS PICTURE.

11:51:56   15       AND ON THE TOP IT'S A DEPICTION OF A VALID COMMAND, AN

11:52:00   16   EXAMPLE VALID COMMAND FOR THE, IT'S ACTUALLY USED AS EXAMPLES

11:52:06   17   IN THE 526, GET TCP CONNECTION INFO.

11:52:09   18       AND WHAT'S GOING TO HAPPEN WHEN THE PARSER GETS THIS

11:52:12   19   COMMAND IS IT WILL LOOK AT EACH WORD.  AND EACH WORD ALSO HAS

11:52:17   20   ASSOCIATED WITH IT, ONE OF THESE THINGS LABELED CK, THAT MEANS

11:52:25   21   COMMAND KEY.  IT'S A FORM OF COMMAND ACTION VALUE IN THE

11:52:30   22   PATENT.  AND THERE'S A CK FOR EACH WORD.

11:52:31   23       AND ON THE BOTTOM, IT SHOWS FOR ARISTA COMMANDS, FOR

11:52:36   24   EXAMPLE "SHOW OPENFLOW, FLOWS," THERE'S NO ACTION ASSOCIATED

11:52:40   25   WITH EVERY WORD, THERE ARE ONLY ACTIONS ASSOCIATED WITH EACH

11:52:44  1    COMPLETE COMMAND, NOT WITH EVERY WORD AS THE PATENT REQUIRES.

11:52:47  2    Q.   OKAY.  AND WHY WOULD ONE CONSTRUCT A SYSTEM THAT LOOKS

11:52:55  3    LIKE THE ONE IN THE '526 PATENT?

11:52:57  4    A.   WELL, THIS IDEA OF HAVING AN ACTION FOR EVERY WORD IS

11:53:00  5    ACTUALLY VERY UNUSUAL.  I'M NOT FAMILIAR WITH ANY OTHER PARSING

11:53:07  6    SYSTEMS THAT HAVE THIS.  AND IT'S THERE FOR A VERY PARTICULAR

11:53:12  7    REASON.

11:53:12  8         IT MEANS IF THE PARSER ENCOUNTERS A COMMAND THAT HAS

11:53:16  9    MISSING WORDS OR INVALID WORDS, IT'S ONLY PARTIALLY VALID, THEN

11:53:21  10   IT HAS AN ACTION IT CAN TAKE.

11:53:23  11        IT GETS AS FAR AS IT CAN IN THE COMMAND, AND THEN IF IT

11:53:26  12   FINDS SOMETHING IT CAN'T UNDERSTAND, THEN IT HAS AN OBJECTION

11:53:29  13   ASSOCIATED WITH THE LAST VALID WORD AND IT TAKE THAT ACTION.

11:53:32  14   Q.   HOW IS THE EOS EXAMPLE DIFFERENT FROM THAT?

11:53:34  15   A.   WELL, IN THE EOS EXAMPLE, IF YOU ENCOUNTER SOMETHING

11:53:38  16   INVALID WHILE YOU ARE RUNNING THROUGH A COMMAND, THERE'S NO

11:53:40  17   ACTION TO TAKE OTHER THAN TO DELIVER AN ERROR MESSAGE.  BECAUSE

11:53:44  18   IT ONLY HAS AN ACTION ASSOCIATED WITH COMPLETE AND CORRECT

11:53:47  19   COMMANDS.

11:53:48  20   Q.   OKAY.  LET'S GO TO SLIDE 15 PLEASE.  WHAT ARE YOU

11:53:57  21   DEPICTING HERE IN THIS SLIDE, IT HAS THE COURT'S CLAIM

11:54:00  22   CONSTRUCTION AND FIGURE 2 OF THE PATENT WITH COLOR CODING?

11:54:03  23   A.   NOW WE ARE JUST GOING INTO MORE DETAILED POINT THAN WHAT I

11:54:08  24   WAS JUST TALKING ABOUT USING THE COURT'S CONSTRUCTION AND A

11:54:10  25   FIGURE OF THE PATENT THAT ILLUSTRATES THIS COMMAND PARSE TREE.

11:54:12  1          SO THIS IS LANGUAGE FROM THE COURT'S CONSTRUCTION THAT

11:54:14  2     SHOWS THAT EACH GENERIC COMMAND COMPONENT, THAT'S LANGUAGE THAT

11:54:17  3     MEANS A COMMAND WORD.  EACH COMMAND WORD HAS TO HAVE A COMMAND

11:54:22  4     ACTION VALUE.

11:54:23  5          AND ON THE RIGHT, WE HAVE A FIGURE 2 FROM THE PATENT,

11:54:27  6     PORTION OF FIGURE 2, WHICH DEPICTS AN EXAMPLE OF THE 526, IT'S

11:54:32  7     AN EMBODIMENT OF THE PATENT.

11:54:34  8          AND YOU SEE THAT IT'S A DATA STRUCTURE.  AND EACH ELEMENT

11:54:38  9     OF THIS DATA STRUCTURE THAT HAS THESE GREEN THINGS AND THESE

11:54:42 10     YELLOW THINGS, OKAY.  THE GREEN THINGS ARE LABELED T, THAT

11:54:46 11     MEANS TOKEN, THAT'S A REPRESENTATION OF A COMMAND WORD.

11:54:49 12          AND THE YELLOW THINGS ARE THOSE CK'S, THAT STANDS FOR

11:54:54 13     COMMAND KEY, AS I WAS TALKING ABOUT BEFORE, IT'S A KIND OF

11:54:58 14     COMMAND ACTION VALUE.

11:54:58 15          AND THEY ALSO APPEAR TOGETHER, THE GREEN AND THE YELLOW.

11:55:01 16     WHENEVER THERE'S A T, A TOKEN, A WORD, THERE'S A CORRESPONDING

11:55:04 17     CK, A COMMAND KEY.  THEY ARE ALWAYS IN PAIRS.  EVERY WORD IN

11:55:09 18     THE TREE HAS A CORRESPONDING CK OR COMMAND ACTION VALUE.

11:55:14 19     Q.   OKAY.  LET'S GO TO SLIDE 16, PLEASE.

11:55:20 20          AND THIS CONTAINS ON IT SOME TEXT FROM COLUMN 4, LINES 37

11:55:24 21     TO 53 OF THE PATENT AS WELL AS FIGURE 2.

11:55:28 22          WHAT'S THE SIGNIFICANCE OF THIS TEXT?

11:55:30 23     A.   WELL, THIS IS ONE OF A COUPLE OF PLACES IN THE PATENT

11:55:33 24     WHERE IT TALKS ABOUT WHY THIS PARTICULAR CLAIM REQUIREMENT IS

11:55:38 25     IMPORTANT.

CHASE DIRECT EXAM BY MR. KRISHNAN                                    1987

11:55:38  1          AND WHAT IT'S DOING IS IT'S SAYING THAT IT'S GOING TO USE

11:55:41  2     AN EXAMPLE OF AN INCORRECT COMMAND TO SHOW HOW THIS PROPERTY

11:55:45  3     ALLOWS THE PARSER TO TAKE AN ACTION, EVEN FOR A PARTIALLY VALID

11:55:50  4     COMMAND.

11:55:50  5     Q.   OKAY.  AND WHAT'S THE EXAMPLE GIVEN HERE OF AN INCOMPLETE

11:55:55  6     COMMAND?

11:55:55  7     A.   WELL, IT'S THE COMMAND EXAMPLE, WHICH IT DESCRIBES IN

11:55:59  8     DETAIL IN THIS PARAGRAPH, AND WHICH WE WILL RUN THROUGH IN A

11:56:03  9     MOMENT, IS "GET UDP CONNECTION INFO."  AND IT'S INVALID BECAUSE

11:56:07  10    THE SECOND WORD, "UDP," IS INVALID IN THAT COMMAND.

11:56:11  11    Q.   OKAY.  AND DOES THAT EXAMPLE RELATE TO THE TREE SHOWN ON

11:56:15  12    THE RIGHT-HAND SIDE?

11:56:16  13    A.   YES.

11:56:21  14    Q.   LET'S GO ON TO SLIDE 17, PLEASE.  NOW WHAT ARE YOU SHOWING

11:56:25  15    HERE?

11:56:25  16    A.   WELL, THIS IS THE SAME TREE, AND I'VE DRAWN THIS ONE, IT'S

11:56:29  17    THE SAME AS FIGURE 2 IN THE PATENT.

11:56:34  18          ALL I'VE DONE IS REPLACE THE TOKEN WHICH ARE NUMERIC

11:56:34  19    REPRESENTATIONS OF COMMAND WORDS, WITH THE CORRESPONDING

11:56:40  20    COMMAND WORDS, JUST SO WE CAN SEE THE WORDS IN THE TREE, AND

11:56:41  21    IT'S EASIER TO UNDERSTAND HOW IT WORKS.

11:56:44  22    Q.   OKAY.  AND I WOULD LIKE TO -- I'M NOT SURE IF MR. DAHM

11:56:47  23    WILL BE ABLE TO DO THIS WITH HIS HIGHLIGHTING, BUT I WOULD LIKE

11:56:50  24    TO DRAW YOUR ATTENTION TO THE MIDDLE BRANCH OF THE TREE AND THE

11:56:53  25    WORDS GOING DOWN THAT BRANCH ARE "GET TCP CONNECTION INFO."

CHASE DIRECT EXAM BY MR. KRISHNAN                        1988

11:56:59  1        AND I WOULD LIKE YOU TO JUST EXPLAIN WHAT'S HAPPENING IN

11:57:04  2   THAT BRANCH OF THE TREE?

11:57:05  3   A.   SO "GET TCP CONNECTION INFO" IS A VALID COMMAND.  AND THE

11:57:13  4   PATENT EXPLAINS HOW THIS EMBODIMENT OF THE SYSTEM WOULD WORK

11:57:19  5   FOR A VALID COMMAND.

11:57:22  6        AND WHAT IT DOES IS IT TAKES THE FIRST WORD OF THE

11:57:25  7   COMMAND, "GET," AND IT TRIES TO MATCH THE "GET" AGAINST THE TOP

11:57:27  8   ELEMENT.  AND THERE'S A MATCH, THE "GET" IS THERE AND THERE'S A

11:57:30  9   CORRESPONDING COMMAND T6.

11:57:32 10        BUT THEN IT KEEPS GOING, IT TAKES THE SECOND WORD WHICH IS

11:57:36 11   "TCP," AND IT LOOKS IT'S THE ELEMENT THAT IS THE CHILD OF THE

11:57:38 12   "GET" IN THIS TREE, AND IT TRIES TO MATCH THE SECOND WORD

11:57:42 13   AGAINST THAT.

11:57:42 14        AND IT'S A MATCH.  THERE'S A TCP, IN THERE.  AND A

11:57:47 15   CORRESPONDING COMMAND KEY 7.

11:57:49 16        AND THEN IT JUST CONTINUES DOWN THIS BRANCH UNTIL IT GETS

11:57:51 17   TO THE END.  AND IN THIS CASE, IT'S A VALID COMMAND THAT WILL

11:57:54 18   RUN ALL THE WAY DOWN, "GET TCP CONNECTION INFO," AND LAND AT

11:57:58 19   THIS COMMAND KEY 9, WHICH IS ENOUGH INFORMATION TO IDENTIFY A

11:58:04 20   PRESCRIBED COMMAND TO TRANSLATE THAT COMMAND INTO.

11:58:07 21        AND IT WILL ISSUE THAT PRESCRIBED COMMAND, AND IT WILL

11:58:09 22   FORGET ABOUT THE OTHER COMMAND KEYS.

11:58:11 23   Q.   OKAY.  SO NOW LET'S GO ON TO SLIDE 18, PLEASE.  AND WHAT

11:58:16 24   ARE WE SEEING HERE?

11:58:16 25   A.   SO THIS IS WHAT HAPPENS IF WE HAVE THE INVALID COMMAND

11:58:20  1    THAT WE TALKED ABOUT, "GET UDP CONNECTION INFO."

11:58:23  2         SO IN THIS CASE THE PARSER STARTS THE SAME WAY, IT HAS THE

11:58:28  3    SAME FIRST WORD, "GET."  SO IT MATCHES THE FIRST WORD AGAINST

11:58:31  4    THE TOP ELEMENT THERE, AND IT FINDS IT.

11:58:33  5         BUT THEN THE SECOND WORD IS "UDP" INSTEAD OF "TCP."  SO IT

11:58:38  6    GOES TO THAT CHILD ELEMENT OF "GET," IT TRIES TO MATCH THE UDP,

11:58:42  7    AND IT'S NOT THERE, ONLY TCP IS VALID.  SO THAT'S WHY THERE'S

11:58:48  8    THAT X.

11:58:48  9         AND SO WHAT THE PARSER DOES, AS THE PATENT EXPLAINS IN

11:58:51  10   THIS EMBODIMENT, IS THAT IT GOES AND USES THE COMMAND KEY

11:58:55  11   ASSOCIATED WITH THE PREVIOUS WORD, THE VALID ONE, "GET."  AND

11:58:59  12   IT GENERATES A PRESCRIBED COMMAND, AND IT EXECUTES, ISSUES THAT

11:59:03  13   TO A MANAGEMENT PROGRAM TO EXECUTE THE PRESCRIBED COMMAND

11:59:06  14   CORRESPONDING TO COMMAND KEY 6.

11:59:09  15        MR. KRISHNAN:  JUST A COUPLE MORE QUESTIONS ON THIS

11:59:11  16   LINE, YOUR HONOR, THEN WE CAN PROBABLY TAKE A BREAK.

11:59:13  17        THE COURT:  OKAY.

11:59:14  18   Q.  WHAT DO YOU MAKE OF THIS TYPE OF PARSING BEHAVIOR THAT

11:59:18  19   YOU'VE JUST PRESCRIBED?

11:59:19  20   A.  I WILL BE QUICK.  I DON'T WANT TO KEEP ANYONE FROM LUNCH.

11:59:22  21        AS I SAID, IT'S VERY UNUSUAL, I HAVEN'T SEEN THIS BEFORE,

11:59:25  22   AND WHAT IT DOES IS IT ALLOWS THE PARSING SYSTEM TO ISSUE A

11:59:32  23   COMMAND, A PRESCRIBED COMMAND, EVEN FOR A COMMAND FROM A USER

11:59:36  24   THAT WAS INCORRECT.

11:59:38  25        SO IT'S NOT REALLY CLEAR WHAT THE USER HAD INTENDED HERE

11:59:41  1    BY TYPING THIS COMMAND.  BUT THE SYSTEM IS GOING TO DO

11:59:44  2    SOMETHING ANYWAY, IT'S GOING TO INVOKE THIS MANAGEMENT PROGRAM,

11:59:47  3    AND IT'S GOING TO PASS IT SOMETHING THAT REFLECTS WHAT THE USER

11:59:51  4    TYPED UP TO THAT POINT.

11:59:53  5         AND THAT MANAGEMENT PROGRAM IS GOING TO DO SOMETHING, IT

11:59:56  6    MIGHT PROMPT FOR SOME MORE INFORMATION FROM THE USER OR IT MAKE

12:00:00  7    TAKE AN ACTION THAT MIGHT BE DIFFERENT FROM WHAT THE USER

12:00:03  8    INTENDED.

12:00:03  9    Q.   SO JUST TO BE CLEAR, HOW MUCH INFORMATION ABOUT THE USER'S

12:00:07  10   INPUT DOES THE PARSER HAVE AT THE POINT THAT IT EXECUTES THE

12:00:12  11   COMMAND HERE?

12:00:13  12   A.   ALL IT KNOWS AT THIS POINT IS THAT THE FIRST WORD "GET"

12:00:16  13   WAS VALID.  AND THAT COMMAND KEY 6 IS THE COMMAND KEY IT WOULD

12:00:19  14   USE FOR ANYTHING THAT STARTS WITH GET, AND THEN IS INVALID OR

12:00:23  15   MISSING AFTER THAT.

12:00:24  16   Q.   OKAY.  AND JUST AS A FINAL QUESTION, COULD YOU MAYBE USE

12:00:27  17   AN ANALOGY TO THE ENGLISH LANGUAGE TO PERHAPS CONVEY HOW THIS

12:00:33  18   TYPE OF PARSING BEHAVIOR OPERATES?

12:00:36  19   A.   SURE.  SO THE EXAMPLE WOULD BE IF I SAID, IF I ISSUED A

12:00:39  20   COMMAND, GET ME A SODA, OKAY, IF YOU HEARD THE COMPLETE

12:00:44  21   COMMAND, IT WOULD BE TYPICAL FOR A PARSER, AFTER HEARING THE

12:00:46  22   COMPLETE COMMAND AND ONLY AFTER HEARING THE COMPLETE COMMAND TO

12:00:49  23   GO AND TAKE AN ACTION AND DO WHAT I WANTED.

12:00:51  24        BUT THIS IS SORT OF, LIKE I SAID, YOU KNOW, "GET," AND THE

12:00:55  25   PARSER DIDN'T UNDERSTAND WHAT I SAID OR WHAT I WANTED, BUT IT

12:00:59  1        GOES TO DO SOMETHING ANYWAY.

12:01:02  2        Q.   OKAY.

12:01:02  3             MR. KRISHNAN:   AND GET ME A SODA MAY BE A GOOD TIME

12:01:04  4        TO BREAK FOR LUNCH, YOUR HONOR.

12:01:06  5             THE COURT:   OKAY.   THAT WAS A GOOD EXAMPLE.

12:01:09  6        ALL RIGHT.   LET'S TAKE OUR LUNCH BREAK AND WE WILL COME

12:01:11  7        BACK AT 1:00.

12:01:23  8             (RECESS FROM 12:01 P.M. UNTIL 1:00 P.M.)

01:05:18  9        THE COURT:   GOOD AFTERNOON, EVERYONE.   PLEASE BE SEATED.

01:05:20 10        WE ARE BACK ON THE RECORD.   DR. CHASE HAS JOINED US.

01:05:24 11        AND MR. KRISHNAN, WOULD YOU LIKE TO CONTINUE?

01:05:29 12             MR. KRISHNAN:   YES, THANK YOU, YOUR HONOR.

01:05:30 13             THE COURT:   ALL RIGHT.   GO AHEAD, PLEASE.

01:05:32 14        BY MR. KRISHNAN:

01:05:33 15        Q.   GOOD AFTERNOON, DR. CHASE.

01:05:35 16        A.   GOOD AFTERNOON.

01:05:35 17        Q.   BEFORE THE BREAK, WE WERE TALKING ABOUT THE REQUIREMENT OF

01:05:39 18        THE '526 PATENT THAT A COMMAND ACTION VALUE BE ASSIGNED TO

01:05:44 19        EVERY SINGLE COMMAND WORD.   AND I WOULD LIKE TO STAY ON THAT

01:05:47 20        TOPIC FOR JUST A LITTLE WHILE LONGER.

01:05:50 21        COULD WE PLEASE PULL UP TX 95.   COLUMN 4, LINES 37 TO 52.

01:05:58 22        THIS IS IN EVIDENCE.

01:06:00 23        SO THIS IS THE '526 PATENT.   AND IF WE COULD BLOW THAT UP.

01:06:04 24        THIS IS ACTUALLY THE SECTION OF THE PATENT WE WERE TALKING

01:06:08 25        ABOUT BEFORE THE BREAK THAT GIVES THE EXAMPLE OF THE INVALID

01:06:14  1    COMMAND, "GET UDP CONNECTION INFO."  DO YOU RECALL THAT?

01:06:18  2    A.   YES.

01:06:18  3    Q.   NOW IS THIS THE ONLY PLACE IN THE PATENT THAT TALKS ABOUT

01:06:22  4    THE IMPORTANCE OF BEING ABLE TO HANDLE INVALID COMMANDS?

01:06:27  5    A.   WELL, NO.  ACTUALLY, THIS IS A RELATIVELY SHORT PATENT.

01:06:34  6    IT HAS A FEW PAGES OF TEXT, TWO FIGURES AND THE CLAIMS, A

01:06:38  7    COUPLE APPENDIXES.  BUT THERE'S ANOTHER PLACE IN THE TEXT THAT

01:06:41  8    TALKS ABOUT THIS BEHAVIOR AND THERE'S A WHOLE FIGURE DEVOTED TO

01:06:45  9    IT.

01:06:45 10    Q.   OKAY.  SO BEFORE WE GO ON, I JUST WANT TO READ THIS

01:06:48 11    CITATION AGAIN INTO THE RECORD IN CASE ANYONE WANTS TO TAKE

01:06:52 12    NOTES.

01:06:52 13        IT'S COLUMN 4, LINES 37 TO 52.  THAT'S WHAT WE WERE JUST

01:06:56 14    LOOKING AT.  AND NOW LET'S MOVE ON TO COLUMN 3, LINE 57 TO 61.

01:07:08 15        AND WHAT'S THE SIGNIFICANCE OF THIS SELECTION?

01:07:11 16    A.   WELL, THERE IT IS AGAIN.  IF ONLY A PORTION OF THE GENERIC

01:07:15 17    COMMAND IS IDENTIFIED AS VALID, THE PARSER SELECTS THE COMMAND

01:07:18 18    KEY FOR THE LAST MATCHING TOKEN.

01:07:20 19        SO LIKE THE "GET ME A SODA," FOR EXAMPLE, WHERE I JUST

01:07:24 20    SAID "GET," YOU DIDN'T HEAR THE REST OF IT, OR MAYBE I JUST

01:07:27 21    SAID "GET."

01:07:28 22    Q.   OKAY.  AND NOW LET'S GO ON TO FIGURE 3 OF THE PATENT,

01:07:32 23    ACTUALLY, LET'S GO TO A SLIDE THAT WE HAVE THAT HAS FIGURE 3 ON

01:07:35 24    IT, THIS IS SLIDE 19 OF DR. CHASE'S DECK.

01:07:43 25        DR. CHASE, THIS IS FIGURE 3 WITH SOME SIMILAR CODING

01:07:47  1      ADDED.  WHAT DOES FIGURE 3 REPRESENT?

01:07:49  2      A.   WELL, THIS IS -- THIS IS A FLOW CHART.  SO IT DESCRIBES

01:07:52  3      THE OPERATION OF AN EMBODIMENT OF CISCO'S PATENT.

01:07:58  4      Q.   OKAY.  AND CAN YOU WALK THE JURY THROUGH THE FLOW CHART TO

01:08:01  5      EXPLAIN HOW IT WORKS?

01:08:02  6      A.   SURE.

01:08:03  7           SO WHEN THE SYSTEM GETS A COMMAND, IT'S SORT OF LIKE THE

01:08:09  8      LAST FIGURE WE DISCUSSED.  YOU STARTUP HERE AT THE TOP AND IT

01:08:13  9      SAYS, "PARSE FIRST WORD OF GENERIC COMMAND BY MATCHING TOKEN."

01:08:17  10          SO IT'S MATCHING THE TOKEN.  IF THE FIRST WORD IS A "GET,"

01:08:21  11     FOR EXAMPLE, THEN IT'S GOING TO GO AHEAD AND PROCEED DOWN THE

01:08:24  12     FLOW CHART.

01:08:24  13          AND WHAT YOU SEE --

01:08:25  14     Q.   CAN I JUST STOP YOU FOR A SECOND.  ARE THE WORDS LARGE

01:08:28  15     ENOUGH TO BE LEGIBLE ON YOUR SCREEN?

01:08:31  16     A.   I CAN SEE THEM.

01:08:32  17     Q.   OKAY.  OTHERWISE I COULD USE A BLOWN UP VERSION.

01:08:35  18     A.   IT'S OKAY.  I HOPE THE JURORS CAN SEE IT.

01:08:39  19          BUT IF THE FIRST WORD IS NOT VALID, THEN IT GOES INTO THIS

01:08:43  20     LITTLE RED BOX AND IT SAYS "INVALID COMMAND."  THAT'S AN ERROR

01:08:47  21     MESSAGE THAT IT GIVES.

01:08:49  22          BUT IF THE FIRST COMMAND WORD IS VALID, LIKE "GET," THEN

01:08:52  23     YOU GO THROUGH DOWN TO THIS GREEN PART OF THE TREE.  AND DOWN

01:08:56  24     THERE IT DOESN'T REALLY MATTER WHAT HAPPENS, IT WILL GO THROUGH

01:09:00  25     THE REST OF THE WORDS IN THE COMMANDS.

CHASE DIRECT EXAM BY MR. KRISHNAN                                    1994

01:09:02  1         BUT WHATEVER HAPPENS, IT'S GOING TO END UP AT THIS BRIGHT

01:09:06  2    GREEN BOX AT THE BOTTOM WHERE IT SAYS, "MAP COMMAND USING

01:09:09  3    COMMAND KEY OF LAST VALID COMMAND WORD."

01:09:11  4         SO WHETHER IT'S A VALID COMMAND OR AN INVALID COMMAND,

01:09:15  5    IT'S GOING TO TAKE THE LAST VALID THING IT SAW AND ISSUE A

01:09:18  6    PRESCRIBED COMMAND TO A MANAGEMENT PROGRAM BASED ON THAT

01:09:23  7    COMMAND KEY.

01:09:23  8    Q.    OKAY.  LET'S TAKE DOWN THAT SLIDE.

01:09:30  9         SO WE'VE JUST BEEN TALKING ABOUT THE '526 PATENT ITSELF.

01:09:33 10    ARE YOU AWARE OF ANY PLACE OUTSIDE OF THE '526 PATENT WHERE

01:09:38 11    CISCO HAS TAKEN THE POSITION THAT THE CLAIM REQUIREMENT WE'RE

01:09:42 12    TALKING ABOUT IS IMPORTANT FOR EXECUTING A PARTIALLY VALID

01:09:46 13    COMMAND?

01:09:47 14    A.    YES.

01:09:48 15    Q.    OKAY.  AND IN WHAT CONTEXT WAS THAT?

01:09:51 16    A.    WELL, CISCO FILED A STATEMENT WITH THE U.S. PATENT AND

01:09:58 17    TRADEMARK OFFICE THAT WAS SEEKING TO EXPLAIN HOW THIS PATENT

01:10:02 18    WAS DIFFERENT AND NOVEL, HOW IT WAS NEW, RELATIVE TO WHAT CAME

01:10:06 19    BEFORE.

01:10:07 20    Q.    OKAY.  AND YOU HAVE A COPY OF THAT DOCUMENT IN TX 5988,

01:10:15 21    THE TAB OF YOUR FOLDER.  AND THE RELEVANT PORTIONS ARE ON THE

01:10:20 22    ON THE BOTTOM OF PAGE 8 AND THE TOP OF PAGE 9.

01:10:24 23         AND IF YOU COULD LET ME KNOW WHEN YOU GET THERE.

01:10:27 24    A.    I'M THERE.

01:10:28 25    Q.    OKAY.  AND SO CAN YOU DESCRIBE FOR THE JURY THE POSITION

01:10:34   1   THAT CISCO WAS TAKING IN THAT SITUATION?

01:10:37   2   A.   WELL, WHAT THEY WERE SAYING IS THAT OLDER PARSING SYSTEMS

01:10:43   3   PREVIOUS TO THIS PATENT DIDN'T HAVE THE STRUCTURE AND TECHNIQUE

01:10:46   4   OF HAVING A COMMAND ACTION VALUE FOR EVERY WORD, AND THAT AS A

01:10:52   5   RESULT, THEY COULDN'T EXECUTE A COMMAND FOR A PARTIALLY VALID

01:10:58   6   INPUT.

01:10:59   7        AND THEY SAID THAT BECAUSE OF THIS STRUCTURE, HAVING A

01:11:05   8   COMMAND ACTION VALUE FOR EVERY WORD, THAT THE '526 PATENT COULD

01:11:08   9   ACCOMPLISH THAT.

01:11:10  10        AND THEY SAID IT WAS NOVEL AND THEY SAID THAT IT WAS

01:11:13  11   UNIQUE.

01:11:14  12        SO THEY ARE ARGUING THAT THIS IS A VERY IMPORTANT PART OF

01:11:18  13   THE PATENT.  AND ONE OF THE THINGS THAT DISTINGUISHES IT FROM

01:11:20  14   THE PRIOR ART, AS WE SAY, AND THEREFORE MERITS A PATENT.

01:11:24  15   Q.   OKAY.  ARE YOU SAYING THAT CISCO TOLD THE PATENT AND

01:11:28  16   TRADEMARK OFFICE THAT THE REQUIREMENT OF ASSIGNING A COMMAND

01:11:34  17   ACTION VALUE TO EVERY SINGLE WORD IN THE CLAIM IS IMPORTANT FOR

01:11:38  18   EXECUTING PARTIALLY VALID COMMANDS?

01:11:39  19   A.   YES.

01:11:40  20        MR. JAFFE:  OBJECTION, YOUR HONOR.  LEADING.

01:11:42  21        THE COURT:  OVERRULED.

01:11:44  22   BY MR. KRISHNAN:

01:11:44  23   Q.   AND CISCO CALLED THAT REQUIREMENT NOVEL AND UNIQUE?

01:11:47  24   A.   YES.

01:11:48  25   Q.   OKAY.

CHASE DIRECT EXAM BY MR. KRISHNAN                              1996

01:11:56   1        SO I WOULD LIKE TO TRANSITION NOW FROM TALKING ABOUT THE

01:11:58   2   '526 PATENT TO TALKING ABOUT ARISTA'S EOS PRODUCT.

01:12:03   3        COULD WE PLEASE PULL UP TX 48 WHICH IS ALREADY IN

01:12:07   4   EVIDENCE.  AND THERE'S ALSO THAT DOCUMENT IN YOUR BINDER,

01:12:11   5   DR. CHASE, IF YOU WANT TO LOOK AT IT.

01:12:14   6        CAN YOU PLEASE DESCRIBE FOR THE JURY WHAT EXACTLY THIS

01:12:18   7   DOCUMENT IS THAT WE ARE LOOKING AT?

01:12:19   8   A.   WELL, THIS IS A DOCUMENT FROM ARISTA.  ARISTA GIVES IT TO

01:12:23   9   CUSTOMERS, ACTUALLY IT'S ON THE WEB, ANYBODY CAN LOOK AT IT.

01:12:26  10        AND IT EXPLAINS -- IT'S CALLED "UNDERSTANDING EOS CLI

01:12:31  11   IMPLEMENTATION."  AND IT EXPLAINS THE IMPLEMENTATION OF THE CLI

01:12:36  12   IN ARISTA'S PRODUCT.  AND IN PARTICULAR, HOW TO EXTEND THAT CLI

01:12:43  13   BY ADDING PLUG-INS TO THE CLI SYSTEM.

01:12:46  14   Q.   AND NOW LET'S GO TO THE LAST PAGE OF THE DOCUMENT, PAGE 9.

01:12:50  15        AND THERE IS A SUBHEADING THERE CALLED "BEHAVIOR."  LET'S

01:12:56  16   BLOW THAT UP, PLEASE.

01:12:57  17        AND FIRST, DR. CHASE, COULD YOU PLEASE READ THAT FIRST

01:13:01  18   SENTENCE UNDER THE HEADING "BEHAVIOR."

01:13:03  19   A.   IT SAYS, "AN ACTION IS THE FUNCTION THAT IS CALLED WITH

01:13:07  20   WHEN A COMPLETE CLI COMMAND IS EXECUTED AND IT CARRIES OUT THE

01:13:13  21   COMMAND."

01:13:14  22   Q.   AND CAN YOU EXPLAIN WHAT THE SIGNIFICANCE OF THAT SENTENCE

01:13:16  23   IS?

01:13:16  24   A.   WELL, WHAT IT'S SAYING IS THAT THE CLI PARSER IN ARISTA'S

01:13:21  25   PRODUCT ASSIGNS AN ACTION FOR A COMPLETE CLI COMMAND.  AND THAT

01:13:28   1    WHEN THE COMPLETE CLI COMMAND HAS BEEN PARSED THEN AT THAT TIME

01:13:33   2    THIS ACTION HAS BEEN PERFORMED.

01:13:34   3    Q.   DOES IT SAY THAT HERE OR ANYWHERE ELSE IN THE DOCUMENT

01:13:37   4    THAT ACTIONS ARE ASSIGNED TO PARTICULAR WORDS WITHIN THE CLI

01:13:42   5    COMMAND?

01:13:42   6    A.   NO.

01:13:43   7    Q.   OKAY.  AND HAVE YOU REVIEWED THE SOURCE CODE RELEVANT TO

01:13:52   8    THIS SECTION IN THE DOCUMENT?

01:13:53   9    A.   YES.

01:13:54   10   Q.   AND IS THE SOURCE CODE CONSISTENT OR INCONSISTENT WITH THE

01:13:57   11   DESCRIPTION GIVEN HERE?

01:13:57   12   A.   IT'S CONSISTENT.  I CAN SEE THAT IT DOESN'T ASSIGN A

01:14:00   13   COMMAND ACTION TO INDIVIDUAL WORDS OR TOKENS, IT ASSIGNS THEM

01:14:05   14   ONLY FOR COMPLETE COMMANDS.

01:14:06   15   Q.   OKAY.  LET'S GO ON TO SLIDE 20.

01:14:16   16        NOW DR. CHASE, IF WE COULD BLOW UP THE TEXT THERE, IF

01:14:20   17   THAT'S POSSIBLE, THAT WOULD BE HELPFUL.

01:14:27   18        SO THIS LOOKS LIKE THE EOS COMMAND LINE, LET ME JUST START

01:14:30   19   WITH THE BASIC QUESTION WHICH IS, DO YOU KNOW HOW THIS DOCUMENT

01:14:34   20   WAS GENERATED?

01:14:35   21   A.   YES, I GENERATED THIS DOCUMENT BY PERFORMING AN EXPERIMENT

01:14:39   22   TYPING SOME COMMANDS INTO THE EOS SYSTEM.

01:14:43   23   Q.   OKAY.  AND CAN YOU PLEASE DESCRIBE THE EXPERIMENT AND WHY

01:14:46   24   YOU DID IT?

01:14:47   25   A.   WELL, IN THIS CASE I JUST TYPED THE SINGLE WORD "SHOW" AND

01:14:55  1    ENTERED IT AS A COMMAND.  NOW "SHOW" IS A VALID COMMAND WORD.

01:14:58  2    IT'S THE FIRST WORD OF MANY COMMANDS, ACTUALLY, BUT BY ITSELF,

01:15:03  3    IT'S NOT A COMPLETE COMMAND.

01:15:04  4        AND THE SYSTEM RESPONDS INCOMPLETE COMMAND.  SO I CAN --

01:15:08  5    I'VE LOOKED AT THE CODE AND I CAN SEE THAT THIS IS AN ERROR

01:15:11  6    MESSAGE FROM THE PARSER.  AND IT'S, YOU KNOW, THE ERROR MESSAGE

01:15:16  7    SHOWS THAT IT KNOWS THAT SHOW IS A VALID COMMAND WORD, BUT

01:15:19  8    THERE'S JUST -- IT DOESN'T HAVE ENOUGH TO BE A COMPLETE

01:15:23  9    COMMAND.

01:15:26  10       AND IF THE EOS SYSTEM WERE PRACTICING THE PATENT AND IF IT

01:15:30  11   REALLY DID HAVE AN ACTION FOR EVERY COMMAND WORD, THEN WHEN I

01:15:34  12   ENTER JUST THIS WORD, IT SHOULD BE ABLE TO PERFORM THIS ACTION

01:15:38  13   TO ISSUE THE PRESCRIBED COMMAND.  BUT IT DOESN'T, IT JUST GIVES

01:15:42  14   AN ERROR MESSAGE.

01:15:43  15   Q.   SO THIS IS AN EXAMPLE FROM THE USER BEHAVIOR PERSPECTIVE.

01:15:47  16       DID YOU CHECK UNDER THE HOOD TO SEE WHETHER OR NOT THE

01:15:50  17   SOURCE CODE IS ACTUALLY ASSIGNING A COMMAND ACTION VALUE TO THE

01:15:55  18   SINGLE WORD SHOW?

01:15:56  19   A.   YES, AND IT DOES NOT.

01:15:58  20   Q.   OKAY.  LET'S GO ON TO SLIDE 22, PLEASE.

01:16:09  21       AND WE'RE LOOKING NOW AT SYSTEM FROM DR. JEFFAY, AND THE

01:16:13  22   CITATION IS THE TRIAL TRANSCRIPT, PAGE 1514, LINES 8 TO 15.

01:16:18  23       AND DR. CHASE, WHAT'S THE SIGNIFICANCE OF THIS TESTIMONY

01:16:21  24   FROM DR. JEFFAY?

01:16:23  25   A.   WELL, THIS JUST SAYS THAT DR. JEFFAY AGREES THAT THE

01:16:29  1    SYSTEM TAKES NO ACTION, ASSIGNS NO COMMAND ACTION VALUE IN THE

01:16:36  2    CASE OF A COMMAND THAT IS JUST THE SINGLE WORD "SHOW."

01:16:40  3    Q.   OKAY.  NOW LET'S GO ON TO SLIDE 26.  -- ACTUALLY, LET'S DO

01:16:50  4    SLIDE 25, FIRST, WHICH IS SLIGHTLY DIFFERENT.

01:16:52  5         NOW IF YOU ARE RIGHT THAT EOS ONLY ASSIGNS COMMAND ACTION

01:16:57  6    VALUES ON THE COMMAND LEVEL AND NOT ON THE WORD LEVEL, WHAT IS

01:17:00  7    THE CONSEQUENCE FOR THE ISSUE OF INFRINGEMENT.

01:17:05  8    A.   WELL THAT WOULD MEAN THAT ELEMENT 1.3 OF THE CLAIM HERE IS

01:17:09  9    NOT MET.

01:17:11  10        AND AGAIN, IF EVEN ONE ELEMENT OF THE CLAIM IS NOT MET,

01:17:14  11   THEN ARISTA DOESN'T INFRINGE THE -- DOESN'T ANYONE CISCO'S

01:17:19  12   PATENT.

01:17:19  13   Q.   OKAY.  LET'S GO TO SLIDE 26, NOW.

01:17:22  14        AND WHAT DOES THIS SLIDE SHOW, DR. CHASE?

01:17:26  15   A.   WELL, THIS JUST SHOWS, I ARGUED PREVIOUSLY BEFORE LUNCH,

01:17:31  16   THAT THE FIRST AND LAST ELEMENTS OF THE CLAIM ARE ALSO NOT MET.

01:17:34  17        SO THAT WOULD BE THREE ELEMENTS IN ALL THAT I ARGUED ARE

01:17:37  18   NOT MET.

01:17:38  19   Q.   OKAY.  AND YOU MADE TWO SEPARATE POINTS TODAY, ONE ABOUT

01:17:41  20   EOS NOT HAVING MANAGEMENT PROGRAMS, AND ANOTHER ONE THAT EOS

01:17:44  21   DOES NOT ASSIGN A COMMAND ACTION VALUE TO EVERY SINGLE COMMAND

01:17:48  22   WORD.

01:17:49  23        ARE THOSE TWO POINTS INDEPENDENT OF EACH OTHER OR DO THEY

01:17:52  24   RELY ON EACH OTHER?

01:17:54  25   A.   THEY ARE INDEPENDENT.

01:17:55  1    Q.   SO EITHER ONE WOULD BE SUFFICIENT TO SHOW NONINFRINGEMENT?

01:17:58  2    A.   RIGHT, EITHER ONE.

01:18:00  3    Q.   OKAY.  LET'S TAKE DOWN THE SLIDE, PLEASE.  I JUST HAVE A

01:18:03  4    COUPLE MORE QUESTIONS.

01:18:05  5         NOW I WANT TO PIVOT AWAY FROM THE ISSUE OF INFRINGEMENT

01:18:07  6    AND TALK ABOUT A SEPARATE TOPIC, THE TOPIC ABOUT DESIGN-AROUND.

01:18:13  7    A.   YES.

01:18:13  8    Q.   NOW THAT'S AN ISSUE RELATED TO DAMAGES.

01:18:16  9         DID YOU PRESENT AN OPINION WITH RESPECT TO THE ISSUE OF

01:18:20 10    DESIGN-AROUND, DR. CHASE?

01:18:22 11    A.   YES.

01:18:23 12    Q.   AND COULD YOU PLEASE EXPLAIN TO THE JURY THE LEGAL

01:18:26 13    FRAMEWORK UNDER WHICH YOU WERE OPERATING WHEN YOU PRESENTED THE

01:18:29 14    DESIGN AROUND?

01:18:31 15    A.   SURE.

01:18:32 16    Q.   WELL, I'VE JUST SAID THAT I BELIEVE THAT ARISTA DOES NOT

01:18:35 17    INFRINGE CISCO'S PATENT.

01:18:41 18         BUT THE PURPOSE OF A DESIGN-AROUND ANALYSIS, I'M ASKED TO

01:18:45 19    ASSUME THAT MAYBE YOU FIND THAT THEY DO INFRINGE CISCO'S

01:18:48 20    PATENT.

01:18:48 21         AND SO THE PURPOSE OF A DESIGN AROUND ANALYSIS IS TO

01:18:52 22    PROPOSE WAYS THAT ARISTA COULD MODIFY ITS SYSTEM IN ORDER TO

01:18:56 23    AVOID INFRINGING THE PATENT, TO CHANGE IT SO THAT IT DOESN'T

01:18:59 24    INFRINGE.

01:19:00 25    Q.   OKAY.  AND WERE YOU ABLE TO IDENTIFY ANY DESIGN-AROUNDS

01:19:04   1    THAT YOU COULD DESCRIBE IN COURT TODAY?

01:19:05   2    A.   YES.

01:19:06   3    Q.   OKAY.  AND WHY DON'T YOU DESCRIBE ONE OF THE

01:19:09   4    DESIGN-AROUNDS YOU CAME UP WITH?

01:19:10   5    A.   WELL, THE PATENT REQUIRES THESE MANAGEMENT PROGRAMS, AND

01:19:14   6    THE MANAGEMENT PROGRAMS EXECUTE COMMANDS IN THEIR OWN FORMATS.

01:19:19   7    THE GENERIC COMMAND LANGUAGE IS AN ABSTRACTION OVER THOSE

01:19:24   8    FORMATS.

01:19:25   9        SO ONE DESIGN-AROUND WOULD BE TO CHANGE THE ACCUSED

01:19:28   10   MANAGEMENT PROGRAMS.  IN THIS CASE, THE EOS AGENTS, SO THAT

01:19:32   11   THEY EXECUTE COMMANDS IN THE FORMAT OF THE CLI COMMAND LANGUAGE

01:19:37   12   INSTEAD OF IN THEIR OWN FORMATS.

01:19:39   13   Q.   AND WHY WOULD THAT DESIGN-AROUND AVOID INFRINGEMENT OF THE

01:19:44   14   PATENT, ASSUMING THAT THERE IS INFRINGEMENT OF THE PATENT?

01:19:49   15   A.   WELL, THEN THERE WOULD BE NO NEED FOR THE PARSER

01:19:52   16   TRANSLATOR TO TRANSLATE THE GENERIC COMMAND INTO A PRESCRIBED

01:19:54   17   COMMAND.  AND THE GENERIC COMMAND WOULD BE SUFFICIENT.

01:19:57   18   Q.   AND WHY DO YOU BELIEVE THIS WOULD BE A FEASIBLE SOLUTION

01:20:01   19   FOR ARISTA TO IMPLEMENT?

01:20:02   20   A.   WELL, THE EOS AGENTS, THE AGENTS ARE IMPORTANT PARTS OF

01:20:06   21   THE EOS PLATFORM.  BUT THEY ARE ALL CODE THAT ARISTA HAS

01:20:10   22   WRITTEN, IT'S ARISTA'S OWN CODE.  SO THEY CAN MAKE THOSE

01:20:17   23   CHANGES.

01:20:17   24       AND THE CHANGE THAT THEY WOULD HAVE TO MAKE WOULDN'T

01:20:20   25   CHANGE THE FUNCTION OF THE AGENTS AT ALL.  THAT'S THE HARD PART

01:20:22  1    IS WHAT THE AGENTS DO TO MANAGE THE SWITCH.  IT WOULD ONLY

01:20:25  2    CHANGE THE INTERFACE TO THOSE AGENTS, THAT IS, WHAT YOU HAVE TO

01:20:28  3    SAY TO THE AGENTS TO GET THEM TO DO THOSE FUNCTIONS.

01:20:33  4    Q.   SO I GUESS BEFORE WE STEP OFF OF THIS POINT, I DO JUST

01:20:37  5    WANT TO CONFIRM, YOUR TESTIMONY THOUGH, DR. CHASE, IS THAT YOU

01:20:40  6    DON'T BELIEVE THAT THE ARISTA SYSTEM INFRINGES, CORRECT?

01:20:42  7    A.   RIGHT.  I BELIEVE THAT THERE IS NO INFRINGEMENT HERE.

01:20:45  8    Q.   OKAY.  LAST POINT THAT I WANT TO TALK ABOUT, THIS IS THE

01:20:49  9    ISSUE OF IOS XR.  THAT IS THE PRODUCT THAT DR. JEFFAY

01:20:58  10   TESTIFIED, CISCO OWN PRODUCT THAT PRACTICES THE '526 PATENT.

01:21:03  11        NOW DR. JEFFAY TESTIFIED THAT YOU DID NOT DISPUTE HIS

01:21:07  12   OPINION THAT IOS XR, THE CISCO PRODUCT, PRACTICES THE PATENT.

01:21:12  13        SO I JUST WANT TO BE VERY CLEAR ABOUT WHAT YOU DID DO AND

01:21:16  14   WHAT YOU DIDN'T DO IN YOUR ANALYSIS.

01:21:20  15        AT ANY POINT, DID YOU EVALUATE DR. JEFFAY'S OPINION ABOUT

01:21:24  16   IOS XR AND PROVIDE YOUR OWN OPINION THAT YOU AGREE WITH HIM?

01:21:28  17   A.   NO.

01:21:29  18   Q.   AND DID YOU, IN FACT, OFFER ANY OPINION AS TO THE ISSUE OF

01:21:34  19   WHETHER OR NOT CISCO IOS XR PRACTICES THE PATENT?

01:21:39  20   A.   NO.  I WAS ASKED TO LOOK AT INFRINGEMENT.  THE

01:21:44  21   INFRINGEMENT QUESTION.  THIS QUESTION OF WHETHER CISCO

01:21:47  22   PRACTICES ITS OWN PATENT HAS NOTHING TO DO WITH INFRINGEMENT,

01:21:51  23   AND I DIDN'T LOOK AT THAT, I DIDN'T OFFER ANY OPINIONS.

01:21:54  24        SO ANYTHING THAT DR. JEFFAY IS SAYING THERE IS SOMETHING

01:21:56  25   THAT DR. JEFFAY IS SAYING AND NOT ANYTHING THAT I HAVE AGREED

01:21:59   1       WITH.

01:22:00   2                   MR. KRISHNAN:  OKAY.  NO FURTHER QUESTIONS,

01:22:02   3       YOUR HONOR.

01:22:03   4                   THE COURT:  THANK YOU.

01:22:05   5            MR. JAFFE, THIS IS YOUR WITNESS.

01:22:11   6                         **CROSS-EXAMINATION**

01:22:12   7       BY MR. JAFFE:

01:22:34   8       Q.   GOOD AFTERNOON, DR. CHASE.

01:22:35   9       A.   GOOD AFTERNOON.

01:22:35  10       Q.   GOOD TO SEE YOU AGAIN.

01:22:37  11       A.   IT'S A PLEASURE.

01:22:38  12       Q.   I HOPE YOU GOT YOUR SODA AT LUNCH.

01:22:41  13       A.   I DRINK WATER.

01:22:42  14       Q.   GOOD.

01:22:44  15            SO I JUST WANT TO START WHERE YOU BEGAN IN TERMS OF YOUR

01:22:48  16       TESTIMONY.  YOU'VE PUT IN TWO BASIC OPINIONS ON

01:22:53  17       NONINFRINGEMENT; IS THAT RIGHT?

01:22:53  18       A.   YES.

01:22:53  19       Q.   OKAY.  AND BECAUSE OF THOSE TWO OPINIONS, YOU OPINED

01:22:58  20       DURING YOUR TESTIMONY TODAY THAT THREE LIMITATIONS OF CLAIMS 1

01:23:02  21       AND 14 AREN'T MET BY ARISTA'S PRODUCTS; IS THAT RIGHT?

01:23:05  22       A.   THAT'S CORRECT.

01:23:05  23       Q.   SO FOR PURPOSES OF YOUR TESTIMONY TODAY, JUST TO KIND OF

01:23:10  24       DEFINE WHERE WE ARE, YOU DIDN'T PUT ANY TESTIMONY IN DISPUTING

01:23:15  25       ANY OTHER CLAIM LIMITATIONS; RIGHT?

01:23:16  1      A.   NOT IN MY TESTIMONY HERE.

01:23:20  2      Q.   OKAY.  SO MR. FISHER, IF WE CAN PUT UP SLIDE 3 FROM

01:23:28  3      DR. CHASE'S DECK.

01:23:31  4           SO LOOKING AT, AND AGAIN, THIS IS YOUR SLIDE FROM YOUR

01:23:34  5      DIRECT PRESENTATION; RIGHT?

01:23:36  6      A.   YES.

01:23:37  7      Q.   OKAY.  SO YOU DIDN'T PUT IN ANY TESTIMONY OR OPINIONS

01:23:41  8      ABOUT WHETHER ARISTA'S PRODUCTS RECEIVE A GENERIC COMMAND FROM

01:23:44  9      THE USER; RIGHT?

01:23:45  10     A.   NO, I DID NOT.

01:23:46  11     Q.   AND YOU DIDN'T PUT IN ANY OPINIONS REGARDING WHETHER

01:23:49  12     ARISTA'S PRODUCTS VALIDATE THE GENERIC COMMAND BASED ON A

01:23:53  13     COMMAND PARSE TREE, AND IT CONTINUES FROM THERE; IS THAT RIGHT?

01:23:56  14     A.   NO, I DID NOT.

01:23:57  15     Q.   AND YOU DIDN'T DISPUTE DR. JEFFAY'S OPINION THAT ARISTA'S

01:24:01  16     PRODUCTS PERFORM STEP 1.4, THE VALIDATING STEP; RIGHT?

01:24:06  17     A.   NO, I DID NOT.

01:24:07  18     Q.   ALL RIGHT.  LET'S TURN BACK TO THE OPINIONS THAT YOU DID

01:24:10  19     OFFER NOW THAT WE'VE KIND OF CLARIFIED THE SCOPE OF THIS

01:24:13  20     DISPUTE.

01:24:13  21          YOU WERE HERE FOR DR. JEFFAY'S TESTIMONY; RIGHT?

01:24:18  22     A.   YES.

01:24:18  23     Q.   AND DR. JEFFAY IDENTIFIES AGENTS IN EOS BROADLY AS A CLASS

01:24:24  24     AS MANAGEMENT PROGRAMS; RIGHT?

01:24:27  25     A.   YES.

01:24:29  1    Q.  AND YOUR FIRST OPINION, IF WE CAN JUST PUT UP SLIDE IT

01:24:33  2    WOULD HAVE DR. CHASE'S SLIDE PRESENTATION AGAIN, IS THAT THE

01:24:35  3    EOS AGENTS ARE NOT MANAGEMENT PROGRAMS; RIGHT?

01:24:38  4    A.  YES, AND I UNDERSTOOD DR. JEFFAY TO BE ACCUSING

01:24:41  5    SPECIFICALLY EOS AGENTS.

01:24:43  6    Q.  OKAY.  MANAGEMENT PROGRAMS, THAT'S A CLAIM TERM IN THE

01:24:47  7    '526 PATENT; RIGHT?

01:24:48  8    A.  YES.

01:24:49  9    Q.  AND THE COURT HAS PROVIDED US A DEFINITION FOR WHAT

01:24:53  10   MANAGEMENT PROGRAMS MEANS; RIGHT?

01:24:55  11   A.  YES.

01:24:56  12   Q.  AND IF WE CAN LOOK AT YOUR SLIDE 6, WE CAN SEE THAT YOU

01:24:59  13   ACTUALLY LAID THIS OUT HERE, THE COURT'S CONSTRUCTION OF

01:25:02  14   MANAGEMENT PROGRAMS.

01:25:04  15       DO YOU SEE THAT?

01:25:05  16   A.  YES.

01:25:05  17   Q.  AND WHEN YOU WERE LOOKING AT WHETHER ARISTA'S PRODUCTS

01:25:11  18   CONTAINED MANAGEMENT PROGRAMS, YOU USED THE DEFINITION PROVIDED

01:25:13  19   BY THE COURT HERE; RIGHT?

01:25:14  20   A.  CERTAINLY.

01:25:15  21   Q.  SO IF THE AGENTS IN EOS, IF THEY MET THIS DEFINITION OF

01:25:19  22   MANAGEMENT PROGRAM, YOU WOULD AGREE THEN THAT ARISTA'S PRODUCTS

01:25:24  23   INCLUDE MANAGEMENT PROGRAMS; RIGHT?

01:25:26  24   A.  YES.

01:25:26  25   Q.  AND THE COURT'S CLAIM CONSTRUCTION, I JUST WANT TO FOCUS

01:25:30   1      IN ON ONE WORD, IT ACTUALLY SAYS "AGENTS" IN THE DEFINITION;

01:25:33   2      RIGHT?

01:25:33   3      A.   IT DOES.

01:25:34   4      Q.   OKAY.  BUT YOUR OPINION IS THAT THE AGENTS THAT ARE IN

01:25:38   5      EOS, THEY ARE NOT AGENTS; RIGHT?

01:25:39   6      A.   I DIDN'T SAY THAT.

01:25:43   7      Q.   YOUR OPINION IS THAT THE EOS AGENTS ARE NOT AGENTS, AS

01:25:47   8      DEFINED IN THIS CLAIM CONSTRUCTION; RIGHT?

01:25:49   9      A.   WELL, THAT'S NOT THE ONLY PART OF THE COURT'S

01:25:54   10     CONSTRUCTION.

01:25:55   11     Q.   OKAY.

01:25:56   12     A.   SO EVEN IF THEY ARE, IF THE MEANING OF "AGENTS" IN THAT

01:26:01   13     SENTENCE IS THE SAME AS THE TERM "AGENTS" FOR EOS AGENTS, THAT

01:26:05   14     STILL IS IT NOT ENOUGH FOR THEM TO QUALIFY AS MANAGEMENT

01:26:09   15     PROGRAMS UNDER THAT CONSTRUCTION.

01:26:10   16     Q.   OKAY.  SO LET'S TAKE A STEP BACK AND TALK ABOUT SOME OF

01:26:13   17     YOUR OPINIONS ABOUT MANAGEMENT PROGRAMS, OKAY?

01:26:18   18     A.   YES.

01:26:18   19     Q.   I TOOK YOUR DEPOSITION EARLIER IN THIS MATTER; RIGHT?

01:26:21   20     A.   YES, I RECALL THAT.

01:26:22   21     Q.   AND YOU REMEMBER WHEN I ASKED YOU AT YOUR DEPOSITION IF

01:26:24   22     YOU COULD IDENTIFY ANY MANAGEMENT PROGRAMS THAT EXISTED IN THE

01:26:27   23     MARKETPLACE TODAY, THAT WOULD FIT THIS COURT'S DEFINITION, YOU

01:26:31   24     COULDN'T COME UP WITH ANY; RIGHT?

01:26:33   25     A.   I THINK THAT'S ACCURATE.

01:26:38    1    Q.   AND THEN I ASKED YOU, COULD YOU COME UP WITH A MANAGEMENT

01:26:40    2    PROGRAM THAT EXISTED HISTORICALLY, AND YOU ALSO COULDN'T NAME

01:26:43    3    ONE; RIGHT?

01:26:44    4    A.   I WOULDN'T NAME ONE, YES.

01:26:47    5    Q.   AND IN FACT, I ASKED YOU IF YOU WERE AWARE OF ANY

01:26:50    6    PARTICULAR MANAGEMENT THAT HAS EXISTED EVER, AND YOU COULDN'T

01:26:54    7    NAME ONE; RIGHT?

01:26:55    8    A.   THAT'S TRUE.  I JUST WANT TO BE CLEAR THAT THE QUESTION OF

01:26:57    9    WHETHER SOMETHING IS A MANAGEMENT PROGRAM UNDER THE PATENT,

01:27:01   10    IT'S A DIFFICULT QUESTION, IT'S A SUBJECTIVE QUESTION.

01:27:04   11         DR. JEFFAY AND I AGREE ON THAT.  AND I DECLINED TO OFFER

01:27:11   12    OPINIONS ABOUT WHETHER IS OR IS NOT A MANAGEMENT PROGRAM

01:27:14   13    OUTSIDE OF THE PARTICULAR ASSERTIONS THAT WERE MADE BY

01:27:19   14    DR. JEFFAY.

01:27:20   15    Q.   SIR, YOU CAN'T IDENTIFY ANY PARTICULAR MANAGEMENT PROGRAM

01:27:22   16    THAT HAS EVER EXISTED; RIGHT?

01:27:24   17    A.   SURE.

01:27:24   18    Q.   ALL RIGHT.  LET'S TALK A LITTLE BIT ABOUT THE AGENTS IN

01:27:29   19    EOS?

01:27:29   20    A.   SURE.

01:27:30   21    Q.   YOU AGREE THAT ARISTA HAS WHAT YOU CALL EOS AGENTS; RIGHT?

01:27:34   22    A.   YES.

01:27:34   23    Q.   AND YOU HEARD THE CORPORATE TESTIMONY OF MR. ADAM SWEENEY

01:27:39   24    FROM ARISTA?

01:27:39   25    A.   YES.

01:27:40  1    Q.   AND HE TESTIFIED THAT ONE OF THE THINGS THAT THESE AGENTS

01:27:44  2    IN EOS DO IS MANAGE THE STATE OF THE SWITCH, AND I BELIEVE YOU

01:27:47  3    TESTIFIED TO THIS EFFECT ON YOUR DIRECT; RIGHT?

01:27:49  4    A.   YES.

01:27:49  5    Q.   OKAY.  AND YOU ARE NOT DISPUTING MR. SWEENEY'S SWORN

01:27:53  6    TESTIMONY ABOUT HOW THE AGENTS IN EOS WORK; RIGHT?

01:27:55  7    A.   NO.

01:27:56  8    Q.   ONE OF THE OTHER THINGS THAT MR. SWEENEY SAID WAS THAT

01:28:02  9    AGENTS IS ANOTHER NAME FOR A PROCESS IN EOS; RIGHT?

01:28:05 10    A.   I RECALL HIM SAYING THAT AGENTS ARE PROCESSES.  I DO NOT

01:28:12 11    RECALL HIM SAYING THAT ALL PROCESSES ARE AGENTS.

01:28:14 12    Q.   OKAY.  LET'S TAKE A LOOK AT WHAT MR. SWEENEY SAID, AND

01:28:17 13    THIS IS TESTIMONY THAT'S ALREADY BEEN PLAYED AT TRIAL.  THIS IS

01:28:21 14    FROM HIS DEPOSITION, IT'S 538, LINE 16 THROUGH 19.

01:28:29 15         DO YOU SEE THE TESTIMONY THAT WE JUST PUT UP HERE ON THE

01:28:32 16    SCREEN FROM MR. SWEENEY?

01:28:33 17    A.   YES.

01:28:34 18    Q.   AND HE SAYS?

01:28:36 19         "QUESTION:  YOU MENTIONED AGENTS.  WHAT ARE AGENTS IN

01:28:39 20    EOS?"

01:28:40 21         DO YOU SEE THAT?

01:28:41 22    A.   YES.

01:28:41 23    Q.   AND HIS ANSWER WAS:

01:28:43 24         "AN AGENT IS, IS ANOTHER NAME FOR OUR PROCESS, REALLY."

01:28:47 25         RIGHT?

01:28:48  1     A.   YES.

01:28:48  2          I DON'T BELIEVE THAT MR. SWEENEY MEANT OR WHETHER

01:28:51  3     MR. SWEENEY BELIEVES THAT EVERY PROCESS IN THE EOS SYSTEM IS AN

01:28:54  4     AGENT.

01:28:54  5     Q.   YOU ARE NOT DISPUTING MR. SWEENEY'S TESTIMONY; RIGHT?

01:28:57  6     A.   NO.

01:28:58  7     Q.   OKAY.  SO "AGENTS" IS JUST ANOTHER NAME FOR "PROCESS,"

01:29:02  8     ACCORDING TO MR. SWEENEY; RIGHT?

01:29:04  9     A.   THOSE ARE THE WORDS THAT MR. SWEENEY USED, YES.

01:29:07  10    Q.   AND IN FACT, IN ARISTA'S OWN DOCUMENTS IT SAYS THAT AGENTS

01:29:11  11    IN EOS ARE JUST REGULAR LINUX PROCESSES; RIGHT?

01:29:15  12    A.   YES.  AGAIN, AGENTS ARE REGULAR LINUX PROCESSES, BUT

01:29:20  13    PROCESS IS NOT AN AGENT.  THERE ARE OTHER KINDS OF PROCESSES.

01:29:26  14    Q.   IN ARISTA'S DOCUMENTS, THEY ALSO SAY AGENTS IN EOS ARE

01:29:29  15    STANDARD LINUX PROCESSES; RIGHT?

01:29:32  16    A.   YES.

01:29:33  17    Q.   OKAY.  NOW IF WE USE THE DEFINITION THAT ARISTA USES, AND

01:29:39  18    MR. SWEENEY USED FOR "AGENTS" AS PROCESSES -- ARE YOU WITH ME?

01:29:45  19    A.   YOU ARE ASKING ME TO ASSUME THAT EVERY PROCESS IS AN

01:29:48  20    AGENT?

01:29:48  21    Q.   YES.

01:29:49  22    A.   OKAY.

01:29:51  23    Q.   OKAY.  YOU WOULD AGREE THAT DR. JEFFAY HAS ONLY ACCUSED

01:29:55  24    FUNCTIONS THAT RUN AS SEPARATE PROCESSES, AS MANAGEMENT

01:29:58  25    PROGRAMS; RIGHT?

01:29:59  1      A.   I WOULD AGREE TO THAT, YES.

01:30:01  2      Q.   SO IF WE TAKE THIS DEFINITION OF AGENTS, WHICH IS AGENTS

01:30:04  3      ARE JUST PROCESSES, YOU WOULD AGREE THAT DR. JEFFAY HAS

01:30:09  4      IDENTIFIED AGENTS AS THE COURT DEFINES IT; RIGHT?

01:30:11  5      A.   WELL, IN HIS EXPERT REPORT AND IN HIS DEPOSITION,

01:30:14  6      DR. JEFFAY WAS VERY CLEAR AT SOME LENGTH, THAT WHAT HE WAS

01:30:20  7      ACCUSING AS AGENTS ARE THE EOS AGENTS.  I BELIEVE HE WAS VERY

01:30:23  8      CLEAR ABOUT THAT IN HIS DIRECT TESTIMONY AS WELL.

01:30:26  9      Q.   OKAY.  WELL, LET'S TALK ABOUT EOS AGENTS UNDER YOUR

01:30:29  10     DEFINITION THEN.

01:30:30  11          MR. SWEENEY, AGAIN, HE TESTIFIED, AND YOU'RE AWARE THAT

01:30:34  12     THERE'S SOMETHING CALLED AN SNMP AGENT IN THE EOS?

01:30:37  13     A.   YES.

01:30:37  14     Q.   OKAY.  AND WHAT DOES THAT STAND FOR?

01:30:39  15     A.   SIMPLE NETWORK MANAGEMENT PROTOCOL.  IT'S ANOTHER ONE OF

01:30:45  16     THOSE PROTOCOL ACRONYMS.

01:30:46  17     Q.   OKAY.  AND YOU ARE ALSO AWARE THAT THERE'S AN SNMP AGENT

01:30:49  18     DISCUSSED IN THE BACKGROUND OF THE '526 PATENT TOO; RIGHT?

01:30:53  19     A.   YES.

01:30:54  20     Q.   SO WE HAVE AN SNMP AGENT IN EOS AND WE HAVE ONE DISCUSSED

01:30:58  21     IN THE PATENT; RIGHT?

01:30:59  22     A.   YES.

01:30:59  23     Q.   AND DR. JEFFAY, HE ACTUALLY IDENTIFIED IN ONE OF HIS 77

01:31:04  24     COMMANDS, SOMETHING THAT MENTIONS SNMP TOO; RIGHT?

01:31:09  25     A.   YES, A FEW OF THEM, I BELIEVE.

01:31:11  1    Q.   OKAY.  IF WE CAN SHOW FROM DR. JEFFAY'S PRESENTATION,

01:31:14  2    SLIDE 39, PLEASE.

01:31:19  3         DO YOU SEE HERE ON THE BOTTOM ONE WHERE IT SAYS "SHOW SNMP

01:31:23  4    MIB?"

01:31:24  5    A.   YES.

01:31:24  6    Q.   AND DR. JEFFAY, HE IDENTIFIED A PRESCRIBED COMMAND THAT

01:31:29  7    EXPRESSLY MENTIONS THE SNMP AGENT THAT GOES ALONG WITH THIS

01:31:32  8    GENERIC COMMAND; RIGHT?

01:31:34  9    A.   YES.

01:31:35  10   Q.   OKAY.  SO YOU DON'T DISPUTE THAT FOR THIS COMMAND HE'S

01:31:38  11   IDENTIFIED AN SNMP AGENT; RIGHT?

01:31:40  12   A.   I DON'T THINK HE HAS SHOWN THAT THE SNMP AGENT NECESSARILY

01:31:45  13   PLAYS ANY ROLE IN THE EXECUTION OF THIS COMMAND.

01:31:48  14        AND THERE'S A SIMILAR -- I MEAN, THIS COMMAND IS GOING TO

01:31:52  15   FETCH INFORMATION FROM THE SNMP MANAGEMENT INFORMATION BASE.

01:31:56  16   THERE MAY BE AN AGENT WHO MAINTAINS THAT, BUT THAT STATE IS

01:32:01  17   STORED IN SYSDB, AND THE AGENT DOESN'T NECESSARILY HAVE TO BE

01:32:05  18   INVOLVED AT ALL IN PROVIDING THAT INFORMATION.

01:32:07  19        AND I SHOWED ANALYSIS FOR A SIMILAR KIND OF COMMAND WITH

01:32:09  20   RESPECT TO SHOWING "OPENFLOW STATE," "SHOW OPENFLOW FLOWS."

01:32:14  21   BUT I HAVE NOT ANALYZED THIS PARTICULAR COMMAND.  AND

01:32:19  22   DR. JEFFAY HASN'T PRESENTED ANY ANALYSIS TO ME ABOUT IT.

01:32:22  23   Q.   OKAY.  LET'S LOOK -- IF WE CAN LOOK AT EXHIBIT 599, WHICH

01:32:26  24   IS ALREADY IN EVIDENCE.  IT'S ALSO IN YOUR BINDER, DR. CHASE.

01:32:33  25        AND I WANT TO FOCUS ON A COMMAND THAT WE HAVE BEEN TALKING

01:32:37  1    ABOUT WHICH IS "SHOW SNMP MIB."

01:32:52  2        ARE YOU THERE?

01:32:53  3    A.   YES.

01:32:54  4    Q.   OKAY.  SO YOU SEE THE "SHOW SNMP MIB" GENERIC COMMAND THAT

01:33:00  5    WE WERE JUST TALKING ABOUT?

01:33:01  6    A.   YES.

01:33:01  7    Q.   AND IF YOU LOOK AT THE IDENTIFIED PRESCRIBED COMMAND, IT

01:33:05  8    SAYS "SNMP AGENT" RIGHT THERE IN THE PRESCRIBED COMMAND,

01:33:07  9    DOESN'T IT?

01:33:08  10   A.   WELL, OF COURSE.  AGENT IS A TERM THAT'S USED IN THE

01:33:11  11   CONTEXT OF SNMP INDEPENDENT OF ANY USE OF THE TERM AGENT IN

01:33:17  12   EOS, AND CERTAINLY THE PRESENCE OF SNMP AGENT IN THE PATENT,

01:33:21  13   WHICH PREDATES EOS BY A FEW YEARS IS EVIDENCE OF THAT.

01:33:27  14       SO THIS IS NOT NECESSARILY REFERRING TO IT, TO AN EOS

01:33:32  15   AGENT.

01:33:32  16   Q.   SO THIS IS AN INSTANCE WHERE IT USES THE WORD AGENT BUT

01:33:35  17   IT'S NOT ACTUALLY TALKING ABOUT THE WORD AGENT; RIGHT?

01:33:39  18   A.   I HAVEN'T DONE AN ANALYSIS ON THAT POINT, BUT I DON'T

01:33:42  19   BELIEVE THAT IT IS.  AGENT IS A VERY COMMON TERM IN THE CONTEXT

01:33:45  20   OF SNMP.

01:33:47  21   Q.   I SEE.  SO YOU HAVEN'T ACTUALLY LOOKED AT THE SOURCE CODE

01:33:49  22   FOR THIS COMMAND; RIGHT?

01:33:50  23   A.   I BELIEVE THAT THIS PRESCRIBED COMMAND IS ACTUALLY A

01:33:54  24   STANDARD LINUX COMMAND BUT I HAVE NOT ANALYZED IT.

01:33:57  25   Q.   AGAIN, JUST TO BE CLEAR, YOU HAVEN'T LOOKED AT THE SOURCE

01:34:00   1    CODE FOR THIS COMMAND; RIGHT?

01:34:01   2    A.   I HAVE NOT LOOKED AT THE SOURCE CODE FOR THE PROGRAM

01:34:04   3    CALLED SNMP BULK WALK.

01:34:07   4    Q.   AND IF WE LOOK IN THE RIGHT MOST COLUMN, THE FILE THAT IS

01:34:11   5    ACTUALLY CITED BY DR. JEFFAY FOR THIS COMMAND IS AGENT CLI,

01:34:16   6    ISN'T IT?

01:34:16   7    A.   I'M SORRY.  THAT'S NOT BLOWN UP, I CAN'T QUITE SEE IT.

01:34:24   8    Q.   EXCUSE ME.  WRONG ONE.  WE ARE GOING TO SWITCH TO A

01:34:28   9    DIFFERENT ONE.

01:34:29  10         AND THERE'S ONE ABOUT TEN ROWS FROM THE BOTTOM ON 599.

01:34:34  11    AND THAT ONE SAYS "TRACE MONITOR AGENT."

01:34:36  12         DO YOU SEE THAT ROW?

01:34:39  13    A.   YES.

01:34:42  14    Q.   OKAY.  THAT ONE SAYS "AGENT," RIGHT?  IN THE GENERIC

01:34:46  15    COMMAND; RIGHT?

01:34:47  16    A.   YES.

01:34:48  17    Q.   AND NOW IF WE LOOK AT THE THIRD COLUMN WHICH SAYS "AGENT,"

01:34:53  18    THAT SAYS "AGENT CLI;" RIGHT?

01:34:55  19    A.   YES.

01:34:56  20    Q.   NOW LET'S TURN BACK TO THE '526 PATENT ITSELF.

01:35:04  21         IN YOUR OPINION, THE '526 PATENT DOESN'T IDENTIFY ANY

01:35:08  22    SPECIFIC MANAGEMENT PROGRAMS; RIGHT?

01:35:13  23    A.   WELL, THE '526 PATENT HAS THESE APPENDIXES THAT GIVE A LOT

01:35:19  24    OF DETAILS AND EXAMPLES FROM THE SYSTEM THAT THE INVENTOR

01:35:24  25    TALKED ABOUT, THAT WAS THE UCL PRODUCT, THAT THEY HAD DONE AT

01:35:30  1    THEIR COMPANY.

01:35:31  2         AND I THINK THAT IT'S INTENDING TO GIVE EXAMPLES OF

01:35:38  3    MANAGEMENT PROGRAM IN THAT APPENDIX.  I'M NOT FAMILIAR WITH

01:35:43  4    THAT SYSTEM.

01:35:43  5    Q.   OKAY.  LET'S TAKE A LOOK AT WHAT YOU SAID IN YOUR

01:35:46  6    DEPOSITION.  IF YOU COULD LOOK AT PAGE 130, LINES 13

01:35:49  7    THROUGH 17.

01:35:54  8    A.   OF MY DEPOSITION?

01:35:58  9         MR. JAFFE:  YOUR HONOR, MAY I PLAY THE CLIP?

01:36:00  10        THE COURT:  YES.

01:36:06  11        **(THE VIDEO DEPOSITION OF DR. CHASE WAS PLAYED INTO THE**

01:36:26  12   **RECORD.)**

01:36:26  13   Q.   THAT WAS TRUE AND CORRECT TESTIMONY; RIGHT?

01:36:28  14   A.   YES.

01:36:31  15   Q.   AND YOU TESTIFIED EARLIER THAT DR. JEFFAY IDENTIFIED THE

01:36:34  16   AGENTS IN THE EOS BROADLY AS A CLASS AS BEING MANAGEMENT

01:36:38  17   PROGRAMS; RIGHT?

01:36:40  18   A.   YES.

01:36:40  19   Q.   OKAY.  AND KEEP GOING ON THIS EXAMPLE IN THE '526 PATENT,

01:36:48  20   IF WE CAN PULL UP FROM EXHIBIT 95, WHICH IS ALREADY IN

01:36:51  21   EVIDENCE, THE '526 PATENT, APPENDIX PART A, WHICH INCLUDES

01:36:58  22   PRESCRIBED COMMANDS.

01:37:03  23        AND DR. CHASE, WHEN I ASKED YOU AT YOUR DEPOSITION, YOU

01:37:06  24   TESTIFIED THAT YOU DON'T HAVE ENOUGH INFORMATION TO DETERMINE

01:37:10  25   WHETHER ANY OF THE EXAMPLES IN APPENDIX PART A DESCRIBED

CHASE CROSS-EXAM BY MR. JAFFE                              2015

01:37:15  1    GENERIC COMMANDS; RIGHT?

01:37:22  2    A.   THAT'S CORRECT.

01:37:24  3    Q.   AND YOU ALSO CAN'T SAY, AND YOU CAN'T DETERMINE WHETHER

01:37:27  4    THERE ARE ANY PRESCRIBED COMMANDS IN THE EXAMPLE APPENDIX PART

01:37:32  5    AN OF THE '526 PATENT ITSELF; RIGHT?

01:37:35  6    A.   YES.  AGAIN, THIS IS AN APPENDIX TO THE '526 PATENT.  IT

01:37:42  7    LISTS A BUNCH OF STUFF THAT WAS AN EMBODIMENT OF THE '526

01:37:47  8    PATENT.

01:37:48  9         AND I NOTE, IT DOESN'T SAY WHY IN THE TEXT, BUT I JUST

01:37:51  10   NOTE THAT THE COLUMNS HERE SAY "FUNCTION," "ITEM," "NEW SYNTAX"

01:37:55  11   AND "OLD SYNTAX."  THEY DON'T NECESSARILY IDENTIFY ANYTHING AS

01:37:58  12   A GENERIC COMMAND OR AS A PRESCRIBED COMMAND; ALTHOUGH THAT MAY

01:38:03  13   VERY WELL BE THE INTENT, I DON'T KNOW.

01:38:04  14        I DON'T KNOW WHAT H323 RAD VISION MEANS, IT HAS SOMETHING

01:38:11  15   TO DO WITH THE SYSTEM.

01:38:12  16   Q.   YOU DON'T KNOW WHAT THESE EXAMPLES FROM THE PATENT

01:38:14  17   ACTUALLY MEAN; RIGHT?

01:38:15  18   A.   NO.

01:38:16  19   Q.   SO WE'VE TALKED A LOT ABOUT EXHIBIT 599 WHICH IS

01:38:20  20   DR. JEFFAY'S ANALYSIS ON INFRINGEMENT, THAT CHART THAT WE

01:38:23  21   LOOKED AT EARLIER; DO YOU REMEMBER THAT?

01:38:24  22   A.   I'M SORRY, THE EXHIBIT -- 599, YES, THANK YOU.  TX 599,

01:38:30  23   YES.

01:38:30  24   Q.   AND IN THAT CHART, DR. JEFFAY CITES BY FILE AND LINE

01:38:34  25   NUMBERS, 77 SPECIFIC PRESCRIBED COMMANDS; RIGHT?

CHASE CROSS-EXAM BY MR. JAFFE                                    2016

01:38:40   1       A.   YES.

01:38:41   2       Q.   AND IN PREPARING YOUR NONINFRINGEMENT OPINIONS, YOU DIDN'T

01:38:45   3       REVIEW THE SOURCE CODE CITED IN THIS DOCUMENT FOR 71 OF THE 77

01:38:50   4       COMMANDS; RIGHT?

01:38:51   5       A.   THAT'S TRUE, EXCEPT THAT I REVIEWED THE SOURCE CODE FOR

01:38:55   6       THE OPEN FLOW SHOW AND THAT'S THE SAME, IT'S IN THE SAME FILE,

01:39:00   7       SO I DID SEE THAT.

01:39:01   8           BUT I PROVIDED AN ANALYSIS IN MY APPENDIX, A DETAILED

01:39:05   9       ANALYSIS FOR SIX, AND ONLY SIX OF THOSE PRESCRIBED COMMANDS.

01:39:09   10      Q.   SO JUST TO TAKE AN EXAMPLE, IF WE LOOK AT THE LAST COMMAND

01:39:15   11      IN EXHIBIT 599, YOU DIDN'T REVIEW THE SOURCE CODE FOR THE LAST

01:39:19   12      COMMAND; RIGHT?

01:39:21   13      A.   I'M SORRY.   YEAH.   THAT'S CORRECT.

01:39:29   14      Q.   OKAY.   AND IN FACT, WHEN I ASKED YOU AT YOUR DEPOSITION

01:39:38   15      WHAT THIS COMMAND ACTUALLY DOES, YOU COULDN'T SAY WHAT IT DID

01:39:41   16      AT ALL; RIGHT?

01:39:41   17      A.   THAT'S PROBABLY TRUE.

01:39:42   18      Q.   AND THIS ISN'T AN ISOLATED INCIDENT; RIGHT, I ASKED YOU

01:39:46   19      ABOUT ANOTHER COMMAND ON DR. JEFFAY'S LIST "HOW HSC DETAIL

01:39:52   20      OVSDB," AND YOU DON'T KNOW WHAT THAT ONE DOES EITHER; RIGHT?

01:39:55   21      A.   NO.

01:39:55   22      Q.   SO I WANT TO TURN BRIEFLY TO YOUR SECOND OPINION THAT EOS

01:40:01   23      DOES NOT ASSIGN COMMAND ACTION VALUES TO EVERY WORD IN THE

01:40:05   24      COMMAND; DO YOU RECALL THAT?

01:40:07   25      A.   YES.

CHASE CROSS-EXAM BY MR. JAFFE                                          2017

01:40:08    1      Q.   YOU DIDN'T MENTION IN YOUR TESTIMONY THAT CONTEXT.STATE

01:40:15    2      VARIABLE THAT DR. JEFFAY TALKED ABOUT, DID YOU?

01:40:17    3      A.   NO.

01:40:18    4      Q.   AND SO YOU DIDN'T PRESENT ANY TESTIMONY ABOUT WHAT THAT

01:40:23    5      VARIABLE COMPRISES; RIGHT?

01:40:29    6      A.   NO.

01:40:30    7      Q.   BUT YOU ARE FAMILIAR WITH THAT AND OPINED ABOUT THAT AS

01:40:33    8      PART OF YOUR EXPERT REPORT; RIGHT?

01:40:35    9      A.   YES.

01:40:35   10      Q.   THE EOS PARSER, IT PARSES EACH WORD ONE AT A TIME; RIGHT?

01:40:41   11      A.   YES.

01:40:42   12      Q.   AND DURING PARSING, THIS CONTEXT OBJECT THAT DR. JEFFAY

01:40:46   13      TALKED ABOUT, IT EXISTS FOR EACH ACTIVE RULE AND IS LINKED TO

01:40:51   14      THE RULE; RIGHT?

01:40:52   15      A.   YES.

01:40:53   16      Q.   AND WHEN EOS IS PARSING A COMMAND, AT ANY GIVEN TIME, THIS

01:40:59   17      CONTEXT.STATE WILL CONTAIN A LIST OF RULES THAT STILL COULD

01:41:03   18      POTENTIALLY BE MATCHED; RIGHT?

01:41:05   19      A.   SORRY, WHICH CONTEXT.STATE?

01:41:08   20      Q.   FOR AN ACTIVE "OR" RULE, IN PARTICULAR.

01:41:11   21      A.   FOR AN ACTIVE "OR" RULE, YES.

01:41:13   22      Q.   AND THEN AFTER EACH INDIVIDUAL WORD IS PARSED THIS

01:41:20   23      CONTEXT.STATE IS UPDATED; RIGHT?

01:41:21   24      A.   YES, IN THE CASE OF AN "OR" RULE, AS EACH "OR" IS PARSED,

01:41:27   25      THE CONTEXT.STATE IS UPDATED IN THAT WAY.

CHASE CROSS-EXAM BY MR. JAFFE                                2018

01:41:30    1    Q.   SO THIS IS UPDATED IN A PER-WORD BASIS; RIGHT?

01:41:35    2    A.   IT'S UPDATED AS EACH -- YEAH, SURE, A PER-WORD BASIS.

01:41:38    3    Q.   AND YOU PROVIDED SOME TESTIMONY REGARDING WHETHER EOS

01:41:41    4    ACCEPTS INVALID COMMANDS; DO YOU REMEMBER THAT?

01:41:44    5    A.   YES.

01:41:44    6    Q.   YOU DON'T DISPUTE DR. JEFFAY'S OPINIONS THAT EOS WILL

01:41:48    7    ACCEPT TRUNCATED COMMANDS AND CORRECTLY PARSE THEM IN SOME

01:41:53    8    INSTANCES; RIGHT?

01:41:55    9    A.   WELL, IT WILL ACCEPT COMMANDS THAT HAVE A WORD THAT IS AN

01:42:01   10    UNAMBIGUOUS PREFIX OF A VALID COMMAND WORD.

01:42:06   11    Q.   OKAY.  IF WE CAN JUST PUT UP DR. JEFFAY'S SLIDE NUMBER 56.

01:42:12   12    AND THIS EXHIBIT CITED HERE, EXHIBIT 31 IS ALREADY IN EVIDENCE.

01:42:17   13         IT SAYS HERE IN EXHIBIT 31, "SEE?  JUST LIKE IOS, EVEN

01:42:20   14    DOWN TO THE BEHAVIOR OF TRUNCATED COMMANDS BEING ACCEPTED."

01:42:24   15         DO YOU SEE THAT?

01:42:26   16    A.   YES, TRUNCATED COMMANDS WITH A SINGLE WORD, YES.

01:42:31   17    Q.   AND YOU DON'T DISPUTE THAT THIS FUNCTIONALITY EXISTS IN

01:42:33   18    EOS; RIGHT?

01:42:34   19    A.   WELL, THIS JUST SAYS THAT IT WILL -- NO, I DON'T DISPUTE

01:42:38   20    IT.

01:42:38   21    Q.   OKAY.  SO THE LAST TOPIC I WANT TO TOUCH ON BRIEFLY IS

01:42:43   22    SOMETHING CALLED EOS PLUS.

01:42:45   23    A.   YES.

01:42:45   24    Q.   DO YOU KNOW WHAT EOS PLUS IS?

01:42:47   25    A.   I DON'T RECALL, SPECIFICALLY, WHAT EOS PLUS IS AND WHAT

01:42:54  1      DISTINGUISHES IT FROM OTHER VERSIONS OF EOS.

01:42:55  2      Q.   EOS PLUS IS A SOFTWARE PLATFORM FOR NETWORK

01:42:58  3      PROGRAMMABILITY; RIGHT?

01:43:00  4      A.   ALL THE VERSIONS OF EOS, THAT DESCRIPTION WOULD MATCH ALL

01:43:04  5      THE VERSIONS OF EOS.

01:43:06  6      Q.   OKAY.  SO YOU ARE NOT FAMILIAR WITH EOS IN PARTICULAR AND

01:43:11  7      ARISTA DESCRIBING IT AS A SOFTWARE PLATFORM FOR NETWORK

01:43:15  8      PROGRAMMABILITY, ARE YOU?

01:43:17  9      A.   WELL, EOS IS A PLATFORM FOR NETWORK PROGRAMMABILITY, YES.

01:43:25  10     I DON'T RECALL SPECIFICALLY THAT DESCRIPTION OF THE EOS PLUS,

01:43:29  11     NO.

01:43:29  12     Q.   OKAY.  IF YOU COULD TURN IN YOUR WITNESS BINDER TO

01:43:33  13     EXHIBIT 558.

01:43:40  14     A.   YES.

01:43:41  15     Q.   AND IF YOU COULD TURN TO PAGE 25 -- WELL, ACTUALLY BEFORE

01:43:45  16     I GET THERE, IS THIS THE TYPE OF DOCUMENT THAT YOU SOMETIMES

01:43:49  17     REFER TO IN YOUR ANALYSIS DESCRIBING ARISTA'S EOS?

01:43:54  18     A.   YES.

01:43:55  19     Q.   OKAY.

01:43:59  20          MR. JAFFE:  YOUR HONOR, I WOULD LIKE TO MOVE IT IN

01:44:01  21     EXHIBIT 558 INTO EVIDENCE.

01:44:03  22          THE COURT:  ANY OBJECTION?

01:44:05  23          MR. KRISHNAN:  NO OBJECTION.

01:44:06  24          THE COURT:  IT WILL BE ADMITTED.

01:44:16  25     (PLAINTIFF'S EXHIBIT 558 WAS ADMITTED INTO EVIDENCE.)

01:44:16  1    BY MR. JAFFE:

01:44:16  2    Q.   YOU WILL SEE THERE'S A SECTION THERE SOFTWARE AND

01:44:18  3    TECHNOLOGY INDUSTRY SPECIFIC SERVICES; DO YOU SEE THAT?

01:44:21  4    A.   YES.

01:44:21  5    Q.   AND DO YOU SEE THE FIRST SENTENCE WHERE IT SAYS EOS PLUS

01:44:24  6    IS A SOFTWARE PLATFORM FOR NETWORK PROGRAMMABILITY; DO YOU SEE

01:44:27  7    THAT?

01:44:30  8    A.   YES.

01:44:30  9    Q.   AND YOU AGREE WITH THAT, DON'T YOU?

01:44:32  10   A.   I TESTIFIED THAT I DON'T RECALL SPECIFIC DETAILS OF THE

01:44:36  11   EOS PLUS AS DISTINCT FROM OTHER VERSIONS OF EOS.  BUT ARISTA

01:44:40  12   SAYS IT HERE, I HAVE NO REASON TO DISAGREE WITH IT.

01:44:42  13        MR. JAFFE:  OKAY.  I HAVE NO FURTHER QUESTIONS.

01:44:45  14        THE COURT:  THANK YOU.

01:44:46  15        REDIRECT?

01:45:32  16   (OFF-THE-RECORD DISCUSSION.)

01:45:35  17                    **REDIRECT EXAMINATION**

01:45:37  18   BY MR. KRISHNAN:

01:45:38  19   Q.   DR. CHASE, I JUST WANT TO ASK YOU BRIEFLY ABOUT THIS SLIDE

01:45:42  20   THAT WAS PUT UP AND THE QUESTIONS THAT YOU WERE ASKED ABOUT THE

01:45:46  21   FACT THAT EOS COMMANDS THAT ARE TRUNCATED PREFIXES OF

01:45:57  22   PARTICULAR COMMAND WORDS.

01:45:58  23        CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

01:46:00  24   A.   WELL, I JUST MEAN THAT WHILE IT'S PARSING A COMMAND, WHEN

01:46:03  25   EOS SEES A COMMAND WORD, IF IT -- IT DOESN'T HAVE TO BE A

01:46:08  1    COMPLETE COMMAND WORD, IT CAN BE A PREFIX OF A COMMAND WORD, AS

01:46:10  2    LONG AS THAT PREFIX ALSO -- DOESN'T ALSO APPEAR AS A PREFIX OF

01:46:17  3    ANOTHER COMMAND WORD.

01:46:18  4         IT'S ENOUGH FOR EOS TO KNOW WHAT THAT COMMAND WORD MEANS,

01:46:22  5    WHICH COMMAND WORD IT IS.

01:46:23  6    Q.   OKAY.  IS THAT FUNCTIONALITY AT ALL RELATED TO THE

01:46:28  7    FUNCTIONALITY YOU DESCRIBED WITH RESPECT TO THE '526 PATENT

01:46:34  8    REGARDING THE ABILITY TO HANDLE COMMANDS WITH MISSING OR

01:46:38  9    INVALID WORDS?

01:46:39  10   A.   NO.  THIS IS A CHARACTER BY CHARACTER KIND OF FUNCTION

01:46:43  11   THAT'S JUST IN RECOGNIZING WHAT THE WORDS ARE, NOT IN THE

01:46:47  12   PARSING WHICH IS RECOGNIZING HOW THE WORDS RELATE TO ONE

01:46:50  13   ANOTHER TO FORM A COMPLETE COMMAND.

01:46:53  14        IT'S A DIFFERENT TECHNOLOGY, IT'S NOT WHAT THE '526 PATENT

01:46:57  15   DESCRIBES, AND I BELIEVE THAT THE INVENTOR'S TESTIMONY SUPPORTS

01:47:04  16   THAT.

01:47:05  17        AND IN FACT, I BELIEVE THERE'S ANOTHER PATENT THAT CISCO

01:47:09  18   HAS THAT COVERS THAT TECHNOLOGY.

01:47:11  19   Q.   OKAY.  NOW DOES THE EXISTENCE OF THIS FEATURE WITHIN EOS,

01:47:17  20   THE ABILITY TO RECOGNIZE TRUNCATED PREFIXES OF INDIVIDUAL

01:47:22  21   WORDS, DOES THAT EFFECT AT ALL, YOUR OPINION THAT EOS ONLY

01:47:27  22   ASSIGNS COMMAND ACTION VALUES TO COMPLETE COMMANDS AS OPPOSED

01:47:30  23   TO SPECIFIC WORDS?

01:47:32  24   A.   NO.

01:47:32  25   Q.   OKAY.  AND I WANT TO TOUCH BRIEFLY ON SOME QUESTIONING

01:47:36   1    THAT YOU RECEIVED RIGHT AT THE VERY BEGINNING.

01:47:39   2         I THINK THERE WAS TESTIMONY THAT YOU WERE NOT ABLE TO

01:47:43   3    IDENTIFY ANY OTHER MANAGEMENT PROGRAM EVER, OR SOMETHING TO

01:47:48   4    THAT EFFECT; IS THAT RIGHT?

01:47:50   5    A.   YES.

01:47:50   6    Q.   AND WHY IS IT THAT YOU CANNOT IDENTIFY ANY OTHER

01:47:53   7    MANAGEMENT PROGRAM EVER?

01:47:55   8    A.   WELL, AS I SAID, THE IDEA OF A MANAGEMENT PROGRAM, AND YOU

01:47:59   9    KNOW, WHAT DO AND DO NOT CONSTITUTE MANAGEMENT FUNCTIONS, IS

01:48:05  10    SOMETHING THAT HAS TO BE EVALUATED IN THE CONTEXT OF A WHOLE

01:48:08  11    SYSTEM.

01:48:08  12         AND AGAIN, DR. JEFFAY AND I AGREE ON THIS, THERE WAS AN

01:48:11  13    EXTENDED DISCUSSION ABOUT IT DURING DR. JEFFAY'S DEPOSITION IN

01:48:13  14    WHICH HE EXPLAINED ALL OF THIS.

01:48:15  15         AND I JUST -- SITTING AT MY DEPOSITION AND SITTING HERE

01:48:20  16    NOW, I DON'T WANT TO BE -- I'M WILLING TO OFFER OPINIONS ABOUT

01:48:23  17    EOS, WHICH I'VE ANALYZED, BUT I DON'T WANT TO OFFER ANY

01:48:28  18    OPINIONS ABOUT ANY OTHER SYSTEM I HAVEN'T ANALYZED AND WHAT

01:48:31  19    DOES AND DOES NOT CONSTITUTE A MANAGEMENT PROGRAM UNDER THE

01:48:33  20    COURT'S CONSTRUCTION IN ANY OTHER SYSTEM.

01:48:37  21    Q.   PUTTING ASIDE EOS AND IOS XR, DID DR. JEFFAY IDENTIFY ANY

01:48:41  22    MANAGEMENT PROGRAMS EVER IN ANY OTHER SYSTEM?

01:48:44  23    A.   I DON'T RECALL THAT HE DID.

01:48:47  24    Q.   OKAY.  AND --

01:48:52  25         MR. KRISHNAN:  I THINK THAT'S ACTUALLY ALL,

01:48:54  1    YOUR HONOR.

01:48:54  2              THE COURT:  MR. JAFFE, DID YOU HAVE ANYTHING ELSE?

01:48:59  3              MR. JAFFE:  NOTHING FURTHER, YOUR HONOR.

01:49:02  4              THE COURT:  DR. CHASE, THANK YOU FOR YOUR TESTIMONY.

01:49:04  5    YOU ARE FREE TO GO.

01:49:15  6              MR. VAN NEST:  YOUR HONOR, AT THIS TIME ARISTA

01:49:16  7    NETWORKS CALLS MR. MICHAEL VOLPI.

01:49:21  8              THE WITNESS:  ALL RIGHT.

01:49:22  9         IS MR. VOLPI IN THE COURTROOM?  ALL RIGHT.

01:49:24  10        MR. VOLPI, IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

01:49:27  11   PLEASE, AND STAND TO BE SWORN.

01:49:36  12    **(DEFENDANT'S WITNESS, MICHAEL VOLPI, WAS SWORN.)**

01:49:37  13             THE WITNESS:  YES.

01:49:43  14             MR. VAN NEST:  AND YOUR HONOR, WE HAVE A COUPLE OF

01:49:45  15   BINDERS AS WELL.

01:49:46  16             THE COURT:  OKAY.

01:49:48  17             THE CLERK:  IF YOU WOULD PLEASE STATE YOUR NAME AND

01:49:50  18   SPELL YOUR LAST NAME FOR THE RECORD.

01:49:52  19             THE WITNESS:  MY NAME IS MICHAEL ANGELO VOLPI.  LAST

01:49:56  20   NAME IS SPELLED V-O-L-P-I.

01:49:58  21             THE COURT:  GOOD AFTERNOON.

01:49:59  22             THE WITNESS:  GOOD AFTERNOON.

01:50:00  23                        **DIRECT EXAMINATION**

01:50:00  24   BY MR. VAN NEST:

01:50:01  25   Q.   GOOD AFTERNOON, MR. VOLPI.  WOULD YOU PLEASE INTRODUCE

VOLPI DIRECT EXAM BY MR. VAN NEST                                    2024

01:50:03  1      YOURSELF TO OUR JURORS.

01:50:04  2      A.   GOOD AFTERNOON.  MY NAME IS MICHAEL VOLPI.  IT'S A

01:50:08  3      PLEASURE TO MEET YOU.

01:50:08  4      Q.   ARE YOU AN ENGINEER?

01:50:09  5      A.   BY TRAINING I AM, YES.

01:50:10  6      Q.   OKAY.  AND ALSO A BUSINESSMAN?

01:50:12  7      A.   I TRY TO BE A BUSINESSMAN.

01:50:15  8      Q.   AND AT SOME TIME IN THE PAST, DID YOU WORK AT CISCO?

01:50:18  9      A.   I DID.  I WORKED FOR CISCO FOR APPROXIMATELY 13 YEARS.

01:50:21  10     Q.   AND CAN YOU TELL THE JURY WHEN YOU STARTED WORKING AT

01:50:26  11     CISCO AND WHEN YOU FINISHED?

01:50:27  12     A.   I STARTED WORKING AT CISCO IN 1994 WHEN I GRADUATED FROM

01:50:33  13     BUSINESS SCHOOL, AND I WAS EMPLOYED THERE UNTIL 2007 AT WHICH

01:50:36  14     POINT I LEFT THE COMPANY.

01:50:37  15     Q.   OKAY.  LET'S GO BACK JUST A LITTLE BIT.  CAN YOU TELL THE

01:50:43  16     JURORS A LITTLE ABOUT YOUR PERSONAL BACKGROUND AND HOW YOU GOT

01:50:47  17     HERE?

01:50:47  18     A.   SURE.  I WAS ORIGINALLY BORN IN ITALY.  I LIVED THERE FOR

01:50:51  19     THE FIRST SIX YEARS OF MY LIFE.

01:50:53  20          MY PARENTS WORKED.  MY FATHER WORKED AND HAD US TRAVEL TO

01:50:56  21     JAPAN WHERE I LIVED WITH MY PARENTS FOR 12 YEARS.  I FINISHED

01:51:02  22     MY HIGH SCHOOL EDUCATION THERE.  AND THEN I CAME TO STUDY

01:51:05  23     COLLEGE IN THE UNITED STATES.

01:51:08  24          I STUDIED AS AN ENGINEER, MECHANICAL ENGINEER.  I WORKED

01:51:12  25     AT HEWLETT-PACKARD FOR THREE YEARS AFTER I GRADUATED.  I WENT

VOLPI DIRECT EXAM BY MR. VAN NEST                    2025

01:51:17  1    BACK AND GOT A MASTER'S DEGREE IN BUSINESS, AND THEN AFTER I

01:51:20  2    WORKED FOR CISCO.

01:51:21  3    Q.   TERRIFIC.  AND WHAT DO YOU DO FOR A LIVING TODAY?

01:51:24  4    A.   I'M NOW A VENTURE CAPITALIST.  I INVEST IN TECHNOLOGY

01:51:31  5    STARTUPS IN THE RELATIVELY EARLY STAGES OF THEIR CREATION.

01:51:33  6    Q.   AND WHAT IS THE NAME OF THE COMPANY THAT YOU WORK WITH?

01:51:35  7    A.   I WORK FOR INDEX VENTURES.

01:51:37  8    Q.   IS INDEX AN INVESTOR IN ARISTA?

01:51:41  9    A.   AT THIS POINT IN TIME, WE ARE NOT INVESTORS IN ARISTA

01:51:45 10    NETWORKS.

01:51:45 11    Q.   WAS INDEX AN INVESTOR IN ARISTA AT SOME POINT IN THE PAST?

01:51:49 12    A.   WE WERE.  WE WERE INVESTORS IN ARISTA NETWORKS FOR A

01:51:53 13    PERIOD ABOUT A YEAR BEFORE THE PUBLIC OFFERING OF ARISTA UNTIL

01:51:57 14    A YEAR AFTER THE PUBLIC OFFERING OF ARISTA.

01:51:59 15    Q.   SO THAT'S ROUGHLY FROM 2013 TO SOME TIME IN 2015?

01:52:03 16    A.   I THINK THAT'S APPROXIMATELY CORRECT.

01:52:05 17    Q.   AND DOES INDEX OWN ANY INTEREST AT ALL IN ARISTA TODAY?

01:52:08 18    A.   WE DO NOT OWN ANY INTEREST IN ARISTA.

01:52:11 19    Q.   ARE YOU APPEARING HERE TODAY BY VIRTUE OF A SUBPOENA?

01:52:13 20    A.   YES, I AM.

01:52:14 21    Q.   MR. VOLPI, LET'S ORIENT OUR JURORS A LITTLE BIT.

01:52:20 22         CAN YOU JUST WALK THROUGH YOUR BUSINESS CAREER AT CISCO,

01:52:23 23    STARTING BACK IN 1994.  WHAT POSITIONS DID YOU HOLD AND WHAT

01:52:28 24    RESPONSIBILITIES DID YOU TAKE ON THERE?

01:52:29 25    A.   SURE.  I STARTED OFF AS A, WHAT THEY CALLED A BUSINESS

01:52:34   1        DEVELOPMENT MANAGER.  EVEN THOUGH I'M AN ENGINEER BY

01:52:38   2        BACKGROUND, I STUDIED MECHANICAL ENGINEERING, WHICH IS A LITTLE

01:52:41   3        BIT DIFFERENT THAN THE NETWORKING TECHNOLOGY THAT CISCO MAKES.

01:52:45   4             SO I WENT TO WORK FOR CISCO IN MORE OF A BUSINESS FUNCTION

01:52:48   5        AND NOT A TECHNICAL FUNCTION.

01:52:51   6             FROM 1994, WHEN I STARTED IN THE SUMMER OF 1994, MY ROLE

01:52:56   7        AS A BUSINESS DEVELOPMENT MANAGER WAS TO HELP THE COMPANY WITH

01:53:00   8        SOME OF THE ACQUISITIONS IT MADE.  SO CISCO ACQUIRED A NUMBER

01:53:03   9        OF COMPANIES FOR QUITE A FEW YEARS THERE.

01:53:09  10             I ALSO MADE SOME KEY INVESTMENTS IN OTHER COMPANIES.  AND

01:53:13  11        WE HAD PARTNERSHIPS AND VARIOUS OTHER ALLIANCES, ALL OF WHICH I

01:53:17  12        WAS, ONE WAY OR ANOTHER, INVOLVED WITH.

01:53:19  13             A COUPLE OF YEARS LATER, I WAS PROMOTED TO THE DIRECTOR OF

01:53:24  14        THE GROUP, SO I WAS THE BUSINESS DEVELOPMENT DIRECTOR.

01:53:27  15             A COUPLE OF YEARS AFTER THAT I BECAME THE VICE PRESIDENT

01:53:30  16        OF THE GROUP AND MANAGED THE WHOLE GROUP.  THEN THEY PROMOTED

01:53:34  17        ME TO SENIOR VICE PRESIDENT, AND THEN I ENDED MY CAREER IN THAT

01:53:37  18        FUNCTION AS CHIEF STRATEGY OFFICER OF CISCO.  SO I REPORTED TO

01:53:41  19        THE CEO, AT THE TIME, IN 2001.

01:53:43  20        Q.   LET ME JUST STOP YOU THERE.  YOU REPORTED TO THE CEO,

01:53:47  21        THAT'S MR. CHAMBERS?

01:53:48  22        A.   YES.

01:53:48  23        Q.   HE WAS THE CEO THEN?

01:53:50  24        A.   YES.

01:53:50  25        Q.   TELL THE JURY, WHAT DOES THE CHIEF STRATEGY OFFICER DO?

01:53:54   1   WHAT'S THAT JOB?

01:53:55   2   A.   THE CHIEF STRATEGY OFFICER'S JOB IS TO LOOK OUT INTO THE

01:54:00   3   FUTURE OF THE KEY DIRECTIONS THAT THE COMPANY IS GOING IN AND

01:54:03   4   TO TRY DELINEATE THE KEY BUSINESS STRATEGIES, WHAT MARKETS WE

01:54:08   5   SHOULD BE GOING AFTER, HOW SHOULD WE ALLOCATE OUR RESOURCES AS

01:54:12   6   A COMPANY, SHOULD WE HIRE MORE ENGINEERS OR MORE SALES PEOPLE,

01:54:16   7   SHOULD WE DEVELOP A PARTICULAR TYPE OF TECHNOLOGY, SHOULD WE

01:54:20   8   PARTNER WITH OTHER PEOPLE TO COLLABORATE ON TECHNOLOGIES.

01:54:23   9   THOSE ARE SORT OF ALL KINDS OF KEY ELEMENTS OF THE STRATEGY.

01:54:26  10        AND MY JOB WAS, IN PART, TO OFFER ADVICE TO THE COMPANY,

01:54:29  11   THE EXECUTIVES OF THE COMPANY AND THE CEO AROUND THE STRATEGY

01:54:33  12   OF THE COMPANY.  AND FOR PART OF IT, I HAD MANAGERIAL

01:54:38  13   RESPONSIBILITY FOR THE SAME BUSINESS DEVELOPMENT GROUP I HAD

01:54:40  14   GROWN UP THROUGH IN THE COMPANY.

01:54:42  15        AND I ALSO HAD RESPONSIBILITY FOR A NUMBER OF OTHER

01:54:45  16   FUNCTIONS LIKE THE LEGAL TEAM, I HAD RESPONSIBILITY FOR A

01:54:53  17   NUMBER OF OTHER FUNCTIONS IN THE COMPANY LIKE KEY ALLIANCES,

01:54:58  18   THE LEGAL TEAM, SOME EARLY STAGE ADVANCED DEVELOPMENT.

01:55:01  19        SO A RANGE OF OTHER FUNCTIONS IN THE COMPANY, BUT THAT WAS

01:55:05  20   THE RANGE OF MY RESPONSIBILITIES.

01:55:07  21   Q.   AT SOME POINT DID YOU BECOME INVOLVED AS A VICE PRESIDENT

01:55:12  22   OF ETHERNET SWITCHING OR SENIOR VICE PRESIDENT OF ETHERNET

01:55:16  23   SWITCHING?

01:55:16  24   A.   AS I WAS MENTIONING UP TO 2001, I HAD THIS ROLE OF CHIEF

01:55:20  25   STRATEGY OFFICER.  AND THEN IN 2001 I WAS MOVED TO A DIFFERENT

01:55:25   1     PART OF THE COMPANY TO MANAGE THE ETHERNET SWITCHING GROUP THAT

01:55:31   2     MR. VAN NEST MENTIONED.

01:55:34   3         THERE I WAS RESPONSIBLE -- THE ROLE WAS THE GENERAL

01:55:37   4     MANAGER OF ETHERNET SWITCHING.  SO I WAS RESPONSIBLE FOR THE

01:55:41   5     ENGINEERING EFFORTS OF THE ETHERNET SWITCHING PRODUCT LINES,

01:55:44   6     AND ALSO THE PRODUCT MANAGEMENT AND MARKETING RESPONSIBILITIES

01:55:49   7     FOR THOSE.

01:55:50   8         SO I SWITCHED FROM PROVIDING OTHER PEOPLE ADVICE, TO

01:55:53   9     BASICALLY HELPING THE DEVELOPMENT AND THE CREATION OF THESE

01:55:55   10    PRODUCTS.

01:55:55   11    Q.  AND FOLLOWING THAT, JUST TAKE US ON THROUGH TO THE END OF

01:56:00   12    YOUR CAREER AT CISCO IN 2007.

01:56:02   13    A.  SURE.

01:56:03   14        SO I MANAGED THAT ETHERNET SWITCHING GROUP AS SENIOR VICE

01:56:07   15    PRESIDENT AND GENERAL MANAGER FOR APPROXIMATELY TWO TO

01:56:10   16    THREE YEARS.  I DON'T HAVE AN EXACT RECOLLECTION OF THE LENGTH

01:56:12   17    OF TIME THERE.

01:56:14   18        THEN I WAS -- SWITCHED ROLES AGAIN TO MANAGING A DIFFERENT

01:56:18   19    PART OF THE PRODUCTS IN THE COMPANY.  SO THAT WAS FROM ABOUT

01:56:22   20    2004 TO 2007.  I MANAGED ROUTING, WHICH WAS THE ORIGINAL

01:56:28   21    PRODUCT LINE AT CISCO, AS WELL AS ALL OF THE PRODUCTS THAT ARE

01:56:32   22    SOLD TO THE TELECOM OPERATORS, LIKE AT&T AND VERIZON, ALL THE

01:56:36   23    PRODUCTS THAT WE MADE FOR THOSE TYPES OF BIG CUSTOMERS, I WAS

01:56:39   24    RESPONSIBLE FOR ENGINEERING, MARKETING AND THE PRODUCT

01:56:43   25    MANAGEMENT OF THOSE.

01:56:44  1    Q.   AND IN YOUR POSITIONS IN THE ETHERNET SWITCHING GROUP AND

01:56:49  2    THE ROUTING GROUP, WHO DID YOU REPORT TO IN THOSE POSITIONS?

01:56:53  3    A.   DIFFERENT PEOPLE AT DIFFERENT TIMES.

01:56:57  4         SO I REPORTED FOR SOME PERIOD OF TIME TO CHARLIE

01:57:02  5    GIANCARLO, WHO WAS THE CHIEF DEVELOPMENT OFFICER, I THINK WAS

01:57:05  6    HIS TITLE.

01:57:06  7         I REPORTED TO MARIO MAZZOLA, ALSO FOR SOME PERIOD OF THAT

01:57:11  8    TIME.  I THINK THOSE WERE THE TWO PRIMARY MANAGERS THAT I HAD.

01:57:14  9    Q.   OKAY.  NOW I WANT TO FOCUS ON YOUR WORK AS A SENIOR VP

01:57:21  10   AFTER YOUR CHIEF STRATEGY OFFICER JOBS, ACTUALLY RUNNING UNITS

01:57:27  11   SELLING SWITCHES OR ROUTERS.

01:57:29  12        DID YOU HAVE OCCASION DURING THAT PERIOD TO TALK WITH

01:57:32  13   CUSTOMERS?

01:57:32  14   A.   I SPOKE TO CUSTOMERS QUITE FREQUENTLY.

01:57:35  15   Q.   AND CAN YOU TELL THE JURORS, GIVE THEM SOME IDEA, HOW

01:57:39  16   OFTEN DID YOU TALK TO CUSTOMERS AND WHAT WOULD BE THE

01:57:43  17   CIRCUMSTANCES UNDER WHICH YOU WOULD DO THAT?

01:57:45  18   A.   SURE.  IN SORT OF IN A NUT SHELL, OUR SALES PEOPLE AT THE

01:57:48  19   COMPANY WERE OBVIOUSLY THE ONES THAT WERE MOST RESPONSIBLE FOR

01:57:51  20   TALKING TO THOSE CUSTOMERS.

01:57:53  21        THE SALES -- AND THESE PRODUCTS WERE OBVIOUSLY VERY

01:57:56  22   TECHNICAL AND COMPLICATED TO UNDERSTAND.  OUR SALES PEOPLE

01:58:02  23   WOULD ENGAGE IN DAY-TO-DAY CONVERSATION WITH THOSE CUSTOMERS,

01:58:06  24   AND OUR CUSTOMERS OBVIOUSLY WOULD ALSO BE VERY, VERY TECHNICAL

01:58:10  25   AND SAVVY.

01:58:10   1          SO FROM TIME TO TIME, THE SALES PEOPLE WOULD ASK US PEOPLE

01:58:16   2   RESPONSIBLE FOR MAKING THE PRODUCTS TO COME AND TO VISIT WITH

01:58:20   3   THOSE CUSTOMERS TO TALK TO THEM ABOUT A RANGE OF MORE

01:58:25   4   PRODUCT-ORIENTED TOPICS.

01:58:27   5          AND THOSE TOPICS RANGED FROM, WHAT ARE OUR FUTURE

01:58:32   6   DEVELOPMENTS, WHAT ARE WE DOING IN THE FUTURE, HOW ARE WE GOING

01:58:35   7   TO ENHANCE OR IMPROVE OUR PRODUCTS, HOW DO OUR PRODUCTS WORK,

01:58:40   8   WHY IS IT THAT THEY HAVE CERTAIN FUNCTIONS BUT THEY DON'T HAVE

01:58:43   9   OTHER FUNCTIONS.  SO ALL OF THOSE SORT OF PRODUCT-CENTRIC

01:58:49   10  CONVERSATIONS.

01:58:49   11         WE WOULD GET INVITED AND WE WOULD TRAVEL SOMETIMES TO THE

01:58:54   12  EAST COAST OR MID-WEST AND VISIT OTHER PARTS OF THE WORLD TO

01:58:57   13  VISIT THOSE CUSTOMERS AND TALK TO THEM.

01:58:59   14         AND OBVIOUSLY ONE OF THE INTENTIONS OF THE SALES PEOPLE

01:59:01   15  WAS TO, YOU KNOW, ESSENTIALLY DEVELOP LARGER LONG-TERM

01:59:05   16  RELATIONSHIPS WITH THOSE CUSTOMERS BECAUSE IT HELPED THEM SELL.

01:59:08   17         SO THAT WAS PART OF OUR JOB IN MAINTAINING THOSE

01:59:12   18  RELATIONSHIPS WITH CUSTOMERS.

01:59:12   19  Q.   OKAY.  AND LET'S TALK JUST FOR A MINUTE ABOUT THE

01:59:17   20  COMMAND-LINE INTERFACE AT CISCO.

01:59:19   21         DURING YOUR TENURE IN ETHERNET SWITCHING AND ROUTING, DID

01:59:22   22  YOU DEVELOP SOME FAMILIARITY WITH THE CISCO CLI, WHAT'S CALLED

01:59:27   23  THE CISCO CLI?

01:59:27   24  A.   YES, I DID DEVELOP SOME.

01:59:30   25  Q.   AND HOW DID THAT PLAY A ROLE AT YOUR JOB?

01:59:33    1    A.    SO MY FAMILIARITY STARTED DEVELOPING FROM THE EARLY DAYS

01:59:45    2    WHEN I WAS EMPLOYED AT CISCO.    THE DAY I STARTED, THEY ASKED TO

01:59:48    3    DO SOME TRAINING TO BETTER DEVELOP THE EDUCATIONAL PROCESS OF

01:59:51    4    MANAGING THOSE ROUTERS THAT THE COMPANY USED TO BUILD.

01:59:54    5        I ALSO PERSONALLY GOT MORE INTERESTED IN THE TECHNOLOGY, I

01:59:57    6    THOUGHT IT WOULD BE GOOD FOR MY JOB TO LEARN IT, SO I TOOK SOME

02:00:00    7    COURSES OUTSIDE OF WORK TO BETTER UNDERSTAND NETWORKING.

02:00:02    8        AND, OBVIOUSLY, ONE OF THE KEY COMPONENTS AROUND THAT IS

02:00:05    9    TO UNDERSTAND A COMMAND-LINE INTERFACE, SO I DID.

02:00:09   10        MY JOB -- I HAD NEVER PERFORMED AN ENGINEERING TASK AT

02:00:13   11    CISCO.    I MANAGED ENGINEERS, BUT I NEVER PERFORMED IT.    SO I

02:00:16   12    NEVER WORKED ON THE DEVELOPMENT OF THEM.    AND I WAS NOT IN A

02:00:19   13    POSITION TO ADMINISTER NETWORKS THE WAY THE CUSTOMER WOULD.

02:00:24   14        SO I NEVER ACTUALLY PROFESSIONALLY ENGAGED IN USING THE

02:00:28   15    CLI ON A PRODUCTION OR A PROFESSIONAL BASIS.    BUT I UNDERSTOOD

02:00:32   16    WHAT IT WAS.

02:00:33   17        OCCASIONALLY, I WOULD TYPE IN A FEW COMMANDS TO UNDERSTAND

02:00:36   18    HOW THE PRODUCTS WORK AND WHAT THEY DID, AND JUST TO KIND OF

02:00:40   19    KEEP MYSELF FAMILIAR WITH IT.

02:00:42   20        SO THAT WAS GENERALLY MY LEVEL OF INVOLVEMENT IN THE CLI.

02:00:47   21    Q.    AND DID THE CLI COME UP IN CONNECTION WITH DISCUSSIONS

02:00:50   22    ABOUT MANAGING NETWORKS AS PART OF THE UNITS, THE SWITCHING

02:00:54   23    UNITS AND THE ROUTING UNITS?

02:00:55   24    A.    YEAH.    THE CLI WAS VERY IMPORTANT, STRATEGICALLY, TO THE

02:01:01   25    COMPANY BECAUSE IT'S KIND OF LIKE, YOU KNOW, IF IN A PHONE YOU

02:01:05  1    TAB AND MOVE ICONS AROUND AND APPS AROUND, FOR A ROUTER THAT'S

02:01:09  2    HOW YOU TALK TO IT, YOU ISSUE COMMANDS TO THE ROUTER OR THE

02:01:12  3    SWITCH BY TALKING TO IT THROUGH THE COMMAND-LINE INTERFACE.

02:01:15  4         SO ANY CAPABILITY THAT THE ENGINEERS DEVELOPED OR CREATED,

02:01:20  5    WERE CONTROLLED THROUGH THIS COMMAND-LINE INTERFACE.  AND IT

02:01:26  6    WAS IMPORTANT BECAUSE THAT'S THE PRINCIPAL WAY IN WHICH OUR

02:01:28  7    CUSTOMERS, AT LEAST INITIALLY, MOST OF OUR CUSTOMERS WOULD TALK

02:01:31  8    TO THE DEVICES, TO THE PRODUCTS WE CREATED.

02:01:37  9         SO AS A RESULT OF IT, IT WAS AN IMPORTANT ELEMENT OF WHAT

02:01:41  10   WE DID.

02:01:41  11   Q.   NOW MR. VOLPI, WERE THERE COMPETITIVE MARKETING TEAMS AT

02:01:47  12   CISCO THERE DURING YOUR TENURE?

02:01:49  13   A.   YES, THERE WERE.

02:01:50  14   Q.   DID YOUR JOB INVOLVE HAVING SOME LEVEL OF FAMILIARITY WITH

02:01:53  15   WHAT THE COMPETITION WAS DOING?

02:01:55  16   A.   YES.

02:01:55  17   Q.   AND HOW WOULD YOU GO ABOUT GATHERING THAT INFORMATION, WHO

02:01:59  18   DID THAT AND HOW WAS IT SHARED WITH YOU?

02:02:02  19   A.   WELL, OBVIOUSLY IN MY PROFESSION YOU COLLECT COMPETITIVE

02:02:05  20   INFORMATION IN MANY DIFFERENT WAYS.

02:02:07  21        ONE OF THE PREDOMINANT WAYS IS BY LISTENING TO YOUR

02:02:11  22   COMPETITIVE MARKETING TEAM, WHICH ARE -- THERE ARE MANY SUCH

02:02:14  23   ORGANIZATIONS INSIDE CISCO.  YOU USUALLY BUY PRODUCT.

02:02:17  24        THEY BUY THE PRODUCTS AND TEST THEM, THEY READ THE REVIEWS

02:02:20  25   ABOUT THEM, THEY INTERVIEW CUSTOMERS ABOUT THEM.  SO THEY

02:02:23   1    DEVELOP AN UNDERSTANDING OF IT, AND THEY PRODUCE REPORTS AND

02:02:25   2    PRESENTATIONS FOR THE REST OF US TO KIND OF UNDERSTAND A LITTLE

02:02:29   3    BIT OF THE COMPETITIVE DYNAMICS.

02:02:33   4        OBVIOUSLY, WE ALSO, IN ENGAGING WITH CUSTOMERS, WE HEAR

02:02:36   5    DIRECTLY FROM CUSTOMERS AND WE READ OUR OWN STUFF ON THE

02:02:39   6    INTERNET, REPORTS, MAGAZINES, TO BETTER UNDERSTAND WHAT OUR

02:02:42   7    CUSTOMERS ARE DOING.

02:02:43   8    Q.   WHEN YOU WERE RUNNING THE ETHERNET SWITCHING UNIT AT

02:02:46   9    CISCO, WHO WERE YOUR PRIMARY COMPETITORS AT THAT TIME?

02:02:49   10   A.   AT THAT TIME IT WAS COMPANIES LIKE FOUNDRY NETWORKS,

02:02:52   11   EXTREME NETWORKS, 3COM, TO A LESSER DEGREE, THOSE TYPES OF

02:03:00   12   COMPETITORS.

02:03:00   13   Q.   WAS BROCADE A COMPETITOR THEN?

02:03:02   14   A.   NOT YET AT THAT POINT IN TIME.

02:03:04   15   Q.   THAT HAPPENED LATER ON?

02:03:06   16   A.   THAT HAPPENED LATER WHEN THEY ACQUIRED OR MERGED WITH

02:03:09   17   FOUNDRY NETWORKS.

02:03:10   18   Q.   OKAY.  AND DID YOU HAVE OCCASION TO REVIEW THESE

02:03:14   19   COMPETITIVE MARKETING REPORTS FROM TIME TO TIME?

02:03:16   20   A.   IT WAS A LONG TIME AGO, BUT I'M SURE I DID.  AND I WAS

02:03:20   21   REASONABLY VERSED ON OUR COMPETITIVE POSITIONING.

02:03:24   22   Q.   OKAY.  AND WHILE YOU WERE AT CISCO RUNNING THESE LINE

02:03:27   23   UNITS, PRODUCT UNITS, WHAT, IF ANYTHING, DID YOU LEARN ABOUT

02:03:32   24   OTHER COMPETITOR'S USE OF THE CISCO CLI?

02:03:35   25   A.   WELL, CISCO WAS A VERY HIGH MARKET SHARE PLAYER AT THE

02:03:40  1   TIME, PARTICULARLY IN SWITCHING.  I DON'T REMEMBER THE EXACT

02:03:42  2   NUMBERS, BUT PROBABLY 65, 70 PERCENT, MAYBE HIGHER, MARKET

02:03:46  3   SHARE.

02:03:47  4        AND SO THE WAY IN WHICH THE COMMAND-LINE INTERFACE WAS

02:03:52  5   USED BY OUR CUSTOMERS IS VERY COMMON PLACE.  MOST OF OUR

02:03:56  6   CUSTOMERS KNEW HOW TO USE AND WRITE CISCO COMMAND-LINE

02:03:59  7   INTERFACE.

02:03:59  8        IN SOME SENSE IT WAS, AS WAS TALKED ABOUT, AN INDUSTRY

02:04:05  9   STANDARD, THAT'S THE LANGUAGE EVERYBODY USED TO TALK TO CISCO

02:04:08 10   DEVICES.  AND MOST OF OUR COMPETITORS EITHER USED AN EXTREMELY

02:04:12 11   SIMILAR OR SOMEWHAT SIMILAR TYPE OF LANGUAGE TO COMMAND OR

02:04:16 12   CONTROL THEIR DEVICES.

02:04:18 13   Q.   AND BASED ON WHAT YOU LEARNED FROM THE COMPETITIVE

02:04:26 14   ANALYSIS AND DISTRIBUTIONS WITH CUSTOMERS, WAS THAT USE OF A

02:04:29 15   SIMILAR OR VERY SIMILAR COMMAND LINE LIMITED TO A FEW OF YOUR

02:04:33 16   COMPETITORS, OR WAS IT MORE WIDESPREAD?

02:04:35 17   A.   WELL, IN THE BROADEST SENSE, IT WAS ALMOST EVERYBODY THAT

02:04:38 18   COMPETED WITH US THAT USED A SIMILAR LANGUAGE.  SOME OF THEM

02:04:42 19   WERE VERY, VERY SIMILAR.

02:04:45 20        YOU KNOW, IF YOU LOOKED AT IT, IT WOULD BE ALMOST

02:04:48 21   IDENTICAL.  IN SOME CASES THERE WERE VARIANTS, THEY USED

02:04:52 22   SLIGHTLY DIFFERENT WORDS THAT HAD THE SAME MEANING.  BUT

02:04:55 23   BROADLY, IT IS SYNTAX, OR SORT OF THE WAY THE SENTENCES WERE

02:04:58 24   CONSTRUCTED WERE EXTREMELY SIMILAR.

02:05:00 25        AND OFTEN TIMES THE WORDS WERE VERY, VERY SIMILAR.  I

02:05:03   1    WOULDN'T BE ABLE TO IDENTIFY WHETHER IT'S 95 PERCENT OR

02:05:06   2    80 PERCENT, BUT SUFFICE IT TO SAY, IT WAS VERY SIMILAR.

02:05:08   3    Q.   AND DO YOU RECALL THE NAMES OF ANY OF THE COMPETITORS THAT

02:05:13   4    USED THE CISCO CLI, YOU SAY IT'S VIRTUALLY EVERYBODY, BUT WOULD

02:05:18   5    IT INCLUDE THE ONES YOU IDENTIFIED PREVIOUSLY?

02:05:20   6    A.   I DO RECALL, CERTAINLY FOUNDRY NETWORKS'S CLI WAS VERY,

02:05:24   7    VERY SIMILAR, OR AT LEAST THAT WAS WHAT WAS REPORTED TO ME AT

02:05:28   8    THE TIME.  I THINK EXTREME WAS ALSO FAIRLY SIMILAR.

02:05:34   9    Q.   WAS HEWLETT-PACKARD A COMPETITOR AT THAT TIME?

02:05:38   10   A.   YES, THEY WERE.

02:05:39   11   Q.   AND WHAT ABOUT DELL?

02:05:41   12   A.   DELL WAS A COMPETITOR, BUT PROBABLY A QUITE MINOR ONE

02:05:46   13   BECAUSE IT DIDN'T COME UP OFTEN IN CONVERSATION.

02:05:48   14   Q.   NOW WAS THIS TOPIC DISCUSSED INTERNALLY AT CISCO, THIS

02:05:52   15   TOPIC THAT MANY, MANY COMPETITORS ARE USING OUR CLI, IS THIS

02:05:56   16   SOMETHING YOU TALKED ABOUT WITH YOUR MANAGEMENT TEAM?

02:05:59   17   A.   IT CAME UP IN CONVERSATION FROM TIME TO TIME.  I WOULDN'T

02:06:02   18   SAY IT WAS A CENTRAL, YOU KNOW, CRITICAL TOPIC THAT WAS

02:06:05   19   DISCUSSED ON A DAILY BASIS.  BUT FROM TIME TO TIME, AND

02:06:08   20   PARTICULARLY WHEN WE DID THE ANALYSIS OF WHY WE MIGHT HAVE LOST

02:06:11   21   A DEAL OR WHY A COMPETITOR WAS GAINING A FOOTHOLD ON US, WE

02:06:15   22   TALKED ABOUT THE NATURE OF THE CLI AS ONE OF THE ELEMENTS WHICH

02:06:17   23   MATTERED.

02:06:18   24   Q.   AND IS THAT SOMETHING THAT YOU WOULD DISCUSS PERIODICALLY

02:06:22   25   WITH YOUR ENTIRE MANAGEMENT TEAM IN EITHER THE SWITCHING OR THE

02:06:27  1    ROUTING UNIT?

02:06:28  2    A.   I DON'T HAVE RECOLLECTIONS OF EXACT CONVERSATIONS, BUT I'M

02:06:30  3    QUITE CERTAIN WE HAD A CONVERSATION OF THAT NATURE.

02:06:35  4    Q.   NOW ARE YOU AWARE OF ANY STEPS OR ACTION THAT CISCO TOOK

02:06:38  5    DURING YOUR TENURE AT THE COMPANY TO PREVENT THESE COMPETITORS

02:06:44  6    FROM USING SIMILAR OR IDENTICAL CLI?

02:06:48  7    A.   NOT TO MY KNOWLEDGE.

02:06:51  8    Q.   AND DO YOU KNOW WHY NOT?

02:06:53  9    A.   UMM --

02:06:59  10   Q.   LET ME ASK A DIFFERENT QUESTION.

02:07:00  11       WERE THERE BUSINESS REASONS FOR CISCO NOT TO OBJECT TO

02:07:06  12   COMPETITORS USING THE SAME OR VERY SIMILAR CLI?

02:07:10  13   A.   YOU KNOW, I WOULD SAY THE NOTION OF OTHER PEOPLE USING OUR

02:07:14  14   CLI IS A DOUBLE EDGED SWORD.

02:07:16  15       AT THE TIME, YOU DIDN'T WANT EVERYBODY TO JUST DIRECTLY

02:07:20  16   COPY IT.  ON THE OTHER HAND, IT WOULD REINFORCE OUR MARKET

02:07:22  17   LEADERSHIP, BECAUSE CISCO WAS FUNDAMENTALLY THE AUTHOR OF THE

02:07:26  18   CLI.

02:07:26  19       AND THE FACT THAT OTHER PEOPLE WERE USING IT, ALLOWED

02:07:30  20   CISCO TO PRESENT ITSELF AS THE DE FACTO LEADER IN THE INDUSTRY

02:07:35  21   AND SAY, LOOK, EVERYBODY ELSE IS USING THE SAME CLI, THEREFORE

02:07:41  22   WE'RE THE LEADER.

02:07:42  23       SO IT SORT OF REINFORCED OUR MARKET LEADERSHIP POSITION

02:07:45  24   BECAUSE OTHERS WERE USING THE SAME LANGUAGE TO CONTROL THE

02:07:48  25   DEVICES.

02:07:48  1    Q.   WERE THERE BENEFITS TO CISCO WITH CUSTOMERS OF PRESENTING

02:07:53  2    CISCO'S CLI AS AN INDUSTRY STANDARD OR DE FACTO STANDARD?

02:07:58  3    A.   WELL, CERTAINLY, CISCO HAD A FAIRLY EXTENSIVE TRAINING

02:08:02  4    PROGRAM FOR OUR CUSTOMERS CALLED THE CCIE, CISCO CERTIFIED

02:08:06  5    INTERNET WORKING ENGINEER.

02:08:07  6         AND CCIE ENGINEERS WERE TRAINED IN THE CISCO CLI, AMONGST

02:08:13  7    OTHER THINGS, ON HOW TO BUILD AND EXPAND NETWORKS.

02:08:16  8         AND THOSE PEOPLE GOT THE LITTLE CERTIFICATES, AND THEY PUT

02:08:19  9    IT ON THEIR BUSINESS CARDS, AND THEY GOT PAID MORE FROM

02:08:23  10   CUSTOMERS.

02:08:23  11        SO THE CISCO WAY OF BUILDING THE NETWORK AND THE CISCO CLI

02:08:27  12   IS PART OF THAT, WAS AN ADVANTAGE TO BOTH CISCO AND OUR

02:08:30  13   CUSTOMERS, AND IT REINFORCED AGAIN, THE COMPETITIVE POSITION OF

02:08:36  14   CISCO IN THE MARKET.

02:08:37  15   Q.   WOULD YOU OPEN YOUR BINDER TO TX 5134, PLEASE, MR. VOLPI.

02:08:42  16   A.   WHICH BINDER?

02:08:45  17   Q.   THE ONE ON THE RIGHT THERE, THE NOTEBOOK.

02:08:47  18   A.   WHICH NUMBER AGAIN?

02:08:49  19   Q.   5134.

02:08:51  20        AND TELL ME, TAKE A LOOK AT IT, THE FIRST PAGE IS JUST A

02:08:55  21   COVER SHEET, BUT FLIP THROUGH AND TELL ME WHETHER THIS IS THE

02:09:00  22   KIND OF DOCUMENT PRODUCT REVIEW, STRATEGY REVIEW THAT YOU

02:09:05  23   TYPICALLY SAW AT CISCO?

02:09:08  24   A.   YOU ARE GOING TO HAVE TO PARDON MY INCOMPETENCE AT FINDING

02:09:11  25   THE PAGE NUMBER.

02:09:12  1    Q.   OH, I'M SORRY.  ISN'T THERE A TAB THAT SAYS 5134?

02:09:23  2    A.   OH, YES, I HAVE IT HERE.  COULD YOU REPEAT THE QUESTION,

02:09:26  3    PLEASE?

02:09:26  4    Q.   SURE.  I CAN.

02:09:27  5         I WOULD LIKE YOU TO LOOK THROUGH THE FIRST TWO OR

02:09:30  6    THREE PAGES AND TELL ME WHETHER THIS IS THE KIND OF PRODUCT OR

02:09:33  7    STRATEGY REVIEW THAT YOU WERE ACCUSTOMED TO SEEING AT CISCO?

02:09:36  8    A.   YES, THIS WOULD BE.

02:09:51  9              MR. VAN NEST:  I WOULD MOVE 5134 IN EVIDENCE,

02:09:54  10   YOUR HONOR.

02:09:54  11              THE COURT:  ANY OBJECTION?

02:09:56  12              MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:09:58  13              THE COURT:  OKAY.  IT WILL BE ADMITTED.

02:09:59  14   (DEFENDANT'S EXHIBIT 5134 WAS ADMITTED INTO EVIDENCE.)

02:09:59  15   BY MR. VAN NEST:

02:10:00  16   Q.   BEFORE WE GET INTO THE DETAIL, WHAT DOES THIS APPEAR TO

02:10:03  17   REFLECT, MR. VOLPI?

02:10:04  18   A.   IT SEEMS TO DISCUSS A PARTICULAR USE CASE OF SOME

02:10:13  19   COMMAND-LINE INTERFACE OF HOW YOU COULD CONFIGURE A ROUTER AND

02:10:17  20   DO SOME DEMONSTRATIONS AROUND THAT FOR CUSTOMERS.

02:10:19  21   Q.   OKAY.  AND COULD WE PUT UP PAGE 3, WHICH IS A DIAGRAM, AND

02:10:24  22   BLOW IT UP, PLEASE.

02:10:25  23        NOW MR. VOLPI, I'VE GOT IT ON THE SCREEN SO YOU DON'T HAVE

02:10:29  24   TO FIND IT THERE.  BUT IS THIS DEPICTING SOME KIND OF A ROAD

02:10:33  25   MAP?

02:10:34   1    A.   YEAH.  IT ESSENTIALLY EXPLAINS, I BELIEVE, THE EVOLUTION

02:10:40   2    OF HOW THE IOS SOFTWARE, THAT'S KIND OF IN THE FIRST 1993

02:10:48   3    VERTICAL, WHICH IS THE CORE SOFTWARE THAT OPERATES THE ROUTERS

02:10:52   4    AND SWITCHES AT CISCO, SOME OF THE SWITCHES AT CISCO, DESCRIBED

02:10:56   5    HOW THAT LANGUAGE, A PARSER IS HOW IOS INTERPRETS THE

02:11:02   6    COMMAND-LINE INTERFACE.  AND HOW THAT'S BECOMING, OR HOW,

02:11:07   7    ESSENTIALLY, THE CLI IS BECOMING AN INDUSTRY STANDARD WHERE

02:11:13   8    IT'S A COMMONLY ACCEPTED WAY IN WHICH USERS CAN ISSUE COMMANDS

02:11:20   9    TO DEVICES THAT USE THE SOFTWARE CALLED IOS.

02:11:23   10   Q.   NOW CAN YOU SEE THAT THE DATE ON THIS DOCUMENT IS 2005?

02:11:28   11   A.   YES.

02:11:29   12   Q.   OKAY.  AND SO I WOULD LIKE TO HIGHLIGHT WHAT WE HAVE ON

02:11:33   13   THE SCREEN.  IT SAYS, ACTUALLY SAYS, "CLI BECOMES INDUSTRY

02:11:39   14   STANDARD."  INDICATING A PERIOD BETWEEN '93 AND 2000.

02:11:42   15        DO YOU SEE THAT?

02:11:43   16   A.   YES.

02:11:43   17   Q.   WAS THAT CONSISTENT WITH YOUR UNDERSTANDING ABOUT THE

02:11:46   18   CISCO CLI DURING THE PERIOD WHEN YOU WERE MANAGING LINE UNITS

02:11:53   19   THERE, THAT IT HAD BECOME AN INDUSTRY STANDARD?

02:11:57   20   A.   I STARTED MANAGING THE LINE UNITS AFTER 2001, SO THIS TIME

02:12:01   21   PERIOD IS NOT A PERIOD OF TIME IN WHICH I MANAGED LINE UNITS.

02:12:04   22        WHAT I INTERPRET FROM IT, WHEN I JOINED CISCO IN 1994, WE

02:12:07   23   WERE A GOOD COMPANY, BUT WE WERE ONE OF MANY COMPETITORS IN THE

02:12:12   24   SPACE.  WE HAD LOTS OF -- LARGE AND SCARY COMPETITORS.  AND BY

02:12:18   25   2000 WE HAD LARGELY OUT-COMPETED MOST OF THEM.  AND WE HAD

02:12:22  1    GAINED MUCH HIGHER MARKET SHARE BY THEN.

02:12:25  2        THE RESULT OF THAT HIGH MARKET SHARE AND THE BROAD USE OF

02:12:29  3    CISCO PRODUCTS IS WHAT PRESUMABLY CREATED THIS NOTION THAT IT

02:12:33  4    BECAME AN INDUSTRY STANDARD.

02:12:34  5    Q.   DID YOU -- DO YOU RECALL HEARING PEOPLE ON OTHER OCCASIONS

02:12:39  6    DURING YOUR TENURE AS ONE OF THE MANAGERS AT CISCO, REFER TO

02:12:44  7    THE CLI AS INDUSTRY STANDARD, AS SHOWN IN THIS DOCUMENT?

02:12:47  8    A.   YEAH.  I DON'T REMEMBER EXACT CONVERSATIONS, BUT IT WAS

02:12:51  9    COMMONLY UNDERSTOOD.

02:12:52  10   Q.   OKAY.  WOULD YOU TAKE A LOOK AT 5457, AND THAT'S IN

02:13:00  11   EVIDENCE, SO COULD WE PUT THAT ON THE SCREEN.

02:13:05  12       ACTUALLY BEFORE WE LOOK AT IT, I WANT TO ASK A QUESTION OF

02:13:08  13   YOU, MR. VOLPI.

02:13:10  14       WHILE YOU WERE IN THE ETHERNET SWITCHING AND ROUTING UNITS

02:13:13  15   AT CISCO, DID CISCO ACTUALLY PROMOTE ITS CLI AS AN "INDUSTRY

02:13:18  16   STANDARD?"

02:13:19  17   A.   I BELIEVE THE LANGUAGE WAS USED FAIRLY BROADLY IN THE

02:13:23  18   DOCUMENTATION THAT WE HAVE.

02:13:24  19   Q.   AND BY DOCUMENTATION, DO YOU MEAN PUBLIC DOCUMENTATION?

02:13:28  20   A.   YEAH, DOCUMENTATION WE WOULD USE AT MARKETING EVENTS OR

02:13:31  21   PROVIDE THEM TO CUSTOMERS.

02:13:33  22   Q.   AND LET'S TAKE A LOOK NOW AT 5457, THAT'S ALREADY IN

02:13:36  23   EVIDENCE.  AND I BELIEVE THERE'S A PAGE -- THIS IS A SOFTWARE

02:13:39  24   RELEASE.  I BELIEVE SLIDE 96 WAS ONE WE HAVE LOOKED AT BEFORE.

02:13:45  25   I'M GOING TO BLOW THAT UP ON THE SCREEN, MR. VOLPI.

02:13:49  1        THIS SAYS, "CISCO IOS CLI, CURRENT DE FACTO STANDARD;" DO

02:13:54  2    YOU SEE THAT?

02:13:55  3    A.   YES.

02:13:55  4    Q.   THEN THERE'S A PRO AND A CON.

02:13:58  5    A.   YES.

02:13:58  6    Q.   WAS THIS THE TYPE OF STATEMENT FREQUENTLY MADE TO THE

02:14:05  7    CUSTOMERS ABOUT THE CLI?

02:14:06  8    A.   YES, IT WAS FREQUENTLY MADE.

02:14:10  9        IN THIS PARTICULAR CASE, ESSENTIALLY, THERE WERE ALWAYS

02:14:15  10   DEBATES ON WHETHER CLI WAS THE RIGHT TECHNOLOGY FOR THE FUTURE

02:14:20  11   AT CISCO AND WHETHER MAYBE CISCO SHOULD CHANGE IT SOMEHOW AT

02:14:25  12   SOME POINT IN TIME.

02:14:27  13       WHAT THIS DOCUMENT ARGUES IS THAT PRO'S AND CON'S OF ITS

02:14:31  14   NATURE.  SO IT SAYS IT'S VERY POWERFUL AND COMPLETE, AND SO

02:14:35  15   FORTH, BUT IT'S NOT VERY GOOD FOR PROGRAM ACCESS AND A FEW

02:14:39  16   OTHER THINGS.  BUT IT WAS CLEAR IT WAS A WELL-ACCEPTED STANDARD

02:14:43  17   AT THAT POINT.

02:14:44  18   Q.   WOULD YOU OPEN UP YOUR BINDER TO TX 5451, PLEASE, AND TELL

02:14:51  19   ME WHETHER YOU RECOGNIZE THAT AS A FAIRLY TYPICAL MARKETING

02:14:54  20   DOCUMENT IN USE AT CISCO?

02:14:56  21   A.   YES, IT WAS.

02:14:57  22   Q.   OKAY.

02:14:58  23       MR. VAN NEST:  I WOULD OFFER 5451 IN EVIDENCE

02:15:00  24   YOUR HONOR.

02:15:00  25       THE COURT:  ANY OBJECTION.

02:15:01  1                    MR. NELSON:  NO OBJECTION.

02:15:02  2                    THE COURT:  IT WILL BE ADMITTED.

02:15:11  3        (DEFENDANT'S EXHIBIT 5451 WAS ADMITTED INTO EVIDENCE.)

02:15:11  4        BY MR. VAN NEST:

02:15:12  5        Q.  AND RIGHT ON THE FIRST PAGE, THIS IS AT THE BOTTOM,

02:15:16  6        MR. VOLPI.  AND AGAIN, I'VE GOT IT ON THE SCREEN, IF WE COULD

02:15:19  7        HIGHLIGHT THAT.  "COST-EFFECTIVE ADMINISTRATION, MOST SMALL OR

02:15:27  8        AUTONOMOUS BRANCH OFFICES CANNOT JUSTIFY THE EXPENSE OF HIGH

02:15:31  9        LEVEL ON-SITE TECHNICAL EXPERTISE.  BECAUSE OF THIS, CISCO

02:15:34  10       OFFERS CUSTOMERS THE OPTION OF USING THE INDUSTRY STANDARD

02:15:37  11       CISCO IOS SOFTWARE COMMAND-LINE INTERFACE."

02:15:39  12            WHAT DOES THAT REFER TO?

02:15:40  13       A.  I THINK VERY SIMILAR TO WHAT WE HAVE BEEN TALKING ABOUT.

02:15:44  14            THIS IS A MARKETING DOCUMENT THAT CISCO WOULD PROVIDE TO

02:15:49  15       CUSTOMERS.  AND IT INDICATES THAT FOR CUSTOMERS THAT ARE LESS

02:15:55  16       SOPHISTICATED, LESS TECHNICAL, AND DON'T HAVE A LOT OF ON-SITE

02:16:00  17       EXPERTISE, MEANING PEOPLE THAT COULD WALK UP TO THE ROUTER AND

02:16:05  18       TOUCH IT AND CHANGE IT, THAT CISCO OFFERS ITS INDUSTRY

02:16:08  19       STANDARD, CISCO IOS SOFTWARE, COMMAND-LINE INTERFACE, WHICH IS

02:16:10  20       ESSENTIALLY THE WAY TO CONFIGURE THE ROUTER.

02:16:12  21            SO CISCO IS STATING THAT THE COMMAND-LINE INTERFACE IS AN

02:16:15  22       INDUSTRY STANDARD IN THIS DOCUMENT.

02:16:16  23       Q.  AND IN CONNECTION WITH THIS PARTICULAR PROMOTION, WHAT

02:16:19  24       WOULD BE THE BENEFIT TO CISCO OF PROMOTING THE CLI TO THESE

02:16:24  25       CUSTOMERS AS INDUSTRY STANDARD?

02:16:25    1    A.   WELL, PRESUMABLY THE CUSTOMERS, THEY DON'T HAVE A LOT OF

02:16:29    2    EXPERTISE ON THEIR OWN BECAUSE THESE ARE COMPLICATED THINGS.

02:16:32    3    SO THEY WOULD WANT TO HIRE A CONSULTANT OR AN ADVISOR OR

02:16:35    4    SOMEBODY THAT CAN HELP THEM TO CONFIGURE THE ROUTER.

02:16:39    5        AND WHAT THIS IS ESSENTIALLY SAYING IS THAT OUR ROUTER

02:16:41    6    SPEAKS THIS LANGUAGE CLI THAT EVERYBODY UNDERSTANDS.  SO IT

02:16:47    7    SHOULD BE EASY FOR YOU TO FIND SOMEBODY THAT COULD CONFIGURE OR

02:16:50    8    MANAGE THE DEVICE.

02:16:51    9    Q.   WAS THAT A SELLING ADVANTAGE FOR CISCO?

02:16:52   10    A.   I MEAN, IT CLEARLY IS BECAUSE THAT WAY, YOU KNOW, EVEN A

02:16:56   11    SMALL BUSINESS CAN AFFORD TO BRING ON SOMEBODY TO MANAGE THEIR

02:16:58   12    NETWORK.

02:16:58   13    Q.   WOULD YOU OPEN UP YOUR BINDER TO TX 8237, PLEASE.

02:17:08   14        CAN YOU TELL ME WHETHER YOU RECOGNIZE THAT AS A SIMILAR

02:17:11   15    MARKETING -- SIMILAR PRODUCT MANUAL-TYPE DOCUMENT?

02:17:17   16    A.   YES, IT IS.

02:17:18   17            MR. VAN NEST:  I WOULD OFFER 8237 IN EVIDENCE,

02:17:21   18    YOUR HONOR.

02:17:21   19            MR. NELSON:  NO OBJECTION YOUR HONOR.

02:17:22   20            THE COURT:  IT WILL BE ADMITTED.

02:17:24   21    (DEFENDANT'S EXHIBIT 8237 WAS ADMITTED INTO EVIDENCE.)

02:17:24   22    BY MR. VAN NEST:

02:17:25   23    Q.   IF WE COULD JUST PUT THE FRONT PAGE OF IT UP ON THE

02:17:28   24    SCREEN.  WHAT IS 8237, MR. VOLPI?

02:17:30   25    A.   IT LOOKS LIKE A PIECE OF DOCUMENTATION THAT CISCO HAS

VOLPI DIRECT EXAM BY MR. VAN NEST                                    2044

02:17:34  1        PRODUCED ON ANOTHER VARIANT OF THE IOS SOFTWARE CALLED IOS XR.

02:17:39  2        Q.   AND HOW WOULD A DOCUMENT LIKE THIS BE USED OR HOW WAS IT

02:17:43  3        USED DURING YOUR TENURE AT CISCO?

02:17:46  4        A.   MY GUESS IS THESE DOCUMENTS ARE HANDED OUT TO CUSTOMERS

02:17:53  5        FOR THEM TO BETTER UNDERSTAND HOW TO MANAGE, CONFIGURE, SUPPORT

02:17:59  6        THE PRODUCTS THAT CISCO SELLS TO THEM.

02:18:02  7        Q.   OKAY.  AND THIS ONE HAS TO DO WITH, I GUESS A SUBSEQUENT

02:18:05  8        VERSION OF IOS, THIS IS THE IOS XR?

02:18:07  9        A.   YES, IT IS.

02:18:08  10       Q.   COULD WE GO TO THE SECOND PAGE AND BLOW UP THE

02:18:11  11       MANAGEABILITY SECTION IN THE INTRODUCTION.

02:18:18  12            AND THIS SAYS, MANAGEABILITY PROVIDES INDUSTRY STANDARD

02:18:23  13       MANAGEMENT INTERFACES, INCLUDING MODULAR COMMAND-LINE

02:18:27  14       INTERFACE, CLI, AND THEN IT GOES ON.

02:18:31  15            WHAT IS BEING REFERRED TO IN THAT FIRST PART OF THE

02:18:34  16       SENTENCE, "THE INDUSTRY STANDARD MANAGEMENT INTERFACES,

02:18:37  17       INCLUDING MODULAR COMMAND-LINE INTERFACE."

02:18:39  18            WHAT IS THAT REFERRING TO?

02:18:40  19       A.   RIGHT.  SO IN THIS CASE THE DOCUMENT SAYS THIS SOFTWARE

02:18:43  20       CALLED IOS XR CAN BE MANAGED IN THREE WAYS.

02:18:47  21            THE COMMAND-LINE INTERFACE, ANOTHER LANGUAGE THAT'S OFTEN

02:18:50  22       USED CALLED SIMPLE NETWORK MANAGEMENT PROTOCOL, WHICH IS A

02:18:54  23       DIFFERENT WAY MANAGING THE DEVICE.  OR XML, WHICH IS SORT OF A

02:18:59  24       MORE PROGRAMMABLE WAY.

02:19:00  25            SO THESE ARE BASICALLY THREE SEPARATE WAYS IN WHICH THESE

02:19:03  1    NETWORKING DEVICES CAN BE PROGRAMMED.  AND IT SAYS THAT THE

02:19:05  2    INDUSTRY STANDARD MANAGEMENT INTERFACE, ONE OF THEM IS THE

02:19:08  3    COMMAND-LINE INTERFACE, SO UNDERLINING THE SAME BASIC POINT

02:19:13  4    WHICH IS THAT IS THE COMMONLY ACCEPTED INDUSTRY WAY OF MANAGING

02:19:17  5    THE NETWORKING DEVICE.

02:19:19  6    Q.   MR. VOLPI, WHY DID YOU LEAVE CISCO?

02:19:24  7    A.   I HAD WORKED THERE FOR, LIKE I SAID, 13 YEARS.  YOU KNOW,

02:19:29  8    I JOINED THE COMPANY WITH 2000 EMPLOYEES AND IT HAD BECOME

02:19:33  9    60,000 EMPLOYEES.  I PREFER SMALLER COMPANIES.  AND SO I

02:19:37  10   DECIDED IT WAS MY TIME TO MOVE ON TO DO SOMETHING DIFFERENT.

02:19:40  11   Q.   AND DID YOU LEAVE CISCO ON GOOD TERMS?

02:19:43  12   A.   I WOULD LIKE TO THINK SO.  I HAD LONG-TERM DISCUSSIONS

02:19:48  13   WITH MR. CHAMBERS AND OTHERS ABOUT MOVING ON.  I GAVE AMPLE

02:19:52  14   NOTICE, AND I'VE TRIED TO MAINTAIN A GOOD RELATIONSHIP WITH

02:19:55  15   CISCO SINCE.

02:19:56  16         MR. VAN NEST:  I HAVE NO FURTHER QUESTIONS,

02:19:57  17   YOUR HONOR.

02:19:58  18         THE COURT:  THANK YOU.

02:19:58  19      MR. NELSON, CROSS-EXAMINATION?

02:20:00  20         MR. NELSON:  THANK YOU, YOUR HONOR.

02:20:05  21      I THINK YOU HAVE A COPY OF YOUR DEPOSITION TRANSCRIPT

02:20:07  22   ALREADY.

02:20:09  23      OKAY.  I DON'T THINK I NEED ANYTHING ELSE THEN,

02:20:13  24   YOUR HONOR.

02:20:15  25         MR. VAN NEST:  EXCUSE ME, YOUR HONOR, I FORGOT TO

02:20:18   1    MOVE 5457 IN EVIDENCE.  THAT'S ONE OF THE DOCUMENTS WE

02:20:23   2    DISCUSSED.

02:20:26   3            THE COURT:  ANY OBJECTION, MR. NELSON?

02:20:27   4            MR. NELSON:  NO OBJECTION.

02:20:28   5            THE COURT:  IT WILL BE ADMITTED.

02:20:30   6    (DEFENDANT'S EXHIBIT 5457 WAS ADMITTED INTO EVIDENCE.)

02:20:30   7            MR. VAN NEST:  THANK YOU.

02:20:56   8                    **CROSS-EXAMINATION**

02:20:57   9    BY MR. NELSON:

02:20:57  10    Q.   ALL RIGHT.  GOOD AFTERNOON, SIR.

02:20:59  11    A.   GOOD AFTERNOON.

02:21:00  12    Q.   I JUST HAVE A FEW QUESTIONS FOR YOU, JUST TO FOLLOW UP ON

02:21:03  13    SOME THINGS THAT COUNSEL ASKED.

02:21:04  14        SO YOU DON'T RECALL ANY STATEMENT OR COMMUNICATION THAT

02:21:08  15    YOU MADE TO ANY COMPETITOR SAYING IT WAS OKAY FOR THEM TO USE

02:21:12  16    CISCO CLI; RIGHT.

02:21:13  17    A.   NO, I DO NOT RECALL.

02:21:15  18    Q.   AND SIMILARLY, YOU DON'T RECALL ANY STATEMENT THAT ANYBODY

02:21:18  19    ELSE AT CISCO MADE TO A COMPETITOR SAYING IT WAS OKAY TO USE

02:21:22  20    THE CISCO CLI; RIGHT?

02:21:23  21    A.   THAT'S CORRECT.

02:21:24  22    Q.   AND YOU DON'T RECALL ANY PUBLIC STATEMENT THAT CISCO EVER

02:21:29  23    MADE SAYING IT WAS OKAY TO IT USE THE CISCO CLI; RIGHT?

02:21:32  24    A.   I DO NOT RECALL SUCH A STATEMENT.

02:21:39  25    Q.   NOW I WANT TO TALK ABOUT THE COMPETITORS YOU MENTIONED.  I

VOLPI CROSS-EXAM BY MR. NELSON                                    2047

02:21:42  1      THINK YOU TALKED ABOUT FOUNDRY AND EXTREME AND YOU MENTIONED

02:21:44  2      3COM I THINK; RIGHT?

02:21:45  3          AND I BELIEVE DURING YOUR DEPOSITION YOU SAID FORCE10 TOO,

02:21:49  4      IS THAT ANOTHER ONE AT THE TIME?

02:21:50  5      A.   YES.

02:21:51  6      Q.   SO I JUST WANT TO PICK UP THERE A LITTLE BIT.

02:21:54  7          LET ME START WITH FOUNDRY.

02:21:57  8          SO YOU NEVER, YOURSELF, DID A COMPARISON OF WHAT FOUNDRY'S

02:22:02  9      CLI WAS TO CISCO'S CLI; RIGHT?

02:22:04  10     A.   I DID NOT.

02:22:05  11     Q.   SO YOU DON'T HAVE ANY IDEA HOW MANY OF THE COMMANDS THAT

02:22:08  12     FOUNDRY WAS USING AS COMPARED TO CISCO CLI; RIGHT?

02:22:11  13     A.   PERSONALLY, I DO NOT KNOW.

02:22:14  14     Q.   RIGHT.

02:22:15  15         AND YOU DON'T HAVE ANY IDEA OF HOW MANY OF THE SCREEN

02:22:17  16     OUTPUTS THAT FOUNDRY WAS USING AS OPPOSED TO CISCO'S CLI;

02:22:20  17     RIGHT?

02:22:20  18     A.   NO, I RELIED ON OTHER PEOPLE'S COMMUNICATIONS TO ME AROUND

02:22:27  19     THAT SUBJECT.

02:22:29  20     Q.   RIGHT.

02:22:30  21         AND YOU DON'T RECALL ANYBODY EVER SHOWING YOU OR SHARING

02:22:35  22     WITH YOU A COMPARISON OF FOUNDRY'S CLI TO CISCO'S CLI; RIGHT?

02:22:39  23     A.   NO, I DON'T RECALL.

02:22:40  24     Q.   OKAY.

02:22:41  25         AND IN FACT, IF WE GO TO EXTREME, SAME QUESTION, YOU NEVER

02:22:47   1    MADE A COMPARISON OF WHAT EXTREME WAS DOING TO WHAT CISCO WAS

02:22:51   2    DOING; RIGHT?

02:22:51   3    A.   NO, I DID NOT.

02:22:52   4    Q.   AND YOU DON'T ACTUALLY EVER RECALL ANYBODY BRINGING YOU A

02:22:56   5    COMPARISON AND SAYING, HEY, HERE'S WHAT EXTREME IS DOING VERSUS

02:23:03   6    WHAT CISCO IS DOING; RIGHT?

02:23:04   7    A.   I DON'T RECALL SPECIFICALLY.

02:23:05   8    Q.   AND THEN FORCE10, I THINK THAT WAS THE OTHER COMPETITOR?

02:23:07   9    A.   THAT'S RIGHT.  I DON'T RECALL EITHER.

02:23:09  10    Q.   NO COMPARISON?  YOU DON'T RECALL ANY COMPARISON AT ALL

02:23:13  11    THAT WAS EVER MADE?

02:23:14  12    A.   YOU KNOW, IN FAIRNESS, IT WAS A LONG TIME AGO.  I DON'T

02:23:18  13    REALLY RECALL SPECIFICS AT ALL.

02:23:19  14    Q.   NOW I JUST WANT TO TALK TO YOU A LITTLE BIT -- AND SO YOU

02:23:23  15    DON'T RECALL ANY STATEMENTS BY CISCO WHILE YOU WERE THERE

02:23:27  16    SAYING HEY, YOU CAN USE -- YOU CAN FREELY USE OUR CLI; RIGHT?

02:23:30  17    A.   NO, I DON'T RECALL SUCH STATEMENTS.

02:23:32  18    Q.   NOW I WANT TO GO TO EXHIBIT 5134 FOR A MOMENT.  THAT WAS

02:23:39  19    SOMETHING THAT COUNSEL LOOKED AT WITH YOU.

02:23:44  20    A.   YES.

02:23:45  21    Q.   SO 5134, THAT WAS A PRESENTATION YOU LOOKED AT.  THERE'S

02:23:49  22    ANOTHER PAGE IN THERE I WANT TO DISCUSS WITH YOU, PAGE 7, IF WE

02:23:55  23    COULD.

02:24:01  24        SO ONE OF THE THINGS IT SAYS ON THIS PAGE 7 IS "UPGRADES

02:24:07  25    IOS CLI TECHNOLOGY."

| | | |
|---|---|---|
| 02:24:08 | 1 | DO YOU SEE THAT? |
| 02:24:09 | 2 | A.   YES. |
| 02:24:09 | 3 | Q.   AND THEN THERE'S A BULLET THAT SAYS WHY? |
| 02:24:13 | 4 | A.   YES. |
| 02:24:13 | 5 | Q.   IF WE GO DOWN TO THE THIRD ONE THERE, IT SAYS, |
| 02:24:20 | 6 | "COMPETITORS, LIKE JUNIPER, HAVE RAISED THE BAR." |
| 02:24:23 | 7 | DO YOU SEE THAT? |
| 02:24:24 | 8 | A.   YES. |
| 02:24:25 | 9 | Q.   SO JUNIPER, THEY HAD A DIFFERENT KIND OF CLI; RIGHT? |
| 02:24:28 | 10 | A.   YES.  WELL, JUNIPER HAD MULTIPLE CLI'S. |
| 02:24:32 | 11 | Q.   RIGHT.  AND JUNOS, YOU REMEMBER THAT ONE? |
| 02:24:34 | 12 | A.   I DON'T RECALL EVERYTHING JUNOS, BUT THE ORIGINAL ONE I |
| 02:24:38 | 13 | THINK YOU ARE REFERRING TO, I RECALL. |
| 02:24:39 | 14 | Q.   AND THAT JUNOS WAS DIFFERENT THAN CISCO CLI? |
| 02:24:42 | 15 | A.   AS FAR AS I KNOW, IT WAS SOMEWHAT DIFFERENT, YES. |
| 02:24:45 | 16 | Q.   OKAY.  SO HERE IT'S SAYING THE COMPETITORS HAVE RAISED THE |
| 02:24:50 | 17 | BAR.  SO COMPETITORS, IN THIS CASE JUNIPER, RAISED THE BAR WITH |
| 02:24:53 | 18 | RESPECT TO CLI DESIGN; RIGHT? |
| 02:24:55 | 19 | A.   I BELIEVE THAT'S WHAT THIS SLIDE SAYS, YES. |
| 02:24:57 | 20 | Q.   RIGHT.  AND THAT'S GOOD; RIGHT?  IN THE INDUSTRY, IT'S |
| 02:25:00 | 21 | GOOD TO HAVE PEOPLE OUT THERE, COMPETITORS OUT THERE RAISING |
| 02:25:03 | 22 | THE BAR; RIGHT? |
| 02:25:04 | 23 | A.   PROBABLY, YES. |
| 02:25:05 | 24 | Q.   YEAH.  YOU DON'T JUST WANT PEOPLE OUT THERE COPYING AND |
| 02:25:09 | 25 | HAVE NO INNOVATION AND THE INDUSTRY IS STUCK WITH THE SAME OLD |

02:25:13  1    STUFF?

02:25:13  2    A.   WELL, I SUPPOSE IT DEPENDS ON YOUR PERSPECTIVE, YOU WOULD

02:25:15  3    RATHER ALWAYS BE THE LEADER.

02:25:17  4    Q.   UNDERSTOOD.  BUT THAT'S GOOD FOR THE INDUSTRY; RIGHT?

02:25:19  5    A.   I BELIEVE SO.

02:25:20  6          MR. NELSON:  OKAY.  THANK YOU, SIR.

02:25:21  7          I DON'T HAVE ANY FURTHER QUESTIONS.

02:25:23  8          THE COURT:  ANYTHING ELSE FOR THIS WITNESS?

02:25:25  9          MR. VAN NEST:  JUST ONE OR TWO, YOUR HONOR.

02:25:26  10          THE COURT:  SURE.

02:25:27  11                    **REDIRECT EXAMINATION**

02:25:28  12   BY MR. VAN NEST:

02:25:29  13   Q.   MR. VOLPI, YOU MENTIONED THAT JUNIPER HAD SEVERAL

02:25:33  14   DIFFERENT OPERATING SYSTEMS?

02:25:34  15   A.   YES.

02:25:34  16   Q.   AND IS THAT BECAUSE THEY HAD SYSTEMS FOR DIFFERENT

02:25:39  17   MARKETS?

02:25:39  18   A.   IT'S BECAUSE THEY ACQUIRED COMPANIES AND MADE THEM PART OF

02:25:44  19   JUNIPER.  AND SOME OF THE COMPANIES THAT THEY ACQUIRED HAD A

02:25:48  20   DIFFERENT CLI THAN THE ORIGINAL JUNIPER ONE.

02:25:51  21   Q.   I SEE.  SO SOME OF THE JUNIPER CLI SYSTEMS WERE MORE

02:25:55  22   DIFFERENT FROM CISCO'S THAN OTHERS?

02:25:56  23   A.   MY RECOLLECTION, AND AGAIN IT'S DATED, BUT MY RECOLLECTION

02:26:00  24   IS THAT THE ORIGINAL JUNIPER, THE JUNOS THAT WAS MENTIONED A

02:26:04  25   FEW MINUTES AGO, WAS SOMEWHAT DIFFERENT, WHEREAS THE

02:26:08   1      ENTERPRISE-ORIENTED ONE, WHICH THEY ACQUIRED THROUGH A COMPANY

02:26:11   2      CALLED NETSCREEN THAT THEY ACQUISITION WITH, WAS MUCH MORE

02:26:16   3      SIMILAR TO CISCO'S IOS, IF I REMEMBER CORRECTLY.

02:26:20   4      Q.   SO IT WAS ANOTHER IN THAT CATEGORY OF CLI THAT WAS EITHER

02:26:24   5      SIMILAR OR VERY SIMILAR TO CISCO'S?

02:26:25   6      A.   THAT'S MY RECOLLECTION.

02:26:26   7           MR. VAN NEST:  THANK YOU, MR. VOLPI.

02:26:28   8        I HAVE NOTHING FURTHER, YOUR HONOR.

02:26:30   9           THE COURT:  MR. NELSON, ANY FURTHER FOLLOWUP?

02:26:32  10           MR. NELSON:  NO, YOUR HONOR.

02:26:32  11           THE COURT:  MAY MR. VOLPI BE EXCUSED?

02:26:35  12           MR. NELSON:  YES, YOUR HONOR.

02:26:36  13           THE COURT:  MR. VOLPI, THANK YOU FOR YOUR TESTIMONY.

02:26:40  14        ALL RIGHT.  MR. VAN NEST, YOUR NEXT WITNESS.

02:26:43  15           MR. VAN NEST:  WE HAD A REQUEST FROM CISCO TO

02:26:45  16      INTERRUPT OUR PRESENTATION SO THAT THEY COULD PRESENT A WITNESS

02:26:49  17      WHO WASN'T AVAILABLE DURING THEIR CASE.

02:26:49  18           THE COURT:  OH, OF COURSE.

02:26:50  19           MR. VAN NEST:  AND SO I WILL CONCEDE THE FLOOR TO

02:26:56  20      MR. PAK.  THIS WITNESS IS BEING CALLED BY CISCO RATHER THAN

02:26:59  21      ARISTA.

02:26:59  22           THE COURT:  LADIES AND GENTLEMEN, SOMETIMES BECAUSE

02:27:01  23      WE TRY TO BE COURTEOUS TO WITNESSES WHO NEED TO TRAVEL, THEY

02:27:04  24      GET A LITTLE OUT OF ORDER.

02:27:05  25           BUT THIS IS NOW MR. PAK IS GOING TO PUT THIS WITNESS ON.

02:27:09  1    IT'S PART OF THE PLAINTIFF'S CASE.  YOU CONSIDER ALL THE

02:27:11  2    EVIDENCE REGARDLESS OF WHO IT COMES FROM, BUT THAT'S WHAT WE

02:27:13  3    ARE DOING HERE.

02:27:15  4            MR. PAK:  I WOULD LIKE TO THANK MR. VAN NEST FOR THE

02:27:18  5    ACCOMMODATION.

02:27:19  6        AND I BELIEVE THAT WE HAVE MR. SHAFER IN THE ROOM.

02:27:23  7            THE COURT:  GOOD.

02:27:24  8        MR. SHAFER, IF YOU WOULD COME FORWARD TO THE WITNESS

02:27:27  9    STAND, PLEASE, AND STAND TO BE SWORN.

02:27:33  10    **(PLAINTIFF'S WITNESS, PHILLIP SHAFER, WAS SWORN.)**

02:27:36  11            THE WITNESS:  YES.

02:27:43  12            THE CLERK:  THANK YOU, SIR.  PLEASE BE SEATED.

02:27:47  13            MR. PAK:  YOUR HONOR, MAY I APPROACH THE WITNESS?

02:27:50  14            THE COURT:  YES.

02:27:53  15            THE CLERK:  IF YOU WOULD SIR, PLEASE STATE YOUR NAME

02:27:55  16    AND SPELL YOUR LAST NAME FOR THE RECORD.

02:27:56  17            THE WITNESS:  MY NAME IS PHILLIP SHAFER.  SHAFER IS

02:28:01  18    S-H-A-F-E-R.

02:28:01  19                        **DIRECT EXAMINATION**

02:28:01  20    BY MR. PAK:

02:28:02  21    Q.   GOOD AFTERNOON, MR. SHAFER.

02:28:04  22    A.   GOOD AFTERNOON.

02:28:04  23    Q.   WOULD YOU PLEASE STATE YOUR NAME FOR THE RECORD AGAIN.

02:28:07  24    A.   PHILLIP SHAFER.

02:28:08  25    Q.   OKAY.  GREAT.

02:28:09   1          AND WHO IS YOUR CURRENT EMPLOYER?

02:28:11   2     A.   JUNIPER NETWORKS.

02:28:12   3     Q.   ALL RIGHT.  AND WHAT IS YOUR JOB TITLE AT JUNIPER

02:28:16   4     NETWORKS?

02:28:16   5     A.   I AM A DISTINGUISHED ENGINEER.

02:28:18   6     Q.   AND WHAT DOES IT MEAN TO BE A DISTINGUISHED ENGINEER AT

02:28:21   7     JUNIPER?

02:28:22   8     A.   IT'S A SENIOR SOFTWARE DEVELOPER TITLE.

02:28:25   9     Q.   AND CAN YOU EXPLAIN YOUR RESPONSIBILITIES AS A

02:28:29   10    DISTINGUISHED ENGINEER AT JUNIPER NETWORKS?

02:28:31   11    A.   I'M THE CHIEF SOFTWARE ARCHITECTURE AND SOFTWARE DEVELOPER

02:28:36   12    FOR THE JUNOS CLI, USER INTERFACE, AND API.

02:28:41   13    Q.   OKAY.  SO WE'VE HEARD ABOUT JUNO-S, THAT'S JUNOS,

02:28:45   14    SOMETIMES WE CALL THAT?

02:28:46   15    A.   YES.

02:28:46   16    Q.   AND CLI, DOES THAT STAND FOR COMMAND-LINE INTERFACE AT

02:28:50   17    JUNIPER AS WELL?

02:28:50   18    A.   YES, SIR.

02:28:51   19    Q.   OKAY.  AND YOU SAID THAT YOU WERE A SOFTWARE ARCHITECT FOR

02:28:56   20    THE JUNOS CLI.  CAN YOU BRIEFLY DESCRIBE FOR THE JURY WHAT YOUR

02:28:59   21    RESPONSIBILITIES ARE IN THAT CAPACITY?

02:29:01   22    A.   I DESIGNED, IMPLEMENTED, IMPROVED AND DEBUG THE CLI

02:29:10   23    INFRASTRUCTURE AND ALL THE RELATED BITS OF THE SOFTWARE THAT

02:29:14   24    ARE RELATED TO IT.

02:29:15   25    Q.   AND HOW LONG HAVE YOU BEEN EMPLOYED AT JUNIPER NETWORKS?

02:29:18   1    A.   JUST PAST MY 19TH YEAR.

02:29:21   2    Q.   OKAY.  CONGRATULATIONS.  YOU MUST HAVE JOINED IN FALL OF

02:29:25   3    1997.

02:29:27   4    A.   NOVEMBER OF '97, YES.

02:29:29   5    Q.   AND I THINK WE HEARD ABOUT JUNIPER FROM TIME TO TIME IN

02:29:32   6    THIS TRIAL, BUT CAN YOU PLEASE EXPLAIN TO THE LADIES AND

02:29:36   7    GENTLEMEN OF THE JURY WHAT JUNIPER NETWORKS DOES AS A COMPANY?

02:29:39   8    A.   SO JUNIPER NETWORKS MANUFACTURES AND SELLS DEVICES THAT DO

02:29:47   9    ROUTING OF INTERNET PACKETS, ALSO DO SECURITY, WE DO THE

02:29:51  10    HARDWARE AND THE SOFTWARE THAT RUNS ON THAT HARDWARE.

02:29:53  11    Q.   DO YOU MAKE ROUTERS?

02:29:55  12    A.   YES.

02:29:55  13    Q.   DO YOU MAKE SWITCHES?

02:29:59  14    A.   YES.

02:30:00  15    Q.   AND DO THOSE ROUTERS AND SWITCHES RUN THE CLI THAT WE HAVE

02:30:03  16    BEEN DISCUSSING?

02:30:04  17    A.   YES.

02:30:04  18    Q.   AND JUST TO GIVE US A SENSE OF THE SIZE OF JUNIPER

02:30:07  19    NETWORKS, HOW BIG IS THE COMPANY IN TERMS OF NUMBER OF

02:30:11  20    EMPLOYEES?

02:30:11  21    A.   6 OR 7000 EMPLOYEES.

02:30:14  22    Q.   AND DO YOU HAVE A ROUGH SENSE OF HOW BIG THE COMPANY IS,

02:30:19  23    IN TERMS OF REVENUES, PER YEAR?

02:30:21  24    A.   I THINK WE MAKE ABOUT A BILLION DOLLARS A QUARTER.

02:30:24  25    Q.   SO IT'S ABOUT $4 BILLION WHEN YOU ADD IT UP IN A YEAR?

SHAFER DIRECT EXAM BY MR. PAK                                    2055

02:30:28  1       A.    YEAH, 4, 4 1/2, SOMEWHERE AROUND THERE.

02:30:34  2       Q.    AND DOES JUNIPER ALSO COMPETE WITH ARISTA NETWORKS?

02:30:40  3       A.    YES.

02:30:41  4       Q.    AND YOU ARE HERE PURSUANT TO A TRIAL SUBPOENA; IS THAT

02:30:45  5       CORRECT?

02:30:45  6       A.    YES, I BELIEVE SO.

02:30:47  7       Q.    ARE YOU FAMILIAR WITH -- SPECIFICALLY, HOW ARE YOU

02:30:50  8       FAMILIAR WITH THE COMMAND-LINE INTERFACE FOR JUNOS?

02:30:52  9             I THINK YOU MENTIONED THAT YOU WORKED ON IT, BUT WERE YOU

02:30:54  10      ONE OF THE CREATORS OF THAT?

02:30:55  11      A.    I WAS THE DESIGNER OF THE ORIGINAL DEVELOPER.  IT'S MY

02:31:02  12      STUFF, IT'S MY SOFTWARE.

02:31:03  13      Q.    AND WHEN DID YOU BEGIN WORK ON DEVELOPING THE CLI

02:31:07  14      INTERFACE FOR JUNOS?

02:31:09  15      A.    THAT WAS MY INITIAL JOB AT JUNIPER, THE PROJECT THAT I HAD

02:31:14  16      BEEN WORKING ON FOR 19 YEARS.

02:31:15  17      Q.    SO WHEN YOU JOINED IN 1997 THAT WAS THE PROJECT YOU WORKED

02:31:19  18      ON THEN, AND YOU CONTINUE TO WORK ON THE JUNOS CLI TODAY?

02:31:22  19      A.    YES, SIR.

02:31:22  20      Q.    OKAY.

02:31:25  21            AND WITH RESPECT TO HOW USERS INTERACT WITH THE JUNOS

02:31:32  22      COMMAND-LINE INTERFACE, CAN YOU DESCRIBE JUST THE INTERACTION

02:31:34  23      FOR USERS, AT A HIGH LEVEL?

02:31:37  24      A.    INTERACTION FOR A TYPICAL USER IS THROUGH A COMMAND-LINE

02:31:43  25      INTERFACE WHERE YOU ARE TYPING COMMANDS AS INDIVIDUAL WORDS

02:31:47   1      INTO THE SOFTWARE THAT I'VE WRITTEN.

02:31:53   2          IT PARSES THAT COMMAND LINE, FIGURES OUT WHAT EXACTLY YOU

02:31:56   3      ARE TRYING TO DO, GOES AND PERFORMS THE OPERATION AND THEN

02:31:59   4      SENDS THE RESULTS BACK TO THE USER.  AGAIN, IN A TERMINAL

02:32:03   5      WINDOW.

02:32:03   6      Q.   AND ARE YOU FAMILIAR WITH THE CONCEPT OF HAVING A COMMAND

02:32:07   7      SYNTAX AS PART OF THE CLI?

02:32:09   8      A.   YES.

02:32:09   9      Q.   AND I TAKE IT THAT YOU DESIGNED THE COMMAND SYNTAX FOR THE

02:32:13   10     JUNOS CLI?

02:32:14   11     A.   YES, I DID.

02:32:15   12     Q.   SO THAT WOULD BE THE STRING OF WORDS THAT MAKE UP THE

02:32:19   13     MULTIWORD COMMANDS?

02:32:20   14     A.   YES, AS WELL AS THE SYNTAX FOR THE CONFIGURATION TIMES AND

02:32:25   15     THE SYNTAX FOR THE API.

02:32:27   16     Q.   AND YOU ALSO TALKED ABOUT OUTPUTS.

02:32:31   17         DOES JUNOS CLI ALSO PROVIDE SCREEN OUTPUTS IN RESPONSE TO

02:32:35   18     EXECUTING CERTAIN COMMANDS?

02:32:37   19     A.   YES.  THE CLI DOES NOT ONLY THE COMMUNICATION OF THAT

02:32:44   20     OUTPUT, BUT ALSO THE RENDERING INTO TEXT FOR THE USER TO SEE.

02:32:51   21     Q.   SO THE SCREEN OUTPUTS THAT ARE GENERATED WHEN YOU EXECUTE

02:32:55   22     JUNIPER COMMANDS, WHO AUTHORED THOSE OUTPUTS AT JUNIPER?

02:33:00   23     A.   IN PART, IN ARCHITECTURE, IT WAS MY DESIGN.  IN PART, SOME

02:33:06   24     OF THE COMMANDS ARE SOFTWARE THAT I'VE WRITTEN.  THE REST OF IT

02:33:14   25     IS THE SOFTWARE THAT THE INDIVIDUAL SUBCOMPONENT AUTHOR HAS

02:33:18   1      WRITTEN THAT THEY USE MY ENGINE TO GENERATE TEXT FROM.

02:33:22   2      Q.   AND WHEN YOU SAY "SUBCOMPONENT AUTHORS," YOU ARE TALKING

02:33:25   3      ABOUT JUNIPER ENGINEERS WHO WORK ON DIFFERENT COMPONENTS?

02:33:28   4      A.   YEAH, THE -- IMAGINE THE SOFTWARE AS HAS A HIERARCHY OF

02:33:31   5      PIECES WHERE, YOU KNOW, THERE'S A TEAM THAT DOES THE ROUTING

02:33:36   6      PROTOCOL, AND UNDER THAT THERE'S A TEAM THAT DOES ANY

02:33:39   7      PARTICULAR ROUTING PROTOCOL, AND UNDER THAT THERE'S AN

02:33:42   8      INDIVIDUAL WHO IS RESPONSIBLE FOR ONE FACET OF THAT PROTOCOL.

02:33:45   9      Q.   AND GENERALLY SPEAKING, AT JUNIPER, WHO AUTHORS THE

02:33:49   10     COMMANDS AND THE SCREEN OUTPUTS AT JUNIPER NETWORKS?

02:33:52   11     A.   THE INDIVIDUAL COMPONENT OWNER DESCRIBES THEIR SYNTAX IN A

02:33:59   12     TOOL THAT I CREATED, AND THEN THAT PROVIDES CONSISTENCY AND

02:34:08   13     EASE OF OPERATION.  BUT THE ACTUAL RESPONSIBLE PARTY IS THE

02:34:10   14     PARTICULAR DEVELOPER.

02:34:11   15     Q.   SO JUST TO MAKE IT CLEAR, SO THE TOOL OR THE FRAMEWORK,

02:34:14   16     YOU DESIGNED FOR THE CLI, BUT THE INDIVIDUAL ENGINEERS WHO WORK

02:34:18   17     ON THE COMMAND COMPONENTS, THEY WOULD BE THE ONES COMING UP

02:34:22   18     WITH THE COMMAND NAMES, SYNTAX, AND THE OUTPUTS AS WELL?

02:34:26   19     A.   YES, THAT'S CORRECT.

02:34:27   20          WE DO HAVE A STYLE GUIDE TO PUSH PEOPLE INTO BEHAVING IN A

02:34:32   21     CONSISTENT MANNER BETWEEN ALL THE COMPONENTS SO THAT IT LOOKS

02:34:43   22     LIKE A SINGLE PIECE OF SOFTWARE.

02:34:45   23     Q.   SO THERE'S A JUNIPER STYLE GUIDE FOR DESIGNING JUNIPER CLI

02:34:48   24     COMMANDS; IS THAT CORRECT?

02:34:49   25     A.   YES.

02:34:50  1    Q.    AND WHEN YOU CAME UP WITH -- WERE YOU INVOLVED IN THE

02:34:53  2    CREATION OF THAT JUNIPER STYLE GUIDE?

02:34:54  3    A.    YES, I WAS.

02:34:55  4    Q.    WHEN YOU WERE CREATING THE JUNIPER STYLE GUIDES, WAS IT

02:34:59  5    IMPORTANT FOR YOU TO REFLECT THE JUNIPER STYLE OF WRITING CLI

02:35:02  6    COMMANDS?

02:35:02  7    A.    YES.

02:35:03  8    Q.    AND WAS THAT IMPORTANT WITHIN JUNIPER TO HAVE CONSISTENCY

02:35:09  9    ACROSS JUNIPER PRODUCTS THROUGH THIS STYLE GUIDE AND OTHER WORK

02:35:13  10   THAT ENGINEERS DO AT JUNIPER NETWORKS?

02:35:16  11   A.    WELL, THE ORIGINAL GOAL WAS TO HAVE ONE JUNOS THAT RAN ON

02:35:20  12   ALL OF THE PLATFORMS.  SO IT WASN'T JUST A MATTER OF

02:35:23  13   CONSISTENCY, IT WAS ONE SOFTWARE BASE.

02:35:24  14   Q.    SO IT'S CONSISTENT WITH PAST PRODUCTS, BUT ALSO HAVING

02:35:27  15   CONSISTENCY ACROSS MULTIPLE PRODUCTS WITHIN JUNIPER?

02:35:30  16   A.    YES, SIR.

02:35:30  17   Q.    OKAY.  NOW DID YOU, IN WRITING THE JUNIPER STYLE GUIDE,

02:35:35  18   DID YOU TAKE SOMEBODY ELSE'S STYLE GUIDE AND COPY IT AS THE

02:35:40  19   BASIS FOR YOUR STYLE GUIDE?

02:35:41  20   A.    IT WAS, ESSENTIALLY, WORK DONE BETWEEN MYSELF AND THE LEAD

02:35:47  21   TECHNICAL WRITER AS TO WHAT WE WANTED THAT STYLE TO BE.

02:35:51  22   Q.    AND THAT PERSON WAS A JUNIPER EMPLOYEE, CORRECT?

02:35:54  23   A.    YES.

02:35:54  24   Q.    SO YOU DIDN'T GO OUT AND LOOK AT SOME OTHER COMPANY'S

02:35:57  25   STYLE GUIDE AND COPY IT INTO YOUR STYLE GUIDE?

02:35:59  1      A.   NO, WE DID NOT.

02:36:01  2      Q.   AND ONE MORE PIECE OF THE CLI INTERFACE.

02:36:03  3           ARE YOU FAMILIAR WITH HELP STRINGS?

02:36:05  4      A.   YES.

02:36:06  5      Q.   AND DOES JUNIPER JUNOS ALSO HAVE HELP STRINGS AS A

02:36:09  6      FEATURE?

02:36:10  7      A.   YES, WE DO.

02:36:11  8      Q.   AND WHO CREATES THE ACTUAL CONTENT THAT GOES INTO THE HELP

02:36:17  9      STRINGS WITHIN JUNIPER?

02:36:18  10     A.   AGAIN, IT'S THE INDIVIDUAL DEVELOPER, GUIDED BY THE JUNOS

02:36:25  11     STYLE.

02:36:26  12     Q.   NOW I WANT TO GO BACK IN TIME TO 1997, 1998 WHEN YOU FIRST

02:36:30  13     STARTED WORKING ON THE JUNOS CLI.  WHEN YOU WERE WORKING ON

02:36:34  14     CREATING THE FIRST CLI FOR JUNIPER, WERE YOU AWARE THAT CISCO

02:36:38  15     ALREADY HAD PRODUCTS ON THE MARKET WITH THE CISCO CLI?

02:36:42  16     A.   YES, WE WERE.

02:36:43  17     Q.   AND HOW DID YOU KNOW THAT?  HOW DID YOU KNOW ABOUT THE

02:36:46  18     CISCO CLI PRODUCTS?

02:36:47  19     A.   WE WERE AWARE THAT AS OUR PRODUCTS SHIPPED, THEY WOULD BE

02:36:51  20     OUR BIGGEST COMPETITOR.

02:36:54  21     Q.   AND WHEN YOU WERE CREATING THE JUNIPER CLI FOR JUNOS, DID

02:37:00  22     YOU LOOK AT THE COMMANDS AND THE SUBCOMMAND STRUCTURE AND

02:37:05  23     SYNTAX THAT WAS BEING USED BY CISCO FOR THE CISCO CLI USED IN

02:37:09  24     COMPETING PRODUCTS?

02:37:10  25     A.   NO, I INTENTIONALLY DID NOT LOOK AT COMPETING PRODUCTS.

02:37:13   1    Q.   SO CAN YOU SAY THAT ONE MORE TIME, SLOWLY, FOR THE JURY?

02:37:16   2    A.   NO, I DID NOT LOOK AT COMPETING PRODUCTS.

02:37:19   3    Q.   AND YOU DID NOT DO THAT INTENTIONALLY?

02:37:21   4    A.   INTENTIONALLY, YES.

02:37:23   5    Q.   AND WHY DID YOU DECIDE, AS THE CREATOR OF THE JUNIPER CLI,

02:37:27   6    TO CHOOSE NOT TO INTENTIONALLY LOOK AT A COMPETING CLI FROM

02:37:32   7    CISCO?

02:37:32   8    A.   THERE WERE THREE MAIN REASONS.

02:37:36   9         THE FIRST WAS WE DIDN'T WANT TO GIVE CISCO ANY GROUNDS TO

02:37:39   10   SUE US.

02:37:40   11        THE SECOND WAS THE -- BASED ON FEEDBACK FROM THE

02:37:51   12   CUSTOMERS, WE WANTED TO DO SOMETHING BETTER.

02:37:52   13        AND THE THIRD WAS, YOU KNOW, AS A NEW COMPANY HAVING THIS

02:37:56   14   INCREDIBLE GREEN FIELD EXPERIENCE OPPORTUNITY, I WANTED TO

02:37:59   15   WRITE SOMETHING COMPLETELY NEW, SOMETHING THAT I WANTED TO MAKE

02:38:02   16   AND USE.  I DIDN'T WANT TO COPY SOMETHING.

02:38:05   17   Q.   OKAY.  SO I WANT TO GO THROUGH EACH OF THOSE REASONS THAT

02:38:09   18   YOU JUST STATED ON THE RECORD.

02:38:10   19        SO FIRST OF ALL, WHEN YOU SAID GREEN FIELD PRODUCT OR THIS

02:38:13   20   WAS A BRAND-NEW OPPORTUNITY FOR YOU, WHAT DID YOU MEAN BY THAT?

02:38:17   21   AND CAN YOU EXPLAIN WHY THAT WAS AN INFLUENCE ON YOU IN

02:38:20   22   DECIDING TO CREATE THE JUNOS CLI?

02:38:22   23   A.   SO THE TERM "GREEN FIELD" COMES FROM AN OPEN PASTURE.  YOU

02:38:26   24   CAN GO IN ANY DIRECTION, EVERYTHING IS WILD.  YOU CAN MAKE IT

02:38:30   25   WHAT YOU WANT.  THERE ARE NO CONSTRAINTS ON WHAT YOU ARE DOING.

02:38:34  1          I KIND OF HAD THAT OPPORTUNITY IN WHAT I COULD DO,

02:38:44  2     LITERALLY NOBODY COULD SAY THAT, DON'T DO THAT, I COULD DO

02:38:45  3     WHATEVER I WANTED.

02:38:46  4     Q.   THAT WAS BECAUSE YOU WERE AT JUNIPER AND THEY WERE WORKING

02:38:49  5     ON THEIR FIRST CLI?

02:38:50  6     A.   IT WAS A SMALL COMPANY AND WE HAD TECHNICAL REVIEW AND

02:38:53  7     STUFF LIKE THAT, BUT IT WAS REALLY AN OPPORTUNITY TO REIMAGINE

02:38:57  8     THE INTERACTION BETWEEN USERS AND DEVICES.

02:39:00  9     Q.   AND WAS THAT AN EXCITING OPPORTUNITY FOR YOU?

02:39:02  10    A.   YES, IT WAS.

02:39:02  11    Q.   AND THE SECOND REASON, I THINK YOU MENTIONED WAS SOMETHING

02:39:06  12    ABOUT CUSTOMERS, CUSTOMER FEEDBACK.

02:39:09  13         AND CAN YOU EXPLAIN A LITTLE BIT FURTHER ABOUT SOME OF THE

02:39:13  14    CUSTOMER FEEDBACK THAT YOU HAD BEEN HEARING ABOUT CISCO CLI AND

02:39:16  15    HOW THAT INFLUENCED YOUR DECISION TO COME UP WITH A DIFFERENT

02:39:19  16    USER INTERFACE FOR JUNIPER?

02:39:21  17    A.   SURE.

02:39:23  18         IF YOU -- SO IOS, EVEN AT THAT POINT IN '97, WAS FAIRLY

02:39:29  19    OLD.  AND THE WAY IT APPROACHED CONFIGURATION OF THE COMMANDS

02:39:33  20    AND THE USER INTERACTION WAS FAIRLY DATED.

02:39:38  21         WE WANTED TO DO SOMETHING MORE MODERN, SOMETHING MORE

02:39:43  22    HIERARCHICAL, SOMETHING THAT WOULD HELP USERS IN THE DAY-TO-DAY

02:39:49  23    OPERATIONS THAT THEY USED OUR DEVICES FOR.

02:39:51  24    Q.   NOW THE OTHER THIRD REASON THAT YOU MENTIONED IS IN

02:39:55  25    LOOKING AT CISCO'S IOS CLI, YOU WERE CONCERNED THAT YOU DIDN'T

02:40:00   1    WANT TO GET SUED BY CISCO.

02:40:01   2         CAN YOU EXPLAIN FURTHER, FOR THE JURORS, WHAT THAT CONCERN

02:40:04   3    WAS ABOUT?

02:40:04   4    A.   SO BEFORE COMING TO JUNIPER I WAS EMPLOYED AS A CONTRACTOR

02:40:09   5    FOR IBM, AND IBM HAS A VERY, A VERY STRINGENT POLICY OF NOT

02:40:15   6    ALLOWING DEVELOPERS TO LOOK AT COMPETITORS'S PRODUCTS.

02:40:19   7         WE WOULD GET REPORTS AND CRITIQUES ON WHAT WAS AVAILABLE

02:40:24   8    IN THE MARKETPLACE, BUT WE DIDN'T ACTUALLY LOOK AT PRODUCTS.

02:40:27   9    IT WAS KIND OF A WALL TO KEEP US FROM ANY SUSPICION OR ANY

02:40:31  10    TAINT OF DERIVATIVE -- OF BEING CALLED A DERIVATIVE PRODUCT.

02:40:43  11    Q.   SO BY NOT LOOKING AT CISCO'S CLI AND USING CISCO'S CLI

02:40:48  12    COMMANDS, WERE YOU TRYING TO AVOID INFRINGING ANY OF CISCO'S

02:40:52  13    INTELLECTUAL PROPERTY RIGHTS?

02:40:53  14    A.   I WAS TRYING TO STAY CLEAR OF ANY ALLEGATION OF SUCH

02:41:02  15    BEHAVIOR.

02:41:03  16    Q.   OKAY.  AND ARE YOU PROUD OF THE WORK THAT YOU'VE DONE WITH

02:41:06  17    YOUR JUNOS CLI?

02:41:07  18    A.   ABSOLUTELY.

02:41:08  19    Q.   AND HOW MANY, I KNOW IT'S HARD TO ESTIMATE, BUT HOW MANY

02:41:12  20    PRODUCTS WITHIN JUNIPER OVER THIS LONG PERIOD OF TIME HAVE RUN

02:41:17  21    SOME VERSION OF YOUR JUNIPER JUNOS CLI?

02:41:22  22    A.   I COULDN'T PUT A NUMBER ON IT, NORTH OF 18 OR 20.

02:41:29  23    Q.   OKAY.  AND HAS JUNIPER BEEN ABLE TO EFFECTIVELY COMPETE

02:41:35  24    AGAINST CISCO IN VARIOUS MARKETS DURING YOUR TENURE THERE USING

02:41:41  25    A CLI THAT IS DIFFERENT FROM CISCO'S CLI?

02:41:43   1    A.   YES.

02:41:44   2    Q.   AND IN FACT, IN THE ROUTER MARKET, HOW WOULD YOU

02:41:48   3    CHARACTERIZE JUNIPER'S MARKET SHARE AS COMPARED TO CISCO'S?

02:41:51   4    A.   I BELIEVE WE ARE NUMBER TWO.

02:41:53   5    Q.   SO YOU WERE ABLE TO GAIN A NUMBER TWO MARKET SHARE IN THE

02:42:06   6    COMPETITIVE ROUTER MARKET COMPETING AGAINST CISCO BY USING A

02:42:10   7    USER INTERFACE THAT IS DIFFERENT THAN CISCO'S, IS THAT TRUE?

02:42:13   8    A.   YES, THAT IS TRUE.

02:42:15   9    Q.   AND I WOULD LIKE TO HAVE YOU TAKE A LOOK IN YOUR BINDER, I

02:42:21   10   BELIEVE THERE SHOULD BE A TRIAL EXHIBIT 4821.

02:42:31   11        I BELIEVE THIS HAS ALREADY BEEN ADMITTED INTO EVIDENCE?

02:42:34   12             MR. VAN NEST:  IT HAS.

02:42:35   13             MR. PAK:  SO I WOULD LIKE TO SHOW THAT ON THE SCREEN,

02:42:37   14   MR. FISHER.

02:42:39   15   Q.   MR. SHAFER, THESE ARE SOME OF THE COMMANDS THAT ARE AT

02:42:42   16   ISSUE IN THIS CASE THAT ARE CISCO COMMANDS.

02:42:44   17        CAN YOU -- I KNOW YOU HAVEN'T STUDIED THIS IN DETAIL, BUT

02:42:48   18   COULD YOU JUST FLIP THROUGH THIS COMMAND LIST AND LET THE JURY

02:42:51   19   KNOW WHETHER THIS LOOKS LIKE A LIST OF JUNIPER COMMANDS OR NOT.

02:42:59   20        DO THEY LOOK FAMILIAR YOU TO YOU AS JUNIPER COMMANDS?

02:43:02   21   A.   THESE ARE CERTAINLY NOT JUNIPER COMMANDS.

02:43:04   22   Q.   AND WHY DO YOU SAY THAT?

02:43:06   23   A.   THE STYLE BETWEEN IOS AND JUNOS IS VERY DIFFERENT IN TWO

02:43:12   24   PARTS.

02:43:12   25        ONE IS IOS REGARDS CONFIGURATION AS JUST A SERIES OF

02:43:18  1   COMMANDS.  WHEREAS IN JUNOS, DATA IS MORE LIKE A DATABASE.  YOU

02:43:23  2   EDIT IT, CHANGE IT, YOU COPY IT, YOU HAVE OPERATIONS YOU CAN

02:43:30  3   PERFORM ON DATA AS CONFIGURATION DATA.  THEN THERE'S A SEPARATE

02:43:33  4   SET OF OPERATIONAL COMMANDS.

02:43:36  5         CISCO IOS MIXES THOSE TWO --

02:43:41  6   Q.   AND --

02:43:42  7   A.   -- IN WAYS THAT WE DO NOT.

02:43:43  8   Q.   YOU ALSO MENTIONED EARLIER THAT YOU BELIEVED THE JUNIPER

02:43:47  9   CLI IS MORE HIERARCHICAL THAN CISCO CLI.

02:43:50  10        COULD YOU EXPLAIN TO THE JURY WHAT YOU MEAN BY THAT?

02:43:52  11  A.   SO AN IOS COMMAND -- LET ME TRY IT THE OTHER WAY.

02:44:05  12        JUNOS COMMAND HAS A SERIES OF LAYERS AND YOU CAN EDIT INTO

02:44:10  13  THOSE LAYERS, LOOK AT THE PARTICULAR DATA UNDER A LAYER AND

02:44:13  14  SHOW IT.

02:44:13  15        IT'S SIMILAR TO FOLDERS AND DIRECTORIES ON A WINDOWS OR A

02:44:17  16  MAC.  WHERE, IN IOS, EVERYTHING IS AT THE TOP LEVEL.  JUNOS,

02:44:23  17  THERE IS THIS ORGANIZATION THAT ALLOWS YOU TO LOOK AT THE

02:44:26  18  CONFIGURATION FOR ANY PARTICULAR PROTOCOL SEPARATE FROM THE

02:44:29  19  REST OF THE BOX.

02:44:32  20  Q.   EVEN THOUGH YOU WERE USING SOME INDUSTRY COMMON WORDS AND

02:44:35  21  ACRONYMS, DID YOU FEEL COMPELLED TO USE CISCO'S SYNTAX AND

02:44:39  22  CISCO'S HIERARCHY WHEN COMING UP WITH JUNIPER'S CLI?

02:44:43  23  A.   WE ATTEMPTED TO USE THE COMMANDS AND TERMS THAT WERE MOST

02:44:49  24  APPROPRIATE FOR THE TASK AT HAND.

02:44:52  25        AT THE BOTTOM OF THE FIRST PAGE -- SO THERE IS SOME AMOUNT

02:45:02  1    OF OVERLAP, FOR EXAMPLE, I CAN'T FIND AN EXAMPLE WHERE -- "SHOW

02:45:11  2    ARP," THE "SHOW ARP" COMMAND ON PAGE 7 OF THIS DOCUMENT, IS THE

02:45:17  3    SAME FOR IOS AND JUNOS, SIMPLY BECAUSE YOU ARE SHOWING THE ARP.

02:45:23  4    SO THE OBVIOUS CHOICE IS "SHOW ARP."

02:45:25  5         WHEREAS TO SHOW THE ROUTING TABLE IN JUNOS, THE COMMAND IS

02:45:28  6    "SHOW ROUTE."  IN IOS I THINK IT'S "SHOW IP ROUTE TABLE,"

02:45:33  7    SOMETHING.

02:45:34  8         SO WE'VE MADE -- WE'VE -- YOU KNOW, IN JUNOS WE TRY AND

02:45:38  9    MAKE THE OBVIOUS CHOICE THAT THE USER WOULD EXPECT.

02:45:42  10   Q.   AND WHAT WAS OBVIOUS TO YOU ACTUALLY TURNED OUT TO BE

02:45:44  11   CISCO'S CLI CHOICES IN MANY OCCASIONS; IS THAT CORRECT?

02:45:47  12   A.   THAT'S CORRECT.

02:45:47  13   Q.   I WANT TO TALK TO YOU ABOUT ANOTHER OPERATING SYSTEM

02:45:52  14   THAT'S BEEN DISCUSSED FROM JUNIPER CALLED JUNOS-E, I THINK IT'S

02:45:57  15   A LITTLE "E" AT THE END OF JUNOS; IS THAT CORRECT?

02:46:01  16   A.   I THOUGHT IT WAS A BIG "E".

02:46:02  17   Q.   OH, BIG E, I MAY BE WRONG.

02:46:04  18        SO ARE YOU FAMILIAR WITH THE JUNOS-E OPERATING SYSTEM AT A

02:46:08  19   HIGH LEVEL?

02:46:09  20   A.   VERY VAGUELY.

02:46:10  21   Q.   OKAY.  AND IS -- DO YOU HAVE AN UNDERSTANDING OF WHETHER

02:46:16  22   JUNOS-E IS A PRODUCT THAT IS GOING TO BE SUPPORTED BY JUNIPER

02:46:20  23   GOING FORWARD?

02:46:20  24   A.   I BELIEVE IT'S END OF LIFE.

02:46:22  25   Q.   AND WHEN YOU SAY END OF LIFE, WHAT DO YOU MEAN BY THAT?

02:46:24   1   A.   THAT MEANS JUNIPER IS NO LONGER SHIPPING IT.  WE SUPPORT

02:46:27   2   CUSTOMERS WHO USE IT IN THE FIELD, BUT WE DON'T ACTIVELY SELL

02:46:31   3   IT.  OR, IN SOME SITUATIONS, WE GIVE A TERMINATION DATE FOR

02:46:38   4   WHEN WE WILL STOP SUPPORTING IT.  BUT TYPICALLY, WE SUPPORT

02:46:45   5   FIELD CUSTOMER PRODUCTS BECAUSE WE SIMPLY BECAUSE WE LIKE OUR

02:46:45   6   CUSTOMERS.

02:46:48   7   Q.   AND WHAT ABOUT THE JUNOS CLI YOU DEVELOPED IN 1997, WHAT'S

02:46:52   8   JUNIPER'S PLAN WITH RESPECT TO THE USE OF THAT CLI?

02:46:56   9   A.   IT IS OUR FLAGSHIP PRODUCT AND WE CONTINUE TO DEVELOP IT

02:46:59  10   AND USE IT.

02:46:59  11   Q.   AND WOULD IT BE USED FOR ALL KINDS OF MARKETS IN WHICH

02:47:04  12   JUNIPER OFFERS PRODUCTS?

02:47:05  13   A.   YES.

02:47:05  14        MR. PAK:  THANK YOU, YOUR HONOR.

02:47:06  15        I PASS THE WITNESS.

02:47:07  16        THE COURT:  OKAY.

02:47:17  17                        **CROSS-EXAMINATION**

02:47:18  18   BY MR. WONG:

02:47:18  19   Q.   GOOD MORNING SIR.  WE HAVEN'T MET BEFORE.

02:47:20  20        MY NAME IS RYAN WONG AND I'M ONE OF THE ATTORNEYS FOR

02:47:24  21   ARISTA NETWORKS.

02:47:25  22        NOW CISCO'S COUNSEL YOU ASKED YOU A LITTLE BIT ABOUT HOW

02:47:28  23   JUNOS CLI COMMANDS WERE CREATED.

02:47:30  24        NOW YOU NEVER WORKED AT CISCO ON THE CREATION OF ANY CISCO

02:47:33  25   CLI COMMANDS; RIGHT?

SHAFER CROSS-EXAM BY MR. WONG                                          2067

```
02:47:34   1    A.   NO, I DID NOT.

02:47:35   2    Q.   AND BACK WHEN YOU WERE DEVELOPING THE JUNOS CLI IN THE

02:47:40   3    1997 TIME PERIOD, YOU ACTUALLY HAD VERY LITTLE EXPERIENCE WITH

02:47:44   4    THE CISCO IOS CLI; ISN'T THAT RIGHT?

02:47:46   5    A.   THAT IS TRUE.

02:47:47   6    Q.   AND IN FACT, I THINK YOU SAID YOU HAD VERY, VERY SMALL

02:47:50   7    AMOUNTS OF EXPOSURE TO THE CISCO CLI, CORRECT?

02:47:53   8    A.   THAT IS TRUE.

02:47:54   9    Q.   AND AT YOUR DEPOSITION, YOU TESTIFIED THAT EVEN TODAY YOU

02:47:59  10    DON'T HAVE A SPECIFIC AWARENESS OF THE CISCO CLI COMMAND AND

02:48:05  11    SUBCOMMAND STRUCTURE; DO YOU REMEMBER THAT?

02:48:06  12    A.   YES, I DO, THAT IS TRUE.

02:48:08  13    Q.   AND THAT'S BECAUSE YOU ARE NOT AN IOS USER, CORRECT?

02:48:11  14    A.   YEAH.  WE HAVE -- I'VE USED SOME OF THE SMALLER IOS BOXES.

02:48:16  15    BUT, YOU KNOW, ALONG MY CAREER PATH, I'VE RUN SEVERAL NETWORKS

02:48:21  16    AND I'VE NEVER RUN THE IOS-BASED NETWORK.

02:48:23  17    Q.   SURE.

02:48:24  18         SO YOU HAVE NO PERSONAL KNOWLEDGE OF HOW ANY OF THE CISCO

02:48:28  19    CLI COMMANDS THAT MAY BE DISPUTED IN THIS CASE WERE CREATED,

02:48:33  20    CORRECT?

02:48:34  21    A.   YES, THAT'S TRUE.

02:48:35  22    Q.   AND YOU HAVE NO KNOWLEDGE OF HOW ANY OF THE CISCO MODES

02:48:40  23    AND PROMPTS CAME INTO BEING AT CISCO, CORRECT?

02:48:42  24    A.   THAT IS TRUE.

02:48:42  25    Q.   AND THAT'S BECAUSE, IN YOUR WORDS, CISCO IOS WAS A FAIRLY
```

SHAFER CROSS-EXAM BY MR. WONG                                    2068

02:48:49   1    OLD AND DATED SYSTEM BY THE TIME YOU STARTED WORKING AT

02:48:53   2    JUNIPER, CORRECT?

02:48:54   3    A.   YES.

02:48:54   4    Q.   NOW COUNSEL FOR CISCO ASKED YOU ABOUT SOME OF THE

02:49:02   5    DIFFERENCES AND SYNTAX AND SOFTWARE ORGANIZATION BETWEEN THE

02:49:06   6    JUNOS CLI AND THE CISCO CLI.  BUT YOU NOTED SOME DIFFERENCES

02:49:12   7    WHEN -- I'M SORRY, SOME SIMILARITIES WHEN CISCO'S COUNSEL PUT

02:49:17   8    UP THE LIST ON THE SCREEN; RIGHT?

02:49:18   9    A.   I WAS ABLE TO FIND ONE, YES.

02:49:20  10    Q.   SURE.

02:49:21  11         AND AT YOUR DEPOSITION, I'M NOT SURE IF YOU RECALL THIS,

02:49:23  12    BUT YOU WERE ALSO ASKED THE QUESTION OF A JUNOS CLI COMMAND

02:49:27  13    CALLED "SHOW INTERFACES."

02:49:28  14         DO YOU REMEMBER THAT?

02:49:29  15    A.   YES.

02:49:29  16    Q.   AND IS "SHOW INTERFACES" A CLI COMMAND THAT'S SUPPORTED BY

02:49:32  17    THE JUNOS CLI?

02:49:33  18    A.   YES, IT IS.

02:49:34  19    Q.   AND ARE YOU AWARE THAT THE "SHOW INTERFACES" COMMAND IS

02:49:38  20    ALSO SUPPORTED BY THE CISCO IOS CLI?

02:49:41  21    A.   YES, I'M AWARE OF THAT.

02:49:42  22    Q.   OKAY.

02:49:44  23    A.   I SHOULD NOTE THAT THE ARGUMENTS UNDER THE TWO ARE VERY

02:49:47  24    DIFFERENT.

02:49:47  25    Q.   FAIR ENOUGH.  BUT THE FIRST TWO WORDS ARE "SHOW

02:49:51  1      INTERFACES," CORRECT?

02:49:51  2      A.   YES.

02:49:52  3      Q.   AND WHAT MIGHT FOLLOW THAT COULD BE DIFFERENT BASED UPON

02:49:54  4      THE DIFFERENT COMPANIES; RIGHT?

02:49:56  5      A.   YES.

02:49:56  6      Q.   SO JUNIPER, CONSIDERING THE DESIGN CONSTRAINTS IN CREATING

02:50:02  7      A CLI, THEY CAME UP WITH THE EXACT SAME "SHOW INTERFACES"

02:50:07  8      COMMAND THAT CISCO IOS CAME UP WITH; RIGHT?

02:50:09  9      A.   YES, I THINK IT'S THE OBVIOUS CHOICE.

02:50:11  10     Q.   RIGHT.  IT'S THE OBVIOUS CHOICE, CORRECT?

02:50:14  11     A.   YES.

02:50:14  12     Q.   AND YOU MENTIONED ALSO THAT THE "SHOW ARP" COMMAND, WHICH

02:50:18  13     IS SUPPORTED BY BOTH THE JUNOS CLI AND THE CISCO IOS CLI, THAT

02:50:21  14     TOO WAS AN OBVIOUS CHOICE, CORRECT?

02:50:23  15     A.   YES.

02:50:23  16     Q.   AND IN FACT, THERE'S ACTUALLY MORE COMMANDS ON THAT LIST

02:50:27  17     THAT ARE SUPPORTED BY BOTH CISCO AND JUNOS CLI; IS THAT RIGHT?

02:50:32  18     A.   I STOPPED WHEN I FOUND THE FIRST ONE, SORRY.

02:50:34  19     Q.   SURE, SURE.

02:50:35  20          ARE YOU FAMILIAR WITH THE "SHOW ISIS INTERFACE" COMMAND?

02:50:38  21     A.   YES.

02:50:39  22     Q.   IS THAT A COMMAND SUPPORTED BY THE JUNOS CLI?

02:50:41  23     A.   YES, IT IS.

02:50:42  24     Q.   ARE YOU AWARE THAT THAT SAME COMMAND IS SUPPORTED BY THE

02:50:44  25     CISCO IOS CLI?

SHAFER CROSS-EXAM BY MR. WONG                                    2070

02:50:46   1      A.   NO, I ACTUALLY WASN'T.

02:50:47   2      Q.   OH.  CAN WE PUT UP THE SAME EXHIBIT ON THE SCREEN, PLEASE.

02:50:57   3      CAN WE GO TO "SHOW ISIS INTERFACE."  THERE IT IS.  ALL RIGHT.

02:51:02   4           SO THIS IS A LIST OF COMMANDS THAT CISCO SAYS THE CISCO

02:51:06   5      IOS CLI SUPPORTS.  DO YOU SEE "SHOW ISIS INTERFACE" THERE?

02:51:12   6      A.   YES, I DO.

02:51:13   7      Q.   AND IS THAT ALSO AN OBVIOUS CHOICE FOR THAT COMMAND?

02:51:17   8      A.   YES.

02:51:17   9      Q.   AND CONSIDERING THE DESIGN CONSTRAINTS SURROUNDING THE

02:51:21   10     JUNOS CLI COMMAND CREATION, THIS WAS IT IS OBVIOUS CHOICE THAT

02:51:25   11     THOSE CONSTRAINTS LEAD TO, CORRECT?

02:51:27   12     A.   YES.

02:51:27   13     Q.   DOES THE JUNOS CLI ALSO SUPPORT THE "SHOW LLDP NEIGHBORS"

02:51:32   14     COMMAND?

02:51:32   15     A.   YES, IT DOES.

02:51:33   16     Q.   AND LLDP, THAT IS AN INDUSTRY STANDARD ACRONYM, CORRECT?

02:51:37   17     A.   YES.

02:51:38   18     Q.   AND ARE YOU AWARE THAT THE CISCO IOS CLI ALSO SUPPORTS

02:51:41   19     THAT EXACT SAME COMMAND?

02:51:42   20     A.   NO, I WASN'T, BUT IT'S ON THE IOS.

02:51:45   21     Q.   AND THAT'S AN OBVIOUS CHOICE TOO; RIGHT?

02:51:47   22     A.   I THINK SO.

02:51:48   23     Q.   AND WHAT ABOUT THE "SNMP MIB" COMMAND, IS THAT A JUNOS CLI

02:51:52   24     COMMAND?

02:51:53   25     A.   YES, IT IS.

SHAFER CROSS-EXAM BY MR. WONG                    2071

02:51:53  1    Q.   AND "MIB" THERE, THAT'S AN INDUSTRY STANDARD TERM TOO;

02:51:57  2    RIGHT?

02:51:57  3    A.   YES, AS IS SNMP.

02:51:59  4    Q.   CORRECT.

02:51:59  5         AND ARE YOU AWARE THAT CISCO'S CLI ALSO SUPPORTS THAT

02:52:02  6    EXACT SAME COMMAND?

02:52:04  7    A.   ONCE AGAIN, IT'S LISTED ON PAGE 9.

02:52:12  8    Q.   AND WHAT ABOUT THE SHOW PTP CLOCK COMMAND, IS THAT A

02:52:17  9    COMMAND THAT IS SUPPORTED BY THE JUNOS CLI?

02:52:19  10   A.   IT'S NOT A COMMAND I'M FAMILIAR WITH, BUT IT WOULDN'T

02:52:24  11   SURPRISE ME.

02:52:25  12   Q.   DO YOU KNOW EITHER WAY?

02:52:25  13   A.   NO.

02:52:26  14   Q.   HOW ABOUT THE SHOW SPANNING-TREE INTERFACE COMMAND, ARE

02:52:30  15   YOU FAMILIAR WITH THAT COMMAND IN JUNOS?

02:52:31  16   A.   YES.

02:52:31  17   Q.   IS THAT ALSO A COMMAND SUPPORTED BY THE CISCO IOS CLI?

02:52:34  18   A.   YES.

02:52:35  19   Q.   IS THAT ALSO THE OBVIOUS CHOICE THAT THE JUNOS ENGINEERS

02:52:38  20   ARRIVED AT?

02:52:40  21   A.   YES.

02:52:40  22   Q.   NOW JUNIPER SUPPORTS A WIDE VARIETY OF SHOW MULTIWORD

02:52:47  23   COMMANDS, CORRECT?

02:52:48  24   A.   YES.

02:52:49  25   Q.   AND JUNOS ALSO SUPPORTS A WIDE VARIETY OF MULTIWORD CLEAR

SHAFER CROSS-EXAM BY MR. WONG                                                    2072

02:52:55  1    COMMANDS; RIGHT?

02:52:56  2    A.   YES.

02:52:56  3    Q.   THAT'S WHERE THE COMMAND STARTS WITH CLEAR, THEN IT'S

02:52:59  4    FOLLOWED BY SOMETHING THAT IS GOING TO BE CLEARED, CORRECT?

02:53:02  5    A.   YES.

02:53:02  6    Q.   AND THE CHOICE OF "SHOW" AND "CLEAR," THOSE WERE ALSO

02:53:05  7    OBVIOUS DESIGN CHOICES FOR JUNIPER ENGINEERS, CORRECT?

02:53:09  8    A.   YES, I BELIEVE SO.

02:53:10  9    Q.   NOW MR. SHAFER, YOU HAVE BEEN AN EMPLOYEE AT JUNIPER SINCE

02:53:22  10   1997; RIGHT?

02:53:23  11   A.   YES.

02:53:23  12   Q.   AND YOU HAVE BEEN THERE FOR 19 YEARS, I BELIEVE YOU SAID?

02:53:27  13   A.   YES.

02:53:28  14   Q.   AND OVER THE TWO DECADES THAT YOU'VE WORKED AT JUNIPER, DO

02:53:32  15   YOU BELIEVE THAT JUNIPER HAS ACTED AS AN ETHICAL COMPANY?

02:53:35  16   A.   YES, I BELIEVE SO.

02:53:37  17   Q.   DO YOU BELIEVE FROM YOUR TWO DECADES WORKING AT JUNIPER,

02:53:41  18   THAT JUNIPER HAS TRIED TO RESPECT THE INTELLECTUAL PROPERTY

02:53:45  19   RIGHTS OF OTHER COMPANIES?

02:53:47  20   A.   WE CERTAINLY DO IN MY GROUP.

02:53:49  21   Q.   INCLUDING ITS COMPETITORS; RIGHT?

02:53:51  22   A.   YES.

02:53:52  23   Q.   SO YOU ARE AWARE, THOUGH, THAT IN 2002, JUST A FEW YEARS

02:53:57  24   AFTER YOU CREATED THE JUNOS CLI, THAT JUNIPER RELEASED A

02:54:02  25   PRODUCT LINE WITH, I THINK WE SPOKE ABOUT IT A LITTLE EARLIER,

SHAFER CROSS-EXAM BY MR. WONG                                    2073

02:54:07   1    THE JUNOS-E CLI, CORRECT?

02:54:09   2    A.   YES, WE ACQUIRED A COMPANY CALLED UNISPHERE THAT HAD

02:54:12   3    EXISTING SOFTWARE AND HAD EXISTING CUSTOMERS, AND WE CONTINUED

02:54:16   4    TO SUPPORT THEM.

02:54:16   5    Q.   WHAT WAS THAT COMPANY CALLED UNISPHERE?

02:54:19   6    A.   UNISPHERE.

02:54:20   7    Q.   THANK YOU.

02:54:21   8         AND THAT PRODUCT THAT JUNIPER ACQUIRED AND THEN SOLD UNDER

02:54:24   9    ITS OWN NAME STARTING IN 2002, THAT PRODUCT USED HUNDREDS OF

02:54:29   10   THE SAME CLI COMMANDS THAT ARE SUPPORTED BY THE CISCO IOS CLI;

02:54:34   11   RIGHT?

02:54:34   12   A.   YES.

02:54:35   13   Q.   AND IT SUPPORTED THE SAME COMMAND MODES AND THE SAME

02:54:40   14   COMMAND PROMPTS THAT THE CISCO IOS CLI SUPPORTED; RIGHT?

02:54:43   15   A.   I BELIEVE THAT WAS THE GOAL, YES.

02:54:45   16   Q.   OKAY.  AND THAT STARTED IN 2002, JUNIPER STARTED SELLING

02:54:48   17   THAT PRODUCT IN 2002, CORRECT?

02:54:51   18   A.   YES.  I'M FUZZY ON THE DATE, BUT YES, I WAS THINKING IT

02:54:58   19   WAS 2004, BUT 2002 COULD BE CORRECT.

02:55:03   20   Q.   EARLY 2000'S?

02:55:04   21   A.   YES.

02:55:05   22   Q.   AND JUNIPER CONTINUED TO DEVELOP AND BUILD UPON THE

02:55:08   23   JUNOS-E CLI FOR AT LEAST 14 YEARS, CORRECT?  BEFORE IT WAS

02:55:12   24   END-OF-LIFE'D?

02:55:16   25   A.   YES.

02:55:17  1    Q.   RIGHT.

02:55:17  2         WHEN CISCO'S COUNSEL ASKED YOU WHETHER OR NOT THE JUNOS-E

02:55:21  3    PRODUCTS HAD REACHED ITS END OF LIFE THAT, HAPPENED VERY

02:55:25  4    RECENTLY, CORRECT?

02:55:26  5    A.   YES.  WE STARTED SOME TIME IN THE 2009, 2010 TO

02:55:37  6    INCORPORATE THE FEATURES OF THAT DEVICE INTO JUNOS PROPER.  YOU

02:55:41  7    KNOW, IT TAKES A WHILE FOR TO DEVELOP SOFTWARE AND TEST AND

02:55:45  8    EXPOSE IT TO CUSTOMERS AND MAKE THEM HAPPY, AND SO IT WAS A

02:55:49  9    LENGTHY PROCESS --

02:55:51  10   Q.   OKAY.  SURE.

02:55:52  11   A.   -- TO TAKE AWAY FROM THAT.

02:55:53  12   Q.   BUT THE JUNOS-E PRODUCT WAS STILL BEING SOLD BY JUNIPER AS

02:55:57  13   RECENTLY AS 2014; RIGHT?

02:55:59  14   A.   SURE.

02:55:59  15   Q.   OKAY.

02:56:00  16        AND SO FOR AT LEAST 12 YEARS, JUNIPER WAS OPENLY SELLING A

02:56:05  17   CLI THAT HAD HUNDREDS OF THE SAME CLI COMMANDS AS CISCO IOS, AS

02:56:11  18   WELL AS THE SAME MODES AND PROMPTS AS CISCO IOS; RIGHT?

02:56:15  19   A.   WE ARE VERY SIMILAR, YEAH.

02:56:18  20   Q.   AND DO YOU BELIEVE THAT JUNIPER WOULD HAVE OFFERED A CLI

02:56:21  21   IN ONE OF ITS PRODUCTS THAT HAD HUNDREDS OF THE SAME CLI

02:56:24  22   COMMANDS AS CISCO IOS AND THE SAME MODES AND PROMPTS IF JUNIPER

02:56:29  23   BELIEVED THAT THAT WERE A VIOLATION OF CISCO'S COPYRIGHTS?

02:56:34  24   A.   I CAN'T SPEAK FOR THAT.

02:56:38  25        MR. WONG:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

02:56:42   1              MR. PAK:  JUST A FEW QUESTIONS.

02:56:44   2              THE COURT:  OKAY.

02:56:45   3                      **REDIRECT EXAMINATION**

02:56:46   4     BY MR. PAK:

02:56:47   5     Q.   MR. SHAFER, WE CAN PULL OUT THAT EXHIBIT AGAIN.

02:56:51   6          OKAY.  NOW, MR. WONG ASKED YOU A FEW QUESTIONS ABOUT SOME

02:57:00   7     OF THE COMMANDS THAT MAY LOOK SIMILAR TO THE COMMANDS YOU

02:57:02   8     AUTHORED AT JUNIPER.  BUT ISN'T IT TRUE AS YOU SCAN THIS LIST,

02:57:06   9     THERE ARE DOZENS AND DOZENS OF COMMANDS HERE THAT LOOK NOTHING

02:57:10  10     LIKE THE COMMANDS YOU HAVE HERE AT JUNIPER?

02:57:12  11     A.   THAT IS TRUE.  IN FACT, IF I LOOK ON THE FIRST PAGE I SEE

02:57:20  12     NONE.

02:57:21  13     Q.   NONE.  NONE OF THE COMMANDS ON PAGE 1 IS USING JUNIPER

02:57:27  14     IOS; IS THAT RIGHT?

02:57:28  15     A.   YES.

02:57:28  16     Q.   SO TAKE A LOOK AT PAGE 2.  HOW MANY DO YOU SEE THERE THAT

02:57:32  17     YOU THINK IS SIMILAR TO JUNIPER CLI?

02:57:47  18     A.   I SEE ONE OR PERHAPS TWO.

02:57:49  19     Q.   LET'S TAKE A LOOK AT PAGE 3, HOW MANY DO YOU SEE THERE

02:57:53  20     THAT ARE THE SAME?

02:57:53  21     A.   NONE.

02:57:54  22     Q.   LET'S LOOK AT PAGE 4, HOW MANY DO YOU SEE ON THIS PAGE

02:57:57  23     THAT LOOKS THE SAME?

02:57:58  24     A.   NONE.

02:57:59  25     Q.   LET'S LOOK AT PAGE 5, HOW MANY OF THESE COMMANDS LOOK THE

02:58:03  1    SAME AS JUNIPER?

02:58:15  2    A.   AS COMMANDS?  NONE.

02:58:18  3    Q.   LOOK AT PAGE 6.  HOW MANY OF THESE COMMANDS LOOK THE SAME

02:58:22  4    AS JUNIPER COMMANDS?

02:58:24  5              MR. WONG:  OBJECTION.  VAGUE.  VAGUE AS TO OPERATING

02:58:27  6    SYSTEM.

02:58:28  7              MR. PAK:  JUNOS, YOUR HONOR.

02:58:29  8              THE COURT:  THANK YOU.

02:58:30  9    BY MR. PAK:

02:58:30  10   Q.   SO ALL MY QUESTIONS, TO DATE, MR. SHAFER, HAVE BEEN ABOUT

02:58:34  11   JUNOS, THE ONE THAT YOU DESIGNED.

02:58:36  12        HOW MANY OF THESE COMMANDS ON PAGE 6 ARE THE SAME AS THE

02:58:38  13   JUNOS CLI THAT YOU BUILT?

02:58:40  14   A.   AS COMMANDS, NONE.

02:58:41  15   Q.   HOW ABOUT PAGE 7?  HOW MANY OF THESE LOOK LIKE JUNIPER

02:58:48  16   COMMANDS?

02:58:50  17              MR. WONG:  OBJECTION.  VAGUE.

02:58:52  18              MR. PAK:  JUNIPER JUNOS CLI COMMANDS.

02:58:57  19              THE WITNESS:  FIVE, OR PERHAPS SIX.

02:59:08  20   BY MR. PAK:

02:59:09  21   Q.   MR. SHAFER, WHAT'S OBVIOUS TO YOU AS A CLI DESIGNER MAY

02:59:17  22   NOT BE OBVIOUS TO ANOTHER ENGINEER AT A DIFFERENT COMPANY;

02:59:21  23   ISN'T THAT TRUE?

02:59:21  24   A.   THAT'S TRUE.

02:59:24  25        IN ADDITION, THERE'S -- IF YOU LOOK AT SOME OF THE

02:59:32  1      COMMANDS, THEY ARE UNDER IP, OR IPV6.  AND THAT'S -- THAT, TO

02:59:39  2      ME, I THINK SPEAKS OF THE CREDIT -- THE ORIGINS OF IOS.

02:59:49  3      WHEREAS WE, COMING IN LATER IN THE GAME, WE WERE ABLE TO DO A

02:59:53  4      CLEANER DESIGN.

02:59:54  5      Q.   CAN YOU EXPLAIN THAT A LITTLE BIT FURTHER.  YOU TALKED

02:59:56  6      ABOUT IPV6; IS THAT RIGHT?

02:59:58  7      A.   WELL, JUST LIKE THE -- SO IF YOU LOOK BACK IN LIKE THE

03:00:06  8      MID-80'S, THERE WERE HALF A DOZEN, A DOZEN DIFFERENT COMPETING

03:00:15  9      PROTOCOLS, OF WHICH IP WAS ONE.  SO IN THE CISCO STYLE, THEY DO

03:00:22  10     SHOW IP SOMETHING.

03:00:24  11          BY THE TIME JUNIPER ENTERED THE WORLD, IP WAS THE CLEAR

03:00:29  12     WINNER, SO WE DIDN'T NEED THE IP AS A QUALIFIER IN OUR

03:00:33  13     COMMANDS.  THERE WAS NO USE FOR IT.  SO THE OBVIOUS CHOICE WAS

03:00:38  14     TO NOT USE IT.  WHEREAS, THEIR ENGINEERS WERE OPERATING IN A

03:00:41  15     DIFFERENT TIMEFRAME, I THINK THAT WAS A REASONABLE CHOICE.

03:00:45  16     Q.   OKAY.

03:00:47  17          MR. SHAFER, SO IT'S IMPORTANT TO LOOK AT ALSO THE TIME

03:00:50  18     WHEN COMMANDS ARE CREATED TO ASSESS WHETHER THAT WOULD HAVE

03:00:54  19     BEEN OBVIOUS TO YOU OR NOT; ISN'T THAT TRUE?

03:00:56  20     A.   SURE.

03:00:56  21     Q.   AND YOU NEVER SAT DOWN, OR TO YOUR KNOWLEDGE ANYONE AT

03:01:05  22     JUNIPER SAT DOWN AND COPIED CISCO CLI COMMANDS OUT OF CISCO

03:01:09  23     EQUIPMENT TO YOUR KNOWLEDGE; DO YOU KNOW OF ANYTHING LIKE THAT

03:01:11  24     HAPPENING?

03:01:11  25     A.   I DO NOT.

03:01:12  1    Q.   TO YOUR KNOWLEDGE HAS ANYONE AT JUNIPER SAT DOWN AND

03:01:14  2    COPIED SCREEN OUTPUTS OUT OF CISCO EQUIPMENT RUNNING AT

03:01:18  3    JUNIPER?

03:01:18  4    A.   NO.

03:01:19  5    Q.   AND TO YOUR KNOWLEDGE HAS ANYONE SAT DOWN AT JUNIPER AND

03:01:23  6    COPIED HELP DESCRIPTION COMING OUT OF CISCO EQUIPMENT RUNNING

03:01:26  7    AT JUNIPER?

03:01:27  8    A.   NO.

03:01:27  9    Q.   DID YOU SLAVISHLY COPY ANYTHING FROM CISCO IN TERMS OF THE

03:01:31  10   CLI DESIGN?

03:01:31  11   A.   WE SLAVISHLY TRIED TO BE INDEPENDENT AND DIFFERENT.

03:01:34  12              MR. PAK:  THANK YOU.

03:01:37  13              THE COURT:  MR. WONG?

03:01:37  14                     **RECROSS-EXAMINATION**

03:01:50  15   BY MR. WONG:

03:01:50  16   Q.   NOW MR. SHAFER, MY QUESTIONS ARE ABOUT THE JUNOS-E CLI

03:01:55  17   THAT JUNIPER SOLD FROM 2002 FOR 12 YEARS.

03:01:59  18        WOULD YOU BE SURPRISED, MR. SHAFER, IF HUNDREDS OF THE

03:02:03  19   COMMANDS LISTED ON THIS EXHIBIT WERE SUPPORTED BY THE JUNIPER

03:02:08  20   JUNOS-E CLI?

03:02:12  21   A.   NO, I WOULDN'T BE.  I THINK THEIR GOAL WAS TO BE CLOSER TO

03:02:16  22   IOS THAN WE CERTAINLY WANT TO BE.

03:02:19  23   Q.   I'M SORRY.  CAN YOU SAY THAT AGAIN?

03:02:21  24   A.   THEIR GOAL WAS TO BE CLOSER TO IOS STYLE THAN WE WANTED TO

03:02:25  25   BE, WE IN THE JUNOS SIDE, WANTED TO BE.

03:02:29   1   Q.   AND THE FACT THAT JUNIPER'S JUNOS-E CLI WAS USING HUNDREDS

03:02:33   2   OF THE SAME COMMANDS THAT ARE AT ISSUE IN THIS CASE, WAS THAT

03:02:37   3   SOMETHING THAT JUNIPER WOULD HIDE FROM ITS CUSTOMERS OR THE

03:02:41   4   PUBLIC?

03:02:43   5   A.   TO MY KNOWLEDGE, WE DIDN'T HIDE IT.

03:02:47   6   Q.   ARE THESE COMMANDS, TO THE EXTENT THAT THEY ARE SUPPORTED

03:02:49   7   BY THE JUNIPER JUNOS-E CLI FROM 2002 UP UNTIL WHEN IT WAS

03:02:55   8   DISCONTINUED RECENTLY, WOULD THOSE HAVE BEEN DOCUMENTED IN

03:02:58   9   PUBLIC DOCUMENTATION BY JUNIPER?

03:02:59   10  A.   YES, THEY WOULD HAVE BEEN.

03:03:01   11  Q.   AND WOULD THOSE BE AVAILABLE TO JUNIPER'S WEBSITE?

03:03:03   12  A.   YES, THEY WOULD HAVE BEEN.

03:03:05   13        MR. WONG:  THANK YOU.

03:03:05   14     NO FURTHER QUESTIONS.

03:03:06   15        MR. PAK:  NO QUESTIONS, YOUR HONOR.

03:03:07   16        THE COURT:  AND MAY MR. SHAFER BE EXCUSED?

03:03:14   17        MR. PAK:  YES.

03:03:14   18        THE COURT:  MR. SHAFER, THANK YOU FOR YOUR TESTIMONY.

03:03:16   19   YOU ARE FREE TO GO.

03:03:17   20     ALL RIGHT, EVERYONE, I THINK IT'S TIME FOR OUR BREAK,

03:03:20   21  PROBABLY A LITTLE BIT PAST, BUT I DIDN'T WANT TO KEEP

03:03:23   22  MR. SHAFER HERE.

03:03:24   23     ALL RIGHT.  LET'S COME BACK AT A QUARTER PAST.

03:03:30   24     (RECESS FROM 3:03 P.M. UNTIL 3:16 P.M.)

03:16:36   25        THE COURT:  PLEASE BE SEATED, EVERYONE.

03:16:48  1          WE ARE BACK ON THE RECORD.  I REPLENISHED MY PAPER, MY PEN

03:16:53  2     RAN OUT OF INK.  I THINK I'M SET NOW.

03:16:56  3          OKAY.  ALL RIGHT.  LET'S SEE, NOW WE ARE GOING TO RETURN

03:17:00  4     TO ARISTA'S PRESENTATION.

03:17:02  5          AND MR. FERRALL, THIS IS YOUR WITNESS?

03:17:04  6          MR. FERRALL:  IT IS.  AND WE WOULD LIKE TO CALL

03:17:06  7     DR. JOHN BLACK AS OUR NEXT WITNESS.

03:17:09  8          THE COURT:  OKAY.

03:17:19  9          DR. BLACK, IF YOU WOULD COME FORWARD TO THE WITNESS STAND,

03:17:21  10    PLEASE, AND STAND TO BE SWORN.

03:17:24  11     **(DEFENDANT'S WITNESS, JOHN BLACK, WAS SWORN.)**

03:17:24  12          THE WITNESS:  YES.

03:17:34  13          MR. FERRALL:  AND YOUR HONOR, WE HAVE A SUBSTANTIAL

03:17:35  14    NUMBER OF EXHIBITS, A VOLUME.

03:17:37  15          THE COURT:  I COULDN'T MANAGE THEM.

03:17:40  16          MR. FERRALL:  WHAT WE HAVE -- IN THE INTEREST OF,

03:17:43  17    PERHAPS YOUR LACK OF OR YOUR DESIRE AND ATTENTION, WE HAVE TWO

03:17:51  18    BINDERS OF THE SMALLER EXHIBITS THAT DR. BLACK MAY USE, THEN

03:17:56  19    THE LARGER MANUALS THAT MAY OR MAY NOT BE INTRODUCED, WE WILL

03:18:01  20    JUST HOLD ON TO THOSE.

03:18:02  21          THE COURT:  THANK YOU.  I APPRECIATE THAT.

03:18:02  22          THE CLERK:  PLEASE STATE YOUR NAME AND SPELL YOUR

03:18:06  23    LAST NAME FOR THE RECORD.

03:18:06  24          THE WITNESS:  MY NAME IS JOHN BLACK.  B-L-A-C-K.

03:18:06  25    ///

03:18:45   1                    **DIRECT EXAMINATION**

03:18:45   2    BY MR. FERRALL:

03:18:46   3    Q.   GOOD AFTERNOON, DR. BLACK.

03:18:47   4    A.   GOOD AFTERNOON.

03:18:48   5    Q.   IF YOU COULD PLEASE INTRODUCE YOURSELF TO THE JURY.  TELL

03:18:54   6    THEM A LITTLE BIT ABOUT WHERE YOU LIVE AND YOUR FAMILY.

03:18:56   7    A.   SURE.  LIKE I SAID, MY NAME IS JOHN BLACK.  I'M AN

03:19:02   8    ASSOCIATE PROFESSOR OF COMPUTER SCIENCE OUT IN BOULDER,

03:19:05   9    COLORADO, THE UNIVERSITY OF COLORADO, BOULDER.

03:19:07  10        I LIVE IN A TOWN CALLED SUPERIOR, IT'S ABOUT HALFWAY

03:19:12  11    BETWEEN DENVER AND BOULDER.

03:19:14  12        AND I HAVE TWO YOUNG SONS, AGES 11 AND 13.

03:19:17  13    Q.   DR. BLACK, DO YOU HAVE ANY CONNECTIONS TO THE BAY AREA?

03:19:20  14    A.   YEAH, ACTUALLY, I GREW UP HERE.  I GREW UP IN OAKLAND,

03:19:24  15    JUST ACROSS THE WATER, FOR THE FIRST 40 YEARS OF MY LIFE I'VE

03:19:29  16    LIVED OVER THERE.

03:19:29  17    Q.   AND DO YOU HAVE ANY HOBBIES YOU LIKE TO DO IN YOUR SPARE

03:19:35  18    TIME?

03:19:35  19    A.   YEAH, A FEW.  IN PARTICULAR, I LIKE TO ROCK CLIMB A LOT.

03:19:38  20    I'VE BEEN DOING IT FOR A VERY LONG TIME, AND NOW I TAKE MY KIDS

03:19:43  21    OUT AND TO DO IT.

03:19:44  22    Q.   ANY CLIMBS OF NOTE?

03:19:45  23    A.   WELL, LOTS.  BUT IN PARTICULAR, I TOOK A YEAR OFF IN 1994

03:19:50  24    AND I LIVED IN MY CAR IN YOSEMITE AND I CLIMBED HALF DOME AND

03:19:56  25    EL CAPITAN AND ALL THE BIG WALLS THERE.

03:19:57  1    Q.   WELL, THIS SHOULD BE EASIER THAN THAT, I HOPE.

03:20:00  2         THE COURT:  WE WILL WAIT UNTIL HE'S DONE, HE CAN TELL

03:20:03  3    YOU IF THAT'S TRUE.

03:20:04  4    BY MR. FERRALL:

03:20:05  5    Q.   DR. BLACK, WHEN DID YOU BECOME INTERESTED IN TECHNOLOGY?

03:20:07  6    A.   FROM A VERY EARLY AGE.  ABOUT AGE 12 I STARTED MESSING

03:20:13  7    AROUND WITH THE PHONE NETWORK.  BY AGE 14, I STARTED TAKING A

03:20:17  8    BUS UP TO THIS PLACE CALLED THE HALL OF SCIENCE IN BERKELEY,

03:20:22  9    AND THEY LET YOU USE THE COMPUTERS UP THERE FOR A FEW CENTS AN

03:20:25 10    HOUR.

03:20:26 11         AFTER THAT MY DAD, WE HAD A TYPEWRITER BUSINESS, SAW THE

03:20:29 12    OPPORTUNITY, SAW THE COMING ONSLAUGHT OF PERSONAL COMPUTERS,

03:20:33 13    AND HE HAD A SON WHO WAS INTERESTED IN TECHNOLOGY, AND WANTED

03:20:36 14    TO LEVERAGE THAT TO SELL COMPUTERS AND CREATE CUSTOM PROGRAMS

03:20:40 15    AND GET INTO THAT BUSINESS IN THE 70'S.

03:20:42 16    Q.   WHEN IS THE FIRST TIME YOU HEARD OF OR WORKED ON A

03:20:47 17    COMMAND-LINE INTERFACE -- WORKED WITH A COMMAND-LINE INTERFACE?

03:20:50 18    A.   IT WOULD HAVE BEEN AROUND THAT TIME.  SOMETIMES MY DAD'S

03:20:54 19    CUSTOMERS WOULD WANT A CUSTOM PIECE OF SOFTWARE WRITTEN BY ME.

03:20:58 20    AND I WOULD WRITE, OFTEN TIMES, FOUR OR FIVE TIMES, CLI'S OR

03:21:04 21    COMMAND-LINE INTERFACES FOR BUSINESS PURPOSES, USUALLY.

03:21:06 22    Q.   COULD YOU TELL US ABOUT YOUR EDUCATIONAL EXPERIENCE.

03:21:09 23    A.   SURE.  SO I WENT TO OAKLAND HIGH SCHOOL, GRADUATED IN

03:21:15 24    1980.  AND THEN I WENT TO CAL STATE HAYWARD, WHICH I GUESS IS

03:21:19 25    NOW CALLED CAL STATE EAST BAY.  I GRADUATED IN '88.  AND THEN I

BLACK DIRECT EXAM BY MR. FERRALL                                                   2083

03:21:24   1    WENT TO UC DAVIS, AND I GOT A PH.D. IN COMPUTER SCIENCE IN

03:21:29   2    2000.

03:21:29   3    Q.   AND WHAT WAS THE FOCUS OF YOUR STUDIES FOR YOUR PH.D.?

03:21:34   4    A.   I STARTED OUT STUDYING MATHEMATICS AND ALGORITHMS, BUT I

03:21:37   5    WANTED TO APPLY THAT TO NETWORK SECURITY.  SO I EVENTUALLY

03:21:41   6    MOVED IN TO CRYPTOGRAPHY AND NETWORK SECURITY.

03:21:44   7    Q.   AND DID YOU WORK WHILE YOU WERE IN COLLEGE?

03:21:47   8    A.   IN UNDER GRAD, I DID.  I WORKED FOR MY DAD IN THE CAPACITY

03:21:54   9    I STATED BEFORE, AND THEN IN GRAD SCHOOL I WAS A TEACHING AND

03:21:56  10    RESEARCH ASSISTANT.

03:21:57  11    Q.   WHAT DID YOU DO AFTER GRADUATING COLLEGE?

03:22:00  12    A.   I'M SORRY, FROM UNDER GRAD OR --

03:22:03  13    Q.   FROM UNDER GRAD.

03:22:06  14    A.   FROM UNDER GRAD, I GOT A JOB AT A PLACE CALLED INGRES,

03:22:10  15    WHICH IS NO LONGER AROUND.  THEY PRODUCED DATABASES, AND I WAS

03:22:13  16    A FULL TIME PROGRAMMER THERE FOR SIX YEARS.  I WORKED ON THEIR

03:22:17  17    DATA TYPES FACILITY.  I WORKED ON THEIR COMMAND-LINE INTERFACE,

03:22:20  18    WHICH WAS A DATABASE COMMAND-LINE INTERFACE, AND PROCESSED A

03:22:23  19    LANGUAGE CALLED SQL, A VERY LARGE AND COMPLEX PARSER IN THAT

03:22:28  20    PRODUCT.  THAT'S THE BIGGEST CLI I'VE EVER WORKED ON.

03:22:31  21    Q.   DO YOU RECALL THE TYPES OF COMPUTERS THAT WERE AT INGRES

03:22:38  22    WHEN YOU WERE WORKING THERE?

03:22:39  23    A.   AT INGRES WE USED UNIX AND VMS.  I EXCLUSIVELY USED VMS

03:22:47  24    FOR THOSE SIX YEARS.

03:22:48  25    Q.   YOU MENTIONED THAT YOUR PH.D. WAS IN THE AREA OF NETWORK

03:22:51   1    SECURITY.  WHAT ATTRACTED YOU TO THAT AREA?

03:22:54   2    A.   WELL, LIKE I SAID, I WAS INTERESTED IN NETWORKS FROM A

03:22:58   3    YOUNG AGE, AND I SAW AN OPPORTUNITY TO APPLY MY INTERESTS TO

03:23:03   4    THE INTERNET, WHICH WAS IN ITS INFANCY BACK THEN, BUT NOW IT'S

03:23:07   5    KIND OF A BIG DEAL.

03:23:08   6        AND I FIND THERE ARE VERY COMPELLING AND CHALLENGING

03:23:13   7    PROBLEMS IN HOW TO SECURE THE INTERNET.  WE HAVE TO MAKE SURE

03:23:17   8    THE DATA GETS FROM WHERE IT'S STARTING TO WHERE IT'S GOING, AND

03:23:20   9    NOWHERE ELSE.  AND TO ME THAT'S A FASCINATING AND CHALLENGING

03:23:24  10    PROBLEM.

03:23:24  11    Q.   CAN YOU TELL US HOW YOU GOT FROM YOUR PH.D., TO COLORADO

03:23:29  12    UNIVERSITY WHERE YOU ARE NOW?

03:23:31  13    A.   SURE.

03:23:32  14        SO I GRADUATED IN 2000.  MY FIRST JOB WAS AT THE

03:23:35  15    UNIVERSITY OF NEVADA, RENO, UP BY LAKE TAHOE, FOR A COUPLE OF

03:23:39  16    YEARS THERE.  THEN IN 2002, I MOVED FROM THERE TO BOULDER.

03:23:43  17    Q.   WHAT CLASSES DO YOU TEACH AT BOULDER?

03:23:46  18    A.   AT BOULDER, I TEACH A VARIETY OF CLASSES, INCLUDING A

03:23:51  19    NUMBER OF TIMES I'VE TAUGHT NETWORK SECURITY WHICH INCLUDES

03:23:54  20    TOPICS LIKE THE ALPHABET SOUP YOU'VE BEEN HEARING IP, ARP, UDP,

03:24:01  21    TCP, SSL, A BUNCH OF DIFFERENT NETWORK PROTOCOLS AND HOW TO

03:24:06  22    MAKE THEM SECURED.

03:24:07  23    Q.   DO YOU HAVE ANY PEER-REVIEWED PUBLICATIONS?

03:24:10  24    A.   I HAVE 20, 30, SOMETHING LIKE THAT, PEER-REVIEWED

03:24:13  25    PUBLICATIONS.

BLACK DIRECT EXAM BY MR. FERRALL                              2085

03:24:13   1    Q.   AND ARE YOU CURRENTLY TEACHING AT BOULDER?

03:24:16   2    A.   NO, ACTUALLY I'M ON A TWO-YEAR LEAVE OF ABSENCE.

03:24:19   3         SO THROUGH 2017, I TOOK THE LEAVE IN ORDER TO START A NEW

03:24:23   4    COMPANY WITH SOME COLLEAGUES.  THE COMPANY IS TRYING TO TAKE

03:24:28   5    NOMINALLY COMPETENT TECHNICAL PEOPLE AND MAKE THEM NETWORK

03:24:32   6    SECURITY SPECIALISTS.

03:24:33   7    Q.   DO YOU HAVE ANY EXPERIENCE WITH INDUSTRY STANDARD

03:24:37   8    ORGANIZATIONS?

03:24:38   9    A.   YEAH.  SOME OF MY WORK I HAVE GONE OUT TO MARYLAND, THIS

03:24:43  10    PLACE CALLED NIST, THE NATIONAL INSTITUTE FOR STANDARDS AND

03:24:47  11    TECHNOLOGY, AND PROMOTED SOME OF MY WORK, SOMETIMES OTHER

03:24:50  12    PEOPLE'S WORK, TO CREATE STANDARDS.

03:24:52  13         AND IN ONE CASE, ONE OF THOSE STANDARDS HAS NOW BEEN

03:24:56  14    ADOPTED BY THE ITEF INTO AN RFC THAT IS WIDELY AVAILABLE ON THE

03:25:01  15    INTERNET.

03:25:02  16    Q.   HAVE YOU EVER USED EITHER CISCO OR ANOTHER COMPANY'S

03:25:07  17    ETHERNET SWITCHES?

03:25:07  18    A.   CERTAINLY.

03:25:09  19         I THINK THE FIRST TIME I SAW A CISCO CLI WOULD HAVE BEEN

03:25:14  20    ABOUT 25 YEARS AGO, BACK WHEN I WAS AT INGRES, AND THAT'S ALL I

03:25:20  21    SAW FOR QUITE A WHILE.

03:25:22  22         NOW I'M THE CHAIR OF THE COMPUTING COMMITTEE WHICH

03:25:26  23    OVERSEES ALL THE SERVERS AND NETWORKS IN MY DEPARTMENT AT CU

03:25:30  24    BOULDER.

03:25:31  25         AND THERE WE USE A DELL SWITCH IN OUR DATA CENTER.  WE

| | | |
|---|---|---|
| 03:25:34 | 1 | ALSO HAVE AN INSTRUCTIONAL LAB WHERE WE TEACH STUDENTS HOW TO |
| 03:25:37 | 2 | DO NETWORK, HOW TO USE THE CLI, AND IN THAT LABORATORY WE HAVE |
| 03:25:41 | 3 | CISCO SWITCHES AND ROUTERS, WE HAVE ARISTA, AND WE HAVE |
| 03:25:45 | 4 | JUNIPER. |
| 03:25:46 | 5 | Q.   HAVE YOU WRITTEN ANY SOFTWARE PROGRAMMING IN YOUR CAREER? |
| 03:25:50 | 6 | A.   YEAH, QUITE A BIT.  I MEAN, THAT'S WHAT I WAS OBSESSED |
| 03:25:55 | 7 | WITH AS A KID.  I DID IT A HOBBY FOR A LONG TIME.  I DID IT AS |
| 03:25:59 | 8 | PART OF MY RESEARCH WORK.  I STILL DO IT FOR CONSULTING FROM |
| 03:26:03 | 9 | TIME TO TIME WHERE I WRITE SOFTWARE.  THOSE SIX YEARS AT |
| 03:26:03 | 10 | INGRES, ALL OF THAT WERE PROGRAMMING. |
| 03:26:07 | 11 | AND I ENJOY IT QUITE A BIT, SO I STILL TAKE THE |
| 03:26:10 | 12 | OPPORTUNITY ONCE IN A WHILE TO WRITE SOFTWARE WHENEVER I CAN. |
| 03:26:13 | 13 | MR. FERRALL:  YOUR HONOR, AT THIS POINT I WOULD LIKE |
| 03:26:15 | 14 | TO TENDER DR. BLACK AS AN EXPERT IN NETWORKING, NETWORKING |
| 03:26:18 | 15 | PROTOCOLS AND COMMAND-LINE INTERFACE. |
| 03:26:20 | 16 | MR. NELSON:  I DON'T THINK THERE'S AN EXPERT IN |
| 03:26:22 | 17 | COMMAND-LINE INTERFACE. |
| 03:26:23 | 18 | THE COURT:  WOULD YOU LIKE TO VOIR DIRE THE WITNESS? |
| 03:26:26 | 19 | MR. NELSON:  I CAN ASK HIM A FEW QUESTIONS. |
| 03:26:28 | 20 | THE COURT:  IT'S YOUR CHOICE, MR. NELSON. |
| 03:26:33 | 21 | BY MR. NELSON: |
| 03:26:35 | 22 | Q.   SO, AND I DON'T HAVE ANY PROBLEM WITH YOUR QUALIFICATIONS, |
| 03:26:40 | 23 | SIR, SO I'M NOT ASKING THAT.  I'M JUST ASKING ABOUT THIS |
| 03:26:44 | 24 | COMMAND-LINE INTERFACE THING. |
| 03:26:45 | 25 | SO THERE'S NO INDUSTRY STANDARD ORGANIZATION FOR |

2087

```
03:26:47   1        COMMAND-LINE INTERFACES; RIGHT?
03:26:50   2        A.   I MEAN, THERE ARE, THE IEEE, LET'S TAKE THAT EXAMPLE.
03:26:55   3        THEY HAVE A COMMAND-LINE INTERFACE STANDARD CALLED POSIX.  IT'S
03:26:58   4        NOT A NETWORKING COMMAND-LINE INTERFACE, IT'S A UNIX
03:27:02   5        COMMAND-LINE INTERFACE.
03:27:02   6        Q.   RIGHT.  OKAY.  AND YOU HAVEN'T CONTRIBUTED ANY RFC'S TO
03:27:06   7        THAT; RIGHT, SIR?
03:27:07   8        A.   TECHNICALLY NOT CALLED RFC'S FOR THE IEEE, BUT NO, I
03:27:11   9        HAVEN'T CONTRIBUTED TO THAT STANDARD.
03:27:12   10       Q.   OKAY.  SO YOU HAVEN'T CONTRIBUTED ON THAT.
03:27:15   11            AND YOU HAVEN'T TAUGHT ANY CLASSES ON COMMAND-LINE
03:27:17   12       INTERFACES; RIGHT?
03:27:17   13       A.   NO, I WOULD SAY I HAVE.
03:27:19   14            I MEAN, IN THE SENSE OF HOW TO USE A COMMAND-LINE
03:27:22   15       INTERFACE, ABSOLUTELY.
03:27:23   16       Q.   RIGHT.  HOW TO USE A COMMAND-LINE INTERFACE, BUT NOT HOW
03:27:26   17       TO DESIGN A COMMAND-LINE INTERFACE; RIGHT?
03:27:27   18       A.   RUDIMENTARY PARSERS ARE UBIQUITOUS, AND I'VE SHOWN
03:27:34   19       STUDENTS HOW TO DO THAT AT A RUDIMENTARY LEVEL.  BUT I NEVER --
03:27:39   20       TO BE RESPONSIVE, I'VE NEVER TAUGHT A CLASS THAT WAS JUST
03:27:42   21       ABOUT, LET'S BUILD A CLI.
03:27:43   22       Q.   OKAY.
03:27:45   23            MR. NELSON:  YOUR HONOR, I DON'T HAVE ANY MORE
03:27:46   24       QUESTIONS ON THIS.
03:27:49   25            THE COURT:  I WILL ALLOW THE WITNESS TO TESTIFY AS AN
```

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2088

03:27:51   1   EXPERT IN NETWORKING, NETWORKING PROTOCOL AND COMMAND-LINE

03:27:56   2   INTERFACE.

03:27:56   3            MR. FERRALL:  THANK YOU, YOUR HONOR.

03:27:57   4   Q.   NOW DR. BLACK, HAVE YOU EVER TESTIFIED AT TRIAL BEFORE?

03:28:06   5   A.   THIS IS MY FIRST TIME IN FRONT OF A JURY.

03:28:08   6   Q.   ALL RIGHT.  AND YOU'VE BEEN RETAINED BY ARISTA IN THIS

03:28:13   7   MATTER TO ANALYZE SOME QUESTIONS IN THE CASE; IS THAT RIGHT?

03:28:17   8   A.   THAT'S RIGHT.

03:28:18   9   Q.   AND YOU WERE INFORMED ABOUT CISCO'S ASSERTIONS OF

03:28:23   10  COPYRIGHT INFRINGEMENT?

03:28:23   11  A.   YES, I WAS.

03:28:25   12  Q.   AND CAN YOU TELL US, GENERALLY, WHAT WERE YOU ASKED TO

03:28:28   13  ANALYZE FOR THIS CASE?

03:28:30   14  A.   SURE.  SO THERE ARE TWO MAIN THINGS I WAS ASKED TO DO.

03:28:34   15       ONE WAS TO LOOK AT CISCO'S ASSERTED ELEMENTS AND DETERMINE

03:28:39   16  THEIR ORIGINALITY AND TO WHAT EXTENT THEY HAVE BEEN USED ACROSS

03:28:42   17  THE INDUSTRY.

03:28:43   18       AND THEN THE SECOND ASSIGNMENT WAS TO LOOK AT THIS IDEA

03:28:46   19  CALLED FAIR USE, WHICH IS A LEGAL CONCEPT, AND IT'S GOT FOUR

03:28:51   20  FACTORS, AND I WAS TO CONSIDER THOSE FOUR FACTORS IN PERFORMING

03:28:57   21  AN ANALYSIS.

03:28:57   22  Q.   AND WE ARE GOING TO GO THROUGH YOUR ANALYSIS IN DETAIL

03:29:00   23  THIS AFTERNOON, BUT BEFORE WE GO THERE, CAN YOU SUMMARIZE WHAT

03:29:05   24  CONCLUSIONS YOU REACHED FROM YOUR ANALYSIS?

03:29:09   25  A.   SURE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2089

03:29:10  1        SO ON THE FIRST QUESTION, I LOOKED CAREFULLY AT CISCO'S

03:29:14  2    ASSERTED ELEMENTS IN ITS CLI.  AND I FOUND THAT THE MAJORITY OF

03:29:19  3    THOSE ELEMENTS EXISTED IN LEGACY OPERATING SYSTEMS OR OLDER

03:29:25  4    CLI'S OR THEY WERE TAKEN STRAIGHT OUT OF THESE INDUSTRY

03:29:30  5    STANDARD DOCUMENTS PRODUCED BY THE IEEE OR THE ITEF.

03:29:34  6        AND TO THE EXTENT THAT CISCO HAD OPTIONS, CHOICES IT COULD

03:29:38  7    MAKE ABOUT WHAT TERMS IT CHOSE, THOSE OPTIONS WERE USUALLY FROM

03:29:43  8    A VERY SMALL SET OF CHOICES.

03:29:46  9        ON THE WIDESPREAD ANALYSIS QUESTION, I LOOKED AT A WIDE

03:29:50  10   VARIETY OF VENDORS, COMPANIES YOU'VE PROBABLY HEARD OF LIKE

03:29:54  11   BROCADE, IBM, JUNIPER, DELL AND SO FORTH, AND I FOUND THAT

03:29:58  12   HUNDREDS OF THE ASSERTED COMMANDS WERE FOUND IN THESE OTHER

03:30:05  13   VENDORS PRODUCTS, SOMETIMES 10, 15 OR MORE IN THE COMMONLY USED

03:30:10  14   COMMANDS.

03:30:11  15       AND THEN ON THE FAIR USE QUESTION, I CONSIDERED THOSE FOUR

03:30:14  16   FACTORS I JUST TALKED ABOUT A MINUTE AGO, AND I DETERMINED THAT

03:30:17  17   ARISTA USED A SMALL PORTION OF CISCO'S COMMAND-LINE INTERFACE,

03:30:20  18   WHICH IS A FACTUAL, FUNCTIONAL OBJECT, AND IT DID SO IN A

03:30:25  19   HIGHLY TRANSFORMATIVE WAY.

03:30:27  20       ARISTA ADDED THOUSANDS MORE COMMANDS, IT DEVELOPED NEW

03:30:32  21   HARDWARE, IT DEVELOPED A NEW OPERATING SYSTEM CALLED EOS, AND

03:30:36  22   IT USHERED IN A NEW PARADIGM.

03:30:39  23       AND MY OPINION, THEREFORE, IS THAT THIS AN ANNOUNCES AND

03:30:42  24   SUPPORTS AND FINDING THAT ARISTA'S USE IS A FAIR USE.

03:30:45  25   Q.   OKAY.  THANK YOU.

03:30:48   1          CAN YOU DESCRIBE FOR THE JURY THE SORT OF MATERIALS THAT

03:30:54   2   YOU REVIEWED IN ORDER TO CONDUCT THIS ANALYSIS?

03:30:58   3   A.   THERE WAS A LOT.

03:30:59   4          SO WE HAD ALL OF THE DISCLOSED MATERIALS, LOTS OF USER

03:31:03   5   MANUALS, DEPOSITIONS OF WITNESSES, SOURCE CODE FROM ARISTA,

03:31:08   6   FROM CISCO, FROM STANFORD, SOURCE CODE I WROTE MYSELF.  I DID

03:31:12   7   SOME ADDITIONAL RESEARCH, AND I CONSIDERED ALL OF THAT IN

03:31:15   8   FORMULATING MY OPINIONS.

03:31:17   9   Q.   DID YOU -- WERE YOU ABLE TO USE THE SWITCHES FROM EITHER

03:31:23  10   CISCO OR ARISTA IN YOUR ANALYSIS?

03:31:25  11   A.   YEAH, I HAVE ONE OF EACH IN MY LIVING ROOM RIGHT NOW.

03:31:28  12   Q.   OKAY.  AND APPROXIMATELY HOW MANY HOURS, IN TOTAL, DID YOU

03:31:32  13   SPEND ON THE ANALYSIS TO REACH THE OPINIONS YOU ARE PREPARED TO

03:31:36  14   GIVE TODAY?

03:31:36  15   A.   LAST TIME I LOOKED, IT WAS OVER A THOUSAND HOURS.

03:31:43  16   Q.   SO LET'S TURN TO THE CLI COMMANDS THAT ARE ASSERTED IN THE

03:31:49  17   CASE.

03:31:51  18          AND THE JURY HAS HEARD A LOT ABOUT THESE, BUT IF YOU COULD

03:31:55  19   GO BACK TO SORT OF THE FIRST BASE, IF YOU WILL, ON IT.  AND

03:32:01  20   TELL US WHAT DOES A CLI COMMAND DO?

03:32:04  21   A.   I MEAN, A CLI IS THE MOST BASIC FORM OF COMPUTER

03:32:08  22   INTERFACE.  YOU TYPE IN A COMMAND, YOU HIT ENTER OR RETURN, AND

03:32:12  23   SOMETIMES IT JUST DOES IT AND DOESN'T SAYING ANY, IT JUST GIVES

03:32:15  24   YOU ANOTHER PROMPT.

03:32:16  25          SOME COMMANDS EMIT A RESPONSE, AN OUTPUT ON THE SCREEN,

03:32:20  1    AND IT SCROLLS UP AND YOU READ THAT OUTPUT.

03:32:23  2    Q.   HAVE YOU EVER USED AN ANALOGY TO REFER TO A CLI COMMAND?

03:32:28  3    A.   SURE.

03:32:29  4         SO I MEAN, WE COMMONLY REFER TO THESE THINGS AS KNOBS.

03:32:32  5    AND THE REASON IS BECAUSE IT'S ANALOGOUS TO AN OLD STYLE STEREO

03:32:36  6    WHERE YOU'VE GOT ON-OFF BUTTON AND VOLUME AND TUNER KNOBS AND

03:32:42  7    SO FORTH.

03:32:42  8         IN ESSENCE, WHEN YOU ARE USING THE CLI, YOU ARE PUSHING

03:32:45  9    BUTTONS AND TURNING KNOBS.  PERHAPS SOME PEOPLE CALL THE MORE

03:32:50  10   OBSCURE FEATURES "NERD KNOBS."

03:32:53  11   Q.   AND I THINK YOU HAVE SOME PHOTOS PREPARED TO SHOW THE JURY

03:32:56  12   ABOUT HISTORICAL COMMANDS AND USE OF COMMAND LINE; IS THAT

03:33:01  13   RIGHT?

03:33:01  14   A.   RIGHT, YEAH.

03:33:02  15   Q.   OKAY.  CAN YOU EXPLAIN WHAT IS SHOWN HERE, DR. BLACK?

03:33:10  16   A.   SURE, THIS IS A PDP10.  THIS WAS MADE BY DIGITAL EQUIPMENT

03:33:17  17   CORPORATION.  THIS IS LIKE A SMARTPHONE IN YOUR POCKETS, A

03:33:19  18   THOUSAND TIMES FASTER.

03:33:20  19        THIS IS THE KIND OF MACHINE THAT I TOOK THE BUS UP TO THE

03:33:23  20   LAWRENCE HALL OF SCIENCE AND USED.  AND WHEN YOU USED THIS

03:33:26  21   MACHINE, YOU DIDN'T SIT IN FRONT OF IT, YOU SAT IN FRONT OF A

03:33:30  22   TELETYPE, WHICH IS ACTUALLY -- ON THE NEXT SLIDE -- WHICH IS

03:33:32  23   ACTUALLY A PRINTER AND A KEYBOARD.

03:33:34  24        AND YOU TYPE YOUR CLI COMMAND IN AND IT WOULD CHUG AWAY

03:33:37  25   AND EMIT THE OUTPUT ON PAPER AND SCROLL UP.  AND THE COOL THING

03:33:40  1    IS YOU COULD TAKE IT HOME WITH YOU, WHICH YOU CAN'T DO WITH THE

03:33:43  2    VIDEO SCREEN.  SO THAT WAS A LOT OF FUN, PRINT OUT SNOOPY AND

03:33:47  3    PUT HIM ON YOUR WALL.

03:33:48  4       AFTER THAT, I GOT MY FIRST TASTE OF MY OWN PERSONAL

03:33:52  5    COMPUTER, RADIO SHACK, AROUND 1976, CAME OUT WITH A COMPUTER

03:33:58  6    YOU COULD BUY FOR A FEW HUNDRED DOLLARS AND TAKE HOME.

03:34:01  7       MY DAD STARTED SELLING THESE IN HIS BUSINESS AND I WOULD

03:34:04  8    WRITE SOFTWARE FOR THEM.

03:34:06  9       SHORTLY AFTER THAT, THE FIRST PORTABLE COMPUTER CAME OUT,

03:34:10  10   THIS THING WEIGHED 25 POUNDS, SO WHETHER IT'S PORTABLE OR NOT,

03:34:15  11   I GUESS, DEPENDS ON YOUR ATTITUDE.

03:34:17  12      THE THING IN THE MIDDLE IS ACTUALLY THE SCREEN.  THIS USED

03:34:20  13   AN OPERATING SYSTEM CALLED CP/M WHICH ALSO HAD A COMMAND-LINE

03:34:25  14   INTERFACE.  AND WE SOLD THESE FOR A WHILE, AND I LEARNED TO

03:34:27  15   PROGRAM THESE THINGS AND HOW TO CONNECT THEM TOGETHER WITH

03:34:30  16   NETWORKS.  CP/M.

03:34:34  17      THEN MAYBE SOME PEOPLE ACTUALLY REMEMBER THIS NOW, THIS IS

03:34:36  18   THE EARLY 80'S, THE IBM PC CAME OUT.  IT HAD A CLI CALLED

03:34:41  19   MS-DOS WHICH IS STILL KIND OF IN USE HERE AND THERE.

03:34:46  20      AND THIS EVENTUALLY EVOLVED INTO WHAT IS MICROSOFT WINDOWS

03:34:49  21   THESE DAYS.  AND WE SOLD THESE AS WELL IN MY BUSINESS.

03:34:54  22      THE NEXT SLIDE IS SHOWING TOPS 20 THAT'S BEEN TALKED ABOUT

03:34:56  23   A BUNCH.  I ACTUALLY NEVER USED IT IN THIS TIMEFRAME.  TOPS 20

03:35:00  24   IS ANOTHER CLI THAT WAS CREATED BY DEC, DIGITAL EQUIPMENT

03:35:03  25   CORPORATION.

03:35:04  1          AFTER THAT, I WENT TO HAYWARD.  STARTED MY UNDER GRAD.

03:35:08  2    HERE WE USED UNIX.  I THINK UNIX HAS BEEN MENTIONED A FEW TIMES

03:35:13  3    DURING THE TRIAL.  THIS IS A CLI ALSO.

03:35:15  4          AND THEN FINALLY -- OH, NOT FINALLY.  RIGHT AROUND, I

03:35:22  5    GUESS THIS IS ABOUT 1985, '88, CLI'S WERE PRETTY MUCH HOW YOU

03:35:29  6    USED COMPUTERS BACK THEN.  GUI'S DIDN'T REALLY BECOME PREVALENT

03:35:33  7    AND UBIQUITOUS UNTIL A FEW YEARS OR A DECADE LATER.

03:35:37  8    Q.   OKAY.  DR. BLACK, TURNING TO THE ASSERTED CLI ELEMENTS IN

03:35:41  9    THIS CASE, DID YOU ANALYZE THOSE ELEMENTS TO ATTEMPT TO

03:35:47  10   DETERMINE WHERE THEY MIGHT HAVE ORIGINATED?

03:35:50  11   A.   YEAH, I DID.

03:35:51  12   Q.   AND WHAT DID YOU CONCLUDE?

03:35:54  13   A.   WELL, I OUTLINED THIS EARLIER THAT THERE WERE VARIOUS

03:35:57  14   SOURCES FOR WHERE THE EARLY CISCO ENGINEERS WOULD COULD HAVE

03:36:03  15   TAKEN THEM -- ACTUALLY, WOULD IT BE OKAY IF --

03:36:06  16          MR. FERRALL:  IF YOUR HONOR WOULD PERMIT DR. BLACK

03:36:08  17   TO --

03:36:09  18          THE COURT:  YES, JUST KEEP YOUR VOICE UP SO WE CAN

03:36:12  19   HEAR YOU.

03:36:12  20          THE WITNESS:  I WILL.  I WILL TRY.

03:36:24  21        SO BROADLY TAKEN, THERE ARE BASICALLY THREE DIFFERENT

03:36:27  22   PLACES YOU MIGHT TAKE COMMAND TERMS THAT EXISTED BEFORE CISCO

03:36:32  23   WAS FOUNDED.

03:36:34  24        ONE WOULD BE LEGACY CLI'S, THESE ONES THAT WE JUST LOOKED

03:36:39  25   AT A MOMENT AGO.  AND THESE WERE FULL OF TERMS, OF COURSE.  AND

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2094

03:36:48  1    I'M GOING TO USE DIFFERENT COLORS FOR A REASON HERE.

03:36:51  2         AND THEN THERE WERE JUST TERMS THAT PEOPLE IN THE

03:36:53  3    NETWORKING INDUSTRY ALREADY KNEW, WORDS LIKE NETWORK, HOST,

03:36:57  4    INTERFACE, COUNTERS, TIME OUT, THAT KIND OF THING.

03:37:00  5         SO I WOULD CALL THESE COMMON NETWORKING TERMS.

03:37:10  6         AND THEN THE FINAL CATEGORY IS THIS BODY OF PROTOCOL NAMES

03:37:15  7    AND THE TERMS INSIDE THE PROTOCOL SPECIFICATIONS THAT CAME OUT

03:37:20  8    OF PRIMARILY THE ITEF AND THE IEEE.  SO I WILL CALL THOSE

03:37:27  9    INDUSTRY STANDARD TERMS.

03:37:30  10        AND THESE ARE THINGS LIKE BGP AND OSPF AND IP AND TCP.

03:37:39  11   AND THE MAJORITY OF THE TERMS USED IN CISCO'S CLI FROM COME

03:37:43  12   THESE THREE SOURCES.

03:37:45  13             MR. FERRALL:  THANK YOU.

03:37:49  14   Q.   NOW DR. BLACK, WERE YOU AWARE OF ANY EVIDENCE FROM THE

03:38:06  15   CASE, FROM DEPOSITIONS OR OTHER DISCOVERY EXCHANGED IN THE

03:38:11  16   CASE, THAT SUPPORTED YOUR IDEA THAT SOME OF THESE CLI COMMANDS

03:38:16  17   CAME FROM PRIOR OPERATING SYSTEMS?

03:38:19  18   A.   CERTAINLY.  I MEAN, I THINK MR. LOUGHEED TESTIFIED LAST

03:38:23  19   WEEK THAT HE HAD EXPERIENCE WITH TOPS 20 AND THAT HE WAS

03:38:28  20   INSPIRED BY SOME OF THE ELEMENTS IN TOPS 20 WHEN HE WROTE THE

03:38:32  21   FIRST VERSION OF CISCO'S IOS.

03:38:35  22        WE'VE ALSO -- WELL, MAYBE WE HAVEN'T, BUT I'VE READ

03:38:38  23   DEPOSITION TESTIMONY FROM CISCO EMPLOYEES WHO CREATED SOME OF

03:38:42  24   THE COMMANDS THAT ARE AT ISSUE IN THIS CASE, AND THEY SAID, FOR

03:38:45  25   EXAMPLE, WHEN THE PERSON, I THINK HER NAME WAS TONG LIU, WROTE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2095

03:38:50  1    THE PTP COMMANDS, THAT'S PRECISION TIME PROTOCOL, THAT SHE

03:38:54  2    LOOKED TO THE RFC THAT -- OR IN THAT CASE THE IEEE DOCUMENT

03:38:58  3    THAT SPECIFIED WHAT'S THE NAME OF THE PROTOCOL, WHAT ARE THE

03:39:02  4    NAMES OF THE TERMS.  AND SHE INDUCTED THOSE, BROUGHT THOSE INTO

03:39:07  5    THE CISCO CLI, AND THERE'S LOTS OF TESTIMONY ALONG THOSE LINES.

03:39:10  6    Q.  ALL RIGHT.  IF WE COULD TURN TO EXHIBIT 6581 IN YOUR

03:39:15  7    BINDER, THERE'S SOME BINDERS UP THERE.

03:39:21  8    A.  UP HERE?

03:39:22  9    Q.  YES.

03:39:23  10    A.  I'M SORRY, 6581?

03:39:25  11    Q.  THEY SHOULD BE LABELED ON THE BINDER EDGE THERE.

03:39:31  12    A.  I'M WITH YOU.  OKAY.

03:39:41  13    Q.  DO YOU RECOGNIZE 6581?

03:39:45  14    A.  YEAH.  I'VE SEEN IT BEFORE.

03:39:46  15    Q.  WHAT IS THIS?

03:39:47  16    A.  THIS IS A MANUAL FOR WHAT'S CALLED DECK NET.

03:39:53  17    Q.  IS THIS ONE OF THE MANUALS YOU REVIEWED TO DETERMINE

03:39:55  18    POSSIBLE ORIGINS OF THE ASSERTED CLI COMMANDS?

03:39:58  19    A.  YES, IT IS.

03:39:59  20    Q.  ALL RIGHT.

03:40:00  21         MR. FERRALL:  YOUR HONOR, I MOVE 6581 INTO EVIDENCE.

03:40:03  22         MR. NELSON:  NO OBJECTION YOUR HONOR.

03:40:04  23         THE COURT:  IT WILL BE ADMITTED.

03:40:13  24    (DEFENDANT'S EXHIBIT 6581 WAS ADMITTED INTO EVIDENCE.)

03:40:13  25    BY MR. PAK:

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2096

03:40:14  1    Q.   DO YOU RECALL, DR. BLACK, THE APPROXIMATE VINTAGE, WHEN

03:40:16  2    THIS MANUAL CAME OUT?

03:40:18  3    A.   IT'S 1980.

03:40:20  4    Q.   AND DEC IS DIGITAL EQUIPMENT CORPORATION; IS THAT RIGHT?

03:40:22  5    A.   THAT'S RIGHT.

03:40:24  6    Q.   IF WE COULD GO TO PAGE 35 OF THIS MANUAL, PLEASE.

03:40:33  7    A.   I'M THERE.

03:40:35  8    Q.   CAN YOU EXPLAIN TO THE JURY WHAT YOU FOUND HERE THAT'S

03:40:41  9    RELATED TO THE ASSERTED CLI COMMANDS?

03:40:44  10   A.   SURE.

03:40:44  11        SO THIS MANUAL IS A REFERENCE MANUAL THAT GIVES LOTS OF

03:40:48  12   DIFFERENT CLI COMMANDS.  AND HERE YOU CAN SEE THAT THERE IS A

03:40:52  13   COMMAND CALLED "SHOW," RIGHT AROUND THE MIDDLE OF THE PAGE

03:40:57  14   THERE.

03:40:58  15        AND THAT "SHOW" HAS VARIOUS OTHER WORDS, COMMAND WORDS

03:41:00  16   THAT CAN FOLLOW IT.  I THINK IT'S CODED AS "ENTITY" HERE, THEN

03:41:06  17   THE ENTITIES ARE LISTED BELOW THAT AS ACTIVE LINES, ACTIVE

03:41:10  18   LOGGING AND SO FORTH.

03:41:11  19   Q.   AND HOW, IF AT ALL, DID THAT RELATE TO THE ASSERTED CLI

03:41:15  20   COMMANDS IN THIS CASE?

03:41:17  21   A.   SO THERE ARE 506 TOTAL ASSERTED COMMANDS, I THINK IN THE

03:41:24  22   NEIGHBORHOOD OF 150 OF THEM FOLLOW THE SAME SORT OF PATTERN.

03:41:27  23        THEY START WITH THE WORD "SHOW," THEN THEY NAME SOMETHING

03:41:31  24   TO BE SHOWN RIGHT AFTER THAT.

03:41:33  25   Q.   AND ARE YOU FAMILIAR WITH ANOTHER OPERATING SYSTEM CALLED

03:41:39  1    QPR?

03:41:40  2    A.   I THINK IT'S OPR.

03:41:41  3    Q.   OPR, SORRY.

03:41:43  4    A.   I'VE NEVER PERSONALLY USED IT.  IT WAS THE CLI THAT

03:41:46  5    MR. LOUGHEED TESTIFIED THAT HE HAD USED AS PART OF THE QUASAR

03:41:50  6    PRINT SYSTEM, AND HE TESTIFIED THAT THERE WAS A SHOW COMMAND

03:41:54  7    THERE AS WELL.

03:41:55  8    Q.   THAT WAS WHAT MR. LOUGHEED USED BEFORE HE JOINED CISCO?

03:42:00  9    A.   MY UNDERSTANDING WAS THAT WAS AT STANFORD, YES.

03:42:03  10   Q.   NOW HAVE YOU LOOKED AT OTHER MANUALS IN ADDITION TO THIS

03:42:10  11   DEC NET MANUAL?

03:42:11  12   A.   YEAH, I LOOKED AT A NUMBER OF OTHER MANUALS, ONE FOR RSX

03:42:17  13   11 AND ANOTHER ONE FOR VMS AND MANUALS IN THIS TIMEFRAME.

03:42:23  14   Q.   DID YOU LOOK AT ANYTHING FOR TOPS 20?

03:42:26  15   A.   YEAH.  THERE'S A TOPS 20 MANUAL I LOOKED AT, THAT I THINK

03:42:29  16   IS AROUND HERE.

03:42:30  17   Q.   OKAY.  WELL, WHAT I WOULD LIKE TO DO IS, IF POSSIBLE, SHOW

03:42:35  18   NOW A SUMMARY OF THE FINDINGS THAT YOU GATHERED FROM YOUR

03:42:41  19   REVIEW OF PRIOR OPERATING SYSTEMS?

03:42:43  20   A.   SURE.

03:42:43  21   Q.   OKAY.  IF WE COULD PULL UP SLIDE 11.

03:42:50  22        CAN YOU EXPLAIN WHAT THIS IS?

03:42:51  23   A.   SURE.

03:42:52  24        SO CORRESPONDING TO THAT BROWN BUBBLE ON MY AMAZING

03:42:58  25   DRAWING OVER THERE, THESE ARE WORDS THAT I FOUND IN MANUALS

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2098

03:43:02  1    FROM LEGACY CLI'S, CLI PRODUCTS THAT PRE-DATE CISCO, AND THAT

03:43:07  2    ARE AMONG THE TERMS USED BY CISCO'S CLI IN THE ASSERTED

03:43:12  3    COMMANDS.

03:43:13  4    Q.   AND I THINK YOU SAID THAT THERE'S OVER 150 "SHOW"

03:43:18  5    COMMANDS.  WHAT ABOUT "CLEAR," DO YOU REMEMBER HOW MANY OF THE

03:43:21  6    ASSERTED COMMANDS IN THIS CASE USE "CLEAR?"

03:43:27  7    A.   NOT A FAN, IT WAS FAR FEWER, MAYBE 10 OR 20.

03:43:36  8    Q.   NOW DID YOU PERFORM A SIMILAR ANALYSIS REGARDING THE

03:43:39  9    ASSERTED MODES IN THE CASE?

03:43:41  10   A.   YEAH.  SO JUST TO REMIND EVERYONE, THE MODES ARE THESE

03:43:50  11   THINGS THAT ARE NAMED LIKE USER, EXEC, PRIVILEGED EXEC, CONFIG,

03:43:56  12   INTERFACE CONFIG, AND THEY COME WITH PROMPTS IN THE ANGLED

03:44:00  13   BRACKETS, AND THE POUND.

03:44:01  14   Q.   AND WE HAVE A SLIDE THAT SUMMARIZES YOUR FINDINGS WITH

03:44:04  15   RESPECT TO MODES?

03:44:05  16   A.   WE DO.

03:44:05  17   Q.   AND LET'S PUT THAT UP.

03:44:07  18        BUT BEFORE WE TALK ABOUT IT, LET ME ASK YOU, WHERE DID YOU

03:44:10  19   FIND YOUR BASIS FOR YOUR OPINION REGARDING THE PRESENCE OF

03:44:15  20   THESE MODES IN PRIOR OPERATING SYSTEMS?

03:44:17  21   A.   I MEAN, ONCE AGAIN, I AM FAMILIAR WITH THESE OLD CLI'S, I

03:44:21  22   USED THEM PERSONALLY, BUT I ALSO LOOKED IN THE MANUALS THAT WE

03:44:26  23   TALKED ABOUT.

03:44:26  24   Q.   OKAY.  LET'S PULL UP SLIDE 14, PLEASE.

03:44:31  25        CAN YOU EXPLAIN WHAT IS SHOWING HERE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2099

03:44:34  1      A.   SURE.

03:44:35  2           SO THE CLI IN TOPS 20 IS CALLED EXEC.  AND CISCO'S BASIC

03:44:40  3      LOWEST LEVEL MODE IS CALLED USER EXEC.  AND MR. LOUGHEED HAS

03:44:44  4      TESTIFIED THAT HE WAS INSPIRED BY THAT WHEN HE CREATED CISCO'S

03:44:48  5      PRODUCT.  THE PRIVILEGED MODES, THE IDEA OF HAVING A PRIVILEGED

03:44:52  6      MODE WHERE YOU GET SUPER POWERS, ELEVATED PRIVILEGES, THAT WAS

03:44:57  7      IN TOPS 20, IT'S ALSO A CONCEPT IN UNIX WHICH IS STILL AROUND

03:45:01  8      AND STILL HAS THAT CONCEPT.

03:45:02  9           THE ANGLE BRACKET PROMPT THAT'S USED IN CISCO'S

03:45:06  10     UNPRIVILEGED MODE, THAT WAS IN CP/M, USED IN CP/M AND IT IS

03:45:12  11     USED IN MS-DOS, STILL TO THIS DAY.

03:45:14  12          THEN THE PRIVILEGED MODE PROMPT IS THIS HASH MARK, POUND

03:45:19  13     SIGN, AND THAT WAS IN UNIX SINCE THE 60'S.

03:45:22  14     Q.   ALL RIGHT.  I NEGLECTED TO ASK YOU TO -- I WOULD LIKE TO

03:45:30  15     GO BACK TO SLIDE 11 BECAUSE I JUST WANT TO MAKE SURE THE RECORD

03:45:33  16     IS CLEAR.

03:45:41  17          CAN YOU JUST READ INTO THE RECORD, DR. BLACK, THE TERMS

03:45:44  18     THAT YOU FOUND FROM PRIOR OPERATING SYSTEMS?

03:45:45  19     A.   YOU WANT ME TO READ EVERYTHING ON THE SLIDE?

03:45:47  20     Q.   PLEASE.

03:45:48  21     A.   BANNER, BOOT, CLEAR, CLOCK, ENABLE, ERASE, LENGTH, LOAD,

03:45:53  22     MOTD, NO, SET, SHOW, AND TERMINAL.

03:46:06  23     Q.   THANK YOU.

03:46:08  24          NOW LET'S TURN TO YOUR SECOND CIRCLE, THE BLUE CIRCLE,

03:46:12  25     COMMON NETWORKING TERMS.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2100

03:46:14  1    A.   OKAY.

03:46:15  2    Q.   WHAT DID YOU DO TO REACH A CONCLUSION ABOUT THE COMMON

03:46:18  3    PRESENCE OF NETWORKING TERMS?

03:46:19  4    A.   THAT WAS MORE OF A JUDGMENT CALL.  AND, YOU KNOW, IF I

03:46:24  5    BELIEVE THAT I HEARD PEOPLE SAY IT AND USE IT AND IT'S PART OF

03:46:28  6    THE LEXICON, THINGS LIKE "HOST" AND "NETWORK" AND "INTERFACES,"

03:46:31  7    THEN I COLORED IT BLUE OR I DEEMED IT TO BE IN THE BLUE CIRCLE.

03:46:37  8    Q.   ALL RIGHT.  AND I THINK WE HAVE A SLIDE OF THE TERMS THAT

03:46:40  9    YOU CONCLUDED WERE COMMON NETWORKING TERMS.  IF WE COULD PULL

03:46:44  10   UP SLIDE 17.

03:46:54  11        IT'S A LITTLE BIT HARD TO SEE.  BUT APPROXIMATELY HOW MANY

03:46:58  12   TERMS HERE DID YOU CONCLUDE WERE COMMON NETWORKING TERMS?

03:47:02  13   A.   IT LOOKS LIKE MAYBE 70 OR 80.

03:47:10  14   Q.   AND DID YOU SEE ANY EVIDENCE IN THE RECORD, AGAIN FROM

03:47:14  15   DISCOVERY, ABOUT HOW COMMON NETWORKING TERMS WERE ACTUALLY USED

03:47:17  16   BY CISCO ENGINEERS IN DEVISING CLI COMMANDS?

03:47:22  17   A.   YEAH.  I MEAN, THE ENGINEERS TESTIFIED THAT THEY WANTED TO

03:47:26  18   USE TERMS THAT WERE FAMILIAR TO THEIR USERS, AND THEIR USERS

03:47:29  19   ARE NETWORK ENGINEERS.

03:47:30  20        AND SO SOME OF THESE TERMS MIGHT LOOK PRETTY CRAZY LIKE

03:47:34  21   THAT'S NOT A COMMON TERM, BUT THINGS LIKE, I DON'T KNOW, REGEX,

03:47:41  22   WHICH APPEARS IN THE LIST HERE, IT LOOKS LIKE IT'S GREEK, BUT

03:47:43  23   IT'S ACTUALLY A COMMON TERM USED THROUGHOUT COMPUTER SCIENCE.

03:47:48  24   IT MEANS REGULAR EXPRESSION.

03:47:50  25        WHEN YOU GO TO SCHOOL AND YOU TAKE ONE OF MY CLASSES, OR

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2101

03:47:52  1      SOME OF MY CLASSES, YOU LEARN WHAT THAT MEANS.

03:47:55  2      Q.   AND OTHERS, I SUPPOSE, ARE LESS CONTROVERSIAL LIKE "LOGIN"

03:47:59  3      OR "LINK;" IS THAT FAIR?

03:48:01  4      A.   YEAH.  I MEAN SOME OF THEM ARE LIKE "RUN" OR "OUT" OR

03:48:05  5      "USERS," OR "IN," THOSE, I THINK, ARE CLEARLY IN COMMON USE.

03:48:14  6      Q.   OKAY.  I'M NOT GOING TO ASK YOU TO READ ALL OF THESE INTO

03:48:18  7      THE RECORD.

03:48:18  8      A.   THANK YOU.

03:48:19  9      Q.   NOW YOUR THIRD CATEGORY IN GREEN WAS INDUSTRY STANDARD

03:48:22  10     TERMS.

03:48:22  11          CAN YOU EXPLAIN WHAT YOU DID TO ANALYZE THE EXTENT TO

03:48:27  12     WHICH THE ASSERTED CLI ELEMENTS USED INDUSTRY STANDARD TERMS?

03:48:31  13     A.   SURE.

03:48:33  14          SO I MEAN, I RECOGNIZED -- IF YOU LOOK AT THIS LIST OF 506

03:48:37  15     COMMANDS, A LOT OF THEM ARE NAMING PROTOCOLS AND NAMING TERMS

03:48:43  16     WITHIN THOSE PROTOCOLS WHICH I IMMEDIATELY RECOGNIZED BECAUSE I

03:48:46  17     READ A LOT OF THESE STANDARDS PRIOR TO MY ENGAGEMENT IN THE

03:48:49  18     CASE.

03:48:50  19          BUT IN ORDER TO CONDUCT BY ANALYSIS, I WENT TO THE

03:48:52  20     SPECIFICATIONS FOR THOSE PROTOCOLS.  AND IN THE ITEF, IT'S

03:48:55  21     CALLED AN RFC, WE'VE HEARD ABOUT THAT A BUNCH.  IN THE IEEE,

03:49:00  22     THE SPEC STARTED WITH 802.SOMETHING.

03:49:04  23          SO I LOOKED AT THOSE SPECIFICATIONS TO FIND TERMS THAT LAY

03:49:08  24     WITHIN THEM.

03:49:08  25     Q.   AND CAN YOU TELL ME, IN GENERAL, WE WILL GET INTO SOME

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2102

03:49:12   1    SPECIFICS, BUT IN GENERAL, WHAT DID YOU FIND?

03:49:16   2    A.   I FOUND FOR THE VAST MAJORITY OF TERMS IN THE ACCUSED CLI

03:49:21   3    COMMAND, THEY COULD BE FOUND IN THE TITLE AND IN THE CONTENTS

03:49:25   4    OF THE INDUSTRY STANDARD SPECIFICATIONS.

03:49:28   5    Q.   ALL RIGHT.  NOW I WOULD LIKE TO PULL UP SLIDE 19, PLEASE.

03:49:39   6         WHAT DO YOU UNDERSTAND THIS TO BE, DR. BLACK?

03:49:42   7    A.   THESE ARE SOME DOT1X COMMANDS.  SO THIS IS IEEE.  AND AS I

03:49:49   8    JUST SAID THEY START WITH 802.  SO THIS IS WRITTEN 802 DOT1X

03:49:54   9    BUT PEOPLE CALL IT DOT1X FOR SHORT.  AND THIS IS ACTUALLY A

03:49:59  10    SECURITY PROTOCOL.  THE THIRD ONE DOWN HERE WHICH IS DOT1X

03:50:03  11    SYSTEM AUTH CONTROL.  THAT TURNS ON THE FEATURE.  SO THAT'S

03:50:06  12    LIKE A BUTTON, YOU TYPE IT IN AND THAT IT TURNS IT ON.

03:50:11  13         AND THEN THE SECOND ONE, DOT1X RE-AUTHENTICATION FEATURE,

03:50:16  14    THAT TURNS ON THE RE-AUTHENTICATION FEATURE, LIKE ANOTHER

03:50:18  15    BUTTON.

03:50:19  16         AND THEN THE BOTTOM THREE ARE LIKE KNOBS, YOU SET AN

03:50:22  17    INTERVAL AND A NUMBER OF SECONDS THAT YOU WANT THE CERTAIN

03:50:24  18    FEATURE TO BE INVOKED.

03:50:25  19    Q.   AND ARE ALL OF THESE ASSERTED COMMANDS IN THE CASE?

03:50:28  20    A.   I BELIEVE ALL SIX ARE, YES.

03:50:30  21    Q.   ALL RIGHT.  AND IS THERE A SPECIFICATION FOR DOT1X?

03:50:36  22    A.   YES, IT'S THE 802 DOT1X SPECIFICATION.

03:50:41  23    Q.   APTLY NAMED.  IF YOU COULD LOOK AT 6801 IN YOUR BINDER.

03:51:02  24    A.   I HAVE IT.

03:51:02  25    Q.   IS THAT THE 802 DOT1X SPECIFICATION, AT LEAST AS OF 2001?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2103

03:51:08  1    A.   YES IT IS.

03:51:09  2              MR. FERRALL:  YOUR HONOR, I WOULD MOVE EXHIBIT 6801

03:51:11  3    IN EVIDENCE.

03:51:12  4              MR. NELSON:  NO OBJECTION.

03:51:13  5              THE COURT:  IT WILL BE ADMITTED.

03:51:14  6    (DEFENDANT'S EXHIBIT 6801 WAS ADMITTED INTO EVIDENCE.)

03:51:14  7    BY MR. FERRALL:

03:51:44  8    Q.   SO DR. BLACK, IF WE GO TO I THINK THE PAGE ENDING 593 IN

03:51:53  9    THE EXHIBIT 6801?

03:51:56  10   A.   I SEE IT.

03:51:57  11   Q.   ALL RIGHT.  CAN YOU TELL US WHAT YOU FOUND HERE REGARDING

03:52:03  12   THE FIRST CLI COMMAND IN THIS LIST?

03:52:05  13   A.   YEAH.  SO I MEAN, PAE MEANS PORT ACCESS ENTITY.  YOU CAN

03:52:10  14   SEE THAT ACRONYM ON THE PAGE IN VARIOUS PLACES.  AND THEN ON

03:52:15  15   831 YOU SEE THE WORD AUTHENTICATOR, WHICH IS ALSO THE THIRD

03:52:19  16   TERM IN THE ASSERTED COMMAND.

03:52:21  17   Q.   IS AUTHENTICATOR A FUNCTION OR A FEATURE THAT IS EXPLAINED

03:52:26  18   IN THE 802 DOT1X STANDARD ITSELF?

03:52:31  19   A.   YEAH.  THERE ARE THREE ACTORS IN 8021X.  THERE'S THE

03:52:39  20   SUPPLICANT AUTHENTICATOR AND THE AUTHENTICATION SERVER, SO IT'S

03:52:41  21   THE MIDDLE OF THOSE THREE.

03:52:42  22   Q.   IS THE TERM "AUTHENTICATOR" IN THE CISCO CLI COMMAND, IS

03:52:47  23   THAT USED IN THE SAME WAY AS IT'S USED IN THE SPECIFICATION?

03:52:51  24   A.   YES, IT IS.

03:52:52  25   Q.   ALL RIGHT.  LET'S LOOK AT THE DOT1X RE-AUTHENTICATION

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2104

03:52:57  1    COMMAND, AND IF WE COULD GO TO PAGE ENDING IN 615.

03:53:11  2        DR. BLACK, CAN YOU TELL US WHAT'S ON THIS PAGE REGARDING

03:53:15  3    THE SECOND COMMAND HERE?

03:53:16  4    A.   YEAH.  SO THAT ONE IS A LITTLE SIMPLER.  IT SAYS

03:53:20  5    "RE-AUTHENTICATION" AND THERE'S A HEADING THAT TALKS ABOUT THAT

03:53:22  6    FEATURE, THE RE-AUTHENTICATION FEATURE, WHICH IS THE ONE THAT

03:53:25  7    SAYS I'VE GOT TO KEEP ASKING FOR YOUR PASSWORD, OVER, AND OVER,

03:53:29  8    AND OVER ON AN INTERVAL, THAT'S WHAT IT'S DOING.

03:53:32  9    Q.   IS THERE ANOTHER COMMAND YOU WOULD LIKE TO EXPLAIN TO THE

03:53:35  10   JURY, I WILL LET YOU PICK THE NEXT ONE.

03:53:38  11   A.   OH, GEEZ.  YOU WANT ME TO JUST PICK FROM THE LIST HERE?

03:53:46  12   Q.   YEAH, WHICH ONE DO YOU WANT TO TALK ABOUT?

03:53:47  13   A.   TIMEOUT QUIET-PERIOD.

03:53:52  14   Q.   OKAY.  SO I THINK THAT ONE -- LET'S GO TO PAGE 609.

03:54:07  15        MR. DAHM?  OKAY.  SORRY.

03:54:07  16        THE COURT:  HE'S HAVING A TIME OUT QUIET PERIOD.

03:54:13  17        THE WITNESS:  OKAY.  SO THAT ONE WAS -- WHAT DID I

03:54:15  18   CHOOSE?  TIME OUT QUIET PERIOD?

03:54:17  19        OKAY.  IN THE MIDDLE OF THE PAGE THERE, THERE'S A HEADING

03:54:23  20   IT'S QUIET PERIOD, WHICH IS THE AMOUNT OF TIME TO WAIT BEFORE

03:54:26  21   NAGGING SOMEONE AGAIN.

03:54:28  22        AND IT'S SPELLED WITH DIFFERENT CAPITALIZATION AND THERE'S

03:54:31  23   NO HYPHEN, BUT IN THE CISCO VERSION THERE IS.

03:54:35  24   Q.   DOES CAPITALIZATION MATTER IN A PARSER, TO YOUR KNOWLEDGE?

03:54:39  25   A.   IT DEPENDS ON THE PARSER.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2105

03:54:40  1          FOR CISCO AND ARISTA AND THE OTHER ONES I'VE USED, IT'S

03:54:45  2     CASE INSENSITIVE WHICH MEAN ITS DOESN'T MATTER IF IT'S UPPER OR

03:54:49  3     LOWER.  IN CERTAIN OTHER CONTEXT, IT CAN MATTER.

03:54:55  4     Q.   NOW DID YOU DO THIS SORT OF ANALYSIS FOR OTHER INDUSTRY

03:55:02  5     STANDARD PUBLICATIONS IN ADDITION TO DOT1X?

03:55:04  6     A.   YEAH, I LOOKED AT A LARGE NUMBER OF THEM, IN FACT.

03:55:07  7     Q.   DO YOU HAVE ANY ESTIMATE OF HOW MANY STANDARDS YOU LOOKED

03:55:10  8     AT?

03:55:10  9     A.   OH, WOW, 30 OR 40, MAYBE.

03:55:16  10    Q.   DID YOU LOOK AT A STANDARD FOR OSPF, FOR EXAMPLE?

03:55:22  11    A.   YES.

03:55:22  12    Q.   ALL RIGHT.  CAN YOU LOOK AT EXHIBIT 6817 IN YOUR BINDER.

03:55:31  13    A.   OKAY.

03:55:33  14    Q.   IS THAT THE OSPF STANDARD OR AT LEAST ONE OF THE RFC'S FOR

03:55:39  15    OSPF THAT YOU LOOKED AT FOR THIS ANALYSIS?

03:55:42  16    A.   IT'S ONE OF THEM, YES.

03:55:44  17          MR. FERRALL:  YOUR HONOR, I WOULD LIKE TO MOVE

03:55:46  18    EXHIBIT 6817 INTO EVIDENCE.

03:55:47  19          MR. NELSON:  BASED ON THAT DESCRIPTION, I'M FINE

03:55:49  20    YOUR HONOR.  I'M HAVING TROUBLE KEEPING UP, BUT I'M OKAY WITH

03:55:53  21    IT.

03:55:53  22          THE COURT:  IT WILL BE ADMITTED.

03:55:55  23    (DEFENDANT'S EXHIBIT 6817 WAS ADMITTED INTO EVIDENCE.)

03:55:55  24    BY MR. FERRALL:

03:56:01  25    Q.   OKAY.  AND WE ARE NOT GOING TO BE ABLE TO GO THROUGH THIS,

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2106

03:56:04   1    MUCH TO THE JURY'S PLEASURE TO HEAR THAT WE ARE NOT GOING TO GO

03:56:08   2    THROUGH THIS FOR EVERY COMMAND, BUT SUFFICE IT TO SAY, DID YOU

03:56:12   3    PERFORM IN SIMILAR ANALYSIS FOR THE OSPF STANDARD AND OTHERS?

03:56:18   4    A.   I DID.

03:56:18   5    Q.   AND DID YOU PREPARE A SUMMARY OF THE NUMBER OF COMMANDS

03:56:21   6    THAT, THE NUMBER OF COMMAND TERMS THAT ARE ASSERTED IN THIS

03:56:26   7    CASE THAT CAME FROM ITEF PUBLICATIONS LIKE RFC'S?

03:56:31   8    A.   YES.

03:56:32   9    Q.   ALL RIGHT.  AND IF WE COULD LOOK AT SLIDE 15.

03:56:40  10    A.   SO THIS IS THE ITEF VERSION, THESE ARE A SAMPLING OF THE

03:56:45  11    VARIOUS COMMAND TERMS.  IN FACT, EVERY ONE OF THESE IS A

03:56:49  12    PROTOCOL.

03:56:49  13        AND SO THERE ARE, I DON'T KNOW, ABOUT 20 OR SO OF THOSE ON

03:56:52  14    THE SLIDE.

03:56:57  15    Q.   SO ARE THESE TERMS USED IN ASSERTED COMMANDS?

03:56:59  16    A.   I THINK, YEAH, EVERY ONE OF THEM IS.

03:57:01  17    Q.   SOMETIMES MULTIPLE TIMES?

03:57:03  18    A.   NOT WITHIN THE SAME COMMAND, BUT YEAH, IT MIGHT BE

03:57:06  19    MULTIPLE COMMANDS THAT USE A GIVEN TERM.

03:57:08  20    Q.   ALL RIGHT.

03:57:09  21        AND HOW ABOUT IEEE STANDARDS, DID YOU PREPARE A SUMMARY OF

03:57:13  22    WHAT YOU FOUND FROM IEEE STANDARDS?

03:57:15  23    A.   YES.  I THINK IT'S THE NEXT SLIDE.

03:57:18  24        SO HERE, THESE AREN'T ALL PROTOCOLS, SOME OF THESE ARE

03:57:22  25    TERMS FROM WITHIN THE PROTOCOL DOCUMENT.  BUT ALL OF THESE ARE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2107

```
03:57:25   1    PART OF A STANDARD THAT WAS PUBLISHED BY THE IEEE WHICH

03:57:28   2    OPERATES OUTSIDE OF ANY COMPANY.

03:57:31   3    Q.   NOW AFTER YOU COMPLETED ALL OF THE -- THIS REVIEW, DID YOU

03:57:38   4    ATTEMPT TO PUT TOGETHER ALL OF YOUR FINDINGS INTO ONE PLACE?

03:57:42   5    A.   I DID AND IT WAS A LOT OF FUN.

03:57:46   6    Q.   OKAY.  IF YOU COULD LOOK AT EXHIBIT 9042, PLEASE.

03:58:07   7    A.   WHERE WOULD I FIND IT?

03:58:09   8         THE COURT:  IT'S THE LAST BINDER, NUMBER 8, IT'S THE

03:58:11   9    SKINNY ONE.

03:58:14  10         THE WITNESS:  THANK YOU, YOUR HONOR.

03:58:19  11         OKAY.  I'M WITH YOU.

03:58:22  12    Q.   WHAT'S 9042?

03:58:25  13    A.   THIS IS AN EXCEL SPREADSHEET WHERE I LISTED ALL 506 OF THE

03:58:32  14    ASSERTED MULTIWORD COMMANDS.  AND IN EACH CASE, I COLORED IN A

03:58:36  15    CELL, EACH OF THE TERMS IS COLORED, ONE OF THOSE THREE COLORS

03:58:41  16    UP ON THE PAPER OVER THERE, IT'S EITHER A BROWN, IF IT'S FROM A

03:58:45  17    LEGACY CLI, BLUE, IF I CONSIDER IT TO BE A COMMON NETWORKING

03:58:50  18    TERM, AND GREEN, IF IT COMES FROM ONE OF THOSE TWO STANDARDS

03:58:55  19    BADDIES WE JUST TALKED ABOUT.

03:59:01  20    Q.   AND DID DOUBLE CHECK THIS TO CONFIRM THE TERMS WERE FOUND

03:59:07  21    IN RFC'S, IF THAT'S WHAT YOU INDICATE ON HERE?

03:59:11  22    A.   MANY TIMES.

03:59:12  23         MR. FERRALL:  YOUR HONOR, AT THIS POINT I WOULD LIKE

03:59:13  24    TO DISPLAY THIS TO THE JURY.

03:59:16  25         THE COURT:  ARE YOU GOING TO MOVE IT INTO EVIDENCE?
```

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2108

03:59:18   1            MR. FERRALL:  ULTIMATELY, I WOULD LIKE TO, BUT IF I

03:59:20   2    CAN AT LEAST USE IT AS A DEMONSTRATIVE AT THIS POINT.

03:59:23   3            THE COURT:  ANY OBJECTION TO IT BEING A DEMONSTRATIVE

03:59:25   4    AT THIS POINT?

03:59:25   5            MR. NELSON:  NO, YOUR HONOR.

03:59:26   6            THE COURT:  OKAY.

03:59:26   7            MR. NELSON:  THAT'S OKAY.

03:59:29   8    BY MR. FERRALL:

03:59:31   9    Q.   SO DR. BLACK, I KNOW YOU EXPLAINED THIS BEFORE IT WAS UP

03:59:35   10   ON THE SCREEN, BUT CAN YOU EXPLAIN TO THE JURY AGAIN WHAT IS

03:59:41   11   SHOWN HERE.

03:59:42   12   A.   SURE.  SO THIS IS AN ALPHABETICAL LISTING, IT'S 506 LINES

03:59:47   13   LONG BECAUSE EVERY COMMAND THAT'S ASSERTED BY CISCO IS LISTED

03:59:50   14   HERE.

03:59:50   15        AND THEN IN EACH CASE, LINE BY LINE, IF A GIVEN COMMAND

03:59:54   16   TERM LIKE AAA, THAT'S THE FIRST ONE HERE, IF THAT'S FOUND IN AN

04:00:00   17   ITEF OR IEEE DOCUMENT, I COLORED IT GREEN.

04:00:03   18        SO THERE IS AN AAA STANDARD IN THE ITEF.  AND SO I COLORED

04:00:08   19   IT GREEN.  AND THERE'S ONE REGARDING ACCOUNTING, I COLORED THAT

04:00:12   20   GREEN AS WELL.

04:00:13   21        THERE'S SOME THAT ARE BLUE BECAUSE I DIDN'T CONSIDER THEM

04:00:16   22   TO BE -- I DIDN'T FIND THEM IN ANY STANDARDS DOCUMENT, BUT I

04:00:22   23   CONSIDER THEM TO BE COMMON ENOUGH TERMS THAT EVERYBODY WOULD

04:00:24   24   KNOW THEM AND UNDERSTAND THEM.

04:00:25   25        THERE ARE SOME BROWN ONES THAT ARE FURTHER DOWN.  THOSE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2109

```
04:00:30   1    ARE TAKEN FROM THAT FIRST LIST THAT CORRESPOND TO THAT BROWN

04:00:34   2    CIRCLE UP ON THE TOP, THE POSTER BOARD OVER THERE.

04:00:37   3        AND THEN IF I DIDN'T FIND THEM ANYWHERE AND DIDN'T

04:00:40   4    CONSIDER THEM TO BE COMMON TERMS, I LEFT THEM AS WHITE.

04:00:43   5    Q.   OKAY.  SO WE SEE HERE NOW, HERE'S A PAGE WITH MORE BROWN

04:00:49   6    AND BLUE.

04:00:54   7        THIS HAS, FOR EXAMPLE, THE "SHOW COMMANDS" YOU FOUND FROM

04:00:57   8    LEGACY OPERATING SYSTEM; IS THAT RIGHT?

04:00:59   9    A.   TO BE CLEAR, I FOUND THE WORD "SHOW" USED AS A COMMAND IN

04:01:05   10   THOSE OPERATING SYSTEM, NOT NECESSARILY THE ENTIRE COMMAND

04:01:08   11   SHOWN HERE.

04:01:08   12   Q.   FAIR ENOUGH.  THANK YOU.

04:01:10   13       AND YOU ARE NOT -- YOU HAVE A NUMBER OF TERMS HERE IN

04:01:13   14   WHITE, AND THOSE REFLECT THE FACT THAT THESE WERE NOT PRESENT

04:01:19   15   FROM YOUR INVESTIGATION IN LEGACY OPERATING SYSTEMS OR RFC; IS

04:01:30   16   THAT RIGHT?

04:01:30   17   A.   RIGHT.  YOU CAN SEE ALL STATISTICS, COOLING, POWER,

04:01:36   18   TEMPERATURE.  I MEAN, YOU CAN ARGUE IT'S A JUDGMENT CALL TO

04:01:41   19   DETERMINE WHETHER THAT'S A TERM THAT EVERYBODY KNOWS OR NOT.

04:01:43   20   IF I DID, I MADE IT BLUE.  IF NOT, I LEFT IT WHITE.

04:01:48   21       IT WAS A JUDGMENT CALL.  I TRIED TO MAKE IT REASONABLE AND

04:01:50   22   CONSERVATIVE WHEN I MADE THIS CHART.

04:01:53   23   Q.   YOU ARE NOT CLAIMING THAT EVERY WORD FROM CISCO IS FROM AN

04:01:56   24   RFC OR A PRIOR OPERATING SYSTEM?

04:01:57   25   A.   NO, THERE ARE PLENTY OF WHITE CELLS IN MY CHART HERE.
```

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2110

04:02:01  1    Q.   NOW, WERE YOU ASKED TO PROVIDE AN OPINION ON A DOCTRINE

04:02:08  2    KNOWN AS SCÈNES À FAIRE?

04:02:09  3    A.   YES, I WAS.

04:02:10  4    Q.   OKAY.  IF WE COULD JUST PUT THAT SLIDE 22 UP, MR. DAHM.

04:02:16  5         AND YOU UNDERSTAND THIS IS A LEGAL DOCTRINE; RIGHT.

04:02:20  6    A.   THAT'S WHAT MY UNDERSTANDING IS.

04:02:22  7    Q.   AND THAT'S NOT YOUR SPECIALTY?

04:02:23  8    A.   IT IS DEFINITELY NOT.

04:02:25  9    Q.   BUT YOU UNDERSTAND THAT THIS DOCTRINE SAYS THAT MATERIAL

04:02:31  10   THAT FLOWS NATURALLY FROM CONSIDERATIONS OR FACTORS THAT ARE

04:02:38  11   EXTERNAL TO AN AUTHOR'S CREATIVITY SHOULD NOT BE PROTECTED BY

04:02:42  12   COPYRIGHT.

04:02:43  13        WAS THAT WHAT YOU FOLLOWED IN ASSESSING THIS?

04:02:46  14   A.   THAT WAS MY UNDERSTANDING, YES.

04:02:47  15   Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT, IF ANY, EXTERNAL

04:02:53  16   CONSTRAINTS OR CONSIDERATIONS YOU FOUND TO BE PRESENT FOR THE

04:03:00  17   CISCO ENGINEERS AS THEY WERE DERIVING THESE CLI COMMANDS?

04:03:04  18   A.   RIGHT.

04:03:05  19        SO I MEAN, IF YOU IMAGINE YOU ARE GOING TO GO OUT AND

04:03:08  20   CREATE A NEW CLI COMMAND, I MEAN, PROBABLY THE FIRST THING YOU

04:03:12  21   ARE GOING TO DO IS THINK, WELL, WHAT DOES IT DO, WHAT'S THE

04:03:16  22   FEATURE THAT I'M TRYING TO DESCRIBE.

04:03:19  23        AND SO IF YOU WANTED TO DO SOMETHING LIKE CLEAR

04:03:23  24   SPANNING-TREE COUNTERS, YOU MIGHT MAKE A NEW CLI COMMAND CALLED

04:03:27  25   CLEAR SPANNING TREE COUNTERS, THAT WOULD MAKE SENSE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2111

04:03:31  1       YOU PROBABLY WOULDN'T USE "SHOW IP INTERFACE" OR SOMETHING

04:03:39  2   THAT DOESN'T AT ALL DESCRIBE THE THING YOU ARE GOING TO DO.  SO

04:03:41  3   I THINK THAT'S A CONSTRAINT.  TRYING TO BE DESCRIPTIVE, TRYING

04:03:44  4   TO BE CLEAR, CONCISE.  USE ABBREVIATIONS, WHEN IT MAKES SENSE,

04:03:47  5   IF THEY ARE WELL UNDERSTOOD.

04:03:49  6       WE ARE LAZY PEOPLE, NETWORK ENGINEERS, WE DON'T WANT TO

04:03:52  7   TYPE MORE THAN WE HAVE TO.  SO IF WE CAN ABBREVIATE OR USE

04:03:55  8   SMALLER TERMS, THAT'S ATTRACTIVE, WE WANT TO DO THAT AS WELL.

04:03:59  9       AND ALSO, IF YOU NOT ADDING THE FIRST CLI COMMAND, THEN

04:04:03  10  YOU PROBABLY WANT TO MAKE IT FIT IN WITH THE COMMANDS YOU

04:04:07  11  ALREADY HAVE.

04:04:07  12      AND MR. REMAKER LAST WEEK TALKED A LITTLE BIT ABOUT THE

04:04:11  13  HIGHLY TECHNICAL ASPECTS OF CISCO'S PARSER THAT MIGHT CONSTRAIN

04:04:15  14  CHOICES ALONG THOSE LINES AS WELL.

04:04:20  15  Q.   DID YOU FIND IN THE EVIDENCE, ANY DOCUMENTS OR OTHER

04:04:25  16  TESTIMONY THAT SUGGESTED TO YOU THAT THE CISCO ENGINEERS

04:04:31  17  ACTUALLY FOLLOWED SOME OF THESE CONSTRAINTS AND WERE BOUND BY

04:04:35  18  SOME OF THESE CONSTRAINTS IN COMING UP WITH THE CLI COMMANDS?

04:04:38  19  A.   SURE.  I MEAN, I REFERENCED MS. LIU'S USE, TAKING WORDS

04:04:44  20  DIRECTLY OUT OF THE STANDARDS, THOSE WOULD BE FAMILIAR TO

04:04:48  21  ENGINEERS.

04:04:48  22      MR. REMAKER, ONCE AGAIN, CITED SOME OF THOSE CONSTRAINTS

04:04:51  23  AND HE TALKED I THINK AT LENGTH ABOUT THIS DOCUMENT THEY HAVE

04:04:54  24  CALLED THE PARSER-POLICE MANIFESTO THAT ENSHRINES MANY OF THE

04:04:59  25  SAME SORTS OF CONCERNS AND CONSTRAINTS THAT I JUST DESCRIBED.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2112

04:05:02  1    Q.   OKAY.  IF WE COULD LOOK AT EXHIBIT 5175 WHICH IS ALREADY

04:05:08  2    ADMITTED.

04:05:18  3         DR. BLACK, YOU UNDERSTAND THIS WAS A VERSION OF THE

04:05:22  4    PARSER-POLICE MANIFESTO THAT'S IN EVIDENCE ALREADY?

04:05:26  5    A.   YES, I UNDERSTAND THAT.

04:05:27  6    Q.   AND CAN YOU EXPLAIN TO THE JURY HOW THIS PARSER-POLICE

04:05:33  7    MANIFESTO APPLIES TO YOUR SCÈNES À FAIRE OPINION?

04:05:39  8    A.   I MEAN THIS THING IS -- HAS, AMONG OTHER THINGS, ADVICE ON

04:05:44  9    HOW TO MAKE A GOOD CLI COMMAND THAT FITS IN WITH WHAT EXISTS

04:05:49 10    ALREADY AND MAKES SENSE TO THE USERS AND FOLLOWS THOSE

04:05:52 11    CONSTRAINTS THAT I JUST MENTIONED A MOMENT AGO.

04:05:54 12    Q.   OKAY.  IF WE COULD GO TO THE GUIDELINES --

04:06:00 13         AND MR. DAHM, I THINK IT'S ON THE SECOND PAGE OR THIRD

04:06:03 14    PAGE, MAYBE.

04:06:14 15         SO I GUESS, DR. BLACK, THIS LOOKS LIKE PART OF THE

04:06:17 16    GUIDELINES SECTION.  IS THERE ONE IN PARTICULAR -- IF YOU COULD

04:06:25 17    LOOK IN YOUR BINDER.

04:06:27 18    A.   I'M SORRY, WHAT WAS THE EXHIBIT NUMBER?

04:06:29 19    Q.   AH.  SORRY.  5175.

04:06:45 20    A.   OKAY.  I HAVE IT.

04:06:51 21    Q.   SO THE QUESTION, DR. BLACK, IS WERE THERE PARTICULAR

04:06:57 22    GUIDELINES OR ASPECTS OF THE PARSER-POLICE MANIFESTO THAT YOU

04:07:00 23    FOUND RELEVANT TO THE SCÈNES À FAIRE OPINION?

04:07:03 24    A.   WELL, I THINK IN SOME SENSE THEY ALL ARE, INSOFAR AS THEY

04:07:07 25    ARE THE GIVING ADVICE ON WHAT TO DO AND WHAT NOT TO DO.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2113

04:07:11    1          WE COULD TAKE, FOR EXAMPLE, PERHAPS BULLET SIX, WHICH IS I

04:07:23    2     THINK IS -- IT'S A LITTLE BIT FADED ON MY COPY.  YEAH, THIS I

04:07:27    3     THINK IS A GOOD EXAMPLE.

04:07:28    4     Q.   SO CAN YOU EXPLAIN WHAT YOU UNDERSTOOD THIS TO MEAN?

04:07:32    5     A.   CAN I READ THE FIRST SENTENCE INTO THE RECORD?

04:07:34    6     Q.   SURE.

04:07:35    7     A.   SO IT SAYS, WHEN NAMING A COMMAND, TRY TO PICK NAMES THAT

04:07:38    8     WOULD BE FAMILIAR TO PEOPLE IN THE INDUSTRY.  AND THEN THEY GO

04:07:42    9     TO GIVE SOME EXAMPLES.

04:07:44   10          WELL, I THINK I WAS TRYING TO CAPTURE THAT SAME ADVICE A

04:07:47   11     MOMENT AGO.  IF YOU ARE GOING TO USE MTU, ALTHOUGH PEOPLE WHO

04:07:51   12     DON'T WORK IN NETWORKS, THAT MIGHT LOOK COMPLETELY MEANINGLESS,

04:07:57   13     TO SOMEONE THAT WORKS IN NETWORKING THAT MEANS MAXIMUM

04:08:00   14     TRANSMISSION UNIT, AND IT WOULD BE FAMILIAR.

04:08:02   15          AND I THINK IT MAKES A LOT OF SENSE BOTH FOR BREVITY AND

04:08:04   16     CLARITY AND FAMILIARITY TO USE A TERM LIKE THAT.

04:08:06   17     Q.   OKAY.

04:08:07   18          AND BASED UPON YOUR REVIEW OF ALL OF THE EVIDENCE IN THIS

04:08:14   19     CASE, WHAT CONCLUSION, IF ANY, DID YOU REACH CONCERNING THE

04:08:18   20     APPLICABILITY OF THE SCÈNES À FAIRE DOCTRINE TO THE ASSERTED

04:08:25   21     CLI ELEMENTS?

04:08:25   22     A.   I THINK GIVEN THE LARGE NUMBER OF CONSTRAINTS TO DESCRIBE

04:08:28   23     THE FEATURE YOU ARE IMPLEMENTING AND TO FOLLOW ALL OF THOSE

04:08:31   24     OTHER GUIDELINES THAT WERE SET FORTH IN THIS DOCUMENT AND

04:08:34   25     ACCORDING TO THE TESTIMONY WE'VE HEARD, THAT REALLY, THE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2114

04:08:37  1     COMMAND THAT YOU END UP WITH FLOWS PRIMARILY FROM SOURCES AND

04:08:42  2     SUBJECT TO CONSTRAINTS OUTSIDE OF THE AUTHOR'S CREATIVITY.

04:08:49  3     Q.   ALL RIGHT.

04:08:50  4          NOW DR. BLACK, I WOULD LIKE TO TURN TO WHAT I THINK YOU

04:08:53  5     IDENTIFIED IN THE BEGINNING AS THE SECOND CATEGORY OF YOUR

04:08:57  6     ANALYSIS, AND THAT WAS FAIR USE; RIGHT?

04:09:00  7     A.   YES, SIR.

04:09:01  8     Q.   ARE YOU READY FOR THAT?

04:09:03  9     A.   I WILL DO MY BEST.

04:09:04  10    Q.   AND IF WE COULD JUST CALL UP SLIDE 25, PLEASE.  YOU REFER

04:09:13  11    TO FOUR FAIR USE FACTORS IN THE BEGINNING.

04:09:16  12         DO YOU RECOGNIZE THESE AS THE FACTORS YOU WERE ASKED TO

04:09:20  13    CONSIDER?

04:09:20  14    A.   I THINK THEY ARE SHORTENED VERSIONS, BUT YES.

04:09:24  15    Q.   AND IF WE COULD JUST TICK THROUGH AGAIN, WE WILL GO INTO

04:09:27  16    SOME DETAIL, BUT AT A SUMMARY LEVEL, WHAT DID YOU FIND ON EACH

04:09:31  17    OF THESE FACTORS?

04:09:33  18    A.   YOU ARE ASKING FOR MY FINDINGS?

04:09:35  19    Q.   YES, YOUR FINDINGS AS TO EACH OF THEM.

04:09:38  20    A.   SO THE FIRST ONE, PURPOSE AND CHARACTER OF THE USE.

04:09:42  21         THAT ASKS:  IS ARISTA, IN THIS CONTEXT, IS ARISTA

04:09:47  22    TRANSFORMATIVE?  AND I FOUND IT WAS, IN FACT, HIGHLY

04:09:50  23    TRANSFORMATIVE, AS I MENTIONED EARLIER.

04:09:52  24         NATURE OF THE WORK.  HERE THE WORK MEANS THE CISCO CLI.

04:09:55  25    CISCO USER INTERFACE.  WHAT IS THE NATURE OF IT?  AND AS I SAID

04:10:01  1    EARLIER, I FOUND IT TO BE A FACTUAL FUNCTIONAL OBJECT.

04:10:05  2         AMOUNT AND SUBSTANTIALITY OF THE PORTION USED.  THAT'S

04:10:11  3    ASKING WHAT PROPORTION OF THE ACCUSED ELEMENTS, WHAT IS THAT

04:10:15  4    PROPORTION IN RELATION TO THE WORK AS A WHOLE?  IN OTHER WORDS,

04:10:17  5    THE ENTIRE USER INTERFACE, AND IN MY VIEW, INCLUDING ITS

04:10:23  6    IMPLEMENTING SOURCE CODE.

04:10:25  7         AND I FOUND THAT ARISTA'S USE CONSTITUTED A VERY SMALL

04:10:27  8    FRACTION OF THE OVERALL CISCO USER INTERFACE.

04:10:30  9         AND THEN ON MARKET HARM, THAT'S MORE OF SOMETHING FOR A

04:10:34  10   MARKETING OR AN ANALYSIS OF DAMAGES EXPERTS, SOMETHING THAT I'M

04:10:38  11   NOT AN EXPERT IN.

04:10:39  12        SO I DIDN'T HAVE A LOT TO SAY THERE OTHER THAN WHAT I

04:10:43  13   MENTIONED BEFORE THAT ALL THESE OTHER VENDORS ARE USING THE

04:10:48  14   SAME CLI COMMANDS AND ELEMENTS THAT ARE ACCUSED HERE.  THAT, I

04:10:54  15   THINK, HAS SOME INFLUENCE ON WHAT THE HARM TO THE MARKET COULD

04:10:56  16   THEREFORE BE.

04:10:57  17   Q.   AND ON THAT LAST POINT, YOU UNDERSTAND THAT YOUR FINDINGS

04:11:00  18   REGARDING THE WIDESPREAD USAGE, THAT WAS SOMETHING THAT ANOTHER

04:11:05  19   PERSON MAY COME TO TESTIFY ON BEHALF OF ARISTA TO TALK ABOUT

04:11:09  20   MARKET HARM?

04:11:10  21   A.   IT'S MY UNDERSTANDING THERE IS ANOTHER EXPERT WHO IS AN

04:11:13  22   EXPERT ON THIS TOPIC OF MARKET HARM, AND SHE RELIED UPON MY

04:11:18  23   ANALYSIS TO INFORM HER ULTIMATE DECISION AND OPINION.

04:11:22  24   Q.   ALL RIGHT.  SO IF WE COULD TALK ABOUT THE FIRST FACTOR,

04:11:28  25   THE PURPOSE AND CHARACTER OF THE USE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2116

04:11:30  1          AND YOU CONSIDERED A COUPLE OF FACTORS ABOUT ARISTA'S

04:11:35  2     PRODUCT IN REACHING YOUR CONCLUSION ON THIS FACTOR; IS THAT

04:11:39  3     RIGHT?

04:11:39  4     A.   I DID.

04:11:39  5     Q.   ALL RIGHT.  IF WE COULD LOOK AT SLIDE 26.

04:11:42  6          ARE THESE SOME OF THE CATEGORIES YOU CONSIDERED ABOUT

04:11:45  7     ARISTA'S PRODUCT?

04:11:46  8     A.   YES, THEY ARE.

04:11:49  9     Q.   CAN YOU EXPLAIN THEM TO THE JURY?

04:11:51 10     A.   SO ARCHITECTURE GOES TO THINGS LIKE THE SPEEDS AND FEEDS,

04:11:56 11     I THINK MS. ULLAL USED THAT TERM EARLIER, THE PORT DENSITY, HOW

04:12:01 12     MANY PORTS CAN YOU PACK INTO THE SWITCH AND HOW FAST DOES IT

04:12:05 13     GO, WHAT'S THE LATENCY.  THE POWER CONSUMPTION, THAT SORT OF

04:12:08 14     CATEGORY.

04:12:08 15          THE SECOND ONE, EXTENSIBILITY AND RELIABILITY.  THIS GOES

04:12:12 16     TO THE FACT THAT ARISTA DESIGNED ITS PRODUCT, IN PARTICULAR ITS

04:12:16 17     OPERATING SYSTEM, TO BE EASY TO CUSTOMIZE AND EXTEND AND ADD

04:12:21 18     NEW FEATURES TO.  AND AT THE SAME TIME, MADE IT SUCH THAT IT

04:12:25 19     WAS FAIRLY A FOOLPROOF, THAT IT COULD SELF-HEAL AND WAS LESS

04:12:30 20     LIKELY TO CRASH.

04:12:31 21          AND THEN THAT LAST CATEGORY INDICATES THAT ARISTA WAS

04:12:35 22     TARGETING, PARTICULARLY IN THE LAST FEW YEARS, TARGETING THE

04:12:39 23     CLOUD AS THE CUSTOMER, AND THEY WANTED TO PROVIDE TOOLS AND

04:12:43 24     FEATURES THAT WOULD GO TO MANAGEABILITY AND MONITORING AND

04:12:48 25     SCALEABILITY FOR SUPPORTING THOSE CUSTOMERS.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2117

04:12:51  1    Q.   OKAY.  SO TURNING TO ARCHITECTURE, IF YOU COULD LOOK AT

04:12:57  2    EXHIBIT 7355 IN YOUR BINDER.

04:13:08  3    A.   I'M SORRY, 7355?

04:13:09  4    Q.   YES.

04:13:10  5    A.   I'M THERE.

04:13:11  6    Q.   AND DO YOU RECOGNIZE THAT?

04:13:13  7    A.   I DO.

04:13:14  8    Q.   WHAT IS IT?

04:13:15  9    A.   THIS IS A DATA SHEET WHICH IS A LIST OF A BUNCH OF

04:13:19  10   TECHNICAL SPECIFICATIONS FOR AN ARISTA 7500 CHASSIS SWITCH.

04:13:24  11          MR. FERRALL:  YOUR HONOR, I WOULD OFFER 7355 IN

04:13:27  12   EVIDENCE, IF IT'S NOT ALREADY.

04:13:30  13          MR. NELSON:  NO OBJECTION.

04:13:30  14          THE COURT:  IT WILL BE ADMITTED.

04:13:32  15   (DEFENDANT'S EXHIBIT 7355 WAS ADMITTED INTO EVIDENCE.)

04:13:32  16   BY MR. FERRALL:

04:13:32  17   Q.   DID YOU RELY UPON DOCUMENTS LIKE 7355 AND SIMILAR DATA

04:13:36  18   SHEETS TO CONSIDER THE PURPOSE AND CHARACTER OF ARISTA'S USE?

04:13:40  19   A.   YES.

04:13:41  20   Q.   AND CAN YOU HIGHLIGHT A COUPLE OF THINGS IN THIS DATA

04:13:45  21   SHEET THAT YOU FOUND RELEVANT TO THE NATURE OF ARISTA'S USE OF

04:13:51  22   THE ASSERTED CLI ELEMENTS?

04:13:54  23   A.   WELL, LIKE I SAID, THEIR HARDWARE WAS, AT LEAST AT THE

04:13:58  24   TIME IT WAS INTRODUCED, WAS FASTER THAN ANYTHING ELSE ON THE

04:14:01  25   MARKET, AND I THINK WE'VE HEARD SOME TESTIMONY ABOUT THAT.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2118

04:14:04   1            THE LATENCY, WHICH IS THE TIME IT TAKES BETWEEN WHEN THE

04:14:08   2    BITS COME IN AND THE BITS GO OUT, AS ADVERTISED HERE AT UNDER

04:14:11   3    FOUR MICRO SECONDS.  YOU CAN SEE IT ON THE LEFT-HAND SIDE AS

04:14:14   4    THE LAST BULLET UNDER PERFORMANCE.

04:14:18   5            ALSO THE PORT DENSITY, JUST ABOVE THAT, THE THREE BULLETS,

04:14:23   6    1152, IF YOU ARE DOING 10 GIGABIT PORTS, YOU HAVE FEWER IF YOU

04:14:29   7    ARE GOING 100 GIGABIT, BUT THAT'S PORT DENSITY.

04:14:33   8            AND THEN AS FAR AS POWER CONSUMPTION, IT'S MENTIONED TO

04:14:35   9    THE RIGHT ON THE THIRD PARAGRAPH, TYPICAL POWER CONSUMPTION OF

04:14:42   10   UNDER FOUR WATTS PER PORT FOR A FULLY LOADED CHASSIS SWITCH.

04:14:46   11   Q.   AND WHY IS POWER CONSUMPTION SOMETHING THAT MATTERS IN AN

04:14:51   12   ETHERNET SWITCH FOR THE MARKET THAT ARISTA WAS TARGETING?

04:14:55   13   A.   WELL, I MEAN, IF YOU IMAGINE A WAREHOUSE FULL OF THIS

04:15:00   14   STUFF AND THEY CONSUME A LOT OF POWER, IT'S GOING TO BE

04:15:03   15   EXPENSIVE AND IT'S GOING TO BE HOT.

04:15:05   16           SO POWER CONSUMPTION, I THINK MS. ULLAL THIS MORNING SAID

04:15:08   17   IT COULD COST MORE FOR POWER THAN IT DOES FOR THE ACTUAL

04:15:12   18   EQUIPMENT.

04:15:13   19           SO YOU HAVE TO BE VERY CONSCIENCE ABOUT HOW MUCH POWER IS

04:15:16   20   BEING USED.

04:15:16   21   Q.   OKAY.  IF WE COULD TURN TO THE SECOND CATEGORY, WHICH WAS

04:15:26   22   EXTENSIBILITY AND RELIABILITY.  AND FOR THAT, IF YOU COULD LOOK

04:15:31   23   AT EXHIBIT 7357.

04:15:36   24   A.   OKAY.

04:15:36   25   Q.   WHAT'S THAT?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2119

04:15:43  1      A.   THIS IS A WHITE PAPER CALLED THE NEXT EOS, THE NEXT

04:15:48  2      GENERATION EXTENSIBLE OPERATING SYSTEM.

04:15:51  3      Q.   DID YOU RELY UPON EXHIBIT 7357 IN EVALUATING THE NATURE

04:15:56  4      AND PURPOSE OF ARISTA'S USE?

04:15:58  5      A.   I DID.

04:15:59  6           MR. FERRALL:  YOUR HONOR, I WOULD OFFER 7357 IN

04:16:03  7      EVIDENCE.

04:16:03  8           MR. NELSON:  NO OBJECTION, YOUR HONOR.

04:16:04  9           THE COURT:  IT WILL BE ADMITTED.

04:16:07  10     (DEFENDANT'S EXHIBIT 7357 WAS ADMITTED INTO EVIDENCE.)

04:16:07  11     BY MR. FERRALL:

04:16:08  12     Q.   AND I GUESS IF WE COULD GO TO THE NEXT PAGE, MR. DAHM, OR

04:16:16  13     THE NEXT PAGE AFTER THAT, ACTUALLY.

04:16:19  14          CAN YOU EXPLAIN, DR. BLACK, WHAT YOU FOUND IN EXHIBIT 7357

04:16:27  15     RELATING TO EXTENSIBILITY AND RELIABILITY THAT INFORMED YOUR

04:16:32  16     OPINION?

04:16:33  17     A.   SURE.

04:16:35  18          ONCE AGAIN, IT'S A LITTLE HARD TO READ, WELL, THAT'S

04:16:38  19     BETTER.  WELL, THE DIAGRAM THAT WAS DOWN BELOW HERE, THESE

04:16:44  20     CIRCLES ARE SHOWING YOU DIFFERENT PROCESSES THAT ARE RUNNING IN

04:16:47  21     PARALLEL ON THE ARISTA SWITCH AS PART OF THEIR OPERATING

04:16:51  22     SYSTEM.

04:16:51  23          AND THE IDEA FOR RELIABILITY IS THAT IF ONE OF THESE WERE

04:16:54  24     TO GO DOWN, THEN THERE'S ANOTHER PROGRAM CALLED PRODUCT MANAGER

04:16:58  25     THAT RESUSCITATES IT OR RESTARTS IT, SO THAT ADDS TO

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2120

04:17:02  1        RELIABILITY.

04:17:03  2            THERE ALSO ARE A NUMBER OF EXTENSIBILITY FEATURES THAT ARE

04:17:07  3        PART OF EOS.  THERE IS A CLI THAT'S COMPLETELY CUSTOMIZABLE,

04:17:13  4        AND YOU CAN BARELY READ IT, IT SAYS "EOS SDK," ON THE

04:17:22  5        HIGHLIGHTED PORTION ON THE RIGHT-HAND SIDE.

04:17:23  6            BUT THAT'S THE SOFTWARE DEVELOPMENT KIT THAT LETS YOU

04:17:26  7        BASICALLY -- YOU COULD REWRITE ANY PART OF CLI YOU WANT, YOU

04:17:30  8        COULD ADD NEW CLI COMMANDS, YOU COULD OVERRIDE WHAT THE

04:17:35  9        EXISTING ONES DO, YOU COULD CHANGE THE HELP STRINGS TO WHATEVER

04:17:39  10       YOU WANT.  THEY REALLY SET OUT TO MAKE A FULLY CUSTOMIZABLE

04:17:41  11       PRODUCT.

04:17:43  12       Q.  AND DID YOU SEE ANYTHING FROM CISCO ENGINEERS THAT

04:17:48  13       INFORMED YOUR OPINION ABOUT HOW THE ARISTA OPERATING SYSTEM WAS

04:17:55  14       TRANSFORMATIVE?

04:17:57  15       A.  YEAH.  THERE'S THIS GENTLEMAN NAMED MR. PATIL, I THINK,

04:18:01  16       AND I SAW A MASTER'S THESIS AT MIT, I BELIEVE HE WORKED AT

04:18:07  17       CISCO FOR TEN YEARS OR SOMETHING LIKE THIS.

04:18:09  18            AND THEN HE LOOKED AT ARISTA EOS AND HE, IN HIS THESIS,

04:18:14  19       CALLED IT A NEW PARADIGM.  AND HE WAS STUDYING RELIABILITY

04:18:19  20       ASPECTS RELATING TO EOS AT THAT POINT.

04:18:22  21       Q.  OKAY.  SO LET ME -- IF WE COULD TALK ABOUT THE AUTOMATION

04:18:30  22       CATEGORY.

04:18:30  23            AND IF YOU COULD LOOK AT EXHIBIT 7408 IN YOUR BINDER.

04:18:37  24       A.  OKAY.

04:18:38  25       Q.  WHAT'S THAT?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                2121

04:18:40  1    A.   THIS IS ENTITLED -- THIS IS A WHITE PAPER ENTITLED "ARISTA

04:18:44  2    CLOUD NETWORKS."

04:18:46  3    Q.   AND CAN YOU EXPLAIN WHY YOU LOOKED AT THAT FOR PURPOSES OF

04:18:51  4    ANALYZING THE FAIR USE FACTORS?

04:18:54  5    A.   SURE.

04:18:54  6         SO I WAS TRYING TO DETERMINE WHETHER ARISTA'S PRODUCTS

04:18:57  7    WERE TRANSFORMATIVE.  AND WITH RESPECT TO THEIR INTEREST IN

04:19:03  8    CLOUD COMPUTING AND THOSE CUSTOMERS, THEY WANTED TO PROVIDE

04:19:07  9    TOOLS AND FEATURES THAT PROVIDED MANAGEABILITY.  BECAUSE WHEN

04:19:13  10   YOU HAVE 10,000 SWITCHES, YOU CAN'T HAVE A GUY GO AROUND AND

04:19:20  11   TYPE IN CLI COMMANDS, YOU NEED TO BE ABLE TO HAVE MANAGEMENT

04:19:22  12   TOOLS MONITORING SO THAT YOU CAN KEEP AN EYE ON WHAT'S GOING ON

04:19:25  13   IN THAT DATA CENTER WITH THOSE 10,000 SWITCHES.

04:19:29  14        AND SCALEABILITY, BECAUSE YOU WANT TO BE ABLE TO GROW YOUR

04:19:32  15   NETWORK WITHOUT REACHING AN ARTIFICIAL LIMIT OR CEILING ON THE

04:19:36  16   GROWTH.

04:19:37  17             MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 7408

04:19:40  18   INTO EVIDENCE.

04:19:40  19             MR. NELSON:  NO OBJECTION.

04:19:42  20             THE COURT:  IT WILL BE ADMITTED.

04:19:44  21   (DEFENDANT'S EXHIBIT 7408 WAS ADMITTED INTO EVIDENCE.)

04:19:44  22   Q.   AND COULD YOU HELP MR. DAHM FIND THE PAGES HERE THAT ARE

04:19:52  23   TALKING ABOUT THE FEATURES YOU ARE REFERRING TO?

04:19:54  24   A.   I WILL DO MY BEST.

04:19:56  25        SO BATES ENDING IN 5213.  THERE'S A PARAGRAPH AT THE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2122

04:20:03   1    BOTTOM IT'S CALLED ZERO TOUCH PROVISIONING.

04:20:08   2        THIS IS A FEATURE THAT ARISTA CREATED THAT ALLOWS YOU TO

04:20:11   3    TAKE A BRAND-NEW ARISTA PRODUCT, SHOVE IT INTO A RACK IN YOUR

04:20:15   4    DATA SHEET AND THAT'S IT.  AND IT WILL AUTOMATICALLY COME UP,

04:20:18   5    IT WILL SEARCH THE NETWORK LOOKING FOR AN OPERATING SYSTEM

04:20:22   6    IMAGE AND A CONFIGURATION FILE, DOWNLOAD THAT AND RUN IT FOR

04:20:26   7    YOU.

04:20:27   8        AND THIS MEANS YOU DON'T HAVE TO GO AROUND AND SET UP EACH

04:20:31   9    SWITCH ONE AT A TIME, YOU CAN DO IT AUTOMATICALLY.

04:20:33  10        AND THEY CALLED IT ZERO TOUCH BECAUSE YOU DON'T HAVE TO

04:20:36  11    TOUCH THE THING.

04:20:39  12    Q.   IF YOU COULD GIVE ONE EXAMPLE OF, I THINK YOU TALKED ABOUT

04:20:43  13    MONITORING?

04:20:44  14    A.   OKAY.  SO MONITORING, VM TRACER IS A GOOD EXAMPLE OF THIS.

04:20:49  15        THESE DAYS COMPUTERS RARELY ARE COMPUTERS YOU CAN TOUCH,

04:20:51  16    AT LEAST IN THE DATA CENTER, THEY ARE THESE VIRTUAL MACHINES,

04:20:55  17    THESE PRETEND COMPUTERS.

04:20:56  18        AND THOSE MOVE AROUND.  AND BEING ABLE TO FOLLOW THEM AS

04:20:59  19    THEY MOVE AROUND CAN BE A CHORE.  AND SO ARISTA CREATED THE VM

04:21:04  20    TRACER TO HELP TRACK THE MOVEMENT OF THESE VIRTUAL COMPUTERS

04:21:07  21    AROUND THE DATA CENTER.

04:21:08  22    Q.   AND I THINK YOU ALSO MENTIONED IN THIS CATEGORY OF

04:21:11  23    AUTOMATION, SCALEABILITY?

04:21:14  24    A.   RIGHT.

04:21:15  25        SO THE NEXT ONE, VX LAN, GOES THAT.  AND I HAVE TO GET

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2123

04:21:21    1    KIND OF TECHNICAL TO EXPLAIN REALLY WHAT THIS DOES, BUT THE

04:21:24    2    IDEA IS YOU HAVE THESE VLANS, AND YOU COULD ONLY HAVE 4096 OF

04:21:29    3    THEM.  AND THAT'S A PROBLEM WHEN YOU'VE GOT A BILLION OF THEM,

04:21:29    4    RIGHT.

04:21:32    5    Q.   A VLAN IS A LITTLE NETWORK OR SOME PART OF A NETWORK, IS

04:21:37    6    THAT FAIR?

04:21:38    7    A.   KIND OF.

04:21:41    8         BUT THE PROBLEM IS YOU HAVE TO GIVE VLAN'S A NUMBER.  YOU

04:21:46    9    ONLY HAVE UP TO 4096.  THAT'S A LIMIT, THAT'S A PROBLEM FOR

04:21:50   10    SOME CUSTOMERS, SO THIS ALLOWS YOU TO GET AROUND THAT.

04:21:55   11    Q.   TO BUILD REALLY BIG VLANS?

04:21:58   12    A.   REALLY BIG VLANS OR LOTS OF VLANS.

04:22:02   13    Q.   BY THE WAY, DID YOU SEE ANYTHING IN THE EVIDENCE THAT

04:22:07   14    SUGGESTED THAT CISCO ALSO THOUGHT THAT SOME OF THESE AUTOMATION

04:22:10   15    FEATURES WERE PRETTY GOOD IDEAS?

04:22:12   16    A.   YEAH.  I MEAN, THERE'S A FEATURE THAT I DON'T THINK WE

04:22:17   17    WENT THROUGH, THIS XMPP FEATURE THAT MR. REMAKER HAD THE

04:22:21   18    E-MAILS WHERE IT SAYS, "KICK ASS, WE NEED TO DO THIS, LET'S

04:22:26   19    FOLLOW ON," I THINK ALSO THE ZTP FEATURE APPEARED FIRST IN

04:22:30   20    ARISTA, AND NOW CISCO HAS A COMPARABLE FEATURE CALLED POAP, FOR

04:22:35   21    "POWER ON AUTO PROVISIONING," THAT DOES ROUGHLY THE SAME THING.

04:22:39   22    Q.   CAN YOU LOOK AT EXHIBIT 6743 IN YOUR BINDER?

04:23:02   23    A.   I'M STARTING TO FEEL LOST AT SEA HERE.  I HAVE IT.

04:23:09   24    Q.   WHAT'S THAT?

04:23:11   25    A.   IT IS A COLLECTION OF E-MAILS, APPARENTLY.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2124

04:23:16   1    Q.   OKAY.  DO YOU REMEMBER WHAT THIS RELATES TO REGARDING ZTP?

04:23:23   2    A.   I BELIEVE IT'S A SERIES OF E-MAILS FROM FOLKS AT CISCO

04:23:28   3    TALKING ABOUT THE ZTP FEATURE.

04:23:31   4    Q.   OKAY.

04:23:33   5         MR. FERRALL:  YOUR HONOR, I MOVE EXHIBIT 6743 IN

04:23:38   6    EVIDENCE.

04:23:38   7         MR. NELSON:  NO OBJECTION, YOUR HONOR.

04:23:39   8         THE COURT:  IT WILL BE ADMITTED.

04:23:41   9    (DEFENDANT'S EXHIBIT 6743 WAS ADMITTED INTO EVIDENCE.)

04:23:41   10   BY MR. FERRALL:

04:23:53   11   Q.   AND DO YOU RECALL WHAT THE CISCO FOLKS WERE SAYING ABOUT

04:23:55   12   THE ARISTA ZTP FEATURE?

04:23:58   13   A.   YEAH, I THINK IT'S STATED HERE IN THE BULLETS THAT JUST

04:24:03   14   SHOWED UP ON MY SCREEN.  SHALL I READ IT?

04:24:07   15   Q.   SURE.  THE FIRST BULLET.

04:24:08   16   A.   THE FIRST BULLET SAYS, "I THINK IT WOULD BE BEST TO ADD

04:24:11   17   CONTEXT TO THE CHANGES WE'RE DOING TO MIMIC WHAT ARISTA ALREADY

04:24:14   18   OFFERS TODAY WITH THEIR ZTP."

04:24:18   19   Q.   AND THIS IS AS OF JUNE 2014?

04:24:21   20   A.   YES.

04:24:21   21   Q.   OKAY.  HAVE WE FAIRLY COVERED THE SORT OF EVIDENCE YOU

04:24:31   22   CONSIDERED FOR THE FIRST FAIR USE FACTOR?

04:24:33   23   A.   I THINK I CONSIDERED ACTUALLY MORE THAN THIS, BUT THIS

04:24:36   24   COVERS MOST OF IT, YES.

04:24:37   25   Q.   OKAY.  LET'S GO TO THE SECOND FACTOR WHICH IS THE NATURE

04:24:40   1      OF THE WORK.

04:24:43   2           CAN YOU TELL ME WHAT YOUR VIEWS ARE ON, OR OPINION IS ON

04:24:47   3      THE NATURE OF THE ASSERTED CISCO WORKS?

04:24:50   4      A.   YEAH.   LIKE I SAID A COUPLE OF TIMES NOW, I THINK THE

04:24:53   5      CISCO CLI, IN FACT ALL CLI'S, ARE JUST ESSENTIALLY KNOBS AND

04:24:59   6      BUTTONS THAT ARE HOW YOU CONTROL THE DEVICE AND THEIR THEY'RE

04:25:03   7      FUNCTIONAL BY NATURE.   COMMAND RESPONSES THAT COME BACK OUT ARE

04:25:07   8      STATING THINGS LIKE WHAT TIME IS IT, OR HOW MANY PACKETS PER

04:25:11   9      SECOND AM I SENDING, THOSE ARE FACTUAL STATEMENTS.

04:25:13   10          AND THEREFORE, I CONSIDERED THE CLI TO BE A FUNCTIONAL,

04:25:18   11     FACTUAL OBJECT.

04:25:19   12     Q.   WHAT ABOUT THE HELP STRINGS.   WE HAVEN'T TALKED MUCH ABOUT

04:25:25   13     THOSE.   DID YOU CONSIDER WHAT THOSE ARE IN TERMS OF THE NATURE

04:25:28   14     OF THE WORK?

04:25:29   15     A.   RIGHT.   SO REMEMBER THE HELP STRINGS ARE THESE SHORT

04:25:32   16     ENGLISH DESCRIPTIONS OF WHAT THINGS DO.   THERE ARE 221 OF THEM

04:25:36   17     IN THE CASE, I BELIEVE.   AND THEY GIVE A FACTUAL STATEMENT

04:25:42   18     ABOUT WHAT IS THE PURPOSE OF A GIVEN TERM.

04:25:46   19     Q.   AND IF WE COULD LOOK AT SLIDE 23, PLEASE.   THESE ARE SOME

04:25:57   20     EXAMPLES OF THE HELP STRINGS THAT ARE CURRENTLY ASSERTED IN THE

04:26:01   21     CASE, DR. BLACK?

04:26:03   22     A.   YES, THEY ARE.

04:26:03   23     Q.   ALL RIGHT.   AND WHAT DID THIS LEAD YOU TO BELIEVE ABOUT

04:26:06   24     THE NATURE OF THE ASSERTED WORKS?

04:26:10   25     A.   ONCE AGAIN, THAT THESE HELP STRINGS ARE BASICALLY JUST

04:26:14  1    TELLING YOU A FACT ABOUT THE CORRESPONDING ELEMENT.

04:26:19  2    Q.   AND ONE MORE QUESTION ON THIS TOPIC.  THERE'S BEEN SOME

04:26:25  3    DISCUSSION ABOUT THE WORKS AS A COMPILATION OF ELEMENTS.

04:26:32  4         HAVE YOU GIVEN ANY THOUGHT AS TO WHETHER THE COMPILATION

04:26:37  5    OF ELEMENTS AS OPPOSED TO INDIVIDUAL COMMANDS AND SO FORTH, IS

04:26:43  6    FUNCTIONAL OR FACTUAL IN NATURE?

04:26:47  7    A.   YEAH, I MEAN, I THINK THIS IS SORT OF A LEGAL ARGUMENT

04:26:50  8    THAT'S GOING ON TO SOME EXTENT, BUT FROM A TECHNICAL

04:26:54  9    STANDPOINT, I MEAN, WHEN YOU -- WHEN YOU ARE DESIGNING A

04:26:58  10   PRODUCT YOU DON'T GO, HEY, I HAVE THIS NIFTY CLI COMMAND, I

04:27:02  11   WONDER WHAT KIND OF FEATURE I CAN PUT IN THERE TO CORRESPOND.

04:27:05  12        IT'S THE OTHER WAY, RIGHT?  YOU DECIDE WHAT FEATURES ARE

04:27:09  13   GOING INTO THE SWITCH THEN THAT DICTATES WHAT THE COMPUTATION

04:27:11  14   OF THE CLI COMMANDS IS.

04:27:17  15   Q.   ALL RIGHT.  LET'S MOVE TO THE THIRD FACTOR WHICH IS THE

04:27:19  16   SUBSTANTIALITY OF THE USE.

04:27:22  17        DID YOU CONSIDER IN FAIR USE FACTOR ALSO?

04:27:25  18   A.   FOR MANY MONTHS, YES.

04:27:27  19   Q.   AND YOU UNDERSTAND THIS IS EXPOSE E SUPPOSED TO LOOK AT

04:27:36  20   THE WORK AS A WHOLE AS COMPARED TO THE PART OF THE WORK THAT

04:27:38  21   WAS USED OR IS ASSERTED AGAINST ARISTA; RIGHT?

04:27:41  22   A.   THAT'S MY UNDERSTANDING, YES.

04:27:43  23   Q.   OKAY.  AND DID YOU HAVE ANY BASIS TO KNOW WHAT THE

04:27:49  24   BOUNDARIES WAS OF THE WORK AS A WHOLE?

04:27:52  25   A.   I MEAN, MY UNDERSTANDING IS THAT WHAT'S BEING ASSERTED IS

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2127

04:27:55   1   THE USER INTERFACE.  AND TO ME, THE CISCO USER INTERFACE IS

04:27:59   2   CERTAINLY ALL THE ASSERTED ELEMENTS, BUT ALSO NON-ASSERTED

04:28:03   3   ELEMENTS.  ITS LOOK AND FEEL, ITS BEHAVIOR, ITS TAB EXPANSION,

04:28:08   4   ITS PREFIX ABBREVIATION MECHANISM, ITS UP AND DOWN ARROWS.  AND

04:28:14   5   THEN BEYOND THAT, ALL THE SOFTWARE THAT IMPLEMENTS THAT CLI, TO

04:28:18   6   ME, IS WHAT THE PIECES ARE THAT CONSTITUTE THE USER INTERFACE.

04:28:23   7   Q.   ALL RIGHT.

04:28:24   8        LET'S START WITH THAT LAST PART, THE SOFTWARE THAT

04:28:26   9   IMPLEMENTS THE CLI, THAT'S NOT ASSERTED IN THIS CASE AT ALL;

04:28:29  10   RIGHT?

04:28:29  11   A.   THAT'S MY UNDERSTANDING.

04:28:30  12   Q.   OKAY.  AND YOU TALKED ABOUT SOME OTHER FEATURES LIKE TAB

04:28:35  13   COMPLETION OR HELP QUESTION MARKS AND SO FORTH.  ARE THOSE

04:28:41  14   ASSERTED IN THE CASE?

04:28:43  15   A.   MY UNDERSTANDING IS THAT THEY'RE NOT.  I MEAN, WHEN YOU

04:28:46  16   PRESS THE QUESTION MARK, THAT GIVES YOU HELP, THAT

04:28:48  17   FUNCTIONALITY IS NOT ASSERTED, IT'S THE STRINGS THAT COME OUT

04:28:51  18   THAT ARE BEING ASSERTED.

04:28:56  19   Q.   AND THEN GETTING TO THE ACTUAL WORDS, FOR EXAMPLE THE

04:29:07  20   COMMANDS, DID YOU DO ANYTHING TO ASSESS THE SUBSTANTIALITY OF

04:29:11  21   ARISTA'S USE OF COMMANDS?

04:29:12  22   A.   YES, IN FACT, THAT WAS THE BULK OF THE ANALYSIS I DID.

04:29:16  23   Q.   AND HOW DID YOU GO ABOUT DOING THAT?

04:29:19  24   A.   WITH GREAT PAIN.

04:29:21  25        SO THERE ARE THESE 506 COMMANDS, AND I COLLECTED A LARGE

04:29:28  1    VOLUME OF USER MANUALS FROM A VARIETY OF OTHER COMPANIES, I

04:29:31  2    THINK 18 OTHER SWITCH VENDORS AND ROUTER VENDORS IN THE

04:29:37  3    INDUSTRY.

04:29:37  4        THEN FOR EACH OF THESE 506 COMMANDS, LIKE AAA ACCOUNTING,

04:29:44  5    I WOULD GO THROUGH THE MANUALS AND SEE, DOES THIS VENDOR HAVE

04:29:47  6    THE PRODUCT THAT OFFERS AAA ACCOUNTING?  AND IF IT DID, I WROTE

04:29:49  7    IT DOWN.  AND IF IT DIDN'T, I DIDN'T.

04:29:51  8    Q.   DR. BLACK, LET ME BACK UP A SECOND.

04:29:54  9        WHAT I'M ASKING -- WE HAVEN'T GOTTEN TO THAT FACTOR YET.

04:29:58  10   A.   I'M SO SORRY.

04:29:59  11   Q.   NO, THAT'S ALL RIGHT.  WE ARE ON THE SUBSTANTIALITY OF

04:30:01  12   ARISTA'S USE OF CISCO'S USER INTERFACE.

04:30:05  13       SO IN TERMS OF DETERMINING HOW MUCH THE ASSERTED COMMANDS,

04:30:11  14   YOU ARE WITH ME; RIGHT?

04:30:12  15   A.   I JUMPED AHEAD SOMEHOW, I MISUNDERSTOOD WHAT YOU WERE

04:30:15  16   ASKING.  MY APOLOGIES.

04:30:17  17   Q.   SO IN TERMS OF DETERMINING HOW MUCH ARISTA USED OF FOR

04:30:21  18   EXAMPLE THE CLI COMMANDS IN COMPARISON TO THE COMMANDS OF THE

04:30:25  19   USER INTERFACE AS A WHOLE, WHAT DID YOU DO?

04:30:27  20   A.   OKAY.  BACKING UP.

04:30:31  21       SO THERE ARE 506 COMMANDS ASSERTED.  AND I WANTED TO KNOW,

04:30:35  22   WELL, HOW MANY COMMANDS DID THE CISCO PRODUCTS HAVE.  THE ONLY

04:30:40  23   NUMBER I COULD FIND THAT CISCO PUBLISHED WAS 16,000 IN IOS.

04:30:45  24   AND YOU REMEMBER THERE ARE FOUR OPERATING SYSTEMS HERE.  SO IOS

04:30:49  25   IS JUST ONE OF THOSE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2129

04:30:50   1              AND IN THAT CASE, 441 OF THE 506 ARE IOS COMMANDS.  AND SO

04:30:55   2    I USED CISCO'S NUMERATOR OVER CISCO'S DENOMINATOR, 441 OUT OF

04:31:01   3    16,000, AND IT COMES OUT TO, I DON'T KNOW, 2.7 PERCENT OR

04:31:06   4    SOMETHING LIKE THAT.

04:31:07   5         Q.   OKAY.  IF WE COULD LOOK AT 7343 IN YOUR BINDER, PLEASE.

04:31:26   6         A.   OKAY.

04:31:27   7         Q.   CAN YOU TELL US WHAT THAT IS?

04:31:29   8         A.   IT'S A HUGE BROCADE 6910 ETHERNET ACCESS SWITCH

04:31:34   9    CONFIGURATION GUIDE.

04:31:35  10         Q.   7343?

04:31:37  11         A.   DO I HAVE THE WRONG ONE?

04:31:41  12         Q.   MAYBE I HAVE THE WRONG EXHIBIT NUMBER.  WE WILL COME BACK

04:31:47  13    TO THAT.

04:31:52  14              LET'S LOOK AT SLIDE 27, PLEASE.  CAN YOU EXPLAIN WHAT

04:32:01  15    SLIDE 27 SHOWS?

04:32:05  16         A.   RIGHT.  SO AGAIN, THIS IS THE THIRD FACTOR FOR FAIR USE,

04:32:09  17    LOOKING AT THE AMOUNT THAT ARISTA USED OUT OF THE TOTAL AMOUNT

04:32:13  18    OF NUMBER OF COMMANDS OUT OF IOS.

04:32:15  19              AND ONCE AGAIN, I USED 441 AS THE NUMBER OF IOS COMMANDS

04:32:18  20    IN THE ACCUSED 506.  AND PUT IT OVER 16,000, WHICH WAS CISCO'S

04:32:23  21    NUMBER OF TOTAL IOS COMMANDS.  AND THIS IS A DEPICTION OF THE

04:32:29  22    SLIVER OF THE ASSERTED COMES OUT OF THE WHOLE.

04:32:32  23         Q.   NOW DID YOU HAVE ANY WAY TO MEASURE WHETHER 2.7 PERCENT IS

04:32:41  24    A SUBSTANTIAL AMOUNT OR NOT?  DO YOU HAVE ANY MEASURING STICK

04:32:47  25    AGAINST WHICH TO PRODUCE THAT?

04:32:49  1    A.   I'M SORRY.  THE LAW, AS IT'S BEEN EXPLAINED TO ME, DOESN'T

04:32:53  2    GIVE YOU A NUMBER TO LOOK FOR.  IT'S JUST -- YOU JUST LOOK AT

04:32:56  3    THIS AS ONE OF THE FACTORS.

04:33:14  4         (REDACTED)

04:33:14  5    Q.   OKAY.  IF WE COULD LOOK AT EXHIBIT 4672 THAT'S ALREADY IN

04:33:18  6    EVIDENCE.

04:33:22  7         AND I THINK IF WE COULD GO TO PAGE 11, MR. DAHM.  AND BLOW

04:33:30  8    UP THE TOP PARAGRAPH, PLEASE.

04:33:37  9         SO IS THIS A LITTLE ROMAN NUMERAL FOUR, IS THAT WHAT YOU

04:33:41  10   ARE REFERRING TO, DR. BLACK?

04:33:44  11   A.   THAT'S WHAT I WAS REFERRING TO, YES.

04:33:46  12   Q.   AND COULD YOU JUST READ THAT IN?

04:33:48  13   A.   SURE.  "THE NORMAL RANGE OF TEN PERCENT TO 20 PERCENT

04:33:52  14   SIMILARITY BETWEEN THE CLI COMMAND NAMES USED BY INDUSTRY

04:33:56  15   PARTICIPANTS AND THE CISCO CLI."

04:34:00  16   Q.   AND YOU UNDERSTAND THIS IS A DOCUMENT THAT CISCO AGREED

04:34:03  17   TO?

04:34:03  18   A.   THAT'S MY UNDERSTANDING.

04:34:05  19   Q.   WERE YOU ABLE TO ASSESS THE SUBSTANTIALITY WITH REGARD TO

04:34:17  20   HELP STRINGS?

04:34:20  21   A.   YEAH.  NOW WE ARE MOVING TO A DIFFERENT OPERATING SYSTEM.

04:34:23  22   THIS IS XR, AND MY UNDERSTANDING IS THAT CISCO IS ONLY

04:34:26  23   ASSERTING ITS HELP STRINGS FOR THAT ONE OPERATING SYSTEM.  AND

04:34:34  24   I COMPARED THAT TO THE TOTAL NUMBER OF HELP STRINGS.

04:34:37  25        IN ORDER TO DO THAT, I HAD TO GO OVER TO CISCO'S

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2131

04:34:39  1        ATTORNEY'S LAW OFFICE WHERE THEY HAD A COMPUTER THAT HAD SOURCE

04:34:42  2        CODE FOR IOS XR, AND I WROTE A SHORT SCRIPT THAT COUNTED UP HOW

04:34:47  3        MANY TOTAL HELP STRINGS THERE ARE THERE, AND I PUT THAT

04:34:50  4        NUMERATOR OVER THE DENOMINATOR I COMPUTED.

04:34:55  5        Q.    WHAT DID YOU GET FOR THE TOTAL NUMBER OF HELP STRINGS?

04:34:58  6        A.    I THINK IT WAS -- I DIDN'T KNOW THERE WAS GOING TO BE A

04:35:01  7        TEST.  I THINK IT WAS 221 OVER 52,290.

04:35:06  8        Q.    WELL THAT WAS MORE PRECISION THAN I COULD HAVE ASKED.

04:35:11  9        52,000 TOTAL HELP STRINGS?

04:35:12  10       A.    THEREABOUTS, YEAH.

04:35:13  11       Q.    ALL RIGHT.  IF WE COULD LOOK AT SLIDE 28, PLEASE.  WHAT

04:35:25  12       DOES THIS SHOW, DR. BLACK?

04:35:27  13       A.    IT SHOWS THE MATH THAT I WAS JUST TRYING TO REMEMBER.

04:35:30  14       IT'S THE 221 ACCUSED IOS XR HELP STRINGS OVER THE TOTAL THAT I

04:35:36  15       COUNTED WITH MY PROGRAM OF 52,000.  AND IT'S ABOUT .4 PERCENT.

04:35:43  16       Q.    OKAY.  I WANT TO ASK YOU ONE MORE QUESTION ABOUT THIS

04:35:47  17       THIRD FAIR USE FACTOR, SUBSTANTIALITY.

04:35:52  18             DID YOU LOOK AT THE DETAILS OF THE ARISTA COMMANDS TO SEE

04:35:56  19       WHAT SORT OF OTHER PARAMETERS OR FACTORS GO INTO THE ACTUAL

04:36:04  20       EXECUTION OF THE COMMANDS?

04:36:05  21       A.    YEAH.  IN FACT, THAT'S AN IMPORTANT DETAIL.

04:36:08  22             SO WHEN CISCO ACCUSES THESE COMMANDS, A LOT OF THEM AREN'T

04:36:12  23       REALLY COMMANDS.  YOU CAN'T EVER ACTUALLY TYPE THEM IN AS

04:36:15  24       WRITTEN AND GET A MEANINGFUL RESPONSE, YOU ARE GOING TO GET AN

04:36:18  25       ERROR.

04:36:18   1        THERE'S A LOT MORE THAT GOES INTO THE COMMANDS THAN JUST

04:36:22   2    WHAT'S WRITTEN DOWN.

04:36:23   3        SO I COMPILED ONCE AGAIN FOR EVERY ONE OF THESE 506, THE

04:36:27   4    FULL DESCRIPTION FROM THE ARISTA MANUAL OF WHAT THE FULL SYNTAX

04:36:32   5    LOOKS LIKE.

04:36:33   6    Q.   IF WE COULD LOOK AT EXHIBIT, OR IF YOU COULD LOOK AT

04:36:38   7    EXHIBIT 9037 IN YOUR BINDER.

04:36:52   8    A.   OKAY.

04:36:52   9    Q.   WHAT'S THAT?

04:36:54   10   A.   THAT'S THE THING I JUST DESCRIBED THAT I PREPARED TO

04:36:58   11   ANSWER YOUR QUESTION.

04:36:59   12   Q.   YOU PREPARED THIS?

04:37:00   13   A.   I DID.

04:37:01   14   Q.   ALL RIGHT.

04:37:03   15        MR. FERRALL:  YOUR HONOR, I WOULD LIKE TO MOVE

04:37:06   16   EXHIBIT 9037 IN EVIDENCE.

04:37:07   17        THE COURT:  ANY OBJECTION?

04:37:08   18        MR. NELSON:  IT'S OKAY, YOUR HONOR.

04:37:09   19        THE COURT:  IT WILL BE ADMITTED.

04:37:11   20   (DEFENDANT'S EXHIBIT 9037 WAS ADMITTED INTO EVIDENCE.)

04:37:11   21   BY MR. FERRALL:

04:37:15   22   Q.   THE JURY CAN'T APPRECIATE THIS, SO HOW MANY PAGES ARE

04:37:19   23   THERE IN THIS?

04:37:22   24   A.   ABOUT 215.

04:37:25   25   Q.   ALL RIGHT.  WE WON'T GO THROUGH MORE THAN ONE.  BUT IF YOU

04:37:28  1      COULD, JUST BASED UPON THE FIRST PAGE HERE, EXPLAIN WHAT YOU

04:37:33  2      DID IN ORDER TO BE ABLE TO DETERMINE WHAT OTHER SORT OF PARTS

04:37:38  3      THERE ARE TO THE COMMAND OTHER THAN WHAT IS ASSERTED BY CISCO?

04:37:42  4      A.   OKAY.  SO I WON'T INFLICT ON YOU EVERYTHING THAT'S WRITTEN

04:37:45  5      HERE, BUT IN THE LEFT MOST COLUMN, AAA ACCOUNTING, THAT'S WHAT

04:37:50  6      CISCO IS ASSERTING.  AND THE NEXT COLUMN, AAA ACCOUNTING,

04:37:54  7      THAT'S WHAT CISCO WROTE AS THE ACCUSED ARISTA COMMAND.

04:37:57  8           AND THEN THE BIG BOX, THAT'S A SCREEN SHOT FROM THE ARISTA

04:38:01  9      MANUAL THAT SHOWS THE FULL SYNTAX, EVERYTHING THAT GOES INTO

04:38:05 10      THE AAA ACCOUNTING COMMAND.

04:38:07 11           SO YOU CAN'T JUST TYPE AAA ACCOUNTING EVER, IT WILL NEVER

04:38:11 12      WORK, YOU WILL ALWAYS GET AN ERROR.  YOU HAVE TO SPECIFY AT

04:38:14 13      LEAST THREE MORE THINGS, THE TYPE WHICH COMES OUT OF THIS MENU

04:38:19 14      OF VARIOUS TYPE CHOICES, AND A CONNECTION AND A MODE.  THEN AT

04:38:24 15      THAT POINT, YOU NOW HAVE A VALID COMMAND.

04:38:30 16      Q.   AND YOU DID THIS FOR ALL THE 506?

04:38:32 17      A.   I DID.

04:38:37 18      Q.   I WOULD LIKE TO TURN TO THE LAST FAIR USE FACTOR, MARKET

04:38:41 19      HARM.

04:38:41 20           AND YOU EXPLAINED THAT YOU ARE NOT AN ECONOMIST OR AN

04:38:45 21      ACCOUNTANT; RIGHT?

04:38:46 22      A.   DEFINITELY NOT.

04:38:47 23      Q.   AND SO WHAT DID YOU LOOK AT OR WHAT WERE YOU ASKED TO LOOK

04:38:53 24      AT THAT YOU UNDERSTAND MAY BE RELEVANT TO MARKET HARM?

04:38:57 25      A.   THAT'S THE POINT AT WHICH I SPENT A LOT OF TIME GOING

04:39:01   1      THROUGH ALL THESE MANUALS FROM VARIOUS VENDORS.

04:39:06   2      Q.   AND I THINK YOU TALKED ABOUT LOOKING AT 18 OR 20 DIFFERENT

04:39:15   3      VENDORS' INFORMATION; IS THAT RIGHT?

04:39:17   4      A.   THAT'S RIGHT.

04:39:18   5      Q.   OKAY.  DID YOU FEEL LIKE YOU WERE ABLE TO REVIEW AND

04:39:25   6      ACCESS ALL THE INFORMATION THAT EXISTS ABOUT THE CLI COMMANDS

04:39:31   7      THAT THESE VENDORS USED OVER TIME?

04:39:33   8      A.   NO.  I MEAN, I LOOKED AT A LOT OF MANUALS, AND SOME OF

04:39:38   9      THESE MANUALS WERE THOUSANDS OF PAGES, BUT THERE ARE DEFINITELY

04:39:41  10      MORE MANUALS OUT THERE THEY COULDN'T GET A HOLD OF.

04:39:46  11          I THINK DR. LI YESTERDAY, THE GUY THAT STARTED PROCKET, HE

04:39:50  12      SAID WHEN CISCO ACQUIRED THEM, HE WAS ORDERED TO DESTROY THE

04:39:53  13      MANUALS.  THE.

04:39:54  14          SO THERE DEFINITELY ARE MANUALS THAT JUST AREN'T AVAILABLE

04:39:59  15      ANYMORE THAT WOULD HAVE, PERHAPS, CHANGED MY ANALYSIS IN SOME

04:40:02  16      WAYS.

04:40:03  17      Q.   AND DID YOU HAVE PERSONAL EXPERIENCE WITH THIS SORT OF

04:40:05  18      COMMAND LANGUAGE OR DEVICES THAT SOME OF THESE VENDORS USED?

04:40:08  19      A.   ABSOLUTELY.  I MEAN, THEY USE A CLI LANGUAGE.  IT'S IN

04:40:13  20      THIS FUNKY FORMAT WE JUST SAW ON THE LAST EXHIBIT WITH THE

04:40:16  21      BRACKETS AND THE VERTICAL BAR AND THE BRACES, AND I'VE KNOWN

04:40:20  22      HOW TO READ AND INTERPRET THAT SINCE I WAS A KID.

04:40:23  23      Q.   AND DO YOU THINK THE 18 OR 20, DOES THAT CONSTITUTE ALL OF

04:40:36  24      THE NETWORKING EQUIPMENT VENDORS OVER THE PAST 10 OR 15 OR

04:40:42  25      20 YEARS?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2135

04:40:42   1    A.   ALL OF THEM?

04:40:44   2    Q.   YEAH.

04:40:44   3    A.   I WOULDN'T SAY ALL OF THEM, THERE DEFINITELY ARE NETWORK

04:40:48   4    VENDORS THAT JUST MAKE WIRELESS DEVICES.  THERE MAY BE SOME

04:40:55   5    THAT I JUST MISSED.

04:40:56   6        I TRIED TO GET ALL OF THE VENDORS THAT I HEARD OF,

04:40:59   7    ARISTA'S ATTORNEYS MENTIONED A COUPLE OF MORE THAT I ADDED INTO

04:41:02   8    THE PILE.  I NEVER HEARD OF PROCKET OR NEXT TOP BEFORE, SO I

04:41:05   9    ADDED THOSE IN AS WELL.  SO I COVERED WHAT I THOUGHT WAS MANY

04:41:08   10   VENDORS, BUT CERTAINLY NOT EVERY VENDOR.

04:41:11   11   Q.   ALL RIGHT.

04:41:12   12       IN GENERAL, WHAT WAS YOUR CONCLUSION FROM LOOKING AT ALL

04:41:15   13   OF THESE MANUALS FROM ALL OF THESE VENDORS?

04:41:18   14   A.   SO MY CONCLUSION WAS LOOKING AT EACH OF THESE 506 AND

04:41:23   15   LOOKING THEM UP, A MANUAL FROM EACH VENDOR, THAT WAS THERE IS

04:41:28   16   VERY WIDESPREAD ADOPTION OF HUNDREDS OF THESE COMMANDS BY TEN

04:41:32   17   OR SOMETIMES 15 OR EVEN MORE OF THESE VENDORS.

04:41:36   18   Q.   WAS THAT A SURPRISE TO YOU?

04:41:42   19   A.   I MEAN, I GUESS SOMEWHAT.  I KNEW BECAUSE I'VE USED DELL

04:41:45   20   AND I KNEW THAT OTHER VENDORS HAD IOS-LIKE CLI'S, THAT THERE

04:41:53   21   WOULD BE SOME MEASURE OF ADOPTION, I DIDN'T REALIZE IT WAS

04:41:57   22   GOING TO BE AS FAR REACHING AS IT WAS.

04:41:59   23   Q.   HAVE YOU SEEN ANY DOCUMENTS IN THIS CASE THAT SHOW AN

04:42:05   24   AWARENESS IN THE NETWORKING COMMUNITY THAT OTHERS USE A

04:42:10   25   CISCO-LIKE OR IOS-LIKE CLI?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2136

04:42:13  1    A.   I THINK WE'VE SEEN A BUNCH OF EVIDENCE, PEOPLE HAVE CALLED

04:42:17  2    THEIR CLI IOS-LIKE OR INDUSTRY STANDARD IN THEIR BROCHURES.  I

04:42:23  3    THINK, IN FACT I KNOW THAT BLADE NETWORK TECHNOLOGIES WHICH WAS

04:42:26  4    ACQUIRED BY IBM, THEY ACTUALLY CALL THEIR CLI IS-CLI, WHERE THE

04:42:32  5    I SIS INDUSTRY STANDARD.

04:42:35  6         SO I THINK THERE'S QUITE A BIT OF EVIDENCE.

04:42:37  7    Q.   WELL LET ME ASK YOU TO LOOK AT EXHIBIT 5001 IN YOUR

04:42:42  8    BINDER.

04:42:49  9    A.   OKAY.

04:42:50  10   Q.   DO YOU RECOGNIZE THAT?

04:42:52  11   A.   YES, I DO.

04:42:53  12   Q.   WHAT IS THAT?

04:42:54  13   A.   THAT IS A PATENT THAT I WOULD CALL THE '886 PATENT BECAUSE

04:43:01  14   THAT'S WHAT IT ENDS IN.

04:43:02  15   Q.   ALL RIGHT.  AND DO YOU KNOW WHOSE PATENT THIS IS?

04:43:06  16   A.   IF I RECALL, THIS IS A PATENT THAT IS CISCO'S.

04:43:12  17        MR. FERRALL:  YOUR HONOR, I OFFER EXHIBIT 5001 INTO

04:43:15  18   EVIDENCE.

04:43:16  19        MR. NELSON:  IT'S OKAY, YOUR HONOR.

04:43:17  20        THE COURT:  IT WILL BE ADMITTED.

04:43:17  21   (DEFENDANT'S EXHIBIT 5001 WAS ADMITTED INTO EVIDENCE.)

04:43:19  22   BY MR. FERRALL:

04:43:19  23   Q.   DID YOU CONSIDER THIS '886 PATENT AS PART OF EVALUATING

04:43:31  24   WHETHER THERE'S WIDESPREAD USAGE OF THE CLI COMMANDS IN THE

04:43:35  25   NETWORKING INDUSTRY?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2137

04:43:37  1      A.   YES.

04:43:37  2      Q.   AND WHAT DOES THIS PATENT SAY IN THAT REGARD?

04:43:40  3      A.   IT MORE OR LESS SAYS IN THE FRONT PART OF ENGLISH PORTION

04:43:45  4      OF THE PATENT, PAGE -- BATES 037, IT SAYS THAT --

04:43:48  5      Q.   LET'S WAIT UNTIL MR. DAHM CAN PULL THAT UP.

04:43:51  6      A.   I'M SORRY.

04:43:56  7      Q.   I THINK IT'S THE FIRST PARAGRAPH; IS THAT RIGHT?

04:43:59  8      A.   I THINK IT MIGHT BE SORT OF THE END OF THE FIRST

04:44:03  9      PARAGRAPH, I DON'T REMEMBER SITTING HERE RIGHT NOW.  IT IS THE

04:44:08 10      MIDDLE OF THE PARAGRAPH IT SAYS "MANY COMPANIES NOW STRIVE."

04:44:11 11      Q.   RIGHT.  CAN YOU READ THAT?

04:44:12 12      A.   SURE.

04:44:13 13          "MANY COMPANIES NOW STRIVE TO SUPPORT SOME VARIATION ON

04:44:17 14      IOS CLI IN THEIR ROUTING SYSTEMS, AND MANY CONSUMERS HAVE

04:44:20 15      INVESTED HEAVILY IN IOS CLI SUPPORT, DEVELOPING COMPLICATED

04:44:27 16      SCRIPTS TO HANDLE VARIOUS CONFIGURATION AND ACCESS NEEDS."

04:44:37 17      Q.   THIS IS CISCO MAKING THIS STATEMENT, YOU UNDERSTAND?

04:44:40 18      A.   YES.

04:44:40 19      Q.   OKAY.  NOW, LET'S TURN, I THINK YOU MENTIONED PROCKET AS

04:44:47 20      ONE OF THE COMPANIES YOU LOOKED AT?

04:44:49 21      A.   TO THE EXTENT THAT I COULD GET A HOLD OF MANUALS, I DID

04:44:52 22      LOOK AT PROCKET, YES.

04:44:53 23      Q.   AND DID YOU PREPARE A SUMMARY OF THE FINDINGS WITH REGARD

04:45:02 24      TO THE PROCKET MANUALS THAT YOU WERE ABLE TO REVIEW?

04:45:06 25      A.   YES, I DID.

04:45:07   1    Q.   IF YOU COULD LOOK AT EXHIBIT 9052.

04:45:26   2    A.   OKAY.

04:45:27   3    Q.   IS THAT YOUR PROCKET SUMMARY?

04:45:29   4    A.   YES, IT IS.

04:45:30   5    Q.   AND THAT'S BASED UPON YOUR REVIEW AND EXTRACTION OF

04:45:36   6    COMMANDS FROM PROCKET MANUALS?

04:45:38   7    A.   THAT'S RIGHT.

04:45:39   8        MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 9052

04:45:42   9    IN EVIDENCE.

04:45:42  10        MR. NELSON:  NO OBJECTION, YOUR HONOR.

04:45:45  11        THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

04:45:50  12    (DEFENDANT'S EXHIBIT 9052 WAS ADMITTED INTO EVIDENCE.)

04:45:50  13    BY MR. FERRALL:

04:45:51  14    Q.   WHAT DOES 9052 SHOW?

04:45:53  15    A.   IT SHOWS A LIST OF CLI COMMANDS FROM, THAT I WAS ABLE TO

04:45:56  16    FIND IN PROCKET MANUALS, AND IT SHOWS A TOTAL OF 296.

04:46:02  17    Q.   AND THIS IS FROM THE 2003, 2004 TIME PERIOD; IS THAT

04:46:09  18    RIGHT?

04:46:09  19    A.   THAT'S RIGHT.

04:46:10  20    Q.   AND WAS THERE A REASON THAT YOU WERE INTERESTED IN SEEING

04:46:18  21    THE USAGE OF CLI COMMANDS IN THE 2003, 2004 TIME PERIOD?

04:46:24  22    A.   YEAH.  SO I SAW A LETTER FROM STANFORD TO CISCO.

04:46:31  23    APPARENTLY, I DON'T KNOW ALL THE LEGAL UNDERPINNINGS, BUT

04:46:34  24    APPARENTLY CISCO HAD TO ASK STANFORD FOR PERMISSION TO PURSUE

04:46:42  25    OTHER COMPANIES THEY THOUGHT WERE INFRINGING AND THEY ASKED FOR

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2139

04:46:45  1          PERMISSION TO SUE HUAWEI, PROCKET, JUNIPER, DELL, AND FORCE10.

04:46:50  2               AND AS WE ALL NOW KNOW, CISCO PURSUED HUAWEI.  AND I WAS

04:46:56  3     CURIOUS AS TO WHY, TO MY KNOWLEDGE, THEY DIDN'T PURSUE THESE

04:47:00  4     OTHER COMPANIES, AND I WAS WONDERING WHAT THEIR CLI OVERLAPS

04:47:04  5     WERE IN THE RELEVANT TIME PERIOD.

04:47:05  6     Q.   OKAY.  AND HAVE YOU EVER HEARD ANYTHING ABOUT PROCKET

04:47:15  7     TAKING CISCO'S SOURCE CODE?

04:47:16  8     A.   NO.

04:47:17  9     Q.   OKAY.  SO YOU HEARD THE ALLEGATION THAT IS HUAWEI TOOK

04:47:20  10    CISCO'S SOURCE CODE; RIGHT?

04:47:21  11    A.   YES.

04:47:23  12    Q.   ALL RIGHT.  SO YOU FOUND PROCKET HAD HOW MANY COMMON CLI

04:47:28  13    COMMANDS?

04:47:29  14    A.   I THINK IT WAS 296.

04:47:33  15    Q.   AND HAVE YOU EVER HEARD ANY EVIDENCE THAT CISCO PURSUED A

04:47:38  16    CLAIM AGAINST PROCKET?

04:47:39  17    A.   NOT TO MY KNOWLEDGE.

04:47:42  18    Q.   OR ANY OF THE OTHER COMPANIES THAT YOU LISTED THAT WERE

04:47:48  19    THE SUBJECT OF THIS LETTER TO STANFORD?

04:47:50  20    A.   NOT TO MY KNOWLEDGE.

04:47:52  21    Q.   OKAY.  NOW GOING TO CURRENT, YOU LOOKED AT 18-SOME

04:48:01  22    VENDORS.  DID YOU TRY TO COMPILE ALL OF THE RESULTS THAT YOU

04:48:05  23    FOUND FROM ALL 18 VENDORS?

04:48:07  24    A.   I DID, YES.

04:48:08  25    Q.   AND IF YOU COULD LOOK AT 9041, PLEASE.

04:48:19   1    A.   OKAY.

04:48:20   2    Q.   WHAT IS THAT?

04:48:22   3    A.   THIS IS A SORTED LIST OF ALL OF THE ASSERTED COMMANDS, I

04:48:29   4    DON'T THINK IT HAS ALL OF THEM, BUT IT AS MANY OF THE ASSERTED

04:48:33   5    COMMANDS BY THE NUMBER OF VENDORS ADOPTING EACH OF THOSE

04:48:37   6    COMMANDS.

04:48:37   7          MR. FERRALL:  OKAY.  AND YOUR HONOR, I WOULD LIKE TO

04:48:39   8    USE THIS AS A DEMONSTRATIVE.

04:48:40   9          THE COURT:  OKAY.

04:48:41   10         MR. FERRALL:  IF WE COULD PUT UP 9041, PLEASE.

04:48:49   11   Q.   COULD YOU EXPLAIN TO THE JURY HERE WHAT IS SHOWN AT THE

04:48:53   12   TOP 20, 30 LINES HERE?

04:48:55   13   A.   SURE.  SO LINE 1, IP ADDRESS, THAT'S ASSERTED BY CISCO IN

04:48:59   14   THIS LAWSUIT, AND I WAS ABLE TO FIND A COMMAND IP ADDRESS IN 18

04:49:04   15   OTHER VENDOR MANUALS.

04:49:06   16        AND THEN GOING DOWN THE LIST, "SHOW CLOCK," 17 OTHER

04:49:09   17   VENDOR MANUALS, AND SO FORTH DOWN THE LIST.  AND YOU WILL

04:49:12   18   NOTICE IT'S SORT DESCENDING ON THE RIGHT-HAND COLUMN.

04:49:18   19   Q.   AND THIS GOES ON FOR HOW MANY PAGES?

04:49:20   20   A.   THEY ARE NOT NUMBERED, BUT ABOUT TEN.

04:49:23   21   Q.   AND SOME OF THE COMMANDS ONLY HAVE MAYBE TEN VENDORS?

04:49:30   22   A.   YEAH.  I MEAN, IF YOU GO A COUPLE OF PAGES DOWN, THEN YOU

04:49:34   23   CAN SEE SOME, I GUESS THE 140TH COMMAND LISTED HERE HAS NINE

04:49:44   24   VENDORS ADOPTING THAT COMMAND.

04:49:45   25   Q.   OKAY.  SO FOR THIS -- THIS MEANS FOR THE 140TH COMMAND,

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2141

04:49:54  1   THERE ARE NINE VENDORS WHO ARE USING IT, IF FOR THOSE 140 THAT

04:50:00  2   ARE ABOVE THIS IN THE CHART, THERE'S NINE OR MORE VENDORS USING

04:50:04  3   THAT COMMAND; IS THAT RIGHT?

04:50:05  4   A.   THAT'S RIGHT.  AND TO BE CLEAR, ARISTA AND CISCO ARE NOT

04:50:07  5   COUNTED HERE, THESE ARE OTHER VENDORS.

04:50:09  6   Q.   OKAY.  NOW WITH REGARD TO DELL, WERE YOU ABLE TO DO A

04:50:17  7   LITTLE BIT DIFFERENT ANALYSIS REGARDING DELL?

04:50:21  8   A.   YEAH.  SO FOR DELL, WELL, ACTUALLY FOR EVERYONE, BUT I

04:50:24  9   STARTED WITH DELL, I TRIED TO WRITE COMPUTER PROGRAMS SO THAT I

04:50:28 10   DIDN'T TO MANUALLY GO THROUGH THESE MANUALS MYSELF AND SCRAPE

04:50:32 11   THE MANUALS AND CONVERT THEM AND DO AN AUTOMATED COMPARISON.

04:50:38 12       AND I DID THAT FOR DELL, BUT IT TOOK A VERY LONG TIME AND

04:50:42 13   I COULDN'T DO IT FOR EVERYONE ELSE.

04:50:44 14   Q.   HOW DID THE DELL COMPARISON DIFFER FROM THE SORT OF VENDOR

04:50:48 15   COUNT THAT WE JUST SAW?

04:50:53 16   A.   SO FOR THE CASE OF DELL I DID COMPLETE COMMAND COMPARISON.

04:50:57 17   SO THESE ARE VALID COMMANDS THAT ARE FULLY FORMED, THEY ARE NOT

04:51:00 18   JUST PARTS OF A COMMAND.

04:51:01 19   Q.   AND DID YOU CONSIDER ONLY THE 506 ASSERTED COMMANDS?

04:51:03 20   A.   NO, I CONSIDERED EVERY POSSIBLE OVERLAP BETWEEN CISCO AND

04:51:07 21   DELL.

04:51:07 22   Q.   OKAY.  AND WHAT DID YOU FIND REGARDING THE OVERLAP BETWEEN

04:51:12 23   ALL CISCO COMMANDS THAT YOU COULD GATHER AND ALL OF THE DELL

04:51:19 24   COMMANDS THAT YOU COULD GATHER?

04:51:20 25   A.   I FOUND THAT AT LEAST 1400 COMMANDS, AND I OMITTED SINGLE

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)                    2142

04:51:25  1    WORD COMMANDS SO AT LEAST 1400 MULTIWORD COMMANDS WERE SHARED

04:51:30  2    BETWEEN CISCO AND DELL.

04:51:31  3    Q.   AND IF YOU COULD LOOK AT EXHIBIT 9049 IN YOUR BINDER.

04:51:38  4    A.   OKAY.

04:51:38  5    Q.   WHAT IS THAT?

04:51:44  6    A.   IT'S THE LIST I JUST DESCRIBED WITH THE SINGLE WORD

04:51:48  7    COMMANDS STILL IN THERE.  I THINK WE WANT A DIFFERENT EXHIBIT,

04:51:55  8    MAYBE.

04:51:56  9    Q.   WE DO, WE DO.  OKAY.  WE WILL COME BACK TO THAT ALSO.

04:52:05  10       DID YOU LOOK AT -- YOU LOOKED AT OTHER VENDORS LIKE

04:52:10  11   JUNIPER.

04:52:11  12   A.   I DID.

04:52:12  13   Q.   OKAY.  AND DID YOU LOOK AT BROCADE AND FOUNDRY?

04:52:20  14   A.   RIGHT, YES.

04:52:21  15   Q.   ALL RIGHT.  IF YOU COULD PULL UP 5630, PLEASE.  OR IF YOU

04:52:30  16   COULD LOOK AT 5630.

04:52:39  17   A.   OKAY.

04:52:41  18   Q.   IS THAT YOUR SUMMARY OF YOUR RESULTS OF ANALYZING BROCADE

04:52:50  19   AND FOUNDRY COMMANDS?

04:52:53  20   A.   YES IT IS.

04:52:54  21   Q.   AND TO BE CLEAR, WITH REGARD TO BROCADE AND FOUNDRY, YOU

04:52:57  22   WERE ONLY COMPARING THE ASSERTED COMMANDS?

04:53:00  23   A.   I LIMITED MY MANUAL LOOK UPS TO JUST THOSE ASSERTED

04:53:06  24   COMMANDS, YES.

04:53:07  25            MR. FERRALL:  AND YOUR HONOR, WE OFFER EXHIBIT 5630

| | | |
|---|---|---|
| 04:53:10 | 1 | AS A SUMMARY IN EVIDENCE. |
| 04:53:11 | 2 | MR. NELSON:  NO OBJECTION, YOUR HONOR. |
| 04:53:12 | 3 | THE COURT:  IT WILL BE ADMITTED. |
| 04:53:14 | 4 | (DEFENDANT'S EXHIBIT 5630 WAS ADMITTED INTO EVIDENCE.) |
| 04:53:14 | 5 | BY MR. FERRALL: |
| 04:53:16 | 6 | Q.  SO IS THIS THE SORT OF RESULT YOU HAD FROM PERFORMING YOUR |
| 04:53:20 | 7 | ANALYSIS OF ASSERTED COMMANDS TO VENDOR USAGE? |
| 04:53:30 | 8 | A.  YES, IT IS, FOR BROCADE, AND IT'S THE FIRST PAGE OF SEVEN. |
| 04:53:35 | 9 | Q.  AND THE HOW MANY COMMANDS WERE YOU ABLE TO LOCATE IN |
| 04:53:40 | 10 | COMMON, OF THE 506 BETWEEN BROCADE AND CISCO? |
| 04:53:44 | 11 | A.  I DON'T HAVE IT MEMORIZED AND IT'S NOT, THEY ARE NOT |
| 04:53:49 | 12 | NUMBERED HERE, BUT IT WAS A COUPLE HUNDRED. |
| 04:53:51 | 13 | Q.  OKAY.  ALL RIGHT.  IF WE COULD LOOK AT 5635, PLEASE? |
| 04:54:06 | 14 | A.  I'M THERE. |
| 04:54:07 | 15 | Q.  IS THIS YOUR ANALYSIS WITH REGARD TO EXTREME NETWORKS? |
| 04:54:10 | 16 | A.  YES IT IS. |
| 04:54:11 | 17 | MR. FERRALL:  AND YOUR HONOR, I WOULD MOVE |
| 04:54:13 | 18 | EXHIBIT 5635 IN EVIDENCE. |
| 04:54:15 | 19 | MR. NELSON:  NO OBJECTION, YOUR HONOR. |
| 04:54:16 | 20 | THE COURT:  IT WILL BE ADMITTED. |
| 04:54:18 | 21 | (DEFENDANT'S EXHIBIT 5635 WAS ADMITTED INTO EVIDENCE.) |
| 04:54:18 | 22 | BY MR. FERRALL: |
| 04:54:20 | 23 | Q.  AGAIN, THIS IS YOUR EXTREME ANALYSIS, SO TO SPEAK? |
| 04:54:26 | 24 | A.  YES. |
| 04:54:26 | 25 | Q.  ALL RIGHT. |

04:54:27  1        AND DO YOU REMEMBER APPROXIMATELY HOW MANY COMMANDS WERE

04:54:30  2    IN COMMON OF THE 500, WERE IN COMMON BETWEEN CISCO AND EXTREME?

04:54:37  3    A.   IT WAS A COUPLE HUNDRED.

04:54:39  4    Q.   OKAY.  AND LASTLY, IF I COULD ASK YOU TO LOOK AT 5637?

04:54:46  5    A.   OKAY, I'M THERE.

04:54:51  6    Q.   THIS IS YOUR ANALYSIS FOR COMPARING THE ASSERTED COMMANDS

04:54:55  7    TO HP?

04:54:56  8    A.   CORRECT.

04:54:57  9        MR. FERRALL:  AND IF WE COULD MOVE EXHIBIT, I WOULD

04:55:00  10   LIKE TO MOVE EXHIBIT 5637 IN EVIDENCE, PLEASE.

04:55:03  11       MR. NELSON:  NO OBJECTION, YOUR HONOR.

04:55:04  12       THE COURT:  IT WILL BE ADMITTED.

04:55:08  13   (DEFENDANT'S EXHIBIT 5637 WAS ADMITTED INTO EVIDENCE.)

04:55:08  14   BY MR. FERRALL:

04:55:09  15   Q.   DO YOU REMEMBER APPROXIMATELY HOW MANY HP COMMANDS WERE IN

04:55:12  16   COMMON?

04:55:13  17   A.   I THINK IT WAS 1 OR 200.

04:55:15  18   Q.   ALL RIGHT.

04:55:22  19       NOW DID YOU ATTEMPT TO PULL TOGETHER ALL OF YOUR FINDINGS

04:55:32  20   REGARDING THESE DIFFERENT VENDORS AND THEIR COMMON USAGE OF

04:55:35  21   COMMANDS?

04:55:35  22   A.   YES.

04:55:36  23   Q.   IF WE COULD LOOK AT, AS A DEMONSTRATIVE, EXHIBIT 9061,

04:55:44  24   MR. DAHM, IF YOU COULD PULL THAT UP.

04:55:55  25   A.   I'M THERE.

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2145

04:55:56   1    Q.   WHAT'S THIS EXHIBIT?

04:55:58   2    A.   THIS IS A COMPILATION OF THE ANALYSIS WE JUST WALKED

04:56:06   3    THROUGH IN THOSE OTHER APPENDIXES.

04:56:09   4    Q.   COULD YOU JUST WALK US THROUGH THE DIFFERENT COLOR CODING

04:56:12   5    ON THIS CHART, EXPLAIN WHAT YOU ARE SHOWING?

04:56:15   6    A.   SURE.   SO THERE'S A DIFFERENT COLOR FOR EACH VENDOR.

04:56:18   7    THERE ARE FIVE VENDORS.   BROCADE IS RED, DELL IS ORANGE,

04:56:22   8    JUNIPER IS THIS OLIVE COLOR, HP BLUE, AND EXTREME IS THIS DARK

04:56:29   9    BLUE.

04:56:30   10        THEN ACROSS FROM EACH COMMAND, STARTING WITH, LET'S SAY

04:56:33   11   AAA ACCOUNTING, IF THERE'S A RED SQUARE, BROCADE HAS THAT

04:56:36   12   COMMAND, AN ORANGE ONE DELL, AND SO FORTH.

04:56:40   13        IF THE VENDOR DOESN'T HAVE THE COMMAND, THEN IT'S LEFT

04:56:42   14   WHITE.

04:56:43   15   Q.   OKAY.   AND THE TITLE ON THIS ONE IS SUPPORTED BY AT LEAST

04:56:48   16   FOUR OF THESE VENDORS?

04:56:50   17   A.   RIGHT.   SO THIS WAS A LIST OF COMMANDS THAT COMMANDS THAT

04:56:55   18   ARE USED BY AT LEAST FOUR OUT OF THE GIVEN FIVE.

04:56:59   19   Q.   AND HOW MANY COMMANDS FALL INTO THIS CATEGORY?

04:57:02   20   A.   LOOKING AT THE SECOND PAGE, 117.

04:57:06   21   Q.   AND THEN DID YOU FILTER IT FOR THE COMMANDS USED BY AT

04:57:11   22   LEAST THREE AND FEWER?

04:57:12   23   A.   YEAH, THAT'S THE NEXT PAGE DOWN.

04:57:14   24   Q.   OKAY.   CAN YOU JUST SUMMARIZE, IF YOU FLIP THROUGH THE

04:57:18   25   EXHIBIT, AND TELL US HOW MANY VENDORS USE AT LEAST THREE OF

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2146

04:57:22  1    THESE COMMANDS?

04:57:23  2    A.   SURE.   THE TOTAL THERE IS --

04:57:26  3            THE COURT:   YOU DIDN'T MEAN THREE COMMANDS.

04:57:29  4            MR. FERRALL:   SORRY.   THANK YOU, THANK YOU,

04:57:30  5    YOUR HONOR.

04:57:33  6        LET ME REPHRASE, DR. BLACK.

04:57:36  7    Q.   IF YOU COULD SUMMARIZE HOW MANY OF THESE COMMANDS ARE USED

04:57:44  8    BY AT LEAST THREE VENDORS?

04:57:50  9    A.   SO FOR THE COMMANDS THAT ARE USED BY AT LEAST THREE OF

04:57:54  10   THOSE FIVE, THERE ARE 201 CONTINUING ON.   THE NUMBER OF

04:57:58  11   COMMANDS USED BY AT LEAST TWO OF THE FIVE, 289 CLI COMMANDS,

04:57:58  12   AND THEN FINALLY --  I'M SORRY, 298, I MAY HAVE MISSPOKE.

04:58:16  13       AND THEN IN THE FINAL CASE, THE NUMBER OF COMMANDS USER BY

04:58:17  14   AT LEAST ONE OF THESE FIVE, IS 392.

04:58:23  15   Q.   OKAY.   NOW IF WE COULD SPEAK FOR A SECOND ABOUT MODES.

04:58:34  16       THE DAY IS ALMOST OVER, BUT THIS WILL TAKE A MOMENT,

04:58:36  17   YOUR HONOR.

04:58:39  18       DID YOU LOOK FOR THE PRESENCE OF SIMILAR MODES ACROSS

04:58:45  19   THESE VENDORS?

04:58:47  20   A.   YES, I DID.

04:58:48  21   Q.   AND WHAT DID YOU FIND THERE?

04:58:49  22   A.   ONCE AGAIN, I LOOKED FOR THE FOUR ACCUSED MODES IN EACH OF

04:58:57  23   THE MANUALS FOR THE VENDORS WE JUST TALKED ABOUT AND I FOUND

04:59:01  24   THEM IN WIDESPREAD USE AS WELL.

04:59:05  25   Q.   IF YOU COULD LOOK AT EXHIBIT 9053?

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)        2147

04:59:11   1      A.   I'M THERE.

04:59:14   2      Q.   IS THAT A SUMMARY OF YOUR FINDINGS REGARDING THE MODES

04:59:18   3      PRESENT IN THE MANUALS YOU REVIEWED?

04:59:18   4      A.   YES, IT IS.

04:59:19   5             MR. FERRALL:  YOUR HONOR, I OFFER 9053 INTO EVIDENCE.

04:59:22   6             MR. NELSON:  NO OBJECTION.

04:59:23   7             THE COURT:  IT WILL BE ADMITTED.

04:59:26   8      (DEFENDANT'S EXHIBIT 9053 WAS ADMITTED INTO EVIDENCE.)

04:59:26   9      BY MR. FERRALL:

04:59:26   10     Q.   AND AGAIN, CAN YOU EXPLAIN THE FINDINGS THAT ARE SHOWN IN

04:59:30   11     THIS EXHIBIT?

04:59:31   12     A.   YEAH.  SO THE FIRST COLUMN IS CALLED STANFORD, THAT'S THE

04:59:35   13     ONE PRE-EXISTING PIECE OF SOFTWARE THAT HAD JUST TWO OF THE

04:59:38   14     ACCUSED MODES, USER AND PRIVILEGED.

04:59:40   15         AND THEN FOR THE REMAINDER, I LIST THESE VARIOUS VENDORS

04:59:44   16     AND SHOW EXAMPLES OF WHAT THEIR MODES AND PROMPTS LOOK LIKE,

04:59:48   17     AND I THINK THERE ARE ABOUT 30 EXAMPLES OVER OR SOMETHING LIKE

04:59:53   18     THAT.

04:59:53   19     Q.   SO IF WE COULD GO TO THE NEXT PAGE, MR. DAHM.

04:59:58   20         SO THIS CONTINUES FOR MULTIPLE PAGES?

05:00:01   21     A.   YES, IT DOES.

05:00:02   22             MR. FERRALL:  ALL RIGHT.

05:00:03   23     YOUR HONOR, WITH THAT, I'M ALMOST DONE, BUT NOT QUITE.

05:00:09   24             THE COURT:  IT'S A GOOD TIME TO STOP.

05:00:10   25             MR. FERRALL:  OKAY.

05:00:11  1          THE COURT:  OKAY.  THANK YOU.

05:00:12  2          DR. BLACK, WE WILL SEE YOU TOMORROW MORNING.

05:00:15  3          LADIES AND GENTLEMEN, WE'VE REACHED THE END OF THE COURT

05:00:19  4   DAY.  I'M HOPING TO HAVE MORE VOICE TOMORROW, I'M NOT COUNTING

05:00:21  5   ON IT.

05:00:22  6          PLEASE LEAVE ME YOUR BINDERS AND YOUR NOTEBOOKS AND YOUR

05:00:26  7   BADGES.  I WILL SEE YOU AT 9:00 TOMORROW MORNING AND WE WILL

05:00:28  8   HAVE A FULL DAY.

05:00:30  9          (JURY OUT AT 5:00 P.M.)

05:00:38  10          THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.

05:01:07  11          THE WITNESS:  SHOULD I STAY HERE, YOUR HONOR?

05:01:09  12          THE COURT:  YOU CAN GO BACK TO YOUR SEAT, THANK YOU

05:01:12  13   FOR ASKING.

05:01:13  14          ALL RIGHT.  I HAVE ONE, I WILL LET MR. FERRALL FINISH,

05:01:17  15   SORRY, I'M IN A RUSH, EVERYONE WANTS TO GET OUT OF HERE.

05:01:22  16          I HAVE BEEN WORKING ON AN ORDER ON THE ANALYTIC DISSECTION

05:01:27  17   BASED UPON THE SUBMITTALS, AND THERE WERE SOME ELEMENTS THAT

05:01:32  18   WERE LEFT TO THE CONCLUSION OF TRIAL, WE ARE NOT AT THE

05:01:35  19   CONCLUSION OF TRIAL.

05:01:36  20          AND SO THE QUESTION IS, IS IT BENEFICIAL FOR ME TO ISSUE A

05:01:41  21   PRELIMINARY ORDER ON THE MATTERS THAT COULD BE -- THAT WERE

05:01:45  22   SUBMITTED ON THE WRITTEN RECORD?  AND I AM VIRTUALLY READY TO

05:01:49  23   DO THAT, I'M LITERALLY PROOFREADING IT, BUT I DON'T WANT TO

05:01:53  24   ISSUE IT IF THAT'S NOT WHAT YOU WANT.

05:01:55  25          AND I'M NOT EVEN -- I'M WILLING TO, IN JURY INSTRUCTION

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2149

05:02:01  1    CONVERSATIONS, TO HAVE FURTHER DISCUSSION ABOUT ANY OF THE

05:02:04  2    FINDINGS I MAKE, IF YOU FEEL I'VE MISSED SOMETHING, BECAUSE

05:02:07  3    ULTIMATELY MY JOB IS TO PROPERLY INSTRUCT THE JURY.

05:02:12  4         THE ORDER ITSELF, FIRST OF ALL, I THOUGHT ABOUT CALLING IT

05:02:18  5    A TENTATIVE, BUT IT'S REALLY NOT A TENTATIVE BECAUSE IT'S

05:02:22  6    REALLY JUST A PRELIMINARY ORDER BECAUSE THERE ARE OTHER ISSUES

05:02:24  7    I CAN'T DRAW CONCLUSIONS ON YET.  SO IT'S A LITTLE UNUSUAL

05:02:24  8    THING TO ASK, BUT IT WOULD BE HELPFUL TO ME TO KNOW YOUR

05:02:24  9    RESPONSE.

05:02:30 10              MR. VAN NEST:  YES, WE THINK IT WOULD BE HELPFUL.

05:02:32 11              THE COURT:  OKAY.

05:02:32 12              MR. NELSON:  I WOULD BE KIND OF SILLY NOT TO TAKE

05:02:35 13    YOUR GUIDANCE, YOUR HONOR, THINK SO I WOULD LIKE TO SEE IT, OF

05:02:38 14    COURSE.

05:02:38 15              THE COURT:  IT'S ALWAYS BETTER TO KNOW WHAT I'M

05:02:40 16    THINKING THAN NOT.

05:02:41 17         AND AS I SAY, I DON'T THINK MY ORDER IS IMPORTANT EXCEPT

05:02:43 18    TO THE EXTENT IT INFORMS A PROPER INJURY INSTRUCTION.  AND MY

05:02:47 19    WHOLE EFFORT IN ANALYTIC DISSECTION IS TO DO JUST THAT.  THAT'S

05:02:50 20    MY VIEW OF IT.

05:02:51 21              MR. VAN NEST:  WE SHARE THAT VIEW.

05:02:53 22              THE COURT:  WE SHARE THAT VIEW.  GOOD.

05:02:55 23         SO IF I DON'T POST IT TONIGHT, I THINK IT WILL BE

05:02:59 24    TOMORROW.  SO IT JUST DEPENDS ON HOW MUCH ENERGY I HAVE TO DO

05:03:04 25    FINAL PROOF READING, WHICH IS LIMITED RIGHT NOW.

05:03:07  1          MR. VAN NEST:  OKAY.

05:03:08  2          THE COURT:  I UNDERSTOOD THIS MORNING FROM THE

05:03:10  3   CONVERSATION ABOUT JURY INSTRUCTIONS THAT THE PARTIES ARE

05:03:13  4   REWORKING, ALTHOUGH STILL IN DISAGREEMENT, INSTRUCTIONS 39 AND

05:03:18  5   41.  AND I WANT TO CONFIRM THAT THAT WOULD THEN TELL ME NOT TO

05:03:22  6   KEEP WORKING WITH WHAT I HAD BEFORE.

05:03:24  7          MR. VAN NEST:  RIGHT.

05:03:25  8      I UNDERSTAND THAT WE -- THE PARTIES ARE MEETING AND

05:03:29  9   CONFERRING AND HOPING TO GET YOU SOMETHING THAT CONDENSES OR

05:03:32 10   NARROWS WHAT OUR DISPUTE IS.  AND WE ARE GOING IT TRY TO KEEP

05:03:37 11   GOING ON THAT THIS EVENING.

05:03:38 12          THE COURT:  OKAY.  GOOD.  THAT'S REALLY THE MAIN

05:03:40 13    ISSUE WE NEED TO TALK ABOUT ON THURSDAY, ISN'T IT.

05:03:43 14          MR. VAN NEST:  I THINK.

05:03:44 15          MS. SULLIVAN:  YES, YOUR HONOR.

05:03:45 16          THE COURT:  GOOD.  OKAY.

05:03:46 17      SO OTHERWISE, YOU ARE WORKING ON WHAT ARE NOW THE EITHER

05:03:51 18    AGREED UPON OR MY CLARIFICATIONS ON THE FINAL JURY INSTRUCTIONS

05:03:54 19    AND THEY SHOULD BE RELATIVELY CLOSE.

05:03:56 20          MS. SULLIVAN:  THAT'S RIGHT, YOUR HONOR.

05:03:57 21      IF I CAN REPORT ON THAT PROCESS.  THE PARTIES ARE MEETING

05:04:00 22    AND CONFERRING.  WE ARE EXTREMELY CLOSE ON ALL OF THE

05:04:03 23    INSTRUCTIONS, EXCEPT FOR 39 AND 41.  IF THERE REMAIN ANY

05:04:06 24    DISPUTES, THERE WILL BE VERY FEW, AND THEY WILL BE EXPRESSED.

05:04:10 25          SO WE PLAN TO POST THE UNDISPUTED ONES WITH ANY REMAINING

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2151

05:04:13  1    OBJECTIONS TO FOLLOW, AND WE WILL WORK ON 39 AND 41.  AND IF WE

05:04:19  2    DON'T REACH RESOLUTION ON THOSE, WE WILL POST THOSE AS SOON AS

05:04:22  3    POSSIBLE FOR YOUR HONOR TO REVIEW, NEW VERSIONS OF 39 AND 41.

05:04:25  4            THE COURT:  OKAY.  GOOD.

05:04:26  5        I'M VERY APPRECIATIVE OF THAT, AND THAT TELLS ME -- I HAVE

05:04:29  6    NOT PUT MORE TIME INTO THE OLD ONES BECAUSE THAT WAS MY

05:04:33  7    UNDERSTANDING.  AND AGAIN, I HAVE TO FIGURE OUT WHAT I'M GOING

05:04:35  8    TO SPEND TIME ON, SO NOW THAT'S GOOD.

05:04:37  9            MR. VAN NEST:  YOU WERE WORKING ON DEPOSITION

05:04:38  10   TRANSCRIPTS, AS YOU MENTIONED THIS MORNING, I'M SURE.

05:04:40  11           THE COURT:  I WAS.

05:04:41  12           MR. VAN NEST:  AND WE ARE TOO.  SO --

05:04:45  13           THE COURT:  YEAH.  AND YOU KNOW, I'M GLAD TO WORK ON

05:04:47  14   ANY OF THIS, BUT I WANT IT TO BE OF VALUE.  AND SO WHAT I

05:04:53  15   WORKED ON IS NOT OF VALUE.

05:04:54  16       AND I'M A PERSON WHO WORKS AHEAD.  I DON'T DO IT ON THE

05:04:58  17   FLY AND I DON'T GIVE IT OUT TO MY LAW CLERKS TO MAKE THESE

05:05:01  18   RULES.  SO IT'S SOMETHING I HAVE TO DO, AND I THINK THAT'S WHAT

05:05:04  19   YOU EXPECT FROM EVERY JUDGE, SO THAT IS NO DIFFERENT HERE.

05:05:07  20           MR. VAN NEST:  WE WILL.

05:05:07  21       WE ARE GOING TO TELL YOU ASAP THIS EVENING IF THERE'S ANY

05:05:11  22   OTHERS RESOLVED.  PATIL IS RESOLVED, AND GOURLAY HAS BEEN

05:05:14  23   RESOLVED.

05:05:14  24           THE COURT:  AND GOURLAY.

05:05:15  25       AND I'VE TAKEN CARE OF THE OTHERS, AND YOU MAY NARROW THE

05:05:18    1    SCOPE, WHICH I ENCOURAGE.  I ENCOURAGE, BECAUSE THAT'S REALLY

05:05:22    2    THE BEST THING.  I DON'T WANT ANYTHING I SAY TO BE READ AS STOP

05:05:26    3    NEGOTIATING, I WANT YOU TO CONTINUE.

05:05:28    4            MR. VAN NEST:  RIGHT.  NO, WE GET THAT.

05:05:30    5            THE COURT:  ALL RIGHT.

05:05:31    6        AND MS. SULLIVAN, YOU INDICATED THAT YOU WOULD BE FILING

05:05:33    7    SOMETHING IN ADDITION ON THE WORKS AS A WHOLE IN COMPARISON?

05:05:38    8            MS. SULLIVAN:  YOUR HONOR, WE ARE GOING TO INCLUDE

05:05:40    9    THAT DISCUSSION IN THE INSTRUCTIONS 39 AND 41 ARGUMENT SECTION.

05:05:44   10            THE COURT:  THEN I WILL NOT DO ANYTHING ON THAT

05:05:47   11    MYSELF.  I'VE PREPARED SOMETHING, BUT I WILL CONSIDER IT, JUST

05:05:50   12    GATHERING MY THOUGHTS.

05:05:53   13            MS. SULLIVAN:  THANK YOU, YOUR HONOR.

05:05:53   14            THE COURT:  AND MAYBE NO ORDER IS NECESSARY AT ALL,

05:05:56   15    IT MAY JUST BE THE JURY INSTRUCTION, WHICH IS JUST FINE WITH

05:05:58   16    ME.

05:05:58   17            MS. SULLIVAN:  THANK YOU, YOUR HONOR.

05:05:59   18        AND THE LAST THING IS WE ARE MEETING AND CONFERRING ON THE

05:06:02   19    CURATIVE INSTRUCTION PERTAINING TO INDUSTRY STANDARD.  WE WILL

05:06:06   20    TRY TO SEEK LANGUAGE THAT IS ACCEPTABLE TO BOTH PARTIES, AND IF

05:06:09   21    WE CAN'T, WE WILL SUBMIT SOMETHING TO YOUR HONOR FOR OBJECTION.

05:06:14   22            THE COURT:  ALL RIGHT.  THAT'S ALL THAT I HAD.

05:06:16   23        MR. PAK, MR. NELSON?

05:06:18   24            MR. NELSON:  BEFORE HE STARTS, I JUST HAD THE ONE

05:06:23   25    QUESTION ON THE 4697, THAT WAS -- WE DISCUSSED THIS MORNING,

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2153

05:06:26   1      THAT WAS --

05:06:27   2               THE COURT:  I'M SORRY, I CAN'T PLACE 4697 RIGHT NOW.

05:06:30   3               MR. NELSON:  THAT'S WHY I WAS GOING TO DESCRIBE IT SO

05:06:32   4      YOU DON'T HAVE TO GET THE PAPER.

05:06:34   5          YOU HAD ASKED ABOUT A LISTING BECAUSE, WITH RESPECT TO ALL

05:06:38   6      THE OTHER ELEMENTS, THERE'S ALREADY THE LISTING PER USER

05:06:43   7      INTERFACE THERE.

05:06:43   8               THE COURT:  YES.

05:06:44   9               MR. NELSON:  AND WITH THE COMMANDS, YOU WANTED

05:06:45   10     SOMETHING ALONG THOSE LINES.

05:06:47   11         AND SO WE DID THAT WITH 4697.  WE HAD THE ISSUE EARLIER

05:06:50   12     ABOUT THE COLUMN FOR THE ARISTA INSTRUCTION THAT WE REMOVED.

05:06:55   13              THE COURT:  YES.

05:06:56   14              MR. NELSON:  WHAT I NEED IS GUIDANCE FROM YOUR HONOR

05:07:00   15     ON HOW YOU WOULD LIKE ME TO DO THAT.

05:07:02   16         WOULD YOU LIKE ME TO DO WITH PROFESSOR ALMEROTH WHEN HE

05:07:06   17     RETAKES THE STAND?

05:07:07   18              THE COURT:  THAT MIGHT BE THE BEST WAY.  HE COULD

05:07:10   19     PROBABLY DESCRIBE IT BEST.  AND I KNOW WE WILL BE SEEING HIM ON

05:07:12   20     THE STAND AGAIN.

05:07:14   21              MR. VAN NEST:  ON THAT SUBJECT, YOUR HONOR, I THINK

05:07:16   22     WE SUBMITTED OBJECTIONS TO THIS AT 5:00, SO YOU SHOULD HAVE

05:07:19   23     THOSE AS WELL.

05:07:20   24              THE COURT:  I WILL CHECK THEM.

05:07:21   25              MR. VAN NEST:  THIS ISN'T A STIPULATED ONE THAT WE'VE

| | |
|---|---|
| 05:07:24 | 1 |

AGREED ON, SO WE SUBMITTED OBJECTIONS TO THIS.

05:07:26  2    MR. NELSON:  THOSE ARE NEW OBJECTIONS.  THEY OBJECTED

05:07:29  3  YESTERDAY, AND I GUESS WE GOT A NEW SET OF OBJECTIONS NOW.

05:07:32  4    MR. PAK:  YOUR HONOR, JUST -- I DO JUST TO CLEAN UP

05:07:39  5  THE RECORD.  THERE WERE TWO VIDEOS WE PLAYED, NOT IMPEACHMENT

05:07:44  6  VIDEOS BUT ACTUAL EVIDENCE VIDEOS WE PLAYED.  AND YOUR HONOR

05:07:47  7  REQUESTED THAT WE PROVIDE A TRANSCRIPTION OF THOSE PORTIONS.

05:07:49  8    THE COURT:  SO FOR EVERY VIDEO THAT YOU PLAY, I NEED

05:07:54  9  A TRANSCRIPTION OF EVERY ONE.  OR WHAT YOU ARE GOING TO DO IS

05:08:02  10  EXTRACT FROM THE TRANSCRIPTIONS.

05:08:03  11    MR. PAK:  YES, YOUR HONOR.

05:08:03  12    WE HAVE AN AGREEMENT ON THE TRANSCRIPTIONS.  I WOULD LIKE

05:08:05  13  TO OFFER IT INTO EVIDENCE AND HAVE THEM MARKED.

05:08:10  14    TRIAL EXHIBIT 166-A IS THE TRANSCRIPTION OF

05:08:13  15  MR. LINCOLN DALE TRANSCRIPTION OF THE VIDEO THAT WAS PLAYED,

05:08:18  16  THE PORTION THAT WAS PLAYED IN COURT.

05:08:21  17    MR. VAN NEST:  SORRY, ARE YOU OFFERING THESE NOW?

05:08:25  18    MR. PAK:  YES.

05:08:26  19    MR. VAN NEST:  BECAUSE ONE OF THESE IS OBJECTED TO

05:08:27  20  AND THE OTHERS AREN'T.

05:08:29  21    THE COURT:  MR. PAK, WHY DON'T YOU CONTINUE TO LOOK

05:08:30  22  THAT OVER.  THAT SHOULD ULTIMATELY BE RESOLVED.

05:08:34  23    MR. PAK:  WE RESOLVED THEM.

05:08:35  24    MR. VAN NEST:  DID WE?

05:08:36  25  (OFF-THE-RECORD DISCUSSION.)

| 05:08:40 | 1 | MR. VAN NEST:  ALL RIGHT.  I WILL TAKE THAT |

05:08:40  1        MR. VAN NEST:  ALL RIGHT.  I WILL TAKE THAT

05:08:42  2  REPRESENTATION.

05:08:43  3        MR. PAK:  SO 166-A.  WE ALSO HAVE THE 203-A, WHICH IS

05:08:48  4  THE PACKET PUSHERS PODCAST CLIP THAT WAS PLAYED AND WE RESOLVED

05:08:52  5  THAT DISPUTE AS WELL.

05:08:54  6        SO I WOULD LIKE TO MOVE 166-A AND 203-A TRANSCRIPTIONS

05:08:59  7  INTO EVIDENCE.

05:08:59  8        THE COURT:  OKAY.  WITHOUT OBJECTION, THEY WILL BE

05:09:03  9  ADMITTED.

05:09:03 10  (PLAINTIFF'S EXHIBIT 166-A AND 203-A WERE ADMITTED INTO

05:09:04 11  EVIDENCE.)

05:09:04 12        MR. VAN NEST:  I UNDERSTAND THERE'S NO OBJECTION

05:09:06 13  BECAUSE THESE HAVE BEEN STIPULATED.  THAT'S WHAT COUNSEL IS

05:09:08 14  REPRESENTING AND I ACCEPT THAT.  IF I FIND OUT OTHERWISE, I

05:09:10 15  COULD LET YOU KNOW.

05:09:12 16        THE COURT:  AND DID YOU HAVE ANYTHING, MR. VAN NEST?

05:09:15 17        MR. VAN NEST:  TIME WISE, WE WILL BE BACK AT 8:30

05:09:18 18  TOMORROW AND WORK 9 TO 5, AND WE WILL BE WITH YOU FOR JURY

05:09:23 19  INSTRUCTIONS 10 TO 2 ON THURSDAY, NO JURY.  AND FRIDAY, WE WILL

05:09:27 20  HAVE A FULL DAY, 9 TO 5.

05:09:29 21        THE COURT:  THAT'S CORRECT.  THAT'S THE PLAN.  THAT'S

05:09:31 22  OUR SCHEDULE.

05:09:31 23        AND MY GOAL WAS, AT THE LATEST, TO HAVE INSTRUCTION AND

05:09:34 24  ARGUMENT ON TUESDAY.  I DON'T KNOW HOW MUCH TIME YOU ALL HAVE

05:09:36 25  LEFT, AND YOU HAVE TWO FULL DAYS, SO THE CLOCK SHOULD RUN BY

BLACK DIRECT EXAM BY MR. FERRALL (RESUMED)          2156

05:09:40   1    THE END OF THE DAY ON FRIDAY.

05:09:44   2               MR. PAK:  WE BELIEVE THAT'S THE CASE.

05:09:45   3               MR. VAN NEST:  I THINK YOU ARE GOING TO GET IT THERE.

05:09:48   4               THE COURT:  AND ARE YOU GOING TO GET THERE.

05:09:49   5               MR. PAK:  YES, WE HAVE A HANDY SPREADSHEET THAT'S

05:09:51   6    BEEN KEEPING TRACK FOR ME.

05:09:53   7               MR. VAN NEST:  WE WILL GET TO THE END OF OUR TIME AND

05:09:55   8    THAT WILL BE THE END OF OUR TIME.  UNLESS, YOU KNOW, UNLESS YOU

05:10:00   9    TAKE A COUPLE OF HOURS AWAY ON FRIDAY.

05:10:02  10               THE COURT:  NO, I'M NOT GOING TO TAKE ANY TIME AWAY.

05:10:04  11    BUT AS YOU CAN SEE, I DON'T STOP THE CLOCK VERY MUCH EITHER.

05:10:07  12               MR. VAN NEST:  I'VE NOTICED THAT.

05:10:08  13               THE COURT:  BUT YOU'VE HAD WORSE CONDITIONS AND

05:10:10  14    SHORTER TRIALS WITH MORE COMPLEX ISSUES.

05:10:13  15               MR. PAK:  NO DOUBT ABOUT THAT.  WE APPRECIATE THAT,

05:10:16  16    YOUR HONOR.

05:10:18  17               MR. VAN NEST:  THAT'S TRUE TOO.

05:10:18  18               THE COURT:  OKAY.  I THINK THAT TAKES CARE OF

05:10:19  19    EVERYTHING TODAY.

05:10:20  20          SEE YOU IN THE MORNING.

05:10:24  21          (THE PROCEEDINGS WERE CONCLUDED AT 5:10 P.M.)

          22

          23

          24

          25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 12/6/16