08:25:16

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

5

   CISCO SYSTEMS, INC.,              )  CV-14-5344-BLF
6                                    )
                   PLAINTIFF,        )  SAN JOSE, CALIFORNIA
7                                    )
             VS.                     )  DECEMBER 12, 2016
8                                    )
   ARISTA NETWORKS, INC.,            )  VOLUME 13
9                                    )  *REDACTED*
                   DEFENDANT         )  PAGES 2656-2822
10  _____ )

11                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12                UNITED STATES DISTRICT JUDGE

13  A P P E A R A N C E S:

14  FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                           BY:  DAVID A. NELSON
15                         500 WEST MADISON STREET, SUITE 2450
                           CHICAGO, IL 60661
16

17  FOR THE PLAINTIFF:     QUINN, EMANUEL, URQUHART & SULLIVAN
                           BY:  SEAN PAK
18                         50 CALIFORNIA STREET, 22ND FLOOR
                           SAN FRANCISCO, CALIFORNIA 94111
19

20

21

22           APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

```
 1    APPEARANCES (CONTINUED)

 2    FOR THE DEFENDANT:      KEKER & VAN NEST, LLP
                              BY:   ROBERT ADDY VAN NEST
 3                                  BRIAN FERRALL
                                    DAVID J. SILBERT
 4                                  ELIZABETH K. MCCLOSKEY
                                    EDUARDO E. SANTACANA
 5                                  RYAN WONG
                                    DAVID J. ROSEN
 6                            633 BATTERY STREET
                              SAN FRANCISCO, CA 94111-1809
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          DECEMBER 12, 2016 |
| 08:59:54  2 | P R O C E E D I N G S |
| 08:59:54  3 | (COURT CONVENED AT 8:59 A.M.) |
| 08:59:55  4 | THE COURT:  WE ARE ON THE RECORD OUTSIDE THE PRESENCE |
| 09:00:22  5 | OF THE JURY. |
| 09:00:22  6 | I UNDERSTOOD THERE WAS ONE MATTER BEFORE WE BROUGHT THE |
| 09:00:26  7 | JURY IN; IS THAT CORRECT? |
| 09:00:27  8 | MR. NELSON:  YES, JUST BRIEFLY. |
| 09:00:29  9 | THE COURT:  GOOD MORNING, MR. NELSON. |
| 09:00:30 10 | MR. NELSON:  GOOD MORNING. |
| 09:00:32 11 | THE COURT:  GOOD MORNING. |
| 09:00:33 12 | MS. SULLIVAN:  GOOD MORNING, YOUR HONOR. |
| 09:00:34 13 | VERY BRIEFLY.  WE JUST WANT TO ADVISE THE COURT THAT, AS |
| 09:00:37 14 | PROMISED ON FRIDAY, WHEN WE MADE OUR MOTION FOR JUDGMENT AS A |
| 09:00:41 15 | MATTER OF LAW UNDER RULE 50(A), WE HAVE FILED A BRIEF IN |
| 09:00:45 16 | SUPPORT OF THAT MOTION AND IT IS AT DOCKET 732. |
| 09:00:48 17 | THE COURT:  I HAVE IT RIGHT HERE.  I'VE TAKEN A LOOK |
| 09:00:51 18 | AT IT. |
| 09:00:53 19 | MS. SULLIVAN:  THANK YOU, YOUR HONOR. |
| 09:00:53 20 | AND JUST FOR THE RECORD, YOUR HONOR, WE RESERVED OUR RIGHT |
| 09:00:55 21 | TO OBJECT TO ANY INSTRUCTIONS THAT WERE FINALIZED SUBSEQUENT TO |
| 09:00:59 22 | THURSDAY.  CISCO WOULD, RESPECTFULLY, LIKE TO LODGE ONE |
| 09:01:02 23 | OBJECTION, ADDITIONALLY -- |
| 09:01:03 24 | THE COURT:  OF COURSE. |
| 09:01:03 25 | MS. SULLIVAN:  -- TO INSTRUCTION NUMBER 39. |

09:01:06  1          INSOFAR AS INSTRUCTION NUMBER 39 REFERS AS ONE OF THE

09:01:10  2     UNPROTECTABLE ELEMENTS TO ANY SINGLE MULTIWORD COMMAND, AS

09:01:15  3     ITEM 2 IN THE LIST OF UNPROTECTED ITEMS, CISCO RESPECTFULLY

09:01:19  4     OBJECTS TO THAT ON THE GROUND THAT EVEN A SINGLE MULTIWORD

09:01:24  5     COMMAND IS INDEPENDENTLY PROTECTABLE AS AN ORIGINAL WORK WHEN

09:01:29  6     IT IS CREATED FROM -- CREATED BY CISCO'S OWN AUTHORSHIP.

09:01:36  7          "IT WAS THE BEST OF TIMES, IT WAS THE WORST OF TIMES," IS

09:01:40  8     A SENTENCE COMPOSED OF COMMON WORDS, BUT IT'S NONETHELESS

09:01:43  9     ORIGINAL.

09:01:44  10         SO WITH RESPECT TO ITEM 2, ANY SINGLE MULTIWORD COMMAND

09:01:47  11    CISCO RESPECTFULLY OBJECTS TO INCLUDING THAT IN THE LIST OF

09:01:51  12    UNPROTECTABLE ELEMENTS.

09:01:52  13              THE COURT:  THANK YOU.  AND THAT OBJECTION IS

09:01:54  14    CERTAINLY NOTED ON THE RECORD.

09:01:55  15         I WILL ONLY COMMENT THAT THAT DECISION IS LARGELY MADE

09:01:59  16    BASED UPON YOUR OWN BRIEFING ON THE TOPIC OF ANALYTIC

09:02:02  17    DISSECTION, WHERE I BELIEVE THAT YOU ASKED FOR PROTECTION OF

09:02:06  18    THE BUILDING BLOCK ITSELF AND NOT THE INDIVIDUAL LINES.

09:02:10  19         BUT YOUR OBJECTION IS CLEARLY NOTED AND THAT WILL MOVE ON

09:02:12  20    TO ANOTHER TIME.

09:02:13  21              MS. SULLIVAN:  THANK YOU, YOUR HONOR.

09:02:14  22              THE COURT:  ALL RIGHT.  THANK YOU.

09:02:14  23         AND I DID RECEIVE THE MOTION, AS MS. SULLIVAN INDICATED, I

09:02:22  24    HAVE REVIEWED IT, I WILL DEFER ANY RULING UNTIL AFTER THE JURY

09:02:25  25    RETURNS A VERDICT, AND THANK YOU FOR FILING THAT.

09:02:27  1          MR. VAN NEST, ANYTHING YOU WOULD LIKE TO PUT ON THE RECORD

09:02:29  2     BEFORE THE JURY COMES IN?

09:02:31  3                MR. VAN NEST:  NO, YOUR HONOR.  WE ARE ALL SET.

09:02:33  4                THE COURT:  OKAY.  LET ME JUST MAKE A COMMENT.

09:02:37  5          THE WAY THE JURY INSTRUCTIONS HAVE BEEN SUBMITTED, AND

09:02:40  6      THEY ARE IN EXCELLENT SHAPE, I HAD A SET OF PRELIMINARY

09:02:43  7      INSTRUCTIONS THAT BEGAN ON PAGE 1, AND A SET OF FINAL

09:02:46  8      INSTRUCTIONS THAT BEGAN ON ANOTHER PAGE 1.  THEY WILL JUST GO

09:02:50  9      IN THAT WAY.  I HADN'T NOTICED THAT UNTIL THIS MORNING.

09:02:52 10          AND I HAD A TABLE -- THIS IS A QUESTION FOR YOU -- THERE

09:02:56 11     IS A TABLE OF CONTENTS FOR THE FINAL SET, BUT THERE IS NOT ONE

09:02:59 12     FOR THE PRELIMINARY.

09:03:00 13          I'M GLAD TO INCLUDE THIS AND TO GIVE THESE TO THE JURY IN

09:03:05 14     TWO BATCHES, PRELIMINARY AND FINAL.  BUT I JUST -- I SAW THAT

09:03:12 15     ASYMMETRY, IT'S OF NO MOMENT TO ME, I JUST WANTED TO POINT IT

09:03:16 16     OUT TO SEE IF THERE'S ANY CONCERN.

09:03:18 17                MR. VAN NEST:  WE DON'T HAVE ANY CONCERN, YOUR HONOR.

09:03:20 18          WAS YOUR HONOR PLANNING TO READ THE PRELIMINARY

09:03:23 19     INSTRUCTIONS?

09:03:24 20                THE COURT:  I AM NOT.  I HAVE DONE THAT ALREADY.

09:03:26 21                MR. VAN NEST:  WE ARE FINE AS IS.

09:03:27 22                THE COURT:  OKAY.  AND GIVE THEM THE TABLE OF

09:03:29 23      CONTENTS TO THE FINAL.

09:03:31 24                MR. VAN NEST:  SURE.

09:03:32 25                THE COURT:  OKAY.  MR. NELSON, YOU AGREE?

09:03:33   1          MR. NELSON:  THAT'S PERFECTLY FINE, YOUR HONOR.

09:03:35   2          THE COURT:  IT'S FINE WITH ME TOO, IT'S JUST -- YOU

09:03:38   3   CAN LOOK AT THESE THINGS A HUNDRED TIMES AND STILL FIND

09:03:42   4   SOMETHING ELSE THAT YOU COULD DO DIFFERENTLY.

09:03:44   5          AND THE VERDICT FORM, OF COURSE, I HAVE THAT AS WELL.

09:03:46   6          OKAY.  I THINK THEN THAT'S EVERYTHING.  AND IS OUR JURY

09:03:50   7   HERE?

09:03:51   8          THE CLERK:  WE ARE STILL MISSING ONE.

09:03:54   9          THE COURT:  OKAY.

09:09:17  10          (COURT CONVENED AT 9:05 A.M.)

09:09:17  11          THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE

09:09:18  12   SEATED.

09:09:19  13          WE ARE ON THE RECORD AND ALL OF OUR JURORS ARE HERE.

09:09:29  14          ALL RIGHT.  WHEN WE FINISHED ON FRIDAY, I TOLD YOU THAT

09:09:32  15   THE PARTIES HAD COMPLETED THE PRESENTATION OF THE EVIDENCE.

09:09:36  16   AND SO TODAY WE ARE GOING TO MOVE INTO THE LAST PHASE OF THE

09:09:40  17   COURTROOM PART OF THE TRIAL.

09:09:42  18          I'M GOING TO READ TO YOU THE FINAL JURY INSTRUCTIONS.

09:09:47  19   THEY ARE RELATIVELY LONG, AND I KNOW YOU WILL LISTEN CAREFULLY.

09:09:51  20   AND YOU ARE FREE TO TAKE NOTES ON THEM IF YOU WISH.

09:09:53  21          YOU WILL RECEIVE COPIES OF THE JURY INSTRUCTIONS IN THE

09:09:56  22   JURY ROOM, SO YOU DON'T HAVE TO WORRY ABOUT THEM GOING BY SO

09:10:00  23   FAST.  SO IT'S COMPLETELY UP TO YOU AS TO WHETHER NOTE TAKING

09:10:04  24   IS HELPFUL TO YOU AT THIS POINT.

09:10:07  25          WHEN I'M DONE READING THE JURY INSTRUCTIONS, WE WILL TAKE

09:10:09  1      A SHORT BREAK.  THIS IS PARTICULARLY CHALLENGING FOR OUR COURT

09:10:14  2      REPORTER BECAUSE WHEN I READ THE INSTRUCTIONS, AND THEN THE

09:10:17  3      LAWYERS GIVE CLOSING ARGUMENTS, SO THERE AREN'T THE NORMAL

09:10:21  4      BREAKS THAT YOU GET IN QUESTIONS AND ANSWERS.  AND SO IT GOES

09:10:24  5      PRETTY QUICKLY AND SHE NEEDS A BREAK, AND ALL OF US DON'T MIND

09:10:28  6      A LITTLE STRETCH AFTER ABOUT AN HOUR ANYWAY.  AND THEN I WON'T

09:10:31  7      HAVE TO INTERRUPT THE FINAL ARGUMENTS OF THE ATTORNEYS.

09:10:35  8           AND SO WHAT I'M GOING TO DO IS READ TO YOU THE

09:10:38  9      INSTRUCTIONS ON THE LAW.  I AM GOING TO REPEAT A FEW OF THE

09:10:42 10      INSTRUCTIONS I GAVE YOU TWO WEEKS AGO WHEN WE STARTED, ABOUT

09:10:46 11      THE EVIDENCE.  AND IT'S JUST A TYPICAL WAY OF REORIENTING YOU

09:10:53 12      INTO THE INSTRUCTIONS.

09:10:53 13           I'M GOING TO STOP RIGHT BEFORE I TELL YOU WHAT TO DO IN

09:10:57 14      THE DELIBERATION ROOM.  IT MAY BE THE THING YOU ARE MOST

09:11:00 15      INTERESTED IN, BUT I'M GOING TO DO THAT RIGHT BEFORE I SEND YOU

09:11:03 16      OFF INTO THE JURY ROOM TO DELIBERATE, AND I WILL GIVE YOU

09:11:06 17      LENGTHY INSTRUCTIONS AND COMMENTS ABOUT WHAT YOU DO IN THE JURY

09:11:10 18      ROOM.  SO THAT WILL COME THIS AFTERNOON WHEN THE CLOSING

09:11:14 19      ARGUMENTS ARE DONE.

09:11:17 20           AS YOU'VE SEEN THROUGHOUT THE TRIAL, THE ATTORNEYS HAVE

09:11:20 21      BEEN ON A SCHEDULE.  WE TALKED ABOUT THAT AND WORKED OUT A

09:11:24 22      REASONABLE SCHEDULE FOR THE TRIAL, AND THE SAME GOES FOR THE

09:11:29 23      CLOSING ARGUMENTS.  THEY HAVE A CERTAIN AMOUNT OF TIME THAT

09:11:31 24      THEY'VE REQUESTED, AND THAT I'VE AGREED TO FOR THEIR CLOSING

09:11:35 25      ARGUMENTS, AND THEY WILL BE WORKING ON THAT SCHEDULE, THAT'S

09:11:38  1        WHAT IS DONE IN ALL FEDERAL TRIALS.

09:11:41  2            AND SO I HAVE REASONABLE CERTAINTY AS TO WHEN WE WILL

09:11:44  3        CONCLUDE.  WE WON'T FINISH THE CLOSING ARGUMENTS BEFORE LUNCH.

09:11:49  4        THERE'S JUST NOT QUITE ENOUGH TIME TO GET THAT DONE.

09:11:52  5            SO WE WILL GO UNTIL ABOUT AN HOUR TO ABOUT 10:00 WITH

09:11:59  6        THIS, TAKE A SHORT BREAK.  COME BACK IN, THE PLAINTIFF WILL

09:12:03  7        START WITH THEIR INITIAL CLOSING ARGUMENT.  WE WILL TAKE

09:12:05  8        ANOTHER SHORT BREAK.  WE WILL LET ARISTA BEGIN ITS CLOSING

09:12:09  9        ARGUMENT, I DON'T THINK THEY WILL GET TO FINISH BEFORE LUNCH.

09:12:14 10        WE WILL TAKE OUR LUNCH BREAK, COME BACK, FINISH UP, AND I

09:12:17 11        EXPECT YOU WILL HAVE THIS CASE BY MID-AFTERNOON.

09:12:20 12            LET ME JUST ALSO COMMENT, AND I MAY SAY THIS AGAIN LATER,

09:12:25 13        AS I'VE SAID TO YOU BEFORE, NOTHING THE ATTORNEYS SAY IS

09:12:28 14        EVIDENCE, BUT WHAT THEY SAY TO YOU IN CLOSING ARGUMENT IS VERY

09:12:32 15        IMPORTANT.  IT IS THEIR OPPORTUNITY TO DISCUSS WITH YOU THEIR

09:12:36 16        VIEW OF THE EVIDENCE AND HOW YOU MIGHT CONSIDER IT.

09:12:40 17            THEY ALSO WILL BE TALKING ABOUT CERTAIN EVIDENCE THAT THEY

09:12:44 18        FIND PARTICULARLY IMPORTANT TO THE POINTS THEY ARE TRYING TO

09:12:47 19        PERSUADE YOU ON.  AND THEY MAY MENTION EXHIBITS BY NUMBER.

09:12:52 20            AS YOU NOTICED DURING THE TRIAL, THERE WERE A LOT OF

09:12:55 21        EXHIBITS.  YOU WILL BE RECEIVING A LIST OF EXHIBITS WITH A

09:12:59 22        BRIEF DESCRIPTION OF IT, AND THE EXHIBITS I WILL EXPLAIN TO

09:13:02 23        YOU, WILL BE GIVEN TO YOU ELECTRONICALLY.

09:13:04 24            YOU MIGHT FIND IT WORTH YOUR WHILE TO JOT DOWN SOME

09:13:09 25        EXHIBIT NUMBERS IF WHEN YOU'RE LISTENING IF YOU FIND THAT THOSE

09:13:12  1    EXHIBITS MIGHT BE SOMETHING YOU PARTICULARLY WANT TO GO IN AND

09:13:16  2    LOOK AT.

09:13:16  3         YOU WILL NOT HAVE A TRANSCRIPT OF THE LAWYER'S CLOSING

09:13:19  4    ARGUMENTS.  SO I JUST COMMENT THAT IT MAY BE HELPFUL TO YOU TO

09:13:24  5    WRITE SOME THINGS DOWN.

09:13:25  6         BY THE SAME TOKEN, THE LAWYERS MAY MENTION SOME NUMBERS TO

09:13:29  7    YOU THROUGHOUT THEIR CLOSING ARGUMENTS, AND THEY MIGHT, AS

09:13:33  8    YOU'VE SEEN, THEY'VE HAD SOME NICE DISPLAYS THAT HAVE BEEN AN

09:13:42  9    OPPORTUNITY FOR THEM TO ILLUSTRATE TO YOU WHAT THEY ARE SAYING

09:13:47  10   WITH WORDS, AND THOSE THINGS DON'T GO INTO THE JURY ROOM

09:13:50  11   EITHER.

09:13:50  12        SO IF YOU SEE THINGS WRITTEN DOWN OR YOU HEAR THINGS THAT

09:13:54  13   ARE OF PARTICULAR INTEREST TO YOU, AGAIN, YOU MAY WISH TO TAKE

09:13:57  14   NOTES.  I JUST WOULD HATE FOR YOU TO GET TO THE JURY ROOM AND

09:14:01  15   SAY, WELL, NOW WHERE ARE THOSE NICE PICTURES I SAW, ONLY TO

09:14:05  16   LEARN THEY DON'T COME IN AND YOU CAN'T REMEMBER THE PRECISE

09:14:08  17   STATEMENT THAT WAS MADE TO GO ALONG WITH IT.

09:14:11  18        SO JUST A SUGGESTION, BUT YOU KNOW, NOTES ARE NOT

09:14:15  19   REQUIRED, YOU MIGHT NOT FIND -- YOU MIGHT FIND YOUR OWN MEMORY

09:14:18  20   IS JUST EXACTLY WHAT YOU NEED AND THAT'S PERFECT.  YOU MIGHT

09:14:21  21   TAKE NOTES, YOU SEE ME, I TAKE NOTES ALL THE TIME.  IT'S NOT

09:14:25  22   THAT I READ THEM, IT'S JUST THAT IT HELPS ME TO REMEMBER IT

09:14:27  23   WHILE IT'S GOING ON.  IT'S JUST TECHNIQUES THAT WE ALL USE.

09:14:31  24        SO THOSE ARE MY SUGGESTIONS.  I'M GOING TO HOPE MY VOICE

09:14:36  25   HOLDS OUT, I THINK I'M DOING PRETTY WELL, AND GIVE YOU THESE

JURY INSTRUCTIONS.

MEMBERS OF THE JURY, NOW THAT YOU HAVE HEARD ALL -- I'M GOING TO START OUT BADLY -- NOW THAT YOU HAVE HEARD THE EVIDENCE AND WILL HEAR THE ARGUMENTS OF THE ATTORNEYS, IT IS MY DUTY TO INSTRUCT YOU ON THE LAW THAT APPLIES TO THIS CASE.

A COPY OF THESE INSTRUCTIONS WILL BE SENT TO THE JURY ROOM FOR YOU TO CONSULT DURING YOUR DELIBERATIONS.

IT IS YOUR DUTY TO FIND THE FACTS FROM ALL THE EVIDENCE IN THE CASE.  TO THOSE FACTS, YOU WILL APPLY THE LAW AS I NOW GIVE IT TO YOU.  YOU MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE WITH IT OR NOT.  AND YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES OR DISLIKES, OPINIONS, PREJUDICES OR SYMPATHY.  THAT MEANS THAT YOU MUST DECIDE THE CASE SOLELY ON THE EVIDENCE BEFORE YOU.  YOU WILL RECALL THAT YOU TOOK AN OATH TO DO SO.

PLEASE DO NOT READ INTO THESE INSTRUCTIONS, OR ANYTHING THAT I MAY HAVE SAID OR DONE, THAT I HAVE AN OPINION REGARDING THE EVIDENCE OF WHAT YOUR VERDICT SHOULD BE.

THE EVIDENCE YOU ARE TO DECIDE THE FACTS ARE -- THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING THE FACTS CONSISTS OF, THE SWORN TESTIMONY OF ANY WITNESS, THE EXHIBITS THAT ARE ADMITTED INTO EVIDENCE, ANY FACTS TO WHICH THE LAWYERS HAVE AGREED, AND ANY FACTS THAT I HAVE INSTRUCTED YOU TO ACCEPT AS PROVED.

IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE

2666

09:16:29  1    TESTIMONY AND EXHIBITS RECEIVED INTO EVIDENCE.  CERTAIN THINGS

09:16:31  2    ARE NOT EVIDENCE AND YOU MAY NOT CONSIDER THEM IN DECIDING WHAT

09:16:34  3    THE FACTS ARE.

09:16:38  4         ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT EVIDENCE.  THE

09:16:42  5    LAWYERS ARE NOT WITNESSES.  WHAT THEY HAVE SAID IN THEIR

09:16:45  6    OPENING STATEMENTS AND WILL SAY IN THEIR CLOSING ARGUMENTS AND

09:16:50  7    AT OTHER TIMES IS INTENDED TO HELP YOU INTERPRET THE EVIDENCE,

09:16:53  8    BUT IT IS NOT EVIDENCE.  IF THE FACTS AS YOU REMEMBER THEM

09:16:57  9    DIFFER FROM THE WAY THE LAWYERS HAVE STATED THEM, YOUR MEMORY

09:16:59  10   OF THEM CONTROLS.

09:17:02  11        QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT EVIDENCE.

09:17:06  12   ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN THEY

09:17:10  13   BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF EVIDENCE.

09:17:16  14   YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY THE COURT'S

09:17:19  15   RULING ON IT.

09:17:20  16        TESTIMONY AND EXHIBITS THAT HAVE BEEN EXCLUDED OR STRICKEN

09:17:23  17   OR THAT YOU HAVE BEEN INSTRUCTED TO DISREGARD ARE NOT EVIDENCE

09:17:28  18   AND MUST NOT BE CONSIDERED.

09:17:31  19        IN ADDITION, SOME EVIDENCE MAY BE RECEIVED ONLY FOR A

09:17:34  20   LIMITED PURPOSE.  WHEN I GIVE A LIMITING INSTRUCTION, YOU MUST

09:17:38  21   FOLLOW IT.

09:17:40  22        ANYTHING YOU MAY HAVE SEEN OR HEARD WHEN COURT WAS NOT IN

09:17:43  23   SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY ON

09:17:47  24   THE EVIDENCE RECEIVED AT THE TRIAL.

09:17:53  25        SOME WITNESSES, BECAUSE OF EDUCATION OR EXPERIENCE, ARE

09:17:55  1    PERMITTED TO STATE OPINIONS AND THE REASONS FOR THOSE OPINIONS.

09:18:00  2         SUCH OPINION TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER

09:18:03  3    TESTIMONY.  YOU MAY ACCEPT IT OR REJECT IT, AND GIVE IT AS MUCH

09:18:08  4    WEIGHT AS YOU THINK IT DESERVES, CONSIDERING THE WITNESS'S

09:18:12  5    EDUCATION AND EXPERIENCE, THE REASONS GIVEN FOR THE OPINION AND

09:18:15  6    AUGUST THE OTHER EVIDENCE IN THE CASE.

09:18:19  7         CERTAIN CHARTS AND SUMMARIES ARE NOT ADMITTED INTO

09:18:22  8    EVIDENCE AND HAVE BEEN SHOWN TO YOU IN ORDER TO HELP EXPLAIN

09:18:24  9    THE CONTENTS OF BOOKS, RECORDS, DOCUMENTS OR OTHER EVIDENCE IN

09:18:28  10   THE CASE.

09:18:34  11        CHARTS AND SUMMARIES ARE ONLY AS GOOD AS THE UNDERLYING

09:18:38  12   EVIDENCE THAT SUPPORTS THEM.  YOU SHOULD, THEREFORE, GIVE THEM

09:18:41  13   ONLY SUCH WEIGHT AS YOU THINK THE UNDERLYING EVIDENCE DESERVES.

09:18:48  14        CERTAIN CHARTS AND SUMMARIES HAVE BEEN ADMITTED INTO

09:18:53  15   EVIDENCE TO ILLUSTRATE INFORMATION BROUGHT OUT IN THE TRIAL.

09:18:55  16   CHARTS AND SUMMARIES ARE ONLY AS GOOD AS THE TESTIMONY OR OTHER

09:18:59  17   ADMITTED EVIDENCE THAT SUPPORTS THEM.  YOU SHOULD, THEREFORE,

09:19:01  18   GIVE THEM ONLY SUCH WEIGHT AS YOU THINK THE UNDERLYING EVIDENCE

09:19:06  19   DESERVES.

09:19:10  20        WHEN A PARTY HAS THE BURDEN OF PROOF ON ANY CLAIM OR

09:19:14  21   AFFIRMATIVE DEFENSE BY PREPONDERANCE OF THE EVIDENCE, IT MEANS

09:19:19  22   YOU MUST BE PERSUADED BY THE EVIDENCE THAT THE CLAIM OR

09:19:23  23   AFFIRMATIVE DEFENSE IS MORE PROBABLY TRUE THAN NOT TRUE.

09:19:27  24   PREPONDERANCE OF THE EVIDENCE BASICALLY MEANS MORE LIKELY THAN

09:19:29  25   NOT.  YOU SHOULD BASE YOUR DECISION ON ALL OF THE EVIDENCE,

09:19:36  1    REGARDLESS OF WHICH PARTY PRESENTED IT.

09:19:42  2         COPYRIGHT IS THE EXCLUSIVE RIGHT TO COPY.  THIS RIGHT TO

09:19:46  3    COPY INCLUDES THE EXCLUSIVE RIGHTS TO OR TO AUTHORIZE OTHERS

09:19:51  4    TO:

09:19:52  5         1.  REPRODUCE THE COPYRIGHTED WORK IN COPIES.

09:19:55  6         2.  RECAST OR ADAPT THE WORK.  THAT IS, PREPARE DERIVATIVE

09:20:00  7    WORKS BASED UPON THE COPYRIGHTED WORK.

09:20:04  8         3.  DISTRIBUTE COPIES OF THE COPYRIGHTED WORK TO THE

09:20:09  9    PUBLIC BY SALE OR OTHER TRANSFER OF OWNERSHIP.

09:20:13  10        4.  DISPLAY PUBLICLY A COPYRIGHTED WORK.

09:20:17  11        IT IS THE OWNER OF A COPYRIGHT WHO MAY EXERCISE THESE

09:20:21  12   EXCLUSIVE RIGHTS.

09:20:22  13        THE TERM "OWNER" INCLUDES THE AUTHOR OF THE WORK.  IN

09:20:26  14   GENERAL, COPYRIGHT LAW PROTECTS AGAINST REPRODUCTION,

09:20:30  15   ADAPTATION, DISTRIBUTION, OR DISPLAY OF INFRINGING COPES OF THE

09:20:35  16   OWNER'S COPYRIGHTED WORK WITHOUT THE OWNER'S PERMISSION.  AN

09:20:40  17   OWNER MAY ENFORCE THESE RIGHTS TO EXCLUDE OTHERS IN AN ACTION

09:20:44  18   FOR COPYRIGHT INFRINGEMENT.

09:20:51  19        THE COPYRIGHTED WORKS INVOLVED IN THIS TRIAL ARE:

09:20:55  20        1.  CISCO'S FOUR USER INTERFACES FOR IOS, IOS XR, IOS XE,

09:21:03  21   AND NX-OS.

09:21:06  22        2.  CISCO'S TECHNICAL MANUALS.

09:21:09  23        YOU ARE INSTRUCTED THAT A COPYRIGHT MAY BE OBTAINED IN

09:21:13  24   USER INTERFACES AND TECHNICAL MANUALS.

09:21:19  25        COPYRIGHT LAW ALLOWS THE AUTHOR OF AN ORIGINAL WORK TO

09:21:23  1  STOP OTHERS FROM COPYING THE ORIGINAL EXPRESSION IN THE

09:21:28  2  AUTHOR'S WORK.  ONLY THE PARTICULAR EXPRESSION OF AN IDEA CAN

09:21:32  3  BE COPYRIGHTED AND PROTECTED.

09:21:35  4       COPYRIGHT LAW DOES NOT GIVE THE AUTHOR THE RIGHT TO

09:21:38  5  PREVENT OTHERS FROM COPYING OR USING THE UNDERLYING IDEAS

09:21:42  6  CONTAINED IN THE WORK, SUCH AS ANY PROCEDURES, PROCESSES,

09:21:45  7  SYSTEMS, METHODS OF OPERATION, CONCEPTS, PRINCIPLES OR

09:21:51  8  DISCOVERIES.

09:21:58  9       ANYONE WHO COPIES ORIGINAL PROTECTABLE EXPRESSION FROM A

09:22:04  10  COPYRIGHTED WORK DURING THE TERM OF THE COPYRIGHT WITHOUT THE

09:22:08  11  OWNER'S PERMISSION INFRINGES THE COPYRIGHT.

09:22:12  12       CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:22:16  13  EVIDENCE THAT:

09:22:17  14       1.  CISCO IS THE OWNER OF A VALID COPYRIGHT.

09:22:21  15       2.  ARISTA COPIED ORIGINAL, PROTECTABLE EXPRESSION FROM

09:22:24  16  THE COPYRIGHTED WORK.

09:22:29  17       CISCO IS THE OWNER OF VALID COPYRIGHTS IN ITS FOUR USER

09:22:33  18  INTERFACES FOR IOS, IOS XR, IOS XE AND NX-OS AND RELATED

09:22:42  19  DOCUMENTATION IF CISCO PROVES BY A PREPONDERANCE OF THE

09:22:47  20  EVIDENCE THAT:

09:22:48  21       1.  CISCO'S WORKS ARE ORIGINAL.

09:22:51  22       2.  CISCO IS THE AUTHOR OR CREATOR OF THE WORKS, OR THE

09:22:54  23  AUTHOR OR CREATOR ASSIGNED OR EXCLUSIVELY LICENSED THE WORKS TO

09:23:01  24  CISCO.

09:23:05  25       A COPYRIGHT OWNER MAY OBTAIN A CERTIFICATE OF REGISTRATION

09:23:09   1    FROM THE COPYRIGHT OFFICE.  THE EVIDENCE IN THIS CASE INCLUDES

09:23:12   2    26 CERTIFICATES OF COPYRIGHT REGISTRATION FROM THE COPYRIGHT

09:23:15   3    OFFICE FOR CISCO'S COPYRIGHTED WORKS.

09:23:21   4        IF YOU FIND THAT A CERTIFICATE WAS MADE WITHIN FIVE YEARS

09:23:26   5    AFTER FIRST PUBLICATION OF THAT WORK, YOU MAY CONSIDER THAT

09:23:30   6    CERTIFICATE AS EVIDENCE OF THE FACTS STATED IN IT.

09:23:34   7        FROM THE CERTIFICATE, YOU MAY, BUT NEED NOT, CONCLUDE THAT

09:23:38   8    THE WORK IS ORIGINAL AND COPYRIGHTABLE AND THAT CISCO OWNS THE

09:23:43   9    COPYRIGHT IN THAT WORK.

09:23:47   10   AN ORIGINAL WORK MAY INCLUDE OR INCORPORATE ELEMENTS TAKEN

09:23:52   11   FROM PRIOR WORKS, FROM THE PUBLIC DOMAIN, AND/OR WORKS OWNED BY

09:23:58   12   OTHERS WITH THE OWNER'S PERMISSION.  THE ORIGINAL PARTS OF

09:24:03   13   PLAINTIFF'S WORK ARE THE PARTS CREATED:

09:24:05   14       1.  INDEPENDENTLY BY THE WORK'S AUTHOR.  THAT IS, THE

09:24:09   15   AUTHOR DID NOT COPY IT FROM ANOTHER WORK.

09:24:12   16       2.  BY USE OF AT LEAST SOME MINIMAL CREATIVITY.

09:24:17   17       IN COPYRIGHT LAW, THE ORIGINAL PART OF THE WORK NEED NOT

09:24:20   18   BE NEW OR NOVEL.

09:24:25   19       AN OWNER IS ENTITLED TO COPYRIGHT PROTECTION OF A

09:24:29   20   COMPILATION.  A "COMPILATION" IS A WORK FORMED BY THE

09:24:33   21   COLLECTION AND ASSEMBLING OF PRE-EXISTING MATERIALS OR OF DATA

09:24:38   22   THAT ARE SELECTED, COORDINATED, OR ARRANGED IN SUCH A WAY THAT

09:24:43   23   THE RESULTING WORK AS A WHOLE CONSTITUTES AN ORIGINAL WORK OF

09:24:47   24   AUTHORSHIP.

09:24:48   25       THE OWNER OF A COMPILATION MAY ENFORCE THE RIGHT TO

09:24:53  1    EXCLUDE OTHERS IN AN ACTION FOR COPYRIGHT INFRINGEMENT.

09:24:59  2         THE CREATOR OF AN ORIGINAL WORK IS CALLED THE AUTHOR OF

09:25:05  3    THAT WORK.  AN AUTHOR ORIGINATES OR MASTERMINDS THE ORIGINAL

09:25:09  4    WORK CONTROLLING THE WHOLE WORK'S CREATION AND CAUSING IT TO

09:25:12  5    COME INTO BEING.

09:25:13  6         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:16  7    COPYING A WORK MADE FOR HIRE.  A "WORK MADE FOR HIRE" IS ONE

09:25:19  8    THAT IS PREPARED BY AN EMPLOYEE AND IS WITHIN THE SCOPE OF

09:25:23  9    EMPLOYMENT.

09:25:31 10         A COPYRIGHT OWNER IS ENTITLED TO EXCLUDE OTHERS FROM

09:25:35 11    CREATING DERIVATIVE WORKS BASED ON THE OWNER'S COPYRIGHTED

09:25:39 12    WORK.

09:25:40 13         THE TERM DERIVATIVE WORK REFERS TO A WORK BASED ON ONE OR

09:25:43 14    MORE PRE-EXISTING WORKS, SUCH AS A TRANSLATION, MUSICAL

09:25:49 15    ARRANGEMENT, DRAMATIZATION, FICTIONALIZATION, MOTION PICTURE

09:25:53 16    VERSION, SOUND RECORDING, ART REPRODUCTION, ABRIDGEMENT,

09:25:57 17    CONDENSATION, OR ANY OTHER FORM IN WHICH A WORK MAY BE RECAST

09:26:02 18    OR ADAPTED.

09:26:04 19         ACCORDINGLY, THE OWNER OF A COPYRIGHTED WORK IS ENTITLED

09:26:08 20    TO EXCLUDE OTHERS FROM RECASTING OR ADAPTING THE COPYRIGHTED

09:26:12 21    WORK WITHOUT THE OWNER'S PERMISSION.

09:26:18 22         CISCO HAS THE BURDEN OF PROVING BY A PREPONDERANCE OF THE

09:26:20 23    EVIDENCE THAT ARISTA COPIED ORIGINAL, PROTECTED ELEMENTS FROM

09:26:23 24    CISCO'S COPYRIGHTED WORKS.

09:26:26 25         THERE ARE TWO WAYS THAT CISCO CAN MEET ITS BURDEN:

09:26:31  1        FIRST, CISCO MAY ESTABLISH ARISTA'S COPYING THROUGH DIRECT

09:26:37  2   EVIDENCE.  AN EXAMPLE OF DIRECT EVIDENCE WOULD BE AN ADMISSION

09:26:42  3   BY ARISTA THAT PART OR ALL OF THE WORK WAS COPIED.  DIRECT

09:26:49  4   EVIDENCE MAY ALSO BE THE CREDIBLE TESTIMONY OF A WITNESS WHO

09:26:53  5   SAW THE WORK BEING COPIED.

09:26:56  6        ALTERNATIVELY, CISCO MAY SHOW THAT ARISTA COPIED FROM

09:27:01  7   CISCO'S COPYRIGHTED WORKS, THROUGH INDIRECT EVIDENCE BY PROVING

09:27:05  8   BY A PREPONDERANCE OF THE EVIDENCE THAT ONE, ARISTA HAD ACCESS

09:27:10  9   TO CISCO'S COPYRIGHTED WORKS.

09:27:12  10       AND TWO, THERE IS VIRTUAL IDENTITY BETWEEN ARISTA'S WORKS

09:27:17  11  AND THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S WORKS.

09:27:25  12       TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:27:29  13  PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT ARISTA HAD ACCESS

09:27:32  14  TO CISCO'S COPYRIGHTED WORKS.

09:27:36  15       YOU MAY FIND THAT ARISTA HAD ACCESS TO CISCO'S WORKS IF

09:27:40  16  ARISTA HAD A REASONABLE OPPORTUNITY TO VIEW, READ, OR COPY

09:27:44  17  CISCO'S WORKS BEFORE ARISTA'S WORK WAS CREATED.

09:27:51  18       IF YOU FIND THAT ARISTA DID NOT HAVE ACCESS TO CISCO'S

09:27:54  19  WORKS, YOU MAY STILL FIND THAT ARISTA COPIED CISCO'S WORKS IF

09:27:59  20  THERE ARE STRIKING SIMILARITIES BETWEEN THE PROTECTABLE

09:28:02  21  ELEMENTS OF THE WORKS.

09:28:08  22       TO ESTABLISH INDIRECT EVIDENCE OF COPYING, CISCO MUST

09:28:12  23  PROVE VIRTUAL IDENTITY IN TWO STEPS.  VIRTUAL IDENTITY MEANS

09:28:17  24  DIFFERING BY NO MORE THAN A TRIVIAL DEGREE.

09:28:22  25       FIRST, CISCO MUST PROVE THAT THERE IS VIRTUAL IDENTITY

09:28:28  1    BETWEEN THE ORIGINAL PROTECTED ELEMENTS OF CISCO'S COPYRIGHTED

09:28:31  2    WORKS AND THE CORRESPONDING ELEMENTS OF ARISTA'S WORKS THAT

09:28:36  3    CISCO CLAIMS ARISTA COPIED.

09:28:39  4         IN MAKING THIS COMPARISON, YOU MAY FIND ANY OF THE

09:28:43  5    FOLLOWING ELEMENTS OF CISCO'S WORKS PROTECTED AS A COMPILATION

09:28:51  6    IF YOU FIND THEY ARE ORIGINAL.

09:28:54  7         1.  THE SELECTION AND ARRANGEMENT OF CISCO'S MULTIWORD

09:28:57  8    COMMAND LINE EXPRESSIONS.

09:28:59  9         2.  THE SELECTION AND ARRANGEMENT OF CISCO'S MODES AND

09:29:02  10   PROMPTS.

09:29:02  11        3.  THE COLLECTION OF CISCO'S SCREEN RESPONSES AND

09:29:07  12   OUTPUTS.

09:29:07  13        4.  THE COLLECTION OF CISCO'S HELP DESCRIPTIONS.

09:29:11  14        5.  CISCO'S USER INTERFACES AS A WHOLE AS COMPILATIONS OF

09:29:17  15   ELEMENTS 1 THROUGH 4.

09:29:19  16        6.  EACH OF CISCO'S TECHNICAL MANUALS.

09:29:25  17        IN MAKING THIS COMPARISON, YOU SHOULD NOT CONSIDER THE

09:29:28  18   FOLLOWING ELEMENTS WHICH ARE NOT PROTECTABLE:

09:29:30  19        1.  INDIVIDUAL WORDS USED IN ANY OF THE ASSERTED ELEMENTS.

09:29:36  20        2.  ANY SINGLE MULTIWORD COMMAND.

09:29:38  21        3.  THE IDEA OR METHOD OF GROUPING OR CLUSTERING COMMANDS

09:29:42  22   UNDER COMMON INITIAL WORDS, SUCH AS SHOW OR IP.

09:29:54  23        4.  ANY COMMAND HIERARCHY.

09:29:56  24        5.  SPECIFIC MODES AND SPECIFIC PROMPTS.

09:29:59  25        6.  THE IDEA OF A SET PATH WAY THROUGH A SERIES OF MODES.

09:30:03  1          7.  THE IDEA OF MAKING CERTAIN COMMANDS AVAILABLE ONLY IN

09:30:07  2    CERTAIN MODES.

09:30:12  3          8.  USE OF COMMAND SYNTAX SUCH AS VERB, OBJECT,

09:30:17  4    PARAMETERS.

09:30:17  5          THE CHOICE -- I'M SORRY.

09:30:20  6          9.  THE CHOICE OF USING A TEXT-BASED USER INTERFACE.

09:30:24  7          10.  THE IDEA OF USING MULTIWORD COMMAND EXPRESSIONS TO

09:30:28  8    MANAGE OR CONFIGURE A DEVICE.

09:30:31  9          11.  THE FUNCTION OF ANY ASSERTED FEATURE.

09:30:36  10         12.  THE USE OF "?" TO CALL UP HELP DESCRIPTIONS.

09:30:42  11         13.  INDIVIDUAL HELP DESCRIPTION PHRASES.

09:30:50  12         14.  COMMAND PREFIXES THAT THE USER INTERFACE AUTO

09:30:53  13   COMPLETES.

09:30:54  14         15.  TAB COMPLETIONS.

09:30:57  15         IF CISCO PROVES VIRTUAL IDENTITY BETWEEN THE RELEVANT

09:31:03  16   PROTECTED ELEMENTS, IT MUST ALSO PROVE THAT AN ORDINARY,

09:31:07  17   REASONABLE OBSERVER WOULD FIND THE TOTAL CONCEPT AND FEEL OF

09:31:11  18   ITS COPYRIGHTED WORKS AS A WHOLE TO BE VIRTUALLY IDENTICAL TO

09:31:15  19   ARISTA'S CHALLENGED WORKS AS A WHOLE.

09:31:19  20         IN MAKING THAT COMPARISON, YOU SHOULD NOT CONSIDER

09:31:22  21   ELEMENTS THAT ARE NOT ORIGINAL OR ARE NOT PROTECTABLE.

09:31:27  22         AS I PREVIOUSLY INSTRUCTED YOU, CISCO'S WORKS AS A WHOLE

09:31:31  23   ARE ITS FOUR USER INTERFACES ASSOCIATED WITH ITS FOUR OPERATING

09:31:37  24   SYSTEMS, AS WELL AS EACH OF CISCO'S ASSERTED TECHNICAL MANUALS.

09:31:44  25         ARISTA'S WORKS, AS A WHOLE, ARE THE USER INTERFACES FOR

09:31:47  1    EACH OF THE ACCUSED ARISTA OPERATING SYSTEMS AS WELL AS EACH OF

09:31:52  2    ARISTA'S ACCUSED TECHNICAL MANUALS.

09:31:58  3        IF YOU CONCLUDE THAT CISCO HAS PROVEN, WHETHER BY DIRECT

09:32:03  4    OR INDIRECT EVIDENCE, THAT ARISTA COPIED ORIGINAL, PROTECTED

09:32:06  5    ELEMENTS OF CISCO'S WORKS, YOU MUST THEN DETERMINE WHETHER THAT

09:32:12  6    COPYING WAS GREATER THAN DE MINIMUS, THAT IS MORE THAN A

09:32:19  7    TRIVIAL AMOUNT OF CISCO'S WORKS AS A WHOLE.

09:32:22  8        IN MAKING THIS DETERMINATION, YOU SHOULD CONSIDER THE

09:32:25  9    QUALITATIVE AS WELL AS THE QUANTITATIVE SIGNIFICANCE OF THE

09:32:29  10   COPIED PORTION IN RELATION TO CISCO'S WORKS AS A WHOLE.

09:32:37  11       NOW I WILL EXPLAIN WHAT "FAIR USE" MEANS UNDER THE LAW.

09:32:42  12       FOR ARISTA'S FAIR USE DEFENSE.

09:32:45  13       ONE WHO IS NOT THE OWNER OF A COPYRIGHT MAY USE A

09:32:49  14   COPYRIGHTED WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES

09:32:53  15   WITHOUT THE CONSENT OF THE COPYRIGHT OWNER IF IT WOULD ADVANCE

09:32:57  16   THE PUBLIC INTEREST.  SUCH USE OF A COPYRIGHTED WORK IS CALLED

09:33:06  17   A FAIR USE.

09:33:07  18       THE OWNER OF A COPYRIGHT CANNOT PREVENT OTHERS FROM MAKING

09:33:11  19   A FAIR USE OF THE OWNER'S COPYRIGHTED WORKS.

09:33:14  20       IN DETERMINING WHETHER THE USE MADE OF THE WORK WAS FAIR,

09:33:18  21   YOU SHOULD CONSIDER THE FOLLOWING FACTORS.

09:33:21  22       1.  THE PURPOSE AND CHARACTER OF THE USE.

09:33:25  23       2.  THE NATURE OF THE COPYRIGHTED WORK.

09:33:28  24       3.  THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN

09:33:34  25   RELATION TO THE COPYRIGHTED WORK AS A WHOLE.

09:33:38  1          4.  THE EFFECT OF THE USE UPON THE POTENTIAL MARKET FOR OR

09:33:42  2     VALUE OF THE COPYRIGHTED WORK.

09:33:45  3          IF YOU FIND THAT ARISTA HAS PROVED BY A PREPONDERANCE OF

09:33:48  4     THE EVIDENCE THAT IT MADE A FAIR USE OF CISCO'S WORK, YOUR

09:33:51  5     VERDICT SHOULD BE FOR ARISTA.

09:34:01  6          THE FIRST STATUTORY FACTOR CONCERNS THE PURPOSE AND

09:34:03  7     CHARACTER OF THE ACCUSED USE.

09:34:05  8          THIS FACTOR INCLUDES THREE ISSUES.  WHETHER AND TO WHAT

09:34:11  9     EXTENT THE ACCUSED USE SERVES A COMMERCIAL PURPOSE, WHICH

09:34:15  10    WEIGHS AGAINST FAIR USE, VERSUS A NONPROFIT EDUCATIONAL

09:34:19  11    PURPOSE, WHICH WEIGHS IN FAVOR OF FAIR USE;

09:34:23  12         AND TWO, WHETHER AND TO WHAT EXTENT THE ACCUSED WORK IS

09:34:29  13    TRANSFORMATIVE, WHICH SUPPORTS FAIR USE.

09:34:32  14         A USE IS TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A

09:34:38  15    FURTHER PURPOSE OR DIFFERENT CHARGE, ALTERING THE FIRST USE

09:34:42  16    WITH NEW EXPRESSION, MEANING, OR MESSAGE, RATHER THAN MERELY

09:34:47  17    SUPERSEDING THE OBJECTS OF THE ORIGINAL CREATION.

09:34:52  18         NEW WORKS HAVE BEEN FOUND TRANSFORMATIVE WHEN THEY USE

09:34:56  19    COPYRIGHTED MATERIAL FOR PURPOSES DISTINCT FROM THE PURPOSE OF

09:35:00  20    THE ORIGINAL MATERIAL.

09:35:02  21         A USE IS CONSIDERED TRANSFORMATIVE ONLY WHEN THE DEFENDANT

09:35:07  22    CHANGES THE PLAINTIFF'S COPYRIGHTED WORK OR USES COPYRIGHTED

09:35:11  23    ELEMENTS FOR A DIFFERENT PURPOSE, SUCH AS THE ORIGINAL WORK IS

09:35:16  24    TRANSFORMED INTO A NEW CREATION.

09:35:19  25         IN EVALUATING THE FIRST STATUTORY FACTOR, THE EXTENT OF

09:35:23  1    THE COMMERCIAL NATURE OF THE ACCUSED WORK MUST ALSO BE

09:35:26  2    CONSIDERED.  COMMERCIAL USE WEIGHS AGAINST A FINDING OF FAIR

09:35:31  3    USE.  HOWEVER, THE MORE TRANSFORMATIVE THE NEW WORK, THE LESS

09:35:36  4    WILL BE THE SIGNIFICANCE OF OTHER FACTORS, LIKE COMMERCIALISM,

09:35:41  5    THAT MAY WEIGH AGAINST A FINDING OF FAIR USE.

09:35:45  6        FINALLY, ALSO RELEVANT TO THE FIRST STATUTORY FACTOR IS

09:35:50  7    THE PROPRIETY OF ARISTA'S CONDUCT.

09:35:56  8        THE SECOND STATUTORY FACTOR IS THE NATURE OF THE

09:35:59  9    COPYRIGHTED WORK.  THIS FACTOR CONSIDERS THE EXTENT TO WHICH

09:36:03  10   THE WORK IS INFORMATIONAL OR CREATIVE.  THIS FACTOR WEIGHS

09:36:07  11   AGAINST FAIR USE IF THE WORK IS PURELY CREATIVE AND IT WEIGHS

09:36:12  12   IN FAVOR OF FAIR USE IF THE WORK IS PURELY INFORMATIONAL OR

09:36:16  13   FUNCTIONAL.

09:36:17  14       BUT LIKE ALL THINGS IN LIFE, MOST CASES FALL ON A SPECTRUM

09:36:22  15   IN BETWEEN INFORMATIONAL AND CREATIVE.  YOU MUST CONSIDER WHERE

09:36:26  16   ON THIS SPECTRUM THE WORKS IN THIS CASE FALL.

09:36:33  17       THE THIRD STATUTORY FACTOR IS THE AMOUNT AND

09:36:37  18   SUBSTANTIALITY OF THE PORTION USED IN RELATIONSHIP TO THE

09:36:41  19   COPYRIGHTED WORK AS A WHOLE, WHICH CONCERNS HOW MUCH OF THE

09:36:47  20   OVERALL COPYRIGHTED WORK WAS USED BY THE ACCUSED INFRINGER.

09:36:51  21       ANALYSIS OF THIS FACTOR IS VIEWED IN THE CONTEXT OF

09:36:55  22   CISCO'S COPYRIGHTED WORKS, WHICH ARE THE FOUR USER INTERFACES

09:37:00  23   OF IOS, IOS XR, IOS XE AND NX-OS.  THE FACT, IF TRUE, THAT A

09:37:09  24   SUBSTANTIAL PORTION OF AN INFRINGING WORK WAS COPIED VERBATIM,

09:37:13  25   IS EVIDENCE OF THE QUALITATIVE VALUE OF THE COPIED MATERIAL,

09:37:17   1   BOTH TO THE ORIGINATOR AND TO WHOEVER SEEKS TO PROFIT FROM

09:37:22   2   MARKETING SOMEONE ELSE'S COPYRIGHTED WORK.

09:37:26   3        WHOLESALE COPYING DOES NOT PRECLUDE FAIR USE PER SE, BUT

09:37:30   4   IT MILITATES AGAINST A FINDING OF FAIR USE.  EVEN A SMALL PART

09:37:35   5   MAY BE QUALITATIVELY THE MOST IMPORTANT PART OF THE WORK.

09:37:40   6        IF, HOWEVER, THE SECONDARY USER ONLY COPIES AS MUCH AS IS

09:37:45   7   NECESSARY FOR A TRANSFORMATIVE USE, THEN THIS FACTOR WILL NOT

09:37:49   8   WEIGH AGAINST HIM OR HER.  THE EXTENT OF PERMISSIBLE COPYING

09:37:54   9   VARIES WITH THE PURPOSE AND CHARACTER OF THE USE, WHICH RELATES

09:37:58   10  BACK TO THE FIRST FACTOR.

09:38:01   11       IN ASSESSING THIS THIRD FACTOR, BOTH THE QUANTITY OF THE

09:38:08   12  MATERIAL USED OR THE QUALITY OR IMPORTANCE OF THE MATERIAL

09:38:10   13  SHOULD BE CONSIDERED.

09:38:14   14       THE FOURTH STATUTORY FACTOR IS THE EFFECT OF THE ACCUSED

09:38:19   15  INFRINGER'S USE ON THE POTENTIAL MARKET FOR OR VALUE OF THE

09:38:23   16  COPYRIGHTED WORK.  THIS FACTOR MILITATES AGAINST FAIR USE IF

09:38:28   17  THE ACCUSED USE MATERIALLY IMPAIRS THE COPYRIGHTABILITY OR

09:38:41   18  VALUE OF THE COPYRIGHTED WORK.

09:38:43   19       THIS IS THE MOST IMPORTANT FACTOR, BUT IT MUST BE WEIGHED

09:38:45   20  WITH ALL THE OTHER FACTORS AND IS IT NOT NECESSARILY

09:38:50   21  DISPOSITIVE.

09:38:51   22       THIS FACTOR CONSIDERS WHETHER THE ACCUSED WORK IS OFFERED

09:38:53   23  OR USED AS A SUBSTITUTE FOR THE ORIGINAL COPYRIGHTED WORK.

09:38:58   24       THIS FACTOR CONSIDERS NOT ONLY THE EXTENT OF ANY MARKET

09:39:01   25  HARM CAUSED BY THE ACCUSED INFRINGER'S ACTIONS BUT ALSO WHETHER

09:39:04  1    UNRESTRICTED AND WIDESPREAD USE OF THE COPYRIGHTED MATERIALS OF

09:39:08  2    THE SORT ENGAGED IN BY THE ACCUSED INFRINGER WOULD RESULT IN A

09:39:12  3    SUBSTANTIALLY ADVERSE IMPACT ON THE POTENTIAL MARKET FOR THE

09:39:20  4    COPYRIGHTED WORK.

09:39:22  5         IF THE USE OF THE COPYRIGHTED MATERIALS IS TRANSFORMATIVE,

09:39:27  6    MARKET SUBSTITUTION IS AT LEAST LESS CERTAIN, AND MARKET HARM

09:39:32  7    MAY NOT BE PRESUMED.

09:39:37  8         YOU MUST CONSIDER EACH OF THE FACTORS I HAVE JUST

09:39:39  9    IDENTIFIED TO DETERMINE WHETHER OR NOT ARISTA HAS CARRIED ITS

09:39:43  10   BURDEN OF PROVING THAT ARISTA'S USE OF CISCO'S COPYRIGHTED WORK

09:39:48  11   IS FAIR USE.  NO ONE OF THESE FACTORS IS DETERMINATIVE OF THE

09:39:55  12   ISSUE OF FAIR USE BY ITSELF.  SOME FACTORS MAY WEIGH IN FAVOR

09:39:59  13   OF FINDING FAIR USE AND SOME MAY WEIGH AGAINST A FINDING OF

09:40:02  14   FAIR USE.

09:40:03  15        IN ADDITION, EACH FACTOR IS NOT ALWAYS ENTITLED TO EQUAL

09:40:08  16   WEIGHT.  THIS IS NOT A COUNTING EXERCISE WHERE THREE FACTORS IN

09:40:13  17   FAVOR OF FAIR USE ALWAYS OUTWEIGH ONE FACTOR AGAINST FAIR USE.

09:40:19  18        MOREOVER, THESE ARE NOT THE ONLY FACTORS YOU MAY CONSIDER.

09:40:23  19   IN DECIDING WHETHER TO CONSIDER ANY OTHER FACTORS BASED ON THE

09:40:31  20   EVIDENCE AND CIRCUMSTANCES PRESENTED TO YOU IN THIS CASE, YOU

09:40:33  21   SHOULD BE GUIDED BY THE POLICY UNDERLYING THE FAIR USE

09:40:37  22   DOCTRINE, WHICH IS TO PERMIT LIMITED COPYING FROM COPYRIGHTED

09:40:40  23   WORKS IN SPECIFIC CIRCUMSTANCES THAT AUTHORS REASONABLY EXPECT

09:40:44  24   AND THAT ALLOW PRODUCTIVE USE OF WORK WITHOUT UNFAIRLY

09:40:53  25   UNDERMINING THE PROTECTION AFFORDED BY COPYRIGHT LAW.

09:41:00  1        AFFIRMATIVE DEFENSE OF MERGER.

09:41:02  2        TO SHOW THAT CISCO'S COPYRIGHTED WORKS ARE SUBJECT TO

09:41:06  3    MERGER, ARISTA MUST SHOW THAT AT THE TIME CISCO CREATED THE

09:41:11  4    WORKS, CISCO HAD ONLY ONE WAY OR VERY FEW WAYS TO EXPRESS THE

09:41:17  5    IDEAS UNDERLYING THE ELEMENTS OF CISCO'S COPYRIGHTED USER

09:41:21  6    INTERFACES OR TECHNICAL MANUALS.  MATERIAL IN AN ORIGINAL WORK,

09:41:27  7    EVEN MATERIAL THAT SERVES A FUNCTION, IS NOT SUBJECT TO MERGER

09:41:33  8    AS LONG AS THE AUTHOR HAD MORE THAN A FEW WAYS TO EXPRESS THE

09:41:37  9    UNDERLYING IDEA.

09:41:38  10        ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:41:41  11   PREPONDERANCE OF THE EVIDENCE.

09:41:48  12        AFFIRMATIVE DEFENSE OF SCÈNES À FAIRE.

09:41:50  13        SCÈNES À FAIRE IS AN AFFIRMATIVE DEFENSE TO COPYRIGHT

09:41:54  14   INFRINGEMENT.

09:41:56  15        TO SHOW THAT PORTIONS OF CISCO'S USER INTERFACES ARE

09:42:00  16   SCÈNES À FAIRE MATERIAL, ARISTA MUST SHOW THAT AT THE TIME

09:42:03  17   CISCO CREATED THE USER INTERFACES, NOT AT THE TIME OF ANY

09:42:07  18   COPYING, EXTERNAL FACTORS OTHER THAN CISCO'S CREATIVITY

09:42:13  19   DICTATED THAT CISCO SELECT, ARRANGE, ORGANIZE AND DESIGN ITS

09:42:19  20   ORIGINAL FEATURES IN A MANNER IT DID.

09:42:21  21        THE SCÈNES À FAIRE DOCTRINE DEPENDS UPON THE CIRCUMSTANCES

09:42:25  22   PRESENTED TO THE CREATOR AT THE TIME OF CREATION, NOT THE

09:42:29  23   CIRCUMSTANCES PRESENTED TO THE COPIER AT THE TIME IT COPIED.

09:42:34  24        ARISTA HAS THE BURDEN OF PROVING THIS DEFENSE BY A

09:42:37  25   PREPONDERANCE OF THE EVIDENCE.

09:42:40  1          AFFIRMATIVE DEFENSE OF COPYRIGHT MISUSE.

09:42:43  2          ARISTA CLAIMS IT IS NOT LIABLE FOR COPYRIGHT INFRINGEMENT

09:42:48  3   BECAUSE CISCO MISUSED ITS COPYRIGHTS.

09:42:51  4          WHILE THE COPYRIGHT ACT GIVES A COPYRIGHT OWNER A LIMITED

09:42:56  5   MONOPOLY IN A COPYRIGHTED WORK, THE OWNER'S ATTEMPTS TO EXTEND

09:42:59  6   THE SCOPE OF THIS MONOPOLY MAY NOT, UNDER CERTAIN

09:43:04  7   CIRCUMSTANCES, CONSTITUTE MISUSE.

09:43:07  8          I'M SORRY, LET ME REREAD THAT.

09:43:10  9          WHILE THE COPYRIGHT ACT GIVES A COPYRIGHT OWNER A LIMITED

09:43:12  10  MONOPOLY IN A COPYRIGHTED WORK, THE OWNER'S ATTEMPT TO EXTEND

09:43:17  11  THE SCOPE OF THIS MONOPOLY MAY, UNDER CERTAIN CIRCUMSTANCES,

09:43:21  12  CONSTITUTE MISUSE.

09:43:23  13         IF YOU FIND THAT CISCO MISUSED ITS COPYRIGHTS, IT CANNOT

09:43:27  14  ASSERT AN INFRINGEMENT CLAIM AGAINST ARISTA.

09:43:31  15         TO PREVAIL UPON ITS CLAIM THAT CISCO MISUSED ITS

09:43:36  16  COPYRIGHTS, ARISTA MUST PROVE THAT CISCO ATTEMPTED TO USE THE

09:43:41  17  EXISTENCE OF ITS COPYRIGHTS TO PREVENT ARISTA FROM USING

09:43:46  18  UNPROTECTED ELEMENTS OF THE COPYRIGHTED WORK, OR TO PREVENT

09:43:54  19  ARISTA FROM UNDER TAKING ACTIVITY SAVE GUARDED BY PUBLIC

09:43:57  20  POLICY, SUCH AS THE POLICIES SUPPORTING FAIR USE.

09:44:00  21         ARISTA HAS THE BURDEN OF PROOF TO ESTABLISH CISCO'S

09:44:02  22  COPYRIGHT MISUSE BY A PREPONDERANCE OF THE EVIDENCE.

09:44:08  23         AFFIRMATIVE DEFENSE OF ABANDONMENT.

09:44:11  24         ARISTA CONTENDS THAT A COPYRIGHT DOES NOT EXIST IN CISCO'S

09:44:15  25  WORKS BECAUSE CISCO ABANDONED THE COPYRIGHTS.  CISCO CANNOT

09:44:20  1    CLAIM OWNERSHIP OF THE COPYRIGHT IF IT WAS ABANDONED.

09:44:24  2        IN ORDER TO SHOW ABANDONMENT, ARISTA HAS THE BURDEN OF

09:44:28  3    PROVING EACH OF THE FOLLOWING BY A PREPONDERANCE OF THE

09:44:32  4    EVIDENCE:

09:44:32  5        1.  CISCO INTENDED TO SURRENDER RIGHTS IN THE WORK.

09:44:37  6        2.  AN ACT BY CISCO EVIDENCING THAT INTENT.

09:44:41  7        MERE INACTION DOES NOT CONSTITUTE ABANDONMENT OF THE

09:44:45  8    COPYRIGHT.  HOWEVER, THIS MAY BE A FACTOR FOR YOU TO CONSIDER

09:44:49  9    IN DETERMINING WHETHER CISCO HAS ABANDONED THE COPYRIGHT.

09:44:58  10       IT IS THE DUTY OF THE COURT TO INSTRUCT YOU ABOUT THE

09:45:01  11   MEASURE OF DAMAGES.  BY INSTRUCTING YOU ON DAMAGES, THE COURT

09:45:05  12   DOES NOT MEAN TO SUGGEST FOR WHICH PARTY YOUR VERDICT SHOULD BE

09:45:10  13   RENDERED.

09:45:11  14       IF YOU FIND FOR CISCO ON ITS COPYRIGHT INFRINGEMENT CLAIM,

09:45:16  15   YOU MUST DETERMINE CISCO'S DAMAGES.

09:45:19  16       CISCO IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED

09:45:22  17   AS A RESULT OF THE INFRINGEMENT.  IN ADDITION, CISCO IS ALSO

09:45:28  18   ENTITLED TO RECOVER ANY OF ARISTA'S PROFITS ATTRIBUTABLE TO THE

09:45:33  19   INFRINGEMENT, TO THE EXTENT YOU DID NOT ALREADY ACCOUNT FOR

09:45:38  20   THOSE PROFITS IN DETERMINING CISCO'S ACTUAL DAMAGES.

09:45:42  21       CISCO MUST PROVE ITS DAMAGES BY A PREPONDERANCE OF THE

09:45:47  22   EVIDENCE.  IT IS FOR YOU TO DETERMINE WHAT DAMAGES, IF ANY,

09:45:51  23   HAVE BEEN PROVED.  YOUR AWARD MUST BE BASED UPON EVIDENCE AND

09:45:55  24   NOT UPON SPECULATION, GUESSWORK OR CONJECTURE.

09:46:05  25       CISCO IS ENTITLED TO RECOVER THE ACTUAL DAMAGES SUFFERED

09:46:08  1    AS A RESULT OF ARISTA'S INFRINGEMENT.  ACTUAL DAMAGES MEANS THE

09:46:13  2    AMOUNT OF MONEY ADEQUATE TO COMPENSATE THE COPYRIGHT OWNER FOR

09:46:17  3    THE REDUCTION IN THE FAIR MARKET VALUE OF THE COPYRIGHTED WORK

09:46:23  4    CAUSED BY THE INFRINGEMENT.

09:46:25  5         ACTUAL DAMAGES MAY BE MEASURED BY THE PROFITS OF THE

09:46:29  6    COPYRIGHT OWNER LOST DUE TO THE INFRINGEMENT REFERRED TO AS

09:46:34  7    LOST PROFITS.

09:46:35  8         IN THIS CASE, ACTUAL DAMAGES IN THE FORM OF LOST PROFITS

09:46:38  9    ARE THE AMOUNT THAT CISCO WOULD HAVE EARNED BUT FOR ARISTA'S

09:46:42  10   INFRINGEMENT.

09:46:47  11        IN ADDITION TO ACTUAL DAMAGES, CISCO IS ENTITLED TO ANY

09:46:51  12   PROFITS OF ARISTA'S ATTRIBUTABLE TO THE INFRINGEMENT.  YOU MAY

09:46:58  13   NOT INCLUDE IN AN AWARD OF PROFITS, ANY AMOUNT THAT YOU TOOK

09:47:03  14   INTO ACCOUNT IN DETERMINING ACTUAL DAMAGES.  YOU MAY MAKE AN

09:47:08  15   AWARD OF ARISTA'S PROFITS ONLY IF YOU FIND THAT CISCO SHOWED A

09:47:11  16   CAUSAL RELATIONSHIP BETWEEN THE PROFITS IT SEEKS AND THE

09:47:17  17   COPYRIGHT INFRINGEMENT.

09:47:19  18        IN THIS CASE, BECAUSE CISCO SEEKS ONLY DIRECT PROFITS,

09:47:24  19   CISCO MAY SATISFY ITS BURDEN BY SHOWING THAT THE PROFITS IT

09:47:28  20   SEEKS TO RECOVER DERIVED DIRECTLY FROM THE SALES OF THE

09:47:33  21   INFRINGING PRODUCTS.

09:47:35  22        ARISTA'S GROSS REVENUE IS ALL OF ARISTA'S REVENUE DIRECTLY

09:47:39  23   FROM THE SALE OF ANY PRODUCTS CONTAINING OR USING CISCO'S

09:47:44  24   COPYRIGHTED WORKS.

09:47:46  25        CISCO HAS THE BURDEN OF PROVING ARISTA'S GROSS REVENUE BY

09:47:49  1      A PREPONDERANCE OF THE EVIDENCE.

09:47:52  2          IF CISCO ESTABLISHES A CAUSAL RELATIONSHIP BETWEEN THE

09:47:56  3      PROFITS IT SEEKS AND THE INFRINGEMENT, THE BURDEN SHIFTS TO

09:48:00  4      ARISTA TO PROVE DEDUCTIBLE EXPENSES AND THE PORTION OF ITS

09:48:04  5      PROFITS ATTRIBUTABLE TO FACTORS OTHER THAN INFRINGING THE

09:48:08  6      COPYRIGHTED WORK.

09:48:10  7          DEDUCTIBLE EXPENSES ARE THE PORTION OF ARISTA'S OPERATING

09:48:15  8      COSTS, OVER HEAD COSTS, AND PRODUCTION COSTS, INCURRED BY

09:48:19  9      ARISTA IN PRODUCING ARISTA'S CROSS REVENUE FROM THE INFRINGING

09:48:23  10     PRODUCTS.

09:48:24  11         ARISTA HAS THE BURDEN OF PROVING ITS EXPENSES BY A

09:48:28  12     PREPONDERANCE OF THE EVIDENCE.

09:48:30  13         UNLESS YOU FIND THAT A PORTION OF THE PROFITS FROM THE

09:48:34  14     SALE OF A PRODUCT CONTAINING OR USING CISCO'S COPYRIGHTED WORKS

09:48:37  15     IS ATTRIBUTABLE TO FACTORS OTHER THAN THE COPYRIGHTED WORKS,

09:48:43  16     ALL OF THE PROFIT IS TO BE ATTRIBUTED TO THE INFRINGEMENT.

09:48:47  17         ARISTA'S PROFITS DO NOT NEED TO BE CALCULATED WITH

09:48:51  18     MATHEMATICAL OR ABSOLUTE EXACTNESS BY EITHER CISCO OR ARISTA.

09:48:56  19     THE LAW REQUIRES ONLY A REASONABLE APPROXIMATION OF AN

09:49:00  20     INFRINGER'S PROFITS AS A BASIS FOR DETERMINING THE PROPER

09:49:04  21     AMOUNT OF DAMAGES.

09:49:13  22         I'M GOING TO MOVE ON TO THE PATENT CLAIM.

09:49:16  23         BEFORE YOU DECIDE WHETHER ARISTA HAS INFRINGED THE CLAIMS

09:49:19  24     OF THE PATENT, YOU WILL NEED TO UNDERSTAND THE PATENT CLAIMS.

09:49:24  25     THE PATENT CLAIMS ARE NUMBERED SENTENCES AT THE END OF THE

09:49:27  1    PATENT THAT DESCRIBE THE BOUNDARIES OF THE PATENT'S PROTECTION.

09:49:33  2         IT IS MY JOB AS JUDGE TO EXPLAIN TO YOU THE MEANING OF ANY

09:49:38  3    LANGUAGE IN THE CLAIMS THAT NEEDS INTERPRETATION.

09:49:42  4         I HAVE INTERPRETED THE MEANING OF SOME OF THE LANGUAGE IN

09:49:45  5    THE PATENT CLAIMS INVOLVED IN THIS CASE.  YOU MUST ACCEPT THOSE

09:49:49  6    INTERPRETATIONS AS CORRECT.

09:49:52  7         THESE INTERPRETATIONS WERE HANDED TO YOU AT THE START OF

09:49:55  8    THE TRIAL.  FOR ANY CLAIM TERM FOR WHICH I HAVE NOT PROVIDED

09:50:00  9    YOU A DEFINITION, YOU SHOULD APPLY THE PLAIN AND ORDINARY

09:50:05  10   MEANING OF THAT AS UNDERSTOOD BY ONE OF ORDINARY SKILL IN THE

09:50:10  11   ART.

09:50:11  12        MY INTERPRETATION OF THE LANGUAGE SHOULD NOT BE TAKEN AS

09:50:14  13   AN INDICATION THAT I HAVE A VIEW REGARDING THE ISSUE OF

09:50:18  14   INFRINGEMENT.  THE DECISION REGARDING INFRINGEMENT IS YOURS TO

09:50:22  15   MAKE.

09:50:23  16        I HAVE MADE THE FOLLOWING CLAIM INTERPRETATIONS OF TERMS

09:50:27  17   FOUND IN THE ASSERTED CLAIMS.

09:50:32  18        FOR THE PHRASE "MANAGEMENT PROGRAMS" IN THE '526 PATENT

09:50:35  19   CLAIMS, I INSTRUCT YOU TO INTERPRET THAT TO MEAN THE FOLLOWING:

09:50:40  20        "TOOLS OR AGENTS CONFIGURED TO EXECUTE USER-DIRECTED

09:50:45  21   COMMANDS HAVING THEIR OWN RESPECTIVE COMMAND FORMATS THAT

09:50:50  22   PROVIDE MANAGEMENT FUNCTIONS."

09:50:54  23        FOR THE PHRASE "GENERIC COMMAND" IN THE '526 PATENT

09:50:57  24   CLAIMS, I INSTRUCT YOU TO INTERPRET THAT TO MEAN THE FOLLOWING:

09:51:02  25        "COMMAND THAT PROVIDES AN ABSTRACTION OF THE TOOL-SPECIFIC

09:51:07  1     COMMAND FORMATS AND SYNTAX, ENABLING A USER TO ISSUE THE

09:51:11  2     COMMAND BASED ON THE RELATIVE FUNCTIONS AS OPPOSED TO THE

09:51:14  3     SPECIFIC SYNTAX FOR A CORRESPONDING TOOL."

09:51:19  4        FOR THE PHRASE "COMMAND PARSE TREE" IN THE '526 PATENT

09:51:24  5     CLAIMS, I INSTRUCT YOU TO INTERPRET THAT TO MEAN THE FOLLOWING.

09:51:29  6        "A HIERARCHICAL DATA STRUCTURE."

09:51:32  7        THE FOLLOWING PHRASE APPEARS IN CERTAIN CLAIMS OF THE '526

09:51:41  8     PATENT.  "THE COMMAND PARSE TREE HAVING ELEMENTS EACH

09:51:43  9     SPECIFYING AT LEAST ONE CORRESPONDING GENERIC COMMAND COMPONENT

09:51:47 10     AND A CORRESPONDING AT LEAST ONE COMMAND ACTION VALUE."

09:51:52 11        WITHIN THAT PHRASE, FOR THE TERM "COMMAND ACTION VALUE," I

09:51:56 12     INSTRUCT YOU TO INTERPRET THAT TO MEAN, "A VALUE THAT

09:51:58 13     IDENTIFIES A PRESCRIBED COMMAND."

09:52:06 14        FOR THE LARGER PHRASE, I INSTRUCT YOU TO INTERPRET IT TO

09:52:09 15     MEAN "THE COMMAND PARSE TREE, HAVING ELEMENTS SUCH THAT EACH

09:52:13 16     ELEMENT SPECIFIES AT LEAST ONE COMMAND ACTION VALUE FOR EACH

09:52:19 17     GENERIC COMMAND COMPONENT."

09:52:25 18        I WILL NOW INSTRUCT YOU ON THE RULES YOU MUST FOLLOW IN

09:52:27 19     DECIDING WHETHER CISCO HAS PROVEN THAT ARISTA HAS INFRINGED ONE

09:52:30 20     OR MORE OF THE ASSERTED CLAIMS OF THE '526 PATENT.

09:52:35 21        TO PROVE INFRINGEMENT OF ANY CLAIM, CISCO MUST PERSUADE

09:52:38 22     YOU THAT IT IS MORE LIKELY THAN NOT THAT ARISTA HAS INFRINGED

09:52:48 23     THAT CLAIM.

09:52:50 24        A PATENT'S CLAIMS DEFINE WHAT IS COVERED BY THE PATENT.  A

09:52:52 25     PRODUCT OR METHOD DIRECTLY INFRINGES A PATENT IF IT IS COVERED

09:52:56   1    BY AT LEAST ONE CLAIM OF THE PATENT.

09:52:59   2         DECIDING WHETHER A CLAIM HAS BEEN DIRECTLY INFRINGED IS A

09:53:02   3    TWO-STEP PROCESS.  THE FIRST STEP IS TO DECIDE THE MEANING OF

09:53:06   4    THE PATENT CLAIM.  I HAVE ALREADY MADE THIS DECISION AND I HAVE

09:53:11   5    ALREADY INSTRUCTED YOU AS TO THE MEANING OF THE ASSERTED PATENT

09:53:15   6    CLAIMS.

09:53:16   7         THE SECOND STEP IS TO DECIDE WHETHER ARISTA HAS MADE,

09:53:21   8    USED, SOLD, OFFERED FOR SALE, OR IMPORTED WITHIN THE UNITED

09:53:25   9    STATES, A PRODUCT OR SERVICE COVERED BY A CLAIM OF THE '526

09:53:29  10    PATENT.  IF IT HAS, IT INFRINGES.  YOU, THE JURY, MAKE THIS

09:53:33  11    DECISION.

09:53:36  12         YOU MUST DECIDE EACH OF THE ASSERTED CLAIMS OF THE PATENT

09:53:39  13    INDIVIDUALLY, AND DECIDE WHETHER ARISTA'S PRODUCTS OR SERVICES

09:53:43  14    INFRINGE THAT CLAIM.  YOU HAVE HEARD EVIDENCE ABOUT BOTH

09:53:47  15    CISCO'S COMMERCIAL PRODUCTS AND ARISTA'S ACCUSED PRODUCTS AND

09:53:50  16    SERVICES.  HOWEVER, IN DECIDING THE ISSUE OF INFRINGEMENT, YOU

09:53:54  17    MAY NOT COMPARE ARISTA'S ACCUSED PRODUCTS AND SERVICES TO

09:53:58  18    CISCO'S COMMERCIAL PRODUCTS.

09:54:01  19         RATHER, YOU MUST COMPARE ARISTA'S ACCUSED PRODUCTS AND

09:54:05  20    SERVICES TO THE CLAIMS OF THE '526 PATENT WHEN MAKING YOUR

09:54:10  21    DECISION REGARDING INFRINGEMENT.

09:54:11  22         WHETHER OR NOT ARISTA KNEW ITS PRODUCTS OR SERVICES

09:54:14  23    INFRINGED OR EVEN KNEW OF THE PATENT DOES NOT MATTER IN

09:54:17  24    DETERMINING DIRECT INFRINGEMENT.

09:54:24  25         TO DECIDE WHETHER ARISTA'S PRODUCTS AND SERVICES LITERALLY

09:54:27  1   INFRINGE A CLAIM OF THE '526 PATENT, YOU MUST COMPARE THAT

09:54:33  2   PRODUCT OR SERVICES WITH THE PATENT CLAIM AND DETERMINE WHETHER

09:54:37  3   EVERY REQUIREMENT OF THE CLAIM IS INCLUDED IN THAT PRODUCT OR

09:54:41  4   SERVICE.

09:54:42  5        IF SO, ARISTA'S PRODUCT OR SERVICE LITERALLY INFRINGES

09:54:47  6   THAT CLAIM.  IF HOWEVER, ARISTA'S PRODUCT OR SERVICE DOES NOT

09:54:51  7   HAVE EVERY REQUIREMENT OF THE PATENT CLAIM, ARISTA'S PRODUCT OR

09:54:56  8   SERVICE DOES NOT LITERALLY INFRINGE THAT CLAIM.

09:55:00  9        YOU MUST DECIDE LITERAL INFRINGEMENT FOR EACH ASSERTED

09:55:03  10  CLAIM SEPARATELY.

09:55:05  11       IF THE PATENT CLAIM USES THE TERM COMPRISING, THAT PATENT

09:55:11  12  CLAIM IS TO BE UNDERSTOOD AS AN "OPEN CLAIM."  AN OPEN CLAIM IS

09:55:17  13  INFRINGED AS LONG AS EVERY REQUIREMENT IN THE CLAIM IS PRESENT

09:55:20  14  IN ARISTA'S PRODUCT OR SERVICE.

09:55:22  15       THE FACT THAT ARISTA'S PRODUCT OR SERVICE ALSO INCLUDES

09:55:26  16  OTHER PARTS OR STEPS, WILL NOT AVOID INFRINGEMENT.  AS LONG AS

09:55:31  17  IT HAS EVERY REQUIREMENT OF THE PATENT CLAIM.

09:55:38  18       CISCO ALSO CONTENDS THAT ARISTA HAS CONTRIBUTED TO

09:55:43  19  INFRINGEMENT BY ANOTHER.  CONTRIBUTORY INFRINGEMENT MAY ARISE

09:55:50  20  WHEN SOMEONE SUPPLIES SOMETHING THAT IS USED TO INFRINGE ONE OR

09:55:53  21  MORE OF THE PATENT CLAIMS.  CONTRIBUTORY INFRINGEMENT IS A FORM

09:55:57  22  OF INDIRECT INFRINGEMENT.

09:56:01  23       IN ORDER FOR THERE TO BE CONTRIBUTORY INFRINGEMENT BY

09:56:04  24  ARISTA, SOMEONE OTHER THAN ARISTA MUST DIRECTLY INFRINGE A

09:56:07  25  CLAIM OF THE '526 PATENT.  IF THERE IS NO DIRECT INFRINGEMENT

09:56:11   1        BY ANYONE, THERE CAN BE NO CONTRIBUTORY INFRINGEMENT.

09:56:16   2             IF YOU FIND SOMEONE HAS DIRECTLY INFRINGED THE '526

09:56:19   3        PATENT, THEN CONTRIBUTORY INFRINGEMENT EXISTS IF:

09:56:22   4             1.  ARISTA SUPPLIED AN IMPORTANT COMPONENT OF THE

09:56:31   5        INFRINGING PART OF THE PRODUCT OR SERVICE.

09:56:33   6             2.  THE COMPONENT IS NOT A COMMON COMPONENT SUITABLE FOR

09:56:39   7        NONINFRINGING USE.

09:56:40   8             3.  ARISTA SUPPLIED THE COMPONENT WITH THE KNOWLEDGE OF

09:56:44   9        THE '526 PATENT AND KNOWLEDGE THAT THE COMPONENT WAS ESPECIALLY

09:56:48   10       MADE OR ADAPTED FOR USE IN AN INFRINGING MANNER.

09:56:53   11            A COMMON COMPONENT SUITABLE FOR NONINFRINGING USE IS A

09:56:57   12       COMPONENT THAT HAS USES OTHER THAN AS A COMPONENT OF THE

09:57:07   13       PATENTED PRODUCT OR OTHER THAN IN THE PATENTED METHOD, AND

09:57:09   14       THOSE OTHER USES WERE NOT OCCASIONAL, FAR-FETCHED, IMPRACTICAL

09:57:14   15       EXPERIMENTAL OR HYPOTHETICAL.

09:57:17   16            CISCO ARGUES THAT ARISTA HAS ACTIVELY INDUCED ANOTHER TO

09:57:20   17       INFRINGE THE '526 PATENT.  IN ORDER FOR ARISTA TO HAVE INDUCED

09:57:24   18       INFRINGEMENT, ARISTA MUST HAVE INDUCED ANOTHER TO DIRECTLY

09:57:28   19       INFRINGE A CLAIM OF THE '526 PATENT.

09:57:33   20            IF THERE IS NO DIRECT INFRINGEMENT BY ANYONE, THERE CAN BE

09:57:37   21       NO INDUCED INFRINGEMENT.  INDUCED INFRINGEMENT IS A FORM OF

09:57:40   22       INDIRECT INFRINGEMENT.

09:57:41   23            IN ORDER TO BE LIABLE FOR INDUCING INFRINGEMENT, ARISTA

09:57:45   24       MUST HAVE:

09:57:45   25            1.  INTENTIONALLY TAKEN ACTION THAT ACTUALLY INDUCED

09:57:49  1    DIRECT INFRINGEMENT.

09:57:50  2         2.  BEEN AWARE OF THE '526 PATENT.

09:57:53  3         3.  KNOWN THAT THE ACTS IT WAS CAUSING WOULD INFRINGE THE

09:57:57  4    PATENT.

09:57:58  5         ARISTA MAY BE CONSIDERED TO HAVE KNOWN THAT THE ACTS IT

09:58:02  6    WAS CAUSING WOULD INFRINGE THE '526 PATENT IF IT SUBJECTIVELY

09:58:06  7    BELIEVED THERE WAS A HIGH PROBABILITY THAT THE DIRECT

09:58:09  8    INFRINGER'S PRODUCT OR METHOD WAS PATENTED AND, NEVERTHELESS,

09:58:13  9    DELIBERATELY TOOK STEPS TO AVOID LEARNING THAT FACT.

09:58:16  10   IN OTHER WORDS, WILLFULLY BLINDED ITSELF TO THE INFRINGING

09:58:19  11   NATURE OF THE DIRECT INFRINGER'S ACTS.

09:58:34  12   IN THIS CASE CISCO ARGUES THAT ARISTA WILLFULLY INFRINGED

09:58:37  13   THE '526 PATENT BY SELLING EOS PLUS.  AFTER CISCO FILED ITS

09:58:42  14   COMPLAINT TO PROVE WILLFUL INFRINGEMENT AGAINST ARISTA, CISCO

09:58:47  15   MUST FIRST PERSUADE YOU THAT ARISTA INFRINGED A CLAIM OF

09:58:51  16   CISCO'S PATENT.  THE REQUIREMENTS FOR PROVING SUCH INFRINGEMENT

09:58:55  17   WERE DISCUSSED IN MY PRIOR INSTRUCTIONS.

09:58:57  18   TO PROVE WILLFUL INFRINGEMENT OF A PATENT, CISCO MUST

09:59:01  19   PERSUADE YOU BY A PREPONDERANCE OF THE EVIDENCE THAT ARISTA HAD

09:59:07  20   KNOWLEDGE OF THE PATENT AT ISSUE AND ACTED IN BAD FAITH,

09:59:11  21   WANTONLY, MALICIOUSLY, DELIBERATELY, CONSCIOUSLY, WRONGFULLY,

09:59:16  22   FLAGRANTLY, OR WITH RECKLESS DISREGARD OF ANY OF THE ASSERTED

09:59:20  23   CLAIMS OF ANY OF THE '526 PATENT.

09:59:24  24   YOU MUST BASE YOUR VERDICT ON THE KNOWLEDGE AND ACTIONS OF

09:59:28  25   ARISTA AT THE TIME THE INFRINGEMENT HAPPENED.

09:59:33  1          INFRINGEMENT ALONE, IS NOT ENOUGH TO PROVE WILLFULNESS,

09:59:35  2   AND MERE KNOWLEDGE OF THE '526 PATENT AT THE TIME OF

09:59:39  3   INFRINGEMENT IS NOT ENOUGH TO PROVE WILFULNESS.

09:59:42  4          ADDITIONALLY, TO PROVE THAT THE SALE OF EOS+ IS AN ACT OF

09:59:47  5   WILLFUL INFRINGEMENT, CISCO MUST PERSUADE YOU THAT EOS+ IS A

09:59:52  6   NEW PRODUCT COMPARED TO EOS.

09:59:55  7          YOU SHOULD CONSIDER ALL THE CIRCUMSTANCES INCLUDING THE

09:59:58  8   MOTIVE OR INTENT OF ARISTA IN DEVELOPING AND SELLING THE

10:00:01  9   ACCUSED PRODUCTS, WHETHER ARISTA KNEW OR SHOULD HAVE KNOWN THAT

10:00:05  10  ITS CONDUCT WAS UNREASONABLY RISKY AND WHETHER ARISTA HAD A

10:00:11  11  REASONABLE BELIEF AT THE TIME OF THE ALLEGED INFRINGEMENT THAT

10:00:13  12  ITS PRODUCTS DID NOT INFRINGE ANY OF THE ASSERTED CLAIMS OF THE

10:00:18  13  '526 PATENT.

10:00:25  14         I WILL INSTRUCT YOU ABOUT THE MEASURE OF DAMAGES FOR

10:00:27  15  CISCO'S PATENT CLAIM.  BY INSTRUCTING YOU ON DAMAGES, I AM NOT

10:00:32  16  SUGGESTING WHICH PARTY SHOULD WIN ON ANY ISSUE.

10:00:36  17         IF YOU FIND THAT ARISTA INFRINGED ANY CLAIM OF THE '526

10:00:41  18  PATENT, YOU MUST THEN DETERMINE THE AMOUNT OF MONEY DAMAGES TO

10:00:44  19  BE AWARDED TO CISCO TO COMPENSATE IT FOR INFRINGEMENT.

10:00:49  20         THE AMOUNT OF THOSE DAMAGES MUST BE ADEQUATE TO COMPENSATE

10:00:53  21  CISCO FOR THE INFRINGEMENT.  A DAMAGES AWARD SHOULD PUT THE

10:00:58  22  PATENT HOLDER IN APPROXIMATELY THE FINANCIAL POSITION IT WOULD

10:01:01  23  HAVE BEEN IN HAD THE INFRINGEMENT NOT OCCURRED.  BUT IN NO

10:01:06  24  EVENT MAY THE DAMAGES AWARD BE LESS THAN A REASONABLE ROYALTY.

10:01:10  25         YOU SHOULD KEEP IN MIND THAT THE DAMAGES YOU AWARD ARE

10:01:13  1    MEANT TO COMPENSATE CISCO AND NOT PUNISH ARISTA.

10:01:18  2         CISCO HAS THE BURDEN TO PERSUADE YOU OF THE AMOUNT OF ITS

10:01:21  3    DAMAGES.  YOU SHOULD AWARD ONLY THOSE DAMAGES THAT CISCO MORE

10:01:25  4    LIKELY THAN NOT SUFFERED.  WHILE CISCO IS NOT REQUIRED TO PROVE

10:01:29  5    ITS DAMAGES WITH MATHEMATICAL PRECISION, IT MUST PROVE THEM

10:01:35  6    WITH REASONABLE CERTAINTY.  CISCO IS NOT ENTITLED TO DAMAGES

10:01:38  7    THAT ARE REMOTE OR SPECULATIVE.

10:01:49  8         A ROYALTY IS A PAYMENT MADE TO A PATENT HOLDER IN EXCHANGE

10:01:53  9    FOR THE RIGHT TO MAKE, USE, OR SELL THE CLAIMED INVENTION.

10:01:56 10    THIS RIGHT IS CALLED A LICENSE.  A REASONABLE ROYALTY IS THE

10:02:00 11    PAYMENT FOR THE LICENSE THAT WOULD HAVE RESULTED FROM A

10:02:03 12    HYPOTHETICAL NEGOTIATION BETWEEN THE PATENT HOLDER AND THE

10:02:07 13    INFRINGER TAKING PLACE AT THE TIME WHEN THE INFRINGING ACTIVITY

10:02:12 14    FIRST BEGAN.

10:02:13 15         IN CONSIDERING THE NATURE OF THIS NEGOTIATION, YOU MUST

10:02:17 16    ASSUME THAT THE PATENT HOLDER AND THE INFRINGER WOULD HAVE

10:02:21 17    ACTED REASONABLY AND WOULD HAVE ENTERED INTO A LICENSE

10:02:24 18    AGREEMENT.

10:02:25 19         YOU MUST ALSO ASSUME THAT BOTH PARTIES BELIEVE THE PATENT

10:02:29 20    WAS VALID AND INFRINGED.  YOUR ROLE IS TO DETERMINE WHAT THE

10:02:34 21    RESULT OF THAT NEGOTIATION WOULD HAVE BEEN.

10:02:38 22         THE TEST FOR DAMAGES IS WHAT ROYALTY WOULD HAVE RESULTED

10:02:42 23    FROM THE HYPOTHETICAL NEGOTIATION, NOT SIMPLY WHAT EITHER PARTY

10:02:47 24    WOULD HAVE PREFERRED.

10:02:49 25         ONE WAY TO CALCULATE A ROYALTY IS TO DETERMINE A ONE-TIME

10:02:54   1   LUMP SUM PAYMENT THAT THE INFRINGER WOULD HAVE PAID AT THE TIME

10:02:58   2   OF A HYPOTHETICAL NEGOTIATION FOR A LICENSE COVERING ALL THE

10:03:03   3   SALES OF THE LICENSED PRODUCT FOR SOME PERIOD OF TIME.

10:03:07   4        THAT PERIOD OF TIME MAY INCLUDE BOTH PAST AND FUTURE

10:03:11   5   SALES.

10:03:12   6        WHEN A ONE-TIME SUMP SUM IS PAID, THE INFRINGER PAYS A

10:03:17   7   SINGLE PRICE FOR A LICENSE COVERING BOTH PAST AND FUTURE

10:03:21   8   INFRINGING SALES.

10:03:25   9        DAMAGES THAT CISCO MAY BE AWARDED BY YOU COMMENCE ON THE

10:03:28   10  DATE THAT ARISTA HAS BOTH INFRINGED AND BEEN NOTIFIED OF THE

10:03:31   11  '526 PATENT.  IN THIS CASE, CISCO AND ARISTA AGREE THAT DATE

10:03:35   12  WAS DECEMBER 5, 2014.

10:03:42   13          THE COURT:  ALL RIGHT.  THAT'S WHERE I'M GOING TO

10:03:44   14  STOP.

10:03:45   15       THE REMAINDER OF THE INSTRUCTIONS HAVE TO DO WITH WHAT YOU

10:03:49   16  DO IN THE JURY ROOM.  IT TOOK JUST ABOUT THE TIME I THOUGHT IT

10:03:52   17  WOULD, AND I THINK WE COULD ALL PROBABLY USE A BREAK, AND

10:03:55   18  THERE'S A LITTLE BIT OF SET UP AS WELL.

10:03:57   19       SO LET'S TAKE A 10-MINUTE BREAK.

10:04:00   20       (RECESS FROM 10:04 A.M. UNTIL 10:14 A.M.)

10:14:18   21          THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

10:14:21   22  JURORS ARE HERE.

10:14:22   23       ALL RIGHT.  NOW I GET TO TURN THE MATTER OVER TO THE

10:14:26   24  ATTORNEYS.

10:14:27   25       MR. NELSON, WOULD YOU LIKE TO GIVE YOUR CLOSING ARGUMENT?

10:14:30   1          MR. NELSON:  YES.  THANK YOU, YOUR HONOR.

10:14:32   2          THE COURT:  GO AHEAD, PLEASE.

10:14:33   3              **CLOSING ARGUMENTS BY MR. NELSON**

10:14:41   4      ALL RIGHT.  GOOD MORNING, EVERYBODY.  SO I KNOW IT'S BEEN

10:14:45   5   A LONG TIME.  I DO.  I UNDERSTAND THAT.  AND IT'S A LOT TO TAKE

10:14:50   6   IN, AND I REALLY DO APPRECIATE IT.  AS I STARTED OUT TELLING

10:14:54   7   YOU, I KNOW IT'S A LOT -- IT'S A LOT TO LISTEN TO.

10:14:58   8          AND YOU KNOW, IT'S PARTICULARLY TOUGH TO TAKE IN WHEN YOU

10:15:01   9   HAVEN'T REALLY BEEN INSTRUCTED ON THE LAW YET.  I MEAN, YOU

10:15:04  10   JUST HEARD THAT, YOUR HONOR READ YOU THOSE INSTRUCTIONS AND YOU

10:15:08  11   ARE GOING TO HAVE THOSE BACK IN THE JURY ROOM, AND THAT'S

10:15:10  12   IMPORTANT.

10:15:10  13          SO REALLY, WHAT I WANT TO DO, THIS IS MY OPPORTUNITY, AS

10:15:13  14   HER HONOR SAID, FOR ME TO KIND OF WALK YOU THROUGH, I SAT

10:15:16  15   THROUGH THIS CASE TOO, YOU KNOW, I HAVE BEEN HERE THE WHOLE

10:15:19  16   TIME, HOW I SAW THE EVIDENCE.

10:15:21  17          AND WHEN I SAY I, I MEAN WE, MR. PAK, OBVIOUSLY, OUR SIDE,

10:15:26  18   I JUST DON'T LIKE TO REFER TO MYSELF AS "WE" WHEN WE ARE

10:15:29  19   TALKING.

10:15:30  20          AND ALSO IN THE CONTEXT OF THAT LAW, I THINK THAT'S

10:15:33  21   IMPORTANT AND I'M GOING TO TRY TO WALK YOU THROUGH SOME OF

10:15:35  22   THAT.

10:15:35  23          SO IT IS PROBABLY NOT A SURPRISE THAT I HAVE A

10:15:39  24   PRESENTATION.  AND IN HERE YOU WILL SEE A NUMBER OF TIMES THAT

10:15:41  25   I EXHIBIT NUMBERS BLOWN UP.  AND IF YOU WANT TO WRITE THOSE

10:15:46  1    DOWN, PLEASE DO.  I WILL CALL SOME OF THOSE OUT, BUT THOSE ARE

10:15:49  2    THINGS THAT I THINK ARE PARTICULARLY IMPORTANT FOR YOU TO GO

10:15:52  3    BACK AND LOOK AT AS YOU ARE TRYING TO EVALUATE THE EVIDENCE IN

10:15:54  4    THE CONTEXT OF THE LAW THAT HER HONOR JUST READ.

10:15:58  5         SO WITH THAT, LET ME GET GOING HERE.

10:16:01  6         THERE'S BEEN A LOT OF TALK ABOUT THIS CASE ABOUT WHAT THE

10:16:03  7    MOTIVATION WAS, WHAT WAS CISCO'S MOTIVATION FOR BRINGING THIS

10:16:07  8    CASE.  AND WE'VE HEARD A LOT OF THAT.  BUT WE KNOW WHAT IT IS.

10:16:12  9    ARISTA IS THE BLATANT VIOLATOR HERE.

10:16:15  10        AND DR. BLACK, YOU WILL RECALL, I TALKED IT HIM ABOUT THIS

10:16:20  11   ON THE STAND, SAID THAT MAKES SENSE, RIGHT?  THAT MAKES SENSE.

10:16:23  12   YOU CAN'T GO AFTER EVERYBODY OUT THERE.  IT'S TOO EXPENSIVE,

10:16:27  13   IT'S TOO HARD, IT'S TOO DISTRACTING.  SO YOU PICK THE BLATANT

10:16:33  14   VIOLATOR, AND THAT'S ARISTA IN THIS CASE, AND THAT MAKES SENSE.

10:16:37  15        SO HOW DO WE KNOW THAT?  SOME OF THESE THINGS YOU WILL SEE

10:16:41  16   HERE, EXHIBIT 168, WE TALKED ABOUT THIS IN OPENING, AND I

10:16:44  17   BELIEVE I DID TALK ABOUT THIS DOCUMENT.  NOW ARISTA ITSELF,

10:16:48  18   THIS IS FROM 2014, JULY OF 2014, THEY'RE OUT THERE TELLING

10:16:54  19   PEOPLE, RIGHT, TELLING THEIR SALES ENGINEERS THAT WE HAVE "BY

10:16:59  20   FAR THE MOST SIMILAR."  IN OTHER WORDS, WE TOOK THE MOST.

10:17:03  21   WE'RE CISCO, RIGHT, WE ARE THE MOST BLATANT VIOLATOR.

10:17:09  22        AND THAT WASN'T AN ACCIDENT THAT THAT HAPPENED, RIGHT?  WE

10:17:14  23   HEARD FROM MR. SADANA, MR. SADANA WAS UP ON THE STAND TWICE, HE

10:17:18  24   IS THE CHIEF CUSTOMER OFFICER AT ARISTA, YOU WILL RECALL.

10:17:22  25        AND WHAT DID HE SAY?  THESE ARE IN RESPONSE TO SOME

10:17:25  1    QUESTIONS THAT I ASKED HIM.  "IT'S TRUE THAT WE USED THE SAME

10:17:30  2    CLI FOR MANY OF OUR BASE OR CORE FEATURES."

10:17:33  3         "AND INTENTIONALLY COPIED THAT, RIGHT?"

10:17:36  4         "FOR THOSE CORE FEATURES, YES."

10:17:38  5         THAT'S IMPORTANT, AND YOU ARE GOING TO SEE THIS THEME

10:17:41  6    THROUGHOUT AS WE TALK ABOUT THIS, BECAUSE YOU KNOW, ARISTA SAYS

10:17:44  7    I DIDN'T TAKE A LOT.  I DIDN'T TAKE A LOT OF THIS.

10:17:49  8         BUT THE BOTTOM LINE IS THEY TOOK WHAT THEY NEEDED TO TAKE.

10:17:52  9    WE HEARD EVIDENCE FROM SOME OF THE THIRD PARTIES ABOUT WHAT THE

10:17:56  10   CORE FEATURES ARE IN THE SWITCHES, WHAT PEOPLE EXPECT TO SEE.

10:17:58  11   AND THAT'S WHAT THEY TOOK.  THAT'S WHAT THEY TOOK SO THEY COULD

10:18:01  12   GO OUT THERE AND THEY COULD TELL THE CUSTOMER, YOU DON'T NEED

10:18:06  13   TO RETRAIN, YOU KNOW CISCO, YOU KNOW US.  YOU CAN DROP US IN,

10:18:09  14   AND WE CAN REPLACE CISCO.  AND THAT'S WHY WE'RE HERE.

10:18:12  15        AND WHAT ELSE DO WE KNOW ABOUT ARISTA BEING A BLATANT

10:18:17  16   VIOLATOR?  WE KNOW FROM DR. BLACK'S OWN STUDY, AND WE'VE TALKED

10:18:22  17   ABOUT THIS AND THERE ARE SOME ISSUES WITH RESPECT TO THAT.

10:18:25  18   THIS IS EXHIBIT 9041, I PUT THIS ONE INTO EVIDENCE, AS YOU WILL

10:18:29  19   RECALL.

10:18:30  20        WE KNOW THAT A MAJORITY OF THESE COMMANDS THAT ARE AT

10:18:34  21   ISSUE HERE IN THIS CASE FROM THIS COLLECTION WEREN'T USED BY

10:18:37  22   THE VAST MAJORITY.  I MEAN, 51 ARE USED BY NOBODY BUT ARISTA

10:18:42  23   AND CISCO.  ANOTHER 43 ARE USED BY ONLY ONE OTHER VENDOR.  AND

10:18:46  24   REMEMBER THERE WERE 18, THOSE WERE HAND-PICKED BY DR. BLACK,

10:18:50  25   HAND-PICKED BY DR. BLACK IN ORDER TO PROVE A POINT.  HE SAID,

10:18:53  1    IN ORDER TO SHOW WIDESPREAD.

10:18:55  2         HE DIDN'T INCLUDE THE PEOPLE WHO HE DIDN'T BELIEVE HAD

10:18:59  3    COMMAND OVERLAP.  SO THIS WASN'T AN EFFORT TO GO OUT AND SAY,

10:19:02  4    LET'S SURVEY THE MARKET AND LET'S SEE WHAT PEOPLE ARE DOING OUT

10:19:05  5    THERE.  THIS IS KNOWN.  LET ME PICK THE ONES WHERE I THINK

10:19:09  6    THERE ARE SOME OVERLAP.

10:19:10  7         ANOTHER 43, WHERE 17 OF HIS HAND-PICKED GROUP WEREN'T

10:19:14  8    USING IT.  ANOTHER 52, WHERE ANOTHER -- WHERE 16 OF HIS

10:19:20  9    HAND-PICKED GROUP WEREN'T USING.  ARISTA IS THE BLATANT

10:19:23  10   VIOLATOR HERE.

10:19:25  11        SO THE FIRST THING I WANT TO TALK TO YOU ABOUT, AND THESE

10:19:29  12   ARE KIND OF BROKEN DOWN INTO WHAT I SEE AS THE MAJOR ISSUES IN

10:19:33  13   THE CASE.

10:19:34  14        LET'S TALK ABOUT THE ORIGINALITY AND THE CREATIVITY OF

10:19:37  15   THIS USER INTERFACE.

10:19:38  16        NOW WE HEARD FROM MR. LOUGHEED, YOU WILL RECALL THIS

10:19:41  17   PICTURE, I THINK HE SAID THIS WAS BACK WHEN HE HAD MORE HAIR,

10:19:45  18   BACK AT THE TIME WHEN THESE PRODUCTS WEREN'T OUT THERE.  WE

10:19:49  19   DIDN'T HAVE COMMERCIAL IP ROUTERS, THE INTERNET WAS AT ITS

10:19:54  20   BIRTH, RIGHT?  THIS WAS BACK IN THE MID 80'S THAT WE'RE TALKING

10:19:58  21   ABOUT HERE.

10:19:58  22        SO MR. LOUGHEED HAD FREE REIGN TO DO WHAT HE WANTED TO DO

10:20:03  23   WITH RESPECT TO THIS USER INTERFACE.  AND HE DID THAT.  AND HE

10:20:06  24   AND OTHERS AT CISCO FOLLOWED AND DID THAT, CREATED SOMETHING

10:20:10  25   THAT WAS UNIQUE TO CISCO.

10:20:13   1         AND HERE, AS HER HONOR SAID, THIS IS EXHIBIT 4791 WHERE

10:20:19   2    YOU WILL FIND THIS COLLECTION, BUT THERE ARE VALID COPYRIGHTS

10:20:23   3    ON THIS USER INTERFACE, THE FOUR USER INTERFACES THAT WE ARE

10:20:26   4    TALKING ABOUT.  THIS IS SOMETHING THAT CISCO REGISTERED, FILED

10:20:31   5    WITH THE UNITED STATES GOVERNMENT.

10:20:36   6         AND HERE I TOLD YOU I WAS GOING TO TALK ABOUT THE LAW WITH

10:20:39   7    YOU.  AND I THINK THIS ONE IS REALLY IMPORTANT.  THIS IS THE

10:20:42   8    INSTRUCTION, INSTRUCTION NUMBER 32, THAT HER HONOR READ TO YOU.

10:20:48   9    AND THIS IS THE ONE ON ORIGINALITY, RIGHT?  IT'S IMPORTANT

10:20:51   10   HERE.  IT SAYS "AN ORIGINAL WORK MAY INCORPORATE ELEMENTS TAKEN

10:20:58   11   FROM PRIOR WORKS."

10:20:59   12        SO REMEMBER WHEN DR. BLACK WAS TALKING ABOUT, WAIT A

10:21:01   13   MINUTE, I FOUND THIS WORD IN A PRIOR SYSTEM, I FOUND THIS OTHER

10:21:04   14   WORD IN AN RFC, THEY TALKED ABOUT, THESE INDUSTRY STANDARDS FOR

10:21:11   15   PROTOCOLS, RIGHT, I FOUND THOSE.

10:21:12   16        THAT DOESN'T MATTER.  THAT DOESN'T MEAN THAT A WORK IS NOT

10:21:15   17   ORIGINAL OR CREATIVE.  IT'S GOT TO BE DONE INDEPENDENTLY BY THE

10:21:19   18   WORK'S AUTHOR.

10:21:20   19        WELL, WE KNOW THAT WAS THE CASE, RIGHT?  WE KNOW THAT WAS

10:21:22   20   THE CASE HERE BECAUSE DR. BLACK, WHO DID THOUSANDS OF HOURS OF

10:21:26   21   WORK, HE TOLD US ON THE STAND, HE DIDN'T FIND THAT THESE

10:21:31   22   COMMANDS WERE USED BY ANYONE ELSE PRIOR TO CISCO, RIGHT?  THAT

10:21:34   23   IS UNDISPUTED.  THAT'S THE EVIDENCE.

10:21:37   24        BUT THEN LET'S GO FORWARD.  BECAUSE YOU KNOW, WE TALK

10:21:40   25   ABOUT CREATIVITY A LOT OF TIMES IN GENERAL, RIGHT, WHEN WE

10:21:44   1   MIGHT BE TALKING TO OUR FRIENDS, WE ARE REFERRING TO, IS THAT

10:21:47   2   REALLY CREATIVE, IS THAT BOOK CREATIVE, THOSE KINDS OF THINGS.

10:21:51   3       THAT'S NOT WHAT WE ARE TALKING ABOUT HERE.  WE ARE NOT

10:21:53   4   TALKING ABOUT SHAKESPEARE OR PICK YOUR FAVORITE AUTHOR, WE'VE

10:21:58   5   HEARD SHAKESPEARE A FEW TIMES THROUGHOUT THE TRIAL, SO I USED

10:22:03   6   THAT ONE.  WE ARE TALKING ABOUT SOME MINIMAL LEVEL OF

10:22:06   7   CREATIVITY, THAT'S WHAT'S AT ISSUE HERE.

10:22:07   8       AND WE KNOW THERE WAS, RIGHT?  I'M GOING TO GO THROUGH

10:22:11   9   SOME OF THE TESTIMONY WE HEARD.  BUT THINK ABOUT IT, WHAT DOES

10:22:13  10   ARISTA KEEP SAYING HERE?  WHAT HAVE THEY TRIED TO PROVE IN THIS

10:22:17  11   CASE?  THAT PEOPLE IDENTIFY THE CISCO USER INTERFACE WITH

10:22:21  12   CISCO, RIGHT?  THAT'S WHAT THEY TOLD YOU.

10:22:25  13       WELL IF THEY IDENTIFY IT WITH CISCO, THAT HAS TO BE

10:22:28  14   CREATIVE, THAT HAS TO BE UNIQUE TO CISCO BECAUSE YOU CAN'T

10:22:32  15   IDENTIFY SOMETHING THAT ISN'T CREATIVE WITH ITS AUTHOR.

10:22:35  16       AND WE KNOW JUNIPER, FOR EXAMPLE, CAME UP WITH SOMETHING

10:22:39  17   TOTALLY DIFFERENT.  AND PEOPLE, INCLUDING ARISTA, THEY IDENTIFY

10:22:42  18   THAT WITH JUNIPER.

10:22:43  19       SO WHEN YOU GO BACK AND YOU ARE CONSIDERING THIS QUESTION

10:22:46  20   ON ORIGINALITY AND CREATIVITY, LOOK AT THIS INSTRUCTION AND

10:22:50  21   CONSIDER THAT, DON'T GET BOGGED DOWN IN WHETHER YOU THINK THIS

10:22:53  22   WOULD BE A REALLY NICE BOOK TO READ, BECAUSE THAT'S NOT WHAT WE

10:22:56  23   ARE TALKING ABOUT HERE.  WE ARE TALKING ABOUT, WERE THERE SOME

10:23:00  24   CHOICES, WERE THERE DIFFERENT THINGS THAT THEY COULD DO, AND

10:23:03  25   DID THEY CREATE SOMETHING THAT PEOPLE COULD IDENTIFY AS UNIQUE

1    TO CISCO.  AND THAT'S EXACTLY WHAT HAPPENED.

2         AND HERE, WE PUT THIS INTO EVIDENCE, THIS IS EXHIBIT 4789

3    WHICH LISTS ALL THE 506 COMMANDS AND GIVES YOU THE DATES OF

4    WHERE THEY APPEARED IN THE VARIOUS CISCO OPERATING SYSTEMS.

5    BECAUSE IF YOU ARE CURIOUS ABOUT THAT, THAT'S WHY THERE'S 26

6    DIFFERENT REGISTRATIONS, THERE'S DIFFERENT THINGS OVER TIME.

7    AND IT WILL TELL YOU THAT, WHERE THESE THINGS FIRST APPEARED

8    AND WHERE THOSE DATES ARE, FOR ALL OF THE ASSERTED COMMANDS IN

9    THIS CASE.

10        BUT HERE, AND I TALKED ABOUT THIS POINT A BIT, IT'S --

11   THIS IS IMPORTANT, THIS WAS TESTIMONY FROM DR. BLACK, DON'T GET

12   CONFUSED, THESE ARE ORIGINAL, YOU KNOW THAT'S THE CASE BECAUSE

13   THEY DIDN'T BRING YOU ONE SHRED OF EVIDENCE SAYING ANYBODY ELSE

14   DID IT FIRST.  THIS WAS CISCO, THEY WERE THE ORIGINAL AUTHOR OF

15   THESE THINGS.

16        NOW, THE QUESTION HERE IS WHETHER CISCO HAD DESIGN

17   CHOICES, WERE THERE DIFFERENT THINGS THEY COULD DO?  COULD THEY

18   COME UP WITH DIFFERENT COMMANDS?  COULD THEY USE DIFFERENT WORD

19   CHOICES?  COULD THEY USE DIFFERENT ORDERING?

20        WE KNOW, I JUST HAVE A SAMPLING HERE OF THE VARIOUS

21   WITNESSES THAT WE HEARD FROM.  THAT WAS ABSOLUTELY THE CASE,

22   RIGHT?

23        AND I'M GOING TO GO THROUGH SOME OF THESE FOR YOU AND

24   HIGHLIGHT SOME OF THAT TESTIMONY AND SOME OF THE DOCUMENTATION.

25   BUT YOU KNOW, JUST REMEMBER, AND YOU HEARD A LOT OF EVIDENCE

10:24:26  1    FROM THE PEOPLE UP THERE, AND REMEMBER WHAT YOU DID HERE, THAT

10:24:29  2    THERE WERE CHOICES, THERE WERE DIFFERENT WAYS FOR PEOPLE TO DO

10:24:32  3    THESE THINGS.

10:24:33  4        SO MR. LOUGHEED, AND THIS IS IMPORTANT, RIGHT, BECAUSE

10:24:38  5    REMEMBER, WE ARE GOING BACK TO THE TIME OF CREATION, RIGHT, THE

10:24:43  6    TIME OF CREATION OF THESE COMMANDS, THIS COLLECTION OF COMMANDS

10:24:46  7    HERE.

10:24:46  8        AND AT THE TIME, THERE WEREN'T ANY OTHER DEVICES LIKE

10:24:48  9    THIS, SO THERE COULDN'T BE ANY CUSTOMER EXPECTATIONS.  ARISTA

10:24:53  10   WANTS TO COME IN AND TELL YOU, HEY, CUSTOMERS EXPECT CERTAIN

10:24:55  11   THINGS SO THAT'S WHY YOU HAVE TO DO IT THIS WAY.

10:24:58  12       BUT AT THE TIME THESE WERE CREATED, THERE WERE NO CUSTOMER

10:25:01  13   EXPECTATIONS.  THIS WAS A GREEN FIELD, I THINK WE HEARD

10:25:05  14   MR. SHAFER SAY.  IN OTHER WORDS, NOTHING OUT THERE.  DO WHAT

10:25:09  15   YOU WANT.  YOU HAVE YOUR OPTIONS OUT THERE.

10:25:11  16       SO DON'T GET CONFUSED AS TO WHAT THINGS MIGHT BE NOW AND

10:25:15  17   WHAT THE WORLD MIGHT LOOK LIKE NOW, WE'VE GOT TO GO BACK WHEN

10:25:20  18   THESE WERE DONE IN ORDER TO MAKE THAT DETERMINATION.

10:25:23  19       AND WE HEARD FROM MS. ULLAL, THE SAME THING, RIGHT?  THIS

10:25:27  20   IS UP ON THE STAND NOW, IT SAYS, "DO YOU UNDERSTAND THAT CLI

10:25:32  21   COMMAND EXPRESSIONS COULD BE DIFFERENT WITHOUT AFFECTING THE

10:25:35  22   UNDERLYING FUNCTIONALITY?"

10:25:37  23       "THEY CAN.  THEY ARE INDUSTRY STANDARD METHODS OF

10:25:40  24   COMMUNICATION, BUT THERE ARE DIFFERENT WORDS, IS THAT WHAT YOU

10:25:42  25   MEAN?"

10:25:43 1        "YES."

10:25:44 2        "YEAH, THERE CAN BE A DIFFERENT CHOICE OF WORDS."

10:25:46 3        SO THIS IS CISCO'S -- OR EXCUSE ME, ARISTA'S OWN CEO

10:25:51 4   CONFIRMING THAT YES, THERE CAN BE A DIFFERENT CHOICE OF WORDS.

10:25:54 5   YOU CAN DO DIFFERENT THINGS IN ORDER TO SPECIFY THE SAME

10:25:59 6   UNDERLYING FUNCTIONALITY.

10:25:59 7        AND WE SAW MORE EVIDENCE OF THAT.  YOU KNOW, FOR EXAMPLE,

10:26:02 8   MR. DUDA CONFIRMED THAT THERE CAN BE DISCUSSIONS ABOUT THESE

10:26:06 9   THINGS.  I THINK HIGH EVEN SAID, WE MAY HAVE COPYRIGHTS IN SOME

10:26:11 10  OF OUR OWN CLI COMMANDS.  YOU MAY RECALL THAT TESTIMONY.  BUT

10:26:14 11  THERE MAY BE DISCUSSIONS AND PEOPLE DISAGREE.

10:26:16 12       COME ON, IF THERE ARE DISCUSSIONS THAT ARE LENGTHY

10:26:18 13  DISCUSSIONS, AND WE HEARD ABOUT SOME OF THIS WITH THE

10:26:21 14  PARSER-POLICE E-MAIL, AND PEOPLE ARE DISAGREEING ABOUT HOW TO

10:26:24 15  DO THIS, THERE ARE MANY WAYS TO DO IT.

10:26:28 16       AND HERE'S ANOTHER IMPORTANT THING.  YOU WILL REMEMBER I

10:26:30 17  TALKED ABOUT THIS AT THE BEGINNING IN THE OPENING, THE

10:26:32 18  SEQUENCING OF THE WORDS, RIGHT, AND HOW THAT FITS INTO THE

10:26:35 19  STRUCTURE OF THE USER INTERFACE.

10:26:37 20       SO THAT -- YOU KNOW, THE ENGINEERS, THE ADMINISTRATORS OUT

10:26:42 21  THERE THAT ARE RUNNING THESE NETWORKS, WHEN THEY ARE ON THE HOT

10:26:45 22  SEAT AND THEY'VE GOT TO GET THEIR NETWORK UP AND RUNNING TO

10:26:47 23  FIGURE OUT WHAT'S GOING ON, THEY CAN FIGURE OUT WHAT THESE

10:26:51 24  COMMANDS ARE GOING TO BE.  THAT COMES IN THE SEQUENCING.

10:26:54 25       AND DR. BLACK SAYS HE DIDN'T EVEN ADDRESS THAT, RIGHT?  HE

10:26:57  1    AGREED THAT THE SEQUENCING, YOU CAN MAKE DIFFERENT CHOICES AND

10:27:01  2    THAT THAT CAN BE IMPORTANT AND CREATIVE, BUT HE DOESN'T ADDRESS

10:27:04  3    IT, HE DIDN'T OFFER AN OPINION ON WHAT YOU ARE GOING TO HAVE TO

10:27:07  4    DO WITH THE USER INTERFACE THAT'S AT ISSUE HERE.

10:27:11  5         AND THEN I GET TO MR. SHAFER.  AND WE TALKED ABOUT THIS,

10:27:14  6    AND THIS IS IMPORTANT.  BECAUSE REMEMBER, I DON'T THINK THERE'S

10:27:17  7    ANY DISPUTE IN THIS CASE THAT JUNOS, AND DON'T GET THAT

10:27:21  8    CONFUSED WITH JUNOS-E WHICH IS A DIFFERENT END-OF-LIFE

10:27:21  9    OPERATING SYSTEM.

10:27:26  10        BUT JUNOS, MR. SHAFER SET OUT TO DO THE SAME THING, RIGHT?

10:27:32  11   IN OTHER WORDS, DO THE SAME THING IN TERMS OF BRINGING A USER

10:27:36  12   INTERFACE THAT WOULD ALLOW CUSTOMERS TO ADDRESS THOSE SAME SETS

10:27:39  13   OF CORE FEATURES THAT ALL THESE SWITCHES AND ROUTERS HAVE,

10:27:43  14   RIGHT?

10:27:43  15        BUT HE DID IT IN A TOTAL DIFFERENT WAY.  I THINK WHAT HE

10:27:47  16   ACTUALLY SAID WHEN HE WAS -- I THINK THERE WAS A QUESTION, AT

10:27:51  17   LEAST THE WAY I REMEMBER IT, "DID YOU SLAVISHLY COPY WHAT CISCO

10:27:54  18   DID?"  AND I THINK HE SAID NO, WE SLAVISHLY DID SOMETHING ELSE.

10:27:59  19        THEY SET OUT, SAME FUNCTIONALITY, USED SOME INDUSTRY

10:28:02  20   STANDARD TERMINOLOGY, HE SAID THAT, BUT THEY CAME UP WITH A

10:28:05  21   DIFFERENT USER INTERFACE THAT EVERYONE OUT THERE, INCLUDING

10:28:07  22   ARISTA, BECAUSE WE SAW ARISTA'S OWN DOCUMENTS, RECOGNIZES TO BE

10:28:11  23   DIFFERENT FROM THE CISCO CLI, RIGHT, THE CISCO USER INTERFACE.

10:28:17  24   AND THAT'S A VERY IMPORTANT THING WHEN YOU GO BACK AND YOU

10:28:19  25   CONSIDER THIS.

10:28:21   1          WE ALSO HEARD FROM THE GENTLEMAN FROM HP, RIGHT?  AND HE

10:28:26   2     CONFIRMED THAT EVEN WITHIN THE SAME COMPANY, DIFFERENT

10:28:29   3     ENGINEERS CAN COME UP WITH DIFFERENT WAYS, RIGHT?  AND HE

10:28:34   4     ACTUALLY SHOWED US EXAMPLES.  YOU WILL RECALL THAT

10:28:38   5     EXHIBIT 6380, WHICH IS THAT HP DOCUMENTATION, THAT SHOWS SOME

10:28:43   6     OF THE COMMANDS.

10:28:43   7          AND WE HAVE SOME OF THE CISCO COMMANDS OVER HERE ON THE

10:28:46   8     RIGHT, AND YOU WILL SEE IN COMWARE, WHICH IS ANOTHER SWITCH

10:28:50   9     THAT'S OUT THERE, THEY ARE TOTALLY DIFFERENT.  SAME

10:28:55   10    FUNCTIONALITY, TOTALLY DIFFERENT.

10:28:57   11         SO WE SAW PLENTY EXAMPLES OF THAT.

10:29:00   12         SO YOU KNOW, IN THE END, I'M GOING TO TALK ABOUT IT A

10:29:02   13    LITTLE BIT MORE WHEN I TALK ABOUT THIS MERGER, I THINK YOU

10:29:06   14    MIGHT HAVE HEARD IT FOR THE FIRST TIME IN THE JUDGE'S

10:29:10   15    INSTRUCTIONS BECAUSE I DON'T BELIEVE THE WORD "MERGER" WAS EVER

10:29:13   16    MENTIONED IN THE CASE.

10:29:14   17         AND SCÈNES À FAIRE, IT'S A FRENCH WORD, SOMETIMES LAWYERS,

10:29:17   18    WE USE DIFFERENT LANGUAGES TO DESCRIBE CERTAIN OFFENSES.  SO

10:29:20   19    I'M GOING TO TALK ABOUT THOSE A LITTLE BIT MORE AND A LITTLE

10:29:23   20    BIT ABOUT THESE ARISTA DEFENSES THERE, BUT IN TERMS OF THE

10:29:26   21    ORIGINALITY AND THE CREATIVITY, THE EVIDENCE IS OVERWHELMING

10:29:29   22    HERE THAT UNDER THE STANDARD THAT YOU ARE TO THE APPLY, THAT

10:29:33   23    MINIMAL SPARK, THERE IS ORIGINALITY, THERE IS CREATIVITY HERE.

10:29:41   24         NOW THIS IS IMPORTANT, SO I WANT TO PAUSE HERE FOR A

10:29:46   25    MINUTE.  THIS IS JURY INSTRUCTION 36.  AND YOU SEE HOW THIS IS

10:29:51  1   BROKEN DOWN, IT SAYS FIRST -- ACTUALLY I SHOULD GO BACK ONE.

10:29:56  2   BECAUSE RIGHT ABOVE IT SAYS THERE ARE TWO WAYS THAT CISCO CAN

10:29:59  3   MEET ITS BURDEN, IN OTHER WORDS, OF SHOWING THE COPYING.

10:30:03  4       FIRST, CISCO MAY ESTABLISH ARISTA'S COPYING THROUGH DIRECT

10:30:06  5   EVIDENCE.  AN EXAMPLE OF DIRECT EVIDENCE WOULD BE AN ADMISSION

10:30:09  6   BY ARISTA THAT PART OR ALL OF THE WORK WAS COPIED.

10:30:12  7       THE SECOND ONE YOU SEE IT'S INTRODUCED ALTERNATIVELY, IS

10:30:15  8   THE INDIRECT EVIDENCE, RIGHT?  ACCESS, AND VIRTUAL IDENTITY.

10:30:19  9   THOSE ARE TWO DIFFERENT THINGS.  AND YOU DON'T HAVE TO DO BOTH

10:30:23 10   OF THEM BECAUSE YOU KNOW WHY, THIS CASE, THIS IS A DIRECT

10:30:26 11   COPYING CASE, RIGHT?  THERE'S DIRECT EVIDENCE OF COPYING HERE,

10:30:30 12   THERE ARE A MULTITUDE OF ADMISSIONS.  AND I'M GOING TO GO

10:30:34 13   THROUGH THOSE THINGS.

10:30:35 14       SO YOU DON'T NEED TO GET TO THE SECOND ONE HERE.  THE

10:30:39 15   SECOND ONE IS SATISFIED AS WELL, YOU KNOW, IF WE WENT THROUGH

10:30:43 16   THAT, BUT YOU ARE GOING TO HEAR A LOT FROM ARISTA ABOUT THAT

10:30:46 17   SECOND METHOD.  YOU DON'T NEED TO DO IT BECAUSE THERE'S AN

10:30:49 18   OVERWHELMING AMOUNT OF DIRECT EVIDENCE OF COPYING HERE.

10:30:52 19       AND LET ME JUST TALK ABOUT SOME OF THAT.

10:30:56 20       WELL, WE STARTED THE TRIAL, I THINK THIS MIGHT HAVE BEEN

10:31:00 21   ONE OF THE FIRST THINGS I SHOWED YOU IN OPENING WHEN I TOLD YOU

10:31:04 22   THIS IS GOING TO BE A LITTLE BIT OF A STRANGE CASE FOR

10:31:07 23   COPYRIGHTS BECAUSE USUALLY THERE'S SOME DISPUTE ABOUT WHETHER

10:31:11 24   THERE WAS COPYING.

10:31:12 25       NO DISPUTE HERE.  MR. DUDA, AND YOU HEARD THIS, THIS IS

10:31:14  1    EXHIBIT 203-A.  COMES FROM AN INDUSTRY INTERVIEW THEY HAD.  "WE

10:31:23  2    ACTUALLY COPIED THIS SLAVISHLY.  YOU KNOW, IT'S LIKE EVEN THE

10:31:27  3    THINGS THAT WE THOUGHT WERE REALLY SILLY, WE WENT AHEAD AND

10:31:30  4    COPIED THEM ANYWAY."

10:31:32  5        YOU CAN'T GET A STRONGER ADMISSION THAN THIS.  WE COPIED

10:31:35  6    IT, EVEN THE PARTS WE DIDN'T LIKE, WE COPIED.

10:31:38  7        AND HERE, THIS IS EXHIBIT 197, WHICH IS GOING TO BE AN

10:31:42  8    IMPORTANT EXHIBIT.  YOU WILL RECALL I TALKED ABOUT A NUMBER OF

10:31:45  9    THINGS IN THIS EXHIBIT WITH MR. SADANA, SO IT'S ONE, I BELIEVE

10:31:48  10   WAS IN YOUR JUROR NOTEBOOKS, AND I WOULD REALLY LIKE YOU TO GO

10:31:53  11   AND TAKE A LOOK AT IT.  BUT YOU WILL SEE HERE, THEY SAY FLAT

10:31:56  12   OUT, "WE PICKED CISCO IOS AS THE CLI MODEL FOR OUR PRODUCTS."

10:32:00  13       "JUNOS, AGAIN, DIFFERENT ON THE CREATIVITY POINT, MAY BE A

10:32:04  14   LOT BETTER, BUT WE DECIDED TO EMBRACE IOS."

10:32:08  15       AND UP ON THE STAND HERE, MR. SADANA TOLD US WHY THAT WAS

10:32:11  16   THE CASE, REMEMBER, WHEN I ASKED HIM, HE SAID WE DID THAT

10:32:15  17   BECAUSE WE WERE MORE INTERESTED IN TARGETING CISCO'S CUSTOMERS

10:32:18  18   THAN WE WERE JUNIPER'S CUSTOMERS.  THAT'S THE REASON WHY.

10:32:22  19   THAT'S WHY THEY TOOK THE CISCO CLI AND USED IT AS A MODEL TO

10:32:27  20   COPY TO CREATE THEIR USER INTERFACE, THEIR BEING ARISTA.

10:32:33  21       AND HERE, THIS IS EXHIBIT 295, THIS IS ARISTA'S OWN STYLE

10:32:37  22   GUIDE.  THIS IS A LITTLE BIT -- YOU WILL RECALL WE TALKED ABOUT

10:32:40  23   THAT PARSER-POLICE MANIFESTO A FEW TIMES DURING THE CASE, THIS

10:32:45  24   IS ARISTA'S VERSION OF THAT, RIGHT?  AND THIS IS IN EVIDENCE AS

10:32:48  25   WELL.

10:32:49  1          AND IT SAYS, "THE FIRST AND PROBABLY MOST IMPORTANT

10:32:51  2   CONVENTION IN OUR CLI IS TO FOLLOW THE INDUSTRY STANDARD."

10:32:55  3          NOW WE KNOW FROM OTHER THINGS, WE HEARD FROM MR. DALE AT

10:32:58  4   ARISTA, INDUSTRY STANDARD WAS THEIR JOKE FOR BEING JUST LIKE

10:33:02  5   CISCO.  SO WE KNOW WHAT THAT IS.

10:33:06  6          THEN IT GOES ON TO SAY, "IN LOOKING FOR INDUSTRY STANDARD

10:33:08  7   MODELS TO FOLLOW, PLEASE LOOK IN THE FOLLOWING ORDER OF

10:33:11  8   PREFERENCE.  IOS, NX-OS, IOS XR," ALL CISCO OPERATING SYSTEMS.

10:33:15  9          SO THAT WAS THEIR MANUAL, THAT'S WHAT THEY WERE TELLING

10:33:18  10  THE ENGINEERS TO DO.

10:33:21  11         AND WHAT ELSE?  THIS IS EXHIBIT 189 HERE.  AND THIS WE

10:33:28  12  TALKED ABOUT WITH MR. DUDA.

10:33:31  13         NOW LET ME JUST BE CLEAR HERE, I'M NOT SAYING THAT IT'S

10:33:34  14  WRONG TO HAVE A COMPETITOR SWITCH, I'M NOT SAYING THAT AT ALL,

10:33:39  15  PEOPLE DO COMPETITIVE TESTING AND THOSE KINDS OF THINGS, NOBODY

10:33:42  16  IS SAYING THAT.

10:33:43  17         WHAT THIS IS EVIDENCE OF, THOUGH, IS THE DIRECT COPYING.

10:33:46  18  BECAUSE REMEMBER WHAT MR. DUDA SAID, THIS WAS SOMETHING THAT

10:33:49  19  ALL OF THE ENGINEERS WERE INSTRUCTED TO TAKE A LOOK AT SO THAT

10:33:51  20  THEY COULD MATCH THE CISCO SYNTAX, IN OTHER WORDS, MATCH THAT

10:33:56  21  USER INTERFACE THAT CISCO WAS USING.

10:33:58  22         AND THEY HAD THE SWITCH TO SEE WHAT THOSE THINGS WERE SO

10:34:01  23  THEY COULD GET IT EXACTLY RIGHT SO THAT THEY COULD THEN, IN

10:34:05  24  TURN, GO OUT AND TELL CUSTOMERS, WE ARE CISCO, RIGHT, YOU KNOW

10:34:08  25  CISCO, YOU KNOW US.

10:34:11  1          AND AGAIN, IT'S THOSE CORE SETS OF COMMANDS, THE IMPORTANT

10:34:17  2   FEATURES AND FUNCTIONS.  AND YOU HEARD TESTIMONY ABOUT THIS.

10:34:20  3   THE TROUBLESHOOTING, THE CONFIGURATION, THE THINGS THAT THESE

10:34:25  4   USER INTERFACES, THE CLI, IS PRIMARILY USED FOR AND IS WHAT

10:34:29  5   THESE ENGINEERS PRIMARILY RELY ON THIS CLI FOR.

10:34:34  6          THAT'S WHAT WAS COPIED.  AND MR. SADANA SAYS IT AS CLEARLY

10:34:37  7   AS IT COULD POSSIBLY BE, THEY INTENTIONALLY COPIED THAT, RIGHT,

10:34:42  8   FOR THOSE CORE FEATURES?  YES.

10:34:45  9          SO MORE DIRECT EVIDENCE OF COPYING.  MR. DUDA, HE SAID THE

10:34:51  10  SAME THING UP ON THE STAND, RIGHT?  WE DID COPY THOSE.

10:34:55  11         AND IT IS NO COINCIDENCE THAT ARISTA HAS SO MANY CLI

10:34:59  12  COMMANDS THAT WERE TAKEN FROM CISCO'S USER INTERFACE.

10:35:02  13         IN OTHER WORDS, IT WASN'T JUST THAT THEY HAD ACCESS, THEY

10:35:05  14  DIDN'T COME UP WITH THE SAME THING, THEY COPIED THEM, THEY SET

10:35:08  15  OUT TO COPY THEM AND THEY SUCCEEDED IN DOING THAT.

10:35:13  16         WHAT ELSE DO WE KNOW?  YOU WILL RECALL THIS WAS THE OTHER

10:35:17  17  TIME I WAS KIND OF OVER HERE WHEN I READ YOU THAT STIPULATION.

10:35:22  18  ARISTA ADMITTED IN ITS RESPONSE TO THE ANSWER, AND THIS WILL BE

10:35:26  19  EXHIBIT 4821 THAT LISTS ALL THE COMMANDS, INCLUDES THE COMMANDS

10:35:29  20  THAT ARE AT ISSUE IN THE CASE HERE, THAT THEY USED ALL OF

10:35:32  21  THESE, RIGHT?  THERE'S NO DISPUTE ABOUT THAT.

10:35:36  22         SO IF YOU WANT TO GO BACK AND TAKE A LOOK AT THAT.

10:35:38  23         AND THEN WHAT ELSE DO WE HAVE?  WE HAVE THE TWO

10:35:42  24  INTERROGATORY RESPONSES WE PUT INTO EVIDENCE, THOSE ARE

10:35:46  25  EXHIBITS 4822 AND 4823 WHERE ARISTA RESPONDED TO OUR QUESTIONS,

10:35:49   1    CISCO'S QUESTIONS, AND SAID YEP, HERE'S WHERE THEY ARE, THESE

10:35:52   2    ARE THE COMMANDS, AND THIS IS WHEN I PUT THEM IN THE OPERATING

10:35:58   3    SYSTEM AND THIS IS THE VERSION OF THE OPERATING SYSTEM THAT

10:36:00   4    THEY WENT INTO.

10:36:01   5        SO THAT'S ALL THERE.  THERE'S NO DISPUTE ABOUT THAT.

10:36:06   6        AND THEN THIS IS IMPORTANT, RIGHT?  DR. BLACK, HE TOLD US

10:36:14   7    HE PUT A LOT OF EFFORT INTO THIS CASE, RIGHT?  A THOUSAND

10:36:18   8    HOURS, I THINK HE SAID, OR SOMEWHERE AROUND THERE, HE PUT A LOT

10:36:21   9    OF EFFORT INTO THIS CASE.

10:36:22  10        AND I ASKED HIM THIS, RIGHT, "THERE ARE 506 THAT ARE AT

10:36:26  11    ISSUE IN THIS CASE, THEY TOOK THEM, RIGHT?"

10:36:28  12        AND WHAT DID HE RESPOND?  "DON'T KNOW HOW THEY GOT THERE,

10:36:31  13    BUT THEY ARE PRESENT IN BOTH PRODUCTS."

10:36:33  14        YOU DIDN'T HEAR ONE BIT OF TESTIMONY FROM DR. BLACK SAYING

10:36:36  15    THESE WERE NOT COPIED, RIGHT?  HE LOOKED AT THIS FOR A THOUSAND

10:36:41  16    HOURS.  HE HAD ACCESS TO ALL THE ARISTA ENGINEERS AND ALL OF

10:36:44  17    THE EVIDENCE IN THE CASE, HE NEVER ONCE OFFERED YOU THE OPINION

10:36:47  18    THAT THEY WERE DIFFERENT, HE NEVER ONCE OFFERED YOU THE OPINION

10:36:50  19    THAT THE COMMANDS WEREN'T COPIED.

10:36:56  20        AND HERE, THIS IS THEIR OWN EXHIBIT, SHOWS THE COMMANDS

10:36:59  21    SIDE BY SIDE.  9037.  AND I WANT TO -- AND THIS IS THEIR OWN

10:37:04  22    EXHIBIT, AND IT WILL SHOW SIDE BY SIDE, WHAT THE COMMANDS ARE

10:37:07  23    IN THE CISCO USER INTERFACE, THE 506, AND WHAT THEY ARE IN

10:37:10  24    ARISTA.

10:37:11  25        NOW, THIS ONE, THEY NEVER SAID THAT THE COMMANDS WERE

10:37:15   1    DIFFERENT BASED UPON THIS DOCUMENT, THIS WAS SOMETHING THAT

10:37:19   2    DR. BLACK ARGUED DURING HIS TRANSFORMATION DISCUSSION, WHICH

10:37:23   3    I'M GOING TO GET TO IN A MINUTE WITH THE FAIR USE.  AND HE

10:37:27   4    REFERRED TO PARAMETERS.  THAT OH, ON THE CISCO SIDE YOU DON'T

10:37:31   5    INCLUDE THE PARAMETERS.

10:37:32   6         NOW HE NEVER SAID THE PARAMETERS WERE DIFFERENT, RIGHT?

10:37:35   7    AND WE KNOW FROM DR. ALMEROTH THAT THEY, IN FACT, WEREN'T

10:37:38   8    BECAUSE REMEMBER THAT TESTIMONY ABOUT HEY, YOU CAN COPY AND

10:37:41   9    PASTE THE CONFIGURATION FILE AND DROP IT RIGHT INTO AN ARISTA

10:37:45   10   SWITCH AND IT WORKS AND DR. ALMEROTH SAYS YEAH, THAT TELLS ME

10:37:48   11   THAT ALL OF THESE PARAMETERS AND THINGS ARE THE SAME.

10:37:51   12        DR. BLACK NEVER SAID ANYTHING DIFFERENT.

10:37:53   13        SO THIS EXHIBIT, THEIR EXHIBIT 9037, SHOWS YOU THE SAME

10:37:57   14   THING, THAT IT'S THE SAME SET OF COMMANDS IN THE CISCO USER

10:38:03   15   INTERFACES AS WHAT'S IN ARISTA.

10:38:07   16        SAME, THIS IS 4800.  THIS GOES TO THE SCREEN OUTPUTS, THE

10:38:13   17   RESPONSES, THE OUTPUTS WE TALKED ABOUT.  NO DENIAL THOSE WERE

10:38:18   18   COPIED AS WELL.  YOU DIDN'T HEAR DR. BLACK GET UP THERE OR ANY

10:38:22   19   OTHER WITNESS GET UP THERE.

10:38:23   20        AND IN FACT, MR. DUDA, THEIR CHIEF TECHNICAL OFFICER, SAID

10:38:27   21   YES, THAT WAS DONE, THEY REPLICATED SOME OF THE SCREEN OUTPUTS

10:38:30   22   FROM CISCO PRODUCTS, AND THAT WAS DONE INTENTIONALLY BY ARISTA.

10:38:34   23        THAT'S RIGHT.  AGAIN, MORE DIRECT EVIDENCE OF COPYING.

10:38:39   24        SAME HERE, THIS IS EXHIBIT 4799, I'M GIVING YOU SOME OF

10:38:43   25   THE EXHIBIT NUMBERS FOR THE USER INTERFACE ELEMENTS THAT

10:38:46   1    YOUR HONOR HAD READ TO YOU IN THE INSTRUCTIONS.

10:38:49   2         AGAIN, NO TESTIMONY THAT THESE WEREN'T COPIED, RIGHT?

10:38:53   3         AND THEN ONCE AGAIN ON THE MODES AND PROMPTS, THIS IS

10:38:59   4    EXHIBIT 4794, ONCE AGAIN, NO TESTIMONY THAT THESE WEREN'T

10:39:03   5    COPIED.

10:39:04   6         SO WITH THAT, YOU DON'T HAVE TO GET TO THAT LONG -- I

10:39:09   7    THINK IT'S INSTRUCTION 39, PERHAPS, I MIGHT BE WRONG THERE, BUT

10:39:14   8    IT'S THE ONE WHERE YOU GO THROUGH AND YOU RECALL THE JUDGE READ

10:39:20   9    ABOUT INDIRECT, ABOUT WHICH ELEMENTS YOU CAN MATCH UP AND

10:39:23   10   WHETHER THERE'S VIRTUAL IDENTITY.  YOU DON'T EVEN NEED TO GO

10:39:27   11   THERE IN THIS CASE, RIGHT, YOU DON'T NEED TO GO THERE BECAUSE

10:39:30   12   THIS IS A CASE WITH OVERWHELMING EVIDENCE OF DIRECT COPYING.

10:39:34   13        SO WHEN YOU SEE THAT, THE NEXT STEP THAT YOU HAVE IS TO

10:39:38   14   DETERMINE WHETHER THE COPYING WAS, IN THE INSTRUCTION SAID,

10:39:42   15   DE MINIMUS, I LIKE TO SAY TRIVIAL, I THINK THAT WAS IN THE

10:39:46   16   INSTRUCTIONS AS WELL.  IN OTHER WORDS, WAS THIS COPYING

10:39:51   17   TRIVIAL?

10:39:51   18        WELL, HERE'S THE INSTRUCTION.  THIS IS INSTRUCTION 41

10:39:54   19   WHICH IS THE NEXT ONE YOU GO TO ONCE YOU DETERMINE THAT THERE'S

10:39:58   20   DIRECT EVIDENCE OF COPYING.

10:39:59   21        AND IT SAYS, "THE QUESTION IS WHETHER IT WAS MORE THAN A

10:40:03   22   TRIVIAL AMOUNT.  AND WHEN YOU ARE DETERMINING THAT, YOU LOOK AT

10:40:05   23   THE QUALITATIVE AS WELL AS THE QUANTITATIVE SIGNIFICANCE."

10:40:08   24        IN OTHER WORDS, WHAT YOU TOOK, WAS IT IMPORTANT TO THE

10:40:12   25   WORK, RIGHT?  IMPORTANT TO CISCO'S USER INTERFACE.  WELL,

10:40:15  1    THERE'S NO QUESTION THAT THIS WAS IMPORTANT TO CISCO'S USER

10:40:18  2    INTERFACE, AND LET'S TALK ABOUT SOME OF THAT EVIDENCE.

10:40:22  3        YOU KNOW, HERE, THIS IS ARISTA, THIS IS EXHIBIT 488.

10:40:30  4    AGAIN, ONE OF ARISTA'S OWN DOCUMENTS IN THE CASE.  AND THIS ONE

10:40:33  5    YOU WILL RECALL DR. ALMEROTH EXPLAINED A BIT, WHAT THIS WAS,

10:40:39  6    WAS TESTING THAT ARISTA HAD COMMISSIONED ITSELF TO DETERMINE

10:40:42  7    FROM A USER STANDPOINT, RIGHT?

10:40:44  8        IN OTHER WORDS THESE ADMINISTRATORS, USING THIS USER

10:40:47  9    INTERFACE, HOW CLOSE IT WAS, RIGHT, HOW CLOSE IS IT TO THE

10:40:51 10    CISCO USER INTERFACE.

10:40:53 11        AND YOU WILL SEE THAT HERE.  FIRST PERFORMED ON THE IOS

10:40:58 12    PLATFORM, THEN THE EOS PLATFORM.

10:41:01 13        NOW WHAT WAS CONCLUDED?  THIS IS, AGAIN, ARISTA'S OWN

10:41:05 14    SURVEY.  THE ARISTA NETWORKS PLATFORM CONTAINED NO SIGNIFICANT

10:41:10 15    DEVIATION FROM ESTABLISHED IOS NORMS.

10:41:13 16        AND HERE YOU WILL RECALL THERE WAS SOME DISCUSSION IN THE

10:41:16 17    BAR GRAPH, AND IF WE LOOK AT IOS IN COMPARING THAT TO EOS, IT

10:41:21 18    ACTUALLY IS, ACCORDING TO THE STUDY ITSELF, AND THERE'S ANOTHER

10:41:27 19    PAGE, I DON'T HAVE THAT HERE, BUT YOU WILL RECALL THAT

10:41:30 20    DR. ALMEROTH WENT THROUGH, AND THERE'S ANOTHER PAGE IN THIS

10:41:36 21    DOCUMENT THAT TELLS YOU WHAT A FIVE SCORE IS AND IT TELLS YOU

10:41:39 22    IT'S IDENTICAL.

10:41:41 23        SO THINK ABOUT IT, THEY DO A STUDY FROM THE STANDPOINT OF

10:41:45 24    THE USERS TO SAY THEY ARE IDENTICAL TO CISCO, THAT THEY COPIED

10:41:48 25    THE CORE FEATURES, YOU KNOW, THE COMMANDS CORRESPONDING TO THE

2713

10:41:51  1    CORE FEATURES IN THESE SWITCHES.  OF COURSE, THAT'S NOT A

10:41:54  2    TRIVIAL AMOUNT.  YOU ARE GOING OUT THERE AND YOU ARE DOING IT

10:41:57  3    FOR THE PURPOSE OF SAYING FROM THE STANDPOINT OF A USER, CAN I

10:42:00  4    TELL PEOPLE THAT I'M CISCO, RIGHT?

10:42:04  5        AND WHAT DID THEY USE?  THIS IS AGAIN, IN THAT SAME

10:42:08  6    EXHIBIT 488, THAT USER SURVEY, WHAT DID THEY USE TO DETERMINE

10:42:12  7    THAT?  THESE ARE THE COPIED COMMANDS, RIGHT?  THAT'S WHAT THEY

10:42:16  8    MUCH WERE TESTING.

10:42:18  9        THEY ARE OUT THERE TESTING TO DETERMINE WHETHER THE COPIED

10:42:20 10    COMMANDS ARE THE SAME FROM THE STANDPOINT OF THE USER SO THAT

10:42:24 11    THEY CAN TELL PEOPLE IT'S THE SAME THING.  OF COURSE THAT'S A

10:42:27 12    SUBSTANTIAL PART AN IMPORTANT PART OF CISCO'S WORK.  THAT'S

10:42:31 13    WHAT MADE IT UNIQUELY CISCO.

10:42:34 14        OH, AND I DO HAVE THIS, I APOLOGIZE, THIS IS THE KEY,

10:42:39 15    RIGHT?  AND IF WE LOOK AT THE SCORE OF FIVE, WHICH EOS IS

10:42:44 16    ALMOST AT A FIVE, THE SYNTAX FOR THIS ACTION IS IDENTICAL TO

10:42:48 17    IOS, OKAY.  IN OTHER WORDS, IT'S THE SAME.

10:42:53 18        AND WHAT ELSE?  THIS IS A DOCUMENT IN TERMS OF WHY THEY

10:42:57 19    WERE DOING IT AGAIN, WHETHER THIS WAS IMPORTANT, AN IMPORTANT

10:43:00 20    PART OF THE WORK.

10:43:01 21        AND THIS IS AN E-MAIL FROM MR. FOSS TO SOMEONE AT

10:43:05 22    FACEBOOK.  AND I KNOW THERE WAS SOME TESTIMONY THAT PERHAPS

10:43:07 23    THEY DIDN'T MAKE THE SALE TO FACEBOOK AT THIS TIME, THAT'S

10:43:09 24    FINE.  THAT'S NOT WHAT I'M TALKING ABOUT HERE.

10:43:12 25        BUT WHAT I'M TALKING ABOUT IN EXHIBIT 229 IS THIS,

10:43:16  1    MR. FOSS, IS AN ARISTA EMPLOYEE, THAT'S ONE OF THEIR HIGH END

10:43:21  2    MARKETING FOLKS, THAT SAYS, "THE CLI COMMANDS ON OUR SWITCH ARE

10:43:25  3    IDENTICAL TO CISCO IOS, SO THERE SHOULD BE NO LEARNING CURVE TO

10:43:29  4    GET IT CONFIGURED," RIGHT?

10:43:31  5         SO THEY TOOK WHAT THEY NEEDED SO THAT THEY COULD GO OUT

10:43:35  6    AND TELL CUSTOMERS WE ARE IDENTICAL TO IOS SO THAT YOU DON'T

10:43:38  7    NEED TO RETRAIN YOUR PEOPLE, YOU DON'T NEED TO DO ANYTHING, YOU

10:43:42  8    KNOW CISCO, YOU KNOW US.

10:43:45  9         AND AGAIN, HERE'S ANOTHER, THIS IS AN E-MAIL EXCHANGE

10:43:49  10   BETWEEN A POTENTIAL CUSTOMER, MR. DUDA, WE ARE UP TO 2010 NOW.

10:43:54  11   AND IT SAYS, THIS IS THE CUSTOMER, "YOU STATED THAT THE ARISTA

10:43:56  12   CLI IS ALMOST EXACTLY LIKE THE CISCO CLI," RIGHT?  THAT'S WHAT

10:44:00  13   HE SAYS.

10:44:01  14         AND WHAT DO THEY GO ON TO SAY IN THE E-MAIL?  THIS IS

10:44:04  15   EXHIBIT 185, AND I WON'T READ ALL OF THIS, BUT WHAT THE

10:44:09  16   RESPONSE IS, "OH, YEAH.  AND BY THE WAY, WE DON'T HAVE OUR OWN

10:44:12  17   DOCUMENTATION YET, BUT THAT'S FINE, JUST READ THE CISCO

10:44:15  18   DOCUMENTATION, BECAUSE OUR PRODUCTS ARE EXACTLY THE SAME."

10:44:19  19         SO THEY TOOK WHAT THEY NEEDED, SO THAT THEY COULD TELL

10:44:23  20   CUSTOMERS THEY ARE THE SAME, AND YOU DON'T NEED TO TRAIN, YET

10:44:26  21   THEY WANT TO COME IN HERE IN COURT AND TELL YOU WE DIDN'T TAKE

10:44:29  22   ANYTHING, WE DIDN'T TAKE VERY MUCH, WHAT WE TOOK WAS A TRIVIAL

10:44:33  23   AMOUNT.

10:44:34  24         SO THINK ABOUT THAT WHEN YOU GO BACK INTO THE ROOM AND

10:44:39  25   THINK ABOUT WHETHER THAT MAKES ANY SENSE.

10:44:43  1          WHAT ELSE DID WE HEAR?  WELL, WE HEARD THAT, AND I THINK

10:44:47  2     MR. SADANA WAS THE ONE THAT PERHAPS TALKED ABOUT THIS, COULD BE

10:44:52  3     SOME MORE, BUT REMEMBER WE HEARD, WELL, MAYBE AT THE BEGINNING,

10:44:55  4     RIGHT, EARLY ON, 2009, 2010 TIMEFRAME, WE NEEDED TO BE JUST

10:45:01  5     LIKE CISCO, WE NEEDED TO BE ABLE TO TELL PEOPLE THAT WE WERE

10:45:04  6     THE SAME SO WE COULD GET OUR FOOT IN THE DOOR, RIGHT?  BUT

10:45:08  7     AFTER THAT IT WASN'T IMPORTANT.  WE STARTED GETTING INTO OTHER

10:45:11  8     TYPES OF BUSINESS, CLOUD COMPUTING, THINGS LIKE THAT.

10:45:14  9          BUT THAT'S NOT WHAT WE SAW, RIGHT?  ARISTA DIDN'T STOP

10:45:18  10    ADDING CISCO COMMANDS FOR ITS CORE FEATURES AND FUNCTIONS.  AS

10:45:23  11    THEY ADDED MORE CORE FEATURES, MORE FEATURES TO ITS ROUTER --

10:45:27  12    OR EXCUSE ME -- THE SWITCHES THAT ARE AT ISSUE IN THE CASE, IT

10:45:30  13    ADDED MORE CISCO COMMANDS.  AND YOU WILL SEE THAT HERE.  OVER

10:45:33  14    TIME, THAT MORE, AND MORE, AND MORE WERE ADDED.

10:45:38  15          WELL, HERE YOU WILL RECALL THIS -- WELL, MAYBE YOU WILL

10:45:42  16    RECALL BUT I WILL REMIND YOU IF YOU DON'T, THIS IS A GRAPH THAT

10:45:46  17    KIND OF SHOWS THE NUMBER OF COMMANDS THAT ARISTA COPIED FROM

10:45:50  18    CISCO OVER TIME.

10:45:51  19          AND THIS IS IMPORTANT HERE BECAUSE YOU WILL SEE FROM THE

10:45:54  20    GRAPH, YEAH, IT INCREASED SIGNIFICANTLY OVER TIME, INCLUDING UP

10:46:01  21    THROUGH THE FILING OF THIS LAWSUIT; RIGHT, IN 2014.

10:46:08  22          I PUT A COUPLE OF THINGS ON HERE BECAUSE WE HEARD

10:46:11  23    TESTIMONY ABOUT THIS, REMEMBER BACK IN 2008, ARISTA IS

10:46:14  24    BASICALLY IN THIS LOW LATENCY MARKET.  IN OTHER WORDS, THOSE

10:46:17  25    FINANCIAL COMPANIES THAT THEY WANTED TO BE ABLE TO GIVE HIGH

10:46:20  1    SPEED TRADES AND THINGS TO, THAT'S WHAT THEY WERE FOCUSED ON.

10:46:23  2    AND I THINK MR. DUDA SAID, WELL, OUR PRODUCT HAD FEWER

10:46:27  3    FEATURES, AND MR. SADANA DID AS WELL.

10:46:29  4         WELL, THAT'S 2008, AND SURE THERE ARE LESS FEATURES AND

10:46:34  5    THEREFORE LESS COMMANDS THAT THEY COPIED, BUT NOW WE ARE UP TO

10:46:38  6    2011, 2012 WHEN THEY ARE GETTING INTO THE DATA CENTER MARKET,

10:46:42  7    AND WE HEARD THAT FROM MR. ULLAL, AMONG OTHER FOLKS.

10:46:45  8         AND WHAT DO WE SEE?  THEY CONTINUE.  AS THEY ADD THESE

10:46:49  9    FEATURES FOR THE DATA CENTER MARKET, THEY CONTINUE TO COPY

10:46:52  10   CISCO USER INTERFACE COMMANDS, RIGHT?

10:46:55  11        SO ON THE ONE HAND, THEY WANT TO TELL YOU IT WASN'T

10:46:59  12   IMPORTANT TO US, OUR DATA CENTER, OR THE CUSTOMERS DIDN'T CARE

10:47:02  13   ABOUT THIS, YET THEY CONTINUED TO COPY THESE THINGS.

10:47:05  14        AND THEN LET'S LOOK AT SOME OF THE OTHER EVIDENCE THAT WE

10:47:09  15   SAW THAT'S RELEVANT TO THIS.  THIS IS 2012.  2012.  SO AFTER

10:47:16  16   THEY ARE IN THE DATA CENTER MARKET, EXHIBIT 171, AND I WOULD

10:47:19  17   REALLY LIKE YOU TO GO BACK AND TAKE A LOOK AT THIS ONE, I THINK

10:47:22  18   IT'S AN IMPORTANT ONE THAT I REFERRED TO IN THE OPENING, THIS

10:47:25  19   IS THE RESPONSE OF MR. DALE, AND WE HEARD FROM MR. DALE, HE

10:47:30  20   TESTIFIED HERE, TALKS TO A SALES ENGINEER ABOUT HOW THEY SHOULD

10:47:35  21   RESPOND TO A CUSTOMER.

10:47:37  22        AS OF 2012, ARE THEY TELLING CUSTOMERS OH, WE'VE DEVIATED,

10:47:42  23   WE ARE NOT THE SAME AS CISCO ANYMORE?  OF COURSE NOT.  IT SAYS,

10:47:46  24   "WE WOULD BE A PRACTICAL DROP-IN REPLACEMENT FOR CISCO, GIVEN

10:47:51  25   THE 99.999 PERCENT SIMILARITY IN THE CLI."

10:47:57  1     HOW CAN IT BE THAT YOU COME IN TO COURT AND YOU SAY, I

10:48:01  2   TOOK A TRIVIAL AMOUNT, BUT YOU ARE TELLING YOUR SALES ENGINEERS

10:48:06  3   AS OF 2012 TO GO OUT AND TELL CUSTOMERS THAT WE ARE

10:48:09  4   99.999 PERCENT SIMILAR?  IT DOESN'T MAKE ANY SENSE.  IT CAN'T

10:48:14  5   BE THAT, I DON'T KNOW WHAT IT IS, .001% MAKES TRIVIAL FROM

10:48:22  6   NONTRIVIAL, RIGHT?  THAT CAN'T BE THE CASE, THAT DOESN'T MAKE

10:48:24  7   ANY SENSE.

10:48:24  8     SO AGAIN, THEY TOOK WHAT THEY NEEDED SO THEY COULD TELL

10:48:27  9   CUSTOMERS, WE'RE CISCO.  AND THIS IS AS OF 2012.

10:48:31  10    IF WE GO FORWARD, THIS IS 2013 NOW, THIS ISN'T EARLY ON,

10:48:36  11  THIS IS WELL AFTER THEY ARE IN THE DATA CENTER MARKET, WELL

10:48:37  12  AFTER THEY ARE DOING THEIR CLOUD CUSTOMERS THAT WE HEARD A

10:48:41  13  BUNCH ABOUT.  AND THIS IS EXHIBIT 166 AND 166-A.  THIS IS THE

10:48:45  14  EXCERPT THAT WE SAW FROM MR. DALE'S PRESENTATION TO POTENTIAL

10:48:49  15  CUSTOMERS AT THIS CONFERENCE.

10:48:50  16    AND WHAT DOES THIS SAY?  ARISTA'S CLI COMMANDS, SAME AS

10:48:55  17  CISCO IOS.  SO ONCE AGAIN, 2013, STILL TELLING PEOPLE THEY ARE

10:48:59  18  THE SAME.

10:49:00  19    AND IMPORTANTLY HERE, WHAT ELSE DOES HE SAY?  YOU CAN

10:49:04  20  ACTUALLY TAKE A CONFIG OFF A CATALYST OR NEXUS AND APPLY IT IN

10:49:09  21  EXACTLY THE SAME WAY.

10:49:10  22    AND HE EXPLAINED THAT DURING HIS TESTIMONY.  CATALYST AND

10:49:12  23  NEXUS, THOSE ARE CISCO SWITCHES, RIGHT?  SO THEY ARE TELLING

10:49:16  24  POTENTIAL CUSTOMERS AT THIS CONFERENCE, TAKE YOUR CONFIG FILE

10:49:20  25  OFF OF YOUR CISCO SWITCH AND DROP IT INTO YOUR ARISTA SWITCH

10:49:24   1    AND IT'S GOING TO WORK IN EXACTLY THE SAME WAY.

10:49:27   2         SO ONCE AGAIN, IT'S NOT TRIVIAL.  I MEAN, YOU TAKE ENOUGH

10:49:31   3    THAT YOU NEED SO THAT YOU CAN TELL PEOPLE YOU ARE THE SAME AND

10:49:34   4    THEN YOU COME INTO COURT AND SAY IT'S TRIVIAL.

10:49:37   5         AND HERE, THIS IS 2015.  AND WE SAW THIS DOCUMENT, IT'S

10:49:42   6    EXHIBIT 545.  THIS IS A PRESENTATION TO AT&T.  AND AT&T, YOU

10:49:48   7    CAN SEE FROM THIS DOCUMENT, IS WAS A BIG CISCO CUSTOMER -- IS A

10:49:56   8    BIG CISCO CUSTOMER.

10:49:57   9         WHAT ARE THEY TELLING PEOPLE AS OF 2015?  THIS IS AFTER

10:50:02   10   THE LAWSUIT WAS FILED, BECAUSE THAT WAS 2014, SO THIS IS 2015.

10:50:05   11   AND THEY ARE TELLING AT&T, YOU CAN COPY AND PASTE THE

10:50:11   12   CONFIGURATIONS FROM THEIR EXISTING CISCO INFRASTRUCTURE ON TO

10:50:17   13   AN ARISTA SWITCH AND 90 PERCENT PLUS OF COMMANDS WILL BE

10:50:20   14   ACCEPTED.

10:50:20   15        SO EVEN AS OF 2015 WHEN THEY SAY IT WASN'T IMPORTANT

10:50:23   16   ANYMORE, WE DIDN'T NEED TO DO IT, RIGHT, THAT'S WHAT I HEARD A

10:50:27   17   FAIR AMOUNT OF DURING THIS CASE, THEY ARE STILL GIVING

10:50:30   18   DOCUMENTS TO CISCO CUSTOMERS SAYING, HEY, COPY AND PASTE YOUR

10:50:34   19   CONFIG, IT WILL RUN ON THE ARISTA SWITCH.

10:50:36   20        THAT'S NOT A TRIVIAL AMOUNT, RIGHT?  AGAIN, I TOLD YOU AT

10:50:42   21   THE BEGINNING OF THIS CASE, IT'S IMPORTANT TO LOOK AT WHAT

10:50:44   22   PEOPLE SAY OUTSIDE OF COURT AND NOT SPEND SO MUCH TIME LOOKING

10:50:49   23   AT WHAT THEY SAY INSIDE OF COURT.

10:50:54   24        SO WITH ALL OF THAT, I GET THROUGH -- THAT'S THE FIRST

10:50:57   25   QUESTION, RIGHT?  AND YOU WILL SEE THIS ON THE VERDICT FORM,

10:51:02  1    THE FIRST QUESTION IS, "HAS CISCO PROVEN THAT ARISTA INFRINGED

10:51:06  2    ANY OF CISCO'S USER INTERFACE?"  OKAY.  WELL, THAT'S YES.

10:51:12  3         NOW I JUST WANT TO TALK BRIEFLY ABOUT THE USER MANUALS.

10:51:17  4         THERE'S NO QUESTION HERE, AND MS. ULLAL SAID, YEAH, WE

10:51:21  5    DON'T TOLERATE PLAGIARISM.  THEY WERE COPIED.  AND THAT

10:51:24  6    EMPLOYEE WAS TAKEN CARE OF, RIGHT?

10:51:26  7         SO THERE'S NOT ANY QUESTION THAT THEY WERE COPIED, THAT'S

10:51:30  8    ADMITTED, ONCE AGAIN.  SO HERE WE ARE NOT ASKING YOU, THE JURY,

10:51:37  9    TO ASSESS DAMAGES FOR THAT INFRINGEMENT, JUST TO DETERMINE

10:51:41  10   WHETHER THERE IS INFRINGEMENT BASED UPON THOSE ADMISSIONS.

10:51:45  11   THAT'S SOMETHING THAT WE WILL DEAL WITH LATER, SO YOU DON'T

10:51:48  12   NEED TO CONSIDER THAT, BUT YOU WILL HAVE QUESTION SIX THERE ON

10:51:51  13   THE TECHNICAL MANUALS AS TO WHETHER OR NOT THERE WAS THAT

10:51:54  14   INFRINGEMENT.

10:51:56  15        SO NOW LET ME MOVE TO CISCO'S DEFENSES -- ARISTA'S

10:52:01  16   DEFENSES, I'M SORRY.

10:52:05  17        SO I'VE JUST TOLD YOU, AT LEAST WITH RESPECT TO THE

10:52:08  18   COPYRIGHT STUFF, OUTLINED FOR YOU THE EVIDENCE FROM THE THINGS

10:52:12  19   THAT ARE CISCO'S BURDEN TO PROVE, RIGHT?

10:52:14  20        NOW LET'S TALK ABOUT THE THINGS THAT ARE ARISTA'S BURDEN

10:52:18  21   TO PROVE, MEANING THEY HAVE TO PROVE THESE THINGS TO YOU.  AND

10:52:22  22   THESE ARE REALLY EXCUSES, I THINK THERE'S MAYBE FIVE OF THEM

10:52:25  23   YOU WILL SEE.  AND BEFORE I GET INTO THOSE, THINK ABOUT THAT,

10:52:28  24   RIGHT, FIVE.

10:52:29  25        WHAT USUALLY HAPPENS IN LIFE WHEN SOMEBODY COMES AND SAYS,

10:52:32  1    WELL, IT WASN'T MY FAULT, I DIDN'T DO IT, YOU KNOW, HE HIT ME

10:52:38  2    FIRST, YOU KNOW, IT WAS AN ACCIDENT, RIGHT, THOSE KINDS OF

10:52:44  3    THINGS.

10:52:44  4         I MEAN, USUALLY THEY ARE PROBABLY NOT TELLING YOU THE

10:52:48  5    TRUTH, RIGHT?  THAT'S USUALLY WHAT HAPPENS.  AND THINK ABOUT

10:52:51  6    THAT HERE, IF YOU HAVE ONE DEFENSE AND IT'S REALLY STRONG, WHY

10:52:55  7    DO YOU NEED FIVE?  WHY DON'T YOU SAY, WELL, IF YOU DON'T

10:52:59  8    BELIEVE THAT, LET ME TELL YOU THIS ONE.  SO THINK ABOUT THAT AS

10:53:02  9    WE ARE GOING THROUGH THESE.

10:53:04 10         SO HERE, I WANT TO TALK ABOUT FAIR USE FIRST.  AND YOU

10:53:09 11    WILL SEE THIS INSTRUCTION, THIS IS AN IMPORTANT ONE TO GO BACK

10:53:12 12    AND LOOK AT.  THESE ARE FURTHER GUIDANCE ON WHAT THESE FAIR USE

10:53:16 13    FACTORS, THE KINDS OF THINGS YOU ARE SUPPOSED TO CONSIDER.

10:53:19 14         AND THE IMPORTANT THING THAT I WANT YOU TO LOOK AT HERE

10:53:22 15    WITH THIS FIRST ONE IS THAT COMMERCIAL USE WEIGHS AGAINST A

10:53:25 16    FINDING OF FAIR USE.

10:53:27 17         AND THAT MAKES SENSE, RIGHT?  IF I USE SOMEBODY'S

10:53:31 18    COPYRIGHTED WORK IN ORDER TO BASICALLY DISPLACE THEM, TAKE AWAY

10:53:34 19    THEIR OPPORTUNITIES IN THE MARKET, THAT'S PROBABLY NOT GOING TO

10:53:37 20    BE FAIR USE; RIGHT.  AND THAT JUST MAKES INTUITIVE SENSE, IT

10:53:42 21    JUST SEEMS RIGHT.

10:53:43 22         WELL HERE, THERE'S NO QUESTION ABOUT THAT, DR. BLACK SAID

10:53:45 23    THAT, FLAT OUT, ARISTA IS MAKING -- SO YOU AGREE THAT THE USE

10:53:51 24    THAT ARISTA IS MAKING OF THE CISCO CLI IS COMMERCIAL, RIGHT?  I

10:53:55 25    THINK THAT'S CLEAR.

10:53:58  1          NO QUESTION ABOUT THAT.  SO WE ARE YOU CAN THAT TALKING

10:54:00  2    ABOUT A COMMERCIAL USE IN ORDER TO TARGET CISCO'S CUSTOMERS AND

10:54:03  3    DISPLACE CISCO'S CUSTOMERS.  SO THAT'S THE BACKDROP OF THIS.

10:54:07  4          NOW, THAT FIRST FACTOR ALSO TALKS ABOUT TRANSFORMATION,

10:54:15  5    RIGHT?  AND WE TALKED ABOUT THIS DURING THE CASE, BUT NOW YOU

10:54:19  6    HAVE THE LAW ON THIS TRANSFORMATION.  AND REMEMBER WHEN YOU ARE

10:54:22  7    GOING BACK THERE, WHAT WE ARE TALKING ABOUT TRANSFORMING IS THE

10:54:25  8    EXPRESSION, RIGHT?  BECAUSE IN COPYRIGHT THAT'S WHAT YOU ARE

10:54:28  9    TALKING ABOUT IS THE EXPRESSION, THAT'S THE PROTECTED WORK.

10:54:32  10         THERE ISN'T -- THERE'S NO TRANSFORMATION OF THE EXPRESSION

10:54:35  11   HERE, THERE'S NO TRANSFORMATION OF THE CLI, THERE'S NO

10:54:38  12   TRANSFORMATION OF THESE USER INTERFACES, THEY ARE USING IT IN

10:54:42  13   EXACTLY THE SAME WAY.

10:54:44  14         IN FACT HERE, WHICH IS EXHIBIT 183 FROM MR. SWEENEY, AND

10:54:49  15   WE SAW SOME OF HIS TESTIMONY ON VIDEO, HE DIDN'T COME TO

10:54:52  16   TESTIFY LIVE, BUT YOU KNOW, IT ACTUALLY SAYS, WE USUALLY TRY

10:54:55  17   HARD NOT TO INNOVATE ON CLI COMMANDS.

10:54:58  18         IN OTHER WORDS, WE INTENTIONALLY DON'T WANT TO CHANGE THE

10:55:01  19   EXPRESSION, WE WANT TO KEEP IT THE SAME.

10:55:04  20         AND HERE AGAIN, WE SAW THIS FROM MS. ULLAL, THIS IS THE

10:55:10  21   INTERVIEW REFERRING TO THE CISCO COMMAND-LINE INTERFACE, WE

10:55:12  22   HAVE SIMILAR COMMAND-LINE INTERFACES AND OPERATIONAL LOOK AND

10:55:16  23   FEEL WHERE WE DON'T HAVE TO INVENT, WE DON'T.

10:55:19  24         SO IN OTHER WORDS, WE LIKE IT, WE WANT TO BE THE SAME.  WE

10:55:21  25   ARE NOT GOING TO TRANSFORM IT.  THAT'S WHAT WE ARE OUT THERE

10:55:25  1    SAYING.  BUT HERE IN COURT WE ARE TELLING YOU, NO, OUR USE IS

10:55:30  2    TRANSFORMATIVE.

10:55:32  3         AND I JUST WANT TO TOUCH ON THIS POINT A LITTLE BIT.  SO

10:55:35  4    WHEN DR. BLACK CAME UP, I BELIEVE HE WAS THE LAST WITNESS IN

10:55:38  5    THE CASE RIGHT BEFORE I DONATED MY TIME TO THE JURY.  AND

10:55:42  6    DR. BLACK, ONE OF THE THINGS WE TALKED ABOUT WITH THIS

10:55:46  7    TRANSFORMATION WAS WE HAVE THESE EAPI'S HE CALLED THEM, RIGHT?

10:55:51  8         AND I'M NOT GOING TO GO INTO DETAIL WHAT EXACTLY THAT WAS,

10:55:56  9    BUT YOU WILL RECALL THAT WAS THIS THING WHERE HE SAID HE PUT A

10:56:00  10   WRAPPER AROUND THE COMMANDS THEMSELVES SO YOU COULD ISSUE THE

10:56:03  11   COMMANDS IN SOFTWARE, RIGHT?  BUT YOU ARE STILL USING THE

10:56:06  12   COMMANDS, NO QUESTION ABOUT IT, HE DID THAT.

10:56:08  13        SO THAT'S WHAT HE WAS TALKING ABOUT AS BEING ONE OF THE

10:56:11  14   TRANSFORMATIONS, ONE OF THE MAIN THINGS.

10:56:14  15        BUT HERE, EXHIBIT 187, WE SHOWED THAT.  I MEAN, THIS IS

10:56:18  16   THE DOCUMENT WHERE IT SAID, KEN, REFERRING TO MR. DUDA, JUST

10:56:23  17   BLATANTLY COPY CISCO'S API.  AND THEN THERE WAS SOME QUESTION

10:56:29  18   FROM DR. BLACK AS TO WHETHER THEY WERE TALKING ABOUT THE

10:56:34  19   EAPI'S, BUT IF YOU GO TO THE TOP OF THE DOCUMENT, THAT'S WHAT

10:56:36  20   MR. DUDA WAS REFERRING TO.  SO "BLATANTLY COPY CISCO'S EAPIS,"

10:56:41  21   YET HERE IN COURT, THAT'S ONE OF THE THINGS THAT THEY SAY IS

10:56:44  22   TRANSFORMATIVE.

10:56:45  23        NOW WHAT WAS ONE OF THE OTHER THINGS THAT DR. BLACK TALKED

10:56:48  24   ABOUT DURING THE END OF HIS TESTIMONY?  WHICH IS THIS IDEA OF

10:56:52  25   THE EXTENSIBLE PARSER, RIGHT?  THE EXTENSIBLE PARSER.

10:56:58   1          AND DR. BLACK, YOU KNOW I ASKED HIM, WELL, DO YOU KNOW

10:57:02   2    THAT'S ACCUSED OF INFRINGEMENT UNDER THE '526 PATENT -- AND I

10:57:05   3    WILL TALK ABOUT THAT IN A MOMENT, BUT DR. BLACK SAID HE WASN'T

10:57:10   4    AWARE, HE DIDN'T LOOK AT IT, HE DIDN'T KNOW.

10:57:13   5          SO HE'S OFFERING OPINIONS ON SOMETHING BEING

10:57:17   6    TRANSFORMATIVE, SOMETHING BEING DIFFERENT WITHOUT ACTUALLY

10:57:20   7    LOOKING AT THE CLAIMS IN THE CASE.

10:57:22   8          SO NOW LET'S TALK ABOUT THIS THIRD FACTOR FOR FAIR USE.

10:57:29   9    AND THIS IS SIMILAR, YOU KNOW, VERY SIMILAR TO WHAT I WENT

10:57:32  10    THROUGH, AND I'M NOT GOING TO GO BACK THROUGH ALL OF THAT

10:57:34  11    EVIDENCE FOR WHETHER THE COPYING WAS TRIVIAL.  IN OTHER WORDS,

10:57:37  12    DID THEY TAKE A TRIVIAL AMOUNT.

10:57:40  13          THIS ONE, IN THIS IS -- TELLS YOU EXPLICITLY THAT WHEN YOU

10:57:46  14    ARE EVALUATING IT, THAT EVEN A SMALL PART MAY BE QUALITATIVELY

10:57:50  15    THE MOST IMPORTANT PART OF THE WORK.

10:57:52  16          AND SO YOU GOT TO CONSIDER BOTH THE QUANTITY AND THE

10:57:55  17    QUALITY, RIGHT?

10:57:56  18          I ALREADY TALKED TO YOU ABOUT THE QUALITY AND WHAT THEY

10:57:59  19    TOOK AND WHY THEY TOOK IT AND THAT THEY WERE TELLING CUSTOMERS,

10:58:03  20    HEY, WE ARE THE SAME, RIGHT?

10:58:04  21          BUT WE KNOW FROM DR. BLACK THAT HE DIDN'T EVEN ADDRESS

10:58:09  22    THAT.  HE DIDN'T OFFER YOU AN OPINION SAYING NO, WHAT WAS TAKEN

10:58:12  23    WAS QUALITATIVELY UNIMPORTANT, IT WAS OF NO QUALITY, NOBODY

10:58:16  24    CARED ABOUT IT.  HE NEVER OFFERED THAT OPINION.  INSTEAD, HE

10:58:19  25    SAID HE DIDN'T EVEN LOOK AT THAT.

10:58:23  1        DR. ALMEROTH DID.  HE TOLD YOU THAT.  HE GAVE YOU

10:58:26  2   TESTIMONY ABOUT THAT.  HE TOLD YOU ABOUT THE QUALITY OF THAT

10:58:29  3   WORK.  SO YOU HEARD THAT FROM HIM.  HE EVALUATED WHAT YOU ARE

10:58:33  4   SUPPOSED TO DO, BUT DR. BLACK DID NOT, AND TOLD US THAT HE

10:58:37  5   DIDN'T DO THAT.

10:58:39  6        WELL, LET'S TALK A LITTLE BIT ABOUT THIS IDEA OF QUANTITY,

10:58:44  7   BECAUSE YOU'VE HEARD SOME NUMBERS TOSSED AROUND LIKE THERE MAY

10:58:47  8   BE 18,000 COMMANDS OR SOMETIMES WE HEARD 16,000 COMMANDS IN

10:58:52  9   IOS.

10:58:52  10       BUT REMEMBER WHAT WE HEARD AT THE BEGINNING, RIGHT?  CISCO

10:58:56  11  MAKES MANY, MANY PRODUCTS OUT THERE.  ARISTA HAS ONLY ONE

10:58:59  12  PRODUCT LINE.  THAT'S ALL.  AND ARISTA TOOK WHAT THEY NEEDED

10:59:07  13  FOR THAT PRODUCT LINE.

10:59:10  14       AND WE KNOW HERE, THIS IS ANOTHER DOCUMENT, THIS IS,

10:59:14  15  AGAIN, SOME TESTING THAT WAS DONE ON ARISTA PRODUCTS, AND THE

10:59:18  16  CONCLUSION FROM THE TESTING, THIS IS AS OF 2009, EXHIBIT 278,

10:59:23  17  THIS SYSTEM, IS A VERY CLOSE CLONE OF THE IOS CLI.  THIS IS A

10:59:29  18  MAJOR PLUS FOR THE MAJORITY OF CUSTOMERS WHO HAVE ALREADY

10:59:32  19  CISCO-TRAINED STAFF.

10:59:35  20       SO AGAIN, ON THE ONE HAND THEY WANT TO COME IN AND TELL

10:59:38  21  YOU WHAT WE TOOK WAS JUST A SMALL AMOUNT, WHAT WE TOOK WAS NOT

10:59:42  22  IMPORTANT.  BECAUSE THAT'S WHAT YOU ARE SUPPOSED TO BE

10:59:44  23  EVALUATING.  YET, IT'S LIKE THEY ARE TRYING TO ASK YOU TO GIVE

10:59:49  24  THEM A PASS FOR TAKING WHAT THEY DIDN'T NEED, WHICH DOESN'T

10:59:53  25  MAKE ANY SENSE.

10:59:54  1          WE'VE HEARD SOME OF THAT.  YOU DON'T GET A PASS FOR TAKING

10:59:57  2    WHAT YOU DON'T NEED, YOU GO OUT THERE, YOU TAKE WHAT YOU NEED

11:00:00  3    SO YOU CAN SAY YOU ARE 100 PERCENT -- OR EXCUSE ME, I MISSPOKE.

11:00:06  4    99.999 PERCENT SAME AND A DROP-IN REPLACEMENT, YET YOU COME

11:00:11  5    INTO COURT AND SAY NO, WE DIDN'T TAKE VERY MUCH.

11:00:15  6          SO LET'S TALK ABOUT THIS FOURTH FAIR USE FACTOR THAT YOU

11:00:18  7    ARE GOING TO EVALUATE.  AND ONE OF THE THINGS THAT THIS SAYS,

11:00:23  8    THIS IS INSTRUCTION 56, FACTOR CONSIDERS WHETHER THE ACCUSED

11:00:28  9    WORK IS OFFERED OR USED AS A SUBSTITUTE FOR THE ORIGINAL

11:00:32 10    COPYRIGHTED WORK.

11:00:33 11          SO LET'S TALK ABOUT THAT FIRST.  IT SURE WAS, RIGHT?

11:00:37 12    EXHIBIT 171.  YOU ARE TELLING PEOPLE IT'S A 99.99 PERCENT

11:00:42 13    DROP-IN REPLACEMENT, THAT'S ABOUT AS MUCH AS A SUBSTITUTE FOR

11:00:47 14    THE WORK AS YOU CAN GET.  SO THERE'S NO QUESTION ABOUT THAT.

11:00:51 15          NOW WHAT WE MOVE INTO IS THIS OTHER THING.  BECAUSE THE

11:00:54 16    WAY I HEARD IT ANYWAY, AND I MIGHT BE WRONG, AND YOU ARE GOING

11:00:56 17    TO HEAR FROM ARISTA'S COUNSEL, BUT THE WAY I HEARD IS, YEAH,

11:00:59 18    BUT THERE'S NO HARM TO CISCO, RIGHT?  THERE'S NO HARM OUT THERE

11:01:04 19    FOR US USING IT BECAUSE THERE WAS WIDESPREAD USE OF THIS USER

11:01:08 20    INTERFACE BY OTHERS.

11:01:10 21          BUT AGAIN, THEY HIRED DR. BLACK TO DO THAT.  AND SET

11:01:14 22    ASIDE -- I THINK THERE WAS ENOUGH TESTIMONY THAT WE WENT

11:01:18 23    THROUGH ABOUT HIS METHODOLOGY IN TERMS OF HOW HE SELECTED HIS

11:01:23 24    GROUP.  SO WE WILL PUT THAT ASIDE.  BUT HE EVEN SAID

11:01:28 25    EXPLICITLY, HE WASN'T OFFERING ANY OPINION ON WHETHER THERE WAS

1    WIDESPREAD USE, RIGHT?  NOT ONE OPINION AT ALL.  HE COULDN'T

2    TELL YOU WHERE THE LINE WAS, EVEN BASED UPON HIS OWN DATA, AND

3    REFUSED TO TELL HIM WHERE THE LINE WAS.

4         IN FACT, I ASKED HIM, IF I KEPT GOING, YOU WOULDN'T TELL

5    ME?  NO, I COULDN'T HELP YOU THERE.

6         BUT WHAT DO WE KNOW?  I MEAN, WE WENT THROUGH AND I DID MY

7    RUDIMENTARY MATH, PERHAPS NOT EXACTLY RIGHT, BUT I DID THE BEST

8    I COULD AT THE TIME, BUT WE GOT UP TO 281, AND HE STILL SAID I

9    HAVE NO OPINION.

10        SO IN OTHER WORDS, THAT'S WELL OVER HALF OF THE COMMANDS

11   WE ARE TALKING ABOUT THAT ARE AT ISSUE IN THIS CASE.  AND

12   DR. BLACK'S OWN HAND-SELECTED DATA SAID MOST OF PEOPLE OUT

13   THERE THAT HE LOOKED AT AREN'T USING THOSE THINGS.

14        AND THIS, I WANT TO PAUSE HERE FOR A MINUTE.

15   EXHIBIT 6095, I WANT YOU TO TAKE A LOOK AT THIS ONE.  IT WASN'T

16   TALKED ABOUT A LOT IN THE CASE, I PUT THIS IN EVIDENCE WITH

17   MR. HOLBROOK WHEN HE WAS ON THE STAND.

18        THIS IS AN ARISTA DOCUMENT THAT SUMMARIZES THIS 2010

19   NETWORK WORLD TEST THAT LOOKED AT SOME SWITCHES THAT ARE OUT

20   THERE.  SO THIS IS A THIRD PARTY TEST, BUT THIS IS AN ARISTA

21   DOCUMENT THAT SUMMARIZES IT.

22        SO REMEMBER SOME OF THE THINGS WE HEARD, RIGHT, WE HEARD

23   FROM ARISTA THAT ONE OF THEIR EXCUSES IS, I PUT THIS IN BECAUSE

24   EVERYBODY ELSE WAS OUT THERE DOING IT.  IN OTHER WORDS, I USED

25   THE CISCO USER INTERFACE BECAUSE EVERYBODY ELSE WAS OUT THERE

11:02:56  1    DOING IT.

11:02:56  2         WELL, WE KNOW FROM THE TESTIMONY THEY NEVER LOOKED, RIGHT?

11:03:00  3    WE ASKED THEM, DID YOU EVER DO A STUDY BEFORE YOU DID IT?  DID

11:03:03  4    YOU EVER LOOK AS TO WHAT OTHER PEOPLE WERE DOING?  THEY SAID

11:03:07  5    NO, WE NEVER DID ANYTHING LIKE THAT.

11:03:09  6         BUT WHAT DO WE SEE IN 2010?  THIS IS THEIR OWN INTERNAL

11:03:13  7    DOCUMENTS HERE.  HP, THAT'S ONE THEY TOLD YOU, HP WAS OUT THERE

11:03:16  8    USING THIS.  WELL, THEY SAY THAT THEIR SWITCH IS IOS, RIGHT?

11:03:22  9    USES THE CLI.  BUT HP, THEIR OWN INTERNAL DOCUMENT IS SAYING

11:03:25 10    IT'S NOT CONSISTENT, RIGHT, IT'S NOT CONSISTENT.  IN OTHER

11:03:28 11    WORDS, IT'S DIFFERENT FROM IOS.

11:03:31 12         SAME WITH RESPECT TO EXTREME, ANOTHER ONE THAT THEY TELL

11:03:35 13    YOU AND THEY RELY UPON.  EXTREME, THEY WERE DOING THIS, THEY

11:03:38 14    WERE USING THE CISCO IOS.  WELL, THEY WEREN'T.  THAT'S WHAT

11:03:42 15    THEY SAY.  THEIR OWN INTERNAL DOCUMENTS SAY THAT THEY WEREN'T

11:03:46 16    USING IT.

11:03:47 17         AND AGAIN, HERE WITH DELL, WE'VE HEARD A LOT ABOUT DELL,

11:03:50 18    BUT WHAT DO THEY SAY?  WE ARE IOS.  BUT DELL IS NOT.

11:03:54 19         SO ON THE ONE HAND, THEY ARE TRYING TO TELL YOU WE USE

11:03:57 20    THIS STUFF BECAUSE EVERYBODY ELSE WAS USING IT, WHEN THEIR OWN

11:04:01 21    INTERNAL DOCUMENTS ARE SAYING NO, IT'S A SELLING POINT THAT WE

11:04:05 22    WERE DIFFERENT, WE'RE THE MOST BLATANT VIOLATOR.

11:04:11 23         SO NOW LET ME TALK ABOUT THESE OTHER COUPLE OF DEFENSES.

11:04:17 24    THESE ARE MERGER AND SCÈNES À FAIRE.

11:04:22 25         SO MERGER, RIGHT, THAT ONE IS -- HAD ONLY ONE WAY OR VERY

11:04:26  1    FEW WAYS TO EXPRESS THE IDEA.  NOW THESE TWO DEFENSES ARE

11:04:30  2    REALLY THE FLIP SIDE OF ORIGINALITY AND CREATIVITY THAT WE

11:04:33  3    HEARD TALKED ABOUT, SO I'M NOT GOING TO GO BACK THROUGH ALL OF

11:04:36  4    THAT EVIDENCE.

11:04:36  5         BUT YOU KNOW FROM WHAT I WENT THROUGH THAT THERE WERE MANY

11:04:40  6    DIFFERENT WAYS TO EXPRESS THESE THINGS AND WE SAW SOME OF THOSE

11:04:44  7    EXAMPLES AND WE HEARD THAT TESTIMONY, RIGHT?

11:04:46  8         AND THEN WITH RESPECT TO SCÈNES À FAIRE, THE QUESTION IS

11:04:48  9    DID EXTERNAL FACTORS OTHER THAN CISCO'S CREATIVITY DICTATE WHAT

11:04:53  10   CISCO DID WITH THE USER INTERFACE.

11:04:55  11        AND WE SAW THE EVIDENCE THAT WASN'T THE CASE EITHER;

11:04:58  12   RIGHT.  AND WE KNOW FROM MR. SHAFER, HE SET OUT TO DESIGN A

11:05:04  13   USER INTERFACE THAT HE SAID HE WANTED TO BE SLAVISHLY DIFFERENT

11:05:08  14   FROM CISCO'S USER INTERFACE.  AND SAID THAT HE HAD A GREEN

11:05:12  15   FIELD AND HE COULD DO WHATEVER HE WANTED, RIGHT?

11:05:15  16        HE'S TRYING TO EXPRESS TO CUSTOMERS OUT THERE THAT SAME

11:05:19  17   SET OF CORE FUNCTIONS.  IN OTHER WORDS, SOMETHING THAT THEY

11:05:22  18   COULD ACCESS AND THEY KNOW THAT.  BUT HE'S SAYING THAT THEY DID

11:05:25  19   IT TOTALLY DIFFERENTLY.  WE HEARD THE GENTLEMAN FROM HP TELL US

11:05:29  20   EXACTLY THE SAME THING AND WE SAW EXAMPLES OF THAT.

11:05:32  21        FRANKLY, DR. BLACK'S OWN DATA, IF YOU THINK ABOUT IT,

11:05:36  22   TELLS US EXACTLY THE SAME THING, RIGHT?  BECAUSE IF YOU TAKE

11:05:39  23   THE 506 COMMANDS THAT ARE AT ISSUE HERE AND YOU SHOW THE VAST

11:05:43  24   MAJORITY OF THE HAND-PICKED GROUP THAT HE WAS LOOKING AT DID

11:05:48  25   SOMETHING DIFFERENT, YOU DIDN'T HEAR ANY TESTIMONY THAT SAID

11:05:51  1     WELL, THOSE CORE FEATURES WEREN'T HERE, WE DIDN'T HAVE THE CORE

11:05:54  2     FEATURES AND FUNCTIONS.

11:05:55  3          SO WE KNOW THAT THERE ARE MANY DIFFERENT WAYS TO EXPRESS

11:05:59  4     THESE, NOT ONLY IN THEORY, BUT IN PRACTICE.  THAT'S THE WAY IT

11:06:02  5     HAPPENED.

11:06:05  6          SO THEN HERE WE GET TO QUESTION TWO, THESE ARE ARISTA'S

11:06:11  7     BURDEN OF PROOF, AS I SAY, AND THE IMPORTANT THING THAT I WANT

11:06:14  8     TO NOTE HERE IS, AS I SAID, ANY OF THESE DEFENSES, I'M GOING TO

11:06:18  9     TALK ABOUT A COUPLE MORE BECAUSE I SAID THERE WAS FIVE, ARE

11:06:21  10    THOSE ARE DECISIONS FOR ARISTA.

11:06:23  11         SO DON'T THINK THAT IF I SAY, WELL, IT'S NOT FAIR USE, BUT

11:06:27  12    IT'S SCÈNES À FAIRE, THEN THAT'S KIND OF SPLITTING THE BABY,

11:06:31  13    AND THAT'S NOT THE WAY IT WORKS.  ANY ONE OF THESE WOULD BE, AS

11:06:36  14    HER HONOR SAID, WOULD BE A DECISION FOR ARISTA.

11:06:40  15         NOW LET'S TALK A LITTLE BIT ABOUT THE HUAWEI CASE.  WE

11:06:43  16    HEARD A FAIR AMOUNT ABOUT THIS.  AND HUAWEI IS IMPORTANT HERE,

11:06:48  17    THE REASON WHY IT CAME UP, BECAUSE HUAWEI IS, THEY WERE THE

11:06:53  18    OTHER BLATANT VIOLATOR, THAT HAPPENED BEFORE AND THAT'S WHAT

11:06:56  19    CISCO PURSUED.

11:07:00  20         SO WE HEARD FROM MR. GIANCARLO, AND HE WAS UP ON THE

11:07:03  21    STAND, INITIALLY, THIS WAS EXHIBIT 250 IT'S IN EVIDENCE, WAS

11:07:06  22    HIS SWORN DECLARATION UNDER PENALTY OF PERJURY, IF YOU WILL

11:07:09  23    RECALL.

11:07:09  24         AND IN THAT DECLARATION, HE SAYS, CISCO'S PROPRIETARY IOS

11:07:14  25    IS ONE OF THE COMPANY'S MOST VALUABLE ASSETS.  THE SAME HOLDS

11:07:17  1    TRUE FOR THE CISCO USER INTERFACE.

11:07:20  2         THIS INTERFACE, WHICH IS UNIQUE TO CISCO, HAS BEEN

11:07:23  3    DEVELOPED OVER MANY YEARS THROUGH THE EXPENDITURE BY CISCO OF

11:07:26  4    HUNDREDS OF MILLIONS OF DOLLARS; RIGHT.

11:07:30  5         THIS CASE WAS ABOUT THE CLI.  SURE.  IT WAS ALSO ABOUT

11:07:34  6    SOURCE CODE COPYING AS WELL, NOBODY HAS EVER DENIED THAT.  BUT

11:07:37  7    FOR FOR US T COME HERE AND SUGGEST AND TRY TO GET MR. GIANCARLO

11:07:42  8    TO TESTIFY THAT IT WASN'T ABOUT CLI IN LIGHT OF THE DECLARATION

11:07:46  9    THAT HE PUT IN, ISN'T CREDIBLE; RIGHT.  AND WE KNOW WHAT THE

11:07:51 10    COMPLAINT SAID, I SHOWED YOU THOSE THINGS.

11:07:54 11         WHAT ELSE DO WE KNOW?  WELL, WE KNOW WHAT DR. BLACK SAID,

11:07:58 12    RIGHT?  DR. BLACK LOOKED AT THIS, HE SPENT A THOUSAND HOURS ON

11:08:03 13    THE CASE, THIS IS THEIR EXPERT, AND I ASKED HIM:

11:08:05 14         "ARE YOU AWARE THAT IN 2003 CISCO FILED A LAWSUIT AGAINST

11:08:09 15    HUAWEI WHERE, AMONG THE CLAIMS WAS, YOU COPIED OUR CLI?"

11:08:13 16         HIS ANSWER, "I BELIEVE THAT'S TRUE."

11:08:14 17         AND IN FACT, HE HAVE IN HIS VERY EXPERT REPORT THAT ARISTA

11:08:18 18    PUT TOGETHER IN THIS CASE, THAT AT ISSUE IN THE HUAWEI CASE

11:08:21 19    WERE 488 CLI COMMANDS, RIGHT?  488.  THAT'S LESS THAN WHAT'S AT

11:08:27 20    ISSUE IN THE CASE, BUT IT'S STILL A HECK OF A LOT.

11:08:31 21         WHAT DID HE SAY ABOUT THE SOURCE CODE?  WE HEARD -- I

11:08:34 22    THINK YOU HEARD IN OPENING STATEMENT FROM ARISTA'S COUNSEL,

11:08:37 23    THIS CASE WAS ABOUT WHOLESALE COPYING, THEY TOOK ALL OF THE

11:08:42 24    SOURCE CODE, AT LEAST THAT'S WHAT I HEARD.

11:08:45 25         IT WAS ABOUT 29,000 LINES OF CODE.  THAT'S WHAT DR. BLACK

11:08:48  1    SAID, RIGHT?  OUT OF HOW MANY, I ASKED HIM, RIGHT?  AND

11:08:51  2    THERE'S, I THINK YOU SAID SEVERAL MILLION IN IOS.  "IT DEPENDS

11:08:55  3    ON WHICH PRODUCT WE ARE TALKING ABOUT, BUT IT'S A LOT MORE THAN

11:08:59  4    THAT."

11:08:59  5         SO IN OTHER WORDS, DR. BLACK SAYS IT'S A LOT MORE THAN

11:09:03  6    SEVERAL MILLION LINES OF CODE IN IOS, AND THE CASE WAS ABOUT

11:09:06  7    29,000 LINES OF SOURCE CODE.  YET HERE THEY WANT TO TELL YOU

11:09:09  8    THAT CASE WAS ALL ABOUT SOURCE CODE, DIDN'T HAVE ANYTHING TO DO

11:09:11  9    WITH THE CLI, DESPITE WHAT DR. BLACK SAID.

11:09:18  10        IN THE PRESS RELEASES, YOU WILL SEE SOME OF THESE IN

11:09:22  11   EXHIBIT 4424 AND 4673, THEY TALKED ABOUT THAT, YOU KNOW, THAT

11:09:26  12   THE COMMAND-LINE INTERFACE WAS AT ISSUE IN THIS.  AND WE HEARD

11:09:29  13   MANY, MANY TIMES OF THE SETTLEMENT, HUAWEI AGREED TO CHANGE THE

11:09:34  14   COMMAND-LINE INTERFACE.  SO OF COURSE THAT'S WHAT THAT CASE WAS

11:09:36  15   ABOUT.  AND OF COURSE THAT WAS, AS I SAID, THE FIRST TIME THERE

11:09:42  16   WAS A BLATANT VIOLATOR HERE.

11:09:45  17        SO NOW WE GET TO TWO MORE DEFENSES, AND THAT WOULD BE

11:09:47  18   ABANDONMENT.  IN OTHER WORDS, CISCO DOESN'T CARE ABOUT ITS

11:09:51  19   COPYRIGHT AND DOESN'T DO IT.

11:09:54  20        WELL, YOU'VE SEEN THE INSTRUCTION AND YOU CAN GO BACK AND

11:09:56  21   LOOK AT THAT ABOUT WHAT'S REQUIRED.  FIRST BLATANT VIOLATOR,

11:09:59  22   CISCO PURSUED.  NOW IT'S THE SECOND BLATANT VIOLATOR.  THAT'S

11:10:04  23   NOT ABANDONMENT.

11:10:06  24        SAME WITH RESPECT TO COPYRIGHT MISUSE.  IT'S EXACTLY THE

11:10:09  25   SAME ISSUE.  AND AGAIN, THERE'S NO EVIDENCE OF THAT IN THE

11:10:11  1    CASE.

11:10:12  2        DR. BLACK TOLD US THAT AT THE BEGINNING.  IT MAKES SENSE.

11:10:15  3    YOU CAN'T GO AFTER EVERYBODY WITH THESE THINGS.  AND THE OTHER

11:10:18  4    THING, WHAT DID WE SEE OVER AND OVER AGAIN?  THE EVIDENCE HERE,

11:10:23  5    ARISTA HAS BEEN OUT THERE TELLING THEIR CUSTOMERS THEY ARE A

11:10:26  6    DROP-IN REPLACEMENT.  WE ARE CISCO.  WE ARE THE SAME.  COPY AND

11:10:32  7    PASTE YOUR CONFIGURATION FILES, ALL OF THOSE KINDS OF THINGS.

11:10:35  8        YOU DIDN'T SEE ONE PIECE OF EVIDENCE FROM ANYONE, AND WE

11:10:37  9    HAD THIRD PARTIES COME IN, THAT ANY OTHER COMPANY OUT THERE HAS

11:10:41  10   EVER MADE THOSE CLAIMS.  NO ONE HAS EVER SAID WE ARE THE SAME,

11:10:46  11   WE ARE A DROP-IN REPLACEMENT.

11:10:48  12       SO NOW LET ME TURN TO THE UNIFIED INTERFACE PATENT.  AND

11:10:54  13   HERE THE UNIFIED INTERFACE PATENT, THAT'S THE '526 PATENT.

11:10:58  14   HERE THE FUNCTIONALITY THAT WE ARE TALKING ABOUT IS IN THE

11:11:00  15   PARSER CODE, RIGHT, IT'S IN THE SOURCE CODE.

11:11:06  16       AND WHAT WAS THE PROBLEM, AND DR. JEFFAY TALKED ABOUT THIS

11:11:11  17   A BIT AND WE SAW SOME OF THE TESTIMONY AT LEAST ON VIDEOTAPE

11:11:15  18   FROM MR. WHEELER.  BASICALLY, IT WAS THIS IDEA THAT YOU MIGHT

11:11:19  19   HAVE A NUMBER OF TOOLS AND THINGS THAT YOU CAN USE IN YOUR

11:11:22  20   PRODUCT, RIGHT, THAT CAN BE ADDED TO THE OPERATING SYSTEM.  AND

11:11:26  21   THOSE PEOPLE THAT MAKE THE TOOLS, THEY MIGHT USE DIFFERENT

11:11:29  22   COMMANDS.  AND WE KNOW WHY BECAUSE DIFFERENT ENGINEERS MAKE

11:11:32  23   DIFFERENT CHOICES, AS TO THE COMMANDS THAT MIGHT BE THE SAME

11:11:36  24   FUNCTIONALITY.

11:11:37  25       SO WHAT DO THEY DO?  THEY PROVIDED THIS UNIFIED INTERFACE

11:11:41  1    TO DO THAT TRANSLATION SO THAT THE CUSTOMER THAT'S USING IT

11:11:45  2    COULD JUST HAVE ONE INTERFACE AND STILL BE ABLE TO ACCESS THE

11:11:48  3    FUNCTIONALITY PROVIDED BY THOSE OTHER TOOLS THAT MIGHT USE

11:11:52  4    DIFFERENT TYPES OF COMMAND STRUCTURE, DIFFERENT LANGUAGE,

11:11:56  5    ESSENTIALLY.

11:11:57  6         WELL, AND HERE, THIS IS AN APPENDIX TO THE PATENT, YOU CAN

11:12:01  7    SEE IF YOU WANT TO TAKE A LOOK, JUST SOME OF THE EXAMPLES OF

11:12:04  8    THE DIFFERENT KIND OF COMMANDS THAT ARE USED FOR THE SAME BASIC

11:12:08  9    FUNCTIONALITY BETWEEN THESE VARIOUS THINGS.  THIS WOULD BE

11:12:11  10   EXHIBIT 95 IN THE PATENT.

11:12:13  11        NOW, HERE WHAT IS ACCUSED OF INFRINGEMENT IS THIS, WHAT

11:12:18  12   ARISTA CALLS ITS EXTENSIBLE PARSER, WHICH USES THE COMBINATION

11:12:22  13   OF THIS CLI AND THIS SYSDB DATABASE TO SPEAK TO ALL OF THESE,

11:12:26  14   WHAT THEY CALL AGENTS, RIGHT, THAT ARE MANAGEMENT PROGRAMS

11:12:28  15   UNDER THE COURT'S CONSTRUCTION.

11:12:30  16        YOU HEARD THIS FROM DR. JEFFAY.  NOW HERE'S THE MAIN POINT

11:12:36  17   THAT I WANT TO ADDRESS HERE.  WHAT DR. CHASE, THAT'S WHAT

11:12:42  18   ARISTA'S EXPERT SAID, THAT HIS DUTY OR WHAT HE SET OUT TO DO IN

11:12:46  19   THIS CASE, WHAT HE WAS ASKED TO DO WAS TO RESPOND TO THE

11:12:49  20   ALLEGATIONS THAT DR. JEFFAY MADE, THAT'S WHAT HE TOLD US.

11:12:52  21        BUT IMPORTANTLY, WHAT DR. JEFFAY SAID WAS THE INFRINGING

11:12:56  22   FUNCTIONALITY, RIGHT, WAS THIS CONTEXT.STATE, RIGHT?  IN OTHER

11:13:01  23   WORDS THIS SCOREBOARD, THE WAY HE DESCRIBED IT THAT WAS UPDATED

11:13:06  24   AS THE COMMAND WAS PARSED.

11:13:08  25        WELL, DR. CHASE TOLD US EXPLICITLY:

11:13:14   1      Q.   YOU DIDN'T MENTION IN YOUR TESTIMONY THAT CONTEXT.STATE

11:13:18   2      VARIABLE THAT DR. JEFFAY TALKED ABOUT, DID YOU?

11:13:20   3      A.   NO.

11:13:21   4      Q.   SO YOU DIDN'T PRESENT ANY TESTIMONY ABOUT WHAT THE

11:13:24   5      VARIABLE COMPRISES, RIGHT?

11:13:25   6      A.   NO.

11:13:27   7           SO IN OTHER WORDS, HE DIDN'T EVEN TALK ABOUT IT.  HE SAID

11:13:30   8      HE WAS THERE TO RESPOND TO DR. JEFFAY'S ALLEGATIONS, BUT HE

11:13:32   9      DIDN'T RESPOND TO THE MAIN INFRINGEMENT ALLEGATION IN THE CASE

11:13:35   10     AND HE TOLD US THAT HE DIDN'T RESPOND TO THAT.

11:13:37   11          SO HE DIDN'T DO WHAT HE WAS GOING TO TELL YOU THAT HE DID.

11:13:41   12     SO DR. JEFFAY, NOBODY REBUTTED DR. JEFFAY'S TESTIMONY IN THIS

11:13:45   13     CASE, THEY JUST IGNORED IT.

11:13:47   14          AND WHAT DID THEY DO INSTEAD?  WHAT THEY DID INSTEAD, AS

11:13:53   15     YOU WILL RECALL, IS COMPARE TO SOME OF THE EXAMPLES IN THE

11:13:56   16     PATENT AND SAY WELL, THE BEHAVIOR HERE IS DIFFERENT THAN WHAT

11:13:59   17     WE HAD IN OUR PRODUCT IN THE EOS, THEREFORE IT MUST NOT

11:14:02   18     INFRINGE.

11:14:02   19          WELL, THAT'S JUST WRONG AS A MATTER OF LAW; RIGHT.  SET

11:14:06   20     ASIDE THE FACT THAT DR. JEFFAY EXPLAINED HOW THE BEHAVIOR IS

11:14:10   21     ACTUALLY CONSISTENT, BUT BEYOND THAT IT'S WRONG.  THAT'S NOT

11:14:13   22     WHAT YOU DO.  YOU DON'T LOOK AND COMPARE PRODUCTS TO EXAMPLES

11:14:16   23     THAT ARE IN THE PATENT.  YOU LOOK AT THE CLAIMS OF THE PATENT.

11:14:19   24     NOT TO EXAMPLES OF THE PATENT.  AND THAT NEVER HAPPENED.

11:14:25   25          SO HERE ON THE PATENT INFRINGEMENT, WE HAVE CLAIMS 1 AND

14.   CLAIM 1 WAS THE METHOD CLAIM AND CLAIM 14 IS THE PRODUCT
CLAIM.  SO CLAIM 14, THAT'S THE DIRECT INFRINGEMENT CLAIM.
CLAIM 1 WOULD BE THE OTHER TWO I'M GOING TO TALK ABOUT,
INDUCEMENT AND CONTRIBUTORY INFRINGEMENT, THAT THE LAWYERS CALL
INDIRECT INFRINGEMENT, AND YOU HAVE INSTRUCTIONS ON THOSE.

SO FOR CLAIM 14, THAT'S REALLY WHAT YOU NEED TO CONSIDER,
WAS THERE DIRECT INFRINGEMENT IN THE CASE?  AND THEN THAT'S
YES.

NOW CLAIM 1 AND 14 WE HAVE THE INDUCED AND CONTRIBUTORY
INFRINGEMENT.

WITHOUT GOING INTO DETAIL, BECAUSE YOU WILL HAVE THOSE
INSTRUCTIONS WHEN YOU GO BACK THERE, THOSE ARE BASICALLY
THINGS -- DID YOU INDUCE YOUR CUSTOMERS TO INFRINGE?  RIGHT.
DID YOU TELL THEM TO PERFORM THAT INFRINGING FUNCTIONALITY
AFTER YOU KNEW ABOUT THE PATENT?

SO THAT EVIDENCE WE HAVE.  THAT WE PUT IN, RIGHT, AND
DR. CHASE DIDN'T GET UP THERE AND SAY NO, I DISAGREE WITH THAT,
RIGHT, HE DIDN'T ADDRESS THOSE THINGS.

SO NOW LET ME TALK A BIT ABOUT THE DAMAGES HERE.  AND WE
HEARD ABOUT THOSE AT THE END FROM DR. CHEVALIER AND MS. ELSTEN.

AND OF COURSE, IT SHOULD BE NO SURPRISE IN THIS CASE THAT
THERE'S A DIFFERENCE OF OPINION ABOUT THOSE THINGS, THERE'S A
DIFFERENCE OF OPINION ABOUT MANY THINGS IN THIS CASE, WHICH IS
NOT UNKNOWN.

HERE, AND THIS IS EXHIBIT 237, THIS IS AN IMPORTANT THING

11:16:06  1    TO KEEP IN MIND.  THIS IS A DOCUMENT WHERE WHAT ARISTA IS DOING

11:16:15  2    IS TELLING ITS SALES ENGINEERS, YOU KNOW, THE PEOPLE THAT ARE

11:16:18  3    GOING OUT THERE AND INTERFACING CUSTOMERS, WHAT DO YOU DO IF A

11:16:23  4    CUSTOMER TELLS YOU, WELL, WE ARE A CISCO SHOP.  YOU SAY, THAT'S

11:16:27  5    GREAT, ALMOST 100 PERCENT OF OUR CUSTOMER BASE IS COMPRISED OF

11:16:31  6    LARGE CISCO SHOPS.

11:16:34  7         SO AS MR. SADANA SAID, WHAT THEY ARE OUT THERE DOING IS

11:16:38  8    TARGETING THE CISCO CUSTOMERS.  AND THEN WHAT DID HE SAY?  OUR

11:16:44  9    PRODUCTS ARE COMPATIBLE IN CISCO IN A NONPROPRIETARY MANNER AND

11:16:49  10   OUR CLI IS CISCO-LIKE AND WILL NOT REQUIRE ANY TRAINING ON YOUR

11:16:53  11   PART.

11:16:53  12        IN OTHER WORDS, YOU KNOW CISCO, YOU KNOW US, YOU DON'T

11:16:56  13   NEED TO TRAIN ANYBODY, WE WON'T TRAIN ANYBODY, YOU CAN USE

11:17:00  14   THIS.

11:17:00  15        SO THAT'S WHAT WAS TARGETED.  AND THE CLI, THE USER

11:17:05  16   INTERFACE THAT'S AT ISSUE IN THIS CASE, WAS TAKEN FOR THAT

11:17:07  17   PURPOSE, SO THEY COULD TELL PEOPLE THAT, THAT WAS ITS PURPOSE

11:17:11  18   IN LIFE.  AND HERE FROM MR. SADANA, YOU HAVE THIS, THAT THAT

11:17:15  19   CLI WAS A CHECK MARK, YOU NEEDED IT TO GET TO THE NEXT STAGE.

11:17:20  20        NOW YOU HEARD A BUNCH OF TESTIMONY FROM MS. ELSTEN SAYING

11:17:23  21   WELL, I DON'T THINK CUSTOMERS REALLY DEMANDED THAT AS A

11:17:27  22   FEATURE, REALLY SAID THAT'S A REASON FOR BUYING IT.  BUT

11:17:32  23   DR. CHEVALIER EXPLAINED THAT DOESN'T MAKE ANY SENSE.  AND

11:17:35  24   MR. SADANA'S TESTIMONY IS 100 PERCENT CONSISTENT WITH THAT.

11:17:38  25        SO IN OTHER WORDS, IF THEY'RE THE SAME, BOTH PRODUCTS ARE

11:17:42  1    THE SAME, YOU CAN CHECK IT OFF, YOU CAN GET TO THE NEXT STAGE,

11:17:45  2    YOU CAN GET YOUR FOOT IN THE DOOR AND THEY WILL CONSIDER WHAT

11:17:48  3    ELSE YOU HAVE THERE.  BUT IF YOU DON'T, YOU CAN'T GET THAT.

11:17:52  4        AND THAT'S THE TESTIMONY WE HEARD AND THAT'S WHY THEY

11:17:55  5    INFRINGE THE COPYRIGHTS.

11:17:57  6        SO TO COME IN AND SUGGEST THAT BECAUSE I DON'T SEE A WHOLE

11:17:59  7    BUNCH OF DOCUMENTS WHERE CUSTOMERS ARE SAYING YEAH, I BOUGHT IT

11:18:03  8    BECAUSE OF THE CLI, DOESN'T MAKE ANY SENSE BECAUSE THEY ARE

11:18:05  9    TELLING PEOPLE OUR USER INTERFACE IS THE SAME AS CISCO'S.  SO

11:18:09  10   IT'S NOT A WAY TO DISTINGUISH ONE FROM ANOTHER, BUT IT IS A WAY

11:18:14  11   TO GET IN THE DOOR.

11:18:16  12       AND HERE AGAIN, EXHIBIT 197, THEY TOLD US WHY THEY DID

11:18:20  13   THAT BECAUSE WE JUST WANT TO LEVERAGE ALL THE PARTNER TRAINING

11:18:25  14   THAT CISCO DOES.

11:18:26  15       AND MR. SADANA DIDN'T DENY THAT.  IN FACT, WHEN HE WAS ON

11:18:30  16   THE STAND I ASKED HIM ABOUT THAT AND HE SAID THAT'S EXACTLY

11:18:33  17   RIGHT.  THAT'S WHY WE PICKED CISCO BECAUSE WE PREFER THEIR

11:18:35  18   CUSTOMERS TO SOME OF THE OTHERS, LIKE JUNIPER.

11:18:39  19       NOW ANOTHER PART OF THIS IS -- A BIG PART OF MS. ELSTEN'S

11:18:43  20   RESPONSE ON THE LOST PROFITS IS -- AND CUSTOMERS LIKE MICROSOFT

11:18:48  21   AND FACEBOOK DIDN'T REALLY WANT IT, RIGHT?  THEY DIDN'T WANT

11:18:50  22   IT.

11:18:51  23       WELL, I'VE ALREADY SHOWN YOU THE DOCUMENTS THAT EVEN AFTER

11:18:54  24   ARISTA WENT IN TO THAT MARKET, THEY ARE STILL ADDING MORE AND

11:18:57  25   MORE COMMANDS AS THEY ADD THE CORE FUNCTIONALITY TO THE SWITCH.

11:19:02   1        BUT HERE WE SEE IN 648 THAT AS OF 2011, AS OF 2011, ON

11:19:07   2   MICROSOFT AND FACEBOOK'S WISH LIST, THEY HAVE SPECIFIC

11:19:11   3   INFRINGING CLI COMMANDS THAT ARE AT ISSUE IN THIS CASE.

11:19:15   4        SO THEY ARE ASKING FOR THIS.  AND IN FACT, AS I SAID, AS

11:19:22   5   LATE AS 2011.  SO WE ARE NOT GOING BACK TO THE BEGINNING OF

11:19:25   6   TIME, WE ARE HERE IN THE PERIOD WHERE ARISTA HAS SAID THIS IS

11:19:29   7   WHEN WE WERE TARGETING THESE CUSTOMERS.

11:19:33   8        SO AND WHAT ELSE DO WE SEE?  THIS IS AGAIN, THIS IS 2014,

11:19:37   9   SLIGHTLY BEFORE THIS LAWSUIT WAS FILED, BUT AGAIN, MUCH LATER

11:19:41  10   IN TIME, AND WHAT DOES IT SAY?  MICROSOFT WANTS US TO MATCH THE

11:19:49  11   CISCO FORMAT EXACTLY, THIS IS TALKING ABOUT THE OUTPUTS, AND

11:19:52  12   ARE NOT WILLING TO MODIFY THEIR SERVER SIDE SCRIPTS TO PARSE

11:19:55  13   DIFFERENT FORMATS COMING FROM CISCO AND ARISTA SWITCHES.

11:19:58  14        SO MICROSOFT CARES, 2014.  MS. ELSTEN'S ENTIRE OPINION IS

11:20:02  15   BASED UPON THE FACT THAT MICROSOFT DOESN'T CARE AT ALL, BUT

11:20:06  16   THAT'S NOT WHAT THE EVIDENCE SHOWS.

11:20:09  17        SO HERE IN THE END, UNDISPUTED, THERE WAS 1.3 BILLION,

11:20:14  18   THAT'S HOW MUCH ARISTA TOOK IN REVENUES BASED ON THE SALE OF

11:20:19  19   THESE INFRINGING SWITCHES FROM DECEMBER 2011 TO MARCH 2016

11:20:25  20   BECAUSE WE DON'T HAVE DATA PAST THEN.

11:20:28  21        AND HERE YOU HEARD FROM DR. CHEVALIER WHAT THOSE NUMBERS

11:20:34  22   ARE.  SO THE LOST PROFITS TO CISCO, THAT'S 311 MILLION.  I'M

11:20:41  23   NOT GOING TO GO BACK THROUGH ALL OF THE THINGS SHE DISCUSSED,

11:20:44  24   YOU HEARD HER TESTIMONY VERY RECENTLY.

11:20:48  25        THE, WHAT AMOUNT OF ARISTA'S PROFITS IS CISCO ENTITLED TO

11:20:51  1    RECOVER, I THINK YOU HEARD DURING THE TESTIMONY THAT THAT'S

11:20:54  2    REFERRED TO SOMETIMES AS DISGORGEMENT.  THAT'S THE 22 MILLION

11:20:58  3    NUMBER.

11:20:59  4         AND FINALLY, FOR THE PATENT, THIS IS THE DESIGN-AROUND

11:21:03  5    COST.  IN OTHER WORDS, WHAT WOULD IT COST TO DESIGN AROUND THE

11:21:08  6    PATENT SO YOU NO LONGER INFRINGE.  THAT'S THE $2.2 MILLION.

11:21:12  7         SO LET ME JUST -- I'M GOING TO HAVE THE OPPORTUNITY TO GET

11:21:17  8    BACK UP.  IT'S NOT GOING TO BE ANOTHER HOUR AND TEN MINUTES,

11:21:20  9    YOU DON'T HAVE TO WORRY ABOUT THAT, BUT AFTER ARISTA'S COUNSEL

11:21:25 10    TALKS TO RESPOND TO SOME OF THOSE ISSUES, SO I WILL HAVE THE

11:21:29 11    OPPORTUNITY TO TALK TO YOU AGAIN.

11:21:31 12         BUT AS YOU ARE GOING THROUGH AND LISTENING TO ARISTA'S

11:21:36 13    COUNSEL, AND I INVITE YOU TO DO SO, YOU SHOULD ABSOLUTELY DO

11:21:39 14    THAT, THINK ABOUT AS YOU ARE HEARING THINGS, WHAT EVIDENCE

11:21:44 15    YOU'VE SEEN AND WHAT THINGS WERE SAID BEFORE THIS LAWSUIT CAME

11:21:48 16    ABOUT AND BEFORE ARISTA CAME INTO COURT TO OFFER THE EXCUSES.

11:21:56 17         AND THEN, IF YOU KEEP THAT IN MIND AND YOU GO BACK TO THE

11:21:59 18    JURY ROOM, LOOK AT THAT EVIDENCE, LOOK AT THE LAW, AND THE

11:22:02 19    VERDICT, AS I'VE WALKED THROUGH AND TOLD YOU, SHOULD BE FOR

11:22:07 20    CISCO IN THIS CASE.

11:22:08 21         SO I THANK YOU.  I APPRECIATE YOUR TIME.  AND I WILL SEE

11:22:11 22    YOU AGAIN IN A LITTLE BIT.

11:22:13 23         THE COURT:  THANK YOU, MR. NELSON.

11:22:18 24         ALL RIGHT.  LET'S TAKE A SHORT BREAK.  I KNOW THERE'S SOME

11:22:20 25    SET UP WE NEED TO DO.  LET'S JUST MAKE IT FIVE-MINUTES AND THEN

11:22:24  1    WE WILL COME BACK.

11:22:27  2             (RECESS FROM 11:22 A.M. UNTIL 11:27 A.M.)

11:22:47  3             THE COURT:  ALL OF OUR JURORS ARE HERE.

11:28:27  4       MR. VAN NEST, WOULD YOU LIKE TO GIVE YOUR CLOSING

11:28:30  5    ARGUMENT?

11:28:30  6             MR. VAN NEST:  I WOULD, YOUR HONOR.

11:28:31  7             THE COURT:  GO AHEAD, PLEASE.

11:28:32  8             MR. VAN NEST:  THANK YOU VERY MUCH.

11:28:33  9             **CLOSING ARGUMENTS BY MR. VAN NEST**

11:28:35  10      GOOD MORNING, LADIES AND GENTLEMEN, I'M VERY HAPPY TO BE

11:28:38  11   UP HERE AND VERY PROUD TO BE HERE ON BEHALF OF ARISTA NETWORKS.

11:28:41  12      I WANT TO THANK YOU FIRST FOR BEING SUCH DILIGENT JURORS.

11:28:44  13   WE REALLY DO APPRECIATE YOUR SERVICE.  I KNOW WITH THE HOLIDAYS

11:28:47  14   COMING UP, EVERYBODY HAS BUSY LIVES AND WE APPRECIATE THE FACT

11:28:51  15   THAT YOU HAVE BEEN HERE TIMELY AND PAYING ATTENTION EVERY DAY,

11:28:53  16   THAT'S VERY IMPORTANT.

11:28:54  17      I TOLD YOU A COUPLE OF WEEKS AGO, THIS DISPUTE IS VERY

11:28:59  18   IMPORTANT, NOT ONLY FOR ARISTA, BUT FOR TECHNOLOGY AND

11:29:05  19   INNOVATION TOO, BECAUSE CISCO IS TRYING TO CHANGE ALL THE RULES

11:29:08  20   AROUND TECHNOLOGY AND INNOVATION, ESPECIALLY IN NETWORKING.

11:29:12  21      NOW YOU'VE HEARD TESTIMONY NOT ONLY FROM THE ARISTA

11:29:15  22   LEADERSHIP AND THE ENGINEERS AT ARISTA, BUT ALSO FROM THIRD

11:29:19  23   PARTIES, DELL, JUNIPER, HEWLETT-PACKARD, THEY CAME AS WELL.

11:29:26  24   AND KEY TESTIMONY FROM FORMER CISCO MANAGERS LIKE MR. VOLPI,

11:29:29  25   AND MR. GIANCARLO, ALONG WITH FORMER CISCO ENGINEERS, TONY LI,

```
11:29:36   1        DOUG GOURLAY AND DEVADAS PATIL.

11:29:40   2            AND TOGETHER, THE TESTIMONY OF THESE WITNESSES WAS VERY

11:29:42   3        CLEAR, VERY CONSISTENT, AND EXPLAINED WHAT ACTUALLY WENT ON IN

11:29:47   4        THE MARKET PLACE WE ARE TALKING ABOUT, SOMETHING WHICH CISCO

11:29:51   5        WANTS TO AND DID IN THEIR CLOSING ARGUMENT, COMPLETELY IGNORE.

11:29:56   6            THAT TESTIMONY TAKEN AS A GROUP, PROVES THAT THE ARISTA

11:30:02   7        SWITCH WAS BUILT BY ARISTA ENGINEERS USING ARISTA TECHNOLOGY

11:30:08   8        AND MILLIONS OF LINES OF ORIGINAL SOURCE CODE, NOT ONE LINE OF

11:30:12   9        WHICH WAS COPIED FROM CISCO.  IT'S NOW UNDISPUTED.  NO EVIDENCE

11:30:16  10        THAT ANY OF THE SOURCE CODE CREATED IN THIS SWITCH WAS COPIED.

11:30:24  11        AND IT'S COMPLETELY DIFFERENT, AS YOU HEARD, FROM IOS, THE

11:30:28  12        CISCO VERSION OF ITS SOFTWARE.

11:30:30  13            AS MR. DUDA AND MR. HOLBROOK EXPLAINED, IT'S THAT SOFTWARE

11:30:33  14        WORKING WITH THE HARDWARE THAT MAKES THIS SWITCH SO SUCCESSFUL,

11:30:37  15        AND BOY HAS IT BEEN SUCCESSFUL.  IT'S BEEN PHENOMENAL AND

11:30:40  16        SUCCESSFUL IN THE MARKETPLACE.

11:30:42  17            THEY'VE CHANGED EVERYTHING BECAUSE THIS IS A MAJOR MARKET

11:30:45  18        TRANSITION TO THE CLOUD, RIGHT, AND IT'S BEING LEAD BY ARISTA

11:30:49  19        AND ARISTA'S PRODUCTS.

11:30:50  20            AS WE SAID, UNDISPUTED NOW, TEN TIMES FASTER, MORE

11:30:55  21        RELIABLE, MORE PORTS.  SO IT CAN HANDLE MORE STUFF, USES LESS

11:31:00  22        POWER.  WHY, OTHERWISE, WOULD PEOPLE LIKE GOOGLE, MICROSOFT,

11:31:07  23        FACEBOOK, THE LEADING TECHNOLOGY, COMPANIES IN OUR COMMUNITY,

11:31:09  24        WHY WOULD THEY BE USING THIS SWITCH IF IT HADN'T BEEN FOR THAT?

11:31:13  25            AND ARISTA DID IT WITH JUST A FEW HUNDRED ENGINEERS
```

11:31:21  1    COMPETING WITH COMPANIES 20 TIMES THEIR SIZE.  CISCO HAD 75,000

11:31:27  2    EMPLOYEES, HAD ABOUT 1400.

11:31:28  3         EVEN CISCO RECOGNIZES, AND WE WILL REVIEW THE EVIDENCE IN

11:31:31  4    DETAIL IN JUST A MINUTE, BECAUSE THIS IS WHERE I WANT TO START,

11:31:34  5    THEY RECOGNIZE THIS AS TRANSFORMATIVE.  THEY CALL IT A NEW

11:31:37  6    PARADIGM.  MR. CHAMBERS SPENT A BILLION DOLLARS TRYING TO CATCH

11:31:42  7    UP TO IT THROUGH INSIEME, AND HIS MANAGERS TOLD HIM ARISTA IS

11:31:46  8    OUTPERFORMING US ON PRODUCT, ROAD MAP AND VISION, RIGHT?  ALL

11:31:51  9    IN THE EVIDENCE THAT WE ARE GOING TO REVIEW.

11:31:53  10        NOW, THERE'S ALSO NO DISPUTE, THEY SPENT A LOT OF TIME ON

11:31:58  11   COPYING.  THERE'S NEVER BEEN A DISPUTE THAT ARISTA DESIGNED ITS

11:32:03  12   SWITCHES TO RECOGNIZE A SMALL FRACTION OF THE COMMAND LINES IN

11:32:08  13   IOS.  CISCO'S IOS HAS 16,000 OF THESE COMMAND LINES, 16,000.

11:32:14  14   AND ARISTA SWITCHES WERE DESIGNED TO USE SOME OF THOSE.

11:32:19  15        ARISTA, LIKE EVERYBODY ELSE IN THE INDUSTRY, BELIEVED THAT

11:32:24  16   CISCO HAD MADE THESE LINES AVAILABLE, MADE THEM AVAILABLE AS AN

11:32:28  17   INDUSTRY STANDARD.  AND SO ARISTA, LIKE EVERYONE ELSE, COPIED

11:32:33  18   SOME OF THE COMMAND LINES TO USE IN ITS PROTECTS.

11:32:36  19        BUT, THAT'S NOT A SECRET, IT'S NEVER BEEN A SECRET.  YOU

11:32:41  20   SAW THE EVIDENCE IN THEIR CLOSING ARGUMENT.  ARISTA, FROM DAY

11:32:44  21   ONE, HAS BEEN SAYING WE ARE CISCO-LIKE, WE ARE IOS-LIKE.  THEY

11:32:47  22   DID IT IN BLOGS, THEY DID IT IN DATA SHEETS, THEY DID IN

11:32:53  23   CONFERENCES, IT WAS OPEN AND WIDELY KNOWN.  THAT'S BECAUSE

11:32:58  24   NOBODY AT ARISTA, MANY OF WHOM HAD WORKED AT CISCO, THOUGHT

11:33:00  25   THERE WAS NOTHING WRONG WITH THAT.

11:33:02  1          AND GUESS WHAT?  CISCO DIDN'T THINK THERE WAS ANYTHING

11:33:04  2     WRONG WITH THAT EITHER.  CISCO KNEW FROM DAY ONE WHAT COMMAND

11:33:09  3     LINE REFERENCES ARISTA WAS USING.  THEY BOUGHT A SWITCH EARLY

11:33:12  4     ON, THEY ANALYZED IT, THEY STUDIED IT.

11:33:14  5          YOU SAW THAT EVIDENCE, MR. GOURLAY TESTIFIED THAT AS EARLY

11:33:17  6     AS 2009, ALL THE FOLKS AT CISCO WERE AWARE OF THE COMMAND-LINE

11:33:23  7     INTERFACE THAT ARISTA WAS USING, AND YET, DID THEY COMPLAIN?

11:33:26  8     NO.  NO COMPLAINT WHATSOEVER.  '09, '10, '11, '12, 2013, NO

11:33:31  9     COMPLAINT.  WHY?  BECAUSE AS THE EVIDENCE SHOWS OVERWHELMINGLY,

11:33:36  10    AND WE ARE GOING TO REVIEW THIS TOO, LONG BEFORE ARISTA CAME

11:33:38  11    ALONG, CISCO WAS PROMOTING ITS OWN CLI AS INDUSTRY STANDARD.

11:33:45  12         THEY PROMOTED IT IN THEIR OWN DATA SHEETS, THEY PROMOTED

11:33:49  13    IT AT THEIR USER CONFERENCES, THEY PROMOTED IT IN WHITE PAPERS,

11:33:54  14    THEY PROMOTED IT TO EVERYONE.  AND GUESS WHAT?  NOW WE KNOW

11:33:56  15    WHY.  MR. VOLPI AND MR. GIANCARLO TOLD US, THEY TESTIFIED THAT

11:34:01  16    CISCO MADE A CONSCIENCE BUSINESS DECISION TO ALLOW OTHERS TO

11:34:06  17    COPY THEIR CLI BECAUSE CUSTOMERS WANTED IT AND BECAUSE IT

11:34:11  18    ALLOWED CISCO TO SAY EVERYONE ELSE IS FOLLOWING US, WE ARE THE

11:34:16  19    LEADER.

11:34:17  20         MR. GIANCARLO SAID NO ONE AT CISCO THOUGHT THAT THESE WERE

11:34:20  21    EVEN PROTECTABLE, AND THEREFORE BOTH MR. VOLPI AND

11:34:25  22    MR. GIANCARLO, TWO OF THE MOST SENIOR LEADERS AT CISCO, RIGHT

11:34:29  23    UNDERNEATH MR. CHAMBERS, THEY BOTH TESTIFIED IN AN UNIMPEACHED

11:34:35  24    WAY, THEY DIDN'T EVEN -- CISCO'S LAWYERS NEVER EVEN TOUCHED

11:34:39  25    THIS, THAT THIS WAS A CONSCIENCE DECISION.

11:34:42   1        NOW WHAT THEN HAPPENED, ALL THE TOP PLAYERS IN THE MARKET

11:34:45   2   USED SOME NUMBER OF COMMANDS, THEY ALL DID.  HP DID, JUNIPER IN

11:34:51   3   ITS JUNOS-E PRODUCT DID, DELL DID.  AS A MATTER OF FACT, THE

11:34:56   4   ONLY PRODUCT THAT DR. BLACK WAS ABLE TO ANALYZE FULLY, THE DELL

11:35:00   5   PRODUCT, HAD 1600 COMMANDS THAT OVERLAP.  NOT 500, 1600 IN

11:35:07   6   DELL.

11:35:09   7        AND THAT'S PROBABLY TRUE FOR THE WHOLE REST OF THE GROUP,

11:35:12   8   TOO.  WE SIMPLY WEREN'T ABLE TO ANALYZE EVERYBODY'S MANUALS AND

11:35:16   9   ALL OF THAT MOUNTAIN OF MATERIAL.

11:35:19  10        NOW, TONY LI TESTIFIED THAT HIS COMPANY BUILT A SWITCH TO

11:35:25  11   COMPETE DIRECTLY WITH CISCO AND HE BUILT HIS CLI BUG-TO-BUG

11:35:29  12   COMPATIBLE.  BUG-TO-BUG COMPATIBLE WITH CISCO.

11:35:33  13        CISCO DIDN'T COMPLAIN, IT WAS CONSISTENT WITH THEIR

11:35:35  14   BUSINESS PLAN, THEY WERE AN INVESTOR, IT WAS CONSISTENT WITH

11:35:39  15   THEIR DECISION TO MAKE THESE PUBLIC, MAKE THEM AN INDUSTRY

11:35:42  16   STANDARD AND BRAG ABOUT THAT, WHICH THEY DID REPEATEDLY.

11:35:45  17        NOW WHAT ARE THEY PRESENTING YOU AS A BASIS FOR THE LAWS,

11:35:51  18   NOTHING HAVING TO DO WITH THE ORIGINAL SOURCE CODE IN HERE,

11:35:53  19   NOTHING.  THEY ARE PRESENTING A MANUAL TYPED-IN COMMAND ENTRY

11:35:57  20   SYSTEM THAT IS 40 YEARS OLD.  40 YEARS OLD.  THAT'S WHAT WE ARE

11:36:02  21   HERE TALKING ABOUT.  SOMETHING THAT EVERYBODY ACKNOWLEDGES WAS

11:36:06  22   CREATED IN THE 70'S, AND MR. LOUGHEED DIDN'T START ON UNTIL THE

11:36:14  23   80'S AT CISCO, BUT THESE COMMAND-LINE INTERFACES ARE SIMPLE,

11:36:17  24   TWO TO FOUR-WORD DESCRIPTIONS OF COMMANDS THAT ARE STANDARD IN

11:36:20  25   THE INDUSTRY.

```
11:36:21   1            THEY COME FROM LEGACY SYSTEMS, THEY USE TERMS THAT ARE
11:36:26   2    PART OF INDUSTRY STANDARD PROTOCOLS TO DESCRIBE THOSE
11:36:31   3    PROTOCOLS, AND THEY ARE NOT CREATIVE.
11:36:33   4            LET'S GET REAL.  THE ENGINEERS AT CISCO WERE TOLD, DO NOT
11:36:37   5    BE CREATIVE WITH THESE.  IF THERE'S AN INDUSTRY STANDARD TERM,
11:36:40   6    USE IT.  USE SOMETHING FAMILIAR.  USE SOMETHING EVERYBODY
11:36:46   7    ALREADY KNOWS.
11:36:47   8            THESE ARE SUPPOSED TO BE SELF-EXPLANATORY.  WE ARE GOING
11:36:50   9    TO INNOVATE INSIDE THE PRODUCT.  WE ARE NOT GOING TO INNOVATE
11:36:56  10    WITH A 40-YEAR OLD COMMAND-LINE INTERFACE THAT ALL THE
11:36:58  11    CUSTOMERS ARE USING.
11:37:00  12            SO THE EVIDENCE WILL SHOW OVERWHELMINGLY THAT THERE HAS
11:37:03  13    BEEN NO INFRINGEMENT OF ANY CISCO INTELLECTUAL PROPERTY,
11:37:08  14    NOTHING THAT THE ARISTA ENGINEERS USE FROM THE COMMAND-LINE
11:37:12  15    INTERFACE WAS PROTECTABLE IN THE FIRST PLACE, BECAUSE IT'S NOT
11:37:15  16    ORIGINAL, IT'S NOT CREATIVE OR THE LAW DOESN'T PROTECT IT, AND
11:37:18  17    THEY HAVEN'T PROVED PATENT INFRINGEMENT BY A MILE.
11:37:22  18            AND THE EVIDENCE WILL SHOW THAT ARISTA'S USE OF THESE, OF
11:37:26  19    A VERY SMALL FRACTION OF COMMAND LINES WAS FAIR, REASONABLE,
11:37:33  20    CONSISTENT WITH CISCO'S BUSINESS PRACTICES AT THE TIME, AND HAS
11:37:37  21    CAUSED CISCO NO HARM WHATSOEVER.  THEY ARE CLAIMING HARM TO
11:37:41  22    THEIR CLI, THIS 40-YEAR OLD TECHNOLOGY.
11:37:44  23            TO THE EXTENT CISCO HAS FALLEN BEHIND, IT'S BECAUSE THEY
11:37:47  24    MISSED THE TRANSITION TO THE CLOUD, AS MR. CHAMBERS CANDIDLY
11:37:50  25    ADMITTED LAST MONDAY.  THEY MISSED THE TRANSITION, THEY WERE
```

11:37:54  1    BEHIND.

11:37:54  2         SO TO THE EXTENT THEY ARE SUFFERING, IT HAS NOTHING TO DO

11:37:57  3    WITH THE FACT THAT ARISTA IS USING THE SAME COMMANDS THAT

11:38:03  4    EVERYBODY ELSE IN THE INDUSTRY IS USING.

11:38:08  5         SO LET ME GO TO MY KEY POINTS OF EVIDENCE, AND AS

11:38:11  6    JUDGE FREEMAN TOLD YOU, WE ARE GOING TO TALK HERE UNTIL LUNCH

11:38:14  7    TIME AND FINISH UP.

11:38:15  8         I WANT TO START HERE THAT ARISTA SWITCHES WERE DESIGNED

11:38:18  9    FROM SCRATCH, NOT COPIED FROM CISCO.  THAT'S NOT DISPUTED AND

11:38:23 10    THOSE SWITCHES ARE REVOLUTIONARY TOO.

11:38:25 11         CISCO PROMOTED ITS CLI AS AN INDUSTRY STANDARD FOR ITS OWN

11:38:29 12    BENEFIT.  THERE'S ENORMOUS AMOUNT OF EVIDENCE ON THAT.  WE SAT

11:38:34 13    EVERY SINGLE DAY WITH EVERY SINGLE WITNESS, WE SAW EVIDENCE

11:38:38 14    THAT CISCO WAS PROMOTING THESE AS INDUSTRY STANDARD.

11:38:42 15         THIRD, COPYING UN PROTECTABLE ELEMENTS OF THE CLI IS NOT

11:38:45 16    INFRINGEMENT.  WE HEARD TWO WEEKS OF TESTIMONY FROM CISCO ABOUT

11:38:50 17    THESE COMMAND LINES, JUDGE FREEMAN HAS TOLD YOU THESE

11:38:55 18    INDIVIDUAL COMMAND LINES, THE MULTIWORD COMMAND LINES THAT WE

11:38:59 19    ARE TALKING ABOUT, THEY ARE NOT EVEN PROTECTABLE BY LAW, NOT

11:39:02 20    EVEN PROTECTABLE.  THEY HAVEN'T PROVEN THAT THEY HAVE SOME

11:39:07 21    UNIQUE COMPILATION OF THESE, NOT BY A MILE.

11:39:10 22         AND FINALLY, ARISTA'S USE OF THE IOS CLI IS A FAIR USE

11:39:13 23    CONSISTENT WITH INDUSTRY PRACTICES.

11:39:16 24         BY THE WAY, "FAIR USE" LOOKS TO THE PUBLIC INTEREST.  I

11:39:19 25    HEARD IT CALLED AN EXCUSE.  IT'S IN THE COPYRIGHT STATUTE.  IT

11:39:23   1   HAS THE SAME STATURE AND IMPORTANCE AS THE COPYRIGHT LAW

11:39:28   2   ITSELF, IT'S PART OF THE COPYRIGHT LAW.

11:39:30   3        AND OUR POINT THERE IS THAT THE NETWORKING INDUSTRY HAS

11:39:33   4   BEEN USING THESE COMMANDS FOR YEARS AND YEARS WITH NO COMPLAINT

11:39:38   5   FROM CISCO WHATSOEVER.

11:39:40   6        ALL RIGHT.  LET'S START ON POINT ONE.  WE HAVE BEEN

11:39:44   7   TALKING ABOUT TRANSFORMATIVE USE AND NOW YOU HAVE A DEFINITION.

11:39:47   8   AND IT DOESN'T MEAN, IT'S NOT LIMITED TO TRANSFORMING JUST THE

11:39:51   9   CLI, ALTHOUGH THE ENGINEERS AT ARISTA DID THAT.  A USE IS

11:39:55  10   TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A FURTHER PURPOSE

11:39:59  11   OR DIFFERENT CHARGE, ALTERING THE FIRST WITH NEW EXPRESSION,

11:40:03  12   MEANING OR MESSAGE.  OKAY.

11:40:06  13        WHAT'S TRANSFORMATIVE?  WHAT'S TRANSFORMATIVE IS USING

11:40:10  14   THESE CLI'S, AS DR. BLACK DESCRIBED IT, TAKING A SMALL FRACTION

11:40:16  15   OF WHAT'S IN IOS, CREATING A BRAND-NEW SWITCH WITH NEW SOURCE

11:40:21  16   CODE, NEW FEATURES, THOUSANDS OF ARISTA'S OWN NEW COMMANDS, FOR

11:40:26  17   HIGH SPEED NETWORKING IN THE CLOUD, THAT'S WHAT WE ARE TALKING

11:40:29  18   ABOUT.  AND THAT IS TRANSFORMATIVE IN THE LAW.

11:40:34  19        OUR NEXT SLIDE REMINDS US WHY THE CLI HAVE TO BE

11:40:37  20   TRANSFORMED TO WORK IN THE CLOUD.  WHEN YOU HAVE HUNDREDS OF

11:40:40  21   THOUSANDS OF SERVERS AND MAYBE DOZEN -- TENS OF THOUSANDS OF

11:40:46  22   SWITCHES, YOU CAN'T ENTER THEM MANUALLY WITH THE CLI, IT'S GOT

11:40:50  23   TO BE FULLY AUTOMATED, WHICH IS WHAT THE FOLKS AT ARISTA DID.

11:40:54  24   DOES NOT WORK ANYMORE.

11:40:55  25        NEXT SLIDE.

11:40:57  1        WHY ARE GOOGLE, FACEBOOK AND MICROSOFT USING THESE?

11:41:00  2   RIGHT?  WHY IS ARISTA LEADING THE MARKET THERE?  BECAUSE THESE

11:41:04  3   ARE THE MOST ADVANCED TECHNOLOGY COMPANIES AND THEY NEED THE

11:41:07  4   MOST ADVANCED WAY TO DO IT.

11:41:09  5        MR. CHAMBERS MAY BE THE BEST WITNESS TO HOW BIG A CHANGE

11:41:13  6   THIS IS, RIGHT.  HE SAID DURING HIS EXAMINATION ON MONDAY,

11:41:16  7   THERE'S A MARKET TRANSITION UNDER WAY IN NETWORKING.  HE

11:41:19  8   COMPARED IT TO THE CHANGE WHEN VOICE OVER INTERNET CAME IN, HE

11:41:24  9   COMPARED IT TO THE CHANGE WITH VIDEO OVER INTERNET CAME IN.

11:41:28 10   BIG DEAL.  A VERY IMPORTANT ONE, YES.

11:41:31 11        AND WHO IS THE MARKET LEADER IN THAT MARKET TRANSITION?

11:41:35 12   THIS SWITCH RIGHT HERE.  AND I WILL TALK IN DETAIL ABOUT EACH

11:41:38 13   OF THESE IN JUST A MINUTE.  BUT YOU'VE HEARD ALL THE WITNESSES

11:41:41 14   TESTIFY THAT THERE ARE AUTOMATION TOOLS THAT CHANGE HOW THE CLI

11:41:45 15   IS USED, IT'S MORE RELIABLE BECAUSE OF THE ARCHITECTURE, IT'S

11:41:49 16   HIGHER SPEED, TEN TIMES FASTER, IT'S POWER EFFICIENT USE, IT IS

11:41:57 17   1/5TH THE POWER.

11:41:58 18        AND OPEN PROGRAMMABLE IS KEY TOO BECAUSE IT PROVIDES A

11:42:00 19   PLATFORM THAT CUSTOMERS CAN ADAPT AND PROGRAM ON TOP OF.

11:42:05 20        THIS DIDN'T HAPPEN OVERNIGHT, AS YOU SAW, THE TESTIMONY

11:42:08 21   FILLED IN THAT THERE ARE 6 MILLION LINES OF CODE INSIDE THE EOS

11:42:12 22   SOFTWARE.  650 ENGINEERS, THAT'S NOT AN ARMY, BUT THAT'S ENOUGH

11:42:18 23   TO DO WHAT THEY DID, AND $750 MILLION IN RESEARCH AND

11:42:23 24   DEVELOPMENT.

11:42:24 25        ALL RIGHT.  WHAT IS SO TRANSFORMATIVE ABOUT THIS?  YOU

11:42:27  1    HEARD THAT FROM DR. BLACK, YOU HEARD IT FROM MR. DUDA, YOU

11:42:31  2    HEARD IT FROM MR. HOLBROOK.

11:42:33  3         LET ME START WITH MR. DUDA.  REMEMBER HE DREW THIS DIAGRAM

11:42:36  4    AND HE SAID WANTED TO START WITH A COMPLETELY DIFFERENT AND NEW

11:42:40  5    ARCHITECTURE.  SO IT'S A DISTRIBUTED ARCHITECTURE.  IT HAS A

11:42:45  6    CENTRAL DATABASE, BUT IT HAS DISTRIBUTED FEATURES ON THE

11:42:48  7    OUTSIDE WHICH YOU HAVE TO HAVE FOR RELIABILITY IN THESE

11:42:51  8    ENORMOUS DATA CENTERS.

11:42:54  9         WHAT HE SAID IS DOING IT THIS WAY IS IF ONE PROCESS GOES

11:42:57  10   OUT, THE WHOLE THING DOESN'T GO OUT.  IT'S ALSO EASIER TO

11:43:00  11   UPDATE, EASIER TO CHANGE, YOU CAN TAKE A FEATURE OUT AND

11:43:03  12   REPLACE IT ON THE FLY.  AND THEN HE SAID WE TOOK THIS

11:43:07  13   ARCHITECTURE AND WE PUT IS IT ON A LINUX KERNEL.

11:43:11  14        NOW LINUX IS AN OPEN SOURCE SOFTWARE THAT SOFTWARE

11:43:13  15   DEVELOPERS ARE USED TO USING.  IT'S AN OPERATING SYSTEM, IT'S A

11:43:17  16   BASE.  WHAT DOES THAT MEAN?  IT FREES UP CUSTOMERS FROM THESE

11:43:22  17   PROPRIETARY SYSTEMS.

11:43:24  18        REMEMBER WHEN APPLE FIRST CAME OUT WITH THE IPHONE, THAT

11:43:28  19   WAS IT, YOU COULDN'T PUT APPS ON IT FROM ANYBODY OTHER THAN

11:43:31  20   APPLE, IT WAS A CLOSED SYSTEM, PROPRIETARY.  THAT'S HOW

11:43:35  21   SWITCHES HAVE BEEN FOREVER.  THAT'S HOW THE CISCO SWITCHES HAVE

11:43:38  22   BEEN FOREVER.  ARISTA OPENED THAT UP WITH LINUX SOFTWARE,

11:43:41  23   DEVELOPERS CAN REDESIGN THE SWITCH TO MAKE IT BETTER AND MAKE

11:43:44  24   IT MORE SUITABLE FOR THEIR NEEDS.

11:43:47  25        NOW AFTER MR. DUDA, YOU HEARD FROM MR. HOLBROOK.  HE

11:43:50  1    BROUGHT THIS CIRCUIT BOARD TO EXPLAIN A COUPLE OF KEY THINGS.

11:43:54  2    ONE, HE SAID WE WERE THE FIRST TO PUT SIX OF THESE VERY

11:44:00  3    POWERFUL PROCESSORS ON THE SAME BOARD.  THE MANUFACTURER SAID

11:44:05  4    IT COULDN'T BE DONE, CUSTOMERS SAID IT COULDN'T BE DONE, BUT

11:44:10  5    THEY DID IT.

11:44:11  6         AND WHAT DID THAT MEAN?  THEY PACKED THE SWITCH WITH POWER

11:44:15  7    WHICH MEANT THEY COULD PUT MORE PORTS ON THEM.  THAT'S HOW

11:44:18  8    ARISTA GOT TO THESE BIG NUMBERS OF PORTS AND BIG NUMBERS OF

11:44:22  9    CAPACITY BY DESIGNING THIS BOARD WITH ALL THAT POWER.

11:44:25  10        AND YOU REMEMBER THE OTHER FEATURE THAT MR. HOLBROOK

11:44:28  11   TALKED ABOUT WAS THE ZERO TOUCH PROVISIONING.  YOU ARE NOT

11:44:32  12   TOUCHING THE CLI.  WHY IS THAT IMPORTANT?  THAT MEANS THAT IN

11:44:36  13   ONE OF THESE BIG DATA CENTERS WE LOOKED AT, ONE OF THE CLOUD

11:44:39  14   CENTERS, A CUSTOMER CAN SET IT UP AND GET IT UP AND RUNNING, I

11:44:44  15   THINK MR. HOLBROOK SAID TWO HOURS, TWO HOURS, WHAT USED TO TAKE

11:44:48  16   TWO WEEKS.

11:44:50  17        THAT IS REALLY REMARKABLE.  AND THAT'S THE KIND OF

11:44:53  18   PERFORMANCE THAT THESE CHANGES HAVE BROUGHT ABOUT FOR

11:44:56  19   NETWORKING CUSTOMERS AND NETWORKING IN GENERAL.  THAT IS

11:44:59  20   TRANSFORMATIVE USE.

11:45:00  21        AND DR. BLACK TALKED ABOUT NOT ONLY ALL OF THESE CHANGES,

11:45:07  22   BUT CHANGES TO THE CLI ITSELF.  AND THAT'S IMPORTANT.  AND I

11:45:12  23   THINK WE HAD A DRAWING FROM DR. BLACK AS WELL.  THIS IS IT.

11:45:19  24   JSON.

11:45:20  25        WHAT HE DESCRIBED LAST WEEK ON FRIDAY, I BELIEVE, WAS

11:45:26  1    OBVIOUSLY A MANUAL ENTRY SYSTEM WHERE YOU ARE GOING TO

11:45:30  2    CONFIGURE ONE SWITCH AT A TIME, DOES NOT WORK WELL WITH 40,000

11:45:36  3    SWITCHES IN YOUR NETWORK, RIGHT?  THAT'S A NONSTARTER.

11:45:39  4         YOU'VE GOT TO HAVE A WAY OF AUTOMATING IT SO THAT THE

11:45:42  5    COMPUTER, ITSELF, DOES THAT CONFIGURATION.  THAT'S HOW COME UP

11:45:46  6    CAN SET UP A SYSTEM IN TWO HOURS AND NOT TWO WEEKS.

11:45:51  7         SO HE DESCRIBED TAKING THE CLI AND MODIFYING IT WITH NEW

11:45:56  8    CODE AND PACKAGING IT INSIDE WHAT HE CALLED AN EAPI SO THAT IT

11:46:02  9    COULD BE OPERATED AUTOMATICALLY BY THE SOFTWARE THAT GOOGLE AND

11:46:07  10   FACEBOOK AND MICROSOFT DESIGNED THEMSELVES AND GET THEMSELVES

11:46:11  11   IN A POSITION TO RUN THESE DATA CENTERS AUTOMATICALLY, WHICH IS

11:46:16  12   WHAT THEY HAVE TO DO.

11:46:19  13        NOW, YOU DON'T HAVE TO TAKE IT FROM THEM, THE MARKET HAS

11:46:23  14   SPOKEN TOO, YOU SAW THIS IN THE OPENING AND THE WITNESSES FILL

11:46:26  15   TODAY IN.

11:46:27  16        ARISTA LAUNCHED THE FIRST HIGH SPEED 48-PORT SWITCH 2 TO

11:46:32  17   3 YEARS BEFORE ANYBODY ELSE, RIGHT?  WHEN OTHERS WERE DOWN

11:46:35  18   THERE WITH 12 TO 18 PORTS, ARISTA WAS ALREADY AT 48.  AND IN

11:46:40  19   2010, NETWORK WORLD TESTED ARISTA AGAINST THE MARKET AND

11:46:44  20   AGAINST CISCO AND ARISTA CAME OUT ON TOP IN VIRTUALLY EVERY

11:46:48  21   CATEGORY.

11:46:49  22        AND BY 2010 THEY NOW HAD A 384-PORT SWITCH RUNNING AT HIGH

11:46:55  23   SPEED, TEN GIGABIT.  NOBODY ELSE WAS EVEN AT 60.  THEY WERE 5

11:46:59  24   TO 6 TIMES THE CAPACITY OF ANYBODY ELSE AND MUCH HIGHER SPEED.

11:47:04  25        AND FOLLOWING THAT, THEY KEPT ADDING PORTS AND ADDING

11:47:08  1    SPEED.  THEY GOT TO 1,000 PORTS, THEY GOT TO 40 GIGABIT SPEEDS,

11:47:13  2    THEY GOT THERE FASTER THAN ANYBODY ELSE.

11:47:17  3        YOU DON'T HAVE TO ACCEPT EVEN THE EVIDENCE FROM THE

11:47:21  4    MARKET, BECAUSE CISCO AGREES.  NOTE NOW, I'VE GOT A TRIAL

11:47:26  5    EXHIBIT NUMBER ON HERE, JUST BECAUSE EVERYONE HAS BEEN SAYING

11:47:29  6    YOU ARE GOING TO HAVE TRIAL EXHIBITS BACK THERE, BUT THESE

11:47:34  7    BEAUTIFUL SLIDES, YOU WON'T HAVE THOSE.  YOU WON'T HAVE THE

11:47:36  8    SLIDES.

11:47:36  9        SO THIS IS TRIAL EXHIBIT 5119.  IT'S MR. PATIL'S THESIS.

11:47:42  10   HE'S A FORMER CISCO ENGINEER.  HE LOOKED AT ARISTA AS A MARKET

11:47:48  11   STUDY AND SAID IT'S A NEW PARADIGM.  ARISTA IS AN EXAMPLE OF

11:47:53  12   INNOVATION IN THIS AREA, IT'S A NEW PARADIGM.  HE DID A

11:47:57  13   BEAUTIFUL MASTER THESIS, SPENT SIX MONTHS, THAT WAS HIS

11:48:00  14   CONCLUSION.

11:48:01  15       NOW HERE WAS THE OFF-THE-CUFF CONCLUSION BY MR. REMAKER.

11:48:05  16   NEXT ONE.  YOU SAW THIS.  IT'S GREAT.  HE SAW ONE OF THE NEW

11:48:08  17   FEATURES IN ARISTA'S PRODUCT, "WOW.  UP TO PART THREE.  KICK

11:48:15  18   ASS.  I WISH IOS DID THIS."  YOUR BIGGEST COMPETITOR LOOKING AT

11:48:22  19   YOUR PRODUCT, "IT WAS GREAT, I WISH IOS DID THIS."

11:48:24  20       AND THERE ARE MANY E-MAILS LIKE THIS.  THE FINAL ONE I'M

11:48:28  21   GOING TO TALK ABOUT IN THIS SECTION IS, THIS IS AN E-MAIL THAT

11:48:31  22   MS. ULLAL RECEIVED FROM MORGAN STANLEY.

11:48:35  23       MORGAN STANLEY HAD BEEN USING CISCO SWITCHES FOR YEARS,

11:48:38  24   BUT NOW THAT ARISTA HAD SOMETHING THIS HIGH SPEED, THAT WOULD

11:48:42  25   HELP THE BANK PROCESS TRANSACTIONS MORE QUICKLY, MAKE MORE

11:48:46   1   MONEY, BOOM, "YOU MIGHT BE THE CEO OF THE MOST TRANSFORMATIVE

11:48:50   2   NETWORKING COMPANY IN 20 YEARS."

11:48:53   3        LET ME MENTION ONE OTHER FACT THAT I THINK PROVES

11:48:56   4   TRANSFORMATIVE USE.  HOW OFTEN DOES A COMPANY GO OUT AND SPEND

11:49:00   5   A BILLION DOLLARS TO DEVELOP WHAT MR. CHAMBERS CALLED AN ARISTA

11:49:06   6   KILLER, RIGHT?  THEY WENT OUT AND SPENT A BILLION DOLLARS ON

11:49:10   7   INSIEME, THAT'S WHAT HE TESTIFIED TO LAST WEEK, HOPING TO

11:49:14   8   DEVELOP AN ARISTA KILLER.

11:49:15   9        YOU DON'T SPEND THAT KIND OF MONEY TRYING TO COMPETE WITH

11:49:19   10  SOMETHING ROUTINE, RIGHT, THAT'S A MAJOR MARKET TRANSITION,

11:49:23   11  WHICH IS WHAT MR. CHAMBERS CALLED IT, AND THEY SPENT THAT MONEY

11:49:27   12  TO CATCH UP IN THAT MARKET.

11:49:31   13       OKAY, LET'S LOOK AT OUR SECOND KEY POINT.  AND THIS ONE

11:49:35   14  HAS BEEN ESTABLISHED OVER, AND OVER, AND OVER AGAIN.  CISCO

11:49:39   15  PROMOTED ITS CLI AS AN INDUSTRY STANDARD FOR ITS OWN BENEFIT.

11:49:44   16       THIS GOES TO FAIR USE, THIS GOES TO ABANDONMENT OF THE

11:49:50   17  COPYRIGHT.  THESE FACTS ESTABLISH THE MARKET FACTS THAT THEY

11:49:54   18  WANT TO IGNORE.  YOU DIDN'T HEAR A WORD ABOUT ANY OF THIS IN

11:49:57   19  THEIR CLOSING ARGUMENT BECAUSE THEY WANT TO PRETEND AS THOUGH

11:50:00   20  NONE OF THIS EVER HAPPENED.

11:50:02   21       BUT LET'S SEE WHAT IT DID HAPPEN.  2003, THIS IS AN

11:50:05   22  INTERNAL -- EXCUSE ME, IT'S A CUSTOMER PRESENTATION TO AT&T,

11:50:11   23  AND THEY TOLD AT&T, IN 2003, CISCO IOS IS THE CURRENT

11:50:19   24  DE FACTO STANDARD.  THIS IS BACK IN 2003.  BACK AT THE TIME OF

11:50:23   25  HUAWEI.  WE WILL TALK ABOUT HUAWEI IN A MINUTE.

11:50:26  1    2008, TRIAL EXHIBIT 5299.  CAN I GO BACK ONE -- I JUST

11:50:35  2    WANT TO BACK UP THE TRIAL EXHIBIT ON -- THIS FIRST ONE IS 5457.

11:50:39  3    YOU MIGHT HAVE THAT IN YOUR NOTEBOOK, BUT IT'S AT PAGE 96, IT'S

11:50:43  4    A BIG DOCUMENT.  SO THAT'S PAGE 96.

11:50:45  5    2008, USES INDUSTRY STANDARD CISCO IOS CLI.  SAME COMPANY,

11:50:51  6    PROMOTING A NEXUS DATA SHEET, TRIAL EXHIBIT 5299.  INDUSTRY

11:50:58  7    STANDARD.

11:50:58  8    2012.  TRIAL EXHIBIT 5454.  THEY ARE NOW BRINGING OUT A

11:51:04  9    NEW PRODUCT AND THEY ARE TALKING ABOUT THEIR NX-OS SOFTWARE,

11:51:07 10    THAT COMPETES NOW WITH ARISTA, BUT JUST LIKE EVERYBODY ELSE, IT

11:51:11 11    OFFERS THE SAME INDUSTRY STANDARD COMMAND LINE ENVIRONMENT.

11:51:15 12    THE SAME INDUSTRY STANDARD COMMAND LINE ENVIRONMENT.

11:51:19 13    LET ME GO BACK TO THE PREVIOUS SLIDE, TOO, I WANT TO MAKE

11:51:22 14    ANOTHER POINT.

11:51:23 15    NOTICE WHAT THEY ARE SAYING TO CUSTOMERS HERE.  THEY

11:51:28 16    CRITICIZE THIS WHEN THE REST OF THE INDUSTRY DOESN'T, NOW THEY

11:51:32 17    DO IN COURT, BUT THEY WERE SAYING THE BENEFIT OF AN INDUSTRY

11:51:35 18    STANDARD CLI IS FOR YOU, THE CUSTOMER, YOU MINIMIZE THE AMOUNT

11:51:39 19    OF TIME NEEDED FOR OPERATORS TO LEARN THE SYSTEM.

11:51:42 20    THAT'S WHAT WE ARE TALKING ABOUT.  IT'S A BENEFIT FOR

11:51:45 21    CUSTOMERS, WHICH CISCO RECOGNIZED AND WANTED TO EMBRACE AND

11:51:49 22    SAID OVER, AND OVER, AND OVER, AND MORE THAN THAT, CISCO SAID

11:51:54 23    PUBLICLY, WE KNOW EVERYBODY IS USING OUR SYSTEM, LET'S LOOK AT

11:51:58 24    THIS NEXT ONE.

11:51:59 25    TRIAL EXHIBIT 7996.  CISCO LIVE.  CISCO LIVE FOLKS IS LIKE

11:52:06   1   MAC WORLD.  YOU KNOW, MAC WORLD IS APPLE'S BIG USER CONFERENCE,

11:52:10   2   CISCO LIVE IS THE SAME THING FOR CISCO, THOUSANDS OF PEOPLE

11:52:13   3   COME AND ATTEND.

11:52:14   4        WHAT DID THEY TELL THEM?  JUST A COUPLE OF YEARS AGO,

11:52:17   5   "OVER THE YEARS, THE BASIC LOOK AND FEEL OF THE COMMAND-LINE

11:52:17   6   INTERFACE."

11:52:21   7        THAT'S THE SAME THING THEY SAY IS SO HIGHLY PROTECTED

11:52:25   8   HERE, AND THEY ARE SUING OVER, HAS BEEN MIMICKED BY OTHER

11:52:28   9   MANUFACTURERS.  RECOPIED, TO THE POINT WHERE IT IS THE

11:52:36  10   DE FACTO STANDARD OF NETWORK PROGRAMMING.  OVER, AND OVER, AND

11:52:39  11   OVER.  NOT ONLY DID THEY PROMOTE IT, BUT THEY RECOGNIZED

11:52:42  12   EVERYONE WAS USING IT.  AND IN FACT, EVERYONE ELSE WAS.

11:52:49  13        NEXT SLIDE, PLEASE.

11:52:50  14        HERE'S A NORTEL PRESENTATION IN 2005.  THEY'RE PROMOTING

11:52:54  15   THEIR TEN GIGABIT SWITCH.  THIS IS BEFORE ARISTA EVEN EXITED.

11:52:58  16   WHAT DO THEY CALL IT?  A CISCO-LIKE CLI.  WE HAVE A CISCO-LIKE

11:53:03  17   CLI.  THAT'S 5441.

11:53:07  18        FORCE10, BEFORE THEY WERE BOUGHT BY DELL, 2008, AGAIN

11:53:11  19   BEFORE ARISTA IS ON THE SCENE.  FAMILIAR CISCO STYLE CLI.  AND

11:53:17  20   FULL RANGE OF STANDARD-BASED PROTOCOLS.  FAMILIAR CISCO-STYLED

11:53:22  21   CLI.

11:53:23  22        HP.  HERE'S ANOTHER ONE.  TRIAL EXHIBIT 6970.  WE'VE GOT

11:53:28  23   MIGRATION TOOLS, HOW TO MIGRATE FROM A CISCO NETWORK TO AN HP

11:53:33  24   NETWORK.

11:53:34  25        I HEARD CISCO'S COUNSEL TALK ABOUT TARGETING CISCO'S

11:53:37   1    CUSTOMERS.  THERE'S NOTHING WRONG WITH GOING AFTER EACH OTHER'S

11:53:40   2    CUSTOMERS, THAT'S HOW WE OPERATE IN THE UNITED STATES, RIGHT?

11:53:45   3    CISCO HAS 80 PERCENT MARKET SHARE, SO EVERYBODY IS TRYING TO

11:53:48   4    GAIN MORE CUSTOMERS.  YOU CAN'T WALK AROUND IN NETWORKING

11:53:51   5    WITHOUT TRIPPING OVER A CISCO CUSTOMER.

11:53:54   6         SO HERE IS HP SAYING, WE HAVE AN INDUSTRY STANDARD CLI

11:53:59   7    WITH A VERY SIMILAR COMMAND-LINE INTERFACE AND MIGRATION TOOLS.

11:54:03   8         AND WE SAW YESTERDAY -- EXCUSE ME, I THINK IT WAS ON MAYBE

11:54:09   9    WEDNESDAY, A GREAT EXAMPLE OF HOW HP ADVERTISES, THIS WAS THE

11:54:13  10    MANUAL THAT MR. VENKATRAMAN TALKED ABOUT, AND WE SAW THIS IN

11:54:17  11    THEIR OPENING, THEY DO HAVE A PRODUCT COMWARE THAT'S DIFFERENT.

11:54:21  12         BUT TAKE A LOOK AT WHAT THEY SHOW IN THEIR MANUAL, THEY

11:54:26  13    ARE COMPARING THEIR MAIN ENTERPRISE PRODUCT, THAT'S THE SAME

11:54:29  14    MARKET THAT CISCO WAS IN, TO CISCO.

11:54:32  15         NOW YOU TELL ME HOW DIFFERENT THOSE ARE.  "SHOW FLASH,"

11:54:36  16    "SHOW VERSION," "SHOW RUN," "SHOW START," "SHOW HISTORY," "SHOW

11:54:40  17    LOG IN," YOU CAN GO ALL THE WAY DOWN.  THE ONLY PERSON THAT

11:54:45  18    DOESN'T RECOGNIZE THOSE ARE SIMILAR AND DR. ALMEROTH, AND WE

11:54:48  19    WILL TALK MORE ABOUT HIM IN A MINUTE.

11:54:51  20         THAT'S HP ADVERTISING THIS WAS SO COMMON THAT THE LEADING

11:54:55  21    INDUSTRY PUBLICATIONS POINTED OUT THAT EVERYBODY WAS COPYING

11:54:58  22    CISCO.

11:54:59  23         THIS IS A 2007 ARTICLE FROM *NETWORK WORLD*.  THIS

11:55:02  24    *NETWORK WORLD* YOU'VE SEEN SEVERAL ARTICLES THEY DID THE

11:55:05  25    HEAD-TO-HEAD TEST AND THEY ARE ONE OF THE LEADERS, "APPEALING

11:55:09  1    TO CCIE'S," THAT'S FOLKS THAT ARE CERTIFIED ON CISCO INTERFACE,

11:55:15  2    "HARDWARE VENDORS COPY CISCO CLI."

11:55:18  3         THIS IS BEFORE ARISTA WAS ON THE MARKET.  CISCO'S CLI HAS

11:55:22  4    BECOME A STANDARD IN THE INDUSTRY WHICH MANY HARDWARE VENDORS

11:55:25  5    COPY AND PROMOTE WHEN TRYING TO GET INTO CISCO ACCOUNTS.

11:55:31  6         COPY AND PROMOTE.  AND OF COURSE, OF COURSE, A COMPANY

11:55:35  7    LIKE CISCO THAT'S FOLLOWING THE MARKET AND DOING COMPETITIVE

11:55:39  8    ANALYSIS, THEY KNEW ALL OF THIS.

11:55:41  9         HERE'S A DOCUMENT AND AN ANALYSIS THAT MR. VOLPI TESTIFIED

11:55:45  10   ABOUT LAST WEEK.  INTERNAL TO CISCO 2006.  INTERNAL 2006,

11:55:51  11   TWO YEARS BEFORE ARISTA IS ON THE SCENE, THEY ARE SAYING TO

11:55:54  12   THEMSELVES, "OUR CLI BECOMES INDUSTRY STANDARD BETWEEN '93 AND

11:56:00  13   2000."  THAT'S THEIR DOCUMENT, THEIR INTERNAL ANALYSIS

11:56:04  14   DISCUSSED WITH ALL THE SENIOR MANAGERS.

11:56:07  15        AND NOW I WANT TO SHOW SOME ABSOLUTELY CRITICAL TESTIMONY

11:56:11  16   FROM MR. VOLPI.  UNIMPEACHED BY CISCO.

11:56:14  17        CAN I HAVE THIS NEXT SLIDE UP.

11:56:16  18        OKAY.  WE ASKED HIM, HE'S RUNNING THE ETHERNET SWITCH

11:56:20  19   BUSINESS.  HE'S RUNNING THE BUSINESS AT CISCO.  HE'S REPORTING

11:56:25  20   TO MR. GIANCARLO WHO IS THE CHIEF TECHNOLOGY OFFICER, AND THEY

11:56:28  21   REPORT TO MR. CHAMBERS.

11:56:30  22        I ASKED HIM, "WAS THE USE OF A SIMILAR OR VERY SIMILAR

11:56:34  23   COMMAND LINE LIMITED OR WIDESPREAD?"  HE SAID, "ALMOST

11:56:38  24   EVERYBODY THAT COMPETED WITH US USED A SIMILAR LANGUAGE.  SOME

11:56:43  25   OF THEM WERE VERY, VERY SIMILAR."

11:56:45  1          THIS IS THE MOST SENIOR EXECUTIVE INSIDE CISCO TELLING US

11:56:49  2     THAT WAY BACK WHEN HE WAS THERE BEFORE HE LEFT IN '07,

11:56:52  3     EVERYBODY INSIDE KNEW THAT FOLKS WERE USING IT.

11:56:56  4          THEN WHAT?  WERE THERE BUSINESS REASONS FOR CISCO NOT TO

11:57:01  5     OBJECT TO COMPETITORS USING THE SAME OR VERY SIMILAR CLI?

11:57:07  6          HE GAVE A VERY TRUTHFUL STRAIGHTFORWARD ANSWER UN

11:57:10  7      IMPEACHED, I WOULD SAY THE NOTION OF OTHER PEOPLE USING OUR CLI

11:57:14  8      IS A DOUBLE EDGED SWORD, HE SAYS, AT THE TIME YOU DIDN'T WANT

11:57:18  9      EVERYBODY TO JUST DIRECTLY COPY.  VERY HONEST.

11:57:23  10          "ON THE OTHER HAND, IT WOULD REINFORCE OUR MARKET

11:57:26  11      LEADERSHIP BECAUSE CISCO WAS FUNDAMENTALLY THE AUTHOR OF THE

11:57:29  12      CLI.  THEY HAVE BEEN AROUND THE LONGEST."

11:57:33  13          AND THE FACT THAT OTHER PEOPLE WERE USING IT, ALLOWED

11:57:35  14     CISCO TO PRESENT ITSELF AS THE DE FACTO LEADER AND SAY LOOK,

11:57:40  15     EVERYONE ELSE IS USING IT.  SO IT SORT OF REINFORCED OUR MARKET

11:57:46  16     LEADERSHIP POSITION.

11:57:47  17          MR. VOLPI TOLD US, THEY MADE A DECISION BACK BEFORE ARISTA

11:57:52  18     WAS CREATED TO CALL IT A DE FACTO STANDARD AND ALLOW OTHER

11:57:56  19     FOLKS TO USE IT WHICH THEY DID OVER THE YEARS.

11:57:59  20          LET'S LOOK AT THE NEXT SLIDE.  MR. GIANCARLO, HE IS

11:58:03  21     VOLPI'S BOSS.  AGAIN, UN IMPEACHED BY CISCO ON THIS POINT.

11:58:09  22          WHAT IF ANY BUSINESS REASON DID CISCO HAVE FOR NOT CALLING

11:58:12  23     UP COMPANIES LIKE FOUNDRY AND TELLING THEM NOT TO USE OR COPY

11:58:15  24     THE CLI?

11:58:18  25          WHAT'S HIS ANSWER?  "WELL, AGAIN, IT WAS OUR BELIEF, BASED

11:58:22  1    ON ASSERTIONS WE HAD FROM CISCO MANAGEMENT AND REPEATED OVER AS

11:58:27  2    WE DISCUSSED SUCH THINGS, THAT THE CLI WAS NOT PROTECTABLE.

11:58:32  3         GIVEN IN THE LATE 90'S, AS I SAID, WE BELIEVE IT WAS NOT

11:58:37  4    PROTECTABLE.  WE SAID, WELL, IF WE CAN'T PROTECT IT, THEN LET'S

11:58:40  5    USE IT, WE MIGHT AS WELL SAY IT'S A STANDARD.  IF OTHERS ARE

11:58:46  6    USING IT AS WELL, AND CAN CLAIM TO BE, STANDARD AND OPEN, WHICH

11:58:51  7    IS AN ADVANTAGE UNTO ITSELF."

11:58:53  8         THESE ARE THE TWO MOST SENIOR BUSINESS LEADERS AT CISCO

11:58:57  9    TELLING YOU EXACTLY WHAT HAPPENED IN THE MARKET.

11:59:00  10        NOW THE ENGINEERS AGREED, THE ENGINEERS AGREED, LET'S LOOK

11:59:03  11   AT THE NEXT SLIDE.  THIS IS MR. KATHAIL.  HE TESTIFIED LAST

11:59:07  12   WEEK, MAYBE THE WEEK BEFORE.

11:59:10  13        "THAT WAS SOMETHING CISCO WAS PERFECTLY SATISFIED WITH,

11:59:13  14   RIGHT?"

11:59:14  15        "YES."

11:59:14  16        "THAT WAS GOOD FOR CISCO THAT CUSTOMERS COULD GO FEEL AT

11:59:18  17   HOME ON COMPETITORS'S PRODUCTS, RIGHT?"

11:59:22  18        "YES.  CISCO WANTED CUSTOMERS TO FEEL AT HOME ON

11:59:26  19   COMPETITORS PRODUCTS USING THE SAME STANDARD SET OF COMMANDS."

11:59:31  20        MR. REMAKER.

11:59:33  21        "CISCO WAS HAPPY WITH THE CLI COMMANDS BEING A DE FACTO

11:59:38  22   INDUSTRY STANDARD BECAUSE THAT WAS CONSISTENT WITH THE CULTURE

11:59:42  23   OF MAKING CUSTOMERS SUCCESSFUL."

11:59:46  24        "YES, A CONSISTENT CLI MAKES OUR CUSTOMERS SUCCESSFUL."

11:59:49  25        NOW LET ME PAUSE FOR JUST A MINUTE BECAUSE WE HEARD A

11:59:52  1      LITTLE BIT ABOUT HUAWEI.

11:59:53  2          COULD I SEE THE NEXT SLIDE.

11:59:55  3          THE BUSINESS MANAGER RUNNING HUAWEI TESTIFIED, THAT'S

11:59:59  4      MR. GIANCARLO, THAT HUAWEI WAS ABOUT SOURCE CODE.  BUT YOU

12:00:02  5      DON'T EVEN NEED TO RELY JUST ON MR. GIANCARLO.  HUAWEI HAPPENED

12:00:06  6      IN 2003.  2003.  ALL OF THESE STATEMENTS THAT WE'RE TALKING

12:00:12  7      ABOUT ARE AFTER THE HUAWEI LAWSUIT WAS DONE, RIGHT?

12:00:29  8          (REDACTED).  ALL THESE STATEMENTS AND THE STATEMENTS BY

12:00:31  9      MR. GIANCARLO AND THE STATEMENT BY MR. VOLPI AND ALL OF THESE

12:00:35  10     DATA SHEETS, THEY POST-DATE HUAWEI.  THEY'VE HAPPENED SINCE

12:00:39  11     THEN.  HUAWEI WAS A LAWSUIT ABOUT SOURCE CODE.

12:00:43  12         IN THE HUAWEI CASE, ACTUAL ORIGINAL SOURCE CODE INSIDE THE

12:00:46  13     SWITCH WAS COPIED, 29,000 LINES OF IT, APPARENTLY.  THAT'S

12:00:53  14     QUITE A BIT.  AND AS MR. GIANCARLO SAYS, THE FOCUS WAS ON THEM

12:00:56  15     STOPPING USING OUR SOURCE CODE.

12:00:59  16         THEN WHAT OTHER EVIDENCE DO YOU HAVE ABOUT WHAT HAPPENED

12:01:01  17     IN THE MARKET?  THIS IS TRIAL EXHIBIT 9049.  IT'S -- IT WAS THE

12:01:07  18     ONE INSTANCE WHEN DR. BLACK WAS ABLE TO GET HIS HANDS ON ALL

12:01:12  19     THE RELEVANT MANUALS FOR ONE CUSTOMER, AND HE PRESENTED THIS

12:01:17  20     EXHIBIT TO YOU, IT'S 26 PAGES OF COMMANDS THAT ARE IN COMMON

12:01:24  21     BETWEEN CISCO AND DELL.  26 PAGES, 1600 COMMANDS.

12:01:30  22         SO DON'T TELL ME THAT SOMEHOW ARISTA IS AN OUTLIER OR

12:01:34  23     ARISTA IS THE WORST OR ARISTA IS THE MOST BLATANT, THAT'S

12:01:38  24     BALONEY.  AND DR. BLACK'S WORK PROVES IT.  EVEN WHEN HE LIMITED

12:01:42  25     HIMSELF TO JUST THE 500 COMMANDS ASSERTED HERE, HE FOUND

12:01:46   1   HUNDREDS OF THEM THE SAME AT D-LINK, HP, JUNIPER, JUNOS-E, AND

12:01:53   2   A DOZEN OTHERS, RIGHT?  THEY ARE ALL UP THERE USING THE SAME

12:01:58   3   BASIC SETS OF COMMANDS.  SO THAT'S TX 9049.

12:02:04   4        NOW, THE MARKET SAID THE SAME THING.  HERE'S MR. SHAFER.

12:02:07   5   YOU GUYS KNOW BY NOW JUNOS HAS -- JUNIPER HAS TWO DIFFERENT

12:02:12   6   PRODUCTS.  ONE PRODUCT ADDRESSES A DIFFERENT MARKET, AND

12:02:15   7   ANOTHER PRODUCT ADDRESSES A MARKET FOR ENTERPRISE CUSTOMERS.

12:02:19   8        IN THAT MARKET, THEY WERE MARKETING JUNOS-E.  WHAT DID

12:02:22   9   MR. SHAFER SAY?  "THE PRODUCT THAT JUNIPER ACQUIRED AND SOLD,

12:02:27  10   THAT PRODUCT USED HUNDREDS OF THE SAME CLI COMMANDS THAT ARE

12:02:32  11   SUPPORTED BY THE CISCO?"

12:02:34  12        "YES.  IT SUPPORTED THE SAME MODES AND THE SAME PROMPTS.

12:02:38  13   YES."

12:02:39  14        THAT'S JUNIPER, MR. SHAFER, TESTIFYING ABOUT JUNOS-E.

12:02:44  15        LET'S LOOK AT WHAT DELL SAYS.  YOU HAD MR. GAVIN CATO

12:02:47  16   HERE, HE WAS ON VIDEOTAPE, NOT LIVE, FROM DELL.

12:02:51  17        "ARE YOU AWARE OF OTHER VENDORS WITH WHOM DELL'S CLI

12:02:54  18   COMMANDS OVERLAP?"

12:02:56  19        AND WE KNOW DELL HAS 1600, OR IN THAT BALLPARK, THAT

12:03:00  20   OVERLAP.  "DO YOU KNOW ANYBODY ELSE?"

12:03:01  21        "OH, YEAH, OH, YEAH.  ARISTA, JUNIPER, EXTREME,

12:03:07  22   ENTERASYS, ANYBODY THAT USES THE BROADCOM POWERCONNECT SOFTWARE

12:03:11  23   OR LEVEL 7, EVERYONE OUT THERE WITH CISCO'S KNOWLEDGE AND

12:03:19  24   ACQUIESCENCE FOR THEIR OWN BENEFIT USING THE SAME COMMAND."

12:03:27  25        LET'S LOOK AT THE NEXT ONE.  THIS IS MR. VENKATRAMAN, HE'S

12:03:32  1    HEWLETT-PACKARD.  SO BETWEEN THE THREE WE'VE COVERED JUNIPER,

12:03:35  2    DELL, HEWLETT-PACKARD, THREE OF THE BIGGEST COMPETITORS.

12:03:36  3         "WOULD YOU BE SURPRISED TO LEARN THAT THE HP PROVISION ON

12:03:39  4    THE LEFT SIDE, HAS HUNDREDS OF OVERLAPPING COMMANDS WITH

12:03:42  5    CISCO?"

12:03:42  6         "NO, MOST VENDORS HAVE OVERLAPPING NAME AND SYNTAX."

12:03:48  7         MOST VENDORS.  MOST VENDORS.  THESE ARE PEOPLE WITH NO AXE

12:03:52  8    TO GRIND.  THEY ARE OUT THERE, THEY WERE CALLED BY BOTH

12:03:55  9    PARTIES.  THEY CAME IN AS THIRD PARTIES TO LET YOU KNOW WHAT'S

12:03:59  10   HAPPENING IN THE MARKET, ON REBUTTAL.

12:04:01  11        NOW WAS ARISTA'S USE OF THE CLI A CISCO-LIKE CLI A

12:04:07  12   SURPRISE OR A SECRET?  OH, NO, OH, NO.

12:04:12  13        TAKE A LOOK AT THE BOTTOM.  THE TOP OF THE SLIDE WE SAW

12:04:15  14   EARLIER, THAT'S WHAT WAS HAPPENING AT ARISTA.  IN 2009, CISCO

12:04:19  15   BUYS A SWITCH, ALL RIGHT.  TX 9079, THAT'S THAT REALLY BORING

12:04:25  16   INTERROGATORY I READ YOU ABOUT TWO WEEKS AGO, BUT IT'S

12:04:28  17   IMPORTANT BECAUSE WHAT IT SHOWS -- IT'S 9077, I APOLOGIZE,

12:04:35  18   9077.  IT'S A MULTI-PAGE EXHIBIT SHOWING ALL THE SWITCHES FROM

12:04:39  19   ARISTA THAT CISCO BOUGHT.  THAT'S WHY THEIR COUNSEL STOOD UP

12:04:43  20   AND SAID OH, WE ARE NOT COMPLAINING ABOUT THAT.  THAT'S BECAUSE

12:04:47  21   THEY BOUGHT MORE THAN A DOZEN AND TESTED THEM STARTING IN '09.

12:04:51  22   THEY TESTED THEM.  THEY USED THE CLI.  THEY KNEW WHAT THE CLI

12:04:57  23   DID.  TWO YEARS LATER THEY WROTE A 20-PAGE RESPONSE TO THAT

12:05:01  24   *NETWORK WORLD* ARTICLE.  AND TO GET TO THAT, THEY HAD TO STUDY

12:05:05  25   AGAIN.

12:05:05   1          THEN IN 2011, MR. JIANDANI CREATED THE TIGER TEAM, SOME 30

12:05:11   2   ENGINEERS FOCUSED ONLY ON ARISTA.  DO YOU THINK THEY OVERLOOKED

12:05:13   3   THE CLI?  I KIND OF DOUBT IT.

12:05:15   4          2013, MR. CHAMBERS INVESTS A BILLION DOLLARS IN INSIEME,

12:05:19   5   DO YOU THINK HE DID THAT WITHOUT KNOWING EVERYTHING ABOUT

12:05:23   6   ARISTA'S PRODUCTS?  HE TOLD THE PRESS HE KNEW EVERYTHING ABOUT

12:05:25   7   IT AND HE KNEW EVERY ACCOUNT THEY WERE IN.

12:05:28   8          AND THEN IN 2013 MS. JIANDANI SAYS, WAIT A MINUTE, CALL TO

12:05:32   9   ACTION, WE'VE GOT TO PREVENT THE IPO, THESE GUYS ARE GETTING

12:05:36  10   SERIOUS.  WE'VE GOT TO THE PREVENT THE IPO.  2013.

12:05:40  11          2014, LAWSUIT IS FILED WITH ABSOLUTELY NO ADVANCE

12:05:48  12   INVITATION TO TALK, CEASE AND DESIST LETTER, NOTHING.  THEY

12:05:52  13   TREATED HUAWEI BETTER.  MR. GIANCARLO MADE TWO TRIPS TO CHINA

12:05:57  14   TO NEGOTIATE WITH HUAWEI, THAT ACCORDING TO THEM, SOLD SOURCE

12:06:00  15   CODE.

12:06:01  16          THEY SUED ARISTA WITHOUT SO MUCH AS A PHONE CALL, A

12:06:05  17   LETTER, NOT A THING.

12:06:06  18          AND IF THERE'S ANY DOUBT THAT CISCO WAS FULLY AWARE,

12:06:10  19   STARTING IN '09, THAT ARISTA WAS USING A CISCO-LIKE

12:06:16  20   COMMAND-LINE INTERFACE, TESTIMONY THAT YOU HEARD IN THE TRIAL

12:06:18  21   FROM MR. GOURLAY, PUTS THAT TO BED.

12:06:26  22    (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

12:07:27  23          MR. VAN NEST:  YOUR HONOR, THIS WOULD BE A GOOD TIME

12:07:28  24    TO TAKE OUR NOON BREAK.

12:07:30  25          THE COURT:  OKAY.  LET'S DO THAT.

12:07:32  1        LET'S TAKE OUR USUAL HOUR BREAK AND COME BACK AT 1:10.

12:07:37  2        (RECESS FROM 12:07 P.M. UNTIL 1:10 P.M.)

01:10:49  3        THE COURT:  WE ARE BACK ON THE RECORD AND ALL OF OUR

01:18:25  4    JURORS ARE HERE.

01:18:26  5        MR. VAN NEST, WOULD YOU LIKE TO CONTINUE?

01:18:28  6        MR. VAN NEST:  I WOULD YOUR HONOR, THANK YOU VERY

01:18:30  7    MUCH.

01:18:32  8        **CLOSING ARGUMENTS BY MR. VAN NEST (CONTINUED)**

01:18:34  9        WELCOME BACK, EVERYONE, FROM LUNCH, AND THANK YOU AGAIN

01:18:36 10    FOR BEING SO PROMPT AND DILIGENT.

01:18:38 11        LET'S GO BACK TO MR. GOURLAY.  THERE WERE COMMENTS THIS

01:18:40 12    MORNING BY CISCO'S COUNSEL ABOUT BLATANT COPYING.  BLATANT

01:18:45 13    COPYING OF THE CLI.

01:18:47 14        WE NOW KNOW FROM MR. GOURLAY'S TESTIMONY THAT IF THAT'S

01:18:50 15    SO, IT WAS KNOWN TO CISCO IN 2009.  HE JUST TESTIFIED THAT HE

01:18:56 16    LOOKED AT A SWITCH IN THE TESTING LAB AT CISCO IN '09, AND HE

01:19:00 17    CONCLUDED THAT ARISTA WAS USING A CLI THAT HAD A CONSISTENT

01:19:04 18    LOOK AND FEEL TO THE ONE USED BY, NOT JUST CISCO, BUT FOUNDRY,

01:19:10 19    EXTREME, JUNIPER, AND A HOST OF OTHER NETWORK PROVIDERS.

01:19:17 20        WHY DIDN'T ALARM BELLS GO OFF BACK THEN?  WHY WASN'T IT

01:19:24 21    UNTIL 2014 THAT A LAWSUIT WAS FILED.  WELL, THE TESTIMONY OF

01:19:27 22    MR. VOLPI AND MR. GIANCARLO EXPLAINS IT PERFECTLY.  THEY MADE A

01:19:31 23    BUSINESS DECISION AT CISCO NOT TO PROTECT THE CLI BUT BY

01:19:36 24    ENCOURAGING OTHERS TO USE IT BY CALLING IT AN INDUSTRY

01:19:39 25    STANDARD.

2765

01:19:39  1      WHY?  CUSTOMERS LIKED THAT BETTER AND IT ALLOWED CISCO TO

01:19:43  2  SAY WE ARE THE LEADER.  OBVIOUSLY, THEY DID THAT BECAUSE,

01:19:49  3  HERE'S THE SLIDE YOU SAW THIS MORNING ON THE BOTTOM, OH, ALL

01:19:53  4  THAT BLATANT COPYING BY ARISTA.

01:19:55  5      LOOK AT DELL.  DELL IS UP THERE AT 1600 COMMANDS THAT ARE

01:19:59  6  THE SAME.  THIS DOESN'T FIT TOGETHER.  IT DOESN'T FIT TOGETHER

01:20:03  7  THAT SOMEHOW CISCO WASN'T AWARE OF THIS UNTIL 2014.  WITH ALL

01:20:08  8  OF THESE INDUSTRY PLAYERS USING THE COMMANDS, AND CISCO TESTING

01:20:12  9  THE SWITCHES IN THEIR LAB, THEY HAD TO KNOW ALL OF THIS.

01:20:16  10      AND THE ONLY REASONABLE EXPLANATION THAT HE KNOW HAPPENED

01:20:20  11  IN THE MARKET, WHICH IS THEY CONTINUED TO PROMOTE THE CLI AS AN

01:20:25  12  INDUSTRY STANDARD OVER, AND OVER, AND OVER, AND THEY MADE A

01:20:28  13  BUSINESS DECISION NOT TO STOP IT.

01:20:30  14      NOW THAT'S RELEVANT TO TWO VERY IMPORTANT CONCEPTS.

01:20:34  15      ONE, IT MEANS THE USE WAS A FAIR USE, BECAUSE IT'S A USE

01:20:38  16  THAT CISCO ENCOURAGED AND UNDERSTOOD WAS REASONABLE AND

01:20:44  17  BENEFITTED FROM THEMSELVES.

01:20:45  18      AND IT ALSO GOES TO ABANDONMENT.  THEY ABANDONED THE CLAIM

01:20:49  19  FOR COPYRIGHT ON THESE CLI'S WHEN THEY DECIDED NOT TO STOP IT

01:20:53  20  TO GO FORWARD, PROMOTE IT AS INDUSTRY STANDARD, AND TOLERATE

01:20:58  21  ITS USE BY OTHERS.

01:20:59  22      ALL OF THIS HAPPENED YEARS AFTER THE HUAWEI LAWSUIT, THEY

01:21:02  23  WANT TO TALK SO MUCH ABOUT.  ALL OF THIS WE ARE TALKING ABOUT

01:21:05  24  HAPPENED AFTER HUAWEI.

01:21:06  25      OKAY.  LET'S TALK ABOUT COPYING AND COPYRIGHT

01:21:11   1    INFRINGEMENT.

01:21:13   2         KEY POINT, COPYING UNPROTECTED ELEMENTS OF THE CLI IS NOT

01:21:18   3    INFRINGEMENT.  IT'S NOT ENOUGH TO PROVE COPYING.  THE COPYING

01:21:23   4    HAS TO BE OF SOMETHING THAT'S ACTUALLY PROTECTABLE.

01:21:26   5         THE LAW PERMITS COPYING OF FEATURES THAT ARE NOT

01:21:30   6    PROTECTABLE, EITHER BECAUSE THEY ARE NOT PROTECTABLE AS A

01:21:33   7    MATTER OF LAW OR BECAUSE THEY ARE NOT ORIGINAL OR BECAUSE THEY

01:21:38   8    ARE NOT CREATIVE.

01:21:40   9         HERE'S THE JURY INSTRUCTION 36.  VERY IMPORTANT.  "THEY

01:21:43  10    HAVE THE BURDEN TO PROVE BY A PREPONDERANCE THAT ARISTA COPIED

01:21:48  11    ORIGINAL PROTECTED ELEMENTS FROM CISCO'S WORK."

01:21:52  12         SO THE FACT THAT EVERYBODY, INCLUDING ARISTA, WAS USING

01:21:56  13    SOME OF THE SAME COMMANDS, THAT'S NOT COPYRIGHT INFRINGEMENT

01:22:00  14    UNLESS WHAT'S BEING COPIED IS PROTECTED.

01:22:04  15         OKAY.  LET'S TAKE A LOOK AT THE NEXT ONE WHICH IS VERY

01:22:07  16    IMPORTANT.  JURY INSTRUCTION 39.

01:22:09  17         JUDGE FREEMAN HAS GIVEN US THE INSTRUCTIONS OF THINGS THAT

01:22:13  18    ARE NOT PROTECTABLE, THINGS YOU CAN'T PROTECT, LET'S LIST THEM:

01:22:17  19         ONE, ANY SINGLE MULTIWORD COMMAND.

01:22:20  20         LET ME PAUSE RIGHT THERE.  ALL THAT TESTIMONY YOU HEARD

01:22:22  21    FROM MR. REMAKER AND MR. LOUGHEED ABOUT HOW CREATIVE THEY WERE

01:22:25  22    IN CREATING EACH OF THESE MULTIWORD COMMANDS, EVEN IF IT WERE

01:22:30  23    TRUE, THAT'S NOT PROTECTABLE.  THOSE AREN'T PROTECTABLE.

01:22:34  24         COMMAND HIERARCHIES, ALSO NOT PROTECTABLE.  THE TESTIMONY

01:22:36  25    FROM DR. ALMEROTH AND MR. LOUGHEED, ALL OF THESE WONDERFUL

01:22:42  1    HIERARCHIES, NOT PROTECTABLE.

01:22:45  2         SPECIFIC MODES AND PROMPTS, NOT PROTECTABLE.

01:22:49  3         USE OF COMMAND SYNTAX, THAT'S HOW ALL OF THEIR COMMANDS

01:22:53  4    ARE WRITTEN, A VERB LIKE "SHOW," OR "CLEAR," OR "CONFIGURE,"

01:22:57  5    WITH AN OBJECT LIKE "BGP," OR "IP," THAT'S COMMAND SYNTAX, NOT

01:23:04  6    PROTECTABLE.

01:23:05  7         FUNCTIONS, NOT PROTECTABLE.  OBVIOUSLY THAT'S A HUGE

01:23:08  8    POINT.

01:23:08  9         HOW THE DEVICE ACTUALLY OPERATES, NOT PROTECTED.

01:23:13  10        USING THESE FEATURES, NOT PROTECTED.  ALL THEY'VE GOT IS A

01:23:17  11   CLAIM ABOUT THE LABELS ON THE KNOBS THAT DR. BLACK TALKED

01:23:20  12   ABOUT, BUT NOT EVEN THAT.

01:23:23  13        INDIVIDUAL HELP DESCRIPTION PHRASES, NOT PROTECTABLE.

01:23:27  14        SO WHAT DOES THIS MEAN?  THIS MEANS THAT ALL THIS

01:23:31  15   TESTIMONY YOU GOT ABOUT THE COMMANDS, THAT'S NOT ON POINT.

01:23:36  16   THEIR CLAIM NOW IS ONLY THAT THEY HAVE A COMPILATION OF ALL THE

01:23:42  17   COMMANDS IN IOS, A COMPILATION -- THAT'S THE COLLECTION OF ALL,

01:23:47  18   16,000.  THEY ARE SAYING THAT'S WHAT THEY CAN PROTECT.  OR IN

01:23:51  19   THE CASE OF THESE HELP DESCRIPTIONS, ALL OF THOSE, THERE'S

01:23:57  20   52,000 HELP DESCRIPTIONS, 52,000 HELP DESCRIPTIONS, OR ALL THE

01:24:00  21   COMMAND OUTPUTS, THERE'S THOUSANDS OF THOSE TOO.

01:24:04  22        THEIR CLAIM IS NOW LIMITED TO THESE COLLECTIONS.  WHY IS

01:24:07  23   THAT IMPORTANT?  ARISTA DIDN'T COPY THE COMPILATION, WE KNOW

01:24:11  24   THAT.  THEY ARE ONLY ACCUSING ARISTA OF USING 500 OF THE

01:24:16  25   THOUSANDS OF COMMANDS IN THE SYSTEM.

01:24:18   1          SO IT'S CRYSTAL CLEAR THAT ARISTA DIDN'T COPY THE

01:24:22   2     COMPILATION, THEIR CLAIM NOW IS LIMITED TO THESE COMPILATIONS.

01:24:26   3          SO WHAT HAVE THEY PROVED THERE?  DID ANYBODY COME IN AND

01:24:30   4     TESTIFY ABOUT HOW THE WHOLE ARRANGEMENT OF COMMANDS WORKED

01:24:33   5     WELL?  NO.  YOU DIDN'T HEAR ANY OF THAT.  OR WHY ALL THE HELP

01:24:37   6     DESCRIPTION COMPILATIONS IS A PROTECTABLE CREATIVE THING?

01:24:41   7          ALL THESE ARE, ARE COLLECTIONS OF EITHER COMMANDS OR HELP

01:24:45   8     DESCRIPTIONS THAT THEY'VE WRITTEN OVER MANY YEARS AND STORED IN

01:24:48   9     THEIR MANUALS AND ELSEWHERE.  THEY DIDN'T EVEN SHOW YOU AN

01:24:53   10    EXAMPLE OF WHAT A COMPILATION LOOKED LIKE, NOTHING LIKE THAT.

01:24:56   11         AND CRITICALLY, THEY ARE NOT CLAIMING THAT THERE'S

01:24:59   12    SOMETHING UNIQUE ABOUT THE 506 THEY ARE CLAIMING ABOUT, THAT

01:25:03   13    THERE'S SOME KIND OF UNIFIED THING OR THAT IT HAS A LIFE

01:25:07   14    OUTSIDE THIS LAWSUIT, THOSE ARE JUST THE COMMANDS THEY FOUND

01:25:10   15    WHEN THEY WENT THROUGH THE CLI THAT WERE SIMILAR TO THEIRS, IN

01:25:14   16    SOME CASES IDENTICAL TO THEIRS, RIGHT?

01:25:17   17         IN OTHER WORDS, THEY DON'T HAVE ANY EVIDENCE BEFORE YOU

01:25:20   18    THAT THESE 506 COMMANDS REPRESENT ANYTHING OUTSIDE OF THIS

01:25:26   19    LAWSUIT, ANYTHING LIKE A UNIFIED STRUCTURE OR SOMETHING

01:25:29   20    SIGNIFICANT OR SOMETHING SPECIALLY CREATIVE OR SOMETHING

01:25:33   21    PROTECTABLE, RIGHT?

01:25:35   22         AND DR. BLACK DID THAT.  WE ASKED HIM TO LOOK, OF THE 506

01:25:39   23    ASSERTED COMMANDS, IS THERE ANY PATTERN YOU FOUND AMONG THOSE?

01:25:43   24    HE SAYS, "I MEAN, YOU CAN LOOK THROUGH THE LIST AND I CAN'T

01:25:47   25    DISCERN ANY MEANINGFUL PATTERN.  IT'S MORE OR LESS AN ARBITRARY

01:25:52  1      LIST, FROM WHAT I CAN SEE, OTHER THAN PERHAPS THEY SHARE A

01:25:56  2      COMMONALITY WITH ARISTA."

01:25:59  3           YOU WOULD SEE THE SAME KIND OF LIST OF 1600, IF WE WERE

01:26:02  4      TALKING ABOUT DELL, OR MAYBE 7 OR 800 IF WE WERE TALKING ABOUT

01:26:08  5      JUNOS-E, OR WHO KNOWS HOW MANY IF WE WERE TALKING ABOUT HP,

01:26:12  6      EXTREME, BROCADE OR THE OTHERS, RIGHT?  THERE'S NOTHING

01:26:15  7      PROTECTABLE ABOUT THAT COMPILATION.

01:26:18  8           NOW, I KNOW WHAT THEIR ANSWER WILL BE, WELL, YOU TOOK WHAT

01:26:22  9      YOU NEEDED.  AND GHEE, MR. SADANA SAID "CORE COMMANDS."  WHAT

01:26:25 10      MR. SADANA IS TALKING ABOUT IS FOR THOSE ROUTINE UTILITY

01:26:29 11      COMMANDS AND FUNCTIONS THAT ANY SWITCH HAS, THE INDUSTRY HAS

01:26:34 12      ADOPTED A COMMON LANGUAGE FOR THOSE.

01:26:37 13           THAT DOESN'T EVEN ADDRESS ALL THE NEW FEATURES AND THE NEW

01:26:41 14      FUNCTIONALITY IN THE ARISTA SWITCHES, RIGHT?  THE CORE COMMANDS

01:26:44 15      THAT MR. SADANA IS TALKING ABOUT, THOSE ARE UTILITY FUNCTIONS

01:26:48 16      THAT EXIST IN ANY SWITCH.  AND ALL THE NETWORK SWITCH PROVIDERS

01:26:53 17      HAVE THOSE AND THEY ARE ALL USING THE SAME SET OF THOSE CORE

01:26:57 18      COMMANDS.  NOTHING UNIQUE ABOUT THAT.

01:26:59 19           NOW, I WOULD SUBMIT THAT EVEN IF YOU GO TO THE MULTIWORD

01:27:03 20      COMMANDS, THOSE AREN'T ORIGINAL EITHER.

01:27:05 21           LET'S GO TO THE NEXT ONE.

01:27:09 22           155 OF THE 500 ARE SHOW COMMANDS.  THE WORD "SHOW," WHICH

01:27:14 23      IS NOT UNIQUE, OR ORIGINAL TO THEM, AND FOLLOWED BY A NOUN.

01:27:21 24           ONE OF THE OTHER THINGS THAT JUDGE FREEMAN'S INSTRUCTION

01:27:23 25      SAYS, AND I FORGOT TO PUT THIS ON THE SLIDE, WAS THE IDEA OR

01:27:27  1  METHOD OF GROUPING OR CLUSTERING COMMANDS UNDER COMMON INITIAL

01:27:31  2  WORDS LIKE SHOW OR IP.  NOT PROTECTABLE.  AGAIN, NOT

01:27:36  3  PROTECTABLE.

01:27:36  4       "SHOW" HAS BEEN AROUND FOREVER, AS MR. LOUGHEED ADMITTED,

01:27:40  5  155 OF THESE ARE "SHOW" COMMANDS.  HE WORKED ON A NUMBER OF

01:27:43  6  SYSTEMS AT STANFORD, THIS IS JUST ONE, THAT HAD A "SHOW"

01:27:46  7  COMMAND.  YES, IT DID, IT HAD A "SHOW" COMMAND, HE TESTIFIED

01:27:51  8  THERE WERE OTHERS AS WELL, WHILE HE WORKED AT STANFORD.

01:27:54  9       HE ALSO TESTIFIED THAT SOME OF THE COMMANDS HE SIMPLY

01:27:57  10  COPIED FROM OTHER SYSTEMS.

01:27:59  11       REMEMBER WE FOUND A MANUAL IN HIS POSSESSION THAT HAD 7 OR

01:28:03  12  8 OF THESE COMMANDS, VERBATIM IN THERE, HE SAID THAT'S A

01:28:07  13  COINCIDENCE, OKAY.  BUT IN THIS CASE, IN THE CISCO CLI, HE USED

01:28:11  14  A MULTIWORD COMMAND, HE HAD PREVIOUSLY USED AT ANOTHER COMPANY.

01:28:18  15       AGAIN, THESE ARE ROUTINE COMMON DESCRIPTIONS THAT INDUSTRY

01:28:22  16  HAS ADOPTED FOR USE AND HAVE BEEN IN USE FOR YEARS.

01:28:26  17       ALL RIGHT.  I WANT TO TALK ABOUT TWO LEGAL CONCEPTS THAT

01:28:28  18  ARE A BIG PART OF YOUR CONSIDERATION OF INFRINGEMENT.  MERGER

01:28:33  19  AND SCÈNES À FAIRE.  WHAT ARE THEY?  THIS IS RELATED TO THIS

01:28:36  20  CONCEPT OF PROTECT.

01:28:41  21       MERGER SAYS IF THERE'S ONLY A FEW WAYS TO EXPRESS

01:28:45  22  SOMETHING, YOU CAN'T PROTECT IT.  IT CAN BE USED BY OTHERS.

01:28:47  23       WHY IS THAT?  BECAUSE IF WE ARE TALKING ABOUT DESCRIBING

01:28:50  24  SOMETHING LIKE THE INTERNET PROTOCOL, IP, WHICH HAS BEEN AROUND

01:28:55  25  AND IN USE FOR YEARS, IT'S NOT RIGHT FOR ONE AUTHOR TO HAVE

01:28:59  1    CONTROL OF THAT.  RIGHT?  DO WE WANT 40 DIFFERENT NETWORK

01:29:02  2    SWITCH VENDORS TO HAVE TO COME UP WITH A DIFFERENT WAY TO SAY

01:29:06  3    IP?  OF COURSE NOT.

01:29:07  4        SO THIS MERGER CONCEPT IS IMPORTANT AS PART OF COPYRIGHT

01:29:11  5    INFRINGEMENT.  IF THERE'S ONLY A FEW WAYS TO DO IT, IT'S NOT

01:29:15  6    PROTECTABLE.  THAT'S RELATED TO SCÈNES À FAIRE.

01:29:18  7        SCÈNES À FAIRE MEANS COMMONLY USED TOOLS OF THE TRADE,

01:29:22  8    THINGS THAT FOLKS USE OVER AND OVER.  AND THIS ONE SAYS, IF

01:29:26  9    THERE WERE EXTERNAL FACTORS THAT LIMIT YOUR CHOICE, YOU CAN'T

01:29:30  10   PROTECT THE PRODUCT OF THAT.

01:29:32  11       AGAIN, THESE COMMANDS ARE ALL DESCRIBING FEATURES THAT ARE

01:29:39  12   INDUSTRY PROTOCOLS THAT HAVE BEEN PUBLISHED IN PROTOCOL

01:29:42  13   DOCUMENTS AND KNOWN BY NETWORK ENGINEERS FOR YEARS.

01:29:45  14       SO THE IDEA HERE IS, IF YOU FIND, WHICH THE EVIDENCE FULLY

01:29:48  15   SUPPORTS AND WE WILL ROLL THROUGH IT IN A MINUTE, IF YOU FIND

01:29:52  16   THAT THERE WERE VERY FEW CHOICES AND THEY WERE LIMITED AND

01:29:56  17   THERE'S ONLY A FEW WAYS TO SAY SOMETHING THAT'S ALREADY IN

01:30:00  18   EXISTENCE AND ALREADY BEEN APPROVED, THE PRACTICAL REALITIES OF

01:30:03  19   COMPUTER PROGRAMMING MEAN YOU CAN'T PROTECT STUFF LIKE "SHOW

01:30:10  20   INTERFACE" OR "SHOW IP ROUTE" OR EVEN SOME OF THE MORE

01:30:14  21   COMPLICATED ONES, WHICH AGAIN, COME RIGHT FROM THE STANDARDS

01:30:19  22   THEMSELVES.

01:30:20  23       LET'S GO TO THIS NEXT ONE.  HERE'S MY POINT.  WE DID THIS

01:30:24  24   WITH DR. ALMEROTH.

01:30:25  25       ON THE LEFT ARE SOME OF THE COMMANDS THEY'RE ASSERTING

2772

01:30:28  1    "ROUTER OSPF," "ROUTER ID," "SHOW IP OSPF."  OSPF MEANS OPEN

01:30:33  2    SHORTEST PATH FIRST.

01:30:34  3        AND I'VE GOT AN EXHIBIT NUMBER THERE, IT'S TX 5038.  HERE

01:30:41  4    IT IS.  THAT'S A 40 OR 50-PAGE DOCUMENT, THE INDUSTRY CAME

01:30:45  5    TOGETHER AND CREATED IT.  IT EXISTED BEFORE ANY OF THESE

01:30:48  6    COMMANDS THAT CISCO IS CLAIMING DID.

01:30:50  7        AND WHAT'S THE IDEA?  THE IDEA IS THE INDUSTRY CALLS IT

01:30:55  8    OSPF, THEY HAVE ALREADY ADOPTED THAT TERM.  SO ARE WE GOING TO

01:30:59  9    GIVE CISCO THE EXCLUSIVE RIGHT TO USE THAT?  OF COURSE NOT.

01:31:03  10   THEN THE SECOND GUY HAS TO SPELL IT OUT, AND THE THIRD GUY HAS

01:31:07  11   TO FIND ANOTHER WORD, AND THE FOURTH, AND THE FIFTH AND THE

01:31:09  12   SIXTH.  YOU COULD SEE HOW RIDICULOUS THAT WOULD BE.  CRAZY.

01:31:14  13       NOT ONLY THAT, I'VE GOT IN GREEN, THE TIMES OSPF IS USED.

01:31:18  14   BUT YOU JUST GO TO PAGE 3 OF THIS THING.  DR. ALMEROTH DIDN'T

01:31:22  15   LIKE THIS ONE BIT, BUT PAGE 3, I'VE GOT IT UP THERE ON THE

01:31:25  16   SCREEN, IT'S GOT A LOT OF DEFINED TERMS THAT YOU USE WITH OSPF.

01:31:30  17   "ROUTER," THAT'S DEFINED TERM, "ROUTER ID," "INTERFACE,"

01:31:35  18   "NEIGHBORING," "HELLO PROTOCOL," "HELLO INTERVAL" IS ON THE

01:31:38  19   NEXT PAGE.  THEY ARE ALL DEFINED TERMS.

01:31:41  20       LET'S GO BACK -- I DON'T HAVE A SLIDE ON IT, MR. DAHM, I'M

01:31:45  21   SORRY.

01:31:46  22       BUT YOU CAN GO THROUGH HERE AND THEY ARE ALL THE SAME.

01:31:48  23   LET'S TAKE A LOOK AT A LONGER ONE RIGHT ON THIS PAGE, "SHOW

01:31:52  24   IP."  "SHOW" COMMONLY USED, "IP" MEANS INTERNET PROTOCOL.

01:31:58  25   THERE'S A PROTOCOL JUST LIKE THIS FOR IP, AND WHAT'S IT CALLED?

01:32:01   1    IP.

01:32:01   2        OSPF RUNS OVER THE IP PROTOCOL, THAT'S WHY THEY ARE

01:32:04   3    TOGETHER.  AND "INTERFACE" IS A DEFINED TERM.

01:32:07   4        THIS HAPPENS OVER, AND OVER, AND OVER IN THESE 500

01:32:10   5    COMMANDS, WHICH IS WHY THEY ARE JUST ROUTINE, NOT PROTECTABLE,

01:32:14   6    AND NOT ORIGINAL.

01:32:16   7        NEXT SLIDE.

01:32:17   8        HERE'S ANOTHER ONE.  IGMP, THAT'S ANOTHER ONE.  AND THAT'S

01:32:21   9    IN TX 6877, I WENT OVER THAT WITH DR. ALMEROTH, INTERNET GROUP

01:32:27 10    MANAGEMENT PROTOCOL.  RIGHT IN THE TITLE, THAT GREEN PULLOUT IS

01:32:31 11    THE TITLE OF THE PROTOCOL.  IT USES IGMP.  THE INDUSTRY HAS

01:32:36 12    COME TOGETHER AND DECIDE THAT'S A SUITABLE TERM TO USE.

01:32:39 13        NOW, ARE YOU REQUIRED TO USE IT?  NO.  I MEAN, YOU ARE NOT

01:32:43 14    FORCED TO USE IT.  BUT SINCE THE INDUSTRY IS USING IT, AND

01:32:49 15    SINCE THE IDEA IS WE ARE GOING TO SUPPORT THAT PROTOCOL IN OUR

01:32:52 16    SWITCH, YOU WANT A NETWORK ENGINEER TO BE FAMILIAR WITH IT.

01:32:56 17        SO LOOK AT THESE ONES, THESE ARE LONGER.  "QUERY

01:32:59 18    INTERVAL."  "STARTUP-QUERY INTERVAL."  "START-UP QUERY COUNT,"

01:33:03 19    IF IT WERE UP TO DR. ALMEROTH, NONE OF US WOULD EVER KNOW THAT

01:33:09 20    THESE CAME DIRECTLY, WORD-FOR-WORD, AS PHRASES OUT THE

01:33:13 21    PROTOCOL.

01:33:13 22        HE WANTED TO PRETEND THAT THIS WAS THE CREATIVE GENIUS OF

01:33:16 23    SOMEONE CREATING THESE COMMANDS.  BALONEY.  THESE ALL COME

01:33:19 24    RIGHT FROM THE DEFINED TERMS.

01:33:19 25        NEXT PAGE, PLEASE.

01:33:21   1        EVEN THE LONG ONES.  "LAST MEMBER QUERY INTERVAL," THAT'S

01:33:25   2   A DEFINED TERM IN THIS PROTOCOL.  "LAST MEMBER QUERY COUNT."  A

01:33:29   3   DEFINED TERM IN THIS PROTOCOL.

01:33:34   4        NOW WE SPENT QUITE A BIT OF TIME ON THAT WITH

01:33:37   5   DR. ALMEROTH, AND I'M NOT GOING TO REPEAT IT ALL HERE, BUT I

01:33:40   6   WILL SHOW ON THIS NEXT SLIDE, THERE ARE A LOT OF PROTOCOLS, AND

01:33:42   7   YOU CAN'T FIND A COMMAND IN HERE THAT DOESN'T COME FROM ONE OR

01:33:46   8   THE OTHER OF THESE IN SOME WAY.

01:33:49   9        "SNMP" MEANS SIMPLE NETWORK MANAGEMENT PROTOCOL.  "IPV6,"

01:33:54  10   INTERNET PROTOCOL VERSION SIX.  "ARP" ON THE RIGHT, ADDRESS

01:33:58  11   RESOLUTION PROTOCOL.  THESE ARE ALL STANDARD PROTOCOLS, I HAVE

01:34:03  12   THE TX NUMBERS, AND THE IDEA IS THAT FOLKS USE THEM BECAUSE

01:34:09  13   THEY ARE WHAT THE INDUSTRY HAS DECIDED TO USE TO DESCRIBE THAT

01:34:14  14   PROTOCOL.

01:34:14  15        HERE'S WHAT MR. CATO SAID, THIS WAS ON VIDEO ALSO.  AND

01:34:19  16   HERE'S THE REAL IDEA, HE'S TALKING ABOUT A VLAN, THAT'S NOT A

01:34:23  17   PROTOCOL, BUT IT'S A FEATURE.  IT MEANS "VIRTUAL LOCAL AREA

01:34:28  18   NETWORK."  WHAT HE'S SAYING IS IF I PUT A VLAN IN MY SWITCH, IF

01:34:32  19   I SUPPORT IT, THEN IN ORDER FOR THE NETWORK FOLKS TO UNDERSTAND

01:34:36  20   WHAT I'VE GOT, I'VE GOT TO USE VLAN IN THE CLI ALONG WITH THE

01:34:43  21   PARAMETERS NECESSARY TO STRUCTURE IT SO IT WILL INTEROPERATE

01:34:46  22   ACROSS MULTIPLE SWITCHES.

01:34:48  23        HE'S SAYING IF THE GOAL OF THE COMMAND IS TO DESCRIBE A

01:34:51  24   FEATURE LIKE VLAN, YOU ARE GOING TO USE THE NAME THAT THE

01:34:56  25   INDUSTRY HAS CHOSEN TO DESCRIBE IT, TIME, AFTER TIME, AFTER

01:35:01  1    TIME.

01:35:02  2         NOW, GUESS WHAT, THE EVIDENCE SHOWS -- LET'S GO TO THE

01:35:07  3    NEXT SLIDE.  THE EVIDENCE SHOWS THAT EVEN AT CISCO THEY

01:35:10  4    UNDERSTOOD THIS AND THEY TOLD THEIR ENGINEERS DON'T BE

01:35:14  5    CREATIVE, BE COMMON, BE FAMILIAR.

01:35:18  6         THIS IS FROM THAT FAMOUS PARSER-POLICE MANIFESTO.  WHEN

01:35:23  7    NAMING A COMMAND, TRY TO PICK NAMES THAT WOULD BE FAMILIAR TO

01:35:26  8    PEOPLE IN THE INDUSTRY.  COMMANDS SHOULD BE SELF-EXPLANATORY SO

01:35:31  9    THAT A KNOWLEDGEABLE USER, THAT'S THESE NETWORK OPERATORS, CAN

01:35:36 10    FIGURE IT OUT WITHOUT SCURRYING OFF TO A MANUAL.

01:35:40 11         USE "AN ACCEPTED INDUSTRY ACRONYM."  THAT'S JUST WHAT I

01:35:45 12    WAS TALKING ABOUT, ALL THOSE PROTOCOL NAMES ARE ACCEPTED

01:35:48 13    INDUSTRY ACRONYMS, THEY ARE TOLD TO USE THEM.  DO NOT USE CODE

01:35:50 14    NAMES.

01:35:52 15         NOW, THAT WAS THE GUIDANCE, BUT IN FACT, MR. REMAKER

01:35:58 16    CONFIRMED THAT THAT'S WHAT THEY DID.  HIS TESTIMONY WAS, THIS

01:36:02 17    IS WHAT WE DO WHEN WE WRITE THESE COMMANDS.  WE DON'T FREELANCE

01:36:05 18    OR OFFROAD.  KEEP IT SHORT.  WHY?  YOU ARE TYPING IT.  AVOID

01:36:11 19    COLLISIONS.  WHAT HE SAID WAS "YOU DON'T USE THE SAME WORD

01:36:14 20    TWICE AND MESS UP THE DEVICE."

01:36:16 21         CONSIDER THE AUDIENCE.  WHAT DO NETWORK ENGINEERS

01:36:19 22    UNDERSTAND?  DO THEY WANT YOU TO WRITE OUT OSPF OR USE SOME

01:36:24 23    OTHER WORD OR SOME OTHER NAME?  NO.  AND ARRANGED AND GROUPED

01:36:29 24    IN A LOGICAL EASY TO FIND ORDER.

01:36:32 25         IN OTHER WORDS, THESE ARE SOME OF THE LIMITATIONS.

01:36:34  1          AND MR. KATHAIL BACKED THAT UP.  HE SAID THE COMMANDS

01:36:39  2    SHOULD COME FROM A VOCABULARY WHICH NETWORKERS USE DAY IN AND

01:36:44  3    DAY OUT.  THAT'S TRUE.  IF YOU ARE TALKING ABOUT HOCKEY, YOU

01:36:46  4    USE THE LANGUAGE OF HOCKEY.  IF YOU ARE TALKING ABOUT

01:36:48  5    NETWORKING, YOU USE THE LANGUAGE OF NETWORKING THAT NETWORK

01:36:51  6    ENGINEERS ARE ALL FAMILIAR WITH.

01:36:54  7          AND THAT'S -- THAT IS TRUE FOR ALL OF THESE COMMANDS,

01:36:57  8    WHICH IS WHY NONE OF THIS IS PROTECTABLE.  EITHER A SINGLE

01:37:03  9    MULTIWORD COMMAND, JUDGE FREEMAN HAS ALREADY TOLD YOU THAT, OR

01:37:07  10   THE COMPILATION ITSELF.  THE COMPILATION IS NO DIFFERENT.  IT'S

01:37:11  11   JUST A COLLECTION OF THESE COMMANDS, ALSO FROM INDUSTRY

01:37:15  12   STANDARD PROTOCOLS.

01:37:17  13         COULD I GO BACK TO THE COLOR-CODED CHART, MR. DAHM.

01:37:21  14         THE LAST POINT I'M GOING TO MAKE ON THIS PART OF IT IS

01:37:24  15   THAT AT LEAST SOMEONE MADE AN EFFORT TO ANALYZE THIS.  AND THAT

01:37:28  16   WAS PROFESSOR BLACK.  AND HE WENT THROUGH THEM ALL, HE

01:37:31  17   PRESENTED SOME OF THESE, BUT EVERYTHING IN GREEN IS DIRECTLY

01:37:35  18   FROM AN INDUSTRY STANDARD.  DIRECTLY.  EVERYTHING IN GRAY THAT

01:37:40  19   MR. NELSON WAS CALLING THAT THE BROWN STUFF, THAT'S ALL COMMON

01:37:44  20   TERMINOLOGY THAT PRE-EXISTED.  "CLEAR," "CLOCK," "SHOW."

01:37:50  21         THE BLUE DON'T NECESSARILY COME DIRECTLY FROM A PROTOCOL,

01:37:55  22   BUT THEY ARE COMMON INDUSTRY TERMS THAT ANY NETWORKING ENGINEER

01:37:58  23   WOULD UNDERSTAND.  "CONTROL PLANE," "TIME ZONE," "DYNAMIC,"

01:38:02  24   "ROUTE," "MROUTE," ET CETERA, ET CETERA, ET CETERA.

01:38:07  25         SO THE POINT HERE, LADIES AND GENTLEMEN, IS COPYING IS NOT

01:38:12  1    COPYRIGHT INFRINGEMENT UNLESS YOU ARE COPYING SOMETHING THAT'S

01:38:15  2    PROTECTED AND ORIGINAL, AND THAT NEVER HAPPENED HERE.

01:38:18  3         LET ME TALK ABOUT ONE OTHER TOPIC IN THIS SAME AREA, THAT

01:38:23  4    IS THE HELP STRINGS.  THE HELP STRINGS.  LET'S GO FORWARD TO

01:38:27  5    THE HELP STRINGS SLIDE WITH DR. ALMEROTH.

01:38:32  6         REMEMBER THE HELP STRINGS ARE ALSO NOT INDIVIDUALLY

01:38:35  7    PROTECTABLE.  BUT THEY ARE CLAIMING A COMPILATION.  AND HERE'S

01:38:39  8    WHERE I WANT TO PAUSE AND SAY THAT DR. ALMEROTH'S TESTIMONY

01:38:42  9    OVERALL IS OF NO VALUE.  HE IS TRULY JUST AN ADVOCATE FOR

01:38:50  10   CISCO.  HE CAME IN HERE PRETENDING TO BE INDEPENDENT.

01:38:53  11        IN FACT, HE'S HAD A FINANCIAL RELATIONSHIP WITH CISCO FOR

01:38:56  12   20 YEARS.  AND AS YOU SAW DURING HIS EXAMINATIONS, THERE WERE

01:39:01  13   TWO OF THEM, HE WOULDN'T AGREE TO THE SIMPLEST THING.

01:39:04  14        HERE HE IS SAYING THAT "DELETE A FILE," THAT PHRASE, IS

01:39:07  15   ELEGANT.

01:39:08  16        AMONG WHAT YOU ARE ASSERTING ARE DELETE A FILE, RIGHT?

01:39:11  17   ELEGANT.

01:39:12  18        RENAME A FILE, CREATIVE, RIGHT?  ACCORDING TO DR. ALMEROTH

01:39:17  19   THAT'S CREATIVE.

01:39:19  20        CHANGE CURRENT DIRECTLY?  ORIGINAL?  YES.

01:39:25  21        TIME IN MINUTES.  TIME IN MINUTES.  THERE'S ANOTHER ONE ON

01:39:29  22   THIS STRING OF CREATIVE?  YES.

01:39:33  23        COME ON.  COME ON.  THAT KIND OF TESTIMONY MEANS YOU ARE

01:39:36  24   ONLY HERE TO BE AN ADVOCATE, NOT AN INDEPENDENT EXPERT.

01:39:41  25        AND MY POINT THERE IS THAT THE HELP DESCRIPTIONS OF WHICH

01:39:45   1    BY THE WAY THERE ARE 52,000 IN IOS, AND SOMETHING LIKE 200 ARE

01:39:52   2    ACCUSED HERE, THESE ARE TRIVIAL, THESE ARE TRULY TRIVIAL,

01:39:57   3    INSIGNIFICANT, NOT PROTECTABLE, VERY COMMON.

01:40:00   4         OKAY.  FINAL POINT, WE WILL MOVE ON, IS NOT EVEN THE

01:40:04   5    MANUALS ARE TRULY ORIGINAL TO CISCO.  THIS IS THE TESTIMONY OF

01:40:08   6    MR. LOUGHEED, WHEN MR. SILBERT EXAMINED HIM, THAT WAS WAY BACK

01:40:13   7    A COUPLE OF WEEKS AGO.  WE ASKED HIM, YOU COPIED SUBSTANTIAL

01:40:16   8    PORTIONS OF THE MANUAL, COPYRIGHTED TO STANFORD, TO CREATE THE

01:40:20   9    CISCO MANUAL, RIGHT?  THAT'S RIGHT.

01:40:24  10         NOW, DO I SAY THAT'S REALLY WRONG AND A TERRIBLE THING?

01:40:28  11    NO, BECAUSE AGAIN, THE MANUAL ISN'T PROTECTABLE, MR. LOUGHEED

01:40:32  12    DIDN'T TREAT IT AS PROTECTABLE, HE COPIED IT, HE FELT HE WAS

01:40:37  13    FREE TO COPY IT.  UNPROTECTABLE MATERIAL.

01:40:40  14         SO LET'S LOOK AT THE VERDICT FORM.  AND I WANT TO EXPLAIN

01:40:43  15    HOW THESE THINGS ARE RELATED.

01:40:47  16         SCÈNES À FAIRE AND MERGER ARE CLOSELY RELATED TO COPYRIGHT

01:40:50  17    INFRINGEMENT.  WE'VE SHOWN AND THE EVIDENCE SUPPORTS THAT

01:40:52  18    NOTHING PROTECTED WAS COPIED.

01:40:54  19         IF YOU AGREE THE EVIDENCE SUPPORTS THAT, THE ANSWER ON

01:40:57  20    QUESTION 1 IS NO.  IF YOU ANSWER QUESTION 1 NO, YOU DON'T GO ON

01:41:01  21    TO ANSWER QUESTION 2 AT ALL.  YOU SKIP ON FURTHER IN THE

01:41:05  22    VERDICT FORM, RIGHT?

01:41:06  23         AND SO OUR POINT ON QUESTION 1 IS NOTHING PROTECTABLE WAS

01:41:10  24    COPIED, PERIOD.

01:41:12  25         OUR POINT ON 2 IS, AND WE WILL TALK ABOUT FAIR USE IN A

01:41:15  1    MINUTE BECAUSE THAT'S SEPARATE, SCÈNES À FAIRE AND MERGER ARE

01:41:20  2    ANOTHER CONCEPTS AROUND THIS PROTECTABILITY, RIGHT?  IF THERE'S

01:41:25  3    ONLY ONE OR A FEW WAYS TO SAY, AND IF THERE'S LOTS OF EXTERNAL

01:41:30  4    CONSTRAINTS, IT'S ALSO NOT INFRINGEMENT TO USE IT.

01:41:35  5         THE LAW ALLOWS USE OF THINGS BECAUSE AGAIN, IF THERE'S

01:41:37  6    ONLY A FEW WAYS TO DO IT, YOU DON'T WANT TO GIVE ONE AUTHOR,

01:41:42  7    PARTICULARLY HERE IN A FUNCTIONAL AREA, THE EXCLUSIVE RIGHT TO

01:41:45  8    USE IT.

01:41:45  9         OKAY.  LET'S TALK ABOUT FAIR USE.  FAIR USE IS A

01:41:49  10   COMPLETELY SEPARATE CONCEPT.  FAIR USE IS PART OF THE COPYRIGHT

01:41:55  11   STATUTE, AND IF A USE IS A FAIR USE, COPYING IS ALLOWED AND

01:42:01  12   THERE IS NO INFRINGEMENT.

01:42:04  13        LET'S TAKE A LOOK AT THE NEXT SLIDE.

01:42:06  14        OKAY.  HERE'S THE INSTRUCTION THAT YOU HEARD THIS MORNING.

01:42:09  15   IT'S NUMBER 46.  VERY IMPORTANT.  SOMEONE WHO IS NOT THE OWNER

01:42:13  16   OF THE COPYRIGHT, HERE THAT'S ARISTA, MAY USE A COPYRIGHTED

01:42:18  17   WORK IN A REASONABLE WAY UNDER THE CIRCUMSTANCES WITHOUT THE

01:42:23  18   CONSENT OF THE OWNER.  THAT'S CISCO.  IF IT WOULD ADVANCE THE

01:42:27  19   PUBLIC INTEREST.  IF IT WOULD ADVANCE THE PUBLIC INTEREST.

01:42:30  20        THE PUBLIC INTEREST HERE IS IN INNOVATION, FAIR USE IS

01:42:34  21   INTENDED TO FOSTER INNOVATION.  SUCH A USE IS CALLED A FAIR

01:42:40  22   USE.

01:42:41  23        THEN THEY SAY IT AGAIN, THE OWNER OF A COPYRIGHT, THAT'S

01:42:43  24   CISCO, CANNOT PREVENT OTHERS FROM MAKING A FAIR USE OF THE

01:42:48  25   OWNER'S COPYRIGHTED WORK.

01:42:50  1        AGAIN, IF THE USE IS A FAIR USE AND IN THE PUBLIC

01:42:53  2   INTEREST, THEN THE OWNER DOESN'T HAVE THE RIGHT TO PREVENT IT.

01:42:57  3        NOW HOW ARE YOU GOING TO EVALUATE THAT?  THE COURT HAS

01:42:59  4   GIVEN YOU FOUR FACTORS, AND I PUT THEM ON A BOARD SO WE COULD

01:43:04  5   WALK THROUGH THEM ALONG WITH THE SLIDES.

01:43:06  6        AND THIS WAS IN THE NEXT CONSTRUCTION.  THERE THEY ARE.

01:43:15  7   OKAY.  FAIR USE.

01:43:18  8        ON THE LEFT IS THE FACTOR.  ON THE RIGHT IS A LITTLE

01:43:21  9   SUMMARY OF WHAT I'M GOING TO SAY ABOUT EACH ONE.

01:43:27 10        SO THE IDEA OF FAIR USE IS IT'S A SET OF FACTORS THAT YOU

01:43:31 11   EVALUATE AND BALANCE TOGETHER.  AND THE FIRST FACTOR IS THE

01:43:34 12   PURPOSE AND CHARACTER OF THE USE.  AND THAT ADDRESSES WHETHER A

01:43:38 13   USE IS TRANSFORMATIVE OR WHETHER IT'S JUST A COPY, RIGHT?

01:43:44 14        OBVIOUSLY, IF YOU KNOCK OFF A CD OR YOU COPY A MOVIE OR

01:43:48 15   SOMETHING LIKE THAT, THAT'S NOT FAIR USE, YOU ARE JUST COPYING

01:43:51 16   AND TAKING ADVANTAGE.

01:43:53 17        BUT, IF YOU TAKE A LIMITED AMOUNT OF MATERIAL AND TURN IT

01:44:00 18   INTO SOMETHING TRANSFORMATIVE, THAT FAVORS FAIR USE BECAUSE

01:44:04 19   AGAIN, IT FAVORS INNOVATION AND THAT'S WHAT FAIR USE IS SEEKING

01:44:10 20   TO DO.  WE ARE GOING TO GO THROUGH THAT FACTOR IN A MINUTE.

01:44:13 21        THE NATURE OF THE COPYRIGHTED WORK, THAT ADDRESSES, IS

01:44:15 22   THIS SOMETHING NEAR THE HEART OF CREATIVE WORK LIKE ART OR

01:44:20 23   POETRY OR MOVIES OR BOOKS, OR IS IT MORE FACTUAL OR FUNCTIONAL,

01:44:26 24   LIKE COMPUTER PROGRAMS.

01:44:27 25        IF IT'S MORE LIKE ART, IT'S MORE HEAVILY PROTECTED.  IF

01:44:31  1      IT'S MORE LIKE FUNCTIONAL, THAT FAVORS FAIR USE.

01:44:37  2           HOW MUCH WAS TAKEN?  THE AMOUNT AND SUBSTANTIALITY OF THE

01:44:41  3      PORTION USED.  IF YOU KNOCK OFF THE WHOLE -- YOU BOOTLEG A CD,

01:44:46  4      YOU KNOCK OFF THE WHOLE THING.  AGAIN, THAT'S NOT FAIR USE.

01:44:49  5      BUT IF A SMALL FRACTION OF THE COMPILATION OR THE COPYRIGHTED

01:44:53  6      WORK IS INVOLVED, THAT FAVORS FAIR USE.

01:44:56  7           AND THE LAST FACTOR GOES TO WHETHER OR NOT THE USE IN THIS

01:45:00  8      CASE OF THE CLI CAUSED ANY MARKET HARM.

01:45:03  9           NOW THESE FACTORS AREN'T EXCLUSIVE.  AND ONE OF THE KEY

01:45:08  10     FACTORS IS WHAT WOULD A REASONABLE COPYRIGHT OWNER WOULD HAVE

01:45:12  11     THOUGHT WAS FAIR.  WE KNOW WHAT THE COPYRIGHT OWNER HERE

01:45:14  12     THOUGHT WAS FAIR BECAUSE CISCO MADE A CONSCIENCE BUSINESS

01:45:17  13     CHOICE TO PROMOTE THE CLI AS INDUSTRY STANDARD.  THAT FITS IN

01:45:22  14     TO ANOTHER FACTOR.

01:45:23  15           OKAY.  LET'S WALK THROUGH THESE.  AND THE FIRST ONE I

01:45:27  16     TALKED ABOUT BEFORE LUNCH.  TRANSFORMATIVE USE, RIGHT?

01:45:33  17           THEY TOOK -- THEY USED A SMALL NUMBER OF COMMANDS TO

01:45:35  18     CREATE SOMETHING VERY DIFFERENT.  AND NOT ONLY IS THE SWITCH

01:45:39  19     DIFFERENT, NAMELY, THE HIGH SPEED NETWORKING IN THE CLOUD, BUT

01:45:43  20     THE CLI WERE TRANSFORMED TOO.  FULLY AUTOMATED SO THAT YOU

01:45:47  21     DIDN'T HAVE TO CONFIGURE ONE SWITCH AT A TIME.

01:45:50  22           THIS IS THE DEFINITION OF TRANSFORMATIVE USE.  IT'S

01:45:54  23     TRANSFORMATIVE IF IT ADDS SOMETHING NEW WITH A FURTHER PURPOSE

01:45:57  24     OR DIFFERENT CHARACTER.

01:45:59  25           NOW I KNOW THAT CISCO IS GOING TO SAY, WELL, WAIT A

01:46:01  1    MINUTE, IT'S JUST A SWITCH, SO IT'S NOT ANYTHING NEW.

01:46:04  2         WELL, NO, IT'S NOT JUST A SWITCH, THIS SWITCH HAS CHANGED

01:46:08  3    THE INDUSTRY WHICH IS GOING THROUGH A HUGE MARKET TRANSITION.

01:46:13  4    JUST LIKE WHEN SMART PHONES CAME ALONG, YEAH, IT'S A PHONE, BUT

01:46:18  5    VERY DIFFERENT FROM A CELL PHONE.  MUCH MORE FUNCTIONALITY.

01:46:22  6    MANY MORE FEATURES.  TESLA CAME ALONG, RIGHT?  THAT'S JUST A

01:46:26  7    CAR, WE SAY, JUST A CAR, BUT IT MIGHT CHANGE EVERYTHING.

01:46:30  8         GO BACK IN TIME WHEN MAC CAME ALONG, WHEN COMPUTERS CAME

01:46:35  9    ALONG, TYPEWRITERS, WHAT HAPPENED TO THEM?  IT'S JUST A MACHINE

01:46:39  10   FOR ENTERING DATA.  WELL, NO, IN FACT, IT'S TRANSFORMATIVE.

01:46:41  11        AND THAT'S THE WHOLE POINT OF THIS JURY INSTRUCTION IS TO

01:46:45  12   FOCUS YOU ON THAT.

01:46:48  13        AND AS DR. BLACK SAID, THIS IS TRANSFORMATIVE BECAUSE

01:46:51  14   IT'S -- NO ONE ELSE WAS ABLE TO SELECT A SMALL NUMBER OF

01:46:55  15   COMMANDS, ADD THOUSANDS OF OTHER COMMANDS, ADD NEW FEATURES AND

01:46:59  16   FUNCTIONS, FULLY AUTOMATE THE CLI, PUT IT ON TOP OF A LINUX

01:47:06  17   KERNEL TO MAKE IT PROGRAMMABLE LIKE YOUR SMART PHONE IS, IF YOU

01:47:10  18   WANT TO DOWNLOAD APPS ON IT, THAT'S WHAT ALL THE WITNESSES HAVE

01:47:14  19   TESTIFIED TO.

01:47:15  20        NOW, I DON'T WANT TO REPEAT EVERYTHING I SAID THIS

01:47:17  21   MORNING, BUT LET ME JUST SHOW A LITTLE BIT OF ADDITIONAL

01:47:20  22   EVIDENCE OF THIS POINT.

01:47:21  23        ONE, WE HAVE MR. REMAKER, AGAIN, "ARISTA HAS AN XMPP BASED

01:47:26  24   CLI," THAT MEANS A NEW TYPE OF CLI THAT'S AUTOMATED.  "VERY

01:47:30  25   COOL.  WISH WE DID THIS.  WISH WE HAD DONE THIS.  MAYBE WE

01:47:35  1    STILL CAN."

01:47:36  2         THAT'S MR. REMAKER.

01:47:38  3         MR. PATIL, THIS WAS TESTIMONY, THIS ISN'T A TRIAL EXHIBIT

01:47:43  4    THAT, LAST ONE BY THE WAY WAS TRIAL EXHIBIT 5161, THAT WAS

01:47:47  5    MR. REMAKER'S COMMENT, 5161.

01:47:49  6         THIS IS TESTIMONY.  ON THE STAND, ON THE VIDEO.  "WHAT DID

01:47:54  7    YOU LEARN ABOUT ARISTA'S EOS PRODUCT FROM YOUR RESEARCH?"

01:47:57  8         "THEY HAVE CREATED A NON MONOLITHIC SWITCHING OPERATING

01:48:02  9    SYSTEM WHICH IS VERY RESILIENT AND HIGHLY AVAILABLE, THAT MEANS

01:48:05  10   RELIABLE, AND ON MOST OF THE TIME.  AND PERFORMS AT AN

01:48:10  11   IMPRESSIVE METRICS LEVEL."

01:48:13  12        HIGH SPEED, HIGH RELIABILITY, LOW POWER USE, THAT'S PATIL.

01:48:17  13        LOOK AT THIS NEXT ONE.  REMEMBER WHEN MR. CHAMBERS WAS

01:48:20  14   HERE, WE LOOKED AT THIS.  THIS WAS THE COST SHEET WITH HIS

01:48:25  15   PICTURE ON IT AND THE PICTURE OF THE GUY AT MICROSOFT THAT HE

01:48:30  16   WAS GOING TO VISIT.  THIS IS A VISIT THEY WERE GOING TO MAKE TO

01:48:33  17   MICROSOFT.

01:48:34  18        THIS IS WHAT CISCO SAID, CISCO SAID IN 2012.

01:48:36  19        AND THIS IS TX 5495.  "ARISTA IS OUTPERFORMING CISCO ON

01:48:40  20   PRICE, PRODUCT, ROAD MAP, VISION."  PRICE, PRODUCT, ROAD MAP,

01:48:44  21   VISION.  WHAT ELSE IS THERE?  WHAT ELSE IS THERE?  EVEN

01:48:49  22   MR. CHAMBERS COULDN'T COME UP WITH ANYTHING BEYOND IS THAT.

01:48:53  23   AND AGAIN, THAT'S HIGH PRAISE FROM YOUR COMPETITION.

01:48:57  24        NOW THERE IS ONE ASPECT OF THIS FIRST FACTOR THAT COUNTS

01:49:01  25   AGAINST FAIR USE, AND LET'S PUT THAT OUT THERE TOO.

01:49:03  1    COMMERCIAL.  IS THIS A COMMERCIAL PRODUCT?  SURE, IT IS,

01:49:06  2    ABSOLUTELY.  ABSOLUTELY, ARISTA IS SELLING IT FOR MONEY.

01:49:09  3         HOWEVER, THIS IS JURY INSTRUCTIONS 49.  VERY IMPORTANT.

01:49:14  4         COMMERCIAL USE WEIGHS AGAINST FAIR USE.  THAT'S TRUE.

01:49:18  5    HOWEVER, THE MORE TRANSFORMATIVE THE NEW WORK, THE LESS WILL BE

01:49:21  6    THE SIGNIFICANCE OF OTHER FACTORS LIKE COMMERCIALISM.

01:49:25  7         THE CONCEPT HERE IS, IF YOU ARE MAKING A BIG CHANGE, AND

01:49:28  8    IF YOU ARE CHANGING, MAKING A TRANSITION, THEN THE COMMERCIAL

01:49:34  9    NATURE OF IT IS LESS IMPORTANT.

01:49:35  10        WHEN COMPUTERS CAME ALONG AND REPLACED TYPEWRITERS, THAT

01:49:38  11   WAS A HUGE TRANSITION.  AND CERTAINLY THERE WAS AN IMPACT ON

01:49:42  12   TYPEWRITER SALES.  BUT UNDER THE FAIR USE LAW, WE ARE TRYING TO

01:49:45  13   ENCOURAGE THAT TYPE OF THING.  AND SO THE COMMERCIALISM IS LESS

01:49:48  14   IMPORTANT.  BUT DON'T GET ME WRONG, IT'S A COMMERCIAL PRODUCT

01:49:51  15   FOR SURE.

01:49:55  16        FACTOR TWO, IS IT INFORMAL OR CREATIVE?

01:49:59  17        OKAY.  WE KNOW WHAT IT IS HERE.  THESE ARE COMMANDS

01:50:02  18   ENTERED INTO A SYSTEM TO COMMUNICATE WITH A SWITCH.  THAT IS

01:50:05  19   NOT SHAKESPEARE, THAT IS NOT POETRY, THAT IS NOT SOMETHING AT

01:50:10  20   THE HEART OF THE CREATIVE PROCESS, IT'S A NERD KNOB, RIGHT?

01:50:14  21   THAT'S WHAT OUR NEXT SLIDE SHOWS.

01:50:16  22        THE NEXT SLIDE IS WHAT WE HEARD FROM DR. BLACK, IT'S A

01:50:20  23   NERD KNOB.  IT'S THE LABELS.  IT'S THE LABELS ON THE DIALS,

01:50:25  24   IT'S NOT HOW THE DEVICE WORKS.  IT'S A FUNCTIONAL THING.

01:50:31  25        FACTOR THREE, THE AMOUNT AND SUBSTANTIALITY OF THE PORTION

01:50:34  1    USED.

01:50:34  2          OKAY.  LET'S TAKE A LOOK AT THAT.  HERE'S THE DISPUTED

01:50:38  3    COMMANDS.  WHY ARE THERE ONLY 441 AND NOT 506?  BECAUSE THIS IS

01:50:43  4    JUST IOS.  IOS -- THEY HAVE FOUR OPERATING SYSTEMS HERE, THEY

01:50:48  5    HAVE ADDED THEM UP TO GET TO THE 500.  THERE'S 441 COMMANDS IN

01:50:53  6    IOS.  THAT'S LESS THAN THREE PERCENT OF ALL THE COMMANDS IN

01:50:57  7    IOS.  THERE'S 16,000 COMMANDS IN IOS.  AND YOU WILL SEE THAT

01:51:04  8    NUMBER IN THE EVIDENCE THERE AT TRIAL EXHIBIT 7543.  THAT'S

01:51:09  9    WHERE THE 16,000 NUMBER IS AT PAGE 14.  OKAY.  THAT'S THE

01:51:13  10   COMMANDS.

01:51:15  11         AND AGAIN, AS I SAID, THERE'S NO EVIDENCE THAT THIS SET OF

01:51:18  12   COMMANDS THAT ARE BEING USED AT ARISTA ARE ANYTHING SPECIAL OR

01:51:22  13   UNIQUE OR DIFFERENT.

01:51:24  14         OKAY.  LET'S LOOK AT THE OTHER TWO CATEGORIES, HELP

01:51:28  15   DESCRIPTIONS, DR. BLACK TESTIFIED THERE'S 52,000 OF THOSE, THEY

01:51:32  16   ARE COMPLAINING ABOUT 216.  THAT'S LESS THAN 1 PERCENT.

01:51:35  17         AND AS I SAID, THESE ARE ROUTINE, COMMON, ORDINARY

01:51:38  18   DESCRIPTIONS, NOT EVEN ENTITLED TO PROTECTION IN THE FIRST

01:51:42  19   PLACE.

01:51:43  20         COMMAND OUTPUTS.  AGAIN, DR. ALMEROTH CONFIRMED THERE'S

01:51:48  21   THOUSANDS OF THOSE.  37 AT ISSUE.  THEY WENT THROUGH ALL THE

01:51:51  22   COMMAND OUTPUTS, ALL OF THE THOUSANDS THAT THE EOS GENERATES

01:51:56  23   AND THEY FOUND 37 TO COMPLAIN ABOUT, THAT'S IT.

01:51:59  24         EVEN THE MODES ARE A SMALL PERCENTAGE.  THERE ARE MORE

01:52:04  25   THAN 100 MODES IN IOS.

01:52:07   1          NEXT SLIDE, PLEASE.

01:52:10   2          THAT'S WHAT DR. ALMEROTH SAID THEY ARE COMPLAINING ABOUT

01:52:13   3   FOUR.

01:52:13   4          AND SIMILARLY WITH THE TECHNICAL MANUALS, REMEMBER IN THE

01:52:17   5   OPENING AND THIS IS STILL TRUE, THERE'S ONE SNIPPET THEY FOUND

01:52:21   6   OUT OF A 5 OR 600 PAGE MANUAL.  THIS IS THE MANUAL THAT THAT

01:52:24   7   SNIPPET IS FOUND IN.  THEY WENT THROUGH THE WHOLE THING.

01:52:27   8   THERE'S THE GREEN TAB, THEY FOUND TWO OR THREE LINES.

01:52:32   9          AGAIN, TRULY TRIVIAL.  INSIGNIFICANT.

01:52:36   10          NOW, ARISTA DOESN'T TOLERATE PLAGIARISM, SO AS YOU NOW

01:52:40   11   WELL KNOW THE EMPLOYEE THAT WAS INVOLVED IN THAT IS NO LONGER

01:52:43   12   EMPLOYED.

01:52:44   13          ALL RIGHT.  THE LAST FACTOR IS MARKET HARM.

01:52:46   14          AND AGAIN, THERE'S A GOOD JURY INSTRUCTION THAT EXPLAINS

01:52:49   15   THIS, NUMBER 56.  IF THE COPYRIGHTED MATERIAL IS

01:52:55   16   TRANSFORMATIVE, MARKET SUBSTITUTION IS LESS CERTAIN AND MARKET

01:52:58   17   HARM CANNOT BE PRESUMED.

01:53:00   18          WELL, AGAIN, TRANSFORMATIVE USE IS THE KEY.  THE ISSUE

01:53:03   19   HERE IS, IS THE USE OF THE CLI CAUSING CISCO ANY HARM?  NO.

01:53:09   20   AND OF COURSE NOT.  THE REASON THESE SWITCHES ARE SELLING IS

01:53:14   21   THEY ARE BETTER, THEY ARE FASTER, THEY ARE EASIER TO USE, THEY

01:53:19   22   ARE PROGRAMMABLE AND CISCO MISS THE MARKET.

01:53:25   23          THIS IS WHAT THEIR EXPERT TOLD US, THE CLI CAN'T BE THE

01:53:28   24   REASON WHY ARISTA WON.  SHE'S CONFIRMING WHAT I JUST SAID, THAT

01:53:32   25   THE CLI ARE NOT THE REASON THAT PEOPLE ARE BUYING THESE

01:53:36  1    SWITCHES.  SHE SAID IT TWICE.

01:53:39  2         AND MR. CHAMBERS SAID, WE MISSED THE TRANSITION IN THIS

01:53:46  3    MARKET.  WE MISSED THE TRANSITION IN THIS MARKET.  AND AS A

01:53:49  4    RESULT OF THAT, THEY WEREN'T ABLE TO PROVIDE THE SERVICES AND

01:53:52  5    PRODUCTS THEIR CLIENTS WANTED.

01:53:54  6         THAT HAS NOTHING TO DO WITH THE CLI.  LET'S LOOK AT THE

01:53:56  7    NEXT ONE.

01:53:57  8         HERE IS AN INTERNAL E-MAIL AT CISCO, FACEBOOK'S POSITION

01:54:02  9    IS THAT CISCO IS BEHIND THE CURVE AND ON TARGET TO BECOME

01:54:06  10   IRRELEVANT.  ON TARGET TO BECOME IRRELEVANT, NOT A GOOD PLACE

01:54:09  11   TO BE.

01:54:10  12        AGAIN, THEY MISSED THE MARKET.  THIS HAS NOTHING TO DO

01:54:13  13   WITH THE CLI.  YOU WERE HERE WHEN CHRIS SUMMERS TESTIFIED LAST

01:54:17  14   WEEK, THE YOUNG GUY WHO WAS THE FIELD SALES REP, FIELD SALES

01:54:21  15   ENGINEER FOR ARISTA.  WHAT HE SAID WAS, PEOPLE LIKE FACEBOOK DO

01:54:24  16   THEIR OWN CLI.  THEY WRITE THEIR OWN SCRIPTS.  THEY WANT A CLI,

01:54:29  17   SURE, BUT THEY DON'T CARE HOW COMMON OR FAMILIAR IT IS.  IT

01:54:33  18   DOESN'T HAVE TO BE CISCO-LIKE.

01:54:35  19        NOW SOME OF THEM HAVE SCRIPTS THAT EXIST, THEY DON'T WANT

01:54:39  20   TO REWRITE THEM, BUT WHAT ALL THE TESTIMONY WAS FROM

01:54:43  21   MR. SUMMERS AND MR. SADANA, AND EVEN FROM CISCO, THE MARKET IS

01:54:47  22   MOVING AWAY FROM THE CLI AND CISCO JUST DIDN'T GET THERE FAST

01:54:52  23   ENOUGH.

01:54:53  24        HERE'S THE MICROSOFT PART OF THE STORY -- THAT LAST ONE

01:54:56  25   WAS FACEBOOK, TX 5219.

01:54:59  1          "WE HAVE FAILED TO DELIVER CRITICAL FEATURES FOR THE LAST

01:55:02  2   FIVE MONTHS."

01:55:03  3          THAT'S GOT NOTHING TO DO WITH THE CLI.  THEY FAILED TO

01:55:06  4   DELIVER FEATURES THAT THE CLIENT WANTED.

01:55:11  5          ALL RIGHT.  LET'S GO PASS THIS ONE.

01:55:14  6          OKAY.  AGAIN, I THINK THESE FACTORS ALL WEIGH IN FAVOR OF

01:55:19  7   FAIR USE, BUT THAT'S FOR YOU TO RESOLVE AND IT'S FOR YOU TO

01:55:23  8   BALANCE THESE AND EVALUATE THEM.

01:55:28  9          AND WHEN IT COMES TO NONEXCLUSIVE, THE COURT HAS TOLD YOU,

01:55:32 10   INSTRUCTION 56, THAT ONE OF THE POLICIES IS TO PERMIT LIMITED

01:55:37 11   COPYING IN SPECIFIC CIRCUMSTANCES THAT AUTHORS REASONABLY

01:55:42 12   EXPECT AND THAT ALLOW PRODUCTIVE USE OF THE WORK.

01:55:45 13          OKAY.  LET'S GO OVER THAT AGAIN.  PRODUCTIVE USE OF THE

01:55:47 14   WORK MEANS INNOVATION.  AND WHAT DO AUTHORS REASONABLY EXPECT?

01:55:54 15   HEY, WE KNOW WHAT THIS AUTHOR EXPECTED, WE KNOW THIS AUTHOR

01:55:58 16   EXPECTED, HAVING HEARD FROM MR. VOLPI AND HEARD FROM

01:56:01 17   MR. GIANCARLO, AND HEARD FROM MR. KATHAIL, THEY EXPECTED PEOPLE

01:56:05 18   TO USE THE CLI, THEY PROMOTED IT AS AN INDUSTRY STANDARD,

01:56:11 19   BECAUSE IT WAS BETTER FOR THEIR CUSTOMERS AND BETTER FOR CISCO.

01:56:16 20          AND THAT'S BEEN PROVEN BEYOND ANY QUESTION.  BEYOND ANY

01:56:19 21   QUESTION.  BETWEEN THE DOCUMENTS AND THE TESTIMONY, THAT'S WHAT

01:56:23 22   THIS REASONABLE COPYRIGHT OWNER THOUGHT.

01:56:25 23          AND IF THERE WERE ANY DOUBT ABOUT IT, LET'S GO BACK ONE,

01:56:25 24   (REDACTED).

01:56:53 25          SO LADIES AND GENTLEMEN, I'VE CHECKED THE VERDICT FORM.

01:56:56  1    THIS IS AGAIN, THIS IS SEPARATE AND APART FROM YOUR

01:57:00  2    INFRINGEMENT ANALYSIS, IF YOU FIND NO INFRINGEMENT, YOU DON'T

01:57:03  3    REACH FAIR USE.  BUT THIS IS SOMETHING YOU LOOK AT EVEN IF YOU

01:57:06  4    FIND THERE'S COPYRIGHT INFRINGEMENT BECAUSE FAIR USE TRUMPS IT

01:57:11  5    IN THE STATUTE.

01:57:12  6         OKAY.  LET'S SPEND A MINUTE ON PATENT INFRINGEMENT.  THEY

01:57:15  7    DIDN'T COME CLOSE TO PROVING PATENT INFRINGEMENT.  NOT EVEN

01:57:18  8    CLOSE.

01:57:19  9         NEXT SLIDE.

01:57:21  10        YOU REMEMBER I SHOWED YOU IN THE OPENING, THIS LITTLE

01:57:23  11   HANDY DANDY GUIDE.  WHAT IT MEANS IS, EVERY REQUIREMENT MUST BE

01:57:27  12   MET.  EVERY REQUIREMENT MUST BE MET.  THAT'S IN JURY

01:57:33  13   INSTRUCTION 74.

01:57:34  14        JUDGE FREEMAN HAS GIVEN US THE TEXT VERSION OF THIS, EVERY

01:57:38  15   REQUIREMENT.  AND YOU KNOW FROM MR. KRISHNAN'S PRESENTATION,

01:57:43  16   THAT THERE ARE TWO REQUIREMENTS THAT ARE NOT MET, AT LEAST, IN

01:57:46  17   THIS PATENT.

01:57:47  18        ONE IS THAT THE MANAGEMENT AGENTS DO NOT EXECUTE THE

01:57:51  19   PRESCRIBED COMMANDS.  AND THE SECOND IS THERE ISN'T A COMMAND

01:57:56  20   ACTION VALUE ON SIGNED TO EACH WORD OF A GENERIC COMMAND.

01:57:59  21        LET'S GO TO THE NEXT ONE.

01:58:01  22        THIS IS WHAT DR. JEFFAY PRESENTED.  AND HE SAID ON THE

01:58:07  23   RIGHT, THE MANAGEMENT PROGRAMS LISTED THERE, THEY EXECUTE THE

01:58:11  24   COMMANDS, AND THAT'S INFRINGEMENT.

01:58:14  25        BUT MR. KRISHNAN ESTABLISHED, HE COULDN'T PROVE THAT WITH

01:58:17  1    THE SOURCE CODE.  WE ASKED HIM POINT BLANK, YOU NEVER SHOWED

01:58:21  2    THE SPECIFIC SOURCE CODE TRACES THAT WOULD PROVE THAT, DID YOU?

01:58:25  3    NO.

01:58:26  4         THAT'S CRITICAL.  HE DIDN'T HAVE IT.  INSTEAD, MR. CHASE

01:58:30  5    CAME IN WITH THE SOURCE CODE AND SAID, THESE COMMANDS ARE NOT

01:58:34  6    EXECUTED BY THE MANAGEMENT AGENTS, THEY ARE EXECUTED BY THE CLI

01:58:38  7    ON THE LEFT.  EXECUTED BY THE CLI ON THE LEFT.

01:58:42  8         SECOND ISSUE, NOT REALLY EVEN ADDRESSED THIS MORNING IS

01:58:46  9    THAT WHEN A USER TYPES IN A GENERIC COMMAND, THAT'S A COMMAND

01:58:50  10   TYPED BY A USER, THE PATENT REQUIRES THAT THERE BE AN ACTION

01:58:54  11   VALUE ASSIGNED TO EVERY WORD.  DR. JEFFAY AGREES WITH THAT.

01:59:00  12        WELL, GUESS WHAT?  THAT'S NOT HOW ARISTA'S SYSTEM WORKS,

01:59:03  13   AND THAT'S UNDISPUTED.  THE PATENT REQUIRES EACH WORD OF THE

01:59:07  14   COMMAND, GET TCP CONNECTION, TO BE ASSOCIATED -- ASSOCIATED TO

01:59:13  15   BE ASSIGNED A COMMAND ACTION VALUE.  THAT'S WHAT'S SHOWN ON THE

01:59:19  16   TOP AND THAT'S WHAT THE CLAIM CONSTRUCTION REQUIRES.  1-TO-1.

01:59:22  17        IF THERE'S A WORD, IT'S GOT TO BE ASSIGNED A VALUE.

01:59:25  18   THAT'S NOT HOW ARISTA WORKS, AND THERE'S NO DISPUTE ABOUT THIS,

01:59:30  19   THE SO CALLED CONTEXT.STATE DOES NOT MEAN A THING.

01:59:33  20        DR. CHASE TESTIFIED THAT IN NO CIRCUMSTANCE IS A COMMAND

01:59:38  21   ACTION VALUE ON SIGNED TO EVERY WORD.  IN ARISTA'S SYSTEM

01:59:42  22   THERE'S A VALUE ASSIGNED TO THE ENTIRE COMMAND, RIGHT?  AND

01:59:46  23   THEREFORE, IF YOU TYPE IF AN INVALID COMMAND, THEN NOTHING IS

01:59:51  24   INVOKED, SOMETHING IS INVOKED, BECAUSE AGAIN, IN THE ARISTA

01:59:55  25   SYSTEM, THEY DO IT DIFFERENTLY.

01:59:57  1        EITHER ONE OF THESE TWO FAILURES WOULD BE ENOUGH TO DEFEAT

02:00:03  2   INFRINGEMENT.  BUT THERE'S TWO.  THEY ONLY REALLY ADDRESSED ONE

02:00:06  3   THIS MORNING, AND NOT THE SECOND ONE.  BUT AGAIN HERE, THE

02:00:09  4   EXPERTS ARE CLEAR ON THE SECOND ONE THAT THAT'S HOW THE SYSTEM

02:00:13  5   WORKS.  IT DOESN'T MEET THE REQUIREMENTS SET FORTH BY THE

02:00:16  6   COURT.

02:00:31  7        I THINK YOU KNOW HOW I FEEL ABOUT DAMAGES, HAVING LISTENED

02:00:34  8   TO THE FIRST HOUR AND TEN MINUTES OF THIS, THAT PROBABLY IS

02:00:37  9   CLEAR.  THAT BECAUSE THERE'S NO INFRINGEMENT, AND BECAUSE

02:00:41 10   THERE'S FAIR USE, AND BECAUSE THERE'S NO PATENT INFRINGEMENT,

02:00:45 11   THERE'S NO DAMAGES DUE.

02:00:47 12        BUT OBVIOUSLY, THAT'S A DECISION THAT'S LEFT UP TO YOU AS

02:00:50 13   JURORS IN OUR GREAT SYSTEM.

02:00:54 14        SO I WILL SAY A COUPLE THINGS ABOUT IT, WHICH IS ONE --

02:00:57 15   CAN I HAVE THE NEXT SLIDE.  WITH RESPECT TO THE COPYRIGHT CASE,

02:01:01 16   IF YOU WERE TO FIND INFRINGEMENT, THE ONLY NUMBER THAT HAS ANY

02:01:06 17   EVEN ARGUABLE SUPPORT IN THE EVIDENCE IS THIS $2 MILLION FROM

02:01:10 18   MS. ELSTEN, NOT THE $331 MILLION NUMBER FOR 40-YEAR OLD

02:01:15 19   TECHNOLOGY, COME ON, THAT'S CRAZY.

02:01:17 20        AND WHAT'S THE BIG DIFFERENCE?  DR. CHEVALIER IS ASSIGNING

02:01:22 21   CREDIT TO ALL OF MICROSOFT, FACEBOOK, GOOGLE, AND ALL THESE BIG

02:01:28 22   GUYS, WHICH YOU HEARD FROM MR. SADANA, AND MR. SUMMERS AND JUST

02:01:32 23   KIND OF OBVIOUS IN THE EVIDENCE, WHEN YOU ARE RUNNING A DATA

02:01:36 24   CENTER WITH THOUSANDS AND THOUSANDS AND SOMETIMES MILLIONS OF

02:01:41 25   SERVERS, YOU HAVE TO AUTOMATE.

02:01:43  1      SO IT MAKES LESS DIFFERENCE TO THEM WHAT THE CLI LOOKS

02:01:46  2  LIKE.  THEY MAY STILL USE IT, BUT IT'S NOT SOMETHING WHERE THEY

02:01:49  3  ARE INSISTING THAT IT BE SOME FAMILIAR, COMMON CISCO-LIKE CLI.

02:01:55  4      THAT'S THE INDUSTRY MOVING AWAY FROM THAT.  IF YOU LOOK

02:01:58  5  JUST AT THOSE OLDER CUSTOMERS IN ENTERPRISE SHOPS THAT WANT TO

02:02:02  6  KEEP USING IT, THAT'S THE ONLY NUMBER THAT MAKES ANY SENSE.

02:02:06  7      AND THE SAME IS TRUE ON THE DISGORGEMENT SIDE, IF YOU GET

02:02:10  8  THERE, AND THAT IS, DR. CHEVALIER WASN'T EVEN WILLING TO POST A

02:02:15  9  NUMBER, NOT WILLING TO POST A NUMBER.  AND I'M NOT SAYING THIS

02:02:17 10  NUMBER IS RIGHT, AND I DON'T THINK MS. ELSTEN IS SAYING IT'S

02:02:21 11  RIGHT, BUT WHAT SHE'S SAYING IS IF YOU TAKE AWAY THE VALUE OF

02:02:25 12  ALL THE OTHER THINGS IN THE DEVICE, THE HARDWARE THAT

02:02:29 13  MR. HOLBROOK TALKED ABOUT AND MR. DUDA, THE EOS SOFTWARE WITH

02:02:34 14  MILLIONS OF LINES OF ORIGINAL CODE, THE INTEGRATION THEY'VE

02:02:39 15  DONE ABOUT THE LINUX KERNEL, IF YOU TAKE AWAY ALL THOSE OTHER

02:02:43 16  FACTORS AND YOU TRY TO JUST FIND A VALUE AND YOU CAN ATTRIBUTE

02:02:47 17  TO THE COMMANDS AT ISSUE, THAT'S THE VALUE THAT SHE POSTED.

02:02:52 18  16.4 MILLION.

02:02:53 19      AGAIN, I'M NOT SAYING IT'S RIGHT, I'M SAYING IT'S THE ONLY

02:02:56 20  NUMBER WITH ANY EVEN CLOSE SUPPORT IN THE EVIDENCE.

02:03:01 21      SO AS JUDGE FREEMAN TOLD YOU, YOU SHOULD DECIDE THIS CASE

02:03:06 22  BASED ON THE EVIDENCE.  AND AS I'VE TRIED TO SHOW, I THINK THE

02:03:10 23  EVIDENCE IS OVERWHELMING ON EACH OF THESE FOUR POINTS, THAT

02:03:15 24  THIS SWITCH WAS BUILT INDEPENDENTLY AND IS NOT A COPY, THAT

02:03:19 25  CISCO MADE A CONSCIENCE DECISION TO PROMOTE THE CLI AS INDUSTRY

02:03:23  1    STANDARD, THAT COPYING UNPROTECTED, ROUTINE, NONORIGINAL

02:03:29  2    ELEMENTS IS NOT INFRINGEMENT, AND THE USE OF THESE WAS A FAIR

02:03:34  3    USE, ESPECIALLY IN LIGHT OF THE CONDUCT OF CISCO FOR YEARS IN

02:03:40  4    THE MARKETPLACE.

02:03:41  5        I WOULD SAY ALSO THAT THE IMPORTANCE OF FAIR USE IS THAT

02:03:45  6    IT TAKES INTO ACCOUNT THE PUBLIC INTEREST.  AND THE PUBLIC

02:03:47  7    INTEREST WE ARE TALKING ABOUT IS INNOVATION.  INNOVATION IS

02:03:51  8    CRITICAL IN OUR COMMUNITY ESPECIALLY IT'S ONE OF THE THING THAT

02:03:54  9    IS SETS USA PART.

02:03:56  10       SO AS YOU DELIBERATE OVER THE EVIDENCE, I WOULD YOU ASK

02:03:58  11   YOU TO KEEP IN MIND THE IMPORTANCE OF MAINTAINING A CLIMATE

02:04:02  12   WHERE INNOVATION CAN HAPPEN.  SOMEONE LIKE CISCO CAN'T CHANGE

02:04:06  13   THE RULES AFTER BEING OUT THERE FOR YEARS, AND YEARS, AND YEARS

02:04:09  14   SAYING WE COMPETE ON WHAT'S INSIDE THE BOX, NOT ON THE COMMON,

02:04:13  15   OLD 40-YEAR OLD COMMAND LINE SYSTEM, IT'S NOT FAIR TO ANYONE TO

02:04:18  16   TURN AROUND YEARS LATER AND SAY, NO, WE ARE GOING TO CHANGE THE

02:04:21  17   RULES NOW, AND YOU, ARISTA, ALONE, ARE GOING TO BE THE ONE THAT

02:04:24  18   HAS TO CHANGE.

02:04:25  19       THAT'S NOT FAIR.  THAT'S NOT RIGHT.  THAT'S WHAT FAIR USE

02:04:27  20   WAS INTENDED TO PROTECT.  AND PRODUCTS LIKE THIS AND COMPANIES

02:04:30  21   LIKE THIS AND CHANGE LIKE THIS IS WHAT WE SHOULD BE ENCOURAGING

02:04:35  22   IN OUR COUNTRY, NOT DISCOURAGING, AS CISCO WOULD LIKE.

02:04:38  23       NOW I KNOW MR. NELSON WILL GET A CHANCE TO RESPOND.  I

02:04:41  24   KNOW THAT HE WILL POINT OUT SOMETHING I FORGOT, SOMETHING I

02:04:44  25   DIDN'T MENTION, MAYBE SOMETHING HE SAYS I GOT WRONG, AND I'M

02:04:49  1    COUNTING ON YOU TO REMEMBER THE KEY POINTS THAT WE HAVE BEEN

02:04:52  2    PRESENTED, AND WE LOOK VERY MUCH FORWARD TO YOUR DELIBERATIONS

02:04:55  3    AND VERDICT.

02:04:56  4         THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

02:04:58  5         THE COURT:  THANK YOU, MR. VAN NEST.

02:05:01  6         MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:05:05  7         THE COURT:  MR. NELSON, I THINK WE WON'T NEED A

02:05:07  8    BREAK, BUT I KNOW WE MAY WANT TO TAKE SOME THINGS AND MOVE THEM

02:05:14  9    AROUND A LITTLE BIT.

02:05:42  10                  **CLOSING ARGUMENTS BY MR. NELSON**

02:05:46  11        ALL RIGHT.  GOOD AFTERNOON, EVERYBODY.

02:05:49  12        SO I'M NOT GOING TO RESPOND TO EVERY POINT, OBVIOUSLY I

02:05:51  13   HAVE 20 MINUTES HERE, BUT I WANT TO RESPOND TO A FEW OF THE KEY

02:05:55  14   THINGS BECAUSE I THINK IT'S IMPORTANT TO PUT THESE THINGS INTO

02:05:58  15   CONTEXT.

02:05:59  16        AND ALSO REMEMBER WHAT THE LAWYERS SAY ARE NOT EVIDENCE.

02:06:02  17   WHAT YOU HEARD THERE, RATHER THAN CITATIONS TO EXHIBITS, AS YOU

02:06:05  18   HAVE, AS I DID, AFTER EXHIBIT, AFTER EXHIBIT, YOU HEARD A LOT

02:06:08  19   OF TESTIMONY FROM MR. VAN NEST.

02:06:10  20        SO LET ME ADDRESS SOME OF THESE POINTS.

02:06:14  21        FIRST, I WANT TO TALK ABOUT THIS INDUSTRY STANDARD POINT.

02:06:17  22   WHEN YOU GO BACK AND LOOK AT THOSE JURY INSTRUCTIONS, YOU WON'T

02:06:20  23   SEE ONE SINGLE INSTRUCTION THAT SAYS BECAUSE SOMEBODY PROMOTES

02:06:22  24   SOMETHING OR SAYS THAT IT'S AN INDUSTRY STANDARD, THAT IT'S

02:06:26  25   FREE.

02:06:26  1        AND YOU DIDN'T HEAR A SINGLE WITNESS TESTIFY TO THAT.  YOU

02:06:29  2   DIDN'T SEE A SINGLE DOCUMENT TO THAT EFFECT.  YOU DIDN'T EVEN

02:06:32  3   HAVE ANYBODY TELL YOU WHAT INDUSTRY STANDARD MEANT IN THAT

02:06:36  4   CONTEXT IN ANY KIND OF CONSISTENT FASHION.

02:06:39  5        BUT WE KNOW WHAT ARISTA THOUGHT INDUSTRY STANDARD MEANT.

02:06:47  6   THIS TESTIMONY COMES FROM MR. SADANA.  YOU WILL RECALL THAT --

02:06:51  7   IT'S SLIDE 119.

02:07:01  8        ALL RIGHT.  HERE WE GO, THIS IS TESTIMONY FROM MR. SADANA.

02:07:04  9   NOW COUNSEL IS TRYING TO -- HE'S TRYING TO CONFUSE AN ISSUE,

02:07:08  10  RIGHT?

02:07:08  11       WE HEARD ABOUT INDUSTRY STANDARD IN TERMS OF PROTOCOLS AND

02:07:11  12  THINGS.  AND BY THE WAY, INDUSTRY STANDARDS THERE ARE NOT FREE,

02:07:15  13  YOU STILL PAY FOR THOSE FOR THE INTELLECTUAL PROPERTY THAT'S IN

02:07:19  14  THOSE, THAT'S JUST DEFINING WHAT THE PROTOCOLS ARE GOING TO BE

02:07:22  15  SO THAT THEY CAN COMMUNICATE.  BUT YOU STILL PAY FOR THAT.  SO

02:07:26  16  I'M NOT SURE WHERE THAT COMES FROM.

02:07:28  17       BUT WE KNOW THAT ARISTA, MR. SADANA ACTUALLY SAID WHEN

02:07:31  18  THEY USE THE TERM INDUSTRY STANDARD, IT JUST MEANS WHAT'S

02:07:34  19  POPULAR IN THE INDUSTRY.  THAT'S ALL, THAT'S IT.  PERIOD.  IT'S

02:07:38  20  WHAT'S POPULAR IN THE INDUSTRY.

02:07:39  21       AND IN FACT, YOU WILL RECALL, HE ACTUALLY SAID THAT WELL,

02:07:42  22  CISCO MAY BE AN INDUSTRY STANDARD, JUNOS, THAT'S AN INDUSTRY

02:07:45  23  STANDARD, HE ALSO SAID ARISTA WAS AN INDUSTRY STANDARD, RIGHT?

02:07:49  24  IN CERTAIN INDUSTRIES.

02:07:51  25       SO THIS IS JUST A TERM THAT PEOPLE USE, A MARKETING TERM

02:07:54  1    THAT SAYS, YEAH, WE ARE POPULAR.  YOU KNOW, WE ARE KIND OF A

02:07:57  2    MARKET LEADER, WE ARE KIND OF THE GOLD STANDARD.

02:07:59  3         AND HERE, THEIR OWN DOCUMENT, THIS IS EXHIBIT 28, IT'S AN

02:08:05  4    IMPORTANT ONE TO LOOK AT, AND I HAVE UNDERLINED HERE AN E-MAIL

02:08:09  5    FROM 2014, IT SAYS "JUNIPER JUNOS IS DIFFERENT ENOUGH FROM

02:08:15  6    INDUSTRY STANDARD."  THEN IT DEFINES WHAT THEY MEAN BY INDUSTRY

02:08:18  7    STANDARD, MEANING WHATEVER CISCO DID, RIGHT?

02:08:20  8         THIS ISN'T SOME TERM THAT SAYS OH, THIS IS WHAT EVERYBODY

02:08:23  9    IN THE INDUSTRY IS DOING, WHICH WAS WHAT YOU HEARD OVER, AND

02:08:26  10   OVER, AND OVER AGAIN FROM MR. VAN NEST.

02:08:30  11        IN FACT, WHAT ELSE DID WE HEAR?  THIS IS EXHIBIT 166

02:08:35  12   AGAIN.  MR. DALE TESTIFIED TO THIS.  IT'S THEIR JOKE FOR SAYING

02:08:38  13   IT'S THE SAME AS IOS.  IT'S NOT A STATEMENT THAT SAYS WE THINK

02:08:42  14   THIS IS FREE TO USE, WE THINK EVERYBODY CAN USE THIS, BUT

02:08:46  15   THAT'S WHAT YOU HEARD HERE.

02:08:48  16        NOW, LET ME TALK ABOUT MR. VOLPI A LITTLE BIT.  YOU HEARD

02:08:53  17   A LOT OF TESTIMONY FROM MR. -- EXCUSE ME, A LOT OF RECITATION,

02:08:57  18   PARAPHRASING OF TESTIMONY FROM MR. VOLPI.

02:08:59  19        MR. VOLPI DID NOT SAY THAT THERE HAD EVER BEEN A POLICY

02:09:03  20   WITHIN CISCO THAT SAYS YOU CAN FREELY USE OUR CLI, OUR

02:09:08  21   COMMAND-LINE INTERFACE, IN FACT, YOU SEE HERE I ASKED HIM THE

02:09:10  22   QUESTION, "YOU CAN FREELY USE OUR CLI, RIGHT?"

02:09:15  23        I SHOULD START BACK, "AND SO YOU DON'T RECALL ANY

02:09:16  24    STATEMENTS BY CISCO WHILE YOU WERE THERE SAYING HEY, YOU CAN

02:09:19  25    USE -- YOU CAN FREELY USE OUR CLI, RIGHT?"

02:09:22  1          "NO, I DON'T RECALL ANY SUCH STATEMENTS."

02:09:26  2          THERE WAS NOT A SINGLE WITNESS OR DOCUMENT THAT THEY PUT

02:09:29  3     IN FRONT OF YOU THAT SAID CISCO HAS A POLICY THAT SAYS YOU CAN

02:09:32  4     FREELY USE OUR USER INTERFACE, OUR COMMAND-LINE INTERFACE.

02:09:36  5          AND MOREOVER, YOU MAY RECALL FROM MR. VOLPI, WHEN I ASKED

02:09:39  6     HIM SOME QUESTIONS ON CROSS-EXAMINATION, HE SAID HE NEVER

02:09:43  7     LOOKED AT WHAT OVERLAP WAS BETWEEN COMPETITORS, RIGHT?  OTHER

02:09:48  8     COMPANIES OUT THERE IN THE MARKET, NEVER LOOKED AT THAT BETWEEN

02:09:50  9     THAT AND CISCO, AND WASN'T AWARE OF ANYBODY AT CISCO LOOKING AT

02:09:54  10    THAT.

02:09:55  11         SO AGAIN, THESE ARE JUST GENERAL STATEMENTS THAT ARE MADE

02:09:57  12    OUT OF THERE THAT ARISTA IS TRYING TO BLOW INTO SOME KIND OF

02:10:02  13    IDEA THAT THEY CAN JUST FREELY USE THIS.  AND IT'S SIMPLY NOT

02:10:06  14    THE CASE.

02:10:07  15         MR. KATHAIL TESTIFIED, AND HE TOLD YOU WHAT HE MEANT.

02:10:10  16    AGAIN, THIS IS WHAT MR. SADANA TOLD YOU.  THIS IS WHAT THESE

02:10:14  17    TERMS ARE.  IT'S THE BEST OF BREED, SOMETHING TO COMPETE

02:10:18  18    AGAINST.  IT'S NOT SOMETHING THAT'S FREE.

02:10:23  19         NOW HERE I WANT TO PAUSE FOR A MINUTE.  THERE WAS A LOT

02:10:26  20    OF -- I THINK A BIG PART OF COUNSEL'S ARGUMENT ON THIS, FOCUSED

02:10:31  21    ON MR. GIANCARLO AND STATEMENTS FROM MR. GIANCARLO.

02:10:34  22         HE SAYS, MR. GIANCARLO ACTUALLY SAID THAT OH, WE THOUGHT

02:10:37  23    THE CLI WAS FREE TO USE AND NOT PROTECTABLE.  THIS IS

02:10:41  24    MR. GIANCARLO'S SWORN DECLARATION.

02:10:44  25         YOU WILL RECALL, I ASKED HIM ABOUT THIS, SWORN UNDER

02:10:47   1    PENALTY OF PERJURY TO THE COURT WHERE HE SAYS, CISCO'S

02:10:52   2    PROPRIETARY IOS IS ONE OF THE COMPANY'S MOST VALUABLE ASSETS.

02:10:56   3    THE SAME HOLDS TRUE FOR THE CLI USER INTERFACE.  AND THIS

02:11:00   4    INTERFACE WHICH IS UNIQUE TO CISCO, HAS BEEN DEVELOPED OVER

02:11:03   5    MANY YEARS THROUGH THE EXPENDITURE BY CISCO OF HUNDREDS OF

02:11:06   6    MILLIONS OF DOLLARS.

02:11:07   7        THAT'S WHAT HE SAID, THAT'S WHAT HE DECLARED.  NOW HE WENT

02:11:10   8    UP ON THE STAND AND SAID, WELL, I'M NOT REALLY SURE IF I READ

02:11:14   9    THIS.  FIRST, HE SAID YES, I READ IT VERY CAREFULLY, I

02:11:16  10    UNDERSTOOD IT.  AND THEN HE SAID, I'M NOT SURE IF I READ IT.

02:11:19  11        NOW HE COULDN'T PRODUCE TO YOU A SINGLE DOCUMENT WHERE HE

02:11:22  12    HAD EVER MADE THE STATEMENT THAT SAID -- SINCE THIS

02:11:26  13    DECLARATION, THAT SAID, WELL, I BELIEVE THAT THE USER INTERFACE

02:11:29  14    AT CISCO WAS FREE TO USE.  NOT A SINGLE ONE.

02:11:32  15        BUT NOW THAT HE IS AN ARISTA BOARD MEMBER, ARISTA WILL SAY

02:11:38  16    HIS TESTIMONY IS SAYING WELL, THAT'S WHAT I BELIEVED ALL ALONG.

02:11:41  17    DESPITE WHAT I SWORE TO THE COURT UNDER PENALTY OF PERJURY IN

02:11:45  18    2003 IN THE HUAWEI CASE.

02:11:49  19        AND THIS IS ALSO AN IMPORTANT THING.  THIS IS THE

02:11:52  20    GENTLEMAN FROM HP TESTIFIED.  I THINK THERE WAS SOME

02:11:56  21    REPRESENTATIONS MADE BY ARISTA'S COUNSEL THAT SAID, WELL,

02:12:01  22    EVERYBODY OUT THERE UNDERSTANDS THAT THERE'S A COMMON SET OF

02:12:04  23    COMMANDS, THAT'S NOT WHAT HE SAID AT ALL, RIGHT?

02:12:07  24        IN FACT, THIS WAS QUESTIONING FROM ARISTA'S COUNSEL ON THE

02:12:12  25    REDIRECT EXAMINATION.  AND IT WAS ASKED, YOU TESTIFIED ABOUT A

02:12:16   1    COMMON SET OF STANDARD COMMANDS.  WHAT DID YOU MEAN BY A COMMON

02:12:20   2    SET OF STANDARD COMMANDS?

02:12:22   3         AND HERE, IF YOU GO FURTHER DOWN, HE SAYS, YOU KNOW, HE'S

02:12:26   4    TALKING ABOUT THE INTENDED BEHAVIOR OF THE ROUTERS AND

02:12:29   5    SWITCHES.

02:12:29   6         IN OTHER WORDS, WHAT KIND OF THINGS THEY DO, IT'S

02:12:31   7    EXPECTED THAT THOSE THINGS BE THE SAME.  BUT HE SAYS VERY

02:12:35   8    EXPLICITLY, THE SYNTAX MAY VARY, BUT WHAT YOU EXPECT THE ROUTER

02:12:39   9    AND THE SWITCH TO DO IS QUITE CONSISTENT.

02:12:41  10         SO THERE WAS NO TESTIMONY FROM THE GENTLEMAN FROM HP

02:12:46  11    SAYING WELL, THIS IS A COMMON SET OF COMMANDS THAT EVERYONE OUT

02:12:50  12    THERE USES AND THEREFORE WE BELIEVE EVERYBODY CAN USE.  IN

02:12:54  13    FACT, HE SAID IT IS OPPOSITE.  THE SYNTAX VARIES.  IT'S

02:12:57  14    DIFFERENT FROM COMPANY TO COMPANY.

02:13:00  15         AND WE KNOW THAT'S THE CASE BECAUSE WE SAW DR. BLACK'S

02:13:03  16    DATA WHERE THE VAST MAJORITY OF THESE COMMANDS ARE NOT USED BY

02:13:07  17    THE VAST MAJORITY OF COMPANIES OUT THERE, EVEN FROM HIS

02:13:10  18    HAND-SELECTED GROUP OF COMPANIES.

02:13:12  19         SO TO SUGGEST, TO COME IN AND SUGGEST THAT THEY BELIEVE,

02:13:18  20    MEANING ARISTA, THAT THEY CAN USE THESE BECAUSE EVERYBODY ELSE

02:13:21  21    IS OUT THERE DOING IT IS SIMPLY NOT SUPPORTED BY THE EVIDENCE,

02:13:24  22    THAT'S JUST AN AFTER-THE-FACT ARGUMENT BY THE ATTORNEYS.

02:13:28  23         NOW, THERE WAS SOME STATEMENTS ABOUT ARISTA HAS

02:13:35  24    TRANSFORMED AND ARISTA DID THIS ALL FROM SCRATCH.  THAT'S NOT

02:13:40  25    TRUE, RIGHT?  HERE'S A DOCUMENT THAT I DISCUSSED WITH

02:13:44  1    MR. SADANA AS WELL.  THE THIS IS EXHIBIT 3623, WHICH IS A "WHO

02:13:48  2    WANTS WHAT" SPREADSHEET.  AND WE WENT THROUGH THESE.

02:13:51  3         AND THERE ARE MANY THINGS THAT ARE WELL BEYOND ANY KIND OF

02:13:54  4    USER INTERFACE FUNCTIONALITY WHERE THE REFERENCE IN THESE

02:13:57  5    DOCUMENTS ARE, GO TO CISCO, LOOK AT CISCO, MIMIC CISCO, COPY

02:14:01  6    CISCO.

02:14:02  7         THERE WAS NOT ONE STATEMENT BY ARISTA'S COUNSEL IN THEIR

02:14:07  8    CLOSING ARGUMENT ABOUT THIS DOCUMENT OR WHAT THIS MEANS.

02:14:12  9         ANOTHER THING THAT'S BEEN CHANGED, IT WAS FLIPPED OVER ON

02:14:15 10    THE BOARD, BUT IT TALKED ABOUT TRANSFORMATIVE USE BEING THE

02:14:22 11    WRAPPER THAT'S PLACED AROUND THESE CLI'S, I BELIEVE, AND HE

02:14:26 12    POINTED TO THE BOARD THAT DR. BLACK DREW.

02:14:29 13         WELL, THAT'S EXHIBIT 187, I ALREADY TALKED ABOUT IT, THAT

02:14:33 14    WAS COPIED FROM CISCO.  SO HOW CAN IT BE THAT IT'S

02:14:36 15    TRANSFORMATIVE WHEN THEY COPIED THAT FROM CISCO AS WELL?

02:14:41 16         NOW, THERE'S ANOTHER ATTEMPT HERE TO DISTRACT, RIGHT?

02:14:46 17    WHEN WE ARE TALKING ABOUT TRANSFORMATION HERE, WE ARE NOT

02:14:50 18    TALKING ABOUT TRANSFORMATION OF THE COMPANY OR WE ARE TALKING

02:14:52 19    ABOUT, WELL, DID I MAKE A BETTER PRODUCT OR A WORSE PRODUCT.

02:14:56 20    WE CAN COME IN HERE, AND WE KNOW FROM THE TESTIMONY THAT THESE

02:14:59 21    COMPANIES SELL HEAD-TO-HEAD ALL THE TIME, AND CISCO WINS SOME

02:15:02 22    DEALS AND ARISTA WINS SOME DEALS.  WE KNOW THAT'S THE CASE.  WE

02:15:06 23    HEARD THAT TESTIMONY.

02:15:07 24         BUT THAT'S NOT THE QUESTION WHEN WE ARE TALKING ABOUT

02:15:09 25    WHETHER THERE'S A TRANSFORMATIVE USE.  WHAT WE ARE TALKING

02:15:12  1    ABOUT IS DID YOU TRANSFORM THE WORK, RIGHT?  DID YOU MAKE IT

02:15:16  2    DIFFERENT, MAKE IT A NEW EXPRESSION, THAT'S WHAT WE ARE TALKING

02:15:19  3    ABOUT HERE AND THAT'S WHAT THE INSTRUCTION WILL IT TELL YOU.

02:15:21  4         YOU DIDN'T HEAR ANY ARGUMENT ABOUT THAT.  WHAT YOU HEARD

02:15:24  5    WAS KIND OF A SHINY OBJECT TRICK, LOOK OVER HERE, WE MADE A LOT

02:15:27  6    OF CHANGES OVER HERE THAT HAVE NOTHING TO DO WITH THE WORK, BUT

02:15:31  7    WE USED THE WORK IN EXACTLY IN THE MANNER IT WAS INTENDED TO BE

02:15:35  8    USED FOR EXACTLY THE PURPOSE SO THAT WE COULD TARGET CISCO'S

02:15:38  9    CUSTOMERS.

02:15:39  10        THAT'S NOT A TRANSFORMATION.  THAT'S LIKE -- I TALKED WITH

02:15:42  11   DR. BLACK ABOUT THIS A BIT.  THAT'S LIKE SAYING I HAVE A BOOK,

02:15:47  12   RIGHT, I WROTE A BOOK, AND NOW SOMEBODY COMES ALONG AND SAYS

02:15:51  13   WELL I'M GOING TO PUT IT ON THE IPAD.

02:15:53  14        IN FACT, WE HAD THAT DISCUSSION, AND THERE WAS SOME DEBATE

02:15:57  15   FROM DR. BLACK THAT OH, THAT COULD BEING TRANSFORMATION.

02:16:01  16       AND THAT'S WHAT THEY ARE TALKING ABOUT.  THEY ARE TALKING

02:16:02  17   ABOUT I TAKING THE SAME WORK AND PUTTING IT ON THE IPAD AND

02:16:06  18   SAYING, IT'S BETTER, THAT'S A BETTER WAY THAT PEOPLE LIKE TO

02:16:09  19   LOOK AT IT, LIKE TO INTERACT WITH IT BETTER AND CARRY IT

02:16:12  20   AROUND.  THAT'S NOT TRANSFORMATION UNDER THE LAW.

02:16:15  21        NOW, LET ME ADDRESS THIS POINT ABOUT THE DELAY.  ACTUALLY,

02:16:22  22   NO, I WANT TO TALK ABOUT THIS, I'M SORRY.

02:16:24  23        THIS DOCUMENT IS ALSO AN IMPORTANT ONE, AND I TALKED ABOUT

02:16:29  24   THIS WITH MR. SADANA AS WELL.  THIS IS EXHIBIT 842.  YOU GO

02:16:33  25   BACK THERE.  AND YOU WILL RECALL THIS DOCUMENT IS TALKING ABOUT

1   LOOKING AT PARTICULAR CISCO THINGS.  AND IT SAYS, "IT HAS SOME

2   GOOD POINTS.  WE COPY CISCO FOR EVERYTHING ELSE..."

3       WE SEE THESE DOCUMENTS OVER, AND OVER, AND OVER AGAIN.  SO

4   TO SUGGEST THAT THIS IS ALL DONE ON A CLEAN SLATE IS JUST NOT

5   CONSISTENT WITH THE EVIDENCE WE'VE SEEN.

6       NOW LET'S TALK ABOUT THIS DELAY POINT.  ARISTA'S COUNSEL

7   SPENT A LOT OF TIME FOCUSED ON SOME TESTING THAT WAS DONE IN

8   2009, AND SOME TESTIMONY FROM MR. GOURLAY; DO YOU RECALL THAT?

9   WHERE HE SAID LOOK, WE HAD A SWITCH AND WE WERE LOOKING AT IT

10  IN 2009.

11      BUT WHAT DO YOU SEE FOR 2009?  REMEMBER THIS WAS ARISTA,

12  THEY WERE VERY EARLY ON IN THE GAME, THEY WERE A LOW LATENCY

13  CUSTOMER.  THEY HAD 50 COMMANDS.  BOTH MR. DUDA AND MR. SADANA

14  TESTIFIED YEAH, THAT WAS A VERY FEW FEATURES IN THAT PRODUCT,

15  NOT MUCH WAS THERE.

16      SO THAT'S WHAT HE'S TALKING ABOUT ARE A TIME WHEN THERE

17  WAS 50 COMMANDS AND SAYING, WELL, YOU SHOULD HAVE KNOWN THAT

18  ARISTA WAS A BLATANT VIOLATOR, BACK WHEN YOU LOOKED IN 2009.

19      BUT THAT'S NOT WHAT HAPPENED, RIGHT?  BACK THEN IT WAS 50.

20  WHAT HAPPENS LATER AFTER 2011, 2012, WELL, THEY KEEP ADDING

21  COMMANDS AS THEY ADD FUNCTIONALITY.

22      SO IT'S NOT UNTIL THE 2012, 2013 YOU CAN SEE IN THIS CHART

23  THAT THEY START GETTING UP OVER 250, 350, 450, UP TO 500-SOME

24  COMMANDS.

25      SO TO SUGGEST THAT THIS IS SOMETHING THAT CISCO SHOULD

02:18:11   1    HAVE BEEN AWARE OF BACK IN 2009, BASED UPON SOME TESTING THAT

02:18:15   2    OCCURRED WHEN THERE WAS ONLY 50 COMMANDS IS VERY MISLEADING.

02:18:22   3         AND LET'S TALK A BIT ABOUT DELL HERE.  BECAUSE THERE'S A

02:18:27   4    BIG DIFFERENCE, RIGHT?  AND I WILL GET INTO A LITTLE BIT ABOUT

02:18:30   5    THE DELL COMMANDS AND THE SUPPOSE ED OVERLAP THAT THEY HAVE,

02:18:34   6    BUT DELL WAS VERY CLEAR THAT THEY DIDN'T COPY CISCO, RIGHT?

02:18:38   7         AND THERE'S -- THEY WERE EXPLICIT ON THAT POINT.  THERE

02:18:42   8    WAS NOBODY OUT THERE, AND YOU HAVEN'T SEEN A SINGLE DOCUMENT

02:18:46   9    OTHER THAN THE ONES WE PRODUCED OVER AND OVER AGAIN FROM ARISTA

02:18:50   10   WHERE SOMEBODY WAS OUT THERE SAYING, WE'VE COPIED CISCO, WE ARE

02:18:53   11   THE SAME AS CISCO.  IT WAS ONLY ARISTA, ARISTA WAS THE OUTLIER.

02:19:00   12        AND NOW LET ME TALK ABOUT THIS DELL.  THIS IS

02:19:04   13   EXHIBIT 9049.  AND YOU HEARD THIS TESTIMONY FROM DR. ALMEROTH.

02:19:07   14   FIRST, REMEMBER WHAT DR. BLACK DID?  HE WENT AND PUT A BUNCH OF

02:19:12   15   DIFFERENT COMPANIES TOGETHER, A BUNCH OF DIFFERENT PRODUCTS

02:19:15   16   OVER MANY YEARS AND SAID, WELL, I FOUND THESE COMMANDS, AND

02:19:19   17   THEREFORE THAT'S THE OVERLAP, RIGHT?  THAT'S WHAT HE SAID.  HE

02:19:24   18   NEVER SAID, WELL, THIS WAS WHAT WAS IN ONE PRODUCT OR THIS WAS

02:19:28   19   FROM ONE COMPANY.

02:19:29   20        BUT WHAT ELSE DID DR. ALMEROTH SAY?  HE SAID THAT HE'S

02:19:33   21   DOUBLED, TRIPLE COUNTED THESE COMMANDS.  AND WE CAN SEE RIGHT

02:19:37   22   HERE IN THE -- THIS IS ON THE FIRST PAGE.

02:19:40   23        SO WE HAVE -- FOR EXAMPLE, IF YOU GO TO LINE 23 AND YOU GO

02:19:44   24   TO LINE 29, SO THAT'S 11, IT'S THE SAME COMMAND.  "AREA NSSA"

02:19:50   25   IS THE COMMAND.  THESE OTHER THINGS THAT ARE THERE ARE

02:19:52  1    PARAMETERS, RIGHT?  PUT THIS PARAMETER IN, PUT THAT.

02:19:55  2         HE COUNTED IT EACH TIME FOR EACH DIFFERENT PARAMETER AND

02:19:59  3    THAT'S -- SO THAT'S SEVEN.  THIS IS JUST THE FIRST PAGE I'M

02:20:07  4    TALKING ABOUT.  WE DROP A LITTLE BIT DOWN TO 32, DOWN TO 40, SO

02:20:11  5    THAT'S NINE TIMES EXACTLY THE SAME COMMAND.  WHICH SAYS "AREA

02:20:15  6    VIRTUAL LINK."  THAT'S THE COMMAND.

02:20:17  7         SO AS DR. ALMEROTH SAID, THIS EVIDENCE BESIDES BEING A

02:20:21  8    POOR SAMPLE IS EXTREMELY MISLEADING BECAUSE YOU JUST -- ALL

02:20:26  9    THEY DID WAS COUNT THE SAME COMMAND.  WE'RE WE ARE ON THE FIRST

02:20:29  10   PAGE, THESE TWO COMMANDS THAT SHOULD BE TWO, ARE 16.

02:20:33  11        NOW, ARISTA ALSO IN 2010, THEY WANT TO TELL YOU THAT

02:20:45  12   EVERYONE OUT THERE, REMEMBER A LOT OF THESE PEOPLE CAME FROM

02:20:49  13   CISCO.  EVERYONE OUT THERE WAS DOING THE SAME THING.  NOW THEY

02:20:52  14   TESTIFIED THAT THEY NEVER LOOKED AT THAT.

02:20:54  15        BUT GO BACK TO EXHIBIT 6095 AND LOOK AT THAT.  THIS IS HOW

02:20:58  16   THEY ARE DESCRIBING TESTING.  HERE FOR DELL, THEY WANT TO COME

02:21:01  17   IN THE AND SAY DELL HAS GOT WAY MORE OVERLAP THAN WE DO.  BUT

02:21:05  18   BACK IN 2010 WHEN THEY WERE LOOKING AT THE RESULTS, THEY SAID

02:21:08  19   DELL IS NOT CONSISTENT WITH IOS.

02:21:09  20        IN OTHER WORDS, IT'S NOT CISCO-LIKE, IT'S NOT A COPY LIKE

02:21:13  21   US, IT'S DIFFERENT AND WE CAN SELL OURS THAT WAY.

02:21:15  22        SO IN THE END, ON THIS PROTECTABILITY POINT, I WANT TO

02:21:24  23   TALK ABOUT JUST BRIEFLY IN MY LAST FEW MINUTES.

02:21:27  24        SO ARISTA'S COUNSEL MADE A BIG DEAL OUT OF WELL, THESE --

02:21:34  25   THE INDIVIDUAL COMMANDS OR THE MULTIWORD COMMANDS THEMSELVES,

02:21:39  1    THEY ARE NOT PROTECTABLE.  THAT'S NOT WHAT'S BEING CLAIMED,

02:21:42  2    RIGHT?  IT'S THE COLLECTION OF THESE COMMANDS.

02:21:44  3         AND WHAT DID HE PROCEED TO DO THEN?  HE PROCEEDED TO SHOW

02:21:48  4    YOU INDIVIDUAL WORDS AND SAY, WELL THIS WORD IS THERE, AND THIS

02:21:51  5    WORD IS THERE.  BUT NONE OF THAT HAS TO DO WITH THE OVERALL

02:21:55  6    COLLECTION OF THESE COMMANDS.

02:21:56  7         HE DIDN'T ADDRESS THAT PARTICULAR ISSUE.  ALL HE DID WAS

02:21:59  8    TO SAY I CAN FIND THESE WORDS, AND I CAN LOOK AT THESE

02:22:02  9    INDIVIDUAL COMMANDS AND, COME ON, YOU KNOW THAT THIS ISN'T

02:22:06  10   SUPER CREATIVE.

02:22:07  11        BUT THAT'S NOT WHAT YOU ARE BEING ASKED TO DO.  WHAT YOU

02:22:09  12   ARE LOOKING AT IS THE COLLECTION OF THESE THINGS WHICH

02:22:12  13   MR. VAN NEST NEVER DISTRESSED.

02:22:13  14        SO HE'S ASKING YOU TO DO SOMETHING DIFFERENT THAN WHAT YOU

02:22:16  15   ARE BEING ASKED TO DO IN THE CASE.

02:22:18  16        AND REMEMBER, THERE'S NOT A SINGLE ONE OF THESE COMMANDS

02:22:22  17   THAT WAS EVER FOUND, DESPITE ALL OF DR. BLACK'S EFFORT ANYWHERE

02:22:27  18   BEFORE CISCO CAME UP WITH THESE THINGS.  NOT A SINGLE ONE OUT

02:22:31  19   THERE.

02:22:31  20        AND ALSO, THERE'S MANY, MANY COMPANIES OUT THERE THAT DO

02:22:35  21   IT DIFFERENTLY.  THEY DON'T USE THE SAME THINGS.  THEY DON'T

02:22:38  22   USE THE SAME COMMANDS.

02:22:40  23        SO TO SUGGEST THAT THIS IS THE ONLY WAY TO DO IT AND THIS

02:22:44  24   ARRANGEMENT IS THE ONLY ONE WAY TO DO IT, IS SIMPLY NOT

02:22:48  25   SUPPORTED BY THE EVIDENCE AT ALL.

02:22:50  1          NOW, I JUST WANT TO FINISH SINCE I'M OUT OF TIME HERE,

02:22:58  2    THERE'S THIS POINT ON HELP DESCRIPTIONS.  AND I NEED TO ADDRESS

02:23:02  3    THIS POINT VERY BRIEFLY.  YOU SAW SOME TESTIMONY THAT COUNSEL

02:23:05  4    PUT UP, AND THIS IS JUST INDICATIVE OF SOME OF THE THINGS THAT

02:23:08  5    YOU SAW DURING THIS TRIAL AND SOME OF THE THINGS YOU SAW DURING

02:23:11  6    THIS CLOSING ARGUMENT.

02:23:12  7          COUNSEL PUT UP SOME TESTIMONY ABOUT, WELL, LOOK AT THIS

02:23:16  8    HELP DESCRIPTION, IS THAT REALLY CREATIVE?  YOU KNOW, THIS

02:23:18  9    SINGLE HELP DESCRIPTION?

02:23:20  10         THOSE ARE HELP DESCRIPTIONS THAT YOU ARE NOT BEING ASKED

02:23:24  11   TO LOOK AT.  THOSE AREN'T ONES YOU ARE BEING ASKED TO LOOK AT

02:23:28  12   IN THE CASE.  SO THOSE WERE QUESTIONS THAT HE CHOSE TO ASK

02:23:32  13   DR. ALMEROTH ON, THINGS THAT WEREN'T ASSERTED, AND THOSE ARE

02:23:36  14   THINGS THAT HE CHOSE TO BRING TO YOU IN CLOSING ARGUMENT,

02:23:39  15   AGAIN, THINGS THAT AREN'T ASSERTED.

02:23:41  16         SO WHEN YOU GO BACK IN THE JURY ROOM, THINK ABOUT THAT,

02:23:47  17   RIGHT.  THINK ABOUT WHAT THE EVIDENCE IS AND DO YOUR EVALUATION

02:23:50  18   OF THE EVIDENCE IN LIGHT OF THE INSTRUCTIONS THAT THE COURT

02:23:53  19   GAVE YOU, NOT THE REPRESENTATIONS FROM COUNSEL, WHETHER IT BE

02:23:56  20   ME OR WHETHER IT BE ARISTA'S COUNSEL OF WHAT THAT LAW IS,

02:23:59  21   THAT'S WHAT YOU ARE BEING ASKED IT ON DO, THAT'S THE IMPORTANT

02:24:02  22   THING FOR YOU TO DO.  AND IF YOU DO THAT, THAT'S ALL WE CAN DO.

02:24:06  23         AND REMEMBER, AS I SAID AT THE BEGINNING OF THIS, RIGHT

02:24:08  24   FROM THE OUTSET IN OPENING STATEMENT, THIS IS CLOSING ARGUMENT,

02:24:13  25   THAT WAS OPENING STATEMENT, IS LOOK AT WHAT WAS SAID OUTSIDE OF

02:24:19  1    COURT, LOOK WHAT WAS SAID BEFORE THE LAWSUIT WAS FILED.

02:24:24  2         AND REMEMBER, THE BIGGEST CONTRADICTION THAT I SEE HERE IN

02:24:28  3    THIS CASE AND HAVE FROM THE BEGINNING IS, HOW CAN YOU, ON THE

02:24:31  4    ONE HAND, SAY I DIDN'T TAKE MUCH, I TOOK ALMOST NOTHING, WHAT I

02:24:35  5    TOOK WAS TRIVIAL, BUT ON THE OTHER HAND, YOU ARE TELLING

02:24:38  6    CUSTOMERS OUT THERE, I TOOK IT ALL, I TOOK EVERYTHING I NEEDED

02:24:42  7    SO THAT MY SWITCH IS EXACTLY LIKE YOUR SWITCH, AND IF YOU KNOW

02:24:46  8    CISCO, YOU CAN RUN AN ARISTA SWITCH.

02:24:49  9         THOSE TWO THINGS CANNOT BE TRUE.  BOTH OF THOSE THINGS

02:24:53 10    CANNOT BE TRUE.  AND THAT'S A FUNDAMENTAL PROBLEM THAT ARISTA

02:24:58 11    HAS WITH ITS CASE.  THEY CHOSE TO COME IN AND MAKE ARGUMENTS TO

02:25:05 12    YOU THAT ARE DIFFERENT THAN WHAT THEY TOLD THEIR CUSTOMERS.

02:25:08 13         AND IN FACT, WHAT THEY WERE TELLING THEIR SALES ENGINEERS

02:25:10 14    TO TELL CUSTOMERS WHEN THEY ARE OUT THERE, RIGHT?  TELL THEM

02:25:13 15    THAT WE ARE MORE LIKE CISCO THAN ANYBODY ELSE.

02:25:16 16         NOW WITH THAT, I BELIEVE I'M OUT OF TIME HERE, SO I WOULD

02:25:19 17    JUST LIKE TO THANK YOU ALL, RIGHT, I KNOW IT'S A LONG TIME.  I

02:25:22 18    KNOW IT'S A LOT TO SIT THROUGH, BUT WE DO APPRECIATE IT.

02:25:25 19         IT IS IMPORTANT TO THE PROCESS, AND ALL WE CAN DO IS ASK

02:25:30 20    YOU TO GO BACK AND LOOK AT THE EVIDENCE, LOOK AT THE LAW, AND I

02:25:34 21    THINK RENDER A VERDICT IN OUR FAVOR BASED UPON THAT.

02:25:37 22         SO THANK YOU VERY MUCH.  I REALLY DO APPRECIATE IT.

02:25:41 23         THE COURT:  THANK YOU, MR. NELSON.

02:25:52 24         ALL RIGHT.  NOW THAT YOU'VE HEARD THE CLOSING ARGUMENTS OF

02:25:56 25    THE LAWYERS, I'M GOING TO READ TO YOU THE LAST OF THE JURY

02:25:59  1    INSTRUCTIONS, AND MERCIFULLY THERE ARE ONLY A FEW OF THEM.  AND

02:26:04  2    THEN I WANT TO TALK TO YOU A LITTLE BIT INFORMALLY ABOUT

02:26:07  3    WHETHER OR NOT IT IS GOING ON GO ON IN THE JURY ROOM.

02:26:10  4        BEFORE YOU BEGIN YOUR DELIBERATIONS, ELECT ONE MEMBER OF

02:26:13  5    THE JURY AS YOUR PRESIDING JUROR.  THAT PERSON WILL PRESIDE

02:26:17  6    OVER THE DELIBERATIONS AND SERVE AS THE SPOKES PERSON FOR THE

02:26:19  7    JURY IN COURT.

02:26:21  8        YOU SHALL DILIGENTLY STRIFE TO REACH AGREEMENT WITH ALL OF

02:26:26  9    THE OTHER JURORS IF YOU CAN DO SO.  YOUR VERDICT MUST BE

02:26:29 10    UNANIMOUS.

02:26:32 11        EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF.  BUT YOU

02:26:35 12    SHOULD DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE

02:26:38 13    EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER JURORS, AND

02:26:41 14    LISTENED TO THEIR VIEWS.

02:26:43 15        IT IS IMPORTANT THAT YOU ATTEMPT TO DO REACH A UNANIMOUS

02:26:46 16    VERDICT, BUT OF COURSE, ONLY IF EACH OF YOU CAN DO SO AFTER

02:26:51 17    HAVING MADE YOUR OWN CONSCIENTIOUS DECISION.

02:26:55 18        DO NOT BE UN WILLING TO CHANGE YOUR OPINION IF THE

02:26:58 19    DISCUSSION PERSUADES YOU THAT YOU SHOULD.  BUT DO NOT COME TO A

02:27:02 20    DECISION SIMPLY BECAUSE OTHER JURORS THINK IT IS RIGHT.  OR

02:27:06 21    CHANGE AN HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE

02:27:09 22    EVIDENCE SIMPLY TO REACH A VERDICT.

02:27:14 23        BECAUSE YOU MUST BASE YOUR VERDICT ONLY ON THE EVIDENCE

02:27:18 24    RECEIVED IN THE CASE, AND ON THESE INSTRUCTIONS, I REMIND YOU

02:27:22 25    THAT YOU MUST NOT BE EXPOSED TO ANY OTHER INFORMATION ABOUT THE

02:27:25  1   CASE OR TO THE ISSUES IT INVOLVES, EXCEPT FOR DISCUSSING THE

02:27:29  2   CASE WITH YOUR FELLOW JURORS DURING YOUR DELIBERATIONS.  DO NOT

02:27:35  3   COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET ANYONE ELSE

02:27:39  4   COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF THE CASE OR

02:27:42  5   ANYTHING TO DO WITH IT.

02:27:43  6        THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

         7   BY PHONE OR ELECTRONIC MEANS, VIA E-MAIL, VIA TEXT MESSAGING,

         8   OR ANY INTERNET CHAT ROOM, BLOG, WEBSITE, OR APPLICATION,

         9   INCLUDING BUT NOT LIMITED TO FACEBOOK, YOUTUBE, TWITTER,

        10   INSTAGRAM, LINKEDIN, SNAPCHAT, OR ANY OTHER FORMS OF SOCIAL

        11   MEDIA.

02:28:07 12        THIS APPLIES TO COMMUNICATING WITH YOUR FAMILY MEMBERS,

02:28:10 13   YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE PEOPLE INVOLVED IN

02:28:14 14   THE TRIAL.

02:28:15 15        IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR JURY

02:28:19 16   SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT YOU

02:28:22 17   HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND TO REPORT THE

02:28:26 18   CONTACT TO THE COURT.

02:28:29 19        DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA

02:28:32 20   ACCOUNTS OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH

02:28:36 21   IT.

02:28:36 22        DO NOT DO ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES,

02:28:40 23   SEARCHING THE INTERNET, OR USING OTHER REFERENCE MATERIALS.

02:28:43 24   AND DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER WAY TRY IT

02:28:51 25   LEARN ABOUT THE CASE ON YOUR OWN.

02:28:53  1          DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THE CASE AND

02:28:56  2     DO NOT USE INTERNET PROGRAMS OR OTHER DEVICES TO SEARCH FOR OR

02:29:01  3     VIEW ANY PLACE DISCUSSED DURING THE TRIAL.

02:29:04  4          ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

02:29:07  5     THE PEOPLE INVOLVED, INCLUDING THE PARTIES, THE WITNESSES OR

02:29:11  6     THE LAWYERS, UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

02:29:15  7          IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THE

02:29:18  8     CASE, IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

02:29:23  9     POSSIBLE.

02:29:24 10          THESE RULES PROTECT EACH PARTY'S RIGHTS TO HAVE THIS CASE

02:29:28 11     DECIDED ONLY ON THE EVIDENCE THAT HAS BEEN PRESENTED HERE IN

02:29:31 12     COURT.  WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH

02:29:35 13     AND THE ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

02:29:39 14     PROCESS.

02:29:39 15          IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE THE

02:29:42 16     COURTROOM, OR GAIN ANY INFORMATION THROUGH IMPROPER

02:29:45 17     COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

02:29:47 18     INACCURATE, INCOMPLETE OR MISLEADING INFORMATION THAT HAS NOT

02:29:53 19     BEEN TESTED BY THE TRIAL PROCESS.

02:29:58 20          EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

02:30:02 21     IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

02:30:06 22     NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE PARTIES A FAIR

02:30:10 23     TRIAL.

02:30:11 24          REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES AND

02:30:14 25     IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.  A JUROR WHO

2811

```
02:30:19   1    VIOLATES THESE RESTRICTIONS JEOPARDIZES THE FAIRNESS OF THE

02:30:23   2    PROCEEDINGS.  IF ANY JUROR IS EXPOSED TO ANY OUTSIDE

02:30:26   3    INFORMATION, PLEASE NOTIFY THE COURT IMMEDIATELY.

02:30:32   4         IF IT BECOMES NECESSARY DURING YOUR DELIBERATIONS TO

02:30:35   5    COMMUNICATE WITH ME, YOU MAY SEND A NOTE THROUGH THE MARSHAL,

02:30:39   6    SIGNED BY YOUR PRESIDING JUROR OR BY ONE OR MORE MEMBERS OF THE

02:30:43   7    JURY.

02:30:44   8         NO MEMBER OF THE JURY SHOULD EVER ATTEMPT TO COMMUNICATE

02:30:47   9    WITH ME, EXCEPT BY A SIGNED WRITING.  I WILL COMMUNICATE WITH

02:30:52  10    ANY MEMBER OF THE -- I WILL COMMUNICATE WITH ANY MEMBER OF THE

02:30:59  11    JURY ON ANYTHING CONCERNING THE CASE ONLY IN WRITING OR HERE IN

02:31:03  12    OPEN COURT.

02:31:04  13         IF YOU SEND OUT A QUESTION, I WILL CONSULT WITH THE

02:31:06  14    PARTIES BEFORE ANSWERING IT, WHICH MAY TAKE SOME TIME.  YOU MAY

02:31:11  15    CONTINUE YOUR DELIBERATIONS WHILE WAITING FOR THE ANSWER TO ANY

02:31:14  16    QUESTION.

02:31:15  17         REMEMBER THAT YOU ARE NOT TO TELL ANYONE, INCLUDING ME,

02:31:18  18    HOW THE JURY STANDS, NUMERICALLY OR OTHERWISE, UNTIL AFTER YOU

02:31:22  19    HAVE REACH HAPPENED A UNANIMOUS VERDICT OR HAVE BEEN

02:31:26  20    DISCHARGED.

02:31:26  21         DO NOT DISCLOSE ANY VOTE COUNT IN ANY NOTE TO THE COURT.

02:31:34  22         A VERDICT FORM HAS BEEN PREPARED FOR YOU.  AFTER YOU HAVE

02:31:37  23    REACHED UNANIMOUS AGREEMENT ON A VERDICT, YOUR PRESIDING JUROR

02:31:41  24    SHALL COMPLETE THE VERDICT FORM ACCORDING TO YOUR

02:31:43  25    DELIBERATIONS, SIGN AND DATE IT AND ADVISE THE CLERK THAT YOU
```

02:31:46  1   ARE READY TO RETURN TO THE COURTROOM.

02:31:50  2        ALL RIGHT.  LET ME DISCUSS A NUMBER OF THINGS WITH YOU TO

02:31:53  3   BE A LITTLE MORE DESCRIPTIVE OF YOUR JOB IN THE JURY ROOM.

02:31:57  4        IN JUST A FEW MINUTES, I WILL EXCUSE YOU TO THE JURY ROOM.

02:32:00  5   NOW YOU ARE FAMILIAR WITH THE ROOM, YOU HAVE BEEN THERE OVER

02:32:03  6   THE LAST TWO WEEKS AS A PLACE TO LEAVE YOUR THINGS AND TO

02:32:06  7   GATHER.

02:32:07  8        WHILE YOU ARE DELIBERATING, THE DOOR TO THE JURY ROOM WILL

02:32:10  9   BE CLOSED.  NO ONE MAY ENTER THE JURY ROOM EXCEPT THE EIGHT

02:32:15 10   JURORS.

02:32:15 11        NOW, MS. SALINAS-HARWELL IS GOING TO BRING SOME THINGS IN

02:32:20 12   TO YOU TO BEGIN WITH BECAUSE THOSE ARE THINGS YOU NEED AND

02:32:23 13   SHE'S GOING TO SET UP THE EXHIBITS FOR YOU ON THE A COMPUTER.

02:32:26 14   BUT OTHERWISE, YOU ARE NOT TO LET ANYONE IN THE ROOM.  AND IF

02:32:30 15   SOMEONE ELSE IS IN THE ROOM, INCLUDING MS. SALINAS-HARWELL, YOU

02:32:33 16   ARE NOT TO DELIBERATE, DISCUSS THE CASE IN ANY WAY AMONG

02:32:36 17   YOURSELVES OR ASK HER ANY QUESTIONS.

02:32:38 18        IN ADDITION TO THAT, THE UNITED STATES MARSHAL COURT

02:32:42 19   SECURITY OFFICER WILL BE POSTED OUTSIDE YOUR DOOR.  SO THAT HAS

02:32:47 20   TWO EFFECTS.

02:32:48 21        FIRST, IT PROTECTS YOUR DELIBERATIONS SO NO ONE CAN COME

02:32:51 22   IN.  SECOND, IT PROTECTS YOUR DELIBERATIONS SO NO ONE CAN COME

02:32:55 23   OUT.  SO I NEED TO BE SURE THAT IF YOU ARE DELIBERATING, THAT

02:33:01 24   ALL OF YOU ARE IN THE ROOM.

02:33:03 25        AND SO YOU ARE IN CHARGE OF YOUR SCHEDULE.  I'M GOING TO

02:33:08  1    ASK THAT YOU WORK OUR NORMAL COURT DAY, SO THAT YOU CAN MOVE

02:33:12  2    ALONG TO CONCLUDE THIS CASE IN AN EFFICIENT MANNER.  BUT YOU

02:33:18  3    MAY TAKE BREAKS AND YOUR LUNCH BREAK WHENEVER IT'S APPROPRIATE.

02:33:23  4        IF SOMEONE NEEDS TO MAKE A PHONE CALL OR LOOK AT THEIR

02:33:27  5    E-MAIL, YOU HAVE TO TAKE A BREAK, IT'S COMPLETELY FINE.

02:33:30  6    EVERYONE LEAVES THE JURY ROOM.  THE COURT SECURITY OFFICER

02:33:33  7    KNOWS THAT.  YOU GO OUT IN THE HALLWAY, YOU TAKE YOUR BREAK,

02:33:37  8    YOU LET HIM OR HER KNOW WHEN YOU ARE COMING BACK, THAT'S FINE.

02:33:41  9        NO ELECTRONIC DEVICES CAN BE USED IN THE JURY ROOM.  NOW,

02:33:45 10    MANY JUDGES CONFISCATE ELECTRONIC DEVICES DURING DELIBERATIONS.

02:33:50 11    I'VE NEVER DONE IT, AND I'VE NEVER HAD A PROBLEM.  BUT I'M

02:33:54 12    GOING TO ASK EACH OF YOU TO BE AWARE OF WHAT YOUR FELLOW JURORS

02:33:58 13    ARE DOING, AND IF YOU SEE ANYONE EVEN LOOKING AT A TEXT MESSAGE

02:34:01 14    WHILE YOU ARE IN THE JURY ROOM, I NEED TO KNOW IMMEDIATELY.

02:34:04 15    AND I WILL TAKE ALL OF YOUR DEVICES AWAY FROM ALL OF YOU WHILE

02:34:08 16    YOU ARE DELIBERATING.

02:34:09 17        I HAVE BEEN DOING THIS FOR OVER 15 YEARS AND I'VE NEVER

02:34:13 18    HAD TO CONFISCATE, I KNOW YOU WON'T LET ME DOWN ON THIS AND I

02:34:16 19    KNOW NONE OF YOU WANTS TO BE PUTTING YOUR PHONES IN A BOX FOR

02:34:20 20    THE MARSHAL WHILE YOU ARE IN THERE, SO I'M SURE THAT WILL BE

02:34:23 21    FINE.

02:34:24 22        LET ME TELL YOU ABOUT THE EXHIBITS.  YOU'VE NOTICED THERE

02:34:27 23    ARE A FEW OF THEM HERE AND WE'VE DEALT WITH THEM IN PAPER FORM

02:34:30 24    THROUGHOUT THE TRIAL FOR THE WITNESSES.  YOU'VE SEEN THEM ON A

02:34:34 25    SCREEN.  AND I BELIEVE YOU HAVE CERTAIN EXHIBITS IN YOUR

02:34:37  1    BINDERS, ALTHOUGH I DON'T HAVE A BINDER BECAUSE I DON'T NEED TO

02:34:41  2    SEE THAT.

02:34:41  3        WHEN YOU ARE IN THE JURY ROOM, THERE WILL BE A COMPUTER

02:34:45  4    THAT ONLY ACCESSES THE EXHIBITS, IT'S NOT AN INTERNET-CONNECTED

02:34:51  5    COMPUTER.  AND YOU WILL HAVE A LIST OF ALL OF THE EXHIBITS

02:34:55  6    ADMITTED.  AND SO YOU CAN HAVE ACCESS TO ALL OF THE EXHIBITS.

02:35:01  7        IF YOU FIND THAT THERE IS AN EXHIBIT YOU WOULD LIKE TO SEE

02:35:04  8    IN PAPER FORM, PLEASE SEND ME A NOTE, BECAUSE GUESS WHAT, I'VE

02:35:08  9    GOT THEM ALL HERE, BUT IF I SEND ALL THESE EXHIBITS INTO THE

02:35:11  10   JURY ROOM YOU WON'T FIT IN THE JURY ROOM.

02:35:15  11       SO I LEAVE THAT TO YOU, DON'T HESITATE TO ASK ME FOR THAT.

02:35:19  12       NOW I ALSO MENTIONED THAT YOU ARE GOING TO HAVE THE JURY

02:35:23  13   INSTRUCTIONS IN THE JURY ROOM.  I GENERALLY SEND IN TWO COPIES

02:35:26  14   OF THE FULL SET OF JURY INSTRUCTIONS.  BUT IF YOU WANT MORE,

02:35:30  15   JUST LET ME KNOW.  YOU HEARD ME READ THEM, YOU KNOW IT'S A BIG

02:35:33  16   LIST.  SO IF YOU WANT MORE COPIES, LET ME KNOW.

02:35:36  17       IF THERE'S A PARTICULAR INSTRUCTION YOU WANT MORE COPIES

02:35:39  18   OF, YOU LET ME KNOW THAT.  IT'S UP TO YOU.  AND YOU'VE SEEN --

02:35:44  19   YOU'VE LISTENED TO ALL THE INSTRUCTIONS.

02:35:46  20       NOW, YOU REMEMBER THAT I READ SOME INSTRUCTIONS AT THE

02:35:49  21   BEGINNING AND I READ SOME TODAY.  SO ALTHOUGH IT'S ONE SET OF

02:35:53  22   INSTRUCTIONS, YOU WILL SEE THAT THERE'S A PAGE BREAK FOR THE

02:35:56  23   PRELIMINARY INSTRUCTIONS AND THE FINAL ONES.  THAT JUST MEANS I

02:36:00  24   READ THEM FIRST, I READ THEM LAST, THERE'S NOTHING ELSE ABOUT

02:36:03  25   THAT.  BUT YOU WILL HAVE ALL OF THOSE INSTRUCTIONS.

02:36:09  1          NOW LET ME TELL YOU A LITTLE BIT ABOUT THE VERDICT FORM.

02:36:15  2          BOTH OF THE LAWYERS SHOWED YOU ON THE SCREEN, PAGES AT A

02:36:19  3     TIME FROM THE VERDICT FORM.  IT'S A DOCUMENT, IT'S GOING TO BE

02:36:23  4     STAPLED TOGETHER.  AND IT HAS THE QUESTIONS THAT YOU SAW, THEY

02:36:28  5     WENT BY A LITTLE BIT QUICKLY, AND BLANK SPACES FOR YOU TO MARK

02:36:32  6     IT, IF AND WHEN YOU REACH A UNANIMOUS VERDICT.

02:36:36  7          NOW, WHEN YOU HAVE A QUESTION THAT IS YES OR NO, IT TAKES

02:36:42  8     EIGHT VOTES TO VOTE YES, IT ALSO TAKES EIGHT VOTES TO VOTE NO.

02:36:47  9     AND IF YOU ARE DIVIDED, YOU MARK NOTHING UNTIL AND UNLESS YOU

02:36:52  10    CAN REACH EIGHT VOTES FOR ONE OR THE OTHER.

02:36:57  11         NOW THE VERDICT FORM STARTS AT NUMBER 1, THEY ALL DO, BUT

02:37:01  12    THIS IS NOT RANDOM ACCESS.  YOU DON'T SKIP ONE BECAUSE YOU

02:37:05  13    CAN'T DECIDE AND GO TO THE NEXT.  YOU STAY ON THE FIRST ONE

02:37:08  14    UNTIL YOU CAN'T FINISH IT, WITH THE EXCEPTION THAT THERE'S THE

02:37:12  15    COPYRIGHT QUESTIONS AND THE PATENT QUESTIONS.

02:37:15  16         SO YOU CAN DO -- IF YOU ARE UNABLE TO COMPLETE ALL OF THE

02:37:20  17    QUESTIONS ON COPYRIGHT, YOU CAN STILL GO TO PATENT.  IF YOU

02:37:23  18    COMPLETE ALL OF THE QUESTIONS ON COPYRIGHT, YOU STILL GO TO

02:37:27  19    PATENT.  AND IT DESCRIBES THAT FOR YOU.

02:37:30  20         I'M ALSO GOING TO GIVE EACH OF YOU YOUR OWN PERSONAL PAPER

02:37:36  21    COPY OF THE VERDICT FORM.  PLUS, THERE WILL BE THE ORIGINAL

02:37:43  22    OFFICIAL VERDICT FORM THAT YOUR PRESIDING JUROR WILL TAKE CARE

02:37:47  23    OF.  THAT ONE IS NOT TO BE MARKED UNTIL THERE'S A UNANIMOUS

02:37:54  24    VOTE.  BUT I WANT EACH OF YOU TO KNOW EXACTLY WHAT YOU ARE

02:38:01  25    VOTING ON.

02:38:02  1          AND I HAVE ANOTHER REASON FOR YOU HAVING YOUR OWN COPY,

02:38:06  2   WHICH I WANT YOU TO BRING BACK INTO THE COURTROOM AT THE END OF

02:38:08  3   THE TRIAL.  THE ATTORNEYS HAVE THE RIGHT -- THE PARTIES HAVE

02:38:09  4   THE RIGHT TO ASK EACH OF YOU TO STATE IN OPEN COURT HOW YOU

02:38:12  5   VOTED ON EACH QUESTION.

02:38:15  6          IN EVERY CASE I'VE EVER HAD, THE PARTIES ASK FOR WHAT'S

02:38:18  7   CALLED POLLING OF THE JURY.  AND SO I WANT TO BE SURE THAT WHEN

02:38:23  8   I ASK YOU THE QUESTION AND HOW YOU VOTED, THAT YOU KNOW HOW YOU

02:38:25  9   VOTED.

02:38:26 10          SO YOU CAN MARK YOUR PERSONAL ONE ANY WAY YOU WANT, BUT I

02:38:30 11   WANT TO MAKE SURE THAT YOU UNDERSTAND THAT AT THE END OF THE

02:38:34 12   CASE, YOU MAY BE ASKED TO STATE IN OPEN COURT HOW YOU VOTED ON

02:38:38 13   EACH QUESTION, AND I WANT TO GIVE YOU THE BEST OPPORTUNITY TO

02:38:43 14   BE ABLE TO ACCURATELY TELL US WHAT YOUR VOTE IS.  SO THAT'S THE

02:38:46 15   PURPOSE OF THAT.

02:38:46 16          BUT FOR THE ONE OF YOU WHO IS ELECTED PRESIDING JUROR,

02:38:50 17   THAT ONE WE KEEP IN, I DON'T KNOW WHETHER WE PUT IT, I THINK IN

02:38:54 18   A BINDER, DON'T MARK IT UNTIL YOU'VE GOT UNANIMOUS ON THE ONE

02:38:59 19   ANSWER OR THE OTHER.

02:39:00 20          AND THEN THAT ONE WILL STAY CLEAN, BUT THE OTHERS YOU CAN

02:39:04 21   MARK ANY WAY THAT YOU WANT.

02:39:11 22          I THINK THAT PROBABLY TAKES CARE OF EVERYTHING.  NOW, I

02:39:15 23   NEVER XEROX THIS UNTIL I SEND YOU IN BECAUSE SOMETIMES I HAVE

02:39:21 24   TO MAKE CHANGES IN THE INSTRUCTIONS AS I GO ALONG.  THESE I

02:39:24 25   DIDN'T CHANGE.  WE HAVE A LOT OF XEROXES TO DO, IT'S GOING TO

02:39:28  1    TAKE A LITTLE BIT OF TIME.  BUT AS I SAID, IN THE JURY

02:39:30  2    INSTRUCTIONS, THE FIRST THING YOU ARE GOING TO DO IS ELECT YOUR

02:39:33  3    PRESIDING JUROR.  IT'S COMPLETELY UP TO YOU, ANY ONE OF YOU MAY

02:39:38  4    SERVE AS A PRESIDING JUROR, AND IT'S THE CHOICE OF THE GROUP.

02:39:42  5    BUT LET ME MAKE A FEW SUGGESTIONS AS YOU ARE CONSIDERING IT.

02:39:45  6        THE JOB OF THE PRESIDING JURY OUR IS TO ORGANIZE THE

02:39:48  7    DISCUSSION, TO MAKE SURE THAT THE DISCUSSION IS FAIR TO

02:39:51  8    EVERYONE THERE.

02:39:54  9        AND BY THAT I MEAN, WE'VE ALL BEEN IN GROUPS BEFORE,

02:39:56  10   WHETHER IT WAS IN SCHOOL, SOMETIMES IT'S AT JOBS, SOMETIMES

02:40:00  11   IT'S JUST AT GATHERING WHERE PEOPLE ARE HAVING A DISCUSSION,

02:40:02  12   AND THERE ARE ALWAYS THE EAGER BEAVERS WHO ARE GOING TO SAY

02:40:05  13   WHAT'S ON THEIR MIND NO MATTER WHAT.  I MEAN, THEY'VE GOT SHARP

02:40:10  14   ELBOWS, YOU KNOW THE TYPE.

02:40:11  15       BUT THEN THERE ARE PEOPLE WHO ARE VERY THOUGHTFUL AND

02:40:13  16   DON'T CHOOSE TO SPEAK UNTIL IDEAS ARE REALLY FORMULATED.  AND

02:40:17  17   IF SOMEONE WITH SHARP ELBOWS SPEAKS UP BEFORE THEY GET TO, SOME

02:40:24  18   PEOPLE SAY AH, NEVER MIND.

02:40:25  19       SO A GOOD PRESIDING JUROR IS GOING TO NOTICE WHEN THAT

02:40:28  20   QUIETER JUROR HAS MADE SOME GESTURE OF WANTING TO SPEAK AND

02:40:32  21   MAKE A NOTE OF IT AND COME BACK TO THAT PERSON TO CALL TO THAT

02:40:36  22   PERSON TO GIVE THEM THE FLOOR TO SPEAK.

02:40:38  23       THAT IS THE KIND OF PRESIDING JUROR YOU MAY WISH TO

02:40:41  24   CONSIDER.  BUT IT'S COMPLETELY UP TO YOU.  I JUST WANT TO MAKE

02:40:45  25   SURE THAT EACH OF YOU HAS AN OPPORTUNITY TO SAY WHAT YOU WANT

02:40:47  1    AND THAT THE DISCUSSION IS ORGANIZED AND THOROUGH.  BUT WHAT

02:40:52  2    THAT MEANS IS BEHIND YOUR CLOSED DOOR, AND I'M NOT PART OF

02:40:55  3    THAT.

02:40:55  4         THE LAST THING I WANT TO TALK ABOUT ARE QUESTIONS THAT YOU

02:40:58  5    MIGHT SEND OUT.  TYPICALLY IN THE PACKET OF MATERIALS, I SEND

02:41:02  6    YOU THREE BLANK QUESTION FORMS.  SO AT THE TOP IS FOR YOUR

02:41:07  7    QUESTION, WHICH I NEED IN WRITING.  AND THERE ARE BLANK LINES

02:41:11  8    FOR IT.  PLEASE JUST GIVE ME ONE QUESTION PER PAGE.  I WILL

02:41:15  9    GIVE YOU GENERALLY THE ANSWER IN WRITING ON THE BOTTOM HALF.

02:41:19  10        EVERY ONCE IN A WHILE THE QUESTION REQUIRES YOU TO COME

02:41:22  11   BACK INTO THE COURTROOM, AND IF THAT'S THE CASE, THE ANSWER

02:41:26  12   WILL BE, I WOULD LIKE YOU TO RETURN TO THE COURTROOM.  AND THAT

02:41:28  13   WILL BE FINE.

02:41:29  14        THE REASON I WANT THE QUESTIONS ON SEPARATE PAGES IS I

02:41:33  15   WANT THE RECORD TO BE CLEAR WHAT MY RESPONSE IS.  AND I WANT TO

02:41:36  16   HAVE ENOUGH ROOM TO GIVE IT IF IT'S GOING TO BE LENGTHY.

02:41:41  17        SO THE FACT THAT I GIVE YOU THREE BLANK QUESTION FORMS

02:41:44  18   DOESN'T MEAN YOU SHOULD HAVE THREE QUESTIONS, YOU MIGHT HAVE

02:41:46  19   NONE, YOU MIGHT HAVE MORE.  IT'S JUST MY STANDARD PACKET.  I

02:41:50  20   DON'T MEAN ANYTHING BY IT EXCEPT TO GET YOU STARTED.

02:41:53  21        NOW THE PRESIDING JUROR CAN WRITE THE QUESTION OUT.  BUT

02:41:56  22   THE PRESIDING JUROR CANNOT PREVENT THE JURY FROM SENDING

02:42:00  23   QUESTIONS OUT.  AND YOU HEARD THAT IN THE INSTRUCTION.

02:42:04  24        SO I WANT TO BE CLEAR THAT IF THERE'S A QUESTION THAT

02:42:07  25   CANNOT BE CONSIDERED AMONG YOURSELVES, ANY JUROR MAY SEND A

02:42:10  1    QUESTION OUT, AND THAT CAN BE AT ANY TIME.

02:42:14  2         AS I SAID IN THE INSTRUCTION, PLEASE KEEP WORKING.  THE

02:42:18  3    LAWYERS NEED TO COME IN, WE NEED TO DISCUSS IT, AND SOMETIMES

02:42:23  4    IT TAKES ME SOME TIME TO DEVELOP THE ANSWER PROPERLY.  IT

02:42:29  5    DOESN'T MEAN THE ANSWER IS GOING TO BE LONG, IT JUST MAY BE

02:42:32  6    DIFFICULT.  SO KEEP WORKING.

02:42:33  7         AND IF I FIND IT'S GOING TO TAKE ME SOME TIME, EVERY ONCE

02:42:37  8    IN A WHILE I REALIZE I NEED TO GIVE YOU THAT INFORMATION, I

02:42:40  9    MIGHT TELL YOU THIS IS GOING TO TAKE X AMOUNT OF TIME.

02:42:43  10        SO I WILL JUST KEEP YOU INFORMED THAT WAY.  BUT I DON'T

02:42:45  11   WANT YOU WAITING.  AND SO YOU CAN DO THAT.

02:42:49  12        NOW, WHEN YOU TAKE YOUR BREAKS AND AS I SAID, IT'S

02:42:52  13   COMPLETELY UP TO YOU, TAKE YOUR LUNCH BREAKS, BRING YOUR LUNCH

02:42:56  14   IN, WHATEVER YOU WANT TO DO, YOU CAN'T DELIBERATE WHILE YOU ARE

02:42:59  15   OUT OF THE JURY ROOM.  AND IF TWO OR THREE OF YOU GO HAVE LUNCH

02:43:04  16   TOGETHER, THAT'S GREAT, TALK AMONG YOURSELVES AS YOU HAVE BEEN

02:43:07  17   DOING, BUT YOU CAN'T DELIBERATE.  YOU CAN'T TALK ABOUT THE

02:43:11  18   EVIDENT, YOU CAN'T TALK ABOUT THE CASE, JUST LIKE I'VE SAID,

02:43:14  19   EVEN THOUGH YOU ARE DELIBERATING JURORS.  SO PLEASE KEEP THAT

02:43:18  20   IN MIND.

02:43:19  21        NOW WHEN YOU ARE IN THE HALLWAYS IN THE COURT, YOU SEE

02:43:21  22   THERE ARE A LOT OF PEOPLE HERE WHO ARE INTERESTED IN THE CASE,

02:43:24  23   YOU MAY THINK YOU ARE OVERHEARING SOMETHING ABOUT THE CASE,

02:43:27  24   PLEASE WALK AWAY IF YOU THINK YOU ARE HEARING SOMETHING.

02:43:31  25        WEAR YOUR JURY BADGES PLEASE WHILE YOU ARE IN THE

02:43:34  1   COURTHOUSE SO THAT OTHERS CAN RECOGNIZE THAT YOU ARE A

02:43:38  2   DELIBERATING JUROR AND THEY SHOULD WALK AWAY FROM YOU.  AND

02:43:41  3   PEOPLE UNDERSTAND THAT, BUT CLOSE QUARTERS, COLD OUTSIDE, YOU

02:43:45  4   KNOW, IT GETS TO BE SOMETIMES PEOPLE OVERHEAR THINGS THEY ARE

02:43:48  5   NOT SUPPOSED TO.  SO WE WILL KEEP THAT IN MIND AS WELL.

02:43:52  6       SO WITH THAT, LADIES AND GENTLEMEN, AND COUNSEL, IF

02:43:54  7   THERE'S NO REASON FOR ME NOT TO EXCUSE THE JURY TO

02:43:59  8   DELIBERATIONS NOW, I WOULD LIKE TO DO THAT.

02:44:01  9            MR. VAN NEST:  YOU MAY, YOUR HONOR.  THANK YOU.

02:44:02 10            MR. NELSON:  THAT WOULD BE GREAT, YOUR HONOR.

02:44:03 11            THE COURT:  THANK YOU.

02:44:04 12       ALL RIGHT.  TAKE YOUR NOTEBOOKS AND YOUR BINDERS AND YOUR

02:44:09 13   BADGES.  AND I WILL BE HERE ALL DAY WITH YOU, BUT YOU WON'T SEE

02:44:13 14   ME UNLESS YOU COME BACK IN THE COURTROOM.

02:44:16 15       (JURY OUT AT 2:44 P.M.)

02:44:19 16            THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.

02:44:49 17       WE ARE BACK ON THE RECORD OUTSIDE THE PRESENCE OF THE

02:44:52 18   JURY.

02:44:52 19       ALL RIGHT.  COUNSEL, I WILL BE IN TOUCH WITH YOU AS

02:44:57 20   NEEDED.  I DO REQUIRE THAT YOU AND YOUR CLIENTS BE NO MORE THAN

02:45:01 21   20 MINUTES FROM YOUR SEAT IN THE COURTROOM THROUGHOUT THE

02:45:04 22   DELIBERATIONS.  AND I WILL ASK THAT YOU LEAVE AT LEAST ONE CELL

02:45:09 23   PHONE NUMBER, IF NOT TWO, SO THAT WE CAN REACH YOU IMMEDIATELY

02:45:13 24   IF THE JURY HAS ANY QUESTIONS FOR YOU.

02:45:17 25       AND YOU KNOW, THE ONLY THING I ASK IS THAT YOU MAKE SURE

02:45:20  1    YOU HAVE RECEPTION, WHEREVER YOU ARE, FOR THOSE CELL PHONES.

02:45:25  2    BUT YOU KNOW THE DRILL, YOU HAVE BEEN THROUGH IT MANY TIMES.

02:45:28  3         ANYTHING ELSE FOR THE RECORD BEFORE WE RECESS?

02:45:30  4             MR. VAN NEST:  NO, YOUR HONOR.  THANK YOU.

02:45:31  5             MR. NELSON:  NOTHING YOUR HONOR.

02:45:33  6             THE COURT:  ALL RIGHT.

02:45:34  7         THEN MS. SALINAS-HARWELL WILL BE BACK IN A MINUTE.  YOU

02:45:37  8    CAN GIVE HER THOSE CELL PHONE NUMBERS OR WRITE THEM DOWN AND

02:45:40  9    LEAVE THEM ON HER DESK.  I KNOW SHE WILL JUST BE A MOMENT.

02:45:44  10        ALL RIGHT.  THANK YOU ALL.

02:45:45  11            MR. VAN NEST:  THANK YOU, YOUR HONOR.

02:45:46  12            MR. NELSON:  THANK YOU, YOUR HONOR.

02:45:50  13        (THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10  THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11  FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12  CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14  CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16  SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17  HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18  TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24  _____

25  SUMMER A. FISHER, CSR, CRR
    CERTIFICATE NUMBER 13185          DATED: 12/12/16