# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number:   5:14-cv-05344-BLF

Date Filed:   3/9/2017

Document:

( )   Reporter's Transcript:

( X )   Trial Exhibits:   One red well of documents. Please note exhibit 166A under seal.

( )   Lodged Documents:

( )   Sealed Documents:

( )   Declaration(s):

( )   Other:

Location:

( )   Expando File (Next to Case File)

( )   Overflow Shelf:

( )   Vault

( X )   Other:   Exhibit Room

Document Number: