# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Carrie Parker |
| 2a. CONTACT PHONE NUMBER | (415) 773-6638 |
| 3. CONTACT EMAIL ADDRESS | cparker@kvn.com |
| 1b. ATTORNEY NAME (if different) | Robert A. Van Nest |
| 2b. ATTORNEY PHONE NUMBER | (415) 391-5400 |
| 3. ATTORNEY EMAIL ADDRESS | rvannest@kvn.com |
| 4. MAILING ADDRESS | Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111 |
| 5. CASE NAME | Cisco Systems, Inc. v. Arista Networks, Inc. |
| 6. CASE NUMBER | 14-cv-05344-BLF |
| 7. COURT REPORTER NAME | Summer Fisher |

**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ CRIMINAL  ☐ NON-APPEAL  ☑ CIVIL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) — CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 04/27/2017 | BLF | JMOL | |

b. SELECT FORMAT(S) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
---|---|---|---|---|---
Row 1 | ● | ● | ○ | ● | ○

c. DELIVERY TYPE

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Robert A. Van Nest

12. DATE: 04/27/2017

DISTRIBUTION: ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY