# TRANSCRIPT ORDER

**Please use one form per court reporter.**
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Carrie Parker |
| 2a. CONTACT PHONE NUMBER | (415) 773-6638 |
| 3. CONTACT EMAIL ADDRESS | cparker@kvn.com |
| 1b. ATTORNEY NAME (if different) | Robert A. Van Nest |
| 2b. ATTORNEY PHONE NUMBER | (415) 391-5400 |
| 3. ATTORNEY EMAIL ADDRESS | rvannest@kvn.com |
| 4. MAILING ADDRESS | Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111 |
| 5. CASE NAME | Cisco Systems, Inc. v. Arista Networks, Inc. |
| 6. CASE NUMBER | 14-cv-05344-BLF |
| 7. COURT REPORTER NAME | Lee-Anne Shortridge |

8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☒ CIVIL  ☐ In forma pauperis (CJA: Do not use this form; use Form CJA24.)

9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion e.g. witness or time) |
|---|---|---|---|
| 04/27/2017 | BLF | JMOL | |

b. SELECT FORMAT(S) / c. DELIVERY TYPE (Choose one per line)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 2 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 3 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 4 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 5 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Robert A. Van Nest

12. DATE: 05/01/2017

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY