# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>      Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>      Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER RE ORDERS PROVISIONALLY UNDER SEAL** |

The Court had provisionally filed under seal its analytic dissection order and order on the parties' motions for judgment as a matter of law (the "Orders"). Any party wishing to permanently seal portions of those Orders may file an administrative motion and affidavits supporting such sealing. Any such motion must be filed within 10 days of this order. If no motion is filed, the Orders will be placed in the public file without redaction.

**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
BETH LABSON FREEMAN
United States District Judge