**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**NOTICE OF CHANGE IN ADDRESS FOR STEVEN CHERNY** |

TO:   CLERK OF THE COURT AND ALL OTHER PARTIES

　　　NOTICE IS HEREBY GIVEN that I, <u>Steven Cherny</u>, admitted *pro hac vice* in the above-captioned case, am no longer affiliated with the firm of Kirkland & Ellis LLP.  I am now affiliated with Quinn Emanuel Urquhart & Sullivan, LLP.  I will continue to be counsel for Cisco Systems, Inc. in the above-captioned case at my new firm.  My prior and new attorney information is below:

　　　Prior Firm:

　　　　　Kirkland & Ellis LLP
　　　　　601 Lexington Avenue
　　　　　New York, New York 10022
　　　　　Telephone: (212) 446-4800
　　　　　Facsimile: (212) 446-4900
　　　　　steven.cherny@kirkland.com

　　　New Firm:

　　　　　Quinn Emanuel Urquhart & Sullivan, LLP
　　　　　51 Madison Avenue, 22nd Floor
　　　　　New York, New York 10010
　　　　　Telephone: (212) 849-7000
　　　　　Facsimile: (212) 849-7100
　　　　　stevencherny@quinnemanuel.com

Dated: June 2, 2017　　　　　　　　　　　　　　　/s/ Steven Cherny
　　　　　　　　　　　　　　　　　　　　　　　　　 Steven Cherny