UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

CISCO SYSTEMS INC v. ARISTA NETWORKS, INC.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
|  |  |

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case:  Patent

Docket No.  14-cv-05344-BLF                     Date of Judgment/Order: December 19, 2016

Cross or related appeal?                        Date of Notice of Appeal: June 6, 2017

Appellant is:         ( X ) Plaintiff        ( ) Defendant        ( ) Other (explain)

DOCKET FEE STATUS:
( X ) Paid        ( ) Not Paid        Billed On: _____

U.S. Appeal?    Yes ( )        No ( )

In forma pauperis?
( ) Granted        ( ) Denied        ( ) Revoked        ( ) Pending        ( ) Never requested

COUNSEL  (List name, firm, address and telephone of lead counsel for each party. Indicate party represented.):

Sean S. Pak (SBN 219032)                         Robert A. Van Nest
seanpak@quinnemanuel.com                         rvannest@kvn.com
QUINN EMANUEL URQUHART &                         633 Battery Street
SULLIVAN LLP                                     San Francisco, CA 94111
50 California Street, 22nd Floor                 Telephone: (415) 391-5400
San Francisco, CA 94111                          Facsimile: (415) 397-7188
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries

COURT REPORTER:  (Name and telephone)

Lee-Anne Shortridge 408-287-4580

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries