1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| ARISTA NETWORKS, INC., | ) | Case No. 5:16-cv-00923-BLF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **ARISTA'S ADMINISTRATIVE MOTION** |
| v. | ) | **TO FILE UNDER SEAL** |
| | ) | |
| CISCO SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL

CASE NO. 5:16-CV-00923-BLF

On March 28, 2018, Plaintiff Arista Networks, Inc. ("Arista") filed an Administrative Motion to File Under Seal pursuant to Civil Local Rule 79-5 (the "Motion").

Good cause and compelling reasons having been shown, the Court hereby **GRANTS** the Motion. The following documents may be filed under seal:

| Document | Portion Under Seal | Party with Claim of Confidentiality |
|---|---|---|
| Plaintiff Arista Networks, Inc.'s Response to Black *Daubert* | Highlighted portions on p. 1 | Cisco |
| Plaintiff Arista Networks, Inc.'s Opposition to Scott Morton *Daubert* | Highlighted portions on pp. 6-8, 10 | Arista Cisco |
| Plaintiff Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment | Highlighted portions on pp. 2-5, 15, 16, 18, 19, 21, 23, 24 | Arista Cisco |
| Exhibits 27, 28 to Declaration of William P. Nelson in Support of Arista's Opposition to Cisco's *Daubert* Motion to Exclude, in Part, the Expert Opinion of Fiona Scott Morton, Ph.D., Arista's Response to Cisco's *Daubert* Motion to Exclude the Expert Opinion of John R. Black, Jr., and Arista's Opposition to Cisco's Motion for Summary Judgement. | Entire Document | Arista |
| Exhibit 1 to Declaration of William P. Nelson in Support of Arista's Opposition to Cisco's *Daubert* Motion to Exclude, in Part, the Expert Opinion of Fiona Scott Morton, Ph.D., Arista's Response to Cisco's *Daubert* Motion to Exclude the Expert Opinion of John R. Black, Jr., and Arista's Opposition to Cisco's Motion for Summary Judgement. | Entire Document | Arista Cisco |
| Exhibits 3, 5, 8-14, 16, 18-23, 31, 32, 33 to Declaration of William P. Nelson in Support | Entire Document | Cisco |

| Document | Portion Under Seal | Party with Claim of Confidentiality |
|---|---|---|
| of Arista's Opposition to Cisco's *Daubert* Motion to Exclude, in Part, the Expert Opinion of Fiona Scott Morton, Ph.D., Arista's Response to Cisco's *Daubert* Motion to Exclude the Expert Opinion of John R. Black, Jr., and Arista's Opposition to Cisco's Motion for Summary Judgement. | | |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Beth Labson Freeman
United States District Judge