MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
WILLIAM NELSON (Bar No. 196091)
william.nelson@tensegritylawgroup.com
ROBERT GERRITY (Bar No. 268084)
robert.gerrity@tensegritylawgroup.com
NATASHA SAPUTO (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
SAMANTHA JAMESON (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
JENNIFER ROBINSON (Bar No. 270954)
jen.robinson@tensegritylawgroup.com
WANLI CHEN (Bar No. 300254)
wanli.chen@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

Attorneys for Plaintiff
ARISTA NETWORKS, INC.

[*Additional Counsel Listed in Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 5:16-CV-00923-BLF<br><br>**ARISTA NETWORKS, INC.'S RESPONSE TO CISCO SYSTEMS, INC.'S *DAUBERT* MOTION TO EXCLUDE THE EXPERT OPINION OF JOHN R. BLACK, JR.**<br><br>Date: May 3, 2018<br>Time: 9:00 A.M.<br>Judge: Hon. Beth Labson Freeman<br>Dept: Courtroom 3<br><br>**DEMAND FOR JURY TRIAL** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1    Cisco's motion to exclude the testimony of Arista's technical expert Dr. John Black seeks to
2    exclude only two of Mr. Black's opinions: 1) "opinions relating to whether Cisco's CLI is a *de facto* or
3    informal industry standard"; and 2) "opinions on corporate intent or beliefs of others." D.I. 216-4 at 2.
4    Arista responds as follows.
5    First, to the extent that Cisco does not open the door by presenting the opinion of its technical
6    expert, Dr. Kevin Almeroth, that Cisco's CLI is ***not*** an industry standard, Arista will not seek to present
7    at trial any opinion from Dr. Black as to whether Cisco's CLI is a "standard," *de facto* or otherwise.
8    Cisco's Dr. Almeroth has admitted that his opinion that the CLI is not a standard (*see, e.g.*, Ex. 31 (2/2/18
9    Almeroth Report, ¶¶ 90-106)) is not based on any objective threshold or quantitative methodology; Ex.
10   32 (2/9/18 Almeroth Dep. at 93:12-14 ("
11   "). As such, it should
12   be excluded to the same extent as Dr. Black's opinions on this topic. Instead, as the Court expressly
13   allowed in its *Daubert* Order in the copyright trial, Dr. Black will "opine on the underlying facts and
14   analysis, such as the features and vendors he had reviewed and whether certain usage is common or
15   frequent." *Cisco Systems Inc. v. Arista Networks, Inc.*, No. 14-cv-5344-BLF, Order on *Daubert* Motions,
16   D.I. 661 at 4 (N.D. Cal. Nov. 16, 2016) ("*Daubert* Order"). To be clear, Dr. Black will provide his
17   analysis of the extensive evidence that Cisco was aware that its CLI was in widespread use by other
18   vendors throughout the industry, acquiesced in that use, and even encouraged that use. That is a core
19   aspect of Cisco's "open early, closed late" conduct that is an antitrust violation. For example, Dr. Black
20   will testify on
21   
22   . While some of the internal
23   Cisco documents on which Dr. Black will offer his opinions use the term "standard," that is Cisco's
24   wording. Dr. Black will use those documents, among others, to establish the above facts but will not,
25   and does not need to, opine that Cisco's CLI was a *de facto* standard.
26   Second, Arista will not seek to present at trial any opinion regarding corporate intent or beliefs
27   of others. Instead, as the Court expressly allowed in its *Daubert* Order in the copyright trial, Dr. Black
28   will present his analysis of the evidence he reviewed "to determine whether Cisco CLI has become

common in the industry," for example, internal and external Cisco documents acknowledging and promoting that fact.

Dated: March 28, 2018

Respectfully submitted,

/s/ Matthew D. Powers
MATTHEW D. POWERS (SBN 104795)
WILLIAM NELSON (SBN 196091)
ROBERT GERRITY (SBN 268084)
NATASHA SAPUTO (SBN 291151)
SAMANTHA JAMESON (Bar No. 296411)
JENNIFER ROBINSON (Bar No. 270954)
WANLI CHEN (Bar No. 300254)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:    (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
jen.robinson@tensegritylawgroup.com
wanli.chen@tensegritylawgroup.com

DAVID H. REICHENBERG (*Pro Hac Vice*)
COZEN O'CONNOR
277 Park Avenue, 19th Floor
New York, NY 10172
Telephone:  (212) 883-4900
Fax:  (646) 461-2091
Email:
dreichenberg@cozen.com

JONATHAN M. JACOBSON (NY SBN 1350495)
CHUL PAK (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email:
jjacobson@wsgr.com
cpak@wsgr.com

SUSAN CREIGHTON (SBN 135528)
SCOTT A. SHER (SBN 190053)
BRADLEY T. TENNIS (SBN 281206)

WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, D.C., 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email:
screighton@wsgr.com
ssher@wsgr.com
btennis@wsgr.com

ROBERT A. VAN NEST (SBN 84065)
BRIAN L. FERRALL (SBN 160847)
MICHAEL S. KWUN (SBN 198945)
DAVID J. SILBERT (SBN 173128)
NICHOLAS DAVID MARAIS
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email:
rvannest@keker.com
bferrall@keker.com
mkwun@keker.com
dsilbert@keker.com
nmarais@keker.com

Attorneys for Plaintiff
ARISTA NETWORKS, INC.