# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>   Plaintiff,<br><br> v.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER STRIKING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL AT ECF 793**<br><br>[Re: ECF 793] |

Arista Networks, Inc. ("Arista") filed an administrative motion for leave to file under seal at ECF 793. Arista misfiled the administrative motion in the above-captioned matter as the title page of the motion is labeled as *Arista Networks, Inc. v. Cisco Systems, Inc.*, Case No. 16-cv-00923. *See* ECF 793. In fact, Arista filed the same administrative motion in *Arista Networks, Inc. v. Cisco Systems, Inc.*, Case No. 16-cv-00923 at Dkt. 239. Accordingly, the administrative motion for leave to file under seal at ECF 793 is hereby STRICKEN.

  **IT IS SO ORDERED.**

Dated: March 29, 2018

                 _____
                 BETH LABSON FREEMAN
                 United States District Judge