1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF (NC) |
| Plaintiff, | [PROPOSED] **ORDER GRANTING JOINT MOTION FOR AN INDICATIVE RULING TO VACATE JUDGMENT PURSUANT TO FED. R. CIV. P 62.1** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1
2       Cisco Systems, Inc. ("Cisco") and Arista Networks, Inc. ("Arista") have filed a joint motion
3  pursuant to Fed. R. Civ. P. 62.1 for an indicative ruling stating that the Court would grant a motion
4  under Fed. R. Civ. P. 60(b)  to vacate the judgment entered in this action on December 19, 2016
5  (ECF 750) (the "Judgment") if the Court of Appeals for the Federal Circuit remands the action back
6  to the Court for that purpose.
7       Having considered the arguments of the parties and the papers submitted, and finding good
8  cause therefor, the Court hereby GRANTS the parties' joint motion for an indicative ruling pursuant
9  to Fed. R. Civ. P. 62.1 and expressly states that it would grant a motion under Fed. R. Civ. P. 60(b)
10 to vacate the Judgment if the Court of Appeals for the Federal Circuit remands the action back to
11 the Court for that purpose.
12
13      **IT IS SO ORDERED.**
14
     Dated: September 5, 2018          By: _____/s/ Beth Labson Freeman_____
15                                           Hon. Judge Beth Labson Freeman
16
17
18
19
20
21
22
23
24
25
26
27
28