1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF (NC) |
| Plaintiff, | **[PROPOSED] ORDER VACATING JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

Cisco Systems, Inc. ("Cisco") and Arista Networks, Inc. ("Arista") have filed a joint motion to vacate the judgment entered in this action on December 19, 2016 (ECF 750) (the "Judgment") pursuant to Fed. R. Civ. P. 60(b).

Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby GRANTS the parties' joint motion.  Pursuant to Fed. R. Civ. P. 60(b), the December 19, 2016 Judgment is hereby VACATED in its entirety.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                    Hon. Judge Beth Labson Freeman